Merrill Pick and Alberta E. Pick
Defendants in propria persona
635 Naomi Avenue
Arcadia, California

FILED
OCT 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
         Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
MERRILL PICK and
ALBERTA E. PICK

The defendants, MERRILL PICK and ALBERTA E. PICK each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   15 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

14949

( EXHIBIT A )

In the County of Riverside, State of California, and described as follows:

The Northwesterly portion of Lot 13 of MURRIETA PORTION OF THE TEMECULA RANCHO, County of Riverside, State of California, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, described as follows:

Beginning at the intersection of the center line of Kalmia Street and Adams Avenue, as shown on said map; Thence South 42° 16' East 470 feet along the center line of Adams Avenue; Thence South 47° 44' west 1320 feet to the Northeasterly line of Washington Avenue; Thence North 42° 16' West 470 feet along the Northeasterly line of Washington Avenue to the center line of Kalmia Street ; Thence North 47° 44" West, 1320 feet to the point of beginning;

EXCEPTING THERFROM that portion conveyed to Southern Sierras Power Company by Deed recorded October 26, 1922 in Book 561 Page 40 of Deeds, Records of Riverside County, California;
ALSO EXCEPTING THEREFROM that portion thereof conveyed to California Electric Power Company by Deed recorded June 30, 1952 in Book 1380 Page 455 of Official Records of Riverside County, California;
ALSO EXCEPTING THEREFROM that portion thereof included in Kalmia Street and in Adams Avenue.

14950

EXHIBT B

I claim that all the land I own withn the water shed of the Santa Margarita River is either protected by Federal patents or is in the Temecula Rancho which is one of these grants of land originally made by Mexico in the Territory ceded to the United States by the Treaty of Guadalupe Hidalgo. Therefore according to said Treaty and or the statutes of United States of America , governing patents to land, Iam not subject to States Doctrine of Reasonable use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Merill Pick*

*Alleta E Pick*

Defendants in propria persona

Dated: Sept 16 1958

14951