```
 1  CHARLES W. LLOYD
 2  Defendants in propria persona
 3  MURRIETA, CALIFORNIA
 4
```

**FILED**

OCT 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> CHARLES W. LLOYD |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14947

# EXHIBIT A

I own 5 acres of land described as follows: All in the Santa Margarita drainage shed and being all in the Murrieta portion of the Temecula Rancho and in a later subdivision called the Murrieta Eucalyptus Tract.

The land which I own is 165 ft. in width and 1320 ft. long. It is registered under the Toreno Act Toreno Title No. 330. It is Lot 36 in Block P of Murrieta Eucalyptus Tract.

Also described: "Murrieta Eucalyptus Tract MB 6/73-E 165 ft. of W 330 ft."

14947-A

EXHIBIT B

The land described in Exhibit A attached hereto is in the Temecula Ranch, one of the grants of land, the Title to which was confirmed by the Treaty of Guadalupe Hidalgo between Mexico and the United States in 1848, a United States Patent by President James Buchanan was granted in 1860 giving the owner right to assign. The above I have been told and believe to be true.

I therefore claim the protection of the Treaty and the Patent.

I have used my land as suited me in the past and I believe and hope that I should have the right to do so in the future.

14947-B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18     WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.
25
26                                          *Charles W Floyd*
27
28                                          _____
29                                          Defendants in propria persona
30
31
32 Dated: May 31 1958

14948