P.O. Box 674
Palm Desert, Calif.
Sept 29-1958.

Clerk of U.S. Dis. Court
Southern District of California
325 West F. Street
San Diego - Calif.

Dear Sir: —

Re ad in Riverside Daily Enterprise: —

We Protest the confiscation of all water rights, by the Federal Government, of our 2½ acres of land in Temecula Land & Water Co. in Riverside County, California — Sections 134 and 191.

As you know land in California is worthless without water rights.

Yours truly,
Edward H. MacAdam
Rhea F. MacAdam

FILED
OCT 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

14946

INDEXED