BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California

OVerland 6-1450

**FILED**

OCT 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　　　　Defendants. | Civil No. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

　　　Defendants A.F. Borel and Louise Borel, hereby substitute Best, Best and Krieger as their attorneys of record in place of Swing, Scharnikow & Staniforth.

　　　DATED:　This 16th day of September, 1958.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　A.F. Borel

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Louise Borel

We consent to the above substitution.

　　　DATED:　This 30 day of September, 1958.

　　　　　　　　　　　　　　　　SWING, SCHARNIKOW & STANIFORTH

　　　　　　　　　　　　　　　　By: _____

1.

4724

We consent to the above substitution.

DATED: This __30__ day of September, 1958.

                                 BEST, BEST AND KRIEGER

                                 By: _Arthur L. Littleworth_

*Approved [signature]*
*[signature]*
*10-6-58*

2.

4725

U.S. v. Fallbrook Public Utility District, et al.,

## AFFIDAVIT OF MAILING

State of California, } ss.
County of Riverside,

Case No. Civil No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is ____4200 Orange Street, Riverside____, California.

That on the __3rd__ day of __October__ 19__58__, affiant served a copy of the attached paper, to-wit:

____SUBSTITUTION OF ATTORNEYS____

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of ____Riverside____, California, addressed as follows:

J. Lee Rankin, Esq.,
Solicitor General
Room 332, 325 West "F" Street, San Diego, California.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __3rd__ day of __October__, 19__58__.

_Arthur L. Littleworth_
Notary Public in and for the County of Riverside, State of California

_Signature of Affiant_

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

4726