10-7-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

VS.

FALLBROOK, etc., et al

NO. 1247-SD-C _ _ _ CIVIL

MINUTES OF THE COURT

DATE: October 7 1958 _ _ _

AT:  San Diego, California

PRESENT:  Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge;

Deputy Clerk: _WILLIAM W. LUDDY_ Reporter _ _ _ JOHN SWADER _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, ELLIOTT ROBERTSON
DONALD W. REDD.

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BORONKAY,
GEORGE STAHLMAN, W. B. DENNIS, JAMES KRIEGER.

PROCEEDINGS: FURTHER COURT TRIAL

At 10:10 A.M. reconvene herein
Ex. No. 16 A is marked for Identification, and received.
Fred Kunkel resumes and testifies further on cross examination.
At 11:05 A.M. recess, and at 11:20 R.M. reconvene.
Witness Kunkel resumes stand and testifies further on cross exam.
Fallbrook Ex. No. AA is marked and received in evidence.
At 12:05 P.M. recess to 2 P.M.
At 2 P.M. reconvene.
Witness Kunkel resumes stand and testifies further on cross exam.
At 3:20 P.M. recess and at 3:40 P.M. reconvene.
Witness kunkel resumes stand and testifies further on cross exam.
At 4:35 P.M. recess is declared to 10-8-58, at 10 A.M.

4727

JOHN A. CHILDRESS, Clerk