UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _ 1247-SD-C _ _ CIVIL  
MINUTES OF THE COURT  
DATE: October 8, 1958 _ _  
AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, WILLIAM BURBY, DONALD W. REDD ELLIOTT ROBERTSON

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, ADOLPHUS MOSKOVITZ, CARL BORONKAY, JAMES KRIEGER, AND W. B. DENNIS

PROCEEDINGS:   FURTHER COURT TRIAL

At 10 A.M. reconvene herein
IT IS ORDERED that certain pages in Plaintiffs exhibits 22, and 60 may be substituted.
Witness Fred Kunkel resumes stand and testifies further on cross exam.
IT IS ORDERED that Ex. No. 16A may be withdrawn by Attorney Veeder for purpose of copying.
At 11 A.M. recess, and at 11:05 reconvene.
Witness Kunkel resumes stand and testifies further on cross exam.
At 11:45 A.M. recess to 2 P.M.
At 2:15 P.M. reconvene.
Witness Kunkel resumes stand and testifies further on cross exam.
At 3:20 P.M. recess, and at 3:40 P.M. reconvene.
Witness Kunkel resumes stand and testifies further on cross exam.
At 4:40 P.M. recess is declared to October 10, 1958, at 9:30 A.M.

4728