Achilles Angeloty and Alberta Angeloty
also known as Alberta Welch
Defendants in propria persona

2321 Pacific Avenue
Venice, California

FILED
OCT 9 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
ACHILLES ANGELOTY and
ALBERTA ANGELOTY, also known as
ALBERTA WELCH

The defendants, Achilles Angeloty and Alberta Angeloty each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own forty acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14967

1    The answereing defendants claim the following water rights:
2 The land described is in part riparian land, of which about 15 acres
3 is tillable and the rest can be used for grazing of cattle or other live-
4 stock.  Defendants have irrigated this land at times from a creek,
5 the name of which is unknow to answering defendants and from a
6 spring which consists of percolating water flowing into a natural
7 basin.  Therefore, defendants claim riparian rights so far as the
8 creek aforesaid is concerned and also rights to the percolating
9 waters aforesaid.
10   Defendants further  plan on drilling a well and wish to re-
11 serve the right to do so.
12   Defendants claim the right to use forty (40) acre feet of
13 water per year from any and all sources stated herein. Defendants
14 do not claim any prescriptive rights or any appropriative rights.

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

_____

_____
   Defendants in propria persona

Dated:    September 30, 1958

14968

County of Riverside, State of California,
The Southeast quarter of the Northeast quarter of
Section 11, Township 7 South, Range 3 West, San
Bernardino base and meridian.

**EXHIBIT A**

14969