J. Lee Rankin
Solicitor General
Room 332
325 West "F" St
San Diego Calif

Sept 16 1958

**FILED**

OCT 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By McKiest
    DEPUTY CLERK

Dear Sir:

My wife and myself own property which is located in Riverside County. There is two 15 acre pieces of land side by side. The first is described as: The Northerly 15 acres of the Westerly 60 acres of the South half of the Northeast quarter of Section 5, Township 8 South, Range 1 East, San Bernardino Base and Meridian. Map book 497, Page 211, records of said County Riverside

The 2nd is described as: The Southerly 15 acres of the Northerly 30 acres of the westerly 60 acres of the South half of the Northeast quarter of Section 5, Township 8 South, Range 1 East, San Bernardino Base and Meridian, Map Book 497, Page 211, records of said County Riverside

We will need enough water for domestic use and some irrigation. At present we do not have a well but we are planning on putting in a well in the near future

Sincerely
Daniel M Wells
Edna Amelia Wells

14202 Gardesa Rd.
La Mirada, Calif.

14966

INDEXED
Copy read