UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. __1247-SD-C__ CIVIL

MINUTES OF THE COURT

DATE: October 10, 1958

AT: San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporters   JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, AND ELLIOTT ROBERTSON

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, W. B. DENNIS JAMES KRIEGER, GEORGE STAHLMAN, CARL BORONKAY, AND GEORGE GROVER

PROCEEDINGS: FURTHER COURT TRIAL

At 9:35 A.M. convene herein.
Witness Kunkel resumes stand and testifies further on cross examination.
Plaintiffs Exs. 17A, 16B, 16C, and 16D are marked for Identification
IT IS ORDERED that Exhibits 17A, 16B, 16C, and 16D may be withdrawn for copying.
Additional Documents are added to Ex. No. 16A.
Plaintiffs Exs. Nos. 80 thru 95 are marked for Identification.
At 10:50 A.M. a recess is declared by the court, and at 11:10 A.M. reconvene.
Witness Kunkel resumes stand and testifies further.
At 12:05 P.M. a recess is declared by the court, to 2 P.M.
At 2:05 P.M. reconvenes.
Witness Kunkel resumes stand and testifies further.
Exs. Nos. 16A-1 thru 16A-71 received.
At 3 P.M. a recess is declared by the court, and at 3:15 P.M. reconvene.
Witness Kunkel resumes stand and testifies further.
At 4 P.M. a recess is declared by the court, and the further court trial herein smmmth continued to October 14, 1958, at 10 A.M.

4734

JOHN A. CHILDRESS, Clerk

By _____