BEST, BEST AND KRIEGER
Post Office Box 1028
Riverside, California.

OVerland 6-1450

FILED

OCT 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                   Plaintiff, <br> -vs- <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br>                   Defendants. | Civil No. 1247-SD-C <br><br> SUBSTITUTION OF ATTORNEYS |

      Defendant James Oviatt hereby substitutes Best, Best and Krieger as his attorneys of record in place of G.V. Weikert.

      DATED: This 30th day of Sept, 1958.

                                                    James Oviatt

We consent to the above substitution.

      DATED: This 30th day of Sept, 1958.

                                                    G.V. Weikert

We consent to the above substitution.

      DATED: This 7th day of October, 1958.

                                                    BEST, BEST AND KRIEGER

                                                    By: Arthur L. Littleworth

Approved
James M. Carter
Judicial Judge
10-13-58

Copy made

4736

U.S. v. Fallbrook Public Utility District, Oviatt, et al.,

**AFFIDAVIT OF MAILING**

State of California, } ss.
County of Riverside,

Case No. Civil No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is 4200 Orange Street, Riverside, California.

That on the 7th day of October 19 58, affiant served a copy of the attached paper, to-wit: SUBSTITUTION OF ATTORNEYS

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

> J. Lee Rankin, Esq.,
> Solicitor General
> Room 332
> 325 West "F" Street, San Diego, California.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 7th day of October, 19 58.

_____
Notary Public in and for the County of Riverside, State of California

_____
Signature of Affiant

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

4737