BEST, BEST AND KRIEGER
Post Office Box 1028
4200 Orange Street
Riverside, California.

OVerland 6-1450

FILED

OCT 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA,<br>               Plaintiff,<br>-vs-<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>               Defendants. | Civil No. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

      Defendants Frank O. Querry and Odessa D. Querry hereby substitute Best, Best and Krieger as their attorneys of record in place of Howland and Prindle.

      DATED: This 6 day of Oct, 1958.

                                 Frank O. Querry

                                 Odessa D. Querry

      We consent to the above substitution.

      DATED: This 30 day of September, 1958.

                             HOWLAND and PRINDLE

                             By:- _____

1.

4738

We consent to the above substitution.

DATED: This 8th day of October, 1958.

BEST, BEST AND KRIEGER

By: *Arthur L. Littleworth*

Approved
*James M. Carter*
District Judge
10/13/58

2.

4739

U.S. v. Fallbrook Public Utility District, et al.,

AFFIDAVIT OF MAILING

Case No. Civil 1247-SD-C

State of California,  } ss.
County of Riverside, }

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is 4200 Orange Street, Riverside, California. That on the 9th day of October 1958, affiant served a copy of the attached paper, to-wit:

SUBSTITUTION OF ATTORNEYS

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

J. Lee Rankin, Esq.,
Solicitor General
Room 332
325 West "F" Street, SAN DIEGO, California.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 9th day of October, 1958.

_Arthur L. Littleworth_
Notary Public in and for the County of Riverside, State of California

_Margaret J. Sturgeon_
Signature of Affiant

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

4740