**FILED**
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    ANZA ELECTRIC COOPERATIVE, INC.
    LOREN L. CASPER and MARIAN K. CASPER
    HAZEL I. JOHNSON and RAYMOND F. JOHNSON
    PROSPER D. SMITH and MABEL E. SMITH
    SAMUEL M. WILSON and HAZEL A. WILSON
    BASIL HARRIS and PAULINE L. HARRIS
    DOUGLAS E. OWEN
    ERWIN E. RASCH and MARY L. RASCH
    OLIVER B. HAYES and HARRIETT B. HAYES
    MR. AND MRS. L. J. SINGLETON
    ALBERT W. BECKER and PEGGY J. BECKER
    JACOB C. GROW, JR. and BETTY JANE GROW
    SAMUEL R. LASH and CHARLOTTE KIRK LASH
    MYRTLE A. PROVOLT
    DELSIA P. TIBBETT

DATED: October 13, 1958.

*Donald W. Redd*