RAY C. EBERHARD
ATTORNEY AT LAW
215 WEST SEVENTH STREET
1231 A. G. BARTLETT BUILDING
LOS ANGELES 14
MADISON 5-1431

Attorney for Defendants Samuel M. Wilson and Hazel A. Wilson

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,
            Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

            Defendants.

NO. 1247-SD-C

AMENDMENT TO ANSWER OF SAMUEL M. WILSON AND HAZEL A. WILSON TO ORIGINAL COMPLAINT AND TO ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

---

    COME NOW defendants Samuel M. Wilson and Hazel A. Wilson, and with leave of Court first had and obtained file their amendment to their answers heretofore filed, to wit:

    AS A FURTHER, THIRD AND SEPARATE DEFENSE HEREIN, DEFENDANTS ALLEGE:

I

    That more than five years prior to the filing of the complaint herein, defendants constructed across the channel of De Luz Creek, on the lands owned by said defendants, a weir for the purpose of diverting water from said De Luz Creek; that each year since the construction thereof, defendants have operated said weir to divert water from said De Luz Creek for beneficial

-1-

14986

INDEXED
COPY RECEIVED

use on defendants' lands and that each year during periods of low flow in said De Luz Creek defendants have, from time to time, diverted, by means of said weir, and used for beneficial purposes on their said lands all of the flow of said De Luz Creek, so that no water from said stream flowed past said weir for use below the lands of defendants.

RAY C. EBERHARD

*[signature: Ray C. Eberhard]*
Attorney for Defendants Samuel M. Wilson and Hazel A. Wilson

-2-

14987

SAMUEL M. WILSON

being by me first duly sworn, deposes and says: That _he_ **is one of the answering defendants**

in the above entitled action; that _he_ has read the foregoing **Supplement to Answer of Samuel M. Wilson and Hazel A. Wilson to Original Complaint and to Answer to Supplementary and Amendatory Complaint**

and knows the contents thereof; and that the same is true of **his** own knowledge, except as to the matters which are therein stated upon **his** information or belief, and as to those matters _he_ believes it to be true.

Subscribed and sworn to before me this **22nd**
day of **July**, 19**58**                   Samuel M Wilson

_Marity S Ryan_
Notary Public in and for said County and State of California.
(SEAL)

RAY C. EBERHARD
ATTORNEY AT LAW
2511 A. G. BARTLETT BUILDING
215 WEST SEVENTH STREET
LOS ANGELES 14
MADISON 5-1481

Attorney for _____

Received copy of the within _____

this _____ day of _____, 19____

Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C.C.P.)

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES }

_____ being first duly sworn, says: That affiant is a citizen of the United States, and a resident of the County aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence address is _____

that on the _____ day of _____ 19____ affiant served the within _____

on the _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney____ of record for said _____ at the residence office address of said attorney____ as follows: **

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city wherein is located the office of the attorney____ for the person____ by and for whom said service was made.* That there is a delivery service by United States mail at the place so addressed or ** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this _____
day of _____, 19____

_____
Notary Public in and for said County and State of California.
(SEAL)
*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or".