FILED

OCT 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Erwin G. Rasch and Mary L. Rasch
2  Defendants in propria persona

3  645 W. Yaleton
   West Covina, California

4

5              IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA           )   CIVIL NO. 1247 - SD - C
9              Plaintiff,             )   ANSWER OF DEFENDANTS
10       v.                           )   Erwin G. Rasch and Mary L. Rasch
11 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, ET AL,                   )
12            Defendants,             )

13       The defendants, Erwin G. Rasch and Mary L. Rasch
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                   AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 1 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

1  At present there is no well on the property but the land is
2  suitable for irrigated crops and my future plans include
3  pumping water from beneath the land for this purpose and
4  domestic use.
5  We claim our land described in Exhibit A is in the Temecula
6  Rancho, one of the Grants of land made by Mexico in the territories
7  ceded to the United States by the Treaty of Guadalupe Hidalgo, 1848,
8  and confirmed by the Protocol of said Treaty, as it was under
9  Mexican law and also giving the Grantees the priviledge of causing
10 said title to be acknowledged before American Tribunals. Louis
11 Vignes, last owner under Mexican law and first owner under American
12 law, was granted a Patent to the Temecula Land Grant by U.S. Pres.
13 Buchanan in 1860. We expect according to said title to use the
14 land freely and exclusively in the future, including water rights.
15 We rely upon the Treaty and other matters of record relating
16 thereto for our protection.
17    WHEREFORE, these defendants pray that plaintiff take nothing
18 against them by reason of the Complaint and Supplementary and Amenda-
19 tory Complaint on file herein; that said Complaint be dismissed as
20 against these defendants; that defendants' right to water, as hereinabove
21 set forth, be quieted as against the plaintiff and against all other de-
22 fendants in this action; and for such other and further relief as the
23 Court may deem proper.

*Erwin E. Rasch*

*Mary L. Rasch*
Defendants in propria persona

32 Dated: *September 2, 1958*

In the County of Riverside, State of California:

The Southeast half of the Southwest quarter of Lot 16 of Murrieta Portion of Temecula Rancho, as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records, said Southwest quarter being described as follows:

Beginning at the most Southerly corner of said Lot 16, being the point of intersection of the Northeasterly line of Washington Avenue with the center line of Lemon Street, 660 feet, more or less, to a point 660 feet Southwesterly from the intersection of said center line of Lemon Street with the center line of Adams Avenue; thence at right angles Northwesterly 660 feet; thence at right angles Southwesterly 660 feet, more or less, to the Northeasterly line of Washington Avenue, thence Southeasterly, along said Northeasterly line of Washington Avenue, 660 feet, to the point of beginning.

EXCEPTING therefrom that portion of said Lot 16 described as follows: Commencing at the most Southerly corner of said Lot 16, being the point of intersection of the Northeasterly line of Washington Street with the center line of Lemon Street; thence Northeasterly, on said center line of Lemon Street, 660 feet, more or less, to a point 660 feet Southwesterly from the intersection of said center line of Lemon Street with the center line of Adams Avenue, the true point of beginning; thence at right angles Northwesterly 180 feet; thence at right angles Southwesterly 100 feet; thence at right angles Southeasterly 180 feet, to the center line of Lemon Street; thence Northeasterly, on said center line of Lemon Street, 100 feet, to the true point of beginning;

ALSO EXCEPTING therefrom that portion described as follows: Commencing at the most Southerly corner of said Lot 16, being the point of intersection of the Northeasterly line of Washington Street with center line of Lemon Street; thence Northeasterly, on said center line of Lemon Street, 660 feet, more or less, to a point 660 feet Southwesterly from intersection of said center line of Lemon Street with center line of Adams Avenue; thence at right angles Northwesterly 180 feet, to the true point of beginning; thence at right angles Southwesterly 100 feet; thence at right angles Southeasterly 180 feet, to center line of Lemon Street; thence Southwesterly, on the center line of Lemon Street, 25 feet; thence at right angles Northwesterly 25 feet; thence at right angles Northwesterly 330 feet, more or less, to the Northwesterly line of that certain parcel of land conveyed to Erwin E. Rasch and Mary L. Rasch, his wife, parcel of land by Deed filed for record October 1, 1943; thence at right angle Northeasterly, on said Northwesterly line, 135 feet, to a point distant 660 feet, measured at right angles, from the center line of Adams Avenue; thence at right angles Southeasterly 150 feet, to the true point of beginning;

ALSO EXCEPTING that portion included in Lemon Street;

ALSO EXCEPTING one-half of all oil and mineral rights in and to said property