```
BASIL HARRIS and PAULINE L. HARRIS
Defendants in propria persona
824 Lynnhaven Lane
La Canada, California
```

FILED

OCT 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M D Kuuk
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )   CIVIL NO. 1247- SD - C
         Plaintiff,        )
                           )   ANSWER OF DEFENDANTS
    v.                     )
                           )   BASIL HARRIS and
FALLBROOK PUBLIC UTILITY   )   PAULINE L. HARRIS
DISTRICT, ET AL,           )
                           )
         Defendants.       )

The defendants, Basil Harris and Pauline L. Harris each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

15020

1    The aforesaid land of defendants is suitable for
2 the grazing of horses and cattle, for the raising of turkeys,
3 chickens and fowl, and for human habitation and residence.
4    Defendants claim the right to use all the water
5 necessary for the raising of horses, cattle, turkeys, chickens
6 and fowl on their land, for human habitation and residence, and to irrigate their land from any
7 wells that may be dug to tap percolating waters under said
8 land.

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*/s/ Basil C. Harris*
BASIL HARRIS
*/s/ Pauline L. Harris*
PAULINE L. HARRIS
Defendants in propria persona

Dated: *Sept 3*, 1958.

15021

The SE$\frac{1}{4}$ of the SW$\frac{1}{4}$ of Sec. 7, T 9 S., R 3 W, S.B.M., in the County of San Diego, State of California, according to U.S. Government Survey thereof; EXCEPTING the following described portion:

Beg. at the NW corner of the said SE$\frac{1}{4}$ of the SW$\frac{1}{4}$; thence So. 34° 58' 30" East, 810.93 feet; thence So. 33° 06' 20" East, 540.50 feet; thence No. 71° 44' 20" East, 551.13 feet to a point on the East line of said SE$\frac{1}{4}$ of the SW$\frac{1}{4}$ distant thereon So 0° 19' 30" West 963.96 feet from the NE corner thereof; thence along said line No. 0° 19' 30" East, 963.96 feet to the NE corner thereof; thence along the No. line of said SE$\frac{1}{4}$ of the SW$\frac{1}{4}$ So. 89° 08' 50" West, 1289.04 feet, to the point of beginning.

EXHIBIT "A"

15022