DELSIA P. TIBBETT
Defendants in propria persona

44 No. 7th Street
San Jose, California

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
　　　　　　Plaintiff, ) ANSWER OF DEFENDANTS
　　v. ) ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY ) SUPPLEMENTARY AND AMENDATORY
DISTRICT, ET AL, ) COMPLAINT OF
　　　　　　Defendants, ) DELSIA P. TIBBETT

The defendants, Delsia P. Tibbett, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants owns 2 Lots ~~acres~~ of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14989

EXHIBIT A

OWNERSHIP

That certain portion of Tract 116 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of San Diego County, October 9, 1888, described as follows:

BEGINNING at a point on the North line of said Tract 116 distant thereon North 89° 17' 30" West (Record North 89° 17'15" West ) 168.00 feet from the Northeast corner of said Tract 116; thence along the said North line North 89° 17'30" West 64.04 feet; thence parallel to the East line of said Tract 116 South 0° 39'30" West 112.00 feet; thence parallel to said North line of Tract 116 South 90° 17'30" East 64.04 feet to the Southwest corner of the parcel of land conveyed by Mark Rhodes, et ux to Walter E. Barrett, et ux, by deed recorded March 12, 1942 in Book 1316, page 325 of Official Records of said San Diego County; thence along the West line of said parcel so conveyed to Barretts North 0° 39'30" East 112.00 feet to the point of beginning.

．．．．．．．．．．．

BENEFICIARY OF TRUST DEED

That portion of Tract 116 of West Fallbrook in the County of San Diego, State of California, according to the map thereof #567, filed in the office of the County Recorder of said San Diego County, October 9, 1888, described as follows:

BEGINNING at a point in the North line of said Tract 116, distant North 89° 17' 15"W. 112 feet from the Northeast corner of said Tract, thence parallel to the East line of said Tract South 0° 39'30" W 112 feet; thence parallel with the North line of said Tract North 89° 17'15"W 56 feet, thence parallel to the said East line of said Tract 116, North 0° 39'30" East 112 feet to the said North line of Tract 116; thence thereon South 89° 17'15" East 56 feet to the point of beginning.

．．．．．．．．．．．．．

14989-A

Defendant owns 2 Lots on each of which there is a Rental Home with Family Orchard. Defendant is now buying water from the Fallbrook Public Utility District, and claims the right to use as much water as she considers necessary for the upkeep of the abovementioned.

Defendant claims all riparian rights to all waters percolating through her land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, creeks or wells; and to take water from her land, whether for irrigation, domestic or industrial uses.

In addition to the claim and uses as herein made, defendant claims all the rights of overlying landowners to any water which may originate in, or under, or cross her land. Defendant claims the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendant hereby incorporates the same as though set forth herein in full all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendant claims all the above for all land in which she has any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Delsia P. Tibbett*

DELSIA P. TIBBETT

9-27-58

Defendants in propria persona

44 No. 7th Street
San Jose, California

Dated: 10-6-58

14890