SAMUEL R. LASH and
CHARLOTTE KIRK LASH
Defendants in propria persona
210 South Orange
Fallbrook, California

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. C. Keough
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

SAMUEL R. LASH and
CHARLOTTE KIRK LASH

The defendants, SAMUEL R. LASH and CHARLOTTE KIRK LASH each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

14931

1      Defendants claim all rights of overlying landowners and to water which may originate or cross their land.
2      Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.
3      Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.
4
5      Defendants claim all the above for all lands in which they have any financial interest whatever.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Samuel R. Lash*
SAMUEL R. LASH

*Charlotte Kirk Lash*
Charlotte Kirk Lash
Defendants in propria persona

Dated:

14992

EXHIBIT A

That parcel of land in the County of San Diego, State of California, being that portion of Lot 10, in Block 46 of West Fallbrook, according to the Map thereof No. 567, filed in the Office of the County Recorder of San Diego County October 9, 1868, together with that portion of the South Half of Fig Street adjoining said Lot 10 on the North and that portion of the West Half of the alley adjoining said Lot 10 on the East, said street and alley being now vacated and closed to public use, described as a whole as follows:

Beginning at the Southwest corner of Lot 9 in said Block 46 of West Fallbrook; thence along the Westerly line of said Lots 9 and 10 North 0°34'10" East 70.00 feet to the true point of beginning; thence parallel with the South line of said Lot 9 and the Easterly prolongation thereof, South 89°20'30" East 134.94 feet to the center line of said vacated alley; thence along said center line of the alley and the Northerly prolongation thereof North 0°33' East 66.86 feet to the center line of said Fig Street; thence along said center line of Fig Street North 89°20' West 134.93 feet to the Northerly prolongation of said Westerly line of Lot 10; thence along said Northerly prolongation and said Westerly line South 0°34'10" West 66.88 feet to the true point of beginning.

14993