Jacob E. Grow Jr. and Betty Jane Grow
1  Defendants in propria persona
   P.O. Box 550, Grand Ave
2  Elsinore, Calif.

3

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. _____ Deputy Clerk

4             IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,         )
                                     )   CIVIL NO. 1247- SD - C
9           Plaintiff,               )
                                     )   ANSWER OF DEFENDANTS
10     v.                            )
                                     )
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, ET AL,                 )
12                                   )
            Defendants.              )

13      The defendants, Jacob E. Grow Jr. & Betty Jane Grow

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26                 AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own   3    acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32  COPY RECEIVED                                          14994

    INDEXED

*For use of Domestic Well only*
*No irrigation necessary*

18        WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

x *Jack H Brown*
*Mrs. Betty Jane Brown*
Defendants in propria persona

Dated: 9-16-58

14995

Exhibit "A"

The Easterly 3 acres of the northwesterly 6.15 acres of Lot 18, in Block "K" of Elsinore, as shown by map on file in Book 4 page 174 of maps in the office of the county Recorder of the County of San Diego, State of California

14986