ALBERT W. BECKER and PEGGY J. BECKER

Defendants in propria persona

Quarters 258 (S)
M.C.A.A.S.
MOJAVE, California

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M C Kusch
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
 v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF ALBERT W. BECKER and PEGGY J. BECKER

The defendants Albert W. Becker and Peggy J. Becker each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 Lot ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

14997

Defendants own 2 Rentals on one Lot -- indicated in Exhibit A, attached.

Defendants are now buying their water from the Fallbrook Public Utility District, and claim the right to use as much water as they consider necessary for the upkeep of the abovementioned.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc; and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth in full all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Albert W. Becker*   13 Sept 58

*Peggy J. Becker*

Defendants in propria persona

Mailing address: Quarters 258 (S)
M. C. A. A. S.
MOJAVE, California

Dated:

14998

EXHIBIT A.

The North 54 feet of the South 162 feet, EXCEPTING the West 135 feet of Block 111 of the Townsite of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 743, filed in the office of the County Recorder of San Diego County, March 6, 1893.

14997A