Oliver B. Hayes and Harriet B. Hayes
Defendants in propria persona
P.O. Box 1185 Fallbrook, Calif.

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
          Plaintiff,       ) ANSWER OF DEFENDANTS
    vs.                    ) Oliver B. Hayes
FALLBROOK PUBLIC UTILITY   ) Harriet B. Hayes
DISTRICT, ET AL,           )
          Defendants,      )

The defendants, Oliver B. Hayes and Harriet B. Hayes each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 9.6 acres of land in San Diego Co. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                          14980
INDEXED

We claim Riparian water rights to an intermittent stream which meanders along the South & Southeast boundries of the property. We have a well located in the Southeast corner of the the property - from which we claim the right to take water for our domestic use and a small family orchard. At present we are using approx. 1½ acre feet per year on one acre of fruit trees. We plan to develope about 5.3 acre of deciduous, citrus, grapes & berries. For this we claim approx. 5.91 acre feet per year. We claim the right to develope another well on this property to supplement any future need for this developement.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Oliver B. Hayes*

*Harriet B. Hayes*

Defendants in propria persona

Dated: Sept. 10, 1958

15000

"Exhibit A"

<u>Parcel I.</u> Beginning at the North west Cor. of the Southwest quarter of the Southwest quarter of Sec 8 Twp. 9S., Range 3 West S.B.M. Thence South 600' along Sec. Line 7-8 to a pt.; thence E. 170' to a pt., thence No. 47°27'32" E. 560' to a pt.; thence North 225' to a pt.; thence West 660' to the pt. of beg. <u>Parcel 2.</u> The East 200' of the N. 600' of the S.E. quarter of the S.E. quarter of Sec 7, Twp. 9 S, Range 3, West S.B.M.

15001