FILED

OCT 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  PROSPER D. SMITH and MABEL E. SMITH
   Defendants in propria persona
2  3550 Linwood Place
3  Riverside, California

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,         )
8                                    )   CIVIL NO. 1247- SD - C
             Plaintiff,              )
9                                    )   ANSWER OF DEFENDANTS
       v.                            )   PROSPER D. SMITH and
10                                   )   MABEL E. SMITH
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12           Defendants.             )

13     The defendants, PROSPER D. SMITH and MABEL E. SMITH,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own   one   acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32
                                                          15023
INDEXED
COPY RECEIVED

1  Defendants claim the right to take percolating water under
2  this property by well for household, live stock and to irrigate this land.

4  This land was purchased with no reservations of any kind.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Jasper D. Smith*

*Mabel E. Smith*

Defendants in propria persona

Dated: August 29, 1958

15024

"EXHIBIT A"

Lot 105, Temecula Land and Water Company, MB 8/359 SD
Beginning 300' Southwest of East Corner, NW 102' X
SW 330', 1 Acre, Riverside County, California.
Riverside County Assessor Book 20, Map 7, Page 00,
Line 44.

Owned by PROSPER D. SMITH and MABEL E. SMITH, 3550
Linwood Place, Riverside, California.

15025