Hazel D. & Raymond F. Johnson
Defendants in propria persona
Box 26 Murrieta California

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Kusley
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Hazel D. Johnson
and
Raymond F. Johnson

The defendants, Hazel D. and Raymond F. Johnson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in      County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

15026

Exibit A.

Property described as follows.
Lots 17,18,19, and 20 in block # 7 of the town of Murrieta, California as shown by map on file in book # 8 page 395 of maps in San Diego records.

These lots are situated in the town of Murrieta, County of Riverside and in the State of California. Said lots are potentialy residental property.
We claim all percolating or underground water for the sufficient use of this land.
No riparian rights are claimed nor are any adverse rights.
Domestic use of water is claimed for each and any houses that might be constructed in the future on the described property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Raymond F Johnson

Hazel D. Johnson

Defendants in propria persona

Dated: Aug. 28, 1958

15027