1 Loren L. Casper & Marian K. Casper
2 Defendants in propria persona
  Rte. 2 Box 76, Fallbrook, California
3
4

**FILED**
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
9              Plaintiff,        )   ANSWER OF DEFENDANTS
10      v.                       )   Loren L. Casper
11 FALLBROOK PUBLIC UTILITY      )   Marian K. Casper
   DISTRICT, ET AL,              )
12             Defendants,       )

13      The defendants, Loren L. Casper & Marian K. Casper
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference all
20 of the allegations contained in the answer to said Complaint and Supple-
21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant
22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
23 thereof entitled "Affirmative Statement of Rights") and make each and all
24 of said allegations a part of this answer the same as if herein set forth
25 at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 7.58 acres of land in San Diego
28 County, California, and without the watershed of the Santa Margarita River,
29 more particularly described in the document attached hereto, marked Exhibit
30 A, which is hereby incorporated by reference as a part of this statement.
31
32

1  We claim to be without the watershed. This parcel
2  of ground drains toward the San Luis Rey watershed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lorin L. Casper*

*Marion K Casper*
Defendants in propria persona

Dated: August 25, 1958

Commencing on the West line of said Section 17 at a point North 0° 49' West, 333.4 feet from the Northwest corner of said Section 17, running thence North 49° 30' East, 285.59 feet to a point, thence North 71° 25' East, 675.0 feet to a point, thence South 83° 43' East, 537.20 feet to a point, thence South 80° 03' East, 925.69 to a point, thence curving to the left with a radius of 120 feet through an angle of 75° and a distance of 157.08 feet to a point, thence North 24° 57' East, tangent to the last described curve 310.16 feet to a point, thence North 49° 57' East, 186.31 feet to a point, thence North 70° 47' East, 139.67 feet to a point, thence North 53° 52' East, 205.69 feet to a point, thence North 69° 17' East, 30.04 feet to a point, thence curving to the left with a radius of 120 feet through an angle of 33° 40' and a distance of 70.51 feet to a point, thence North 35° 37' East, tangent to last described curve 119.15 feet to a point on the North line of said West 25 acres of Southwest Quarter of Southeast Quarter and said point being North 89° 54' East, 442 feet from the Northwest corner of said Southwest Quarter of Southeast Quarter of Section 17.

15030