```
GORDON COLOGNE
Attorney at Law
45-596 Jackson Street
P. O. Box 96
Indio, California

Telephone: DIamond 73551
```

FILED
OCT 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Kiesel
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL.,

    Defendants.

CIVIL NO. 1247-SD-C

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT

    The defendant ANZA ELECTRIC COOPERATIVE, INC., a California Corporation, severing from its co-defendants and for itself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

ANSWER TO ORIGINAL COMPLAINT

I.

    The answering defendant has no information or belief sufficient to enable it to answer the allegations of Paragraphs II and VII of the original Complaint and basing its denial upon that ground, denies all allegations in said paragraphs contained.

II.

    Answering the allegations of Paragraph IV, defendant denies that any conduct of this answering defendant threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner, and this answering defendant has no

Page 1.

15031

COPY RECEIVED
INDEXED

information or belief sufficient to enable it to answer the other allegations of said paragraph IV and basing its denial on such ground, denies all the other allegations in said paragraph IV contained.

### III.

Answering the allegations of Paragraphs V and VI, denies that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of this answering defendant, and denies that the plaintiff is entitled to any rights, titles, interests, or privileges as against the answering defendant by reason thereof.

### IV.

Answering the allegations of Paragraph VIII, admits that the plaintiff makes the claims and assertions specified in said paragraph; this answering defendant has no information or belief sufficient to enable it to answer the remaining allegations of said paragraph and basing its denial on that ground, denies all of said allegations.

### V.

Answering the allegations of Paragraph IX, denies that any action or conduct of this answering defendant has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; this answering defendant has no information or belief sufficient to enable it to answer the remaining allegations of said paragraph and basing its denial on that ground denies all of said allegations.

### ANSWER TO SUPPLEMENT TO COMPLAINT
### ANSWER TO COUNTS NOS. I TO XIV, INCLUSIVE

### I.

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, this answering defendant hereby incorporates by reference Paragraphs I to V, inclusive, of the

Page 2.

15032

1  above Answer to plaintiff's original Complaint.
2                    II.
3        This answering defendant admits that the plaintiff
4  makes the contentions set forth in said counts; denies that any
5  actions of this answering defendant has injured plaintiff; and
6  has no information or belief sufficient to enable it to answer
7  any of the remaining allegations in any of said counts contained
8  and basing its denial on that ground, denies all of said allega-
9  tions not hereinabove expressly admitted or denied.
10       ANSWER TO COUNTS NOS. XV-XXI, INCLUSIVE
11                   I.
12       This answering defendant hereby incorporates by refer-
13 ence Paragraphs I and II of their Answer to Counts I to XIV, in-
14 clusive.
15                   II.
16       This answering defendant denies each and every allega-
17 tion contained in Paragraphs II and III of Count XXI.
18                   III.
19       The defendant admits that plaintiff owns certain
20 tracts of land comprising the Cleveland and San Bernardino National
21 Forests which are administered by the Bureau of Land Management
22 of the Department of the Interior; admits that the exhibits men-
23 tioned in said Counts are attached to the Complaint; admits that
24 the United States of America makes the contentions set forth in
25 Counts XVIII, XIX, and XX; this answering defendant has no informa-
26 tion or belief sufficient to enable it to answer the remaining
27 allegations in said Counts XV to XXI, inclusive, and basing its
28 denial on that ground, denies all of said allegations.
29         ANSWER TO AMENDMENT TO COMPLAINT
30       ANSWER TO COUNTS NOS. XXII to XXV, INCLUSIVE
31                   I.
32       This answering defendant hereby incorporates by reference

GORDON COLOGNE
ATTORNEY AT LAW
INDIO, CALIFORNIA

Page 3.

15033

Paragraphs I, II and III of its Answer to Counts XV to XXI, inclusive.

II.

This answering defendant denies the allegations of Paragraphs I and II of Count XXII.

III.

This answering defendant admits that plaintiff makes the contentions set forth in Paragraph III of Count XXII; denies each and every allegation in said paragraph contained except as hereinabove admitted.

IV.

This answering defendant admits that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admits that the application referred to in Paragraph II of Count XXIV was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admits that this answering defendants claims the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; denies that any claim of this defendant invades any rights of the United States of America; denies the allegations of Count XXI except as hereinabove expressly admitted.

V.

This answering defendant has no information or belief sufficient to enable it to answer the remaining allegations contained in said counts and basing its denial upon that ground, denies all of the allegations not hereinabove expressly admitted or denied.

AFFIRMATIVE STATEMENT OF RIGHTS

I.

This answering defendant owns approximately two (2) acres of land situated within the watershed of the Santa Margarita River in the County of Riverside, State of California, more par-

Page 4.

15034

ticularly described as follows:

That portion of the Southeast quarter of the Southwest quarter of Section 14, Township 7 South, Range 3 East, San Bernardino Base and Meridian, and more particularly described as follows:

Beginning at the point of intersection of the East line of the Southwest quarter of said Section with the Northwesterly line of that certain parcel conveyed to the County of Riverside, by Deed recorded May 2, 1950 in Book 1169 page 9 of Official Records, Riverside County Records; thence North on said East line of the Southwest quarter, 410 feet; thence West and parallel with the South line of the Southwest quarter 210 feet; thence South and parallel with said East line of the Southwest quarter to the Northwesterly line of the parcel conveyed to the County of Riverside above referred to; thence Northeasterly on the Northwesterly line of said parcel conveyed to the County of Riverside, to the point of beginning.

Subject to: (1) Current taxes. (2) Any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws and decisions of courts, and the reservation from the lands thereby granted of a right of way thereon for ditches or canals constructed by the authority of the United States, as contained in the Patent from United States of America recorded December 3, 1920 in Book 8 page 133 of Patents, Riverside County Records.

This land is riparian land; on information and belief the answering defendant alleges all of the land is tillable and can be used for grazing cattle and for raising, turkeys, chickens, and fowl. Defendant has used water for domestic purposes and has obtained such water by pumping directly from sources below the ground as well as subsurface sources.

II.

Defendant claims the right to use all of the water flowing on their land. Defendant further claims prescriptive rights and appropriative rights for such water from sources on adjoining property which has been supplying the answering defendant with its water needs.

III.

This answering defendant denies that its property is located within the watershed of the Santa Margarita River.

Page 5.

15035

IV.

The answering defendant further alleges that all descriptions and acreage totals are approximate and requests that it may have leave to amend this answer to insert the correct description and amount when the same is ascertained by it.

WHEREFORE, this defendant prays that plaintiff take nothing against it by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

ANZA ELECTRIC COOPERATIVE, INC.

By _Arthur H. Nightingale_
President

_Estill W. Money_
Secretary

Dated: _Aug. 22_, 1958.

GORDON COLOGNE
ATTORNEY AT LAW
INDIO, CALIFORNIA

Page 6.

15036