FILED

OCT 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

(Mrs.) Myrtle A. Provolt

1   Defendants in propria persona

2   Murrieta, California

3

4               IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,           )
                                         )   CIVIL NO. 1247- SD - C
                Plaintiff,               )
9                                        )   ANSWER OF DEFENDANTS
        v.                               )
10                                       )   Myrtle A. Provolt
    FALLBROOK PUBLIC UTILITY             )
11  DISTRICT, ET AL,                     )
                                         )
12              Defendants.              )

13       The defendants,    Myrtle A. Provolt

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26               AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own   80    acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32
                                                         15037
INDEXED

EXHIBIT A

Lot Seventy-four (74) fronting on Adams Avenue and containing forty (40) acres of the Murrieta Portion of the Temecula Rancho. For the more minute description pf said land reference is hereby made to the survey of O. M. Sanford, now on file in the Recorder's office of the County of Riverside, State of California.

Lot 24 in Block "L" of ELSINORE, as shown by map on file in Book 4 page 174 of Maps, records of San Diego County, California.

15038

1    The properties which I own within the watershed of the Santa Margarita
2 River described in "Exhibit A" are in the Temecula Rancho and the Laguna
3 Rancho, grants of land the titles to which were confirmed, I believe, by
4 the Treaty of Guadalupe Hidalgo, and, I believe, that a patent to said
5 grants was signed by President Buchanan. Therefore, I claim the protection
6 of the said Treaty and said Patent. I have always used my properties freely
7 and exclusively in the past, and I hope to do so in the future. I rely upon
8 all documents of record relating thereto.

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Mrs. Myrtle A. Prevolt*
*Murrieta, Calif.*
Defendants in propria persona

Dated: September 30, 1958

15039