UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL  
MINUTES OF THE COURT  
DATE: OCTOBER 14, 1958  
AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, DONALD W. REDD ELLIOTT ROBERTSON

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY GEORGE STAHLMAN, ARTHUR LITTLEWORTH, W. B. DENNIS

PROCEEDINGS: FURTHER COURT TRIAL

At 10:20 A.M. reconvene herein.  
Attorney Veeder, Sachse, and the court each make statements re Masters Hearings.  
Witness Fred Kunkel resumes stand and testifies further on cross examination by attorney Dennis.  
At 11 A.M. recess and at 11:20 A.M. reconvenes.  
Witness Kunkel resumes stand and testifies further.  
At 12, noon, a recess is declared by the court to 2:30 P.M.  
At 3:40 P.M. reconvene  
Witness Kunkel resumes stand and testifies further on cross examination by attorney Stahlman.  
At 4:45 P.M. a recess is declared by the court, and the further trial herein, continued to October 15, 1958, at 10 A.M.

4735

JOHN A. CHILDRESS, Clerk  
By WILLIAM W. LUDDY