10-15-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _1247-SD-C_ CIVIL

MINUTES OF THE COURT

DATE: _October 15, 1958_

AT: San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: _WILLIAM VEEDER, WILLIAM BURBY, DONALD W. REDD,_ ELLIOTT ROBERTSON

COUNSEL FOR DEFENDANT: Franz SACHSE, ADOLPHUS MOSKOVITZ, CARL BORONKAY, ARTHUR LITTLEWORTH, ROBERT MCGINNIS, GEORGE STAHLMAN, W. B. DENNIS

PROCEEDINGS: FURTHER COURT TRIAL

At 10:05 A.M. reconvene herein.
Plaintiff Exs. 16-A 72 and 16A-73 are received.
Witness Kunkel resumes stand, testifies further on cross examination by attorney Littleworth.
At 10:55 A.M. a recess is declared by the court, and at 11:10 A.M. reconvene.
Witness Kunkel resumes stand and testifies further on cross exam by Attorney Sachse.
Ex. No. 16-1 is marked for Identification.
At 12:00, noon, a recess is declared to 2 P.M.
At 2:10 P.M. reconvene.
Witness Kunkel resumes stand and testifies further on re-direct examination.
At 3:20 P.M. recess and at 3:40 P.M. reconvene.
Witness Kunkel testifies further on re-direct examination.
At 4:58 P.M. a recess is declared by the court, and the further trial herein continued to October 16, 1958, at 10 A.M.

4742

JOHN A. CHILDRESS, Clerk  
BY _____