```
                                              FILED
                                            OCT 15 1958
 1  J. LEE RANKIN                       CLERK, U.S. DISTRICT COURT
    Solicitor General                  SOUTHERN DISTRICT OF CALIFORNIA
 2  Department of Justice              By _____
    Washington, D. C.                          DEPUTY CLERK
 3
    Attorney for United States
 4    of America
```

5         IN THE UNITED STATES DISTRICT COURT

6            SOUTHERN DISTRICT OF CALIFORNIA

7                  SOUTHERN DIVISION

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| 9 | Plaintiff ) | ACKNOWLEDGEMENT OF RECEIPT |
| 10 | v.  ) | OF |
| 11 | FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | REPLIES TO REQUESTS FOR ADMISSIONS |
| 12 | Defendants ) | |

   I hereby acknowledge that copies of Replies to Requests for Admissions were this date delivered to me for the following defendants in the above entitled action:

   ROY H. COSTELLO and FLORA H. COSTELLO;

   FRANZ R. SACHSE and ROWENA SACHSE;

   EMIL A. SCHIGURT and GLADYS F. SCHIGURT;

   ROBERT NASH OGDEN and ROSE MARIE OGDEN;

   JOHN B. KENTIS and PENELOPE C. KENTIS;

   JAMES F. CLEMONS and DOROTHY B. CLEMONS;

   SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK;

   JAMES C. SCHULTZ and DELTA A. SCHULTZ.

                              _____
                              FRANZ R. SACHSE
                              Attorney for above named defendants

Dated: October 14, 1958.

4743

COPY RECEIVED