J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

**FILED**

OCT 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff | ) | REPLY TO REQUEST FOR ADMISSIONS |
| v. | ) | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | JAMES C. SCHULTZ and DELTA A. SCHULTZ |
| Defendants | ) | |

JAMES C. SCHULTZ and DELTA A. SCHULTZ, defendants in the above entitled action have filed an Answer, dated July 9, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under these circumstances, the defendant, in fact, is disclaiming any right, title, or interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to the lands of the defendants.

Defendants request by a Request for Admissions, dated July 9, 1958, that the plaintiff admit that the following statements are true:

(1) That the defendants are the owners of the lands described in their Answer herein;

(2) The lands described in the Answer of defendants include 22 acres of irrigable land;

(3) A reasonable water duty for the irrigable lands of the defendants is 4.2 acre feet per acre per year;

(4) The lands of defendants do not abut upon and are not riparian to any stream;

(5) The waters underlying the lands of defendants are percolating ground waters not a part of any stream.

-1-

COPY RECEIVED

4744

The plaintiff admits that insofar as is known at the present time, the defendants are the owners of the land described in the Answer. On August 29, 1958, the defendant, Delta A. Schultz, indicated to a representative of the United States the boundary limits of the properties described in the aforesaid Answer, and a reconnaissance survey was made of the properties. Based upon this survey, the United States of America admits that all but approximately 1/2 to 1 acre of the lands described in the Answer is irrigable, and that in the event the irrigable lands are devoted to the raising of permanent pasture, a project duty of 4.2 acre feet per year would be required. However, a smaller quantity of water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development. Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of use.

A reconnaissance survey further showed that the lands described in the Answer are traversed by Fallbrook Creek; therefore, the United States denies the allegation that the lands of the defendant do not abut upon and are not riparian to any stream. However, the defendants' lands probably overlie percolating ground waters. In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17, (1949). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

                                      *Donald W. Redd*
                                      DONALD W. REDD
                                      Attorney for Plaintiff

Dated: 14 October 1958.

1 STATE OF CALIFORNIA )
) ss.
2 COUNTY OF SAN DIEGO )

3        DONALD W. REDD, Attorney for the Plaintiff, being duly sworn,
4 upon oath, deposes and says: That he signed on behalf of the United States
5 of America, the foregoing answer to Request for Admission of:
6        JAMES C. SCHULTZ and DELTA A. SCHULTZ;
7 that he has read the foregoing answer; that he is authorized to sign said
8 answer on behalf of the United States of America; and that the statements
9 contained in said answer are true except insofar as the statements are based
10 upon information and belief and those statements he believes to be true.

                                    /s/ Donald W. Redd
                                    DONALD W. REDD

14 Subscribed and sworn to before me
15 this 14th day of October, 1958.

16 /s/ Helen M. Alvarez
   Helen M. Alvarez
17 Notary Public in and for said
         County and State
18
19 (SEAL)
20 My Commission Expires April 8, 1962.

4746

-3-