J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

FILED
OCT 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff | REPLY TO REQUEST FOR ADMISSIONS |
| v. | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK |
| Defendants | |

SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK, defendants in the above entitled action, have filed an Answer, dated July 9, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances, the defendant, in fact, is disclaiming any right, title, or interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree of the Court certain data in regard to the lands of this defendant.

The defendant requests by a Request for Admissions dated July 9, 1958, that the plaintiff admit that the following statements are true:

(1) Defendants are the owners of the lands described in their Answer herein;

(2) The lands described in the Answer of defendants include six acres of irrigable land;

(3) A reasonable water duty for the irrigable lands of defendants is 4.2 per acre feet per acre per year;

(4) The lands of the defendants are not riparian to any stream;

(5) The lands of defendants overlie percolating ground waters not a part of any stream.

4747

-1-

COPY RECEIVED

The plaintiff admits that insofar as is known at the present time, the defendant is the owner of the lands described in the Answer. On July 24, 1958, the defendant indicated to a representative of the United States the boundary limits of the property described in the aforesaid Answer and a reconnaissance survey was made of the property. Based upon this survey, the United States of America admits that all of the land described in the Answer with the exception of approximately 1/4 acre is irrigable; and that, in the event the irrigable lands are devoted to the raising of permanent pasture, a project duty of 4.2 acre feet per year would be required. However, a smaller quantity of water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development. Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of use.

The reconnaissance survey further showed that approximately 1/4 acre of the described lands of the defendant is drained to the northward by a small gulley which during periods of heavy rainfall and runoff would drain into the Santa Margarita River stream system; that the remainder of the land as described in the Answer of the defendants does not abut upon the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters. In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

*Donald W. Redd*
DONALD W. REDD
Attorney for Plaintiff

Dated: 13 October 1958.

1  STATE OF CALIFORNIA     )
                           ) ss.
2  COUNTY OF SAN DIEGO     )

3   DONALD W. REDD, Attorney for the Plaintiff, being duly sworn,
4  upon oath, deposes and says: That he signed on behalf of the United States of
5  America, the foregoing answer to Request for Admission of:
6   SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK;
7  that he has read the foregoing answer; that he is authorized to sign said
8  answer on behalf of the United States of America; and that the statements
9  contained in said answer are true except insofar as the statements are based
10 upon information and belief and those statements he believes to be true.

                                   *Donald W. Redd*
                                   DONALD W. REDD

Subscribed and sworn to before me
this 14th day of October, 1958.

*Helen M. Alvarez*
Helen M. Alvarez
Notary Public in and for said
   County and State.

(SEAL)
My Commission Expires April 8, 1962.

4749

-3-