F I L E D

OCT 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. Ruschung_
DEPUTY CLERK

J. LEE RANKIN
Solicitor General
Department of Justice,
Washington, D. C.

Attorney for United States
of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff | ) | REPLY TO REQUEST FOR ADMISSIONS |
| v. | ) | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | JAMES F. CLEMONS and DOROTHY B. CLEMONS |
| Defendants | ) | |

JAMES F. CLEMONS and DOROTHY B. CLEMONS, defendants in the above entitled action have filed an Answer, dated June 7, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer, no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under these circumstances, the defendants, in fact, are disclaiming any right, title, or interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the direction of the Court that it is desirable to have entered in the decree of the Court certain data in regard to the lands of these defendants.

The defendants request by a Request for Admissions, dated June 7, 1958, that the plaintiff admit that the following statements are true:

(1) Defendants are the owners of the lands described in their Answer herein;

(2) The lands described in the Answer of the defendants include 39 acres of irrigable lands;

(3) A reasonable water duty for the irrigable lands of the defendants is 4.2 acre feet per acre per year;

(4) The lands of defendants are not riparian to any stream;

(5) The waters underlying the lands of the defendants are not a part of the Santa Margarita River or any of its tributaries;

(6) The waters underlying the lands of the defendants are percolating ground waters.

COPY RECEIVED

-1-

4750

1    The plaintiff admits that insofar as is known at the present time, the

2 defendants are the owners of the lands described in the Answer.  Defendants

3 have refused to allow a representative of the United States of America to make a

4 reconnaissance survey of their property in order to determine the extent of the

5 land that is irrigable, whether the lands are riparian to any streams and the

6 nature of any ground waters.  Without making such reconnaissance survey of the

7 properties, the plaintiff does not possess sufficient information or knowledge

8 to answer the Request for Admissions filed by the defendants.

9

10                                          DONALD W. REDD
11                                          Attorney for Plaintiff

12  Dated: 14 October 1958.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

-2-

STATE OF CALIFORNIA    }
                       } ss.
COUNTY OF SAN DIEGO    }

DONALD W. REDD, Attorney for the Plaintiff, being duly sworn, upon oath, deposes and says: That he signed on behalf of the United States of America, the foregoing answer to Request for Admissions of:

JAMES F. CLEMONS and DOROTHY B. CLEMONS;

that he has read the foregoing answer;  that he is authorized to sign said answer on behalf of the United States of America;  and that the statements contained in said answer are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

*Donald W. Redd*
DONALD W. REDD

Subscribed and sworn to before me
this 14th day of October, 1958.

*Helen M. Alvarez*
Helen M. Alvarez
Notary Public in and for said
     County and State

(SEAL)
My Commission Expires April 8, 1962.

-3-

4752