J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

OCT 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff ) | REPLY TO REQUEST FOR ADMISSIONS |
| v. ) | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | ROY H. COSTELLO and FLORA H. COSTELLO |
| Defendants ) | |

ROY H. COSTELLO and FLORA H. COSTELLO, defendants in the above entitled action have filed an Answer, dated June 7, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River watershed and its tributaries is made. Under the circumstances, the defendants in fact are disclaiming any right, title, and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court certain data in regard to the lands of this defendant.

The defendants request by a Request for Admissions dated June 7, 1958, that the plaintiff admit that the following statements are true:

(1) That the lands described in the Answer of said defendants include eight acres of irrigable land;

(2) A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year;

(3) Defendants are owners of the lands described in Exhibit A of their Answer herein;

(4) The lands of defendants are not riparian to any stream;

(5) The waters underlying the lands of defendants are percolating ground waters and not a part of any stream.

COPY RECEIVED                          -1-                                    4753

The plaintiff admits that insofar as is known at the present time, the defendants are the owners of the land described in the Answer except that the lands are in Township 9 South rather than 1 South as shown in defendants Answer. On July 30, 1958, the defendant, Mrs. Costello, indicated to a representative of the United States, the boundary limits of the property described in the aforesaid Answer and a reconnaissance survey was made of the property. Based upon this survey, the United States of America admits that all of the land described in the Answer, approximately eight acres, is irrigable and that in the event the irrigable lands are devoted to the raising of permanent pasture, a project duty of 4.2 acre feet per year would be required. However, a smaller quantity of water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development. Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of use. The reconnaissance survey further showed that the lands described in the Answer do not abut on the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters. In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

*Donald W. Redd*
DONALD W. REDD
Attorney for Plaintiff

Dated: 10 October 1958

```
STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )
```

DONALD W. REDD, Attorney for the Plaintiff, being duly sworn, upon oath, deposes and says: That he signed on behalf of the United States of America, the foregoing answer to Request for Admission of:

ROY H. COSTELLO and FLORA H. COSTELLO;

that he has read the foregoing answer; that he is authorized to sign said answer on behalf of the United States of America; and that the statement contained in said answer are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

*/s/ Donald W. Redd*
DONALD W. REDD

Subscribed and sworn to before me this 10th day of October, 1958.

*/s/ Helen M. Alvarez*
Helen M. Alvarez
Notary Public in and for said County and State

(SEAL)
My Commission Expires April 8, 1962.