FILED
OCT 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

1  J. LEE RANKIN
   Solicitor General
2  Department of Justice,
   Washington, D. C.
3
   Attorney for United States
4     of America

5              IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,      )   No. 1247-SD-C
                                  )
9                 Plaintiff       )   REPLY TO REQUEST FOR ADMISSIONS
                                  )
10        v.                      )   OF
                                  )
11 FALLBROOK PUBLIC UTILITY DISTRICT, )  JOHN B. KENTIS and PENELOPE C. KENTIS
   et al.,                        )
12                Defendants      )

13        JOHN B. KENTIS and PENELOPE C. KENTIS, defendants in the above entitled
14 action have filed an Answer, dated June 16, 1958, to the Complaint and Supple-
15 mentary and Amendatory Complaint.  In the Answer no claim to the right to the
16 use of water of the Santa Margarita River and its tributaries is made.  Under
17 these circumstances, the defendant, in fact, is disclaiming any right, title,
18 and interest to the water of the Santa Margarita River and its tributaries.  It
19 is understood, however, from the directions of the Court that it is desirable
20 to have entered in the decree by the Court, certain data in regard to the lands
21 of these defendants.

22        Defendants request by a Request for Admissions, dated June 16, 1958,
23 that the plaintiff admit that the following statements are true:
24        (1) That defendants are the owners of the lands described in their
25 Answer herein;
26        (2) The lands described in the Answer of defendants include 7.07 acres
27 of irrigable land;
28        (3) A reasonable water duty for the irrigable lands of the defendants is
29 4.2 per acre feet per acre per year;
30        (4) The lands of defendants do not abut upon and are not riparian to
31 any stream;
32        (5) The waters underlying the lands of defendants are percolating ground

1   The plaintiff admits that insofar as is known at the present time, the
2  defendants are the owners of the land described in the Answer. On September 3,
3  1958, the defendant, John B. Kentis, indicated to a representative of the United
4  States the boundary limits of the property described in the aforesaid Answer and
5  a reconnaissance survey was made of the property. Based upon this survey, it was
6  determined by the agent of the United States of America that approximately 3/4 of
7  an acre of the said land was non-irrigable because of erosion from gulley. The
8  United States of America admits that the remainder of the lands described in the
9  Answer is irrigable and that in the event the irrigable lands are devoted to the
10 raising of permanent pasture, a project duty of 4.2 acre feet per year would be
11 required. However, a smaller quantity of water per acre per year would be
12 adequate with the adoption of a more practical and profitable agricultural devel-
13 opment. Project duty is the water which must be applied to the crop plus the
14 sum of those losses which occur between the point of supply and the point of its
15 use.
16   The reconnaissance survey further showed that the headwaters of a small
17 tributary which drains into the Santa Margarita River stream system during
18 periods of heavy rainfall and runoff traverse this property and moreover, that
19 these lands probably overlie percolating ground waters. In using the term "over-
20 lie" it is not to be ascribed the legal significance given the term in Pasadena
21 v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949). These ground waters are
22 not a part of any surface or subsurface stream or subsurface basin of the Santa
23 Margarita River or its tributaries.

*Donald W. Redd*
DONALD W. REDD
Attorney for Plaintiff

Dated: 13 October 1958.

STATE OF CALIFORNIA ) 
                    ) ss.
COUNTY OF SAN DIEGO )

DONALD W. REDD, Attorney for the Plaintiff, being duly sworn, upon oath, deposes and says: That he signed on behalf of the United States of America, the foregoing answer to Request for Admission of:

JOHN B. KENTIS and PENELOPE C. KENTIS;

that he has read the foregoing answer; that he is authorized to sign said answer on behalf of the United States of America; and that the statement contained in said answer are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

*Donald W. Redd*
DONALD W. REDD

Subscribed and sworn to before me
this 14th day of October, 1958.

*Helen M. Alvarez*
Helen M. Alvarez
Notary Public in and for said
    County and State

(SEAL)
My Commission Expires April 8, 1962.

-3-

4758