FILED

OCT 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Kingsley
    DEPUTY CLERK

J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
 of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )   No. 1247-SD-C
                                  )
          Plaintiff                )   REPLY TO REQUEST FOR ADMISSIONS
                                  )
     v.                           )            OF
                                  )
FALLBROOK PUBLIC UTILITY DISTRICT,)   ROBERT NASH OGDEN and ROSE MARIE OGDEN
et al.,                           )
          Defendants              )

ROBERT NASH OGDEN and ROSE MARIE OGDEN, defendants in the above entitled action have filed an Answer dated June 23, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances, the defendants, in fact, are disclaiming any right, title, or interest, to the waters of Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered into the decree by the Court, certain data in regard to the lands of these defendants.

Defendants requested by a Request for Admissions, dated June 23, 1958, that the plaintiff admit that the following statements are true:

(1) The defendants are the owners of the lands described in their Answer herein;

(2) The lands described in the Answer of defendants include 14 acres of irrigable land;

(3) A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

(4) The lands of defendants do not abut upon and are not riparian to any stream;

(5) The lands of defendants overlie percolating ground waters not a part of any stream;

COPY RECEIVED                    -1-                                4759

1  (6) The defendants and heir predecessors have pumped the ground waters
2  underlying said land for a period in excess of twenty years.
3  The plaintiff admits that insofar as is known at the present time, the
4  defendants are the owners of the lands described in their Answer. On July 9,
5  1958, the defendants indicated to a representative of the United States the
6  boundary limits of the properties described in the aforesaid Answer and a recon-
7  naissance survey was made of the properties. Based upon this survey, the United
8  States of America admits that all of the lands described in the Answer are
9  irrigable, and that, in the event the irrigable lands are devoted to the raising
10 of permanent pasture, a project duty of 4.2 acre feet per acre per year would be
11 required. However, a smaller quantity of water per acre per year would be
12 adequate with the adoption of a more practical and profitable agricultural develop-
13 ment. Project duty is the water which must be applied to the crop plus the sum
14 of those losses which occur between the point of supply and the point of use.
15 The reconnaissance survey further showed that the lands described in the
16 Answer of the defendants are traversed by, or abut upon, Fallbrook Creek, a
17 tributary of the Santa Margarita River; moreover, that the lands probably overlie
18 percolating waters. In using the term "overlie" it is not to be ascribed the
19 legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908,
20 207 Pac (2d) 17 (1949). These ground waters are not a part of any surface or
21 subsurface stream or subsurface basin of the Santa Margarita River or its tribu-
22 taries. The United States admits that defendants at the present time are pumping
23 ground waters from a well on the properties described in their Answer; however,
24 the United States lacks sufficient information or knowledge to admit or deny that
25 the defendants and their heir predecessors have pumped the ground waters under-
26 lying said land for a period in excess of twenty years.

DONALD W. REDD
Attorney for Plaintiff

Dated: October 14, 1958.

-2-

4760

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

DONALD W. REDD, Attorney for the Plaintiff, being duly sworn, upon oath, deposes and says: That he signed on behalf of the United States of America, the foregoing answer to Request for Admissions of:

ROBERT NASH OGDEN and ROSE MARIE OGDEN;

that he has read the foregoing answer; that he is authorized to sign said answer on behalf of the United States of America; and that the statements contained in said answer are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

*Donald W. Redd*
DONALD W. REDD

Subscribed and sworn to before me this 14th day of October 1958.

*Helen M. Alvarez*
Helen M. Alvarez
Notary Public in and for said
 County and State

(SEAL)
My Commission Expires April 8, 1962.