

F I L E D

OCT 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  J. LEE RANKIN
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America

5             IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,       )   No. 1247-SD-C
                                   )
9             Plaintiff            )   REPLY TO REQUEST FOR ADMISSIONS
                                   )
10      v.                         )            OF
                                   )
11 FALLBROOK PUBLIC UTILITY DISTRICT,) EMIL A. SCHIGURT and GLADYS F. SCHIGURT
   et al.,                         )
12            Defendants           )

13      EMIL A. and GLADYS F. SCHIGURT, defendants in the above entitled action
14 have filed an Answer, undated, to the Complaint and Supplementary and Amendatory
15 Complaint. In the Answer, full correlative riparian rights to the use of waters
16 of Fallbrook Creek are claimed.
17      Defendants requested by a Request for Admissions, undated, that the
18 plaintiff admit that the following statements are true:
19      (1) The lands described in the Answer of defendants include one acre of
20 irrigable land;
21      (2) A reasonable water duty for the irrigable lands of defendants is
22 4.2 acre feet per acre per year;
23      (3) All of the lands of defendants are riparian to that stream known
24 locally as "Fallbrook Creek".
25      On July 8, 1958, the defendant, Emil A. Schigurt, indicated to a
26 representative of the United States the boundary limits of the property described
27 in the aforesaid Answer, and a reconnaissance survey was made of the property.
28 Based upon this survey, it was determined by the agent of the United States of
29 America that approximately half of the defendants' lands as described in their
30 Answer is irrigable. The United States admits that in the event the irrigable
31 lands are devoted to the raising of permanent pasture, a project duty of 4.2
32 acre feet per acre per year would be required. However, a smaller quantity of

COPY RECEIVED

-1-

4762

water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development. Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of its use. Reconnaissance survey further showed that the lands of the defendants are traversed by Fallbrook Creek, a tributary of the Santa Margarita River.

                                                          /s/ Donald W. Redd
                                                         DONALD W. REDD
                                                         Attorney for Plaintiff

Dated: October 14, 1958.

1
2  STATE OF CALIFORNIA    )
                          ) ss.
3  COUNTY OF SAN DIEGO    )

4       DONALD W. REDD, Attorney for the Plaintiff, being duly sworn,
5  upon oath, deposes and says: That he signed on behalf of the United States of
6  America, the foregoing answer to Request for Admissions of:
7       EMIL A. SCHIGURT and GLADYS F. SCHIGURT;
8  that he has read the foregoing answer; that he is authorized to sign said
9  answer on behalf of the United States of America; and that the statements
10 contained in said answer are true except insofar as the statements are based
11 upon information and belief and those statements he believes to be true.

12
13                                          /s/ Donald W. Redd
14                                          DONALD W. REDD

15 Subscribed and sworn to before me
   this 14th day of October, 1958.
16
17 /s/ Helen M. Alvarez
          Helen M. Alvarez
18 Notary Public in and for said
           County and State
19
20 (SEAL)
   My Commission Expires April 8, 1962.

-3-

4764