UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  NO. _ 1247-SD-C _ _ CIVIL

vs.  MINUTES OF THE COURT

FALLBROOK, etc., et al  DATE: October 17, 1958 _ _

AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY_ _ Reporter _ _ _ _JOHN SWADER AND_ _
                                                    MALCOLM LOVE
COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, COL. ELLIOTT ROBERTSON _ _


COUNSEL FOR DEFENDANT: FRANZ SACHE, ADOLPHUS MOSKOVITZ, CARL BORONKAY, ARTHUR LITTLEWORTH, W. B. DENNIS, AND GEORGE STAHLMAN

PROCEEDINGS: FURTHER COURT.

At 10 A.M. convene herein.
Attorney Veeder presents stipulation approving form of p/t stipulation of issues, and also p/t stipulation of issues and exhibits.
Court approves said p/t stipulation, and stipulation is filed.
Fld agreement as to order on p/t stipulation of May 8, 1958, and also stipulation of this day on issues and exhibits by various defendants represented by attorney Sachse, namely, Tule Valley Land and Cattle Co, Richard and Mildred Callaway, Harry and Alice Bergman, and W. C. Sievers and Alice G. Sievers, dba, Blue Bird Ranch.
Witness Halls resumes stand and testifies further on cross exam by attorney Moskovitz.
At 11 A.M. recess is declared by the court.
At 11:15 A.M. reconvene.
Witness Hall resumes stand and testifies on cross exam.
At 12, noon, a recess is declared to 1:45 P/m.
At 1:55 P.M. reconvene herein.
Witness Hall resumes stand and testifies further on re direct.
Ex. No. 96 is marked for Identification.
Walter Hofman is called, sworn, and testifies for the Government.
At 3 P.M. recess is declared by the court, and at 3:25 P.M. reconvene.
Witness Hofmann testifies further.
Ex. No. 96 is offered, and received in evidence.
Exs. # 79A, 79B, 79C, and 79D are received in evidence.
At 4 P.M. a recess is declared by the court, and the further court trial herein is continued to October 22, 1958, at 10 A.M.


JOHN A. CHILDRESS, Clerk

By _WILLIAM W. LUDDY_ _ _ _ _ _    4800
                Deputy