FILED

OCT 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                               Plaintiff, ) No. 1247-SD-C
        v. ) STIPULATION RESPECTING
FALLBROOK PUBLIC UTILITY DISTRICT, ) PRETRIAL ORDER ON
et al., ) ISSUES AND EXHIBITS
                              Defendants )

The parties signing below through counsel, stipulate that they have read the foregoing Pretrial Order on Issues and Exhibits; that the issues outlined generally cover the issues to be tried in the case, it being understood that the Court because of the nature of the case, will be willing to hear other issues which may arise and properly pertain to the case; that the foregoing Pretrial Order on Issues and Exhibits is approved as to form. No party, by signing this stipulation, thereby concedes the correctness of the Court's rulings on law recited herein.

PARTIES        Oct 1, 1958

UNITED STATES OF AMERICA

_William H. Veeder_

STATE OF CALIFORNIA

_Adolphus Moskovitz_

VAIL COMPANY, INC.

_George Stahlman_

FALLBROOK PUBLIC UTILITY DISTRICT

_Franz R. Sachse_

SANTA MARGARITA MUNICIPAL MUTUAL WATER COMPANY

_W. B. Dennis_

PARTIES

Rainbow Title Company
and General Title Clearing
Company _Swadman_
City of _____

KATHARINE C. GIBBON
and WILLIAM W. COTTLE
by _George G. Grover_

William Dulter
and Mary Dulter
by _John D. Myers_

4768

Copy recd.