IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
OCT 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

            Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

            Defendants

No. 1247-SD-C

AGREEMENT AS TO ORDER ON PRETRIAL

I, Franz Sachse, of the firm of Sachse and Price, appearing for and acting on behalf of the hereafter named defendant, agrees to be bound by the order on pre-trial stipulation dated May 8, 1958 and the stipulation on pre-trial to which the last mentioned order pertains:

Tule Valley Land and Cattle Company, a co-partnership.

Richard W. Callaway and Mildred C. Callaway.

Harry Bergman and Alice D. Bergman.

W. C. Sievers and Alice G. Sievers, dba "Bluebird Ranch."

SACHSE AND PRICE
ATTORNEYS AT LAW

/s/ Franz R. Sachse

Oct 1, 1958