1
2
3
4
5
6

**FILED**

OCT 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

7

IN THE UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

SOUTHERN DIVISION

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 1247-SD-C |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., | ) PRETRIAL ORDER ON ) ISSUES AND EXHIBITS |
| Defendants, | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Defendants in Intervention. | ) |

20      WHEREAS, on August 8, 1958, a written pre-trial opinion was filed

21   by this Court expressing the Court's view on some of the issues involved in

22   this action; and

23      WHEREAS, at the Court's direction each of the major parties has

24   submitted a list of the written and documentary material which it intends to

25   introduce in evidence in the trial of this action; and

26      WHEREAS, it is in the interest of an orderly and efficient trial

27   to (1) refer to those facts concerning which there is agreement, (2) to sum-

28   marize certain of the issues of facts to be determined, (3) to summarize

29   the issues which were decided in the Court's opinion of August 8, 1958,

30   (4) to summarize certain of the issues of law to be determined and

31   (5) to set forth a list of certain of the written and documentary data

32

- 1 -

4769

1   to be introduced in evidence at the trial;

2         NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

3

4                                I

5                  ORDER ON PRE-TRIAL STIPULATION

6         The Order On Pre-Trial, entered May 8, 1958, and the Stipulation On

7    Pre-Trial, upon which that order was predicated, are hereby incorporated into

8    this pre-trial order by reference.

9

10                               II

11               CERTAIN ISSUES OF FACT TO BE ADJUDICATED

12        Agreement among parties that the following issues are before the

13   Court does not constitute a waiver of any objections which might be interposed

14   to evidence offered in regard to those issues or an admission that they have

15   not already been rendered moot or resolved by the opinion of this Court of

16   August 8, 1958, or otherwise.

17              A.  Description of Riparian and Overlying Lands

18        1.  Description of all riparian lands  in the Santa Margarita River

19            and its tributaries and the streams to which those lands are

20            riparian.

21        2.  Description of all lands overlying ground waters which are

22            part of the Santa Margarita River or its tributaries, and

23            the water sources with respect to which such lands have

24            overlying rights.

25              B.  Irrigated and Irrigable Lands

26        1.  The lands riparian to the Santa Margarita River and its

27            tributaries:

28            a.  Irrigated riparian lands.

29            b.  Irrigable riparian lands (irrigable lands as used has

30                reference to those lands presently subject to practicable

31                and profitable irrigation).

32

                                -2-

                                                        4770

2. The lands for which rights to the use of water have been appropriated:

   a. Those lands for which appropriative rights were perfected:

      (i) Prior to 1914;

      (ii) Prior to 1923;

      (iii) Subsequent to 1914 and 1923.

   b. Lands for which inchoate appropriative rights to the use of water are claimed.

3. The lands for which rights to the use of water have been acquired by prescriptive use:

   a. Lands upon which prescriptive rights to the use of water are presently being exercised;

   b. Lands for which prescriptive rights to the use of water are claimed but for which rights are not presently exercised.

4. Lands which have appurtenant to them overlying rights to the use of water:

   a. Lands which are presently irrigated through the exercise of overlying rights;

   b. Irrigable lands with appurtenant overlying rights to the use of water.

          C. Perfected Appropriative Rights

1. Source of water.

2. Date of priority.

3. Purpose for which rights to the use of water have been appropriated.

4. Point of diversion.

5. Place of use.

6. Maximum quantities of water utilized.

7. Facility for conducting water--carrying capacity.

8. Reservoir--maximum storage capacity.

9. Well--capacity of pump.

-3-

4771

10. Quantity actually applied to beneficial use.

11. Waters actually applied within and without water shed.

12. Time of use.

13. Limitations contained in permit or license, if issued.

D. Inchoate Appropriative Rights to the Use of Water.

1. Source of water.

2. Application number and permit number if permit has been issued, and date of filing and issuance.

3. Purpose for which rights to the use of water are being claimed.

4. Proposed point of diversion.

5. Proposed place of use.

6. Proposed maximum acreage to be irrigated or maximum for whatever use claimed.

7. Facility for conducting water--proposed carrying capacity.

8. Reservoir--proposed maximum storage capacity.

9. Well--proposed capacity of pumps.

10. Proposed time of use.

E. Prescriptive Rights.

1. Date when prescriptive right was initiated.

2. Purpose for which prescriptive rights are claimed.

3. Period during which rights have been actually exercised.

4. Quantity of water originally diverted; increased uses, if any; date of each increased use; period during which each increased use has been actually utilized.

5. Quantity of water presently diverted and used.

6. Limitations, if any, upon rights.

F. Riparian Rights.

1. Source of water.

2. Date title to lands passed into private ownership from sovereign.

-4-

4772

3. Period during which riparian rights have been exercised.

4. Point of diversion.

5. Place of use.

6. Purpose for which water is utilized.

7. Maximum potential demand for beneficial uses.

8. Method, capacity and facility pursuant to which waters are diverted and applied to a beneficial use.

9. Limitation on exercise of riparian rights.

G. Overlying Rights.

1. Source of water.

2. Date when title to lands passed into private ownership from sovereign.

3. Periods during which overlying rights have been exercised.

4. Points of diversion or extraction.

5. Place of use.

6. Purpose for which water is utilized.

7. Maximum potential demand for purposes for beneficial use.

8. Method, capacity and facility pursuant to which waters are diverted or extracted and applied to a beneficial use.

9. Limits on exercise of overlying rights.

H. Nature and Extent of Water Uses Within the Military Enclave.

1. Maximum quantity of water utilized within the enclave for both military and agricultural purposes.

2. Maximum quantity of water utilized for military purposes; and maximum quantity of water utilized for agricultural purposes.

3. Maximum quantity of water used within the military enclave and outside of the watershed for both military and agricultural purposes; maximum quantity of water utilized within the watershed

-5-

4773

on the military enclave both for purposes of agricultural and military purposes.

4. Maximum potential military demand in the event of full mobilization within and outside of the watershed of the Santa Margarita River system.

5. Use of water within the military enclave for both military and agricultural purposes within and outside of the watershed.

6. Quantity and quality of sewage effluent returned to the Santa Margarita River system after diversion for use within the military enclave.

7. Method, capacity and facilities for the diversion and application of waters diverted and applied to beneficial use both within and outside of the watershed of the Santa Margarita River.

8. Quantity and quality of Santa Margarita River water available for use in military enclave.

9. Salt water intrusion into subterranean basin within the enclave.

    I.  Historical use of water on the Rancho Santa Margarita prior to acquisition by the United States.

1. Maximum quantity of water utilized through surface diversion of the Santa Margarita River.

2. Maximum quantity of water diverted and stored in Lake O'Neill.

3. Maximum quantity of water utilized pursuant to claimed riparian rights.

4. Maximum quantity of water diverted pursuant to riparian rights.

5. Maximum quantity of water diverted by pumping from ground water basins.

6. Maximum acreage of lands irrigated within the watershed.

7. Maximum irrigated acres irrigated outside the watershed.

8. Duty of water for agricultural purposes both inside and outside the watershed.

-6-

9. Maximum acreage susceptible to irrigation under system constructed

   for irrigation purposes outside the watershed of the Santa

   Margarita River.

   J. Ground Water Basins in the Santa Margarita
      River Watershed.

1. Location, legal description of ground water basins in

   hydraulic continuity with the Santa Margarita River and its

   tributaries.

2. Source of water supply for these ground water basins.

3. Areal extent of these ground water basins.

4. Thickness of water bearing deposits in these basins.

5. Specific yield of these ground water basins.

6. Ground water in acre feet in these ground water basins.

7. Estimated yields of those smaller ground water basins for

   which specific yield determinations can not be calculated.

8. Storage capacity of these ground water basins.

   K. Precipitation and runoff data respecting Santa
      Margarita River watershed.

1. Distribution of average annual precipitation throughout the

   Santa Margarita River watershed.

2. Time distribution of seasonal precipitation.

3. Time distribution of runoff at guaging stations in Santa

   Margarita River watershed.

4. Irregular cyclic like pattern of wet and dry periods in the

   Santa Margarita River watershed.

5. Estimated annual inflow at De Luz dam site.

6. Estimated firm supply of Santa Margarita River water in acre

   feet at the following guaging stations:

   a. Temecula Creek at Vail Dam

   b. Murrieta Creek at Temecula

   c. Santa Margarita River near Temecula

-7-

4775

d. De Luz Creek near Fallbrook.

e. Santa Margarita River near Fallbrook

f. O'Neill Ditch near Ysidora

g. Santa Margarita River at Ysidora

    L. Soils data--soil surveys; land classification;
       present land use; potential land use.

1. Interpretation of soil surveys made throughout the Santa
Margarita River watershed.

2. Classification of lands based on soil surveys.

3. Present land use.

4. Potential land use.

    M. Duty of Water.

The duty of water for the irrigated and irrigable lands throughout
the Santa Margarita River and its tributaries.

    N. Corporate facts--capacity to appropriate, divert
       and distribute water--to finance the construction,
       operation and maintenance of distribution systems.

1. Powers of the Fallbrook Public Utility District, Santa Margarita
Mutual Water Company and Rainbow Municipal Water District to
appropriate rights to the use of water for purposes of irriga-
tion, to supply municipal and domestic mains.

2. The powers of those entities to finance the construction,
operation and maintenance of impounding and distribution
systems for the purposes they are claiming rights to the
use of water in the Santa Margarita River system.

3. Irrigated and Irrigable lands within the service areas of
each of the above named corporate entities.

4. Number of acres of land presently irrigated which have sources
of water other than those from which the above named corporate
entities claim that they have rights.

5. The willingness of the land owners within the service areas

-8-

4776

1   of the above named corporate entities to assume the

2   obligation for the construction, operation and diversion

3   of water for purposes for which claims are being made.

5   O.   Waters the rights to which are to be
        adjudicated.

6   Those waters which are part of the Santa Margarita River and its

7   tributaries.

8   Rights to vagrant percolating ground waters which are not part of

9   the Santa Margarita River and its tributaries will not be adjudicated in this

10  action.  The question as to whether any particular ground water is or is not

11  part of the Santa Margarita River and its tributaries is a question of fact

12  to be decided by this Court.

14  P.   Rights to the Use of Water, Title to Which
        is Claimed by the United States of America
15      in Connection with the Indian Reservations,
        the Public Domain, and the National Forests.

16  1.  The lands for which reserved rights to the use of water are

17      claimed for the Indian Reservations.

18  2.  The lands for which rights for use of water are claimed on

19      the public domain.

20  3.  The lands for which rights to use water are claimed on the

21      National Forests.

22  4.  The lands presently irrigated on the Reservations referred

23      to in Paragraphs 1, 2, and 3 above.

24  5.  The total irrigable acreage within the Reservations referred

25      to in Paragraphs 1, 2, and 3 above.

26  6.  The beneficial uses other than irrigation for which rights

27      to the use of water are claimed on those lands referred to

28      in Paragraphs 1, 2 and 3 above.

29  7.  The maximum quantity of water required annually for the lands

30      referred to in Paragraphs 1, 2 and 3 above.

-9-

ISSUES PROPOSED BY FALLBROOK

1. Is there a present deficiency of water supply for proper riparian uses within the watershed?

2. If so, where?

3. What is (are) the amounts of such deficiencies?

4. What are the causes or contributing causes of such deficiencies, for example:

    a. Exports by riparians to non-riparian lands.

      (1) Amount

    b. Unreasonable or otherwise improper uses by riparians.

      (1) Amount

    c. Illegal diversions by non-riparians.

      (1) Amount

    d. Diversions by appropriators under color of right, but to the detriment of prior vested rights.

      (1) Amount

    e. Other causes.

      (1) Amount

4778

Q.   The Facts Respecting the Delivery of Water
Pursuant to the Stipulated Judgment Among
the United States of America, the Vail Company,
and other Parties to the Stipulated Judgment
of December 27, 1940.

1.  The irrigated and irrigable acreage of the Vail Company for which rights to use of water are claimed by that Company from the Santa Margarita River stream system.

2.  The methods of diverting and applying water to a beneficial use on the lands, title to which is in the Vail Company.

3.  The storage capacity of the Vail Reservoir in Nigger Canyon.

4.  The historical operation of the Vail Dam and Reservoir, particularly with reference to the releases of water.

5.  The location of irrigation wells, the quantities of water pumped from them, and the utilization of that water.

6.  The diversion and utilization of water from sources other than that reach of the Santa Margarita River stream system known as the Temecula Creek in Pauba Valley.

7.  All facts respecting the background of the Stipulated Judgment of December 27, 1940, together with all facts referring to operations under that Stipulation.

4779

III

SUMMARIZATION OF CERTAIN OF THE ISSUES WHICH WERE DECIDED IN THE COURT'S OPINION

OF August 8, 1958.

At the trial and in the decision of this action the Court will rule in accordance with the following principles, unless controlling precedents to the contrary are called to the attention of the Court of modification is necessary to prevent manifest injustice:

1.  The Court's Order of February 11, 1958, interpreting the stipulation of November 29, 1951, and holding it binding on the parties thereto, i.e., the United States, the State of California, and the Fallbrook Public Utility District, and the Santa Margarita Mutual Water Company, is reaffirmed, with the exception that the following language is stricken from Paragraph IV A, 2c of said Order:

> "Excluded, therefore, are claims by the United States of rights acquired by inverse condemnation, since the law by which such rights would be measured is federal law as set forth in decisions of federal courts involving inverse condemnation and not California law."

This language is stricken because California law recognizes that water rights may be acquired through inverse or reverse condemnation through appropriate action by an agency having the power of eminent domain.

2.  The holding of the 9th Circuit Court of Appeals in People of the State of California vs. United States (1956), 235 F.2d 645, is that it was error for the trial court in the first trial of this action to enter a separate judgment as to less than all the defendants.  On the other issues discussed in that decision, the language and reasoning, although they do not constitute holdings, were intended for the guidance of the trial court in a new trial and will generally be followed by this Court in the absence of contrary authority.

3.  Under its riparian rights the United States may not compel upstream water users or claimants to release to the military enclave* Santa Margarita

_____

* In this Order the term "military enclave" refers to the contiguous area composed of Camp Pendleton, the Naval Ammunition Depot and the Naval Hospital, on whose behalf the United States originally filed this action.

4730

1  River water for diversion to and use by the United States outside the watershed

2  of the Santa Margarita River.  The foregoing statement has no relation (a) to

3  the claims of the United States of America under the stipulated judgment with

4  the Vail Company and others (Exhibit A to the Complaint herein) or (b) to the

5  claims of the United States of America against those non-riparian water users

6  who have not complied with the laws of the State of California respecting

7  appropriative rights to the use of water.

8  4.  Use of water by the United States for military purposes on the

9  military enclave within the watershed of the Santa Margarita River may be a proper

10 riparian use if it is reasonable in light of all surrounding facts and circum-

11 stances.  This cannot be determined until the evidence at the trial shows pre-

12 cisely what the military use on the military enclave consists of.

13 5.  Under its riparian rights, the United States may not compel upstream

14 water users or claimants to release to the military enclave Santa Margarita

15 River water for seasonal or cyclic storage.  The foregoing statement has no

16 relation (a) to the claims of the United States of America under the stipulated

17 judgment with the Vail Company and others (Exhibit A to the Complaint herein) or

18 (b) to the claims of the United States of America against those non-riparian

19 water users who have not complied with the laws of the State of California

20 respecting appropriative rights to the use of water.

21 6.  Diversion or pumping by the United States or its predecessor of

22 Santa Margarita River water on the military enclave, which is downstream from

23 all other landowners and water users, either for immediate use or for storage

24 for later use thereon, could not result in the acquisition of any water rights

25 by prescription.  The foregoing statement has no relation to the claims of the

26 United States of America under the stipulated judgment with the Vail Company

27 and others (Exhibit A to the Complaint herein).

28 7.  Since 1914, or at the latest 1923, no appropriative water right could

29 have been acquired in California by the United States or any other user without

30 compliance with the provisions of the California Water Commission Act (Water

31 Code secs. 1200-1801).  Except as to appropriative rights which may have been

32 perfected prior thereto by the United States predecessor, the United States

-13-

4781

has no appropriative rights to store water for later use or to use Santa
Margarita River water outside the watershed thereof unless it can prove compliance
with such provisions.

8.  The stipulation of November 29, 1951, forecloses the United States
from claiming the right to compel upstream water users or claimants to release
to the military enclave Santa Margarita River water to be stored for later use
or for use outside the watershed of the river based on the sovereign status of
the United States, its ownership of public or reserved land upstream, or the
status of the military enclave as a government reservation.  Apart from the
stipulation, none of these theories supports such claims.  The foregoing state-
ment has no relation to the claims of the United States of America under the
stipulated judgment with the Vail Company and others (Exhibit A to the Complaint
herein.)

9.  This action involves rights to the use of the water of the Santa
Margarita River, its tributaries and underground basins which are a part of the
river or its tributaries.  It does not involve, and the decree will not
adjudicate, rights to percolating ground water that factually is not part of
and does not affect the river or its tributaries or underlying basins.

10.  Diversion or pumping by the United States of Santa Margarita River
water on the military enclave, which is downstream from all other landowners and
water users, either for immediate use or for storage for later use thereon,
could not result in the acquisition of any water rights by inverse condemnation.

11.  This Court does not have jurisdiction to perform the quasi-
legislative function of determining which, if any, of the competing applicants
to the State of California to appropriate unappropriated water of the Santa
Margarita River should receive a permit to do so.  This function has been
delegated by the California Legislature to the California State Water Rights
Board.

12.  Before an applicant to appropriate unappropriated water may obtain
a judicial determination of his priority as against competing applicants or
his right to receive a permit to appropriate and before he may obtain judicial
review of the action of the State Water Rights Board on his application, he

-14-

4782

must exhaust the administrative remedies available from the Board.  This
does not preclude the Court from chronicling in the decree the facts re-
lating to the filing of applications to appropriate unappropriated water
with the State of California and relating to the granting by the State of
California of permits to appropriate.

13.  The respective filing dates of competing applications to
appropriate are not the controlling factor by which the State Water Rights
Board decides whether a permit should issue and, if so, which applicant
should receive it.  The Board has broad discretion to consider the public
interest in granting, denying and conditioning permits.  This Court will
not rule on this issue.

14.  After exhaustion of the administrative remedies available
from the State Water Rights Board, an applicant to appropriate may obtain
direct judicial review of the Board's action by filing a petition for writ
of mandate under California Water Code section 1360 and California Code
of Civil Procedure section 1094.5.

The Board's action, if within its jurisdiction, is not subject
to collateral attack.

15.  Specifically, the Court does not have jurisdiction in this
case to review the actions of the State Water Rights Board respecting ap-
plications to appropriate water.

IV

SUMMARIZATION OF CERTAIN OF THE ISSUES OF LAW TO BE DETERMINED BY

THIS COURT

1.  With respect to the riparian rights of the United States of
America, are its military uses of Santa Margarita River water by the
United States on the military enclave within the watershed of the river
reasonable?

2.  Does the United States, under its riparian rights, have the
right to use water for irrigation purposes on a military reservation?

-15-

4783

3.  Is the spreading of Santa Margarita River water within the water-shed of the river a proper and reasonable riparian use when:

(a) The purpose of the spreading is the irrigation of natural vegetative cover?

(b) The purpose of the spreading is to cause the percolation into the underground basin of more water than would percolate naturally?

4.  To what extent is the United States, under its riparian rights, entitled to compel upstream water users and claimants to release Santa Margarita River water to the military enclave for the purpose of maintaining the underground water supply therein and repelling the intrusion of salt water into the underground basin from the ocean?

5.  May a riparian or overlying owner require the release of water by upstream users or claimants in order to maintain the underground water table at a high enough level to sub-irrigate natural vegetation?

6.  What appropriative rights, if any, does the United States possess for use on the military enclave by virtue of succession from its predecessor of rights acquired by use prior to the date when compliance with the provisions of the California Water Commission Act became the exclusive method of acquiring appropriative rights?

7.  Could diversion by a riparian owner of Santa Margarita River System water for immediate use on his riparian land without storage have resulted in the acquisition of prescriptive and/or appropriative rights by such land owner or would such diversion and use necessarily have been within his riparian rights and thus not an appropriation?

8.  What rights does the United States have by virtue of the stipulated judgment in Rancho Santa Margarita v. Vail (Exhibit A to the Complaint herein) to compel the release of Santa Margarita River water to the military enclave by:

(a) The other parties to the stipulated judgment?

(b) Other upstream water users or claimants?

-16-

9.  Have those who are obligated to release Santa Margarita River water by virtue of the stipulated judgment complied with such obligation?  If not, why?

10.  Has the United States acquired any prescriptive rights to use water in the military enclave by virtue of activities in connection with the stipulated judgment referred to above?

11.  Can and should the stipulated judgment referred to above be set aside, held null and void, or modified?

12.  Does the Fallbrook Public Utility District have any riparian rights by virtue of the acquisition of riparian land for its proposed dam and reservoir at the Fallbrook Lippincott site?

13.  If the answer to the preceding question is in the affirmative, what are the limitations, if any, upon the uses which the Fallbrook Public Utility District may make under such rights?

14.  What rights does the Fallbrook Public Utility District have to divert and deliver water to other riparian owners who have designated the District as their agent for the purpose of exercising their riparian rights?

15.  Does the Fallbrook Public Utility District have a prescriptive right to 10 miner's inches of water from the Santa Margarita River against the United States?

16.  In determining the claimed appropriative rights of the Fallbrook Public Utility District under Application No. 11587, Permit No. 8511 and Application No. 11586, Permit No. 7033, License No. 4906, and its claimed prescriptive right for 10 miner's inches of water from the Santa Margarita River, are the following relevant issues which should be considered by this Court?

(a)  Whether the Fallbrook Public Utility District is invested with power to claim rights to the use of water for purposes of irrigation.

(b)  Whether the Fallbrook Public Utility District is invested with power to undertake the construction of, and levy assessments

-17-

to finance, an irrigation project of the type for which it is claiming rights to the use of water for purposes of irrigation.

(c) Whether the Fallbrook Public Utility District is invested with power to impound, divert or utilize water for other than domestic and municipal purposes as distinguished from water to be used for irrigation purposes as those terms are defined by California law.

17. Assuming the foregoing are relevant issues, what are the correct answers?

18. What restrictions should be placed on the operation of any dam which the Fallbrook Public Utility District may build to store Santa Margarita River water in order to protect the rights of the United States and other owners of water rights downstream from the dam?

19. What is the extent of the water rights of the United States in connection with the Indian reservation, national forest lands, and public lands outside the military enclave?

20. Do restrictions in federal statutes on the use of lands mentioned in the preceding question affect the water rights of the United States for such lands, and if so, to what extent?

The attached List of Exhibits is incorporated by reference into this Order.

Entered this 17 day of Oct, 1958.

JAMES M. CARTER
UNITED STATES DISTRICT JUDGE

-18-

4786

1            PRE-TRIAL ORDER

2            List of Exhibits

3    U.S.A.-Pl Exhibit No. 1          Map Santa Margarita River Water Shed.

4    U.S.A.-Pl Exhibit No. 2          Judgment and decree in Condemnation --
5                                     9,147.55 acres of land, more or less, in
                                      San Diego County, and related documents.

6    U.S.A.-Pl Exhibit No. 3          Decree on Declaration of Taking --
7                                     123,620 acres of land, more or less,
                                      in San Diego County, and related documents.

8    U.S.A.-Pl Exhibit No. 4          Judgment and Decree of Condemnation --
9                                     1676.58 acres of land, more or less,
                                      in San Diego County, and related documents.

10   U.S.A.-Pl Exhibit No. 5          Association Grant Deed, Citizens Trust &
11                                    Savings Bank of Los Angeles, to United
                                      States of America, grantee, and related
12                                    documents.

13   U.S.A.-Pl Exhibit No. 6          Public Land Order #293.

14   U.S.A.-Pl Exhibit No. 7          Session of Exclusive Jurisdiction, letter
                                      January 12, 1943, James Forrestal.

15   U.S.A.-Pl Exhibit No. 8          Session of Exclusive Jurisdiction, letter
16                                    September 8, 1943, James Forrestal.

17   U.S.A.-Pl Exhibit No. 9          Session of Exclusive Jurisdiction, letter
                                      February 18, 1944, A. L. Gates.

18   U.S.A.-Pl Exhibit No. 10         Certified copy of designation of Camp Joseph
19                                    H. Pendleton as permanent establishment and
                                      designation of Camp Joseph H. Pendleton as
20                                    isolated for housing purposes.

21   U.S.A.-Pl Exhibit No. 11         Certified copy of certification of need for
22                                    military housing, De Luz Homes, Inc., Camp
                                      Joseph H. Pendleton.

23   U.S.A.-Pl Exhibit No. 12         Certified copy of certification of need for
24                                    military housing, Wire Mountain Homes, Inc.,
                                      No. 1., Camp Joseph H. Pendleton.

25   U.S.A.-Pl Exhibit No. 13         Certified copy of certification of need for
26                                    military housing, Wire Mountain Homes, Inc.,
                                      No. 2., Camp Joseph H. Pendleton.

27   U.S.A.-Pl Exhibit No. 14         Stipulated Judgment, Superior Court, San
28                                    Diego County, Rancho Santa Margarita,
                                      Plaintiff, v. Vail.

29   U.S.A.-Pl Exhibit No. 15         Santa Margarita River Watershed Geologic
                                      and Hydrologic Map.

30   U.S.A.-Pl Exhibit No. 16         Geologic Sections Along the Santa Margarita-
31                                    Temecula River and Murrieta Creek Valleys.

32   U.S.A.-Pl Exhibit No. 17         Santa Margarita River Watershed showing
                                      Ground-water Storage Units.

| | | |
|---|---|---|
| 1<br>2 | U.S.A. -- Pl Exhibit No. 18 | Estimated ground-water storage capacity of the alluvial deposits, Upper Santa Margarita River Basin, California. |
| 3<br>4 | U.S.A. -- Pl Exhibit No. 19 | United States Geological Survey--runoff records at station near Radec, California. |
| 5<br>6 | U.S.A. -- Pl Exhibit No. 20 | United States Geological Survey--runoff records at station located near Temecula Creek at Vail Dam, California. |
| 7 | U.S.A. -- Pl Exhibit No. 21 | United States Geological Survey--runoff records at Santa Margarita River, near Temecula. |
| 8<br>9 | U.S.A. -- Pl Exhibit No. 22 | United States Geological Survey--runoff records at Murrieta Creek, California. |
| 10 | U.S.A. -- Pl Exhibit No. 23 | United States Geological Survey--runoff records at station located near Fallbrook, California. |
| 11<br>12 | U.S.A. -- Pl Exhibit No. 24 | United States Geological Survey--runoff records at station located at De Luz Creek, near Fallbrook, California. |
| 13<br>14 | U.S.A. -- Pl Exhibit No. 25 | United States Geological Survey--runoff records at station located at O'Neill Ditch. |
| 15 | U.S.A. -- Pl Exhibit No. 26 | United States Geological Survey--runoff records at station located at Ysidora. |
| 16<br>17 | U.S.A. -- Pl Exhibit No. 27 | Monthly and seasonal precipitation in inches at Fallbrook, California, for the period 1875-1957. |
| 18 | U.S.A. -- Pl Exhibit No. 27A | Monthly and seasonal precipitation ininches at San Diego, California. |
| 19<br>20 | U.S.A. -- Pl Exhibit No. 27B | Monthly and seasonal precipitation in inches at Los Angeles, California. |
| 21 | U.S.A. -- Pl Exhibit No. 28 | Seasonal precipitation in inches at selected sites in Southern California for the period of record. |
| 22<br>23 | U.S.A. -- Pl Exhibit No. 29A | United States Geological Survey, Margarita Peak Quadrangle. |
| 24 | U.S.A. -- Pl Exhibit No. 29B | United States Geological Survey, Las Pulgas Quadrangle. |
| 25<br>26 | U.S.A. -- Pl Exhibit No. 29C | United States Geological Survey, Oceanside Quadrangle. |
| 27 | U.S.A. -- Pl Exhibit No. 29D | United States Geological Survey, Elsinore Quadrangle. |
| 28 | U.S.A. -- Pl Exhibit No. 29E | United States Geological Survey Wildomar Quadrangle. |
| 29 | U.S.A. -- Pl Exhibit No. 29F | United States Geological Survey Fallbrook Quadrangle. |
| 30 | U.S.A. -- Pl Exhibit No. 29G | United States Geological Survey Morro Hill Quadrangle. |
| 31<br>32 | U.S.A. -- Pl Exhibit No. 29H | United States Geological Survey, San Luis Rey Quadrangle. |

4788

1   U.S.A. -- Pl Exhibit No. 29I   U. S. Geological Survey, Romoland Quadrangle.

2   U.S.A. -- Pl Exhibit No. 29J   U. S. Geological Survey, Murrieta Quadrangle.

3   U.S.A. -- Pl Exhibit No. 29K   U. S. Geological Survey, Temecula Quadrangle.

4   U.S.A. -- Pl Exhibit No. 29L   U. S. Geological Survey, Bonsall Quadrangle.

5   U.S.A. -- Pl Exhibit No. 29M   U. S. Geological Survey, Winchester Quadrangle.

6   U.S.A.-- Pl Exhibit No. 29N   U. S. Geological Survey, Bachelor Mtn. Quadrangle.

7   U.S.A. -- Pl Exhibit No. 29O   U. S. Geological Survey, Pechanga Quadrangle.

8   U.S.A. -- Pl Exhibit No. 29P   U. S. Geological Survey, Hemet Quadrangle.

9   U.S.A. -- Pl Exhibit No. 29Q   U. S. Geological Survey, Sage Quadrangle.

10  U.S.A. -- Pl Exhibit No. 29R   U. S. Geological Survey, Vail Lake Quadrangle.

11  U.S.A. -- Pl Exhibit No. 29S   U. S. Geological Survey, Boucher Hill Quadrangle.

12  U.S.A. -- Pl Exhibit No. 29T   U. S. Geological Survey, Quadrangle No. 1.

13  U.S.A. -- Pl Exhibit No. 29U   U. S. Geological Survey, Quadrangle No. 2.

14  U.S.A. -- Pl Exhibit No. 29V   U. S. Geological Survey, Aguanga Quadrangle.

15  U.S.A. -- Pl Exhibit No. 29W   U. S. Geological Survey, Palomar Observatory
16                                 Quadrangle.

17  U.S.A. -- Pl Exhibit No. 29X   U. S. Geological Survey, Quadrangle No. 3.

18  U.S.A. -- Pl Exhibit No. 29Y   U. S. Geological Survey, Quadrangle No. 4.

19  U.S.A. -- Pl Exhibit No. 29Z   U. S. Geological Survey, Quadrangle No. 5.

20  U.S.A. -- Pl Exhibit No. 29AA  U. S. Geological Survey, Quadrangle No. 6.

21  U.S.A. -- Pl Exhibit No. 29AB  U. S. Geological Survey, Quadrangle No. 7.

22  U.S.A. -- Pl Exhibit No. 30    Santa Margarita River Watershed Isohyetal Map.

23  U.S.A. -- Pl Exhibit No. 31    Wet and Dry Periods in Southern California.

24  U.S.A. -- Pl Exhibit No. 32    Hydrograph of Monthly Runoff of Temecula Creek
25                                 at Vail Dam.
                                   Hydrograph of Monthly Runoff of O'Neill Ditch
26                                 near Ysidora, California.

27  U.S.A. -- Pl Exhibit No. 33    Hydrograph of Monthly Runoff of the Santa Margarita
                                   River near Temecula.

28  U.S.A. -- Pl Exhibit No. 34    Hydrograph of Monthly Runoff of Murrieta Creek
29                                 at Temecula.
                                   Hydrograph of Monthly Runoff of De Luz Creek.

30  U.S.A. -- Pl Exhibit No. 35    Hydrograph of Monthly Runoff of the Santa
31                                 Margarita River near Fallbrook.

32

U.S.A.-Pl Exhibit No. 36     Hydrograph of Monthly Runoff of the
Santa Margarita River at Ysidora.

U.S.A.-Pl Exhibit No. 37     Santa Margarita River Watershed Within
Camp Pendleton Geologic Map.

U.S.A.-Pl Exhibit No. 38     Geologic Section E-E' Through the Lower
Santa Margarita River Valley, Showing
Unconsolidated Deposits and Water-level
Profiles.

U.S.A.-Pl Exhibit No. 39     Santa Margarita River Watershed Within Camp
Pendleton
Isopach Map of Alluvial Deposits.

U.S.A.-Pl Exhibit No. 40     Santa Margarita River Watershed
Within Camp Pendleton
Ground-water Basin, Storage Units, and
Well Locations.

U.S.A.-Pl Exhibit No. 41     Bar Graph Showing Specific Yield of Materials
in Wells in Upper, Chappo and Ysidora Subbasins.

U.S.A.-Pl Exhibit No. 42     Estimated Ground-water Storage Capacities
for Upper, Chappo, and Ysidora Subbasins,
Camp Pendleton.

U.S.A.-Pl Exhibit No. 43     Estimated Ground-water Storage Capacity of
the Alluvium and Terrace Deposits, Lower
Santa Margarita River Basin, Camp Pendleton,
California.

U.S.A.-Pl Exhibit No. 44     Santa Margarita River Watershed Within
Camp Pendleton
Water-level Contours, November 1951.

U.S.A.-Pl Exhibit No. 45     Santa Margarita River Watershed
Within Camp Pendleton
Water-level Contours, October 1957.

U.S.A.-Pl Exhibit No. 46     Hydrographs of Paired Shallow and Deep Wells
in Ysidora Subbasin, Camp Pendleton.

U.S.A.-Pl Exhibit No. 47     Pumpage of Ground Water from Upper, Chappo,
and Ysidora Subbasins, Camp Pendleton,
1925-57.

U.S.A.-Pl Exhibit No. 48     Camp Pumpage and Sewage Effluent Returned
to Basin, 1942-57.

U.S.A.-Pl Exhibit No. 49     Ground-water Recharge and Discharge, Lower
Santa Margarita River Basin, 1942-57.

U.S.A.-Pl Exhibit No. 50     Ground-water Storage Changes,
Camp Pendleton, 1942-57.

U.S.A.-Pl Exhibit No. 51     Fluctuations of Water Levels in Ten Wells
in the Lower Santa Margarita River Basin.

U.S.A.-Pl Exhibit No. 52     Effect of Pumping 23,000 Acre-feet Per Year
From Ground Water, Camp Pendleton, During
Two Critical Dry Periods, 1948-51 and 1955-57.

1  U.S.A. -- Pl Exhibit No. 53    Maximum Annual Pumpage During Droughts of
2                                 3 to 10 Years Duration, Based on 1955-57
                                   Drought Conditions, Lower Santa Margarita Basin.

3  U.S.A. -- Pl Exhibit No. 54    Graph Showing Chloride Content of Well Waters
4                                 in Ysidora Subbasin.

   U.S.A. -- Pl Exhibit No. 55    Chemical Character of Native and Contaminated
5                                 Waters Downstream from Chappo Subbasin, Camp
                                   Pendleton.
6
   U.S.A. -- Pl Exhibit No. 56    Comparison of Chemical Character of Well Water
7                                 and Sewage Effluent, Camp Pendleton, 1955-58.

8  U.S.A. -- Pl Exhibit No. 57    Bibliography, Fred Kunkel, U. S. Geological Survey.

9  U.S.A. -- Pl Exhibit No. 58    Colored photographic slides from upper part of
                                   Santa Margarita drainage area.
10
11                                1.  Not exhibited (Same as No. 2)

12                                2.  Channel of Temecula Creek at Radec gage
                                   October 20, 1957, looking downstream.

13                                3.  QToal (Older continental deposits shown on
14                                Plaintiff Exhibit 15) south of Temecula River
                                   SW side State Highway 71 (Nov. 20, 1957).

15                                4.  QToal south of Temecula River NE side of
16                                State Highway 71 (Nov. 20, 1957).

17                                5.  QToal along Highway 71 (Nov. 20, 1957).

18                                6.  QToal along Highway 71 (Nov. 20, 1957).

19                                7.  Destroyed.

20                                8.  QToal Terrace deposit overlying QToal
                                   (Nov. 20, 1957).
21
                                   9.  QToal Coarse bouldery Dripping Springs
22                                fanglomerate of Mann (1955), (Nov. 20, 1957)

23                                10.  Destroyed.

24                                11.  Sunnybrook Farm dissected QToal "badlands"
                                   in background  (Nov. 20, 1957).
25
26                                12.  QToal north of road (Nov. 20, 1957).

27                                13.  Same as 12, only closeup shot (Nov. 20, 1957).

28                                14.  Same as 12, only south of road.  Note clayey
                                   lens.  (Nov. 20, 1957)
29
                                   15.  Qyal looking south in Aguanga Valley
30                                (Nov. 21, 1957).

31                                16.  Same as 15, only closeup of bank (Nov 21, 1957).

32                                17.  South of 15, looking north.

                                   18.  Surface between two points of rising water in
                                   Aguanga Valley.  Note tops of trees growing in
                                   channel.

19.  Looking west to Lancaster Valley from
Coahuila Road, SW¼ sec. 14, T. 8 S., R. 1 E.
Note consolidated rocks of basement complex to
the north in fault contact with QToal to south.
Note "badlands" topography of QToal.  Younger
alluvial plain of Lancaster Valley visible in
distance.  Also, note Vail dam in middle distance.

20.  Same as 19, looking southwest.

21.  Same as 19, looking further north.

22.  Springs at lower end of Coahuila Valley
(Nov. 21, 1957).

23.  Same.

24.  Same.

25.  Site of California Department of Water
Resources stream gage.

26.  Looking down on 22, 23, and 24.

27 -- 30, Destroyed.

31.  Looking east across Tule Valley from NW¼
sec. 23, T. 8 S., R. 1 E.  Note QToal in foreground,
Qyal in valley, bc on hill slopes.

32.  Same as 31, only taken in SW¼ sec. 27.

33.  In Nigger Valley looking northwest across
Temecula Creek up minor tributary valley.

The above-listed exhibits of the United States of America, except
those pertaining to sources of title and the cession of exclusive jurisdiction
of the Naval enclave, relate primarily to the geographical, geological,
hydrological, climatological and topographical data respecting the watershed
of the Santa Margarita River.  Additional exhibits of the United States of
America relating to soil surveys, land classification, land use, and water use
will be subsequently tabulated and filed with the Court in accordance with its
direction.

With exceptions subsequently to be noted, and except to the extent
that exhibits in either the original trial or in the proceedings before the
Special Master are listed by other parties, the completed list of exhibits of
the United States of America will include all of the exhibits admitted into
evidence in the original trial and exhibits introduced in evidence before
Judge Carter and the Special Master.

| | | |
|---|---|---|
| 1 | U.S.A. -- Pl Exhibit No. 59 | Area and capacity tables for Vail Reservoir (6 sheets) |
| 2 | U.S.A. -- Pl Exhibit No. 60 | Monthly and Annual Runoff for gaging stations in |
| 3 | | the Santa Margarita River Basin. |
| 4 | U.S.A. -- Pl Exhibit No. 61 | Bar graph of annual runoff from streams within |
| 5 | | the Santa Margarita River Basin. |
| 6 | U.S.A. -- Pl Exhibit No. 62 | Estimated annual inflow, in acre feet, to the Santa Margarita River Valley at De Luz damsite |
| 7 | | for period 1922-57. |
| 8 | U.S.A. -- Pl Exhibit No. 63 | Bar graph of season precipitation at selected sites in Southern California (2 sheets) |
| 9 | U.S.A. -- Pl Exhibit No. 64 | Comparison of mean season precipitation at |
| 10 | | selected sites in Southern California. |
| 11 | U.S.A. -- Pl Exhibit No. 65 | Residual mass curves of seasonal precipitation indices. |
| 12 | U.S.A. -- Pl Exhibit No. 66 | Residual mass curves of precipitation and runoff. |
| 13 | U.S.A. -- Pl Exhibit No. 67 | De Luz Watershed Geology. |
| 14 | U.S.A. -- Pl Exhibit No. 68 | Geologic Section, De Luz Creek Valley. |
| 15 | U.S.A. -- Pl Exhibit No. 69 | Sandia Creek Watershed Geology. |
| 16 | U.S.A. -- Pl Exhibit No. 70 | Santa Margarita River Minor Affluent Watershed |
| 17 | | Geology, Elsinore Fault - De Luz Creek Confluence. |
| 18 | U.S.A. -- Pl Exhibit No. 71 | Santa Margarita River Coastal Area Watershed Natural Conditions. |
| 19 | U.S.A. -- Pl Exhibit No. 72 | Santa Margarita River Coastal Area Watershed |
| 20 | | Present Conditions. |
| 21 | U.S.A. -- Pl Exhibit No. 73 | Aerial Photographs of Northwestern San Diego, 1929 Flight. |
| 22 | U.S.A. -- Pl Exhibit No. 74 | Rancho Santa Margarita y Las Flores Areas |
| 23 | | irrigated from Santa Margarita River (1929) |
| 24 | U.S.A. -- Pl Exhibit No. 75 | Aerial Photographs of Northwestern San Diego County (1938). |
| 25 | U.S.A. -- Pl Exhibit No. 76 | Map Rancho Santa Margarita y Las Flores 1939. |
| 26 | U.S.A. -- Pl Exhibit No. 77 | Total acreage irrigated from the Santa Margarita |
| 27 | | River (1939). |
| 28 | U.S.A. -- Pl Exhibit No. 78 | Aerial Photographs of Entire Santa Margarita River Watershed, 1955 Flight. |
| 29 | U.S.A. -- Pl Exhibit No. 79 | Photographs of typical gaging station installations. |
| 30 | | |
| 31 | | |
| 32 | | |

| | | |
|---|---|---|
| 1 | U.S.A.-Pl. Exhibit No. 80 | Military Use of Water Within & Without |
| 2 | | the Santa Margarita River Watershed (Natural) |
| 3 | U.S.A.-Pl. Exhibit No. 81 | Military Use of Water Within & Without |
| 4 | | the Santa Margarita River Watershed (Present) |
| 5 | U.S.A.-Pl. Exhibit No. 82 | Water Used for Irrigation Within & |
| 6 | | Without the Santa Margarita River Watershed (Natural) |
| 7 | U.S.A.-Pl. Exhibit No. 83 | Water Used for Irrigation Within & |
| 8 | | Without the Santa Margarita River Watershed (Present) |
| 9 | U.S.A.-Pl. Exhibit No. 84 | Total of All Uses Both Within and |
| 10 | | Without the Watershed of the Santa Margarita River (Natural) |
| 11 | U.S.A.-Pl. Exhibit No. 85 | Total of All Uses Both Within and |
| 12 | | Without the Watershed of the Santa Margarita River (Present) |
| 13 | U.S.A.-Pl. Exhibit No. 86 | Panoramic photograph of Lake O'Neill |
| 14 | | and Vicinty and planimetric Drawing |
| 15 | U.S.A.-Pl. Exhibit No. 87 | Sketch of Lake O'Neill and Vicinity. |
| 16 | U.S.A.-Pl. Exhibit No. 88 | Area Capacity Curve Lake O'Neill, 1957 |
| 17 | U.S.A.-Pl. Exhibit No. 89 | Series of Photographs Showing Places of Present Water Use |
| 18 | U.S.A.-Pl. Exhibit No. 90 | Cleveland National Forest, Trabuco |
| 19 | | Unit, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| 20 | U.S.A.-Pl. Exhibit No. 91 | Cleveland National Forest, Trabuco |
| 21 | | Unit, Tabulation of Land Classification |
| 22 | U.S.A.-Pl. Exhibit No. 92 | Sketch of Delivery System for Naval Ammunition Depot |
| 23 | U.S.A.-Pl. Exhibit No. 93 | U.S. Naval Reservation, Camp Pendleton, |
| 24 | | Soil Survey Field Sheets, Vertical Aerial Photo Base |
| 25 | U.S.A.-Pl. Exhibit No. 94 | Santa Margarita Watershed Within Camp |
| 26 | | Pendleton Land Utilization |
| 27 | U.S.A.-Pl. Exhibit No. 95 | Duty of Water, Santa Margarita Watershed |
| 28 | | Within Camp Pendleton, California |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |

1    U. S. A.  vs. FALLBROOK, et. al.

2              EXHIBITS PROPOSED TO BE ENTERED BY DEFENDANT

3                    FALLBROOK PUBLIC UTILITY DISTRICT

4    A-1      Grant deeds conveying to the Fallbrook Public UtilityDistrict lands
     A-24     within the watershed of the Santa Margarita River which lands are
5             claimed by the District to be riparian to the river or its tributaries.

6    B-1      Grant deeds conveying to the Fallbrook Public Utility District lands
     B-12     within the watershed of the Santa Margarita River whichlands were
7             riparian to streams within the watershed, but in which conveyances
              the Grantors reserved riparian rights.
8
     C        Copy of Form of Contract used in Agreements to Sell to the District
9             in those cases in which riparian rights were reserved by the Grantors.

10   D        Application No. 11586; Permit No. 7033; License No. 4906, of
              Fallbrook Public Utility District to divert water from the Santa
11            Margarita River.

12   E        Application No. 11587; Permit No. 8511, of Fallbrook Public Utility
              District to divert water of the Santa Margarita River for storage.
13
     F        Application No. 12178 of the Fallbrook Public Utility District to
14            divert for storage waters of the Santa Margarita River.

15   G        Permit No. 11356 (Application No. 12178) of Fallbrook Public Utility
              District to divert for storage waters of the Santa Margarita River.
16
     H        Application No. 12179 of the Fallbrook Public Utility District to
17            divert for storage waters of the Santa Margarita River.

18   I        Permit No. 11357 (Application No. 12179) of the Fallbrook Public
              Utility District to divert for storage waters of the Santa Margarita
19            River.

20   J        Application No. 12576 of the United States Navy to divert for storage
              waters of the Santa Margarita River.
21
     K        Letter, United States Navy amending Application No. 12576, dated
22            3 November 1948.

23   L        Letter, United States Navy amending application No. 12576, dated
              August 13, 1948.
24
     M        Letter, United States Navy amending Application No. 12576, dated
25            13 July 1949.

26   N        Navy Protest to Fallbrook Application No. 11587.

27   O        Navy Protest to Vail Application No. 11518.

28   P        Navy Protest to Santa Margarita Mutual Water Co. Application No. 11578.

29   Q        Revocable License granted by Rancho Santa Margarita to Fallbrook
              Public Utility District to divert 10 miner's inches from the Santa
30            Margarita River.

31   R        Letter, U. S. Navy, dated 2/26/47, cancelling revocable license
              referred to above.
32

                              - 1 -

| | | |
|---|---|---|
| 1 | S | Letter, Fallbrook Public Utility District to United States Navy, dated 20 March 1947, in reply to Navy letter referred to above. |
| 2 | | |
| 3 | T | Press Release, Camp Joseph H. Pendleton, dated 17 April 1958. |
| 4 | U | Letter, David Miller, Lt. USN, dated 8 July 1958, stating the facts concerning his appearance at the State Water Rights Board Hearing in Sacramento 9 July 1957. |
| 5 | | |
| 6 | V | Letter, R. Pardon Hooper to Lt. Col. John T. Zellers, dated 24 February 1941, Subject: Rancho Santa Margarita. |
| 7 | W | Tabulations of Fallbrook Public Utility District purchases of water from the San Diego County Water Authority. |
| 8 | | |
| 9 | X | Tabulation of Fallbrook Public Utility District diversions from the Santa Margarita River 1948 through August 1958. |
| 10 | Y | Current map of Fallbrook Public Utility District showing proposed 1958 Annexation. |
| 11 | | |
| 12 | Z | Fallbrook Public Utility District Ordinance No. 92, 2 September 1958, proposing annexation of certain territory. |
| 13 | | State of California, Department of Public Words, Division of Water Resources Bulletin 57, "Santa Margarita River Investigation". |
| 14 | | |

The foregoing list of exhibits is not complete and does not indicate the order in which they will be offered in evidence. At the time Exhibits are lodged with the Clerk, numbers will be assigned in the approximate order of their offering.

- 2 -

4796

PRE-TRIAL ORDER

LIST OF EXHIBITS

Submitted by
STATE OF CALIFORNIA

1. Hydrograph of mean daily discharge of the Santa Margarita River at Ysidora, 1942-43 through 1957-58.

2. Hydrograph of mean daily discharge of the Santa Margarita River near Fallbrook, 1942-43 through 1957-58.

3. Hydrograph of mean daily discharge of the Santa Margarita River near Temecula, 1942-43 through 1957-58.

4. Hydrograph of mean daily discharge of Temecula Creek at Vail Dam, 1942-43 through 1957-58.

5. Hydrograph of mean daily discharge of Murrieta Creek at Temecula, 1942-43 through 1957-58.

6. Hydrograph of mean daily discharge of De Luz Creek near Fallbrook, March 1951 through 1957-58.

7. Detail hydrograph of discharge of (1) the Santa Margarita River at Fallbrook; (2) De Luz Creek near Fallbrook; and (3) the Santa Margarita River at Ysidora, for the storm period January 13-20, 1952.

8. Detail hydrograph of discharge of (1) the Santa Margarita River at Fallbrook; (2) De Luz Creek near Fallbrook; and (3) the Santa Margarita River at Ysidora, for the storm period March 7-9, 1952.

9. Detail hydrograph of discharge of (1) the Santa Margarita River at Fallbrook; (2) De Luz Creek near Fallbrook; and (3) the Santa Margarita River at Ysidora, for the storm period March 16-19, 1952.

10. Estimate of mean annual runoff of the Santa Margarita River at Ysidora over the period 1943-44 through 1957-58 assuming all uses of surface and groundwater in the watershed existing when U. S. v. Fallbrook Public Utility District, et al., was filed plus maximum possible future development and use of groundwater within the watershed.

11. Tabulation showing the percentage of the annual flow in each year during the period 1942-42 through 1957-58 at the following stations:

Santa Margarita River at Ysidora

Santa Margarita River near Fallbrook

Santa Margarita River near Temecula

Temecula Creek at Vail Dam

Murrieta Creek at Temecula

De Luz Creek near Fallbrook

which occurred during (1) the 30-day period of greatest flow during each such year; (2) the 10-day period of greatest flow during each such year; (3) the 5-day period of greatest flow during each such

- 1 -

4797

1   year; and (4) the 1-day period of greatest flow during each such year.

2   12.   State of California, Department of Public Works, Division of Water
3         Resources, Bulletin No. 57 "Santa Margarita River Investigation."

4         Volume I:

5               Chapter I, Pages 22 and 23
                Chapter II, the entire chapter
6               Plates 1-20

7         Volume II:

8               Appendices B, D, E, F and H.

9         The list of the proposed exhibits of the State of California, described

10  above, does not include all exhibits which the State will offer in evidence,

11  and the exhibits will not necessarily be offered in the order listed.  Copies

12  of the exhibits listed above as numbers 1 through 6 and No. 11, which have

13  already been prepared, have been lodged with the Clerk of the Court for

14  examination by the parties and/or their attorneys.  Copies of the other

15  proposed exhibits of the State will be lodged with the Clerk as soon as they

16  are completed.

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

4798

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

U. S. A. v. FALLBROOK, et al.

EXHIBITS PROPOSED TO BE ENTERED BY VAIL. CO.

Number

Vail  A    Photostat  -  Application #11518 to Appropriate Water

Vail  B    Map of Vail Ranch, 2,000 ft. to 1 inch

Vail  C    Soil and Climate Map of Vail Ranch

Vail  D    Tabulation, Lots and Block, of Exhibit Vail C

Vail  E    Gross Use of Water for Irrigation, 1922 - 1951

Vail  F    Acre Feet Pumped from Pauba Basin,  1951 - 1958

Vail  G    Acre Feet Pumped from Long Canyon Basin,  1951 - 1958

Vail  H    Vail Lake Draft to Pauba Basin,  1949 - 1958

Vail  I    Vail Lake Draft direction to irrigation  1952 - 1958

Vail  J    Area of Use.  Application 11518

Vail  K    Title Tree, Pauba and Temecula Ranchos.

Vail  L    Title Tree, Little Temecula Rancho.

Vail  M    Title Data, Santa Rosa Ranch and small adjacent properties

4799