RAYMOND CHOATE

Attorney at Law
127 West Anaheim Street
Wilmington, California
TErminal 4-4701

Attorney for Defendants,
Joseph A Denni and
Grace H Denni

**FILED**

OCT 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO 1247 - SD - C |
| Plaintiff | ( | |
| vs | ) | SUBSTITUTION OF ATTORNEYS |
| FALLBROOK PUBLIC UTILITY | ( | |
| DISTRICT, a public service | ) | |
| corporation of the State of | ( | |
| California, et al, | ) | |
| Defendants | ( | |

o o O o o

Defendants, JOSEPH A DENNI and GRACE H DENNI, hereby substitute RAYMOND CHOATE as our attorney of record in the place and stead of HOWARD E CRANDALL.

Dated: October 17, 1958

_____
JOSEPH A DENNI

_____
GRACE H DENNI

I consent to the above substitution.

Dated: October 17, 1958

_____
HOWARD E CRANDALL

Above substitution accepted.

Dated: October 17, 1958

_____
RAYMOND CHOATE

IT IS SO ORDERED

4801

which are therein said upon information and belief, and as to those matters, that he believes it to be true.

Subscribed and sworn to before me this
_____ day of _____, 19____

_____
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

Received copy of the within_____ this____ day of_____, 195__

Attorney____for_____

Received copy of the within_____ this____ day of_____, 195__

Attorney____for_____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES. } ss.

**Marjory Searle**, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business address is: **127 West Anaheim Street, Wilmington, California**

that on the **18th** day of **October**, 195**8**, affiant served the within **Substitution of Attorneys** on the **United States Attorney, Navy Department** in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said **Plaintiff** at the office address of said attorney, as follows:

United States Attorney
Navy Department
Office of Ground Water Resources
Marine Corps Base, Camp Pendleton, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by United States mail at the place so addressed or/and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **18**
day of **October** 195**8**                    Marjory Searle

Raymond Choate
Notary Public in and for the County of Los Angeles, State of California.
(SEAL) My Commission Expires Feb 23, 1961

4802