*Ernest P. Burley*
*Alice M. Burley*

1    Defendants in propria persona
2    *612 Fremont*
     *South Pasadena, California –*
3

FILED

OCT 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *McKinley*
                    DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7

8    UNITED STATES OF AMERICA,        )
                                       )
                  Plaintiff,           )      CIVIL NO. 1247- SD - C
9                                      )
          v.                           )      ANSWER OF DEFENDANTS
10                                     )
     FALLBROOK PUBLIC UTILITY          )      *Ernest P. Burley*
11   DISTRICT, ET AL,                  )      *Alice M. Burley*
                                       )
12                Defendants.          )

13       The defendants, *Ernest R Burley and Alice M. Burley*

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own *44 of 1.* acres of land in *Riverside*

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32   INDEXED                                        15047

*Copy real.*

1 this land has been planted to a few fruit
2 trees and is suitable to further development
3 for avocado trees and about 15 acres could be
4 cultivated.
5 Defendants have irrigated portions of the land
6 in the past by pumping water from a spring.
7 Defendants claim the right to use 80 acre feet
8 of water per year
9 and the right to drill a well.

18       WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

                                         *Ernest P. Burley*

                                         *Alice M. Burley*

                              Defendants in propria persona

Dated:

EXHIBIT A

Parcel 1: N.W Quarter of the
S.E. Quarter of the N.E. Quarter
of Section 36, Township 8 South,
Range 3 West, San Bernardino
Meridian, as shown by
United States Government Survey -

Parcel 3 - N.E. Quarter of the
N.E. Quarter of Section 36,
Township 8 South, Range 3 West,
San Bernardino Meridian
subject to state and federal
reservations in respect to land grants -

15047A