Walter E. Moore
Ruth S. Moore
Defendants in propria persona

P.O. Box 67
Temecula, California

FILED
OCT 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kelly
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, ) CIVIL NO. 1247- SD - C
v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) WALTER E. MOORE and
DISTRICT, ET AL, ) RUTH S. MOORE
         Defendants. )

    The defendants, WALTER E. MOORE and RUTH S. MOORE, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own  20  acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Copy recd.
INDEXED

15050

1   This land is riparian land; 16.6 acres are tillable.
2   Defendants have used 643,860 gallons of water on this
3   land each year for the past 10 years. This water has
4   been obtained from a well.
5   Defendants claim the right to use 4.2 acre feet of water/ per acre
6   per year on this land and claim the right to obtain this
7   water from present and future wells, reservoirs, or any
8   other approppiate means.

18   WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Walter C. Moore*

*Ruth S. Moore*

Defendants in propria persona

Dated:   October 14, 1958

15051

EXHIBIT A

That certain land situated in Riverside County, California, known as Lot 16 in Section 34, Township 8 South, Range 2, West San Bernardino Base and Meridian, as set out in Patent from the United States of America to Esther Valencia Young, filed for record March 12, 1929 in the office of the County Recorder of the County of Riverside, State of California.

15052