Francis W. Lawson & Grace J. Lawson
Defendants in propria persona
Star Rt. 1, Box 49, Fallbrook, Calif.

FILED
OCT 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Francis W. Lawson and

Grace J. Lawson

The defendants, Francis W. Lawson & Grace J. Lawson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.4458 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

15053

1   Defendants claim all rights of overlying landowners, and to the
2   water which may originate or cross their land.
3   Defendents claim rights to drill wells and exercise water re-
4   clamation and conservation practices as are now known.
5   Defendents hereby incorporate (as though set forth here in
6   full) all of the affirmative defenses of the Fallbrook Public Util-
7   ity District on file in these proceedings.
8   Defendents claim all of the above for all the lands in which they
9   have any financial interest whatever.
10  Our entire parcel of land is now used as follows: 55/100 of an
11  acre for six rental houses and yards; and 90/100 of an acre is un-
12  improved, but probably destined to become residential property also.
13  We are presently using 75,000 gallons of water per month.
14  All of our water is now furnished by the Fallbrook Public
15  Utility District.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_Francis W Lawson_

_Grace J. Lawson_

Defendants in propria persona

32  Dated: 10-1-58

15054