Alfred A. Gregory & Irma L. Gregory
P.O. Box 145
Elsinore, Calif.

1   Defendants in propria persona

**FILED**
OCT 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
      Plaintiff,  ) CIVIL NO. 1247- SD - C
  v.  ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  ) Alfred A. Gregory
DISTRICT, ET AL,  ) Irma L. Gregory
      Defendants.  )

The defendants, Alfred A. Gregory & Irma L. Gregory
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6 45 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Copy sent.

15055

The defendants own two parcels of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

RIPARIAN & UNDERGROUND WATER LANDS -

Parcel I - That certain land situated in Riverside County, known as Section 35, township 6 south Range 2 west - San Bernardino Meridian, consisting of 640 acres of land, portions of which are tillable, and portions of which can be used for grazing cattle and Poultry raising.

Parcel No II - That certain land, situated in Riverside county more particularly described as follows: The south ½ of lot 33, Sedco Tract #1, Block 10 described in Pages 58 to 75. Consisting of 5 acres more or less. Defendants are now irrigating all of this parcel of land, which is planted with Avocado and Citrus trees, using water furnished by the Sedco Water Company, Elsinore California

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Alfred Gregory
Irma L. Gregory
Defendants in propria persona
P.O. Box 145
Elsinore, California

Dated: Oct 14, 1958

15056

<u>Exhibit A</u>
<u>By Francis and Grace J. Lawson</u>
<u>In "Case of U.S. vs F.P.U.D. et al "</u>

That portion of the northeast quarter of the northwest quarter of section 25, township 9 south, range 4 west, San Bernardino meridian, in the county of San Diego, state of California, according to U.S. Government survey approved June 11, 1880, described as follows:

Beginning at the southwest corner of said northeast quarter of the northwest quarter; thence northerly along the west line of said northeast quarter of the northwest quarter 600 feet; thence 192 feet to the true point of beginning; thence continuing easterly 256 feet; thence south 246 feet; thence west 256 feet; thence north 246 feet to the true point of beginning.

15057