Michael V. Tobin and Ruby M. Tobin
1   Defendants in propria persona
2   20619 Wyandotte St.
3   Canoga Park, California

FILED
OCT 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4                IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION

7
8   UNITED STATES OF AMERICA,      )
                                   )   CIVIL NO. 1247- SD - C
                Plaintiff,         )
9                              )   ANSWER OF DEFENDANTS
    v.                          )
10                              )   Michael V. Tobin and
    FALLBROOK PUBLIC UTILITY    )
11   DISTRICT, ET AL,           )   Ruby M. Tobin
                             )
12             Defendants.       )

13         The defendants, Michael V. Tobin and Ruby M. Tobin
14   each severing from their co-defendants and each for himself or her-
15   self alone, in answer to the Complaint and Supplementary and Amenda-
16   tory Complaint on file herein, admit, deny, and allege:

17                ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20   all of the allegations contained in the answer to said Complaint and
21   Supplementary and Amendatory Complaint filed in this case by Newton
22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23   of the portion thereof entitled "Affirmative Statement of Rights")
24   and make each and all of said allegations a part of this answer
25   the same as if herein set forth at length.

26                    AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own 120 acres of land in San Diego
28   County, California, and within the watershed of the Santa Margarita
                      partly and partly without
29   River, more particularly described in the document attached hereto,
30   marked Exhibit A, which is hereby incorporated by reference as a
31   part of this statement.

32   INDEXED

Copy recd.

15058



Incorporate in lines 17 to 25.

Furthermore, these defendants claim, in answer to Paragraph 4 of the original Complaint, that said salt water may have come from soil leached by water percolating for years through miles of subsoil of the upper reaches of the Santa Margarita River.

Approximately twenty acres (20 acres) of this land is situated without the watershed of the Santa Margarita River, and therefore is exempt from the claims of the Plaintiffs in this action.

Approximately one hundred (100) acres is situated within the watershed of the Santa Margarita River. This land is riparian land. A creek runs west through the South East ¼ of the South West ¼ of Section 15.

Approximately eighty (80) acres of this land is tillable and is suitable for growing permanent pasture, forage crops, deciduous fruits, and various types of flowers including peonies and tulips. Part of the balance can be used for grazing cattle and for raising small animals.

In the future, with more knowledge of scientific methods, the land may be found to be suitable for the production of other crops and valuable minerals.

Approximately twenty (20) acres has been cleared. In former years with normal rainfall and a productive well 33 feet deep, the defendants irrigated a vegetable garden and fruit trees for domestic use. Lack of rainfall over the last eleven years has diminished the water supply in this Valley and the well 55 feet deep (now used by the defendants) is nearly dry.

These answering defendants claim the right to drill wells in the future and to the use of 336 acre feet of water per year from wells, from existing streams riparian to the land, and from streams and springs which in the future may develop upon this land. These defendants claim said rights for themselves, their heirs, and legatees.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Michael V. Tobin

Ruby M. Tobin

Defendants in propria persona

Dated: Oct 11th 1958

15059

Page Three

Exhibit A

That certain land situated in San Diego County known as the West ½ (one half) of the South West ¼ (one fourth) and the South East ¼ (one fourth) of the South West ¼ (one fourth) of Section 15. Township 9 South, Range 3 East of the San Bernardino Meridian.



15060