FILED
OCT 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA, )
   Plaintiff, )
  v. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL )
   Defendants. )

  I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

  MICHAEL V. TOBIN and RUBY M. TOBIN
  ALFRED A. GREGORY and IRMA L. GREGORY
  FRANCIS W. LAWSON and GRACE J. LAWSON
  WALTER E. MOORE and RUTH S. MOORE
  MERRITT G. NETTLEON and LAURA H. NETTLETON

DATED: October 20, 1958.

          William N. Veese

4803