FILED
OCT 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kenning
DEPUTY CLERK

Mrs. COLMER J. WILLIAMS

Attorney for SELF

Address 1855 Foothill Blvd.

La Canada, California

Telephone No. SYlvan 6-1261

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT
et al.,
Defendants.

NO. 1247 — SD — C

ANSWER OF
Colmer Jones, AKA, Colmer Jones Williams

COME NOW THE DEFENDANT, and for answer to the complaint of the Plaintiff on file herein, den(y)ies, admit, and allege as follows:

I

Den(y)ies each and every allegation of Paragraphs No. I through IX as originally filed and Supplementary and Amendatory Complaint Counts I through XXV of the _____ cause of action of Plaintiff's complaint.

Colmer J. Williams

STATE OF CALIFORNIA } ss.
COUNTY OF Los Angeles } (Mrs) Colmer J. Williams

being by me first duly sworn, deposes and says: That she is one the Defendants in the above entitled action; that she has read the foregoing answer and knows the contents thereof; and that the same is true of her own knowledge, except as to the matters which are therein stated upon information or belief, and as to those matters that she believes it to be true.

Colmer J. Williams

Subscribed and sworn to before me this 17 day of October 1958.

Ethel Burge
My Commission Expires July 18, 1959
Notary Public in and for said County and State

(NOTARIAL SEAL)

INDEXED
Copy recd

15061