UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                                    NO. _ 1247-SD-C _ _ CIVIL

vs.                                       MINUTES OF THE COURT

FALLBROOK, etc., et al                    DATE: _ _October 22, 1958_

                                          AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

   Deputy Clerk: WILLIAM W. LUDDY_ Reporter JOHN SWADER AND MALCOLM LOVE

   COUNSEL FOR PLAINTIFF:    WILLIAM BURBY, AND WILLIAM VEEKVEEDER,
ELLIOTT ROBERTSON, DONALD W. REDD.

   COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BORONKAY
GEORGE STAHLMAN, AND W. B. DENNIS, AND ARTHUR LITTLEWORTH

PROCEEDINGS:   FURTHER COURT TRIAL

  At 10:05 A.M. convene herein.
  Court and counsel make certain corrections in transcript.
  Court and counsel discuss future procedure.
  Witness Hofmann resumes stand and testifies further on direct examination.
  Plaintiffs Exs. Nos. 20, 79E, 59, 19, 22, and 21 are received in evidence.
  At 11:05 A.M. recess, and at 11:20 A.M. reconvene.
  Witness Hofmann resumes stand and testifies further.
  Plaintiffs Exs. Nos. 23, 24, 25, 26, 60, 61, 32, 33, 34, 35, and 36 are received in evidence.
  At 12, noon, recess to 2 P.M.
  At 2:05 P.M. reconvene.
  Witness Hofmann resumes stand and testifies further
  Plaintiffs Ex. No. 79F, 57, 62, 27, 27A, 27B, 28, 63A, 63B, 30, 64, 65, 66, and 31 are received in evidence.
  At 3:15 P.M. recess and at 3:30 P.M. reconvene.
  Witness Hofmann resumes stand and testifies further.
  At 4:25 P.M. recess is declared to October 23, 1958, at 10 A.M. for the further court trial herein.