UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al  

NO. _ 1247-SD-C _ _ CIVIL  
MINUTES OF THE COURT  
DATE: _ October 23, 1958 _  
AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter _ JOHN SWADER and MALCOLM LOVE

COUNSEL FOR PLAINTIFF WILLIAM VEEDER, WILLIAM BURBY, COL. ELLIOTT ROBERTSON, COL. A. C. BOWEN, DONALD W. REDD.

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY ARTHUR LITTLEWORTH, GEORGE STAHLMAN, W. B. DENNIS

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:05 A.M. convene herein.
Court and counsel discuss future procedure.
Ex. No. 15-1 and 16-D are received in evidence.
Witness Hofmann resumes stand and testifies further.
At 11:05 A.M. recess, and at 11:30 A.M. reconvene.
Witness Hofmann testifies further.
At 12, noon, recess to 2 P.M.
At 2 P.M. reconvene.
Witness Hofman testifies further.
Giles E. Walker is called, sworn, and testifies for the Plaintiff.
Plaintiffs Ex. No. 67 is received.
At 3:10 P.M. recess, and at 3:30 P.M. reconvene.
Witness Walker testifies further on direct examination.
At 4:30 P.M. recess is declared and the further court trial herein, continued to October 24, 1958, at 10 A.M.

4805