FILED

OCT 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )   No. 1247-SD-C
                                     )
       vs.                           )   REQUEST FOR
                                     )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,   )   RULE 36
a public service corporation of the  )
State of California, et al.,         )
                                     )
            Defendants.              )

Defendant   Helen Gates

request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

  1. The lands described in the answer of defendant Helen Gates, do not abut upon and are not riparian to the Santa Margarita river or to any stream, overlie vagrant percolating waters which are not a part of any stream, and include one parcel        of irrigable land, approximately 60 x 142 feet.

  2. A reasonable water duty for the irrigable lands of defendant   is 4.2 acre feet per acre per year.

                                     _____
                                          Helen Gates.

COPY RECEIVED                                          4806