Case 3:51-cv-01247-JO-SBC   Document 3837   Filed 10/24/58   PageID.13014   Page 1 of 1

Oct 23rd 1958
PO Box 102
Wildomar
Calif

FILED
OCT 24 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Dear Sir:

Re- The complaint of the United States of America against the Fallbrook Public Utility Dist. and other defendants listed in the Summons served upon said defendant. On Sept 10th 1958 the read numbers #1847-SD-C. Served by the United States of America upon Pauline C. Wilson and John Eneell Wilson owners of a home and owners of lot 120 by 120 feet on the corner of Darby and Gruwell streets in Wildomar Calif. We have used our well to irrigate a vegetable garden, several trees,

grapes and flowers. We do not know how much water we use. We need to grow our vegetable and fruit to suplement the Social Security retirement of John Eneell Wilson. The wife Pauline C. Wilson is a semi-invalid with no income. We have no money to fight this case in court. We feel that we have a right to the use of our well water. We request our Government not to deny us the use of our well water. As we understand it Judge Carter hopefully /unhonored/ that he would give all defendants in this case ample time to answer said suit and that no one would loose by default. Respectfully yours
by Pauline C. Wilson
John Eneell Wilson.

15063