FILED

OCT 24 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1   Defendants in propria persona

2   Helen Gates
    701 South Main Street
3   Fallbrook, California

4              IN THE UNITED STATES DISTRICT COURT

5                 SOUTHERN DISTRICT OF CALIFORNIA

6                        SOUTHERN DIVISION

7   UNITED STATES OF AMERICA,        )
8                                    )   CIVIL NO. 1247- SD - C
             Plaintiff,              )
9                                    )   ANSWER OF DEFENDANT
         v.                          )
10                                   )
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12           Defendants.             )

13       The defendant, Helen Gates,

14   severing from her co-defendants and for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT

18       These answering defendant hereby incorporates by reference

19   all of the allegations contained in the answer to said Complaint and

20   Supplementary and Amendatory Complaint filed in this case by Newton

21   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

22   of the portion thereof entitled "Affirmative Statement of Rights")

23   and make each and all of said allegations a part of this answer

24   the same as if herein set forth at length.

25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       The defendant owns a parcel of land
    60 ft. by 142 ft. located in the State of California, San Diego
28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described as the
    easterly 60 ft. of the west 690 feet of the south 142 feet of the
30  north 20 acres of the west 30 acres of the SE ¼ of the SE ¼ of
31  Section 24, T9S and R4W, SBM, according to
    U. S. Government Survey Approved June 11, 1880.        15054

32  COPY RECEIVED

This answering defendant claims water rights appurtenant to the real property described herein as follows:

Defendant's property consists of a lot of approximately 60 x 142 feet dimensions upon which lot there is now one dwelling house and garage, and upon which lot there is room for one or more additional dwelling units.

The said land is not riparian to the Santa Margarita River or to any of it's tributaries, but all overlies percolating ground waters which are not a part of any stream.

Defendant claims full correlative rights to the use of the said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year, and the right to supply the existing and any additional dwelling units thereon with domestic water from the said lands.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated: Aug. 19, 1958

Defendant in propria persona

15065