FILED

OCT 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

HOWARD HENRY SYKES &
NINA GRACE SYKES
1  Defendants in propria persona

2  Murrieta, Calif.

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8                                    )
                Plaintiff,           )    ANSWER OF DEFENDANTS
9                                    )
         v.                          )    HOWARD HENRY SYKES &
10                                   )    NINA GRACE SYKES
    FALLBROOK PUBLIC UTILITY         )        Husband and wife.
11  DISTRICT, ET AL,                 )
                                     )
12              Defendants,          )

13       The defendants, HOWARD HENRY SYKES & NINA GRACE SYKES

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own   20   acres of land in   Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32   COPY RECEIVED                                         15066

HOWARD HENRY SYKES &
NINA GRACE SYKES

Murrieta, Calif.

EXHIBIT "A"

I own the Southwesterly rectangular one-half of Farm Lot 69 in the Murrieta portion of the Temecula Rancho. For more particular description, reference is hereby made to map on file in Book 8 page 359 of the Records of San Diego County, said portion of farm lot contains twenty acres, more or less.

15067

HOWARD HENRY SYKES &
NINA GRACE SYKES

Murrieta, Calif.

EXHIBIT "B"

I claim that all the land I own describes in Exhibit "A" attached herewith, is in the Temecula Ranch, one of the Grants of land the Title to which I believe was confirmed by the Treaty of Guadalupe Hidalgo. I also have been told and believe that said Temecula Ranch was patented in 1860, and the patent was signed by President James Buchanan.

Therefor I rely on and ask the protection of the Treaty of Guadalupe Hidalgo and the patent signed by President Buchanan in 1860.

I have always used my land freely and exclusively in the past, and expect and hope to do so in the future.

I have a well on this property which, I believe, is in percolating water. I have always used it freely and exclusively.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Howard Henry Sykes*

*Nina Grace Sykes*

Defendants in propria persona

Dated: Sept. 29, 1958

15068