1   RAY T. SULLIVAN, JR., County Counsel
2   ALEX. B. YAKUTIS, Deputy County Counsel

3   Court House
4   Riverside, California

5   Telephone:  OVerland 3-4000

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,        )
                                     )
12                   Plaintiff,      )
                                     )
13           vs.                     )     CIVIL NO. 1247 - SD - C
                                     )
14  FALLBROOK PUBLIC UTILITY         )     ANSWER OF DEFENDANT
    DISTRICT, ET AL,                 )
15                                   )     HAMILTON SCHOOL DISTRICT, OF
                     Defendants.     )
16                                   )     RIVERSIDE COUNTY

17

18           COMES NOW the defendant Hamilton School District, of

19  Riverside County, to answer the complaint and supplementary and

20  amendatory complaint, to state the defenses and claims for

21  relief to which defendant Hamilton School District, of Riverside

22  County, is entitled, and to demand judgment for such relief as

23  against the plaintiff and all other parties to this action.

24

25

26

27

28

29

30

31

32

**FILED**

OCT 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

-1-

15077

COPY RECEIVED

ADMISSIONS AND DENIALS OF AVERMENTS

MADE IN COMPLAINT AND SUPPLEMENTARY

AND AMENDATORY COMPLAINT

I

Referring to those paragraphs of the complaint (para-graphs I through IX) as originally filed, defendant denies the truth of the averment of paragraph I that defendant unlawfully interferes with rights to the use of water in the Santa Margarita River and its tributaries; denies the truth of the averments of the final eight sentences of paragraph IV; and denies the truth of the averments of paragraph IX.

II

Referring to those paragraphs of the complaint (para-graphs I through IX) as originally filed, defendant admits the truth of the averments of paragraph III, of the first six sentences of Paragraph IV, of paragraph V, and of paragraph VI.

III

Referring to the averments of the complaint (paragraphs I through IX) as originally filed, except for the truth of the averments as denied or admitted above, defendant is without knowledge or information sufficient to form a belief as to their truth.

IV

Referring to plaintiff's first count, defendant denies and admits the truth of the averments or declares a want of knowledge or information as to their truth as in the foregoing paragraphs.

V

Defendant admits the truth of all facts avered in plaintiff's second, third, fourth, fifth, sixth, seventh, eighth, and ninth counts, except as qualified in the foregoing para-graphs.

-2-

15078

1                              VI

2       Referring to plaintiff's tenth count, defendant admits

3 the truth of the allegations of paragraph II thereof, and as to

4 the remainder defendant declares that it has no knowledge or

5 information as to the truth thereof, except as qualified in the

6 foregoing paragraphs.

7                              VII

8       Defendant is without knowledge or information sufficient

9 to form a belief as to the truth of the averments of plaintiff's

10 eleventh and twelfth counts, except as qualified in the foregoing

11 paragraphs.

12                            VIII

13       Referring to plaintiff's thirteenth count, defendant

14 admits the truth of the averments of paragraph II thereof, and as

15 to the remainder defendant declares that it has no knowledge or

16 information as to the truth thereof, except as qualified in the

17 foregoing paragraphs.

18                              IX

19       Defendant admits the truth of the averments of plaintiff's

20 fourteenth count, except as qualified in the foregoing paragraphs.

21                              X

22       Referring to plaintiff's fifteenth count, defendant

23 admits the truth of paragraphs II and III thereof, and as to the

24 remainder defendant declares that it has no knowledge or infor-

25 mation as to the truth thereof, except as qualified in the

26 foregoing paragraphs.

27                              XI

28       Referring to plaintiff's sixteenth count, defendant

29 admits the truth of paragraph II thereof, and as to the remainder

30 defendant declares that it has no knowledge or information as to

31 the truth thereof, except as qualified in the foregoing para-

32 graphs.

-3-

1                              XII

2          Referring to plaintiff's seventeenth count defendant ad-

3  mits the truth of the averments in paragraphs II and III thereof,

4  and as to the remainder defendant declares that it has no

5  knowledge or information as to the truth thereof, except as

6  qualified in the foregoing paragraphs.

7                              XIII

8          Referring to plaintiff's eighteenth count defendant ad-

9  mits the truth of the averments of paragraphs II, III, and IV

10 thereof, and as to the remainder defendant declares that it has

11 no knowledge or information as to the truth thereof, except as

12 qualified in the foregoing paragraphs.

13                             XIV

14         Referring to plaintiff's nineteenth count defendant ad-

15 mits the truth of the averments in the first two sentences of

16 paragraph II, and as to the remainder defendant declares that it

17 has no knowledge or information as to the truth thereof, except

18 as qualified in the foregoing paragraphs.

19                             XV

20         Defendant denies the truth of the averments of

21 plaintiff's twentieth, twenty-first, twenty-second, and twenty-

22 third counts, except as qualified in the foregoing paragraphs.

23                             XVI

24         Referring to plaintiff's twenty-fourth count, defendant

25 admits the truth of the averments thereof, except the truth of

26 the averment of the final sentence of Paragraph II thereof, the

27 truth of which is denied, and except as qualified in the fore-

28 going paragraphs.

29                             XVII

30         Defendant denies the truth of the averments of plaintiff's

31 twenty-fifth count, except as qualified in the foregoing para-

32 graphs.

-4-

15080

STATEMENT OF DEFENSES AND CLAIMS FOR RELIEF:

I

The defendant Hamilton School District, of Riverside County, maintains a rural elementary school, and has done so since 1913.  The present average daily attendance at the school is 24 pupils.  Over the years, the average daily attendance at the school has varied from 12 to 32 pupils.

II

From 1913 and until September, 1956, the defendant Hamilton School District, of Riverside County maintained the school upon property owned by the defendant and described below as "parcel one".  Since September, 1956, and to the present date, the defendant Hamilton School District has maintained the school upon property owned by the defendant and described below as "parcel two".

III

The following described parcel, to be designated herein as "parcel one", is owned by the defendant:  Two acres, square in form, in the northeast corner of the northwest quarter of section 21, township 7 south, range 3 east, S.B.B.&M., in Riverside County, California.

IV

The following described parcel, to be designated herein as "parcel two", is owned by the defendant:  The southeast quarter of the southwest quarter of section 10, township 7 south, range 3 east, S.B.B.&M., in Riverside County, California.

V

From 1913 and until September, 1956, the defendant drew water from a well located upon "parcel one" and used it, without waste and by reasonable means, for natural, domestic, and other reasonable beneficial uses as are incident to the maintenance of a rural elementary school thereupon.  The defendant

1  continues to own "parcel one" to the present date and since
2  September,1956, to the present date has used it for storage and
3  other uses in support of the school, drawing water from the well
4  located thereupon for such purposes.

5                                    VI

6       Since September, 1956, the defendant has drawn water
7  from a well located upon "parcel two", and continues to draw
8  water therefrom to the present date.  The water so drawn has been
9  and is being used, without waste and by reasonable means, for such
10 natural, domestic, and other reasonable beneficial uses as are
11 incident to the maintenance of a rural elementary school there-
12 upon.

13                                   VII

14      Both "parcel one" and "parcel two" overly waters perco-
15 lating through the ground and moving by gravity in any and every
16 direction along the line of least resistance.

17                                  VIII

18      The source of the waters percolating under the "parcel
19 one" and "parcel two" is precipitation falling in the immediate
20 watershed which in general is located in the northeasternmost
21 corner of the Santa Margarita River system watershed, being north
22 and east of the Durasno and Coahuila Valleys.

23                                   IX

24      The waters percolating under "parcel one" and "parcel
25 two" are within a ground water basin of irregular shape which
26 underlies a small portion of the immediate watershed described
27 in paragraph VIII, which ground water basin is separated from
28 other ground water basins of the Santa Margarita River system by
29 zones of impermeable materials.

30                                    X

31      The water which is drawn from the wells located upon
32 "parcel one" and "parcel two" and put to reasonable beneficial

RAY T. SULLIVAN, JR.
COUNTY COUNSEL
COURT HOUSE
RIVERSIDE, CALIFORNIA

15082

uses thereupon, would except for being put to such uses, be
wasted through evaporation, transpiration, percolation, and
runoff to zones where it cannot be put to a beneficial use.

XI

The present use of water taken from the ground water
basin described in paragraph IX and put to reasonable beneficial
uses upon lands overlying such ground water basin is less than
the level of use which is desirable in the interests of the
conservation of the public resource of the waters of the Santa
Margarita River system; and an increase in such use is therefore
in the public interest, to prevent the waters of such system
from being wasted through evaporation, transpiration, and perco-
lation and runoff to zones where it cannot be put to a beneficial
use.

XII

The waters percolating through "parcel one" and "parcel
two" move through such parcel and in the same amount as in the
original state of nature, except as such movement and amount is
changed without damage to the defendant by reasonable beneficial
uses made by defendant and others similarly situated, and changed
without damage to the defendant, by reasonable beneficial uses
made by others riparian to streams and overlying ground water
basins upstream of the ground water basin described in paragraph
IX, which streams and ground water basins constitute a common
source of supply of the waters thereof.

DEFENDANT'S DEMAND FOR JUDGMENT FOR RELIEF

WHEREFORE, defendant Hamilton School District, of
Riverside County, demands judgment for the relief to which it
deems itself entitled, as follows:

1.  Defendant demands that the complaint and supple-
mentary and amendatory complaint and all cross pleadings be dis-
missed as against defendant.

RAY T. SULLIVAN, JR.
COUNTY COUNSEL
COURT HOUSE
RIVERSIDE, CALIFORNIA

- 7 -

15083

2.   Alternatively, defendant demands that the defendant be declared to have the unclouded right, as against the plaintiff and all persons, to draw water from the ground water basin underlying defendant's property, to be put to natural, domestic, and other reasonable beneficial uses thereupon.

3.   Defendant demands that it be awarded its costs, and that the Court give judgment for such other relief as it may deem proper.

RAY T. SULLIVAN, JR., County Counsel
ALEX. B. YAKUTIS, Deputy County Counsel

By  *Alex B. Yakutis*

ABY:em
10/23/58

RAY T. SULLIVAN, JR.
COUNTY COUNSEL
COURT HOUSE
RIVERSIDE, CALIFORNIA

- 8 -

15084

**AFFIDAVIT OF MAILING**

Case No. Civil No. 1247 – SD – C

State of California, } ss.
County of Riverside,

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the

County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address

is _____ Court House, Riverside _____, California.

That on the ____23rd____ day of ____October____, 19__58__, affiant served a copy of the attached paper, to-wit:
_____ Answer of Defendant Hamilton School District, of _____
_____ Riverside County _____

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail
box at the City of _____ Riverside _____, California, addressed as follows:

J. Lee Rankin, Solicitor General
Room 332
325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail be-
tween the place of mailing and the place so addressed.

Subscribed and sworn to before me this ____23rd____ day

of _____ October _____, 19__58__

_____
Notary Public in and for the County of Riverside,
State of California

_Elizabeth A. Moss_
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

**AFFIDAVIT OF MAILING**

FORM NO. 125

150 84 A