UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | NO. 1247-SD-C CIVIL |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | DATE: Oct. 27, 1958 |
| | AT: San Diego, California |

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY    Reporter   JOHN SWADER
                                              MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER

COUNSEL FOR DEFENDANT: FRANZ, SACHSE, ADOLPHUS MOSKOVITY, CARL BARONKAY W. B. DENNIS, GEORGE STAHLMAN, AND EMMET DOHERTY.

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:00 A.M. convene herein.
Witness Walker resumes stand and testifies further.
Exs. Nos. 68, and 70 are received in evidence.
At 11:10 A.M. recess is declared by the court, and at 11:25 A.M. reconvene.
Witness Walker testifies further.
Plaintiffs Ex. No. 69 is received in evidence.
At 12, noon, a recess is declared to 1:45 P.M.
At 2 P.M. reconvene herein
Witness Walker testifies further.
At 3:10 P.M. a recess is declared by the court, and at 3:25 P.M. reconvene.
Witness Walker testifies further.
Allen C. Bowen is called, sworn, and testifies for the Government.
Plaintiffs Exs. Nos. 73A, ands 73B are marked for Identification.
At 4 P.M. a recess is declared by the court, and the further court trial herein continued to Nov. 4, 1958, at 10 A.M.

4807

JOHN A. CHILDRESS, Clerk
By _____