RAY T. SULLIVAN, JR., County Counsel
JAMES H. ANGELL, Assistant County Counsel
ALEX. B. YAKUTIS, Deputy County Counsel
Court House
Riverside, California

Telephone: OVerland 3-4000

Attorneys for Defendant



FILED
OCT 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )   CIVIL NO. 1247 - SD - C
                                )
        vs.                     )   AFFIDAVIT, MOTION AND ORDER
                                )   GRANTING LEAVE TO AMEND
FALLBROOK PUBLIC UTILITY        )
DISTRICT, ET AL,                )
                                )
            Defendants.         )

STATE OF CALIFORNIA )
                    ) SS.
COUNTY OF RIVERSIDE )

     Alex. B. Yakutis, being duly sworn, says:

     That affiant is an attorney of record herein for defendant County of Riverside, and that since the date the original answer was filed herein by such defendant, it has been determined that defendant owns real property in addition to those parcels enumerated in the original answer. Moreover, factual information relating to the nature of the water rights a parcel of or appurtenant to such parcels has likewise been developed in the interim.

                                             Alex B. Yakutis

     Subscribed and sworn to before me this 27 day of October, 1958.

                         G. A. PREVEGNAT, County Clerk
                         By _____
                             Deputy         (Seal)

MOTION

     Accordingly, it is respectfully moved that leave of

RAY T. SULLIVAN, JR.
COUNTY COUNSEL
COURT HOUSE
RIVERSIDE, CALIFORNIA

4806

1 | Court be given that defendant County of Riverside amend
2 | its original complaint.

      RAY T. SULLIVAN, JR., County Counsel
      JAMES H. ANGELL, Assistant County Counsel
      ALEX. B. YAKUTIS, Deputy County Counsel

    By _Alex. B. Yakutis_
      Attorneys for Defendant

### ORDER

Good cause appearing that justice so requires, leave is hereby given that the County of Riverside amend its original answer herein, and five days time is granted therefor.

Dated _10-28_, 1958.

_James M. Carter_
James M. Carter
United States District Judge

UNITED STATES DISTRICT COURT

IN AND FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

**FILED**
OCT 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
    Plaintiff
  v.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
    Defendants

Date: October 1, 1958.

COUNSEL IN ATTENDANCE:

| Name of Counsel | Name of Parties |
|---|---|
| WILLIAM H. VEEDER, ESQ. | Plaintiff |
| COL. ELLIOT ROBERTSON, USMC | For U.S. Marine Corps |
| GEORGE E. STAHLMAN, ESQ. | For Defendant Vail Company |
| FRANZ R. SACHSE, ESQ. | For Defendants Fallbrook Public Utility District, et al. |
| EDMUND G. BROWN, ESQ., Attorney-General, by ADOLPHUS MUSKOVITZ, ESQ., Deputy Attorney-General. CARL BARONKAY, ESQ. | For Defendant State of California |
| W. B. DENNIS, ESQ. | For Defendant Santa Margarita Mutual Water Company |
| BEST, BEST & KRIEGER, by JAMES H. KRIEGER, ESQ. | For Defendants Hartman, Lewis, Wilks and Bayle, and Oviatt |
| LUCE, FORWARD, KUNZEL & SCRIPPS, by ROBERT McGINNIS, ESQ. | For Defendants Sawday |
| Bert BUZZINI, ESQ. | For Defendants Charlotte Flo and Raymond C. Faulkner; Carl G. and Mildred Daving |

SUMMARY OF ORAL & DOCUMENTARY EVIDENCE -- TRIAL ON THE MERITS

Direct examination of Fred Kunkel, called as a witness by the United States of America.

QUALIFICATIONS AS AN EXPERT WITNESS

Qualification as an expert witness in the field of geology (Tr. Vol. 25, p. 2293 to 2315).

-1-

4810

1  A list of technical papers prepared by Mr. Kunkel for the United States Geological
2  Survey offered in evidence as an exhibit. (Tr. Vol. 25, p. 2325).
3      (1) In October 1955, made an inspection trip of the area comprising the
4  upper reaches of the Santa Margarita River Valley (Tr. Vol. 25, p. 2312). This
5  included an examination of the Temecula River, and Murrieta Creek. It included
6  an examination of the areas of rising water and examination of the extent of the
7  water-bearing deposits in the area (Tr. Vol. 25, p. 2314).

## LOCATION OF VALLEYS

### Dodge Valley

Dodge Valley begins in the North half of Section 27. Following the channel which can be identified in this area, through the Southwest corner of Section 22, the SE corner of Section 21, through the NW corner of Section 21. Bed and banks are definable by a slight disection in the younger alluvial deposits. (Tr. Vol. 25, p. 2338).

### Dameron Valley

In the NW $\frac{1}{4}$ of Section 7, Township 9 South, Range 2E, the channel of the Temecula River widens out and flows across an area that is underlain by alluvial deposits. The extent of Dameron Valley is approximately $\frac{1}{2}$ mile square (Tr. Vol. 25, p. 2347).

### Aguanga Valley

At a point approximately in the SW $\frac{1}{4}$, Section 35, or the SE $\frac{1}{4}$ Section 34, channel of the Temecula Creek enters the alluvial plane of Aguanga Valley in Section 34 (Tr. Vol. 25, p. 2351).

### Radec Valley

In Section 19, South $\frac{1}{2}$ of Section 19, the channel of the Temecula River widens out into Radec Valley (Tr. Vol. 25, p. 2373 - 2374).

### Nigger Valley

The Channel of Temecula Creek leaves the confining channel of the basement complex in South $\frac{1}{2}$ of Section 24, where it enters Nigger Valley. At that point in Section 24, the channel widens out to the alluvium, crosses the younger alluvial plain in Nigger Valley. (Tr. Vol. 25, p. 2375). Description (Tr. Vol. 26, pp. 2410 - 2411).

4811

Pauba Valley

The Pauba Valley is the area above the confluence of Murrieta Creek and Temecula Creek. It includes only Temecula Creek. (Tr. Vol. 25, P. 2313. See also p. 2378).

Terwilliger Valley & Burnt Valley

There is no well defined channel of the Coahuila in Burnt Valley. Burnt Valley drains surface waters into Terwilliger Valley. The channel of Coahuila Creek entering Terwilliger Valley is very poorly defined. The Terwilliger Valley is a broad valley several square miles in extent. The area is in Township 7 South, Range 4 E (Tr. Vol. 25, p. 2379 - 2380).

Wilson Valley

In the SW $\frac{1}{4}$ of Section 2, through part of Section 3 and through the NW $\frac{1}{4}$, Section 10. (Tr. Vol. 26, p. 2398).

Reed Valley

Headwaters of Wilson Creek (Tr. Vol. 26, p. 2399).

Lancaster Valley

(Tr. Vol. 26, pp. 2404 - 2405)

Lewis Valley

Headwaters of Lewis Valley are in Section 9, Township 7 South, Range 1 E. (Tr. Vol. 26, pp. 2429 - 2430).

Diamond Valley

Headwaters are in Sections 15, 10, 3, 4, all of Township 6 South, Range 1 W (Tr. Vol. 26, pp. 2434 - 2435).

Domenigoni Valley

(Tr. Vol. 26, p. 2437)

Murrieta Valley

(Tr. Vol. 26, p. 2437).

Long Valley

(Tr. Vol. 26, p. 2453)

Wolf Valley

(Tr. Vol. 26, p. 2453)

## TRIBUTARIES OF TEMECULA CREEK

### Tule Creek

Tule Creek is a tributary to Temecula River. The headwaters of Tule Creek are in Section 20, Township 8 South, Range 2 E. The stream or the drainage of the area is generally westward into Sectionss 24 and 23, Township 8 South, Range 1 E. (Tr. Vol. 26, p. 2389).

(1) Description of the bed and bank of the stream (Tr. Vol. 26, p 2390 to 2392).

(2) Areas of rising water (Tr. Vol. 26, p. 2392).

### Coahuila Creek

In the S ½ of Section 28, the N ½ of Section 23, Township 7 South, Range 2 E, the alluvial plain along Coahuila widens out into an area known as Coahuila Valley. Coahuila Valley is, in general, a circular shaped valley about 1½ miles in diameter. Area of the alluvial plain is covered with native grasses.

(1) Description of the bed and bank of Coahuila Creek (Tr. Vol. 26, p. 2393 to 2395.

(2) Description of springs (Tr. Vol. 26, p. 2395).

(3) Description of earth dam across the channel of Coahuila Creek (Tr. Vol. 26, p. 2396).

### Wilson Creek

Section SE ¼ of Section 3, there is a confluence between Coahuila Creek and Wilson Creek, and below that confluence the stream is known as Wilson Creek. Wilson Creek has its headwaters in the area of Sections 25, 26, 35, and 36. An area generally known as Reed Valley.

(1) Description of stream in that area (Tr. Vol. 26, p. 2400).

(2) Location of rising water (Tr. Vol. 26, p. 2400).

(3) Location of pipe line from spring that diverts the total flow of the spring (Tr. Vol. 26, p. 2401).

(4) Description of area into which Wilson Creek flows (Tr. Vol. 26, p. 2401 to 2402).

(5) Channel of Wilson Creek, approximately in the South ½ of Section 8 or the North ½ of Section 17. Channel of Wilson Creek flows approximately due west and is lined on both sides by levees that are man-made and composed of earth (Tr. Vol. 26, p. 2404).

(6) Description of channel in Lancaster Valley (Tr. Vol. 26, p. 2405).

Lancaster Creek

Below the point where the ground water disappears the channel of Lancaster is very sandy and lies along the northern part of Lancaster Valley in the SW¼, Section 7, Township 8 South, Range 1 E, and continues in a generally westerly direction to projected Section 10, Township 8 South, Range 1 W (Tr. Vol. 26, p. 2405 to 2406).

(1) Testimony regarding pictures taken in this area listed as Exhibits 56 & 58 (Tr. Vol. 26, p. 2407 to 2410).

(2) Testimony regarding pictures of Vail Dam and Nigger Valley and other areas in that part of the valley (Tr. Vol. 26, p. 2410).

Murrieta Creek

Murrieta Creek has its headwaters in projected Section 34, Township 6 South, Range 4 W. (Tr. Vol. 26, p. 2430).

(1) Drainage area of Murrieta Creek (Tr. Vol. 26, p. 2431).

(2) Vegetative cover (Tr. Vol 26, p. 2431).

(3) Description of bed and bank (Tr. Vol. 26, p. 2432 to 2433).

(4) Description of channel (Tr. Vol. 26, p. 2434).

(5) Description of the bed and the bank of the creek traversing Diamond Valley and a description of Diamond Valley (Tr. Vol. 26, p. 2434 to 2437).

Creek Traversing Diamond Valley

(1) Description of bed and banks of stream (Tr. Vol. 26, p. 2436).

(2) Description of stream as it flows down to the Murrieta Valley including its flow through Domenigoni Valley (Tr. Vol. 26, p. 2437).

(3) Description of the kind and type of surface soil that the stream enters. The channel in Sections 16 & 17, Township 6 South, Range 2 W, where the Domenigoni Valley narrows down to approximately ¼ mile in width (Tr. Vol. 26, p. 2438 - 2439).

(4) Description of channel on down to the continental deposits and the kind and type of growth in that area for that region of the stream (Tr. Vol. 26, p. 2439).

Warm Springs Creek

(1) Description of channel (Tr. Vol. 26, p. 2439).

(2) Physical features of the area described (Tr. Vol. 26, p. 2440).

(3) Area of rising water (Tr. Vol. 26, p. 2440).

(4) Description of stream on down to its confluence with the Murrieta Creek (Tr. Vol. 26, p. 2441).

(5) The Court directed that the upper reaches of Warm Springs Creek and Diamond Valley be referred to as Warm Springs Creek. (Tr. Vol. 26, p. 2441).

Tecolote Creek

The next tributary of Murrieta Creek proceeding southward from Warm Springs Creek. It has 3 tributaries, the uppermost tributary has the headwaters in Section 8, Township 6 South, Range 1 W; tributary flows in a generally southerly direction and flows over consolidated rocks of the basement complex; the second tributary is in Section 34, Township 6 South, Range 1 W; the third tributary has its headwaters in Section 32, Township 6 South, Range 1 E, and there is another minor tributary to the same area (Tr. Vol. 26, p. 2443).

(1) Description of vegetation cover in the area (Tr. Vol. 26, p. 2446).

(2) In Section 7, the SE $\frac{1}{4}$ of Section 7, and in Section 18, Township 7 South, Range 2 W, the channel of Tercolote Creek is deeply incised beneath the surface of the residuum (Tr. Vol. 26, p. 2446).

Santa Gertrudis Creek

(1) Headwaters: Santa Gertrudis Creek has its headwaters in Sections 13 and 24 in Township 7 South, Range 2 W, flows in a generally westerly direction to a point in Section 21, and continues on through Section 20, 19, in Township 7 South, Range 2 W. From the point of confluence with Santa Gertrudis Creek and Tecolote Creek, the valley (Santa Gertrudis Valley) is approximately $\frac{1}{4}$ mile wide (Tr. Vol. 26, p. 2450).

(2) Description of the bed and bank of the stream from the point of confluence (Tr. Vol. 26, p. 2450 - 2451).

Pechanga Creek

Headwaters of Pechanga Creek are in Section 36 and Section 25, Township 8 South, Range 2 W. The stream flows in a generally northwesterly direction. (Tr. Vol. 26, p. 2454).

(11) Testimony as to Pl.'s Exh. #16 as it relates to the ground water basins indicated Oak Grove, Dodge Valley, Dameron Valley, Aguanga Valley, Radec Valley, Nigger Canyon, Pauba Valley, and the Santa Margarita River (Tr. Vol. 27, p. 2557 - 2559).

(12) Testimony as to location of water level contours as indicating direction of ground water movement (Tr. Vol. 27, p. 2560 - 2564).

(13) Testimony as to ground water movement in the Pauba Valley area (Tr. Vol. 27, p. 2565 - 2566).

(14) Testimony as to ground water contours in the Murrieta Valley (Tr. Vol. p. 2566 - 2567).

(15) Testimony as to ground water movement in Wolf Valley (Tr. Vol. 27, p. 2567 - 2569).

(16) Testimony of ground water movement in Diamond Valley (Tr. Vol. 27, p. 2569 - 2570).

(17) Testimony of ground water movement in Terwilliger Valley and down Coahuila Valley (Tr. Vol. 27, p. 2570 - 2571).

(18) Testimony as to the effect of pumping water from wells on the level of ground water (Tr. Vol. 27, p. 2571 - 2573).

(19) Testimony of methods used for determination of surface areas of ground water storage units (Tr. Vol. 27, pp. 2574 - 2599).

(20) Testimony as to methods followed in determining the specific yield as it pertains to Murrieta Valley (Tr. Vol. 27, pp. 2601 - 2611).

## DEFINITIONS

Areal -- The extent in two dimensions on the earth's surface, the extent of the rock outcrop. (Tr. p. 2295)

Specific yield -- Specific yield is a ratio generally expressed as per cent of the amount of water that will drain by gravity from a unit volume of rock. The word "rock" is used in its broadest sense to include alluvial deposits which are mixtures of clay, silt, sand and gravel. (Tr. p. 2307).

Ground water storage capacity -- The specific yield times the thickness of the water-bearing deposits times the areal extent of the water-bearing deposits is the ground water storage capacity of that unit. (Tr. p. 2301).

Braided -- A braided channel is a stream channel that follows several courses across the valley from a point where they separate to a point where they again come together farther downstream. (Tr. p. 2353).

Bedding plan -- A plain along which the deposits were laid down. (Tr. p. 2361).

Strike -- A "strike" is a line horizontal to the earth's surface that intersects any bedding plain. The inclination of the bed's perpendicular to the strike is the dip. (Tr. p. 2361).

Rip-rap -- Rip-rap is a cover of a bank. It may consist of any material that would prevent erosion of the steep surface. (Tr. Vol. 26, p. 2396).

Consolidated rocks -- Consolidated rocks are the rocks that are very hard, dense, and form large masses. Other types are unconsolidated. (Tr. Vol. 25, p. 2303).

Fault -- A fault is a fracture within the earth's crust or on the surface of the earth, along which there has been movement or displacement of the rocks or deposits of the earth. (Tr. Vol. 26, p. 2458).

Graben -- Graben is derived from the German word meaning "grave." It is a downdrop segment of the earth's crust. It is bounded on both sides by a fault, and there is an extensive valley. The Murrieta Valley is a graben. (Tr. Vol. 27, p. 2600).

Infiltration -- The water as it falls on the surface of the ground penetrates into the ground and a certain portion is consumed by begetation but a certain part that is not consumed by vegetation or other uses penetrates and becomes part of the ground water body (Tr. Vol. 27, p. 2563).

Aquaclude -- The deposits that do not yield water freely to wells, as opposed to aquifier (Tr. Vol. 27, p. 2564).

Physiographic -- It is a feature on the surface of the earth that reflects the surface drainage and does not necessarily correspond to the structure of the area as determined geologically (Tr. Vol. 27, p. 2559).

4819

Case 3:51-cv-01247-JO-SBC Document 3846 Filed 10/28/58 PageID.13073 Page 11 of 15

OCT 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  IN THE UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF CALIFORNIA
3  SOUTHERN DIVISION

4  UNITED STATES OF AMERICA,
5           Plaintiff,                No. 1247-SD-C
6       v.                            AFFIDAVIT OF SERVICE BY MAIL
7  FALLBROOK PUBLIC UTILITY DISTRICT,
   et al.,
8
            Defendants.
9
10 STATE OF CALIFORNIA  )
                        ) ss.
11 COUNTY OF SAN DIEGO  )

12        _____THOMAS STRENTZ_____, being first duly sworn, deposes and
13 says: That he is a citizen of the United States and a resident of San Diego
14 County, California; that his business address is Office of Ground Water Re-
15 sources, Marine Corps Base, Camp Pendleton, California; that he is over the
16 age of eighteen years and is not a party to the above entitled action.
17        That, in the above entitled action, on ___October 22, 1956___, he
18 deposited in the United States mail at Oceanside, California, in envelopes
19 bearing the requisite postage, at which places there is a delivery service
20 by United States mails from said post offices, a copy of
21        PRETRIAL ORDER ON ISSUES AND EXHIBITS, dated October 17, 1958,
22 addressed to the last known addresses of the persons listed in Exhibit A,
   attached hereto and made a part hereof.
23
24
25
26
27                                          Thomas Strentz
28 Subscribed and sworn to before me
   this _23_ day of _October, 1958_
29
   _Margaret B. Tooby_
30 Notary Public in and for said
       County and State
31 (SEAL)
32 My Commission Expires  June 3, 1958

COPY RECEIVED

4820

Florence A. Anderson
Room 918
756 South Broadway
Los Angeles, California

Anderson & Anderson
Room 817
606 South Hill Street
Los Angeles 14, California

Ashton, Drohan & Marchetti
3345 Newport Boulevard
Newport Beach, California
Attention: Harry Ashton

Office of Attorney General
Library and Courts Building
Sacramento, California
Attention: Adolphus Moskovitz
   Deputy Attorney General

Bates, Booth & Gray, Binkley & Pfaelzer
458 South Spring Street
Los Angeles 13, California

Bauder, Gilbert, Thompson & Kelly
Suite 939
458 South Spring Street
Los Angeles, California

Beardsley, Hufstedler & Kemble
610 Rowan Building
Los Angeles 13, California

Best, Best & Krieger
Evans Building
Riverside, California

A. A. Bianchi
Room 901
400 Montgomery Street
San Francisco, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Busch & Maroney
367 North 2nd Avenue
Upland, California

Bert Buzzini
2233 Fulton Street
Berkeley 4, California

Cannon & Callister
650 South Spring Street
Los Angeles 14, California

Alfred S. Chapman
Room 702
606 South Hill Street
Los Angeles 14, California

Mabel Clausen
320 First Trust Building
Pasadena, California

Clayson, Stark & Rothrock
Security Bank Building
Corona, California
Attention: George G. Grover
           & Owen Strange

Charles H. Carter
1025 Main Street
Corona, California

Raymond Choate
127 West Anaheim Boulevard
Wilmington, California

~~Howard B. Crandall~~
~~127 West Anaheim Boulevard~~
~~Wilmington, California~~

Crider, Tilson & Ruppe
548 South Spring Street
Los Angeles 13, California
Attention: Tom Halde

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, California

Davidson & Russ
16405 South New Hampshire Ave.
Gardena, California

Charles B. DeLong
507 Harbor Insurance Building
San Diego 1, California

W. B. Dennis
Route 1, Box 55
Fallbrook, California

Leonard J. Difani
220 Loring Building
Riverside, California

Emmett E. Doherty
612 Flower Street
Los Angeles, California

-1-                EXHIBIT A

4821

James H. Kindel Jr.
  Suite 405
  Rowan Building
  Los Angeles 13, California

Kindell & Anderson
  1016 North Broadway
  Santa Ana, California

Robert Kingsley
  3518 University Avenue
  Los Angeles 7, California

Courtney Lacey
  408 East Florida Avenue
  Hemet, California

Launer, Chaffee & Launer
  Bank of America Building
  Fullerton, California

Walter Gould Lincoln
  7130 Olivetas Avenue
  LaJolla, California

Lindley, Lazar & Scales
  825 Bank of America Building
  San Diego 1, California

Loeb and Loeb
  523 West 6th Street
  Los Angeles 14, California
  Attention: Howard I. Friedman

Luce, Forward, Kunsel & Scripps
  1220 San Diego Trust & Savings Bldg.
  San Diego 1, California
  Attention: Robert E. McGinnis

William H. Macomber
  1114 San Diego Trust & Savings Bldg
  San Diego 1, California

Earl Malmrose
  Room 651
  1206 Maple Avenue
  Los Angeles 15, California

Richard M. Marsh
  54-262 Jackson Street
  Indio, California

Thomas P. Menzies
  Room 803
  458 South Spring Street
  Los Angeles 13, California

Ernest L. Messner
  5429 Crenshaw Boulevard
  Los Angeles 43, California

Minton, Minton & Farrell
  111 North Harvard Street
  Hemet, California
  Attention: Carl W. Minton

Henry M. Moffatt
  121 East 6th Street
  Los Angeles 14, California

Neblett, Walker & Sullivan
  3742 10th Street
  Riverside, California
  Attention: John Neblett

A. J. O'Connor
  639 South Spring Street
  Los Angeles 14, California

O'Melveny & Myers & George Stahlman
  433 South Spring Street
  Los Angeles 13, California

Parker, Milliken & Kohlmeier
  650 South Spring Street
  Los Angeles 14, California

George M. Pierson
  816 Continental Building
  Los Angeles 13, California

Postel & Postel
  400 Montgomery Street
  San Francisco 4, California

Richardson & Henderson
  174 North Palm Canyon Drive
  Palm Springs, California

Riedman, Dalessi, Shelton & Beyer
  Suite 426
  110 West Ocean Boulevard
  Long Beach 2, California
  Attention: Fred M. Riedman

Office of Riverside County Counsel
  County Court House
  Riverside, California
  Attention: Wilburn J. Murry, Deputy
              James H. Angell, Deputy

John L. Roberts
  P.O. Box 507
  Riverside, California

Sachse & Price
  1092 South Main Street
  Fallbrook, California

Office of San Diego County District Attorney
  302 Civic Center
  San Diego 1, California
  Attention: Milton Milkes
            Deputy District Attorney

EXHIBIT A

4823

Sarau, Adams, Neblett & Sarau
  Suite 308
  3972 Main Street
  Riverside, California

Gary W. Sawtelle
  650 South Spring Street
  Los Angeles 14, California

Shatford & Shatford
  5920 North Temple City Blvd.
  Temple City, California

J. D. Skeen
  522 Newhouse Building
  Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
  250 East Palm Canyon Drive
  Palm Springs, California

Snyder & Snyder
  215 South La Cienega Boulevard
  Beverly Hills, California

George Stahlman
  Route 1, Box 235
  Fallbrook, California

Stark & Champlin
  Financial Center Building
  Oakland 12, California

W. E. Starke
  1130 Bank of America Building
  San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
  650 South Spring Street
  Los Angeles 14, California

Stone & Moran
  880 East Colorado Street
  Pasadena, California

Swanwick, Donnelly & Proudfit
  Suite 912
  629 South Spring Street
  Los Angeles 14, California

Swing & Swing
  313 Central Building
  San Bernardino, California

Swing, Scharnikow & Staniforth
  Suite 604
  San Diego Trust & Savings Bank Bldg.
  San Diego 1, California
  Attention: Phil D. Swing

Tanner, Hanson & Myers
  215 West 7th Street
  Los Angeles 14, California

Harry E. Teasdall
  114 North Main Street
  Fallbrook, California

Teschke, Rowe & Cramer
  359 North Cannon Drive
  Beverly Hills, California

Thompson & Colegate
  405 Citizens Bank Building
  Riverside, California

Trihey & Mirich
  565 West 5th Street
  San Pedro, California

Van Dyke, Dellenback & McGoodwin
  110 East 6th Street
  Medford, Oregon

Cornelius T. Waldo
  10742 Nassau Avenue
  Sunland, California

Robert W. Walker, Henry M. Moffatt,
  Robert S. Curtiss
    448 Santa Fe Building
    Los Angeles, California.

Watson, Hart & Nieras
  5939 Monterey Road
  Los Angeles 42, California

~~G. E. Weikert~~
  ~~918 Oviatt Building~~
  ~~Los Angeles 42, California~~

Weyl, Dunnaway & Weyl
  6331 Hollywood Boulevard
  Los Angeles 38, California

Whitney & Friedlander
  8736 Sunset Boulevard
  Los Angeles 46, California

E. E. Wiles
  305 Royal Hawaiian Avenue
  Honolulu, T. H.

P. W. Willett
  P.O. Box 103
  Fallbrook, California

Dennett Withington
 1317 "E" Street
 San Bernardino, California

Wyckoff, Parker, Boyle & Pope
 P.O. Box 960
 Watsonville, California

Cornelius T. Waldo
 10742 Nassau Avenue
 Sunland, California