## AFFIDAVIT OF MAILING

State of California, } ss.
County of Riverside,

Case No. Civil No. 1247 - SD - C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is __Court House, Riverside_____, California. That on the __3rd__ day of __November__ 19__58__, affiant served a copy of the attached paper, to-wit: __Amended Answer of the County of Riverside__

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of __Riverside_____, California, addressed as follows:

J. Lee Rankin, Solicitor General
Room 332
325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __3rd__ day of __November__, 19__58__.

_____
Notary Public in and for the County of Riverside,
State of California

_Elizabeth A. Moss_
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _R Hayes_, Deputy

**FILED**
NOV 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____, DEPUTY CLERK
15168A

AFFIDAVIT OF MAILING

FORM NO. 125