UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

VS.

FALLBROOK, etc., et al

NO. _1247-SD-C_ _ _ CIVIL

MINUTES OF THE COURT

DATE: _ October 29,1958 _

AT:  San Diego, California

PRESENT: Hon. _ _ _ _ _ _ _JAMES M. CARTER _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY_ Reporter _NONE APPEARING _ _ _ _ _

COUNSEL FOR PLAINTIFF: _ _ _ _ NONE APPEARING _ _ _ _ _ _ _ _ _ _

COUNSEL FOR DEFENDANT: _ _ _NONE APPEARING _ _ _ _ _ _ _ _ _ _ _ _

PROCEEDINGS:

IT IS ORDERED that certain exhibits from Plaintiffs Ex. 73 series be withdrawn by plaintiff.

(The following exhibits are withdrawn by Plaintiff)
     73-6A, B, C, D, E, F.
     73-7A, B, C, D, E, F,
     73-13EEC, D, E, F.
     73-14 A,B, C, D, E, F.
     73-15A, B, C, D, E, F.
     73-22A, B, C, D, E, F.

4826

JOHN A. CHILDRESS, Clerk

By _WILLIAM W. LUDDY_
                              Deputy