1  RAY T. SULLIVAN, JR., County Counsel
2  ALEX. B. YAKUTIS, Deputy County Counsel

3  Court House
4  Riverside, California

5  Telephone: OVerland 3-4000

**FILED**

OCT 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANT ELSINORE UNION HIGH SCHOOL DISTRICT, OF RIVERSIDE COUNTY

COMES NOW the defendant Elsinore Union High School District, of Riverside County, to answer the complaint and supplementary and amendatory complaint, to state the defenses and claims for relief to which defendant Elsinore Union High School District, of Riverside County, is entitled and to demand judgment for such relief as against plaintiff and all other parties to this action.

-1-

15116

ADMISSIONS AND DENIALS OF AVERMENTS
MADE IN COMPLAINT AND SUPPLEMENTARY
AND AMENDATORY COMPLAINT

I

Referring to those paragraphs of the complaint (paragraphs I through IX) as originally filed, defendant denies the truth of the averment of paragraph I that defendant unlawfully interferes with rights to the use of water in the Santa Margarita River and its tributaries; denies the truth of the averments of the final eight sentences of paragraph IV; and denies the truth of the averments of paragraph IX.

II

Referring to those paragraphs of the complaint (paragraphs I through IX) as originally filed, defendant admits the truth of the averments of paragraph III, of the first six sentences of Paragraph IV, of paragraph V, and of paragraph VI.

III

Referring to the averments of the complaint (paragraphs I through IX) as originally filed, except for the truth of the averments as denied or admitted above, defendant is without knowledge or information sufficient to form a belief as to their truth.

IV

Referring to plaintiff's first count, defendant denies and admits the truth of the averments or declares a want of knowledge or information as to their truth as in the foregoing paragraphs.

V

Defendant admits the truth of all facts avered in plaintiff's second, third, fourth, fifth, sixth, seventh, eighth, and ninth counts, except as qualified in the foregoing paragraphs.

-2-

15117

VI

Referring to plaintiff's tenth count, defendant admits the truth of the allegations of paragraph II thereof, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

VII

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of plaintiff's eleventh and twelfth counts, except as qualified in the foregoing paragraphs.

VIII

Referring to plaintiff's thirteenth count, defendant admits the truth of the averments of paragraph II thereof, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

IX

Defendant admits the truth of the averments of plaintiff's fourteenth count, except as qualified in the foregoing paragraphs.

X

Referring to plaintiff's fifteenth count, defendant admits the truth of paragraphs II and III thereof, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

XI

Referring to plaintiff's sixteenth count, defendant admits the truth of paragraph II thereof, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

XII

Referring to plaintiff's seventeenth count defendant admits the truth of the averments in paragraphs II and III thereof, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

XIII

Referring to plaintiff's eighteenth count defendant admits the truth of the averments of paragraphs II, III, and IV thereof, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

XIV

Referring to plaintiff's nineteenth count defendant admits the truth of the averments in the first two sentences of paragraph II, and as to the remainder defendant declares that it has no knowledge or information as to the truth thereof, except as qualified in the foregoing paragraphs.

XV

Defendant denies the truth of the averments of plaintiff's twentieth, twenty-first, twenty-second, and twenty-third counts, except as qualified in the foregoing paragraphs.

XVI

Referring to plaintiff's twenty-fourth count, defendant admits the truth of the averments thereof, except the truth of the averment of the final sentence of Paragraph II thereof, the truth of which is denied, and except as qualified in the foregoing paragraphs.

XVII

Defendant denies the truth of the averments of plaintiff's twenty-fifth count, except as qualified in the foregoing paragraphs.

STATEMENT OF DEFENSES AND CLAIMS FOR RELIEF

I

Defendant Elsinore Union High School District, of Riverside County, owns the following parcel of property in Riverside County, California:

> Lots 4, 5 and 6 in block 20 of the town of Temecula, as shown in the official records of San Deigo County, map book 15, page 276.

II

The above described parcel is used as a garage for school buses but is capable also of use for residential, commercial and industrial development.

III

The above described parcel overlies waters percolating through the ground and moving by gravity in any and every direction along the line of least resistance.

IV

The waters percolating through the above described parcel move through such parcel and in the same amount as in the original state of nature except as such movement and amount is changed without damage to the defendant by reasonable beneficial uses made by defendant and others situated similarly to defendant and changed without damage to defendant by reasonable beneficial uses made by others riparian to streams and overlying ground water basins which constitute a common source of supply of the waters percolating through the above described parcel.

DEFENDANT'S DEMAND FOR JUDGMENT FOR RELIEF

WHEREFORE, defendant Elsinore Union High School District, of Riverside County, demands judgment for the relief to which it deems itself entitled, as follows:

1. Defendant demands that the complaint and supplementary and amendatory complaint and all cross pleadings be dismissed as against defendant.

2. Alternatively, defendant demands that the defendant be declared to have the unclouded right, as against the plaintiff and all persons, to draw water percolating under defendant's property, to be put to reasonable beneficial uses thereupon.

3. Defendant demands that it be awarded its costs, and that the Court give judgment for such other relief as it may deem proper.

RAY T. SULLIVAN, JR., County Counsel
ALEX. B. YAKUTIS, Deputy County Counsel

By _____*Alex. B. Yakutis*_____
        Attorneys for Defendant

ABY:em
10/28/58

RAY T. SULLIVAN, JR.
COUNTY COUNSEL
COURT HOUSE
RIVERSIDE, CALIFORNIA

AFFIDAVIT OF MAILING

State of California, } ss.
County of Riverside,

Case No. Civil No. 1247 - SD - C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is __Court House, Riverside__, California.

That on the __28th__ day of __October__, 19__58__, affiant served a copy of the attached paper, to-wit: __Answer of Defendant Elsinore Union High School District, of Riverside County__

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of __Riverside__, California, addressed as follows:

J. Lee Rankin, Solicitor General
Room 332
325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __28th__ day of __October__, 19__58__.

_Elizabeth G. Moss_
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

Notary Public in and for the County of Riverside, State of California

AFFIDAVIT OF MAILING

FORM NO. 125

15121A