```
                    LAW OFFICES
                 SACHSE AND PRICE
                1092 SOUTH MAIN STREET
                 FALLBROOK, CALIFORNIA
                    RANDOLPH 8-1154
```

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

NOV 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _McKim Long_
          DEPUTY

Attorneys for___Defendants___

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; et al.,

        Defendants,

THE PEOPLE OF THE STATE OF CALIFORNIA,

        Defendant in Intervention.

No. 1247 SD C

SUBSTITUTION

OF

ATTORNEYS

The undersigned defendants hereby substitute SACHSE and PRICE as their attorneys of record in the within proceedings in place of P. W. WILLETT and WILLIAM H. MACOMBER.

Dated: June 19, 1958.

                              O. Lester Riggle
                              O. Lester Riggle

                              Maude A. Riggle
                              Maude A. Riggle

      I consent to the above substitution.

Dated: June 19, 1958.

                              P. W. Willett

IT IS SO ORDERED

_James M. Carter_
U. S. DISTRICT JUDGE

- 1 -

4833

Copy recd

Above substitution accepted.

Dated: June 29, 1958.

SACHSE and PRICE

by /s/ Jean R. Sachse

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

4834

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.    No. 1247 SD C

__Franz R. Sachse__, being first duly sworn, says: That affiant, whose address is

__1092 South Main Street, Fallbrook, California__

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Substitution of Attorneys__

(Copy title of paper served)

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

__Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego 1, Calif.__

(Name and address as shown on the envelope)

sealed and deposited on the __29__ day of __October__, 195_8_, in the United States Mail at

__Fallbrook, San Diego County, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __29th__

day of __October__, 195_8_

_____
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

My Commission expires __5/25/61__

4835