```
COOPER, BUTLER & COOPER
274 E. Rowland Avenue
Covina, California
EDgewood 1-2600

Attorneys for defendant
LYDIA M. WEISZ
```

FILED

NOV 4 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  - vs - )<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, et al., )<br>    Defendants. ) | No. 1247-SD-C<br><br>STIPULATION EXTENDING TIME TO ANSWER COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT. |

   IT IS HEREBY STIPULATED by and between plaintiff and defendant, LYDIA M. WEISZ, through their respective counsel, that said defendant may have an extension of twenty (20) days within which to file her Answer to the Complaint and Supplementary and Amendatory Complaint, said Answer being thereby due November 5, 1958.

   Dated: October 17, 1958.

_____
J. Lee Rankin, Solicitor General
Attorney for Plaintiff

COOPER, BUTLER & COOPER

by: _____
Attorneys for defendant LYDIA
M. WEISZ

   IT IS SO ORDERED.

_____
Judge.

4836