CARTER
11-4-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _1247-SD-C_ _ _ CIVIL

MINUTES OF THE COURT

DATE: _Nov. 4, 1958_ _ _

AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, AND WILLIAM BURBY _ _ _ _ _

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, W. B. DENNIS, CARL BARONKAY
ADOLPHUS MOSKOVITZ, AND FRANZ SACHSE.

PROCEEDINGS:   FURTHER COURT TRIAL.

At 10 A.M. convene herein.
George F. Worts, Jr., is called, and is sworn, and testifies for the Plaintiff.
Plaintiffs Ex. No. 37 is received.
At 11 A.M. a recess is declared by the court, and at 11:15 A.M. reconvene herein.
Witness Worts resumes stand and testifies further.
Plaintiffs Ex. No. 38, and 39 are received in evidence.
At 12:05 P.M. a recess is declared to 2 P.M.
At 2 P.M. reconvene herein.
Witness Worts resumes stand and testifies further.
Plaintiffs Exs. Nos. 44, 45, 51, and 46 are received.
At 3:15 P.M. a recess is declared by the court, and at 3:30 P.M. reconvene herein.
Witness Worts resumes stand and testifies further.
Plaintiffs Exs. Nos. 40, 41, 43, 42, and 49 are received in evidence.
At 4:30 P.M. a recess is declared by the court, and the further court trial herein, continued to November 5, 1958, at 9:30 A.M.

JOHN A. CHILDRESS, Clerk

By _____ 4827