11-5-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.　　　　　　　　　　　　　　　　NO. 1247-SD-C _ _ _ CIVIL

vs.　　　　　　　　　　　　　　　　　　MINUTES OF THE COURT

FALLBROOK, etc., et al　　　　　　　DATE: _ November 5, 1958 _

　　　　　　　　　　　　　　　　　　　　AT: San Diego, California

　PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge;

　　Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER AND MALCOLM LOVE

　　COUNSEL FOR PLAINTIFF: WILLIAM BURBY, WILLIAM VEEDER, COL. ELLIOTT ROBETSTON.

　　COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY GEORGE STAHLMAN, AND W. B. DENNIS

　　PROCEEDINGS:　　FURTHER COURT TRIAL

W
　　　　　At 9:35 A.M. convene herein.
　　　　　Witness Worts resumes stand and testifies further.
　　　　　Plaintiffs Exs. Nos. 47, 48, and 50 are received in evidence.
　　　　　At 10:30 A.M. a recess is declared by the court, and at
10:45 A.M. reconvnene.
　　　　　Witness Worts resumes stand and testifies further.
　　　　　Ex. No. 52 is offered, and court states it will not rule on offer
at this time.
　　　　　Witness Worts testifies further.
　　　　　Ex. No. 52 is offered, objected to, and IT IS ORDERED said
exhibit is admitted subject to motion to strike.
　　　　　Ex. No. 53 is offered, objected to, objection overruled, and
said exhibit is admitted.
　　　　　At 12, noon, a recess is declared to 1:30 P.M.
　　　　　At 1:35 P M. reconvene.
　　　　　Witness Worts resumes stand and testifies further.
　　　　　Plaintiff Exs. Nos. 54, 54A, 55 are received in evidence.
　　　　　Plaintiff Exs. No. 38A is marked and received.
　　　　　At 2:40 P.M. a recess is declared by the court, and at 2:45 P.M.
reconvene.
　　　　　Witness Warts resumes stand and testifies further.
　　　　　Ex. No. 56 is mx received in evidenc e.
　　　　　Plaintiffs Exs. Nos. 97 thru 117 are marked for identification.
　　　　　At 3:15 P.M. a recess is declared by the court, and the further
trial herein, continued to November 6, 1958, at 10 A.M.

　　　　　　　　　　　　　　　　　　　　JOHN A. CHILDRESS, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4838