UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                         NO. 1247-SD-C _ _ _ CIVIL

vs.                            MINUTES OF THE COURT

FALLBROOK, etc., et al         DATE: November 6, 1958

                                    AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: ~~MXEKMXMXEENEM~~, WILLIAM VEEDER, ELLIOTT ROBERTSON A. C. BOWEN.

COUNSEL FOR DEFENDANT ADOLPHUS MOSKOVITZ, FRANZ SACHSE, GEORGE STAHLMAN W. B. DENNIS.

PROCEEDINGS: FURTHER COURT TRIAL

        At 10:05 A.M. convene herein.
        Plaintiffs Ex. No. 37 A is marked for identification, and admitted in evidence.
        Witness Worts resumes stand and testifies further on cross examination.
        Court and counsel discuss future procedure.
        Plaintiffs Ex. No. 118 is marked for Identification, and received in evidence.
        At 11:05 A.M. a recess is declared by the court, at at 11:20 A.M. reconvene.
        Witness Woets resumes stand and testifies further on cross exam.
        At 12, noon, a recess is declared to 2 P.M.
        At 2 P.M. reconvene.
        Witness Worts resumes stand and testifies further on cross exam.
        Plaintiffs Ex. No. 51-A is marked for Identifcation, and received in evidence.
        At 3:25 P.M. a recess is declared by the court, and at 3:30 P.M. reconvene.
        Witness Worts resumes stand and testifies further on cross examination.
        At 4:30 P.M. a recess is declared by the court, and the further court trial herein, continued to November 7, 1958, at 9:30 A.M.

JOHN A. CHILDRESS, Clerk    4839