FILED
NOV 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-c

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    MABEL SEWELL

    ALMA C. ROBERTSON, WILLIAM K. AULD, BARBARA ANN SEWELL, formerly BARBARA ANN AULD, MABEL ANN SEWELL, as Guardian of the estate of Barbara Ann Sewell, formerly known as Barbara Ann Auld, a Minor

    ALMA C. ROBERTSON, BARBARA ANN SEWELL, formerly known as BARBARA ANN AULD, MABEL A. SEWELL, as Guardian of the estate of Barbara Ann Sewell, formerly known as Barbara Ann Auld, a Minor

    CONTRERAS, Clarence S. and Clara Marie

    MARVIN R. MOORE and THEA J. MOORE

    DAN PICO and CRUZ PICO (deceased)

    EVANS, George D. and Leta E.

    SIGAUT, Etienne and Agnes Virginie Pont

DATED: Nov. 6 1958.

                                              William H. Veeder

4842