ETIENNE SIGAUT and AGNES VIRGINIE SIGAUT (née PONT)
Defendants in propria persona

P.O. Box 1836  Beirut (Lebanon)

F I L E D
NOV 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
ETIENNE SIGAUT AND
AGNES VIRGINIE SIGAUT;

The defendants, ETIENNE SIGAUT and AGNES VIRGINIE SIGAUT each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own SEVEN acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

15169

1  This land has been used for growing grain. Defendants claim the right to divert and
2  pump any and all waters which may be developed on the property and to put the same
3  to beneficial use upon the property. Defendants claim riparian rights on any stream
4  or creek running through the property. Defendants claim the right to drill a well or
5  wells on the property if and when they wish, and reserve their right to do so.
6  Defendants do not claim any appropriative or prescriptive rights.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Etienne Figaut*

*Odessa Jeannie Figaut*

Defendants in propria persona

Dated: October 27th 1958

correct #
15160

CERTIFICATE OF SERVICE

I, JAMES H. KRIEGER, hereby certify that I am a member of the Bar of the United States District Court for the Southern District of California, and that I served the foregoing Answer upon the following person by sealing one copy thereof in an envelope and depositing the same in the United States mail at Riverside, California on the 4th day of November, 1958, with postage thereon fully prepaid, addressed as follows:

> J. LEE RANKIN, ESQ.,
> SOLICITOR GENERAL
> ROOM 332
> 325 WEST "F" STREET
> SAN DIEGO, CALIFORNIA.

DATED: This 4th day of November, 1958.

James H. Krieger

15168

EXHIBIT "A"  The Defendants own Seven Acres of land in Riverside county, California, being a portion of lot 134, "Temecula Rancho", Murrieta (Map "Temecula Land and Water Company" County Recorder of San Diego County, California, USA ; book 8, Page 359 of Maps, more particularly described on following grantdeeds (joint tenancy) dated May 7th.1948 as follows:

1) Fice acres: beginning at the point of intersection between the southwesterly prolongation of the easterly boundary line of said lot 134 and the southeasterly prolongation of the southerly boundary of said lot; thence westerly along the southerly boundary line 330 feet to a point, which is the true point of beginning; thence northeasterly and parallel to the easterly boundary line 660 feet to a point: thence northwesterly and parallel to the southerly boundary line 330 feet to a point; thence southwesterly and parallel to the easterly boundary line 660 feet to a point in the southerly boundary line of said lot: then easterly along the said southerly boundary line 330 feet to the true point of beginning, containing by admeasurement FIVE(5) ACRES, more or less.
   Registered in the names of Mr. Etienne Sigaut and wife.
   Order N° 3204, received for record June 23 1948, copied in book N° 988 of official records Page 41 et seq. records of Riverside County, California. Jack Ross, Recorder.

2) Two Acres: Beginning at the point of intersection between the southwesterly prolongation of the easterly boundary line of said lot 134 with the southeasterly prolongation of the southerly boundary line of said lot; thence westerly along the southerly boundary line 660 feet to a point, which is the true point of beginning; thence northeasterly and parallel to the easterly boundary line 660 feet to a point; thence northwesterly and parallel to the southerly boundary line 132 feet to a point; thence southwesterly and parallel to the easterly boundary line 660 feet to a point in the southerly boundary line; thence southeasterly along the said southerly boundary line 152 Feet to the true point of beginning, containing by admeasurement TWO(2) ACRES, more or less.
   Registered in the names of Mr Etienne Sigaut and wife.
   Order N° 3203, received for record June 23.1948, copied in book N° 988 of official records Page 39 et seq. Records of Riverside county, California. Jack A.Ross, Recorder.

