GEORGE D. EVANS &
LETA E. EVANS

Defendants in propria persona

Rt. 1, Box 162
Romoland, Calif.

**FILED**
NOV 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

GEORGE D. EVANS &
LETA E. EVANS,
Husband and wife as joint tenants.

The defendants, GEORGE D. EVANS & LETA E. EVANS, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15 acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

15171

GEORGE D. EVANS &
LETA E. EVANS

Rt. 1, Box 162
Romoland, Calif.

EXHIBIT "A"

The West 990 feet of the North ½ of the North ½ of the Northwest Quarter of Section 35, Township 6 South, Range 3 West, San Bernardino Base and Meridian, subject to Rights of way, reservations and restrictions of record, and excepting the West 30 feet. Approximately 15 acres.

EXHIBIT "B"

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

We have owned and lived on this land since 1924. We have a good home, 3 wells on the property, and an orange and fruit orchard.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George D. Evans*
*Leta E. Evans*
Defendants in propria persona

Dated: Oct 22, 1958 — We haven't ever been served by the Deputy U.S. Marshall and the Newspaper Publications were printed while we were away on a long vacation — Thus the delay in answering.

15172