Dan Pico
P.O. Box 752
Perris, Cal.

**FILED**

NOV 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     Deputy Clerk

1  Cruz Pico and Dan Pico
   Defendants in propria persona
2  233 East 7th St. Perris, California
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,      )
                                  )  CIVIL NO. 1247- SD - C
              Plaintiff,          )
9                                 )  ANSWER OF DEFENDANTS
       v.                         )  Cruz Pico - Deceased
10                                )  Dan Pico
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12            Defendants.         )

13         The defendants, Dan Pico
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own   40    acres of land in
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32 INDEXED
   COPY RECEIVED

15173

```
    I claim these water rights
 1  P Resciptive rights
 2  Riparian rights
 3  Perculating rights
 4  Well and spring water right
 5  Wish to reserve the right to dig wells
 6  I claim maximum water rights allowed
 7  by soil servey made available by
 8  ground Water Resources, Marine Corp Base
 9  Camp Pendleton, Calfornia
10
11
12
13
14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27                          Daniel Renigio Pico
28                          Oct. 13, 1958
29                          Defendants in propria persona
30
    Dated:
31
32  Oct. 13, 1958
```

EXIBIT A

Cruz Pico

Southeast quarter of the southeast quarter of Section thirty-three in Township eight south on Range two west of the San Berardino Meridian, California, containing forty acres,

15174

*Presciptive rights*

NOW KNOW YE, TThat there is, therefore, granted by the UNITED STATES unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

15175