F I L E D

NOV 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. McKee_
     Deputy Clerk

1  Marvin R. Moore and Thea J. Moore
   **Defendants in propria persona**
2  723 West Elder St. Fallbrook, California

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
8                                     )
                 Plaintiff,           )   ANSWER OF DEFENDANTS
9                                     )   Marvin R. Moore and Thea J. Moore
        v.                            )
10                                    )
   FALLBROOK PUBLIC UTILITY           )
11 DISTRICT, ET AL,                   )
                                      )
12              Defendants,           )

13       The defendants, Marvin R. Moore and Thea J. Moore
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own One (1) Lot ~~acres~~ of land in San Diego
27
    County, California, and within the watershed of the Santa Margarita
28
    River, more particularly described in the document attached hereto,
29
    marked Exhibit A, which is hereby incorporated by reference as a
30
    part of this statement.
31

32

    INDEXED                                              15176
    COPY RECEIVED

1   Defendants claim all rights of overlying landowners and to water which
2   may originate or cross their land.
3   Defendants claim the right to drill wells and exercise water reclamation
4   and conservation practices as are now or may be known.
5   Defendants hereby incorporate the same as though set forth herein in full
6   all of the affirmative defenses of the Fallbrook Public Utility District
7   on file in these proceedings.
8   Defendants claim all the above for all lands in which they have any
9   financial interest whatsoever.
10
11

Lot 8 of Kidwy Dom Unit No. 2, in the County of San
Diego, State of California, According to Map thereof
No. 2457, filed in the office of the County Recorder
of San Diego County, May 9, 1950.

Exhibit "A"

17   WHEREFORE, these defendants pray that plaintiff take
18   nothing against them by reason of the Complaint and Supplementary
19   and Amendatory Complaint on file herein; that said Complaint be
20   dismissed as against these defendants; that defendants' right to
21   water, as hereinabove set forth, be quieted as against the plain-
22
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26   _____
27
28   _____
         Defendants in propria persona
29
30
31
32   Dated: Oct 7th 1950

15177