CLARENCE S. CONTRERAS AND CLARA MARIE CONTRERAS

Defendants in propria persona

Star Route, Ripley, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
v. ) CIVIL NO. 1247 - SD - C
FALLBROOK PUBLIC UTILITY ) ANSWER OF DEFENDANTS
DISTRICT, ET AL, ) CLARENCE S. CONTRERAS
    Defendants, ) AND
    ) CLARA MARIE CONTRERAS

The defendants, CLARENCE S. CONTRERAS AND CLARA MARIE CONTRERAS, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

as follows:

West 1/2 of the Southeast 1/4 of Section 21 in Township 7 South of Range 3 East

INDEXED

COPY RECEIVED

15178

I.

This land is riparian land: consisting of 80 acres of Class I land.

II.

There are 80 acres of irragable land; the defendents claim the right to develop irrigation and domestic wells of sufficient quantity and of sufficient depth to develop and maintain said property to the maximum of its potential. Defendents claim the right to all water so developed pm this property.

III.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clarence S. Contreras*

*Clara Marie Contreras*

Defendants in propria persona

Dated: October 1, 1958

-2-

15179