```
       Alma C. Robertson, William K. Auld, Barbara Ann Sewell, formerly
       known as Barbara Ann Auld, Mabel Ann Sewell, as Guardian of the
 1     estate of Barbara Ann Sewell, formerly known as Barbara Ann Auld,
       a Minor
 2   Defendants in propria persona
     Winchester, California
 3
```

**FILED**

NOV 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

```
UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                 )
            Plaintiff,           )   ANSWER OF DEFENDANTS
                                 )   Alma C. Robertson, William K. Auld,
     v.                          )   Barbara Ann Sewell, formerly known as
                                 )   Barbara Ann Auld, Mabel Ann Sewell, as
FALLBROOK PUBLIC UTILITY         )   Guardian of the estate of Barbara Ann
DISTRICT, ET AL,                 )   Sewell, formerly known as Barbara Ann
            Defendants,          )   Auld, a Minor
```

The defendants, Alma C. Robertson, William K. Auld, Barbara Ann Sewell, formerly known as Barbara Ann Auld, Mabel Ann Sewell, as Guardian of the estate of Barbara Ann Sewell, A Minor each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT

      These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

      These defendants own Approx. /1515 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15183

COPY REC...

1  The maximum irrigation requirements are now being determined
2  by Government survey of these soils.
3  It is requested that this answer be amended when the above
   information is available.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mabel Ann Sewell* *Alzora C. Roberts guardian of the estate of Barbara Ann Sewell a minor*

*Barbara Ann Auld Sewell*

*William S. Auld*

Defendants in propria persona

Dated:   October 1, 1958

15184

Exhibit "A"

The South East Quarter (SE¼) of Section Three (3), Township Seven (7) South, Range Two (2) West, S.B.B. & M. Riverside County, California, saving and excepting therefrom the following described portion thereof to-wit: "Beginning at a point within said East Half of Section 3, from which the quarter section corner of the West side of said Section 3 bears South 89° West distant 3692.20 feet running thence North 89° 52' East 450.40 feet; thence South 402.40 feet; thence South 76° 02' West 101.62 feet; thence North 74° 05' West 90.10 feet; thence North 64° 59' West 275.85 feet; thence North 3° 03' West 284.92 feet to the point of beginning, containing 3.78 acres, a little more or less."

The West Half (W½) of the North East Quarter (NE¼); South Half (S½) of the North West Quarter (NW¼); S.E. Quarter (SE¼) of the North East Quarter (NE¼); The North Half (N½) of the South East Quarter (SE¼); South West Quarter (SW¼) of the South East Quarter (SE¼); and the South West Quarter (SW¼), all in Section Two (2) West, Riverside County, California.

The South Half (S½) of the North West Quarter (NW¼) of Section One (1), Township Seven (7) South, Range Two (2) West, S.B.B. & M. in Riverside County, California, saving and excepting therefrom the portion thereof described as follows: "Beginning at the Southeast corner of said North West Quarter (NW¼), 10 rods; thence West and parallel with the South line of said NW ¼, 16 rods; thence South and parallel with the East line of said Northwest Quarter, 10 rods to the South line of said Northwest Quarter; thence East along the said South line, 16 rods, to the point of beginning."

The North Half (N½) and the South East Quarter (SE¼) of Section Eleven (11), Township Seven (7) South, Range Two (2) West, S.B.B. & M in Riverside County, California.

The North Half of the North Half (N½ of N½) and the South West Quarter (SW¼) of Section Twelve (12), Township Seven (7) South, Range Two (2) West, S.B.B. & M. in Riverside County, California.

15195