Alma C. Robertson, Barbara Ann Sewell, formerly known as
Barbara Ann Auld, Mabel A. Sewell, as Guardian of the estate of
Barbara Ann Sewell, formerly known as Barbara Ann Auld, A Minor.
Defendants in propria persona
Winchester, Calif.

**FILED**

IN THE UNITED STATES DISTRICT COURT

NOV 6 - 1958

SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Alma C. Robertson, Barbara Ann Sewell, formerly known as Barbara Ann Auld, Mabel A. Sewell, as Guardian of the estate of Barbara Ann Sewell, formerly known as Barbara Ann Auld, a Minor. |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Alma C. Robertson, Barbara Ann Sewell, formerly known as Barbara Ann Auld, Mabel A. Sewell, as Guardian of the estate of Barbara Ann Sewell, A Minor, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160.20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY REC...

15180

1  The maximum irrigation requirements are now being determined
2  by Government survey of these soils.
3  It is requested that this answer be amended when the above information is available.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mabel Ann Sewell as Guardian of the*
*Estate of Barbara Ann Sewell, a minor*
*Barbara Ann Auld Sewell*

Defendants in propria persona

Dated: Oct. 1, 1958

15181

Exhibit "A"

The North East Quarter (NE¼) of Section Three (3), Township Seven (7) South, Range Two, (2) West, S.B.B. & Meridian, Riverside County, California

15182