ABRAHAM and PAULINE MARGOLIS
2611 Rokeby Street
Los Angeles 39, California

In Pro Per

FILED
NOV 6 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
        Defendants.

CIVIL NO. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

We, the undersigned, ABRAHAM MARGOLIS and PAULINE MARGOLIS, of 2611 Rokeby Street, Los Angeles 39, California, do hereby substitute ourselves in propria persona in the place and stead of WHITNEY AND FRIEDLANDER as our attorney in the above entitled matter.

DATED: October 13, 1958.

*Abraham Margolis*

*Pauline Margolis*

We do hereby consent to the foregoing substitution.

DATED: October 13, 1958.

WHITNEY AND FRIEDLANDER

By _____
    Albert S. Friedlander

Approved
_____
U.S. District Judge

4840

Attorney_____ for_____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA  
COUNTY OF LOS ANGELES, } ss.

Jessica Lewis _____, being duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is:

8736 Sunset Boulevard, Los Angeles 46, California

that on November 4, 1958 _____, affiant served the within Substitution of Attorneys

on the persons listed below _____ in said action, by placing a true copy thereof in an envelope addressed to the ~~xxxxxxxxxxxxxxxxxx~~ persons listed below _____ at the residence and/or office address of ~~xxxxxxxxxxxxxxxxxx~~ persons, as follows:

J. Lee Rankin, Solicitor General  
c/o Office of Ground Water Resources  
Marine Corps Base  
Camp Pendleton, Calif.

Abraham and Pauline Margolis  
2611 Rokeby Street  
Los Angeles 39, Calif.

and by then sealing said envelope and depositing the same with postage thereon fully prepaid, in the United States mail at the city where is located the office and/or ~~residence~~ of any person by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed ~~xx~~** ~~there is a regular communication by~~ mail between the place of mailing and the place so addressed. ~~and~~

Subscribed and sworn to before me this 4th day of November, 19 58

_____  
Notary Public in and for said County and State of California  
(SEAL)

_____  
/s/ Jessica Lewis

*Here quote from envelope name and address of addressee.  
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or."

4841