FILED
NOV 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. _____
           DEPUTY CLERK

GEORGE STAHLMAN
P. O. Box 235
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C

ANSWER TO REQUEST FOR ADMISSION TO RULE 36

   The Defendant, VAIL COMPANY, herein responds to the request for admissions on behalf of Defendants TULE VALLEY LAND AND CATTLE COMPANY, a limited partnership, PAUL A. HERNLEY, EDITH L. BURLINGAME, MAY M. ZIMMERMAN, EILEEN T. QUINN, LEONARD L. and SARAH WILLIAMSON, BRUCE GENTRY, EVA CELONA, S. HOWARD, O. SHERMAN, HELEN GENTRY, HELEN GREENWOOD, ROBERT R. and ELAINE GAGON, and declares that said Defendant VAIL COMPANY has no information or knowledge of any of the facts for which requests for admissions were made and by reason of said lack of information, refuses to admit any of said specific requests.

   Said request for admissions were heretofore made prior to the time in which reply has been extended in open court from time to time, and this response now made is within the extended time as it appears upon the record of said court.

BY /s/ George Stahlman
   George Stahlman

HAYES & HAYES
ATTORNEYS AT LAW
HAYES BUILDING
307 MISSION AVENUE
OCEANSIDE, CALIF.

-1-

4843

Copy recd