F I L E D

NOV 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. O. Feeshamg_
DEPUTY CLERK

1   Mabel Sewell

2   Defendants in propria persona
    Winchester, Calif.

3

4

5               IN THE UNITED STATES DISTRICT COURT

6               SOUTHERN DISTRICT OF CALIFORNIA

7                       SOUTHERN DIVISION

8   UNITED STATES OF AMERICA       )       CIVIL NO. 1247 - SD - C

9                   Plaintiff,     )       ANSWER OF DEFENDANTS

10      v.                         )   Mabel Sewell

11  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, ET AL,               )
12                  Defendants,    )

13      The defendants,      Mabel Sewell

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference all

20  of the allegations contained in the answer to said Complaint and Supple-

21  mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22  and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23  thereof entitled "Affirmative Statement of Rights") and make each and all

24  of said allegations a part of this answer the same as if herein set forth

25  at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS
                    Approx.  3.78
27      These defendants own/      acres of land in  Riverside

28  County, California, and within the watershed of the Santa Margarita River,

29  more particularly described in the document attached hereto, marked Exhibit

30  A, which is hereby incorporated by reference as a part of this statement.

31

32


    INDEXED

    COPY RECEIVED

                                                            15186

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mabel Sewell*
Defendants in propria persona

Dated:   October 1, 1958

15187

Exhibit A

All that portion of the East half of Section 3, T. 7 S. , R. 2 W.,
S.B.B. & M. described as follows:

Beginning at a point within said East half of Section 3 from which
the quarter section corner on the West side of said Section 3 bears
South 89° - 52' West distant 3692.20 feet, running thence North
89° - 52' East 250.20 feet, thence South 402.40 feet, thence South
78° - 02' West 101.68 feet, thence North 74° - 05' West 90.10 feet,
thence North 62° - 59' West 275.85 feet, thence North 3° - 03' West
284.92 feet to the point of beginning, containing 3.78 acres a
little more or less.