CARTER
11-7-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: NOVEMBER 7,1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY Reporter JOHN SWADER, AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER AND COL. ELLIOTT ROBERTSON.

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, ADOLPHUS MOSKOVITZ, W. B. DENNIS, FRANZ SACHSE, CARL BARONKAY, AND ROBERT MCGINNIS.

PROCEEDINGS: FURTHER COURT TRIAL

At 9:34 A.M. reconvene herein.

Witness Worts resumes stand and testifies further on cross exam.

At 10:45 A.M. a recess is declared by the court, and at 10:55 A.M. reconvene.

Witness Worts resumes stand and testifies further on cross exam.

At 12,noon a recess is declared by the court to 1:45 P.M.

At 1:50 P.M. reconvene herein.

Witness Worts resumes stand and testifies further.

At 3:20 P.M. a recess is declared by the court, and the further trial herein, continued to November 12,1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

4844