FILED
NOV 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Keefe
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
        Defendants. )

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

      MARVIN C. BECKER, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on November 6, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

NOTICE OF TIME AND PLACE OF HEARING OBJECTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW RE DE LUZ CREEK WATERSHED AREA,

dated October 22, 1958.

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

                                              Marvin C. Becker

Subscribed and sworn to before me this 7th day of November, 1958.

Margaret B. Tooka
Notary Public in and for said County and State
(SEAL)

My Commission Expires

| | | |
|---|---|---|
| 1 | Earl L. & Frankie N. Anderson<br>1702 Sequoia Ave., Apt. 6<br>Burlingame, California | John & Pearl Dodson<br>Emerald Bay 224<br>Laguna Beach, California |
| 3 | Robert Hammond & Ethel R. Baker<br>2020 S. Tremont<br>Oceanside, California | Anna Doerrer<br>P.O. Box 563<br>Fallbrook, California |
| 5 | Bank of America<br>300 Montgomery Street<br>San Francisco, California | Paul & Laura Doville<br>1232 Stage Coach Road<br>Fallbrook, California |
| 7 | John C. & Chloe L. Baxter<br>Star Rte 2, Box 34<br>Fallbrook, California | Esther C. Drake<br>1351 W. 27th Drive<br>San Pedro, California |
| 9 | Carles Berg<br>217 West 4th Street<br>Beaumont, California | Daniel W. & Gladys M. Eckerman<br>1702 Sequoia Ave.,<br>Burlingame, California |
| 11 | Joseph W. & Theresa Brosius Bisek<br>4305 Elizabeth St.<br>Bell, California | Samuel H. & Alice R. Emmes<br>2815 Villa Way<br>Newport Beach, California |
| 13 | Newton T. & Willie Mae Bryant<br>1965½ Raymond Ave.<br>Los Angeles, California | Dorothy L. Ennis<br>141 W. Fir Street<br>San Diego, California |
| 15 | Vilate Caldwell<br>3528 Mission Blvd.<br>Mission Beach, California | Patrick & Lydia C. Enright<br>1041 Walnut Street<br>San Diego, California |
| 17 | California Bank<br>625 South Spring Street<br>Los Angeles, California | Rose Amelia Everett<br>5411 Russel Avenue<br>Hollywood 27, California |
| 19 | Virgil A. & Verda M. Claytor<br>Box 27<br>Murrieta, California | Evans Escrow Co.<br>1811 North Long Beach Blvd.<br>Compton, California |
| 21 | Alma F. & Veria V. Click<br>Route 2, Box 31<br>Fallbrook, California | Cyril M. & Mildred Ewing<br>Box 18<br>Murrieta, California |
| 23 | Emery A. & Betty Bird Cook<br>15820 Orangeblossom Drive<br>Los Gatos, California | Farmers & Merchants Trust Co. of<br>Long Beach<br>Long Beach, California |
| 25 | Frank & Lillie M. Crabtree<br>Route 1, Box 369<br>Santa Ana, California | Fidelity Mutual Corporation<br>65 South Euclid<br>Pasadena, California |
| 27 | K. R. Dindinger<br>415 Grant, Apt. 106<br>Oceanside, California | First National Bank of Orange<br>101 Chapman<br>Orange, California |
| 29 | Mildred E. Dodge<br>5111 W. Wintersburg<br>Huntington Beach, California | Aileen Isabell Fosnaugh<br>1702 Sequoia Ave., Apt. 6<br>Burlingame, California |

EXHIBIT "A"

4846

| | | |
|---|---|---|
| 1 | Frances Frakes | George Donald & Opal Hutson |
| 2 | 226 S. Willamon | 3722 Merrimac Street |
|   | Beverly Hills, California | San Diego, California |
| 3 | Agnes M. Frank | Robert H. & Irene Hutson |
| 4 | 1785 San Gabriel | 8104 Roy Street |
|   | San Marino 9, California | Lemon Grove, California |
| 5 | Augustine & Frances M. Fredy | George F. Jave |
| 6 | 723 N. Orange Ave. | 1518 San Mateo Street |
|   | Fallbrook, California | Oceanside, California |
| 7 | Russell Freeman | Anthony A. Jedlick |
| 8 | P.O. Box 74 | 441 C Street |
|   | Murrieta, California | San Diego, California |
| 9 | Richard R. & Gladys R. Gauldin | Lawrence B. Johnson |
| 10 | 1702 Sequoia Ave., Apt. 6 | P.O. Box 117 |
|    | Burlingame, California | Murrieta, California |
| 11 | Mary L. Giles | William N. & Selma M. Jost |
| 12 | 3901 Ingraham | Phoenix |
|    | Los Angeles, California | Arizona |
| 13 | Daun I. & Dorothy D. Gillett | Ruth Dinsen Kellum & Adolph B. Dinsen |
| 14 | Route 2, Box 5 | Route 2, Box 6 |
|    | Fallbrook, California | Fallbrook, California |
| 15 | William H. & Vera M. Godfrey | Larry & Lola Kendrick |
| 16 | 1616 Turnboll Canyon Road | 1410 N. Willow Street |
|    | LaPuenta, California | Compton, California |
| 17 | Ewart W. Goodwin | Lewis J. & Eleanor Klein |
| 18 | 5th & Braodway | 10709 Firmon Ave. |
|    | San Diego, California | Inglewood, California |
| 19 | G. R. Gough, Trustee | Lloyd E. & Elizabeth Klein |
| 20 | First National Bank Bldg. | 10709 Firmon Ave. |
|    | Elsinore, California | Inglewood, California |
| 21 | George A. Groebli | Paul & E. Jean Koch |
| 22 | P.O. Box 90 | 604 Tocino Drive |
|    | Murrieta, California | Duarte, California |
| 23 | Raymond J. Haller | Norman & LaVerne Kogen |
| 24 | P.O. Box 146A | 2390 East Camelback Road |
|    | Fallbrook, California | Phoenix, Arizona |
| 25 | Kenneth V. & Kathleen Diana Hodges | Land Title Insurance Co. |
| 26 | 6110 LaJolla Blvd | 225 Braodway |
|    | LaJolla, California | San Diego, California |
| 27 | E. Marie Holdaway | Thomas & Ruth C. Long |
| 28 | 3177 Ocean View | 2947 Crestmore Place |
|    | San Diego, California | Los Angeles, California |
| 29 | Pearl R. Hunt | James & Nettie Loy |
| 30 | 164 Minnesota | 612 West 107th Street |
|    | El Cajon, California | Los Angeles, California |
| 31 | | |
| 32 | | |

| | |
|---|---|
| 1 | Homer C. & Marion J. McDowell |
| | Route 2, Box 24 |
| 2 | Fallbrook, California |


```
 1   Homer C. & Marion J. McDowell        Robert Tanner Ormsby
       Route 2, Box 24                      Box 55
 2     Fallbrook, California                Fallbrook, California

 3   Wilmore & Lucienne McDowell          Loretta Page
       Box 505                              Fallbrook, California
 4     Fallbrook, California

                                          John & Margery L. Parker
 5   F. S. & Pearl A. MacDonald             5468 E. Pitt
       Route 1                              Fresno 2, California
 6     Carson City, Nevada

                                          Richard A. & Mabel A. Peterson
 7   Richard S. Martin                      1702 Sequoia Ave., Apt. 6
       c/o Dorothy L. Ennis                 Burlingame, California
 8     141 West Fir Street
       San Diego, California              Frank & Ruth Pfefferkorn
 9                                          3357 S. Robertson
     Robert H. Martin                       Los Angeles, California
10     2972 Williams Road
       San Jose, California               Frank & Edna Earle Pierce
11                                          116 E. 62nd Street
     Anna Merkle                            Los Angeles 3, California
12     4225 Sunnyhill Drive
       Carlsbad, California               Elizabeth Poston
13                                          Route 5, Box 30
     George W. & Mary A. Merkle             Fallbrook, California
14     4225 Sunnyhill Drive
       Carlsbad, California               Maurice & Irene Rissman
15                                          854 Glemment Ave.
     Arthur & Edith Tittle Mitchell         Los Angeles, California
16     1310 14th Street
       Oakland, California                Wilfred L. & Julia H. Schryer
17                                          1702 Sequoia Ave., Apt. 6
     Eve Uzelac Mitchell                    Burlingame, California
18     1898 Midway Drive, Wherry Park
       ElToro Marine Base,                Security Title Insurance Co.
19     Santa Ana, California                940 3rd Avenue
                                            San Diego, California
20   Bennie R. & Lura G. Mosher
       Box 15                             Mike A. & Mabel S. Seery
21     DeLuz, California                    2552 Elm Ave.,
                                            Long Beach 6, California
22   Adelbert Sigfred & Mabel Elizabeth
       Nelson                             Carl Chris Seyersdahl
23     10550 Cantara St.                    146 West 111th Street
       Sun Valley, California               Los Angeles 3, California
24
     Oceanside Finance Co, and,           Monroe Sharpless
25   Oceanside Federal Savings & Loan      17272 LaVeta Ave.
       Association                          Santa Ana, California
26     508 2nd Street
       Oceanside, California              Alfred W. & Isaura M. Silva
27                                          2071 Garret Street
     Lewis R. & Phoebe Olivos               San Diego 9, California
28     2224 Greenleaf
       Santa Ana, California              John T. & Olive Simms
29                                          1203 N. Catalina
     Orena O'Neill                          Burbank, California
30     1722 W. 5th Street
       Los Angeles, California
31

32
```

4848

EXHIBIT "A"

```
 1   Rita Smarr                          Reese Day & Mary Tittle
 2     1920 Flora Vista                    6972 Glidden Street
       Needles, California                 San Diego, California
 3
     Marguerite & Obed E. Smelser        Union Title Insurance & Trust Co.
 4     1212 Scenic Drive                   1028 2nd Ave.,
       San Bernardino, California          San Diego 12, California
 5
     Albert H. & Stanley Reed Smith      John L. & Mary Agnes Wagenaar
 6     1517 West 219th St.                 24 Lindero Ave.
       Torrance, California                Long Beach, California
 7
     Florence L. Soupene                 Claude & Lorraine Weston
 8     1722 West 54th Street               3942 Park Boulevard
       Los Angeles, California             San Diego, California
 9
     Southern Title & Trust Co.          Ione Smarr Wilson
10     940 3rd Ave.,                       Box 713
       San Diego, California               Fallbrook, California
11
     Jane Adams Stansbury                H. C. & Lillian Woodrow
12     1341 Olive Lane                     Route 2, Box 666
       LaCanada, California                Fallbrook, California
13
     Dale L. & Emma G. Stinson           Alan Ray Carter
14     1322 West 162nd Street              12115 Central Ave
       Gardena, California                 Chino, California
15
     Ruth L. Stoner, Administratrix of   Diana Reid
16     Estate of Winifred Stoner, Dec.,    6110 LaJolla Blvd
       c/o Errol J. Stoner                 LaJolla, California
17     735 Walnut Street
       San Jose, California
18
     Robert A. & Irene K. Stroud
19     1702 Sequoia Ave., Apt. 6
       Burlingame, California
20
     Roger F. Stucker
21     422 S. Cabrillo Street
       San Pedro, California
22
     Ida May Thorkildsen
23     c/o Mrs. L. M. Graffin
       P.O. Box 457
24     Fallbrook, California

25   Vera T. & Clarence A. Thorson
       3514 6th Ave.
26     San Diego 3, California

27   Title Insurance Company
       433 South Spring Street
28     Los Angeles 13, California

29   Marjorie Tittle
       7345 Richland Ave.
30     Linda Vista, California

31
32
```

-4-

EXHIBIT "A"

4849