1  Max M. Henderson and Aurelie S. Henderson
2  P.O. Box 635, Fallbrook, Calif          Randolph 81405
3  Defendants in propria persona

**FILED**

NOV 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

6  United States of America
7      Plaintiff
8                                          Civil No 1247    SD    C
9      v                                   Answer of Defendants
10 Fallbrook Public Utility
11     District  et al
12         Defendants

Comes now defendants Max M Henderson and Aurelie S. Henderson in answer to pla plaintiffs amended and supplementary complaint.

I

The answering defendants, having heretofore filed answer and cross-complaint to plaintiffs original complaint filed in this action hereby adopt and reaffirm all the allegations and matters in said answer and cross complaint except as to paragraphs III and IV which are amended to read as follows-

III

Defendants claim that this land is traversed for one-half mile by the Santa Margarita River, and that this stream is the only present source of water for the irrigation of the defendants lands, that said lands are in their entirety riparian to the Santa Margarita River and said defendants allege that they have riparian rights correlative with all other rightful owners of riparian land on s said Santa Margarita stream system.

That the defendants herein own a single parcel of land comprising approximately 240 acres, more or less,, that all of said lands as heretofore stated are riparian to said Santa Margarita River. That of the total acreage owned by defendants 22.5 acres are subject to profitable and practical irrigation and that the balance of said lands are suitable for cabin and home sites. At the present water duty on land now under cultivation, an annual water draft is required of 68.8

INDEXED

copy rec'd

15189

1 acre feet and that the water duty requirement of the land subject to profitable
2 and practical irrigation is 96.75 acre feet.

### IV

That the future development of this property for the purposes above indicated will require water in addition to the 96.75 acre feet for domestic and other uses.

*Max M Henderson*
*Aurélie S. Henderson*

Dated  11-4-58         Defendants in propria persona.

15190

FILED

NOV 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California.

OVerland 6-1450

Attorneys for Defendants:  Margherita C. Domenigoni and Domenica Domenigoni

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>-vs-<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　　　　Defendants. | Civil No. 1247-SD-C<br>ANSWER OF DEFENDANTS<br>MARGHERITA C. DOMENIGONI AND DOMENICA DOMENIGONI |

DEFENDANTS MARGHERITA C. DOMENIGONI AND DOMENICA DOMENIGONI,

answering Plaintiff's Complaint and Supplementary and Amendatory Complaint admit, deny and allege as follows:

ANSWER TO ORIGINAL COMPLAINT

I

Defendants allege that they have no information or belief sufficient to enable them to answer the allegations contained in Paragraphs I, II, III, VI, VII, and VIII, and placing their denial on that ground deny generally and specifically all of the allegations contained in said Paragraphs.

15191

II

Answering the allegations of Paragraph IV, deny that they have in any way encroached upon or interfered with the rights of Plaintiff, or threaten the destruction of the basin referred to in the paragraph, or have damaged or threatened to damage Plaintiff in any manner. Defendants allege that they have no information or belief sufficient to enable them to answer the remaining allegations in Paragraph IV, and placing their denial on that ground, deny generally and specifically all of the other allegations in said Paragraph.

III

Answering the allegations of Paragraph V, Defendants admit that the stipulated judgment marked Exhibit "A" was entered, but deny all other allegations of said Paragraph, and allege that the stipulated judgment is not binding upon these answering Defendants.

IV

Deny each and every allegation contained in Paragraph IX.

ANSWER TO SUPPLEMENT TO COMPLAINT

COUNTS NOS. I TO XX INCLUSIVE

I

Answering Counts I to XX inclusive, of the Supplement to Plaintiff's Complaint, Defendants incorporate by reference the responses made hereinabove to the allegations of the original Complaint.

2.

15192

II

Defendants deny that they have injured Plaintiff or in any way interfered with the rights of Plaintiff, and further allege that they have no information or belief sufficient to enable them to answer the remaining allegations of said Counts, and basing their denial on that ground, deny generally and specifically all other allegations of said Counts.

## COUNT NO. XXI

I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXI.

II

Answering Paragraphs II and III of Count No. XXI, Defendants deny each and every allegation thereof, and allege further that no prescriptive rights to the use of water could be acquired by Plaintiff and its predecessors by diversions within Plaintiff's military reservations downstream from all Defendants.

## ANSWER TO AMENDMENT TO COMPLAINT

## COUNT NO. XXII

I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in the unnumbered paragraph immediately under Count No. XXII.

3.

## II

Defendants deny each and every allegation contained in Paragraphs I and II of Count No. XXII, and allege further that Plaintiff may not pursuant to its riparian rights take water for use outside the watershed of the Santa Margarita River.

## III

Answering Paragraph III of Count No. XXII, defendants deny that Plaintiff has a storage right to the use of any water for Lake O'Neil, and deny that Plaintiff has any right to divert from the surface or sub-surface flow of the Santa Margarita River any quantity of water for use outside the watershed of the Santa Margarita River. Defendants allege that they have no information or belief sufficient to enable them to answer the remaining allegations of Paragraph III, and basing their denial on that ground, deny generally and specifically all other allegations of said Paragraph.

## COUNT NO. XXIII

### I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXIII.

### II

Defendants deny that the military use of Plaintiff is a proper riparian use. Defendants are without knowledge or information sufficient to enable them to answer the remaining allegations of Count No. XXIII, and therefore deny generally and specifically all other allegations of said Counts.

4.

15194

COUNT NO. XXV

I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXV.

II

Defendants deny generally and specifically each and every allegation contained in Paragraph II of Count No. XXV.

FIRST AFFIRMATIVE DEFENSE

I

Defendants are the owners of the real property situated in the County of Riverside, State of California, described in Exhibit "A" attached hereto and made a part hereof.

II

To the extent that said land or any part thereof is riparian to the Santa Margarita River or its tributaries, defendants are entitled to the full surface and underground flow of said waters for all reasonable beneficial uses on the riparian land to meet the requirements for the ultimate development thereof, correlative with the rights of other riparian users.

SECOND AFFIRMATIVE DEFENSE

I

To the extent that the waters of the land described in Exhibit "A", both surface and underground, are not part of the Santa Margarita River and its tributaries, including the subflow thereof, defendants claim that plaintiff has failed to state a cause of action against them, and that defendants' rights to said waters are prior and paramount to plaintiff, and defendants are entitled to the full use thereof without interference by plaintiff.

5.

WHEREFORE Defendants pray judgment as follows:

1. That Plaintiff take nothing by reason of the Complaint and Supplementary and Amendatory Complaint on file herein, and that said action be dismissed against these Defendants;

2. That the water rights of Defendants be adjudged and decreed herein;

3. That the title of Defendants in and to their rights to the use of water as determined herein be quieted, and be adjudged prior and paramount to all of the claimed rights of Plaintiff.

4. For costs of suit, and for such other relief as to the Court may seem just and equitable.

DATED: This 10 day of November, 1958.

BEST, BEST AND KRIEGER

By: /s/ Arthur L. Littleworth
    Attorneys for Defendants

15196

## CERTIFICATE OF SERVICE

I, JAMES H. KRIEGER, hereby certify that I am a member of the Bar of the United States District Court for the Southern District of California, and that I served the foregoing Answer upon the following person by sealing one copy thereof in an envelope and depositing the same in the United States mail at Riverside, California on the _10th_ day of _November_, 1958, with postage thereon fully prepaid, addressed as follows:

> J. LEE RANKIN, ESQ.,
> SOLICITOR GENERAL
> ROOM 332
> 325 WEST "F" STREET
> SAN DIEGO, CALIFORNIA.

DATED: This _10_ day of _November_, 1958.

/s/ James H. Krieger
James H. Krieger

15197

PARCEL 1:   Title in the name of Margherita Domenigoni

Section 3 in Township 6 South, Range 2 West, San Bernardino Base and Meridian; Excepting therefrom a strip of land on the Westerly side thereof conveyed to the County of Riverside for road purposes by Deed executed by Pete Domenigoni, dated August 27, 1929 and recorded in Book 722, page 444 of Deeds, November 13, 1929, Riverside County Records.

PARCEL 2:

The North one-half of the Northeast quarter of Section 10, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 3:   Title in the name of Margherita Domenigoni and Domenica Domenigoni.

The Southeast Quarter of the Northeast Quarter of Section Ten, Township Six South, Range Two West, San Bernardino Base and Meridian,

1.

EXHIBIT "A"

15197A