CARTER
11-12-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.               NO. 1247-SD-C CIVIL

vs.                MINUTES OF THE COURT

FALLBROOK, etc., et al    DATE: November 12, 1958

                              AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, COL ELLIOTT ROBERTSON, AND LT. COL. A. C. BOWEN

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, W. B. DENNIS, FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BORANKAY

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:05 A.M. convene herein.
Court and counsel discuss exhibits.
Witness Worts resumes stand and testifies further on cross examination.
At 11:10 A.M. a recess is declared by the court, and at 11:22 A/M reconvene herein.
Attorney Sachse makes statement that he does not represent Ed and Lucille Suderman, and request permission to strike their names from agreement as to order on pre trial as to facts filed October 3, 1958.
IT IS ORDERED said permission is granted.
Witness Worts resumes stand and testifies further.
At 12, noon, a recess is declared by the court to 2 P.M.
At 2 P.M. reconvene herein.
Witness Worts resumes stand and testifies further on cross examination.
Plaintiffs Exs. Nos. 51-B is marked for Identification and received in evidence.
At 3:15 P.M. a recess is declared by the court, and at 3:30 P.M. reconvene herein.
Witness Worts resumes stand and testifies further on re direct examination.
Plaintiffs Exs. Nos. 38B and 44 A are marked for Identification, and received in evidence.
At 4:35 P.M. a recess is declared by the court, and the further court trial herein, continued to November 13, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By _____ 4864