BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California.

OVerland 6-1450

Attorneys for Defendants

FILED
NOV 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

FILED
NOV 7 1958
at _____ min. Past _____ o'clock _____ m
EDWARD T. LANNON, REFEREE
_____ Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
-vs-
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
          Defendants.

Civil No. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

   The Defendants Dan E. Cantarini and Rose W. Cantarini hereby substitute the firm of Best, Best and Krieger, Attorneys at Law, Post Office Box 1028, Riverside, California, as their attorneys in the above entitled action in the place and stead of said defendants in Propria Persona.

   Dated: This 3rd day of November, 1958.

        x Dan E. Cantarini
        x Rose W. Cantarini

   We hereby consent to the foregoing Substitution.

   DATED: This 3rd day of November, 1958.

                BEST, BEST AND KRIEGER
                By: Arthur L. Littleworth

4862

U.S. v. Fallbrook Public Utility District, Cantarini, et al.,

### AFFIDAVIT OF MAILING

State of California,  } ss.
County of Riverside,

Case No. Civil No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is 4200 Orange Street, Riverside, California.

That on the 4th day of November 19 58, affiant served a copy of the attached paper, to-wit:

SUBSTITUTION OF ATTORNEYS

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

J. Lee Rankin, Esq.,
Solicitor General
Room 332, 325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 4th day of November, 19 58.

_____
Notary Public in and for the County of Riverside, State of California

_____
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

4863