Hoke S. and Mabel Norville

1  Defendants in propria persona
2  1035 E. Alvarado St.
   Fallbrook, Calif.
3

FILED
NOV 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M L Kusyl
       DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,          )
            Plaintiff,                )   CIVIL NO. 1247- SD - C
9                                     )
      v.                              )   ANSWER OF DEFENDANTS
10                                    )
   FALLBROOK PUBLIC UTILITY           )   Hoke S. Norville
11 DISTRICT, ET AL,                   )   and
                                      )   Mabel Norville
12          Defendants.               )

13       The defendants, Hoke S. Norville and Mabel Norville
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own four acres of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32

Dated
Copy recd

15200

2

These defendants claim all the rights of overlying landowners and to water which may originate or cross their land.

These defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

These defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these preceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever also described on attached Exhibit A.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Hoke S. Norville*

*Mabel Norville*

Defendants in propria persona

1035 E. Alvarado St.
Fallbrook, Calif.

Dated: Nov. 3, 1958

15201

The North four hundred twenty-nine feet of the East three hundred eighty-three and .79 hundredths feet of Lot Eight of the Shipley Tract, West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 132, filed in the office of the County Recorder of San Diego County, August 22, 1887.

Exhibit A