UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _1247-SD-C_ CIVIL

MINUTES OF THE COURT

DATE: _November 13, 1958_

AT: San Diego, California

PRESENT: Hon. _JAMES M. CARTER_ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, DONALD REDD and COL. ELLIOTT ROBERTSON.

COUNSEL FOR DEFENDANT: FRANZ SACHSE, W. B. DENNIS, ADOLPHUS MOSKOVITZ CARL BORONKAY, GEORGE STAHLMAN, ARTHUR LITTLEWORTH

PROCEEDINGS: FURTHER COURT TRIAL

At 10:02 A.M. convene herein.
Witness Worts resumes stand and testifies further on re direct examination.
At 11 A.M. a recess is declared by the court, and at 11:15 A.M. reconvene.
Witness Worts resumes stand and testifies further.
Plaintiffs Ex. No. 15A is marked for identification.
Witness Kunkel is recalled, and testifies further
At 12, noon, a recess is declared to 2 P.M.
At 2 P.M. reconvene.
Witness Kunkel resumes stand and testifies further.
Plaintiffs Ex. No. 15-B is marked for Identification.
At 3:25 P.M. a recess is declared by the court, and at 3:45 P.M. reconvene.
Witness Kunkel resumes stand and testifies further.
Plaintiffs Exs. Nos. 15-C and 15-D are marked for Identification.
Plaintiffs Ex. No. 17-A is received in evidence.
At 4:45 P.M. a recess is declared by the court, and the further court trial herein continued to November 14, 1958, at 10 A.M.

4865

JOHN A. CHILDRESS, Clerk