UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: November 14, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, AND COL. ELLIOTT ROBERTSON

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY, GEORGE STAHLMAN, AND W. B. DENNIS.

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:05 A.M. convene herein.
Witness Fred Kunkel resumes stand and testifies further.
Robert C. Fox is called, sworn, and testifies for the Plaintiff.
At 11 A.M. a recess is declared by the court, and at 11:10 A.M reconvene herein.
Witness Fox resumes stand and testifies further.
Plaintiffs Ex. No. 16-E is marked for Identification.
At 12, noon, a recess is declared by the court to 2 P.M.
At 2 P.M. reconvene.
IT IS ORDERED that Plaintiffs Exs. Nos. 16-C and 16-D may be withdrawn by Attorney Moskovitz for reproduction.
Witness Fox resumes stand and testifies further.
At 3 P.M. a recess is declared by the court, and at 3:15 P.M. reconvene herein.
Witness Fox resumes stand and testifies further.
At 4 P.M. a recess is declared by the court, and the further court trial herein continued to November 18, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

4866