MR. AND MRS. L. J. SINGLETON
1830 Hancock
San Diego 1, Calif.

1    Defendants in propria persona

**FILED**

NOV 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. Rush_
DEPUTY/CLERK

2

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

8    UNITED STATES OF AMERICA,        )
                                      )   CIVIL NO. 1247- SD - C
                Plaintiff,            )
9                                     )   ANSWER OF DEFENDANTS
                                      )
10      v.                            )
                                      )
11   FALLBROOK PUBLIC UTILITY         )
     DISTRICT, ET AL,                 )
                                      )
12              Defendants.           )

13          The defendants,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own            acres of land in

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32

15202

PAR. 93 W-4-1SX1
Beginning at SE COR of SW
1/4 of SW 1/4 TH N 1°29'50"
E 1039.22 FT TH S 34°03'
W 276.71 FT TH S 14°18'30"
W 218.28 FT TH S 60°
44'20" W 212.92 FT TH S 36°
38'40" E TO POB IN SW 1/4
of SW 1/4      SEC 49-3W

WHEREFORE, these defendants pray that plaintiff take

nothing against them by reason of the Complaint and Supplementary

and Amendatory Complaint on file herein; that said Complaint be

dismissed as against these defendants; that defendants' right to

water, as hereinabove set forth, be quieted as against the plain-

tiff and against all other defendants in this action; and for such

other and further relief as the Court may deem proper.


*E/ Singleton*

*Nadine P. Singleton*

Defendants in propria persona

Dated: 9-9-58

15203