FILED

NOV 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kresge
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
         Plaintiff,       )    No. 1247-SD-C
                          )
    v.                    )    AFFIDAVIT OF SERVICE BY MAIL
                          )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                   )
                          )
         Defendants.      )

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

THOMAS STRENTZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on November 7, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

SUMMARY OF EVIDENCE FOR October 7, 8, 10 & 14, 1958,

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

Thomas Strentz

Subscribed and sworn to before me this 10th day of November, 1958

Margaret B. Traber
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires    June 3, 1962

4867

Florence A. Anderson
  Room 918
  756 South Broadway
  Los Angeles, California

Anderson & Anderson
  Room 817
  606 South Hill Street
  Los Angeles 14, California

Ashton, Drohan & Marchetti
  3345 Newport Boulevard
  Newport Beach, California
  Attention: Harry Ashton

Office of Attorney General
  Library and Courts Building
  Sacramento, California
  Attention: Adolphus Moskovits
    Deputy Attorney General

Bates, Booth & Gray, Binkley & Pfaelzer
  458 South Spring Street
  Los Angeles 13, California

Bauder, Gilbert, Thompson & Kelly
  Suite 939
  458 South Spring Street
  Los Angeles, California

Beardsley, Hufstedler & Kemble
  610 Rowan Building
  Los Angeles 13, California

Best, Best & Krieger
  Evans Building
  Riverside, California

A. A. Bianchi
  Room 901
  400 Montgomery Street
  San Francisco, California

Thomas J. Burke
  504 Granger Building
  San Diego 1, California

Busch & Maroney
  367 North 2nd Avenue
  Upland, California

Bert Buzzini
  2233 Fulton Street
  Berkeley 4, California

Cannon & Callister
  650 South Spring Street
  Los Angeles 14, California

Alfred S. Chapman
  Room 702
  606 South Hill Street
  Los Angeles 14, California

Mabel Clausen
  320 First Trust Building
  Pasadena, California

Clayson, Stark & Rothrock
  Security Bank Building
  Corona, California
  Attention: George G. Grover
              & Owen Strange

Charles H. Carter
  1025 Main Street
  Corona, California

Raymond Choate
  127 West Anaheim Boulevard
  Wilmington, California

~~Howard E. Crandall~~
  ~~127 West Anaheim Boulevard~~
  ~~Wilmington, California~~

Crider, Tilson & Ruppe
  548 South Spring Street
  Los Angeles 13, California
  Attention: Tom Halde

William J. Cusack
  Room 814
  307 West 8th Street
  Los Angeles, California

Davidson & Russ
  16405 South New Hampshire Ave.
  Gardena, California

Charles B. DeLong
  507 Harbor Insurance Building
  San Diego 1, California

W. B. Dennis
  Route 1, Box 55
  Fallbrook, California

Leonard J. Difani
  220 Loring Building
  Riverside, California

Emmett E. Doherty
  612 Flower Street
  Los Angeles, California

J. A. Donnelley & Richard P. MacNulty
2655 4th Avenue
San Diego, California

Lawrence E. Drumm
Suite 820
458 South Spring Street
Los Angeles 14, California

Ray C. Eberhard
Room 1231
215 West 7th Street
Los Angeles 14, California

Estudillo & Bucciarelli
3900 Market Street
Riverside, California

Fendler, Weber & Lerner
333 South Beverly Drive
Beverly Hills, California

Daniel W. Gage
Room 740
458 South Spring Street
Los Angeles 13, California

Garver & Garver
Camas, Washington

Arthur M. Gediman
119 South Main Street
Elsinore, California

Leo Goodman
629 South Hill Street
Los Angeles 14, California

Gold & Gold
Suite 304
Bay Cities Building
Santa Monica, California

Abraham Gottfried
424 South Beverly Drive
Beverly Hills, California

Frank E. Gray
202 South Hamilton Drive
Beverly Hills, California

Samuel A. Greenburg
1014 West Valley Boulevard
Alhambra, California

Alvin G. Greenwald
Suite 303
6505 Wilshire Boulevard
Los Angeles 42, California

Hahn, Ross & Saunders
Suite 611
608 South Hill Street
Los Angeles 14, California

Halverson & Halverson
Suite 611
704 South Spring Street
Los Angeles 14, California

Frank S. Hamburger
1031 Mills Tower
San Francisco, California

Hammack & Pugh
541 South Spring Street
Room 1015
Los Angeles 13, California

Leslie B. Hanson
4412 York Boulevard
Los Angeles, California

Hash & Bernstein
31 South First Avenue
Phoenix, Arizona

J. E. Hemmi
220 North Nevada Street
Oceanside, California

Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

William Murray Hill
620-621 First National Bank Bldg.
San Diego 1, California

~~Howland & Prindle~~
  ~~639 South Spring Street~~
  ~~Los Angeles 14, California~~

Samuel Hurwitz
100 West Chapman Street
Orange, California

Randolph Karr, Roy Jerome and
Harold S. Lentz
65 Market Street
San Francisco 5, California

Christopher M. Jenks, and
Orrick, Dahlquist, Herrington & Sutcliffe
405 Montgomery Street
San Francisco 4, California
Attention: Christopher M. Jenks

G. Norman Kennedy
Room 415
234 East Colorado Street
Pasadena, California

-2-                           EXHIBIT A

4869

James H. Kindel Jr.
  Suite 405
  Rowan Building
  Los Angeles 13, California

Kindell & Anderson
  1016 North Broadway
  Santa Ana, California

Robert Kingsley
  3518 University Avenue
  Los Angeles 7, California

Courtney Lacey
  408 East Florida Avenue
  Hemet, California

Launer, Chaffee & Launer
  Bank of America Building
  Fullerton, California

Walter Gould Lincoln
  7130 Olivetas Avenue
  LaJolla, California

Lindley, Lazar & Scales
  825 Bank of America Building
  San Diego 1, California

Loeb and Loeb
  523 West 6th Street
  Los Angeles 14, California
  Attention: Howard I. Friedman

Luce, Forward, Kunsel & Scripps
  1220 San Diego Trust & Savings Bldg.
  San Diego 1, California
  Attention: Robert E. McGinnis

William H. Macomber
  1114 San Diego Trust & Savings Bldg
  San Diego 1, California

Earl Malmrose
  Room 651
  1206 Maple Avenue
  Los Angeles 15, California

Richard M. Marsh
  54-262 Jackson Street
  Indio, California

Thomas P. Menzies
  Room 803
  458 South Spring Street
  Los Angeles 13, California

Ernest L. Messner
  5429 Crenshaw Boulevard
  Los Angeles 43, California

Minton, Minton & Farrell
  111 North Harvard Street
  Hemet, California
  Attention: Carl W. Minton

Henry M. Moffatt
  121 East 6th Street
  Los Angeles 14, California

Neblett, Walker & Sullivan
  3742 10th Street
  Riverside, California
  Attention: John Neblett

A. J. O'Connor
  639 South Spring Street
  Los Angeles 14, California

O'Melveny & Myers & George Stahlman
  433 South Spring Street
  Los Angeles 13, California

Parker, Milliken & Kohlmeier
  650 South Spring Street
  Los Angeles 14, California

George M. Pierson
  816 Continental Building
  Los Angeles 13, California

Postel & Postel
  400 Montgomery Street
  San Francisco 4, California

Richardson & Henderson
  174 North Palm Canyon Drive
  Palm Springs, California

Riedman, Dalessi, Shelton & Beyer
  Suite 426
  110 West Ocean Boulevard
  Long Beach 2, California
  Attention: Fred M. Riedman

Office of Riverside County Counsel
  County Court House
  Riverside, California
  Attention: Wilburn J. Murry, Deputy
             James H. Angell, Deputy

John L. Roberts
  P.O. Box 507
  Riverside, California

Sachse & Price
  1092 South Main Street
  Fallbrook, California

Office of San Diego County District Attorney
  302 Civic Center
  San Diego 1, California
  Attention: Milton Milkes
             Deputy District Attorney

-3-                                    EXHIBIT A

4870

Sarau, Adams, Neblett & Sarau
  Suite 308
  3972 Main Street
  Riverside, California

Gary W. Sawtelle
  650 South Spring Street
  Los Angeles 14, California

Shatford & Shatford
  5920 North Temple City Blvd.
  Temple City, California

J. D. Skeen
  522 Newhouse Building
  Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
  250 East Palm Canyon Drive
  Palm Springs, California

Snyder & Snyder
  215 South La Cienega Boulevard
  Beverly Hills, California

George Stahlman
  Route 1, Box 235
  Fallbrook, California

Stark & Champlin
  Financial Center Building
  Oakland 12, California

W. E. Starke
  1130 Bank of America Building
  San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
  650 South Spring Street
  Los Angeles 14, California

Stone & Moran
  880 East Colorado Street
  Pasadena, California

Swanwick, Donnelly & Proudfit
  Suite 912
  629 South Spring Street
  Los Angeles 14, California

Swing & Swing
  313 Central Building
  San Bernardino, California

Swing, Scharnikow & Staniforth
  Suite 604
  San Diego Trust & Savings Bank Bldg.
  San Diego 1, California
  Attention: Phil D. Swing

Tanner, Hanson & Myers
  215 West 7th Street
  Los Angeles 14, California

Harry E. Teasdall
  114 North Main Street
  Fallbrook, California

Teschke, Rowe & Cramer
  359 North Cannon Drive
  Beverly Hills, California

Thompson & Colegate
  405 Citizens Bank Building
  Riverside, California

Trihey & Mirich
  565 West 5th Street
  San Pedro, California

Van Dyke, Dellenback & McGoodwin
  110 East 6th Street
  Medford, Oregon

Cornelius T. Waldo
  10742 Nassau Avenue
  Sunland, California

Robert W. Walker, Henry M. Moffatt,
  Robert S. Curtiss
    448 Santa Fe Building
    Los Angeles, California.

Watson, Hart & Nieras
  5939 Monterey Road
  Los Angeles 42, California

~~G. E. Weikert~~
  ~~918 Oviatt Building~~
  ~~Los Angeles 42, California~~

Weyl, Dunnaway & Weyl
  6331 Hollywood Boulevard
  Los Angeles 38, California

Whitney & Friedlander
  8736 Sunset Boulevard
  Los Angeles 46, California

E. E. Wiles
  305 Royal Hawaiian Avenue
  Honolulu, T. H.

P. W. Willett
  P.O. Box 103
  Fallbrook, California

-4-

EXHIBIT A

4871

Dennett Withington
  1317 "E" Street
  San Bernardino, California

Wyckoff, Parker, Boyle & Pope
  P.O. Box 960
  Watsonville, California

Cornelius T. Waldo
  10742 Nassau Avenue
  Sunland, California