```
                                              (SPACE BELOW FOR FILING STAMP ONLY)

         LAW OFFICES                          F I L E D
      SACHSE AND PRICE
    1092 SOUTH MAIN STREET
     FALLBROOK, CALIFORNIA                    NOV 16 1958
       RANDOLPH 8-1154
                                              CLERK, U...
                                              SOUTHERN DIST...
                                              By M. S. Kiesling

Attorneys for   Defendants
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | OBJECTIONS |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | TO FINDINGS OF |
| Defendants. ) | SPECIAL MASTER |

     The following objections are submitted with respect to the Findings of the Special Master on the DeLuz Creek watershed in the cases of the parcels and defendants listed hereinafter.

     1. Finding XI (Lewis-Taylor, Parcel 12, page 15)

     The Finding recites that the property is subject to a Deed of Trust in favor of Bank of America NTSA as trustee and Vera M. Godfrey as beneficiary. The record of title available to these defendants indicates that they are owners of a clear title, and that no Vera Godfrey appears in the chain of title through two previous owners. This matter is being checked with the United States in an effort to clarify it.

     2. Finding XX (Bleecker, Parcel 30, page 25).

     In referring to the un-named intermittent stream discussed in this finding there is no statement as to the period during which it flows or the character of the waters underlying it. It is believed that the finding should be amended to state that the

- 1 -

4873

Copy recd.

stream in question flows only during and immediately after periods of precipitation and run off, and that the waters underlying said stream are vagrant local waters not a part of the Santa Margarita River system.

    3.  Finding XXVI (McDowell, Parcel 36, page 29)

The finding recites that the two forks of De Luz Creek join "near" the southwesterly boundary of the parcel. It is believed the finding should be clarified to indicate whether the streams join on or off the lands of the defendant.

    4.  Finding XXVII (Garnsey, Parcel 37, page 31 et seq)

The Finding recites the existence of two Permits to appropriate water from Cottonwood Creek issued by the State of California to the defendants, but does not recite the fact that any actual diversion and use has been made under such permits. The uncontradicted testimony is to the effect that the defendants have stored and diverted water under said Permits continuously, although no mathematically accurate statement as to the amount of water diverted could be made. It is believed that the Findings should state that storage and diversions have been made by defendants since the date of the Permits without specifying any specific amount.

    5.  Finding XXXVII (Anderson, Parcel 48, page 43)

This finding recites that Parcel 48 is riparian to Fern Creek and to Camps Creek. Since the two streams named do not merge on the lands of the defendants it is believed that the finding should be amended to state that the portion of parcel 48 lying within the watershed of Camps Creek is riparian to Camps Creek, and the portion lying within the watershed of Fern Creek is riparian to Fern Creek.

    6.  Finding LI (page 59)

It is believed that this Finding should be amended to recite that there is no evidence of a present deficiency of

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

4874

supply for the needs of the users within the DeLuz Creek watershed such statement to be followed by the language presently contained in the Finding that the "flow is insufficient to meet the ultimate needs and uses.....etc....".

SACHSE and PRICE

by _/s/ Franz R. Sachse_
Franz R. Sachse
Attorneys for certain defendants
DeLuz Creek Watershed

Dated: November 17, 1958.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    No. 1247 SD C

FRANZ R. SACHSE _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached____Objections to Findings of Special Master_____

(Copy title of paper served)

on the____Plaintiff_____in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

1) Mr. William H. Veeder, Room 332, 325 West F Street, San Diego, California

2) Mr. Adolphus Moskovitz, Library and Courts Building, Sacramento, California
(Name and address as shown on the envelope)

sealed and deposited on the__17__day of_____November_____, 195_58_, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this__17th__

day of_____November_____, 195_8_

_Erice E. Bergstrom_                              _Franz R. Sachse_
Notary Public in and for said County and State

(SEAL)                                                                                        4876
Stuart's FORM 23                                  My Commission expires__May 25, 1961__