CARTER
11-18-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: November 18, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER AND WILLIAM BURBY
COL. ELLIOTT ROBERTSON, AND COL. A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, W. B. DENNIS, ARTHUR LITTLEWORTH,

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:05 A.M. convene herein.
Attorneys Littleworth, Stahlman and Dennis each make statements.
Plaintiffs. Exs. Nos. 120 A, thru 120 D are marked for Identification.
Witness Robert Fox resumes stand and testifies further.
Plaintiffs Exs. Nos. 15A, 15B, 15C, and 15D are received.
Witness Kunkel resumes stand and testifies further.
At 11 A.M. a recess is declared by the court, and at 11:10 A.M. reconvene.
Witness Kunkel resuems stand and testifies further.
At 12, noon, a recess is declared by the court to 2 P.M.
At 2 P.M. reconvene.
Witness Kunkel resumes stand and testifies further.
At 3:10 P.M. a recess is declared by the court, and at 3:25 P.M. reconvene
Witness Kunkel resumes stand and testifies further.
Plaintiffs Exs. Nos. 16-B, 16-C and 16-1 are received.
At 4:30 P.M. a recess is declared by the court, and the further court trial herein continued to 10 A.M. November 19, 1958.

4877

JOHN A. CHILDRESS, Clerk