CARTER
11-19-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.      NO. _1247-SD-C_ CIVIL

vs.         MINUTES OF THE COURT

FALLBROOK, etc., et al      DATE: November 19, 1958

AT: San Diego, California

PRESENT: Hon. ___JAMES M. CARTER___ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, COL ELLIOTT ROBERTSON, AND LT. COL. A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, ADOLPHUS MOSKOVITZ, CARL BARONKAY

PROCEEDINGS:   FURTHER COURT TRIAL.

At 10 A.M. convene herein.
Attorney Veeder makes statement and request that entry of Masters findings be deferred.
Court and counsel each make statements.
Witness Kunkel resumes stand and testifies further.
At 11:10 A.M. a recess is declared by the court, and at 11:20 A.M. reconvene.
Witness Kunkel resumes stand and testifies further.
Frank H. Cannon is called, sworn, and testifies for the Plaintiff.
Plaintiffs Exs. No. 101 is received in evidence.
At 12,noon, a recess is declared by the court to 2 P.M.
At 2:05 P.M. reconvene.
Witness Cannon resumes stand and testifies further.
Plaintiffs Ex. No. 99 is offered, and objected to.
Plaintiffs Ex. No. 98-1 is marked for Identification.
At 3:10 P.M. a recess is declared by the court, and at 3:25 P.M. reconvene
Witness Cannon resumes stand and testifies further.
Plaintiffs Exs. Nos. 98, 98A, and 99 are received.
Plaintiffs Exs. Nos. 89AZ thru 89CJ are marked for Identification.
Plaintiffs Ex. Nos 75-1 thru 75-74 are offered, objected to, objection overruled, and admitted.
Plaintiffs Exs. Nos. 100, 102, 103 thru 117, and 97 are received inevidence.
At 4:30 P.M. a recess is declared by the court, and the further court trial herein is continued to November 20, 1958, at 10 A M.

JOHN A. CHILDRESS, Clerk

4878

By WILLIAM LUDDY