F I L E D

NOV 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA, )
      Plaintiff, )
      v. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL )
      Defendants. )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    HANS CHRISTENSEN and ZORA CHRISTENSEN

    FRED W. NEW and KATHRYN A. NEW

DATED: November __, 1958.

_____

4879