UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                                NO. _1247-SD-C_ _ _ CIVIL

vs.                                   MINUTES OF THE COURT

FALLBROOK, etc., et al                DATE: November 20, 1958

                                      AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, COL. ELLIOTT ROBERTSON

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, ADOLPHUS MOSKOVITZ, Carl BARONKAY.

PROCEEDINGS: FURTHER COURT TRIAL

At 10:05 A.M. convene herein.
Witness Cannon resumes stand and testifies further
Plaintiffs Ex. No. 98-1 is received in evidence.
At 11:05 A.M. a recess is declared by the court, and at 11:15 A.M. reconvene
Joseph McNearney is called, sworn, and testifies for Government.
Plaintiffs Ex. No. 119 is received.
At 12, noon, a recess is declared to 2 P.M.
At 2:10 P.M. reconvene.
Walter E. Moore, and Walter Hughes are called, sworn, and testify for the Governmenr.
Plaintiffs Ex. No. 92 is received in evidence.
Robert A. Nichols is called, sworn, and testifies for Government.
Plaintiffs Ex. No. 73 is marked for Identification, and received.
At 3:15 P.M. a recess is declared by the court, and at 3:30 P.M. reconvene.
Witness Nichols resumes stand and testifies for the Plaintiff.
At 4:30 P.M. a recess is declared to November 21, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk   4881