UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                    NO. x18 1247-SD-C CIVIL

vs.                                       MINUTES OF THE COURT

FALLBROOK, etc., et al                    DATE: Nov. 21, 1958

                                          AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

   Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND MALCOLM LOVE

   COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, COL. ELLIOTT ROBERTSON, AND LT. COL. A. C. BOWEN

   COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, CARL BARONKAY

PROCEEDINGS:   FURTHER COURT TRIAL

   At 10:05 A.M. convene herein.
   The court makes statement re masters hearing and states both hearings now set for December 1, and December 15 will be continued.
   Witness Taylor resumes stand and testifies further.
   Allen C. Bowen resumes stand and testifies further.
   At 11:00 A.M. a recess is declared by the court.
   At 11:15 A.M. reconvene.
   Witness Bowen resumes stand and testifies further.
   Plaintiffs Exs. Nos. 93 and 93A thru 93F are received.
   Plaintiffs Ex. No. 94 is received.
   At 12, noon, a recess is declared to 2 P.M.
   At 2 P.M. reconvene herein
   Witness Bowen resumes stand and testifies further.
   Plaintiffs Exs. Nos. 74 and 77, and 89 CG, 89AZ thru 89CJ, 89A thru 89Ay and 120 A thru 120 D are received in evidence.
   At 3:30 P.M. a recess is declared by the court, and the further court trial herein continued to November 25, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

4880