UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                         NO. 1247-SD-C _ _ _ CIVIL

vs.                           MINUTES OF THE COURT

FALLBROOK, etc., et al       DATE: Nov. 25, 1958

                              AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judge;

    Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER AND MALCOLM LOVE

    COUNSEL FOR PLAINTIFF: WILLIAM BURBY AND WILLIAM VEEDER, COL ELLIOTT ROBERTSON, AND DONALD REDD

    COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY,

PROCEEDINGS: FURTHER COURT TRIAL.

    At 10:05 A.M. convene herein
    Court and counsel discuss field trip to Camp Pendleton.
    IT IS ORDERED that parties will assemble at the Office of Ground Water Resources, at 8 A.M. 11-25-58.
    Witness Allen C. Bowen resuems stand and testifies further.
    At 11:10 A.M. a recess is declared by the court, and at 11:20 A.M. reconvene.
    Witness Bowen resumes stand and testifies further.
    Plaintiffs Exs. Nos. 86A, 88, and 86 are received.
    At 12, noon, a te recess is declared by the court to 2 P.M.
    At 2 P.M. reconvene.
    Witness Bowen resumes stand and testifies further.
    At 3:10 P.M. a recess is declared by the court, and at 3:25 P.M. reconvene.
    Witness B owen resumes stand and testifies further.
    At 4:30 P.M. a recess is declared by the court to Nov. 26, 1958, at 8 A.M. at Camp Pendleton for field trip.

                                                   JOHN A. CHILDRESS, Clerk
                                                   4883