MARTIN A. RUBBERT &
LORETTA E. RUBBERT
Defendants in propria persona
Wildomar, Calif.

FILED
NOV 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | MARTIN A. RUBBERT & LORETTA E. RUBBERT, Husband and wife |
| Defendants. | |

The defendants, MARTIN A. RUBBERT & LORETTA E. RUBBERT each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 275 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15233

MARTIN A. RUBBERT
LORETTA E. RUBBERT
Wildomar, Calif.

2   We claim our water rights are paramount to all
3   other rights or claims of right of Plaintiff
    in and to said water. We claim all water rights
    under our land for the beneficial use, thereon

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Martin A Rubbert*

*Loretta E Rubbert*

Defendants in propria persona

Dated: November 22, 1958.

15234

MARTIN A. RUBBERT
LORETTA E. RUBBERT
Wildomar, Calif.

EXHIBIT "A"

PARCEL 1.
Lots 37, 39, 41, 43, 45, 47, 49, 51, 53, 55, and the Northwesterly 4.06 acres of Lot 57 in Block K of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California; together with the Southeasterly one-half of South Pasadena Street, now vacated, lying Northwesterly of and adjoining the Northwesterly line of said Lot 37, as shown on said map, and together with that portion of Hand Street, now vacated, lying between said Lots 51 and 53, as shown on said Map.

PARCEL 2.
Lots 1 to 24, inclusive, in Block 4, and Lots 1 to 23, inclusive, in Block 5, of the Town of Wildomar, as shown by map on file in Book 6 Page 294 of Maps, Records of San Diego County, California; together with that portion of the Northwesterly one-half of South Pasadena Street, now vacated, lying Southeasterly of and adjoining the Southeasterly lines of said Blocks 4 and 5, as shown on said Map; and together with that portion of the Southeasterly one-half of Penrose Street, now vacated, lying Northwesterly of and adjoining the Northwesterly lines of said Block 4 and adjoining the Southwesterly half of said Block 5, as shown on said Map; and together with that portion of Olive Street, now vacated, lying between said Blocks 4 and 5 as shown on said Map; and together with that portion of the Southwesterly one-half of Dunn Street, now vacated, lying Northeasterly of and adjoining the Northeasterly lines of said Lots 13 to 23, inclusive, in Block 5, as shown on said Map; and together with that portion of the 20 foot alley, now vacated, lying between the Northeasterly lines of said Lots 1 to 12, inclusive, in Block 4 and the Southwesterly lines of said Lots 13 to 24, inclusive, of said Block 4, as shown on said Map; and together with that portion of the 20 foot alley, now vacated, lying between the Northeasterly lines of said Lots 2 to 12, inclusive, in Block 5 and the Wouthwesterly lines of said Lots 13 to 23, inclusive, of said Block 5, as shown on said Map; and together with that portion of the Southwesterly one-half of the 20 foot alley, now vacated, lying Northeasterly of and adjoining the Northeasterly line of said Lot 1 in Block 5, as shown on said Map.

PARCEL 3.
Lots 48 and 49 of Block L of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California;
EXCEPTING therefrom the portion thereof included in the parcel of land described as follows:
BEGINNING at the most Easterly corner of said Lot 49; Thence South 36° 32' West along the Southeasterly line of said Lot 49, a distance of 845.66 feet; Thence North 49° 54' West and parallel with the Northeasterly line of said Lots 48 and 49, a distance of 1290.22 feet to a point in the center line of Hand Street; Thence North 36° 32' East along the center line of Hand Street, a distance of 845.66 feet to a point on the Southerly line of Palomar Street; Thence South 49° 54' East along the Southerly line of Palomar Street and the Northeasterly line of said Lots 48 and 49, a distance of 1290.22 feet to the point of beginning.

-1-

15235

MARTIN A. RUBBERT
LORETTA E. RUBBERT
Wildomar, Calif.

EXHIBIT "A" (Con't.)

TOGETHER WITH that portion of the Southeasterly one-half of Hanna Street, now vacated, lying Northwesterly of and adjoining the Northwesterly line of that portion of Lot 48 herein described.

PARCEL 4.
That portion of Block M of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California, described as follows::
BEGINNING at the point of intersection of the Southeasterly line of Santa Rosa Street with the Southwesterly line of Palomar Street (said streets are set forth and established by Record of Survey on file in Book 8 Page 98 of Records of Survey, Riverside County Records); Thence South 49° 54' 10" East, on the Southwesterly line of said Palomar Street, a distance of 832 feet; Thence South 36° 30' West, a distance of 1197.61 feet, more or less, to a point on the Northeasterly right of way line of the Atchison, Topeka and Santa Fe Railroad, as shown by Record of Survey herein described; Thence North 49° 51' West on said Northeasterly right of way line of said Railroad, a distance of 832 feet to the Southeasterly line of said Santa Rosa Street, as shown on said Record of Survey; Thence North 36° 30' East on said Southeasterly line of said Santa Rosa Street, a distance of 1196.85 feet to the point of beginning.
Said Parcel being also shown as Lots 1, 2 and 3 and 4 of the La Vista Tract, as shown by Record of Survey thereof on file in Book 8 Page 98 of Records of Survey, Riverside County Records.

PARCEL 5.
That Portion of Block M of Graham, Collier and Healds Subdivision of Blocks K, L and M of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California, lying Northeasterly of the center line of the right of way of the Southern California Railway Company and Southeasterly of the following described line:
COMMENCING at a point on the center line of said right of way, distant 1724 feet Northerly along the center line of said right of way from a point where said center line intersects the most Southerly line of the Rancho La Laguna; Thence Easterly 50 feet, more or less, to a permanent ¾ inch pipe set in a concrete mount. approximately on the Easterly line of said right of way; Thence Northeasterly interior angle 113° 8'; 435 feet to a like monument; Thence Northwesterly interior angle 210° 25'; 365.9 feet to another like monument; Thence Northeasterly interior angle 137° 21', 568.4 feet to another like monument; Thence Northeasterly interior angle 180° 32' 30"; 1117.4 feet to another like monument located approximately on the Easterly line of the Rancho La Laguna bearing South 47° East;;
EXCEPTING therefrom the portion thereof included in said Railroad right of way extending across the Southwesterly side of said Tract;;
ALSO EXCEPTING therefrom that portion thereof described as follows COMMENCING at Rancho La Laguna Corner No. 13; Thence South of 197.94 feet on said ranch line to the true point of beginning; Thence South 50° West on said line, a distance of 546.35 feet to

-2-

MARTIN A. RUBBERT
LORETTA E. RUBBERT
Wildomar, Calif.

EXHIBIT "A" (Con't)

its intersection with the Northeasterly line of the Atchison, Topeka and Santa Fe Railroad right of way; Thence North 45° 06' 30" West, along said right of way, a distance of 408.7 feet; Thence North 50° East, a distance of 667.95 feet to the intersection with the center line of the County Highway; Thence on a curve, the radius of which is 260.19 feet curving Southeasterly a distance of 234.56 feet; Thence South 41° 54' 30" East, a distance of 200 feet to the true point of beginning;
ALSO EXCEPTING therefrom the portion thereof lying Northeasterly of the Southwesterly line of Palomar Street, as shown on said Map;
ALSO EXCEPTING therefrom the portion thereof lying Easterly of the Westerly line of that certain right of way, 60 feet wide, conveyed to the County of Riverside by Deed recorded March 8, 1915 in Book 406 Page 98 of Deeds, Records of Riverside County, California.

PARCEL 6.
The Southwesterly 50 feet of that certain 100 foot right of way as conveyed to the California Southern Railroad Company by Deed recorded on Book 41 Page 344 of Deeds, Records of San Diego County, California, extending Southeasterly from the Northeasterly extension of the Northwesterly line of Lot 39 in Block K of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California, to the Northeasterly extension of the Southeasterly line of Lot 57 in Block K; ALSO the Northeasterly 50 feet of said 100 foot right of way as conveyed by said Deed, extending Southeasterly from the center line of Hand Street, extended across said right of way, to the Southwesterly extension of the Southeasterly line of Lot 49 in Block L of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California.

PARCEL 7.
The Southwesterly 50 feet of that certain 100 foot right of way as conveyed to the California Southern Railroad Company by Deed recorded in Book 41 Page 344 of Deeds, Records of San Diego County, California, extending Southeasterly from the Northeasterly extension of the Northwesterly line of Lot 37 in Block K of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California to the Northeasterly extension of the Southeasterly line of said Lot 37 as shown on said Map.

PARCEL 8.
That portion of that certain 100 foot right of way as conveyed to the California Southern Railroad Company by Deed recorded in Book 41 Page 344 of Deeds, Records of San Diego County, California, lying within Block M of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California.

-2-

15237

MARTIN A. RUBBERT
LORETTA E. RUBBERT
Wildomar, Calif.

EXHIBIT "A" (Con't.)

PARCEL 9.
THe Northeasterly 50 feet of that certain 100 foot right of way as conveyed to the California Wouthern Railroad Company by Deed recorded in Book 41 Page 344 of Deeds, Records of San Diego County, California, extending Woutheasterly from the Southwesterly extension of the Northwesterly line of Lot 47 in Block L of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California, to the center line of Hand Street, now vacated, extended across said right of way.

PARCEL 10.
The Northeasterly 50 feet of that certain 100 foot right of way as conveyed to the California Southern Railroad Company by Deed recorded in Book 41 Page 344 of Deeds, Records of San Diego County, California, extending Southeasterly from the Southwesterly extension of the Northwesterly line of Lot 50 in Block L of Elsinore, as shown by map on file in Book 4 Page 174 of Maps, Records of San Diego County, California, to the Southwesterly extension of the Southeasterly line of said Lot 50.

-4-

15236