BEST, BEST AND KRIEGER
P. O. Box 1028
Riverside, California.

OVerland 6-1450

Attorneys for Defendant: Karl Frick

F I L E D

NOV 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
    Defendants.

Civil No. 1247-SD-C

ANSWER OF DEFENDANT
KARL FRICK

  DEFENDANT KARL FRICK, sued herein as Carl Frick, answering Plaintiff's Complaint and Supplementary and Amendatory Complaint admits, denies and alleges as follows:

ANSWER TO ORIGINAL COMPLAINT

I

  Defendant alleges that he has no information or belief sufficient to enable him to answer the allegations contained in Paragraphs I, II, III, VI, VII, and VIII, and placing his denial on that ground denies generally and specifically all of the allegations contained in said Paragraphs.

1.

15282

II

Answering the allegations of Paragraph IV, denies that he has in any way encroached upon or interfered with the rights of Plaintiff, or threatens the destruction of the basin referred to in the paragraph, or has damaged or threatened to damage Plaintiff in any manner. Defendant alleges that he has no information or belief sufficient to enable him to answer the remaining allegations in Paragraph IV, and placing his denial on that ground, denies generally and specifically all of the other allegations in said Paragraph.

III

Answering the allegations of Paragraph V, Defendant admits that the stipulated judgment marked Exhibit "A" was entered, but denies all other allegations of said Paragraph, and alleges that the stipulated judgment is not binding upon this answering Defendant.

IV

Denies each and every allegation contained in Paragraph IX.

ANSWER TO SUPPLEMENT TO COMPLAINT

COUNTS NOS. I to XX INCLUSIVE

I

Answering Counts I to XX inclusive, of the Supplement to Plaintiff;s Complaint, Defendant incorporates by reference the responses made hereinabove to the allegations of the original complaint.

II

Defendant denies that he has injured Plaintiff or in any way interfered with the rights of Plaintiff, and further alleges that he has no information or belief sufficient

2.

15263

to enable him to answer the remaining allegations of said Counts, and basing his denial on that ground, denies generally and specifically all other allegations of said Counts.

## COUNT NO. XXI

### I

Defendant incorporates by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXI.

### II

Answering Paragraphs II and III of Count No. XXI, Defendant denies each and every allegation thereof, and alleges further that no prescriptive rights to the use of water could be acquired by Plaintiff and its predecessors by diversions within Plaintiff's military reservations downstream from all Defendants.

## ANSWER TO AMENDMENT TO COMPLAINT
## COUNT NO. XXII

### I

Defendant incorporates by reference the responses made hereinabove to the allegations referred to in the unnumbered paragraph immediately under Count No. XXII

### II

Defendant denies each and every allegation contained in Paragraphs I and II of Count No. XXII, and alleges further that Plaintiff may not pursuant to its riparian rights take water for use outside the watershed of the Santa Margarita River.

3.

15284

III

Answering Paragraph III of Count No. XXII, Defendant denies that Plaintiff has a storage right to the use of any water for Lake O'Neil, and denies that Plaintiff has any right to divert from the surface or sub-surface flow of the Santa Margarita River any quantity of water for use outside the watershed of the Santa Margarita River. Defendant alleges that he has no information or belief sufficient to enable him to answer the remaining allegations or Paragraph III, and basing his denial on that ground, denies generally and specifically all other allegations of said Paragraph.

COUNT NO. XXIII

I

Defendant incorporates by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXIII.

II

Defendant denies that the military use of Plaintiff is a proper riparian use. Defendant is without knowledge or information sufficient to enable him to answer the remaining allegations of Count No. XXIII, and therefore denies generally and specifically all other allegations of said Counts.

COUNT NO. XXV

I

Defendant incorporates by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXV.

4.

15285

II

Defendant denies generally and specifically each and every allegation contained in Paragraph II of Count No. XXV.

FIRST AFFIRMATIVE DEFENSE

I

Defendant is the owner of the real property situated in the County of Riverside, State of California, described in Exhibit "A" attached hereto and made a part hereof.

II

To the extent that said land or any part thereof is riparian to the Santa Margarita River or its tributaries, defendant is entitled to the full surface and underground flow of said waters for all reasonable beneficial uses on the riparian land to meet the requirements for the ultimate development thereof, correlative with the rights of other riparian users.

SECOND AFFIRMATIVE DEFENSE

I

To the extent that the waters of the land described in Exhibit "A", both surface and underground, are not a part of the Santa Margarita River and its tributaries, including the subflow thereof, defendant claims that Plaintiff has failed to state a cause of action against it, and that defendant's rights to said waters are prior and paramount to plaintiff, and defendant is entitled to the full use thereof without interference by plaintiff.

5.

15266

THIRD AFFIRMATIVE DEFENSE

I

Defendant owns and maintains a storage reservoir on his property which is approximately 30 feet by 40 feet in dimension, and approximately 5 feet deep in the center. For more than five years prior to the commencement of this action against defendant and prior to the time when plaintiff acquired its properties, defendant and his predecessors in interest have openly, continuously, adversely, and under a claim of right stored and impounded water in said reservoir. Defendant is the owner of and claims the right to impound and store water to the full capacity of said reservoir.

WHEREFORE Defendant prays judgment as follows:

1. That Plaintiff take nothing by reason of the Complaint and Supplementary and Amendatory Complaint on file herein, and that said action be dismissed against this defendant;

2. That the water rights of Defendant be adjudged and decreed herein;

3. That the title of Defendant in and to his rights to the use of water as determined herein be quieted, and be adjudged prior and paramount to all of the claimed rights of Plaintiff, and all other defendants.

4. For costs of suit, and for such other relief as to the Court may seem just and equitable.

DATED: This 25th day of November, 1958.

BEST, BEST AND KRIEGER

By: Arthur L. Littleworth
Attorneys for Defendant

6.

15267

Northeast Quarter, North-half of Northwest Quarter and Southeast Quarter of Northwest Quarter of Section 28, Township 6 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey;

EXCEPTING therefrom the Northeast Quarter of the Northeast Quarter of said Section;

ALSO EXCEPTING from the Northeast Quarter of said Section, the portion thereof particularly described as follows: Beginning at the Southeast corner of the Northeast Quarter of said Section:

Thence North along the East line of said Section 28, 1335.2 feet to the center line of the County Road;

Thence South 46° 48' 30" West along the center line of said County Road, 349.47 feet;

Thence deflecting to the left on a curve having a radius of 120 feet, a tangent of 57.53 feet, a distance of 107.29 feet;

Thence South 04° 25' East along the center line of said County Road, 1004.67 feet to the South line of the Northeast Quarter of said Section;

Thence North 89° 23' East along the South line of the Northeast Quarter of said Section 28, 215 feet to the point of beginning.

EXHIBIT "A"

7.

15268

CERTIFICATE OF SERVICE

I, JAMES H. KRIEGER, hereby certify that I am a member of the Bar of the United States District Court for the Southern District of California, and that I served the foregoing Answer upon the following person by sealing one copy thereof in an envelope and depositing the same in the United States mail at Riverside, California on the 25th day of November, 1958, with postage thereon fully prepaid, addressed as follows:

> J. LEE RANKIN, ESQ.,
> SOLICITOR GENERAL
> ROOM 332
> 325 WEST "F" STREET
> SAN DIEGO, CALIFORNIA.

DATED: This 25th day of November, 1958.

*James H. Krieger*

15269