UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL  
MINUTES OF THE COURT  
DATE: November 26, 1958  
AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, ADOLPHUS MOSKOVITZ, CARL BARONKAY.

PROCEEDINGS: FIELD TRIP AT CAMP PENDLETON.

At the Office of Ground Water Resources at 8 A.M. commenced field trip.
Plaintiffs Exs. Nos. 89CG-1, 2, 3, and 4 marked for identification.
Numerous stops made within Camp Pendleton, and said stops noted on exhibits by Col. Bowen.
At 3:30 P.M. returned to Office of Ground Water Resources, and completed field trip.
IT IS ORDERED that cause is continued to December 2, 1958, at 10 A.M. for further court trial.

4882

JOHN A. CHILDRESS, Clerk