CARTER
12-2-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C  CIVIL

MINUTES OF THE COURT

DATE: DEC. 2, 1958

AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR DEFENDANTS ~~PLAINTIFF~~ FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN
CARL BARONKAY

COUNSEL FOR PLAINTIFF ~~DEFENDANT~~ WILLIAM VEEDER AND WILLIAM BURBY, COL. ELLIOTT
ROBERTSON, LT. COL A. C. BOWEN, ~~DONALD REDD~~ - - - - - - - - - - - - - - - -

PROCEEDINGS: FURTHER COURT TRIAL.

At 10 A.M. convene herein.
Court and counsel make certain corrections in transcript.
Attorney Moskovitz makes statements in the order of short opening statement re procedure to be followed by State on presentation of Geology.
Leland Illingworth is called, sworn, and testifies for the State.
At 11:05 A.M. recess, and at 11:15 reconvene.
Witness Illingworth resumes stand and testifies further.
At 11:50 A.M. a recess is declared to 2 P.M.
At 2:20 P.M. reconvene.
Witness Illingworth testifies further.
California Exs. Nos. M-1 thru M-17, N-1 thru N-5, and O-1 thru O-26 are marked for Identification.
Exs. Nos. L-1 is received.
At 3:20 P.M. a recess is declared by the court, and at 3:35 P.M. reconvene.
Witness Illingworth testifies further.
Laurence James is called, sworn, and testifies for the State.
At 4:40 P.M. a recess is declared by the court, and the further court trial herein continued to Dec. 3, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By _ _ _ _ _ _ _ _ _ _ _ _ _ _