UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

NO. _1247-SD-C_ _ _ CIVIL

U.S.A.                                      MINUTES OF THE COURT

vs.                                         DATE: Dec. 3, 1958

FALLBROOK, etc., et al                      AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;
                                                                          LOVE
Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ _ _ _ JOHN SWADER ANDMALCOLM

COUNSEL FOR PLAINTIFF: WILLIAMXAM WILLIAM VEEDER. COL. ELLIOTT ROBERTSON
                       CO. A. C. BOWEN, DONALD REDD - - - - - - -

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN
                       CARL BARONKAY - - - - - - - - - - - - - - - -

PROCEEDINGS: FURTHER COURT TRIAL.
   At 10:10 A.M. convene herein.
   Witness James resumes stand and testifies further.
   At 11 A.M. a recess is declared by the court, ak at 11:10 A.M. reconvene.
   Witness James resumes stand and testifies further.
   Defendant State of California Ex. No. 1-Place 16A is marked for identification.
   At 12, noon, a recess is declared by the court to 2 P.M.
   At 2:05 P.M. reconvene.
   Witness James resumes stand and testifies further.
   At 3:20 P.M a recess is declared by the court, and at 3:40 P.M. reconvene.
   Witness James resumes stand and testifies further.
   Defendant State of California Exs. Nos. 1-2A,2B,6,9A,9B, 10A,10B,11A, 11B, 13A, 13B, 14, 15, 16, 17, and L. Append F and G are admitted over ovdc objection by Attorney Veeder.
   Exs. L append B and L append D are offered and ruling is deferred.
   Pages a 13 thru 14, 62 thru 81 of vol 1 Bulletin 57 offered, and ruling is deferred.
   At 4:30 P.M. a recess is declared by the court, and the further court trial herein continued to 10 A M. December 4,1958.

                                              JOHN A. CHILDRESS, Clerk       4885