UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL  
MINUTES OF THE COURT  
DATE: Dec. 4, 1958  
AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;  
Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER AND MALCOLM LOVE  
COUNSEL FOR PLAINTIFF: WILLIAM VEEDER. COL ELLIOTT ROBERTSON, COL A. C. BOWEN

COUNSEL FOR DEFENDANT: ADOLPHUS MOSKOVITZ, FRANZ SACHSE, GEORGE GROVER, CARL BARONKAY, AND GEORGE STAHLMAN

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:50 A.M. convene herein  
Court and counsel discuss Bulleton 57.  
Witness James resumes stand and testifies further.  
At 12:05 P.M. a recess is declared to 2 P.M.  
At 2:05 P.M. reconvene.  
Witness James resumes stand and testifies further.  
Defendant State of California, Ex. No. L append B, draft 1 and 2, and 1 append F Logs 1, 2, 3, and 4 are marked for Identifications.  
L table 15-1 and L table 15-2 are marked for identification.  
Ex. M-1 is received  
At 3:20 P.M. a recess is declared by the court, and at 3:40 P.M. reconvene.  
Witness James is resumes stand and testifies further.  
Exs. Nos. M-2, M-3, M-4, M-5, M-6, M-7 and M-8 are received.  
At 4:30 P.M. a recess is declared by the court and the further court trial herein is continued to Dec. 5, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk  4886