UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.   NO. _1247-SD-C_ _ _ CIVIL

vs.   MINUTES OF THE COURT

FALLBROOK, etc., et al   DATE: Dec. 5, 1958

AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter _ _ _ _ JOHN SWADER

COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, COL ELLIOTT ROBERTSON, COL A. C. BOWEN, AND DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE GROVER CARL BARONKAY, AND GEORGE STAHLMAN

PROCEEDINGS: FURTHER COURT TRIAL.

At 10 A.M. court convene herein
Court and counsel discuss field trip to fallbrook area.
Attorney Moskovitz offers Ex. L append B, objection by Mr. Veeder, and offer is defferred.
Witness James resumes stand and testifies further.
Ex. Nos. M-9, M-10, M-11, M-12, M-13, M-14, M-15, M-16, and M-17 are received.
At 11:10 A.M. a recess is declared by the court, and at 11:25 A.M. reconvene
Witness James resumes stand and testifies further.
At 12:20 P.M. a recess is declared to 2 P.M.
At 2:05 P.M. reconvene.  Witness James resumes stand.
Exs. Nos. 102A, 102B, and 102C are marked.
Exs. O-1 thru )-26 (State) are received.
At 4 P.M. a recess is declared by the court, and the further court trial herein continued to Dec. 9, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

4887