```
CHARLES W. GORHAM,
Attorney at Law
920 Avalon Boulevard
Wilmington, California
TE 5-3106

Attorney for answering
defendant.
```

FILED

DEC 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CENTRAL DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　vs<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>and those defendants listed on the<br>attached Exhibit "A" and made a<br>part of it by reference.<br><br>　　　　Defendants. | No. 1247 SD C<br><br>SUBSTITUTION OF ATTORNEYS |

　　The undersigned does hereby substitute Raymond Choate as his attorney of record in the above entitled matter.

　　DATED: October 25, 1958.

　　　　　　　　　　　　　　_____

　　The undersigned does hereby consent to said substitution.

　　DATED: October 25, 1958.

　　　　　　　　　　　　　　_____

　　The undersigned does hereby accept said substitution.

　　DATED: October 25, 1958.

　　　　　　　　　　　　　　_____

CHARLES W. GORHAM
ATTORNEY AT LAW
920 AVALON BLVD.
WILMINGTON, CALIF.
TERMINAL 5-3106