```
 1  O'MELVENY & MYERS
 2  433 SOUTH SPRING STREET
 3  LOS ANGELES, CALIFORNIA
 4  MADISON 4-2611
 5  Attorneys for Defendant
    Vail Company
 6
```

FILED
DEC 9 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY DISTRICT, etc., et al, | ) | SUBSTITUTION OF ATTORNEYS |
| Defendants. | ) | |

   Defendant VAIL COMPANY hereby substitutes GEORGE STAHLMAN as its attorney in the above matter in place and in stead of O'Melveny & Myers.

   DATED: December 9, 1958.

VAIL COMPANY,

By /s/ Mahlon Vail

4889

1  The undersigned consent and agree to the foregoing
2  substitution of attorneys.
3       DATED: December 9, 1958.

6              O'MELVENY & MYERS

8           By _____
                Lauren M. Wright

10             _____
11             George Stahlman

15     IT IS HEREBY ORDERED that George Stahlman be sub-
16 stituted for O'Melveny & Myers as attorney for VAIL COMPANY,
17 defendant herein.

20             _____
21             Judge of the United States District
               Court

2.

4890