CARTER
12-9-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C  CIVIL

MINUTES OF THE COURT

DATE: Dec. 9, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER  District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, A. C. BOWEN, AND DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, CARL BARONKAY

PROCEEDINGS: FURTHER COURT TRIAL

Attorney Stahlman reports on preparation for field trip.
IT IS ORDERED that parties meet at Vail Offices near Temecula at 8 A.M. 12-10-58.
Attorney Veeder makes statement re California officer of certain pages in Bulletin 57.
At 10:55 A.M. a recess is declared by the Court.
At 11:20 A.M. reconvene.
Mr. Illingworth resumes stand and testifies further.
At 11:55 A.M. a recess is declared to 2 P.M.
At 2:10 P.M reconvene.
Witness Illingworth testifies further.
Witness James is recalled, and testifies further.
Pages 62 thru 81 of Ex. No. L are offered, objected to by Mr. Veeder.
At 3:30 P.M. a recess is declared to Dec. 10, 1958, at 8 A.M. at Vail Ranch near Temecula.

JOHN A. CHILDRESS, Clerk

4892