ENTERED  
12-9-58

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: DEC. 9, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter   NONE APPEARING

COUNSEL FOR PLAINTIFF: NONE APPEARING

COUNSEL FOR DEFENDANT: NONE APPEARING

PROCEEDINGS:

IT IS ORDERED that the Clerk, William W. Luddy, and Official Reporter, John Swader are hereby authorized to travel to Fallbrook vicinity, remain overnight, and return to San Diego at government expense.

JOHN A. CHILDRESS, Clerk

4891