
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _ 1247-SD-C _ _ CIVIL  
MINUTES OF THE COURT  
DATE: Dec. 10, 1958 _ _ _ _  
AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ _ _ _ JOHN SWADER _ _ _

COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, DONALD REDD, LT. CARTER, _ LT. XXXXX SALTER, AND LT. COL A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE _ _ STAHLMAN, HARRY M. DOUGHTERTY, ARTHUR LITTLEWORTH, AND OWEN STRANGE.

DEFENDANTS: LEO, JACK, AND LOUIS RORIPAH, ALBERT CEAS, MAHLON VAIL XPROCEEDINGSX AND SANDY WILKINSON, Mr. Searle and Mr. Garbani.

PROCEEDINGS.  FIELD TRIP

   AT 8 A.M. at Vail Ranch, near Temecula, commenced trip.
   Various stops made, and court and counsel viewed premises.
   Leo Roripah is sworn and makes statement re certain facts on Rpripah property.
   Albert Ceas is sworn and makes statements re certain facts on his property.
   At 4:45 P.M tour completed for day to commence again Dec. 11, 1958, at 8 A.M. from Vail Ranch.

4893

JOHN A. CHILDRESS, Clerk