CARTER
12-11-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. _1247-SD-C_ CIVIL

MINUTES OF THE COURT

DATE: Dec. 11, 1958

AT: San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter _____ JOHN SWADER
-CMDR.

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, LT./REDD, LT. CARTER, LT. SALTER, AND COL. A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, CARL BORONKAY, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, ARTHUR LITTLEWORTH.

DEFENDANTS. LEO, JACK AND LOUIS RORIPAH, ALBERT CEAS, MAHLON VAIL, AND SANDY WILKINSON

PROCEEDINGS: FIELD TRIP.

At 8 A.M. court and counsel commence field trip of Vail Property. Various stops made, and premises are viewed.
At 4 P.M. tour completed.
IT IS ORDERED that cause is continued to Dec. 12, 1958, at 10 A.M. in San Diego, Calif. for further court trial.

JOHN A. CHILDRESS, Clerk   4894