UNITED STATES DISTRICT COURT

IN AND FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

# FILED

DEC 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *ml keesing*
DEPUTY CLERK

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
        v.                       )          No. 1247-SD-C
                                 )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                          )
                                 )
                    Defendants.  )


SUMMARY OF EVIDENCE:   October 15, 1958

                       October 16, 1958

                       October 17, 1958

                       October 22, 1958

                       October 23, 1958

                       October 24, 1958

                       November 5, 1958


*Copy reed*

4915

SUMMARY OF TRANSCRIPT - CONTINUED

WELLS

1. Location

Querry well (Tr. Vol. 32, p.3135)

Studley well (Tr. Vol. 33, p. 3272)

Roripaugh  (Tr. Vol. 32, p. 3135; p.3211)

McSweeney  (Tr. Vol. 33, p. 3272)

Pauba  (Tr. Vol. 32, pp. 3174-3176; Vol. 33, p.3272)

Location of wells on Exhibit 16-A (Tr. Vol. 32,
pp. 3231-3235; pp. 3231-3236)

Cantarini well (Tr. Vol.33, p.3273)

2. Logs

Roripaugh (Tr. Vol. 32, pp.3134-3135; pp.3211-3224)

Pauba (Tr. Vol. 32, p.3163; pp.3173-3176

3. Contours - Ground Water

Water level measurements in wells (Tr. Vol. 32,
p.3164-3165)

Pauba well - pumping of  (Tr. Vol. 32, pp.3236-3251)

Ground Water Movement - Basin No. 4 -

Wildomar fault as it pertains to movement of ground
water (Tr. Vol. 32, pp.3139-3147) and testimony as
to whether or not ground water finds its way
through the faul zone (Tr. Vol. 32, pp.3148-3158)
Studies made by witness (Tr. Vol. 32, pp.3178-3181)
Testimony as to the effect that pumping from
ground water basins has on the quantity of water
that passes through Temecula Gorge (Tr. Vol. 32,
pp.3159-3162; Tr. Vol. 33, pp.3279-3282; Tr.
Vol. 33, pp.3288-3293)

=20=

4916

SUMMARY OF TRANSCRIPT - CONTINUED

Water Level Contours (ground water)
1. Location of  (Tr. Vol. 32, p.3164)
   Water Level measurements in wells (Tr. Vol. 32, pp.3164-3165)
2. What they depict as indicated on Pl's Exhibit 17
   (Tr. Vol. 32, pp.3229-320)

Murrieta
   Testimony as to its location with reference to
   ground water basins (Tr. Vol. 32, pp.3166-3170)

Time study pertaining to investigation of upper watershed
   (Tr. Vol. 32, pp.3170-3173)

Testimony as to the sources of water supply in lower
Santa Margarita River valley (Tr. Vol. 32, pp.3183-3190)
   Older continental deposits as principal source
   of ground water for wells 150-2400 feet in depth
   (Tr. Vol. 32, pp.3183-3183)

   Manner in which water from the continental deposits
   and the younger alluvium proceed from the ground
   water storage units and flow on down to Camp Pendleton
   Marine Corps Base (Tr. Vol. 32, pp.3183-3189)

   Relationship between water in the younger alluvium
   and the water in the older alluvium (Tr.Vol. 32, p.3189)

Testimony as to the course of the water down the valley
in the area between Santa Gertrudis and the Pauba Basin--
points of rising water - location of Murrieta Fault--
   (Tr. Vol. 32, pp.3191-3199)

-21-

4917

SUMMARY OF TRANSCRIPT - CONTINUED

Course of the gradient of water in its progression
down the gradient toward Murrieta Valley (Tr. Vol.32,
pp.3199-3200)

Difference between the high and the low water tables
(Tr. Vol. 32; pp.3200-3201)

Course of the ground level contours once the
level has entered Murrieta Valley (Tr. Vol. 32,
pp.3201-3204)

Description of area of rising water and a sump
located on Vail properties (Tr. Vol. 32, pp.3204-3211)

Testimony as to the movement of ground water from Pauba
Valley.

Waters not confined in Pauba Valley area (Tr. Vol. 32,
p.3225).

Testimony as to the effect of pumping in area marked
No. 4917 upon runoff in area of Murrieta Valley
(Tr. Vol. 32, p3226-3227; pp.3254-3258)

Effect of the Pumping of Berry well on waters which unite
to form Santa Margarita Creek at the head of Temecula
Canyon (Tr. Vol. 32, pp.3228-3229; Tr. Vol. 33, pp.3283-3287)

Distinguishing features between the older and the younger
alluvium in Pauba Valley and Murrieta Valley (Tr. Vol. 32,
pp.3228).

-22-

4918

SUMMARY OF TRANSCRIPT - CONTINUED

Testimony as to relative locations of wells placed on
Pl's Exhibit 29-o as they relate to the Wildomar fault
line shown on Pl's Exhibits 16-1, 16 and 15 and reasons
for the sympathetic relationship between the Pauba well
and the Studley well and the apparent lack of relationship
between the Pauba well and other named wells (Tr. Vol.33,
    pp.3270-3277).

Wildomar fault zone - Testimony as to its location and
effect on movement of underground water (Tr. Vol. 33,
    pp.3277-3279)

Testimony as to qualifications of H. M. Hall as an expert
witness (Tr. Vol.33, pp.3297-3303)

Vail Dam:  Testimony as to operation (Tr. Vol. 33, p.3304)
   1. Methods used to divert and to apply waters to the
        irrigated lands on the Pauba Ranch (Tr. Vol. 33,
        pp.3305-3307)
   2.  Drilling of wells - test wells (Tr. Vol.33, p.3307)

        a.  Mesa silt--means older alluvium (Tr. Vol. 33,
             pp.3308-3309)
        b.  Location of test wells (Tr. Vol. 33, pp.3309
             -3310)
        c.  Irrigation wells, location, etc. (Tr. Vol.33,
             pp.3310-3311)

Testimony as to correlation between the surface runoff of
Temecula Creek and the wells which have been drilled and
pumped in the Pauba Valley (Tr. Vol. 33, p.3312; pp.3382-3384)

Younger Alluvium:  Observable characteristics of (Tr. Vol.33,
    pp.3313-3314)      well logs (Tr.Vol.33, pp.3314-3316)

4919

SUMMARY OF TRANSCRIPTS - CONTINUED

Testimony as to windmill well (Tr. Vol.33, p.3317)

Location of wells as depicted on Pl's Exhibit 15-1
(Tr. Vol. 33, pp.3319-3223)

1. Testimony pertaining to hydrological inter-
connection between the wells located in older
alluvium and younger alluvium (Tr. Vol. 33,
pp.3323-3335)

2. Testimony as to similarity of geological
strata encountered in drilling the various
wells (Tr. Vol. 33, pp.3332)

3. Hydrological inter-relationship of Querry
well (Tr. Vol. 32, pp.3335-3336)

4. Roripaugh well (Tr. Vol.33, pp.3337-3338)

5. Relationship of wells on Vail property, such
as Cantarini well and surface flow of Santa
Margarita River (Tr. Vol. 33, pp.3339-3343)

Testimony as to ground water contours (Tr. Vol.33,
pp.3343-3345)

Testimony as to contribution of continental deposits
(ground water found in) to flow of Temecula River
(Tr. Vol.33, pp.3355)

Quality of water that comes from continental deposits (Tr.
Vol. 33, p.3357) compared with water derived from the
younger alluvium deposits (Tr.Vol.33, pp.3357-3363)

Location and facts pertaining to the Cantarini well and
School House Well (Tr. Vol.33, pp.3364-3378)

-24-

4920

SUMMARY OF TRANSCRIPT - CONTINUED

Preliminary Matters

Discussion as to pretrial order on issues and
exhibits and approval of document by counsel
(Tr. Vol. 34, pp.3388-3391)

Wells

1. Location of

McSweeney well (Tr. Vol. 34, p.3391)

13 R 1  (Tr. Vol. 34, p.3391)

1 P 3   (Tr. Vol. 34, pp. 3392; p.3417)

1 P 2  (Tr. Vol. 34, p.3393)

11 J.1 - No. 30  (Tr. Vol. 34, p.3395-3396)

J. K.  (Tr. 34, p.3398)

Windmill well (121 + 1)  (Tr. Vol. 34, pp.3425-3428)

8 South, 2 West, 20D1 (Cantarini windmill
well (Tr. Vol. 34, p.3442)

2. Levels

Temecula School House well when Cantarini
well was pumped (Tr. Vol. 34, p.3394; p.3406)

No. 30  (Tr. Vol. 34, pp.3394-3395)

Wells drilled into older alluvium (Tr. Vol. 34,
pp.3418-3419)

Effect of Vail Dam (Tr. Vol. 34, pp.3420-3432)

Comparison of wells on an east-west basis
(Tr. Vol. 34, p.3441)

3. Depth

No. 30, 30-A  (Tr. Vol. 34, pp.3396)

=25=

4921

4. Pumping--change in water level, etc.

    Change in water levels due to pumping

      (Vol. 34, pp.3399-3400)

    Pumping well No. 10 - effect on windmill well

      (Tr. Vol. 34, p.3403)

    Effect on Temecula runoff (Tr. Vol. 34, p.3406)

    Effect on Murrieta Runoff (Tr. Vol. 34, pp.3409-3415)

4. Logs

    Windmill well (Tr. Vol. 34, p.3401)

5. Pauba Basin

    Wells drilled into older alluvium (Tr. Vol. 34,

      p.3415)


Vail Dam

    Operation (Tr. Vol. 34, p.3419)

Testimony as to the emanation of water from the continental

deposits re Pl's Exhibit 29-S. (Tr. Vol. 34, pp.3443-3444)

    Sheep Camp Spring and other springs (Tr. Vol. 34,

      p.3444)

    McSweeney Spring (Tr. Vol. 34, p.3446)

    Springs effluent to Murrieta Creek (Tr. Vol. 34,

      p.3448)

Testimony as to the continuity of the water plane of the

Pauba Valley (Tr. Vol. 34, pp.3449-3450)

    Relationship (re elevation) between water plane

     in Pauba Valley and water plane in the older

     continental deposits (Tr. Vol. 34, p.3450)

    Course of ground water "down towards the Murrieta

     Creek." (Tr. Vol. 34, p.3453)

-26-

4922

SUMMARY OF TRANSCRIPT   CONTINUED

Phenomena in Pauba Valley causing waters in the
higher area in the continental deposits to
proceed into the Pauba Valley (Tr. Vol. 34,
pp.3454-3455)

Relation of ground water contours to flow of water
(Tr. Vol. 34, pp.3466-3467; pp. 3467-3474;
pp.3476-3478)

Determined by test wells (Tr. Vol. 34, pp.3468-3472)

Temecula field, defined (Tr. Vol. 34, p.3437)

Replenishment of ground water resulting from
irrigation (Tr. Vol. 34, p.3438)

Demonstration re Pl's Exhibit 96 (Mesa silt) as
to its permeability (Tr. Vol. 34, pp.3457-3465)

Qualifications of Walter Hofmann as an expert witness
(Tr. Vol. 34, pp.3482-3506)

Testimony as to gaging station on De Luz Creek near
Fallbrook (Tr. Vol. 34, p.3493)
1.  Stevens type a water stage recorder (Tr. Vol. 34,
p.3494)
2.  A-frame and cable car which crosses Murrieta
Creek (Tr. Vol. 34, p.3495)

Bibliography of Publications by Walter Hofmann (Tr. Vol. 35,
pp.3533-3525)

4923

Kinds and types of soils encountered in Santa Margarita
River Valley insofar as runoff is concerned (Tr. Vol. 35,
pp.1525.)

1.  Talus deposits defined as weathered material
    deposits at the foot of mountain slopes (Tr.
    Vol. 35, p.352.)

2.  Younger alluvium (Tr. Vol. 35, p.3527)

3.  Clay soils (Tr. Vol. 35, p.3527)

Relationship between precipitation and runoff into Santa
Margarita River Valley (Tr. Vol. 35, p.3527; Vol. 36,
p.3733)

1.  Runoff for Temecula Creek at Vail Dam (Tr. Vol. 35,
    p.3528)

2.  Murrieta Creek, gaging station at Temecula (Tr.
    Vol. 35, p.3528; Vol. 35, p.3678)

3.  Tabulation of runoff records at the various gaging
    stations--Pl's Exhibit No. 20 (Tr. Vol. 35,
    p.3529)

    Aguanga station (Tr. Vol. 35, p.3537-3538)

Methods pursued in making measurements at Vail Dam (Tr.
Vol. 35, pp.3533-3534)

1.  Factors considered in determining the quantites of
    water impounded in Vail reservoir (Tr. Vol. 35,
    pp.3534-3536; Vol. 36, pp.3606-3608)

Aguanga Gaging Station

1.  Location (Tr. Vol. 35, p.3539; p.3540)

2.  Drainage area (Tr. Vol. 35, pp.3540-3541)

4924

SUMMARY OF TRANSCRIPT CONTINUED

Murrieta Creek at Temecula (Tr. Vol. 35, pp.3541-3543)

1. Location (Tr. Vol. 35, p.3543-3545; Vol. 36, pp.3699-3700)

2. Drainage area (Tr. Vol. 35, p.3544; p.3547)

3. Runoff records (Tr. Vol. 35, p.3548)

Vail Dam Gaging Station

1. Drainage area (Tr. Vol. 35, p.3546)

Gaging Station at O'Neill Ditch

1. Location (Tr. Vol. 36, pp.3692-3696)

2. Diversions (Tr. Vol. 36, p.3720-3721)

Gaging Station Santa Margarita River near Fallbrook

1. Location (Tr. Vol. 35, p.3550; Vol. 36, p.3669; Vol. 36, p.3697)

2. Drainage area (Tr. Vol. 35, p.3551)

De Luz Gaging Station

1. Location (Tr. Vol. 35, p.3553)

2. Drainage area (Tr. Vol. 35, pp.3553-3555; Vol. 36, p.3663)

Ysidora Gaging Station

1. Location (Tr. Vol. 35, p.3557)

2. Drainage area (Tr. Vol. 35, pp.3557-3558)

Monthly runoff data for gaging stations in the Santa Margarita River watershed (Tr. Vol. 35, pp.3558-3560)

Annual runoff for gaging stations in Santa Margarita River basin (Tr. Vol. 35, p.3561)

-29-

Hydrographs of runoff in Santa Margarita River at various stations (Tr. Vol. 35, pp.3562-3569)

Testimony as to meaning of hydrograph records (Tr. Vol. 35, pp.3575-3576)

Estimated annual inflow in acre feet to the Santa Margarita River at De Luz damsite (Tr. Vol. 35, pp.3577-3580)

Precipitation calculations (Tr. Vol. 35, p.3581)
1.  At Fallbrook for the period from 1875-1957 (Tr. Vol. 35, p.3581)
2.  San Diego for period 1850-1957 (Tr. Vol. 35, p.3582)
3.  Los Angeles for period 1877-1957 (Tr. Vol. 35, p.3583)
4.  Selected sites in So. California (Tr. Vol. 35, p.3583)
5.  Areas of equal precipitation in Santa Margarita Watershed (Tr. Vol. 35, pp.3585-3590)

Residual mass curves of seasonal precipitation in indices (Tr. Vol. 35, pp.3592-3594)

Residual mass curves of precipitation and runoff,
1.  Precipitation at Fallbrook and the runoff of Temecula Creek at Vail Dam (Tr. Vol. 35, pp.3595-3600; Vol. 36, p.3673)

Wet and dry periods in Southern California (Tr. Vol. 35, pp.3600-3604)

Testimony that there is no repetitious pattern (Tr. Vol. 35, p.3609-3611; Vol. 36, p.3715; pp.3721-3727)

Controlling factors in determining the runoff in a valley (Tr. Vol. 35, pp.3614-3616 )

-30-

4926

SUMMARY OF TRANSCRIPT, CONTINUED

Field Station descriptions prepared in connection with
the operation of the gaging stations (Tr. Vol. 35,
pp.3618-3623)

Records relative to the gaging stations - supervision
of (Tr. Vol. 36, p.3679-3681)

History of runoff as it relates to the waters which have
been impounded behind Vail Dam (Tr. Vol. 36, pp.3728-3729)

Testimony regarding qualifications of Lt. Giles Walker
as an expert (Tr. Vol. 36, pp.3734-3754)

Points where the main stem of DeLuz Creek has its source
(Tr. Vol. 36, pp.3763-3764)

   1.  Kinds & type of vegetative cover found in the
       area (Tr. Vol. 36, pp.3764-3765)

   2.  Alluvial deposits, description of (Tr. Vol. 36,
       pp.3765-3770)

Properties of the Vail Estate (Tr. Vol. 36, p.3770)

   1.  DeLuz Creek (Tr. Vol. 36, pp.3773-3776)

   2.  Camps Creek (Tr. Vol. 36, pp.3777-3778)

   3.  Fern Creek (Tr. Vol. 36, p.3778; p. 3781)

   4.  Cottonwood Creek (Tr. Vol. 31, p.3779)

   5.  Roblar Creek (Tr. Vol. 36, pp.3783-3783)

Preliminary discussion as to the scope of pre-trial
stipulation of facts and the interrelation of proceedings
before the master and the main trial (Tr. Vol. 37,
pp.3793-3806)

-31-

4927

SUMMARY OF TRANSCRIPTS - CONTINUED

Residuum and alluvium - defined (Tr. Vol. 37, p.3807)

   Agricultural use (Tr. Vol. 37, pp.3807-3809)

   Water-bearing materials (Tr. Vol. 37, p.3809-3810)

   Residuum is a product of the basement complex which
has undergone or is the result of decomposition
of this basement complex (Tr. Vol. 37, p.3810-3811)

   Alluvium is a material that has been removed else-
where and transported and deposited (Tr. Vol. 37,
p.3811)

Evidence of impervious materials that might result in a
confinement of the alluvium from the residuum: Where
the residuum is in contact with the alluvium, water
will move from one to the other (Tr. Vol. 37, pp.3811-
3812)

Geologic section, De Luz Creek Valley, Pl's Exhibit No. 68
explanation (Tr. Vol. 37, pp.3812-3818)

Portion of Santa Margarita River watershed below
Temecula--geology--Pl's Exhibit No. 70-explanation (Tr.
Vol. 37, pp.3818-3822)

Kind and type of rock or soil through which the main stem
of Santa Margarita proceeds from point where it enters
Temecula Canyon (Tr. Vol. 37, pp.3822-3823)

  1.  No. of miles over which the stream flows on base-
ment complex (approximately $3\frac{1}{2}$ miles) (Tr. Vol. 37,
p.3823)

  2.  Nature of bed of stream as it flows south (Tr.
Vol. 37, p.3824)

4928

SUMMARY OF TRANSCRIPTS - CONTINUED

   3.  Course of Santa Margarita and the various tribu-
       taries (Tr. Vol. 37, p.3826)

   4.  Terrace deposits (Tr. Vol. 37, p.3826-3827)

Rainbow Creek--source of water and areas traversed (**Tr.
Vol. 37, p.3827-3828**)

   1.  Type of terrain (Tr. Vol. 37, p.3828)

   2.  Rainbow Valley (Tr. Vol. 37, pp.3828-3829)

   3.  Dams and controls (Tr. Vol. 37, p.3829)

Depths of the residuum in areas in vicinity of Fallbrook
(Tr. Vol. 37, p.3831)

Fallbrook Creek

   1.  Area in which it arises (Tr. Vol. 37, p.3832)

   2.  Sub-watershed (Tr. Vol. 37, pp.3832-3833)

   3.  Depth of the Residuum (Tr. Vol. 37, p.3833)

Sandia Creek watershed--geology--Pl's Exhibit No. 69--
explanation (Tr. Vol. 37, pp.3837-3839)

   1.  Points of rising water (Tr. Vol. 37, pp.3839-3840)

   2.  Type and kind of terrain in which Sandia Creek
       rises (Tr. Vol. 37, pp.3840-3842)

   3.  Geology of subwatershed as compared to De Luz
       watershed (Tr. Vol. 37, p.3842)

   4.  Use of residuum for agricultural purposes (**Tr.
       Vol. 37, p.3842**)

De Luz Creek--crop use (Tr. Vol. 37, pp.3854-3855)

De Luz Creek--depth of alluvium in main channel (Tr.
Vol. 37, p.3857)

-33-

SUMMARY OF TRANSCRIPTS - CONTINUED

Test wells - Ammunition Depot

   1.  Location (Tr. Vol. 37, pp.3892-3893)

   2.  Depth of alluvium (Tr. Vol. 37. p.3893)

Santa Margarita River

   1.  Outcropping of basement complex (Tr. Vol. 37,
        p.3895)

   2.  Alluvium in area of juncture with Sandia
        Creek (Tr. Vol. 37, p.3896)

Aerial photographs of northwestern San Diego Flight,
1929--Pl's Exhibit No. 63

   1.  Numbered 1-73 (Tr. Vol. 37, p.3960)

   2.  Manner of use (Tr. Vol. 37, p.3902; p.3908)

4930

SUMMARY OF TRANSCRIPTS -- CONTINUED

Qualifications of George F. Worts as an expert witness
(Tr. Vol. 38, pp.3912-3919)
Bibliography of Publications (Tr. Vol. 38, pp.3919-3933)

Santa Margarita River Watershed within Camp Pendleton--
Geologic Map--Pl's Exhibit 37--Explanation (Tr. Vol. 38,
pp.3936-3937)

    1.  Area covered: Confluence of De Luz Creek and

        Santa Margarita River to Pacific Ocean

        (Tr. Vol. 38, p.3937)

    2.  Basement complex defined (Tr. Vol. 38, pp.393?-

        3942)

    3.  La Jolla formation--a marine laid deposit

        results of test wells (Tr. Vol. 38, pp.

        3945)

San Onofre Breccia (Tr. Vol. 38, pp.3945-3946)

    1.  Test well (Tr. Vol. 38, pp.3946-39?8)

San Mateo formation (Tr. Vol. 38, pp.

    1.  Test well (Tr. Vol. 38, pp.3950-39

Terrace deposits

    1.  Defined (Tr. Vol. 38, p.

    2.  Test well (Tr. Vol. 38, p.

      Sand (Tr. Vol. 38, p.3959)

      area (Tr. Vol. 38, p.3957)

SUMMARY OF TRANSCRIPTS - CONTINUED

Alluvium--Camp Pendleton Area

    1. Wells: Deposits yield water to wells at
       rates up to 2,000 gallons per minute.
       They extend along the thread of the Santa
       Margarita River (Tr. Vol. 38, p.3958)

    2. Basis for study of younger alluvium (Tr.
       Vol. 38, p.3958)

Geologic Section EE prime through the lower Santa Margarita
River Valley showing unconsolidated deposits and water
level profiles--Plate Exhibit 38--explained (Tr. Vol. 37,
pp. 3960-3962)

    1. Description of materials in upper and lower
       subbasins (Tr. Vol. 38, pp.3962-3967)
    2. Variations as reflected by velocity of water
       (Tr. Vol. 38, pp.3967-3968)
    3. Meaning of upper subbasion, Chappo subbasion,
       and Ysidora (Tr. Vol. 38, pp.3968-3971)
    4. Relationship between the upper Chapo and
       Ysidora basins from the standpoint of
       hydrologic and geologic interconnection
       (Tr. Vol. 38, pp.3971-3972)

Kind and type of container in which the alluvial deposit
is presently residing (Exhibit 38) (Tr. Vol. 38, p.3972)

    1. From the standpoint of depth, extending
       (Tr. Vol. 38, pp.3973-3974)
    2. Santa Margarita River watershed within Camp
       Pendleton isopach map of alluvium deposits--

-36-

4932

SUMMARY OF TRANSCRIPTS  --  CONTINUED

Pl's Exhibit No. 39--explained (Tr. Vol. 38,
pp.3973-3977)

3.  Younger alluvium as evidenced by isopach (Tr.
Vol. 38, p.3997)

4.  Wells (Tr. Vol. 38, pp.3977-3978)

Isopach:  Use relative to the capacity of the basin
and subbasins (Tr. Vol. 38, pp.3978-3979)

Shoreline--alluvium deposits (Tr. Vol. 38, pp.3980-3981)

**Alluvium deposits**

1.  Between De Luz Dam site and Ysidora basin
(Tr. Vol. 38, pp.3981-3982)

Santa Margarita River watershed within Camp Pendleton--
water level, contours, October, 1957.  Pl's Exhibit No.44--
explanation (Tr. Vol. 38, pp.3983-3988)

1.  "closed contour" defined (Tr. Vol. 38, p.3986;
p.3992)

2.  How contours were established (Tr. Vol. 38,
pp.3989-3993)

Meaning as depicted on Exhibit 44 from the standpoint of
the contours in Sec. 35 T 10 S. (Tr. Vol. 38, p.3997)

Contrasts or comparisons between Exhibits 44 & 45 from
the standpoint of a reversal in the gradient of the
ground water in the narrows i.e. Ysidora basin (Tr. Vol. 38,
pp.3997-3999)

-37-

4933

SUMMARY OF TRANSCRIPTS  -  CONTINUED

Exhibit 35, explanation (Tr. Vol. 38, pp.3997-3999)

Fluctuations of water levels in 10 wells in the lower
Santa Margarita River Basin--Pl's Exhibit No. 51--
explanation (Tr. Vol. 38, pp.3999-4000)

    1.  Selection of wells (Tr. Vol. 38, p.4000)

    2.  Amount of fluctuation (Tr. Vol. 38, pp.4000-4006)

Hydrographs of paired, shallow an     ed wells in Ysidora
subbasin, Camp Pendleton, Pl's         No. 46--explanation
(Tr. Vol. 38, pp.4006-4009)

Sewage plant No. 2, discharging east of well (Tr. Vol. 38,
pp.4009-4013)

Location where sewage effluent was changed from where
it appeared on Pl's Exhibit 46 on the left-hand side
to the point where the sewage discharged from Plant
No. 2 into the river bed west of the well in question
(Tr. Vol. 38, p.4018)

Santa Margarita River watershed within Camp Pendleton
ground water basin storage units and well logs, Pl's
Exhibit No. 40--explanation (Tr. Vol. 38, pp.4020-4022)

    1.  Exterior boundaries of the storage basins
        on Exhibit 40 (Tr. Vol. 38, p.4022)

Bar graph showing specific yield of materials in wells
in upper Chappo and Ysidora subbasins, Pl's Exhibit
No. 41--explanation (Tr. Vol. 38, pp.4023-4029)

Estimated ground water storage capacity of the alluvium
and terrace deposits, lower Santa Margarita River basin--

-20-

SUMMARY OF TRANSCRIPTS - CONTINUED

Camp Pendleton, Pl's Exhibit No. 43--explanation (Tr.
Vol. 38, pp.4029-4031)

Estimated ground water storage capacities for upper
Chappo and Ysidora subbasins, Camp Pendleton, Pl's
Exhibit No. 43--explanation (Tr. Vol. 38, pp.4031-4035)

Relationship between sea water and fresh water when
there has been an intrusion of the character that has
been described here (Tr. Vol. 38, pp.4035-4042)

Ground water recharge and discharge, lower Santa Mar-
garita River basin 1942-1957--Pl's Exhibit No. 49--
explanation (Tr. Vol. 38, pp.4042-4045)