FILED

DEC 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. B. Kessler_
DEPUTY CLERK

1  J. LEE RANKIN
2  Solicitor General
   Department of Justice
3  Washington, D. C.

4  Attorney for United States
   of America

5

6              IN THE UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8                      SOUTHERN DIVISION

9   UNITED STATES OF AMERICA,        )        No. 1247-SD-C
                                     )
10           Plaintiff               )
                                     )
11      v.                           )
                                     )
12  FALLBROOK PUBLIC UTILITY DISTRICT,)
    et al.,                          )
13           Defendants              )

14

15

16        SUMMARY OF EVIDENCE:   November 5, 1958

17                               November 6, 1958

18                               November 7, 1958

19                               November 12, 1958

20                               November 13, 1958

21                               November 14, 1958

22                               November 18, 1958

23                               November 19, 1958

24                               November 20, 1958

25                               November 21, 1958

26                               November 25, 1958

27                               November 26, 1958

28

29

30

31

32

-1-

4895

Copy recd

SUMMARY OF TRANSCRIPT  - . CONTINUED

River recharge less evaporation from Lake O'Neill (Tr. Vol. 39, p.4051)

When rainfall is less than 15 inches there is virtually no recharge (Vol. 39, p.4053)

Receptive character of the sands and gravels through which the river flows through Chappo and down to Ysidora (Tr. Vol. 39, p.4057)

Pumpage of ground water from upper Chappo and Ysidora subbasins, Camp Pendleton, 1925-1957; Pl's Exhibit No. 47 explanation (Tr. Vol. 39, pp.4063-4066)

Camp pumpage and sewage effluent returned to basin 1942-1957--Pl's Exhibit No. 48--explained (Tr. Vol. 39, pp.4066-4073)

Effect of the return of the sewage effluent upon the quantity of the water that would pass Ysidora gaging station (Tr. Vol. 39, pp.4073-4074)

Ground water storage changes, Camp Pendleton, 1942-1957--Pl's Exhibit No. 50--explanation (Tr. Vol. 39, p.4074)

Effect of pumping 23,000 acre feet per year from ground water, Camp Pendleton, during two critical dry periods 1948-51 and 1955-57--Pl's Exhibit No. 52--explanation (Tr. Vol. 39, p.4088)

    (1)   Critical dry periods 1948-1951 and 1955 to 1957 (Tr. Vol. 39, p.4091)

    (2)   Depletion of ground water      if none of sewate effluent      basin (Tr. Vol. 3     

4886

SUMMARY OF TRANSCRIPTS  -  CONTINUED

Maximum annual pumpage during drought of 3 to 10
years duration based on 1955-1957 drought conditions
in the lower Santa Margarita River basin.

    (1)  Pl's Exhibit No. 53--explanation (Tr. Vol. 39,
         pp.4102-4112)
    (2)  Perennial yield defined (Tr. Vol. 39, p.4103)
    (3)  Maximum pumpage during period 1955-1957 with
         amount of recharge and the water in storage
         available (Tr. Vol. 39, p.4104)

Graph showing chloride content of well waters in Ysidora
subbasin

    (1)  Pl's Exhibit No. 54--explanation (Tr. Vol.39,
         pp.4113-4119)
    (2)  Supporting data (Tr. Vol. 39, pp.4113-4114)
    (3)  Graph illustrates, for certain wells in Ysidora
         subbasin the increase in chloride content
         resulting from sea water, salk water intrusion
         (Tr. Vol. 39, p.4114)
    (4)  Wells utilized (Tr. Vol. 39, pp.4115-4116)
    (5)  Pl's Exhibit No. 54A--data respecting quality
         of water (Tr. Vol. 39, p.4118)

Chemical character of native and contaminated waters
downstream from Chappo subbasin, Camp Pendleton.

    (1)  Pl's Exhibit No. 55--explanation (Tr. Vol.39,
         pp.4119-4150)
    (2)  Kind and type of tests made (Tr. Vol. 39,
         pp.4131-4132)
    (3)  Area in which intrusion of salt water has
         taken place (Tr. Vol. 39, pp.4135-4141)

SUMMARY OF TRANSCRIPTS   -   CONTINUED

(4) Depth to which the saline reached the lowest
portion of the basin (Tr. Vol. 39, pp.4141-4142)

(5) Ghyben-Herzberg theory (Tr. Vol. 39, p.4142)

(6) Effect of the change of the pumping from
Ysidora basin down to the Cahppo basin (Tr.
Vol. 39, pp.4147-4149)

Comparison of chemical character of well water and sewage
effluents, Camp Pendleton, 1955-58.

(1) Pl's Exhibit No. 56--explanation (Tr. Vol. 39,
pp.4150-4157)

Well logs--lower part Santa Margarita River--Pl's
Exhibit No. 37A (Tr. Vol. 40, p.4164)

Discussion as to procedure by State in putting on its
case (Tr. Vol. pp.4166) Proposed Exhibits (Tr. Vol. 40,
p.4175)

Public Health Bulletin--Drinking Water Standards (Tr.
Vol.40, p.4179) Pl's Exhibit No. 118

U.S.Geological Survey--aspects of approval by (Tr. Vol.
40, p.4181)

Pl's Exhibit 39

(1) Location and depth of well (Tr. Vol. 40, p.4184)

(2) Test wells (Tr. Vol. 40, p.4188)

Pl's Exhibit 37--well logs (Tr. Vol. 40, p.4197)

Pl.'s Exhibit No. 38

(1) Test wells drilled (Tr. Vol. 40, p.4207)

(2) Wells observed during drilling operations (Tr.
Vol. 40, pp.4210-4211)

-42-

SUMMARY OF TRANSCRIPTS -- CONTINUED

Pl. Exhibit No. 51A--waterlevel data--explanation (Tr. Vol. 40, pp.4229-4230)

Shallow wells which were affected by the pumping of deep wells in the Ysidora basin--testimony as to question (Tr. Vol. 40, p.4231).

Pl's Exhibit No. 38--location of wells (Tr. Vol. 40, pp.4271-4275)

Ysidora Basin--clays and silts (Tr. Vol. 40, pp.4278-79)

Qualification of witnesses:

   Robert C. Fox (Vol. 44, pp.4720-4721)

   Joseph R. McNearny (Vol. 47, pp.5218-5219)

   Walter Hughes (Tr. Vol. 47, p.5252)

   Robert A. Nichols (Tr. Vol. 47, p.5266)

   William D. Taylor (Tr. 47, pp.5324-5326)

   Allen C. Bowen (Tr. Vol. 43, p.3356)

   Frank C. Cannon (Tr. Vol. 46, p.5076)

Coas, Albert -- property (Tr. Vol. 45, p.4942)

Gonzales well--well 35Fl , 7South, 3West (Tr. Vol. 45, p.4950)

Ysidora and Champo Basins

  (1)  Alluvium

      Permeability and transmissibility (Tr. Vol. 43, pp.4301-4302)

SUMMARY OF TRANSCRIPTS  -  CONTINUED

Pl.'s Exhibits 49, 60, 62

    Explanation of surface water flow (Tr. Vol. 43, pp.4307-4313)

Pl's Exhibit No. 47 - Explanation (Tr. Vol. 43, p.4333)

    Source of date (Tr. Vol. 43, p.4335)

Pl's Exhibit No. 40

  (1) Explanation (Tr. Vol. 41, p.4536; Vol. 43, pp.4337-4338)

  (2) Relationship to Pl's Exhibit No. 60 (Tr. Vol. 41, p.4365)

Pl's Exhibits No. 37, 39, 40

    Explanation (Tr. Vol. 43, pp.4371-4399)

Pl's Exhibit No. 55

    Explanation (Tr. Vol. 41, p.4399)

Pl's Exhibit No. 43

    Explanation (Tr. Vol. 41, pp.4413)

Salt Water Intrusion

  A. In General

    1. Pl's Exhibits Nos. 54, 55

    2. Salt water contamination as distinguished from salt water intrusion (Vol. 43, p.4577)

    3. Salt water at lower level so any dilution from the rains etc. would not work from the top down--it wouldhave to work laterally (Tr. Vol. 43, p.4579)

    4. Ysidora basin--seaward gradient in absence of pumping (Tr. Vol. 43, pp.4579-4580)

4900

SUMMARY OF TRANSCRIPTS — CONTINUED

5. Duration of time which would be required to
   flush out the Ysidora basin now that chloride
   water has moved into that area (Tr. Vol. 43,
   p.4621)

   (a) Maximum seaward gradient (Pl's Exhibit 38)
       is approximately 7 feet per mile (**Tr. Vol. 43,
       p.4621**)

   (b) Maximum altitude above sea level **approximately
       18 feet** (Tr. Vol. 43, p.4622)

   (c) Delivering water to Ysidora basin to keep
       it recharged would be essential to that
       operation (Tr. Vol. 43, p.4622)

B. Progress of (Tr. Vol. 46, pp.5096-5110; p.5181)

C. Proposed methods of correcting situation (Tr. Vol. 46,
   pp.5110)

D. Effect of the reduction of the depth to which the
   water table may be reduced beyond which salt water
   intrusion will take place (Tr. Vol. 47, pp.5178-5180)

E. In state of nature Ysidora basin contained fresh
   water (Tr. Vol. 47, p.5201).

F. Effect upon Ysidora basin as to salt water intrusion
   if there is an appreciable reduction in surface
   flow of Santa Margarita River (Tr. Vol. 47, p.5216)

Pl's Exhibit No. 50

   (1) Water levels, curve B, shows what the situation
       was at the end of the water year.  Curve A is the
       mathematic accumulation of the best estimates
       of recharge with discharge for the water years
       (Tr. Vol. 43, p.4587)

-45-

4901

SUMMARY OF TRANSCRIPTS  -  CONTINUED

(2) Not possible from exhibit No. 50 to determine
the amount of depletion in the basin at any
time other than the end of the water years
(Tr. Vol. 43, p.4497)

(3) Explanation of depth of curve "D" adjusted
to the years 1947, 1952, 1954 (Tr. Vol. 42,
p.4449).

Fluctuations of water levels in 10 wells in Santa Margarita
River Basin, Pl's Exhibit No. 51B.

(1) Explanation (Tr. Vol. 42, pp.4498-4501)

(2) Principal purpose of diagram is to relate
the periods of flow at Ysidora gage to the
position of the water levels in the basin
during that time (Tr. Vol. 42, pp.4501-5402)

(3) Affect on the recharge in the basin within
Camp Pendleton, if there had been constructed
above the enclave at the Fallbrook-Lippincott
site a structure that would impound 35,000
acre-feet--based upon runoff as disclosed in
Pl. Exhibits No. 62, 62 (Tr. Vol. 42, pp.4517-
4525; and based on period 1947-1958.

(4) Pl's Exhibit No. 38-A--explanation (Tr. Vol. 42,
pp.4525-4534).

Pl.'s Exhibit No. 37

(1) Topographic map shows as of 1948 that there was
a perennial flow of De Luz Creek from Riverside-
San Diego County line continuously down to the
North edge of Sec 6, 9South, 4 West (Tr. Vol. 43,
p.4605).

-46-

4902

SUMMARY OF TRANSCRIPTS    -    CONTINUED

(2)  Portion of perennial flow of De Luz Creek that

went into the alluvial deposits shown on Ex. 37

taken into consideration in determining recharge

for Pendleton basin (Tr. p.4603).

The quantity equals the transmissibility, times

the hydraulic gradient, times the width or dis-

tance across the inflow section (Tr. Vol. 43,

p.4605).

Water level contours--Pl's Exhibits No. 15 and 15-A (Tr.

Vol.43, p.4645).

(1)  Cover same areas except on a different scale

and 15-A is a more detailed study (Tr. Vol. 43,

p.4645; Vol. 45, p.4901)

(2)  Area covered:  Part covered by Murrieta-Bachelor

Mountain quadrangles (Tr. Vol. 43, p.4646)

(3)  Contour & Lines

(a)  For period Oct. 1958 (Tr. Vol. 43, p.4649)

(b)  Different map scale (Tr. Vol. 45, p.4919)

(c)  Additional contour lines added (Tr. Vol.43,

p.4649)

(d)  Change in contour lines between 1953 and

1958 (Tr. Vol. 45, pp.4920-4925; Vol. 43

pp.4652-4651.

(e)  Contour lines around Roripaugh well 16 S1

(Tr. Vol.45, p.4956;4965-4970)

(f)  Vail dam--release of water--effect on

Contour lines (Tr. Vol. 45, pp.4974-4976)

(g)  Depth of wells used to draw water level

contours (Tr. Vol. 45, p.4979)

-47-

4903

SUMMARY OF TRANSCRIPTS - CONTINUED

(4)   Controls in Murrieta Valley--wells shown on
      Pl's Exhibit 15 (Tr. Vol. 43, p.4661)

(5)   Data placed on Ex. 15-A that does not appear
      on Ex. 15 (Tr. Vol. 43, p.4671)

      (a)  Wildomar fault extended (Tr. Vol. 43, p.4671)

      (b)  Differences in regard to points of rising
           water (Tr. Vol. 43, p.4672)

(6)   List of wells used in preparing Pl.'s Ex. 15 and
      15-A (Tr. Vol. 43, pp.4673-4685)

(7)   Comparison with Pl.'s Ex. No. 17-A (Tr. Vol. 43,
      p.4700)

(8)   Pauba Valley

      (a)  Recent and older alluvium (Tr. Vol. 44,
           pp.4731-4732); distinctions between the
           two types (Tr. Vol. 44, pp.4736-4737)

      (b)  Hydrological continuity between younger
           alluvium and the older alluvium (Tr. Vol.44,
           pp.4751-4753)

      (c)  Faults (Tr. Vol. 44, pp.4673-4764)

      (d)  Well measurements (Tr. Vol. 44, p.4764)

      (e)  Depth of older alluvium (Tr. Vol. 43, p.4771)

      (f)  Well 15-C-3 drilled as an oil well (Tr.
           Vol. 45, p.4940)

      (g)  Storage Unit No. 4--depth of basement
           complex (Tr. Vol. 45, p.4945)

      (h)  Wells drilled into older alluvium that
           produce water (Tr. Vol. 45, p.4950)

      (i)  Source of surface water for the recharge of
           the older alluvium in Pauba Valley (Tr.
           Vol. 44, p.4762)

4904

SUMMARY OF TRANSCRIPTS - CONTINUED

Pl's Exhibit 15-B:  Water levels

    (1)  Explanation (Tr. Vol. 43, p.4646)

    (2)  Measure of water levels in Murrieta and Pauba
        Valley (Tr. Vol. 43, p.4647)

    (3)  Tape smears, meaning (Tr. Vol. 44, p.4719)

Pl's Exhibit 15-C:  Map of well locations--explanation
(Tr. Vol. 38, pp.4692-4694)

Calculations of specific yield, Murrieta Valley--Pl's
Exhibit 19-B---explanation (Tr. Vol. 43, p.4694)

    (1)  Comparable to Pl's Ex. No. 41 (Tr. Vol.43, p.4696)

    (2)  Basis upon which calculations were made (Tr.
        Vol. 43, p.4905)

Pl's Exhibit 16-1

    (1)  Completion by witness (Tr. Vol. 43, pp.4686)

    (2)  Roripaugh well (Tr. Vol. 43, p.4687)

        (a)  Field Notes--Pl's Ex. No. 16-A-72-A

Roripaugh well (Tr. Vol. 43, p.4669)

    (1)  Pl's Ex. No. 16-L (Tr. Vol. 43, p.4689)

    (2)  Field Notes (Tr. Vol. 43, p.4689)

    (3)  Identified as well 28-S-1 (Tr. Vol. 43,p.4690)

    (4)  Well log and yield (Tr. Vol. 43, p.4692)

    (5)  Pumps out of older alluvium (Tr. Vol. 44, p.4799)

    (6)  Hydrolic continuity --older and younger
        alluvium (Tr. Vol. 44, pp.4800-4802)

    (7)  Contour lines--1953 to 1958--comparison (Tr.
        Vol. 45, p.4957)

Dodge Valley

    Pl's Exhibit No. 16 (Tr. Vol. 44, p.4748)

SUMMARY OF TRANSCRIPTS   -   CONTINUED

Storage Units

   (1)  Pl's Exhibits 17 and 17-A--data respecting
      storage capacity (Tr. Vol. 43, pp.4775-4776)

   (2)  Storage Unit No. 4--Northern portion--expected
      yield of other wells in area drilled under
      conditions similar to those involved in Roripaugh
      well S-1 (Tr. Vol. 45, pp.4908-4914)

   (3)  Alluvium:  depth of older alluvium in specified
      areas (Tr. Vol. 45, pp.4915-4918)

   (4)  Explanation of Pl's Exhibit 17-A and comparison
      with Pl's Exhibit 15C (Tr. Vol. 43, p.4701)

   (5)  Wells located in Storage unit No. 4 (Tr. Vol.45
      p.4962).

Effect and upstream pumping and development on flow of
stream (Tr. Vol. 44, p.4848)

Specific Yield

   (1)  Calculations (Tr. Vol. 45, p.4961)

   (2)  Pl's Exhibit No. 15-D (Tr. Vol. 45, p.4905)

Water requirements and uses at Camp Pendleton

   (1)  Requirements (Tr. Vol. 47, p.5219)

   (2)  Water uses U.S.Naval Ammunition Depot (Tr. Vol. 47,
      pp.5244-5245)

     (a)  Employees on Base (Tr. Vol. 47, p.5246)

     (b)  Sources of water (Tr. Vol. 47, p.5250)

     (c)  Description of gallery from which water
        is pumped from Santa Margarita to U. S.
        Naval Ammunition Depot, Fallbrook (Tr.
        Vol. 47, pp.5253-5359)

     (d)  De Luz well (Tr. Vol. 47, pp.5259)

4906

SUMMARY OF TRANSCRIPTS -- CONTINUED

    (3)  Water system at Camp Pendleton describ . (Tr.

        Vol. 47, p.5219)--unity as to voirs (Tr.

        Vol. 47, p.5229)

    (4)  Grazing operations (Tr. Vol. 47, pp.5332-5338)

    (5)  Operation of ground water basins for the purpose

        of maintaining grass coverage (Tr. Vol. 48,

        pp.5344-5349)

Stewart Mesa and South Mesa

    (1)  Condition of land use in 1938 (Tr. Vol. 47,

        pp.5277; pp.5291-5295)

    (2)  Operation of water delivery system (Tr. Vol. 47,

        pp.5296-5304)

    (3)  Salt water intrusion (Tr. Vol. 47, pp.5319-5324)

    (4)  Leases (Tr. Vol. 47, pp.5327-5329)

Soil Surveys

    (1)  Photographic copies of field survey sheets

        utilized in making the soil surveys within the

        confines of the Naval Reservation and the Santa

        Margarita watershed--Pl's Ex. No. 92 (Tr. Vol. 48,

        p.5361)

        (a) Explanation (Tr. Vol. 48, p.5363; 5366;

    (2) uniformity as to type and method of study (Tr.

        Vol. 48, p.5376)

    (3)  Land Classification explained (Tr. Vol. 48,

        pp.5379-5380)

    (4)  Photographs used in making survey--Pl's Exhibit

        No. 93A-93AF (Tr. Vol. 48, p.5364)

        (a) Watershed line--determination of (Tr. Vol.48

        pp.5365-5368)

        (b) Explanation (Tr. Vol. 48, pp.5368-5369;

        pp.5371-5372)

SUMMARY OF TRANSCRIPTS -- CONTINUED

Santa Margarita River watershed within Camp Pendleton land
utilization--Pl's Exhibit No. 94

     (1) Explanation (Tr. Vol. 48, pp.5380)

Duty of water

     (1) Defined (Tr. Vol. 48, p.5393)

     (2) Specific crops (Tr. Vol. 48, p.5394)

     (3) Consumptive use defined (Tr. Vol. 48, p.5395)

     (4) Utilization loses of water (Tr. Vol. 48, p.5395)

Rancho Santa Margarita y Las Flores Areas irrigated from
Santa Margarita River from vertical aerial photographs
1929--Pl's Exhibit No. 74--(Tr. Vol. 48, p.5398)

     (1) Mosaic of lower portion of Santa Margarita River
        Valley, prepared from vertical aerial photographs
     made in 1929--Pl's Exhibit No. 73 (Tr. Vol. 74, p.5398)

     (2) Method of computing irrigated acreage as tabulated
        on Exhibit No. 74. (Tr. Vol. 74, p.5399-5402)

     (3) Designation of irrigated areas (Tr. Vol. 74,
        pp.5403)

     (4) Lake O'Neill ditch (Tr. Vol. 74, p.5404)
        Point of diversion (Tr. Vol. 74, p.5406)

     (5) Total acreage irrigated from Santa Margarita
        River--1939--Pl's Exhibit No. 77 (Tr. Vol. 48,
        p.5416)

        (a) Source of material--aerial photographic
           compilation--1939 flight (Tr. Vol. 48, pp.5416-5417)

        (b) Differences between the 1938 and the 1939
           flight (Tr. Vol. 48, pp.5421-5422)

Lake O'Neill ditch (Tr. Vol. 47, p.5404)

     (1) O'Neill diversion (Tr. Vol. 47, p.5406)

-52-

4908

SUMMARY OF TRANSCRIPTS -- CONTINUED

Pl's Exhibit No. 75 (A series of aerials from 1938)

    (1)  Areas referred to in testimony respecting
        the 1929 aerials (Tr. Vol. 48, pp. 5409-5416).

Location of some of the principal military establishments
on the quadrangles that have been brought together for
the purpose of location or orientation (Pl's Exhibit 89-CG)
(Tr. Vol. 48, pp. 5324-5346)

    (1)  Overlay, Pl's Exhibit No. 89-CS)(Tr. Vol. 48,
        p. 5427)

        (a) Morro Hill--location of (Tr. Vol. 48, p. 5428)

Copies of field survey sheets that were used for the
purpose of recording soil survey information on the
Pechanga Indian Reservation--Pl's Exhibit 120-A through
120-D--explanation (Tr. Vol. 48, pp. 5446-5444)

Pl's Exhibit No. 101:  Profile of Santa Margarita River
Valley from the sea to the upper end of Naval Reservation,
including the Naval Ammunition Depot and Camp Pendleton.

    (1)  Explanation (Tr. Vol. 46, pp. 5078-5079)

    (2)  Wells--location of (Tr. Vol. 46, p. 5084)

    (3)  Water system on Santa Margarita River of
        Camp Pendleton (Tr. Vol. 46, pp. 5085-5088)

    (4)  Gallery (Tr. Vol. 46, p. 5091)

    (5)  South Mesa

        (a)  Location (Tr. Vol. 46, p. 5079)

        (b)  Area (Tr. Vol. 46, p. 5079-5080)

    (6)  Stuart Mesa

        (a)  Area and location (Tr. Vol. 46, pp. 5080-5081)

    (7)  Ysidora Pumping basin--location (Tr. Vol. 46,
        p. 5081)

4909

SUMMARY OF TRANSCRIPTS  -  CONTINUED

(8)  Chappo Flats area (Tr. Vol. 46, p.5081)

(9)  Camp Margarita (Tr. Vol. 46, p.5081)

(10)  Secondary industrial area (Tr. Vol. 46, p.5082)

(11)  Naval Hospital (Tr. Vol. 46, p.5082)

(12)  Division area (Tr. Vol. 46, p.5082)

(13)  Memorial Golf Course area (Tr. Vol. 46, p.5087)

    (a)  Irrigated by sewage effluent (Tr. Vol. 46, P.5087)

(14)  Camp Matthews (Tr. Vol. 46, pp.5089-5090)

Sewage Effluent

(1)  In General

    (a)  Irrigating of Memorial Golf Course area (Tr. Vol. 46, p.5087)

    (b)  Use as means of retarding salt water intrusion (Tr. Vol. 46, pp.5111-5112)

    (c)  Location of sewage disposal plants (Tr. Vol. 46, pp.5112-5113; Vol. 47, pp.5225-5228)

(2)  Sewage effluent discharges, Plant No. 1, acre feet water year--Pl's Exhibit No. 119--explanation (Tr. Vol. 47, pp.5229-5230)

Eleventh Naval District, San Diego, California, Amphibious Training Base, Oceanside, Calif--grading plan, dated 1944--Pl's Exhibit No. 99.

(1)  Explanation (Tr. Vol. 46, pp.5114)

(2)  Contour marks (Tr. Vol. 46, p.5115)

(3)  Watershed line, as establishing (Tr. Vol. 46, p.5117)

-54-

4910

SUMMARY OF TRANSCRIPTS — CONTINUED

Watershed Line

    (1)  Watershed line as established by Pl's Exhibit
        No. 99 (Tr. Vol. 46, p.5117)

        (a)  Point of starting watershed line (Tr.
            Vol. 46, p.5125)

        (b)  Watershed of salt water marsh (Tr. Vol.46,
            P.5138)

        (c)  Lagoon area as being within the watershed
            (Tr. Vol. 47, p.5190)

    (2)  Watershed line as determined in connection with
        Pl's Exhibit No. 93-A through 93A-F (Tr. Vol. 48,
        pp.5365-5369)

    (3)  Watershed line--as shown on Pl's Exhibit No. 75-D
        (Tr. Vol. 48, p.5387)

    (4)  Natural watershed line marked on Pl's Exhibit 89-CC
        (Tr. Vol. 49, pp.5471-5478)

Eleventh Naval District, San Diego, Camp Joseph H.
Pendleton, Santa Margarita Marine Corps Training area
topographic survey--yards and docks, Pl's Exhibit No. 98.

    (1)  Explanation (Tr. Vol. 46, pp.5122)

    (2)  Areas delineated (Tr. Vol. 46, p.5124)

    (3)  Flow of salt water sloughs (Tr. Vol. 46,
        p.5124; p.5127)

Fairchild aerial topographic map as made from aerials,
Pl's Exhibit No. 98-A (Tr. Vol. 46, pp.5132)

Series of aerials, May 11, 1938, aerial marked 75-5,
Pl's offer Exhibit No. 75

    (1)  Discussion (Tr. Vol. 46, pp.5147-5159)

4911

SUMMARY OF TRANSCRIPTS -- CONTINUED

Key map of the master shore station development plan of
Camp Pendleton--Pl's Exhibit No. 100

    (1)  Explanation (Tr. Vol. 47, p.5160)

    (2)  Drawing of rectangle No. 2 of Exhibit No. 100,
        Pl's Exhibit No. 102 (Tr. Vol. 46, p.5161)

    (3)  Sheet No. 3, as located on Exhibit No. 100,
        Pl's Exhibit No. 103 (Tr. Vol. 46, p.5162)

    (4)  Exhibits No. 103 to 117 admitted (Tr. Vol. 46
        p.5163)

Coast lands, Rancho Santa Margarita, San Diego County,
California, completed January, 1950--Pl's Exhibit No. 97

    (1)  Explanation (Tr. Vol. 46, p.5165)

Buildings outside watershed

    (1)  Guides which distated the placement of the build-
        ings on Camp Pendleton when witness (Cannon)
        undertook the plan, design and location of
        them (Tr. Vol. 46, p.5174A)

Soil Survey

    Pechanga Reservation, Pl's Exhibit No. 120 A, B, C,
    and D (Tr. Vol. 49, p.5458)

        (1)  Location of area (Tr. Vol. 49, pp.5459-5463)

        (2)  Land classification (Tr. Vol. 49, pp.5469-
            5470)

Santa Margarita River Diversion dam and spreading basin
with Lake O'Neill control ditch system--Pl's Exhibit
No. 86-A, explanation (Tr. Vol. 49, p.5486)

Area and capacity curve, Lake O'Neill, date March, 1957,
Pl's Exhibit No. 86--explained (Tr. Vol. 49, p.5486)

    (1)  Area of Lake (Tr. Vol. 49, p.5489)

    (2)  Capacity (Tr. Vol. 49, p.5490)

SUMMARY OF TRANSCRIPTS -- CONTINUED

Spreading system--Camp Pendleton

    (1)  Indicated on Pl's Exhibit No. 36-A (Tr. Vol. 49, p.5502)

    (2)  On-channel spreading works (Tr. Vol.49, pp.5502-5503)

    (3)  Off-Channel works (Tr. Vol. 49, pp.5504-5509; pp.5510-5511)

    (4)  Water impounded as of March, 1955 in on-channel structures (Tr. Vol. 49, pp.5511-5512)
          Sewage effluent (Tr. Vol. 49, p.5519)

    (5)  Areas (Tr. Vol. 49, p.5515)

Lake O'Neill

    (1)  Photographic view (Pl's Exhibit No. 36) (Tr. Vol. 49, pp.5491-5492)

    (2)  Operation of O'Neill diversion (Tr. Vol. 49, pp.5492-5402; p.5495)

    (3)  Sources of water for Lake O'Neill (Tr. Vol. 49, pp.5493-5494)

    (4)  Utilization of Lake (Tr. Vol. 49, pp.5494-5495)

    (5)  Control gate (Tr. Vol. 49, p.5497)

    (6)  Quantity of water actually diverted from Santa Margarita River into the out-channel spreading area (Tr. Vol. 49, p.5501)

    (7)  Fallbrook Creek (Tr. Vol. 49, p.5509)

Inspection tour of Camp Pendleton (Tr. Vol. 50, pp.5597-5469)

    (1)  Pl's Exhibit No. 89-00-1 (Tr. Vol. 50, p.5597)

    (2)  Watershed line (Tr. Vol. 50, pp.5598-5599)

4913

SUMMARY OF TRANSCRIPTS -- CONTINUED

(3) Imhoff Dam (Tr. Vol. 50, p.5599)

(4) Stuart Mesa (Tr. Vol. 50, pp.5602)

(5) South Coast Mesa (Tr. Vol. 50, p.5604)

(6) Twin Lakes Lagoon (Tr. Vol. 50, p.5606)

(7) Fire Mountain Housing area (Tr. Vol. 50, p.5606)

(8) Enlisted men's Housing (Tr. Vol. 50, p.5607)

(9) Proposed school site (Tr. Vol. 50, p.5609)

(10) California Lease, area covered by (Tr. Vol. 50, p.5611)

(11) Trailer court area (Tr. Vol. 50, p.5611)

(12) Spreading dam No. 1 (Tr. Vol. 50, p.5614)

(13) Wells pertaining to salt water instrusion (Tr. Vol. 50, p.5618; p.5621)

(14) Sewage effluent (Tr. Vol. 50, pp.5624-5625)

(15) Industrial area (Tr. Vol. 50, p.5628)

(16) Outlet structure for Lake O'Neill (Tr. Vol. 50, p.5633)

(17) De Luz Dam site (Tr. Vol. 50, p.5641)