UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.   NO. 1247-SD-C CIVIL

vs.   MINUTES OF THE COURT

FALLBROOK, etc., et al   DATE: Dec. 12, 1958

AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER, AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, LT. CMDR. DONALD REDD, AND LT. COL. A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, CARL BARONKAY

PROCEEDINGS: FURTHER COURT TRIAL

At 10:15 A.M. both sides ready.
Attorney Moskovitz makes statement.
The court makes statements re California offer of pages 62-81 of Ex. L.
Ex. L append B is offered, objected to by Mr. Veeder, overruled, and said exhibit is admitted.
Witness James resumes stand and testifies further.
Exs. L-15-3, 15-4, and 15-5 are marked.
At 11 A.M. a recess is declared by the court.
At 11:10 A.M. reconvene.
Witness James resumes stand and testifies further.
Ex. 15-6 and 15-7 are marked.
At 12, noon, a recess is declared to 2 P.M.
At 2:05 P.M. reconvene.
Witness James resumes stand and testifies further.
Exs. L-15-1 and 1-15-3 are received.
At 3:10 P.M. recess, and at 3:15 P.M. reconvene.
Witness James resumes stand and testifies further.
At 4 P.M. a recess is declared by the court, and the further court trial herein continued to Dec. 16, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

4936