UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: Dec. 16, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, LT. CMDR. DONALD REDD, AND LT. COL. A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY, GEORGE STAHLMAN.

PROCEEDINGS:   FURTHER COURT TRIAL.

At 10:05 A.M. convene herein.
Witness James resumes as stand and testifies further.
California Exs. Nos. P, Q, R, S, AND T are marked for Identification
At 11:15 A.M. recess, and at 11:30 A.M. reconvene.
Court and counsel each make statements.
Witness James resumes stand and testifies further.
At 12:05 P.M. a recess is declared to 2 P.M.
At 2:05 P.M. reconvene.
Witness James resumes stand and testifies further.
California Ex. No. "U" is marked for Identification.
Californis L table 15-2 is received in evidence.
At 3:20 P.M. a recess is declared by the court, and at 3:35 P.M. reconvene.
Witness James resumes stand and testifies further.
At 4:40 P.M. a recess is declared by the court, and the further court trial herein continued to Dec. 17, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk          4937