*[Signatures at top: Myrtle L. Anderson; Jesse H. Batson; Floyd S. Batson; Joe Loetus Batson A; Roy Parmer Batson B; Mary Louise Batson; Mary L. Griffith, Guardian]*

1  Defendants in propria persona
2
3
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

**FILED**
DEC 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

7   UNITED STATES OF AMERICA,        )
8              Plaintiff,            )   CIVIL NO. 1247- SD - C
                                     )
9        v.                          )   ANSWER OF DEFENDANTS
                                     )
10  FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12             Defendants.           )

13       The defendants,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
18                     AMENDATORY COMPLAINT
19       These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own  9  acres of land in Riverside
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32
                                                            15303

*Copy ordd*

This property is an estate. There are seven heirs. If and when any one of them wish to build, they are entitled to a well for domestic and gardening purposes. There is one well on this property which is used for domestic and gardening purposes.

 

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joe Cletus Batson*
*Joy Lorna Batson*
*Mary Louise Batson*
*Mary L. Griffith*
*R Guardian*

*Floyd S. Batson*
*Jesse H. Batson*
*Eula V. Strang*
*Myrtle L. Anderson*

Defendants in propria persona

Dated:

15304

OFFICE OF GROUND WATER RESOURCES
MARINE CORPS BASE
CAMP PENDLETON, CALIFORNIA

FILED
DEC 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

18/cwt
Serial: 4577
15 December 1958

Clerk, U. S. District Court
Southern District of California
325 West F Street
San Diego 1, California

       Re: U. S. v. Fallbrook Public Utility
        District et al., No. 1247-SD-Civil

Dear Sir:

Transmitted herewith are the original and two copies each of Answer submitted by the defendants named below. One copy is for the Special Master. One copy has been retained for the files of this office.

   STRANG, Eula V.,
   ANDERSON, Myrtle L.
   BATSON, Jesse H.
   BATSON, Floyd S.

   BATSON, Joe Cletus )
   BATSON, Roy Parmer )  Minors.
   BATSON, Mary Louise)
   Griffith, Mary L., guardian

        Sincerely yours,

        Donald W. Redd
        DONALD W. REDD
        LCDR, USNR
        Legal Officer

Encl

OFFICE OF GROUND WATER RESOURCES
MARINE CORPS BASE
CAMP PENDLETON, CALIFORNIA

18/cwt
31 December 1958

From: Title Section
To:   Secretary to William H. Veeder...
      Room 221, 325 West F St., San Diego 1, Calif.

Subj: Addresses of defendants

Ref:  (a) Yr undated note rec'd 31Dec58.

1. Addresses of the below named defendants in Ground Water Resources records are:

   ANDERSON, Myrtle L.
      C/o Nathaniel P. Batson, PO Box 18, Murrieta, Calif.

   BATSON, Floyd S.
      C/o PO Box 19, Murrieta, Calif.
      Served at: 6166 Encinata, Temple City, Calif.

BATSON, Jesse
      C/o P. O. Box 19, Murrieta

BATSON, Joe Cletus
   C/o PO Box 19, Murrieta, Calif.
   Served at: 1475 6th St., Norco, Calif.

BATSON, Mary Louise
   C/o PO Box 19, Murrieta, Calif.
   Served at: 2949 Sierra Ste, Norco, Calif.

BATSON, Roy Parmer
   C/o Box 19, Murrieta, Calif.
   Served at: 2949 Sierra Ave., Norco, Calif.

STRANG, Eula V. (Joseph)
   Box 914, Murrieta, Calif.

GRIFFITH, Mary L., guardian   (no record)

Title Section
CWTorassa