UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _ 1247-SD-C _ _ CIVIL  
MINUTES OF THE COURT  
DATE: Dec. 17, 1958  
AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD AND LT. COL A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN CARL BARONKAY

PROCEEDINGS:   FURTHER COURT TRIAL.

At 10:05 A.M. convene.
Witness Worts heretofore sworn, is recalled, and testifies further.
Fallbrook Ex. No. AB is marked for Identification.
At 11 A.M. a recess is declared by the court
At 11:20 A.M. reconvene.
Witness Worts resumes stand and testifies further.
Ex. No. AB is received in evidence.
At 12:05 P.M. a recess is declared to 2 P.M.
At 2 P.M. reconvene.
Witness Worts resumes stand and testifies further.
At 3:10 P.M. a recess is declared and at 3:25 P.M. reconvene.
Witness Worts resumes stand and testifies further.
Vail Exs. E, F, G, AND H are marked for Identification
Witness James resumes stand and testifies further.
Calif. Ex. No. W is marked.
At 4:35 P.M. a recess is declared by the court, f and the further court trial herein continued to Dec. 18, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

4938