FILED

DEC 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1   Defendants in propria persona.
2   Jane Spore or Jeanne Spore
3
4           IN THE UNITED STATES DISTRICT COURT
5           SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,          )
                                        )   CIVIL NO. 1247- SD - C
9                   Plaintiff,          )
                                        )   ANSWER OF DEFENDANTS
10         v.                           )
                                        )   Jane Spore or Jeanne Spore
11  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, ET AL,                    )
12                  Defendants.         )

13          The defendants,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19          These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS
27          These defendants own  15   acres of land in Riverside
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32   COPY RECEIVED

15305

That certain land situated in Riverside County described as follows:-

PARCEL 1: That portion of Lot 25 Block L of Elsinore as shown by map entitled "Map of Blocks K, L and M, Elsinore" on file in Book 4 page 174 of Maps, San Diego County Records, lying between the Northeasterly line of Union Street and the Southwesterly line of the abandoned Atchison, Topeka and Santa Fe Railroad right of way.  Also the southwesterly half of the abandoned right of way of said railroad, adjoining Lot 25.

PARCEL 2: Lot 22 Block L of Elsinore as shown by map entitled "Map of Blocks K, L & M, Elsinore" on file in Book 4 page 174 of Maps, San Diego County Records:   Also the southwesterly half of the abandoned right of way of the Atchison Topeka and Santa Fe Railroad, adjoining Lot 22.

EXCEPTING therefrom the Southwesterly 30 feet for one-half of Union St.

The land is non-riparian land, all of this land is tillable. Approximately one acre is in trees and garden, including the residence. The defendants have irrigated trees and garden from a well located on Lot 25. Said well supplies water for domestic use in the house. This well is 100 feet deep. It is pumped by a one-horse power jet pump. The defendants claim the right to use five acre feet per year from this well. Defendants do not claim any prescriptive rights or any appropriative rights therefore, these defendants pray that plaintiff take nothing against them by reason of the complaint and supplementary and amendatory complaint on file herein: that said complaint be dismissed as against these defendants; that defendants' right to water, as herein above set forth, be quieted as against the plaintiff and against all other defendants in this action and for other and further relief as the Court may deem proper.  Dated Dec. 9, 1958

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*J Spore*

*Jane Spore or Jeanie Spore*

Defendants in propria persona

P.O.Box 66, Elsinore, California.

Dated: Dec 9 1958

15306