UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL  
MINUTES OF THE COURT  
DATE: Dec. 18, 1958  
AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, DONALD REDD, LT. COL A.C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, CARL BARONKAY.

PROCEEDINGS:   FURTHER COURT TRIAL

At 10 A.M. convene herein.
Witness James resumes stand and testifies further.
California Ex. No. Y is marked.
At 11:05 A.M. a recess is declared by the court, and at 11:15 A.M. reconvene.
Witness James testifies further.
At 12:00, noon, a recess is declared by the court to 2 P.M.
At 2:05 P.M. reconvene.
Witness James resumes stand and testifies further.
California Ex. No. Y is received.
California Exs. Nos. P, P-1A, P-1B, P-1C are received.
California Exs. Nos. R, S, T, U, V, W, AND X ARE Received.
At 3:20 P.M. a recess is declared by the court, and at 3:20 3:35 P.M. reconvene.
Witness James testifies further.
At 4:40 P.M. a recess is declared by the court, and further court trial herein continued to Dec. 19, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk