UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | NO. _1247-SD-C_ CIVIL |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | DATE: Dec. 19,1958 |
| | AT: San Diego, California |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER & MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER AND COL. A. C. BOWEN, AND LT. CMDR. DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN CARL BARONKAY

PROCEEDINGS: FURTHER COURT TRIAL

At 10 A.M. reconvene.
Court makes statement re memo from counsel on certain issues.
Witness Harry W. Witman, Jr. is called, sworn, and testifies for the Government.
Plaintiff Exs. Nos. 125-A, B, and C are marked for Identification
At 11:05 A.M. a recess is declared by the court, and at 11:20 A.M. reconvene.
Witness Witman testifies further.
John L. Salisbury is called, sworn, and testifies for the Government.
At 12, noon, a recess is declared by the court to 2 P.M.
At 2:10 P.M. reconvene.
Court and counsel discuss memo.
IT IS ORDERED that said memo be submitted by Jan. 13,1959.
Witness Salisbury testifies further.
Plaintiff Ex. No. 126 is marked for Identification.
At 2:30 P.M. a recess is declared by the court, and the further court trial herein continued to January 13,1959, at 10 A.M.