FILED

JAN 5 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  J. LEE RANKIN
   SOLICITOR GENERAL
2    of the UNITED STATES OF AMERICA
   Washington 25, D. C.
3
   Attorney for the UNITED STATES OF AMERICA
4

           IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
                    SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
           Plaintiff,               )   NO. 1247-SD-C
                                    )
      v.                            )   MOTION
                                    )
FALLBROOK PUBLIC UTILITY DISTRICT,  )   IN REGARD TO TIME TO FILE
   ET AL.,                          )   TENTATIVE FINDINGS AND OBJECTIONS
                                    )   TO FINDINGS OF SPECIAL MASTER
           Defendants.              )

       Comes now the United States of America and alleges that on December 19, 1958, this Honorable Court presented fifteen propositions relating to the geology and the ground water hydrology, factors of great importance in this litigation. As directed by the Court these matters have been considered and an effort has been made to prepare the tentative findings which were requested in connection with the matters to which reference has been made. Several items which are involved have required and will require extensive investigation prior to the preparation of suggested findings. Moreover, involved in them are elements which have relationship and direct bearing upon the proposed findings tendered by the Special Master in connection with the DeLuz Creek area and the Fallbrook Creek area.

       WHEREFORE, the United States of America respectfully moves this Honorable Court and the Special Master to grant to it until February 2, 1959, to file the tentative findings referred to in the Court's statement of December 19, 1958, and that it be granted a similar time in which to file objections to the Special Master's proposed findings in connection with the DeLuz and Fallbrook Creek areas.

                                        UNITED STATES OF AMERICA

                                        /s/ William H. Veeder

**FILED**

JAN 5 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | AFFIDAVIT OF SERVICE |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | BY MAIL |
| Defendants. | ) | |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

    MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Room 221, United States Customs and Court House, 325 West F Street, San Diego, California; that she is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, on January 5, 1959, she deposited in the United States mail at San Diego, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

        MOTION IN REGARD TO TIME TO FILE TENTATIVE
        FINDINGS AND OBJECTIONS TO FINDINGS OF
               SPECIAL MASTER,

addressed to:

-1-

5019

1     Office of Attorney General, Library and Courts Building,
2 Sacramento, California, Attention: Adolphus Moskovits, Deputy
3 Attorney General;
4     Sachse & Price, 1092 South Main Street, Fallbrook,
5 California;
6     George Stahlman, Route 1, Box 235, Fallbrook, California.

                                                Margaret B. Tooker

Subscribed and sworn to before
me this 5th day of January, 1959.
John A. Childress, Clerk, U. S. District Court,
Southern District of California
By _____ Deputy

-2-

5020