UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C  CIVIL
MINUTES OF THE COURT
DATE: Jan. 13, 1959
AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, DONALD REDD, COL. ELLIOTT ROBERTSON, AND A. C. BOWEN

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ AND GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL

At 11:50 A.M. convene.
Filed Fallbrook memo as to proposed findings on Geology
Filed California Tentative views respecting Findings on Geology.
Attorney Veeder makes statement.
At 12:15 P.M. a recess is declared by the court to 2 P.M.
At 2:05 P.M. reconvene.
Attorney Stahlman makes statement.
California Ex. No. Z is marked for Identification.
Laurence James resumes stand and testifies further.
IT IS ORDERED on motion of Attorney Veeder that Ex. No. L-15-2 is stricken.
Attorney Veeder moves to strike Ex. No. Calif. Q, and IT IS ORDERED said motion is denied w/o prejudice.
IT IS ORDERED that Calif. Ex. No. L-15-2 is received for the purpose of showing location of certain areas of computation on Table I, Ex. Q.
At 3:15 P.M. a recess is delcared by the court.
At 3:35 P.M. reconvene.
Witness James resumes stand and testifies further.
At 4:30 P.M. a recess is declared by the Court and the further court trial herein is continued to 1-14-59, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By _____ Deputy