UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                  NO. _1247-SD-C_ _ _ CIVIL
vs.                                     MINUTES OF THE COURT
FALLBROOK, etc., et al                  DATE: Jan. 14, 1959
                                        AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge;
   Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE
   COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, DONALD REDD, AND ELLIOTT ROBERTSON

   COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ AND GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL

        At 10:05 A.M. convene herein.
        Attorney Sachse makes statement.
        Witness James resumes stand and testifies further.
        At 11 A.M. a recess is declared by the court, and at 11:25 A.M. reconvene.
        Witness James resumes stand and testifies further.
        At 12, noon, a recess is declared by the court to 2 P.M.
        At 2:05 P.M. reconvene
        Witness James resumes stand and testifies further.
        At 3:15 P.M. a recess is declared by the court, and at 3:30 P.M. reconvene.
        Witness James resumes stand and testifies further.
        William Veeder is called, sworn, and testifies on examination by Attorney Sachse.
        Col. Allan C. Bowen, heretofore sworn, resumes stand and testifies further on examination by Attorney Sachse.
        Walter Hoffman heretofore sworn, resumes stand and testifies further.
        At 4:30 P.M. a recess is declared by the court, and the further trial herein continued to Jan. 15, 1959, at 10 A.M.

                                        JOHN A. CHILDRESS, Clerk