UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                      NO. _ _1247-SD-C_ _ _ CIVIL
vs.                                         MINUTES OF THE COURT
FALLBROOK, etc., et al                      DATE: _Jan._15,1959_ _ _
                                            AT:  San Diego, California

PRESENT: Hon. _ _ _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ District Judge;
   Deputy Clerk WILLIAM W. LUDDY _ Reporter _ _ JOHN SWADER AND MALCOLM LOVE
   COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, LT. CMDR. DONALD W. REDD_
                            COL. ELLIOTT ROBERTSON

   COUNSEL FOR DEFENDANT: FRANZ SACHSE, AND ADOLPHUS MOSKOVITZ AND _
                          GEORGE STAHLMAN

PROCEEDINGS:    FURTHER COURT TRIAL

   At 10:05 A.M. convene herein.
   Vail Ex. No. I is marked for Identification.
   Witness Hoffman resumes stand and testifies further.
   Fallbrook Ex. No. AC is marked for Identification.
   At 10:55 A.M. a recess is declared by the Court, and at 11:20 A.M. reconvene herein.
   Fallbrook Ex. No. AC is received in evidence.
   Witness Hoffman resumes stand and testifies further.
   Plaintiff Exs. Nos. 129, 130, 131, 132, 133, 134, 135, 136, 137, 138 A, 138B, 138 C, 139, 140, 141, and 142 are marked for Identification and received in evidence.
   Plaintiff Exs. Nos. 143, and 144 are marked for Identification.
   Col. A. C. Bowen heretofore sworn, resumes stand and testifies further.
   Plaintiff Ex. No. 145 is marked for Identification, and received in evidence.
   At 12, noon, a recess is declared by the court to 2 P.M.
   At 2:10 P.M. reconvene.
   Plaintiff Ex. No. 130 A is marked for Identification.
   Witness Bowen resumes stand and testifies further.
   Plaintiff Exs. Nos. 78P-1 thru 78P-7, 78Q-1 thru 78Q-13, 78R-1 thru 78R-3, 78S-1 thru thru 78S-15 and 78T-1 thru 78T-7 are marked for Identification, and received in evidence.
   At 4 P.M. a recess is declared by the court, and the further court trial herein continued to Jan. 20,1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk
                                                                    5051