```
 1  STANLEY MOSK, ATTORNEY GENERAL
       of the State of California
 2  VINCENT P. LAFFERTY, DEPUTY ATTORNEY GENERAL
    Library and Courts Building
 3  Sacramento 14, California                    F I L E D
 4  Telephone: HIckory 5-4711, Ext. 4978
                                                   JAN 19 1959
 5  Attorneys for Defendant Board of
       Equalization, State of California      CLERK, U.S. DISTRICT COURT
 6                                          SOUTHERN DISTRICT OF CALIFORNIA
                                            By m. [signature]
 7                                                         DEPUTY CLERK
 8              IN THE UNITED STATES DISTRICT COURT
 9         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                        SOUTHERN DIVISION
11
12  UNITED STATES OF AMERICA,        )
13                  Plaintiff,       )   No. 1247-SD-C
14        vs.                        )
15  FALLBROOK PUBLIC UTILITY DISTRICT,)     DISCLAIMER OF
    BOARD OF EQUALIZATION OF THE STATE)  BOARD OF EQUALIZATION,
16  OF CALIFORNIA, et al.,           )    STATE OF CALIFORNIA
17                  Defendants.      )
                                     )
18
```

19        The Board of Equalization of the State of California
20  for itself alone and on behalf of no other agency, board,
21  commission, department, division or officer of said State,
22  disclaiming to the Complaint of the plaintiff admits, denies
23  and alleges:
24                              I
25        This defendant disclaims all right, title and
26  interest of whatsoever character and extent in and to the
27  property and rights to property in the Complaint set forth
28  under and by virtue and limited solely to the effect of the
29  filing by the Board of Equalization of the State of California
30  of a Certificate of Lien recorded on January 31, 1949 in
31  Book 1048, Page 64 of the Official Records in the County of
32  Riverside, State of California, which certificate created a

                                  1

                                                        5052

1  lien in favor of this disclaiming defendant upon land located
2  in Section 36, Township 6 South, Range 3 West, S.B.B.M., owned
3  by Mr. and Mrs. A. Nelson.
4      WHEREFORE, let judgment be entered accordingly without
5  costs to this disclaiming defendant.
6      DATED: January 15, 1959.

    STANLEY MOSK, ATTORNEY GENERAL
    VINCENT P. LAFFERTY, DEPUTY ATTORNEY GENERAL

By _/s/ Vincent P. Lafferty_
    Attorneys for Defendant Board of Equalization
    of the State of California

2

5053

CL-1

| STATE OF CALIFORNIA | ) |  |
|---|---|---|
| COUNTY OF SACRAMENTO | ) ss. | AFFIDAVIT OF SERVICE BY MAIL |

      Ellave Perrine, being duly sworn, deposes and says: That affiant is a citizen of the United States, over the age of 18 years, and not a party to the within action; that affiant's place of employment and business address is Library and Courts Building, Sacramento 14, California;

That on the 15th day of January, 1959, affiant enclosed a true copy of the within

DISCLAIMER OF BOARD OF EQUALIZATION,
STATE OF CALIFORNIA

in an envelope for each of the persons named below, addressed to each of them at the address set out immediately below each respective name, sealed said envelope, and deposited the same in the United States Mail at the City of Sacramento, County of Sacramento, State of California, with postage thereon fully prepaid; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed:

          Office of Ground Water Resources
          Marine Corps Base
          Camp Pendleton, California

                Attn: Lt. David W. Miller

                                                    *Ellave Perrine*

Subscribed and sworn to before me,
this 15th day of January, 1959.
*Laura R. Middleton*
Notary Public, in and for the County
of Sacramento, State of California.

5054