UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u>    DIVISION

U.S.A.                                      )   No. __1247-SD-C__ Civil
                                            )
                                            )   MINUTES OF THE COURT:
                             Plaintiff,     )                      TRIAL
        vs                                  )
                                            )   Date: __January 20, 1959__
FALLBROOK, etc., et al                      )   At __San Diego__   Calif.
                                            )
                             Defendant      )

PRESENT: The Honorable __JAMES M. CARTER__ District Judge

Deputy Clerk: __WILLIAM W. LUDDY__    Reporter: __JOHN SWADER AND MALCOLM LOVE__

Counsel for Plaintiff :    WILLIAM VEEDER, WILLIAM BURBY, COL.
                           ELLIOTT ROBERTSON, COL A. C. BOWEN, LT.
                           CDR. DONALD W. REDD
Counsel for Defendant :   FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY
                          GEORGE STAHLMAN


PROCEEDINGS:    FURTHER COURT TRIAL


The following witnesses are sworn and testify on behalf of
        <u>Plaintiff</u>                      <u>Defendant</u>
    LYLE F. WARNOCK



WITNESS A. C. BOWEN resumes stand and testifies further.


The following exhibits are admitted into evidence:

    Plaintiff: 124 A thru N, 126, 126 A,B,C,  78 U1 thru 78U-4,
               78V-1 thru 78V-19
    Defendant:    none

The following exhibits are marked for identification only:

    Plaintiff:   none

    Defendant:   none

THE COURT FINDS

    IT IS ORDERED, at 4:25 P.M. cause is continued to January 21, 1959
at 10 A.M. for further court trial.




                                        JOHN A. CHILDRESS
                                                    Clerk,