UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                          ) No. 1247-SD-C   Civil
                                )
                    Plaintiff,  ) MINUTES OF THE COURT:
   vs                           )                 TRIAL
                                )
FALLBROOK, etc., et al          ) Date: JANUARY 21, 1959
                                )
                                ) At SAN DIEGO       Calif.
                    Defendant   )

PRESENT: The Honorable    JAMES M. CARTER    District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MALCOLM LOVE

Counsel for Plaintiff : WILLIAM VEEDER, WILLIAM BUREY, DONALD REDD
                        COL. ELLIOTT ROBERTSON

Counsel for Defendant : FRANZ SACHSE, ADOLPHUS MOSKOVITZ AND CARL
                        BARONKAY, AND GEORGE STAHLMAN

PROCEEDINGS:    FURTHER COURT TRIAL

The following witnesses are sworn and testify on behalf of
        Plaintiff                       Defendant
   STANLEY STEVENSON

WITNESSES CANNON AND BOWEN TESTIFY FURTHER.

The following exhibits are admitted into evidence:
    Plaintiff: 122, 123, 102A, B, C, 127, 146, 147, 148 and 149
    Defendant: none

The following exhibits are marked for identification only:
    Plaintiff:  78W-1 thru 78W-11
    Defendant:     none

IT IS ORDERED, at 4:30 P.M., cause is continued to January 22, 1959,
at 10 A.M. for further court trial.

                                    JOHN A. CHILDRESS, Clerk,
                                    By /s/ William W. Luddy  Deputy Clerk.