UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
) MINUTES OF THE COURT:
Plaintiff, )                         TRIAL
vs )
) Date: Jan. 22, 1959
FALLBROOK, etc., et al )
) At SAN DIEGO        Calif.
)
Defendant )

PRESENT: The Honorable __JAMES M. CARTER__ District Judge

Deputy Clerk: WILLIAM W. LUDDY          Reporter: JOHN XXXX SWADER AND MALCOLM LOVE

Counsel for Plaintiff : WILLIAM VEEDER, WILLIAM BURBY, COL ELLIOTT ROBERTSON, AND LT. CMDR DONALD REDD

Counsel for Defendant : FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY GEORGE STAHLMAN

PROCEEDINGS: FURTHER COURT TRIAL.

The following witnesses XXXXXXXXXXXXXXX testify/further on behalf of
     Plaintiff                                Defendant

A. C. BOWEN

The following exhibits are admitted into evidence:

   Plaintiff: 78W-1 thru 78W-19, 128A thru H, 150 and 151, and 125A

   Defendant: none

The following exhibits are marked for identification only:

   Plaintiff: none

   Defendant: none

THE COURT FINDS

IT IS ORDERED , at 4:30 P.M. cause XXXXXXXXX continued to January 23, 1959, at 10 A.M. for further court trial.

                              JOHN A. CHILDRESS
                              XXXXXXXXXXXXXXX, Clerk,
                              By /s/ William Luddy Deputy Clerk.