UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
   Plaintiff,
vs
FALLBROOK, etc., et al
   Defendant.

No. 1247-SD-C   Civil

MINUTES OF THE COURT:

Date: Jan. 23, 1959

At SAN DIEGO, Calif.

PRESENT: The Honorable JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W LUDDY    Reporter: JOHN SWADER AND MALCOLM LOVE

Counsel for Plaintiff: WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD, COL. ELLIOTT ROBERTSON.

Counsel for Defendant: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY AND GEORGE STAHLMAN

PROCEEDINGS:

At 10 A.M. reconvene herein.

The following witnesses are sworn and testify further on behalf of
   Plaintiff                                    Defendant
ALLEN C. BOWEN

The following exhibits are admitted into evidence:
   Plaintiff: 152 none
   Defendant: California Ex. L appendix F. Log 1, 2, and 3.

The following exhibits are marked for identification only:
   Plaintiff: 152
   Defendant: none

IT IS ORDERED cause, at 4 P.M., is continued to January 27, 1959 at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk,
By _____ Deputy Clerk.