UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C  CIVIL

MINUTES OF THE COURT

DATE: Jan. 27, 1959

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, AND WILLIAM BURBY

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY, GEORGE STAHLMAN, AND WALTER GOULD LINCOLN

PROCEEDINGS: FURTHER COURT TRIAL

At 10:05 A.M. convene herein.
Court and counsel discuss future procedure for trial.
At 11 A.M. a recess is declared by the court, and at 11:10 A.M. reconvene.
Witness Bowen resumes stand and testifies further on cross examination.
Plaintiff Exs. Nos. 153 and 154 are marked for Identification and received in evidence.
At 11:55 A.M. a recess is declared by the court to 2 P.M.
At 2:15 P.M. reconvene
Witness Bowen resumes stand and testifies further on further cross examination.
At 3:10 P.M. a recess is declared by the court and at 3:25 P.M. reconvene.
Witness Bowen resuems stand and testifies further.
California Ex. No. AA is marked for identification.
At 4:30 P.M. a recess is declared by the court, and the further court trial herein continued to January 28, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By 5069