UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN      DIVISION</u>

U.S.A.    +                        )   No.  <u>1247-SD-C</u>  Civil
                                   )
MM.                                )   MINUTES OF THE COURT:
                   Plaintiff,      )                     TRIAL
   vs                              )
                                   )   Date:  <u>JANUARY 28, 1959</u>
FALLBROOK, etc., et al             )
                                   )   At <u>SAN DIEGO</u>      Calif.
                                   )
                   Defendant       )

PRESENT: The Honorable ___<u>JAMES M. CARTER</u>___ District Judge

Deputy Clerk: <u>WILLIAM W. LUDDY</u>    Reporter: <u>JOHN SWADER AND MALCOLM LOVE</u>

Counsel for Plaintiff :   WILLIAM VEEDER AND WILLIAM BURBY

Counsel for Defendant :   FRANZ SACHSE, XXX ADOLPHUS MOSKOVITZ, GEORGE
                          STAHLMAN, CARL BARONKAY, AND WALTER GOULD
                          LINCOLN.

PROCEEDINGS:    FURTHER COURT TRIAL


The following witnesses are sworn and testify on behalf of
        <u>Plaintiff</u>                         <u>Defendant</u>

   ELLIOTT P. ROBERTSON                          —


Witness Bowen testifies further.


The following exhibits are admitted into evidence:
                         series
   Plaintiff:  76, 121, 73/73 A, B,  93AG thru 93 AK, 87, 89 CG 1,2,3,4,
               10, 11, 12, 13, 14.
   Defendant:  none

The following exhibits are marked for identification only:

   Plaintiff:  none

   Defendant: FALLBROOK  A, X, C, D, L, O, P, Q, R, S,

TMEXQMMXMXRMMMSM

IT IS ORDERED that cause is continued to Janmanym2 February 10, 1959
for the further court trial herein.




                                        JOHN A. CHILDRESS
                                        KXXMNXXMXMSMXMM, Clerk,
                                        By_____Deputy Clerk.