LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JAN 26 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>                Defendants. | No. 1247-SD-C<br><br>MOTION OF DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT TO DISMISS COUNT XXI of PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT UNDER RULE 41(b), F.R.C.P. |

    Defendant Fallbrook Public Utility District moves the Court to dismiss Count XXI of plaintiff's Supplementary and Amendatory Complaint, upon the ground that upon the facts established by plaintiff in its case in chief and upon the law applicable thereto, plaintiff has shown no right to any relief under said Count XXI.

                              SACHSE and PRICE

                              by _____
                              Attorneys for defendant
                              Fallbrook Public Utility District

Dated: January 28, 1959.

copy recd.

5089