(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 6-1154



FILED
JAN 28 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>  Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>FALLBROOK PUBLIC UTILITY DISTRICT,  )<br>ET AL.,  )<br>  )<br>  Defendants.  ) | No. 1247-SD-C<br><br>MEMORANDUM IN SUPPORT<br>OF MOTION OF DEFENDANT<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT TO DISMISS COUNT<br>XXI OF PLAINTIFF'S<br>SUPPLEMENTARY AND<br>AMENDATORY COMPLAINT |

I

### AUTHORITY FOR THE MOTION

Federal Rule 41(b) provides in part:

"For failure of the plaintiff to prosecute or to comply with these rules or any order of court, <u>a</u> defendant may move for dismissal of an action <u>or of any claim against him</u>. After the plaintiff has completed the presentation of his evidence, the defendant, without waiving his right to offer evidence in the event the motion is not granted, may move for a dismissal on the ground that upon the facts and the law the plaintiff has shown no right to relief."
(Emphasis added).

II

### FACTS

Count XXI sets forth the claimed prescriptive rights of the United States in the waters of the Santa Margarita River system, and asserts such rights in connection with the lands of the Naval Reservation at the mouth of the stream, and also in connection with the National Forest, Indian Reservation and Public Domain lands in the upper reaches of the watershed. This

- 1 -

5087

defendant moved to dismiss this Count at the outset of the proceedings. The Court denied the Motion upon the ground that the assertion of prescriptive rights appurtenant to Forest Service, Indian Reservation and Public Domain lands raised an issue of fact that required the taking of evidence. The Court however stated in its Pre-Trial Opinion that the claimed prescriptive rights appurtenant to the lands of the Naval Reservation at the mouth of the stream could not be upheld as a matter of law.

In the presentation of its evidence the plaintiff has made no showing of any kind as to the following essentials of a prescriptive right.

1. Use for the prescriptive period of five years.
2. Quantity of use.
3. That the use was adverse to this defendant.

Upon the present state of the record, therefore, the Court should dismiss Count XXI of the Supplementary and Amendatory Complaint.

III

ARGUMENT

Because these questions were extensively briefed and argued by all parties during pre-trial proceedings, and because of the Court's rulings in its Pre-Trial Opinion, no useful purpose would be served by repeating the citations of authority and arguments heretofore made.

Respectfully submitted,

SACHSE and PRICE

by _____
Attorneys for Fallbrook Public
Utility District

Dated: January 28, 1959.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

5088