LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**
JAN 28 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                  Plaintiff, )
      vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
ET AL., )
                  Defendants. )

No. 1247-SD-C

MOTION OF NAMED DEFENDANTS
FOR JUDGMENT UNDER RULE 41(b)

      Defendants MERLE C. and JUANITA L. ADKINS; PAUL K. ALGERT and JEAN S. ALGERT; JACK L. AUSTIN; O. B. WILLIAMSON, as Executor of the Estate of Maurine Nash Barkeij, deceased; EDWARD E. BRAGG and GLENITA BRAGG; THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, CHARLES FRANCIS BUDDY, Incumbent; CALAVO GROWERS OF CALIFORNIA, a California non-profit cooperative association; MARIAN L. CARTWRIGHT; C. W. CARDON and JEAN CARDON; HARRY A CHAPMAN and SYBIL E. CHAPMAN; ROY H. COSTELLO and FLORA H. COSTELLO; FALLBROOK ASSEMBLY OF GOD, a corporation; ROBERT R. GAGNON and ELAINE GAGNON; LOUIS D. GAGNON and KATHERINE I. GAGNON; HELEN GATES; ALEXANDRA DE AROCHA GHIKA; ALINE B. HALL, as surviving joint tenant of Anne B. and E. Gordon Hall; MELVIN K. HESS and MARGARET Z. HESS; ALONZO V. HOOVER; JOHN B. KENTIS and PENELOPE C. KENTIS; HARVEY N. LAUGHLIN and MILDRED LAUGHLIN; SAMUEL V. KOSTICH; SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK; MILTON P. MARTIN and MAGGIE E. MARTIN; ROBERT NASH OGDEN and ROSE MARIE OGDEN; DONALD K. OSBORNE and MAXINE K. OSBORNE; JAMES G. SCHULTZ and DELTA A. SCHULTZ;

1  CALVIN G. SHELD and CORA E. SHELD; FRANZ R. SACHSE and ROWENA
2  SACHSE; J. D. ROBINSON and LAURA A. ROBINSON; O. LESTER RIGGLE
3  and MAUDE A. RIGGLE and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY;
4  LINDEN H. SIEVERS and BETTY ANN SIEVERS; TOM TURNER; GRACE B.
5  WARREN; CLARENCE O. WOODS move the court for judgment quieting
6  their title to the ground waters underlying their lands, as
7  described in their answers on file herein. This motion is based
8  upon Rule 41, (b) F.R.C.P., and is made upon the grounds that in
9  the case of each of the defendants named herein, the plaintiff
10 has, by written admissions in the files of this case, admitted
11 that each of said defendants is owner of the lands described in
12 his answer; that none of said lands abut upon or are riparian to
13 any stream; and that the ground waters underlying said lands are
14 vagrant, local, percolating ground waters not a part of any stream,
15 basin or sub-basin of the Santa Margarita River system.
16     By reason of the said admissions, there remains no further
17 justiciable issue of fact between the named defendants and the
18 plaintiff, and said defendants are entitled to judgment as prayed
19 in their affirmative defenses set forth in their answers.
20     Respectfully submitted,
21     SACHSE and PRICE
22
23     by _____
       Attorneys for named individual defendants
24 Dated: January 26, 1959.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

5086