LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

F I L E D

JAN 30 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., <br><br> Defendants. | No. 1247-SD-C <br><br> MOTION OF DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT TO DISMISS COUNT XXII OF PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT UNDER RULE 41(b), F.R.C.P. |

Defendant Fallbrook Public Utility District moves the Court to dismiss Count XXII of plaintiff's Supplementary and Amendatory Complaint, upon the ground that upon the facts established by plaintiff in its case in chief, and upon the law applicable thereto, plaintiff has shown no right to any relief under said Count XXII.

SACHSE and PRICE

by _____
Attorneys for defendant
Fallbrook Public Utility District

Dated: January 28, 1959.

5030