BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California.

OVerland 6-1450

Attorneys for Defendants:

# FILED

FEB 2 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. ......................*
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

              Defendants.

Civil No. 1247-SD-C

ANSWER OF DEFENDANTS
LEO E. RORIPAUGH AND MARION E.
RORIPAUGH, LOUIS CASS AND
VIRGINIA N. CASS.

DEFENDANTS Leo E. Roripaugh and Marion E. Roripaugh,
Louis Cass and Virginia N. Cass,
answering Plaintiff's Complaint and Supplementary and Amenda-
tory Complaint admit, deny and allege as follows:

ANSWER TO ORIGINAL COMPLAINT

I

    Defendants allege that they have no information or
belief sufficient to enable them to answer the allegations
contained in Paragraphs I, II, III, VI, VII, and VIII, and
placing their denial on that ground deny generally and speci-
fically all of the allegations contained in said Paragraphs.

1.

15463

II

Answering the allegations of Paragraph IV, deny that they have in any way encroached upon or interfered with the rights of Plaintiff, or threaten the destruction of the basin referred to in the paragraph, or have damaged or threatened to damage Plaintiff in any manner.   Defendants allege that they have no information or belief sufficient to enable them to answer the remaining allegations in Paragraph IV, and placing their denial on that ground, deny generally and specifically all of the other allegations in said Paragraph.

III

Answering the allegations of Paragraph V, Defendants admit that the stipulated judgment marked Exhibit "A" was entered, but deny all other allegations of said Paragraph, and allege that the stipulated judgment is not binding upon these answering Defendants.

IV

Deny each and every allegation contained in Paragraph IX.

ANSWER TO SUPPLEMENT TO COMPLAINT

COUNTS NOS. I to XX INCLUSIVE

I

Answering Counts I to XX inclusive, of the Supplement to Plaintiff's Complaint, Defendants incorporate by reference the responses made hereinabove to the allegations of the original Complaint.

2.

15464

## II

Defendants deny that they have injured Plaintiff or in any way interfered with the rights of Plaintiff, and further allege that they have no information or belief sufficient to enable them to answer the remaining allegations of said Counts, and basing their denial on that ground, deny generally and specifically all other allegations of said Counts.

### COUNT NO. XXI

#### I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXI.

#### II

Answering Paragraphs II and III of Count No. XXI, Defendants deny each and every allegation thereof, and allege further that no prescriptive rights to the use of water could be acquired by Plaintiff and its predecessors by diversions within Plaintiff's military reservations downstream from all Defendants.

### ANSWER TO AMENDMENT TO COMPLAINT

### COUNT NO. XXII

#### I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in the unnumbered paragraph immediately under Count No. XXII.

#### II

Defendants deny each and every allegation contained in Paragraphs I and II of Count No. XXII, and allege further that Plaintiff may not pursuant to its riparian rights take water for use outside the watershed of the Santa Margarita River.

3.

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15465

### III

Answering Paragraph III of Count No. XXII, Defendants deny that Plaintiff has a storage right to the use of any water for Lake O'Neil, and deny that Plaintiff has any right to divert from the surface or sub-surface flow of the Santa Margarita River any quantity of water for use outside the watershed of the Santa Margarita River. Defendants allege that they have no information or belief sufficient to enable them to answer the remaining allegations of Paragraph III, and basing their denial on that ground, deny generally and specifically all other allegations of said Paragraph.

### COUNT NO. XXIII

#### I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXIII.

#### II

Defendants deny that the military use of Plaintiff is a proper riparian use.   Defendants are without knowledge or information sufficient to enable them to answer the remaining allegations of Count No. XXIII, and therefore deny generally and specifically all other allegations of said Count.

### COUNT NO. XXV

#### I

Defendants incorporate by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXV.

4.

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15466

II

Defendants deny generally and specifically each and every allegation contained in Paragraph II of Count No. XXV.

### FIRST AFFIRMATIVE DEFENSE

I

Defendants are the owners of the real property situated in the County of Riverside, State of California, described in Exhibit "A" attached hereto and made a part hereof.

II

To the extent that said land or any part thereof is riparian to the Santa Margarita River or its tributaries, defendants are entitled to the full surface and underground flow of said waters for all reasonable beneficial uses on the riparian land to meet the requirements for the ultimate development thereof correlative with the rights of other riparian users.

### SECOND AFFIRMATIVE DEFENSE

I

To the extent that the waters of the land described in Exhibit "A" both surface and underground, are not part of the Santa Margarita River and its tributaries, including the subflow thereof, defendants claim that plaintiff has failed to state a cause of action against them, and that defendants' rights to said waters are prior and paramount to plaintiff, and defendants are entitled to the full use thereof without interference by plaintiff.

5.

15467

## THIRD AFFIRMATIVE DEFENSE

### I

Defendants own and maintain three reservoirs on said property, one of which is fed by natural springs, and for more than five years prior to the commencement of this action against defendants, and prior to the time when plaintiff acquired its properties, defendants and their predecessors in interest have openly, adversely, continuously and under claim of right impounded and stored water in said reservoirs, and defendants are the owners of and have the right to store such amounts of water.

WHEREFORE, defendants pray judgment as follows:

1.   That plaintiff take nothing by reason of the Complaint and Supplementary and Amendatory Complaint on file herein, and that said action be dismissed against said Defendants;

2.   That the water rights of Defendants be adjudged and decreed herein;

3.   That the title of Defendants in and to their rights to the use of water as determined herein be quieted, and be adjudged prior and paramount to all of the claimed rights of Plaintiff.

4.   For costs of suit, and for such other and further relief as to the Court may seem just and equitable.

DATED:   This ___30th___ day of January, 1959.

BEST, BEST AND KRIEGER

By: _Arthur L. Littleworth_
    Attorneys for Defendants.

6.

15468

PARCEL 1:

Lots 112, 119, 120, 121, 136, 137, 139, 142, 145, the Northwest one-half of Lot 158, Lots 159, 161, 163, 164, 165, 166, 169, 170, that portion of Lot 177 lying South of a division line extending in an Easterly direction through said Lot 177 and more particularly shown on a Map of a portion of the Murrieta Subdivision of the Temecula Rancho adjoining the property of the Murrieta Mineral Hot Springs on file in Book 5, Page 184 of Maps, Riverside County Records;

PARCEL 2:

Lots 180, 181, 182, 183 and 185; also the Northwest one-half of Lot 162 and that portion of said Lot 162, by metes and bounds:  Beginning at the most Southerly corner of said Lot; thence Northeasterly on the Southeasterly line of said Lot, 330 feet; thence Northwesterly, parallel with Franklin Avenue, 264 feet; thence Northeasterly, parallel with the Southeasterly line of said Lot, 165 feet; thence Westerly, parallel with Franklin Avenue, 264 feet; thence Southwesterly, parallel with the Southeasterly line of said Lot, 165 feet; thence Northwesterly, parallel with Franklin Avenue, 132 feet; thence Southwesterly, parallel with the Southeasterly line of said Lot, 330 feet to the center line of Franklin Avenue; thence Southeasterly on the center line of said Franklin Avenue, 660 feet to the point of beginning.

All of the property being situated in the Murrieta Portion of the Temecula Rancho as shown by Map entitled: "Map of the Temecula Land and Water Company" on file in Book 8, Page 359 of Maps, San Diego County Records;

EXCEPTING from Lot 164 above described, that portion thereof by metes and bounds:  Beginning at the intersection of the center line of Banana Stteet and Hancock Avenue; thence Southeasterly on the center line of Hancock Avenue, 1320 feet; thence Southwesterly , parallel with the center line of Banana Street, 661.1 feet; thence North westerly on a line parallel with the center line of Hancock Avenue to a point in the centerline of Banana Street; thence Northeasterly on the center line of Banana Street, 661.1 feet to the point of beginning;

EXCEPTING from Lot 183 above described:  Beginning at the intersection of the center lines of Clinton Avenue and Apricot Street, as shown on said Map; thence South-westerly on the center line of Apricot Street 333.66 feet; thence North 69° 28' 25" West, 1408.22 feet to a point in the center line of Banana Street; thence Northeasterly on the center line of Banana Street, 979.66 feet to the intersection with the center line of Clinton Avenue; thence Southeasterly on the center line of Clinton Avenue to the point of beginning;

1.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15469

EXCEPTING from Lot 185 above described;  That portion beginning at the intersection of the center line of Clinton Avenue with the Northeasterly prolongation of the Southeasterly line of said Lot; thence Southwesterly on said Southeasterly line of said Lot and said Northeasterly prolongation thereof, 395.20 feet; thence North 31° 11' 05" West, 364.20 feet; thence North 30° 18' 05" East, 341.90 feet to a point in the center line of Clinton Avenue; thence South 42° 08' 30" East on the center line of Clinton Avenue, 460.12 feet to the point of beginning;

PARCEL 3:

A portion of Lot 146 of Murrieta Portion of Temecula Rancho:  Commencing West corner; thence Northeast 330 feet x Southeast 330 feet;

PARCEL 4:

Lot 146 of Murrieta Portion of Temecula Rancho: Commencing 330 feet Northeast of the West corner; thence Northeast 330 feet x Southeast 660 feet; EXCEPTING therefrom the portion:  Beginning 660 feet Southeast and 660 feet Southwest of North corner; thence Southwest 330 feet x Northwest 132 feet, and ALSO EXCEPTING portion:  Beginning 300 feet Northeast of West corner; thence Northeast 165 feet x Southeast 102 feet;

PARCEL 5:

A portion of Lot 147 of Murrieta Portion of Temecula Rancho:  Beginning at the West corner of said Lot; thence Northeast 330 x Southeast 264 feet;

PARCEL 6:

Portion of Lot 147 of Murrieta Portion of Temecula Rancho: Beginning 396 feet Southeast of West corner; thence Northeast 330 feet x Southeast 264 feet;

PARCEL 7:

Portion of Lot 158 of Temecula Land and Water Company: Beginning 300 feet Southwest of East corner; thence Southwest 165 feet x Northwest 660 feet;

PARCEL 8:

Portion of Lot 158 of Murrieta Portion of Temecula Rancho: Commencing 495 feet Southwest of intersection of Hancock Avenue and Elm Street; thence Southwest 165 feet x Northwest 660 feet;

2.

EXHIBIT "A"

PARCEL 9:

Portion of Lot 158 of Murrieta Portion of Temecula Rancho:
Commencing 660 feet Southwest of intersection of Hancock
Avenue and Elm Street; thence Southwest 165 feet x
Northwest 660 feet;

PARCEL 10:

Portion of Lot 160 of Murrieta Portion of Temecula Rancho:
Commencing 528 feet Northwest of intersection of Hancock
Avenue and Date Street; thence Southwest 330 feet x
Northwest 132 feet;

PARCEL 11:

Portion of Lot 160 of Murrieta Portion of Temecula Rancho:
Commencing 792 feet Northwest and 495 feet Southwest of
intersection of center line of Hancock Avenue and Date
Street; thence Southwest 165 feet x Northwest 132 feet;

PARCEL 12:

Portion of Lot 179 of Temecula Land and Water Company:
Beginning 300 feet Southwest and 410 feet Northwest of
East corner; thence Southwest 165 feet x Northwest 220 feet;

PARCEL 13:

Portion of Lot 179 of Murrieta Portion of Temecula Rancho:
Commencing at the corner of Hamilton Avenue and Date
Street; thence Southwest 330 feet x Southeast 660 feet;

PARCEL 14:

Portion of Lot 179 of Murrieta Portion of Temecula Rancho:
Commencing 330 feet Southwest of intersection of Hamilton
Avenue and Date Street; thence Southwest 330 x Southeast
660 feet;

PARCEL 15:

Portion of Lot 179 of Temecula Land and Water Company:
Beginning at the West corner; thence Northeast 330 feet
x Southeast 630 feet;

PARCEL 16:

Portion of Lot 179 of Temecula Land and Water Company;
Beginning 300 feet Northeast of South corner; thence
Northeast 165 feet x Northwest 630 feet;

3.

EXHIBIT "A"

15471

PARCEL 17:

Portion of Lot 184 of Murrieta Portion of Temecula
Rancho:  Beginning at the intersection of the center line
of Hamilton Street and Banana Street; thence North 42°
13' West, 1192.10 feet; South 76° 26' East, 317.10 feet;
South 52°.7' East, 943.7 feet; Southwest 340.34 feet to
the beginning;

PARCEL 18:

A portion of Lot 186 of Murrieta Portion of Temecula
Rancho:  Commencing 495 feet Southwest corner of Cherry
Street and Clinton Avenue; thence Southwest 165 feet x
Northwest 660 feet;

PARCEL 19:

Portion of Lot 186 of Temecula Land and Water Company:
Beginning at the North corner; thence Southwest 300 feet
x Southeast 630feet;

PARCEL 20:

Portion of Lot 186 of Murrieta Portion of Temecula
Rancho:  Beginning at the corner of Hamilton Avenue and
Cherry Street; thence Northeast 330 feet x Northwest 330 feet;

PARCEL 21:

Portion of Lot 186 of Murrieta Portion of Temecula Rancho:
Commencing 330 feet Northwest corner of Hamilton Avenue
and Cherry Street; thence Northwest 330 feet x Northeast
330 feet;

PARCEL 22:

Portion of Lot 186 of Temecula Land and Water Company:
Beginning 300 feet Northeast of the South corner; thence
Northeast 330 feet x Northwest 630 feet;

PARCEL 23:

Portion of Lot 187 of Temecula Land and Water Company:
Beginning 660 feet Northeast of intersection of center
line of Hamilton and Date Streets; thence Northwest 660
feet x Northeast to center line of Clinton Street;

4.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

PARCEL 24:

Beginning 440 feet Northeast and 860 feet Northwest of
the center line of Cherry Avenue and Clinton Street,
Northeast 220 feet x Northwest 215 feet, of Lot 191 of
Temecula Land and Water Company

PARCEL 25:

Beginning 860 feet Northwest of center line of Cherry
Avenue and Clinton Street, Northeast 220 feet x Northwest
215 feet of Lot 191, Temecula Land and Water Company.

PARCEL 26:

Beginning 660 feet Northeast and 645 feet Northwest of
the center line of Cherry Avenue and Clinton, Northeast to
Webster Street x Northwest to Date Street; EXCEPT the North
2.4 acres, more or less, and less:   Beginning 1320 feet
Northeast and 645 feet Northwest center line of Clinton
and Cherry to the point of beginning, Southwest 220 feet
Northwest to Riverside Division Line East along line to
Webster Southeast to the point of beginning, Lot 191 of
Temecula Land and Water Company;

PARCEL 27:

Beginning 1075 feet Northwest of intersection of center
line of Hamilton and Date, Northeast 220 feet x Northwest
to lot line of Lot 187 of Temecula Land and Water Company;

PARCEL 28:

Beginning East corner, Northwest 300 feet x Southwest
300 feet of Lot 179 of Temecula Land and Water Company;

PARCEL 29:

Beginning 498 feet Northeast and 300 feet Northwest of
the South corner, Northwest 330 feet x Northeast 132 feet
of Lot 178 of Temecula Land and Water Company;

PARCEL 30:

Beginning 330 feet Southeast and 102 feet Northeast of West
corner Northeast 132 feet x Southeast 330 feet of Lot 178
of Temecula Land and Water Company

5.
EXHIBIT "A"

PARCEL 31:

Beginning 1075 feet Northwest of center line of Cherry
and Clinton, Northeast 660 feet x Northwest to Date of
Lot 191 of Temecula Land and Water Company

PARCEL 32:

Beginning 465 feet Northeast and 264 feet Southeast of
the West corner of Lot 160, Southeast 264 feet x Northeast
165 feet of Temecula Land and Water Company;

PARCEL 33:

Beginning 220 feet Northwest and 265 feet Northeast of
the South corner, Northeast 70 feet x Southeast 220 feet of
Lot 176 of Temecula Land and Water Company;

PARCEL 34:

The Southeasterly half of Lot 138 of Murrieta Portion of
Temecula Ranchom as shown by Map of Temecula Land and
Water Company, as shown by Map on file in Book 8, Page 359 of
Maps, San Diego  County Records;

PARCEL 35:

That portion of Lot 124 of Murrieta Portion of Temecula
Rancho, as shown by Map of Temecula Land and Water Company,
on file in Book 8 page 359 of Maps, San Diego County
Records, by metes and bounds:  Beginning on the center line
of Jackson Avenue at a point 330 feet Southeasterly from
the center line of Fig Street; thence Southwesterly,
parallel with the center line of Fig Street, 660 feet to
the true point of beginning; thence Southeasterly parallel
with the center line of Jackson Avenue, 330 feet; thence
Southwesterly, parallel with the center line of Fig Street,
660 feet to the center line of Monroe Avenue; thence
Northwesterly on the center line of Monroe Avenue, 330 feet;
thence Northeasterly, parallel with the center line of Fig
Street, 660 feet to the point of beginning;

EXCEPTING therefrom that portion thereof included in
Monroe Avenue;

ALSO EXCEPTING threfrom the Southeasterly 30 feet for road
purposes;

6.

EXHIBIT "A"

ALSO EXCEPTING therefrom that portion of Parcel 2 conveyed to the State of California by J.H. Blackstone, by Deed recorded September 22, 1950 in Book 1206, Page 107 of Official Records, Riverside County Records, described as follows:   Commencing at the intersection of the center line of Jackson Avenue with the center line of Fig Street, as shown by said Map; thence along said center line of Fig Street, South 48° 15' 46" West, 660 feet to the most Westerly corner of property conveyed to G.F. Van Sickle, et ux, by Deed recorded May 10, 1929 in Book 813, Page 120 of Deeds, Riverside County Records; thence along the Southwesterly line of said Van Sickle property South 41° 43' 32" East, 321.45 feet to the true point of beginning; thence along said Southwesterly line and the Southeasterly prolongation thereof, South 41° 43' 32" East, 338.55 feet to the most Northwesterly line of property conveyed to Ennis G. Olmsted by Decree of Distribution recorded in Book 764, Page 187 of Official Records, Riverside County Records; thence along said most Northwesterly line of said Olmsted property, South 48° 15' 46" West, 107.60 feet to a point in non-tangent curve concave Northeasterly having a radius of 6096 feet; thence from tangent bearing North 25° 45' 52" West, through an angle of 3°20' 22", a distance of 355.30 feet to the true point of beginning;

## PARCEL 36:

That portion of Lot 109 of Murrieta Portion of Temecula Rancho, as shown by map on file in Book 8, Page 359 of Maps, San Diego County Records, lying Northeasterly of the State Highway as conveyed to the State of California, by Deed recorded July 13, 1950 in Book 1188, Page 478 of Official Records, Riverside County Records.

## PARCEL 37:

That portion of Lots 3, 4, 5 and 6 of Hot Springs Addition, as shown by Map on file in Book 12, Page 563 of Maps, San Diego County Records, lying Westerly of the Westerly line of the 60 foot Highway in Decree of Condemnation, recorded June 1, 1933 in Book 124 page 560 of Official Records, Riverside County Records.

## PARCEL 38:

Section 21, Township 7 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey;

EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public highways;

7.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

PARCEL 39:

Lots 111, 113, 114 and 118 of Murrieta Portion of Temecula
Rancho, as shown by Map of Temecula Land and Water Company on
file in Book 8, Page 359 of Maps, San Diego County Records;

EXCEPTING from said Lot 114, one square acre in the Southeast
corner thereof, as conveyed to Trustees of Murrieta School
District, by Deed recorded January 21, 1888 in Book 112, Page
202 of Deeds, San Diego County Records;

ALSO EXCEPTING from said Lot 113, a right of way for public
highway over the following described portion thereof:
Commencing at the intersection of Garfield Avenue and Banana
Street; thence North 38° 13' 05" West, 30 feet; thence North
47° 36' 55" East, 30 feet for the point of beginning; thence
North 47° 36' 55" East 185.10 feet; thence Northwesterly on a
curve to the right, central angle of 94° 10', a radius of 170
feet and an arc length of 279.39 feet; thence South 38° 13' 05"
East, 215.10 feet to the point of beginning.

PARCEL 40:

All that portion of Murrieta Reservation in the Temecula Rancho
as shown by Map of Temecula Land and Water Company on file in
Book 8, Page 359 of Maps, San Diego County Records, described
as follows:  Beginning at the point of intersection of the
center lines of Cherry Street and Garfield Avenue; thence
Southeasterly along the center line of Garfield Avenue, 1323.2
feet; thence Southwesterly, parallel with the centerline of
Cherry Street, 1864.2 feet to a point on the center line of
Adams Avenue extended Southeasterly thence North 43° 15' West,
1320 feet to the point of intersection of the center lines of
Cherry Street and Adams Avenue; thence Northeasterly along
the center line of Cherry Street to the point of beginning;

EXCEPTING therefrom the portion thereof included in Cherry
Street and in Garfield Avenue, and also the portion in the
Northerly corner thereof, as conveyed to the County of
Riverside for road purposes, by Deed recorded June 26, 1915 in
Book 406, Page 267 of Deeds, Riverside County Records.

PARCEL 41:

All of Lot 167 of Murrieta Portion of Temecula Rancho, as
shown by Map entitled "Map of Temecula Land and Water Company",
as shown by Map on file in Book 8 Page 359 of Maps, San Diego
County Records;

EXCEPTING therefrom the Northwesterly 660 feet of said Lot 167.

8

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

PARCEL 42:

Beginning at the West corner, Southeast 45 feet x Northeast 570 feet of Lot 141, of Murrieta Portion of Temecula Rancho, less Winchester Temecula Road;

PARCEL 43:

All that portion of Murrieta Reservation, in the Temecula Rancho, as shown by Map of Temecula Land and Water Company on file in Book 8, Page 359 of Maps, San Diego County Records, described as follows:   Beginning on the Southwesterly line of the Temecula Rancho, at a point 18 chains Northwesterly from the point of intersection of said Southwesterly line with the partition line between the Murrieta and Pujol portions of said Rancho; thence North 41° West, 37.17 chains to the corner No. 5 of said Rancho; thence North 46° 15' West, 26.06 chains to the center line of Cherry Street; thence North 46° 45' East along the center line of Cherry Street; to the center line of Adams Avenue; thence South 43° 15' East along the center line of Adams Avenue produced, 1320 feet; thence North 46° 45' East, parallel with the center line of Cherry Street, 1864.2 feet to the center line of Garfield Avenue; thence South 39° 15' East along the center line of Garfield Avenue to a point 17.16 chains Northwesterly from the most Northerly corner of J.M. Gonzales Rancho; thence Southwesterly in a straight line 124.65 chains, more or less, to the point of beginning;

EXCEPTING therefrom a strip of land 30 feet wide lying along the Southwesterly side of the center line of Garfield Avenue, as conveyed to the County of Riverside for a public highway;

ALSO EXCEPTING therefrom the portion thereof included in Cherry Street.

PARCEL 44:

The North half of the North half of Section 20, Township 7 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey.

PARCEL 45:

That portion of Lot 167 of Murrieta portion of Temecula Rancho, as shown by Map entitled "Maps of Temecula Land and Water Co", on file in Book 8, Page 359 of Maps, San Diego County Records, described as follows:

Beginning at the intersection of center lines of Hancock Avenue and Cherry Street; thence Northeasterly along the center line of Cherry Street, 330 feet to a point; thence Southeasterly along

9.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

a line and parallel to the center line of Hancock Avenue, 528 feet to a point; thence Southwesterly along a line and parallel to the center line of Cherry Street, 330 feet to the center line of Hancock Avenue to the point of beginning.

PARCEL 46:

Those portions of Lots 171 and 172 lying South of a division line extending in an Easterly direction through Lots 172, 171, 176, 177, 188, 190 and 191, as that line is more particularly shown on Map of a portion of the Murrieta Sub-division of the Temecula Rancho adjoining the property of the Murrieta Mineral Hot Springs, as resurveyed by Kingsbury Sanborn in January 1907, on file in Book 5, Page 184 of Maps, Riverside County Records, said lots being situate in the Murrieta Portion of the Temecula Rancho, shown by Map entitled "Map of the Temecula Land and Water Co" on file in Book 8, Page 359 of Maps, San Diego County Records.

PARCEL 47:

That portion of Lot 164 of the Murrieta Subdivision of the Temecula Rancho adjoining the property of the Murrieta Mineral Hot Springs, as shown by Map on file in Book 5, Page 184 of Maps, Riverside County Records, said property being situated in the Murrieta Portion of the Temecula Rancho, as shown by Map entitled "Map of the Temecula Land and Water Co", on file in Book 8, Page 359 of Maps, San Diego County Records, described as follows:

Beginning at the intersection of the center lines of Banana Street and Hancock Avenue; thence Southeasterly along the center line of Hancock Avenue, 1320 feet to a point; thence Southwesterly along a line paralleling the center line of Banana Street, a distance of 661.1 feer to a point; thence Northwesterly along a line paralleling the center line of Hancock Street to a point in the center line of Banana Street; thence Northeasterly along the center line of Banana Street; 661.1 feet to the point of beginning;

EXCEPTING therefrom those certain lands conveyed to E.J. Bawden under Deeds dated the 23rd day of July, 1942 and recorded in Book 654, Page 530; Book 656, Page 410; Book 656, Page 413 of Official Records, Riverside County Records, described as follows:   Beginning at a point in the intersection of the center lines of Bana Streetand Hancock Avenue; thence Southeasterly along the center line of Hancock Avenue, 1122 feet to the true point of beginning; thence continuing along the said center line of Hancock Avenue, 198 feet to a point; thence Southwesterly along a line paralleling the center line of Banana Street, a distance of 661.1 feet to a point; thence Northwesterly along a line paralleling the center line of Hancock Avenue, 198 feet to a point in a line drawn parallel to the center line of Banana Street and passing through the true point of beginning; thence

10.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15478

Northeasterly along the said parallel line to the true
point of beginning.

PARCEL 48:

That portion of Lot 178, as shown by Map entitled "Map
of Temecula Land and Water Co.", on file in Book 8, Page
359 of Maps, San Diego County Records, bounded and
described as follows:

Beginning at the intersection of the center line of John
Jay Avenue with the Southwesterly prolongation of the
Northwest boundary line of Lot 178; thence Southeasterly
along the center line of John Jay Avenue, 330 feet to a
point; thence Northeasterly along a line paralleling the
Northwest boundary line of said Lot 178, 264 feet to a
point which is the true point of beginning; thence
Southeasterly along a line paralleling the center line of
John Jay Avenue, 330 feet to a point; thence Northeasterly
along a line paralleling the Northwest boundary line of
said Lot 178, 132 feet to a point; thence Northwesterly
along a line paralleling the center line of John Jay
Avenue, 330 feet to a point; thence Southwesterly along a
line paralleling the Northwest boundary line of said Lot
178, 132 feet to the point of beginning.

PARCEL 49:

That portion of the Southwesterly half of Northeasterly
half of Southeasterly half of Lot 110 of the Murrieta
Portion of Temecula Rancho, as shown by Map of the lands
of the Temecula Land and Water Company, on file in Book
8, Page 359 of Maps, San Diego County Records, described
as follows:   COMMENCING at the intersection of the center
lines of Monroe Avenue, 60 feet wide and Cherry Street,
60 feet wide; thence Southwesterly along the center line
of Cherry Street, 330.00 feet; thence Northwesterly along a
line parallel to the center line of Monroe Avenue, 30.00
feet to a point on the Northwesterly line of said Cherry
Street, said point being the true point of beginning;
thence continuing Northwesterly along said line parallel
to the center line of Monroe Avenue, 630 feet; thence
Southwesterly along a line parallel to said center line of
Cherry Street, 162.87 feet; thence Sourse "A", South 28°
41' 00" East, 646.94 feet to said Northwesterly line of
Cherry Street; thence Northeasterly along said Northwesterly
line of Cherry Street, 309.10 feet to the true point of
beginning;

EXCEPTING AND RESERVING unto the State of California any
and all rights of ingress to, or egress from the land herein,
over and across the course hereinabove designated as Course
"A".

11.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
400 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15470

PARCEL 50:

Beginning 220 feet Northeast and 860 feet Northwest of center line of Cherry Avenue and Clinton Street; Northeast 220 feet x northwest 215 feet; Lot 191 of Temecula Land and Water Company.

PARCEL 51:

Beginning 215 feet Northwest and 660 feet Northeast of the center line of Cherry Avenue and Clinton Street; Northeast 110 feet x Northwest 215 feet; Lot 191, Temecula Land and Water Company.

PARCEL 52:

Beginning at the South corner, Northeast 200 feet x Northwest 100 feet; Lot 188 of Temecula Land and Water Company.

PARCEL 53:

Beginning 234 feet Northeast and 300 feet Northwest of the South corner, Northwest 330 feet x Northeast 264 feet; Lot 178 of Temecula Land and Water Company.

PARCEL 54:

Beginning 300 feet Northwest of South corner, Northwest 330 feet x Northeast 102 feet; Lot 178 of Temecula Land and Water Company

PARCEL 55:

Beginning 498 feet Northeast of West corner, Northeast 132 feet x Southeast 330 feet of Lot 178 of Temecula Land and Water Company.

PARCEL 56:

Beginning at the intersection of the center line of Cherry Street with center line of John Jay Avenue, Southeast 660 feet x Southwest 990 feet; Lot 167 of Temecula Land and Water Company.

PARCEL 57:

Beginning 465 feet Northeast and 234 feet Northwest of South corner, Northwest 264 feet x Northeast 165 feet of Lot 160, Temecula Land and Water Company.

12.

EXHIBIT "A"

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
600 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15480

PARCEL 58:

Beginning 300 feet Northeast and 264 feet Southeast of West corner, Southeast 66 feet x Northeast 165 feet, Lot 160 of Temecula Land and Water Company.

PARCEL 59:

Beginning 465 feet Northeast of West corner, Southeast 264 feet x Northeast 165 feet; Lot 160 of Temecula Land and Water Company.

PARCEL 60:

Beginning 465 feet Southwest and 264 feet Southeast of North corner, Southeast 132 feet x Southwest 165 feet; Lot 160 of Temecula Land and Water Company.

PARCEL 61:

Beginning 465 feet Southwest of North corner, Southeast 264 feet x Southwest 165 feet; Lot 160 of Temecula Land and Water Company.

PARCEL 62:

Beginning 135 feet Southwest of North corner, Southeast 264 feet x Southwest 165 feet; Lot 160 of Temecula Land and Water Company.

PARCEL 63:

Beginning 306 feet Southeast of intersection of the center lines of Jackson and Cherry Streets, Northeast 330 feet x Southeast 99 feet of Lot 138, Temecula Land and Water Company.

PARCEL 64:

That portion of Lot 187 of the Murrieta Portion of the Temecula Rancho, as shown by the map of the Temecula Land and Water Company, filed in Book 8, Page 359 of Maps, in the office of the County Recorder of the County of San Diego, described as follows:  COMMENCING at the intersection of the center lines of Hamilton Avenue and Date Street, as shown on said map; thence Northeasterly on the center line of Date Street, 440 feet to the true point of beginning; thence Northwesterly on a line parallel with the center line of Hamilton Avenue, 430 feet; thence Northeasterly

13.
EXHIBIT "A"

15481

on a line parallel with the center line of Date Street, 220 feet; thence Southeasterly on a line parallel with the center line of Date Street, 220 feet to the true point of beginning;

EXCEPTING an easement for road only over the most Northwesterly 20 feet thereof.

PARCEL 65:

That portion of Lot 176 of the Murrieta Portion of the Temecula Ranch, as shown by map of the Temecula Land and Water Company, filed in Book 8, page 359 of Maps, in the office of the County Recorder of the County of San Diego, which lies South of a dividing line running Easterly through Lots 172, 171, 176, 177, 188, 187, 190 and 191, shown on a map of a Resubdivision recorded in Book 5, Page 184 of Maps, in the office of the County Recorder of the County of Riverside, and described as follows:

Commencing at the intersection of the center line of John Jay Street and Elm Street; thence Northwesterly on the center line of John Jay Street 250 feet to the true point of beginning; thence Northeasterly on a line parallel with the center line of Elm Street, 365 feet; thence Northwesterly on a line parallel with the center line of John Jay Street to its intersection with the dividing line described above; thence Westerly on said dividing line to its intersection with the center line of John Jay Street; thence Southeasterly on the center line of John Jay Street to the true point of beginning;

EXCEPTING therefrom an easement for road only over that portion of John Jay Street.

PARCEL 66:

A portion of Lot 176 of the Murrieta portion of the Temecula Rancho beginning 335 feet Northeast of South corner; Northwest to line beginning center line of Hancock Street; thence 660 feet Southeast of center line of Fig Street; thence 588 feet east to point in center line of Webster Street; thence 660 feet Northwest of center line of Cherry Street; thence east on said line to Southeast line of the lot Southwest to beginning, containing 1.12 acres, more or less.

Also a portion of Lot 187 of the Murrieta portion of the Temecula Rancho beginning at the intersection of center line of Hamilton and Date Streets Northeast 440 feet; thence Northwest 430 feet; thence Northeast 220 feet; thence

14.
EXHIBIT "A"

15482

Northwest 430 feet; thence Southwest 660 feet; thence Southeast 860 feet to point of beginning, containing 10.83 acres more or less.

PARCEL 67:

Those portions of Franklin Avenue and Lot 146 of that certain tract of land in Temecula Rancho as shown by map entitled "Map of the Temecula Land and Water Company" said map being on file in the office of the County Recorder of San Diego County, California, in Map Book 8, Page 359, bounded and described as follows:

Beginning at a point in the center line of Franklin Avenue distant Southeasterly thereon 330 feet from its inter- section with the center line of Elm Street as shown by said map; thence Southeasterly along the center line of Franklin Avenue 330 feet to a point; thence Southwesterly along a line paralleling the center line of Elm Street 330 feet to a point; thence Northwesterly along a line paralleling the center line of Franklin Avenue 330 feet to a point; thence Northeasterly along a line paralleling the center line of Elm Street 330 feet to the point of beginning.

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15.

EXHIBIT "A"

CERTIFICATE OF SERVICE

    I, JAMES H. KRIEGER, hereby certify that I am a member of the Bar of the United States District Court for the Southern District of California, and that I served the foregoing Answer upon the following person by sealing one copy thereof in an envelope and depositing in the United States mail at Riverside, California on the 30th day of _January_, 1959, with postage thereon fully prepaid, addressed as follows:

    J. LEE RANKIN, ESQ.,
    SOLICITOR GENERAL
    ROOM 332
    325 WEST "F" STREET
    SAN DIEGO, CALIFORNIA.

DATED:  This 30th day of _January_, 1959.

James H. Krieger

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

15484