UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C   CIVIL
MINUTES OF THE COURT
DATE: February 3, 1959
AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter: NONE APPEARING

COUNSEL FOR PLAINTIFF: NONE APPEARING

COUNSEL FOR DEFENDANT: NONE APPEARING

PROCEEDINGS:

The Master having set a hearing for the 10th of February, the case herein will be continued to the 11th;
However the court will call the matter on the 10th and continue same to the 11th, for further court trial,/counsel need not be present.

JOHN A. CHILDRESS, Clerk
By [signature] LUDDY
Deputy
5143