BEST, BEST AND KRIEGER
Post Office Box 1028
Riverside, California.

OVerland 6-1450

# FILED

FEB 3 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M Drawn_
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>    Defendants. | No. Civil 1247-SD-C<br><br>ANSWER OF JAMES OVIATT<br>TO SUPPLEMENTARY AND<br>AMENDATORY COMPLAINT. |

Defendant James Oviatt, having previously answered the Complaint, for answer to the Supplementary and Amendatory Complaint admits, denies and alleges as follows:

ANSWER TO SUPPLEMENT TO COMPLAINT

Count Nos. I to XX, Inclusive

I

Answering Counts I to XX inclusive, of the Supplement to Plaintiff's Complaint, Defendant incorporates by reference the responses made hereinabove to the allegations of the original Complaint.

II

Defendant denies that he has injured Plaintiff or in any way interfered with the rights of Plaintiff, and further alleges that he has no information or belief sufficient to enable him to answer the remaining allegations

1.

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

of said Counts, and basing his denial on that ground, denies
generally and specifically all other allegations of said
Counts.

### COUNT NO. XXI

Defendant incorporates by reference the responses
made hereinabove to the allegations referred to in Paragraph
I of Count No. XXI.

### II

Answering Paragraphs II and III of Count No. XXI,
Defendant denies each and every allegation thereof, and
alleges further that no prescriptive rights to the use of
water could ne acquired by Plaintiff and its predecessors by
diversions within Plaintiff's military reservations down-
stream from all Defendants.

### ANSWER TO AMENDMENT TO COMPLAINT

### COUNT NO. XXII

### I

Defendant incorporates by reference the responses
made hereinabove to the allegations referred to in the
unnumbered paragraph immediately under Count No. XXII.

### II

Defendant denies each and every allegation contained
in Paragraphs I and II of Count No. XXII, and alleges
further that Plaintiff may not pursuant to its riparian
rights take water for use outside the watershed of the Santa
Margarita River.

### III

Answering paragraph III of Count No. XXII,
Defendant denies that Plaintiff has a storage right to the
use of any water for Lake O'Neil, and denies that Plaintiff
has any right to divert from the surface or sub-surface flow

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
1200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

2.

of the Santa Margarits River any quantity of water for use outside the watershed of the Santa Margarita River. Defendant alleges that he has no information or belief sufficient to enable him to answer the remaining allegations of Paragraph III, and basing his denial on that ground, denies generally and specifically all other allegations of said Paragraph.

### COUNT NO. XXIII

#### I

Defendant incorporates by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXIII.

#### II

Defendant denies that the military use of Plaintiff is a proper riparian use.  Defendant is without knowledge or information sufficient to enable him to answer the remaining allegations of Count No. XXIII, and therefore denies generally and specifically all other allegations of said Count.

### COUNT NO. XXV

#### I

Defendant incorporates by reference the responses made hereinabove to the allegations referred to in Paragraph I of Count No. XXV.

#### II

Defendant denies generally and specifically each and every allegation contained in Paragraph II of Count No. XXV.

WHEREFORE, Defendant prays that Plaintiff take nothing by reason of its Supplementary and Amendatory Complaint, and that said action be dismissed against this Defendant; for costs of suit; and for such other and

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

further relief as the Court may deem proper.

DATED:     January 30, 1959

BEST, BEST AND KRIEGER

By:  *Arthur L. Littleworth*
     Attorneys for Defendant

4.

15518

CERTIFICATE OF SERVICE

I, JAMES H. KRIEGER, hereby certify that I am a member of the Bar of the United States District Court for the Southern District of California, and that I served the foregoing Answer upon the following person by sealing one copy thereof in an envelope and depositing in the United States mail at Riverside, California on the 2⁻ day of February, 1959, with postage thereon fully prepaid, addressed as follows:

    J. LEE RANKIN, ESQ.,
    SOLICITOR GENERAL
    ROOM 332
    325 WEST "F" STREET
    SAN DIEGO, CALIFORNIA.

DATED:  This 2⁻ day of February, 1959.

_____
James H. Krieger