FILED

FEB 3 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Keefe
    DEPUTY CLERK

STANLEY MOSK, Attorney General
 of the State of California
ADOLPHUS MOSKOVITZ, Deputy Attorney General
CARL BORONKAY, Deputy Attorney General
Library and Courts Building
Sacramento 14, California
Telephone: HIckory 5-4711, Ext. 4574

Attorneys for Defendants
in Intervention

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; et al.,

        Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

        Defendants in
        Intervention.

No. 1247-SD-C

MOTION TO DISMISS
COUNT XXI OF COM-
PLAINT AND SUPPLE-
MENTARY AND AMENDA-
TORY COMPLAINT

    The State of California, defendant in intervention, moves this Court for an order dismissing Count XXI of the United States' Complaint and Supplementary and Amendatory Complaint. This motion is made pursuant to Rule 41(b) of the Federal Rules of Civil Procedure on the ground that upon the facts and the law the plaintiff after completion of the presentation of its evidence has shown no right to relief under this Count XXI.

    This motion is based on the entire record in this case including the evidence thus far presented to the Court.

                                 STANLEY MOSK, Attorney General

                                 By *Adolphus Moskovitz*
                                    ADOLPHUS MOSKOVITZ, Deputy
                                    Attorney General
                                    Attorneys for Defendants in
                                    Intervention

                                                    5133