FILED

FEB 3 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

STANLEY MOSK, Attorney General
  of the State of California
ADOLPHUS MOSKOVITZ, Deputy Attorney General
CARL BORONKAY, Deputy Attorney General
Library and Courts Building
Sacramento 14, California
Telephone: HIckory 5-4711, Ext. 4574

Attorneys for Defendants
in Intervention

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; et al.,

　　　　　　　Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

　　　　　　　Defendants in
　　　　　　　Intervention.

No. 1247-SD-C

MOTION TO DISMISS
PARAGRAPH II AND PARA-
GRAPH III, SUBDIVISIONS
(b) AND (c) OF COUNT
XXII OF THE COMPLAINT
AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

　　　　　The State of California, defendant in intervention, moves this Court for an order dismissing Paragraph II and Paragraph III, subdivisions (b) and (c) of Count XXII of the plaintiff's Complaint and Supplementary and Amendatory Complaint. This motion is made pursuant to Rule 41(b) of the Federal Rules of Civil Procedure on the ground that upon the completion of the presentation of the plaintiff's evidence the plaintiff has shown no right to relief on these portions of Count XXII upon the facts and the law.

　　　　　This motion is based on the entire record in this

-----

-----

5137

case including the evidence thus far presented to the Court.

Dated: February 2, 1959.

STANLEY MOSK, Attorney General
ADOLPHUS MOSKOVITZ, Deputy Attorney General
CARL BORONKAY, Deputy Attorney General

By _(signature)_
ADOLPHUS MOSKOVITZ
Attorneys for Defendants
in Intervention