FILED

FEB 3 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

STANLEY MOSK, Attorney General
   of the State of California
ADOLPHUS MOSKOVITZ, Deputy Attorney General
CARL BORONKAY, Deputy Attorney General
Library and Courts Building
Sacramento 14, California
Telephone: HIckory 5-4711, Ext. 4574

Attorneys for Defendants
in Intervention

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; et al.,

    Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants in
    Intervention.

No. 1247-SD-C

MEMORANDUM OF POINTS
AND AUTHORITIES IN
SUPPORT OF MOTION TO
DISMISS PARAGRAPH II
AND PARAGRAPH III, SUB-
DIVISIONS (b) AND (c)
OF COUNT XXII OF THE
COMPLAINT AND SUPPLEMEN-
TARY AND AMENDATORY
COMPLAINT

    The evidence presented by the plaintiff indicates that the United States may have succeeded to an appropriative right to divert and store water in Lake O'Neill which its predecessor the Rancho Santa Margarita had acquired and utilized for many years prior to the time when a permit from the State became a prerequisite to the acquisition of an appropriative right. The evidence seems to indicate that the period of the year when the water is presently diverted by the United States to Lake O'Neill is largely different from the period when it was diverted by the Rancho Santa Margarita, and also that the place and purpose of use have changed. However, there may be sufficient overlap in time so that a portion at least

5139

of the appropriative right which may have been possessed by the Rancho Santa Margarita has been maintained to the present time. For this reason subdivision (a) of Paragraph III of Count XXII has some evidentiary support.

However, subdivisions (b) and (c) of Paragraph III are not supported by the evidence in any respect. Subdivision (b) alleges a right to divert directly from the surface and subsurface flow of the Santa Margarita River 4,800 acre-feet annually with a priority of January 1, 1937. Under the Court's pre-trial rulings on law no such appropriative right may be recognized unless based upon a permit to appropriate from the State of California. The statutory appropriation procedure of the State of California must be followed in order for an appropriative right to be valid if the date of priority is subsequent to the time this method became the sole means of acquisition of an appropriative right in this State. The date when this procedure became the exclusive method of appropriating water was December 19, 1914, or at the latest 1923 (United States v. Fallbrook Public Utility District, 165 F.Supp. 806, 830). The United States introduced no evidence that it has a permit for the rights alleged in subdivision (b).

In subdivision (c) of Paragraph III the United States alleges a right with a priority date of January 1, 1910, to divert by means of pumps from the surface or subsurface flow of the Santa Margarita River a quantity of 3,200 acre-feet of water. As pointed out in the Court's pre-trial opinion (United States v. Fallbrook Public Utility District, 165 F.Supp. 806, 863) the use of water by a riparian on his riparian land of the natural flow of a stream, even if the entire flow is diverted, is an exercise of his riparian right as long as the other riparians have no use for the water.

-2-

5140

The evidence in this case indicates that whatever diversions occurred by means of pumps under this subdivision of Paragraph III of Count XXII were of water that had been permitted to flow to the Rancho Santa Margarita by upstream landowners and users. Hence, under the Court's pretrial ruling the use alleged was within the Rancho's riparian rights and could not have resulted in the acquisition of an appropriative right. There was no evidence that any of the uses by the Rancho Santa Margarita of water diverted by means of pumps was other than of the natural flow of the Santa Margarita River or was used other than on riparian land belonging to the Rancho. As a consequence the Rancho never acquired an appropriative right under those uses and the United States could not have succeeded to any such right.

Dated: February 2, 1959.

STANLEY MOSK, Attorney General
ADOLPHUS MOSKOVITZ, Deputy Attorney General
CARL BORONKAY, Deputy Attorney General

By _Adolphus Moskovitz_
ADOLPHUS MOSKOVITZ
Attorneys for Defendants
in Intervention

CL-1

STATE OF CALIFORNIA ) ss.   AFFIDAVIT OF SERVICE BY MAIL
COUNTY OF SACRAMENTO )

      CHARLOTTE L. MORGAN, being duly sworn, deposes and says:

That affiant is a citizen of the United States, over the age of 18 years, and not a party to the within action; that affiant's place of employment and business address is Library and Courts Building, Sacramento 14, California;

That on the 2nd day of February, 1959, affiant enclosed a true copy of the within

    NOTICE OF MOTIONS TO DISMISS
    MOTION TO DISMISS COUNT XXI OF COMPLAINT AND SUPPLEMENTARY
      AND AMENDATORY COMPLAINT TOGETHER WITH MEMORANDUM OF POINTS
      AND AUTHORITIES
    MOTION TO DISMISS PARAGRAPH II AND PARAGRAPH III, SUBDIVISIONS
      (b) AND (c) of COUNT XXII OF THE COMPLAINT AND SUPPLEMENTARY (back)

in an envelope for each of the persons named below, addressed to each of them at the address set out immediately below each respective name, sealed said envelope, and deposited the same in the United States Mail at the City of Sacramento, County of Sacramento, State of California, with postage thereon fully prepaid; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed:

Mr. William H. Veeder
Special Assistant to Attorney General
Department of Justice
Washington, D. C

Mr. William H. Veeder
c/o Office of Groundwater Resources
Camp Pendleton, California

Mr. Franz Sachse
Attorney at Law
217 North Main Street
Fallbrook, California

Mr. George Stahlman
Attorney at Law
Route 1, Box 235
Fallbrook, California

James H. Krieger, Esq.
Attorney at Law
Evans Building
3671 Eighth Street
Riverside, California

                                                          *Charlotte L. Morgan*

Subscribed and sworn to before me,
this 2nd day of February, 1959

*Inez Williams*
Notary Public, in and for the County
of Sacramento, State of California.

My Commission Expires March 9, 1962

5142