```
                                                    F I L E D
                                                    FEB 3 – 1959
 1  STANLEY MOSK, Attorney General                  CLERK, U.S. DISTRICT COURT
      of the State of California                    SOUTHERN DISTRICT OF CALIFORNIA
 2  ADOLPHUS MOSKOVITZ, Deputy Attorney General     By M. McUnfe
    CARL BORONKAY, Deputy Attorney General                        DEPUTY CLERK
 3  Library and Courts Building
    Sacramento 14, California
 4  Telephone: HIckory 5-4711, Ext. 4574

 5  Attorneys for Defendants
    in Intervention
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., | ) | NOTICE OF MOTIONS TO DISMISS |
| Defendants, | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Defendants in Intervention. | ) | |

Please take notice that the State of California will bring the attached motions to dismiss on for hearing before the above-entitled Court in Courtroom No. 2, United States District Court, 325 West F Street, San Diego 1, California, on February 10, 1959, at 10:00 a.m. or as soon thereafter as counsel can be heard.

Dated: February 2, 1959.

STANLEY MOSK, Attorney General
CARL BORONKAY, Deputy Atty. Gen.
ADOLPHUS MOSKOVITZ, Deputy Atty. General

By *Adolphus Moskovitz*
ADOLPHUS MOSKOVITZ
Attorneys for Defendants
In Intervention

5132