FILED

FEB 9 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ DEPUTY CLERK

J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  )
v.  )   No. 1247-SD-C
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,  )
          Defendants.  )

SUMMARY OF EVIDENCE:   December 2, 1958

through

January 20, 1959

5172

Copy recd

Qualification of Leland R. Illingworth as an expert witness (Tr. Vol. 51, pp.5665-5714)

Description of maps or plates offered for identification by California (Tr. Vol. 51, pp.5725-5778)

Qualification of Laurance James as an expert witness (Tr. Vol. 51, pp.5779-5790; Vol. 52, pp.5797-5819)

Electric log, explanation (Vol. 60, p.6681)

Temperture (water) data (Vol. 60, p.6691)

Driller's log, testing materials (Vol. 60, pp.6773)

Storage units, capacity--computations by State witness (Vol. 59, pp.6540-6550; pp.6576-6580; Vol 61, pp.6823-6832; Vol. 61, p.6857; Vol. 61, p.6889)

"Ground water basin"--defined (Vol. 61, p.6856)

"Confined ground water"--defined (Vol. 61, p.6859)

Specific capacity--formula (Vol. 61, p.6883)

James participation in studies and preparation of Bulletin 57 (Vol. 52, pp.5809)

Upper pleistocene sediments defined (Vol. 52, p.5829)

Area of confined water--defined (Vol. 52, p.5836)

Portions of Bulletin 57 offered in evidence by the State (Vol. 52, p.5916)

Recent alluvium defined (Vol. 52, pp.5933-5939)

Residuum defined (Vol. 52, pp.5939-5940)

SUMMARY OF TRANSCRIPT - CONTINUED

Testimony as to water-bearing characteristics of rock formations offered in evidence by the State (Vol. 54, pp.6087-6113)

Roripaugh well and other wells drilled in area (Vol. 54, pp.6115-6122; Vol. 56, p.6308 (well 7S, 3W, 25E1), p.6315)

Faults, location of geological faults and effect upon movement of ground water (Tr. Vol. 54, pp.6145-6160; Tr. Vol. 56, p.6302)

Slides showing inland area of the Temecula Creek Watershed. (Tr. Vol. 54, pp.6170-6199)

Waddell, property owned by defendant (Tr. Vol. 56, p.6303)

Barnett's property (Tr. Vol. 56, p.6304)

Ceas, Albert, property owned by (Tr. Vol. 56, p.6315-6316)

Murrieta Valley inspection trip Report (Tr. Vol. 56)

Vail Ranch inspection trip (Tr. Vol. 57)

Faults: Elsinor fault and Wildomar Fault (Tr. Vol. 57, pp.6371-6388)

Windmill Well (Tr. Vol. 57, p.6387) Over 500 feet deep (Tr. Vol. 57, p.6388)

Well No. 40--connected with the irrigation system (8South, 2 West, 114 1) (Tr. Vol. 57, pp.6392-6393)

China Garden well (Tr. Vol. 57, p.6395) No. 8 S, 2 W, 15C1

-60-

Studley well (Tr. Vol. 57, p.6396)

Navy well (Tr. Vol. 57, p.6398)

Querry well (Tr. Vol. 57, p.6402)

Wells

 Ceas property, located on; 165 feet, water stands at 58 feet; located in storage unit No. 4; Sec 24; Well 24A1; (Tr. Vol. 56, p.6317)

 Yoder, M. J. Property--wells indicated on Pl's Exhibit 15-A as 7 South, 3 West, 15Q2 and Q3 (Tr. Vol. 56, p.6322)

 Ramsey, Richard, property--description of well (Tr. Vol. 56, p.6329) Under pressure (p.6330); first water at about 15 feet (p.6331)

 Garbani property (Tr. Vol. 56, p.6348).

 Pauba well--Official Government Report (Tr. Vol. 60, p.6676)

  Electric log(Tr. Vol. 60, p.6681) Explanation (p.6685)

 Temperature data (Vol. 60, p.6691)

 Chemical quality of water (Vol. 60, pp.6694)

Comparison between the geologic units as mapped by State and as mapped by the United States (Tr. Vol. 53, p.6014)

Testimony as to experiments to establish permeability of various formations (Tr. Vol. 53, pp.6029-6042)

Testimony as to the distinction between permeability and transmissibility (Tr. Vol. 53, p.6042)

Ground water basins--described (Tr. Vol. 55, pp.6250)

"Conant" water defined (Tr. Vol. 60, p.6799)

Points upon which the Court requests memoranda re proposed Findings (Tr. Vol. 62, pp.6964-6979)

Qualification of Henry W. Witman, Jr. as an expert witness (Tr. Vol. 62, p.6984)

Lake O'Neill--diversions (Tr. Vol. 62, p.6985)

Land irrigated on Rancho Santa Margarita after 1920 (Tr. Vol. 62, p.6985)

Qualification of John L. Salisbury as a witness (Tr. Vol. 62, p.7019 - )

Storage capacities--methods of computation (Tr. Vol. 63, p.7067-7075-7086)

California's Exhibit Z for identification copied into the record (Tr. Vol. 63, pp.7075-7086)

Runoff figures for gauging stations in Santa Margarita River for water year ending Sept. 30, 1958 (Tr. Vol. 64, p.7266)

Runoff--entering Vail Reservoir (Tr. Vol. 64, p.7269)

Runoff figures (Vol. 64, pp.7272-7275; Vol. 65, p.7291; Vol. 66, p.7411).

Safe yield defined (Tr. Vol. 65, p.7315)

Vail Dam, tributaries showing yield (Tr. Vol. 65, p.7315)

Pictorial identification of the stream system as shown on the United States Geological Survey quadrangles (Vol. 85, pp.7343-7346) 1955 Flight (Tr. Vol. 66, pp.7466-7486)

SUMMARY OF TRANSCRIPT -- CONTINUED

Indian claims (Tr. Vol. 66, pp.7422-7485; 7498-7524)

Coahuilla Indian Reservation--soil survey (Tr. Vol. 66, pp.7424-7425)

Pechanga Indian Reservation--soil survey (Tr. Vol. 66, p.7425; 7440)

Ramona Indian Reservation (Tr. Vol. 66, p.7439)

Qualification of Lyle E. Warnock as a witness (Tr. Vol. 66, pp.7497-7498)