J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

FILED

FEB 10 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | RESPONSE OF THE UNITED STATES OF AMERICA TO MOTIONS OF THE FALLBROOK PUBLIC UTILITY DISTRICT TO DISMISS COUNT XXI AND COUNT XXII OF THE SUPPLEMENTARY AND AMENDATORY COMPLAINT |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

Comes now the United States of America, in response to the motions of Fallbrook Public Utility District to dismiss Count XXI and Count XXII of the Supplementary and Amendatory Complaint, and alleges:

The motion is premature. As the record discloses, the United States of America has not completed the introduction of its evidence and has specifically reserved the right to offer additional evidence under the circumstances. In that regard, the United States of America stated into the record that there were these factors concerning which reservations were being made in connection with the introduction of evidence:

1. All matters involving its relationship with the Vail Company. They have an immediate bearing upon

-1-

5182

every right to the use of water in the Santa Margarita River and every claimed right in that stream.

2. Testimony, both oral and documentary, relating to the public lands of the United States of America.

3. An additional matter relates to pleadings which were to be filed on behalf of Leo E. and Marion E. Roripaugh, Louis and Virginia Cass, James Oviatt, Thomas H. and Theresa Wilks and others. Those pleadings were filed on February 2, 1959, and February 3, 1959. As yet the United States of America has not had the opportunity fully to analyze those complex pleadings. Pursuant to the reservation contained in the record, a determination must be made to ascertain an appropriate course to pursue by reason of them.

4. There was similarly reserved the right of the United States of America to consider the exhibits which the State of California proposes to utilize in its case in chief. However, as of the date of this filing, the State of California has not as yet lodged with the Court the exhibits to which reference has been made.

It is provided by the Federal Rules of Civil Procedure that motions of the character of that filed by the Fallbrook Public Utility District may be presented:

-2-

5183

"After the plaintiff has completed the presentation of his evidence. . ." 1/

Research has failed to disclose any reason for not adopting the clear meaning of the quoted statement. Certainly the "presentation" of the "evidence" by the United States of America is not at this juncture completed. Until it is in fact "complete", the motion in question is manifestly premature.

The United States of America respectfully requests the right to file full responses to the motion in question at the appropriate time.

          UNITED STATES OF AMERICA

          J. LEE RANKIN,
          Solicitor General

          /s/ William H. Veeder
          WILLIAM H. VEEDER,
          Attorney, Department of Justice

          WILLIAM E. BURBY,
Dated:  February 9, 1959 Attorney, Department of Justice

---

1/  Federal Rules of Civil Procedure, Rule 41B

-3-

5184