UNITED STATES DISTRICT COURT.

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U. S. A.  
vs.  
FALLBROOK, etc., et al  

NO. __1247-SD-C__ __ CIVIL  
MINUTES OF THE COURT  
DATE: Feb. 10, 1959  
AT: San Diego, California  

PRESENT: Hon. ___ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER _____

COUNSEL FOR PLAINTIFF: NONE APPEARING _____

COUNSEL FOR DEFENDANT: _ NONE APPEARING _____

Mr. & Mrs. Lee Roripah appearing in pro per

PROCEEDINGS: HEARING (1) motion of various defendants represented by Attorney Sachse for Judgment under Rule 41(b)
(2) motion of deft. Fallbrook Public Utility Dist. to dismiss Count XXI of Plaintiffs Supplementary and amendatory complaint.
(3) motion of State of California to Dismiss Count XXI of complaint
(4) motion of State of California to dismiss paragraph II and Paragraph III, subdivisions (b) and (e) of Count XXII

FURTHER COURT TRIAL

IT IS ORDERED that case is continued to 2-11-59 at 10 A.M.

JOHN A. CHILDRESS, Clerk

5178