CARTER
2-11-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _ _1247-SD-C_ _ CIVIL
MINUTES OF THE COURT
DATE: _Feb. 11, 1959_ _
AT: San Diego, California

PRESENT: Hon. _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _  Reporter JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, LT. CHAS W. SALTER, WM. BURBY

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, JAMES KRIEGER, ADOLPHUS MOSKOVITZ, FRED G. GIRARD, CARL BARONKAY GEORGE STAHLMAN, WALTER LINCOLN, EMMETT DOHERTY, ROBERT MCGINNIS.

PROCEEDINGS: HEARING 9(1) Motion of various defendants represented by Attorney Sachse for Judgment under rule 41 (b)
(2) Motion of Defendant Fallbrook to Dismiss Count XXII
(3) Motion of State of California to Dismiss Count XXII
(4) Motion of State of California to Dismiss Paragraph II and paragraph III, Subdivisions (b) and (c) of Count XXII
FURTHER COURT TRIAL.

On Motion of Attorney Veeder, IT IS ORDERED that Lt. Chas. W. Salter is admitted to practice for the purpose of this case only.
California Exs. Nos. AB thru AN are marked for Identification.
Attorney Sachse and Attorney Veeder each make statements re motion of Various Defendants for judgment under rule 41 (b).
As to the Motion of various defendants for judgment under rule 41 (b) the court rules as follows: The court treats said motion as a motion that the plaintiffs have shown no case, as it were, as to these 41 defendants, and that conversely, on the state of the record as it now appears with the admission that the 41 defendants are entitled to have a decree that they are the owners of the land, that they are not riparian to a stream, the stream or basin, and that any waters on their lands are vagrant, percolating waters, not a part of the stream system, and that the U. S. and other riparian owners have no claim as reparians to this water, leaving open the question of correlative rights with their neighbors, and that the U. S. is entitled to judgment quieting its title to whatever rights it has in the stream system of the Santa Margarita against these 41 defendants.
IT IS ORDERED that attorney Sachse prepare findings within 20 days.
At 11:10 A.M. a recess is declared by the court and at 11:25 Reconvene.
Attorney Sachse makes opening statement re motion of defendant Fallbrook to Dismiss.
IT IS ORDERED that motion of Fallbrook and California to Dismiss Count XXII, and motion of State to Dismiss paragraph II and paragraph III, etc go off calendar to be noticed at a later date for hearing.
Attorney Sachse makes opening statement.
At 11:50 A.M. a recess is declared to 2 P.M.
At 2 P.M. reconvene.
Court and counsel hold pre trial discussion.
At 3:25 P.M. a recess is declared, and at 3:35 P.M. reconvene.
Court and counsel hold further discussion.
At 4:10 P.M. a recess is declared by the court, and the further court trial herein is continued to Feb. 12, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk