CARTER
2-12-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u>   DIVISION

U.S.A.                                    )        No. 1247-SD-U   Civil
                                          )
                                          )        MINUTES OF THE COURT:
                      Plaintiff,          )                        TRIAL
   vs                                     )
                                          )        Date: Feb. 12, 1959
                                          )
FALLBROOK, etc., et al                    )        At  San Diego      Calif.
                                          )
                      Defendant           )

PRESENT: The Honorable ___JAMES M. CARTER_____District Judge

   Deputy Clerk:<u>WILLIAM W. LUDDY</u>      Reporter:<u>JOHN SWADER AND MALCOLM LOVE</u>

   Counsel for Plaintiff : WILLIAM VEEDER, WILLIAM BURBY, DONALD W. REDD


   Counsel for Defendant : FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BARONKAY
FRED GIRARD, GEORGE STAHLMAN, WALTER GOULD LINCOLN.


PROCEEDINGS:   FURTHER COURT



   The following witnesses are sworn and testify on behalf of
             <u>Plaintiff</u>                      <u>Defendant</u> FALLBROOK
               none
                                             George F. Yackey




   The following exhibits are admitted into evidence:

      Plaintiff:   none

      Defendant: FALLBROOK: Ex. A, B1 thru B 43, I, M. L, D. E. F. G and T.

   The following exhibits are marked for identification only:

      Plaintiff:    none

      Defendant:    none

THXXXCOXXXXXXXXXX

   IT IS ORDERED  that cause is continued to Feb. 13,1959, at 10 A.M.
for further court trial.




                              JOHN A. CHILDRESS

                              EXXXXXXXXXXXXXXXXXXX Clerk,

                              By_____ Deputy Clerk.