F I L E D

FEB 12 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

    v.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

        Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                ) ss.
COUNTY OF SAN DIEGO   )

       Thomas Strentz, being first duly sworn, deposes and says:  That

he is a citizen of the United States and a resident of San Diego County,

California;  that his business address is Office of Ground Water Resources,

Marine Corps Base, Camp Pendleton, California;  that he is over the age of

eighteen years and is not a party to the above entitled action.

       That, in the above entitled action, on February 6, 1959, he deposited

in the United States mail at Oceanside, California, in envelopes bearing the

requisite postage, a copy of

         EXCEPTIONS OF THE UNITED STATES OF AMERICA TO PROPOSED
         FINDINGS OF FACT AND CONCLUSIONS OF LAW IN REGARD TO
         FALLBROOK CREEK, dated February 1, 1959

         SUGGESTIONS BASED UPON THE PRESENT STATE OF THE
         RECORD, RELATIVE TO QUESTIONS PRESENTED DECEMBER
         19, 1958, REGARDING THE GENERAL GEOLOGY OF AND
         GROUND WATER BASINS IN THE WATERSHED OF THE SANTA
         MARGARITA RIVER, dated February 2, 1959

5190

-1-

1
2
3
4
5
6    SUMMARY OF EVIDENCE:  December 2, 1958 through
7         January 20, 1959

8  addressed to the last known addresses of the persons listed in Exhibit A,

9  attached hereto and made a part hereof;  that there is delivery service by

10  United States Mail at each of the places so addressed, or there is regular

11  communication by mail between the said place of mailing and each of the

12  places so addressed.

13
14                              Thomas Strenty

15  Subscribed and sworn to before me

16  this 12th day of February, 1959

17
18  Margaret B. Jenkins
    Notary Public in and for said
19         County and State
20  (SEAL)

21  My commission expires:  June 3, 1962

22
23
24
25
26
27
28
29
30
31
32

                              -2-                        5191

Florence A. Anderson
Room 918
756 South Broadway
Los Angeles, California

Anderson & Anderson
Room 817
606 South Hill Street
Los Angeles 14, California

Ashton, Drohan & Marchetti
3345 Newport Boulevard
Newport Beach, California
Attention:  Harry Ashton

Office of Attorney General
Library and Courts Building
Sacramento, California
Attention: Adolphus Moskovits
Deputy Attorney General

Bates, Booth & Gray, Binkley & Pfaelzer
458 South Spring Street
Los Angeles 13, California

Bauder, Gilbert, Thompson & Kelly
Suite 939
458 South Spring Street
Los Angeles, California

Beardsley,  Hufstedler & Kemble
610 Rowan Building
Los Angeles 13, California

Best, Best & Krieger
Evans Building
Riverside, California

A. A. Bianchi
Room 901
400 Montgomery Street
San Francisco, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Busch & Maroney
367 North 2nd Avenue
Upland, California

Bert Buzzini
2233 Fulton Street
Berkeley 4, California

Cannon & Callister
650 South Spring Street
Los Angeles 14, California

Alfred S. Chapman
Room 702
606 South Hill Street
Los Angeles 14, California

Mabel Clausen
320 First Trust Building
Pasadena, California

Clayson, Stark & Rothrock
Security Bank Building
Corona, California
Attention:  George G. Grover
& Owen Strange

Charles H. Carter
1025 Main Street
Corona, California

Raymond Choate
127 West Anaheim Boulevard
Wilmington, California

Howard E. Crandall
127 West Anaheim Boulevard
Wilmington, California

Crider, Tilson & Ruppe
548 South Spring Street
Los Angeles 13, California
Attention:  Tom Halde

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, California

Davidson & Russ
16405 South New Hampshire Ave.
Gardena, California

Charles B. DeLong
507 Harbor Insurance Building
San Diego 1, California

W. B. Dennis
Route 1, Box 55
Fallbrook, California

Leonard J. Difani
220 Loring Building
Riverside, California

Emmett E. Doherty
612 Flower Street
Los Angeles, California

-1-                        EXHIBIT A

5192

J. A. Donnelley & Richard P. MacNulty
2655 4th Avenue
San Diego, California

Lawrence E. Drumm
Suite 820
458 South Spring Street
Los Angeles 14, California

Ray C. Eberhard
Room 1231
215 West 7th Street
Los Angeles 14, California

Estudillo & Bucciarelli
3900 Market Street
Riverside, California

Fendler, Weber & Lerner
333 South Beverly Drive
Beverly Hills, California

Daniel W. Gage
Room 740
458 South Spring Street
Los Angeles 13, California

Garver & Garver
Camas, Washington

Arthur M. Gediman
119 South Main Street
Elsinore, California

Leo Goodman
629 South Hill Street
Los Angeles 14, California

Gold & Gold
Suite 304
Bay Cities Building
Santa Monica, California

Abraham Gottfried
424 South Beverly Drive
Beverly Hills, California

Frank E. Gray
202 South Hamilton Drive
Beverly Hills, California

Samuel A. Greenburg
1014 West Valley Boulevard
Alhambra, California

Alvin G. Greenwald
Suite 303
6505 Wilshire Boulevard
Los Angeles 42, California

Hahn, Ross & Saunders
Suite 611
608 South Hill Street
Los Angeles 14, California

Halverson & Halverson
Suite 611
704 South Spring Street
Los Angeles 14, California

Frank S. Hamburger
1031 Mills Tower
San Francisco, California

Hammack & Pugh
541 South Spring Street
Room 1015
Los Angeles 13, California

Leslie B. Hanson
4412 York Boulevard
Los Angeles, California

Hash & Bernstein
31 South First Avenue
Phoenix, Arizona

J. B. Hemmi
220 North Nevada Street
Oceanside, California

Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

William Murray Hill
620-621 First National Bank Bldg.
San Diego 1, California

Howland & Prindle
639 South Spring Street
Los Angeles 14, California

Samuel Hurwitz
100 West Chapman Street
Orange, California

Randolph Karr, Roy Jerome and
Harold S. Lentz
65 Market Street
San Francisco 5, C lifornia

Christopher M. Jenks, and
Orrick, Dahlquist, Herrington & Sutcliffe
405 Montgomery Street
San Francisco 4, California
Attention: Christopher M. Jenks

G. Norman Kennedy
Room 415
234 East Colorado Street
Pasadena, California

-2-                    EXHIBIT A

5193

James H. Kindel Jr.
  Suite 405
  Rowan Building
  Los Angeles 13, California

Kindell & Anderson
  1016 North Broadway
  Santa Ana, California

Robert Kingsley
  3518 University Avenue
  Los Angeles 7, California

Courtney Lacey
  408 East Florida Avenue
  Hemet, California

Launer, Chaffee & Launer
  Bank of America Building
  Fullerton, California

Walter Gould Lincoln
  ~~7130 Olivetas Avenue~~ *770 Greenlow Ave*
  ~~LaJolla,~~ California *Solomon Beach*

Lindley, Lazar & Scales
  825 Bank of America Building
  San Diego 1, California

Loeb and Loeb
  523 West 6th Street
  Los Angeles 14, California
  Attention: Howard I. Friedman

Luce, Forward, Kunsel & Scripps
  1220 San Diego Trust & Savings Bldg.
  San Diego 1, California
  Attention: Robert E. McGinnis

William H. Macomber
  1114 San Diego Trust & Savings Bldg
  San Diego 1, California

Earl Malmrose
  Room 651
  1206 Maple Avenue
  Los Angeles 15, California

Richard M. Marsh
  54-262 Jackson Street
  Indio, California

Thomas P. Menzies
  Room 803
  458 South Spring Street
  Los Angeles 13, California

Ernest L. Messner
  5429 Crenshaw Boulevard
  Los Angeles 43, California

Minton, Minton & Farrell
  111 North Harvard Street
  Hemet, California
  Attention: Carl W. Minton

Henry M. Moffatt
  121 East 6th Street
  Los Angeles 14, California

Neblett, Walker & Sullivan
  3742 10th Street
  Riverside, California
  Attention: John Neblett

A. J. O'Connor
  639 South Spring Street
  Los Angeles 14, California

~~O'Melveny & Myers & George Stahlman~~
  ~~433 South Spring Street~~
  ~~Los Angeles 13, California~~

Parker, Milliken & Kohlmeier
  650 South Spring Street
  Los Angeles 14, California

George M. Pierson
  816 Continental Building
  Los Angeles 13, California

Postel & Postel
  400 Montgomery Street
  San Francisco 4, California

Richardson & Henderson
  174 North Palm Canyon Drive
  Palm Springs, California

Riedman, Dalessi, Shelton & Beyer
  Suite 426
  110 West Ocean Boulevard
  Long Beach 2, California
  Attention: Fred M. Riedman

Office of Riverside County Counsel
  County Court House
  Riverside, California
  Attention: Wilburn J. Murry, Deputy
           James H. Angell, Deputy

John L. Roberts
  P.O. Box 507
  Riverside, California

Sachse & Price
  1092 South Main Street
  Fallbrook, California

Office of San Diego County District Attorney
  302 Civic Center
  San Diego 1, California
  Attention: Milton Milkes
          Deputy District Attorney

EXHIBIT A

5194

Sarau, Adams, Neblett & Sarau
  Suite 308
  3972 Main Street
  Riverside, California

Gary W. Sawtelle
  650 South Spring Street
  Los Angeles 14, California

Shatford & Shatford
  5920 North Temple City Blvd.
  Temple City, California

J. D. Skeen
  522 Newhouse Building
  Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
  250 East Palm Canyon Drive
  Palm Springs, California

Snyder & Snyder
  215 South La Cienega Boulevard
  Beverly Hills, California

George Stahlman
  Route 1, Box 235
  Fallbrook, California

Stark & Champlin
  Financial Center Building
  Oakland 12, California

W. E. Starke
  1130 Bank of America Building
  San Diego 1, California

Hugo A. Steinmeyer & Winfield Jones
  650 South Spring Street
  Los Angeles 14, California

Stone & Moran
  880 East Colorado Street
  Pasadena, California

Swanwick, Donnelly & Proudfit
  Suite 912
  629 South Spring Street
  Los Angeles 14, California

Swing & Swing
  313 Central Building
  San Bernardino, California

Swing, Scharnikow & Staniforth
  Suite 604
  San Diego Trust & Savings Bank Bldg.
  San Diego 1, California
  Attention: Phil D. Swing

Tanner, Hanson & Myers
  215 West 7th Street
  Los Angeles 14, California

Harry E. Teasdall
  114 North Main Street
  Fallbrook, California

Teschke, Rowe & Cramer
  359 North Cannon Drive
  Beverly Hills, California

Thompson & Colegate
  405 Citizens Bank Building
  Riverside, California

Trihey & Mirich
  565 West 5th Street
  San Pedro, California

Van Dyke, Dellenback & McGoodwin
  110 East 6th Street
  Medford, Oregon

Cornelius T. Waldo
  10742 Nassau Avenue
  Sunland, California

Robert W. Walker, Henry M. Moffatt,
  Robert S. Curtiss
  448 Santa Fe Building
  Los Angeles, California.

Watson, Hart & Nieras
  5939 Monterey Road
  Los Angeles 42, California

~~G. E. Weikert~~
  ~~918 Oviatt Building~~
  ~~Los Angeles 42, California~~

Weyl, Dunnaway & Weyl
  6331 Hollywood Boulevard
  Los Angeles 38, California

Whitney & Friedlander
  8736 Sunset Boulevard
  Los Angeles 46, California

E. E. Wiles
  305 Royal Hawaiian Avenue
  Honolulu, T. H.

P. W. Willett
  P.O. Box 103
  Fallbrook, California

EXHIBIT A   5185

Dennett Withington
   1317 "E" Street
   San Bernardino, California

Wyckoff, Parker, Boyle & Pope
   P.O. Box 960
   Watsonville, California

~~Cornelius T. Waldo~~
   ~~10742 Nassau Avenue~~
   ~~Sunland, California~~

Saul Ruskin
Suite 229 Oasis Building
121 So. Palm Canyon Drive
Palm Springs, Calif.

Mitchell, Doherty and Mitchell
333 Roosevelt Bldg.
727 West 7th Street
Los Angeles 17, California
   Attn: Mr. Emmett Doherty

5196

-5-                           EXHIBIT A

# FILED

1          IN THE UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

FEB 12 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By m⸱ R⸱⸱⸱⸱
DEPUTY CLERK

3                 SOUTHERN DIVISION

4    UNITED STATES OF AMERICA,                )
5                        Plaintiff,           )      No. 1247-SD-C
6             v.                              )      AFFIDAVIT OF SERVICE BY MAIL
7    FALLBROOK PUBLIC UTILITY DISTRICT,       )
     et al.,                                  )
8                        Defendants.          )
9

10   STATE OF CALIFORNIA        )
                                )  ss.
11   COUNTY OF SAN DIEGO        )

12            THOMAS STRENTZ _____, being first duly sworn, deposes and

13   says:  That he is a citizen of the United States and a resident of San Diego

14   County, California; that his business address is Office of Ground Water Re-

15   sources, Marine Corps Base, Camp Pendleton, California; that he is over the

16   age of eighteen years and is not a party to the above entitled action.

17            That, in the above entitled action, on February 6, 1959 _____, he

18   deposited in the United States mail at Oceanside, California, in envelopes

19   bearing the requisite postage, at which places there is a delivery service

20   by United States mails from said post offices, a copy of

21        EXCEPTIONS OF UNITED STATES OF AMERICA TO PROPOSED
          FINDINGS OF FACT AND CONCLUSIONS OF LAW IN REGARD
22        TO DE LUZ CREEK, dated February 2, 1959

23

24   addressed to the last known addresses of the persons listed in Exhibit A

25   attached hereto and made a part hereof.

26

27                                          _Thomas Strentz_

28   Subscribed and sworn to before me
     this 9th day of February, 1959
29

30   _Margaret B. Tooker_
     Notary Public in and for said
31       County and State
        (SEAL)

32   My Commission Expires    June 3, 1962

5197

Earl L. & Frankie N. Anderson
3389 Loma Vista Drive
Ventura, California

Nina B. Anderson -
    Attorney:  Sachse & Price

Ashton, Drohan & Marchetti
3345 Newport Blvd
Newport Beach, Calif.
    Attn:  Harry Ashton

        For:
        Richardson, A.S. &
            Eileen B.

Robert Hammond & Ethel R. Baker
2020 South Tremont
Oceanside, California

Bank of America
    Attorney:  Steinmeyer &
            Jones

John C. & Chloe L. Baxter
Star Rte 2, Box 34
Fallbrook, California

Carles Berg
217 West 4th Street
Beaumont, California

Joseph W. & Theresa B. Bisek
4305 Elizabeth St.
Bell, California

Robert B. Bleeker
    Atty:  Sachse & Price

Newton T. & Willie Mae Bryant
1965½ Raymond Ave.
Los Angeles, California

Lawrence Wm. & Mary C. Butler
    Atty:  Tanner, Hansen & Myers

Vilate Caldwell
    Atty:  Halverson & Halverson

Allan Ray Carter
12115 Central Ave
Chino, Calif.

Frank J. & Patricia Ann Chestmolowicz
    Attorney:  Sachse & Price

Virgil A. & Verda M. Claytor
Box 27
Murrieta, California

Alma F. & Veria V. Click
Route 2, Box 31
Fallbrook, California

Continental Auxiliary Co.
    Attorney:  Steinmeyer & Jones

Emery A. & Betty Bird Cook
15820 Orangeblossom Drive
Los Gatos, California

Couch, Frank E. & Anna J.
    Attorney:  Sachse & Price

Frank & Lillie M. Crabtree
18602 East 17th St.
Santa Ana, California

DeLuz School District of San Diego County
    Attorney:  Office of San Diego County
            District Attorney

K. R. Dindinger
415 Grant, Apt. 106
Oceanside, California

Adolph B. Dinsen
Route 5, Box 6
Fallbrook, California

Mildred E. Dodge
5111 W. Wintersburg
Huntington Beach, California

John & Pearl Dodson
Emerald Bay 224
Laguna Beach, California

5198

EXHIBIT "A"

| | |
|---|---|
| Anna Doerrer<br>P.O. Box 563<br>Fallbrook, California | Farmers & Merchants Trust Co of Long Beach<br>Long Beach, California |
| | Fidelity Mutual Corp<br>65 South Euclid |
| Paul & Laura Doville<br>1232 Stagecoach Road<br>Fallbrook, California | Pasadena, California |
| Esther C. Drake<br>1351 W. 27th Drive<br>San Pedro, California | First National Bank of Orange<br>101 Chapman<br>Orange, California |
| Ray C. Eberhard<br>Room 1231<br>215 West 7th St.<br>Los Angeles 14, Calif. | Aileen Isabell Fosnaugh<br>124 W. 126th Street<br>Los Angeles 61, California |
| For:  Wilson, Samuel M. &<br>Hazel A. | David R. & Olia Foss<br>Atty:  Sachse & Price |
| Eckerman, Daniel W. & Gladys M.<br>4655 Council St., Apt. 1<br>Los Angeles 4, California | Herbert C. & Ruby E. Foss<br>Atty:  Sachse & Price |
| Marion Foss Elledge<br>Atty:  Sachse & Price | Rudolph C. Foss<br>Atty:  Sachse & Price |
| Samuel H. & Alice R. Emmes<br>2815 Villa Way<br>Newport Beach, California | Samuel F. & Francis Frakes<br>831 Shenandoah Street<br>Los Angeles 35, California |
| Dorothy L. Ennis<br>141 W. Fir Street<br>San Diego, California | Agnes M. Frank<br>1785 San Gabriel<br>San Marino 9, California |
| Patrick & Lydia C. Enright<br>1041 Walnut Street<br>San Diego, California | Augustine & Frances M. Fredy<br>723 N. Orange Ave.<br>Fallbrook, California |
| Evans Escrow Co.<br>1811 North Long Beach Blvd<br>Compton, California | Russell O. Freeman<br>P.O. Box 74<br>Murrieta, California |
| Rose Amelia Everett<br>5411 Russel Avenue<br>Hollywood 27, California | Felix R. & Theodora L. Garnsey<br>Atty:  Sachse & Price |
| Cyril M. & Mildred Ewing<br>Box 18<br>Murrieta, California | Louis J. Garnsey<br>Route 2, Box 26<br>Fallbrook, California |
| | Louis J. Garnsey, as Guardian of<br>Estate of Edith Day Garnsey<br>Route 2, Box 26<br>Fallbrook, California |

5199

-2-                    EXHIBIT "A"

Richard R. & Gladys R. Gauldin
10806 South Painter
Whittier, California

Mary L. Giles
    Atty:  Halverson & Halverson

Daun I. & Dorothy D. Gillett
Route 2, Box 5
Fallbrook, California

William H. & Vera M. Godfrey
1616 Turnboll Canyon Road
LaPuenta, California

William A. & Roberta L. Goodchap
Atty:  Sachse & Price

Ewart W. Goodwin
    Atty:  Luce, Forward, Kunzel &
            Scripps

G. R. Gough
Box 27
Elsinore, California

George A. Groebli
P.O. Box 90
Murrieta, California

Raymond J. Haller
P.O. Box 146A
Fallbrook, California

Halverson & Halverson
Suite 611
704 South Spring St.
Los Angeles 14, California

    For:  Caldwell, E. Vilate
          Giles, Mary L.
          Holdaway, E. Marie
          Hunt, Pearl R.

Kenneth V. & Kathlean Diana Hodges
6110 LaJolla Blvd
LaJolla, California

E. Marie Holdaway
    Atty:  Halverson & Halverson

Alfred & Helen E. Holsworth
    Atty:  Sachse & Price

Pearl R. Hunt
    Atty:  Halverson & Halverson

George Donald & Opal Hutson
3722 Merrimac Street
San Diego, California

Robert H. & Irene Hutson
8104 Roy Street
Lemon Grove, California

Georgia F. Jave
    Atty:  Sachse & Price

Minna Jave
    Atty:  Sachse & Price

Anthony A. Jedlick
441 C Street
San Diego, California

Lawrence B. Johnson
P.O. Box 117
Murrieta, California

Fred M. & Grace R. Jones
416 N. Horne St.
Oceanside, California

William N. & Selma M. Jost
c/o Arizona Manor Inc.
2390 E. Camelback Road
Phoenix, Arizona

Adolph B. Dinsen
Ruth Dinsen Kellum
Route 2, Box 6
Fallbrook, California

Larry & Lola Kendrick
1410 N. Willow Street
Compton, California

Edith H. King
    Atty:  Sachse & Price

5200

-3-                    EXHIBIT "A"

Lewis J. & Eleanor Klein
10709 Firmon Ave
Inglewood, California

Lloyd E. & Elisabeth Klein
10709 Firmon Ave.
Inglewood, California

Paul & E. Jean Koch
604 Tocino Drive
Duarte, California

Norman & LaVerne Kogen
2390 East Camelback Road
Phoenix, Arizona

Howard A. & Lila Foss Krause
    Atty:  Sachse & Price

John Kuhnis
    Atty:  Sachse & Price

Land Title Insurance Co.
225 Broadway
San Diego, California

Mart J. & Rosamond E. LeVack
    Atty:  Sachse & Price

Thomas & Ruth C. Long
2947 Crestmore Place
Los Angeles, California

James & Nettie Loy
612 West 107th Street
Los Angeles, California

Luce, Forward, Kunsel & Scripps
1220 San Diego Trust & Savings Bldg.
San Diego 1, California
    Attn:  Robert E. McGinnis

    For:  Goodwin, Ewart W.

McDowell, Homer C. & Marion J.
Route 2, Box 24
Fallbrook, California

Richard S. Martin
c/o Dorothy L. Ennis
141 West Fir Street
San Diego, California

Robert H. Martin
2972 Williams Road
San Jose, California

Richard F. & Rosabel L. Matthews
    Atty:  Sachse & Price

Anna Merkle
4225 Sunnyhill Drive
Carlsbad, California

George W. & Mary A. Merkle
4225 Sunnyhill Drive
Carlsbad, California

Eve Uzelac Mitchell
1898 Midway Drive, Wherry Park
El Toro Marine Base
Santa Ana, California

Arthur & Edith Tittle Mitchell
1310 14th Street
Oakland, California

Bennie R. & Lura G. Mosher
Box 15
DeLuz, California

Cora H. Myers
    Atty:  Sachse & Price

Adelbert Sigfred & Mabel Elizabeth Nelson
10550 Cantara Street
Sun Valley, California

Oceanside Federal Savings & Loan Ass'n.
Oceanside Finance Co.
508 2nd Street
Oceanside, California

Lewis R. & Phoebe Olivos
2224 Greenleaf
Santa Ana, California

5201

-4-

EXHIBIT "A"

| | |
|---|---|
| Robert Tanner Ormsby<br>770 Lafayette St.<br>Tacoma, Washington | William J. & Eula S. Ross<br>  Atty:  Sachse & Price |
| John & Margery L. Parker<br>5468 East Pitt<br>Fresno 2, California | Truman C. & Beatrix Rowley<br>  Atty:  Sachse & Price |
| Richard A. & Mabel A. Peterson<br>8998 Norma Place<br>Los Angeles 46, California | Office of San Diego County District<br>Attorney<br>302 Civic Center<br>San Diego 1, California<br>  Attn:  Milton Milkes<br>      Deputy District Attorney |
| Frank & Ruth Pfefferkorn<br>3357 South Robertson<br>Los Angeles, California | For:  DeLuz School District of<br>      San Diego County |
| Frank B. & Edna Earle Pierce<br>116 East 62nd Street<br>Los Angeles 3, California | Wilfred L. & Julia H. Schryer<br>218 Springfield<br>Huntington Beach, California |
| S. W. Prior<br>3620 Lombardy Road<br>Pasadena, California | Arthur C. Schwartz<br>3616 West 113th Street<br>Inglewood, California |
| Mercy E. Pyeatt<br>Box 32 - DeLuz Valley<br>Fallbrook, California | Harry & Laura Foss Seares<br>  Atty:  Sachse & Price |
| Niler R. Pyeatt<br>Box 32 - DeLuz Valley<br>Fallbrook, California | Security Title Ins. Co.<br>940 3rd Avenue<br>San Diego, California |
| Diana Reid<br>6110 LaJolla Blvd<br>LaJolla, California | Mike A. & Mabel S. Seery<br>2552 Elm Ave.<br>Long Beach, 6, California |
| A. S. & Eileen B. Richardson<br>  Atty:  Harry Ashton | Carl Chris Seyersdahl<br>146 West 111th Street<br>Los Angeles 3, California |
| Maurice & Irene Rissman<br>854 Clemment Ave.,<br>Los Angeles 24, California | Monroe Sharpless<br>17272 LaVeta Ave.<br>Santa Ana, California |
| Amy D. Roberts<br>P.O. Box 563<br>Fallbrook, California | Gaius Ray & Stella C. Shaver<br>  Atty:  Sachse & Price |
| Frank & Florence Foss Roberts<br>  Atty:  Sachse & Price | Herbert E. & Joan B. Shaver<br>  Atty:  Sachse & Price |

5202

-5-

EXHIBIT "A"

| | |
|---|---|
| Alfred W. & Isaura M. Silva<br>2071 Garret Street<br>San Diego 9, California | Roger F. Stucker<br>422 S. Cabrillo Street<br>San Pedro, California |
| John T. & Olive Simms<br>1203 N. Catalina<br>Burgank, California | Tanner, Hanson & Myers<br>215 West 7th Street<br>Los Angeles 14, California |
| | For:  Butler, Lawrence William &<br>Mary C. |
| Rita Smarr<br>1920 Flora Vista<br>Needles, California | |
| | Ida May Thorkildsen<br>c/o Mrs. L. M. Graffin<br>P.O. Box 457<br>Fallbrook, California |
| Obed E. & Marguerite Smelser<br>1212 Scenic Drive<br>San Bernardino, California | |
| | Clarence A. & Vera T. Thorson<br>3514 6th Avenue<br>San Diego 3, California |
| Albert H. & Stanley Reed Smith<br>1517 West 219th Street<br>Torrance, California | |
| | Title Insurance & Trust Co.<br>625 South Spring Street<br>Los Angeles 13, California |
| Southern Title & Trust Co<br>940 3rd Avenue<br>San Diego, California | |
| | Reese Day & Mary Tittle<br>6972 Glidden Street<br>San Diego, California |
| Jane Adams Stansbury<br>1341 Olive Lane<br>LaCanada, California | |
| | W. S. & Lena N. Tomlinson<br>2273 E. Alvarado<br>Fallbrook, California |
| Hugo A. Steinmeyer & Winfield Jones<br>650 South Spring Street<br>Los Angeles 14, California | |
| For:  Bank of America<br>Continental Auxilliary | George W. & Rose G. Towne<br>Atty:  Sachse & Price |
| Dale L. & Emma G. Stinson<br>1322 West 162nd Street<br>Gardena, California | Union Title Ins. & Trust Co.<br>1028 2nd Ave.<br>San Diego 12, California |
| Ruth L. Stoner, Administratrix of<br>Estate of Winifred Stoner, Deceased.<br>c/o Errol J. Stoner<br>737 Walnut Street<br>San Jose, California | Vail Company<br>Atty:  Geo. E. Stahlman |
| | John L. & Mary Agnes Wagenaar<br>24 Lindero Ave.<br>Long Beach, California |
| Robert A. & Irene K. Stroud<br>806 E. Leslie Drive<br>San Gabriel, California | Claude & Lorraine Weston<br>3942 Park Boulevard<br>San Diego, California |

-6-

5203

EXHIBIT "A"

```
1
2   Ione Smarr Wilson
3   Box 713
    Fallbrook, California
4
5   Samuel M. & Hazel A. Wilson
       Atty:  Ray C. Eberhard
6
                    Woodrow
7   H. C. & Lillian Wambran
    P.O. Box 666
8   Fallbrook, California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
```

-7-

5204

**EXHIBIT "A"**