FILED

FEB 12 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

THOMAS STRENTZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on February 6, 1959, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

EXCEPTIONS OF UNITED STATES OF AMERICA TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN REGARD TO DE LUZ CREEK, dated February 2, 1959

addressed to the last known addresses of the persons listed in Exhibit A attached hereto and made a part hereof.

Thomas Strentz

Subscribed and sworn to before me this 9th day of February, 1959

Margaret B. Tocker
Notary Public in and for said County and State
(SEAL)

My Commission Expires June 3, 1962

5197

Earl L. & Frankie N. Anderson
3389 Loma Vista Drive
Ventura, California

Nina B. Anderson -
Attorney: Sachse & Price

Ashton, Drohan & Marchetti
3345 Newport Blvd
Newport Beach, Calif.
Attn: Harry Ashton

For:
Richardson, A.S. &
Eileen B.

Robert Hammond & Ethel R. Baker
2020 South Tremont
Oceanside, California

Bank of America
Attorney: Steinmeyer & Jones

John C. & Chloe L. Baxter
Star Rte 2, Box 34
Fallbrook, California

Carles Berg
217 West 4th Street
Beaumont, California

Joseph W. & Theresa B. Bisek
4305 Elizabeth St.
Bell, California

Robert B. Bleeker
Atty: Sachse & Price

Newton T. & Willie Mae Bryant
1965½ Raymond Ave.
Los Angeles, California

Lawrence Wm. & Mary C. Butler
Atty: Tanner, Hansen & Myers

Vilate Caldwell
Atty: Halverson & Halverson

Allan Ray Carter
12115 Central Ave
Chino, Calif.

Frank J. & Patricia Ann Chestmolowicz
Attorney: Sachse & Price

Virgil A. & Verda M. Claytor
Box 27
Murrieta, California

Alma F. & Veria V. Click
Route 2, Box 31
Fallbrook, California

Continental Auxiliary Co.
Attorney: Steinmeyer & Jones

Emery A. & Betty Bird Cook
15820 Orangeblossom Drive
Los Gatos, California

Couch, Frank E. & Anna J.
Attorney: Sachse & Price

Frank & Lillie M. Crabtree
18602 East 17th St.
Santa Ana, California

DeLuz School District of San Diego County
Attorney: Office of San Diego County District Attorney

K. R. Dindinger
415 Grant, Apt. 106
Oceanside, California

Adolph B. Dinsen
Route 5, Box 6
Fallbrook, California

Mildred E. Dodge
5111 W. Wintersburg
Huntington Beach, California

John & Pearl Dodson
Emerald Bay 224
Laguna Beach, California

5198

Anna Doerrer
P.O. Box 563
Fallbrook, California

Paul & Laura Doville
1232 Stagecoach Road
Fallbrook, California

Esther C. Drake
1351 W. 27th Drive
San Pedro, California

Ray C. Eberhard
Room 1231
215 West 7th St.
Los Angeles 14, Calif.

For: Wilson, Samuel M. & Hazel A.

Eckerman, Daniel W. & Gladys M.
4655 Council St., Apt. 1
Los Angeles 4, California

Marion Foss Elledge
Atty: Sachse & Price

Samuel H. & Alice R. Emmes
2815 Villa Way
Newport Beach, California

Dorothy L. Ennis
141 W. Fir Street
San Diego, California

Patrick & Lydia C. Enright
1041 Walnut Street
San Diego, California

Evans Escrow Co.
1811 North Long Beach Blvd
Compton, California

Rose Amelia Everett
5411 Russel Avenue
Hollywood 27, California

Cyril M. & Mildred Ewing
Box 18
Murrieta, California

Farmers & Merchants Trust Co of Long Beach
Long Beach, California

Fidelity Mutual Corp
65 South Euclid
Pasadena, California

First National Bank of Orange
101 Chapman
Orange,California

Aileen Isabell Fosnaugh
124 W. 126th Street
Los Angeles 61, California

David R. & Olia Foss
Atty: Sachse & Price

Herbert C. & Ruby E. Foss
Atty: Sachse & Price

Rudolph C. Foss
Atty: Sachse & Price

Samuel F. & Francis Frakes
831 Shenandoah Street
Los Angeles 35, California

Agnes M. Frank
1785 San Gabriel
San Marino 9, California

Augustine & Frances M. Fredy
723 N. Orange Ave.
Fallbrook, California

Russell O. Freeman
P.O. Box 74
Murrieta, California

Felix R. & Theodora L. Garnsey
Atty: Sachse & Price

Louis J. Garnsey
Route 2, Box 26
Fallbrook, California

Louis J. Garnsey, as Guardian of
Estate of Edith Day Garnsey
Route 2, Box 26
Fallbrook, California

5199



EXHIBIT "A"

Richard R. & Gladys R. Gauldin
10806 South Painter
Whittier, California

Mary L. Giles
Atty: Halverson & Halverson

Daun I. & Dorothy D. Gillett
Route 2, Box 5
Fallbrook, California

William H. & Vera M. Godfrey
1616 Turnboll Canyon Road
LaPuenta, California

William A. & Roberta L. Goodchap
Atty: Sachse & Price

Ewart W. Goodwin
Atty: Luce, Forward, Kunzel & Scripps

G. R. Gough
Box 27
Elsinore, California

George A. Groebli
P.O. Box 90
Murrieta, California

Raymond J. Haller
P.O. Box 146A
Fallbrook, California

Halverson & Halverson
Suite 611
704 South Spring St.
Los Angeles 14, California

For: Caldwell, E. Vilate
Giles, Mary L.
Holdaway, E. Marie
Hunt, Pearl R.

Kenneth V. & Kathleen Diana Hodges
6110 LaJolla Blvd
LaJolla, California

E. Marie Holdaway
Atty: Halverson & Halverson

Alfred & Helen E. Holsworth
Atty: Sachse & Price

Pearl R. Hunt
Atty: Halverson & Halverson

George Donald & Opal Hutson
3722 Merrimac Street
San Diego, California

Robert H. & Irene Hutson
8104 Roy Street
Lemon Grove, California

Georgia F. Jave
Atty: Sachse & Price

Minna Jave
Atty: Sachse & Price

Anthony A. Jedlick
441 C Street
San Diego, California

Lawrence B. Johnson
P.O. Box 117
Murrieta, California

Fred M. & Grace R. Jones
416 N. Horne St.
Oceanside, California

William N. & Selma M. Jost
c/o Arizona Manor Inc.
2390 E. Camelback Road
Phoenix, Arizona

Adolph B. Dinsen
Ruth Dinsen Kellum
Route 2, Box 6
Fallbrook, California

Larry & Lola Kendrick
1410 N. Willow Street
Compton, California

Edith H. King
Atty: Sachse & Price

5200



EXHIBIT "A"

Lewis J. & Eleanor Klein
10709 Firmon Ave
Inglewood, California

Lloyd E. & Elisabeth Klein
10709 Firmon Ave.
Inglewood, California

Paul & E. Jean Koch
604 Tocino Drive
Duarte, California

Norman & LaVerne Kogen
2390 East Camelback Road
Phoenix, Arizona

Howard A. & Lila Foss Krause
Atty: Sachse & Price

John Kuhnis
Atty: Sachse & Price

Land Title Insurance Co.
225 Broadway
San Diego, California

Mart J. & Rosamond E. LeVack
Atty: Sachse & Price

Thomas & Ruth C. Long
2947 Crestmore Place
Los Angeles, California

James & Nettie Loy
612 West 107th Street
Los Angeles, California

Luce, Forward, Kunsel & Scripps
1220 San Diego Trust & Savings Bldg.
San Diego 1, California
Attn: Robert E. McGinnis

For: Goodwin, Ewart W.

McDowell, Homer C. & Marion J.
Route 2, Box 24
Fallbrook, California

Richard S. Martin
c/o Dorothy L. Ennis
141 West Fir Street
San Diego, California

Robert H. Martin
2972 Williams Road
San Jose, California

Richard F. & Rosabel L. Matthews
Atty: Sachse & Price

Anna Merkle
4225 Sunnyhill Drive
Carlsbad, California

George W. & Mary A. Merkle
4225 Sunnyhill Drive
Carlsbad, California

Eve Uzelac Mitchell
1898 Midway Drive, Wherry Park
El Toro Marine Base
Santa Ana, California

Arthur & Edith Tittle Mitchell
1310 14th Street
Oakland, California

Bennie R. & Lura G. Mosher
Box 15
DeLuz, California

Cora H. Myers
Atty: Sachse & Price

Adelbert Sigfred & Mabel Elizabeth Nelson
10550 Cantara Street
Sun Valley, California

Oceanside Federal Savings & Loan Ass'n.
Oceanside Finance Co.
508 2nd Street
Oceanside, California

Lewis R. & Phoebe Olivos
2224 Greenleaf
Santa Ana, California

Robert Tanner Ormsby
770 Lafayette St.
Tacoma, Washington

John & Margery L. Parker
5468 East Pitt
Fresno 2, California

Richard A. & Mabel A. Peterson
8998 Norma Place
Los Angeles 46, California

Frank & Ruth Pfefferkorn
3357 South Robertson
Los Angeles, California

Frank B. & Edna Earle Pierce
116 East 62nd Street
Los Angeles 3, California

S. W. Prior
3620 Lombardy Road
Pasadena, California

Mercy E. Pyeatt
Box 32 - DeLuz Valley
Fallbrook, California

Niler R. Pyeatt
Box 32 - DeLuz Valley
Fallbrook, California

Diana Reid
6110 LaJolla Blvd
LaJolla, California

A. S. & Eileen B. Richardson
Atty: Harry Ashton

Maurice & Irene Rissman
854 Glemment Ave.,
Los Angeles 24, California

Amy D. Roberts
P.O. Box 563
Fallbrook, California

Frank & Florence Foss Roberts
Atty: Sachse & Price

William J. & Eula S. Ross
Atty: Sachse & Price

Truman C. & Beatrix Rowley
Atty: Sachse & Price

Office of San Diego County District Attorney
302 Civic Center
San Diego 1, California
Attn: Milton Milkes
Deputy District Attorney

For: DeLuz School District of San Diego County

Wilfred L. & Julia H. Schryer
218 Springfield
Huntington Beach, California

Arthur C. Schwartz
3616 West 113th Street
Inglewood, California

Harry & Laura Foss Seares
Atty: Sachse & Price

Security Title Ins. Co.
940 3rd Avenue
San Diego, California

Mike A. & Mabel S. Seery
2552 Elm Ave.
Long Beach, 6, California

Carl Chris Seyersdahl
146 West 111th Street
Los Angeles 3, California

Monroe Sharpless
17272 LaVeta Ave.
Santa Ana, California

Gaius Ray & Stella C. Shaver
Atty: Sachse & Price

Herbert E. & Joan B. Shaver
Atty: Sachse & Price

5202



EXHIBIT "A"

Alfred W. & Isaura M. Silva
2071 Garret Street
San Diego 9, California

John T. & Olive Simms
1203 N. Catalina
Burgank, California

Rita Smarr
1920 Flora Vista
Needles, California

Obed E. & Marguerite Smelser
1212 Scenic Drive
San Bernardino, California

Albert H. & Stanley Reed Smith
1517 West 219th Street
Torrance, California

Southern Title & Trust Co
940 3rd Avenue
San Diego, California

Jane Adams Stansbury
1341 Olive Lane
LaCanada, California

Hugo A. Steinmeyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

For: Bank of America
Continental Auxilliary

Dale L. & Emma G. Stinson
1322 West 162nd Street
Gardena, California

Ruth L. Stoner, Administratrix of
Estate of Winifred Stoner, Deceased.
c/o Errol J. Stoner
737 Walnut Street
San Jose, California

Robert A. & Irene K. Stroud
806 E. Leslie Drive
San Gabriel, California

Roger F. Stucker
422 S. Cabrillo Street
San Pedro, California

Tanner, Hanson & Myers
215 West 7th Street
Los Angeles 14, California

For: Butler, Lawrence William &
Mary C.

Ida May Thorkildsen
c/o Mrs. L. M. Graffin
P.O. Box 457
Fallbrook, California

Clarence A. & Vera T. Thorson
3514 6th Avenue
San Diego 3, California

Title Insurance & Trust Co.
625 South Spring Street
Los Angeles 13, California

Reese Day & Mary Tittle
6972 Glidden Street
San Diego, California

W. S. & Lena N. Tomlinson
2273 E. Alvarado
Fallbrook, California

George W. & Rose G. Towne
Atty: Sachse & Price

Union Title Ins. & Trust Co.
1028 2nd Ave.
San Diego 12, California

Vail Company
Atty: Geo. E. Stahlman

John L. & Mary Agnes Wagenaar
24 Lindero Ave.
Long Beach, California

Claude & Lorraine Weston
3942 Park Boulevard
San Diego, California



5203

EXHIBIT "A"

Ione Smarr Wilson
Box 713
Fallbrook, California

Samuel M. & Hazel A. Wilson
Atty: Ray C. Eberhard

H. C. & Lillian ~~[illegible]~~ Woodrow
P.O. Box 666
Fallbrook, California



5204

EXHIBIT "A"