1   J. LEE RANKIN
    Solicitor General
2   Department of Justice
    Washington, D. C.
3

4   Attorney for United States
       of America
5

6

7           IN THE UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9                   SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,      )
                                   )        No. 1247-SD-C
12                Plaintiff,       )
                                   )
13       v.                        )
                                   )        MOTION FOR JUDGMENT
14  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,              )
15                                 )
                  Defendants.      )
16

17          Comes now the United States of America and alleges,

18  that:

19          On February 11, 1959, this Honorable Court ruled

20  that where defendants in the subject case have disclaimed

21  any right, title or interest in and to the waters of the

22  Santa Margarita River system:

23          "The United States is entitled to a judgment

24          quieting its title to whatever rights it has

25          in the stream system of the Santa Margarita

26          against . . ." 1/ defendants thus disclaiming.

27          Numerous defendants have answered the Complaint of

28  the United States of America in the subject case and have

29  averred in substance as follows:

30          "The lands of defendants do not abut upon

31

32
    _____
    1/ TR, p.8139, line 17

                                                    5186
                           -1-

and are not riparian to any stream. The said
lands contain approximately (number of acres)
of irrigable and arable lands. The said lands
overlie percolating ground waters not a part
of any stream, and the defendants assert full
correlative rights to the use of said ground
waters in an amount not to exceed 4.2 acre
feet per acre per year."

Counsel representing these disclaiming defendants
has requested admissions as to the correctness of the dis-
claimer. In regard to the hereafter named defendants,
the United States of America admits that they have no
rights in the Santa Margarita River system and that the
owners of the lands described in the answers have title
to the vagrant and percolating waters underlying those
lands.

These answering defendants are among those in the
category who have disclaimed any right, title or interest
in the rights to the use of water in the Santa Margarita
River system:

Dolores Costello Barrymore (formerly Vruwink)

Matt Barr

William A Buckley and Eileen S. Buckley

Lyndol E. Chandler and Margaret H. Chandler

James R. Chess and Kathleen P. Chess

Gertrude Crabtree

Lyle W. Doore and Emma E. Doore

Bruce Gentry and Eve Gentry

Sherman O. Gentry and Celona Gentry

Howard S. Gentry

Helen Gentry, also known as Helen Greenwood

E. W. Hamilton and Nellie M. Hamilton

5187

John M. Hornbeck

Annie Hostetter

W. H. Ivey

Frances H. Johnson

Raymond C. Knight

Thomas Gale Knight

Harry Kohn and Naomi Kohn

Frank R. Lindsay and Virginia Lindsay

Geneva B. Nicholas

Emma Perry (Nee Bateman)

Wallace C. Qua and Dorothy C. Qua

A. W. Ray

Katherine Speed

Mattie Stanley (Mattie Thompson)

John M. Walker and Anne E. Walker

Harold D. Yaple and Nellie E. Yaple

Arno H. Ehrig and Data M. Ehrig

Robert M. Erwin and Ada D. Erwin

WHEREFORE, the United States of America, based upon the ruling above set forth, respectfully moves this Honorable Court for judgment in accordance with that ruling.

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM H. VEEDER
Attorney, Department of Justice

WILLIAM E. BURBY
Attorney, Department of Justice

Dated:   February 12, 1959

Donald W. Redd

-3-

5188