UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. _ _ 1247-SD-C _ _ CIVIL

MINUTES OF THE COURT

DATE: Feb. 13, 1959

AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY AND LTCDR. DONALD REDD.

COUNSEL FOR DEFENDANT: FRANZ SACHSE, PHIL SWING, ADOLPHUS MOSKOVITZ, FRED GIRARD, GEORGE STAHLMAN, WALTER GOULD LINCOLN, ROBERT MCGINNIS.

PROCEEDINGS:  FURTHER COURT TRIAL

At 10:05 A.M. convene herein.
Witness Yackey resumes and stand and testifies further.
Fallbrook Ex. No. D-1 is marked and received.
At 11:05 A.M. recess, and at 11:15 A.M. reconvene.
Court and counsel discuss cross examination of witness Yackey.

At 11:55 A.M. a recess is declared by the court to 2 P.M.
At 2:05 P.M. reconvene herein.
Court and counsel further discuss cross examination of witness Yackey.

Witness Yackey testifies further on cross examination.
Attorney Veeder makes offer of proof, objected to by Attorney Sachse, and said objection is sustained.
Plaintiffs Exs. Nos. 155A thru 155 I are received in evidence.
Plaintiffs Exs. Nos. 156, and 157 are received in evidence.
At 3:25 P.M. a recess is declared by the court, and at 3:35 P.M. reconvene herein.
Witness Yackes testifies further.
Fallbrook Ex. No. K is received in evidence.
At 3:45 P.M. a recess is declared by the court to Feb. 17, 1959 at 10 A.M. for the further court trial herein.

5205

JOHN A. CHILDRESS, Clerk