UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.

                     Plaintiff,

vs

FALLBROOK, etc., et al

                     Defendant.

No. 1247-SD-C  Civil

MINUTES OF THE COURT:
TRIAL

Date: Feb. 17, 1959

At San Diego, Calif.

PRESENT: The Honorable JAMES M. CARTER   District Judge;

Deputy Clerk: WILLIAM W. LUDDY      Reporter: JOHN SWADER AND MALCOLM LOVE

Counsel for Plaintiff : WILLIAM VEEDER

Counsel for Defendant : FRANZ SACHSE, PHIL SWING, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, AND WALTER G. LINCOLN

PROCEEDINGS: FURTHER COURT TRIAL

The following witnesses further testify/on behalf of

| Plaintiff | Defendant |
|---|---|
| none | ROBERT L. ENGLEMAN (Fallbrook) |
|  | LELAND ILLINGSWORTH (California) |

The following exhibits are admitted into evidence:

Plaintiff: None
      Fallbrook J, V, Vi, and U
Defendant: California L Plate 3, L Plate 4, L append D, L Table 3, L Table 4, A, B, and E.

The following exhibits are marked for identification only:

Plaintiff: none

Defendant: California AO, AP, AQ.

IT IS ORDERED, at 4:35 P.M. cause is continued to Feb. 18, 1959, at 10 A.M. for the further court trial.

JOHN A. CHILDRESS, Clerk,

By _____ Deputy Clerk.

5206