**FILED**

FEB 17 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M.E.K._____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
              Plaintiff,             )   No. 1247-SD-C
                                     )
         v.                          )   AFFIDAVIT OF SERVICE BY MAIL
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT,   )
et al.,                              )
                                     )
              Defendants.            )

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF SAN DIEGO     )

          ___Thomas Strentz___, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

          That, in the above entitled action, on ___13 February 1959___, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

          MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO
          MOTION FOR JUDGMENT, dated February 5, 1959.

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

                                                              _Thomas Strentz_

Subscribed and sworn to before me
this _16th_ day of _February, 1959_

_Margaret B. Cooke_
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires   June 3, 1958

5207

Florence A. Anderson
Room 918
756 South Broadway
Los Angeles, California

Anderson & Anderson
Room 817
606 South Hill Street
Los Angeles 14, California

Ashton, Drohan & Marchetti
3345 Newport Boulevard
Newport Beach, California
Attention: Harry Ashton

Office of Attorney General
Library and Courts Building
Sacramento, California
Attention: Adolphus Moskovits
Deputy Attorney General

Bates, Booth & Gray, Binkley & Pfaelzer
458 South Spring Street
Los Angeles 13, California

Bauder, Gilbert, Thompson & Kelly
Suite 939
458 South Spring Street
Los Angeles, California

Beardsley, Hufstedler & Kemble
610 Rowan Building
Los Angeles 13, California

Best, Best & Krieger
Evans Building
Riverside, California

A. A. Bianchi
Room 901
400 Montgomery Street
San Francisco, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Busch & Maroney
367 North 2nd Avenue
Upland, California

Bert Buzzini
2233 Fulton Street
Berkeley 4, California

Cannon & Callister
650 South Spring Street
Los Angeles 14, California

Alfred S. Chapman
Room 702
606 South Hill Street
Los Angeles 14, California

~~Mabel Chapman~~
~~320 First Trust Building~~
~~Pasadena, California~~

Clayson, Stark & Rothrock
Security Bank Building
Corona, California
Attention: George G. Grover
& Owen Strange

Charles H. Carter
1025 Main Street
Corona, California

Raymond Choate
127 West Anaheim Boulevard
Wilmington, California

~~Howard E. Crandall~~
~~127 West Anaheim Boulevard~~
~~Wilmington, California~~

Crider, Tilson & Ruppe
548 South Spring Street
Los Angeles 13, California
Attention: Tom Halde

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, California

Davidson & Russ
16405 South New Hampshire Ave.
Gardena, California

Charles B. DeLong
507 Harbor Insurance Building
San Diego 1, California

W. B. Dennis
Route 1, Box 55
Fallbrook, California

Leonard J. Difani
220 Loring Building
Riverside, California

~~Emmett E. Doherty~~
~~612 Flower Street~~
~~Los Angeles, California~~

-1-                    EXHIBIT A

J. A. Donnelley & Richard P. MacNulty
  2655 4th Avenue
  San Diego, California

Lawrence E. Drumm
  Suite 820
  458 South Spring Street
  Los Angeles 14, California

Ray C. Eberhard
  Room 1231
  215 West 7th Street
  Los Angeles 14, California

Estudillo & Bucciarelli
  3900 Market Street
  Riverside, California

Fendler, Weber & Lerner
  333 South Beverly Drive
  Beverly Hills, California

Daniel W. Gage
  Room 740
  458 South Spring Street
  Los Angeles 13, California

Garver & Garver
  Camas, Washington

Arthur M. Gediman
  119 South Main Street
  Elsinore, California

Leo Goodman
  629 South Hill Street
  Los Angeles 14, California

Gold & Gold
  Suite 304
  Bay Cities Building
  Santa Monica, California

Abraham Gottfried
  424 South Beverly Drive
  Beverly Hills, California

Frank E. Gray
  202 South Hamilton Drive
  Beverly Hills, California

Samuel A. Greenburg
  1014 West Valley Boulevard
  Alhambra, California

Alvin G. Greenwald
  Suite 303
  6505 Wilshire Boulevard
  Los Angeles 42, California

Hahn, Ross & Saunders
  Suite 611
  608 South Hill Street
  Los Angeles 14, California

Halverson & Halverson
  Suite 611
  704 South Spring Street
  Los Angeles 14, California

Frank S. Hamburger
  1031 Mills Tower
  San Francisco, California

Hammack & Pugh
  541 South Spring Street
  Room 1015
  Los Angeles 13, California

Leslie B. Hanson
  4412 York Boulevard
  Los Angeles, California

Hash & Bernstein
  31 South First Avenue
  Phoenix, Arizona

~~J. E. Hemmi~~
  ~~220 North Nevada Street~~
  ~~Oceanside, California~~

Higgs, Fletcher & Mack
  2250 Third Avenue
  San Diego 1, California

William Murray Hill
  620-621 First National Bank Bldg.
  San Diego 1, California

~~Howland & Prindle~~
  ~~639 South Spring Street~~
  ~~Los Angeles 14, California~~

Samuel Hurwitz
  100 West Chapman Street
  Orange, California

Randolph Karr, Roy Jerome and
Harold S. Lentz
  65 Market Street
  San Francisco 5, California

Christopher M. Jenks, and
Orrick, Dahlquist, Herrington & Sutcliffe
  405 Montgomery Street
  San Francisco 4, California
  Attention: Christopher M. Jenks

G. Norman Kennedy
  Room 415
  234 East Colorado Street
  Pasadena, California

James H. Kindel Jr.
  Suite 405
  Rowan Building
  Los Angeles 13, California

Kindell & Anderson
  1016 North Broadway
  Santa Ana, California

Robert Kingsley
  3518 University Avenue
  Los Angeles 7, California

Courtney Lacey
  408 East Florida Avenue
  Hemet, California

Launer, Chaffee & Launer
  Bank of America Building
  Fullerton, California

Walter Gould Lincoln
  ~~7130 Olivetas Avenue~~ 770 Grandview Ave
  ~~La Jolla,~~ California  Solana Beach

Lindley, Lazar & Scales
  825 Bank of America Building
  San Diego 1, California

Loeb and Loeb
  523 West 6th Street
  Los Angeles 14, California
  Attention: Howard I. Friedman

Luce, Forward, Kunsel & Scripps
  1220 San Diego Trust & Savings Bldg.
  San Diego 1, California
  Attention: Robert E. McGinnis

William H. Macomber
  1114 San Diego Trust & Savings Bldg
  San Diego 1, California

Earl Malmrose
  Room 651
  1206 Maple Avenue
  Los Angeles 15, California

Richard M. Marsh
  54-262 Jackson Street
  Indio, California

Thomas P. Menzies
  Room 803
  458 South Spring Street
  Los Angeles 13, California

Ernest L. Messner
  5429 Crenshaw Boulevard
  Los Angeles 43, California

Minton, Minton & Farrell
  111 North Harvard Street
  Hemet, California
  Attention: Carl W. Minton

Henry M. Moffatt
  121 East 6th Street
  Los Angeles 14, California

Neblett, Walker & Sullivan
  3742 10th Street
  Riverside, California
  Attention: John Neblett

A. J. O'Connor
  639 South Spring Street
  Los Angeles 14, California

~~O'Melveny & Myers & George Stahlman~~
~~433 South Spring Street~~
~~Los Angeles 13, California~~

Parker, Milliken & Kohlmeier
  650 South Spring Street
  Los Angeles 14, California

George M. Pierson
  816 Continental Building
  Los Angeles 13, California

Postel & Postel
  400 Montgomery Street
  San Francisco 4, California

Richardson & Henderson
  174 North Palm Canyon Drive
  Palm Springs, California

Riedman, Dalessi, Shelton & Beyer
  Suite 426
  110 West Ocean Boulevard
  Long Beach 2, California
  Attention: Fred M. Riedman

Office of Riverside County Counsel
  County Court House
  Riverside, California
  Attention: Wilburn J. Murry, Deputy
             James H. Angell, Deputy

John L. Roberts
  P.O. Box 507
  Riverside, California

Sachse & Price
  1092 South Main Street
  Fallbrook, California

Office of San Diego County District Attorney
  302 Civic Center
  San Diego 1, California
  Attention: Milton Milkes
           Deputy District Attorney

-3-                                                             EXHIBIT A

Sarau, Adams, Neblett & Sarau
  Suite 308
  3972 Main Street
  Riverside, California

Gary W. Sawtelle
  650 South Spring Street
  Los Angeles 14, California

Shatford & Shatford
  5920 North Temple City Blvd.
  Temple City, California

J. D. Skeen
  522 Newhouse Building
  Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
  250 East Palm Canyon Drive
  Palm Springs, California

Snyder & Snyder
  215 South La Cienega Boulevard
  Beverly Hills, California

George Stahlman
  Route 1, Box 235
  Fallbrook, California

Stark & Champlin
  Financial Center Building
  Oakland 12, California

W. E. Starke
  1130 Bank of America Building
  San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
  650 South Spring Street
  Los Angeles 14, California

Stone & Moran
  880 East Colorado Street
  Pasadena, California

Swanwick, Donnelly & Proudfit
  Suite 912
  629 South Spring Street
  Los Angeles 14, California

Swing & Swing
  313 Central Building
  San Bernardino, California

Swing, Scharnikow & Staniforth
  Suite 604
  San Diego Trust & Savings Bank Bldg.
  San Diego 1, California
  Attention: Phil D. Swing

Tanner, Hanson & Myers
  215 West 7th Street
  Los Angeles 14, California

Harry E. Teasdall
  114 North Main Street
  Fallbrook, California

Teschke, Rowe & Cramer
  359 North Cannon Drive
  Beverly Hills, California

Thompson & Colegate
  405 Citizens Bank Building
  Riverside, California

Trihey & Mirich
  565 West 5th Street
  San Pedro, California

Van Dyke, Dellenback & McGoodwin
  110 East 6th Street
  Medford, Oregon

Cornelius T. Waldo
  10742 Nassau Avenue
  Sunland, California

Robert W. Walker, Henry M. Moffatt,
  Robert S. Curtiss
    448 Santa Fe Building
    Los Angeles, California.

Watson, Hart & Nieras
  5939 Monterey Road
  Los Angeles 42, California

~~G. E. Weikert~~
  ~~918 Oviatt Building~~
  ~~Los Angeles 42, California~~

Weyl, Dunnaway & Weyl
  6331 Hollywood Boulevard
  Los Angeles 38, California

Whitney & Friedlander
  8736 Sunset Boulevard
  Los Angeles 46, California

E. E. Wiles
  305 Royal Hawaiian Avenue
  Honolulu, T. H.

P. W. Willett
  P.O. Box 103
  Fallbrook, California

-4-

EXHIBIT A

5211

Dennett Withington
  1317 "E" Street
  San Bernardino, California

Wyckoff, Parker, Boyle & Pope
  P.O. Box 960
  Watsonville, California

~~Cornelius T. Waldo~~
  ~~10742 Nassau Avenue~~
  ~~Sunland, California~~

Saul Ruskin
Suite 229 Oasis Building
121 So. Palm Canyon Drive
Palm Springs, Calif.

  Mitchell, Doherty and Mitchell
  333 Roosevelt Bldg.
  727 West 7th Street
  Los Angeles 17, Calif.
  Attn: Mr. Emmett Doherty

-5-

EXHIBIT A    5212