UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u> DIVISION

U.S.A.

     Plaintiff,

vs

FALLBROOK, etc., et al

     Defendant

No. <u>1247-SD-C</u> Civil

MINUTES OF THE COURT:
     TRIAL

Date: <u>Feb. 18, 1959</u>

At <u>San Diego</u> Calif.

PRESENT: The Honorable  <u>JAMES M. CARTER</u>  District Judge

 Deputy Clerk: <u>WILLIAM W. LUDDY</u>  Reporter: <u>JOHN SWADER and MALCOLM LOVE</u>

 Counsel for Plaintiff : WILLIAM BURBY, WILLIAM VEEDER, DONALD REDD.

 Counsel for Defendant : FRANZ SACHSE, ADOLPHUS MOSKOVITZ, F GEORGE STAHLMAN, WALTER LINCOLN.

PROCEEDINGS: FURTHER COURT TRIAL

       recalled   further
 The following witnesses are ~~XXXXXXXX~~ testify/on behalf of
   Plaintiff       Defendant
   none        Leland Illingsworth (California)

The following exhibits are admitted into evidence:

 Plaintiff: none

 Defendant: CALIFORNIA C, D, L apptend E, AB, AC, AD, AE, E1 thru E6,
      AF and AL

The following exhibits are marked for identification only:

 Plaintiff:  none

 Defendant:  none

~~THEnxOxunxnxInxins~~ Attorney Veeder moves to stike Califprnia Ex. No. L plate 6, and IT IS ORDERED said motion is granted.
IT IS ORDERED at 4:15 P.M. that cause is continued to Feb. 19, 1959, at 10 A.M. for further court trial.

          JOHN A. CHILDRESS
          ~~DISTRICT~~ ~~xxxxxxxx~~ Clerk,

          By _/s/ William W. Luddy_ Deputy Clerk.