UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
__SOUTHERN__ DIVISION

U.S.A.

Plaintiff,

vs

FALLBROOK, etc., et al

Defendant

No. __1247-SD-C__ Civil

MINUTES OF THE COURT:
TRIAL

Date: __Feb. 19, 1959__

At __SAN DIEGO__ Calif.

PRESENT: The Honorable __JAMES M. CARTER__ District Judge

Deputy Clerk __WILLIAM W. LUDDY__ Reporter: __JOHN SWADER__

Counsel for Plaintiff WILLIAM VEEDER, WILLIAM BURBY AND DONALD REDD

Counsel for Defendant : Franz Sachse, Adolphus Moskovitz, George Stahlman and Walter Lincoln.

PROCEEDINGS: FURTHER COURT TRIAL

The following witness resumes stand and further testify on behalf of

Plaintiff

Defendant

LELAND ILLINGSWORTH (CALIFORNIA)

The following exhibits are admitted into evidence:

Plaintiff: none

Defendant: CALIFORNIA AG, AH, AK, AO, AI, AP, AJ, AQ.

The following exhibits are marked for identification only:

Plaintiff: none

Defendant: none

At 2:10 P.M. in chambers with the following present: William Veeder, William Burby, Donald Redd, Adolphus Moskovitz, Franz Sachse, Walter Lincoln, Lt. Col Bowen, and Col. Elliott Robertson.
Court and counsel hold conference.
At 4:40 P.M. IT IS ORDERED that cause is continued to Feb. 20, 1959, at 10 A.M. for the further court trial herein.

JOHN A. CHILDRESS, Clerk,

By _____ Deputy Clerk.