CARTER
2-20-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al-

NO. _1247-SD-C_ _ _ CIVIL  
MINUTES OF THE COURT  
DATE: Feb. 20, 1959  
AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY_ Reporter _ JOHN SWADER AND MALCOLM LOVE

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE STAHLMAN, WALTER G. LINCOLN, PHIL SWING

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:15 convene herein.
Witness Illingsworth resumes stand and testifies further.
California Ex. L, append H is received in evidence.
At 11:00 A.M. a recess is declared by the court, and at 11:15 A.M. reconvene herein.
Witness Illingsworth resumes stand and testifies further.
California Ex. AM, L plate 21A, L Place 21B, L Table 24 and L Table 25 are received.
At 12, noon, a recess is declared to 2 P.M.
At 2:15 P.M. reconvene herein.
Witness Illingsworth resumes stand and testifies further.
California Ex. No. AM-1 is received in evidence.
At 3:10 P.M. a recess is declared by the court, and at 3:25 P.M. reconvene.
Witness Illingsworth resumes stand and testifies further.
At 4 P.M. a recess is declared by the court, and cause continued to Feb. 25, 1959 at 10 A.M. for the further court trial herein.

5215

JOHN A. CHILDRESS, Clerk
By