UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. _ _ 1247-SD-C_ _ CIVIL

MINUTES OF THE COURT

DATE: Feb. 25, 1959

AT: San Diego, California

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER AND DONALD W. REDD

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, WALTER LINCOLN, JAMES KRIEGER
ADOLPHUS MOSKOVITZ, FRANZ SACHSE, FRED GIRARD
PHIL SWING.

PROCEEDINGS: FURTHER COURT TRIAL

At 10 A.M. convene.
Court and counsel discuss future schedule.
Plaintiffs Ex. No. 158 is marked for identification.
Witness Illingsworth resumes stand and testifies further on cross examination.
At 11 A.M. a recess is declared by the court, and at 11:15 A/M reconvene.
Witness Illingsworth resumes stand and testifies further on cross examination.
At 12, noon, a recess is declared by the court to 1:45 P.M.
At 2:02 P.M. reconvene.
Witness Illingsworth resumes stand and testifies further.
At 3:45 P.M. a recess is declared by the court, and the further court trial herein is continued to March 24, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _____

5216