FILED
MAR 16 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   No. 1247-SD-C
)
vs. )
)
FALLBROOK PUBLIC UTILITY DISTRICT, )   NOTICE OF WITHDRAWL
et al, )
)
        Defendants. )

     Charles A. Wilson and Jettie Wilson, husband and wife, two of the defendants in the above entitled action have sold the property formerly owned by they in San Diego County and are no longer interested in the above entitled action; as their attorneys', we herewith file this Notice of Withdrawl on behalf of the defendants as well as ourselves in the above action.

     DATED this 15th day of February, 1959.

                     GARVER & GARVER

                     BY: /s/ Robert W. Garver
                     Attorneys for Charles A. Wilson and
                     Jettie Wilson, husband and wife.

Approved
/s/ _____
United States District Judge.

5217