3-24-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL  
MINUTES OF THE COURT  
DATE: March 24, 1959  
AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter  JOHN SWADER

COUNSEL FOR PLAINTIFF: NONE APPEARING

COUNSEL FOR DEFENDANT: NONE APPEARING

PROCEEDINGS:

IT IS ORDERED that cause is continued to March 26, 1959, at 10 A.M. for further court trial.

5218

JOHN A. CHILDRESS, Clerk
By