UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. _ _1247-SD-C_ _ _ CIVIL

MINUTES OF THE COURT

DATE: _MARCH_26,1959_ _ _

AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M._CARTER _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W._LUDDY_ Reporter _ _ _ JOHN_SWADER _ _ _ _

COUNSEL FOR PLAINTIFF: _ _ WM. BURBY,_AND_DONALD REDD._ (Wm.Veeder not appearing)

COUNSEL FOR DEFENDANT: Franz Sachse, Adolphus Moskovitz, Fred Girard, George Stahlman, Phil D. Swing, Walter G. Lincoln, and James Krieger.

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:05 A.M. convene
California Ex. No. AR is marked for identification.
The court states it received a call from Mr. Veeder who will not appear this day.
Counsel consent to proceed in Mr. Veeder absence.
California Exs. Nos. AS, AT, AU, AV, AW are marked for Identification.
Leland Illingsworth htf sworn, resumes stand and testifies further.
California Exs. No. AR is received.
At 11:10 A.M. recess.
At 11:20 A.M. reconvene.
Witness Illingsworth testifies further.
At 11:55 A.M. recess to 2 P.M.
At 2:05 A.M. P.M. reconvene.
John Elliot Coit is called, sworn, and testifies for defendant Vail.
16A-160 is added to Plaintiff Exs. No. 16A.
Col. A. C. Bowen htf sworn, is called by Attorney Stahlman and testifies further.
At 3:15 P.M. recess, and at 3:30 P.M. reconvene.
Witness Coit resumes stand and testifies further.
At 3:45 P.M. a recess is declared by the court, and cause is continued to March 27, 1959, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By /s/ William W. Luddy

5219