UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: March 27, 1959

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter  JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, DONALD W. REDD

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, JAMES KRIEGER, ADOLPHUS MOSKOVITZ, FRANZ SACHSE, FRED GIRARD, AND WALTER G. LINCOLN

PROCEEDINGS: FURTHER COURT TRIAL

At 10:10 A.M. convene herein.
Witness Illingsworth resumes stand and testifies further on further cross by Attorney Veeder.
At 11:05 A.M. a recess is declared by the court, and at 11:12, A.M. reconvene.
Witness Illingsworth testifies further.
California Exs. Nos. AT, AU, AV, AND AW are received.
At 11:35 A.M. a recess is declared by the court, and the further Court trial continued to March 31, 1959, at 10 A.M. for further court trial

JOHN A. CHILDRESS, Clerk
By WILLIAM W. LUDDY

5220