MAR 27 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. B. Kuechling
DEPUTY CLERK

Andrew R. James and Ester I. James
Defendants in propria persona
P.O. Box 253
Yosemite National Park
California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )        CIVIL NO. 1247 - SD - C
                Plaintiff,           )        ANSWER OF DEFENDANTS
        vs.                          )
                                     )   Andrew R. James and Ester I. James
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                Defendants,          )

        The defendants, Andrew R. James and Ester I. James

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own 120 acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.          EXHIBIT A

        E1/2 of SW1/4 Section 2, T7S, R3W      80 Acres
        NE1/4 of NW1/4 Section 11, T7S, R3W    40 Acres

                                                    15594

INDEXED

These defendants allege:

1    Said defendants' land comprises 120 acres of which approximately
2    75 acres are now under cultivation and an approximate additional 20
3    acres are suitable for cultivation.  The land is at present used for
4    the production of grains and deciduous fruits.  It is adaptable to the
5    production of deciduous fruits, row crops, fowl, grains and permanent
6    pasture.

7        There is at present one domestic well now in use and another well
8    not in present use.  The defendants claim the right to put down a well
9    or wells on said property and such rights and uses of underground
10   water, water rising on and running through said property, water from
11   rainfall and water that can be contained on said land by means of
12   reservoirs or other means as guaranteed by deeds, patents, and related
13   documents.

14       The defendants wish to state that they reside outside of Riverside
15   County and have had no contact with the office of the Solicitor General
16   prior to a letter of inquiry and an answer under date of March 16, 1959.

18       WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

26   _Andrew R. James_

28   _Esther I. James_

29   Defendants in propria persona

32   Dated:  March 23, 1959.