UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                NO. _1247-SD-C_ _ _ CIVIL
vs.                                   MINUTES OF THE COURT
FALLBROOK, etc., et al                DATE: _ _March 31,1959 _
                                      AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;
  Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER
  COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, AND DONALD REDD _ _ _ _

  COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, JAMES KRIEGER, WALTER G. LINCOLN
ARTHUR LITTLEWORTH, FRANZ SACHSE, AND FRED GIRARD _ _ _ _ _ _ _ _

PROCEEDINGS:   FURTHER COURT TRIAL

   At 10:05 A.M. convene herein.
   Vail Exs. J thru AB are marked for Identification.
   Roripaugh, et al, Ex. No. A is substituted.
   Witness Coit resumes stand and testifies further on cross examination.
   Attorney Lincoln makes statement.
   At 10:55 A.M. A recess is declared by the court, and at 11:10 A.M.
reconvene.
   Witness Coits testifies further.
   Vail Exs. No. C-1 is marked.
   At 12, noon, a recess is declared by the court to 2 P.M.
   At 2:20 P.M. reconvene herein.
   Court and counsel discuss legal questions.
   Attorney Krieger makes opening statement on behalf of his Clients.
   Joe Mack Mims is called, sworn, and testifies for Roripaugh, et al.
   At 3:15 P.M. recess, and at 3:35 P.M. reconvene.
   Witness Mims resumes stand and testifies further.
   Lonzo Oneal Lynch is called, sworn, and testifies for Roripaugh, et al.
   At 4:25d P.M. recess and further court trial continued to M April 1,
1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By _____   5226