FILED

MAR 31 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | ORDER |
| Defendants. | ) | |

The Vail Company, having moved this Court to be relieved of the Stipulation of October 23, 1951, a copy of which is attached to this order and made a part of it, and the United States of America having agreed to the granting of that motion;

IT IS HEREBY ORDERED that the above mentioned stipulation is declared null and void and of no force and effect;

IT IS FURTHER ORDERED, pursuant to the stipulation of the United States of America, that this order will relate back to the 26th day of March, 1959, the date when the Vail Company commenced the introduction of evidence in connection with its case in chief;

PROVIDED FURTHER, HOWEVER, that this Order will

5221

have no effect upon the Stipulated Judgment, in the case of Rancho Santa Margarita v. Vail et al., dated the 26th day of December, 1940, and filed on the 27th day of December, 1940, in the Superior Court of the State of California, in and for the County of San Diego, Case No. 42850.

Dated: 3-31-59

JAMES M. CARTER
UNITED STATES DISTRICT JUDGE

Approved:
William H. Veeder
George Stahlman

Ex. 158

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

F I L E D
Oct 24 1951
EDMUND L. SMITH, Clerk
By....................
                DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
             Plaintiff,   )
                          )
        v.                )   No. 1247-SD
                          )
FALLBROOK PUBLIC UTILITY DISTRICT, )
  a public service corporation of  )
  the State of California;         )
                          )
ET AL.,                   )
                          )
             Defendants.  )

STIPULATION BETWEEN THE UNITED STATES OF AMERICA
AND MARY VAIL WILKINSON, MAHLON VAIL, EDWARD N. VAIL,
MARGARET VAIL WISE, AND NITA M. VAIL, TRUSTEES,
RELATIVE TO THEIR RESPECTIVE RIGHTS IN AND TO THE
USE OF WATER IN THE TEMECULA-SANTA MARGARITA RIVER.

WHEREAS, on December 27, 1940, a judgment was entered in that action entitled RANCHO SANTA MARGARITA, a corporation, Plaintiff, v. N. R. VAIL, et al., Defendants, in the Superior Court of the State of California in and for the County of San Diego, case No. 42850; and

WHEREAS, the UNITED STATES OF AMERICA, during the years 1941 - 1943 acquired all the lands and rights to the use of water in the Temecula-Santa Margarita River which had been owned by the RANCHO SANTA MARGARITA, Plaintiff in the action referred to in the preceding paragraph. By that acquisition the UNITED STATES OF AMERICA succeeded to all the rights, title, and interest of the RANCHO SANTA MARGARITA in the Temecula-Santa Margarita River; and,

WHEREAS, on January 25, 1951, the UNITED STATES OF AMERICA instituted the above-entitled action, incorporating in the complaint filed therein, a copy of said judgment of December 27, 1940, as Exhibit A to its complaint. To the end that a full declaration of Plaintiff's rights in and to the waters of said River as against all other users thereof and claimants thereto might be obtained in this action, Plaintiff named among

- 1 -

5223

1   many other Defendants, Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail,
2   Margaret Vail Wise, and Nita M. Vail, Trustees herein collectively referred
3   to as the VAILS. Notwithstanding the naming of the VAILS as parties
4   defendant in the present action the UNITED STATES OF AMERICA and the
5   VAILS are mutually in agreement that as between themselves the said judgment
6   of December 27, 1940, is and shall continue to be binding upon them and
7   each of them.
8        Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between
9   the UNITED STATES OF AMERICA, Plaintiff herein, and the VAILS, Defendants
10  herein, through their respective counsel, al follows:
11       1.  That the rights and duties of Plaintiff, UNITED STATES OF
12  AMERICA, and the VAILS, in and to the waters of the Temecula-Santa
13  Margarita River as between Plaintiff and said VAILS, are those fixed,
14  determined, and declared in that certain judgment entered on December 27,
15  1940, in the case of RANCHO SANTA MARGARITA, a corporation, Plaintiff,
16  v. N. R. VAIL, et al., Defendants, in the Superior Court of the State
17  of California in and for the County of San Diego, case No. 42850.
18       2.  That neither Plaintiff herein nor said VAILS claim or
19  will claim, in the within action, any rights or duties as against the
20  other, other than or different from, those fixed, determined and declared
21  in said judgment of December 27, 1940.
22       3.  That no issue is or will be raised in this litigation as
23  to the operations of the parties under said judgment, it being understood
24  that neither party will claim in this litigation that the other has
25  failed in any way to comply with said judgment of December 27, 1940.
26       4.  The introduction of a properly certified copy of the
27  said judgment of December 27, 1940 in the record in this case will

- 2 -

5224

```
 1    constitute proof of the rights and duties of the respective parties hereto
 2    as against each other as specified in said judgment.
 3            Signed this  23rd  day of   Oct.   , 1951 .
```

ERNEST A. TOLIN                          /s/  A. Devit Vanech
United States Attorney                        A. DEVITT VANECH,
                                              Deputy Attorney General


/s/  Betty Marshall Graydon
BETTY MARSHALL GRAYDON              /s/  William H. Veeder
Assistant United States Attorney         WILLIAM H. VEEDER,
                                         Special Assistant to the Attorney General

                                         Attorneys for the UNITED STATES OF AMERICA
/s/ David W. Agnew
DAVID W. AGNEW,
Attorney, Department of the Navy

                                    /s/  O'MELVENY & MEYERS
                                    /s/  WILLIAM W. CLARY

                                    /s/  Lauren M. Wright
                                         Attorney for Mary Vail Wilkinson,
                                         Mahlon Vail, Edward N. Vail, Margaret Vail
                                         Wise, and Nita M. Vail, Trustees.

- 3 -

5225