CARTER
4-1-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              NO. _1247-SD-C_ _ _ CIVIL

vs.                                 MINUTES OF THE COURT

FALLBROOK, etc., et al              DATE: _ _April 1, 1959_ _

                                    AT:  San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter  JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, JAMES KRIEGER, ARTHUR LITTLEWORTH, FRANZ SACHSE, AND & FRED GIRARD.

PROCEEDINGS:     FURTHER COURT TRIAL

   At 10:05 A.M. convene herein.
   Corrections are made in the Transcript.
   Witness Lynch resumes stand and testifies further.
   Albert A. Webb is called, sworn, and testifies for Roripaugh et al.
   At 11 A.M. recess, and at 11:10 A.M. reconvene.
   Witness Webb resumes stand and testifies further.
   At 12:05 P.M. a recess is declared to 2 P.M.
   at 2:05 P.M. reconvene.
   Wim Witness Webb resumes stand and testifies further.
   Roripaugh Ex. No. D is marked
   Roripaugh Exs. Nos. A. B. and C are m received in evidence.
   At 3 P.M. a recess is declared by the court, and at 3:15 P.M. reconvene.
   Witness Webb resumes stand and testifies further.
   at 4 P.M. a recess is declared by the court, and the further court trial herein continued to April 2, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk