HAMMACK & PUGH
1015 Spring Arcade Building
541 South Spring Street
Los Angeles 13, California

MAdison 4-7676

Attorneys for Occidental College



FILED
APR 2- 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>  Defendants. | CIVIL NO. 1247 - SD - C<br><br>ASSOCIATION OF FRANZ R. SACHSE WITH HAMMACK & PUGH AS ATTORNEYS FOR DEFENDANT OCCIDENTAL COLLEGE. |

OCCIDENTAL COLLEGE, a defendant herein, hereby associates FRANZ R. SACHSE as attorney with its present attorneys HAMMACK & PUGH.

Dated: March 25, 1959.

                    OCCIDENTAL COLLEGE

                    By _____
                       The Secretary of Its
                       Board of Trustees

We agree to the above association.

                    HAMMACK & PUGH

                    By _____
                       Arthur E. Pugh, Jr.

The above association is accepted.

                    HAMMACK & PUGH
                    FRANZ R. SACHSE

                    By _____
                       Franz R. Sachse

Approved

_____
United States District Judge.

5229

Attorney ___ for ___

STATE OF CALIFORNIA,  } (AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)
COUNTY OF LOS ANGELES,

___ LOUISE J. FREIFIELD ___ Being first duly sworn, says: That affiant is a citizen of the United States and a resident of the county of Los Angeles, over the age of eighteen years and not a party to the within action; that affiant's business address is 541 SOUTH SPRING STREET, LOS ANGELES 13, CALIFORNIA **Association of Franz R. Sachse with Hammack & Pugh as Attorneys for Defendant Occidental College**

that on ___ March 31 ___, 19 59 affiant served the within

on the ___ United States Attorney ___ in the action, by placing a true copy thereof in an envelope addressed to the attorney ___ of record for the party on whom service is hereby made at the residence/office address of the attorney ___ as follows: *"

J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.                                          ";

and by then sealing the envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Los Angeles, California. That there is delivery service by United States mail at the place so addressed and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me on

___ March 31 ___, 19 59        /s/ Louise J. Freifield

/s/ [Notary signature]
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

* Here quote from envelope name and address of addressee.

5230