CARTER
4-2-59

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _ 1247-SD-C _ _ _ CIVIL

MINUTES OF THE COURT

DATE: _ _ April 2, 1959 _ _

AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, PHIL SWING, FRANZ SACHSE, JAMES KRIEGER, FRED GIRARD, AND ARTHUR LITTLEWORTH

PROCEEDINGS:   FURTHER COURT TRIAL.

At 10:02 A.M. reconvene herein.
Witness Webb resumes stand and testifies further.
at 10:45 A.M. a recess is declared by the court, and at 11 A.M. reconvene
Witness Webb resumes stand and testifies further.
Leo Roripaugh and Jack Roripaugh are called, sworn, and testify for defendants Roripaugh, et al.
At 12, noon, a recess is declared to 2:15 P.M.
At 2:45 P.M. reconvene herein.
Witness Jack Roripaugh resumes stand and testifies further.
Alexander Borel is called, sworn, and testifies for the defendants Roripaugh, et al.
Witness Leland Illingsworth and Webb recalled, and testify further.
Roripaugh Ex. No. D is received in evidence.
Morris J. Yoder, and Jennings Shomen are called, sworn, and testify for Vail.
California Ex. No. AS is received in evidence.
At 3:35 P.M. a recess is declared and the further court trial herein is continued to May 12, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk   5228