ORIGINAL

MINTON, MINTON & FARRELL
Attorneys at Law
111 North Harvard Street

Hemet, California

OLive 8-2157

Attorneys for Defendants
Louis Garrone and Alfred Garrone

FILED
APR 7 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, ET AL., ) <br> Defendants. ) <br> ) | CIVIL NO. 1247-SD-C <br><br> ANSWER TO COMPLAINT <br> AND SUPPLEMENTARY AND <br> AMENDATORY COMPLAINT OF <br> LOUIS GARRONE AND <br> ALFRED GARRONE. |

The Defendants, Louis Garrone and Alfred Garrone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

ANSWER TO ORIGINAL COMPLAINT

I

These answering Defendants have no information or belief sufficient to enable them to answer the allegations of Paragraphs II and VII of the original Complaint and basing their denial upon that ground, deny all allegations in said paragraphs contained.

II

Answering the allegations of Paragraph IV, Defendants deny that any conduct of these answering Defendants threatens the destruction of the

-1-

15588

basin referred to in said paragraph or damages the Plaintiff in any manner.

III

Answering the allegations of Paragraphs V and VI, deny that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of these answering Defendants, and deny that the Plaintiff is entitled to any rights, titles, interests, or privileges as against the answering Defendants by reason thereof.

IV

Answering the allegations of Paragraph VIII, admit that the Plaintiff makes the claims and assertions specified in said paragraph; these answering Defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V

Answering the allegations of Paragraph IX, deny that any action or conduct of these answering Defendants has caused the Plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering Defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

VI

That the property involved herein not described in these answering Defendants' Exhibit A, which is attached hereto, made a part hereof by reference as if specifically set out in full.

ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV, Inclusive

I

In answer to Counts I to XIV, inclusive, in addition to

-2-

15587

Paragraph VI of these Answering Defendants' answer to the original complaint herein, of the Supplement to Plaintiff's Complaint, these answering Defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above Answer to Plaintiff's original Complaint.

II

These answering Defendants admit that the Plaintiff makes the contentions set forth in said counts; deny that any actions of these answering Defendants have injured Plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

Answer to Counts Nos. XV to XXI, inclusive.

I

These answering Defendants hereby incorporate by reference Paragraphs I and II of his Answer to Counts I to XIV, inclusive.

II

These answering Defendants deny each and every allegation contained in Paragraph II and III of County XXI.

III

These Defendants admit that Plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests, which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; Admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Courts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering Defendants have no

-3-

information or belief sufficient to enable them to answer the remianing allegations in said Counts XV to XXI, inclusive, and basing his denial on that ground, deny all of said allegations.

IV

That the property involved herein not described in these answering Defendants' Exhibit A, which is attached hereto, made a part hereof by reference as if specifically set out in full.

## ANSWER TO AMENDMENT TO COMPLAINT

Answer to Counts Nos. XXII to XXV, inclusive.

I

These answering Defendants hereby incorporate by reference Paragraphs I, II, and III of his Answer to Counts XV to XXI, inclusive.

II

These Defendants deny the allegations of Paragraphs I and II of Count XXII.

III

These answering Defendants admit that Plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection alleges that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering Defendants claim the right to use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these Defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

IV

These answering Defendants admit that Plaintiff makes the

-4-

15580

contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

V

These answering Defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial on that ground, deny all of the allegations not hereinabove expressly admitted or denied.

## AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering Defendants own one hundred seventy acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> Section 24, Twn 7 S, R 1 W, South East Quarter
> and East 10 acres of the South East Quarter of
> the South West Quarter.

II

Defendants claim the right to use one hundred seventy (170) acre feet of water per year from De Luz Creek on this land.

WHEREFORE, these Defendants pray that Plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these Defendants; that Defendants' right to water, as hereinabove set forth be quieted as against the Plaintiff and against all other Defendants in this action; and for such other and further relief as the Court may deem proper.

DATED: April 4, 1959.

MINTON, MINTON & FARRELL

By _(signature)_
Attorneys for Answering Defendants
Louis Garrone and Alfred Garrone

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | ) ss. |
|   | COUNTY OF RIVERSIDE ) |

LOUIS GARRONE, being first duly sworn, deposes and says that he is one of the Answering Defendants in the above entitled action; that he has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his belief or information, and as to those matters that he believes it to be true.

*Louis Garrone*
LOUIS GARRONE

Subscribed and Sworn to before me this

____4th____ day of ____April____, 1959.

*Ruth M. Montague*
Notary Public in and for said County and State.

My Commission Expires April 25, 1960

MINTON, MINTON & FARRELL
ATTORNEYS AT LAW
111 NORTH HARVARD STREET
HEMET, CALIFORNIA
OLIVE 8-2157