IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answer in the above entitled case of the following named defendants:

    FRANK H. ENDRES and ANNIE K. ENDRES

    PIERRE POURROY, JR. and CATHERINE POURROY

    JAMES L. BARRY and YVONNE BARRY

    CLARENCE M. STONE and MARY B. STONE

    NICOLAS, GEORGIA

    THOMAS A. ATKISSON and OPAL WALLACE ATKISSON

DATED: April 8th, 1959.

                                          Margaret B. Tooker