FRANK H. ENDRES and ANNIE K. ENDRES
Defendants in propria persona
Star Route No. 1.
Winchester, California

FILED
APR 10 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
            Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

FRANK H. ENDRES and
ANNIE K. ENDRES

The defendants, FRANK H. ENDRES and ANNIE K. ENDRES each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 480 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15604

AFFIRMATIVE STATEMENTS OF RIGHTS

I.

1  These defendants own 480 acres of land more or less in Riverside County,
2  California within the watershed of the Santa Margarita River, more particularly
3  described in the document attached hereto, marked Exhibit A, which is hereby in-
4  corporated by reference as a part of this statement.

5   A. GEOLOGY - Waterbearing characteristics of underground formations

6        The defendants property lies at an elevation of 1400 to 1500 feet.
7  About one-third of the land is composed of sedimentary rock forming terrace
8  deposits and older alluvium, containing boulders to cobble sized fragments,
9  gravels and sand. The terraces are generally flat characterized by reddish-
10 brown soils, with older alluvium slightly rolling. Wells tapping material of
11 this type have low yields and are limited generally to domestic and livestock
12 use.

13       Another third is classed as a Residuum, a residual material resembling
14 sandy clay which is a product of the decomposition and disintergration of under-
15 lying crystalline rock in situ. Residuum is a minor source of ground water
16 (local water) generally supplying only domestic wells with percolating water.

17       The last and minor portion considered a sedimentary rock formation
18 classed as an alluvium of recent origin occurs in small amounts along usually
19 dry creek channels flowing only intermittently following heavy precipitation.
20 This formation is generally unconsolidated and occurs as fill material of gravel,
21 sand and silt. Its waterbearing capabilities in this area are very limited due
22 to the small area covered by the material.

23       A portion of the defendants land possibly lies over French Basin
24 which is bounded on the north and northeast by Paleozoic Schist and quartzite
25 and residuals developed upon them, on the south by residuals developed upon
26 Woodson Mountain Granodiorite, on the northwest by residuals developed on the
27 San Marcos Gabbro, and on the west by thin older alluvial deposits. The Basin
28 is separated by a low alluvial divide on the east from Los Alamos Valley. The
29 Basin fill is composed of small amounts of recent alluvium and slightly dissected
30 older alluvium underlain by igneous and metamorphic complex. The water table
31 elevation will be determined by the elevation where French Creek, which drains
32 an area of the Basin and is tributary to Warm Springs Creek, flows over an

15605

intrusion of San Marcos Gabbro, (non-waterbearing) which acts as an effective water barrier about 1½ miles South of the defendants land. French Basin with a surface area of only 3000 acres, a storage depth of 199 feet and a limited useable storage area of 6,860 acre feet, could have no appreciable effect on the stream flow of the Santa Margarita River. Since no major creeks flow into French Basin, the wells in the area are recharged by precipitation upon the valley floor and percolation of run-off from the surrounding slopes.

B. WATER FACILITIES

The defendants land is in an average rainfall zone of 12 to 13 inches.

At the present time there are 3 windmill wells ranging in depth from 40 to 60 feet, which have been supplying domestic and livestock water for a considerable period of time. Evidence exists which indicates springs and seeps could be developed to provide water in limited amounts to water cattle and sheep. The defendants plan to initiate soil and water conservation practices and to develop water for larger numbers of livestock and all irrigable acres possible in the future.

C. LAND USE

The land owned by the defendants has for many years, more than 75 years, been cropped to hay and grain and grazed by livestock (sheep and cattle). It is presently utilized for the production of cereal grain and the pasturing of cattle with 437 tillable and 43 acres in brush and farmstead. A recently completed soil survey indicate 423 acres of Class II, III and IV land and 57 acres in Class VI and VII. Following approved methods and practices, the climate and soils in the area produce field crops such as alfalfa, cereal grains, field corn, beans, milo, sudan grass, permanent pasture and truck crops. In the interests of continuing the development of this property for increased livestock grazing, and crop production and utilizing only Class II, III and IV land that could be irrigated in a practical and profitable manner, with modern methods, a total of 423 acres could be devoted to alfalfa and/or permanent pasture. The potential irrigation requirements for water would require a reasonable diversion (water duty) of not less than 4 acre feet per acre annually, or a total annual consumption of 1692 acre feet, plus the needs for cattle herds and/or bands of sheep.

15606

D. **WATER USES**

To carry out the sound farm management practices of the defendants, it is necessary to use water in the following reasonable and beneficial manner.

1. Domestic use (household, family garden and poultry)
2. Commercial livestock use (stock watering 15 to 30 gal. per head) (100 to 300 Cattle--1500 to 2000 Sheep)
3. Irrigation use (4 Ac. Ft. per acre on 423 acres, total 1692 acre feet annually)
4. Soil and water conservation use (development of stock ponds, dams, wells, springs and seeps)

II.

A. **WATER RIGHTS**

These answering defendants assert that they have the right to the use of all of the water produced on, extracted from, and beneath the lands owned by these defendants in a reasonable beneficial manner for domestic, irrigation, livestock and other agricultural purposes as follows:

1. Right of overlying landowners to the use of underground percolating water (local water) or any water that rises or will rise in wells or springs now on the land, or to be developed in the future that can be used in a practical and profitable manner.

2. Riparian rights to the use of water flowing in or contained in the known and defined subterranean channel of an unnamed creek, tributary to French Creek, or any Creek tributary to French Creek and/or Warm Springs Creek located on or crossing the defendants land.

3. Rights of overlying landowner and riparian rights to the use of water extracted from French Basin or any independent subterranean basin beneath the defendants land; the waters of which do not support or maintain the rivers or tributaries, and are not a part of the common water course or source of said rivers or tributaries as set forth in the Complaint.

4. Right to the use of impounded diffused surface water and intercepted or collected ground and spring waters. Defendants also claim right to the use of water collected by the exercise of water reclamation and conservation practices as are now, or may be known, that do not substantially or permanently damage other users; also by soil conserving operations, such as soil erosion control

15607

1  dams of a regulatory nature, diversion ditches, gully plugs forming small
2  reservoirs for fish and wild life and stock tanks, which result in protection
3  of the land for the general public welfare.
4      WHEREFORE, these defendants pray, that the plaintiff take nothing against
5  them by reason of the Complaint and Supplementary and Amendatory Complaint on
6  file herein; that said Complaint be dismissed as against these defendants; that
7  defendants right to water, as hereinabove set forth, be quieted as against the
8  plaintiff and against all other defendants in this action; and for such other
9  and further relief as the Court may deem proper.

                                            *Frank H. Endres*

                                            *Annie K. Endres*
                                            Defendants in propria persona

Date Nov 22-1958

15608

FRANK H. ENDRES  )
                 )          EXHIBIT A
ANNIE K. ENDRES  )

1) All that real property in the County of Riverside, State of California, described as:

   The East one-half of the Northeast quarter of Section thirty, Township Six, South, Range Two West, San Bernardino Base and Meridian.

2) The real property in the County of Riverside, State of California, described as follows:

   PARCEL 1: The East half of the Southeast quarter of Section 30, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

   PARCEL 2: The West half of the Southwest quarter, the Southeast quarter of the Southwest quarter, and the Southwest quarter of the Southeast quarter of Section 20, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

   Parcel 3: The West half of the East half of Section 30, Township 6 South, Range 2 West, San Bernardino Base and Meridian. Consisting of 480 acres more or less.

15609