Thomas A. Atkisson and Opal Wallace Atkisson,
Defendants in propria persona
1410 Hillcrest Lane
Fallbrook, California

FILED

APR 10 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Thomas A. Atkisson and
Opal Wallace Atkisson

The defendants, Thomas A. Atkisson and Opal Wallace Atkisson, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.65 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Copy rec'd
INDEXED

15592

1   This land is tillable and is now, or has been, under cultivation
2   to various crops and groves. It can be used for raising livestock
3   and fowl. It can also be used for home sites or industrial
4   development.

5   Defendants claim the right to all vagrant, percolating water,
6   or waters, of any description underlying any part or all of said
7   parcel of property. Defendants claim the right to drill a well, or
8   wells, at some future date to supply the ultimate water needs of
9   said parcel of property and specifically reserves this right.
10  Defendants do not claim any prescriptive rights or any appropriative
11  rights.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

Defendants in propria persona
1410 Hillcrest Lane
Fallbrook, California

Dated: January 18, 1959

15593

## EXHIBIT A

That portion of the East Half of the Northwest Quarter of the Southeast Quarter of Section eighteen (18), Township nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, Described as Follows:

BEGINNING at a point in the South line of the Northwest Quarter of the Southeast Quarter distant south 89° 30' 10" West 372.28 feet from the Southeast corner; thence parallel with the West line of said East Half of the Northwest Quarter of the Southeast Quarter North 0°15'20" West 138.81 feet; thence parallel with the South line of said Northwest Quarter of Southeast Quarter North 89°30'10" East 23.44 feet; thence parallel with said West line North 0°15'20" West 348.50 feet; thence parallel with said South line North 89°30'10" East 24.06 feet; thence parallel with said West line North 0°15'20" West 647.31 feet to the North line of said Southeast Quarter; thence along said North line South 89°25'20" West 327.53 feet to the Northwest corner of said East Half of the Northwest Quarter of the Southeast Quarter; thence along the West line of said East Half South 0°15'20" East 1334.16 feet to the Southwest corner of said East Half; thence along the South line of said Northwest Quarter of the Southeast Quarter North 89°30'10" East 280.03 feet to the point of beginning.

EXCEPT that portion described as follows:
BEginning at a point in the South line of the Northwest Quarter of the Southeast Quarter, distant thereon North 89°30'10" East 171.53 feet from the Southwest corner of said East Half of the Northwest Quarter of the Southeast Quarter; thence along said South line of the Northwest Quarter of the Southeast Quarter North 89°30'10" East 108.50 feet to the southeast corner of parcel of land conveyed to Thomas A. Atkisson and wife by deed recorded 12-27-49 in Book 3433, page 190, Official Records; thence along the boundary of said Atkisson's land as follows: N 00°15'20" West parallel with the West line of the East Half of the Northwest Quarter of the Southeast Quarter, 138.81 feet; thence parallel with the South line of the Northwest quarter of the Southeast Quarter North 89°30'10" East 23.44 feet; thence parallel with the West line of the East Half of the Northwest Quarter of the Southeast Quarter North 00°15'20" West 348.50 feet; thence parallel with the South line of the Northwest Quarter of the Southeast Quarter North 89°30'10" East 24.06 feet; thence parallel with said West line North 00°15'20" West 179.99 feet to the North line of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter; thence leaving the boundary of said Atkisson's land and along said North line South 89°27'45" West 156.00 feet to a line which bears north 00°15'20" West from the point of beginning; thence south 00°15'20" East 667.20 feet to the point of beginning.

15594