GEORGIA NICOLAS
Defendants in propria persona
225 N. Franklin
Hemet, California

FILED
APR 10 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )   CIVIL NO. 1247- SD - C
            Plaintiff,                  )
                                        )   ANSWER OF DEFENDANTS
    v.                                  )
                                        )   GEORGIA NICOLAS
FALLBROOK PUBLIC UTILITY                )
DISTRICT, ET AL,                        )
                                        )
            Defendants.                 )

The defendants, GEORGIA NICOLAS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 367 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Copy rec'd

INDEXED

15595

I. WATER USES

Of the 367 acres owned by this defendant in Riverside County, 361 acres more or less are considered farm land and is devoted to hay and grain crops and pastured by livestock. This defendant claims the following reasonable and beneficial uses of water.

1. Domestic use
2. Irrigation use
3. Commercial livestock use (stock water)
4. Soil and water conservation use

II. WATER RIGHTS

This answering defendant asserts that she has the following rights to the use of all of the water, now or in the future, that may be produced on, extracted from and/or beneath the lands owned by her listed in Item I, in a reasonable and beneficial manner.

1. Right of overlying landowner to the use of underground percolating water.

2. Riparian rights to the use of water flowing in or contained in the known and defined subterranean channel of any tributary creek on or crossing defendants land.

3. Right of overlying landowner and riparian rights to the use of water extracted from any independent subterranean basin beneath the defendants land.

4. Right to the use of impounded diffused surface water and intercepted or collected ground and spring water, also by soil conserving operations such as soil erosion control dams of a regulatory nature, diversion ditches and gully plugs forming small reservoirs.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deam proper.

Georgia Nicolas

Defendants in propria persona

Date January 17, 1959

15596

1 | GEORGIA NICOLAS )
2 |                            EXHIBIT A
3 |     Property described in Riverside County, Book 2229, Page 511 as follows:
4 |         Parcel 1.  The Nortly 1320 feet of fractional Section 13 and North
5 |                    1320 feet of Lot 1 of Fractional Section 14, said Lot
                       1 being also described as the fractional Northeast one
6 |                    quarter of Section 14, all in township 7 South, Range
                       3 West, San Bernardino Base and Meridian consisting
7 |                    of 206 acres more or less.
8 |         Parcel 2.  The Northeast quarter of Section 14, Township 7 South,
                       Range 2 West, San Bernardino Base and Meridian, as
9 |                    shown by United States Government Survey; excepting
                       therefrom an easement in favor of the public over any
10|                    portion thereof included in public roads:  Consisting
                       of 161 acres more or less.

15597