```
                                    F I L E D
                                    APR 10 1959
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           By _____ DEPUTY CLERK
```

CLARENCE M. STONE and MARY B. STONE
Defendants in propria persona
201 So. Larchmont
Los Angeles, 4
California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF CLARENCE M. STONE AND MARY B. STONE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, ) | |
| Defendants, ) | |

The defendants, Clarence M. Stone and Mary B. Stone, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8¼ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15598

INDEXED

EXHIBIT A

LEGAL DESCRIPTION:

That portion of Northwest Quarter (¼) of Northwest Quarter (¼) of Section Nineteen (19), Township Nine (9) South, Range Three (3) West, S. B. M., in the County of San Diego, State of California, described as follows: Beginning at a point on the North boundary line of said Section Nineteen (19) distant thereon Thirty-one (31) rods East of the Northwest corner of said Section Nineteen (19), thence running South 1045.3 feet more or less to the Northwest line of the public road or boulevard leading from Fallbrook to Riverside County line; thence Northeasterly along Northwesterly line of said road or boulevard to point of intersection of said road or boulevard with North boundary line of said Section Nineteen (19); thence West along the North boundary line of said Section Nineteen (19) to point of beginning.----------------------

15599

1  Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business, or irrigation purposes.

Defendants own 8½ acres in all, approximately 3 acres of which are planted to a Commercial Grove of 207 trees, 11 years old. They are now buying water from the Fallbrook Public Utility District, and claim the right to use 50 acre-feet of water next year, and more later, as the growth of the trees requires. On part of the remaining property, defendants have 2 business establishments for which they claim the right to business and industrial water for their supply. On the vacant property, they plan to plant more trees; to build Homes, and several Commercial Buildings for which they claim adequate water for their supply.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, Defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting
(continued on attached):

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clarence M. Stone*
Clarence M. Stone

*Mary B. Stone*
Mary B. Stone

Defendants in propria persona
201 So. Larchmont
LOS ANGELES 4,
California

Dated: May 15th, 1958

15600

(continued)

their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government. ----------------------------------------------

15600 A

