F I L E D

APR 10 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

James L. Barry and Yvonne Barry
Defendants in propria persona
4572 Alla Road
Los Angeles 66, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                                                  )  CIVIL NO. 1247- SD - C
          Plaintiff, )
                                                  )  ANSWER OF DEFENDANTS
  v.                                          )
FALLBROOK PUBLIC UTILITY )  James L. Barry and
DISTRICT, ET AL,               )  Yvonne Barry
                                                  )
         Defendants. )

      The defendants, James L. Barry and Yvonne Barry each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

      These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

      These defendants own 1 - 2 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15801

1  This land is riparian land. It is tillable or can be used for
2  grazing cattle and for raising turkeys, chickens and fowl.
3  Defendants claim the right to use (8) acre feet of water per
4  year. Defendants reserve the right to drill a well at a later
5  date.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*James L. Barry*
*Mrs. Yvonne Barry*
Defendants in propria persona

Dated: 11-26-58

15602

EXHIBIT A

1. That portion of Section 13, Township 7 South, Range 1 West,
2. San Bernardino Base and Meridian, as shown by United States
3. Government Survey approved September 16, 1880.
4. The described real property is in the State of California,
5. County of Riverside.

15603