ORIGINAL

```
MINTON, MINTON & FARRELL
Attorneys at Law
111 North Harvard Street
Hemet, California
OLive 8-2157

Attorneys for Defendant Chas. T. Johnson
```



FILED
APR 14 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. K.
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff,   )
                           )   CIVIL NO. 1247-SD-C
    vs.                    )
                           )   ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY   )   SUPPLEMENTARY AND AMENDATORY
DISTRICT, ET AL.,          )   COMPLAINT OF
              Defendants.  )   CHARLES T. JOHNSON

    The defendant, Charles T. Johnson, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

ANSWER TO ORIGINAL COMPLAINT

I

This answering defendant has no information or belief sufficient to enable him to answer the allegations of Paragraphs II and VII of the original Complaint and basing his denial upon that ground, denies all allegations in said paragraphs contained.

II

Answering the allegations of Paragraph IV, defendant denies thay any conduct of this answering defendant threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

- - - - -

15016

### III

Answering the allegations of Paragraphs V and VI, denies that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of this answering defendant, and denies that the plaintiff is entitled to any rights, titles, interests, or privileges as against the answering defendant by reason thereof.

### IV

Answering the allegations of Paragraph VIII, admits that the plaintiff makes the claims and assertions specified in said paragraph; this answering defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

### V

Answering the allegations of Paragraph IX, denies that any action or conduct of this answering defendant has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; this answering defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

### VI

That the property involved herein not described in this answering defendant's Exhibit A, which is attached hereto, made a part hereof by reference as if specifically set out in full.

### ANSWER TO SUPPLEMENT TO COMPLAINT

#### Answer to Counts Nos. I to XIV, Inclusive

### I

In answer to Counts I to XIV, inclusive, in addition to Paragraph VI of this answering defendant's answer to the original

-2-

15617

complaint herein, of the Supplement to plaintiff's Complaint, this answering defendant hereby incorporates by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

II

This answering defendant admits that the plaintiff makes the contentions set forth in said counts; denies that any actions of this answering defendant has injured plaintiff; and has no information or belief sufficient to enable him to answer any of the remaining allegations in any of said counts contained and basing his denial on that ground, denies all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV to XXI, Inclusive

I

This answering defendant hereby incorporates by reference Paragraphs I and II of his Answer to Counts I to XIV, Inclusive.

II

This answering defendant denies each and every allegation contained in Paragraphs II and III of Count XXI.

III

The defendant admits that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admits the allegations with reference to the flow of Temecula Creek and its tributaries; admits that the exhibits mentioned in said Courts are attached to the Complaint; admits that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; this answering defendant has no information or belief sufficient to enable him to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing his denial on that ground, denies all of said allegations.

-3-

15618

IV

That the property involved herein not described in this answering defendant's Exhibit A, which is attached hereto, made a part hereof by reference as if specifically set out in full.

## ANSWER TO AMENDMENT TO COMPLAINT

### Answer to Counts Nos. XXII to XXV, Inclusive

I

This answering defendant hereby incorporates by reference Paragraphs I, II and III of his Answer to Counts XV to XXI, inclusive.

II

This defendant denies the allegations of Paragraphs I and II of Count XXII.

III

This answering defendant admits tha plaintiff makes the contentions set forth in Paragraph III of Count XXII; denies each and every allegation in said paragraph contained except as hereinabove admitted.

IV

This answering defendant admits that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admits that the application referred to in Paragraph II of Count XXIV was filed and in this connection alleges that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admits that this answering defendant claims the right to use of water specified in the Affirmative Statement of Rights hereinbelow set forth; denies that any claim of this defendant invades any rights of the United States of America; denies the allegations of Count XXI except as hereinabove expressly admitted.

-4-

15619

V

This answering defendant has no information or belief sufficient to enable him to answer the remaining allegations contained in said counts and basing his denial upon that ground, denies all of the allegations not hereinabove expressly admitted or denied.

### AFFIRMATIVE STATEMENT OF RIGHTS

I

This answering defendant owns eight hundred eighty acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

```
640 Acre  Lot or Section 29  Block or
Twn 7S  Range 4E    100 Acres tillable
160 Acre  Lot or Section 22  Block or
Twn 7S  Range 3E    160 Acres tillable
80 Acre   N½ of N½ of Section 30  Twn 7S
Range 4E    20 Acres tillable
```

II

Defendant claims the right to use eighty (80) acre feet of water per year from De Luz Creek on this land. Defendant does not claim any prescriptive rights or any appropriative rights.

WHEREFORE, this defendant prays that plaintiff take nothing against him by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated: _Oct 10th_, 1958.

MINTON, MINTON & FARRELL

By _David M. Minton_
Attorneys for answering defendant, Charles T. Johnson

-5-

15620

STATE OF CALIFORNIA ) ss.
COUNTY OF RIVERSIDE )

CHARLES T. JOHNSON, being first duly sworn, deposes and says that he is the Answering Defendant in the above entitled action; that he has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his belief or information, and as to those matters that he believes it to be true.

*/s/ Charles T. Johnson*
CHARLES T. JOHNSON

Subscribed and sworn to before me this 10th day of October, 1958.

*/s/ Carl M. Minton*
Notary Public in and for said County and State.

EXHIBIT A

Johnson, Charles T.

    640 Acre  Lot Or Section 29   Block or Twn 7S   Range 4E

Johnson, Charles T.

    SW 1/4   160 AC   Lot or Section 22 Block or Twn 7S Range 3E

Johnson, Charles T.

    N 1/2 of N 1/2 of Section 30   Twn 7S   Range 4E

15622