Max M. Henderson and Aurelie S. Henderson
P. O. Box 635, Fallbrook, California
RAndolph 8-1403
Defendants in propria persona

FILED

MAY 1 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

United States of America
    Plaintiff

vs

Fallbrook Public Utility
    District    et    al
        Defendants

Civil No. 1247   SD

AMENDMENT TO ANSWER

    Comes now, the defendant Max M. Henderson and files their Amendment to their answer. The defendants having heretofore filed an answer in the above matter with the Clerk of the District Court on November 10, 1958 herein amends by adding to the answer heretofore filed as follows:

    1. The defendants are successors in interest to the property of one Playtor who was an intervenor in that action titled Ranch Santa Margarita Incorporated vs. Vail et. al. being Action No. 42850 and properties of these parties are encompossed within the stipulated judgment in that action.

    2. Said stipulated judgment is inequitable, wrongful, and unfair and unless said judgment is vacated, these defendants will suffer irreputable wrong injury and damage to their properties.

15623

**WHEREFORE**, these defendants pray:

    1. That the stipulated judgment in the action of Rancho Santa Margarita vs. Vail Company vacated and set aside and that these defendants be adjudged to have the same standards as all other riparian owners on the stream.

DATE: *Apr. 30, 1959*        *Max M. Henderson*

                                              *Aurelia S. Henderson*
                                              Defendants in propria persona.