UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U. S. A.                              NO. _ 1247-SD-C _ _ CIVIL
                                      MINUTES OF THE COURT
    vs
                                      DATE: May 8, 1959
FALLBROOK, etc., et al                AT:  San Diego, California

Calendar: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ _ District Judge;

    Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ None appearing _ _ _ _

    COUNSEL FOR PLAINTIFF: _ None Appearing _ _ _ _ _ _ _ _ _ _ _ _ _


    COUNSEL FOR DEFENDANT: _ None appearing _ _ _ _ _ _ _ _ _ _ _ _ _


PROCEEDINGS: IT IS ORDERED case is continued from May 12, 1959 to
May 19, 1959 at 10 A.M.

5233

JOHN A. CHILDRESS, Clerk