UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U. S. A.

    V.

FALLBROOK, etc., et al

NO. _1247-SD-C_ _ _ CIVIL

MINUTES OF THE COURT

DATE: _May 15, 1959_ _ _

AT:  San Diego, California

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judge;

    Deputy Clerk: WILLIAM W. LUDDY _ Reporter _None Appearing _ _ _ _ _

    COUNSEL FOR PLAINTIFF: _ _ _None appearing _ _ _ _ _ _ _ _ _ _ _

    COUNSEL FOR DEFENDANT: _None appearing_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROCEEDINGS: IT IS ORDERED case is continued from May 19, 1959 to
May 21, 1959, at 10 A.M.

    (counsel notified by copy of minute order)

5234

JOHN A. CHILDRESS, Clerk