UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, et al

NO. 1247-SD-C _ _ _ CIVIL

MINUTES OF THE COURT

DATE: May 19, 1959

AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: _ _ _ NONE APPEARING

COUNSEL FOR DEFENDANT: _ _ NONE APPEARING

PROCEEDINGS:

　　　　　　IT IS ORDERED that cause is continued to May 21, 1959, at 10 A.M. for further court trial.

5235

JOHN A. CHILDRESS, Clerk