CARTER
5-21-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
vs.
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: May 21, 1959

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY AND DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, PHIL SWING, FRED GIRARD, WALTER G. LINCOLN, AND JAMES KRIEGER.

PROCEEDINGS:   FURTHER COURT TRIAL.

At 10:15 A.M. convene herein.
The court makes statement, and IT IS ORDERED that cause is contd to 2 P.M.
At 2:20 P.M. reconvene herein.
Court and counsel each make statements.
Vail Exs. Nos. AC and Ad are marked for Identification.
At 4:30 P.M. a recess is declared by the court, and the further court trial herein continued to May 22, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk

5241