(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

LODGEL

MAY 21 1959

Attorneys for___Plaintiff___

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____
Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )   No. 1247-SD-C
                          )
         vs.              )   ORDER
                          )   AND
FALLBROOK PUBLIC UTILITY DISTRICT, )   INTERLOCUTORY JUDGMENT
                          )
              Defendants, )
                          )
STATE OF CALIFORNIA,      )
                          )
         Intervening Defendant. )
                          )

On February 11, 1959, before the Honorable James M. Carter, Judge, the motion of the following named defendants: AUSTIN, Jack; BRAGG, Edward E. and Gleneta; CALAVO GROWERS OF CALIFORNIA; CARDON, C. W. and Jean; CARTWRIGHT, Marion L.; CHAPMAN, Harry A. and Sybil E.; FALLBROOK ASSEMBLY OF GOD, a Corp.; GATES, HELEN; HALL, ANNE B. as Surviving Joint Tenant of ANNE B. and E. GORDON HALL; HESS, Melvin K. and Margaret Z.; HOOVER, Alonzo V.; LAUGHLIN, Harvey N. and Mildred; SHELD, Calvin G. and Cora E.; WARREN, Grace B.; RIGGLE, G. Lester and Maude A. and George Elmore and Dorothy L. SHOUDY; ROBINSON, J. D. and Laura A.; WOODS, Clarence O.; ALGERT, Paul K. and Jean S.; ADKINS, Merle C. and Juanita L.; KOSTICH, Samuel V.; SIEVERS, Dr. Linden and Betty Ann; TURNER, Tom; COSTELLO, Roy H. and Flora H.; KENTIS, John B. and Penelope C.; LOUDERMILK, Sherman C. and Dorothy L.; OGDEN, Robert

- 1 -

5236

1  Nash and Rose Marie; MARTIN, Milton P. and Maggie E.; OSBORNE,
2  Donald K. and Maxine K.; WILLIAMSON, O. B. as Executor of the
3  Estate of Maurine Nash Barkeij; ROMAN CATHOLIC BISHOP OF SAN DIEGO,
4  Charles Francis Buddy, Incumbent; SCHULTZ, James G. and Delta A.
5  for judgment on the grounds that the pleadings and admissions on
6  file, and the proof offered by the plaintiff, have disposed of all
7  issues between plaintiff and the moving defendants, came on regu-
8  larly for hearing; and

9        The Court having heard arguments of counsel, and
10 having considered the Motion, the Admissions and Pleadings on file,
11 and the proof offered by plaintiff, makes the following Proposed
12 Findings of Fact, Conclusions of Law, Interlocutory Judgment and
13 Order:

14       I

15       PROPOSED FINDINGS OF FACT

16       The Court proposes to make its Findings of Fact as
17 to the above-named defendants and other parties hereto as follows:

18       1. Defendants are the apparent owners of the lands
19 described in their Answers on file herein, the description of which
20 lands shall be set forth in full in the final Judgment.

21       2. The said lands do not abut upon and are not
22 riparian to any stream.

23       3. The Answers heretofore filed by the defendants
24 contain a disclaimer of any right, title or interest in or to the
25 use of the waters of the Santa Margarita River or its tributaries.

26       4. The waters underlying the lands of said
27 defendants are vagrant, local, percolating waters, not a part of
28 any surface or sub-surface stream or sub-surface basin of the
29 Santa Margarita River or its tributaries.

30       5. The plaintiff has no right, title or interest in
31 or to the ground waters percolating in and underlying the lands of
32 the above-named defendants.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

6. The use by the defendants of the ground waters percolating in and underlying their lands has not and will not cause the intrusion of salt water into the underground basins of Camp Pendleton and does not injure nor threaten to injure the plaintiff.

## II

### PROPOSED CONCLUSIONS OF LAW

In the absence of objection from other defendants in the within proceedings, the Court proposes to make its Conclusions of Law as to the above-named defendants and other parties as follows:

1. The above-named defendants have no rights to the use of the waters of the Santa Margarita River or its tributaries.

2. The rights of the plaintiff, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be forever quieted against any and all adverse claims of the above-named defendants.

3. The plaintiff and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no rights in or to the ground waters underlying the lands of the above-named defendants.

4. The rights of the above-named defendants to the use of the ground waters underlying their lands shall be forever quieted against any and all adverse claims of the plaintiff herein.

## III

### PROPOSED INTERLOCUTORY JUDGMENT

Based upon the foregoing Proposed Findings of Fact and Conclusions of law, it is hereby

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

ORDERED, ADJUDGED AND DECREED:

1. The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2. The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the ground waters underlying the above-described lands.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named defendants and each of them to the use of the ground waters underlying the above-described lands are forever quieted against any and all adverse claims of the United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to the ground waters underlying the above described lands.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based
2 upon the decisions of the United States Court of Appeals for the
3 Ninth Circuit, California v. United States, 235 Fed (2) 647
4 (CA 9 1956), that this is not a final decree but is interlocutory
5 in character and by reason of the declaration by this Court that
6 all parties are adverse one to another, thus dispensing with
7 cross-pleadings, all other parties to this proceeding may object
8 to these Findings of Fact, Conclusions of Law and Interlocutory
9 Judgment and will be given full opportunity upon due notice to
10 interpose their objections to these Findings of Fact, Conclusions
11 of Law and Interlocutory Judgment.

_____
JUDGE JAMES M. CARTER

Dated:

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

5240