UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C _ _ _ CIVIL  
MINUTES OF THE COURT  
DATE: _ _ May 22, 1959 _ _  
AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;
Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER _ _ _ _ _ _
COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD
WALTER LINCOLN, AND GEORGE GROVER.

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:10 A.M. reconvene herein.
George Stahlman makes statment.
Court and counsel each make statements.
At 11:15 A.M. a recess is declared by the court, and at 11:30 A.M. reconvene.
Court and counsel hold further discussion.
At 12:10 P.M. recess to 2 P.M.
At 2 P.M. reconvene.
James Vail Wilkinson is called, sworn, and testifies for defendant Vail.
At 3:15 P.M. recess, and at 3:30 reconvene.
Witness Wilkinson resumes stand and testifies further.
Vail Exs. L, O, P, and Q are received inevidence.
At 4:15 P.M. a recess is declard by the court, and the further court trial herein continued to May 28, 1959, at 10 AA.M.

4030

JOHN A. CHILDRESS, Clerk

5242