J. LEE RANKIN
SOLICITOR GENERAL OF THE
  UNITED STATES OF AMERICA
WASHINGTON, D. C.

Attorney for the United
  States of America

**FILED**

MAY 27 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| v. ) | MOTION FOR PURPOSE OF |
| FALLBROOK PUBLIC UTILITY ) | OBTAINING WATER-LEVEL |
| DISTRICT, et al., ) | MEASUREMENTS |
| Defendants. ) | |

Comes now the United States of America and moves this Honorable Court for an order permitting representatives of the United States of America to go upon the properties of the following named defendants, represented by James H. Krieger, Esquire:

| | |
|---|---|
| Sperou, G.J. & M.V. | Lowe, C. R. |
| Wilks, T.E. & L.M. | Swanguen, C. R. |
| Domenigoni, M. | Heim, C. W. |
| Waddell, M.M. | Roripaugh, L. E. |
| Jones, R. P. | Erwin, R. M. |
| Ceas, A. N. | Cantarini, D. E. |
| Bates, R. | Lincoln, E. M. |
| Collins, W. T. | Wilks, T. H. |

5253

-1-

| | | |
|---|---|---|
| 1 | Yoder, M. J. | Pearl, R. E. (Custer) |
| 2 | Malnar, E. | Bryant, E. |
| 3 | Yoder, C. F. | Shaw, A. M. |
| 4 | Smith, M. E. | Wutzke, A. J. |
| 5 | Brown, D. S. | Oviatt, J. |
| 6 | Frick, Karl | Small, E. L. |
| 7 | Hall, G. T. | Thompson, W. A. |
| 8 | Sotello, A. | Guenther |
| 9 | Borel, A. F. | Querry, F. O. |
| 10 | Dixon, Emile | Oakley, M. |
| 11 | Nicolas, S. | Gwinn, W. A. |
| 12 | Nielsen, W. R. | Cain, C. L. |
| 13 | Howell, A. S. | Williams, D. W. |
| 14 | Barnett, R. O. | Reyes, A. N. |
| 15 | Shamel, J. B. | Hinkley, S. I. |
| 16 | Sotello, Jessie | Wilks, H. L. |
| 17 | Kerdraon, M. F. | Wilks, Richard |
| 18 | Williams, B. O. | Wilks, Chas. |

for the purpose of making:

(a) A continuing series of water-level measurements of all wells located upon the properties of the above named clients of Mr. Krieger, whether those wells are irrigation, domestic or unused.

(b) Pumping measurements of water levels in wells equipped with pumps.

This series of tests would, as far as practicable, be conducted in a manner which would result in the least inconvenience to the above named defendants, would coincide

with their pumping schedules, would entail a minimum number of entrances upon the properties of the defendants, the results would be made available to all parties and would be conducted in cooperation with designated representatives of the State of California or any other representative Mr. Krieger would care to designate.

      Objectives of the tests are:

(1) To correlate the water-level data now being obtained by the United States of America from land owners other than those represented by Mr. Krieger.

(2) To determine the relationship of water-levels throughout the entire Murrieta and Temecula River Valleys.

(3) To determine interaction among the wells throughout the last mentioned Valleys.

(4) To disclose the relationship between water-levels as of the present date and the past water-levels.

(5) To ascertain the relationship of water temperatures and availability of waters in these two river basins.

(6) To determine the effect of the use of ground water in the areas mentioned upon the supply of water reaching the Naval Enclave.

(7) Properly to prepare rebuttal of evidence adduced by the State of California, witnesses called on behalf of Mr. Krieger's clients, the Vail Company and other defendants.

5255

WHEREFORE, the United States of America respectfully prays this Honorable Court to enter an order for the purpose of permitting the United States of America to send its representatives to conduct the tests above described.

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

*William H. Veeder*
WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: May 27, 1959

WILLIAM E. BURBY
Attorney, Department of Justice