UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              NO. _1247-SD-C_ CIVIL
vs.                                 MINUTES OF THE COURT
FALLBROOK, etc., et al              DATE: __May 28, 1959__
                                    AT: San Diego, California

PRESENT: Hon. _____JAMES M. CARTER_____ District Judge;
   Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER
   COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD.

   COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD.

PROCEEDINGS:   FURTHER COURT TRIAL.

   At 10 A.M. convene herein.
   Court and counsel each make statements.
   IT IS ORDERED that the application of Attorney Veeder for work on the Vail Ranch is denied without prejudice to renewal upon proper showing in writting as to the type of work he desires to have done.
   Louis Roripaugh is called, sworn, and testifies for the defendant Vail.
   At 11:05 A.M. recess, and at 11:15 A.M. reconvene.
   Vail Ex. No. j is received.
   James Wilkinson heretofore sworn, resumes stand and testifies further.
   Vail Ex. No. K and AC are received.
   At 12:05 P.M. a recess is declared by the court to 2 P.M.
   At 2:10 P.M. reconvene
   Witness Wilkinson resumes stand and testifies further.
   Vail Exs. Nos. Z, A, V, U, W, X, and Y are received.
   Granville B. Vail is called, sworn, and testifies for defendant, Vail.
   James Wilkinson is recalled, and testifies further.
   At 23:10 P.M. recess, and at 3:25 P.M. reconvene
   Witness Wilkinson resumes stand and testifies further.
   MaximKamumxN Government Exs no 161 A, B, and C are marked for Identificaton.
   At 4:30 P.M. a recess is declared by the court, and the further court trial herein continued to May 29, 1959, at 2 P.M.

JOHN A. CHILDRESS, Clerk

5098