UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                NO. __1247-SD-C__ CIVIL

vs.                                   MINUTES OF THE COURT

FALLBROOK, etc., et al                DATE: _May 29, 1959_

                                      AT: San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY AND DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, FRED GIRARD, GEORGE STAHLMAN

PROCEEDINGS: FURTHER COURT TRIAL

   At 2:10 P.M. convene herein.
       J. D. Davidson is called, sworn, and testifies for defendant Vail.
       Vail Exs. Nos. AE, AF, and Ag are marked for Identification.
       At 3:05 P.M. a recess is declared by the court, and at 3:25 P.M.
   reconvene herein.
       Witness Davidson resumes stand and testifies further.
       Defendant Vail Exs. Nos. AE, AG and C are received in evidence.
       At 4 P.M. a recess is declared by the court, and the further
   court trial herein continued to June 2, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk

5099