```
 1  BEST, BEST AND KRIEGER
    P. O. Box 1028
 2  Riverside, California.
 3  OVerland 6-1450
```

**FILED**
MAY 29 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-vs-<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>        Defendants. | Civil No. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

       Defendants Robert M. Erwin and Ada D. Erwin, hereby substitute Best, Best and Krieger as their attorneys of record in place of Sachse and Price.

       DATED:   This _23_ day of _March_, 1959.

                                   _/s/ Robert M. Erwin_
                                   Robert M. Erwin

                                   _/s/ Ada D. Erwin_
                                   Ada D. Erwin

We consent to the above substitution.

       DATED:   This _23_ day of _March_, 1959.

                                   SACHSE AND PRICE

                                   By: _____

1.

5100

We consent to the above substitution.

DATED: This 7th day of April, 1959.

BEST, BEST AND KRIEGER

By: *Arthur L. Littleworth*

Approved

*[signature]*
United States District Judge.

2.

5101

United States of America, v. Fallbrook Public Utility Dist.

## AFFIDAVIT OF MAILING

State of California,  } ss.
County of Riverside,

Case No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is 4200 Orange Street, Riverside, California.

That on the 27th day of May 1959, affiant served a copy of the attached paper, to-wit: SUBSTITUTION OF ATTORNEYS

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

J. Lee Rankin, Esq., Room 332, 325 W. "F" Street, San Diego 1, Calif.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27th day of May, 1959

_Margaret J. Sturgeon_
Signature of Affiant

_Arthur L. Littleworth_
Notary Public in and for the County of Riverside, State of California

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

5102