CARTER
6-2-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.             NO. 1247-SD-C _ _ _ CIVIL

vs.            MINUTES OF THE COURT

FALLBROOK, etc., et al      DATE: June 2, 1959

AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ JOHN SWADER _ _ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, WALTER GOULD LINCOLN.

PROCEEDINGS: FURTHER COURT TRIAL

At 10:05 A.M. convene herein
Plaintiff Exs. Nos. 161, and 162 are marked for Identification.
Court and counsel discuss stipulated Judgment.
At 11:10 A.M. a recess is declared by the court, and at 11:20 A.M. reconvene.
Witness Wilkinson resumes stand and testifies further.
Vail Exs. Nos. S and T are received in evidence.
Vail Ex. No. N is substituted, and received in evidence.
Vail Ex. No. D is received in evidence with right reserved to Attorney Veeder to move to strike upon proper showing.
At 12, noon, a recess is declared by the court to 2 P.M.
At 2:15 P.M. reconvene herein.
Witness Wilkinson resumes stand and testifies further.
At 3 P.M. a recess is declared by the court, and at 3:15 P.M. reconvene wi herein.
filed Governments Motion to go on vail company, etc., and IT IS ORDERED that Attorney Veeder redraft motion and serve copies on counsel.
Witness Wilhemn Wilkinson resumes stand and testifies further.
Vail Ex. I-A is marked for Identification.
Vail Ex. No. I is received in evidence.
At 4 P.M. a recess is delcared by the court, and the further court trial herein is continued to June 3, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk

5104