J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

**FILED**

JUN 2 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )    No. 1247-SD-C
              Plaintiff,             )
                                     )    MOTION TO GO ON VAIL COM-
        v.                           )    PANY PROPERTY TO SET WATER-
                                     )    LEVEL RECORDERS AND MANO-
FALLBROOK PUBLIC UTILITY             )    METERS
DISTRICT, et al.,                    )
                                     )
              Defendants.            )

    Comes now the United States of America and respectfully moves this Honorable Court to enter an order permitting the United States of America to set continuous water-level recorders on the following unused wells upon the properties owned by the Vail Company:

1. 8S 2W-20B2   Cantarini Pit Well
2. 8S 2W-20E1   Cantarini Camp Windmill Well
3. 8S 2W-20L1   Pen Well
4. 8S 2W-28C1   Ludy Well
5. 7S 3W-35F1   Hutch Well, north of Murrieta Creek
6. 7S 3W-35F2   Hutch Well, south of Murrieta Creek
7. 8S 2W-19C1   Old gas station Well

-1-

5301

In addition to the installation of continuous recorders upon the wells to which reference has been made, the United States of America respectfully petitions to install manometers upon the following wells:

1. 8S 2W-16G1   Main Camp Artesian Well
2. 8S 2W-17G1   Studley Well
3. 8S 2W-17M1   Navy Well
4. 8S 2W-15C1   China Garden

Objectives for which the United States of America desires to install the water-level recorders and the manometers are to:

(a) Determine the interaction between the shallow wells and the deep wells in the water body which underlies the Vail properties within the Pauba Valley, and

(b) To ascertain, if possible, the effect of pumping and uses of water in the Pauba Valley as they relate to the uses of water in Wolf Valley, Pechanga Creek and Murrieta Creek, and

(c) Seasonal fluctuation of the ground water body.

WHEREFORE, the United States of America respectfully moves this Honorable Court for the entry of an order to go upon the Vail Company property for the purpose of locating the recorders and manometers on the wells to which reference has been made.

UNITED STATES OF AMERICA

J. LEE RANKIN
Solicitor General

WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: June 2, 1959

WILLIAM E. BURBY
Attorney, Department of Justice

-2-

5302