CARTER
5-3-59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C _ _ _ CIVIL

MINUTES OF THE COURT

DATE: June 3, 1959

AT: San Diego, California

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk WILLIAM W. LUDDY _ Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, AND DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, FRED KIR GIRARD
WALTER GOULD LINCOLN

PROCEEDINGS: FURTHER COURT TRIAL

    At 10:20 A.M. convene herein
    Witness Wilkinson resumed stand and testifies further.
    At 11 A.M. a recess is declared by the court, and at 11:20 A.M. reconvene.
    Witness Wilkinson resumes stand and testifies further.
    Vail Ex. No. AB is received in evidence, subject to motion to strike by Mr. Veeder.
    At 11:55 A.M. a recess is declared by the court, and the further court trial herein is continued to June 4, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk

5103