UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              NO. _1247-SD-C_ _ _ CIVIL

vs.                                 MINUTES OF THE COURT

FALLBROOK, etc., et al              DATE: _ _ June 4, 1959 _ _

                                    AT: San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY_ Reporter _ JOHN SWADER _ _ _ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, ARTHUR LITTLEWORTH, AND WALTER G. LINCOLN.

PROCEEDINGS:   HEARING motion of government to go on Vail Company
               Property to set water level recorders and manometers.
               HEARING motion of government to go on land of clients
               represented by Best, Best and Krieger to take well
               measurements.

At 1:35 P.M. convene herein.
    Attorney Veeder argues in support of said motions.
    Attorney Littleworth argues in opposition.
    Attorneys Sachse, Stahlman, and Girard each make statements.
    At 2:50 P.M. a recess is declared by the court, and at 3:10 P.M. reconvene herein.
    Court and counsel each make statements.

    IT IS ORDERED that said motions are granted on the following conditions:
1. As to Vail that the government file an amended motion setting forth specifically in detail so that the State and Vail Co may know the particular things, the objectives that the Govt. proposes.
2. that the motions is limited to a time specified
3. that the government in the motion as to Kriegers clients Property advise those defendant who are not involved in motion that it is not going to do anything about their property.
4. that all counsel be advised of what is desired from their clients and that you not go on land of these people without communicating with the attorneys and advising them of what is going to be done
5. That these tests be run under the USGs survey and Mr. Kunkel in charge.
6. That the date that has been already secured since these test started be supplied immediately to counsel for all parties.
7. That the data to be supplied as secured to the attorneys week by week, on a weekly basis.
8. that if there are any situations where pumps are required to be run for a long time, in excess of the period the land owners needs them, that the government pay all expenses and charges in connection with excess pumping.
    IT IS ORDERED that cause is continued to June 23, 1959, at 10 A.M. for further court trial.
    IT IS ORDERED that Attorney for Vail file a document in the nature of a pre trial statement setting forth its grounds for attack on the stipulated Judgment by the 3rd of August, and specific authorities therefor by August 17, 1959, and Attorney for the Government file reply by September 21, 1959.

                                            JOHN A. CHILDRESS, Clerk
                                            WILLIAM W. LUDDY.          5303