FILED

JUN 12 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )   No. 1247-SD-C
                                     )
FALLBROOK PUBLIC UTILITY             )
DISTRICT, et al.,                    )
                                     )
            Defendants.              )

SUMMARY OF EVIDENCE:    January 21, 1959
                          through
                        April 2, 1959

5304

SUMMARY OF TRANSCRIPT - CONTINUED

Salt Water Intrusion

  Water level measurements (Tr. Vol. 67, p.7581)

  Observation wells (Tr. Vol. 67, p.7581, 7586)

    (1) 1951 condition (Tr. Vol. 67, p.7582)

    (2) Changing chloride content (Tr. Vol. 67, p.7583)

    (3) Observation wells (Tr. Vol. 67, p.7581)

    (4) Extent of investigation (Tr. Vol.67, p.7586)

    (5) Source of contamination (Tr. Vol. 67, p.7588)

    (6) Seaward gradiant has been maintained since 1952 (Tr. Vol.67, p.7609)

Land utilization of Camp Pendleton and proposed expansion (Tr. Vol. 67, p.7595)

Camp Mason described (Tr. Vol.67, p.7596)

Cost of Improvements outside the watershed (Tr. Vol. 67, pp.7599-7603)

Engineering news Record Cost Index Explained (Tr. Vol.67, p.7607)

Qualifications of Stanley Stevenson as a witness (Tr. Vol. 67, p.7611-7616)

Cleveland National Forest described and administrative aspects explained (Tr. Vol. 67, pp.7615-7618)

    (1) Wells within area described (Tr. Vol. 67, p.7618)

    (2) Water requirements (Tr. Vol. 67, p.7621)

    (3) "Surface catchment" described (Tr. Vol. 67, p.7623)

    (4) Fire protection measures (Tr. Vol.67, p.7638)

Temecula Creek, headwaters of (Tr. Vol. 67, p.7474)

Dodge Valley, location of (Tr. Vol. 67, p.7650)

SUMMARY OF TRANSCRIPT - CONTINUED

Evapo-transpiration of water from the gound water basin
underlying Camp Pendleton (Tr. Vol. 68, p.7681)
  (1) Density of Growth (Tr. Vol. 68, p.7682)
  (2) Areas such as roads, buildings, etc. (Tr. Vol. 68 p.7682)
  (3) Basin surface (5,454 acres) (Tr. Vol. 68, p.7682)
      Calculations made on basis of 4,668 acres (Tr. Vol. 68, p.7683)
  (4) Kind and type of vegetative cover (Tr. Vol. 68, p.7684)
  (5) Removal and control of phrentophytes (Tr. Vol. 68, p.7684)
  (6) Elements considered in making investigation in regard to evapo-transpiration (Tr. Vol. 68, p.7685)
  (7) Quantity of water consumptively used from the Santa Margarita River by the vegetative cover-- approximately 5200 acre feet annually (Tr. Vol. 68, p.7687)

Quantity of water consumptively used from Santa Margarita
River for Military purposes at Camp Pendleton, Naval
Ammunition Depot and U. S. Naval Hospital (Tr. Vol. 68, p.7688, p.7723)
  (1) Computations for the years 1944 through 1957 (Tr. Vol. 68, p.7689)
  (2) Meaning of "military usage" (Tr. Vol. 68, p.7690)
  (3) Figures exlude evapo-transpiration--only water actually pumped from wells and measured by meters at those wells (Tr. Vol. 68, p.7691)
  (4) Quantities used both within and without the watershed (Tr. Vol. 68, p.7692)

SUMMARY OF TRANSCRIPT - CONTINUED

Land classification of Naval Reservation within Santa
  Margarita River watershed (Tr. Vol. 68, p.7702)

Water requirements of the total irrigable land owned by
  the United States and situated within the watershed
  (Tr. Vol. 68, p.7706)
  
  (1) 18,947 irrigable acres (Tr. Vol. 68, p.7706)
  
  (2) Water duty (Tr. Vol. 68, p.7729)

Naval enclave:: Area within watershed suited for agricultural purposes (Tr. Vol. 68, p.7729)

  (1) Water duty (Tr. Vol. 68, p.7732)
  
  (2) Total irrigable acres (Tr. Vol. 68, p.7732)
  
  (3) Applied duty (Tr. Vol. 68, p.7733)
  
  (4) Project duty (Tr. Vol. 68, p.7734) (64,605 acre feet)

Project duty (of water) defined (Tr. Vol. 68, p.7734)

Lake O'Neill--Diversion dam

  (1) Described (Tr. Vol. 68, p.7735)
  
  (2) Irrigation system (Tr. Vol. 68, p. 7737)
  
  (3) Historical use (Tr. Vol. 68, p.7740)
  
  (4) Transmission losses (Tr. Vol. 68, p.7741)
  
  (5) Evaporation losses (Tr. Vol. 68, p.7743)

Public domain--soil survey (Tr. Vol. 68, p.7751; p.7756)

Cleveland National Forest (Tr. Vol. 68, p.7753; p.7756)

Lake O'Neill--evaporation loss of 500 acre feet per year

  (1) Method of calculation (Tr. Vol. 68, p.7764)
  
  (2) Seepage calculation (Tr. Vol. 68, p.7768)
  
  (3) Operation before U.S. took over (Tr. Vol. 68,
      p.7770) No summer flow to divert (p.7770)
  
  (4) Military use of lake (Tr. Vol. 68, p.7771)

SUMMARY OF TRANSCRIPT - CONTINUED

Camp Pendleton
  Irrigable acres and water duty land utilization (Tr.
    Vol. 68, p.7728)
    Total irrigable acres and water duty (Tr. Vol. 68,
      p.7732) 18,947 acres--58,732 acre feet
    Applied duty (Tr. Vol. 68, p.7733)
    Project duty (Tr. Vol. 68, p.7734)

Master's findings, sufficiency of (Tr. Vol. 69, pp.7789-7831)

Temecula Creek, Source of (Tr. Vol. 69, p.7859)

Chihuahua Creek described (Tr. Vol. 69, p.7872)

Diamond Valley, stream flow (Tr. Vol. 69, p.7878)

Domenigoni Valley, stream flow (Tr. Vol. 69, p.7878)

Warm Springs Creek (Tr. Vol. 69, p.7878)

Public domain lands--irrigable areas (Tr. Vol. 69, 7840)

Reid Valley (Tr. Vol. 70, p.7940)

Naval Ammunition Depot
    (1) Total irrigable acreage within Santa Margarita
        River watershed is 4858 (Tr. Vol. 70, p.7944)
    (2) Total applied water duty for the irrigable
        acreage within watershed is 12,380 acre feet
        per annum (Tr. Vol. 70, p.7945)
    (3) Deliveries of water from the De Luz well on
        Camp Pendleton, starting in 1952 (Tr. Vol. 70,
        p.7948)

-67-

## SUMMARY OF TRANSCRIPT - CONTINUED

Qualification of Colonel Eliott B. Robertson as an
expert witness (Tr. Vol. 71, p.8066- )

Camp Pendleton Operations (Tr. Vol. 71, p.8076)
    (1)  Personnel (Vol. 71, p.8090)
    (2)  Water Requirements (Tr. Vol. 71, p.8097)
    (3)  Effect of the return of sewage effluent upon
         the basins which underlie Camp Pendleton
         (Tr. Vol. 71, p.8104)

Judgments as to parties who have no interest in the Santa
Margarita River system (Tr. Vol. 72, pp.8114-8145)

Opening statement by Mr. Sachse (Tr. Vol. 72, pp.8163-8173)

Arguments--type of judgment (Tr. Vol. 72, pp.8177-8229)

Exhibits offered by Fallbrook Public Utility District
(Tr. Vol. 73, pp.8259-8264)

Qualification of George F. Yackey as a witness (Tr. Vol.73,
pp.8264- )

Fallbrook Public Utility District--1950 Annexation (Tr.
Vol. 73, pp.8269-8275)

External Boundaries of Fallbrook Public Utility District
as depicted on Fallbrook's Exhibit H (Tr.Vol. 73, p.8276)

1958 Annexation to Fallbrook District (Tr. Vol. 73, p.8279)

Distribution system--Fallbrook Public Utility District
(Tr. Vol. 73, p.8290-8294)

Colorado River water supply system-Fallbrook (Tr. Vol. 73,
p.8296)

SUMMARY OF TRANSCRIPT - CONTINUED

Testimony regarding preparation and scope of Applications 12178, 12179, filed by Fallbrook Public Utility District (Tr. Vol. 74, p.8408)

Argument as to scope of action to quiet title and nature of decree that may be entered (Tr. Vol. 74, pp.8419-8470; pp.8477-8480; pp.8483)

Qualification of Robert L. Engleman as a witness (Tr. Vol. 75, pp.8523-8524)

Land owned by Fallbrook Public Utility District that abuts upon the Santa Margarita River (Tr. Vol. 75, p.8532); land wherein therehas been a severance (Tr. Vol. 75, p.8533); and documents of title (Tr. Vol. 75, pp.8538 et seq)

Purpose for which testimony received re lands required by Fallbrook Public Utility District for purpose of constructing a dam; i.e. to show title has passed to that District (Tr. Vol. 75, p.8567)

Opening Statement by Mr. Moskovitz (Tr. Vol. 75, pp.8574-8586)

Testimony pertaining to precipitation records within Santa Margarita River watershed--source of records (Tr. Vol. 75, pp.8593-8601)

Explanation of State's chart entitled: "Accumulated Mean Departure from Mean Seasonal Precipitation at Key Stations" (Tr. Vol. 75, pp.8602-8611)

Testimony as to runoff figures Santa Margarita River at various points, including Ysidora, near Fallbrook, DeLuz Temecula Creek at Vail Dam (Tr. Vol. 75, pp.8632-8652; Vol. 76, pp.8658)

## SUMMARY OF TRANSCRIPT - CONTINUED

Testimony as to runoff figures Murrieta Creek at Temecula (Tr. Vol. 76, p.8662)

Spring discharge, testimony as to (Tr. Vol. 76, p.8680)

Hydrographic units as shown as California's Exhibit AB (Tr. Vol. 76, p.8699)

Gaging stations on Santa Margarita River system (Tr. Vol. 76, p.8701-8707)

Wells: Testimony regarding hydrographs of selected wells and runoff in Pauba Basin (Tr. Vol. 76, p.8725)

Testimony pertaining to fluctuation of water levels in designated wells (Tr. Vol. 76, p.8744)

Testimony relative to correlation between runoff and well levels (Tr. Vol. 76, pp.8760)

Storage capacity coastal basin (Tr. Vol. 76, p.8778-8782)

Yield study of basins (Tr. Vol. 77, pp.8797-8804)

Storage capacity, meaning of (Tr. Vol. 77, p.8809)

Santa Margarita Coastal basins, yield of (Tr. Vol. 77, p.8816)

Safe seasonal yield defined (Tr. Vol. 77, p.8839)

DeLuz dam site, runoff (Tr. Vol. 77, p.8856)

Runoff study areas A, B, C, (Tr. Vol. 77, p.8865)

Vegetation (native), consumptive use for period 1941-42 to 1956-57) (Tr. Vol. 78, p.8887)

Mineral analysis of spring water (Tr. Vol. 78, p.8897-); surface water and ground water in Santa Margarita River (Tr. Vol. 78, p.8898)

SUMMARY OF TRANSCRIPT - CONTINUED

Pauba Valley--mineral character of water (Tr. Vol. 78, p.8910)

Source of water as determined by chemical analysis (Tr. Vol. 78, p.8916)

Surface diversions--coastal area (Tr. Vol. 78, p.8929)

Forebay area defined (Tr. Vol. 78, p.8952)

Source of water as determined by chemical analysis and fluctuation in water levels in wells (Tr. Vol. 78, pp.8960-8975)

Pauba Valley; extraction of water from both deep wells and shallow wells constitutes a burden on Temecula Creek (Tr. Vol. 78, pp.8979-8981)

SUMMARY OF TRANSCRIPT -- CONTINUED

Mineral analysis Roripaugh well (Well 7 South 3 West, 25E1) (Tr. Vol. 80, p.9132

Applications filed with state re diversions from Santa Margarita water system (Tr. Vol. 80, p.9137)

Pursche well (7 South, 3 East, 20C2) (Tr. Vol. 80, p.9148)

Pursche well (7 South, 3 East, 20B2) (Tr. Vol. 80, p.9149)

Classification of wells state Exhibit L, Plate 9B (Tr. Vol. 80, p.9151). Older continental deposits

Stardust Ranch well (Sievers) (8 South, 1 East, Section 8) (Tr. Vol. 80, p.9150)

Cartier (J.E.) well (7 South, 3 East, 4 J 1) (Tr. Vol. 80, p.9152)

Hydrographic unit No. 3--wells (Tr. Vol. 80, p.9154)

Wells in hydrographic unit No. 3, California Exhibit AW (Tr. Vol. 80, p.9160)

Qualification of John Elliot Coit as a witness (Tr. Vol. 80, p.9176)

Coit soil survey (Tr. Vol. 80, p.9185)

Wells located in Basement complex (Tr. Vol. 82, p.9237)

Irrigable acres: materiality of issue as it relates to litigation (Tr. Vol. 82, p.9349-9354)

Opening statement by Krieger (Tr. Vol. 82, p.9361)

Qualification of Joe Mack Mims as a witness (Tr. Vol. 82, p.9365) a pump tester

SUMMARY OF TRANSCRIPT - CONTINUED

Well testing procedure (Tr. Vol. 82, p.8368; Vol. 83, p.9431)

Turner well (7S/3W,6D1) pumping record (Tr. Vol. 82,p.9377)

Qualification of Alonzo Onel Lynch as a witness (Tr. Vol. 82, p.9389)

Bennett Ranch Well (7S/3W-6K1) (Tr. Vol. 82, p.9403)

Well 17A1 (Tr. Vol. 82, p.9407)

Blackmore Well (Tr. Vol. 82, p.9411)  Location (as corrected) (Tr. Vol. 83, p.9423)

Shamel Well (7S/3W-24H2) (Tr. Vol. 82, p.9411) (M2 & R3, Sec 25 and 26) (Tr. Vol. 84, p.9666)

Brown Wells (2G1; 2F2) (Tr. Vol. 83, p.9433)

Gwynn Well (Tr. Vol. 83, p.9438)

Howell Well (Tr. Vol. 83, p.9438)

Wright Wells (19J2, 19J1) (Tr. Vol. 83, p.9439)

Qualification of Albert A. Webb as a witness (Tr. Vol. 83, p.9445)

Ground water contour study (Tr. Vol. 83, p.9455)

Specific capacity defined (Tr. Vol. 83, p.9454)

Ground water movement in Santa Gertrudis Valley (Tr. Vol. 84, p.9569)

Rising water--points of, in Santa Gertrudis Valley (Tr. Vol. 84, p.9575)

Barnett Springs, location (Tr. Vol. 84, p.9614)

Borell Well (8H1, 7S/2W) (Tr. Vol. 84, p.9649

Yoder Wells (Sec 15, G3, Q2) (Tr. Vol. 84, p.9663)

5314