J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for the
UNITED STATES OF AMERICA

FILED
JUN 15 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>MOTION TO GO ON VAIL COMPANY<br>PROPERTY TO SET WATER-LEVEL<br>RECORDERS AND MANOMETERS |

　　　　Comes now the United States of America and respectfully moves this Honorable Court to enter an order permitting the United States of America to set continuous water-level recorders on the following unused wells upon the properties owned by the Vail Company:

　　　　1.　8S 2W-20B2　Cantarini Pit Well

　　　　2.　8S 2W-20E1　Cantarini Camp Windmill Well

　　　　3.　8S 2W-20L1　Pen Well

　　　　4.　8S 2W-28C1　Ludy Well

　　　　5.　7S 3W-35P1　Hutch Well, north of Murrieta Creek

　　　　6.　7S 3W-35P2　Hutch Well, south of Murrieta Creek

　　　　7.　8S 2W-19C1　Old gas station Well.

　　　　In addition to the installation of continuous recorders upon the wells to which reference has been made, the United States of America respectfully petitions this Honorable Court to enter an order permitting

- 1 -

5315

the installation of manometers upon the following wells:

    1.  8S 2W-16G1  Main Camp Artesian Well
    2.  8S 2W-17G1  Studley Well
    3.  8S 2W-17M1  Navy Well
    4.  8S 2W-15C1  China Garden

Objectives for which the United States of America desires to install the water-level recorders and the manometers are:

(a) To determine the interaction between the shallow wells and the deep wells in the water body which underlies the Vail properties within the Pauba Valley and the surrounding sedimentary deposits;

(b) To ascertain, if possible, the effect of pumping and uses of water in the Pauba Valley as they relate to the uses of water in Wolf Valley, Pechanga Creek and Murrieta Creek;

(c) To measure seasonal fluctuation of the ground water body;

(d) To determine the effect of the construction of Vail Dam and the impoundment of Temecula Creek water upon the water body which underlies the properties of the Vail Company within the Pauba Valley, Wolf Valley, Murrieta Valley and the sedimentary deposits surrounding those Valleys;

(e) To analyze the effect of the declining water table in the Pauba Valley, Wolf Valley, Murrieta Valley and the sedimentary deposits surrounding those Valleys, upon the present and long-term ground water supplies in the Santa Margarita River watershed;

(f) To determine the effect of pumping of deep and shallow wells from the water body underlying the Pauba Valley, Wolf Valley, Murrieta Valley and the sedimentary deposits surrounding those Valleys, upon the surface runoff of Temecula and Murrieta Creeks;

5316

(g) To correlate the water-level data now being obtained by the United States of America from land owners other than the Vail Company;

(h) To determine the relationship of water levels throughout the entire Murrieta and Temecula River Valleys;

(i) To determine interaction among the wells throughout the last mentioned Valleys;

(j) To disclose the relationship between water levels as of the present date and the past water levels;

(k) Properly to prepare rebuttal of evidence adduced by the State of California, witnesses called on behalf of the Vail Company and other defendants.

The United States of America further moves this Honorable Court to permit the continuation of the tests above mentioned for a period of ninety (90) days from the date of the entry of the order prayed for in this motion, with the right to seek an extension of the time for the tests if that action is desired.

WHEREFORE, the United States of America respectfully moves this Honorable Court for the entry of an order to go upon the Vail Company property for the purpose of locating the recorders and manometers on the wells to which reference has been made to allow the objectives outlined for the period specified.

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 13, 1959

- 3 -