UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.
vs.

FALLBROOK, etc., et al

NO. _ 1247-SD-C _ _ _ CIVIL

MINUTES OF THE COURT

DATE: _ June 23, 1959 _ _

AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ _ JOHN SWADER _ _ _ _ _ _

COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER _ _ _ _ _ _ _ _ _ _ _ _ _ _

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, FRANZ SACHSE, & FRED GIRARD, ARTHUR LITTLEWORTH, AND JAMES KRIEGER.

PROCEEDINGS: FURTHER COURT TRIAL

Data of wells presented by Attorney Veeder, and copies furnished to counsel.
Attorney Veeder to submit order permitting Government to go on land for well measurements by June 26, 1959. This is area between Narrows, the North Boundary of the Ammunition Depot, and Sandia Creek.
Motion to go on Vail Property is discussed.
Attorney Stahlman makes statement.
Court and counsel each make statements
Proposed order to go on land of clients represented by Attorney Krieger is presented.
Attorney Littleworth states certain objections to said proposed order.
Said order to be redrawn
Discussion is held on Coit Survey and Vail Ex. No. "N".
At 11:15 A.M. a recess is declared by the court, and at 11:25 A.M. reconvene
Further discussion is held on the Coit Survey.
At 12, noon, an recess is declared to 2 P.M.
At 2 P.M. reconvene with attorney Krieger now present.
Discussion is held on order as to Krieger Clients.
Court and counsel discuss proposed order as to Vail.
Court and counsel discuss proposed interloc decree as to various defendants represented by Sachse.
Said decree to be redrawn and presented to court for approval.
IT IS ORDERED that this cause is continued to September 22, 1959, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

5325