FILED
JUN 23 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
   v. )
        ) ORDER
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
        Defendants. )

     On June 10, 1959, there came on for hearing before this Court the duly noticed motion of the United States of America for an order permitting its representatives to go upon the properties of the hereafter named defendants for the purpose of making:

     (a)  A continuing series of water-level measurements of all wells located upon the properties of those defendants whether those wells are irrigation, domestic or unused;

     (b)  Pumping measurements of water levels in wells equipped with pumps.

     The defendants to whom this order pertains are as follows:

-1-

5318

| | |
|---|---|
| Sperou, G. J. and M.V. | Lowe, C. R. |
| Wilks, T. E. and L. M. | Swanguen, C. R. |
| Domenigoni, M. | Heim, C. W. |
| Waddell, M. M. | Roripaugh, L. E. |
| Jones, R. P. | Erwin, R. M. |
| Ceas, A. N. | Cantarini, D. E. |
| Bates, R. | Lincoln, E. M. |
| Collins, W. T. | Wilks, T. H. |
| Yoder, M. J. | Pearl, R. E.(Custer) |
| Malnar, E. | Bryant, E. |
| Yoder, C. F. | Shaw, A. M. |
| Smith, M. E. | Wutzke, A. J. |
| Brown, D. S. | Oviatt, J. |
| Frick, Karl | Small, E. L. |
| Hall, G. T. | Thompson, W. A. |
| Sotello, A. | Guenther * |
| Borel, A. F. | Querry, F. O. |
| Dixon, Emile | Oakley, M. |
| Nicolas, S. | Gwinn, W. A. |
| Nielsen, W. R. | Cain, C. L. |
| Howell, A. S. | Williams, D. W. |
| Barnett, R. O. | Reyes, A. N. |
| Shamel, J. B. | Hinkley, S. I. |
| Sotello, Jessie | Wilks, H. L. |
| Kerdraon, H. F. | Wilks, Richard |
| Williams, B. O. | Wilks, Chas. |

This Court having fully heard the matter, based upon the information before it, good cause being shown:

IT IS HEREBY ORDERED that the United States of

---

\* Security-First National Bank as Trustee, Successor to Citizens National Trust and Savings Bank of Riverside, as Trustee

-2-

America, subject to the provisions of this order, may go upon the properties of the above-named defendants for the purposes expressed in (a) and (b) above; 1/

  PROVIDED, NEVERTHELESS, THAT:

  (a) After the United States of America has ascertained that the property or properties of any of the above named defendants either do not have wells situated upon them or that the properties are located in the area where well measurements would serve no useful purpose in this litigation, then the United States of America will immediately inform counsel for defendants to the end that counsel may notify the defendant or defendants that although named in the order, the United States of America has no further interest in connection with the subject matter of this order in those properties. 2/ The notice referred to in the preceding sentence will be forwarded to counsel not later than July 15, 1959.

  (b) The United States of America must advise counsel as to the information which it

---

1/ Wherever the term "all counsel" is utilized in this order it shall mean Mr. Walter Gould Lincoln, Mr. Harry M. Dougherty, Jr. James H. Krieger, Mr. George G. Grover, Mr. Fred Girard, Mr. George Stahlman and Mr. Franz R. Sachse.

2/ Tr. 10,361, lines 1 through 8

-3-

5320

desires from their clients in connection with this order. 3/ Similarly all counsel will be advised of tests and investigations and supplied with results. The United States of America, before making tests or investigations, must advise counsel. Moreover, all counsel will be advised of the schedules for the investigations and testing alluded to in this order;

(c) All data which has already been secured by reason of the canvass and investigations made by the United States of America immediately prior to the hearing of June 4, 1959, will be supplied to all counsel. The term "immediately preceding the hearing of June 4, 1959," relates to the canvass and investigations of well locations and water-level measurements undertaken by the United States of America, to which reference is made in the transcript of June 4, 1959;

(d) Before commencing any additional testing, except on the Vail Company properties, all counsel are to be supplied with a list of the wells surveyed and the measurements taken of those wells. These tests and surveys relate to the investigations referred to in paragraph (c) above;

(e) After the date referred to in (c) and (d)

---

3/ Tr. 10,363, lines 13 through 21.

-4-

above have been supplied to counsel and new well measurements are to be taken, all counsel will be advised of that fact permitting them to arrange to have a representative accompany the employee of the United States of America who is conducting the investigations and testing. It is understood that the State of California will supply a representative to accompany the representatives of the United States of America in the tests and investigations which are contemplated and that the State of California and the United States of America are settling the details in regard to the subject matter of this sentence;

(f) As data is gathered it is to be supplied to all counsel at intervals of two weeks. The field notes upon which the data referred to in the preceding sentence is based will be available for inspection by all counsel.

(g) If there are any circumstances in connection with the tests and investigations to which this order pertains, where pumps are required to be run for a time in excess of the period that the landowner needs to operate them, then the United States of America will pay all expenses and charges in connection with that pumping;

(h) The United States of America will advise

the State of California of its intentions as to when well measurements and other tests will be made to the end that the State of California may have a representative present during the time that the measurements and tests are being made, if it so desires;

(i) Tests and investigations referred to in this order will, as far as practicable, be conducted in a manner which will result in the least inconvenience to the parties and will coincide with their pumping schedules, will be conducted in a manner entailing a minimum number of entrances upon the properties of the defendants and the results of investigations and tests will be made available to all parties.

(j) Mr. Fred Kunkel of the United States Geological Survey, whose address is 221 Redondo Avenue, United States Geological Survey, Long Beach, California, will be immediately in charge of the tests and investigations referred to above and will be the official of the United States who should be contacted in regard to the tests. Mr. Kunkel will moreover contact the State in accordance with this order to the end that representatives of the State will be present when the tests in question are made, and will proceed in all other respects in accordance with this order. Mr. Kunkel may be reached at the above address

-6-

5323

or through the Office of Ground Water Resources at either Camp Pendleton or the branch office in the Town of Temecula, California.

(k) This order will be effective for a period of ninety days from the date of its entry with the right to seek an extension of time of it if desired.

Dated: June 23, 1959.

/s/ _____
United States District Judge