**FILED**

JUN 25 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| v. ) | ORDER ON MOTION TO GO ON VAIL COMPANY PROPERTY TO SET WATER-LEVEL RECORDERS AND MANOMETERS |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

GOOD CAUSE BEING SHOWN, this Court grants the Motion To Go on Vail Company Property To Set Water-level Recorders and Manometers, filed by the United States of America on June 13, 1959, subject to the following conditions:

1. The investigations and tests will be conducted in a manner which will not interfere with the normal operations of the Vail Company properties.
2. Any representative of the United States of America, prior to going upon the properties of the Vail Company, will first contact James V. (Sandy) Wilkinson or Mr. Wilkinson's designee if Mr. Wilkinson finds that he will not be available for any extended period of

-1-

5326

time, advising of the intention of going upon those properties. Adequate notice will be given Mr. Wilkinson prior to any investigation or making tests, to the end that he or his designee may accompany the representative of the United States of America.

3. All of the data and information obtained by the investigation and tests provided in this order shall be available to all parties. In addition, the Vail Company will be provided with a photostatic copy of the water-level charts taken from the recorders installed pursuant to this order. A photostatic copy of the charts taken from the barograph installed upon the Vail Company properties will likewise be furnished to that Company.

IT IS SO ORDERED.

Dated: *June 23 1959*

*[signature]*
United States District Judge