Herbert J. Petersen
Herman Yaras

**FILED**

Defendants in propria persona
P. O. Box 971
Escondido, California

JUN 25 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )   CIVIL NO. 1247- SD - C
              Plaintiff,         )
                                )   ANSWER OF DEFENDANTS
     v.                         )
                                )
FALLBROOK PUBLIC UTILITY        )   HERBERT J. PETERSEN
DISTRICT, ET AL,                )   HERMAN YARAS
                                )
              Defendants.        )

          The defendants,        HERBERT J. PETERSEN AND HERMAN YARAS,

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT

          These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.


          AFFIRMATIVE STATEMENT OF RIGHTS

          These defendants own ¿688? acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

15625

*Copy recd*                                    *2nd*

1    Please refer to your Engineering Department Report, No. 488-9S/3W/2,3, 11

2    for description of water rights and usage.

18       WHEREFORE, these defendants pray that plaintiff take

19    nothing against them by reason of the Complaint and Supplementary

20    and Amendatory Complaint on file herein; that said Complaint be

21    dismissed as against these defendants; that defendants' right to

22    water, as hereinabove set forth, be quieted as against the plain-

23    tiff and against all other defendants in this action; and for such

24    other and further relief as the Court may deem proper.

Defendants in propria persona

Dated:  June 5, 1959

15626

## SCHEDULE "A"

Lots 3 and 4 in Section 2: The Southwest Quarter and the Southwest Quarter of the Northwest Quarter of Section 2: The Southeast Quarter of Section 3 and the Northwest Quarter of Section 11, in the County of San Diego, State of California, according to the United States Government Survey approved April 21, 1890 and the East Half of the Southwest Quarter of said Section 11 according to the United States Government Survey approved September 11, 1879; all being in Township 9 South, Range 3 West, San Bernardino Meridian.

EXCEPTING from said East Half of the Southwest Quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Base and Meridian, that portion thereof lying Southeasterly of a line described as follows:

Beginning at a point on the Northwesterly line of the Department of Public Works Survey between Mossa Creek and the Riverside County line, Road XI-SD-770; said point being a point in the South line of said Section 11, distant thereon South 89° 47' 54" West 1178.21 feet from the South Quarter corner of said Section 11; thence North 39° 39' East 1645.50 feet; thence North 50° 21' West 30 feet; thence North 39° 39' East 240.59 feet to a point on the East line of said East Half of the Southwest Quarter of said Section 11 said point being the ending of the line herein described.

ALSO excepting therefrom all that portion of the Southeast Quarter of the Southwest Quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Meridian, according to the United States Government Survey approved September 11, 1879 described as follows:

Beginning at the Southwest corner of said Southeast Quarter of the Southwest Quarter; thence along the West line of said Southeast Quarter of the Southwest Quarter North 0° 23' 50" East 764.10 feet; thence South 89° 48' East 295.66 feet; thence parallel with said West line of the Southeast Quarter of the Southwest Quarter South 0° 23' 50" West 348.77 feet; thence South 89° 48' East 194.82 feet to the Northwesterly line of State Highway XI- SD-770, being a strip of land 160 feet in width conveyed to the State of California by deed recorded in Book 2203, page 460 Official Records; thence along the said Northwesterly line South 39° 39' West 536.50 feet to the South line of said Southeast Quarter of the Southwest Quarter; thence along said South line South 89° 48' West 151.02 feet to the point of beginning.

15627