1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street
   Fallbrook, California
3  RAndolph 8-1154

**LODGED**

JUN 29 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
                    Deputy Clerk

8           IN THE UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | ORDER |
| vs. | AND |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | INTERLOCUTORY |
| Defendants, | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Intervening Defendant. | |

On February 11, 1959, before the Honorable James M. Carter, Judge, the motion of the following named defendants: AUSTIN, Jack; BRAGG, Edward E. and Gleneta; CALAVO GROWERS OF CALIFORNIA; CARDON, C. W. and Jean; CARTWRIGHT, Marion L.; CHAPMAN, Harry A. and Sybil E.; FALLBROOK ASSEMBLY OF GOD, a Corp.; GATES, Helen; HALL, ANNE B. as Surviving Joint Tenant of ANNE B. and E. GORDON HALL; HESS, Melvin K. and Margaret Z.; HOOVER, Alonzo V.; LAUGHLIN, Harvey N. and Mildred; SHELD, Calvin G. and Cora E.; WARREN, Grace B.; RIGGLE, G. Lester and Maude A., and George Elmore and Dorothy L. SHOUDY; ROBINSON, J. D. and Laura A.; WOODS, Clarence O.; ALGERT, Paul K. and Jean S.; ADKINS, Merle C. and Juanita L.; KOSTICH, Samuel V.; SIEVERS, Dr. Linden and Betty Ann;

- 1 -

5328

TURNER, Tom; COSTELLO, Roy H. and Flora H.; KENTIS, John B.
and Penelope C.; LOUDERMILK, Sherman C. and Dorothy L.;
OGDEN, Robert Nash and Rose Marie; MARTIN, Milton P. and
Maggie E.; OSBORNE, Donald K. and Maxine K.; WILLIAMSON,
O.B. as Executor of the Estate of Maurine Nash Barkeij;
ROMAN CATHOLIC BISHOP OF SAN DIEGO, Charles Francis Buddy,
Incumbent; SCHULTZ, James G. and Delta A. for Judgment on
the grounds that the pleadings and admissions on file, and
the proof offered by the plaintiff, have disposed of all
issues between plaintiff and the moving defendants, came
on regularly for hearing; and

The Court having heard arguments of counsel,
and having considered the Motion, the Admissions and
Pleadings on file, and the proof offered by plaintiff,
makes the following Proposed Findings of Fact, Conclusions
of Law, Interlocutory Judgment and Order:

I

## PROPOSED FINDINGS OF FACT

The Court proposes to make its Findings of
Fact as to the above-named defendants and other parties
hereto as follows:

1. Defendants are the apparent owners of the
lands described in their Answers on file herein, the
description of which lands shall be set forth in full in
the final Judgment.

2. The said lands do not abut upon and are
not riparian to any stream.

3. The Answers heretofore filed by the
defendants contain a disclaimer of any right, title or
interest in or to the use of the waters of the Santa
Margarita River or its tributaries.

4. All waters underlying the lands of said

- 2 -

5329

defendants are vagrant, local, percolating waters, not
a part of any surface or sub-surface stream or sub-surface
basin of the Santa Margarita River or its tributaries, and
are hereinafter referred to as ground waters.

5.   The United States of America has no right,
title or interest in or to the ground waters percolating
in and underlying the lands of the above-named defendants.

6.   The use by the defendants of the ground
waters percolating in and underlying their lands has not
and will not cause the intrusion of salt water into the
underground basins of Camp Pendleton and does not injure
nor threaten to injure the plaintiff.

II

## PROPOSED CONCLUSIONS OF LAW

In the absence of objection from other defen-
dants in the within proceedings, the Court proposes to
make its Conclusions of Law as to the above-named defen-
dants and other parties as follows:

1.   The above-named defendants have no rights
to the use of the waters of the Santa Margarita River or
its tributaries.

2.   The rights of the United States of America,
and all other parties in this action having rights, to the
use of the waters of the Santa Margarita River and its
tributaries, as such rights are, or may hereafter be
determined by this Court, shall be forever quieted against
any and all adverse claims of the above-named defendants.

3.   The United States of America and all other
parties in this action having rights to the use of the
waters of the Santa Margarita River and its tributaries
have no rights in or to the ground waters underlying the
lands of the above-named defendants.

- 3 -

5330

1          4.   The rights of the above-named defendants

2  to the use of the ground waters underlying their lands

3  shall be forever quieted against any and all adverse

4  claims of the plaintiff herein.

5                III

6        PROPOSED INTERLOCUTORY JUDGMENT

7        Based upon the foregoing Proposed Findings of

8  Fact and Conclusions of law, it is hereby

9        ORDERED, ADJUDGED AND DECREED:

10       1.   The above-named defendants are the apparent

11  owners of the lands described in Exhibit A, attached hereto.

12       2.   The above-named defendants have no right,

13  title or interest in or to the waters of the Santa Margarita

14  River or its tributaries.

15       3.   The United States of America and all other

16  parties in this action having rights to the use of the waters

17  of the Santa Margarita River and its tributaries have no

18  right, title or interest in or to the ground waters under-

19  lying the above-described lands.

20       4. The rights of the United States of America

21  and all other parties in this action having rights in and to

22  the waters of the Santa Margarita River and its tributaries, as

23  they are hereinafter adjudicated, decreed and determined by

24  this Court shall be and they are forever quieted against any

25  and all adverse claims of the defendants, their successors,

26  administrators, executors and assigns, and the defendants

27  and each of them, and their successors, administrators,

28  executors and assigns are forever restrained from asserting,

29  claiming or setting up any right, title  or interest in or

30  to the waters of the Santa Margarita River or its tributaries.

31       5.   The rights of the above-named defendants

32  and each of them to the use of the ground waters underlying

- 4 -

5331

1    the above-described lands are forever quieted against any

2    and all adverse claims of the United States of America and

3    all other parties in this action having rights to the use

4    of the waters of the Santa Margarita River and its tribu-

5    taries, and they and their successors in interest are

6    forever restrained from asserting, claiming or setting up

7    any right, title or interest in or to the ground waters

8    underlying the above described lands adverse to defendants

9    herein.

10           IT IS FURTHER ORDERED, ADJUDGED AND DECREED,

11    based upon the decisions of the United States Court of

12    Appeals for the Ninth Circuit, California v. United States,

13    235 Fed (2) 647 (CA 9 1956), that this is not a final

14    decree but is interlocutory in character and by reason of

15    the declaration by this Court that all parties are adverse

16    one to another, thus dispensing with cross-pleadings, all

17    other parties to this proceeding may object to these Findings

18    of Fact, Conclusions of Law and Interlocutory Judgment and

19    will be given full opportunity upon due notice to interpose

20    their objections to these Findings of Fact, Conclusions of

21    Law and Interlocutory Judgment.

22

23

24                         JUDGE JAMES M. CARTER

25

26    DATED:  June _____, 1959.

27

28

29

30

31

32

- 5 -

5332