J. LEE RANKIN
SOLICITOR GENERAL of the
 UNITED STATES OF AMERICA
Department of Justice
Washington 25, D. C.

Attorney for UNITED STATES OF AMERICA

FILED
JUN 30 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. 1247-SD-C |
| v. ) | ANSWERS TO INTERROGATORIES ADDRESSED TO THE UNITED STATES OF AMERICA BY DEFENDANTS SEARL BROTHERS and FRED GARBANI |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., ) | |
| Defendants. ) | |

Comes now the United States of America and responds to the above-mentioned interrogatories:

Interrogatory No. 1:

Do you have in your possession well observations as to water levels within the area shown in red on the attached map for any period of time?

Response:

Yes.

Interrogatory No. 2:

If your answer is in the affirmative, kindly give each and every well level reading, designating the well number, location and the water level in said well, designating also the date of making said reading and who made said reading.

Response:

There follows a tabulation of that data.

- 1 -

5333

| Well No. | Date | Depth to Water (feet) |
|---|---|---|
| 5S/1W-34M1 | 1-6-58 | 51 |
| -34N1 | " | 60 |
| -32Q1 | " | 37 |
| 6S/1W-3M1 | 1-7-58 | 76 |
| -4G1 | " | 87 |
| -4K1 | " | 87 |
| -4J3 | 1-8-58 | 89 |
| -4J4 | 1-7-58 | 89 |
| -5G1 | " | 58 |
| -5H1 | " | 61 |
| -5H2 | " | 60 |
| -6A1 | " | 62 |
| -6H1 | " | 72 |
| -10E1 | " | 37 |
| -10M1 | " | 46 |
| -10M2 | " | 40 |
| -10M3 | " | -- |
| -14N1 | " | 51 |
| -15C1 | " | 32 |
| -15C2 | " | 38 |
| -15H1 | " | sealed |
| 6S/2W-1A1 | 1-8-58 | 48 |
| -10E1 | 12-28-57 | 21.25 |
| -17N1 | " | dry at 12 |
| -17N2 | " | 15.25 |

Interrogatory No. 3:

Do you have in your possession an analysis of water samples taken from any wells located within the area marked in red on the attached map?

- 2 -

5334

Response:

No.

Interrogatory No. 4:

In the preceding question is answered in the affirmative, give the location of the wells, the date that the samples are taken and the results of the analyses.

Response:

No response required.

Interrogatory No. 5:

Do you have in your possession the logs of any wells and/or soundings of depth of wells as to any wells located within the area marked in red on the attached map?

Response:

None that the United States of America has obtained. There are copies of well logs in evidence which are taken from the public records of the State of California, Department of Water Resources.

Interrogatory No. 6:

If the preceding question is answered in the affirmative, supply a copy of said log or logs and the results of the soundings.

Response:

No response required.

Interrogatory No. 7:

Do you have in your possession production figures of water as to wells located within the area marked in red on the attached map?

Response:

No.

Interrogatory No. 8:

If the answer to the preceding question is in the affirmative, give production records of each well, specifying the location of well, the State of California designated well number, the production figures and the years for which the production figures are given.

5335

Response:

    No response required.

Interrogatory No. 9:

    Do you have a map showing detailed geology of the entire area shown within the area marked in red on the attached map?

Response:

    No.

Interrogatory No. 10:

    If the answer to the preceding question is in the affirmative, kindly deliver copy of same to defendants.

Response:

    Reference is made to United States of America-Plaintiff's Exhibit 15 copies of which have been made available to all counsel. Though this is not a detailed geologic map of the area, if you have not already received a copy of it there will be forwarded to you a copy upon request.

Interrogatory No. 11:

    Do you have in your possession any data or have you undertaken any studies concerning inflow and/or outflow of ground water from the area marked in red on the attached map?

Response:

    No.

Interrogatory No. 12:

    If the answer to the preceding question is in the affirmative, give all data or studies that you have in your possession, including figures concerning inflow and/or outflow.

Response:

    No response required.

Interrogatories Nos. 13 and 14:

    13. Do you have in your possession any information as to land and water uses in the area marked in red on the attached map?

    14. If the answer to the preceding question is in the affirmative,

1  give all information that you have pertaining to same.
2  Response:
3      In response to interrogatories 13 and 14, reference is made to our
4  telephone conversation of June 24, 1959. There you were advised that the
5  United States of America has made soil surveys which to a degree pertain to
6  land and water uses of certain of the properties within the area marked in red
7  on the map. All of the information obtained in making these soil surveys,
8  as they relate to the lands of your clients, will, of course, be available to
9  you. However, if data is desired respecting lands other than those of your
10 clients, you are requested to provide written consent from the owners of the
11 properties involved prior to having that data made available to you. It was
12 further agreed in the telephone conversation that the soil survey data could be
13 reviewed at the Office of Ground Water Resources in Camp Pendleton where it is
14 maintained. Subject to the requirements in the preceding sentences
15 Lieutenant Colonel Allen C. Bowen who is in charge of the Office of Ground Water
16 Resources will meet with your engineer regarding this matter. It is suggested,
17 however, that before your engineer proceeds to Camp Pendleton, he arrange with
18 Lieutenant Colonel Bowen for a meeting in regard to the material.

        UNITED STATES OF AMERICA

        J. LEE RANKIN,
        Solicitor General

        /s/ William H. Veeder
        WILLIAM H. VEEDER,
        Attorney, Department of Justice

Dated: June 29, 1959

DISTRICT OF COLUMBIA ) SS.

WILLIAM H. VEEDER, Attorney, Department of Justice, being duly sworn, upon oath, deposes and says: That he signed, on behalf of the United States of America, the answers to the foregoing interrogatories; that he has read the foregoing answers; that he is authorized to sign them on behalf of the United States of America; and that the statements contained in those answers are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

_____
WILLIAM H. VEEDER
Attorney, Department of Justice

Subscribed and sworn to before me this 29th day of June, 1959.

_____
Notary Public, District of Columbia

(SEAL)

My commission expires  My Commission Expires July 31, 1962

5328