```
                              F I L E D
                               JUL 1 - 1959
                           CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           By /s/ _____
                                  DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL<br>        Defendants. | CIVIL NO. 1247-SD-C<br><br>ORDER FOR RELEASE OF EXHIBITS |

     Good cause appearing therefor, upon application of the defendant VERIA V. CLICK,

     IT IS HEREBY ORDERED that photostatic copies be made by the plaintiff of the following exhibits:

     Grant Deed, Defendants' Exhibit MA 31;

     Map, Defendants' Exhibit MB 31; and

     Surveyor's notes, Defendants' Exhibit MC 31;

which were introduced in evidence herein on July 23, 1958; that said photostatic copies be substituted in evidence for the original exhibits above mentioned and said original exhibits be returned forthwith by plaintiff to the Defendant VERIA V. CLICK.

     DATED: June 30, 1959.

                                       /s/ John M. Cranston
                                       JOHN M. CRANSTON
                                       Special Master

5339