DONOVAN W. BALLENGER
Attorney at Law
309 Bank of America Bldg.
Glendale 4, California
CItrus 2-1435

Attorney for Defendants

F I L E D
JUL 16 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

        Defendants.

NO. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

Defendants DOMENICK IPPOLITO and THERESA IPPOLITO hereby substitute DONOVAN W. BALLENGER as their attorney in place of Daniel W. Gage.

DATED: 5-26-59

_____
Domenick Ippolito

_____
Theresa Ippolito

I consent to the above substitution.

DATED: 5/28/59

_____
Daniel W. Gage, Attorney of Record

I accept the above substitution.

DATED: May 29, 1959

_____
Donovan W. Ballenger

It is so ordered this 17 day of July, 1959.

_____
U. S. District Judge

DONOVAN W. BALLENGER
ATTORNEY AT LAW
309 BANK OF AMERICA
BUILDING
110 WEST BROADWAY
GLENDALE 4, CALIF.
CITRUS 2-1435
CHAPMAN 5-3516

5340