

**FILED**

JUL 21 1959   (SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY   CLERK, U.S. DISTRICT COURT
415 SECURITY BUILDING   SOUTHERN DISTRICT OF CALIFORNIA
234 EAST COLORADO STREET
PASADENA, CALIFORNIA   DEPUTY CLERK
SYCAMORE 6-9144
RYAN 1-6090



Attorney for  Defendants Ed M. Suderman
and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 1247-SD-C |
| Plaintiff,        ) | |
| v.        ) | S T I P U L A T I O N |
| FALLBROOK PUBLIC UTILITY        ) | |
| DISTRICT, a public service cor-        ) | |
| poration of the State of California,        ) | |
| et al.,        ) | |
| Defendants.        ) | |

Plaintiff, UNITED STATES OF AMERICA, and the defendants,

ED M. SUDERMAN and DORIS LUCILLE SUDERMAN, hereby stipulate as

follows:

1.  ED M. SUDERMAN and DORIS LUCILLE SUDERMAN are the

owners of the following described real property:

The southwest quarter of the northwest quarter of Section 12,

Township 9 South, Range 3 West, S.B.M., San Diego County,

EXCEPT THEREFROM the easterly 750 feet thereof.

That portion of the southeast quarter of northeast quarter of

Section 11, Township 9 South, Range 3 West, S.B.M., San

Diego County, described as follows:

Beginning at northeast corner of southeast quarter of north-

east quarter of Section 11, westerly along northern line of

southeast quarter of northeast quarter a distance of 50 feet;

thence southerly and parallel with easterly boundary line of

5341

said southeast quarter of northeast quarter a distance of
100 feet; thence easterly and parallel with northern boundary
line of said southeast quarter of northeast quarter a distance of
50 feet to the easterly boundary line of said southeast quarter
of northeast quarter; thence northerly along the said easterly
boundary line a distance of 100 feet to the point of beginning.

2.  Said described land includes 16.1 acres of irrigable land of
which said 16.1 acres 10.6 acres is both arable and irrigable.

3.  A reasonable water duty (project duty) for said land is 4.2 acre-
feet per acre, per year.

4.  Rainbow Creek runs through and upon said described land.

5.  Said described land is riparian to Rainbow Creek.

UNITED STATES OF AMERICA,
plaintiff

By _____
William H. Veeder, attorney for
plaintiff

ED M. SUDERMAN and
DORIS LUCILLE SUDERMAN,
defendants

By _____
G. Norman Kennedy, attorney for
said defendants

Approved

_____
United States District Judge.

-2-

5342

LAW OFFICES
G. NORMAN KENNEDY
PASADENA, CALIFORNIA