George Stahlman
Attorney at Law
Rt. 1 Box 235
Fallbrook, California

Phone: Randolph 8-2310
FILED
JUL 24 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT<br>ET. AL.<br><br>Defendants | NO. 1247-SD-C<br><br>ORDER EXTENDING TIME |

The above entitled Court, Honorable James M. Carter, presiding, on Wednesday, June 3, 1959, made an Order directed to the Defendants, Vail Company one of the Defendants in the within action, in relation to the issues pertaining to the Stipulated Judgment of the Superior Court of the State of California in and for the County of San Diego, between Rancho Santa Margarita, predecessors in

5343

interest of the Plaintiff of the United States of America and the said Vail Company, Defendant herein, said Order directed to the Vail Company to submit specific grounds for their attack on said Stipulated Judgement. Said grounds to be submitted to the above Court by August 1, 1959, and points in authority in support of said grounds by August 17, 1959.

ORDER: good cause appearing therefore, it is hereby ordered that the time for filing the grounds and the points of authority as heretofore ordered is extended and said Vail Company may have until September 1, 1959, in which to file said specific grounds and authorities in support thereof.

Dated: 7/24/59

James M. Carter
United States District Judge

- 2 -

5344