FILED

AUG 7 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 1247 SD-C |
| v. | ) AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

    Mariane J. Stahl, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled case, on July 7, 1959, she deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage a copy of

        ANSWERS TO INTERROGATORIES ADDRESSED TO THE
        UNITED STATES OF AMERICA BY DEFENDANTS
        SEARL BROTHERS and FRED GARBANI, dated June 29, 1959

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof; that there is delivery service by

5345

United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

*Marcia J. State*

Subscribed and sworn to before me this ___7th___ day of August, 1959

*Marcia J. Tooley*
Notary Public in and for said
County and State

(SEAL)

My commission expires: June 3, 1962

-2-

5346

```
 1
 2
 3
 4
 5
 6
 7   Walter Gould Lincoln
     7130 Olivetas Ave.
 8   LaJolla, California
 9
     Fred Girard
10   Deputy Atty. Gen.
     Library & Courts Bldg.
11   Sacramento, California
12
     George G. Grover
13   Clayson, Stark & Rothrock
     Security Bank Bldg.
14   Corona, California
15
     George Stahlman
16   Rt. 1, Box 235
     Fallbrook, California
17
18   Franz R. Sachse
     Sachse & Price
19   1092 So. Main St.
     Fallbrook, California
20
21   Fred Kunkel
     Geologist in Charge
22   U. S. Geological Survey
     Ground Water Branch
23   Long Beach, California
24
25
26
27
28
29
30
31
32
33                                          EXHIBIT "A"
```

5347