```
                                                    F I L E D

                                                    AUG 7 - 1959

                                                    CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA
                                                    By M D Kuesley
                                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247 SD-C |
| v. ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants. ) | |

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF SAN DIEGO  )

     Mariane J. Stahl, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action.

     That, in the above entitled case, on June 29, 1959, she deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage a copy of

     ORDER, dated June 23, 1959

and, a copy of

     ORDER ON MOTION TO GO ON VAIL COMPANY PROPERTY TO SET WATER-
     LEVEL RECORDERS AND MANOMETERS, dated June 23, 1959

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof; that there is delivery service by

5348

7  United States Mail at each of the places so addressed, or there is regular
8  communication by mail between the said place of mailing and each of the
9  places so addressed.

*[signature]*

Subscribed and sworn to before me

this ___7th___ day of August, 1959

*[signature]* Margaret B. Tasker
Notary Public in and for said
County and State

(SEAL)

My commission expires:   June 3, 1962

| | |
|---|---|
| 1 | |
| 2 | Walter Gould Lincoln |
| 3 | 7130 Olivetas Ave.<br>LaJolla, California |
| 4 | |
| 5 | Harry M. Dougherty<br>Swarner, Fitzgerald & Dougherty |
| 6 | 3797 - 10th St.<br>Riverside, California |
| 7 | |
| 8 | James H. Krieger,<br>Best, Best & Krieger |
| 9 | P. O. Box 1028<br>Riverside, California |
| 10 | |
| 11 | Fred Girard<br>Deputy Atty. Gen. |
| 12 | Library & Courts Bldg.<br>Sacramento, California |
| 13 | |
| 14 | George G. Grover<br>Clayson, Stark & Rothrock |
| 15 | Security Bank Bldg.<br>Corona, California |
| 16 | |
| 17 | George Stahlman<br>Rt. 1, Box 235 |
| 18 | Fallbrook, California |
| 19 | |
| 20 | Franz R. Sachse<br>Sachse & Price |
| 21 | 1092 So. Main St.<br>Fallbrook, California |

EXHIBIT "A"

5350