1  J. LEE RANKIN
   SOLICITOR GENERAL
2  Department of Justice
   Washington 25, D. C.

**FILED**

AUG 31 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY DISTRICT; AUSTIN, Jack; BRAGG, Edward E. and Gleneta; CALAVO GROWERS OF CALIFORNIA; CARDON, C. W. and Jean; CARTWRIGHT, Marion L.; CHAPMAN, Harry A. and Sybil E.; FALLBROOK ASSEMBLY OF GOD, a Corp.; ET AL., | ) MOTION OF UNITED STATES OF AMERICA RESPECTING FORM OF INTERLOCUTORY JUDGMENT |
| Defendants, | ) |
| STATE OF CALIFORNIA, | ) |
| Intervening Defendant. | ) |

COMES NOW the UNITED STATES OF AMERICA and moves this Honorable Court to adopt the attached form of Interlocutory Judgment upon the grounds and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Motion, and to reject the proposed form of Interlocutory Judgment lodged with the Court on June 27, 1959, by reason of the erroneous statements contained in the latter form and the need to correct the names of certain defendants and to clarify language in it.

WHEREFORE, the UNITED STATES OF AMERICA respectfully requests this

5387

- 1 -

1  Honorable Court to enter the accompanying Order and to reject the Order lodged
2  with it on June 27, 1959, all as recited in this Motion and in the Memorandum
3  of Points and Authorities which supports it.

                                          UNITED STATES OF AMERICA

                                          J. LEE RANKIN,
                                          Solicitor General

                                          *William H. Veeder*
                                          WILLIAM H. VEEDER,
                                          Attorney, Department of Justice

11  Dated: *August 28, 1959*