Elizabeth S. and
Donald W. Williams
8830 Jumilla,
Northridge, California

1  Defendants in propria persona

FILED

SEP 1 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Russell
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   CIVIL NO. 1247- SD - C
            Plaintiff,               )
                                     )   ANSWER OF DEFENDANTS
    v.                               )
                                     )
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
            Defendants.              )

The defendants, Donald W., & Elizabeth Stewart Williams each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 plus/ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15628

Copy recd                                             Ind SD

1  This land is adjacent to and riparian to the North Fork of Rainbow
2  Creek.  Defendants claim entitlement of 4.2 acre feet per acre per year
3  for future development for a profitable agricultural and residential
4  use.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Elizabeth Steward Williams*
*Donald W. Williams by*
*Elizabeth S. Williams, wife*
Defendants in propria persona

Dated: August 31, 1959

15629

EXHIBIT "A"

1  That portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of Section
2  One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
3  Meridian, in the County of San Diego, State of California, described as follows:
4  Beginning at the Southwest Corner of Lot 1; thence along the West line thereof
5  North 3°39'30" East 898.58 feet to a point distant South 3°39'30" West 566.38
6  feet from the Northwest Corner of said Lot 1; Thence parallel with the North line
7  of said Lot 1 North 89°45' East 296.30 feet; thence parallel with the West line
8  of said Lot 1 South 3°39'30" West 130.70 feet; thence South 65°23' East 383.65
9  feet tothe center line of U.S. Highway 395; thence Southerly thereon to the
10 intersection of the South line of said Lot 1; thence thereon South 89°25' West
11 636.80 feet to the point of beginning. Subject to Temporary Easement granted
12 XXXXXXXXXXXXXXXXXXXX The Metropolitan Water District of Southern California
13 on 28th April 1958.
14
15
16

15630