J. LEE RANKIN
SOLICITOR GENERAL of the
 UNITED STATES OF AMERICA
Department of Justice
Washington 25, D. C.

Attorney for the
 UNITED STATES OF AMERICA

F I L E D

SEP 2 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,
      Defendants.

No. 1247-SD-C

MOTION
FOR TRIAL OF
CERTAIN DEFENDANTS
BEFORE
HONORABLE JAMES M. CARTER
JUDGE

    Comes now the United States of America and respectfully moves this Honorable Court to order the trial of the cases of the defendants named in the attached list which is incorporated into this Motion and by reference made a part of it, before the Honorable James M. Carter in Courtroom No. 2, United States District Court, 325 West F Street, San Diego 1, California, on September 22, 1959, at 10 a.m., or as soon thereafter as they may be heard; as distinguished from the trial of those cases before the Special Master.

    The United States of America respectfully reserves the right to move for the trial of additional cases before this Honorable Court if subsequent events warrant that course of action.

    Dated: Aug. 31, 1959

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

William H. Veeder
WILLIAM H. VEEDER,
Attorney, Department of Justice

5400

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

        Defendants.

No. 1247-SD-C

MOTION FOR TRIAL OF CERTAIN DEFENDANTS
BEFORE
HONORABLE JAMES M. CARTER, JUDGE

LIST OF DEFENDANTS

BERGMAN, Annie E.
     Carl H.
     Ray L.
     Walter A.
  and
TRUNNEL, Esther M.

BARNETT, R. O.

BOREL, A. F. and Louise

CEAS, Albert N. and Maxine R.

COLLINS, Wesley T. and Betty J.

COTTLE, William W. and Gertrude
  and
GIBBON, William R. and Katherine C.

DIXON, Emilie

DOMENIGONI, Angelo and Marie
     Francis N. and Jean H.
     Frederick E.
  and
BARTON, Elsa E.
YOUNG, Julia M.

DOMENIGONI, Margherita C. and Domenica

DOMENIGONI, Antonio

FRICK, Karl

GARDNER, Erle Stanley

HENDERSON, Max M. and Aurelie S.

(Continued next page)

5401

- 1 -

```
 1   (Motion for Trial of Certain Defendants Before
        Honorable James M. Carter, Judge
 2      List of Defendants - Continued)

 3   MINKLEY, Sherilan I. Ceas

 4   LINCOLN, Earnest M. and Julia K.

 5   MURRAY SCHLOSS FOUNDATION FOR HOTHAN PIONEERING,
            Walter Gould Lincoln et al., Trustees
 6
     NICOLAS, Seraphina
 7
     OVIATT, James and Mary L.
 8
     QUERRY, Frank O. and Odessa D.
 9
     RAWSON, Lewis
10
     RAWSON, Tommy
11        Martin L. Nelson, Administrator of Estate of Thomas J. Rawson
          also known as Thomas Jefferson Rawson also known as Tommy Rawson
12        also known as Tom Rawson also known as T. Rawson also known as
          T. R. Rawson, deceased
13
     REYES, Antonio N. and Ida P.
14
     RORIPAUGH, Leo E. and Marion E.
15        and
     CASS, Louis and Virginia N.
16
     RORIPAUGH, J. E. and Pearl
17
     SAWDAY, Charles F. and Ruth Cornell
18        and
     BRADSHAW, Paul and Margaret
19   CAREY, Arthur W. and Inez
     GOODWIN, Ewart W. and Inez
20   CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, a corporation

21   SEARL BROS, a Partnership
         Edgar L.
22       Harry O.
         Hazel Dell
23       Floyd L.
         Gerald Ernest, also known as G. E.
24       Lorena G.

25   SECURITY FIRST NATIONAL BANK AS TRUSTEE, Successor to Citizens National
         Trust and Savings Bank of Riverside, as Trustee
26
     SIEVERS, W. C. AND Alice
27
     TULE LAND AND CATTLE CO, A LIMITED PARTNERSHIP
28
     WARD, Abbie Taft
29       and
     TAFT, Walter S.
30
     WARD, Alvis Andrew and Velma Foreman
31
     (Continued next page)
32
```

- 2 -

5402

1  (Motion for Trial of Certain Defendants Before
       Honorable James M. Carter, Judge
2       List of Defendants - Continued)

3  WARD, Edwin W (deceased) and Minnie

4  WARD, Lenore Claire and Blaine

5  WARD, Stanley E. and Marvella

6  YACKEY, George F. and Alma H.
       and
7  TAYLOR, Milicent Y.

8  YODER, Charles E. and Margery B.

9  YODER, M. J. and Anita S.

10 (End of list)