```
                                        F I L E D

                                        SEP 2- 1959

                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        By M. Kuszli
                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
        Defendants.

No. 1247-SD-C

ORDER

    Good cause having been shown, IT IS HEREBY ORDERED that the cases involving the names appearing on the attached list which is incorporated into this Order and by reference made a part of it, are set for trial in Courtroom No. 2, United States District Court, 325 West F Street, San Diego 1, California, on September 22, 1959, at 10 a.m., or as soon thereafter as they may be heard.

Dated this 2nd day of Sept, 1959.

                                                                             United States District Judge

5404

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

        Defendants.

No. 1247-SD-C

MOTION FOR TRIAL OF CERTAIN DEFENDANTS
BEFORE
HONORABLE JAMES M. CARTER, JUDGE

LIST OF DEFENDANTS

BERGMAN, Annie E.
    Carl H.
    Ray L.
    Walter A.
  and
TRUMMEL, Esther M.

BARNETT, R. O.

BOREL, A. F. and Louise

CEAS, Albert N. and Maxine R.

COLLINS, Wesley T. and Betty J.

COTTLE, William M. and Gertrude
  and
GIBBON, William R. and Katherine C.

DIXON, Emilie

DOMENIGONI, Angelo and Marie
    Francis N. and Jean H.
    Frederick E.
  and
BARTON, Elsa E.
YOUNG, Julia M.

DOMENIGONI, Margherita C. and Domenica

DOMENIGONI, Antonio

FRICK, Karl

GARDNER, Erle Stanley

HENDERSON, Max M. and Aurelie S.

(Continued next page)

- 1 -

5405

1  (Motion for Trial of Certain Defendants Before
    Honorable James M. Carter, Judge
2    List of Defendants - Continued)

3  HINKLEY, Sherilan I. Ceas

4  LINCOLN, Earnest M. and Julia K.

5  MURRAY SCHLOSS FOUNDATION FOR HUMAN PIONEERING,
        Walter Gould Lincoln et al., Trustees

6  

7  NICOLAS, Seraphina

8  OVIATT, James and Mary L.

9  QUERRY, Frank O. and Odessa D.

10  RAWSON, Lewis

11  RAWSON, Tommy
        Martin L. Nelson, Administrator of Estate of Thomas J. Rawson
12      also known as Thomas Jefferson Rawson also known as Tommy Rawson
        also known as Tom Rawson also known as T. Rawson also known as
13      T. R. Rawson, deceased

14  REYES, Antonio M. and Ida P.

15  RORIPAUGH, Leo E. and Marion E.
        and
16  CASS, Louis and Virginia N.

17  RORIPAUGH, J. E. and Pearl

18  SAWDAY, Charles F. and Ruth Cornell
        and
19  BRADSHAW, Paul and Margaret
    CAREY, Arthur W. and Inez
20  GOODWIN, Ewart W. and Inez
    CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, a corporation

21  SEARL BROS, a Partnership
        Edgar L.
22      Harry O.
        Hazel Dell
23      Floyd L.
        Gerald Ernest, also known as G. E.
24      Lorena G.

25  SECURITY FIRST NATIONAL BANK AS TRUSTEE, Successor to Citizens National
        Trust and Savings Bank of Riverside, as Trustee
26  

27  SIEVERS, W. C. AND Alice

28  TULE LAND AND CATTLE CO. A LIMITED PARTNERSHIP

29  WARD, Abbie Taft
        and
30  TAFT, Walter S.

31  WARD, Alvis Andrew and Velma Foreman

32  (Continued next page)

5406

- 2 -

1  (Motion for Trial of Certain Defendants Before
      Honorable James M. Carter, Judge
2     List of Defendants - Continued)

3  WARD, Edwin W (deceased) and Minnie

4  WARD, Lenore Claire and Blaine

5  WARD, Stanley E. and Marvella

6  YACKEY, George F. and Alma H.
      and
7  TAYLOR, Milicent Y.

8  YODER, Charles E. and Margery B.

9  YODER, M. J. and Anita S.

10 (End of list)