FILED

SEP 4 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL

Defendants.

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

HOWARD R. TAYLOR and CHARLOTTE TAYLOR

DATED: September 4th, 1959.

William H. Veeder
UNITED STATES ATTORNEY
By [signature]

Copy mail

FILED

SEP 14 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
Defendants

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

Donald Walther, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on September 3, 1959, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, a copy of

MOTION OF UNITED STATES OF AMERICA RESPECTING FORM OF INTERLOCUTORY JUDGMENT, dated August 28, 1959

5403

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

Donald Walther

Subscribed and sworn to before me this 14th day of September, 1959

Margaret B. Tocker
Notary Public in and for said County and State

(SEAL)

My commission expires: June 3, 1962

5410

Florence A. Anderson
Room 918
756 South Broadway
Los Angeles, California

Anderson & Anderson
Room 817
606 South Hill Street
Los Angeles 14, California

Ashton, Drohan & Marchetti
3345 Newport Boulevard
Newport Beach, California
Attn: Harry Ashton

Office of Attorney General
Library and Courts Building
Sacramento, California
Attn: Adolphus Moskovits,
Deputy Attorney General

Bates, Booth & Gray, Binkley & Pfaelzer
458 South Spring Street
Los Angeles 13, California

Beardsley, Hufstedler & Kemble
610 Rowan Building
Los Angeles 13, California

Best, Best & Krieger
Evans Building
Riverside, California

A. A. Bianchi
Room 901
400 Montgomery Street
San Francisco, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Busch & Maroney
367 North 2nd Avenue
Upland, California

Bert Bussini
2233 Fulton Street
Berkeley 4, California

Donovan Ballenger
309 Bank of America Bldg
Glendale 4, Calif.

Alfred S. Chapman
Room 702
606 South Hill Street
Los Angeles 14, California

Mabel Clausen
320 First Trust Building
Pasadena, California

Clayson, Stark & Rothrock
Security Bank Building
Corona, California
Attn: George G. Grover &
Owen Strange

Charles H. Carter
1025 Main Street
Corona, California

Raymond Choate
127 West Anaheim Boulevard
Wilmington, California

Gordon Cologne
45-596 Jackson St.
P.O. Box 96
Indio, California

~~Snider, Tilson & Ruppe~~
548 South Spring Street
~~Los Angeles 13, California~~
Attn: Tom Halde

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, California

Davidson & Russ
16405 South New Hampshire Ave.
Gardena, California

Charles B. DeLong
507 Harbor Insurance Building
San Diego 1, California

W. B. Dennis
Route 1, Box 55
Fallbrook, California

Tom Halde
1006 Santa Barbara
Santa Barbara, Calif.

EXHIBIT "A"

Leonard J. Difani
220 Loring Building
Riverside, California

Emmett Doherty
Mitchell, Doherty & Mitchell
333 Roosevelt Bldg.
727 West 7th Street
Los Angeles 17, California

J. A. Donnelley & Richard P. MacNulty
2655 4th Avenue
San Diego, California

Lawrence E. Drumm
Suite 820
458 South Spring Street
Los Angeles 14, California

Ray C. Eberhard
Room 1231
215 West 7th Street
Los Angeles 14, California

Estudillo & Bucciarelli
3900 Market Street
Riverside, California

Daniel W. Gage
Room 740
458 South Spring Street
Los Angeles 13, California

Garver & Garver
Camas, Washington

Arthur M. Gediman
119 South Main Street
Elsinore, California

Leo Goodman
629 South Hill Street
Los Angeles 14, California

Charles Gorham
920 Avalon Blvd
Wilmington, California

Abraham Gottfried
424 South Beverly Drive
Beverly Hills, California

Frank E. Gray
202 South Hamilton Drive
Beverly Hills, California

Samuel A. Greenburg
1014 West Valley Boulevard
Alhambra, California

Alvin G. Greenwald
Suite 303
6505 Wilshire Boulevard
Los Angeles 42, California

Halversen & Halversen
Suite 611
704 South Spring Street
Los Angeles 14, California

Hammack & Pugh
541 South Spring Street
Room 1015
Los Angeles 13, California

Leslie B. Hanson
4412 York Boulevard
Los Angeles, California

Hash & Bernstein
31 South First Avenue
Phoenix, Arizona

Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

William Murray Hill
620-621 First National Bank Bldg.
San Diego 1, California

Samuel Hurwitz
100 West Chapman Street
Orange, California

Randolph Karr, Roy Jerome and
Harold S. Lentz
65 Market Street
San Francisco 5, California



EXHIBIT "A"

Christopher M. Jenks, and
Orrick, Dahlquist, Herrington &
Sutcliffe
405 Montgomery Street
San Francisco 4, California
Attn: Christopher M. Jenks

G. Norman Kennedy
Room 415
234 East Colorado Street
Pasadena, California

James H. Kindel Jr.
Suite 405
Rowan Building
Los Angeles 13, California

Kindell & Anderson
1016 North Broadway
Santa Ana, California

Robert Kingsley
3518 University Avenue
Los Angeles 7, California

M. E. Lewis
306 Heartwell Blvd.
Long Beach, California

Walter Gould Lincoln
770 Granadas Ave.
Solona Beach, California

Luce, Forward Kunzel & Scripps
1220 San Diego Trust & Savings Bldg
San Diego 1, California
Attn: Robert E. McGinnis

Earl Malmrose
Room 651
1206 Maple Avenue
Los Angeles 15, California

Thomas P. Menzies
Room 803
458 South Spring Street
Los Angeles 13, California

Ernest L. Messner
5429 Crenshaw Boulevard
Los Angeles 43, California

Minton, Minton & Farrell
111 North Harvard Street
Hemet, California
Attn: Carl W. Minton

Henry M. Moffatt
121 East 6th Street
Los Angeles 14, California

Neblett, Walker & Sullivan
3742 10th Street
Riverside, California
Attn: John Neblett

A. J. O'Connor
639 South Spring Street
Los Angeles 14, California

O'Melveny & Myers
433 South Spring Street
Los Angeles 13, California

Parker, Milliken & Kohlmeier
650 South Spring Street
Los Angeles 14, California

Postel & Postel
400 Montgomery Street
San Francisco 4, California

Riedman, Dalessi, Shelton & Beyer
Suite 426
110 West Ocean Boulevard
Long Beach 2, California
Attn: Fred M. Riedman

Office of Riverside County Counsel
County Court House
Riverside, California
Attn: Ray T. Sullivan, Deputy
Alex B. Yakutis, Deputy

John L. Roberts
P.O. Box 507
Riverside, California

Robinson & Robinson
5 East Long Street
Columbus 15, Ohio

Saul Ruskin
229 Oasis Bldg.
121 South Palm Canyon Drive
Palm Springs, California

Sachse & Price
1092 South Main Street
Fallbrook, California

Office of San Diego County District Attorney
302 Civic Center
San Diego 1, California
Attn: Milton Milkes
Deputy District Attorney

Shatford & Shatford
5920 North Temple City Blvd.
Temple City, California

J. D. Skeen
522 Newhouse Building
Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, California

Snyder & Snyder
215 South LaCienega Boulevard
Beverly Hills, California

George Stahlman
Route 1, Box 235
Fallbrook, California

Stark & Champlin
Financial Center Building
Oakland 12, California

W. E. Starke
1130 Bank of America Building
San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

Stone & Moran
880 East Colorado Street
Pasadena, California

Sullivan & Sullivan
605 University
San Diego 3, California

Swing & Swing
313 Central Building
San Bernardino, California

Swing, Scharnikow & Staniforth
Suite 604
San Diego Trust & Savings Bank Bldg
San Diego 1, California
Attn: Phil D. Swing

Tanner, Hanson & Myers
215 West 7th Street
Los Angeles 14, California
Attn: John B. Myers

Harry E. Teasdall
114 North Main Street
Fallbrook, California

Thompson & Colegate
405 Citizens Bank Bldg.
Riverside, California

Van Dyke, Dellenback & McGoodwin
110 East 6th Street
Medford, Oregon

Paul Walker
10508 Reviera Place, N.E.,
Seattle 55, Washington

Robert W. Walker, Henry M. Moffatt,
Robert S. Curtiss
448 Santa Fe Building
Los Angeles, California
Attn: Henry M. Moffatt

Watson, Hart & Nieras
5939 Monterey Road
Los Angeles 42, California

Weyl, Dunnaway & Weyl
6331 Hollywood Boulevard
Los Angeles 38, California



EXHIBIT "A"

P. W. Willett
P.O. Box 103
Fallbrook, California

Dennett Withington
1317 "E" Street
San Bernardino, California

Wyokoff, Parker, Boyle & Pope
P. O. Box 960
Watsonville, California