HOWARD R. TAYLOR and CHARLOTTE TAYLOR
Defendants in propria persona
11313 Alclad Avenue
Whittier, California

**FILED**

SEP 4- 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
          Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
HOWARD R. TAYLOR and
CHARLOTTE TAYLOR

The defendants, HOWARD R. TAYLOR and CHARLOTTE TAYLOR, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10¥ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described as Lot 17 and Lot 8 of Section 22 and Lot 5 of Section 23, all in Townshp 9 South, Range 2 East SBM,

15631

County of San Diego, State of California. This land has not been fully developed; approximately 30 acres are tillable; there is highway frontage on state highway 79 for 1/4 mile.

II

Defendants claim the right to develop and use any available well, percolating and filtrating water for any agricultural or commercial purpose to the fullest extent.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Howard R Taylor*

*Charlotte Taylor*

Defendants in propria persona

Dated: June 24, 1959