**FILED**

SEP 14 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.␣␣␣␣␣␣␣␣␣␣
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff ) | No. 1247-SD-C |
| v. ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
|         Defendants ) | |

STATE OF CALIFORNIA  )
                       ) ss.
COUNTY OF SAN DIEGO  )

      Donald Walther, being first duly sworn, deposes and says:  That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on September 3, 1959, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, a copy of

      SUMMARY OF EVIDENCE;  January 21, 1959 through April 2, 1959

5416

-1-

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

*Donald Walther*

Subscribed and sworn to before me this 14th day of September, 1959

*Margaret B. Tooker*
Notary Public in and for said County and State

My Commission Expires: June 3, 1962

Florence A. Anderson  
Room 918  
756 South Broadway  
Los Angeles, California  

Anderson & Anderson  
Room 817  
606 South Hill Street  
Los Angeles 14, California  

Ashton, Drohan & Marchetti  
3345 Newport Boulevard  
Newport Beach, California  
   Attn:  Harry Ashton  

Office of Attorney General  
Library and Courts Building  
Sacramento, California  
   Attn:  Adolphus Moskovits,  
        Deputy Attorney General  

Bates, Booth & Gray, Binkley & Pfaelzer  
458 South Spring Street  
Los Angeles 13, California  

Beardsley, Hufstedler & Kemble  
610 Rowan Building  
Los Angeles 13, California  

Best, Best & Krieger  
Evans Building  
Riverside, California  

A. A. Bianchi  
Room 901  
400 Montgomery Street  
San Francisco, California  

Thomas J. Burke  
504 Granger Building  
San Diego 1, California  

Busch & Maroney  
367 North 2nd Avenue  
Upland, California  

Bert Bussini  
2233 Fulton Street  
Berkeley 4, California  

Donovan Ballenger  
309 Bank of America Bldg  
Glendale 4, Calif.  

Alfred S. Chapman  
Room 702  
606 South Hill Street  
Los Angeles 14, California  

Mabel Clausen  
320 First Trust Building  
Pasadena, California  

Clayson, Stark & Rothrock  
Security Bank Building  
Corona, California  
   Attn:  George G. Grover &  
        Owen Strange  

Charles H. Carter  
1025 Main Street  
Corona, California  

Raymond Choate  
127 West Anaheim Boulevard  
Wilmington, California  

Gordon Cologne  
45-596 Jackson St.  
P.O. Box 96  
Indio, California  

Grider, Tilson & Ruppe  
548 South Spring Street  
Los Angeles 13, California  
   Attn:  Tom Halde  

William J. Cusack  
Room 814  
307 West 8th Street  
Los Angeles, California  

Davidson & Russ  
16405 South New Hampshire Ave.  
Gardena, California  

Charles B. DeLong  
507 Harbor Insurance Building  
San Diego 1, California  

W. B. Dennis  
Route 1, Box 55  
Fallbrook, California  

Tom Halde  
1006 Santa Barbara  
Santa Barbara, Calif.  

EXHIBIT "A"

5418

Leonard J. Difani
220 Loring Building
Riverside, California

Emmett Doherty
Mitchell, Doherty & Mitchell
333 Roosevelt Bldg.
727 West 7th Street
Los Angeles 17, California

J. A. Donnelley & Richard P. MacNulty
2655 4th Avenue
San Diego, California

Lawrence E. Drumm
Suite 820
458 South Spring Street
Los Angeles 14, California

Ray C. Eberhard
Room 1231
215 West 7th Street
Los Angeles 14, California

Estudillo & Bucciarelli
3900 Market Street
Riverside, California

Daniel W. Gage
Room 740
458 South Spring Street
Los Angeles 13, California

Garver & Garver
Camas, Washington

Arthur M. Gediman
119 South Main Street
Elsinore, California

Leo Goodman
629 South Hill Street
Los Angeles 14, California

Charles Gorham
920 Avalon Blvd
Wilmington, California

Abraham Gottfried
424 South Beverly Drive
Beverly Hills, California

Frank E. Gray
202 South Hamilton Drive
Beverly Hills, California

Samuel A. Greenburg
1014 West Valley Boulevard
Alhambra, California

Alvin G. Greenwald
Suite 303
6505 Wilshire Boulevard
Los Angeles 42, California

Halverson & Halverson
Suite 611
704 South Spring Street
Los Angeles 14, California

Hammack & Pugh
541 South Spring Street
Room 1015
Los Angeles 13, California

Leslie B. Hanson
4412 York Boulevard
Los Angeles, California

Hash & Bernstein
31 South First Avenue
Phoenix, Arizona

Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

William Murray Hill
620-621 First National Bank Bldg.
San Diego 1, California

Samuel Hurwitz
100 West Chapman Street
Orange, California

Randolph Karr, Roy Jerome and
Harold B. Lentz
65 Market Street
San Francisco 5, California

-2-

EXHIBIT "A"

5419

Christopher M. Jenks, and
Orrick, Dahlquist, Herrington &
Sutcliffe
405 Montgomery Street
San Francisco 4, California
   Attn: Christopher M. Jenks

G. Norman Kennedy
Room 415
234 East Colorado Street
Pasadena, California

James H. Kindel Jr.
Suite 405
Rowan Building
Los Angeles 13, California

Kindell & Anderson
1016 North Broadway
Santa Ana, California

Robert Kingsley
3518 University Avenue
Los Angeles 7, California

M. E. Lewis
306 Heartwell Blvd.
Long Beach, California

Walter Gould Lincoln
770 Granadas Ave.
Solona Beach, California

Luce, Forward Kunzel & Scripps
1220 San Diego Trust & Savings Bldg
San Diego 1, California
   Attn: Robert E. McGinnis

Earl Malmrose
Room 651
1206 Maple Avenue
Los Angeles 15, California

Thomas P. Menzies
Room 803
458 South Spring Street
Los Angeles 13, California

Ernest L. Messner
5429 Crenshaw Boulevard
Los Angeles 43, California

Minton, Minton & Farrell
111 North Harvard Street
Hemet, California
   Attn: Carl W. Minton

Henry M. Moffatt
121 East 6th Street
Los Angeles 14, California

Neblett, Walker & Sullivan
3742 10th Street
Riverside, California
   Attn: John Neblett

A. J. O'Connor
639 South Spring Street
Los Angeles 14, California

O'Melveny & Myers
433 South Spring Street
Los Angeles 13, California

Parker, Milliken & Kohlmeier
650 South Spring Street
Los Angeles 14, California

Postel & Postel
400 Montgomery Street
San Francisco 4, California

Riedman, Dalessi, Shelton & Beyer
Suite 426
110 West Ocean Boulevard
Long Beach 2, California
Attn: Fred M. Riedman

Office of Riverside County Counsel
County Court House
Riverside, California
   Attn: Ray T. Sullivan, Deputy
         Alex B. Yakutis, Deputy

John L. Roberts
P.O. Box 507
Riverside, California

Robinson & Robinson
5 East Long Street
Columbus 15, Ohio

-3-    EXHIBIT "A"

5420

Saul Ruskin
229 Oasis Bldg.
121 South Palm Canyon Drive
Palm Springs, California

Sachse & Price
1092 South Main Street
Fallbrook, California

Office of San Diego County District Attorney
302 Civic Center
San Diego 1, California
  Attn: Milton Milkes
        Deputy District Attorney

Shatford & Shatford
5920 North Temple City Blvd.
Temple City, California

J. D. Skeen
522 Newhouse Building
Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, California

Snyder & Snyder
215 South LaCienega Boulevard
Beverly Hills, California

George Stahlman
Route 1, Box 235
Fallbrook, California

Stark & Champlin
Financial Center Building
Oakland 12, California

W. E. Starke
1130 Bank of America Building
San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

Stone & Moran
880 East Colorado Street
Pasadena, California

Sullivan & Sullivan
605 University
San Diego 3, California

Swing & Swing
313 Central Building
San Bernardino, California

Swing, Scharnikow & Staniforth
Suite 604
San Diego Trust & Savings Bank Bldg
San Diego 1, California
  Attn: Phil D. Swing

Tanner, Hanson & Myers
215 West 7th Street
Los Angeles 14, California
  Attn: John B. Myers

Harry E. Teasdall
114 North Main Street
Fallbrook, California

Thompson & Colegate
405 Citizens Bank Bldg.
Riverside, California

Van Dyke, Dellenback & McGoodwin
110 East 6th Street
Medford, Oregon

Paul Walker
10508 Reviera Place, N.E.,
Seattle 55, Washington

Robert W. Walker, Henry M. Moffatt,
Robert S. Curtiss
448 Santa Fe Building
Los Angeles, California
  Attn: Henry M. Moffatt

Watson, Hart & Nieras
5939 Monterey Road
Los Angeles 42, California

Weyl, Dunnaway & Weyl
6331 Hollywood Boulevard
Los Angeles 38, California

-4-    EXHIBIT "A"

5421

P. W. Willett
P.O. Box 103
Fallbrook, California

Dennett Withington
1317 "E" Street
San Bernardino, California

Wyckoff, Parker, Boyle & Pope
P. O. Box 960
Watsonville, California

Revised 2/24/59           -5-                                    EXHIBIT "A"

5422