```
 1  LUCE, FORWARD, KUNZEL & SCRIPPS
    1220 San Diego Trust & Savings Bldg.
 2
    San Diego 1, California
 3  BElmont 9-9244

 4  Attorneys for Defendants
```

**FILED**

SEP 17 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al,<br><br>　　　　　Defendants. | NO. 1247-SD-C<br><br>NOTICE OF MOTION<br>TO COMPEL ANSWER TO<br>REQUEST FOR ADMISSION |

TO THE UNITED STATES OF AMERICA AND J. LEE RANKIN, Solicitor General, AND WILLIAM E. VEEDER, its attorneys:

　　　　　YOU, AND EACH OF YOU, will please take notice that on September 22nd, 1959, at 10:00 AM at the Federal Court House at 325 West 'F' Street, San Diego, California, or as soon thereafter as counsel may be heard the Defendants CHARLES F. SAWDAY and RUTH CORNELL SAWDAY, WILLIAM P. ELSER and EDITH NOON ELSER, successors in interest to PAUL and MARGARET BRADSHAW, ELDRED NORTHRUP and ROSE M. NORTHRUP, successors in interest to ARTHUR W. and INEZ CAREY, EWART W. and MARY ALICE GOODWIN and the CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, a corporation, will move this Honorable Court for an order that the UNITED STATES OF AMERICA be directed to serve upon the above named Defendants in answer to request number IV, V, VI, VII, VIII, IX, XXII, XXIII and XXIV of the requests for admissions heretofore served upon the

-1-

5430

1  UNITED STATES OF AMERICA on September 19, 1958, either
2  (1) a sworn statement denying specifically the matters
3  of which an admission is requested or setting forth in detail
4  the reasons why it can not truthfully admit or deny those
5  matters or (2) written objections on the ground that some
6  or all of the requested admissions are privileged or
7  relevant or that the request is otherwise improper in whole
8  or in part together with a notice of hearing the objections
9  at the earliest practicable time, within a period of five
10 (5) days or that each of the matters of which an admission
11 has been requested shall be deemed admitted.
12         This Motion will be based upon the
13 files and records in this case.
14         DATED: the 16th day of Sept, 1959.

            LUCE, FORWARD, KUNZEL & SCRIPPS

            By Robert E. McGinnis

MEMORANDUM OF POINTS AND AUTHORITIES

         Rule 36 (a), Federal rules of Civil Procedure.

-2-

5431

**AFFIDAVIT OF SERVICE BY MAIL** (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.   U.S. DISTRICT COURT --- No. 1247-SD-C
STATE OF CALIFORNIA

Grace Senseney, being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence/business address is 1220 San Diego Trust & Savings Bldg., San Diego 1, California

That affiant served the attached Notice of Motion to Compel Answer to Request for Admission

by placing a true copy thereof in an envelope addressed to J. Lee Rankin, Soliciter General,

Department of Justice

at his residence/office address, which is Washington, D.C. and c/o U.S. Attorney,

325 West 'F' Street, San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

September 16, 195 9, deposited in the United States Mail at San Diego,

California _____ That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

September 16, 195 9.

Grace Senseney

_____
Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**

5432