LUCE, FORWARD, KUNZEL & SCRIPPS
1220 San Diego Trust & Savings Bldg.

San Diego 1, California
BElmont 9-9244

Attorneys for Defendants

FILED
SEP 22 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
               Plaintiff,
   -vs-
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al,
               Defendants.

NO. 1247-SD-C

AFFIDAVIT

        CHARLES F. SAWDAY, being first duly sworn, deposes and says:

        THAT he is one of the owners of the Rock Mountain Ranch in partnership with the Defendants named in the Notice of Motion to Remand the Trial of Certain Defendants to Hearing before Special Master except the Connecticut Mutual Life Insurance Company, Inc.;

        THAT his full time occupation is the management of the said ranch and raising forty seven acres of avocado trees which are located thereon and marketing the produce therefrom.

        THAT the ranch consists of · · · acres and lies to the immediate east of Sandia Creek and on either side of Brians Creek, a tributary to Sandia Creek; none of the ownership of the said ranch is contiguous to the Santa Margarita river.

      THAT the ranch and the above partnership formerly owned the following described real property consisting of approximately five (5) acres of land:

    Lot 1 (NW¼ of NW¼ of Section 7, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPTING therefrom that portion described as follows: Beginning at the Northwest corner of said Section 7, thence Eastward along the North line of said Section 7, thence Eastward along the North line of said Section 7 for a distance of 1152 feet to a point; thence at right angles and South to the South line of the NW¼ of NW¼ of said Section 7; thence at right angles and Westward along said South line to the West line of said Section 7, which point is the Southwest corner of the NW¼ of NW¼; thence at right angles and northward along said West line of said Section 7 to point of beginning.

which was contiguous to the said river. On this property was located a pump and sump by which water was formerly pumped from the Santa Margarita river under asserted prescriptive and riparian rights; on or about November 15, 1958, the above described property and all rights appurtenant thereto were sold to Fallbrook Public Utility District by way of settlement of a Condemnation suit theretofore filed by the said district.

      THAT thereafter a substantial portion of the above ranch was annexed into the said Public Utility District and upon payment of an annexation fee of Thirteen Thousand One

Hundred Fifty Dollars the ranch became entitled to receive water from the said district; that thereafter officials of the said district informed the undersigned that they have been authorized by the State Water Rights Board of California to appropriate 2.5 cubic feet per second of water from the Santa Margarita river from a point of diversion immediately adjoining the above described real property and that the district would supply water to the said ranch from the said appropriation; that the undersigned was informed by the General Manager of the said district that until the district had constructed facilities to serve the said ranch that the owners of the ranch in order to obtain water from the said river under the foregoing appropriation would be obliged to use of their own facilities, said water to be taken from the above mentioned point of diversion of the district; that thereafter and continuing until the present time the undersigned on behalf of the said ranch has been obtaining water from the said Fallbrook Public Utility District by use of facilities owned by the ranch including a pump and pipe lines;

During the summer of 1959 the said Fallbrook Public Utility District has connected a pipe from its pumping facilities to the pipe and pumping facilities owned by the ranch and at the present time water is being supplied to the ranch by the said district, one third through the power of the pumping facilities of the district, and approximately two thirds through the facilities owned by the ranch;

The undersigned concedes that the ranch has at the present time absolutely no right to obtain and use water from the Santa Margarita river except to receive the same from the said Fallbrook Public Utility District or any other agency authorized to appropriate water from the said river.

All water rights asserted by the above Defendants

-3-

5494

in the case now pending before this Honorable Court pertain to lands of the ranch which are contiguous to Brians Creek, a tributary of Sandia Creek, and which are in no way contiguous to the Santa Margarita river.

On or about September 14, 1959, the Board of Directors of the Fallbrook Public Utility District at a formal meeting voted to assume the operation of the pump and facilities of the ranch at a reasonable sum for the rental thereof and thereafter to furnish water to the ranch exclusively by operation of the district;

THAT on or about September 16, 1959, officials of the Fallbrook Public Utility District did in fact completely assume operation of the said pump and facilities pursuant to the said lease arrangement that since that time all water furnished to the ranch has been as a result of the facilities operated by the Fallbrook Public Utility District.

In view of the above the undersigned submit that it would be unduly burdensome and time consuming and create an undue hardship on these Defendants to require them to participate in the trial of the main case; instead the case of the said Defendants should be remanded to the hearings of the Special Master.

*Charles F. Sawday* (signature)

CHARLES F. SAWDAY

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

On this 18th day of September, 1959, before me, D. Culbertson, a Notary Public in and for the said County and State, residing therein, duly commissioned and sworn, personally appeared _____CHARLES F. SAWDAY_____ personally known to be to be the person whose name is subscribed to the within Instrument, and duly acknowledged to me that he has executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public in and for said
County and State.

Received
Sept 22, 1959
William N Keeder

-5-

5486