UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

NO. 1247-SD-C _ _ CIVIL

U.S.A.

MINUTES OF THE COURT

vs.

DATE: September 22, 1959

FALLBROOK, etc., et al

AT: San Diego, California

PRESENT: Hon. _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: _WILLIAM W. LUDDY_ Reporter _ JOHN SWADER _ _ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD, AND CHAS. SALTER.

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, PHIL SWING, FRANZ SACHSE, FRED GIRARD, ARTHUR LITTLEWORTH, WALTER G. LINCOLN, AND EMMET DOUGHERTY.

PROCEEDINGS: HEARING motion of Sawday, etc., to compel answer to interrogs.
HEARING motion of Sawday, etc., to remand trial of certain defendant to hearing before the Master.

At 10:20 A.M. convene herein.
IT IS ORDERED that both motions of Sawday be continued to November 3, 1959, at 10 A.M. for hearing.
Court and counsel Discuss interlocutory judgment as to Cosette and Jack Garner.
Fld stipulation and proposed inter judgment as to Garner.
Court and counsel discuss proposed judgment re 41 clients represented by Sachse.
At 11:15 A.M. a recess is declared by court.
At 11:25 A.M. reconvene.
Court and Counsel Discuss Vail Ex. No. J. IT IS ORDERED that Col Bowen and Sandy Wilkinson meet and assign arbitrary parcel Nos. to the various areas denoted on map.
Court and counsel discuss continuance. IT IS ORDERED that upon completion of todays hearing that cause will be continued to November 3, 1959, at 10 A.M. for further court trial.
Court and counsel discuss vail irrigable acreage.
IT IS ORDERED that attorney Stahlman prepare memo on the evidence he intends to rely on that has been presented in regards to irrigable acreage.
IT IS ORDERED that Attorney Stahlman file supplemental pleading re stipulated Judgment before November 3, 1959.
At 12:10 P.M. a recess is declared herein to November 3, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By

5482