FILED
SEP 22 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| v. ) | ORDER GRANTING FURTHER |
| FALLBROOK PUBLIC UTILITY ) | EXTENSION |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Good cause having been shown, the Order, entered June 23, 1959, permitting representatives of the United States of America to make water-level measurements, is hereby extended for an additional ninety days.

Dated: September 22, 1959

_____
James M. Carter
Judge, United States District Court

5489