FILED

SEP 22 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )   No. 1247-SD-C
                  Plaintiff,        )
                                    )
     v.                             )   ORDER GRANTING FURTHER
                                    )
FALLBROOK PUBLIC UTILITY            )   EXTENSION
DISTRICT, et al.,                   )
                                    )
                  Defendants.       )

Good cause having been shown, the Order On Motion To Go on Vail Company Property To Set Water-Level Recorders and Manometers, entered June 25, 1959, is hereby extended for an additional ninety days.

Dated: September 22, 1959

James M. Carter
United States District Judge

5498