FILED

SEP 25 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al,

    Defendants.

Civil No. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

I hereby substitute myself in pro persona as my attorney in the place and stead of BEST, BEST & KRIEGER.

Dated:  July 7, 1959

James Oviatt
617 South Olive Street, Los Angeles 14.

We hereby consent to said substitution.

Dated: 7/7/59

BEST, BEST & KRIEGER

By _____

IT IS SO ORDERED
DATED 9/x5/59

_____
STATES DISTRICT JUDGE

5497

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
400 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA