Case 3:51-cv-01247-JO-SBC   Document 4075   Filed 10/07/59   PageID.14314   Page 1 of 2

```
BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California.

OVerland 6-1450
```

FILED
OCT 7 - 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>-vs-<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br>　　　　　　　　Defendants. | Civil No. 1247-SD-C<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS. |

　　　　NOTICE IS HEREBY GIVEN that James Oviatt, 617 South Olive Street, Los Angeles, California, has been substituted in propria persona in the place and stead of Best, Best and Krieger, Box 1028, Riverside, California.

　　　　DATED:　This 5th day of October, 1959.

　　　　　　　　　　　　　　　　　BEST, BEST AND KRIEGER

　　　　　　　　　　　　　　　　　By: *Arthur L. Littleworth*

5499

U.S. v. FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

**PROOF OF SERVICE BY MAIL**

(Copy of Document Must Be Attached)

Case No. Civil No. 1247-SD-C

I, the undersigned, say: I am a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is 4200 Orange Street, Riverside, California.

That on the 6th day of October, 19 59, I served a copy of the attached paper, to-wit:

NOTICE OF SUBSTITUTION OF ATTORNEYS

by depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

J. Lee Rankin, Esq., Solicitor General, Office of the Solicitor General, Washington, DC.
William H. Veeder, Esq., 222 Federal Building, Yakima, Washington.
Franz Sachse, Esq., 1092 South Main Street, Fallbrook, California.
George Stahlman, Esq., Route 1, Box 235, Fallbrook, California.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on October 6th, 19.9, at Riverside, California.

(Signature)

**PROOF OF SERVICE BY MAIL**

1013 a(1) & 2015.5 C.C.P.
Form No. 125

5570