GEORGE STAHLMAN
Attorney at Law
Route #1, Box 235
Fallbrook, California

Telephone: RAndolph 8-2310

Attorney for VAIL COMPANY

FILED
OCT 13 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, et al. Defendants

NO: 1247-SD-C

REQUEST FOR ADMISSIONS AND INTERROGATORIES

REQUEST FOR ADMISSIONS

Request for Admissions herein are made under Federal Rules of Civil Procedure Rule 36. That said Request for Admissions are all in connection with a certain document submitted by COLONEL ROBERTSON of the Marine Corps in open Court in connection with the investigation by the United States of the properties of the Rancho Santa Margarita prior to the purchase of said Rancho Santa Margarita by the Government, and a oopy of said Report is hereby attached and marked Exhibit "A" of this request.

1. Request that the United States of America admit that the copy of the document attached hereto and marked Exhibit "A", is a correct copy of a document submitted by R. PARDOW HOOPER to LT. COL. JOHN T. ZELLARS, 9th Corps Area Headquarters, Presidio of San Francisco, San Francisco, California, dated February 24th, 1941.

2. A copy of said document was produced in Court by COLONEL ROBERTSON of the United States Marine Corps upon Order of the Court.

~~ROBERT G. WALWICK~~
ATTORNEY AT LAW
~~NORTH NEVADA~~
~~ANSIDE, CALIF.~~
TELEPHONE
~~TOGA 2-4282~~

5501

3. That said document produced by COLONEL ROBERTSON was a copy of a document contained in the official files of the United States of America, and that the copy produced in Court was obtained from that source.

INTERROGATORIES:

Defendant VAIL COMPANY, herein submits interrogatories to the United States of America, plaintiff in the within action, under Federal Rules of Civil Procedure Rule 33, and request that the plaintiff reply under oath to the following interrogatories: All interrogatories are queries in connection with that document heretofore referred to and marked Exhibit "A", a copy of which is attached hereto:

1. Who were the five Officers comprising the Army Board who inspected the RANCHO SANTA MARGARITA prior to February 24th, 1941?

2. On what dates did said Army Board of Inspection inspect properties of Rancho Santa Margarita?

3. Did the army Board of Inspection submit a report of the inspection to the Rancho Santa Margarita?

4. If not, to whom did the five Officers of the Army Board report?

5. What was the first date on which any representative of the United States Government, or any of its Agents, first contacted any person or persons connected with the Rancho Santa Margarita Ranch, or Santa Margarita Corporation relative to an inspection regarding the possibility of purchase of the Rancho Santa Margarita by the United States Government?

6. What was the location of the 2500 acres referred to in the last paragraph on Page 1 of Exhibit "A" selected by the Government as desirable for cantonment sites?

7. What date was the selection of said 2500 acres made?

8. Give a description and the location of the wells referred to under the subject WATER on Page 2 of Exhibit "A" referred to as "Capable of supplying from 1500 to 3000 gallons per minute", and the description of any well referred to in said Paragraph supplying "3000 gallon per minute which alone would supply 30,000 men at the rate of 100 gallons per man daily."

9. Did R. PARDOW HOOPER submit to the United States of America

ROBERT G. WALWICK
ATTORNEY AT LAW
322 NORTH NEVADA
OCEANSIDE, CALIF.
TELEPHONE
SARATOGA 2-4222

5502

written figures as to the amount of the rental value and the fair selling price of said Ranch? (This question referred to under subject of AVAILABILITY on Page 3 of Exhibit "A").

10. On what date was the information in last Paragraph furnished?

The following questions have reference to subject matter contained in Page 4 of Exhibit "A":

11. On what date did Mr. H. W. DENNIS of the Construction Quarter-master's Office first call on R. PARDOW HOOPER to obtain information in connection with Rancho Santa Margarita?

12. Did the United States, through H. W. DENNIS of the Construction Quartermaster's Office obtain through R. PARDOW HOOPER, stream flow and other water data relative to Santa Margarita River?

13. If the answer to this question 12 is "yes", what was the stream flow and water data relative to Santa Margarita River that was furnished?

14. Was soil classification data furnished by R. PARDOW HOOPER to H. W. DENNIS of the Construction Quarter-master's Office?

15. What was this soil classification data?

16. Were well logs and water analysis of the Ranch being studied by W. H. DENNIS prior to the purchase by the United States Government of the Rancho Santa Margarita?

17. On what date did Mr. Dennis make such a study?

18. What information was gathered prior to the purchase of Rancho Santa Margarita by the United States Government, on well logs and water analysis?

19. State what information was obtained in connection with well logs and water analysis prior to the purchase of Rancho Santa Margarita by the United States Government?

20. What was the earliest date on which the United States Government gave any consideration to the purchase of the Rancho Santa Margarita?

GEORGE STAHLMAN
Attorney for Vail Company

ROBERT S. WALWICK
ATTORNEY AT LAW
322 NORTH NEVADA
OCEANSIDE, CALIF.
TELEPHONE
SARATOGA 2-4222

5503

REPORT BY R. PARDOW HOOPER

DATED: February 24, 1941

ROBERT S. WALWICK
ATTORNEY AT LAW
322 NORTH NEVADA
OCEANSIDE, CALIF.
TELEPHONE
SARATOGA 2-4222

5534

EXHIBIT "A"

EXHIBIT A

COPY

R. PARDOW HOOPER
[illegible] Street
San Francisco, Calif.

Lieut. Colonel John T. [illegible]
[illegible] Corps Area Headquarters
Presidio of San Francisco
San Francisco, California

February [illegible], 1941

RE: Rancho Santa Margarita
San Diego County, Calif.

Dear Sir:

In line with the recent inspection of the above captioned property by your Army Board of [illegible] officers, the writer [illegible] submits the following pertinent data relative to that portion of said ranch [illegible] of the [illegible] line between the San Diego and [illegible] Counties [illegible] acres, more or less.

LOCATION:

[illegible] along the Pacific Ocean [illegible] from [illegible] Point on the North to the town of Oceanside on the South. [illegible] miles North and South.

The city of Los Angeles is [illegible] miles to the North and the city of San Diego [illegible] miles to the South. [illegible] San Clemente, Fallbrook and Oceanside are adjacent to said ranch.

The Cleveland National Forest adjoins the Northeast corner of the ranch.

TOPOGRAPHY:

[illegible]

ACCESSIBILITY:

California State Highway No. 101 [illegible] Santa Fe Railroad [illegible] Oceanside [illegible] to the town of Fallbrook.

There is an airplane landing field [illegible] miles North of the city of Oceanside [illegible] Civil Aeronautics Authority.

[illegible]

COPY

[illegible] -6- [illegible]

[illegible]

(1) [illegible]

(2) [illegible]

(3) [illegible]

(4) [illegible]

(5) [illegible]

(6) [illegible]

[illegible]

[illegible] /s/ [illegible]

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)

(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO }
STATE OF CALIFORNIA } ss.

Case Number 1247-SD-C

Julia A. Whites being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is 322 North Nevada, Oceanside, California

That affiant served the attached Request for Admissions and Interrogatories

by placing a true copy thereof in an envelope addressed to J. Lee Rankin - Solicitor General

at his ~~residence~~ office address, which is United States Department of Justice, Washington D. C.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

12th October, 1959, deposited in the United States Mail at Oceanside, California

That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

12th October, 1959

[signature]

Notary Public in and for the County of San Diego, State of California
(SEAL)

My Commission Expires January 21, 196[illegible]

Julia A. Whites [signature]

Julia A. Whites

5509

Copy Recd

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 3-59 30M PP