J. LEE RANKIN
SOLICITOR GENERAL
 Department of Justice
Washington 25, D. C.

Attorney for the
UNITED STATES OF AMERICA

FILED

OCT 21 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By m+c_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )  NO. 1247-SD-C
   v.  )  NOTICE
                                       OF
FALLBROOK PUBLIC UTILITY DISTRICT,  )  MOTION TO STRIKE
ET AL.,  )  REQUEST FOR ADMISSIONS AND
        Defendants.  )  INTERROGATORIES

    Please take notice that the attached Motion to Strike Request for Admissions and Interrogatories, which Request for Admissions and Interrogatories was received October 16, 1959, will be presented to the above-entitled Court in Courtroom No. 2, United States District Court, 325 West F Street, San Diego 1, California, on the 3rd day of November, 1959, at 10:00 a.m. or as soon thereafter as counsel can be heard.

    Dated: October 20, 1959

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

5510

J. LEE RANKIN
SOLICITOR GENERAL
Department of Justice
Washington 25, D. C.

Attorney for the
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 1247-SD-C |
| v. | MOTION TO STRIKE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | REQUEST FOR ADMISSIONS AND INTERROGATORIES |
| Defendants. | |

Comes now the United States of America and objects to the "Request for Admissions and Interrogatories," received on October 16, 1959, purportedly submitted by counsel for Vail Company, upon the following grounds and for the following reasons:

They were not signed;

WHEREFORE, the United States of America respectfully moves this Court for an order striking the "Request for Admissions and Interrogatories" to which reference has been made, and relieving the United States of America of the responsibility of responding to them.

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: October 20, 1959

5511

1  J. LEE RANKIN
   SOLICITOR GENERAL
2  Department of Justice
   Washington 25, D. C.
3
   Attorney for the
4    UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 1247-SD-C |
| v. | ) | MEMORANDUM IN SUPPORT OF MOTION TO STRIKE REQUEST FOR ADMISSIONS AND INTERROGATORIES |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | ) | |
| Defendants. | ) | |

There was received in the Office of the Solicitor General of the United States of America on the 16th day of October, 1959, a form designated "Request for Admissions and Interrogatories". That form was not signed by any representative of the Vail Company from whom the form was purportedly submitted.

Federal Rule of Civil Procedure No. 7 relates to pleadings, motions, and other papers. Paragraph (b) (2) of that rule declares that:

"The rules applicable to captions, signing, and other matters of form of pleadings apply to all motions and other papers provided for by these rules."

Turning to Federal Rule of Civil Procedure No. 11, it provides:

"Every pleading of a party represented by an attorney shall be signed by at least one attorney of record in his individual name, whose address shall be stated. * * * If a pleading is not signed or is signed with intent to defeat the purpose of this rule, it may be stricken

5512

- 1 -

as sham and false and the action may proceed as though the pleading had not been served."

On the subject Moore declares:

"All pleadings, motions and papers in an action are to be signed. The subscription is to be made by at least one attorney of record in his individual name, and his address is to be stated, when a party is represented by counsel. * * *" [1]

Relative to Rule 7 (b) (2), quoted above, Moore states, moreover:

"Paragraph (2) of subdivision (b) conforms motions and other papers to the general rules of pleadings in so far as those rules are applicable. Embraced within the term 'other papers' are affidavits, depositions, written notices, appearances, demands, offers, and the like. Rule 10 requires that the caption of the complaint contain the names of all the parties, but this requirement may be dispensed with in motions and other papers, covered by Rule 7 (b) (2). A motion, notice, appearance, demand, offer and such papers should be signed, usually by an attorney, as prescribed by Rule 11 for the signing of pleadings, and his signature constitutes the same type of certificate as it does when appended to a pleading." [2]

Observed is the fact that provision is made in Federal Rules of Civil Procedure, No. 33, that "Any party may serve upon any adverse party written interrogatories * * *." (Emphasis supplied) Similarly, provision is made in Federal Rule of Civil Procedure No. 36 that "After commencement of an action a party may serve upon any other party a written request for the admission by the latter of the genuineness of any relevant documents * * *." (Emphasis supplied) It is manifest that when "papers" of the nature here

---

[1] 2 Moore's Federal Practice, page 2102.

[2] 2 Moore's Federal Practice, page 1514.

1 involved are presented, the requirements of Rule 7 (b) (2) and Rule 11
2 alluded to above, the rules respecting signature, are applicable.
3    Accordingly, the United States of America respectfully requests
4 this Honorable Court to grant the motion to strike of which this memorandum
5 is in support.

              UNITED STATES OF AMERICA

              */s/ J. Lee Rankin*
              J. LEE RANKIN,
              Solicitor General

              */s/ William H. Veeder*
              WILLIAM H. VEEDER,
              Attorney, Department of Justice

Dated: October 20, 1959