ENTERED

APR 7 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............................
Deputy Clerk

F I L E D

OCT 22 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>              Defendants,<br><br>STATE OF CALIFORNIA,<br><br>        Intervening Defendant. | No. 1247-SD-C<br><br>INTERLOCUTORY JUDGMENT<br><br>No. 2 |

On February 11, 1959, Honorable James M. Carter, Judge,
having considered the mandate of the Court of Appeals remanding this
cause for trial with a direction for the joinder of all owners of
lands in the watershed of the Santa Margarita River; defendants here-
after named having disclaimed any right, title or interest in and to
rights to the use of water of the Santa Margarita River or its tribu-
taries which are the subject matter of this litigation; this Court
having heard arguments of counsel and based upon the record of the
case, including the admissions of the United States of America made in
connection with defendants' disclaimers; does hereby enter Findings
of Fact, Conclusions of Law and Interlocutory Judgment respecting
these defendants:   AUSTIN, Jack; BRAGG, Edward E. and Gleneta;
CALAVO GROWERS OF CALIFORNIA; CARDON, C. W. and Jean; CARTWRIGHT, Marion
L.; CHAPMAN, Harry A. and Sybil E.; FALLBROOK ASSEMBLY OF GOD, a Corp.;

135

GATES, Helen; HALL, Anne B. as Surviving Joint Tenant of Anne B. and
E. Gordon Hall; HESS, Melvin K. and Margaret Z.; HOOVER, Alonzo V.;
LAUGHLIN, Harvey N. and Mildred; SHELD, Calvin G. and Cora E.; WARREN,
Grace B.; RIGGLE, O Lester and Maude A., and George Elmore and Dorothy
L. Shoudy; ROBINSON, J. D. and Laura A.; WOODS, Clarence O.; ALGERT,
Paul K. and Jean S.; ADKINS, Merle C. and Juanita L.; KOSTICH, Samuel V.;
SIEVERS, Linden H. and Betty Ann; TURNER, Tom; COSTELLO, Roy H. and
Flora H.; KENTIS, John B. and Penelope C.; LOUDERMILK, Sherman C. and
Dorothy L; OGDEN, Robert Nash and Rose Marie; MARTIN, Milton P. and
Maggie E.; OSBORNE, Donald K. and Maxine K.; WILLIAMSON, O. B. as
Executor of the Estate of Maurine Nash Barkeij; ROMAN CATHOLIC BISHOP
OF SAN DIEGO, Charles Francis Buddy, Incumbent; SCHULTZ, James G. and
Delta A.

I

## FINDINGS OF FACT

The Court finds as to the above-named defendants and other
parties hereto as follows:

1. Defendants are the apparent owners of the lands described
in Exhibit A hereto attached.

2. The said lands do not abut upon and are not riparian
to any stream.

3. The Answers heretofore filed by the defendants contain
a disclaimer, or they subsequently disclaimed, of any right, title or
interest in or to the use of the waters of the Santa Margarita River
or its tributaries.

4. All waters underlying the lands of said defendants are
vagrant, local, percolating waters, not a part of any surface or sub-
surface stream or sub-surface basin of the Santa Margarita River or
its tributaries.

5. The United States of America claims no right and has

- 2 -

no right, title or interest in or to the above-mentioned vagrant,
local, percolating waters underlying defendants' lands, those per-
colating waters not being a part of any surface or sub-surface stream
or sub-surface basin of the Santa Margarita River or its tributaries.

6.  The use by the defendants of the vagrant, local percolat-
ing waters underlying defendants' lands, those percolating waters not
being a part of any surface or sub-surface stream or sub-surface basin
of the Santa Margarita River or its tributaries, has not and will not
cause the intrusion of salt water into the underground basins of
Camp Pendleton and does not injure nor threaten to injure the plaintiff.

II

CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1.  The above-named defendants have no rights to the use of
the waters of the Santa Margarita River or its tributaries.

2.  The rights of the United States of America, and all other
parties in this action having rights, to the use of the waters of the
Santa Margarita River and its tributaries, as such rights are, or may
hereafter be determined by this Court, shall be forever quieted against
any and all adverse claims of the above-named defendants.

3.  The United States of America and all other parties in
this action having rights to the use of the waters of the Santa Margarita
River and its tributaries, have no rights in or to any of the waters
underlying the lands of the above-named defendants, those waters being
vagrant, local, percolating, not a part of any surface or sub-surface
stream or sub-surface basin of the Santa Margarita River or its
tributaries.

4.  The rights of the above-named defendants to the use of
the vagrant, local, percolating waters underlying defendants' lands,
those percolating waters not being a part of any surface or sub-surface
stream or sub-surface basin of the Santa Margarita River or its

136A

1   tributaries, shall be forever quieted against any and all adverse claims
2   of the plaintiff herein.

### III

#### INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1.  The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2.  The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3.  The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4.  The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5.  The rights of the above-named defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

- 4 -

137

1  River or its tributaries, are forever quieted against any and all

2  adverse claims of the United States of America and all other parties in

3  this action having rights to the use of the waters of the Santa Margarita

4  River and its tributaries, and they and their successors in interest are

5  forever restrained from asserting, claiming or setting up any right, title

6  or interest in or to such vagrant, local, percolating waters underlying

7  defendants' above-described lands, those percolating waters not being a

8  part of any surface or sub-surface stream or sub-surface basin of the

9  Santa Margarita River or its tributaries, adverse to defendants herein.

10      6.  The Findings of Fact, Conclusions of Law and Interlocutory

11  Judgment, are not applicable to and do not in any way pertain to the

12  respective correlative rights among themselves of the parties to this

13  cause in regard to the use of the vagrant, percolating, local, waters

14  underlying the lands of the parties, these vagrant, percolating, local

15  waters not being a part of any surface stream or sub-surface stream or

16  sub-surface basin of the Santa Margarita River or its tributaries.

17

18      IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the

19  decisions of the United States Court of Appeals for the Ninth Circuit,

20  California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is

21  not a final decree but is interlocutory in character and by reason of

22  the Order by this Court that all parties are adverse one to another,

23  thus dispensing with cross-pleadings, all other parties to this pro-

24  ceeding may object to these Findings of Fact, Conclusions of Law and

25  Interlocutory Judgment and will be given full opportunity upon due notice

26  to interpose their objections to these Findings of Fact, Conclusions of

27  Law and Interlocutory Judgment.

28

29

30

31  Dated:  Oct 1r 1959

JAMES M. CARTER
Judge, United States District Court

32

- 5 -

138

EXHIBIT A

| DEFENDANT | DESCRIPTION |
|---|---|

**AUSTIN, JACK**

PARCEL 1

Lot 1 of Shipley Tract, West Fallbrook, according to the Map thereof No. 132, filed in the office of the Recorder of said San Diego County, August 22, 1887.

ALSO the West 40 feet of the East 96.29 feet of the South 40 feet of the North 421.69 feet of Lot 6, of SHIPLEY TRACT, West Fallbrook, according to the Map thereof No. 132 filed in the office of the Recorder of said San Diego County August 22, 1887 for a well site as excepted and reserved in Deed recorded December 29, 1945, in Book 2020, Page 125 of Official Records.

ALSO an easement for an electrical power line and for the construction and maintenance of a pipe line for the transportation of water over the West 14 feet of the East 96.29 feet of the North 381.69 feet of said Lot 6, with the right to extend laterals or tunnels for a distance of not more than 300 feet from the above described well site.

ALSO an easement for road purposes over the North 391.60 feet of the East 156 feet of said Lot 6.

PARCEL 2

Lot 2 of Shipley Tract of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 132, filed in the office of the County Recorder of San Diego County August 22, 1887.

EXCEPTING THEREFROM that portion described as follows:

Commencing at the intersection of the Southerly prolongation of the East line of said Lot 2 with the center line of Alvarado Street as shown on said Map No. 132; thence along said center line, South 89° 52' 30" West, 160.61 feet to the TRUE POINT OF BEGINNING; thence continuing along said center line, South 89°52'30" West, 145.49 feet; thence North 1°06'30" West, 487.89 feet; thence parallel with said center line of Alvarado Street, North 89°52'30" East, 145.49 feet; thence South 1°06'30" East, 487.89 feet to the TRUE POINT OF BEGINNING.

An easement and right of way for the installation, operation and maintenance of a water pipelaine over, under, along and across the Southerly 6 feet of Lot 2 of Shipley Tract of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 132, filed in the office of the County Recorder of San Diego County August 22, 1887.

LAW OFFICES
BACHSE AND PRICE
1098 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A - Page One

| | | |
|---|---|---|
| 1 | BRAGG, EDWARD E. and GLENITA | North 285 feet of West 145 feet of Lot 7, Shipley Tract, West Fallbrook, Map 132 filed August 22, 1887 |
| 3 | CALAVO GROWERS OF CALIFORNIA | That portion of the West Half of the Northeast Quarter of the Northwest Quarter and that portion of the East 49 rods of the Northwest Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows: |

Beginning at the Southeast corner of said West Half of the Northeast Quarter of Northwest Quarter; thence along the South line of said West Half and along the South line of said Northwest Quarter of Northwest Quarter South 89° 51' West 874.61 feet; thence North 16° 56' 40" West 67.90 feet; thence North 0° 09' West 181.29 feet to the true point of beginning; thence continuing North 0° 09' West 67.21 feet; thence North 88° 42' West 271.30 feet to a point in the Southeasterly line of the right of way conveyed by Ralph A. Hawley et ux, to the Atchison, Topeka and Santa Fe Railway Company by deed dated May 1, 1917 and recorded in Book 734, page 365 of Deeds, being a point in a curve concave Southeasterly having a radius of 714.50 feet, the radial line through said point bears North 42° 59' 49" West; thence Northeasterly along said curve 541.38 feet to the end thereof; thence on a tangent to said curve and along the South line of said right of way South 89° 35' East 222.35 feet; thence South 0° 06' 25" West 259.33 feet; thence South 89° 28' 40" West 442.91 feet to the true point of beginning.

| | | |
|---|---|---|
| 23 | CARDON, C. W. and JEAN | Lot 1, Block 21, of WEST FALLBROOK, according to the Map thereof No. 743 filed in the office of the County Recorder of San Diego County on March 6, 1893. |

Lots 2 and 3, Block 21, of the Survey shown subdivision of a portion of the West Half of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Base & Meridian, commonly called WEST FALLBROOK, according to the Map thereof No. 162 filed in the office of the County Recorder of San Diego County on May 4, 1885.

| | | |
|---|---|---|
| 30 | CARTWRIGHT, Marian L. | Lots 1 through 3 and Lots 8 through 10, Block 61, Town of Fallbrook. |

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A - Page Two

CHAPMAN, Harry A. and Sybil E.

That portion of the South Half of the Southeast Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, lying North of a line drawn parallel with the South line of said Section 1 and distant 465.80 feet Northerly at right angles from said South line, described as follows:

PARCEL 1

Beginning at the Southeast corner of said Section 1; thence along the South line of said Section 1 South 89° 31' West 859.75 feet; thence North 0° 25' 40" West 465.80 feet to the North line of the South 465.80 feet of said Section 1, and true point of beginning; thence along said North line of the South 465.80 feet of Section 1 South 89° 31' West 500 feet; thence North 0° 25' 40" West 434.90 feet; thence North 89° 20' 50" East 500 feet to the West line of the tract of land conveyed to William A. James, et ux., by deed recorded October 14, 1949 in Book 3350, page 449 of Official Records; thence along said West line South 0° 25' 40" East 436.42 feet to the true point of beginning.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A

142

|  |  |  |
|---|---|---|
| 1 | FALLBROOK ASSEMBLY OF GOD | and 5<br>Lots 3/in Block 7 of West Fallbrook, in<br>the County of San Diego, State of |
| 2 |  | California, according to Map thereof No. |
| 3 |  | 567 filed in the office of the County<br>Recorder on October 9, 1888. |
| 4 | HELEN GATES | Parcel 1<br>Block 125 of West Fallbrook, in the |
| 5 |  | County of San Diego, State of California, |
| 6 |  | as per Map and Survey made by O. M.<br>Sanford in January, 1887, now on file |
| 7 |  | and of record in the office of the<br>County Recorder of San Diego County. |
| 8 |  | EXCEPTING THEREFROM the South 305.56 |
| 9 |  | feet thereof measured along the Easterly<br>line of said Block. |
| 10 |  | ALSO that portion of the West 10 feet of |
| 11 |  | Summit Street adjoining said land on the<br>East, as closed to public use. |
| 12 |  | Parcel 2<br>All that portion of Rancho Santa Mar- |
| 13 |  | garita y Las Flores, in the County of<br>San Diego, State of California, as |
| 14 |  | delineated upon a Map in Book 7 of<br>Patents, page 39, and as shown by Record |
| 15 |  | of Survey Maps Nos. 794 and 831, records<br>of San Diego County, described as |
| 16 |  | follows: |
| 17 |  | Beginning at a point in the East line of<br>said Rancho Santa Margarita y Las Flores, |
| 18 |  | distant thereon South 7°04' 52.98" West<br>8924.08 feet from Corner No. 1 of said |
| 19 |  | Rancho, said point being on the Westerly<br>prolongation of the center line of |
| 20 |  | Alvarado Street as same is shown on Map<br>of West Fallbrook No. 567; thence con- |
| 21 |  | tinuing along said Easterly boundary line<br>South 7°04'52.98" West 653.94 feet; |
| 22 |  | thence North 89° 23' 47" West 127.82 feet<br>to a 5/8 inch iron pin; thence North |
| 23 |  | 6°52'50" East 655.03 feet to a 1 1/2<br>inch iron pipe marked "R.S.M.--Alvarado"; |
| 24 |  | thence South 88°48' East 129.97 feet to<br>the point of beginning. |
| 25 |  |  |
| 26 |  | EXCEPTING THEREFROM all that portion<br>thereof lying South of the Westerly |
| 27 |  | prolongation of the North line of the<br>South 305.56 feet of Block 125 of West |
| 28 |  | Fallbrook, according to Map thereof<br>No. 567, said distance being measured |
| 29 |  | along the Easterly line of said Block. |
| 30 | HALL, ANNE B. | That portion of the Southwest Quarter of<br>the Southeast Quarter of Section 24, |
| 31 |  | Township 9 South, Range 4 West, San<br>Bernardino Meridian, in the County of |
| 32 |  | San Diego, State of California, according<br>to United States Government Survey<br>approved June 11, 1880, described as |

LAW OFFICES<br>SACHSE AND PRICE<br>1092 S. MAIN STREET<br>FALLBROOK, CALIF.<br>RANDOLPH 8-1154

EXHIBIT A - Page Three

ANNE B. HALL
(Continued)

follows:

Beginning at the Northwest Corner of the
Southwest Quarter of the Southeast
Quarter of Section 24; thence South
89°07'45" East along the North line of
said Southwest Quarter a distance of
551.14 feet to a point on said North line
which is distant North 89°07'45" West a
distance of 120 feet from the center line
of County Highway Commission Highway #1-
C, said point being the true point of
beginning; thence continuing along said
North line South 89° 07' 45" East a
distance of 120 feet to said center line
of said Highway 1-C; thence South 0°36'
West along said center line of said
Highway 1-C a distance of 100 feet;
thence West and parallel to said North
line 120 feet; thence North and parallel
to said center line 100 feet more or
less, to the true point of beginning.
Known as 701 South Main Street, Fallbrook,
California.
Containing 1/3 acre more or less.

Parcel #3

That portion of the Southeast Quarter of
the Northwest Quarter of the Southeast
Quarter of Section 24, Township 9 South,
Range 4 West, San Bernardino Meridian,
in the County of San Diego, State of
California, according to United States
Government Survey approved June 11, 1880
described as follows:

Beginning at the Southwest corner of said
Southeast Quarter of Northwest Quarter
of Southeast Quarter; thence along the
South line of said Southeast Quarter of
Northwest Quarter of Southeast Quarter
South 89°06'45" East 188.61 feet to the
Southwest corner of the tract of land
conveyed to J. Petri, et ux, by deed
recorded May 10, 1948 as Document No.
46770 in Book 2793, page 13, of Official
Records; thence along the West line of
said land of Petri, North 0°22'45" East
460.69 feet to the Easterly prolongation
of the South line of the Tract of Land
conveyed to Placido Mora by deed recorded
August 17, 1949 in Book 3290, page 332 of
Official Records as Document No. 75429;
thence along said Easterly prolongation
and along the South line of said land of
Mora, North 89°07'30" West 188.07 feet to
the West line of said Southeast Quarter
of Northwest Quarter of Southeast Quarter;
thence thereon South 0°26'45" West 460.65
feet to the point of beginning.  EXCEPTING
therefrom the North 90 feet thereof.
Portion of property occupied by BUY AND
SAVE Market, Fallbrook.

LAW OFFICES
BACHSE AND PRICE
1082 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH B-1184

EXHIBIT A  -  Page Four

143

ANNE B. HALL
(Continued)

**Parcel #4**

**A** That portion of North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 24; thence along the South line of said North Half of the Southeast Quarter North 89°06'45" West 1139.59 feet to the Southwest corner of the tract of land conveyed to J. Petri, et ux, by deed recorded on May 10, 1948 in Book 2790, page 43 of Official Records and the true point of beginning; thence along the West line of said land of Petri North 0°22'45" East 340 feet to the Southwest corner of the land conveyed to Alvin B. Matteson and Dorothy Matteson, husband and wife, by deed recorded June 2, 1953 as instrument No. 75624; thence along the South line of said Matteson land South 89°06'45" East 121.37 feet to the Northwest corner of the land conveyed to Rosa Harmon by deed recorded September 27, 1951 in Book 4246, page 429 of Official Records; thence South along the West line of said Harmon's lands 340 feet to the South line of the Southeast Quarter of the Northwest quarter of the Southeast Quarter; thence West along said South line 121.37 feet to the true point of beginning.

EXCEPTING THAT PORTION of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian. In the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880 described as follows:

Beginning at the Southeast corner of West Half of the Northeast Quarter of said Southeast Quarter of Section 24; thence along the South line of the North Half of Southeast Quarter North 89°06'45" West 1139.59 feet to the Southwest corner of the tract of land conveyed to J. Petri, et ux, by deed recorded May 10, 1948 in Book 2790, page 43 of Official Records and the true point of beginning; thence along the West line of said land of Petri, being parallel with the East line of said West Half of the Northeast Quarter of Southeast Quarter, North 0°22'45" East 120.00 feet; thence parallel with said South line of North Half of Southeast Quarter South

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT **A** - Page Five

144

| | | |
|---|---|---|
| 1 | **ANNE B. HALL** | 89°06'45" East 121.37 to the Westerly |
| | (Continued) | line of said Harmon's land; thence Souther- |
| 2 | | ly along the said Westerly line 120 feet |
| | | to the said South line of the North Half |
| 3 | | of Southeast Quarter; thence North 89° |
| | | 06'45" West 121.37 feet to the true point |
| 4 | | of beginning. |

5   HESS, MELVIN K. and    That portion of Lot 1, in Section 25,
    MARGARET Z.         Township 9 South, Range 4 West, San Ber-
6                       nardino Meridian, in the County of San
                        Diego, State of California, according to
7                       United States Government Survey approved
                        June 11, 1880, described as follows:
8
9   Beginning at a point on the East line of
    said Lot 1, 1688.30 feet South from the
10  Southwest corner of the Northeast Quarter
    of the Southwest Quarter of Section 24,
11  said Township 9 South, Range 4 West, being
    the Southeast corner of that certain tract
12  of land conveyed to B. T. Blackburn by
    deed recorded October 4, 1888, in Book 134,
13  page 474 of Deeds; thence along the East
    line of said Lot 1 South 0°32' East 160.06
14  feet; thence North 88°57'30" West 397.56
    feet; thence North 10°28'30" West 163.29
15  feet to the South line of said land of
    Blackburn; thence along said South line of
16  Land of Blackburn South 88°57'30" East
    425.76 feet to the point of beginning;
17  EXCEPTING therefrom that portion thereof
    conveyed by Ominus A. Anderson, et ux, to
18  the Atchison, Topeka and Santa Fe Railway
    Company, a corporation, by deed recorded
19  April 12, 1918, in Book 754, page 227 of
    Deeds, described as follows: All that
20  portion of said Lot 1, included between
    lines parallel with and 50 feet each side
21  of the center line of location of the
    Atchison, Topeka and Santa Fe Railway
22  Company' railway, said center line as it
    crosses said Lot 1 and adjacent property
23  being described as follows: Beginning in
    the Western line of Lot 2 of said Section
24  25, 609.3 feet southerly along said
    Western line from the Southwest corner of
25  said Lot 1; thence Northeasterly on a 3°
    curve concave to the Northwest, 218.73
26  feet; thence on a tangent North 33° 07'
    East 504.4 feet to a point in the South
27  line of said Lot 1, distant 338.30 feet
    South 88° 40' East from the Southwest
28  corner of Said Lot 1; thence continuing on
    said tangent 789.70 feet; thence North-
29  easterly on a 4° curve concave to the
    Southeast, 88.88 feet to a point in the
30  East line of said Lot distant 585.80 feet
    Southerly from the Northeast corner of
31  said Lot 1; thence continuing on said curve
    Northeasterly 368.20 feet to its ending.

EXHIBIT **A** - Page Six

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

HOOVER, ALONZO V.

That portion of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, bounded and described as follows:

Beginning at the intersection of Alvarado Street center line and the East line of said Northeast Quarter; thence Westerly 418.7 feet along said center line; thence Northerly 331.8 feet parallel with said East line; thence North 77° 25' 30" East to a point which bears South 77° 25' 30" West 362.92 feet from said East line, said point being the true point of beginning; thence North 77° 25' 30" East 25 feet; thence North 12° 39' West 60 feet; thence South 77° 32' 30" West 448.3 feet; thence South 1° 08' 30" East to the North line of railroad right of way; thence Easterly thereon to a line which bears South 17° 59' West from the true point of beginning; thence North 17° 59' East 175.09 feet to the true point of beginning.

LAUGHLIN, HARVEY N. and MILDRED

That portion of the West Half of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of the Southwest Quarter of said Southeast Quarter of Section 17; thence along the East line of said Southwest Quarter of Southeast Quarter South 0°51'20" West 442.35 feet, more or less, to the Northeast corner of the tract of land conveyed to N. W. Tomlin et ux, by deed recorded in Book 1999, page 373 of Official Records being the North line of the South 10 acres of the East 15 acres of the Southwest Quarter of the Southeast Quarter of said Section 17; thence along the North line of said land of Tomlin South 89°55'30" West 471 feet; thence parallel with the East line of said West Half of the Southeast Quarter of Section 17 North 0°52'20" East 522.67 feet, more or less, to the center line of Mission Road No. 1-C according to Map thereof on file in the office of the County Surveyor of said San Diego County; thence along said center line South 67° 57' East 50.79 feet to the beginning of a curve concave Northerly having a radius of 500 feet; thence Easterly along said curve 191.40 feet to the end thereof; thence on a tangent to said curve South 89°53' East 236.38 feet to said East line of West Half of Southeast Quarter; thence leaving said center line South 0° 52' 20" West along the East line of said West Half of Southeast Quarter 23.54 feet to the point of beginning.

LAW OFFICES
SACHSE AND PRICE
1008 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A - Page Seven

| | | |
|---|---|---|
| 1 | SHELD, CALVIN G. and CORA E. | Lott 22, Donath and Pierce Subdivision per Map 2310 filed in the Office of the County Recorder, containing 65/100 acre more or less. |

SHELD, CALVIN G. and CORA E.

Lott 22, Donath and Pierce Subdivision per Map 2310 filed in the Office of the County Recorder, containing 65/100 acre more or less.

WARREN, GRACE B.

**PARCEL 1**

The West 136.98 feet of the East 694.43 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, EXCEPTING therefrom the South 350 feet.

**PARCEL 2**

The West 136.98 of the East 557.45 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California; EXCEPTING therefrom the South 350 feet.

RIGGLE, O. LESTER and MAUDE A.

That portion of the South Half of the Southeast Quarter of Section One, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, lying North of a line drawn parallel with the South line of said Section One, and distant 465.8 feet at right angles Northerly from said South line, and lying East of a line drawn parallel with the East line of said Section One and distant 611.95 feet at right angles Westerly from the Easterly line of said Section.

ROBINSON, J. D. and LAURA

**PARCEL 1**

That portion of Lot 2 (Northwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of said Lot 2; thence along the West line of said Lot 2, North 0°06' East 659.70 feet to the South line of the North 665.00 feet of said Lot 2; thence along said South line of the North 665.00 feet of Lot 2, North 89°25'20" East 644.85 feet; thence South 0°02'20" West 661.03 feet to the South line of said Lot 2; thence thereon South 89°32'30" West 645.55 feet to the POINT OF BEGINNING.

EXCEPTING therefrom that portion thereof described as follows:

LAW OFFICES
SACHSE AND PRICE
1082 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

1  ROBINSON, J. D. and
   **LAURA**
2  (continued)

Beginning at a point on the West line of
said Section 18, distant thereon 215.00
feet Northerly from the Southwest corner
of said Lot 2; thence at right angles East-
erly 185.00 feet to the TRUE POINT OF
BEGINNING; thence at right angles Northerly
being along a line parallel with said West
line of said Section 200.00feet; thence
at right angles Easterly 217.80 feet;
thence at right angles Southerly being
along a line parallel with said West line
of said Section 200.00 feet; thence at
right angles Westerly 217.80 feet to the
TRUE POINT OF BEGINNING.

Parcel 2

An easement and right of way for road and
water pipe line, together with the right of
ingress and egress for the purpose of con-
structing, repairing, relaying,enlarging
and operating the same,over that portion of
Lot 2, (Northwest Quarter of the Southwest
Quarter) of Section 18, Township 9 South,
Range 3 West, S.B.B.M., in the County of
San Diego, State of California according to
U.S. Government Survey approved Sept. 11,
1879, described as follows:

Commencing at a point on the West line of
said Section 18, distant thereon 215.00
feet Northerly from the Southwest corner of
said Lot 2, thence at right angles Easterly
185.00 feet to the TRUE POINT OF BEGINNING;
thence at right angles Northerly being along
a line parallel with said West line of said
Section 200.00 feet; thence at right angles
Easterly 217.80 thence at right angles
Southerly being along a line parallel with
said West line of said Section 200.00 feet;
thence at right angles Westerly 217.80 feet
to the TRUE POINT OF BEGINNING.

Parcel 3

That portion of Lot 2 (Northwest Quarter of
the Southwest Quarter) of Section 18,
Township 9 South, Range 3 West, San Bernar-
dino Base and Meridian, in the County of
San Diego, State of California, according
to U. S. Government Survey approved
September 11, 1879, described as follows:

Beginning at the Southwest corner of the
North 665.00 feet of said Lot 2; thence
North 0°06' East along the West line there-
of 252.80 feet; thence North 89°25'20" East
parallel with the North line of said Lot
195.00 feet; thence South 0°06' West parallel
with said West line 242.80 feet; thence
parallel with said North line North 89°25'20"
East 449.84 feet; thence parallel with said
North line North 89°25'20" East 449.84 feet to

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT **A** - Page Nine

148

| | |
|---|---|
| 1 | ROBINSON, J. D. and |
| 2 | LAURA (continued) |

ROBINSON, J. D. and LAURA (continued)

the East line of the West Half of said Lot; thence along said East line South 0°02'20" West 10.00 feet to said South line of the North 665.00 feet of Lot 2; thence South 89°25'20" West along said South line to the POINT OF BEGINNING.

An easement and right of way over the South 20.00 feet of the North 670.00 feet of said Lot 2 lying Easterly of the location and prolongation of a line which bears South 0°02'20" West from a point in the South line of said North 665.00 feet of Lot 2, distant thereon North 89°25'20" East 644.85 feet from the West line of said Lot 2.

Parcel 4

An easement for the purpose of constructing a pipe line and maintain and repair same, across a portion of the East 1/2 of the Northwest Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

The South 10 feet of said East 1/2 of the Northwest Quarter of Southwest Quarter, EXCEPTING therefrom the East 40 feet thereof.

ALSO the West 10 feet of the East 50 feet of the South 50 feet and the North 10 feet of the South 50 feet of the East 40 feet of said East 1/2 of the Northwest Quarter of the Southwest Quarter of Section 18.

WOODS, CLARENCE O.

PARCEL 1

That portion of Rancho Santa Margarita Y Las Flores as delineated upon a Map in Book 7, page 39 of Patents and as shown by Record of Survey Maps 794 and 831 in the Recorder's Office being in the County of San Diego, State of California, described as follows:

Beginning at a point on the Easterly boundary line of said Rancho Santa Margarita Y Las Flores, distant thereon South 7°04' 52.98" West 6924.15 feet from Corner No. 1 of said Rancho, said point being the closing corner for Sections 13 and 24, Township 9 South, Range 4 West; thence continuing along said Easterly boundary line South 7°04' 52.98" West 924.07 feet; thence North 0°20'05" East 200.00 feet; thence North 89°21'25" West 114.18 feet to a 1/2 inch iron pin; thence North 6°44'12" East 722.33 feet to 1-1/2 inch iron pipe with

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

| | |
|---|---|
| 1 | WOODS, CLARENCE O. |
| 2 | (Continued) |

WOODS, CLARENCE O.
(Continued)

brass cap marked R.S.M., Section 13-
Section 24"; thence South 89°21'25" East
142.20 feet to the point of beginning.   20

PARCEL 2

That portion of Lot 1 (Fractional North
Half of the Northwest Quarter) in Section
24, Township 9 South, Range 4 West, S.BM
in the County of San Diego, State of
California, described as follows:

Beginning at a point on the Northerly line
of said Lot 1 distant thereon North
89°13'30" West 902.40 feet from the
Northeast corner of said Lot 1; thence
South 0°28' West 919.38 feet to the
Northerly line of land conveyed to Chris-
tian A. Traub et ux., by deed dated
October 1, 1926 and recorded in Book 1360,
page 207 of Deeds; thence North 7°11'40"
East 144.69 feet; thence North 25°26'30"
East 121.41 feet; thence North 16°20'20"
East 136.79 feet; thence North 19°40' East
104.69 feet; thence North 0°28'40" East
79.23 feet; thence North 0°42' East 128.71
feet; thence North 0°12'20" East 103.40;feet;
thence North 13°17'10" West 106.34 feet to
the Southerly line of the North 20.00 feet
of said Lot 1; thence along said Southerly
line South 89°13'30" East 135.14 feet;
thence North 0°28' East 20.00 feet to the
Northerly line of said Lot 1; thence North
89°13'30" West along said Northerly line
250.00 feet to the point of beginning.

PARCEL 3

That portion of Lot 1 (Fractional North
Half of the Northwest Quarter) of Section
24, Township 9 South, Range 4 West, S.B.M.
in the County of San Diego, State of
California, described as follows:

Beginning at the Northwest corner of said
Lot 1, being also the Northwest corner of
said Section 24; thence South 89° 13' 30"
East along the Northerly line of said
Section 550.00 feet more or less to the
Northwest corner of land conveyed to
Clarence O. Woods by deed dated November
16, 1947 and recorded in Book 2554, page
458 of Official Records; thence South 0°28'
West along the Westerly line of said land,
919.38 feet to the Northerly line of land
conveyed to Christian A. Traub et ux, by
deed dated October 1, 1926 and recorded in
Book 1360, page 207 of Deeds; thence along
the boundary of said land, North 89°13'30"
West 558 feet, North 89°13'30" West 558
feet, North 0°28' East 200.00 feet and
North 89°13'30" West 126.42 feet to the
Westerly line of said Lot 1; thence
Northerly along said Westerly line 717.8
feet to the point of beginning.

150

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH B-1154

EXHIBIT A  -  Page Eleven

WOODS, CLARENCE O.
(Continued)

Parcel 4

That portion of Lot 1, Section 24, Township 9 South, Range 4 West, S.B.M. in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the intersection of the South line of said Lot 1 with the center line of Wisconsin Avenue; thence along the Northerly prolongation of said center line of Wisconsin Avenue North 0°28' East 401.00 feet to the Northeast corner of the tract of land conveyed to Christian A. Traub, et ux, by deed dated October 1, 1926 and recorded in Book 1360, page 207 of Deeds; thence along the North line of said land of Traub North 89°13'30" West 485.22 feet to the true point of beginning; thence South 46°09'10" West 184.26 feet; thence South 81°10'10" West 116.49 feet; thence South 67°58'40" West 57.26 feet to the Easterly line of Rancho Santa Margarita Y Las Flores as delineated upon a map in Book 7, page 39 of Patents and as shown by Record of Survey Maps No. 794 and 831; thence along said Easterly line North 6°33'06" East 171.92 feet to the North line of said land of Traub; thence thereon South 89°13'30" East 281.49 feet to the true point of beginning.

Parcel 5

That portion of Rancho Santa Margarita Y Las Flores as delineated upon a Map in Book 7, page 39 of Patents and as shown by Record of Survey Maps No. 794 and 831 filed in the County Recorder's Office, situated in the County of San Diego, State of California, described as follows:

Beginning at a point on the East boundary line of said Rancho Santa Margarita Y Las Flores; distant thereon South 7°04'52.98" West 7848.22 feet from corner No. 1 of said Rancho; thence continuing along said Easterly boundary line South 7°04'52.98" West 406.18 feet; thence North 88°39'40" West 133.99 feet to a 1/2 inch iron pin; thence North 6° 44' 12" East 605.41 feet to a 1/2 inch iron pin; thence South 89° 21'25" East 114.18 feet; thence South 0°20'05" West 200 feet to the point of beginning.

EXCEPTING therefrom that portion thereof lying Southerly of the following described line:

Beginning at the intersection of the South line of Lot 1, Section 24, Township 9 South, Range 4 West, S.B.M., with the

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A — Page Twelve

| | | |
|---|---|---|
| 1 | WOODS, CLARENCE O. (Continued) | center line, of Wisconsin Avnue; thence |
| 2 | | along the Northerly prolongation of said |
| | | center line North 0°28' East 401 feet to |
| 3 | | the Northeast corner of the tract of land |
| | | conveyed to Christian A. Traub by deed |
| 4 | | dated October 1, 1926 and recorded in Book |
| | | 1360, page 207 of Deeds; thence along the |
| 5 | | North line of said land of Traub North |
| | | 89°13'30" West 485.22 feet; thence South |
| 6 | | 46°09'10" West 184.26 feet; thence South |
| | | 81°10'10" West 116.49 feet; thence South |
| 7 | | 67°58'40" West 57.26 feet to the Easterly |
| | | line of said Rancho Santa Margarita Y Las |
| 8 | | Flores and the true point of beginning; |
| | | thence South 67°58'40" West 152.82 feet |
| 9 | | to the Westerly line of Parcel 5 above |
| | | described. |

Parcel 6

That portion of Lot 1 (Fractional North Half of the Northwest Quarter) of Section 24, Township 9 South, Range 4 West, S.B.M. in the County of San Diego State of California described as follows:

Beginning at a point on the Westerly line of said Lot 1 distant thereon 717.8 feet Southerly from the Northwest corner thereof, said point being the Northwest corner of land conveyed to Christian A. Traub, et ux., by deed dated October 1, 1926 and recorded in Book 1360, page 207 of Deeds; thence along the boundary of said land South 89° 13' 30" East 126.42 feet and South 0° 28' West 200 feet to an angle point therein; thence North 89°13'30" West to the Westerly line of said Lot 1; thence Northerly along said Westerly line to the point of beginning.

ALGERT, PAUL K. and JEAN S.

Lots 1, 3, 5, 6, 7, 8, 10, 11, 12, 13, 14, 16, 17, 18 and 19 of Miraflores Terrace according to Map thereof No. 3745 filed November 13, 1957 and the Northerly 100 feet of Block 123 of West Fallbrook according to Map thereof No. 567, comprising 14 acres more or less.

ADKINS, MERLE C. and JUANITA L.

The Southerly 106 feet, measured at right angle to the Southerly line of the following described property:

That portion of the Southeast Quarter of the Southeast Quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Meridian, described as follows: Beginning at a point on the East line of said Southeast Quarter of the Southeast Quarter, 800 feet South of the Northeast corner of said Southeast Quarter of the Southeast Quarter; thence North 70°15' West 1386.15 feet, to a point on the West line of said Southeast Quarter of the

LAW OFFICES
GACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A - Page Thirteen

| | | |
|---|---|---|
| 1 | ADKINS, MERLE C. and | Southeast Quarter 352 feet South of the |
| 2 | JUANITA L. (Continued) | Northwest corner of said Southeast Quarter of the Southwest Quarter; thence South, on |
| 3 | | said West line, to a point distant at right angles 330 feet from said course, "North |
| 4 | | 70°15' West 1386.15 feet"; thence South-easterly, in a straight line, to a point in |
| 5 | | the East line of said Southeast Quarter of the Southeast Quarter, distant at right |
| 6 | | angles 330 feet from said course, "North 70°15' West 1386.15 feet", produced; thence |
| 7 | | North, on said East line, to the point of beginning; |

EXCEPTING therefrom that portion of said Southerly 106 feet which lies East of the following described line:  Beginning at a point on the Southerly line of the herein described property, distant thereon 281.06 feet Southeasterly from the Southwest corner thereof; thence Northerly, on a curve concave to the East, and having a radius of 448 feet, the radial line of which bears 14°27' Northerly of said Southerly line 107.19 feet, to the Northerly line of said Southerly 106 feet;

ALSO EXCEPTING therefrom that portion conveyed to the State of California by deed recorded April 6, 1948 in Book 905 Page 197 of Official Records, Riverside County Records.

KOSTICH, SAMUEL V.

PARCEL ONE

The North thirty feet of Lot Four in Block Twenty-three of West Fallbrook Townsite, in the County of San Diego, State of California, according to Map thereof No. 824, filed in the office of the County Recorder of San Diego County, November 17, 1896.

PARCEL TWO

All that portion of the Northwest Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, S.B. M., in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point on the South line of said Northwest Quarter of the Northwest Quarter of Section 25, distant North 89°12' 30" West 550.80 feet from the Southeast corner of said Northwest Quarter of the Northwest Quarter, said point of beginning being the Northwesterly line of the right of way of the Atchison, Topeka and Santa Fe Railway Company; thence along said South line North 89°12'30" West 171.82 feet to the center line of the 100 foot highway conveyed

LAW OFFICES
GAGHEE AND PRICE
1083 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A  -  Page Fourteen

153

1  KOSTICH, **SAMUEL** V.      to the State of California by deed recorded in
2         (Continued)       Book 1353, page 38 of Official Records; thence
                            along said center line North 34°13'45" East
3                           240.70 feet to the beginning of a curve con-
                            cave to the Southeast having a radius of 1000
4                           feet; thence Northeasterly along said curve
                            517.71 feet to said Northwesterly line of the
5                           right of way of the Atchison, Topeka and Santa
                            Fe Railway Company; thence along said North-
6                           westerly line South 33° 30' 30" West 641.02
                            feet to the point of beginning.

7  SIEVERS, LINDEN H. and   PARCEL ONE:
         BETTY ANN
8                           Lots 6 and 7, Block 51 of West Fallbrook
9                           according to Map 567, filed October 9, 1888,
                            County Recorder of  San Diego County, State
                            of California.
10

11                          PARCEL TWO:

12                          All those portions of Lots 3, 4, 5 and 6 of
                            Block "J" in Barlett's Addition to West
13                          Fallbrook No. 1 in the County of San Diego,
                            State of California, according to Map thereof
14                          No. 470,  described as a whole as follows:

15                          Beginning at a point in the North line of said
                            Lot 6 distant South 89°13'30" East 82.50 feet
16                          from the Northwest corner of said Lot 6; thence
                            parallel with the West line of said Block "J"
17                          South 0°43'15" West 164 feet thence parallel
                            with said North line of Lot 6 South 89°13'30"
18                          East 107.50 feet to the East line of the tract
                            of land conveyed to O. P. Heald, et ux, by
19                          deed recorded in Book 3466, page 237 of
                            Official Records; thence along said East line
20                          North 0°43'15" East 164 feet to the North line
                            of said Lot 6; thence along said North line
21                          North 89°13'30" West 107.50 feet to the point
                            of beginning.

22                          PARCEL THREE:

23                          All that portion of the Southwest Quarter of
                            the Southwest Quarter of Section 17, Township
24                          9 South, Range 3 West, San Bernardino Meridian,
                            in the County of San Diego, State of California
25                          according to United States Government Survey
                            approved September 11, 1879, described  as
26                          follows:

27                          Commencing at a point 20 feet East and 1336.80
                            feet North of the Southwest corner of said
28                          Section 17; thence South 88° 52' East 502.60
                            feet; thence South 4° 44' East 146.20 feet to
29                          the Northeast corner of a parcel of land
                            conveyed to H. A. Croonquist and wife by deed
30                          December 20, 1949 and recorded in Book 3435,
                            page 417 of Official Records of said San Diego
31                          County, said point being the true point of
                            beginning thence continuing South 4° 44' East,
32                          along the Easterly line of said land 127.66
                            feet to the Easterly prolongation of the

LAW OFFICES
GACHEE AND PRICE
1008 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT **A**  -  Page Fifteen            154

| | | |
|---|---|---|
| 1 | SIEVERS, LINDEN H. and | Northerly line of a parcel of land conveyed |
| | BETTY ANN | to Lillian H. Woody by deed dated February |
| 2 | (continued) | 6, 1951 and recorded in Book 3973, page 100 |
| | | of Official Records of said San Diego County; |
| 3 | | thence North 89°50'30" West along said |
| | | Easterly prolongation and said Northerly |
| 4 | | line 526.47 feet to the Westerly line of |
| | | said Croonquist's land; thence North along |
| 5 | | the Westerly line of said land 127 feet to |
| | | the Northwest corner of said land; thence |
| 6 | | South 88°52' East along the Northerly line |
| | | of said land 515.34 feet to the true point |
| 7 | | of beginning. |

TOM TURNER — That portion of the East Half of the Northwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of said Northwest Quarter of Southeast Quarter; thence along the South line of said Northwest Quarter of Southeast Quarter South 89°30'10" West 192.28 feet to a point distant North 89°30'10" East 180.00 feet from the Southwest corner of the tract of land conveyed to Floyd O. Smith, et ux, by deed dated January 11, 1951 and recorded in Book 3937, page 299 of Official Records, being the true point of beginning; thence continuing along said South line South 89°30'10" West 180.00 feet to said Southwest corner of land of Smith; thence following along the Westerly line of said land of Smith being also the Easterly line of the tract of land conveyed to Thomas A. Atkisson, et ux, by deed recorded in Book 3433, page 190 of Official Records, North 0°15'20" West 138.81 feet; North 89°30'10" East 23.44 feet, North 0°15'20" West 348.50 feet, North 89°30'10" East 24.06 feet and North 0°15'20" West 424.33 feet; thence parallel with the South line of said Northwest Quarter of Southeast Quarter North 89°30'10" East 121.33 feet; thence South 0°57'30" East 911.64 feet to the true point of beginning.

COSTELLO, ROY H. and FLORA H. — That portion of the following described property lying Southeasterly of the Southeasterly line of the land described in deed to the State of California for Freeway, recorded in Book 2535, Page 114 of Official Records:

The Northeast Quarter of the Northeast Quarter of the Northeast Quarter, excepting the North 20 rods thereof and

The South Half of the Northeast Quarter of the Northeast Quarter, both being in Section 11, Township 1 South, Range 3 West

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A  -  Page Sixteen

| | | |
|---|---|---|
| 1 | COSTELLO, ROY H. and FLORA H. (Continued) | San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved December 14, 1885. Consisting of 8 acres more or less. |

20

| | | |
|---|---|---|
| 4 | KENTIS, JOHN B. and PENELOPE C. | The West 7.075 acres of the East 18 acres of the Northeast Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, S.B.M. |

LOUDERMILK, SHERMAN C. and DOROTHY L.

That portion of the Northeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the Southeast corner of said Northeast Quarter of Southeast Quarter thence along the East line of said Northeast Quarter of Southeast Quarter, North 0°42'40" West 315.00 feet to the true point of beginning; thence North 83°22'20" West 143.30 feet; thence South 88°13'10" West 590.70 feet to the East line of the West 244.50 feet of the East Half of the West Half of said Northeast Quarter of Southeast Quarter; thence along said East line of the West 244.50 feet of the East Half of the West Half of said Northeast Quarter of Southeast Quarter, North 0°29'02" West 434.56 feet; thence North 89°30'58" East 179.79 feet; thence South 74°24'30" East 574.30 feet to said East line of Northeast Quarter of Southeast Quarter; thence along said East line of Northeast Quarter of Southeast Quarter, South 0°42'40" East 279.91 feet to the true point of beginning.

OGDEN, ROBERT NASH and ROSE MARIE OGDEN

PARCEL ONE

Lots 13 and 14, Donath & Pierce Subdivision, as per map 2310, filed in the Office of the County Recorder of San Diego County.

PARCEL TWO

Parcel 1 - The East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter and the Northeast Quarter of the Southeast Quarter of the Southwest Quarter, in Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879; EXCEPTING from said Northeast Quarter of the Southeast Quarter of the Southwest Quarter, the Southwest Half

LAW OFFICES
SACHSE AND PRICE
1089 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A - Page Seventeen

| | | |
|---|---|---|
| 1 | OGDEN, ROBERT NASH and | PARCEL TWO   (Continued) |
| 2 | ROSE MARIE (Continued) | Acre thereof, said parcel running 165 feet |
| 3 | | east and West and 132 feet North and South measured from the Southwest corner of said |
| 4 | | Northeast Quarter of the Southeast Quarter of the Southwest Quarter.  ALSO EXCEPTING |
| 5 | | from East Half of Southeast Quarter of Southeast Quarter of Southwest, the |
| 6 | | South 338 feet. |

OGDEN, ROBERT NASH and ROSE MARIE (Continued)

PARCEL TWO (Continued)

Acre thereof, said parcel running 165 feet east and West and 132 feet North and South measured from the Southwest corner of said Northeast Quarter of the Southeast Quarter of the Southwest Quarter.  ALSO EXCEPTING from East Half of Southeast Quarter of Southeast Quarter of Southwest, the South 338 feet.

Parcel 2 - The West 25 feet of the West Half of the Southwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, approved September 11, 1879. EXCEPTING therefrom the South 338 feet.

Parcel 3 - An Easement for roadway purposes over the West one rod of the South 338 feet of the East Half of Southeast Quarter of Southeast Quarter of Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, according to United States Government Survey approved September 11, 1879.  RESERVING unto the Grantor an easement over Parcels 1 and 2 above described for a water pipe line, said water pipe line to be placed at a depth below discing depth.

MARTIN, MILTON P. and MAGGIE E.

Commencing at the Northeast corner of Lot 4 Section 13, Township 9 South, Range 4 West, S.B.M., according to United States Government Survey approved June 11, 1880; thence West along North line of said Lot 4 to the Northeast corner of land deeded to Ben Rice by deed recorded in Book 245, page 466 of Deeds; thence Southerly along the Easterly line of said Rice's land to the Northerly line of land deeded to Josie S. Given by deed recorded in Book 243, page 138 of Deeds; thence East along North line of Given's land to the East line of said Lot 4; thence North along said East line to point of commencement.

EXCEPTING therefrom that portion thereof included in the Street set out in deed of Fallbrook Bank to Ben Rice, recorded in Book 245, page 466 of Deeds.

OSBORNE, DONALD K. and MAXINE K.

All those portions of the Southwest Quarter of the Northwest Quarter of Section 7, Township 9 South, Range 2 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved September 21, 1875; together with those portions of the Southeast Quarter of the

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A  -  Page Eighteen

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | OSBORNE, DONALD K. and<br>MAXINE K.<br>(Continued) | Northeast Quarter of Section 12, Township<br>9 South, Range 3 West, San Bernardino<br>Meridian, in the County of San Diego,<br>State of California, according to United<br>States Government Survey approved<br>September 11, 1879; being also described<br>as Lots 7, 8, 17 and 18 of Rainbow, in<br>the County of San Diego, State of Cali-<br>fornia, according to the Amended Map<br>thereof No. 880. filed in the Office of<br>the Recorder of said San Diego County,<br>February 7, 1902; described in 4 parcels<br>as follows: |

PARCEL 1

Beginning at the West Quarter corner of
said Section 7 being the East terminus of
Eighth Street as said Street is shown on
said Map No. 880 of Rainbow; thence North
26°01' West, 66.67 feet; thence North
17°37' East, 179.12 feet; thence North
40°37' East, 137.20 feet; thence North
11°03' West, 103.97 feet; thence North
52°59' West, 208.00 feet; thence North
09°44' West, 99.78 feet; thence South
22°29' West, 329.44 feet; thence South
50°05' West, 565.48 feet; to the center
line of said Eighth Street; thence along
said center line, North 89°23'30" East,
648.33 feet to the point of beginning.

O. B. WILLIAMSON, as
Executor of the Estate of
Maurine Nash Barkeij, also
known as Maurine Nash
Barkey, Deceased

The North Half of Lot Three in Block "B"
of VILLINGER'S SUBDIVISION of Block 66 of
WEST FALLBROOK, according to Map thereof
No. 333, filed in the office of the County
Recorder of San Diego County, August 17,
1887; ALSO the West Half of the alley
adjoining the North Half of said Lot on
the East as vacated.

THE ROMAN CATHOLIC BISHOP
OF SAN DIEGO, CHARLES
FRANCIS BUDDY, INCUMBENT

A portion of the East One Half of the
South One Half of Block 112, West Fall-
brook, as described in Grant Deed
recorded 24 March 1945 in Book 1847 at
page 168, Official Records of San Diego
County.

SCHULTZ, JAMES C. and
DELTA A.

PARCEL ONE

The North One Half of the South One Half
of the Southeast Quarter of the Northwest
Quarter of Section 25, Township 9 South,
Range 4 West, San Bernardino Meridian,
according to United States Government
Survey approved June 11, 1880.

EXCEPTING therefrom that portion lying
Northerly of a line described as follows:
Beginning at a point on the North line of
the above described property distant
thereon South 89°16'15" East 57.50 feet
from the center of the Southeast Quarter

SCHULTZ, JAMES C. and
DELTA A.

of the Northwest Quarter of said Section 25; thence South 59°53'30" East 189.60 feet, thence South 89°45' East 139.70 feet; thence North 79°23' East 109.30 feet; thence North 62°43' East 150.11 feet to the North line of said above described property.

EXCEPTING ALSO therefrom that portion thereof described as follows:

Beginning at the Southeast corner of the North Half of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of said Section 25; thence along the East line of the Northwest Quarter of said Section 25, North 0°00'30" East 304.95 feet; thence South 62°43' West 168.79 feet; thence South 0°00'30" West 225.92 feet to the South line of said North Half of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of said Section 25; thence along said South line, South 89°18'10" East 150.00 feet to the point of beginning.

PARCEL TWO

The South Half of the South Half of the Southeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey approved June 11, 1880.

EXCEPTING therefrom that portion lying Easterly of the following described line. Beginning at a point on the South line of said Northwest Quarter, distant thereon North 89° 20' West 422 feet; thence parallel to the East line of Said Northwest Quarter North 0°01'30" East 243 feet; thence parallel to the South line of said Northwest Quarter South 89°20' East 272 feet; thence parallel to the East line of said Northwest Quarter North 0°01'30" East 90.23 feet to the North line of the South Half of the South Half of said Southeast Quarter of the Northwest Quarter, in the County of San Diego, State of California.

PARCEL THREE

That portion of Lot 2 (Southwest Quarter of the Northwest Quarter), Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to the United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Northeast corner of said Lot 2, thence along the north line of said Lot 2 North 89°12'30" West 432.46 feet to the southeasterly line of the right-of-way

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

EXHIBIT A - Page Twenty                159

| | |
|---|---|
| 1 | SCHULTZ, JAMES C. and |
| 2 | DELTA A. (Continued) |

SCHULTZ, JAMES C. and
DELTA A.
(Continued)

of the Atchison, Topeka and Santa Fe
Railway Company; thence along said
southeasterly line South 33°07'30" West
380 feet; thence South 58°40'20" East
748.25 feet to the east line of said
Lot 2; thence thereon North 0°04'50"
West 701.30 feet to the point of
beginning.

PARCEL FOUR

The East 10 feet of the North 267.41
feet of the Northwest Quarter of the
Southeast Quarter of the Northwest
Quarter; and the West 130 feet of the
North 267.41 feet of the Northeast
Quarter of the Southeast Quarter of the
Northwest Quarter, Section 25, Township
9 South, Range 4 West, San Bernardino
Meridian, according to Government Survey,
approved.

LAW OFFICES
SACHSE AND PRICE
1088 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

EXHIBIT A — Page Twenty-One