J. LEE RANKIN
Solicitor General
Department of Justice
Washington 25, D. C.

Attorney for the
UNITED STATES OF AMERICA

FILED

OCT 30 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Kane
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) No. 1247-SD-C
              )
         Plaintiff, )
              ) NOTICE
     v.       ) of
              ) MOTION RESPECTING VAIL COMPANY'S
FALLBROOK PUBLIC UTILITY ) PLEADINGS AND PENDING MOTIONS
DISTRICT, VAIL COMPANY, et al., )
              )
         Defendants. )

PLEASE TAKE NOTICE that the United States of America will bring the accompanying Motion Respecting Vail Company's Pleadings and Pending Motions on for hearing before this Court in Court Room No. 2, United States District Court, 325 West F Street, San Diego 1, California, on the 3rd day of November, 1959, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

William H. Veeder
WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: October 30, 1959

5586

J. LEE RANKIN
Solicitor General
Department of Justice
Washington 25, D. C.

Attorney for the
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, VAIL COMPANY, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>MOTION RESPECTING VAIL COMPANY'S PLEADINGS AND PENDING MOTIONS |

Comes now the United States of America and alleges that:

1. This Honorable Court on the 22nd of September, 1959, entered an order directing the Vail Company to file an amendatory answer by November 3, 1959.

2. On the date of this Motion, counsel for the Vail Company requested an agreement from the United States of America that the Vail Company could have an additional three or four days in which to file its amendatory answer referred to above.

3. It was agreed between counsel for the United States of America and counsel for the Vail Company that the Vail Company could have until November 9, 1959, in which to file the amendatory answer.

4. The Vail Company has served upon the United States of America motions, "To Admit and Consider Evidence of H. M. Hall," and "To Admit in Evidence the Testimony of Bryon R. Bruner."

-1-

5567

5. Until the amendatory pleadings above mentioned of the Vail Company have been filed and considered by the United States of America, it will be impossible for the United States of America properly to respond to the motions respecting H. M. Hall and Bryan R. Bruner and counsel for Vail Company has agreed to granting the United States of America additional time in which to respond to the last mentioned motions.

WHEREFORE, the United States of America respectfully prays this Honorable Court to relieve the United States of America of the responsibility of responding to or taking any action in connection with the above mentioned motions respecting the testimony of H. M. Hall and Bryon R. Bruner until the amendatory answer of the Vail Company has been filed and the United States of America has had a reasonable time in which to consider the content of that amendatory pleading.

UNITED STATES OF AMERICA

Dated: October 30, 1959

William H. Veeder
Attorney, Department of Justice

-2-

5558