UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C _ _ CIVIL

MINUTES OF THE COURT

DATE: Nov. 3, 1959

AT:  San Diego, California

PRESENT: Hon. _ _ _ _ _ _ X JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ _ JOHN SWADER _ _ _ _ _

COUNSEL FOR PLAINTIFF: _WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD
CHAS. SALTER.

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, ROBERT McINNIS, ARTHUR _ _
LITTLEWORTH, FRED GIRARD, FRANZ SACHSE, AND WALTER G. LINCOLN

PROCEEDINGS: HEARING (1) motion of Sawday, etc., to compel answer to interr.
(2) Motion of certain defendants to remand, etc.,
(3) Motion of the Government to strike request for admissions
(4) Motoon of the Vail to Admit testimony of Byron Bruner
(5) Motion of the Vail to admit testimony of H. M. Hall
(6) Motion respecting Vail Co. Pleadings and Pending motions.
FURTHER COURT TRIAL

At 10:10 A.M. all parties ready.
Fld Vail 2nd amended and supplemental answer.
Attorney Veeder argues in support of motion of the Government to
strike request for admissions (3).
IT IS ORDERED that motion of the Government to strike request of
Vail for admissions is denied.
Attorney Stahlman argues in support of Vails request for admissions.
Attorney Veeder argues in opposition to said requests.
IT IS ORDERED that Attorney Stahlman submit memo re request for
admission by Nov. 17, 1959.
At 11:05 A.M. a recess is declared by the court, and at 11:15 A.M.
reconvene.
Attorney McInnis makes statement as to motion of Sawday to remand. (2)
Attorney Veeder makes statement re motion of Sawday to remand.
IT IS ORDERED that motion of Sawday to remand is denied.
Attorney McInnis makes statement re motion of Sawday to compel
answers (1).
IT IS ORDERED that said motion is denied without prejudice to renewal.
Attorney Veeder makes statement re motion of vail to admit testimony
of Brumer (4).
IT IS ORDERED that motion of Vail to admit testimony of Bruner
is granted, Government to file motion to strike if so advised.
Vail Exs. Nos. AH1, and AH 2 are  marked.
Attorney Stahlman makes statement re motion to admit testimony of
Hall. (5)
Attorney Veeder makes statement re motion to admit testimony of Hall.
IT IS ORDERED that attorney Veeder file summary of testimony re the
Coit Survey by Nov. 17, 1959.
At 12, noon, a recess is declared to 2 P.M.
At 2:20 P.M. reconvene.
Attorney Sachse makes statement re future procedure.
IT IS ORDERED that cause is continued to Nov. 5, 1959, at 2 P.M. for
pre trial hearing, and cause continued to Nov. 17, 1959, at 10 A.M. for further
court trial.
Vail Exs. Nos. AJ is marked for Identification.

1247-SD-C -   U.S.A.   v.   FALLBROOK, etc., et al

Attorney Veeder to submit order re the installation of recorder device on the Roripaugh Well.

IT IS ORDERED that Vail motion to admit testimony of Hall is continued to Nov. 17, 1959, at 2 P.M.

IT IS ORDERED that governments motion re vail pleadings, etc. go off calendar.

At 3 P.M. a recess is declared by the court.

JOHN A. CHILDRESS, Clerk

By William W. Luddy, Deputy

5593