(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

F I L E D

NOV 3 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____
DEPUTY CLERK

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　　　　　　　　　Plaintiff

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; SANTA MARGARITA
MUTUAL WATER COMPANY, a corporation;
et al.,

　　　　　　　　　　　　Defendants,

THE PEOPLE OF THE STATE OF CALIFORNIA,

　　　　　　Defendant in Intervention.

No. 1247-SD-C

SUBSTITUTION OF

ATTORNEYS

　　　　The undersigned defendants hereby substitute THOMPSON
& COLEGATE and SACHSE and PRICE as their attorneys of record in
the within proceedings in place of THOMPSON & COLEGATE and
HARRY M. DOUGHERTY.

　　　　Dated: October _16_, 1959.

　　　　　　　　SEARL BROTHERS

　　　　　　　　by _H. B. Searl_

　　　　We consent to the above substitution.

　　　　Dated: October _16_, 1959.

　　　　　　　THOMPSON & COLEGATE

　　　　　　　by _H. James S. Newton_

It is so ordered.

_____
United States District Judge.

5589

1
2
3

HARRY M. DOUGHERTY

4      Above substitution accepted.

5      Dated:  October _16_, 1959.

6
7      THOMPSON, & COLEGATE

8      by _____

9      SACHSE and PRICE

10
11     by _____

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

9500