```
                                        F I L E D

                                        NOV 4- 1959

                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        By _____
                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants | No. 1247-SD-C <br><br> ORDER <br> TO GO ON PROPERTY OF <br> LEO RORIPAUGH TO SET <br> WATER-LEVEL RECORDER |

Good cause being shown,

IT IS HEREBY ORDERED that representatives of the United States of America may go upon the lands of Leo Roripaugh, situated in Section 23, Township 7 South, Range 3 West, for the purpose of installing and maintaining a water-level recorder on the well designated 23K1 7/3.

The United States of America will assume the costs of removing the pump presently on that well and when the recorder is removed will restore the pump in the condition in which it was at the time it was removed for the purpose of making this installation.

This Order is effective for ninety days from the date of its entry or until the owner of the land requires the use of the well for stock watering purposes.

Dated: 11-4-59

          /s/ James M. Carter
           James M. Carter
          United States District Judge