UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
vs.
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL
MINUTES OF THE COURT
DATE: Nov. 5, 1959
AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILIAM. W. LUDDY  Reporter _ _ _ JOHN SWADER _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, DONALD REDD

COUNSEL FOR DEFENDANT: _ _ GEORGE STAHLMAN, _ FRED F GIRARD, FRANZ SACHSE,
                              WALTER G. LINCOLN

PROCEEDINGS:   HEARING motion of the Vail Co to admit evidence of H. M. Hall
               PRE TRIAL HEARING.

     COURT AND COUNSEL hold pre trial hearing.
     IT IS ORDERED that Earl K. Stanton is associated with George Stahlman
as attorney for the Vail Co.

     IT IS ORDERED that cause is continued from the 17th to 11-24-59, at
10 A.M. for court trial, but remain off the calendar of the 17th for jmmmhstn
jurisdicational purposes.

JOHN A. CHILDRESS, Clerk 559