LAWRENCE E. DRUMM
Suite 610 Rowan Building
458 South Spring Street
Los Angeles 13
Madison 6-0671

Attorney for **Defendant Ione Bradford**

FILED
NOV 5 - 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. R. Kuglen_, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

    Defendants.

No. 1247-SD-C

SUBSTITUTION OF ATTORNEY AND ORDER

Subject to order of Court, I hereby substitute Ione Bradford, in propria personam, in the place and stead of Lawrence E. Drumm in the above matter.

    _Ione Bradford_
    Ione Bradford
    4811 West 129th Street
    Hawthorne, California

Subject to order of Court, I hereby consent to the foregoing substitution.

    _Lawrence E. Drumm_
    Lawrence E. Drumm

IT IS HEREBY ORDERED that Ione Bradford be substituted in propria personam in the above matter and Lawrence E. Drumm is hereby relieved as her attorney.

DATED this __4__ day of ~~October~~ Nov., 1959.

    _James M. Carter_

5597