J. LEE RANKIN
SOLICITOR GENERAL OF THE
UNITED STATES OF AMERICA
WASHINGTON, D. C.

Attorney for the UNITED STATES OF AMERICA

Nunc Pro Tunc 5-14-58

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

        Defendants.

NO. 1247-SD-C

PROPOSED ISSUES OF LAW
TO BE TRIED IN THE CASE OF
THE UNITED STATES OF AMERICA v.
FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.

I

    Whether the United States of America may be deprived of rights to the use of water long exercised under a claim of title, in the Santa Margarita River by the defendant Fallbrook Public Utility District or any other defendant by the assertion of claimed rights in that stream allegedly initiated pursuant to the laws of Intervener California?

II

    Whether the United States of America may be deprived of rights to the use of water, long exercised under a claim of title, in the Santa Margarita River through any act or acts of the Intervener California?

III

    Whether the United States of America may exercise its admittedly riparian rights in the Santa Margarita River for military purposes?

IV

    Whether the United States of America may be deprived of rights to the use of water, long exercised under a claim of title, in the Santa Margarita River

- 1 -

5595

1  to meet military and agricultural uses outside of the watershed of that stream
2  by the Fallbrook Public Utility District or any other defendant which, with
3  knowledge of the needs and uses of the United States of America, sought to
4  initiate appropriative rights under the laws and procedures of Intervener
5  California?

### V

7  Whether the United States of America, having permitted the Fallbrook
8  Public Utility District to divert and use a small quantity of water from the
9  Santa Margarita River pursuant to a gratuitous and revocable license, may now
10 be deprived of rights in that stream by the Fallbrook Public Utility District
11 which seeks to appropriate rights under the laws and procedures of Intervener
12 California?

### VI

14 Whether the United States of America may be deprived of rights to the
15 use of water claimed and exercised by it pursuant to the Stipulated Judgment
16 dated December 26, 1940, among the Vail Estate, now the Vail Company, the
17 Rancho Santa Margarita, predecessor in interest of the United States of America,
18 and others?

### VII

20 Whether the waters which the Vail Company delivers into or permits to
21 flow down the Santa Margarita River to the United States of America pursuant to
22 the Stipulated Judgment of December 26, 1940, is open for appropriation under
23 the laws and procedures of Intervener California?

### VIII

25 Whether the rights to the use of water exercised by the United States
26 of America are subject to regulation under the laws and procedures of Intervener
27 California?

UNITED STATES OF AMERICA

J. LEE RANKIN
Solicitor General

WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: May 13, 1958

WILLIAM E. BURBY,
Attorney, Department of Justice

5596

- 2 -