UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C  CIVIL

MINUTES OF THE COURT

DATE: Nov. 17, 1959

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER

COUNSEL FOR PLAINTIFF: NONE APPEARING

COUNSEL FOR DEFENDANT: NONE APPEARING

PROCEEDINGS: COURT TRIAL

    IT IS ORDERED cause is continued to Nov. 24, 1959, at 10 A.M. for said proceedings.

JOHN A. CHILDRESS, Clerk