F I L E D

NOV 18 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. A. Nicolson_
    DEPUTY CLERK

BEST, BEST AND KRIEGER
P. O. Box 1028
4200 Orange Street
Riverside, California.

OVerland 6-1450

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

FALLBROOK PUBLIC UTILITY
DISTRICT, etal.,

    Defendants.

Civil No. 1247-SD-C

NOTICE OF MOTION TO
SUBSTITUTE PARTIES DEFENDANT.

   Please take notice that the undersigned will bring the

attached motion for substitution of parties defendant on for

hearing before the above entitled Court in Courtroom No. 2,

United States District Court, 325 West "F" Street, San Diego,

California, on November 24, 1959, at 10:00 o'clock A.M., or as

soon thereafter as counsel can be heard.

   Dated: This 12th day of November, 1959.

     BEST, BEST AND KRIEGER
     JAMES H. KRIEGER
     ARTHUR L. LITTLEWORTH

     By: _Arthur L. Littleworth_
     Attorneys for William H.
     Shipman, Virginia G.
     Shipman and Roy E.
     Shipley.

BEST, BEST & KRIEGER
ATTORNEYS AT LAW
4200 ORANGE STREET
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA

5600

Copy available