BEST, BEST AND KRIEGER
P. O. Box 1028
4200 Orange Street
Riverside, California.

OVerland 6-1450



FILED

NOV 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

        Defendants.

Civil No. 1247-SD-C

MOTION FOR SUBSTITUTION OF PARTIES

COME NOW William H. Shipman and Virginia G. Shipman, his wife, and Roy E. Shipley through their attorneys Best, Best and Krieger, James H. Krieger and Arthur L. Littleworth, and move this Court for an order substituting them as parties defendant in the place and stead of Tommy Rawson, deceased, and Martin L. Nelson, as Administrator of the Estate of Thomas J. Rawson, also known as Thomas Jefferson Rawson, Tommy Rawson, Tom Rawson, T. Rawson and T. R. Rawson, deceased, as to ther hereinafter described real property. Said defendants were the owners of said property and heretofore have filed an Answer which includes the hereinafter described property, together with certain other lands.

5602

On or about October 27th, 1959 said hereinafter described property was conveyed to William H. Shipman and Virginia G. Shipman, husband and wife, as to an undivided one-half interest, and Roy E. Shipley, a married man, as to an undivided one-half interest, and said parties are now the owners thereof. Said property is situated in the County of Riverside, State of California and described as follows:

PARCEL 1: Section 8 Township 6 South, Range 1 West, San Bernardino Base and Meridian; EXCEPTING therefrom those coal andother mineral rights reserved by the United States of America.

PARCEL 2: The West one-half of Section 9, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 3: Section 17, Township 6 South, Range 1 West San Bernardino Base and Meridian; EXCEPTING therefrom the West one-half of the Southwest quarter thereof.

PARCEL 4: Government Lots 3 and 4, the East half of the Southwest quarter and the West half of the Southeast quarter of Section 18, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 5: The South one-half of the Southwest quarter of Section 15, Township 6 South, Range 2 West, San Bernardino Base and Meridian; EXCEPTING therefrom any portion thereof included in the Eldorado Quarts Mining Claim.

PARCEL 6: Section 23, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 7: The Northeast quarter of the Northwest quarter, the South one-half of the Northwest quarter, the East one-half of the Southwest quarter, the Northwest quarter of the Southwest quarter, the Southwest one-quarter of the Southeast quarter, the East one-half of the Southeast quarter and the Northeast quarter of Section 24, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 8: Section 19, Township 6 South, Range 1 West, San Bernardino Base and Meridian; EXCEPTING therefrom the East one-half of the Northeast quarter thereof.

PARCEL 9: Section 20, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 10: The West one-half of the Northwest quarter of Section 16, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

2.

5603

PARCEL 11: The North half of the Northwest quarter, the Southeast quarter of the Northwest quarter, the Northeast quarter of the Southwest quarter and the East one-half of Section 30, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 12: Section 25, Township 6 South, Range 2 West San Bernardino Base and Meridian.

PARCEL 13: Section 36, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 14: Government Lots 5, 6, 7, 8, 10, 11, 12 and 13, The East half of Government Lots 9 and 14, and the East one-half of the East one-half of the Northwest quarter of Section 31, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 15: The Easterly 178.88 acres of Fractional Section 21, Township 7 South, Range 1 West, San Bernardino Base and Meridian.

WHEREFORE, William H. Shipman and Virginia G. Shipman, his wife, and Roy E. Shipley respectfully pray that this Court make an order substituting them as parties defendant in the place and stead of Tommy Rawson, deceased, and Martin L. Nelson, Administrator of his estate, as to the above described real property to which they are the successors in interest.

Dated: This 12th day of November, 1959.

BEST, BEST AND KRIEGER
JAMES H. KRIEGER
ARTHUR L. LITTLEWORTH

By: *Arthur L. Littleworth*
Attorneys for William H. Shipman, Virginia G. Shipman and Roy E. Shipley

3.

5604

## PROOF OF SERVICE BY MAIL
(Copy of Document Must Be Attached)

Case No. Civil No. 1247-SD-C

I, the undersigned, say: I am a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is 4200 Orange Street, Riverside, California.

That on the 13th day of November, 1959, I served a copy of the attached paper, to-wit:

MOTION FOR SUBSTITUTION OF PARTIES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUBSTITUTE DEFENDANTS: NOTICE OF MOTION TO SUBSTITUTE PARTIES DEFENDANT

by depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

Franz R. Sachse, Esq., 1092 South Main Street, Fallbrook, California.
J. Lee Rankin, Esq., Solicitor General, Room 332, 325 West "F" Street, San Diego 1, California.
Stanley Mosk, Esq., Attorney General, Library and Courts Building, Sacramento, California.
George Stahlman, Esq., Route 1, Box 235, Fallbrook, California.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on November 16th, 19 59, at Riverside, California.

_____
(Signature)

1013 a(1) & 2015.5 C.C.P.
Form No. 125

PROOF OF SERVICE BY MAIL

5605