BEST, BEST AND KRIEGER
P. O. Box 1028
4200 Orange Street
Riverside, California.

OVerland 6-1450

FILED
NOV 18 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> -vs- <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants. | Civil No. 1247-SD-C <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUBSTITUTE DEFENDANTS. |

Rule 25(c) of the Federal Rules of Civil Procedure provides that in the case of any transfer of interest, the Court may upon motion substitute the person to whom the interest is transferred in the place of the original party.

It has been held proper in a quiet title action to substitute the transferee of the property in the place of the original owner and defendant. (Pereira Farms Corp. v. Simas, 69 Cal. App. 159; 230 Pac. 976)

Dated: This 12th day of November, 1959.

BEST, BEST AND KRIEGER
JAMES H. KRIEGER
ARTHUR L. LITTLEWORTH

By: Arthur L. Littleworth
Attorneys for William H. Shipman, Virginia G. Shipman and Roy E. Shipley.

5601