UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA           NO. _1247-SD-C_ _ CIVIL

           vs                       MINUTES OF THE COURT

FALLBROOK, et al                    DATE: Nov. 24, 1959

                                    AT: San Diego, California

PRESENT:   Hon. _ _ _ _ _JAMES_M._CARTER_ _ _ _ _ _ _ _ District Judge;

     Deputy Clerk: _HAL_H._KENNEDY_ Reporter _JOHN SWADER_ _ _ _ _ _ _

     COUNSEL FOR PLAINTIFF: WILLIAM_H._VEEDER_&_WILLIAM_E._BURBY,_for_U.S.A.:
     LCDR. DONALD W. REDD & LT CHARLES SALTER, for U.S.Navy


     COUNSEL FOR DEFENDANT: GEORGE E._STAHLMAN & XRXMXMXMXXMXMX EARL_K._
STANTON, for Vail; FRANZ R. SACHSE, for Fallbrook; FRED GIRARD, for State
of California; WALTER GOULD LINCOLN, for Murray Schloss Foundation; XMXM
ERLE STANLEY GARDNER, in propria persona; ARTHUR L. LITTLEWORTH
PROCEEDINGS: HEARING motion of the Vail Co. to admit evidence of H.M.
Hall
HEARING motion of Shipman to substitute parties defendant.
TRIAL

Earl Stanley Garner called Sam Hicks, who is sworn and testifies for Mr.
Garner.
Mr. Gardner offers a stipulation that the report received by Ground
Survey be received in evidence.
     Attorney Veeder opposes Mr. Gardner's motion
     The Court agrees with Attorney Veeder.
     Col. Bowen is called by Attorney Veeder.
     Governments exhibits 163, 164 and 165 are received in evidence.
     Erle Stanley Gardner is sworn and testifies in own behalf.
12:15 P.M. Recess. 2:15 P.M. Reconvene
     Ralph O. Barnett called by Atty Littleworth
     Col. Bowen called by Attorney Veeder
     Alexander Borel called by Attorney Littleworth
     Col. Bowen called by Attorney Veeder
     Antonio N. Reyes called by Attorney Littleworth
     Col. Bowen called by Attorney Veeder
     Attorney Littleworth moves th substitute parties defendant, substituting
William H. Shipman and Virginia G. Shipman and Roy E. Shipley in place of
Tommy Rawson, deceased and Martin L. Nelson, Administrator of the Estate
of Thomas J. Rawson.
     Filed pre-trial Order.
     Filed letter of James Oviatt dated Nov. 19, 1959.
     XMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMXMX
XMXMXMXM
     Governments exhibits 166, 167, 168, 169, 170 and 170 are received in
evidence.
     At 4:25 P.M. Recess until Nov. 25, 1959, at 9:30 A.M. for further
hearing.