**FILED**

NOV 24 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | |
| | ) | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | On PRE-TRIAL |
| Defendants. | ) | |

It having been agreed among counsel for the United States of
America and James H. Krieger and Arthur L. Littleworth, that the trial
of the cases involving their clients, referred to in this Court's
Order of September 2, 1959, would be expedited through the entry of the
pre-trial order and counsel having agreed to the following,

IT IS HEREBY ORDERED that:

A. The order of proof as agreed upon will be substantially
as follows:

1. The evidence will be introduced in the order of
the names of Mr. Krieger's clients as they appear
in the above mentioned Order of September 2, 1959,
with the exception of the properties of Cass and
Roripaugh and the properties of Margherita C. and
Domenica Domenigoni, the evidence concerning which
will be introduced later, based upon a consideration
and approval of the soil survey now in the process

5606

1         of completion, and with the exception of the

2         properties of Collins and Frick.

3   2.  The testimony of the apparent owner, or his agent, will

4         constitute a prima facie case of proof of ownership,

5         the right being reserved by the United States of America

6         or any other parties to this case to introduce evidence

7         rebutting the claimed title.

8   3.  The apparent owner, or his agent, will testify insofar as

9         possible in regard to all matters essential for the proof

10        as to the claimed rights to the use of water of what-

11        ever character, including but not limited to the source

12        of water, the means of diversion, pumping, impoundment

13        and delivery and distribution of water on the land for

14        purposes of irrigation.

15   4.  If uses are claimed for purposes other than irrigation,

16        there will be described the kind and type of use, place

17        of use, means of diversion and application of water to

18        beneficial use.

19   5.  In regard to utilization of water for purposes of irriga-

20        tion, the apparent owner, or his agent, will testify as

21        lands upon which the claimed waters have been applied,

22        the general description and kind and type of crops raised

23        and similar testimony respecting the water use.

24   6.  To the extent the data is available, the quantities of

25        water actually applied to a beneficial use will also be

26        testified to by the apparent owner or his agent.

27   7.  The period of time during which the waters have been

28        historically used will similarly be testified to by

29        the apparent owner or his agent.

30   8.  To the extent possible, the apparent owner, or his agent,

31        will locate all wells, describe their depth, size of

7—1404
U. S. GOVERNMENT PRINTING OFFICE

5607

casing, size of pump and the capacity of the well.

9.  If there are surface diversions or reservoirs, they will be described as to size and capacity by the apparent owner, or his agent.

B.  The United States of America will introduce soil surveys which have been prepared and such oral testimony as may under the circumstances be required.

C.  Lands which abut upon, surface streams will be considered riparian to the streams upon which they abut.

D.  The United States of America or any other party to this case will be permitted to introduce rebuttal evidence at a later date in regard to all issues, including but not limited to the ownership of the lands testified to by the apparent owner and also in regard to any claimed rights to the use of water—appropriative, prescriptive, riparian or overlying.

E.  Soil surveys on the properties of these defendants will be offered in evidence as exhibits of the United States.

This order is supplementary to all other orders relating to the conduct of this trial.

Dated:  _11-24-59_

JAMES M. CARTER
United States District Judge

5608