UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. _1247-SD-C_ _ CIVIL |
| vs | MINUTES OF THE COURT |
| FALLBROOK, et al | DATE: Nov. 25, 1959 |
| | AT: San Diego, California |

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: _HAL H. KENNEDY_ Reporter _ JOHN SWADER _ _ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER & WILLIAM E. BURBY, for U.S.A.
LCDR DONALD W. REDD & LT CHARLES SALTER, for U.S.Navy

COUNSEL FOR DEFENDANT: Geo. Stahlman, Earl K. Stanton, Franz R. Sachse, Fred Girard, Walter Gould Lincoln, Arthur L. Little worth

PROCEEDINGS: HEARING motion of the Vail Co. to admit evidence of H.M. Hall.
TRIAL

Alfred Ceas is called by Attorney Littleworth
Col. Bowen is called by Attorney Veeder
At 11:10 A.M. Recess. At 11:25 A.M. Reconvene.
Wesley Collins is called by Attorney Littleworth
Alfred Ceas is recalled by Attorney Littleworth
Col. B;wen is called by Attorney Veeder
12 Noon Recess. 1:30 P.M. Reconvene
Alfred Ceas is recallled by Attorney Littleworth
Governments exhibits 172 thru 186 are received in evidence.
Governments exhibit 179 is withdrawn for the purpose of correcting name of property owner, and returned to the Clerk.
Vails exhibits AK-1 thru AK-10 are marked for identification.
Col. Bowen is recalled by Attorney Veeder.
Alfred Ceas is recalled by Attorney Littleworth
Col. Bowen is recalled by Attorney Veeder.
Ernest M. Lincoln is called by Attorney Littleworth
Col. Bowen is recalled by Attorney Veeder
At 3:25 P.M. Recess until Dec. 15, 1959, at 10 A.M. for further proceedings.

5610

JOHN A. CHILDRESS, Clerk
By _____