**FILED**

DEC 9 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
             Plaintiff )
   v. ) No. 1247-SD-C
)
FALLBROOK PUBLIC UTILITY DISTRICT, ) AFFIDAVIT OF SERVICE BY MAIL
ET AL )
             Defendants )

STATE OF CALIFORNIA )
                  ) ss.
COUNTY OF SAN DIEGO )

    Donald Walther, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, on December 8, 1959, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, a copy of

    NOTICE OF TIME AND PLACE OF HEARING OBJECTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PROPERTIES NORTH OF FALLBROOK CREEK WATERSHED, WEST OF RAINBOW CREEK WATERSHED, AND SOUTH OF THE SANTA MARGARITA RIVER (INCLUDING CERTAIN PARCELS IN FALLBROOK CREEK WATERSHED), AND ORDER RE SERVICE OF DOCUMENTS, dated November 17, 1959.

and, a copy of

5642

FINDINGS OF FACT AND CONCLUSIONS OF LAW RE PROPERTIES NORTH OF FALLBROOK CREEK WATERSHED, WEST OF RAINBOW CREEK WATERSHED, AND SOUTH OF THE SANTA MARGARITA RIVER (INCLUDING CERTAIN PARCELS IN FALLBROOK CREEK WATERSHED), dated May     1959.

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

Donald Walther

Subscribed and sworn to before me this 9th day of December, 1959

Margaret B. Tooker
Notary Public in and for said County and State

(SEAL)

My commission expires: June 3, 1962

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS

Gerald W. & Ellen V. Ackles
Rt. 1., E. Mission Road
Fallbrook, Calif.

Howell H. & Ida J. Adams
Route 2, Box 223
Fallbrook, Calif.

Allied Benefit Corp.
3796 5th Ave.
San Diego 3, Calif.

Ralph & Jimmie Allmon
944 N. Orange
Fallbrook, Calif.

Maud May Anderson
802 Iowa St.
Fallbrook, Calif.

Donald & Charlotte Anthony
812 S. Main St.
Fallbrook, Calif.

Thomas A. & Opal Atkisson
1410 Hillcrest Lane
Fallbrook, Calif.

Edward J. Baetz
235 Avenue B
Redondo Beach, Calif.

Warren D. & Lillian Baker
1460 HXXX Hillcrest Lane
Fallbrook, Calif.

Bank of America
Attorney - Steinmeyer & Jones

Virgil B. & Ruby H. Bardwell
515 Hillcrest Lane
Fallbrook, Calif.

Maurine Nash Barkeij
Attorney - Sachse & Price

Harold W. & Marcella C. R. Barkow
215 S. Wisconsin
Fallbrook, Calif.

Walter E. Barrett
140 33rd Street
Hermosa Beach, Calif.

Verlie L. Bayle
300 North Gilbert Ave.
Fullerton, Calif.

Edgar L. & Gloria E. Becker
359 Sonora St.
San Bernardino, Calif.

Earl Wayne & Rachal Agenes Bell
631 W. Alvarado St.
Fallbrook, Calif.

F. M. & Dora A. Bell
P.O. Box 312
Fallbrook, Calif.

Vincent V. & Wilma M. Bell
612 N. Main St.
Fallbrook, Calif.

Keith Paul & Pauline Bellamy
220 N. Wisconsin
Fallbrook, Calif.

Hazel A. Benton
1055 Alturas
Fallbrook, Calif.

Charles H. & Carlotta Berry
929 Riverview Drive
Fallbrook, Calif.

Marie M. Besse
1748 Gum Tree Lane
Fallbrook, Calif

Walter J. Besse Jr.
c/o Marie Besse
1748 Gum Tree Lane
Fallbrook, Calif.

Elroy & Lenon Bezzant
321 Shady Lane
Fallbrook, Calif.

James H. & Francis Bibb
302 E. Dougherty
Fallbrook, Calif.

Cordelia Bigham
604 N. Main St.
Fallbrook, Calif.

5644

EXHIBIT "A"

Dan E. Billman
4581 Delaware St.
San Diego, Calif.

William T. & Ruby C. Blacklidge
2002 E. Alvarado St.
Fallbrook, Calif.

Louis & Lora Mae Boen
1810 E. Mission Road
Fallbrook, Calif.

Paul D. & Margaret Bradshaw
Attorney - Luce, Forward,
   Kunzell & Scripps

Frank J. & Mabel E. Brand
1840 Gum Tree Lane
Fallbrook, Calif.

Arthur & Peggy Brandenberg
234 W. Escalones
San Clemente, Calif.

Richard & Cora B. Bray
339 South Main
Fallbrook, Calif

Audrey K. Briscoe
534 Porter
Fallbrook, Calif.

George Wesley & Armilda L. Brown
1756 E. Mission Road
Fallbrook, Calif.

Arthur & Georgia Brune
6024 Coldwater Canyon
North Hollywood, Calif.

Chester A. & Dorothy J. Brunson
511 North Main
Fallbrook, Calif.

Valentine & Leora Buck
P.O. Box 1048
Blythe, Calif.

Beryl Buckmann
c/o Audrey K. Briscoe
534 Porter St.
Fallbrook, Calif.

Murray E. & Neva M. Burnaman
124 E. View St.
Fallbrook, Calif.

Joel C. & Louise Burnell
243 W. Kendall St.
Vacaville, Calif.

William M. & Ines F. Burns
241 Dougherty
Fallbrook, Calif.

James C. Sr., & Louise C. Busby
Route 2, Box 730
Fallbrook, Calif.

Jack W. & Ellen A. Caldwell
1820 E. Mission Road
Fallbrook, Calif.

Arthur W. & Inez Wagner Carey
Attorney - Luce, Forward,
   Kunzell & Scripps

O. S. & Clara A. Carmichael
P.O. Box 39
Fallbrook, Calif.

Charles F. & Marion L. Cartwright
1040 North Orange
Fallbrook, Calif.

Loren L. & Marian K. Casper
Rt. 2, Box 76
Fallbrook, Calif.

Chester & Dorothy A. Cassel
Attorney - Sachse & Price

Carl M. & Kathrynen Castor
22 N. Thorp
Kansas City, Kansas

Frank A. Churchill
403 Grand St.
Ligonier, Ind.

Rudolph & Estella Cimperman
531 W. Alvarado
Fallbrook, Calif.

5645

Coast Escrow Co
207 Ocean
Laguna Beach, Calif.

William M. & Beverly Cochran
885 Phillips
Vista, Calif.

William H. & Addie G. Colvin
425 Ivy St.
Fallbrook, Calif.

Connecticut Mutual Life Ins. Co.
Attorney - Luce, Forward,
   Kunzell & Scripps

Continental Auxiliary Co.
Attorney - Steinmeyer & Jones

Ernest C. Cook
914 N. Olive Ave.
Fallbrook, Calif.

William Cook
402 E. Porter St.
Fallbrook, Calif

Ida Cooper
502 N. Hill
Fallbrook, Calif.

Jack J. & Octovan P. Cope
P.O. Box 446
Fallbrook, Calif.

Morris B. & Grace W. Cope
787 Colima St.
La Jolla, Calif.

Corp. of America
Attorney - Christopher M. Jenks

Edna Rymal Cox
711 N. La Cienega Blvd.
Los Angeles, Calif.

Joseph A. & Lola M. Cralego
Attorney - Chatford & Shatford

Clifford L. & Martha Crittenden
423 Cornell Dr.
Burbank, Calif.

Roberta Culpepper
Attorney - P. W. Willett

Clyde W. & Ivah Davis
1951 E. Mission Rd.
Fallbrook, Calif.

William N. & Mary E. Davis
1805 Davis Drive
Fallbrook, California

Charlotte Mary Deniston
140 West Ellis
Inglewood 4, Calif.

William H. Deniston
140 W. Ellis Ave.
Inglewood, Calif.

Dept. of Veterans Affairs
State of California
1227 O Street
Sacremento 7, Calif.

William V. & Harriet W. Derby
521 W. Alvarado
Fallbrook, Calif.

Walter Dickey
5228 Eagle Rock Blvd
Los Angeles 41, Calif.

Pearl R. Dodson
224 Emerald Bay
Laguna Beach, Calif.

Amos C. & Jeanette D. Dreher
1862 Gum Tree Lane
Fallbrook, Calif.

Raymond J. & Elene H. Dunbar
5336 N. Allesandro St.
Temple City, Calif.

Miss Helen V. Dunn
654½ Parkman Ave.
Los Angeles 26, Calif.

Herbert R. & Mary K. Dunning
P.O. Box 157
Fallbrook, Calif.

-3-

5646

Robert R. & Florence M. Eason  
910 Grand View St.  
Los Angeles 6, Calif.

Lloyd L. & Helen L. East  
1246 Hillcrest Lane  
Fallbrook, Calif.

M. J. & Belle J. Eddy  
c/o Harry J. Geyer  
P.O. Box 664  
Fallbrook, Calif.

Marie E. Edwards  
Attorney - Swing, Scharnikow  
  and Staniforth

Victor E. & Hazel Erickson  
330 Sunrise Circle  
Vista, Calif.

Hale B. & Marjorie H. Eubanks  
1837 E. Mission Rd.  
Fallbrook, Calif.

Fallbrook Lumber Co.  
735 S. Main St.  
Fallbrook, Calif.

Fallbrook Public Utility District  
Attorney - Sachse & Price

Oscar & Kaweloleilani Fargie  
9 Jib Green S.W.  
Washington, D.C.

Howard N. & Hildegard T. Farmer  
1001 E. Alvarado  
Fallbrook, Calif.

Farmers & Merchants National Bank  
of Los Angeles  
401 S. Main St.  
Los Angeles, Calif.

Farmers Home Administration  
State Director  
Room 21, Chamber of Commerce Bldg.  
San Diego 1, Calif.

John A. Fay  
755 Stage Coach Lane  
Fallbrook, Calif.

First Church of Christ Scientist  
538 North Main St.  
Fallbrook, Calif

First National Bank of Vista  
East Vista Way  
Vista, Calif.

Hallie Estes Fix  
c/o Louise Robertson  
Box 119  
Fallbrook, Calif.

Edward H. & Flora L. Flasch  
744 N. Orange  
Fallbrook, Calif.

Martha Fleckenstein  
Attorney - Harry E. Teasdall

Robert Allan & Edna V. Forsyth  
P.O. Box 352  
Fallbrook, Calif.

Harriette N. Fox  
C/O W. L. Lhamon  
4431 Oceanview  
Montrose, Calif.

George M. & Margaret E. Francis  
828 N. Main  
Fallbrook, Calif.

Augustine & Frances M. Fredy  
723 N. Orange  
Fallbrook, Calif.

John D. & Joann T. Freeman  
905 Santa Margarita Dr.  
Fallbrook, Calif.

John & Rachel Frohwitter  
2204 E. Mission Road  
Fallbrook, Calif.

5647

Evelyn Fuller
Attorney - P. W. Willett


Carl E. & Marie Fulcomer
315 W. Dougherty
Fallbrook, Calif.


Ora Grace Fuller
220 N. Wisconsin
Fallbrook, Calif.


William Henry & Beatrice Fuller
232 North Wisconsin
Fallbrook, Calif.


Clarence H. & Kathryn S. Gardner
Route 1, Box 140
Winterwarm Road
Fallbrook, Calif.


Jennings W. & Mary E. Garlinghouse
P.O. Box 445
Fallbrook, Calif.


Lee & Ruth Garmes
1911 Gum Tree Lane
Fallbrook, Calif.


Helen Gates
Attorney - Sachse & Price


Walter S. & Faith W. Gates
R.R. 2, Box 275
Holley, Oregon


Earl H. & Maybelle M. Gerstenberger
1046 Orange Ave.
Fallbrook, Calif.


William T. & Grace I. Gilliland
　Attorney - Swing, Scharnikow
　　and Staniforth


Julian C. & Anella C. Goddard
202 West Pasadena
Fallbrook, Calif.


Ewart W. & Mary Alice Goodwin
Attorney - Luce, Forward,
　Kunzell & Scripps


Clara Ellis Gracy
403 North Olive
Fallbrook, Calif.


H. L. & Theresa A. Graham
1810 Stuart St.
West Covina, Calif.


W. A. & Anna H. Graham
P.O. Box 93
Fallbrook, Calif.


Raymond & Naomi Mary Grantham
1625 Mission Road
Fallbrook, Calif.


Elizabeth Granville
7830 Allengrove St.
Downey, Calif.


Sherill & Dorothy Grassman
645 N. Iowa
Fallbrook, Calif.


Jane P. Gray
Attorney - Swing, Scharnikow
　& Staniforth


Seth W. & Alice M. Green
2004 North Hoover St.
Los Angeles 27, Calif.


Zade & Gertrude A. Green
P.O. Box 274
Fallbrook, Calif.


Buford D. & Bessie B. Greer
734 Ceramic Lane
Fallbrook, Calif.


John Gregor
Vista Auto Court
Vista, Calif.


Willard F. & Helen L. Grevatt
401 Ivy St.
Fallbrook, Calif.

-5-

5648

Harold W. & Mary E. Griffith
Attorney - Sachse & Price

Henry C. Griffith
Box 57
Fallbrook, Calif.

Christine M. Groleau
P.O. Box 686
Fallbrook, Calif.

Homer P. & Augusta M. Groom
639 DeLuz Rd.
Fallbrook, Calif.

Lonnie & Betty W. Grooms
831 N. Orange Ave.
Fallbrook, Calif.

William P. Gudman
P.O. Box 541
Fallbrook, Calif.

Helen M. Gwyther
P.O. Box 171
Fallbrook, Calif.

Arthur F. & Audrey G. Halloran
Wichita Refuse Cache
Oklahoma

Etta Hamilton
P.O. Box 673
Fallbrook, Calif

W. Horace & Bernadean Hanson
7830 Allengrove St.
Downey, Calif.

Basil & Pauline L. Harris
824 Lynnhaven Lane
La Canada, Calif.

Leighton L. & Florine D. Harrison
Attorney - Sachse & Price

Lester B. & Lena E. Haselwood
816 N. Orange
Fallbrook, Calif.

Elizabeth M. Hass
10421 Pounds Ave.
Whittier, Calif.

Borden & Anna Havens
739 N. Orange Ave.
Fallbrook, Calif.

Velma M. Hawn
202 N. Brandon Road
Fallbrook, Calif.

Oliver B. & Harriet B. Hayes
P.O. Box 185
Fallbrook, Calif.

O. P. & Alice L. Heald
1100 E. Fallbrook St.
Fallbrook, Calif.

Faye L. Hecock
6128 Cartana
Lakewood, Calif.

Hal M. & Frances Heflin
1015 N. Olive St.
Fallbrook, Calif.

Neal S. & Thelma G. Heis
1708 E. Mission Road
Fallbrook, Calif.

George Hekman
1750 E. Mission Road
Fallbrook, Calif.

Harry E. & Dora V. Held
P.O. Box 652
Fallbrook, Calif.

E. C. Henderson
Rincon Road
Pauma Valley, Calif.

U. G. Henderson
Pala Road
Pala, Calif.

William E. & Norma J. Henry
535 W. Fig St.
Fallbrook, Calif.

Frances W. & Merna J. Hess
1536 Hillcrest Lane
Fallbrook, Calif.

Harry D. Hicks
108 East 112th St.
Los Angeles, Calif.

William R. & Lucille Hilbert
Attorney - Sachse & Price

Clarence & Fern Hobbs
4929 Hillcrest Drive
Los Angeles 3, Calif.

Raymond J. Holmes
830 Mission
South Pasadena, Calif.

Karl G. & Margaret A. Houtz
3383 Cudahy St.
Huntington Park, Calif.

Glenn & Helen Hovenden
124 Green Canyon Road
Fallbrook, Calif.

Theodore E. & Hilda M. Hroch
335 Dougherty
Fallbrook, Calif.

Edgar H. & Jeanette P. Hudkins
6075 Crest Ave.
Arlington, Calif.

C. M. & Ella J. Hunter
430 S. San Jose St.
Covina, Calif.

Florence V., Martha E. & Winifred
Fay Huscher
P.O. Box 442
Fallbrook, Calif.

William C. & Virginia Husted
Route 1, Box 203
Fallbrook, Calif.

Walter & Dorothy I. Jackson
4398 Dale St.
La Mesa, Calif.

Celia E. Jacobson
1350 N. Fuller Ave.
Apartment No. 6
Los Angeles 46, Calif.

Henry D. & Lucille Jay
P.O. Box 723
Fallbrook, Calif.

Christopher M. Jenks, and
Orrick, Dahlquist, Herrington
& Sutcliff
405 Montgomery Street
San Francisco 4, Calif.
Attn: Christopher M. Jenks

Arthur W. & Melena M. Johnson
2041 E. Mission Road
Fallbrook, Calif.

C. Carl & Frances Johnson
Route 1, Box 561
Fallbrook, Calif.

Harold E. & Doris W. Johnson
General Delivery
Fallbrook, California

Lonnie T. & Lura Mae Johnson
P.O. Box 799
Fallbrook, Calif.

Violet G. Johnson
994 Gleneyre St.
Laguna Beach, Calif.

Lillian A. Kaufman
202 N. Brandon Rd.
Fallbrook, Calif.

Sam & Claire Kaufman
2160 E. Mission
Fallbrook, Calif.

Eckley M. & Edrie Keach
53 Willshire Ave.
Vallejo, Calif.

Nathaniel B. & Maxine Keith
1003 Orange
Fallbrook, Calif.

J. L. & Alice R. Kendrick
P.O. Box 148
Fallbrook, Calif.

Royce W. & Mary M. Kennedy
914 N. Orange
Fallbrook, Calif.

5650

John B. & Penelope C. Kentis  
Attorney - Sachse & Price

Lionel C. & Faith W. Kenworthy  
General Delivery  
Fallbrook, Calif.

Edgar M. Kester  
957 Mar Vista  
Vista, Calif.

George E. & Allene King  
1002 N. Orange  
Fallbrook, Calif

Samuel Edward King  
1757 Alvarado St.  
Fallbrook, Calif.

George E. & Marina B. Kingston  
412 Ivy St.  
Fallbrook, Calif.

Tyke G. Kinsman  
P.O. Box 22  
Fallbrook, Calif.

Laurence & Margurite Kirk  
1191 Riverview Drive  
Fallbrook, Calif.

Lester W. & Ethel Knapp  
4835 Bancroft  
San Diego, Calif.

Elmer E. & Esther M. Knoche  
P.O. Box 45  
Fallbrook, Calif.

Ben H. & Margaret B. Kolb  
641 N. Main St.  
Fallbrook, Calif.

Walter M. & Helen M. Kozell  
645 West Alvarado  
Fallbrook, Calif.

Mike & Karma Krause  
3743 Southwestern Ave.  
Los Angeles, Calif.

John N. & Harriet L. Krell  
925 N. Main St.  
Fallbrook, Calif.

Melvin & Alberta A. Krider  
726 N. Main St.  
Fallbrook, Calif.

A. O. & Ada J. Kunkel  
2415 N. Main St.  
Las Vegas, Nevada

Jesse & Sonia E. Laird  
933 N. Olive  
Fallbrook, Calif.

LaJolla Federal Savings & Loan Assoc.  
1100 Wall Street  
LaJolla, Calif.

Land Title Ins. Co.  
225 Broadway  
San Diego 12, Calif.

Albert C. & Gislaine LaPointe  
140 E. View St.  
Fallbrook, Calif.

W. F. & Alice M. Lattimer  
402 E. Porter  
Fallbrook, Calif.

Harvey N. & Mildred Laughlin  
Attorney - Sachse & Price

Mavis Mounts Leadbeter  
9626 Lubec  
Downey, Calif.

Karl D. & Dorothy Louise Lee  
1810 E. Mission Road  
Fallbrook, Calif.

C. Leonard Improvement Co.  
1034 Wilshire Blvd.  
Los Angeles, Calif.

William H. & Gwen M. Lhamon  
4431 Oceanview Blvd.  
Montrose, Calif.

Patsy Ligon  
c/o Security Title Ins. Co.  
8th at Orange  
Riverside, Calif.

-8-

5651

Laura Jean Lincoln
P.O. Box 862
Fallbrook, Calif.

Russell M. & Doris Arlene Litch
1810 W. Stuart St.
West Covina, Calif.

George P. & Fay W. Lodes
202 N. Wisconsin
Fallbrook, Calif.

Perry E. & Corinne M. Loer
1505 N. Stagecoach Lane
Fallbrook, Calif.

Harry Jr., & Gertrude Carolyn Lovett
900 S. Serrano Ave.
Los Angeles 6, Calif.

Luce, Forward, Kunzel & Scripps
1220 San Diego Trust & Savings
San Diego 1, Calif.
Attn: Robert E. Mc Ginnis

Beryl H. Mc Clain
P.O. Box 758
Fallbrook, Calif.

Baylis M. & Opal B. McDonald
Rt. 1, Box 414
Fallbrook, Calif.

Orvill & Beatrice Mc Donald
Rt. 1, Box 500
Fallbrook, Calif.

Walter C. & Frankie C. McMahan
Rt. 2, Box 172
Elsinore, Calif.

Barbara McMillan
334 E. Dougherty
Fallbrook, Calif.

Janet W. Mac Pherson
738 North Main St.
Fallbrook, Calif.

Cyril G. & Louise Margetts
7530 Cuyamaca
Lemon Grove, Calif.

Narciso & Vita Martinez
739 N. Iowa St.
Fallbrook, Calif.

Kenneth W. & Esperance S. Martin
Attorney - Sachse & Price

Milton P. & Maggie E. Martin
Attorney - Sachse & Price

Stephen & Bernard Martinez
488 Wilde Ave.
San Francisco, Calif.

Masonic Cemetery Asso. of
Fallbrook
Fallbrook, Calif.

Theodore & Orionna Mattfield
340 N. Orange
Fallbrook, Calif.

Macario & Amalia Medina
905 N. Orange
Fallbrook, Calif.

Fred B. & Geraldine Metzger
120 E. View
Fallbrook, California

Gordon W. & Ruth B. Monfort
Attorney - Sachse & Price

Medardo & Iride Morgagni
1926 E. Mission Road
Fallbrook, Calif.

Milton H. & Edith Mott
Attorney - Sachse & Price

B. D. Jr., & Patricia Morris
C/o O. H. Golden
204 S. Beverly Drive
Beverly Hills 8, Calif.

Thomas & Catherine M. Murphy
625 Hillcrest Lane
Fallbrook, Calif.

-9-

5652

August & Anna Nagele
839 N. Iowa
Fallbrook, Calif.

Frank R. & Dora H. Navarro
129 W. Fig
Fallbrook, Calif.

William B. Nelson
11502 Gail Land
Garden Grove, Calif.

Tesla C. & Ruth E. Nicola
6227 N. Golden West Ave.
Temple City, Calif

William H. & Geneva B. Nicholas
Attorney - Sachse & Price

Fred W. & Veronica C. Noweck
755 Deluz Road
Fallbrook, Calif

Jacob & Lydia Nufer
920 Riverview Drive
Fallbrook, Calif.

Oceanside Federal Savings & Loan
716 Mission
Oceanside, Calif.

Oceanside Finance Co.
716 Mission
Oceanside, Calif

Floyd & Opal Olive
510 Porter St.
Fallbrook, Calif.

Charles A. & Bertha H. Oliver
1808 Gum Tree Lane
Fallbrook, Calif

Herbert & Lucille Orr
P.O. Box 614
Fallbrook, Calif.

Jackson M. & Susie M. Oswald
Box 916
Fallbrook, Calif.

Charles Pahl
1530 Kanasha Blvd
East Charleston, West Virginia

Coburn T. & Marjorie Palmer
202 View St.
Fallbrook, Calif.

Palomar Savings & Loan Assn
401 E. Ohio
Escondido, Calif.

William H. & Mary Papenhausen
P.O. Box 764
Fallbrook, Calif.

Frank & Adele A. Parkinson
323 E. College
Fallbrook, Calif.

Gerald R. & Blanche Patton
Attorney - Harry E. Teasdall

Paul Revere Life Ins. Co.
3071 Fourth Ave.
San Diego, Calif.

John H. & Elsie M. Payne
233 E. Dougherty St.
Fallbrook, Calif.

John W. & Leotta Perkins
3524 Kite St.
San Diego, Calif.

Ervin A. & Ora G. Peterson
755 E. Alvarado St.
Fallbrook, Calif.

Katherine K. Peterson
6565 N. Muscatell
San Gabriel, Calif.

Linden W. & Velma H. Peterson
1044 Oldstage Road
Fallbrook, Calif

Walter G. & Alma E. Peterson
Route 2, Box 42-G
Fallbrook, Calif.

5653

Zeno J. & Georgiette M. Pfau  
1716 Midvale Ave.  
Los Angeles 24, Calif.

Helen Pfeffer  
812 N. Iowa St.  
Fallbrook, Calif.

Tolbert & Alice Ruth Poston  
655 Hillcrest Lane  
Fallbrook, Calif.

Earl D. Prudden  
1301 W. Sassafras  
San Diego, Calif.

Jack & Frankie Mae Quinn  
805 Orange  
Fallbrook, Calif.

Kermit E. & Erma B. Randall  
1459 Binford  
Ogden, Utah

Daniel & Ethel H. Ransom  
632 Porter St.  
Fallbrook, Calif.

Geyer R. & Doris G. Rarick  
425 E. Porter  
Fallbrook, Calif.

Dante & Lillie Mae Ravaioli  
2020 E. Mission Road  
Fallbrook, Calif.

Robert W. Raymond  
Box 425  
Fallbrook, Calif.

Regal Distributors  
406 S. Main St.  
Los Angeles 13, Calif.

Roy & Edna Rhodes  
1161 Valley St.  
Escondido, Calif.

Joseph & Wanda L. Rice  
712 Olive  
Fallbrook, Calif.

Eugene & Iris A. Roberts  
825 Shady Lane  
Fallbrook, Calif.

J. D. & Laura A. Robinson  
Attorney - Sachse & Price

Lincoln & Elizabeth R. Rogers  
2068 E. Mission Road  
Fallbrook, Calif.

Rosemead Escrow Co.  
Rosemead, Calif.

Truman C. & Beatrix Rowley  
Attorney - Sachse & Price

Vernon James II & Margaret Helen Rowley  
Attorney - Sachse & Price

Sachse & Price  
1092 South Main St.  
Fallbrook, Calif.

Harold & Ethel M. Salt  
708 E. Porter  
Fallbrook, Calif.

San Diguito Properties Inc.  
215 15th St.  
Del Mar, Calif.

Gordon C. & Marcia K. Sansom  
4029 Center  
San Diego 3, Calif.

Charles F. & Ruth Cornell Sawday  
Attorney - Luce, Forward, Kunzell  
 & Scripps

Hugo & Alice A. Schattschneider  
801 N. Iowa St.  
Fallbrook, Calif.

Walter C. & Marianne Schneider  
134 E. Dougherty  
Fallbrook, Calif.

John L. & Rosalie M. Schooley  
P.O. Box 625  
Fallbrook, Calif.

-11-

5654

Harry J. & Daisy W. Scovoli  
215 E. View St.  
Fallbrook, Calif.

Seacoast Savings & Loan Asso.  
215 15th St.  
Del Mar, Calif.

Stephen A. & Nan F. Seaton  
Attorney - Swing, Scharnikow  
    & Staniforth

Stephen A., Jr. & Shirley Mae Seaton  
Attorney - Swing, Scharnikow &  
    Staniforth

Security First National Bank  
of Los Angeles  
561 S. Spring St.  
Los Angeles, Calif.

Security First National Bank  
of San Diego  
904 5th Ave.  
San Diego, Calif.

Security Title Ins. Co.  
940 3rd Ave.  
San Diego, Calif.

Security Trust & Savings Bank of  
San Diego  
904 5th Ave.  
San Diego, Calif.

Earl A. & Betty B. Serry  
1028 Hillcrest Lane  
Fallbrook, Calif.

Frank & Ann Shallock  
810 Olive St.  
Fallbrook, Calif.

Shatford & Shatford  
5920 North Temple City Blvd  
Temple City, Calif.

Verne G. & Luella G. Shipley  
508 W. Alvarado  
Fallbrook, Calif.

Carl H & Mary P. Siel  
937 N. Orange St.  
Fallbrook, Calif.

Linden H. & Betty Ann Sievers  
Attorney - Sachse & Price

William A. & Dorothy A. Sim  
Attorney - Harry E. Teasdall

H. Dean & Ruby A. Sisco  
P.O. Box 96  
Bonsall, Calif.

Jan Hellweg Smiley  
General Delivery  
Fallbrook, Calif.

Caroline E. Smith  
c/o Louise Robertson  
Box 119  
Fallbrook, Calif.

Harry V. & Myrtle Smith  
P.O. Box 265  
Fallbrook, Calif.

Leslie F. & Nellie E. Smith  
904 N. Orange  
Fallbrook, Calif.

Marie Dunn Smith  
5266 Almira Road  
Southgate, Calif.

Walter L. & Rose Smith  
707 W. Alvarado  
Fallbrook, Calif.

Daniel K. & Lucy F. Smyth  
Attorney - Swing, Scharnikow &  
    Staniforth

Geno L. & Louise R. Somacal  
125 N. Wisconsin St.  
Fallbrook, Calif.

Southern Title & Trust Co.  
940 3rd Ave.  
San Diego, Calif.

James D. Steele  
1917 N. Santa Fe  
Compton, Calif.

5655

Hugo A. Steinmyer &
Winfield Jones
650 South Spring Street
Los Angeles 14, Calif.

Fred J. & Florence M. Stenton
Attorney - Sachse & Price

Charles J. & Grace L. Stiefel
1641 Palomar St.
Pasadena, Calif.

Frances M. Strain
1958 Gum Tree Lane
Fallbrook, Calif.

Suburban Savings & Loan Ass'n.
1001 Garnet Street
Pacific Beach
San Diego 9, Calif.

Lottie Summit
623 DeLuz Road
Fallbrook, Calif.

Charles G. & Irene J. Sundell
1461 Citrus Drive
LaHabra, Calif.

Swing, Scharnikow & Staniforth
Suite 604
San Diego Trust & Savings Bank Bldg.
San Diego 1, Calif.
Attn: Phil D. Swing

Harry E. Teasdall
114 North Main Street
Fallbrook, Calif

Robert E. & Virginia D. Thompson
P.O. Box 811
Fallbrook, Calif.

Delsia P. Tibbett
44 North 7th St.
San Jose, Calif.

Title Insurance & Trust Co.
625 S. Spring St.
Los Angeles, Calif

Title Investment Service
5141 Crenshaw Blvd.
Los Angeles 43, Calif.

Harry D. & Vena S. Tompkins
408 W. Queens St.
Inglewood, Calif.

Sterling S. & Dorothy E. Tompkins
Box 636
Fallbrook, Calif.

Nicholas W. & D. C. Tomlin
2222 Gum Tree Lane
Fallbrook, Calif.

Fremont A. & Irene L. Torkilson
1254 Hillcrest Lane
Fallbrook, Calif.

Edward & Margie R. Trobat
P.O. Box 783
Fallbrook, Calif.

Joseph E. & Ruth E. Turk
Apt. 1, Dells Motel
Fallbrook, Calif.

James O. & Betty L. Turnbull
P.O. Box 137
Fallbrook, Calif.

Maurice P. & Alice M. Turner
777 Knoll Park Lane
Fallbrook, Calif.

Tom Turner
Attorney - Sachse & Price

Union Title Ins. & Trust Co.
1028 2nd Ave.
San Diego 12, Calif.

United States of America
Federal Housing Administration
Room 21
Chamber of Commerce Bldg.
San Diego 1, Calif.

Roy L. & Rhea F. Vaught
842 N. Orange
Fallbrook, Calif.

Loan Guaranty Division
Veterans Administration
Regional Office
San Diego 12, Calif.

5656

-13-

Russell G. & Gladys S. Vickers  
324 Ivy St.  
Fallbrook, Calif.

Arne F. Vlasek  
1015 N. Orange  
Fallbrook, Calif.

Delisle C. & Ophia J. Voorhees  
919 N. Olive Ave.  
Fallbrook, Calif.

Dolores C. Vruwink  
Attorney - Sachse & Price

Gerardus Wagenaar  
1837 E. 3rd St.  
Long Beach, Calif.

John L. & Mary Agnes Wagenaar  
24 Lindero Ave.  
Long Beach 3, Calif.

Senator N. & Jenny D. Walker  
Rt. 4, Box 332 W.  
Escondido, Calif.

Norbert A. & Ethel R. Waller  
754 E. Fallbrook St.  
Fallbrook, Calif.

Harry F. & Jessie Mae Walters  
Box 541  
Fallbrook, Calif.

J. Rex & Bonnie R. Warren  
857 Hamilton Lane  
Fallbrook, Calif.

Watchtower Bible & Tract Society  
124 Columbia Heights  
Brooklyn 2, New York

LeRoy I. & Nellie M. Weeks  
812 N. Iowa  
Fallbrook, Calif.

Eleanore Wester  
c/o Alice Rasneor  
102 E. View St.  
Fallbrook, Calif.

Charles M. & Grace Whelden  
19850 E. Arrow Highway  
Covina, Calif.

XXXXXXXXXXXXX

G. Edward & Berenice M. Wiatt  
1811 Davis Dr.  
Fallbrook, Calif.

Richard & Elizabeth Wilbur  
410 Dougherty  
Fallbrook, Calif.

Charles L. & Irma Williams  
823 N. Orange  
Fallbrook, Calif.

P. W. Willett  
P.O. Box 103  
Fallbrook, Calif.

Orlan D. & Irene L. Wilson  
723 N. Iowa  
Fallbrook, Calif.

Joy A. & Adele I. Winans  
Attorney - Talmadge G. Latham

Margaret Wisdom  
4121 S. Van Ness Ave.  
Los Angeles 62, Calif.

Howard C. & Lilliam L. Woodrow  
RFD 2, Box 666  
Fallbrook, Calif.

Floyd D. & Lucille K. Woodry  
General Delivery  
Falbrook, Calif.

Clarence Woods  
Attorney - Sachse & Price

William S. & Mary E. Woods  
945 S. Main St.  
Fallbrook, Calif.

George L. & Jean M. Wyatt  
809 N. Orange  
Fallbrook, Calif.

5657

George F. & Alma H. Yackey
P.O. Box 871
Fallbrook, Calif.

Florence J. Young
1546 Union St.
San Diego 1, Calif.

Charles & Alma Zimmerman
336 N. Hill St.
Fallbrook, Calif.

Mrs. Emma Zimmerman
336 N. Hill St.
Fallbrook, Calif.