UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _1247-SD-C_ CIVIL  
MINUTES OF THE COURT  
DATE: Dec. 15, 1959  
AT: San Diego, California.

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ JOHN SWADER _____

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD

COUNSEL FOR DEFENDANT: _ GEORGE STAHLMAN, FRANZ SACHSE, JAMES KRIEGER, WALTER G. LINCOLN AND HARRY TEADALE

PROCEEDINGS: FURTHER COURT TRIAL

HEARING motion of Vail to admit evidence of H. M. Hall

At 10 A.M. convene herein.
Court and counsel discuss motion to admit evidence of H. M. Hall, and it is ordered said motion be held on calendar.
Roripaugh Ex. No. E is marked and received.
Frand O. Query is called, sworn, and testifies on own behalf.
Government Ex. No. 187 is marked.
Ex. Roripaugh F is marked and received.
Col. A. C. Bowen is recalled and testifies further.
Exs. Nos. 188, 189, and 190 are marked.
Governments Exs. Nos. 187, 188, 189 and 190 are received.
At 11 A.M. a recess is declared by the court, and at 11:15 A.M. reconvene.
Frederick Guenther is called, sworn, and testifies on own behalf.
Ex. No. 191 is marked.
Col Bowen is recalled, and testifies further.
Exs. 192, 193, 194, and 195 are marked.
Exs. Nos. 191, 192, 193, 194, and 195 are received.
At 12:05 P.M. a recess is declared to 2 P.M.
At 2 P.M. reconvene herein.
Attorney Teasdale present and on behalf of certain defendants disclaims any right to water.
Attorney Veeder to prepare interlocutory Decree No. 4.
Witness Guenther resumes stand and testifies further.
Roripaugh Exs. Nos. G and H are marked and received.
Chas E. Yoder is called, sworn, and testifies on own behalf.
Governments Ex. No. 196 is marked.
Witness Bowen is recalled, and testifies further.
Exs. Nos. 196, 197, 198 and 199 are received in evidence.
Morris J. Yoder is recalled and testifies further in own behalf.
Ex. No. 200 is marked.
Witness Bowen is recalled, and testifies further.
Ex. No. 200 is received in evidence.
At 3:35 P.M. recess, and at 3:50 P.M. reconvene.
Leo Roripaugh, heretofore sworn is recalled, and testifies further on own behalf.
Roripaugh Ex. No. I is marked.
At 4:28 P.M. a recess is declared by the court, and the further trial herein continued to Dec. 16, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk  
By _____  5704