MASTER
12-16-59

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                        NO. 1247-SD-C CIVIL

vs.                          MINUTES OF THE COURT

FALLBROOK, etc., et al      DATE: Dec. 16, 1959

AT: San Diego, California.

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ JOHN SWADER _ _ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD, JAMES KRIEGER, AND WALTER G. LINCOLN.

PROCEEDINGS: FURTHER COURT TRIAL
HEARING motion of Vail to admit testimony of Hall.

     At 10:05 A.M. convene herein.
     Witness Leo Roripaugh resumes the stand and testifies further.
     Col Bowen is recalled, and testifies further.
     Exs. Nos. 202, 203, and 204 are marked.
     Exs. Nos. 201, 202, 203, and 204 are received.
     Witness Leo Roripaugh is recalled, and testifies further.
     At 11 A.M. recess, and at 11:15 A.M. reconvene.
     Roripaugh I is received.
     Witness Leo Roripaugh resumes stand and testifies further.
     John Roripaugh, heretofore sworn, resumes stand and testifies further on own behalf.
     At 12:05 P.M. recess to 2 P.M.
     At 2:05 P.M. reconvene.
     Witness John Roripaugh resumes stand and testifies further.
     Ex. Roripaugh J is marked and received.
     At 3:10 P.M. a recess is declared, and at 3:30 P.M. reconvene,
     IT IS ORDERED that George Stahlman is substituted as counsel for M. M. Henderson in pro per.
     Witness Bowen is recalled and testifies further.
     IT IS ORDERED that Stahlman is granted to 1-11-60 in which to file amended pleading re Henderson, if he so desires.
     Henderson Exs. Nos. A, B, and C are received.
     Max M. Henderson is called, sworn, and testifies on own behalf.
     At 4:30 P.M. a recess is declared by the court, and the further court trial herein is continued to Dec. 17, 1959, at 10 A.M.

JOHN A. CHILDRESS, Clerk    5705

By _____