BEST, BEST AND KRIEGER
P. O. Box 1028
4200 Orange Street
Riverside, California.

OVerland 6-1450



FILED
DEC 1⁻ 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,
-vs-
FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
            Defendants.

Civil No. 1247-SD-C

ORDER SUBSTITUTING PARTIES

     The motion of William H. Shipman, Virginia G. Shipman and Roy E. Shipley having come on regularly for hearing on November 24, 1959, and good cause appearing,

     IT IS HEREBY ORDERED that William H. Shipman, Virginia G. Shipman and Roy E. Shipley be and they are hereby substituted as parties defendant in the place and stead of Tommy Rawson, deceased, and Martin L. Nelson, as Administrator of the Estate of Thomas J. Rawson as to the following described property:

     PARCEL 1:   Section 8 Township 6 South, Range 1 West, San Bernardino Base and Meridian; EXCEPTING THEREFROM those coal and other mineral rights reserved by the United States of America.

     PARCEL 2:   The West one-half of Section 9, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

1.

PARCEL 3: Section 17, Township 6 South, Range 1 West San Bernardino Base and Meridian; EXCEPTING therefrom the West one-half of the Southwest quarter thereof.

PARCEL 4: Government Lots 3 and 4, the East half of the Southwest quarter and the West half of the Southeast quarter of Section 18, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 5: The South one-half of the Southwest quarter of Section 15, Township 6 South, Range 2 West, San Bernardino Base and Meridian; EXCEPTING therefrom any portion thereof included in the Eldorado Quarts Mining Claim.

PARCEL 6: Section 23, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 7: The Northeast quarter of the Northwest quarter, the South one-half of the Northwest quarter, the East one-half of the Southwest quarter, the Northwest quarter of the Southwest quarter, the Southwest one-quarter of the Southeast quarter, the East one-half of the Southeast quarter and the Northeast quarter of Section 24, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 8: Section 19, Township 6 South, Range 1 West, San Bernardino Base and Meridian; EXCEPTING therefrom the East one-half of the Northeast quarter thereof.

PARCEL 9: Section 20, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 10: The West one-half of the Northwest Quarter of Section 16, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 11: The North half of the Northwest quarter, the Southeast quarter of the Northwest quarter, the Northeast quarter of the Southwest quarter and the East one-half of Section 30, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 12: Section 25, Township 6 South, Range 2 West San Bernardino Base and Meridian.

PARCEL 13: Section 36, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

PARCEL 14: Government Lots 5, 6, 7, 8, 10, 11, 12 and 13, the East half of Government Lots 9 and 14, and the East one-half of the East one-half of the Northwest quarter of Section 31, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

2.

PARCEL 15: The Easterly 178.88 acres of Fractional Section 21, Township 7 South, Range 1 West, San Bernardino Base and Meridian.

DATED: This __16__ day of December, 1959.

                                           *[signature]*
                                           United States District Judge

3.

5703