UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                     NO. _1247-SD-C_ CIVIL

vs.                                        MINUTES OF THE COURT

FALLBROOK, etc., et al.                    DATE: Dec. 17, 1959

                                           AT: San Diego, California.

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judge;

    Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ JOHN SWADER _ _ _ _ _ _

    COUNSEL FOR PLAINTIFF: _ _ _WILLIAM VEEDER, AND DONALD REDD_ _ _ _

    COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, FRANZ SACHSE, WALTER G. LINCOLN,
                           FRED GIRARD

PROCEEDINGS:    FURTHER COURT TRIAL
                HEARING MOTION OF VAIL TO ADMIT TESTIMONY OF H. M. HALL

          At 10:10 A.M. reconvene.
          Defendant Henderson resumes stand and testifies further.
          Sandy Wilkerson is recalled, and testifies further.
          IT IS ORDERED that motion of vail to admit testimony of H. M.
Hall is granted.
          Vail Exs. Nos. Ah and AH 1 thru AH 2, and AI, AI1, AI2, and J
are received.
          At 11 A.M. a recess is declared by the court, and at 11:20 A.M.
reconvene.
          Witness Wilkerson resumes stand and testifies further.
          Vail Ex. No. K is substituted and received in evidence.
          Vail Exs. Nos. AN, AM, and AO are marked and received.
          Vail Ex. No. AP is marked.
          At 12, noon, a recess is declared by the court to 1:45 P.M.
          At 2 P.M. reconvene.
          Witness Wilkerson resumes stand and testifies further.
          Vail Ex. No. AP is received.
          Vail Ex. No. AQ is marked and received.
          Exs. Nos. 161, and 162 are received in evidence.
          Vail AK 1 thru AK 10 are received.
          At 3 P.M. recess, and at 3:15 P.M. reconvene.
          Witness Wilkerson resumes the stand and testifies further.
          At 3:50 P.M. a recess is declared by the court and the further
court trial herein is continued to Dec. 18, 1959, at 10 A.M.

                                              JOHN A. CHILDRESS, Clerk

                                              By _____  5709