UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
vs.
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL
MINUTES OF THE COURT
DATE: Dec. 18, 1959
AT: San Diego, California.

PRESENT: Hon. _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter  JOHN SWADER

COUNSEL FOR PLAINTIFF: _ WILLIAM VEEDER, AND _DONALD REDD_ _ _ _

COUNSEL FOR DEFENDANT: _ FRED GIRARD, FRANZ SACHSE, GEORGE _ STAHLMAN, WALTER G. LINCOLN AND PHIL D. SWING

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:20 A.M. reconvene.
Attorney Lincoln states position of Schloss estate.
Witness Wilkinson resumes stand and testifies further.
Ex. Vail AQ is substituted and received.
Vail Ex. No. AQ-1 is marked and received.
Witness Bowen resumes stand and testifies further.
At 11:05 A.M. recess, and at 11:15 A.M. reconvene.
Fred Kunkel is recalled, and testifies further
IT IS ORDERED that counsel submit briefs on the following:
(1) can any judgment of state court determining riparian rights ever be res adjudcata; (2) re effect of stip judgment on original judgment if still in effect as to Vail and U. S. A. (3) as to the meaning of the Stipulated, and (4) a draft of decree in Murietta valley assuming stipulated Judgment and or old judgment stands.
At 12:05 P.M. recess to 2 P.M.
At 2:02 P.M. reconvene
Attorney Veeder presents two order for extension of time to make water level measurments, and both said orders are approved by the Court.
IT IS ORDERED that Briefs be filed by 1-15-60, and IT IS FURTHER ORDERED that cause is continued to February 2, 1960, at 10 A.M. for further court trial.
At 3:40 Adjourn.

JOHN A. CHILDRESS, Clerk
By