**FILED**
**DEC 18 1959**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
         Plaintiff,  ) No. 1247-SD-C
     v.  ) ORDER GRANTING FURTHER
FALLBROOK PUBLIC UTILITY  ) EXTENSION
DISTRICT, et al.,  )
         Defendants.  )

    Good cause having been shown, the Order On Motion To Go on Vail Company Property To Set Water-Level Recorders and Manometers, entered June 25, 1959, and Order Granting Further Extension, entered September 22, 1959, is hereby extended for an additional ninety days.

Dated: December 18, 1959

                                       James M. Carter
                                 United States District Judge

5707