FILED DEC 18 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, et al., ) <br> Defendants. ) | No. 1247-SD-C <br><br> ORDER GRANTING FURTHER <br> EXTENSION |

Good cause having been shown, the Order, entered June 23, 1959, permitting representatives of the United States of America to make water-level measurements, and Order granting Further Extension, entered September 22, 1959, is hereby extended for an additional ninety days.

Dated: December 18, 1959

James M. Carter
Judge, United States District Court

5708