ENTERED
APR 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
Deputy Clerk

FILED
DEC 21 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>         Defendants,<br><br>STATE OF CALIFORNIA,<br><br>         Intervening Defendant. | No. 1247-SD-C<br><br>INTERLOCUTORY JUDGMENT<br><br>No. 4 |

On February 11, 1959, Honorable James M. Carter, Judge, having considered the mandate of the Court of Appeals remanding this cause for trial with a direction for the joinder of all owners of lands in the watershed of the Santa Margarita River; defendants hereafter named having disclaimed any right, title or interest in and to rights to the use of water of the Santa Margarita River or its tributaries which are the subject matter of this litigation; this Court having heard arguments of counsel and based upon the record of the case, including the admissions of the United States of America made in connection with defendants' disclaimers; does hereby enter Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting these defendants:

- 1 -

171

JAMES and EDITH F. DUNCAN: FALLBROOK WOMAN'S CLUB; MARTHA FLECKENSTEIN; HOWARD L. and ELSIE J. GLASS, and MARK and MARGARET LAURETTE GALLACHER; MILTON M. and THELMA D. HARVEY; IRVING B. and JULIA REDER; ARNO H. and DATA EHRIG; and HAROLD D. and NELLIE E. YAPLE.

I

FINDINGS OF FACT

The Court finds as to the above-named defendants and other parties hereto as follows:

1. Defendants are the apparent owners of the lands described in Exhibit A hereto attached.

2. The said lands do not abut upon and are not riparian to any stream.

3. The Answers heretofore filed by the defendants contain a disclaimer, or they subsequently disclaimed, of any right, title or interest in or to the use of the waters of the Santa Margarita River or its tributaries.

4. All waters underlying the lands of said defendants are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

5. The United States of America claims no right and has

no right, title or interest in or to the above-mentioned vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

6. The use by the defendants of the vagrant, local percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, has not and will not cause the intrusion of salt water into the underground basins of Camp Pendleton and does not injure nor threaten to injure the plaintiff.

II

CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1. The above-named defendants have no rights to the use of the waters of the Santa Margarita River or its tributaries.

2. The rights of the United States of America, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be forever quieted against any and all adverse claims of the above-named defendants.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, have no rights in or to any of the waters underlying the lands of the above-named defendants, those waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the above-named defendants to the use of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its

1  tributaries, shall be forever quieted against any and all adverse claims
2  of the plaintiff herein.                                              42

### III

### INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2. The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

- 4 -                                                                 174

River or its tributaries, are forever quieted against any and all adverse claims of the United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to such vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, adverse to defendants herein.

6. The Findings of Fact, Conclusions of Law and Interlocutory Judgment, are not applicable to and do not in any way pertain to the respective correlative rights among themselves of the parties to this cause in regard to the use of the vagrant, percolating, local, waters underlying the lands of the parties, these vagrant, percolating, local waters not being a part of any surface stream or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decisions of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: 12/21/59

JAMES M. CARTER
Judge, United States District Court

APPROVED AS TO FORM:

- 5 -

175

| | EXHIBIT A | |
|---|---|---|
| 2 | DUNCAN, James and Edith F. | The property described in the Answer of these defendants is set forth on Exhibit MF-1-C, Parcel 22, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 6 | FALLBROOK WOMAN'S CLUB | The property described in the Answer of this defendant is set forth on Exhibit MF-1-OA, Parcel 71, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 9 | FLECKENSTEIN, Martha | The property described in the Answer of this defendant is set forth on Exhibit MF-1-XA, Parcel 8, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 13 | GLASS, Howard L. and Elsie J. GALLACHER, Mark and Margaret Laurette | The property described in the Answer of these defendants is set forth in Exhibit MT-1, Parcel 101, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 16 | HARVEY, Milton M. and Thelma D. | The property described in the Answer of these defendants is set forth on Exhibit MF-1-CA, portion of Parcel 98, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 20 | REDER, Irving B. and Julia | The property described in the Answer of these defendants is set forth on Exhibit MF-1-L, Parcel 19 and 20, and on Exhibit MF-1-N, Parcel 50, which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 24 | EHRIG, Arno H. and Data | The property described in the Answer of these defendants is set forth on Exhibit MR-21, Parcel 151, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |
| 27 | YAPLE, Harold D. and Nellie E. | The property described in the Answer of these defendants is set forth on Exhibit MR-21, Parcel 60, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |