(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

**F I L E D**

DEC 24 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _m. Cunningham_
DEPUTY CLERK

Attorneys for **Defendants**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                      Plaintiff, )
                      vs. )
FALLBROOK PUBLIC UTILITY DISTRICT et al, )
                    Defendants )
THE PEOPLE OF THE STATE OF CALIFORNIA, )
        Defendant in Intervention. )

No. 1247 SD C

The undersigned defendants hereby substitute THOMPSON & COLEGATE and SACHSE and PRICE as their attorneys of record in the within proceedings in place of THOMPSON & COLEGATE and HARRY M. DOUGHERTY.

Dated: December _16_, 1959.

_Fred Garbani_
Fred Garbani

_Era B. Garbani_
Era B. Garbani

_James Garbani_
James Garbani

_Ruth Opal Garbani_
Ruth Opal Garbani

_Joe E. Garbani_
Joe E. Garbani

IT IS SO ORDERED:
DATED

UNITED STATES DISTRICT JUDGE.

- 1 -

Copy recd

*Ruth S. Garbani*

Ruth S. Garbani

*Valentine Salgado*

Valentine Salgado

**We consent to the above Substitution.**

Dated:  December  *16*  1959.

THOMPSON & COLEGATE

by *James McVath*

SACHSE and PRICE

by *[signature]*

IT IS SO ORDERED.

DATED  *12/24/59*

*[signature]*

UNITED STATES DISTRICT JUDGE.