LAW OFFICES
SACHSE AND PRICE
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

JAN 11 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT et al,<br><br>Defendants,<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Defendant in Intervention. | No. 1247-SD-C<br><br>SUBSTITUTION<br>OF<br>ATTORNEYS |

The undersigned defendants hereby substitute SACHSE and PRICE as their attorneys of record in the within proceedings in place of TESSLA C. NICOLA and RUTH E. NICOLA, Defendants in Pro Per.

Dated: December 22, 1959.

_____
Tessla C. Nicola

_____
Ruth E. Nicola

Above substitution accepted:

Dated: December 23, 1959.

SACHSE and PRICE

by _____
Franz R. Sachse

IT IS SO ORDERED.
DATED 1-11-60

_____
UNITED STATES DISTRICT JUDGE.

5792