```
LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154
```

(SPACE BELOW FOR FILING STAMP ONLY)

F I L E D

JAN 18 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for __Defendants__

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendant. | No. 1247 SD C<br><br>MOTION FOR<br>SUBSTITUTION OF PARTIES |

    COME NOW Burt W. Lewis and Mildred Irene Lewis, and through their attorneys SACHSE and PRICE by Franz R. Sachse, and move this Court for an order substituting them as parties defendant in the place and stead of Russell D. Towne and Imogene Towne, Defendants in propria persona, as to their hereinafter described real property. Said defendants were the owners of said property and heretofore have filed an Answer which includes the hereinafter described property. Said lands are now the property of Burt W. Lewis and Mildred Irene Lewis.

    Said real property is situated in the County of San Diego, State of California, and is described as follows:

> The West Half of the Northeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890; EXCEPTING therefrom all that portion lying Northwesterly of a line described as follows:
>
> Beginning at a point on the North line of said Northeast Quarter of the Southeast Quarter, distant Westerly 100

- 1 -

5798

```
 1        feet from the Northeast Quarter of said West Half
          of the Northeast Quarter of the Southeast Quarter; thence
 2        Southwesterly to a point in the West line of said
          Northeast Quarter of the Southeast Quarter distant
 3        Northerly 400 feet from the Southwest corner of said
          Northeast Quarter of the Southeast Quarter.
 4
 5            WHEREFORE, Burt W. Lewis and Mildren Irene Lewis
 6   respectfully pray that this Court make an order substituting
 7   them as parties defendant in the place and stead of Russell D.
 8   Towne and Imogene Towne as to the above described real property
 9   to which they are the successors in interest.
10            Dated: This  16  day of January, 1960.
11                              SACHSE and PRICE
12
13                              by _____
                                   Attorneys for Burt W. Lewis and
14                                 Mildred Irene Lewis
15
16                              _____
                                Burt W. Lewis
17
18
19                              _____
                                Mildred Irene Lewis
```

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

5780