(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

FILED

JAN 18 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>           Defendants. | No. 1247 SD C<br><br>NOTICE OF MOTION<br>TO<br>SUBSTITUTE PARTIES DEFENDANT |

Please take notice that the undersigned will bring the attached motion for substitution of parties defendant on for hearing before the above entitled Court in Courtroom No. 2, United States District Court, 325 West "F" Street, San Diego, California, on Tuesday, 2 February, 1960, at 10:00 o'clock A.M., or as soon thereafter as counsel can be heard.

Dated: This 16 day of January, 1960.

SACHSE and PRICE

By _____
Attorneys for Burt W. Lewis and
Mildred Irene Lewis

5790

(PROOF OF SERVICE BY MAIL — 1013a, 2015.5 C. C. P.)

STATE OF CALIFORNIA
COUNTY OF San Diego } ss.      No. 1247 SD C

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is:

1092 South Main Street, Fallbrook, California

On the January 16, 19 60, I served the within Notice of Motion and Motion for Substitution of Parties

on the Plaintiff in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Fallbrook, California addressed as follows:

Mr. William H. Veeder, Special Assistant to the Attorney General
325 West F Street, San Diego 1, California

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Executed on January 16, 1960 at Fallbrook, California
             (date)                          (place)
                              _____
                                  (Signature)

*The proof of service by mail form, being signed under penalty of perjury, does not require notarization.

Received copy of the within _____ this _____ day of _____ 19___

Attorney for _____

Stuart Form 23-P

5791