MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

FILED
JAN 25 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) Civil No. 1247-SD-C
             Plaintiff,    )
                           ) SUBSTITUTION OF ATTORNEYS
        vs.                )
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
             Defendants.   )

I hereby substitute MUSICK, PEELER & GARRETT, as my Attorneys, in the place and stead of myself in pro persona.

Dated: Dec 28th 1959

_____
James Oviatt

I hereby consent to said substitution.

Dated:

_____
James Oviatt

5824