MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

Attorneys for Defendant,
James Oviatt

FILED
JAN 26 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br>     Defendants. | Civil No. 1247-SD-C <br><br> NOTICE OF TAKING OF DEPOSITION OF AMOS WELCH |

TO:  WILLIAM H. VEEDER, SPECIAL ASSISTANT TO
THE ATTORNEY GENERAL, COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA; AND

MR. GEORGE STAHLMAN, COUNSEL FOR DEFENDANT,
VAIL COMPANY, INC.:

You and each of you will please take notice that pursuant to the Federal Rules of Civil Procedure, the deposition of Mr. Amos Welch will be taken at 2:00 o'clock P.M., on Monday, February 1, 1960, in the residence of said witness, Amos Welch, which is located at 795 Tolman

5826

1  Creek Road, Ashland, Oregon, before Howard Gault, a Notary
2  Public in and for Jackson County, Oregon, or such other
3  Notary Public as may be present at said time and place.  If
4  for any reason the taking of said deposition is not completed
5  on said date, the taking of said deposition will be continued
6  from day to day, exclusive of Sundays and holidays, until
7  completed.

9  Dated: January 25, 1960.

11         MUSICK, PEELER & GARRETT

13         By  *Jesse R. O'Malley*
14         Attorneys for Defendant,
15         James Oviatt

```
                        STATE OF CALIFORNIA   )
                                              ) ss
                        COUNTY OF LOS ANGELES )
```

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years, and not a party to the within action or proceeding; that my business residence is 621 South Hope Street, Los Angeles 17, California. That on January 25, 1960, I served the within Notice of Taking of Deposition of Amos Welch on the plaintiff in said action, and upon the counsel for defendant, Vail Company, Inc., in said action, by depositing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in a mail box regularly maintained by the Government of the United States at 621 South Hope Street, in the City of Los Angeles, California, addressed to said attorneys as follows:

> William H. Veeder, Special Assistant
> to the Attorney General, Counsel for
> Plaintiff, United States of America,
> U. S. Custom and Court House
> San Diego 1, California; and
>
> Mr. George Stahlman
> Counsel for Defendant,
> Vail Company, Inc.
> Route 1, Box 235,
> Fallbrook, California

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 1960, at Los Angeles, California.

                                                       /s/ Leone M. Riegel
                                                           Leone M. Riegel