MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

Attorneys for Defendant,
James Oviatt

**FILED**

JAN 27 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY

DISTRICT, et al.,

Defendants.

Civil No. 1247-SD-C

NOTICE OF TAKING OF
DEPOSITION OF
AMOS WELCH

TO:    STANLEY MOSK, ATTORNEY GENERAL, AND

FRED GIRRARD, DEPUTY ATTORNEY GENERAL,

SACHSE AND PRICE, AND

BEST, BEST & KRIEGER AND JAMES H. KRIEGER

You and each of you will please take notice that

pursuant to the Federal Rules of Civil Procedure, the

deposition of Mr. Amos Welch will be taken at 2:00 o'clock

P.M., on Monday, February 1, 1960, in the residence of

said witness, Amos Welch, which is located at 795 Tolman

Creek Road, Ashland, Oregon, before Howard Gault, a Notary

5827-A

1   Public in and for Jackson County, Oregon, or such other Notary

2   Public as may be present at said time and place. If for any

3   reason the taking of said deposition is not completed on said

4   date, the taking of said deposition will be continued from day

5   to day, exclusive of Sundays and holidays, until completed.

7   Dated: January 26, 1960.

9                                      MUSICK, PEELER & GARRETT

11                                     By _____
                                            Jesse R. O'Malley

13                                     Attorneys for Defendant,
                                       James Oviatt

-2-

5897-8

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF LOS ANGELES )

   I, the undersigned, say:  I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years, and not a party to the within action or proceeding; that my business address is 621 South Hope Street, Los Angeles 17, California; that on January 26, 1960, I served the within Notice of Taking of Deposition of Amos Welch on the following named persons in said action, by placing a true copy thereof in an envelope, addressed to each as follows:

   STANLEY MOSK, ATTORNEY GENERAL, AND

  FRED GIRRARD, DEPUTY ATTORNEY GENERAL,

  Sacramento, California;


  SACHSE AND PRICE,

  1092 South Main Street,

  Fallbrook, California;


  BEST, BEST & KRIEGER AND

  JAMES H. KRIEGER,

  4200 Orange Street

  P. O. Box 1028

  Riverside, California


and by then sealing said envelopes and depositing the same with postage thereon fully prepaid, in a mail-box regularly maintained by the Government of the United States in Los Angeles, California, where is located the offices of the

5827-C

1  attorneys for the persons by and for whom said service was

2  made.

3       That there is delivery service by United States mail

4  at the places so addressed, and there is a regular communica-

5  tion by mail between the place of mailing and the places so

6  addressed.

7

8                                              _____
                                                   Dorothy Walker
9

10  Subscribed and sworn to before me

11  this 26th day of January, 1960.

12

13  _____

14        Leone M. Riegel
    Notary Public in and for said County
                and State
15  My commission expires July 12, 1960

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

-4-

5827-D

ELVON MUSICK
JOSEPH D. PEELER
LEROY A. GARRETT
JOHN M. ROBINSON
MELVIN D. WILSON
HAROLD F. COLLINS
DAVID P. EVANS
JAMES E. LUDLAM
GERALD G. KELLY
ALBERT MOSHER
E. LEROY TOLLES
CHARLES T. MUNGER
JOHN P. POLLOCK
JESSE R. O'MALLEY
BRUCE E. CLARK
MURRAY S. MARVIN
STUART T. PEELER
RALPH E. ERICKSON
CHARLES F. FORBES
THOMAS J. REILLY
RODERICK M. HILLS
MELVIN H. WILSON
CHARLES H. TILLINGHAST
RICHARD D. ESBENSHADE
RICHARD T. APEL
KENNETH E. SCOTT

LAW OFFICES

**MUSICK, PEELER & GARRETT**

621 SOUTH HOPE STREET

**LOS ANGELES 17**

MAdison 9-3322

January 25, 1960

Clerk,
United States District Court
U. S. Custom and Court House
San Diego 1, California

Re:  United States of America v.
     Fallbrook Public Utility
     District, et al.
        No. 1247-SD-C

Dear Sir:

Will you please file immediately
the enclosed Notice of Taking of Deposition of
Amos Welch in the above entitled case, and
return a conformed copy to me.

Very truly yours,

Jesse R. O'Malley
For MUSICK, PEELER & GARRETT

JRO'M:R
Enclosures