```
                                    (SPACE BELOW FOR FILING STAMP ONLY)
           LAW OFFICES
         SACHSE AND PRICE
        1092 SOUTH MAIN STREET
        FALLBROOK, CALIFORNIA             F I L E D
          RAndolph 8-1154
                                          FEB 1 - 1960

Attorneys for   Defendants               CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA
                                         By _____ DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br> a public service corporation of the ) <br> State of California, et al., ) <br> ) <br> Defendants. ) | No. 1247-SD-C <br><br> NOTICE OF MOTION TO BE <br> RELIEVED AS COUNSEL |

TO W. C. SIEVERS and ALICE G. SIEVERS, husband and wife:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that on Tuesday 9 February 1960 the undersigned will move the above entitled Court to be relieved as counsel of record for you in the above entitled matter.

This motion will be made upon this notice in the files and records in the case and the affidavit of Franz R. Sachse hereunto attached.

SACHSE and PRICE

by _____
        Franz R. Sachse

5823

(SPACE BELOW FOR FILING STAMP ONLY)

**LAW OFFICES**
**SACHSE AND PRICE**
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|            Plaintiff, ) | No. 1247-SD-C |
| vs. ) | AFFIDAVIT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | |
|            Defendants. ) | |

STATE OF CALIFORNIA   ) 
                         ) SS.
County of San Diego   )

      FRANZ R. SACHSE, being first duly sworn, deposes and says:

      On or about 15 June 1958 the undersigned was retained by W. C. SIEVERS and ALICE G. SIEVERS, defendants in the above entitled matter, as their counsel therein and thereafter filed in their behalf an answer to plaintiff's complaint and supplement to complaint and for other services in connection with the above matter. Thereafter, on or about 17 September 1959 affiant was advised by counsel for the United States that their title searches indicated that the said defendants had disposed of the property in question and no longer had any interest therein. On 17 September 1959, affiant wrote defendants inquiring as to whether or not he was to continue to represent them and thereafter

- 1 -

5830

on October 31, 1959, again wrote said defendants to the same effect. On or about 10 November 1959, affiant was telephoned by the defendant, W. C. Sievers, and informed that the property had been sold to Willard H. Allen and that Mr. Allen would be in touch with affiant concerning his representation in the case. Thereafter, Mr. Allen phoned affiant, but did not state positively whether or not he desired further representation by affiant. On 15 January 1960, affiant addressed a letter to Mr. Willard H. Allen, a copy of which is hereto attached and made a part hereof by reference. Affiant has received no reply from this letter, nor any communication of any kind from said Willard H. Allen. Affiant is unable tp perform any further services for defendants W. C. SIEVERS and ALICE G. SIEVERS, or their successors in interest, and respectfully moves the court to be relieved as counsel of record for said defendants W. C. SIEVERS and ALICE G. SIEVERS.

Franz R. Sachse

Subscribed and sworn to before me

this 29th day of January, 1960
Notary Public in and for said County and State
My commission expires May 25, 1961

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

5831

(PROOF OF SERVICE BY MAIL — 1013a, 2015.5 C. C. P.)

STATE OF CALIFORNIA } ss.   1247-SD-C
COUNTY OF San Diego }

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is:

1092 South Main Street, Fallbrook, California

On the __January 29__, 19 60, I served the within __Affidavit and Notice of Motion to be Relieved as Counsel__

on the __defendant__ in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at __Fallbrook, California__ addressed as follows:

   Mr. W. C. Sievers, c/o Sievers and Ray, 879 E Street, San Bernardino, California
   Mr. Willard H. Allen, Stardust Ranch, Star Route, Box 125, Hemet, California

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Executed on __January 29, 1960__ at __Fallbrook__, California
            (date)                        (place)

_____
(Signature)

*The proof of service by mail form, being signed under penalty of perjury, does not require notarization.

Received copy of the within_____ this_____ day of_____ 19____

_____

5832