UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: Feb. 2, 1960

AT: San Diego, California.

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, Donald Redd

COUNSEL FOR DEFENDANT: George Stahlman, Rosalind Bates, Fred Girard, George Grover.

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:20 A.M. convene herein.
Violet E and Guy Boring appearing in prp per.
Attorney Veeder makes statement re governments survey of their property.
Both defendant agree to survey, and IT IS ORDERED that Attorney Veeder prepare interloc judgment as to Borings.
Court and counsel disucss agenda.
At 10:40 A.M. recess.
At 11:20 A.M. reconvene.
Court and counsel further discuss agenda.
Vail Exs. Nos. AR-1 thru AR-10 are marked.
At 11:30 A.M. IT IS ORDERED cause is continued to Feb. 3, 1960, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk  5849
By [signature]