FILED

FEB 2 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| v. | ORDER GRANTING FURTHER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | EXTENSION |
| Defendants. | |

Good cause having been shown, the "Order To Go on Property of Leo Roripaugh To Set Water-Level Recorder," entered November 4, 1959, is hereby extended for an additional ninety days, all in accordance with that order of November 4, 1959.

Dated: February __, 1960.

JAMES M. CARTER
Judge, United States District Court

5848