UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.   NO. 1247-SD-C CIVIL

vs.   MINUTES OF THE COURT

FALLBROOK, etc., et al   DATE: Feb. 3, 1960

AT: San Diego, California.

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILIAM W. LUDDY  Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM BURBY, WILLIAM VEEDER AND DONALD REDD

COUNSEL FOR DEFENDANT: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD.

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:15 A.M. reconvene.
Court and counsel discuss future proceedings.
Vail Exs. AR-1 thru AR-10 are received in evidence.
Exs. Nos. 158, and 159 are received.
IT IS ORDERED that the clerk mark Interloc Judgment re Garner as Judgmt No. 1.
Court and counsel discuss the stipulated judgment.
At 11:15 A.M. recess, and at 11:25 A.M. reconvene.
Court and counsel further discuss the stipulated judgment.
At 12:30 P.M. recess to 2 PLM.
At 2:10 P.M. reconvene.
Court and counsel further discuss the stipulated judgment.
IT IS ORDERED that Attorney Veeder prepare a draft of findings re sustaining the stipulated judgment.
IT IS ORDERED that Girard, Sachse and Stahlman each prepare a draft of findings, etc., re setting aside the stipulated judgment.
IT IS ORDERED that cause is continued to 2-9-60, at 10 A.M.

JOHN A. CHILDRESS, Clerk   5857