52

ENTERED
APR 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] Deputy Clerk

FILED
FEB 4 - 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants,

STATE OF CALIFORNIA,

Intervening Defendant.

No. 1247-SD-C

INTERLOCUTORY JUDGMENT

No. 6

~~(Supplemental Judgment No. 2)~~

On February 11, 1959, Honorable James M. Carter, Judge, having considered the mandate of the Court of Appeals remanding this cause for trial with a direction for the joinder of all owners of lands in the watershed of the Santa Margarita River; defendants hereafter named having disclaimed any right, title or interest in and to rights to the use of water of the Santa Margarita River or its tributaries which are the subject matter of this litigation; this Court having heard arguments of counsel and based upon the record of the case, including the admissions of the United States of America made in connection with defendants' disclaimers; does hereby enter Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting these defendants:



184

EVELYN M. FULLER and EARL B. FULLER (Deceased); JOHN S. and NANCE H. MARSHALL; BEN G. and BLANCHE E. MARTIN; JOSEPHINE H. READER; HOWARD W. and ALLA M. ROBINSON.

I

FINDINGS OF FACT

The Court finds as to the above-named defendants and other parties hereto as follows:

1. Defendants are the apparent owners of the lands described in Exhibit A hereto attached.

2. The said lands do not abut upon and are not riparian to any stream.

3. The Answers heretofore filed by the defendants contain a disclaimer, or they subsequently disclaimed, of any right, title or interest in or to the use of the waters of the Santa Margarita River or its tributaries.

4. All waters underlying the lands of said defendants are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

5. The United States of America claims no right and has

no right, title or interest in or to the above-mentioned vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

6. The use by the defendants of the vagrant, local percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, has not and will not cause the intrusion of salt water into the underground basins of Camp Pendleton and does not injure nor threaten to injure the plaintiff.

II

CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1. The above-named defendants have no rights to the use of the waters of the Santa Margarita River or its tributaries.

2. The rights of the United States of America, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be forever quieted against any and all adverse claims of the above-named defendants.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, have no rights in or to any of the waters underlying the lands of the above-named defendants, those waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the above-named defendants to the use of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its

tributaries, shall be forever quieted against any and all adverse claims of the plaintiff herein.

III

INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2. The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

River or its tributaries, are forever quieted against any and all adverse claims of the United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to such vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, adverse to defendants herein.

6. The Findings of Fact, Conclusions of Law and Interlocutory Judgment, are not applicable to and do not in any way pertain to the respective correlative rights among themselves of the parties to this cause in regard to the use of the vagrant, percolating, local, waters underlying the lands of the parties, these vagrant, percolating, local waters not being a part of any surface stream or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decisions of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: 2/3/60

James M. Carter
JAMES M. CARTER
Judge, United States District Court

EXHIBIT A

| | |
|---|---|
| FULLER, Evelyn M. and Earl B. (deceased) | The property described in the Answer of these defendants is set forth on Exhibit MF-1-C, Parcel 20A, Exhibit MF-1-Q, Parcel 71X1 and 72, and Exhibit MF-1-ZA, Parcel 19, which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it. |
| MARSHALL, John S. and Nance H. | The property described in the Answer of these defendants is set forth on Exhibit MF-1-NA, Parcel 59, and Exhibit MF-1-AB, Parcel 6, which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it. |
| MARTIN, Ben G. and Blanche E. | The property described in the Answer of these defendants is described as follows: Lot 15 in Rainbow Colony, County of San Diego, State of California, including road closed on the West (Except road on the East). Also, the West Half of Southwest Quarter of Southwest Quarter and the North 429.25 feet of West 226 feet of Southwest Quarter (Except R.S. 527), in Section 12, Township 9 South, Range 3 West, County of San Diego, State of California. |
| READER, Josephine H. | The property described in the Answer of this defendant is set forth on Exhibit MF-1-QA, Parcel 169 and 170, Exhibit MF-1-V, Parcel 297 and 302, and Exhibit MF-1-YA, Parcel 10, which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it. |
| ROBINSON, Howard W. and Alla M. | The property described in the Answer of this defendant is set forth on Exhibit MF-1-IA, Parcel 16, which exhibit is incorporated into this Interlocutory Judgment and by reference made a part of it. |

57

7-1404

U. S. GOVERNMENT PRINTING OFFICE