```
 1  ROSALIND G. BATES
    354 South Spring Street
 2  Los Angeles 13, California
 3  Attorney for the Trustees of
    MURRAY SCHLOSS FOUNDATION FOR HOTHAN PIONEERING
 4
    Phone: Madison 9-1641
```

FILED

FEB 4 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>            Defendants. | No. 1247-SD-C<br><br>MOTION FOR SUBSTITUTION<br>OF ATTORNEYS |

      COMES NOW your Petitioners and Defendants, the duly appointed acting and qualified Trustees of the MURRAY SCHLOSS FOUNDATION FOR HOTHAN PIONEERING, and allege as follows:-

      1.      That all of the property in the estate of Murray Schloss was distributed to the Trustees of the MURRAY SCHLOSS FOUNDATION FOR HOTHAN PIONEERING, in 1931, and there remains nothing in the estate to be handled except through the Trustees.

      2.      That at a duly called meeting, with notice to all Trustees ten days in advance, your Petitioners held both a Special and Annual Meeting of said Board of Trustees, on the 31st day of January, 1960, in Los Angeles, California, and, in accordance with the By-Laws, which state that:

    "They shall have full power to employ agents, secretaries and attorneys; to fix and pay their salaries or compensations and to discharge them, with or without cause at any time, whenever so ordered by a majority of

ROSALIND G. BATES
ATTORNEY AT LAW
354 S. SPRING ST.
LOS ANGELES 13, CALIF.
MADISON 9-1641

5859

the entire Board of Trustees.",
they discharged Walter Gould Lincoln as attorney for said Trustees, and have so notified him by registered mail, and have employed ROSALIND GOODRICH BATES to represent them in all litigation including the instant matter.

That if the five miles of real property involved through which Santa Margarita runs and which are part of the Murray Schloss estate, are left without water from said Santa Margarita, said property will be valueless and Walter Gould Lincoln has stated that the Murray Schloss property does not need water, and if he is allowed to continue in the above entitled matter, the interests of your Petitioners will be greatly injured and nothing left of value for the beneficiaries.

That your Petitioners are informed that matters affecting the Murray Schloss estate will come before this Court within the next three days.

WHEREFORE, Petitioners request the Court that WALTER GOULD LINCOLN be substituted out as attorney for the Estate of Murray Schloss in the above entitled proceeding, and that ROSALIND GOODRICH BATES be substituted in his place and stead; and that the time may be shortened so that the attorney of their choice may present the matters to this Court by Thursday, February 4, 1960.

Dated: February 1, 1960.   Respectfully submitted,

Fred S. Reinhold,
President of the Board of Trustees

Good cause hereby appearing, the time of service is shortened to forty-eight hours.

Judge of the United States District Court, Southern District of California, Southern Division.

ROSALIND G. BATES
ATTORNEY AT LAW
354 S. SPRING ST.
LOS ANGELES 13, CALIF.
MADISON 9-1841

5860