1    ROSALIND G. BATES
     354 South Spring Street
2    Los Angeles 13, California

3    Attorney for the Trustees of
     MURRAY SCHLOSS FOUNDATION FOR HOTHAN PIONEERING
4
     Phone: Madison 9-1641
5

**FILED**

FEB 1 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............
DEPUTY CLERK

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

12   UNITED STATES OF AMERICA,                 No. 1247-SD-C

13                          Plaintiff,

14              VS.                             NOTICE OF MOTION
     FALLBROOK PUBLIC UTILITY DISTRICT,
15   et al.,

16                          Defendants.

17

18   TO: WALTER GOULD LINCOLN.

19

20       PLEASE TAKE NOTICE that the Trustees of the MURRAY SCHLOSS

21   FOUNDATION FOR HOTHAN PIONEERING will move the court in the above

22   entitled matter, to substitute WALTER GOULD LINCOLN out of said

23   case and substitute in his place attorney, ROSALIND GOODRICH BATES.

24   That said motion will be made in the United States District Court,

25   Southern District of California, Southern Division, San Diego,

26   California, before the Honorable Judge James M. Carter, at 9:30

27   A.M. on February 8th 1960, or as soon thereafter as counsel can be

28   heard.

29       Said motion will be based on the affidavit of Fred S.

30   Reinhold, the Court order of February 1, 1960 shortening time,

31

32

ROSALIND G. BATES
ATTORNEY AT LAW
354 S. SPRING ST.
LOS ANGELES 13, CALIF.
MADISON 9-1641

5862

1

2  and the files and records in this case.

3

4

5  Dated: February 3, 1960.

6

7

8  Attorney for the Trustees of
   Murray Schloss Foundation for
9  Hothan Pioneering.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

ROSALIND G. BATES
ATTORNEY AT LAW
354 S. SPRING ST.
LOS ANGELES 13, CALIF.
MADISON 8-1541

5863