UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C  CIVIL

MINUTES OF THE COURT

DATE:  Feb. 4, 1960

AT:   San Diego, California.

PRESENT:  Hon. _ _ _ _ _ HM JAMES M. CARTER _ _ _ _ _ District Judge;

Deputy Clerk: _WILLIAM W. LUDDY Reporter _ NONE APPEARING _ _ _ _

COUNSEL FOR PLAINTIFF:  _ _ _ _ NONE APPEARING _ _ _ _ _ _ _ _ _

COUNSEL FOR DEFENDANT: _ _ NONE APPERRING _ _ _ _ _ _ _ _ _ _ _

PROCEEDINGS:

IT IS ORDERED that hearing on motion to substitute attorney for Scholss noticed for 2-8-60 is continued to 2-9-60  at 10 A.M.

5858

JOHN A. CHILDRESS, Clerk

By _____