WALTER GOULD LINCOLN
770 Granados Avenue
Solana Beach, California
Skyline 5-9222

In proper person.

FILED
FEB 8 - 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION.

UNITED STATES OF AMERICA,
      Plaintiff;
 -vs-
FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,
      Defendants.

No. 1247 - SD - C.

ANSWER TO PETITION OF FRED S. REINHOLD.

  NOW comes your Respondent in the " Motion for Substitution of Attorneys," namely, Walter Gould Lincoln, and answering the petition filed therefor, denies, admits and alleges as follows:

       1.

  DENIES, generally and specifically, each and every allegation contained in said petition, except that which is herein admitted.

       ll.

  ADMITS all the allegations of paragraph 1.

       lll.

  ADMITS the allegations contained on page 1, concerning the Bylaws, lines 30 to 33 inclusive, and on page 2, line 1.

-1-

5868

AND FOR A SECOND AND SEPARATE DEFENCE YOUR

RESPONDENT ALLEGES:

1.

THAT the petition aforesaid is not properly before this Court for the reason that it does not comply with the requirements of Rule 3 "d" of the Rules of this Court - as a condition precedent.

AND FOR A THIRD AND SEPARATE DEFENCE YOUR

RESPONDENT ALLEGES:

1.

THAT said petition does not, nor does any part or portion thereof contain sufficient facts to entitle ' petitioners ' whoever they are - to the remedy sought.

AND FOR A FOURTH AND SEPARATE DEFENCE YOUR

RESPONDENT ALLEGES:

1.

THAT the language of said petition is indefinite and uncertain, in that it cannot be ascertained therefrom:

(a) - How the ' meeting ' alleged on page 1, line 25, was 'duly called'

(b) - What was the language of the notice of said meeting given to ' all trustees'

(c) - To whom such ' notice of said meeting ' was sent

(d) - Who were the persons who comprised ' all trustees ' as alleged on page 1, line 26;

(e) - What was comprised in the "Call for the Special Meeting " referred to on page 1, line 27;

(f) - Who were the persons present at such " Special Meeting"

(g) - Who were the persons present at the " Annual Meeting "

(f) - What actually occurred at the special meeting ; and what actually occurred at the ' annual meeting ' as set out in the minutes of each of those meetings.

-2-

5869

1  (h)   What bearing lines 6 to 13 on page 2 have to do with the request
2        set out in the petition;
3  (i)   What is the ' interest ' of the petitioners as alleged on page
4        2, line 12;
5  (j)   How these unknown ' petitioners ' would be greatly, or at all
6        " injured " as alleged on page 2, line 21;
7  (k)   WHO are the ' beneficiaries ' kto whom " nothing will be left of
8        value " - as alleged on page 2, line 13;
9  (l)   Who are " Your Petitioners " as alleged on page 1, line 17;
10 (m)   Who are the defendants, as alleged on page 1, line 17;
11 (n)   Who are the persons who constituted " a majority of the Board of
12       Trustees for whom the petitioner is acting", as alleged in his
13       verification.
14 (o)   By what right, or power is he so acting for such "majority "
15 (p)   Whether or not the petitioner is an attorney at law.
16 (q)   When the Petitioner Reinhold became the " President of the
17       Board " as alleged in his verification;
18 (r)   When said Reinhold obtained authority from the " majority of the
19       Board" to act for them according to his verification.
20       WHEREFORE your Respondent prays that the Petition be made more
21 definite and certain, with copies of the proceedings whereby petitioner
22 obtained his authority, and with legal points and Authorities therefor properly
23 set out, k- or
24       That the petition be dismissed with prejudice.

                                                        In proper person.

POINTS AND AUTHORITIES:

Defendant may answer one or more causes of action and demur to the residue.

        C.C.P. 441.

A demurrer will lie for insufficient facts pleaded

        C. C. PP. 430, par. 6

And for uncertainty

        C. C. 430, par. 9

The word ' duly ' is a conclusion of law.

        GOING V. DUNWIDDE,
        86 Cal. 638

I hereby certify that the foregoing demurrers are each made in good faith and not for the purpose of delay.

                                  Walter Gould Lincoln

5871