UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL  
MINUTES OF THE COURT  
DATE: Feb. 9, 1960  
AT: San Diego, California.

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WM. BURBY AND DONALD REDD

COUNSEL FOR DEFENDANT: ROSALIND BATES, FRANZ SACHSE, GEORGE STAHLMAN, GEORGE GROVER, J. R. O'MALLEY, PHIL SWING, WALTER G. LINCOLN

PROCEEDINGS: HEARING motion of Schloss Estate to sub atty  
Hearing motion of Attorney Sachse to be relieved as atty for Sievers.  
Further Court trial.

At 10:25 A.M. convene.  
Attorney Sachse withdraws motion to be relieved as atty for Sievers.  
Attorney Bates makes statement re motion to sub atty for Schloss.  
Attorney Lincoln makes statment re motion to sub atty for Schloss.  
IT IS ORDERED that hearing on motion of Schloss to sub atty is continued to March 29, 1960, at 10 A.M.  
Governments Exs. Nos. 206 thru 216, and series for each are marked for Identification.  
Witness Bowen is reclled and testifies further re Oviatt Property.  
Oviatt Exs. Nos. A thur V are marked and received.  
Oviatt Exs. W and X are marked.  
At 11:10 A.M. recess and at 11:25 A.M. reconvene.  
Witness Bowen resumes stand and testifies further.  
James Oviatt is called, sworn, and testifies on own behalf.  
Oviatts Exs. Nos. Y-1 thru Y-7 are marked and received.  
Oviatts Ex No. Z is marked.  
At 12:05 P.M. recess to 2:00 o'clock P.M.  
At 2:15 P.M. reconvene.  
Attorney O'Malley makes opening statement for Oviatt.  
Harold Kendall Brinkeroff and Fred Bass are called, sworn, and testifie on behalf of Oviatt.  
At 3:20 P.M. recess, and at 3:35 P.M. reconvene.  
David Welch and Chalme Bailey are called, sworn, and testify for Oviatt.  
Oviatt Exs. Nos. AA, AB, AC aremarked and received.  
At 4:30 P.M. recess to 2-10-60, at 10 A.M.

5865

JOHN A. CHILDRESS, Clerk