UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. _1247-SD-C_ _ CIVIL

MINUTES OF THE COURT

DATE:   Feb. 10, 1960

AT:   San Diego, California.

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY_ _ Reporter _ _ JOHN SWADER_ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, AND DONALD REDD

COUNSEL FOR DEFENDANT: J. O. O'MALLEY, FRANZ SACHSE, AND GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL   ( OVIATT)

At 10:00 A.M. reconvene
Oviatt Ex. No. AD is marked.
Oviatt Exs. Nos. W and X are received.
James Oviatt resumes stand and testifies further.
Oviatt Exs. AE and AF are mak marked.
Mahlan Vail is called, sworn, and testifies re stip judgment.
Governments Ex. No. 205 and 217 are received.
At 11:05 A.M. recess, and at 11:10 R.M. reconvene.
Mahan Vail resumes stand and testifies further.
William Veeder is called, sworn, and testifies re stip judgment.
Vail Ex. No. AS is marked and received.
Max Bookman is called, sworn, and testifies for Oviatts.
Oviatt Exs. Nos. AG and AH and AI are marked
Oviatt Ex. No. AH is received.
At 12:05 P.M. recess to 2 P.M.
At 2:10 P.M. reconvene.
Max Bookman resumes stand and testifies further.
Oviatts Ex. No. Z is received.
Ovaitt Ex AI and AG are received.
At 3:30 P.M. recess, and at 3:45 P.M. reconvene.
Witness Bookman resumes stand and testifies further.
At 4:20 P.M. recess to 2-11-60, at 10 A.M.

JOHN A. CHILDRESS, Clerk   5866

By _____