UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.　　　　　　　c　　　　　NO. _ 1247-SD-_C_ CIVIL

vs.　　　　　　　　　　　　　　MINUTES OF THE COURT

FALLBROOK, etc., et al　　　　DATE:　Feb. 11, 1960

　　　　　　　　　　　　　　　　AT:　San Diego, California.

PRESENT: Hon. _ _ _ **JM** JAMES_M. CARTER _ _ _ _ _ _ _ District Judge;

　　Deputy Clerk: WILLIAM W._LUDDY_ Reporter _ _JOHN SWADER_ _ _ _ _ _

　　COUNSEL FOR PLAINTIFF: _ _WILLIAM VEEDER AND DONALD REDD _ _ _ _

　　COUNSEL FOR DEFENDANT: _ _J. O'MALLEY, GEORGE STAHLMAN, AND FRANZ SACHSE

PROCEEDINGS:　FURTHER COURT TRIAL (OVIATT)

　　At 10:05 A.M. reconvene.
　　James Oviatt resumes stand and testifies further.
　　At 11:10 A.M. recess, and at 11:15 A.M. reconvene.
　　Witness Oviatt resumes stand and testifies further.
　　Oviatt Ex. No. AD-1 is marked
　　At 12, noon, a redess is declared to 2 P.M.
　　At 2:05 P.M. reconvene.
　　Witness Oviatt resumes stand and testifies further
　　Oviatts Exs. No. AE and AF are received.
　　Oviatts Exs. AJ and AK are marked and received.
　　Attorney O'Malley reads from deposition of Welsh
　　At 3:35 P.M. recess, and at 3:50 P.M. reconvene
　　Attonney O'Malley continues reading deposition of Welsh.
　　Oviatts Ex. No. AL is marked and received.
　　OVIATTS REST.
　　IT IS ORDERED Attorney O'Malley file brief & re prescriptive rights
by March 8, 1960, and any party desiring to may file answer b withing
10 days thereafter.
　　IT IS ORDERED cause is continued to March 22, 1960, at 10 A.M.
for further court trial
　　IT IS ORDERED that the Proposed Findings re Stip judgment, heretofore
ordered by the court be submitted by the 22nd.

　　At 4:45 P.M. recess.

JOHN A. CHILDRESS, Clerk
5867