Case 3:51-cv-01247-JO-SBC  Document 4136  Filed 02/15/60  PageID.14772  Page 1 of 28

F I L E D

FEB 15 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 1247-SD-C |
| vs. ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | |
| et al, ) | |
| ) | |
| Defendants.) | |

DEPOSITION OF AMOS WELCH

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1247-SD-C |
| | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | |
| ET AL, | ) | |
| | ) | |
| Defendants, | ) | |

DEPOSITION OF AMOS WELCH

BE IT REMEMBERED, that, pursuant to notice regularly given,

on the 1st day of February, 1960, beginning at 2:00 o'clock,

P. M., at 795 Tolman Creek Road, Ashland, Oregon, the deposition

of Amos Welch, as a witness on behalf of the Defendant, James

Oviatt, was taken before Howard Gault, Notary Public for Oregon.


APPEARANCES:  Ben Day, of Day & Courtright,
              Medford, Oregon, and
              Musick, Peeler & Garrett,
              of Los Angeles, California,
              Attorneys for the Defendant, James Oviatt.

              No appearance was made by Plaintiff.


Title - Appearances - 1

AMOS WELCH was called as a witness on behalf of the Defend-
ant, James Oviatt, and after being first duly sworn, testified as
follows:

DIRECT EXAMINATION

Questions by Mr. Day:

MR. DAY:   This is a deposition taken in the United States District

for the Southern District of California, Southern Division,

Civil Number 1247-SD-C, in which the United States of America

is the Plaintiff, and Fallbrook Public Utility Company, et al,

are Defendants.   It is pursuant to a notice dated January

25th, 1960, and a notice dated January 26th, 1960, by Musick,

Peeler & Garrett, attorneys for James Oviatt, one of the

Defendants.

Q.   Will you state your name?

A.   Amos Welch.

Q.   Where do you live, Mr. Welch?

A.   At 795 Tolman Creek Road, Ashland, Oregon.

Q.   Mr. Welch, will you waive the reading and signing of this

deposition?

A.   I will.

Q.   Where did you live in 1919?

A.   In 1919 I was living in Hemet, California.

Q.   Are you familiar with a ranch in San Diego and Riverside

counties in California known as the Rancho Ramona?

A.   I am.

Q.   Do you know who owned that ranch in 1919?

Amos Welch - D - 2

A.    Max Kuhnrich.

Q.    When did you first see this ranch?

A.    It was the late spring or summer of 1919.

Q.    What connection did you have with Rancho Ramona in 1919?

A.    I was foreman for E. P. Barnum of Hemet, California, who was a cement contractor of concrete pipe, and I carried the papers -- that is, the blueprint -- of that line, and saw to it that the line was put in where the survey was put in.

Q.    Now what line -- what line do you mean by that?

A.    The concrete pipe line.

Q.    What was the purpose of the concrete pipe line?

A.    To convey water all over the ranch.

Q.    This was on Rancho Ramona?

A.    Rancho Ramona.

Q.    What was your responsibility in the installation of this irrigation system?

A.    I was the foreman.

Q.    Was there a creek flowing through Rancho Ramona?

A.    There was a creek that flowed into Rancho Ramona, but not through it, only under flood conditions.

Q.    What was the name of this creek?

A.    It went by Lancaster Creek and Wilson Creek.

Q.    Will you describe the irrigation system which you installed or helped install?  And start with the diversion point -- the source of the water and carry this description on through.

Amos Welch - D - 3

A.  Well, the water came in -- came up at the road on the east
    portion of the ranch from Lancaster Creek, and it was diverted
    -- about halfway down there was a hill -- the water was diver-
    ted into a box, approximately 4 by 8 and about 4 and 1/2 feet
    deep.  From there it was run into a 16 inch pipe line that
    followed around the hill to a point at the old blacksmith
    shop.

Q.  May I stop you just a moment, Mr. Welch?  You said halfway
    down.  Halfway from where to where?

A.  Well, the box is about 350 to 400 feet from the road.

Q.  O.K.  Go ahead and tell me -- was there any division points
    in this system?

A.  Division -- you mean changing where you could run the water
    in different directions?

Q.  Yes.

A.  Yes.

Q.  All right.  Now will you take the line from the box to the
    first division point?

A.  The 16 inch line continued on to the blacksmith shop -- the
    old blacksmith shop at the pepper tree.

Q.  On which side of the ranch was that?

A.  Well, it was on the east portion.

Q.  Well, maybe to make this record more clear I'll ask you to
    describe the ranch insofar as hills and fields and flat areas
    are concerned, and the general location of it and what part

Amos Welch - D - 4

of it was irrigated, so that the record will have a basis to go on.

A.   One third of it could be farmed; the rest of it was hills.

Q.   Where was this one third?

A.   Right practically through the center of the valley.

Q.   And was that more or less level?

A.   It was more or less level.  It had a fall to it toward the west.

Q.   Now this farm land generally which direction did it run -- this level area or flat area?

A.   It sloped to the west mostly.  That's the way the water run.

Q.   All right.  Now then if we said the farm land ran from the east side of the place to the place, would that be correct?

A.   Approximately, as near as I could get at it.

Q.   Then, speaking in general terms, this pipe line -- 16 inch pipe line -- it ran from the diversion box to a pepper tree, where there was a division point.  What side of the farm land was that on?

A.   It's on the upper side as you go into the place.

Q.   What direction?

A.   Well, it would be on the east and south.

Q.   East and south.  All right, now from the pepper tree where did it go?

A.   The old original line -- there was a division box there where it could be ran around where the buildings are in a 12 inch

Amos Welch - D - 5

line, or it could be taken across and to the middle of the

farm land.

Q.   And what size was that line?

A.   That was 16.

Q.   All right now -- were there any more division points?

A.   Yes, there was another division point down at the -- just east

of the alfalfa field that I put in -- well it was there in

1944.  I don't know when it was put in.

Q.   This was the original division point that was put in in 1919?

A.   That was the original point.  It has since been changed.

Q.   Now at that time, in 1919, what lines came out of that division

point?

A.   There was a line that cut across the valley to the south and

followed the hills to the end of the place.  Cut across from

here and went right around to the lower end of the place.

Q.   Is that south?  Would that be south or north?

A.   South.

Q.   Mr. Welch, did you say this line went from the division box

to the south side?

A.   To the north side.

Q.   And then where did it go?

A.   From there on to the Vale's line.

Q.   How close to the hills did it come?

A.   Right close to the hills.  It followed the level land.

Q.   All right.  Now where did the other line from that division

Amos Welch - D - 6

box go?

A.   There was a division box then that took out and went straight
     west around the point of the hills.

Q.   And where did it end?

A.   It ended at the property line of Vale's.

Q.   Now going back to the first division box, you said that there
     were two lines coming from there and we have described one.
     Now where did the other line go?

A.   The other line went south around the buildings and emptied
     into a dirt reservoir.

Q.   Was there a line from the dirt reservoir?

A.   There was.  There was a line from the dirt reservoir that was
     10 inch.  It continued on around the hills to a point opposite
     the old frame barn that was there in '44.

Q.   What side of the fields was this line on that we were just
     describing?

A.   It would be on the south side of the fields.

Q.   How close to the edge of the hills was this line?

A.   Right where the hills started in from the level land -- the
     level land below that could be irrigated from it.

Q.   Now, Mr. Welch, have you described the entire system that was
     installed at that time?

A.   As near as I can recollect, that was the total that was put
     in at that time.  There has since been pipe laid there and
     changes made.


Amos Welch - D - 7

Q.   Was there any farm land in the Rancho Ramona that could not
be irrigated from this irrigation system, that you put in
in 1919?

A.   For lack of water, yes.

Q.   Well, I meant from a physical standpoint.

A.   ~~No.~~   Water could be taken and run in any line on the place
in 1919 when we left it.

Q.   And from those lines would it cover all of the farm land or
would there be some farm land left out?

A.   There possibly would be some of it that would be -- you would
have to use a lot of grading to have gotten water on it.

Q.   At the time that you installed this irrigation system was
there any evidence present of any former irrigation system?

A.   Yes.

Q.   Will you describe this?

A.   Someone had taken the water out in a dirt ditch and had run
it down to this old frame barn, or in the vicinity of this
old frame barn, before 1919, before I saw it.  Because the
ditches and flumes and stuff -- in putting in the new lines
we had to cut through ditch banks and kick wooden flume out
of the road in order to get our ditches dug, to bury the pipe.

Q.   Was there any reservoir present when you put in the pipe line?

A.   As I recollect, there was no reservoir when I put in the
pipe line.  Everything was in dirt ditches.  There was an
old orchard down there by the barn -- scattering trees.  A

Amos Welch - D - 8

previous flood before that had washed out the most of them,
but there was an occasional tree there scattered around over
the valley.

Q.   Will you describe the flow of water in Lancaster Creek, or
Wilson Creek?

A.   I saw it measured several times and it run from --

Q.   Well, I mean where did it start and where did it end?

A.   The most of it came up on Rancho Ramona.  And I never saw any
time when it wasn't utilized and used on Rancho Ramona, while
I was on the place.

Q.   If Rancho Ramona had not used the water, what would have
happened?

A.   It would have went into the ground.

Q.   Before it left Rancho Ramona?

A.   Yes.

Q.   Did the diversion box, which you constructed, take all of the
water from the creek?

A.   It did -- only when it was in flood stage.

Q.   Do you know what crops were irrigated in 1919?

A.   If I recollect, in 1919 there was nothing there but a few
little acres of alfalfa and some old trees and a garden spot
up around the house.  That's all I recollect.

Q.   Did they use water from the new irrigation system in 1919,
while you were there?

A.   Well, they couldn't use it while I was there, because it wasn't

Amos Welch - D - 9

completed -- until it was completed.

Q. Did you see it used before you left?

A. No. I saw it tested. It was all tested. We run water in it to see if there was any leaks, but I never saw water run in it. In fact, it was sometime in the Fall. If I recollect right, it was sometime in the Fall and it was too late to plant anything.

Q. Who was the owner of Rancho Ramona when you installed this system?

A. Max Kuhnrich.

Q. Did you visit Rancho Ramona after you completed the installation of that irrigation system?

A. Yes, I was up there -- I believe it was in 1920. E. P. Barnum, the contractor who installed the pipe, had a little trouble collecting his money, and he took me up there when he saw Max Kuhnrich. I believe it was either in the winter or the spring of 1920.

Q. Were they using the irrigation system at that time?

A. There was some activity of grading ground and showed some signs of farming.

Q. Were they taking the water?

A. They were taking the water and running it on the ground. Yes.

Q. How much of the water were they taking?

A. All of it when I saw it. They were scattering it over this ranch out here in order to grade it.

Amos Welch - D - 10

Q.   Did you make more than one visit up there while Kuhnrich
     owned it?

A.   No.  I was up there just once.

Q.   When did you next see Rancho Ramona?

A.   Possibly in 1926.

Q.   Who owned the ranch at that time?

A.   Brenkenhof.  A fellow by the name of Brenkenhof.  Hiram
     Brenkenhof.

Q.   And what was the occasion of your visit to see it at that
     time?

A.   At that time it was spuds.  He got caught on a bunch of spuds
     and I went over to help him harvest them.

Q.   Where did you live then?

A.   I lived right east of Ramona Ranch.  I owned 200 acres there
     bordering Ramona.

Q.   Were these spuds raised with the irrigation?

A.   Certainly.

Q.   How long had you owned that property next to Rancho Ramona,
     or how long had you lived there?

A.   I had bought it in '25 and moved up in '27.

Q.   From the date that you moved up there how often did you visit
     Rancho Ramona?

A.   Oh, I couldn't say exactly, but I was there several times.

Q.   On these visits did you have occasion to see whether or not
     they were using all the waters of Lancaster or Wilson Creek?

Amos Welch - D - 11

A.  They was using all the water any time that I was over there
and hollering for more -- trying to distribute more. That's
why I was over there.

Q.  Did you have any occasion to see what use was being made of
the water?

A.  He had the alfalfa and the year that I helped him with the
spuds he had several hundred sacks of spuds, that I saw.

Q.  Did Mr. Brenkenhof sell the place?

A.  I don't know who he sold it to. I don't know who Brenkenhof
sold it to. I never heard whether Brenkenhof sold to E. L.
Weaver or not, or whether there was a middleman in between
there.

Q.  Well, to your knowledge -- who was the next person that you
knew owned the place?

A.  E. L. Weaver.

Q.  Do you know when he came up there to operate it?

A.  It was in 1930 approximately.

Q.  Were you acquainted with the ranch during the time that Mr.
Weaver owned and operated it?

A.  Yes. I worked for Weaver several times.

Q.  Do you know whether or not there were any changes made in the
irrigation system between the time it was installed in 1919
and the time that Mr. Weaver bought it?

A.  No, only the dirt reservoir. I believe Brenkenhof did build
the first dirt reservoir. I'm not positive of it, but I'm

pretty sure that he did.

Q.  You said that you worked for Mr. Weaver several times.  Would you explain that?

A.  Well, I worked for Mr. Weaver building a three-car garage and living quarters out of cement blocks.  And then I took over the ranch and run the ranch for some time.  I don't know just how long.  And then there was a Mr. Winchester came up there and he ran the ranch for approximately a year.  Then Weaver came after me to go back again.  I went back again and I was with him then a couple of years.  And then there was a White -- a Mr. White, that was on there for a year or so.  And all the time that these different ones was on there more or less I was going back and forth all the time to help them with the water.

Q.  Well, did you have good knowledge of the use of the water all during the time that Mr. Weaver owned the place?

A.  Yes.  During the time that Mr. Weaver owned the place I had a good knowledge of the water and what it was used for and what was raised.  I couldn't designate exactly what was raised at what time, but I knew what the main crops was.

Q.  During this period were there any changes made in the irrigation system?  Now by "this period" I mean the time that Mr. Weaver owned it.

A.  Yes.

Q.  Describe what changes were made.

Amos Welch - D - 13

A.  Well, at the old dirt reservoir we built a big reservoir
    there of sand and oil.  They used two truck and two trailer
    loads of hot oil and built a reservoir -- I think it was 240
    feet long and 175 feet wide and 9 feet deep at the outlet.

Q.  That was the dimensions as you remember them?

A.  As I remember them.  As close as I can remember them.  That
    was quite a while ago.

Q.  Any other changes made in the irrigation system?

A.  Yes.  In building the new reservoir we discarded the line from
    the blacksmith shop to the middle of the valley and run it
    from the new reservoir to this diversion box, and discarded
    this line that ran from the point of the hill at the black-
    smith shop.

Q.  Any other changes?

A.  Well, there was a building built by the old adobe house as
    a blacksmith's shop on this carrying line to the reservoir.
    And we pumped water out of that into an 8 by 20 by 8 feet
    deep tank on top of the hill and used it for domestic water.

Q.  Will you describe every use, if you can, that was made of the
    waters of Lancaster Creek while Mr. Weaver had it?

A.  Well, it was domestic water for one thing, stock water, irri-
    gation, to raise alfalfa, garden, orchard, grapes, sugar
    beets -- or stock beets, corn --. I believe they had a crop of
    milo in there one year.  And the overflow when we didn't use
    the water on this alfalfa land we let it run through the

Amos Welch - D - 14

alfalfa and irrigated what dry farming barley land we could get it over, so there was no water went to waste while I was with Weaver.

Q. During the time you were with Weaver was there any water flowing on past the diversion box?

A. None, only in flood stage.

Q. Did you ever try to do anything to increase the amount of water that was diverted into the irrigation system?

A. Yes, I did.

Q. Would you describe what you did?

A. I went to the diversion box and started with a 4 foot ditch -- 4 feet wide and about 4 to 5 feet deep -- and ran diagonally above the -- to about a point -- what was that -- I believe it was 150 feet. We used 300 feet of 14 inch pipe and laid them 3 to 4 feet deep in the sand, and diverted the water into the box through this underground system.

Q. How many lines was that?

A. That was two 14 inch lines laid side by side and laid loose. The joints was not cemented. That was the theory that the water would seep through the joints and get away and be utilized through the sand.

Q. What effect did this have?

A. It increased the water about one third.

Q. Did you use this increased supply of water on the ranch?

A. Yes. The water had dropped down to about 85 inches before

Amos Welch – D – 15

I put this in and we were looking for more water.

Q. You say "85 inches".  What do you mean?

A. 85 miner inches -- approximately that.

Q. Can you remember how many acres you actually irrigated on the place?

A. Well not knowing the lines or where they were -- and I never measured any of it -- we called the alfalfa field 40 acres. And then there was 5 or 6 acres around the point of the hill on the low end of the place.

Q. What crop was that in?

A. Alfalfa.  Then there was about 5 or 6 acres up next to the houses that was in alfalfa.  So that would make a total of 40 -- 46 -- possibly 56 acres of alfalfa, as near as I can guess at it.

Q. What other crops were irrigated at the same time?

A. Well, the orchard at the house, the garden.

Q. How many acres in that?

A. Oh, there was possibly 5, maybe 6.  Any waste water we'd run it off on the barley fields.

Q. How many acres were covered in the barley fields?

A. Well, that's hard to guess at it.  It wasn't graded ground and it was wherever the water would run.  It's hard to guess at it.  I could have been anywheres from 10 to 20 acres.

Q. Did you always run the waste water on the same 10 or 20 acres?

A. We run it all below the alfalfa.  Yes.  They would always

plant that piece of grain first, because we could get water on it.

Q. When you described the pipe line, you spoke of the pipe line which was on the south side as going around the point of a hill. Did you irrigate any land west of that point?

A. That is where the 6 acres of alfalfa was at. The water ran through that and run out into the grain fields below, towards Vale's fence.

Q. Is that the same grain field that you were just speaking of?

A. Yes.

Q. Were there any grain fields -- let me get my directions straight -- east of that point?

A. No. The alfalfa field was in here and ran up to a point about 200 feet from this hill. Between this big patch of alfalfa and that other patch was about 250 feet, I'd say. And this was all cottonwood trees in here and a river bed.

Q. What was directly north of that point?

A. Vacant land. Flat, level land that I had graded.

Q. North of that point of hill where the pipe line went around?

A. This was river bed. We had it in grain and dry farmed it.

Q. Can you recall any other crops or any other irrigation other than what you have told me?

A. No, I can't recall any more.

MR. DAY: Mr. Reporter, will you please mark this Defendant James Oviatt's Deposition Exhibit A? (Mr. Day hands copy of map

Amos Welch - D - 17

to Reporter.)

Defendant James Oviatt's Deposition Exhibit A -- copy of topography map of part of Riverside County, California, with area in center colored yellow to denote Rancho Ramona -- was marked for identification.

Q.   Mr. Welch, I hand you a map marked Defendant James Oviatt's Deposition Exhibit A.  Are you familiar with the country shown by this map?

A.   I am.

Q.   Will you take this pen and mark north on the north side, whatever would be the north part of the map?

A.   (Witness marks indicating north at top of map.)

Q.   Does this map show Rancho Ramona?

A.   It does.

Q.   Will you describe that part of the map which is Rancho Ramona?

A.   The yellow.

Q.   Will you take this pen and make a mark and label it "A" at or near the point where the water was diverted from Lancaster Creek?  I don't expect you to be precise on this, but as close as you can tell from looking at the map and your memory.  Just make a mark there and put an "A" -- a capital A alongside of it.  Will you put a line right across the creek at that point?

A.   (Witness marks on map.)  That's where the box was at.

Q.   All right.  Now does this map, marked Defendant James Oviatt's Deposition Exhibit A, show the section lines and 40 lines?

A.   It does.

Q.   May I have the pen?  I'm going to take the pen and I'm going

Amos Welch - D - 18

to mark in what is a 40 line the letter 1. and ask you:  was
there irrigation done in that 40?

A.  There was.

Q.  I'm going to mark another 40 division number 2.  Was there
irrigation done in that 40?

A.  There was.

Q.  What part of the 40 marked 1. was irrigated?

A.  Nothing was irrigated below the reservoirs.  It all lays
where you've got 1. and 2.

Q.  You say the reservoirs.  Do the reservoirs show on the map?

A.  They do.

Q.  How are they shown?

A.  Side by side.

Q.  Are they any color or any distinguishing mark?

A.  They are blue, I believe.  Blue or black.

Q.  Now then I'm going to mark another 40 3.  Was there irrigation
in that 40?

A.  That is the part that I don't know exactly where this alfalfa
is.  There was some orchard trees in here that had been irri-
gated, because I pulled them out when I started to grade this
ground.  When I left Rancho Ramona I had started to grade this
40 in here for alfalfa and I think, as near as I can remember,
that this 40 is the one with the big field.

Q.  Now wait a minute.  This 40 -- we are making a written record
here and we can only refer to them by the ones we have numbered.

Amos Welch - D - 19

All right.  Now I'll number this next 40 4.  Was there irrigation in 4 to your knowledge?

A.  Not to my knowledge.

Q.  I'll number this one 5.  Was there irrigation in 5?

A.  There could be.  These alfalfa beds could have run over into that.  The old barn set right in here, right about on the division line.  At the end of the alfalfa there was a barn set here and there was a road run through here.

Q.  I'm going to mark this next one 6.  Now what division line did you mean?

A.  6 is the one that had the big alfalfa field on it, as near as I can recollect.

Q.  I'll mark this 40 7.  Was there irrigation on 7?

A.  None that I recollect.  No.

Q.  I'll mark this 40 -- 8.  Was there irrigation there?

A.  Waste water from the alfalfa was run there on the grain fields -- had been run there.

Q.  I'll mark this one 9.

A.  That's the same as 8.  There had been some water run on it in the grain fields.

Q.  I'll mark this one 10.  Was there irrigation on the 40 that is marked 10?

A.  Yes.

Q.  And I'll mark this one 11.  Was there irrigation on the one marked 11?

Amos Welch - D - 20

A.   Yes.

Q.   Now where is the alfalfa field that was down around the point?

A.   It was part on 11 and possibly 10.  It's below this point of the hill.  It lays right in through here.  We had the alfalfa field laid right in here, just like this.

Q.   Would you take the pen and just sort of outline the alfalfa field as you remember it?

A.   As I remember it, there was a road around here and the alfalfa field come in here something like this.  (Witness marks on map.)

Q.   All right.  Mark that "B", will you?  Did you mark that a B or D?

A.   D.

MR. DAY:  Mr. Reporter, that was marked with a D.

Q.   And that was the alfalfa field that was around the --

A.   Yes.  The waste water from this was run onto 11 and 10.

Q.   Will you tell me how the reservoir, that was constructed for Mr. Weaver, was used?

A.   It was used to hold water over the night, so that we could get a bigger head of water, so that we could do away with the night irrigation,  and we could get a bigger head of water at a time.

Q.   Did you ever shut the water off at the diversion box?

A.   Never.

Q.   If you weren't actually irrigating at any one time, where did

Amos Welch - D - 21

the water go?

A.  Into the reservoir.  The dirt reservoir and the new reservoir
were side by side and it run from one into the other.  We
could use it and divert it either way.

Q.  Did Mr. Weaver sell the ranch while you were still there?

A.  He did.

Q.  To whom did he sell it?

A.  James Oviatt.

Q.  Did you work for James Oviatt?

A.  I worked for James Oviatt approximately two or three months.

Q.  During the time that you worked for James Oviatt did he use
the irrigation system, taking water from Lancaster or Wilson
Creek?

A.  He did.

Q.  How much of the water did he take?

A.  All of it.

Q.  During all of the time of your acquaintance with Rancho Ramona,
do you know of any time when they did not take and use all of
the water of Lancaster or Wilson Creek?

A.  I couldn't say that any time I was on Rancho Ramona that the
water wasn't all used and they were looking for more.  I was
there several times trying to increase the flow.

Q.  Do you know approximately how much water was used by Rancho
Ramona during the time that you were familiar with its use?

A.  All of it.

Q. How much was this?  Was there any measurement?

A. Anywheres from 85 to 105 inches.

Q. How did you know this?

A. It was measured over a weir with a 4 inch backup on it.

Q. Did you measure it?

A. No.

Q. Who measured it?

A. I measured it several times, but -- but nothing official.  It was measured by different ones.  I never knew who measured it. I always imagined that it was Vale Brothers that measured it, or it could have been the State, or it could have been the Forest Service.  I don't know, but I saw it measured several different times by different men.

Q. Did you go with these men and watch them measure it?

A. Several times I did.

Q. Were there any times, while you were familiar with Rancho Ramona, that there was a severe water shortage?

A. We had several times when the water dropped.  Yes.

Q. And did you continue to take the water?

A. We continued to take the water.

Q. Do you know of any complaints made by lower riparian users concerning the water that Rancho Ramona was taking?

A. I heard of some, but I never knew anything about them personally.

Q. Did you ever know of a man by the name of F. C. Finkle?

Amos Welch - D - 23

A.   I recollect an old gentleman up there when we put the pipe
     line in and I've long since forgot his name, but he could
     have been an engineer.   I don't know who he was.   I saw him
     around there when we installed the pipe line.

Q.   You don't know that his name was Finkle?

A.   I couldn't swear that his name was Finkle.   No.

Q.   During the time that you were on Rancho Ramona were there
     livestock being raised there?

A.   They always had more or less livestock.

Q.   Tell us how many head of livestock and what type were raised.

A.   When I left, when Weaver sold to Oviatt, there was over 100
     head of hogs and I don't know how many turkeys.   That was
     the young Weaver's project.   He had a good many turkeys on
     the place.   I installed some of the water dripping fountains
     and one thing and another that he used up there.   We used a
     lot of water on those turkeys.   There was a stallion and three
     brood mares, over 100 head of hogs, there was a couple or
     three milk cows, and there was some beef cattle.

Q.   How many beef cattle?

A.   I don't know exactly.   I never knew whether Weaver bought
     those -- it was just about the time of the sale -- and I
     never knew whether Weaver bought them or whether Oviatt bought
     them.   There was about 30 head, as I remember.

Q.   All of the time you were on the ranch there were livestock
     there?

Amos Welch - D - 24

A.   Yes, there was livestock and we used horses along with the
     tractor on a lot of work.

Q.   How were these livestock watered?

A.   By the water from the creek.

Q.   By the creek you mean Lancaster Creek?

A.   Lancaster Creek -- the same water.  There was no domestic
     water there.  The windmill was up above, but the well caved
     in and then we used the water from the creek.

Q.   Do you have any other knowledge about the use of water on
     Rancho Ramona?

A.   All I know is, there was a lot more pipe line laid on the
     place in 1919 than there was water to put in it.  We was
     always short of water.  There was a lot more ground could
     have been put in there -- could have been put under cultiva-
     tion and irrigated, if we'd had the water, but we never had
     the water.

Q.   These fields that you irrigated --how far back towards the
     hills did you irrigate?

A.   Well, the pipe line was at the edge of the hills and we irri-
     gated toward the valley.  And the ground had never been
     leveled to run water on.  And we just turned it loose out of
     these pipe lines and we just let it flood over what it would
     cover.  That's the way the barley fields was irrigated.

Q.   And the alfalfa fields were --

A.   They were leveled and bedded to save water.  If they hadn't

Amos Welch - D - 25

been you'd never have got them wet.

Q.     Why do you say that?

A.     Because those beds have all got to be bedded and floated and

       graded before you can run water.  It's a sandy soil.

Q.     When did you leave Rancho Ramona?

A.     February, 1944.

MR. DAY:  That is all.

                        END OF DEPOSITION

*I have read the above and the same is correct,*
*except that I wish to delete the word "no" at the*
*beginning of line 6 on page 8.*                    *Amos Welch*
                                            Amos Welch

Amos Welch - D - 26

STATE OF OREGON   )
                 : ss.
County of Jackson)

    I, Howard Gault, a Notary Public for Oregon, hereby certify that, pursuant to regular notice to take deposition, Amos Welch personally appeared before me on the 1st day of February, 1960, between the hours of 2:00 o'clock P. M. and 3:00 o'clock P. M. at deponent's residence, 795 Tolman Creek Road, Ashland, Oregon;  that said deponent was by me first duly sworn to testify the truth, the whole truth and nothing but the truth, and was then examined on oral interrogatories propounded by Ben Day, of Attorneys for the defendant, James Oviatt, counsel for plaintiff not appearing; that Defendant James Oviatt's Deposition Exhibit A was marked for identification; that said examination, together with the testimony of said deponent, was by me taken down in stenotype and thereafter transcribed to typewriting, and that the foregoing transcript, containing pages 1 to 26 inclusive, constitutes a full, true and correct record of said examination of, and testimony given by said deponent, and of all other oral proceedings had during the taking of said deposition.

    GIVEN UNDER MY HAND and Notarial Seal this 3rd day of February, 1960.

                              *Howard Gault*
                        Notary Public for Oregon
            My commission expires January 1, 1963.

Certificate - 27