BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California.

OVerland 6-1450

Attorneys for Defendant

FILED

FEB 19 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendant.

Civil No. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

The Defendants C. S. Hilliard and V. V. Hilliard hereby substitute the firm of Best, Best and Krieger, Attorneys at Law, Post Office Box 1028, Riverside, California, as their attorneys in the above entitled action in the place and stead of said Defendants in Propria Persona.

DATED: This 11th day of February, 1960.

_____
C. S. Hilliard

_____
V. V. Hilliard

We hereby consent to the foregoing Substitution.

DATED: This 11th day of February, 1960.

BEST, BEST AND KRIEGER

By: _____

It is so ordered.

_____

5875

U.S. v. Fallbrook Public Utility District

**PROOF OF SERVICE BY MAIL**
(Copy of Document Must Be Attached)

Case No. Civil No. 1247-SD-C

I, the undersigned, say: I am a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is 4200 Orange Street, Riverside, California.

That on the 11th day of February, 19 60, I served a copy of the attached paper, to-wit:

Substitution of Attorneys

by depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

J. Lee Rankin, Esq., Solicitor General, Room 332, 325 West "F" Street San Diego, California.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on February 11th, 1960, at Riverside, California.

_____
(Signature)

**PROOF OF SERVICE BY MAIL**

1013 a(1) & 2015.5 C.C.P.
Form No. 125

5876