UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U..S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: March 8, 1960 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER

Counsel for Defendant: NONE ~~PERMANENT~~ APPEARING

PROCEEDINGS:   FURTHER PROCEEDINGS RE INTERLOC JUDGMTS 9, 10, and 11

Attorney Veeder makes statement, and states no appearances have been made.

IT IS ORDERED that Atty Veeder prepare Interloc Judgments 9, 10, and 11 and submit to court for approval.

IT IS ORDERED cause is continued to March 22, 1960

5894

JOHN A. CHILDRESS, Clerk
By _____