**FILED**

MAR 9 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

**ENTERED**

APR 7 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
      Plaintiff, )
v. ) No. 1247-SD-C
FALLBROOK PUBLIC UTILITY ) INTERLOCUTORY JUDGMENT
  DISTRICT, et al., )
      Defendants, ) No. __10__
STATE OF CALIFORNIA, )
      Intervening Defendant. )

On _March 9 1960_ Honorable James M. Carter, Judge, having considered the mandate of the Court of Appeals remanding this cause for trial with a direction for the joinder of all owners of lands in the watershed of the Santa Margarita River; defendants hereafter named having answered, but not having proved any right, title or interest in or to rights to the use of water in the Santa Margarita River or its tributaries which are the subject matter of this action; evidence having been introduced which tends to prove that defendants are not using and have no means of diverting or utilizing the waters of the Santa Margarita River or its tributaries, other than that, if any, delivered to them by Fallbrook Public Utility District or other public agency of the State of California, and that the lands of defendants are neither riparian to the Santa Margarita River nor any of its tributaries nor overlie any ground water basin of the Santa Margarita River or its

- 1 -

211

part of any surface or sub-surface stream or sub-surface basin of the

4141

1  no right, title or interest in or to the above-mentioned vagrant,
2  local, percolating waters underlying defendants' lands, those per-
3  colating waters not being a part of any surface or sub-surface stream
4  or sub-surface basin of the Santa Margarita River or its tributaries.
5      5. The use by the defendants of the vagrant, local, percolat-
6  ing waters underlying defendants' lands, those percolating waters not
7  being a part of any surface or sub-surface stream or sub-surface basin
8  of the Santa Margarita River or its tributaries, has not and will not
9  cause the intrusion of salt water into the underground basins of
10 Camp Pendleton and does not injure nor threaten to injure the plaintiff.

## II

### CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1. The above-named defendants have no rights to the use of the waters of the Santa Margarita River or its tributaries.

2. The rights of the United States of America, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be forever quieted against any and all adverse claims of the above-named defendants.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, have no rights in or to any of the waters underlying the lands of the above-named defendants, those waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the above-named defendants to the use of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its

- 3 -

213

1  tributaries, shall be forever quieted against any and all adverse claims
2  of the plaintiff herein.

### III
### INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2. The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

- 4 -

214

```
 1    River or its tributaries, are forever quieted against any and all
 2    adverse claims of the United States of America and all other parties
 3    in this action having rights to the use of the waters of the Santa
 4    Margarita River and its tributaries, and they and their successors in
 5    interest are forever restrained from asserting, claiming or setting up
 6    any right, title or interest in or to such vagrant, local, percolating
 7    waters underlying defendants' above-described lands, those percolating
 8    waters not being a part of any surface or sub-surface stream or sub-
 9    surface basin of the Santa Margarita River or its tributaries, adverse
10    to defendants herein.
11         6. The Findings of Fact, Conclusions of Law and Interlocutory
12    Judgment, are not applicable to and do not in any way pertain to the
13    respective correlative rights among themselves of the parties to this
14    cause in regard to the use of the vagrant, percolating, local waters
15    underlying the lands of the parties, these vagrant, percolaing, local
16    waters not being a part of any surface stream or sub-surface stream or
17    sub-surface basin of the Santa Margarita River or its tributaries.
18         7. The above set forth Findings of Fact, Conclusions of Law
19    and Interlocutory Judgment do not relate to the rights to the use of
20    water, if any, of the Fallbrook Public Utility District in and to the
21    waters of the Santa Margarita River and its tributaries. These Findings
22    of Fact, Conclusions of Law and Interlocutory Judgment relate solely
23    to the respective claims of the United States of America and the individ-
24    uals named in the Interlocutory Judgment. The issue of the rights to
25    the use of water, if any, of the Fallbrook Public Utility District will
26    be separately tried.
27
28         IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the
29    decisions of the United States Court of Appeals for the Ninth Circuit,
30    California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is
31    not a final decree but is interlocutory in character and by reason of
32
```

- 5 -

215

1  the Order by this Court that all parties are adverse one to another,
2  thus dispensing with cross-pleadings, all other parties to this pro-
3  ceeding may object to these Findings of Fact, Conclusions of Law and
4  Interlocutory Judgment and will be given full opportunity upon due
5  notice to interpose their objections to these Findings of Fact, Con-
6  clusions of Law and Interlocutory Judgment.

Dated: 3-9-60

JAMES M. CARTER
Judge, United States District Court

## EXHIBIT A

The property described in the Answers of the defendants listed on Page 2 of this Interlocutory Judgment No. 10, is set forth on Exhibit MF-1-OA, Exhibit MF-1-PA, and Exhibit MF-1-VA, which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it.

### Exhibit MF-1-OA

| | |
|---|---|
| SOLSO, Roy O. & Ada Belle | Parcel 75, 76 and 101 |
| YACKEY, George F. & Alma H. | Parcel 77 |
| PETERSON, Russell R. & Luella S. <br> PETERSON, Mildred P. | Parcel 78 |
| RICHARDS, Imogene R. | Parcel 79 |
| MASONIC TEMPLE ASSOCIATION OF FALLBROOK | Parcel 81 |
| YOUNG, Rhoda Sturtevant | Parcel 83 |
| HARRISON, Esther (now Esther Harrison Franklin) | Parcel 90 |
| TOMLIN, Nicholas W. | Parcel 91 |
| GAMMELL, John J. & Alda W. | Parcel 96 |
| LACKEY, Flora B. | Parcel 98 |
| FLETCHER, James W. & Gladys | Parcel 99 |
| BARELL, Minnie | Parcel 102, 103 and 104 |
| CLARK, Sawyer Wells | Parcel 107 |
| MYERS, S. C. & Myrtis <br> Exhibit MF-1-VA | Parcel 112 <br> Parcel 266 and 267 |
| MAR VISTA INVESTMENT CO. | Parcel 113 |
| BISOGNO, John C. & Marcella <br> PONTRELLI, Amelia | Parcel 114, 115 and 116 |

### Exhibit MF-1-PA

| | |
|---|---|
| GRAFFIN, Luetta M. | Parcel 117, 122 and 123 |
| BARKOW, Harold W. & Marcella C. R. <br> Exhibit MF-1-VA | Parcel 120, 121 and 129 <br> Parcel 326 |
| MIRANDA, Catalina L. | Parcel 118 |
| BURT, Amy Anthony | Parcel 119 |

-1-