IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
MAR 9 - 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
    Defendants,
STATE OF CALIFORNIA,
    Intervening Defendant.

No. 1247-SD-C

INTERLOCUTORY JUDGMENT

No. 11

ENTERED
APR 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

On March 9 1960 Honorable James M. Carter, Judge, having considered the mandate of the Court of Appeals remanding this cause for trial with a direction for the joinder of all owners of lands in the watershed of the Santa Margarita River; defendants hereafter named having answered, but not having proved any right, title or interest in or to rights to the use of water in the Santa Margarita River or its tributaries which are the subject matter of this action; evidence having been introduced which tends to prove that defendants are not using and have no means of diverting or utilizing the waters of the Santa Margarita River or its tributaries, other than that, if any, delivered to them by Fallbrook Public Utility District or other public agency of the State of California, and that the lands of defendants are neither riparian to the Santa Margarita River nor any of its tributaries nor overlie any ground water basin of the Santa Margarita River or its

- 1 -

219

tributaries; does hereby enter Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting these defendants:   HECTOR F. & VIVIAN G. HECOCK; TYKE C. KINSMAN; ADELINE L. JAMESON; WALTER M. & LUCILLE V. BREINING; HENRY C. & HAZEL M. TAYLOR; JOHN F. & LOUISE KOLB and OTTO J. & LILLIAN KOLB; WALTER H. & HILDA BARKOW; JAMES ELLIOTT & HATTIE GILIAN; THEODORE E. & ORIONNA F. MATTFIELD; DONALD R. & ETHEL T. STEVENSON; ERNEST A. & EDITH L. BELL; ELSIE H. BERRY; RICHARD B. & WINONA M. FIALA; ROBERT A. & EDYTHE A. OSWALD; WALTER C. & MARIANNE SCHNEIDER; LESTER B. & LENA E. HASELWOOD; EDWARD H. & FLORA L. FLASCH.

I

FINDINGS OF FACT

The Court finds as to the above-named defendants hereto as follows:

1. Defendants are the apparent owners of the lands described in Exhibit A hereto attached.

2. The said lands do not abut upon and are not riparian to any stream.

3. Evidence introduced in the case proves that defendants are not and have no means of diverting or utilizing the waters of the Santa Margarita River or its tributaries other than those which might be delivered to them by the Fallbrook Public Utility District or through some public agency of the State of California; all waters underlying the lands of said defendants being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The United States of America claims no right and has

- 2 -

no right, title or interest in or to the above-mentioned vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

5. The use by the defendants of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, has not and will not cause the intrusion of salt water into the underground basins of Camp Pendleton and does not injure nor threaten to injure the plaintiff.

II

CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1. The above-named defendants have no rights to the use of the waters of the Santa Margarita River or its tributaries.

2. The rights of the United States of America, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be forever quieted against any and all adverse claims of the above-named defendants.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, have no rights in or to any of the waters underlying the lands of the above-named defendants, those waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the above-named defendants to the use of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its

tributaries, shall be forever quieted against any and all adverse claims of the plaintiff herein.

### III

#### INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2. The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

- 4 -

222

River or its tributaries, are forever quieted against any and all adverse claims of the United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to such vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, adverse to defendants herein.

6. The Findings of Fact, Conclusions of Law and Interlocutory Judgment, are not applicable to and do not in any way pertain to the respective correlative rights among themselves of the parties to this cause in regard to the use of the vagrant, percolating, local waters underlying the lands of the parties, these vagrant, percolaing, local waters not being a part of any surface stream or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

7. The above set forth Findings of Fact, Conclusions of Law and Interlocutory Judgment do not relate to the rights to the use of water, if any, of the Fallbrook Public Utility District in and to the waters of the Santa Margarita River and its tributaries. These Findings of Fact, Conclusions of Law and Interlocutory Judgment relate solely to the respective claims of the United States of America and the individuals named in the Interlocutory Judgment. The issue of the rights to the use of water, if any, of the Fallbrook Public Utility District will be separately tried.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decisions of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of

- 5 -

223

the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: 3-9-60

_James M. Carter_
JAMES M. CARTER
Judge, United States District Court

## EXHIBIT A

The property described in the Answers of the defendants listed on Page 2 of this Interlocutory Judgment No. 11, is set forth on Exhibit MF-1-QA, Exhibit MF-1-RA and Exhibit MF-1-SA, which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it.

### Exhibit MF-1-QA

| | |
|---|---|
| HECOCK, Hector F. & Vivian G. | Parcel 171 |
| KINSMAN, Tyke C. | Parcel 173 and 174 |
| JAMESON, Adeline L. | Parcel 181 |
| BREINING, Walter M. & Lucille V. | Parcel 182 |
| TAYLOR, Henry C. & Hazel M. | Parcel 184 |
| KOLB, John F. & Louise<br>Kolb, Otto J. & Lillian | Parcel 185 |
| BARKOW, Walter H. & Hilda | Parcel 188 |
| GILLAN, James Elliott & Hattie | Parcel 189 |

### Exhibit MF-1-RA

| | |
|---|---|
| MATTFIELD, Theodore E. & Orionna F. | Parcel 198 |
| STEVENSON, Donald R. & Ethel T. | Parcel 199 |
| BELL, Ernest A. & Edith L.<br>BERRY, Elsie H. | Parcel 200, 201, 204, 205 and 206 |
| FIALA, Richard B. & Winona M. | Parcel 202 |
| OSWALD, Robert A. & Edythe A. | Parcel 203 |

### Exhibit MF-1-SA

| | |
|---|---|
| SCHNEIDER, Walter C. & Marianne | Portion of Parcel 215 (Parcel 215X1)<br>Parcel 217 |
| HASELWOOD, Lester B. & Lena E. | ZParcel 219 |
| FLASCH, Edward H. & Flora L. | Parcel 220 and 221 |