ROSALIND G. BATES,
354 South Spring Street,
Suite 521 H. W. Hellman Building,
Los Angeles 13, California.

Phone MAdison 9-1641

Attorney for the Trustees of
MURRAY SCHLOSS FOUNDATION FOR HOTAHN PIONEERING

FILED
MAR 20 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| vs. ) | POINTS AND AUTHORITIES |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
| Defendants. ) | |

Attorneys may be substituted on proper showing and notice.

U. S. Southern District of California , Local Rule 1 ()e) (2 and 3)

Respectfully submitted,

[signature]

ROSALIND G. BATES
ATTORNEY AT LAW
354 S. SPRING ST.
LOS ANGELES 13, CALIF.
MADISON 9-1641

5895