1  WALKER & SULLIVAN
   Attorneys at Law
2  3742 Tenth Street
   Riverside, California
3  Telephone: OVerland 3-6842

4

5  Attorneys for Defendants
   Edith Sarah Harmer and
6  Meta Lee Cummins

7

FILED
MAR 21 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

8                UNITED STATES DISTRICT COURT

9                         FOR THE

10             SOUTHERN DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12 UNITED STATES OF AMERICA      )
13              Plaintiff        )   CIVIL NO. 1247 - SD
14       vs.                     )   SUBSTITUTION OF ATTORNEYS
15 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, etc., et al         )
16              Defendants       )

17

18     Defendants Edith Sarah Harmer and Meta Lee Cummins hereby

19 substitute Walker & Sullivan as their attorneys of record in

20 place of John Neblett.

21     DATED: March 7, 1960.

22                                    Edith Sarah Harmer
23                                    Meta Lee Cummins

24

25     I consent to the above substitution.
26     DATED: March 2th, 1960.

27                                    _____
                                      John Neblett
28

29     Above substitution accepted.
30     DATED: March 16th, 1960.

31                                    WALKER & SULLIVAN
32                                    By _____
                                         Alexander B. Yakutis

1  IT IS SO ORDERED.     Dated: _____3-21____, 1960

_____
Judge