CARTER
3-22-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                    )   No. 1247-SD-C Civil
                          )
                          )   MINUTES OF THE COURT
        v.                )
                          )   Date: March 22, 1960
                          )
FALLBROOK' etc., et al    )   At: San Diego, California.

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

     Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: _ _ _ JOHN SWADER _ _

     Counsel for Plaintiff: _WILLIAM B. VEEDER_ and _DONALD REDD_ _ _

     Counsel for Defendant: GEO. STAHLMAN, FRED_KGIRARD, FRANZ SACHSE,
WALTER LINCOLN, AND JAMES KRIEGER.
Defendants Pro Per: Urban and Rose C. Tarwater, W. and Claire Tarwater,
PROCEEDINGS:n Mike Marce and Fred Mays.
PROCEEDINGS: FURTHER COURT TRIAL
   At 10:40 A.M. convene.
   No appearance being made, the courts signs Interloc. Judgment No. 12.
   Attorney Krieger moves to withdraw as counsel for C. L. Cain, W. A. Thompson,
B. O. Williams, X H. L. Wilks. IT IS ORDERED said motion is denied at this
time, and court states it will not rule on motion unless presented in
writting and noticed to all parties involved.
   Jenning B. Shamel is called, sworn, and testifies on own behalf.
   Ex. No. 218 is marked
   Rorópaugh Ex. No. K is marked and received.
   At 11:05 A.M. recess, and at 11:25 Reconvene.
   Witness Shamel resumes stand and testifies further.
   Ex. No 218 is received.
   Malcolm Waddell is called, sworn, and testifids on own behalf.
   Ex. No. 219 is marked and received.
   Roland E. Pearl is called, sworn, and testifies on own behalf.
   At 12, noon, recess to 1:30 P.M.
   At 1:30 P.M. reconvene.
   Witness Pearl resumes stand and testifies Further.
   Ex. No. 220 is marked and received.
   Geo. A. F. Howell is called, sworn, and testifies on own behalf.
   Ex. No. 2221 is makred and received.
   At 2:35 P.M. recess and at 2:55 Reconvene.
   Witness Howell resumes stand and testifies further.
   Walter R. Nieslen is called, sworn, and teatifies on own behalf.
   Ex. No. 222 is marked and receifed.
   K. Louise Guinn is called, sworn, and testifies for own behalf.
   Ex. No. 223 is makum marked and received.
   Albert H. Small is called sworn, and testifies on behalf of Eugene Small.
   Ex. No. 224 is marked and received.
   A. C. Bowen is recalled, and testifies further.
   Albert Small resumes stand and testifies on own behalf.
   Ralph Bates is called, sworn, and testifies on own behalf.
   Ex. No. 225 is marked and received.
   Edw. Bryant is called, sworn, and testifies on own behalf.
   Ex. No. 226 is marked and received.
   MMMMXMXMWMM THOS. E. Wilks is called, and sworn and testifies on own behalf.
   Exs. Nos. 227 and 227A marked
   Thos. H. Wilks is called, sworn, and testifies on own behalf.
   Ex. No. 227, and 227A are received.
   David A. Brown is called, swonn, and testifies on own behalf.
   Ex. No. 228 is marked and received.
   At 4 5:10 P.M. recess to 10 A.M.
3-23-60.

JOHN A. CHILDRESS, Clerk
D _/s/_ _ _ _ _ _

5900