FILED
MAR 22 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ...........
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ORDER GRANTING FURTHER<br><br>EXTENSION |

Good cause having been shown, the Order On Motion To Go on Vail Company Property To Set Water-Level Recorders and Manometers, entered June 25, 1959, and Order Granting Further Extension, entered September 22, 1959, and December 18, 1959, is hereby extended for an additional ninety days.

Dated: March 22, 1960

JAMES M. CARTER
UNITED STATES DISTRICT JUDGE

5899