FILED

MAR 22 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )
   v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
          Defendants. )

No. 1247-SD-C

ORDER GRANTING FURTHER EXTENSION

    Good cause having been shown, the Order, entered June 23, 1959, permitting representatives of the United States of America to make water-level measurements, and Order granting Further Extension, entered September 22, 1959, and December 18, 1959, is hereby extended for an additional ninety days.

Dated: March 22, 1960

                        JAMES M. CARTER
              JUDGE, UNITED STATES DISTRICT COURT

5898