CARTER
3-23-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date:  March 23, 1960 |
| | ) | |
| FALLBROOK, etc., et al | ) | At:  San Diego, California. |

PRESENT: Hon.  JAMES M. CARTER  District Judge

Deputy Clerk:WILLIAM W. LUDDY   Reporter:  JOHN SWADER

Counsel for Plaintiff:WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAM, FRED GIRARD, & FRANZ SACHSE, GEORGE GROVER, AND OWEN STRANGE.

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:10 A.M. reovnene herein.
Attorney Grover makes opening statement in behalf of Gibbon and Cottle
~~Exs. No. 229 and 230 are marked.~~
Exs Nos. 229, and 230 are marked.
Joseph A. Rowe is called, and sworn, and testifies on behalf of Gibbon and Cottle.
Exs. GIBBON AND COTTLE S, S-1 thru S-6 and t-1 thru T-6 are marked and received.
At 11:10 A.M. recess and at 11:20 A.M. reconvene.
Witness Rowe resumes stand and testifies further.
Gibbon and Cottle Ex. No. Q and R are mankm received.
Exs. Gibbon and Cottle F thru N, P, and O are received.
At 12, noon, recess to 1:30 P.M.
At 1:30 P.M. reconvene.
Lewis J. Johansen is called, sworn, and testifies for Gibbon and Cottle.
Witness Rowe is recalled, and testifies further.
At 3:15 P.M. recess and at 3:35 P.M. reconvene.
Witness Rowe resumes stand and testifies further.
Gibbon and Cott Ex. No. A, and B received.
John F. Mann is called, sworn, and testifies for Gibbon and Cottle.
At 4:35 P.M. recess to March 24, 1960, at 10 A.M.

JOHN A. CHILDRESS, Clerk

5901