UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: March 24, 1960 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY     Reporter:  _ _ _ JOHN SWADER _

Counsel for Plaintiff: WILLIAM VEEDER and DONALD REDD@

Counsel for Defendant: FRED GIRARD, GEORGE STAHLMAN, FRANZ SACHSE, OWEN STRANGE and GEORGE GROVER

PROCEEDINGS: FURTHER COURT TRIAL

At 10:05 A.M. reconvene herein
Wihtht WILLIAM COTTLE is called, sworn and testifies on own behalf.
At 11:05 A.M. recess and at 11:25 A.M. reconvene
Witness Cottle resumes stand and testifies further.
 IT IS ORDERED that Answer of Gibbon is corrected at page 7 line 8 to read notthwest quarter of the southwest quarter.
Katharine Gibbon is called, sworn, and testifies on own behalf.
At 12, noon recess to 1:45 P.M.
At 1:55 P.M. reconvene.
Witness Gibbon resumes stand and testifies further.
Gustav A. Spaniol is called, sworn, and testifies for deft Gibbon.
 IT IS ORDERED cause is set for May 27, 1960, at 10 A.M. for hearing testimony pf Witness Tripp in behalf of Gibbon and Cottle.
Exs. Nos. 229, and 230 are received in evidence.
At 3:@ 25 P.M. recess and at 3:40 P.M. reconvene.
Col. A. C. Bowen is calledm sworn, and testifies for govt.
At 4:05 P.M. recess to March 29, 1960, at 10 A.M. for further trial herein.

5902

JOHN A. CHILDRESS, Clerk