UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                          ) No.   1247-SD-C Civil
                                )
                                ) MINUTES OF THE COURT
        v.                      )
                                ) Date:        March 29, 1960
FALLBROOK, etc et al            )
                                ) At: San Diego, California.

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge

    Deputy Clerk: WILLIAM W. LUDDY   Reporter: _ _ _ JOHN SWADER _ _

    Counsel for Plaintiff: _ _ NONE APPEARING _ _ _ _ _ _ _ _ _ _

    Counsel for Defendant: ROSALIND BATES, WALTER G. LINCOLN, AND
                           GEORGE STAHLMAN

PROCEEDINGS: HEARING motion of Schloss estate to sub atty.
             FURTHER COURT TRIAL

    Attorney Lincoln makes statement.
    Attorney Bates makes statement.
    IT IS ORDERED cause is continued to June 24, 1960, at 10 A.M.
for hearng motion of Schloss Estate to sub atty.
    IT IS ORDERED court trial is continued to March 2 30, 1960,
at 10 A.M.

5903

JOHN A. CHILDRESS, Clerk
_ _ _ _ _ _ _ _ _ _ _ _