UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                     )     No. 1247-SD-C   Civil
                           )
      v.                   )     MINUTES OF THE COURT
                           )     Date: March 30, 1960
FALLBROOK, etc., et al     )
                           )     At: San Diego, California.

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

   Deputy Clerk: WILLIAM W. LUDDY    Reporter: _____ JOHN SWADER _____

   Counsel for Plaintiff: WILLIAM VEEDER and DONALD REDD

   Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD.

PROCEEDINGS:    FURTHER COURT TRIAL

   At 10:15 A.M. convene.
   California Ex. No. AX is marked for Identification.
   Jos. A. Rowe, htf sworn, is recalled, and testfies for Scarl.
   Searl Ex. A is received
   Fred Kunkle htf sworn, is recalled, and testifies further.
   Searl K and L are marked.
   At 11:15 A.M. recess, and at 11:25 A.M. reconvene.
   Searl Ex. L is received.
   Witness Kunkle resumes stand and testfies further.
   Witness Rowe is recalled, and testifies further.
   Searl Exs B, C, and D are received.
   At 12:05 P.M. recess to 1:30 P.M.
   At 1:35 P.M. reconvene.
   Witness Rowe resumes stand and testffies furth er.
   Searl Exs. Nos. F, G, H, I, J, J-1, and M are received.
   At 2:45 P.M. recess, and at 3 P.M. reconvene.
   Witness Rowe resumes stand and testifies further.
   Garbani Exs. Nos. A, B, and D are received.
   Leonard Searl is called, sworn, and testifies for Searl Bros.
   Exs. No. 231 is marked.
   At 4:20 P.M. recess to March 31, 1960, at 10 A.M. for the further
court trial herein

JOHN A. CHILDRESS, Clerk