CARTER
3-31-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
) 
) MINUTES OF THE COURT
v. )
) Date:  March 31, 1960
)
FALLBROOK, etc. et al ) At: San Diego, California.

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: _ _ _JOHN SWADER_ _

Counsel for Plaintiff: _WILLIAM VEEDER, DONALD REDD_ _ _ _ _

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

PROCEEDINGS:    FURTHER COURT TRIAL

At 10 A.M. reconvene.
Witness Searl resumes stand and testifies further.
Ex. Searl N is marked and received.
Sherman Babcock is called, sworn, and testifies for Searn Searl.
Searl O is marked and received.
Searl Ex. No. P is marked and received.
Witness Rowe is recalled and testifies further.
Searl Ex. No. Q is marked and received.
Ex. No. Searl C-1 is marked.
At 11:10 A.M. recess, and at 11:25 A.M. reconvene.
Witness Rowe resumes stand and testifies furhher.
Ex. Searl C-1 is received.
At 11:55 A.M. recess to 1:45 HHM.P.M
At 1:45 A.P.M.  reconvene.
John F. Mann heretofore sworn is recalled, and testifies futher for Searl.
Searl Ex. No. R, and No. S are marked and received.
At 3:05 P.M. recess, and at 3:15 P.M. reconvene.
Ex. No. 231 is received.
Fred Garbani is called, sworn, and testifies on own behalf.
At 3:45 P.M. recess to April 1, 1960, at 10 A.M. for the further court trial herein.

5905

JOHN A. CHILDRESS, Clerk