1 BEST, BEST AND KRIEGER
   4200 Orange Street
2  Riverside, Californi.
   (Post Office Box 1028)
3
   OVerland 6-1450
4

5  Attorneys for Defendants

**FILED**

APR 1 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>-vs-<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>     Defendants. | No.  Civil No. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

    Defendants hereby substitute themselves, Carlington L. Cain and Eunice Cain of Route 2, Box 53, Murrieta, California, in propria persona, as attorneys of record in the place and stead of Best, Best and Krieger.

    Dated: This  15  day of  March , 1960.

*Carlington L. Cain*
*Eunice Cain*

    We hereby consent to the foregoing substitution of attorneys.

    Dated: This  30th  day of  March , 1960.

BEST, BEST AND KRIEGER

By: _____

IT IS SO ORDERED.
DATED 4/1/60

_____
UNITED STATES DISTRICT JUDGE

5907

**PROOF OF SERVICE BY MAIL**
(Copy of Document Must Be Attached)

Case No. Civil No. 1247-SD-C

I, the undersigned, say: I am a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is 4200 Orange Street, Riverside, California.

That on the 30 day of March, 1960, I served a copy of the attached paper, to-wit: Substitution of Attorneys for Carlington L. Cain and Eunice Cain

by depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

William H. Veeder, Esq.
U. S. Post Office and Courthouse Bldg.
San Diego, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 1960, at Riverside, California.

(Signature)

1013 a(1) & 2015.5 C.C.P.
Form No. 125

PROOF OF SERVICE BY MAIL

5906