BEST, BEST AND KRIEGER
4200 Orange Street
Riverside, California
(Post Office Box 1028)

OVerland 6-1450

Attorneys for Defendants

ORIG

FILED

APR 1 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>-vs-<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>　　　　Defendants. | Civil No. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

Defendants hereby substitute themselves, Willis A. Thompson, Sr., Nellie Thorne Thompson, Willis A. Thompson, Jr., and Frances F. Thompson of Route 2, Box 3, Murrieta, California, in propria persona, as attorneys of record in the place and stead of Best, Best and Krieger.

Dated: This _____ day of _____, 1960.

_____
_____
_____
_____

We hereby consent to the foregoing substitution of attorneys.

1.

5909

Dated: This 1st day of March, 1960.

BEST, BEST AND KRIEGER

By: Arthur L. Littleworth

IT IS SO ORDERED.
DATED 4/1/60

[signature]
UNITED STATES DISTRICT JUDGE

2.

5910

**PROOF OF SERVICE BY MAIL**

(Copy of Document Must Be Attached)

Case No. Civil No. 1247-SD-C

I, the undersigned, say: I am a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is 4200 Orange Street, Riverside, California.

That on the 30th day of March, 19 60, I served a copy of the attached paper, to-wit:

Substitution of Attorneys for Willis A. Thompson, Nellie T. Thompson, Willis A. Thompson, Jr. and Frances F. Thompson

by depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

William H. Veeder, Esq.
U. S. Post Office and Courthouse Bldg.
San Diego, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 1960, at Riverside, California.

_____
(Signature)

**PROOF OF SERVICE BY MAIL**

1013 a(1) & 2015.5 C.C.P.
Form No. 125

5908