BEST, BEST & KRIEGER
Box 1028
Riverside, California

OVerland 6-1450

Attorneys for Defendants

FILED

APR 1 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

No. Civil 1247-SD-C

AMENDED ANSWER OF DEFENDANTS THOMAS E. WILKS and LUELLA M. WILKS

    DEFENDANTS THOMAS E. WILKS AND LUELLA M. WILKS, husband and wife, hereby amend their answer on file in this case by substituting for Exhibit "A" as attached thereto a new description of the property owned by them, all as set forth on "Amended Exhibit 'A'" attached hereto, and in all other respects re-allege and re-affirm the allegations set forth in their answer previously on file in this action.

    DATED this 30th day of March, 1960.

                  BEST, BEST & KRIEGER

    By _____
        Attorneys for Defendants
        Thomas E. Wilks and Luella M. Wilks

15651

Title in the name of Thomas E. Wilks and Luella M. Wilks.

PARCEL 1: Lot 40 and the southwest five acres of Lot 39 in Block "L" of Rancho La Laguna, as shown by Map on file in Book 4, page 174 of Maps, San Diego County Records.

PARCEL 2: Lot 37, 41 and 42 in Block "L" of Rancho La Laguna, as shown by Map on file in Book 4, page 174 of Maps, San Diego County Records, and the Northeast 50 feet of Railroad right of way adjoining said Lot on the Southwest.

1.

AMENDED EXHIBIT "A"

15652

BEST, BEST & KRIEGER
Box 1028
Riverside, California

OVerland 6-1450

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

No. Civil 1247-SD-C

AMENDED ANSWER OF DEFENDANTS THOMAS E. WILKS and LUELLA M. WILKS

DEFENDANTS THOMAS E. WILKS AND LUELLA M. WILKS, husband and wife, hereby amend their answer on file in this case by substituting for Exhibit "A" as attached thereto a new description of the property owned by them, all as set forth on "Amended Exhibit 'A'" attached hereto, and in all other respects re-allege and reaffirm the allegations set forth in their answer previously on file in this action.

DATED this 30th day of March, 1960.

                BEST, BEST & KRIEGER

By   JAMES H. KRIEGER
      Attorneys for Defendants
      Thomas E. Wilks and Luella M. Wilks

15653

Title in the name of Thomas E. Wilks and Luella M. Wilks.

PARCEL 1: Lot 40 and the southwest five acres of Lot 39 in Block "L" of Rancho La Laguna, as shown by Map on file in Book 4, page 174 of Maps, San Diego County Records.

PARCEL 2: Lot 37, 41 and 42 in Block "L" of Rancho La Laguna, as shown by Map on file in Book 4, page 174 of Maps, San Diego County Records, and the Northeast 50 feet of Railroad right of way adjoining said Lot on the Southwest.

1.

AMENDED EXHIBIT "A"


## PROOF OF SERVICE BY MAIL
(Copy of Document Must Be Attached)

Case No. **Civil No. 1247-SD-C**

I, the undersigned, say: I am a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my residence or business address is **4200 Orange Street, Riverside,** California.

That on the **30th** day of **March**, 19**60**, I served a copy of the attached paper, to-wit:

**Amended Answer of Defendants Thomas H. Wilks and Theresa Wilks**

by depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States postoffice mail box at the City of **Riverside**, California, addressed as follows:

William H. Veeder, Esq.

U. S. Post Office and Court House Bldg.
San Diego, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on **March 30**, 19**60**, at **Riverside**, California.

_____
(Signature)

1013 a(1) & 2015.5 C.C.P.
Form No. 125

PROOF OF SERVICE BY MAIL

15654A