BEST, BEST & KRIEGER
P. O. Box 1028
Riverside, California

OVerland 6-1450

Attorneys for Defendants

FILED

APR 1 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al,<br><br>  Defendants. | Civil No. 1247-SD-C<br><br>AMENDED ANSWER OF DEFENDANTS<br>THOMAS H. WILKS and THERESA WILKS |

DEFENDANTS THOMAS H. WILKS and THERESA WILKS, husband and wife, hereby amend their answer on file in this case by substituting for Exhibit "A" as attached thereto a new description of the property owned by them, all as set forth on "Amended Exhibit 'A'" attached hereto, and in all other respects re-allege and re-affirm the allegations set forth in their answer previously on file in this action.

DATED this 30th day of March, 1960.

BEST, BEST & KRIEGER

By _____
Attorneys for Defendants
Thomas H. Wilks and Theresa Wilks

15655

Title in the name of Thomas H. Wilks and Teresa Wilks.

PARCEL 1: Lot 38 and 39, excluding the southwest five acres thereof in Block "L" of Rancho La Laguna, as shown by Map on file in Book 4, page 174 of Maps, San Diego County Records.

PARCEL 2: Lots 2, 3, 4, 5, 6 and 9 in Section 1, Township 7 South, Range 4 West, San Bernardino Base and Meridian; EXCEPTING therefrom 46.04 acres in the Northwesterly portion thereof, as conveyed to McFadden by Deed recorded in Book 200 page 69 of Deeds, Riverside County Records.

PARCEL 3: An undivided one-half interest standing in the name of T. H. Wilks, owned jointly with Urban K. Tarwater and Rose C. Tarwater on Lots 78 and 122 of Temescal Land and Water Company as shown by Map on file in Book 8, page 359 of Maps, San Diego County Records; EXCEPTING from said Lot 122 that portion thereof in the State Highway (77.54 acres).

AMENDED EXHIBIT "A"