UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.             )    No. 1247-SD-C   Civil
                   )
                   )    MINUTES OF THE COURT
        v.         )
                   )    Date:  APRIL 1, 1960
                   )
FALLBROOK, etc., et al )   At: San Diego, California.

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge

    Deputy Clerk: WILLAM W. LUDDY _ _ Reporter: _ JOHN SWADER _ _ _

    Counsel for Plaintiff: _ WILLIAM VEEDER, AND DONALD REDD _ _

    Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD,

PROCEEDINGS:   FURTHER COURT TRIAL


    At 10:30 A.M. reconvene.
    Attorney Sachse makes opening statement for Stardust.
    Willard H. Allen is called, sworn, and testifies for Stardust.
    Ex. No. 232 hms, 233, and 234 are marked and received
        Dee McGaugh is called, sworn, and testifies for Stardust.
    At 11 A.M. recess, and at 11:15 A.M. reconvene
    Witness McGaugh resumes stand and testifies further.
    At 11:45 A.M. recess, an  to 2 P.M.
    At 2:05 P.M. reconvene.
    Witness McGaugh resumes stand and testifies further.
        At 2:50 P.M.recess to April 5±, 1960, at 10 A.M. for the fur court
trial herein.

                                                JOHN A. CHILDRESS, Clerk

                                                By_____

5911