4-5-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD-C   Civil |
| v. | MINUTES OF THE COURT |
| | Date: April 5, 1960 |
| FALLBROOK, etc., et al | At: San Diego, California. |

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ Reporter: _ _ _ JOHN SWADER _

Counsel for Plaintiff: _ WILLIAM VEEDER and DONALD REDD _ _ _ _

Counsel for Defendants: FRANZ SACHSE, GEORGE STAHLMAN, JAMES KRIEGER
PHIL SWING, AND FRED GIRARD.

PROCEEDINGS:    FURTHER COURT TRIAL

THE FOLLOWING PRO PER DEFENDANTS ARE PRESENT: Mike Mance; Abraham Margolis
Carol Cain, A. L. Peters, Karl Rieder, Garry Carr, Howard Sykes, Chas.
Philo, C. W. and Elizabeth Fullingame, Urban Tarwater, Moses Perry,
C. C. Dutton, Thos. B. Cecchettini, Jr. Dove Sykes, Geo Contereras,
Louis L. Wright, Russell O. Freeman, Gordon House, Silas M. Hathaway,
James D. Buchanan, Fred G. Mays, Alfred W. Tordoff, Clinton S.
Eisenpeter, Paul H. Thompson, O. R. Rail.

   At 11 A.M. convene herein.
   All pro per defendants are sworn.
   Thos. Cecchettini Jr. testifies on own behalf.
   Ex. No. 207 D is marked and received.
   Louis Wright testifies on own behalf.
   At 12:20 P.M. recess to 1:30 P.M.
   At 2:15 P.M. reconvene.
   C. C. Dutton and Urban Tarwater each testify on own behalf.
   Exs. Nos. 235, 236, 237 are marekd and receifed.
   Mike Mance testifies on own behalf.
   Exs. Nos. 238, 239, and 239 A are marked and received.
   Geo. C. Contrerras and Gordon House each testify on own behalf.
   At 3 P.M. recess, and at 3:15 P.M. reconvne.
   Russell O. Freeman, Abraham Margolis, Moses E. Perry, Karl Rieder,
Silas Hathaway and Carlington Cain each testify on own behalf.
   Exs. Nos. 240, 16A 162 and 16A 163 are received.
   Fred G. Mays, Perry W. Carr, Alfred W. Tordoff Dove Sykes, Howard
Sykes, Chas F. Philo, C. W. Fillingame, Paul H. Thompson, and O. R. Rail
each testify on own behalf.
   Exs. Nos. 241, 242, 243 are marked and received.
   Witness Col A. C. Bowen recalled, and testifies further.
   Exs. Nos. 244, 245, 246, and 247 are marked and received.
   O. R. Rail resumes stand and testifies further.
   Exs. Nos. 248, 249, 250, 251, 252, 253, and 254 are marked and received.
   At 5:10 P.M. recess to April 6, 1960, at 10 A.M. for further court
trial.

5912

JOHN A. CHILDRESS, Clerk