CARTER
4-6-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C  Civil
        )
        )  MINUTES OF THE COURT
    v.  )
        )  Date: _APRIL 6, 1960_
        )
FALLBROOK, etc., et al  )  At: San Diego, California.

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: _ _ _ JOHN SWADER _ _

Counsel for Plaintiff: ~~XXXXXXXXXXXXXXXXXXXXX~~ WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, WALTER G. LINCOLN, FRED GIRARD, GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL

At 10 A.M. convene herein.
There being no appearance on 4-6-60 in relation of interloc judgment no. 14, IT IS ORDERED that interloc judgment be presented for approval.
The following pro per defendants are present and are sworn:
Mary Deering, Jesse M. Vail, Louis Baggenstos, Louis J. Munoa, Alfred Knott, Ray Mize, Harry Winter, Frank Lloyd, Victor A. Garrison, Phronia Wickerd, Nora Bryant, Bessie Wickerd Bastin, Van E. Clark, Frank A. Burnham Edith Harstman, Jerry Young, Clayton Erdel, Willis Thompson, Sr. Willis Thompson, FJr. Miles W. and Curtis F T. Thompson, Mabel Crews, Vernon LeFevre, Paul H. Anderson, Marvin Curran, Ray I. Thompson, Sam Termine, Sydney J. Winter, Thos. Sheld, Howard Morrow, W. H. Jennings, Wm. J. Higlee, Alda Zimaric, George A. Blake, and Jim Keane.
Edith G. Horstman, Frank A. Burnham, Jerry Young, Clayton Erdel, Mabel L. Crews, Van E. Clark, Jesse M. Vail, Thos. L. Sheld, Mary Deering, Vernon LeVevre, Phronia, Wickerd and Bessie M. Wickerd each testify on own behalf.
At 11:05 A.M. recess, and at 11:20 A.M. reconvne.
Louis Munoa, Raymond Thompson, Wm. H. Jennings, Sam Termine, Frank Lloyd, Paul Anderson, Alda Zimarik, William J. Higlee, Nora Bryant, Miles W. Thompson, Curtis Thompson, Howard Morrow, Victor A. Garrison, George H. Blake, Marvin Curran, Louis Baggenstos, Ray Mize, Jim Keane, Wm. A. Thompson each testify on own behalf.
Ex. No. 255 is marked and received.
Harry C. Winter testifies on own behalf.
At 12:30 P.M. recess to 1:30 P.M.
At 1:30 P.M. reconvene.
Sidney Winter and Willia A. Thompson testify on own behalf.
Court and counsel discuss stipulated Judgment
At 3:05 P.M. recess, and at 3:10 P.M. reconvene.
Court and counsel discuss ~~stipulation~~ Stipulated Judgment
At 3:30 P.M. recess to 4-26-60, at 10 A.M. for the further court trial herein.

JOHN A. CHILDRESS, Clerk

5913