Defendants in propria persona *Louis J Munoz / Wanda L Munoz*
*P.O. Box 97 - Temecula, Calif.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
DEC - 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, *Louis J Munoz / Wanda L Munoz*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

15657

Copy received
Dated:

15658

1  We claim the right to take water
2  from our wells for domestic
3  use (house & yards)

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Louis J. Munor*

*Wanda L. Munor*

Defendants in propria persona

Dated:

15658

*Temecula Automotive Service*
*P. O. Box 97      Temecula, Calif.*

Exhibit A

The southeast 155 feet of lots 1 and 2 in Block 38 of the town of Temecula as shown by map on file in Book 15 Page 726 of Maps, San Diego County records.

Block 31 of Temecula townsite, as per map made by F.T. Ferris, C.C. a plat of which is of record in the office of County Recorder of San Diego County, to which reference is hereby made for a more particular description.

15659