1

2

3

F I L E D

4    APR 8 - 1960

5    CLERK, U.S. DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA

6    By _____
                    DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

7

8    ENTERED

9    APR 7 - 1961

     CLERK, U.S. DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
     By _____
                    Deputy Clerk

UNITED STATES OF AMERICA,

          Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
     DISTRICT, et al.,

          Defendants,

STATE OF CALIFORNIA,

          Intervening Defendant.

No. 1247-SD-C

INTERLOCUTORY JUDGMENT

No. __13__

On _____April 8 1960_____ Honorable James M. Carter,

Judge, having considered the mandate of the Court of Appeals remanding

this cause for trial with a direction for the joinder of all owners

of lands in the watershed of the Santa Margarita River; defendants

hereafter named having answered, but not having proved any right, title

or interest in or to rights to the use of water in the Santa Margarita

River or its tributaries which are the subject matter of this action;

evidence having been introduced which tends to prove that defendants

are not using and have no means of diverting or utilizing the waters

of the Santa Margarita River or its tributaries, other than that, if any,

delivered to them by Fallbrook Public Utility District or other public

agency of the State of California, and that the lands of defendants are

neither riparian to the Santa Margarita River nor any of its tributaries

nor overlie any ground water basin of the Santa Margarita River or its

- 1 -

233

tributaries; does hereby enter Findings of Fact, Conclusions of Law
and Interlocutory Judgment respecting these defendants:    LYLE WILLIAM &
MARIE M. STOKES; CHARLES H. & LOLA M. CLARK; AGNES R. HASKELL; HENRY &
WINIFRED M. BILLET; OLIVER B. & EVALINE C. STAUDE; MARGUERITE C. HUGHES;
WILLIAM G. & GERTRUDE K. THOMAS; GENO L. & LOUISE R. SOMACAL; ROBIE T. &
LUCY A. MORRIS; GEORGE E. & MARINA B. KINGSTON; JULIAN C. & ANELLA GODDARD;
MARTHA E. HUSCHER (now Hibbs); FLORENCE V. HUSCHER (now Patton); FAY WINIFRED
HUSCHER (now Lodes); VERNE G. SHIPLEY & LUELLA G. SHIPLEY; CLYDE L. & LYDIA
J. OLSON; EARL E. & MARION V. JOHNSON; HAZEL M. MAHOLLAND; W. D. & EMMA L.
SWOPE; CHARLES A. & ZELLA P. WEAVER.

I

### FINDINGS OF FACT

The Court finds as to the above-named defendants hereto as
follows:

1.  Defendants are the apparent owners of the lands described
in Exhibit A hereto attached.

2.  The said lands do not abut upon and are not riparian to
any stream.

3.  Evidence introduced in the case proves that defendants
are not and have no means of diverting or utilizing the waters of the
Santa Margarita River or its tributaries other than those which might
be delivered to them by the Fallbrook Public Utility District or through
some public agency of the State of California; all waters underlying
the lands of said defendants being vagrant, local, percolating, not a
part of any surface or sub-surface stream or sub-surface basin of the
Santa Margarita River or its tributaries.

4.  The United States of America claims no right and has

- 2 -

234

103

1   no right, title or interest in or to the above-mentioned vagrant,

2   local, percolating waters underlying defendants' lands, those per-

3   colating waters not being a part of any surface or sub-surface stream

4   or sub-surface basin of the Santa Margarita River or its tributaries.

5      5.  The use by the defendants of the vagrant, local, percolat-

6   ing waters underlying defendants' lands, those percolating waters not

7   being a part of any surface or sub-surface stream or sub-surface basin

8   of the Santa Margarita River or its tributaries, has not and will not

9   cause the intrusion of salt water into the underground basins of

10  Camp Pendleton and does not injure nor threaten to injure the plaintiff.

12                          II

13                   CONCLUSIONS OF LAW

14      The Court makes the following Conclusions of Law:

15      1.  The above-named defendants have no rights to the use of

16  the waters of the Santa Margarita River or its tributaries.

17      2.  The rights of the United States of America, and all other

18  parties in this action having rights, to the use of the waters of the

19  Santa Margarita River and its tributaries, as such rights are, or may

20  hereafter be determined by this Court, shall be forever quieted against

21  any and all adverse claims of the above-named defendants.

22      3.  The United States of America and all other parties in

23  this action having rights to the use of the waters of the Santa Margarita

24  River and its tributaries, have no rights in or to any of the waters

25  underlying the lands of the above-named defendants, those waters being

26  vagrant, local, percolating, not a part of any surface or sub-surface

27  stream or sub-surface basin of the Santa Margarita River or its

28  tributaries.

29      4.  The rights of the above-named defendants to the use of

30  the vagrant, local, percolating waters underlying defendants' lands,

31  those percolating waters not being a part of any surface or sub-surface

32  stream or sub-surface basin of the Santa Margarita River or its

235

tributaries, shall be forever quieted against any and all adverse claims

of the plaintiff herein.

III

INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named defendants are the apparent owners of the lands described in Exhibit A, attached hereto.

2. The above-named defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

- 4 -

236

GPO 16—80000 1

1   River or its tributaries, are forever quieted against any and all

2   adverse claims of the United States of America and all other parties

3   in this action having rights to the use of the waters of the Santa

4   Margarita River and its tributaries,  and they and their successors in

5   interest are forever restrained from asserting, claiming or setting up

6   any right, title or interest in or to such vagrant, local, percolating

7   waters underlying defendants' above-described lands, those percolating

8   waters not being a part of any surface or sub-surface stream or sub-

9   surface basin of the Santa Margarita River or its tributaries, adverse

10  to defendants herein.

11       6.  The Findings of Fact, Conclusions of Law and Interlocutory

12  Judgment, are not applicable to and do not in any way pertain to the

13  respective correlative rights among themselves of the parties to this

14  cause in regard to the use of the vagrant, percolating, local waters

15  underlying the lands of the parties, these vagrant, percolaing, local

16  waters not being a part of any surface stream or sub-surface stream or

17  sub-surface basin of the Santa Margarita River or its tributaries.

18       7.  The above set forth Findings of Fact, Conclusions of Law

19  and Interlocutory Judgment do not relate to the rights to the use of

20  water, if any, of the Fallbrook Public Utility District in and to the

21  waters of the Santa Margarita River and its tributaries.  These Findings

22  of Fact, Conclusions of Law and Interlocutory Judgment relate solely

23  to the respective claims of the United States of America and the individ-

24  uals named in the Interlocutory Judgment.  The issue of the rights to

25  the use of water, if any, of the Fallbrook Public Utility District will

26  be separately tried.

27

28       IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the

29  decisions of the United States Court of Appeals for the Ninth Circuit,

30  California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is

31  not a final decree but is interlocutory in character and by reason of

32

- 5 -

237

the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: 4/8/1960

JAMES M. CARTER
Judge, United States District Court

- 6 -

238

EXHIBIT  A

107

The property described in the Answers of the defendants listed on Page 2 of this Interlocutory Judgment No. 13, is set forth on Exhibit MF-1-VA, and Exhibit MF-1-WA (Town of West Fallbrook), which exhibits are incorporated into this Interlocutory Judgment and by reference made a part of it.

Exhibit MF-1-VA

| | |
|---|---|
| STOKES, Lyle William & Marie M. | Parcel 280X1 |
| CLARK, Lola M. & Charles H.     )<br>HASKELL, Agnes R.            ) | Parcel 280A |
| BILLET, Henry & Winifred M. | Parcel 285 |
| STAUDE, Evaline C. & Oliver B. | Parcel 287 |
| HUGHES, Marguerite C. | Parcel 288 and 293 |
| THOMAS, William G. & Gertrude K. | Parcel 289 |
| SOMACAL, Geno L. & Louise R. | Parcel 296 |
| MORRIS, Robie T. & Lucy A. | Parcel 300 |
| KINGSTON, George E. & Marina B. | Parcel 303 and 304 |
| GODDARD, Julian C. & Anella | Parcel 306A and 307X1 |
| HUSCHER, Martha E., Florence V. & Fay Winifred | Parcel 318 |
| SHIPLEY, Verne G. & Luella G. | Parcel 319 |
| OLSON, Clyde L. & Lydia J. | Parcel 325 |
| JOHNSON, Earl E. & Marion V. | Parcel 327 |

Exhibit MF-1-WA

| | |
|---|---|
| MAHOLLAND, Hazel M. | Parcel 342 |
| SWOPE, W. D. & Emma L. | Parcel 345 |
| WEAVER, Charles A. & Zela P. | Portion of Parcel 346<br>(Parcel 346X1) |

239

GPO 16—69009 1