UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
)
) MINUTES OF THE COURT
v. )
) Date:  April 26, 1960
)
FALLBROOK, etc., et al ) At: San Diego, California.

PRESENT: Hon.  JAMES M. CARTER  District Judge

Deputy Clerk: WILLAM W. LUDDY   Reporter:  JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

Counsel for Defendant GEORGE STAHLMAN, FRANZ SACHSE, AND FRED GIRARD.
PRO PER: URBAN AND ROSE C. TARWATER, GEO AND ALMA YACKEY, ARTHUR MEJIA,
ALEXANDER J. PHILLIAN, AND ANDREW W. BAUER.
PROCEEDINGS:  FURTHER COURT TRIAL

At 11:05 A.M. reconvene herein.
Vail Ex. No. AT is marked for Identification.
All pro per defendants appearing are sworn.
Governments Ex. No. 207E is marked and received.
Andrew W. Bauer, Arthur Mejia and Alexander J. Phillian are each called, and testify on own behalf.
Urban Tarwater resumes stand and testifies further.
At 12 noon, a recess is declared to 2 P.M.
At 3:45 P.M. reconvene.
Attorney Girard makes statement.
Government Exs. Nos. 256, 257, 258, 259, and 260 are marked and received.
Urban Tarwater makes further statements.
IT IS ORDERED Attorney Girard submit memo re treaty rights.
Ex. No 261 is marked and received.
Geo. Yackey testifies further.
Yackey Exs. Nos. A, B, C, and D are marked and received.
IT IS ORDERED at 5:15 P.M. cause is continued to May 26, 1960, at 10 A.M. for further court trial herein.

5914

JOHN A. CHILDRESS, Clerk