```
                                    F I L E D

                                    MAY 2 - 1960

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    By _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| v. | ORDER GRANTING FURTHER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | EXTENSION |
| Defendants. | |

Good cause having been shown, the "Order To Go on Property of Leo Roripaugh To Set Water-Level Recorder," entered November 4, 1959, and Order Granting Further Extension, entered February 2, 1960, is hereby extended for an additional fifty-one (51) days, to and including June 22, 1960, all in accordance with that order of November 4, 1959.

Dated: May 2 1960

_____
JAMES M. CARTER
Judge, United States District Court

5915