**FILED**

MAY 24 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>            Defendants. | No. 1247-SD-C<br><br>ORDER<br><br>FOR CONTINUANCE BY<br><br>SPECIAL MASTER |

GOOD CAUSE HAVING BEEN SHOWN,

The Special Master in this case is hereby ordered to continue all hearings before him at the conclusion of the hearing to be held May 25, 1960, at 9:30 a.m. at the Reche Schoolhouse on Live Oak Road, near Fallbrook, California, until November 1, 1960, at 10:00 a.m. in Court Room #2, U. S. Custom and Court House, 325 West F Street, San Diego, California

Dated: May 24, 1960

                                              JAMES M. CARTER
                                     Judge, United States District Court