CARTER
5-26-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                          )   No. 1247-SD-C   Civil
                                )
                                )   MINUTES OF THE COURT
        v.                      )
                                )   Date: MAY 26, 1960
FALLBROOK, etc., et al          )
                                )   At: San Diego, California.

   PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

        Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

        Counsel for Plaintiff: _ _ _ WILLIAM VEEDER, and DONALD REDD

        Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD,
AND ERNEST SANCHEZ. THE FOLLOWING PRO PER DEFTS PRESENT: KENNETH L. HOWELL,
PENN WOOD PICKERING, HARRY DAVIS, JOHN RICHEY,  WHITNEY
   PROCEEDINGS: FURTHER COURT TRIAL               WAYNE

            At 10 A.M. convene herein.
            Court and counsel discuss future procedure.
            Additional documents are received in evidence as part of Pltfs.
Ex. No. 207 E.
            All pro per defendants appearing are sworn.
            Kenneth Lambert Howell testifies on own behalf.
            Col A. C. Bowen is recalled, and testifies further.
            At 11:10 A.M. recess, and at 11:35 A.M. reconvene.
            Witness Bowen testifies further.
            IT IS ORDERED on motion of Attorney Veeder that case is dismissed
as to H. M. Davis. Formal order to be presented.
            At 11:55 A.M. recess to 2 P.M.
            At 2:05 P.M. reconvene.
            Additional documents are received as part of Pltfs ex. No. 207 E.
            Plaintiffs Ex. Nos. 29AC, and 29 AD are received.
            Penn Wood Pickering testifies in own behalf.
            Ex. No. 262 is marked.
            Witness Bowen testifies further.
            Ex. No. 262 is received in evidence.
            Wayne K. Whitney testifies on own behalf.
            At 2:20 P.M. recess to 10 A.M. May 27, 1960, for the further
court trial herein.

JOHN A. CHILDRESS, Clerk

5926