CARTER
5-27-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                              ) No. 1247-SD-C   Civil
                                    )
        v.                          ) MINUTES OF THE COURT
                                    ) Date: May 27, 1960
                                    )
FALLBROOK, etc., et al              ) At: San Diego, California.

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge

    Deputy Clerk: WILLIAM W. LUDDY _ Reporter: _ JOHN SWADER _ _ _

    Counsel for Plaintiff: _ _ _WILIAM VEEDER, AND DONALD REDD_ _

    Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD
                           and ERNEST SANCHEZ, AND GEORGE GROVER.

PROCEEDINGS:   FURTHER COURT TRIAL


        At 10:05 A.M. convene herein.
        On motion of Attorney Girard, IT IS ORDERED Ernest Sanchez is
associated with Girard as counsel, for the State of California.
        Court and counsel discuss future procedure.
        IT IS ORDERED that Attorney Stahlman submit a summary of what
additional evidence of Vail he proposes to present.
        IT IS ORDERED that Attorney Stahlman and Attorney Veeder confer
and submit a memo to the court on the loose ends remaining in regards
to the stipulated Judgment.
        At 10:55 A.M. recess, and at 11:10 A.M. reconvene.
        L. J. Tripp is called, sworn, and testifies for Gibbon and Cottle.
        At 12, noon, a recess is declared to 1:30 P.M.
        At 1:35 P.M. reconvene.
        Witness Tripp resumes stand and testifies further.
        Additional documents are added to Ex. No. 207 E and received
in evidence.
        Witness Leland Illingsworth is recalled, and testifies further
for the State of California.
        California Ex. Nos AX is offered, objected to by Attorney
Veeder, and IT IS ORDERED said objection is overruled and California
Ex. No. AX is received.
        At 3:15 P.M. IT IS ORDERED cause is continued to June 23, 1960
at 10 A.M. for the further court trial herein.










                                          JOHN A. CHILDRESS, Clerk       5927