ENTERED
JUN 2 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY..................
Deputy Clerk

FILED
MAY 31 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By..................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>　　　　　Defendants. | No. 1247-SD-C<br><br>ORDER FOR DISMISSAL<br><br>DEFENDANTS<br>HARRY M. DAVIS and FLEDA B. DAVIS |

　　　　Evidence in the record discloses that the properties of the above named defendants are all situated outside of the watershed of the Santa Margarita River.

　　　　IT IS HEREBY ORDERED, based upon the motion of the United States of America, that the above named defendants be and the same are hereby ordered dismissed from this case.

Dated: May 27, 1960

　　　　　　　　　　　　　　　　JAMES M. CARTER
　　　　　　　　　　　　　　Judge, United States District Court

5929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
Room 231, U.S. Post Office & Court House
Los Angeles-12, California.

Harry M. Davis
Fleda B. Davis
Route 2 Box 466
Elsinore, California

William B. Veeder, Esq.
Special Assistant to the Attorney General
325 West F. Street
San Diego 1, California

   RE:  U.S.A. v. FALLBROOK, etc., et al
      No. 1247-SD-C

Gentlemen:

You are hereby notified that __Order for Dismissal of Defendants Harry M. Davis and Fleda B. Davis__

in the above-entitled case was entered this day __June 2, 1960__ in the docket.

I hereby certify that this notice was mailed on __June 2, 1960__

      CLERK, U. S. DISTRICT COURT,

      By _____
       C. A. Simmons, Deputy Clerk.
       E. Guerrero,

5928