GEORGE STAHLMAN
Route 1
P. O. Box 235
Fallbrook, California

Telephone: Randolph 8-2310

Attorney for Defendant Vail Company

**FILED**

JUN 3 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al,<br><br>  Defendants. | NO. 1247-SD-C<br><br>MEMORANDUM RE:<br><br>IRRIGABLE ACREAGE OF<br><br>VAIL COMPANY |

This Memorandum is submitted in response to a request of the Court on May 27, 1960, wherein the Court ordered the Attorney for Vail Company to submit a Memorandum outlining the proof to date regarding the quantity of irrigable acreage of the Vail Company properties.

It will be recalled that Vail Company, on October 21st, 1960, submitted a written Memorandum entitled Memorandum of Testimony RE: Soil Survey of Vails' properties. Reference is herein made to that document heretofore filed.

I

COIT SURVEY

Exhibit "C" the Soil Survey Map and Exhibit "D" referred to as Classification Key now in evidence shows the quantity of acreage of the Vail Company on the Pauba, the Temecula; the Little Temecula and a small portion of the Santa Rosa Grants. The lands of the Temecula; Little Temecula and Pauba Ranches were classified under the heading of Pauba Ranch. (This will be found on Page F of Exhibit "D") These figures show that the Vail ownership on said three (3) ranches, omitting the Santa Rosa Ranch as shown on Exhibit "Z" totals 41,459.77 acres. Of this 41,459.77 acres, as shown on Exhibit "D".

-1-

5930

there were classified 33,667.05 acres. These lands classified as shown on Exhibit "D", Page 2 and 3 show that 30,377 acres were susceptible of reasonable and profitable irrigation requiring a water duty according to the government standards of 88,077 feet per year. Colonel Bowen testified all of these figures were subject to transmission losses in the amount of Ten per cent (10%). Again referring to Vails' Exhibit "Z" in evidence, the total acreage in the Santa Rosa Grant is 46,330.5 acres. On the Santa Rosa Grant, the Coit survey only covered a small portion thereof as shown on Exhibit "D", Page E, namely 1,843.09 acres. Of this 1,843.09 acres surveyed by Coit, as shown on Exhibit "C", it was found that 1,610.88 of the lands classified were susceptible of reasonable and profitable irrigation with a water duty of 3,931 acre feet per year. (These figures are found on Exhibit "D", Page E)

In connection with the Santa Rosa Grant, the government has submitted engineering reports showing the land classification and water duty of the areas within the watershed of Sandia and Deluz Creeks. These reports are being analyzed by Vail Company's Engineer and will be the subject of evidence when Vail Company presents testimony at the next Court session. Arrangements have been made by the government Attorneys and Vails' Attorney for Colonel Bowen and Mr. Wilkinson of Vail Company to analyze the area within the Murrietta watershed of the Santa Rosa Grant after which testimony will be presented as to the irrigable acreage and water duty of that area. It will be noted that there are areas in the Santa Rosa Grant which are outside of the watershed of the Santa Margarita River.

In connection with the Coit Survey as testified to by Colonel Bowen March 26, 1959, he said that he was familiar with the studies made by Doctor Coit in connection with the soil classification of the Vail Ranch. He checked these studies to determine the reasonable accuracy of them by going upon the property in many instances and had in his possession the classification key to the first study which Doctor Coit made prior to the time additions were made as shown on Exhibit "D"; that he had in his possession Exhibit "D", and the Map Exhibit "C". He formed an opinion as to the reasonable accuracy of the acreage that Doctor Coit had determined in his study and that in his opinion the results of the

study made by Doctor Coit are reasonable in that they show land which is reasonably susceptible of economic and profitable irrigation; that he found it very easy to orient himself with this map on the ground with the physical features, ridges, gullies, roads, stream systems, etc., and he spot checked the area of some of these lots and found them to be quite close, and also, the totals were reasonably accurate. (Trnascript Volume 80, Page 9204 from line 21 to Page 9206, line 23) He further testified that the topography was reasonably accurate by comparison on the ground and by comparison with aerial photographs. (Transcript Volume 80, Page 9208 from line 9 to Page 9209, line 21.)

II

EVIDENCE OF H. M. HALL

A motion duly made was heard before this Court on December 17, 1959, to admit in evidence certain portions of testimony given by Mr. H. M. Hall in a hearing before Judge Yankwich during the trial of the United States vs. Fallbrook et al, while hearing evidence pertaining to Santa Margarita Mutual Water Company, defendants in the within action. Said testimony was contained in a transcript of the proceedings before Judge Yankwich and was marked as Vail Exhibit "AJ" in these proceedings and received in evidence. (See Volume 100, Page 11262, lines 9 to 11.) Thereafter the Court ordered that certain portions of that transcript (Vail Exhibit "AJ") be typed into the transcript of these proceedings. (Page 11262, line 20 to 23.) According to the testimony of Mr. Hall, the Pauba, Temecula and Little Temecula Grants contained a total of 40575 acres, (Page 11272, lines 9 to 12). That there was classified out of this total 33,128 acres of which 3,718 were waste with a net irrigable acreage of 29,400. (Volume 100 Page 11271, line 23 to Page 11272, line 1.) Mr. Hall further testified that the total acreage of the four Grants (Santa Rosa, Temecula, Little Temecula and Pauba) would be 86,591 acres with 46,340 in the Santa Rosa Ranch and of this 46,340 in the Santa Rosa Ranch, 6,904 are not in the watershed but lie westerly of the watershed. (Page 11275, lines 11 to 18) and that in the watershed of the Santa Rosa Ranch there are 39,646 acres of which 19,581 lie in the Murrietta watershed, 10,270 in the Sandia and 9,589 in the Deluz. (Page 11275, lines 19 to 23.) The witness also testified that the 39,791 acres of Vail owned land within

-3-

the Temecula, Little Temecula and Pauba Grants were riparian to the river based on continuous ownership without separation, stream access and being within the watershed. (Page 11274, lines 9 to 15, and Page 11277, lines 2 to 8.)

### III

### TESTIMONY OF JAMES V. WILKINSON AS TO IRRIGABLE ACREAGE

Mr. Wilkinson on December 17, 1959, testified as is found in (Volume 100) that he is the foreman of the Vail Ranch and is also one of the owners; that he has been on almost every part of the Ranch; that he lived there since 1950 or 1951 and previous thereto was on the ranch many times; that his duties as foreman takes him to various parts of the ranch day by day. That of the three original grants, to wit: Pauba, Temecula and Little Temecula, excluding properties acquired after acquiring the grants that in his opinion the figure of 29,000 acres as determined by the Coit Survey is accurate from his knowledge of the ranch and the terrain and activities that have been carried on by the neighboring ranchers and people in the general area; that the figure is the most accurate that could be determined at present; that he has compared his conclusions with the Coit Survey and maps and records pertaining thereto; that he has been out on the ranch with the Coit maps and records and examined various parcels and finds the situation to be as he, Coit, depicted it. (Page 11330, line 15 to page 11332, line 18.) Attached hereto marked Exhibit "A" and part of this Memorandum is a tabulation of the acreage in Vail Company holdings and the classification of irrigable acreage and water duty as has been tabulated from available information at this time.

Respectfully Submitted,

GEORGE STAHLMAN
Attorney for Vail Company

-4-

5933

TABULATION EXH. A.

| VAIL OWNERSHIP (VAIL 2) | | ACS. IN WATERSHED | LAND CLASSIFIED | IRRIGABLE ACS | WATER DUTY AC/FY |
|---|---|---|---|---|---|
| PAUBA GRANT | 27,617.12 | } 41,459.77 | } 33,667.5 (b) | 30,102.5 (b) | 88,077 |
| TEMECULA " | 10,453.80 | | | | |
| LITTLE TEMECULA " | 1,726.73 | | | 274.5 (b) | |
| OUTSIDE OF GRANTS | 1,662.12 | | | | |
| SANTA ROSA GRANT | 46,330.05 | 39,900 (a) | 25,750.4 (c) | 5,122.2 (d) | 15,618 (d) |
| | 87,789.82 | 81,359.77 (a) | 59,417.9 (d) | 35,499.2 (d) | 103,695 (d) |

(a) Approximate pending examination of Murrieta drainage of Santa Rosa Grant
(b) Based on Cal. survey (VAIL D) pages E & F
(c) Based on D.G.W.R. reports 304 "Vail Deluz" & 403 "Vail San Diego & Main Stem" also page E of Cal. survey (VAIL D). The latter covering 18,439 acs of the Murrieta drainage of the Santa Rosa Grant. Some 20,000 acs remain to be classified in the Murrieta drainage of The Santa Rosa Grant
(d) This figure is partial only pending the complete classification of the Murrieta drainage

5934