WALTER GOULD LINCOLN
770 Granados Avenue
Solana Beach, California
Skyline 5-9222
Attorney for said Estate.

FILED
JUN 13 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>   Defendants. | No. 1247- SD - C.<br><br>NOTICE TO PRODUCE |

TO: FRED S. REINHOLD and his attorney, MRS. ROSALIND G. BATES:

   PLEASE TAKE NOTICE that in the above entitled Court, before His Honor, JAMES CARTER, Judge presiding therein, and on June 24th, 1960, at the hour of ten o'clock in the forenoon, and in the United States Court House in San Diego, California, you will be required to produce before said Court and present to the Undersigned for inspection:

   THE ORIGINAL, or certified copies of the following documents, papers or records:

   MINUTES OF A MEETING claimed to be held by some of the persons calling themselves " TRUSTEES OF MURRAY SCHLOSS FOUNDATION FOR HOTHAN PIONEERING" held on January 31st, 1960, at which you, ROSALIND G. BATES and FRED S. REINHOLD were personally present and participating, and at which time and place said persons " discharged Walter Gould Lincoln as attorney for said Trustees" ******* and " employed ROSALIND GOODRICH BATES to represent them in all litigation including the instant matter".

_____
Attorney for said Estate

5935