UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
v. ) MINUTES OF THE COURT
FALLBROOK, etc., et al ) Date: June 23, 1960
) At: San Diego, California.

PRESENT: Hon. JAMES M. CARTER                         District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD
GEORGE GROVER AND OWEN STRANGE, AND WALTER
GOULD LINCOLN

PRO PERS: Julius Bornestein, Warren S. Winter, Nathan Bergman,
Gustav Patzer, Louis M. Carter, Barthaimxmwn
Barthelomew and Claire Semenelli, Pauline Wolf,
and W. A. Schroader, Jr.

PROCEEDINGS: FURTHER COURT TRIAL.

At 10:10 A.M. reconvene.
Julius Bornestein is calledf, sworn and testifies on own behalf.
Governments Exs. Nos. 15k 1 thru 15 K 7 and 58A series are marked.
   The court states findings as to matter of Guadalupe Hidalgo Treaty.
   IT IS ORDERED Attaorney Chrman Girard prepare order.
   Additional Documents are added to Ex. No. 207 E.
   California Ex. No. AX-1 is marked.
At 11 A.M. recess, and at 11:10 A.M. reconvene.
   Warren S. Winter, Nathan Bergman, and Gustav Patzner are called
sworn, and testifis on own behalf.
   Fred Kunkle is recalled, and testifies further.
   Ex. No. 15E1 and 15G are received.
   At 12, noon, a recess is declared to 1:30 P.M.
   At 1:35 P.M. reconvene.
   Louis M. Carter, Barthelomew and Claire Semenelli, Pauline Wolf,
and W. A. Schroeder Jr., are called, sworn, and testify on own behalf.
   Leland Illingsworth is recalled, and testifies further.
   At 3:15 P.M. recess, and at 3:30 P.M. reconvne.
   Dee McGough, and Owen Strange are called, sworn, and testify
for Gibbon and cottle.
   Gibbon and Cottle ex. No. C is offered, objected to by Mr. Veeder,
objection overruled, and Ex. No. C is received.
   At 4:35 P.M. recess to June 2 4, 1960, at 9:30 A.M.

JOHN A. CHILDRESS, Clerk
                                    5930