UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                           )   No. 1247-SD-C   Civil
                                 )
                                 )   MINUTES OF THE COURT
        v.                       )
                                 )   Date: _ _ JUNE 24, 1960 _ _ _ _
                                 )
FALLBROOK, etc., et al           )   At: San Diego, California.

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge

   Deputy Clerk: WILLIAM W. LUDDY _ Reporter: _ JOHN SWADER _ _ _

   Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD _ _ _ _

   Counsel for Defendant: FRANZ SACHSE, WALTER G. MMMMM LINCOLN,
                         GEORGE STAHLMAN, AND FRED GIRARD.

PROCEEDINGS:   HEARING motion of Schloss Estate to Sub. Atty.
               FURTHER court trial

   At 9:40 A.M. reconvene.
   Witness Kunkle resumes stand and testifies further.
   Govt. Exs. Nos. 15H, 15J, 15F, and 15E are received.
   IT IS ORDERED that hearing motion of Schloss Estate to Sub.
Attorney is continued to August 11, 1960, at 9:30 A.M.
   IT IS FURTHER ORDERED that Attorneys Bates and Lincoln file
any briefs in regards to the stipulated judgment on or before July
15, 1960, and serve a copy on all counsel who have been receiving
copies of briefs.
   IT IS ORDERED that the Clerk send a copy of this minute order
to both Attorney Bates and Lincoln.
   At 10:45 A.M. recess, and at 11 A.M.
Reconvene.
   Witness Kunkle resumes stand and testifies further.
   Exs. Nos. 160 A, B, and C are marked and received.
   Exs. Nos. 15 I, 15 I 1, 15 I 2 and 15 K 1 thru 15 K 7 are received.
   At 12:05 P.M. a recess is declared and the further court trial
herein continued to June 27, 1960, at 10:30 A.M.

JOHN A. CHILDRESS, Clerk    5937