CARTER
6-27-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                          )   No. 1247-SD-C Civil
                                )
                                )   MINUTES OF THE COURT
        v.                      )
                                )   Date: JUNE 27, 1960
FALLBROOK, etc., et al          )
                                )   At: San Diego, California.

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judge

   Deputy Clerk: WILLIAM W. LUDDY   Reporter: CHAS. FIVECOAT, pro tem
                                              JOHN SWADER,
   Counsel for Plaintiff: WILLIAM VEEDER, and DONALD REDD


   Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, ARTHUR
                          LITTLEWORTH, AND FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL

       At 10:45 A.M. reconvene.
       Mahlon Vail is recalled, and testifie further on examination by
Mr. Stahlman.
       Ex. Vail AW is offered, objection overruled and received.
       IT IS ORDERED that governments motion to strike certain of
Mahlon Vails testimony is denied.
       Witness Kunkle resumes stand and testifies further.
       At 11:10 A.M. Recess, and at 11:25 A.M. reconvene.

       Witness Kunkle resumes stand and testifies further.
       At 12, noon, recess to 2 P.M.
       At 2:35 P.M. reconvene.
       Witness Kunkle resumes stand and testifies further.
       Vail Ex. No. AV is substituted.
       At 3:20 P.M. recess, and at 3:30 P.M. reconvene.
       Witness Kunkle resumes stand and testifies further.
       At 5 P.M. recess to 6:30 P.M.
       At 6:30 P.M. reconvene with John Swader now appearing as reporter.
       Witness Kunkle resumes stand and testifies further.
       At 8:45 P.M. recess, and at 8:55 reconvene.
       Witness Kunkle resumes stand and testifies further.
       At 9:40 P.M. a recess is declared by the court, and the further
court trial herein continued to July 18, 1960, at 10 A.M.

5938

JOHN A. CHILDRESS, Clerk