UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | |
| FALLBROOK etc., et al | ) | Date: July 1, 1960 |
| | ) | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: NONE APPEARING

Counsel for Plaintiff: _____ NONE APPEARING _____

Counsel for Defendant: _____ NONE APPEARING _____

PROCEEDINGS:

IT IS ORDERED that the bond on appeal, posted by Fallbrook Pub. Utility Dist, on September 8, 1953 is exonerated.

JOHN A. CHILDRESS, Clerk

5939