CARTER
7-18-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. ) | No. 1247-SD-C   Civil |
| ) | MINUTES OF THE COURT |
| v. ) | Date:  July 18, 1960 |
| ) | |
| FALLBROOK, etc., et al ) | At: San Diego, California. |

PRESENT: Hon.  _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: JOHN SWADER _ _ _ _

Counsel for Plaintiff: WILLIAM VEEDER and DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, ARTHUR LITTLE-
~~WORTH, FRED GIRARD~~

PROCEEDINGS:   FURTHER COURT TRIAL

At 11:20 A.M. convene herein.
Additional documents are added to Ex. No. 207 E.
Vail Ex. No. AR-14 is substituted.
Witness Kunkel resumes stand and testifies further.
Vail Ex. F is received.
Governments Exs. Nos. 16F, and 16G are received.
At 12, noon, recess to 1:30 P.M.
At 1:30 P.M. convene.
Orie A. Usery is called, sworn, and testifies on own behalf.
Additional documents are added to Ex. No. 207 E.
Witness Kunkel is recalled, and testifies further.
At 2:30 P.M. recess, and at 3:15 P.M. reconvene.
Witness Kunkel resumes stand and testifies further.
California Ex. No. AY is marked.
At 4:20 P.M. recess to 10:30 A.M. July 19, 1960 for the further
court trial herein.

JOHN A. CHILDRESS, Clerk

5949