UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C  Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: JULY 19, 1960 |
| FALLBROOK, EEC, ET AL | ) | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY  Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER and DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD
ARTHUR LITTLEWORTH

PROCEEDINGS: FURTHER COURT TRIAL

At 11:25 A.M. reconvene herein.
Witness Kunkle resumes stand and testifies further.
At 12, noon, recess to 1:30 P.M.
At 2 P.M. reconvene.
Witness Kunkle resumes stand and testifies further.
At 3:15 P.M. recess, and at 3:30 P.M. reconvene.
Witness Kunkle resumes stand and then testifies further.
Col A. C. Bowen is recalled, and testifies further.
Witness Wilkinson resumes stand and testifies further.
Vail Ex. No. AT is received.
At 4:30 P.M. a recess is declared by the court, and the further court trial herein is continued to July 20, 1960, at 10 A.M.

JOHN A. CHILDRESS, Clerk  5950