UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
)
) MINUTES OF THE COURT
v. )
) Date: July 20, 1960
)
FALLBROOK, etc., et al ) At: San Diego, California.

PRESENT: Hon. ___JAMES M. CARTER_____ District Judge

    Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

    Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

    Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL

    At 10:30 A.M. reconvene.
    Translation of Vail Ex. No. ammmand AR 11, and AR 12 are added to said exhibits.
    AR 11, 12, 13, and 14 are received in evidence.
    Witness Wilkinson resumes stand and testifies further.
    Vail Ex. No. AV is offered, objected to, and objection sustained.
    Vail Ex. AX is marked.
    Vail Ex. AY-1, 2, 3 are marked and received.
    At 11:10 A.M. recess, and at 11:25 A.M. reconvene.
    Witness Wilkinson resumes stand and testifies further.
    Ex. No. AZ, BA, BB, BC, and BD are marked and received.
    At 12:00, noon, recess to 1:30 P.M.
    At 1:40 P.M. reconvene.
    Witness Wilkinson resumes stand and testifies further.
    Vail Ex. AK is received.
    At 3:15 P.M. recess, and at 3:25 P.M. reconvene.
    Witness Wilkinson resumes stand and testifies further.
    At 4:30 P.M. a recess is declared, and the further court trial herein is continued to August 11, 1960, at 10 A.M.

5951

JOHN A. CHILDRESS, Clerk