F I L E D

/. ⁓ 4 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,

                Defendants.

No. 1247-SD-C

NOTICE OF CONTINUANCE

TO COUNSEL OF THE ABOVE ENTITLED CASE:

    Be advised that for the convenience of the Court and counsel, the Court will, on August 11, 1960, the date now set for the further hearing in the above entitled matter, continue the matter to Tuesday, August 30, 1960, at 9:30 a.m.

    Counsel need not appear on August 11, 1960, the continuance will be made in open Court on that date.

JAMES M. CARTER
United States District Judge

Dated: _8/4/60_

7—1404

U. S. GOVERNMENT PRINTING OFFICE

5952