UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C  Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: August 11, 1960 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _JAMES M. CARTER_ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY     Reporter: JOHN SWADER

Counsel for Plaintiff: _ _ _ _ _ NONE APPEARNG _ _ _ _ _ _ _ _ _

Counsel for Defendant: _ _ NONE APPEARING _ _ _ _ _ _ _ _ _ _

PROCEEDINGS:     HEARING motion of Schloss for sub of atty.
                 FURTHER COURT TRIAL

IT IS ORDERED cause is continued to August 30, 1960, at 10 A.M. for said proceedings.

JOHN A. CHILDRESS, Clerk

By _____