UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                          )   No. 1247-SD-C  Civil
                                )
                                )   MINUTES OF THE COURT
         v.                     )
                                )   Date: August 30, 1960
                                )
FALLBROOK, etc., et al          )   At: San Diego, California.

PRESENT: Hon. _ _ _ _ _ _ IX JAMES M. CARTER _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, WALTER G. LINCOLN, ARTHUR LITTLEWORTH, ROBERT MCGINNIS

PROCEEDINGS:   FURTHER COURT TRIAL
               HEARING motion of Schloss for sub of attys.

At 10:45 A.M. convene

IT IS ORDERED motion of Schloss is continued to October 27, 1960, at 10 A.M. for hearing.

Witness Bowen resumes stand and testifies further.

Exs. Nos. 263, 264, 265 and 266 are marked and received.

At 12:00; noon, a recess is declared by the court to 2:30 P.M.

At 2:30 P.M. IT IS ORDERED cause is continued to August 31, 1960, at 9:30 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By _____