CARTER
8-31-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                         ) No. 1247-SD-C   Civil
                               )
                               ) MINUTES OF THE COURT
        v.                     )
                               ) Date: August 31, 1960
FALLBROOK, etc., et al         )
                               ) At: San Diego, California.

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

    Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

    Counsel for Plaintiff: WILLIAM VEEDER and DONALD REDD

    Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD.

PROCEEDINGS:   FURTHER COURT TRIAL

        At 9:45 A.M. convene herein.
        Ex. No. 266 A is received
        Witness Bowen resumes stand and testifies further.
        Exs. Nos. 267, 268, 269, and 270 are marked and received.
        At 11 A.M. recess, and at 11:15 A.M. reconvene.
        Witness Bowen resumes stand and testifies further.
        At 12:05 P.M. recess to 1:45 P.M.
        At 1:45 P.M. reconvene.
        Attorney Veeder argues in opposition to motion f of vail to set
aside stip judgment.
        IT IS ORDERED cause is continued to September 1, 1960, at 10:30
A.M. for further court trial, and further hearing on stipulated Judgment.

JOHN A. CHILDRESS, Clerk
By _____