9-1-60

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD-C  Civil |
| v. | MINUTES OF THE COURT |
| | Date: SEPTEMBER 1, 1960 |
| FALLBROOK, etc., et al | At: San Diego, California. |

PRESENT: Hon. _ _ _JAMES_M_CARTER_ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ Reporter: JOHN SWADER _ _ _ _

Counsel for Plaintiff: _ WILLIAM VEEDER, AND DONALD REDD _ _

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:45 A.M. convene herein.
Attorney Stahlman argues further in support of motion of Vail to set aside Stipulated Judgment.
Attorney Sachse and Girard each argue in support of motion.
IT IS ORDERED that Attorney Veeder may file further brief by October 1, 1960, and defendant by October 17, 1960.
IT IS ORDERED cause is continued to October 27, 1960, at 10 A.M. for further court trial herein.

JOHN A. CHILDRESS, Clerk
By _____