
ORIGINAL

1  HENRY A. DIETZ, County Counsel
       San Diego County
2  By:   ROBERT G. BERREY and
3        JOSEPH KASE, JR., Deputies

   302 Civic Center, San Diego 1, Calif.
4  BE 9-7711, Ext. 451

5  Attorneys for Defendant County
       of San Diego

FILED

SEP 2- 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

           IN THE UNITED STATES DISTRICT COURT

        IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

                      SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )   No. 1247-SD-C
                    Plaintiff,      )
                                    )
         v.                         )   AMENDMENT TO ANSWER
                                    )   OF DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT,  )   COUNTY OF SAN DIEGO
a public service corporation of     )
the State of California, et al,     )
                                    )
                    Defendants.     )

         Comes now the defendant County of San Diego, a political sub-
division of the State of California and amends its answer on file
herein to set forth the following additional paragraph:

                              XXII

         Alleges that this answering defendant is the owner of and
entitled to possession of the following described lands located
in the County of San Diego, State of California:

    That portion of Lot 4, Section 25, Township 9 South,
    Range 4 West, San Bernardino Meridian, County of
    San Diego, State of California, according to U.S.
    Government Survey approved June 11, 1880, together
    with a portion of a strip of land taken from Rancho
    Santa Marguerita Las Flores and conveyed by Union
    Title Insurance and Trust Company to Loma Range
    Company by a deed dated March 6, 1941, recorded in
    Book 1219, Page 73, of official records of San Diego
    County.

    Said portion of land in Lot 4 and of said strip of
    land taken from Rancho Santa Marguerita Las Flores
    being described as follows:

15668    SEP 1- 1960

    Commencing at the Southeast corner of said Lot 4, thence North 0°4'50" East along the East line of said lot 693.30 feet, thence North 89°37'40" West, 1182.87 feet to the West line of said strip of land taken from said Rancho, thence South 6°9' West along the West line of said strip of land 696.84 feet to the Southwest corner of said strip of land; thence South 89°37'40" East, 1,256.55 feet along the South line of said strip of land and of said Lot 4 to the point of beginning containing 19.41 acres.

Alleges that the defendant County of San Diego is the successor in interest to Leslie C. and Helen E. Thurman by virtue of a grant deed recorded November 4, 1959 in Book 7976, Page 108, Official Records, in the office of the County Recorder of the County of San Diego.

Alleges that said Parcel 3 is used as a site for a public dump.

Alleges that said defendant is entitled to all the riparian, underground and percolating waters which have become or are attached to said Parcel 3.

WHEREFORE, this answering defendant prays:

1. That the plaintiff take nothing by this action;

2. That the court adjudge and decree that this defendant is the owner of and entitled to possession of the above-described real property designated as Parcel 3 with the right to produce and extract any and all waters from said real property needed for domestic use including the operation and maintenance of a public dump, and for irrigation purposes upon said real property designated Parcel 3;

3. That the plaintiff be forever barred from asserting any right, title, interest or estate in or to any and all waters which may be taken or extracted from said real property, adverse to this defendant and that plaintiff be restrained and enjoined from exerting any such claims;

-2-

15669

4. That this defendant have such further relief as the court deems proper and this defendant recover its costs herein incurred and expended.

DATED: August 17, 1960.

        HENRY A. DIETZ, County Counsel in
         and for the County of San Diego,
         State of California;
        ROBERT G. BERREY, Deputy; and
        JOSEPH KASE, JR., Deputy

By: _____
   JOSEPH KASE, JR., Deputy

     Attorneys for Defendant County of
       San Diego

## VERIFICATION

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

   C. J. Rust  , being first duly sworn, says: That he is the Department of Public Works, Chief, Aviation and Property Management Division of the County of San Diego, a political subdivision of the State of California; that he has read the foregoing Amendment To Answer of Defendant County of San Diego and knows the contents thereof; that the same is true of his own knowledge, except as to matters which are stated on his information or belief and as to those matters that he believes it to be true.

_____

Subscribed and sworn to
before me this 2 day
of September, 1960.

R. B. JAMES, County Clerk and
 ex officio Clerk of the Board
 of Supervisors

By: _____, Deputy

[SEAL]         -3-

15670