F I L E D

SEP 29 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

ENTERED
APR 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| v. | INTERLOCUTORY JUDGMENT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | No. 18 |
| Defendants. | |

On Sept 19, 1976 Honorable James M. Carter, Judge, having considered the mandate of the Court of Appeals remanding this cause for trial with a direction for the joinder of all owners of lands in the watershed of the Santa Margarita River; individual defendants named in Exhibit A, having answered, are the apparent owners of those lands appearing in U.S.A. Pl. Exhibit 215C, with reference to page numbers in Assessor's Plat No. MF- and parcel numbers therein, all as set forth in Exhibit A, but not having proved any right, title or interest in or to rights to the use of water in the Santa Margarita River or its tributaries which are the subject matter of this action; evidence having been introduced which tends to prove that defendants are not using and have no means of diverting or utilizing the waters of the Santa Margarita River or its tributaries, other than that, if any, delivered to them by Fallbrook Public Utility District or other public agency of the State of California, and that the lands of individual defendants

-- 1 --

above named are neither riparian to the Santa Margarita River nor any of its tributaries nor overlie any ground water basin of the Santa Margarita River or its tributaries; does hereby enter Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting these defendants:

I
## FINDINGS OF FACT

The Court finds as to the above named individual defendants as follows:

1. Defendants are the apparent owners of the land referred to in the above mentioned exhibit.

2. The said lands do not abut upon and are not riparian to any stream.

3. Evidence introduced in the case proves that defendants are not and have no means of diverting or utilizing the waters of the Santa Margarita River or its tributaries other than those which might be delivered to them by the Fallbrook Public Utility District or through some public agency of the State of California; all waters underlying the lands of said defendants being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The United States of America claims no right and has no right, title or interest in or to the above-mentioned vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

5. The use by the defendants of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, has not and will not cause the intrusion of salt water into the underground basins of Camp Pendleton and does not injure nor threaten to injure the plaintiff.

## II

### CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1. The above-named defendants have no rights to the use of the waters of the Santa Margarita River or its tributaries.

2. The rights of the United States of America, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be forever quieted against any and all adverse claims of the above-named defendants.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, have no rights in or to any of the waters underlying the lands of the above-named defendants, those waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the above-named defendants to the use of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, shall be forever quieted against any and all adverse claims of the plaintiff herein.

## III

### INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named individual defendants are the apparent owners of the lands referred to in the exhibit alluded to above.

2. The above named individual defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named individual defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, are forever quieted against any and all adverse claims of the United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to such vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, adverse to defendants herein.

6. The Findings of Fact, Conclusions of Law and Interlocutory Judgment, are not applicable to and do not in any way pertain to the respective correlative rights among themselves of the parties to this

- 4 -

271

cause in regard to the use of the vagrant, percolating, local waters underlying the lands of the parties, these vagrant, percolating, local waters not being a part of any surface stream or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

7. The above set forth Findings of Fact, Conclusions of Law and Interlocutory Judgment do not relate to the rights to the use of water, if any, of the Fallbrook Public Utility District in and to the waters of the Santa Margarita River and its tributaries. These Findings of Fact, Conclusions of Law and Interlocutory Judgment relate solely to the respective claims of the United States of America and the individuals named in the Interlocutory Judgment. The issue of the rights to the use of water, if any, of the Fallbrook Public Utility District will be separately tried.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: Sept 19, 1960

JAMES M. CARTER
Judge, United States District Court

EXHIBIT A

| Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|
| Thomas A. Atkisson and Opal Atkisson | 1-C | 10 and 15X1 |
| Warren D. Baker and Lillian Baker | 1-C | 11 and 13 |
| Irene F. Banfield | 1-E | 75 |
| Ralph A. Beightol and Doris Beightol | 1-D | 52 |
| Jerry F. Burt and Catherine T. Burt | 1-D | 35 |
| Phillip F. Campbell and Bethena Campbell | 1-C | 23A |
| Charlotte M. Deniston | 1-C | 18 and 24 |
| Walter L. Dennis and Alice M. Dennis | 1-F | 88 |
| Ralph K. Enander and Joan C. Enander | 1-E 1-F | 56 98 |
| Harry J. Geyer and Mildred M. Geyer | 1-F | 97 |
| James E. Gladding and Mildred N. Gladding | 1-F | 85 |
| Yeaman O. Gooch, Sr. and Pearl M. Gooch | 1-F | 86 |
| Raymond A. Grantham and Naomi M. Grantham | 1-D | 37 |
| Thor C. Hansen | 1-F | 109, 110 and 111 |
| Velma M. Hawn | 1-F | 112 and 115A |
| Richard Hedlund and Pearl Hedlund | 1-F | 100X1 |
| Francis W. Hess and Merna J. Hess | 1-C | 20X1 and 23X1 |
| Henry D. Jay and Lucille Jay | 1-F | 125 |
| Albert Jeffries and Martha Jeffries | 1-F | 90 and 92 |
| Edwin F. Jenkins and Fern B. Jenkins | 1-F | 87 |

-1-

273

EXHIBIT A

| | Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | Gust H. Johnson and Gertrude Johnson | 1-F | 108 |
| 5 | | | |
| 6 | Berne M. Keough and Frances A. Keough | 1-D | 48 |
| 7 | Larry M. Keown and Mildred W. Keown | 1-D | 40 |
| 8 | | | |
| 9 | Frederick Theodore King and Florence Eva King | 1-F | 107 |
| 10 | Eddie A. Kramer and Emma E. Kramer | 1-D | 27A |
| 11 | | | |
| 12 | Albert F. Kuechel and Margaret M. Kuechel | 1-HA | 2A |
| 13 | David Lopez and Tranquillina M. Lopes | 1-F | 122 |
| 14 | | | |
| 15 | Earl E. McTavish and Neola C. McTavish | 1-D | 36X1 |
| 16 | Edward E. Malmberg and Margaret L. Malmberg | 1-C | 15A |
| 17 | | | |
| 18 | Masonic Temple Association of Fallbrook | 1-E | 60 |
| 19 | Chester B. Neiswender | 1-E | 57 |
| 20 | | | |
| 21 | Thomas J. O'Rourke and Louise M. O'Rourke | 1-D | 31X3 and 31C |
| 22 | Francis R. Parkinson and Rose Marie Parkinson | 1-E | 71 |
| 23 | | | |
| 24 | Grant K. Phillips and Beatrice W. Phillips | 1-HA | 3 |
| 25 | Harold Salt and Ethel M. Salt | 1-F | 89 |
| 26 | | | |
| 27 | Lawrence Schumacher and Margaret Schumacher | 1-F | 123 |
| 28 | William V. Stahl | 1-D | 25 |
| 29 | Lyle W. Stokes and Marie Stokes | 1-E | 60 |
| 30 | | | |
| 31 | Oscar R. Swanson and M. Louise Swanson | 1-D | 39 |
| 32 | Ross D. Swimm and Eleanor F. Swimm | 1-HA | 4 |

Exhibit A

| | Name | Page number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|---|
| 3 | Fremont A. Torkilson and Irene L. Torkilson | 1-E | 66 |
| 4 | Edward R. Whittemore and Alice Whittemore | 1-D | 26 |
| 6 | George F. Yackey and Alma H. Yackey | 1-E | 54 |
| 8-9 | Franklin Acker and Ione Acker | 1-P | 39 |
| 10 | Alice L. Ainsworth | 1-U & V | 173 |
| 11 | Elmer Allen and Lucille S. Allen | 1-U & V | 180 |
| 12 | Betty K. Gracey (Walls) | 1-Q | 62 |
| 13 | Lettie M. Anderson | 1-P | 43 |
| 14-15 | Harold W. Barkow and Marcella C. R. Barkow | 1-R / 1-P | 104 / 38 |
| 16 | Eddie Berg and Anna M. Berg | 1-R | 96 and 97 |
| 17 | William Ward Birt | 1-T | 166 |
| 18-19 | William H. Browning and Lottie B. Browning | 1-O | 27 |
| 20 | Murray E. Burnaman and Neva M. Burnaman | 1-O | 18 |
| 21-22 | William Campbell and Winifred Campbell | 1-S | 130 |
| 23 | Charles Clark and Lola Montez Clark | 1-U&V | 183 |
| 24-25 | Loren D. Smith and Lorraine M. Smith John Christman and Mary Christman | 1-R | 102E1 |
| 26-27 | William H. Colvin and Addie G. Colvin | 1-N | 9X3 |
| 28-29 | The Corp. of the Presiding Bishop of the Church of Jesus Christ of Later Day Saints | 1-R | 79 and 84 |
| 30 | Walter E. Crane and Edna M. Crane | 1-T | 154 |
| 31-32 | Paul L. Davis and Mary Davis | 1-P | 48 |

- 3 -

Exhibit A

| | Name | Page number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|---|
| 5 | Arthur H. Dew and Pearl M. Dew | 1-U&V | 174 |
| 7 | J. Richard Ewell and Catherine A. Ewell | 1-S | 129 |
| 8 | John G. Galloway and Marjorie Galloway | 1-T | 163 |
| 10 | John J. Gammell and Alda W. Gammell | 1-R | 99 |
| 11 | Dennis D. Gardner and Marionetta Gardner | 1-T | 155 |
| 13 | Lydia E. Gerend | 1-O | 23 |
| 14 | Douglas C. Gordon and Opal E. Gordon | 1-T | 148 |
| 15 | Luetta M. Graffin and William A. Morgan | 1-U&V | 181 |
| 17 | Ralph Bennett Johnson and Dorothy Ada Johnson | 1-O | 66 |
| 18 | George D. Lancaster and Doris E. Lancaster | 1-O | 74A |
| 20 | Mark B. McCahon and Mae E. McCahon | 1-U&V | 171 |
| 21 | Emmett S. McCormick and Mary M. McCormick | 1-U&V | 175 |
| 23 | Andrew Meza | 1-P | 36 |
| 24 | Perry Eugene Milton and Norissa Pauline Milton | 1-P | 37 |
| 26 | Linden W. Peterson and Velma H. Peterson | 1-O | 73AX1 |
| 27 | Dayton M. Plank and Lois E. Plank | 1-R | 103X2 |
| 29 | Albert H. Preston | 1-U&V | 179 |
| 30 | Lloyd C. Qualls and Hazel B. Qualls | 1-S / 1-O | 110 / 28 |
| 31 | Floyd W. Rail and Isabella Rail | 1-O | 76 |
| 32 | Mary M. Ralph | 1-R | 82A |

Exhibit A

| Name | Page number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A. Pl. Exhibit 215-C |
|---|---|---|
| Buster Roberson and Mary Roberson | 1-P | 34 |
| Scott W. Richardson and Helen H. Richardson | 1-O | 69 |
| Noble Roripaugh and Jessie C. Roripaugh | 1-S | 122 |
| Pedro T. Salvatierra and Maria T. Salvatierra | 1-O | 73A1 |
| Otis F. Scoville and Lucy Scoville | 1-R | 95 |
| George C. Smith and Katherine E. Smith | 1-S | 112A and 117 |
| Lester E. Sones and Lois M. Sones | 1-S | 112X1 |
| Jens E. Sorenson and Lillian E. Sorenson | 1-R | 106 |
| Elliott E. Staude and Dewees Staude | 1-R | 81 |
| Emma W. Staude | 1-R | 78 |
| Beatrice M. Tassey | 1-O | 25 |
| Henry C. Taylor and Hazel Taylor | 1-T | 157 |
| N. C. Thoreson and Gladys M. Thoreson | 1-U | 170 |
| William Grant Thurber, Jr. | 1-T | 168 |
| D. C. Tomlin | 1-P | 42 |
| Adele S. Truitt | 1-O | 63 |
| Roy C. Vick and Sally Vick | 1-S | 116 |
| Norbert A. Waller and Ethel R. Waller | 1-P | 47 |
| Raymond Wayman and Mary Elizabeth Wayman | 1-PA / 1-T | 130 and 131 / 145 |
| Alice Eleanor Wester, also known as Alice Eleanor Rasenor | 1-O | 16 |
| John L. Wetzler and Edith M. Wetzler | 1-T | 146 and 151 |

Exhibit A

145

| Name | Page number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|
| F. Hugh Wilcox and Fawn P. Wilcox | 1-R | 94 |
| Russell P. Wolfe and Ruby I. Wolfe | 1-O | 65 |
| Howard C. Woodrow and Lillian L. Woodrow | 1-T<br>1-R | 142 and 143<br>82X1 and 83X1 |
| Nina B. Wright | 1-R | 101 |
| Charles Zimmerman, Emma Zimmerman and Alma Zimmeran | 1-N | 8X2 |