LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

OCT 11 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>VAIL COMPANY, INC., et al.,<br><br>        Defendants. | No. 1247-SD-C<br><br>MEMORANDUM OF FALLBROOK PUBLIC UTILITY DISTRICT CONCERNING RES JUDICATA EFFECT OF SANTA MARGARITA v. VAIL |

        The Memorandum of United States of America on the above subject is obviously based upon a mis-apprehension as to the position of defendant FALLBROOK PUBLIC UTILITY DISTRICT. In order that the Court and counsel can be fully informed, the following statement of the position of defendant FALLBROOK PUBLIC UTILITY DISTRICT is submitted.

        1. FALLBROOK PUBLIC UTILITY DISTRICT has never changed the position set forth in its pleadings, and still contends:

        a. It is not a party to and is not bound by any provision of the Stipulated Judgment or Trial Judgment in <u>Santa Margarita v. Vail.</u>

        b. <u>It has an interest in the extent of the ground waters that may or may not be held to be a part of the stream system, only to the extent that it is a riparian landowner. It has always conceded that such riparian rights are not available for use to satisfy its citizens with water, and therefore dis-associates</u>

- 1 -

MEMORANDUM
5983

itself from the controversy over the extent of the stream system.

    2. It is apparent that the United States of America is confusing the position of the FALLBROOK PUBLIC UTILITY DISTRICT with the contentions of other defendants represented by the same counsel. These other defendants contend:

    a. They are not parties to and are not bound by the Stipulated Judgment or Trial Judgment in Santa Margarita v. Vail.

    b. If the Trial Judgment remains in effect, they will contend that its provisions as to the extent of the stream system are res judicata as between the United States of America and themselves, under the principles of estoppel by judgment as set forth in Bernhard v. Bank of America, 19 C (2d)807; 122 P. (2d)892.

Dated: October 7, 1960.

    SACHSE and PRICE

    by _____
    Franz R. Sachse
    Attorneys for Fallbrook Public
    Utility District

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

MEMORANDUM

5984

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.        No. 1247-SD-C

FRANZ R. SACHSE

1092 S. Main Street, Fallbrook, California

_____, being first duly sworn, says: That affiant, whose address is is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Memorandum of Fallbrook Public Utility District

Concerning Res Judicata Effect of Santa Margarita v. Vail
(Copy title of paper served)

on the   Plaintiff   _____ in said action, by placing a true copy thereof in an envelope addressed
        (Name of party served)

as follows:
1) Mr. William S. Veeder        2) Mr. William S. Veeder
   Special Assistant to the        Special Assistant to the Attorney
   Attorney General                General
   Department of Justice           U. S. Customs and Court House
   Washington, D. C.               San Diego 12, California
sealed and deposited on the 7th day of October, 1960, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 7th

day of October, 1960

_____
Notary Public in and for said County and State

(SEAL)

My Commission expires May 25, 1961

5985