FILED

OCT 25 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Dep.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| v. ) | |
| FALLBROOK PUBLIC UTILITY ) | AFFIDAVIT |
| DISTRICT, et al., ) | OF |
| Defendants. ) | SERVICE BY MAIL |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

    MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Room 303, U. S. Customs and Court House, 325 West F Street, San Diego 1, California; that she is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, on _October 7, 11, 17 and 18, 1960_, she deposited in the United States mail at San Diego, California, in envelopes bearing the requisite postage, a copy of attached letter, Exhibit B, setting forth parcel number, total acres and irrigable acres,

addressed to the last known addresses of the persons listed in Ex-

- 1 -

5997

1 hibit A, attached hereto and made a part hereof; that there is delivery
2 service by United States Mail at each of the places so addressed, or
3 there is regular communication by mail between the said place of
4 mailing and each of the places so addressed.

                                                                       *Margaret B. Tooker*

Subscribed and sworn to before
me this 25th day of October, 1960.

John A. Childress, Clerk, U. S. District Court,
Southern District of California

By _____ Deputy

(SEAL)

- 2 -

5998

EXHIBIT A

October 7, 1960

| | |
|---|---|
| Lawrence H. & Bessie D. Allert<br>Star Route, Box 28<br>Hemet, California | Frederick E. Domenigoni<br>P. O. Box 46<br>Winchester, California |
| Elmer & Randolph Baatz<br>Box 303<br>Hemet, California | Frank H. & Alma K. Endres<br>Star Route 1<br>Winchester, California |
| Elsa E. Barton<br>217 North Palm Avenue<br>Hemet, California | Richard & Ida Garbani<br>Winchester, California |
| Helmer L. & Falena E. Bergman<br>5074 Pedley Road<br>Riverside, California | Paul Garrett<br>3461 E. Vernon Avenue<br>Los Angeles 58, California |
| Ernest R. Bissett<br>P. O. Box 44<br>Winchester, California | John Gordon<br>3756 Tibbets Street<br>Riverside, California |
| Roy V. Boswell<br>9567 Oak Glen Road<br>Oak Glen, California | Donald H. & Solidad Hallberg<br>Route 1, Box 178<br>Romoland, California |
| Robert K. & Frances K. Bross<br>1831 Monte Vista Drive<br>Vista, California | Minnie A. Harris<br>609 S. Garnsey Street<br>Santa Ana, California |
| John E. & Angeline A. Cabral<br>8165 Almond Street<br>Fontana, California | V. L. Hash<br>2106 North 24th Street<br>Phoenix, Arizona |
| Roy Carlock<br>4277 Lemon Street<br>Riverside, California | John G. & Eleanore F. Hoffacker<br>2026 W. 109th Street<br>Los Angeles 47, California |
| Hans & Zora E. Christensen<br>Route 1, Box 68<br>Romoland, California | Eddy Augustine Hope<br>3112 W. 181st Street<br>Torrance, California |
| E. W. & Dolores Connell<br>Winchester, California | Chester Z. & Ruth E. Horning<br>Star Route, Box 33<br>Hemet, California |
| Charles & Anna M. Davis<br>14901 Condon Avenue<br>Lawndale, California | Raymond P. & Lois H. Jackson<br>Hillside Ranch<br>Winchester, California |
| Gerald R. & Fredonia F. Denton<br>2502 Sunset Boulevard<br>Los Angeles 26, California | La Mesa Ranch Co.<br>7419 Beverly Boulevard<br>Los Angeles, California |
| Angelo O. & Marie Domenigoni<br>Box 45<br>Winchester, California | Adolph L. & Fae J. Lessel<br>5303 Angeles Vista Boulevard<br>Los Angeles 34, California |
| Frances N. & Jean Domenigoni<br>P. O. Box 46<br>Winchester, California | Andrew D. & Dorothy McElhinney<br>Romoland, California |
| | Georgia P. McElwee, Administratrix<br>Winchester, California |

- 1 -

5999

| | | |
|---|---|---|
| 1 | Albert C. & Madeline Miller | Rosa A. Vial |
| 2 | 9631 Sunkist Avenue<br>Anaheim, California | Winchester, California |
| 3 | Mary Frances Moore | Russell & Ruth E. Whaley<br>Box 35, Star Route |
| 4 | 854 Island Court<br>San Diego 8, California | Hemet, California |
| 5 | Robert C. Morris | Harold O. Wilhelm<br>3654 W. 60th Street |
| 6 | Charles H. & Florence N. Morris<br>Box 10 | Los Angeles, California |
| 7 | Winchester, California | Theresia L. Wilhelm<br>3302 W. 66th Street |
| 8 | Carl T. & Donna M. Olson<br>3768 Eureka Drive | Los Angeles, California |
| 9 | Studio City, California | Margaret M. Wood, Trustee<br>2112 Iris Court |
| 10 | Pierre Jr. & Catherine Pourroy<br>Box 39 | Santa Rosa, California |
| 11 | Winchester, California | Cameron & Jean M. Wright<br>625 W. 124th Street |
| 12 | Guy M. Rush Company<br>3425 Amesbury Road | Los Angeles 44, California |
| 13 | Los Angeles 27, California | Kenneth W. & Julia M. Young<br>Box 2 |
| 14 | Robert L. & Marie Schain<br>319 N. Ramona Boulevard | Winchester, California |
| 15 | San Jacinto, California | |
| 16 | Donald C. Sevier | |
| 17 | John H. Sevier<br>1011 N. Fairview Street | October 11, 1960 |
| 18 | Burbank, California | Harvard E. & Mary J. Adams |
| 19 | Olive O. Shumate<br>441 Apricot Lane | Route 1, Box 167<br>Romoland, California |
| 20 | Hemet, California | Ralph O. Bane |
| 21 | John Speziali<br>Bachelor Mountain Lodge | 2427 N. Falling Leaf Road<br>South San Gabriel, California |
| 22 | Winchester, California | Enice Alsie Beaver |
| 23 | Gilbert & Zelma E. Stearns<br>Box 49 | Virginia S. Johnson<br>514 N. Ditmar Street |
| 24 | Winchester, California | Oceanside, California |
| 25 | Ernest Swarthout<br>Box 36, Star Route | James W. & Mary Ann Beauregard<br>1116 S. Ferris Street |
| 26 | Hemet, California | Los Angeles 22, California |
| 27 | Alexia R. Van Wert<br>3004 Gainsborough Drive | Harry Beauregard<br>1116 S. Ferris Street |
| 28 | Pasadena, California | Los Angeles 22, California |
| 29 | Arthur J. Vial<br>Winchester, California | George & Mary Bouris<br>Sam Bouris |
| 30 | Francis Vial | Route 1, Box 154<br>Romoland, California |
| 31 | Winchester, California | Roy C. & Pauline L. Chappell |
| 32 | Jennie J. Vial Stearns<br>Winchester, California | Box 164<br>Romoland, California |

| | |
|---|---|
| George Christopherson<br>433 30th Street<br>Manhattan Beach, California | Marion Hill<br>4182 13th Street<br>Riverside, California |
| Nels Arthur Christopherson<br>6660 30th Street<br>Riverside, California | Leslie W. & Gertrude F. Hoopes<br>1545 Colegrove Avenue<br>Montebello, California |
| Walter S. Cooper<br>Route 2, Box 26A<br>Murrieta, California | Roy A. & Edna M. Hopkins<br>2700 Highland Street<br>Manhattan Beach, California |
| Annie L. S. & William C. Curtiss<br>1616 Donaldson Street<br>Los Angeles, California | Effie Krause<br>3673 6th Street<br>Riverside, California |
| Lillian L. Divine<br>Route 1, Box 159<br>Romoland, California | Isaac N. & Beth L. Kraushaar<br>323 N. Hiatt Street<br>La Habra, California |
| George D. & Letta E. Evans<br>Route 1, Box 162<br>Romoland, California | Maria Lenta<br>18723 E. Valley Road<br>Bloomington, California |
| Martin B. Farrell<br>1635 N. Michigan Avenue<br>Pasadena 6, California | Gerald & Augusta Loring<br>P. O. Box 81<br>Wildomar, California |
| George W. & Florence F. Fleer<br>344 N. Avenue 54<br>Los Angeles 42, California | Emily McElwain<br>Route 1, Box 156<br>Romoland, California |
| Josephine & Tony E. Fontana<br>Clement Fontana<br>22623 Hatteras Street<br>Woodland Hills, California | S. A. McGrath<br>Route 1, Box 163<br>Romoland, California |
| Ernest T. Fransen<br>1265 Sunny Oak Circle<br>Altadena, California | George Magno<br>Route 1, Box 161<br>Romoland, California |
| Theodore A. & Giner Mae Gottula<br>753 So. State Street<br>Hemet, California | Abraham & Pauline Margolis<br>2611 Rokeby Street<br>Los Angeles 39, California |
| G. R. Gough<br>Box 27<br>Elsinore, California | Alex G. & Minna E. Mehas<br>Route 1, Box 165<br>Romoland, California |
| James William Gunnell<br>520 S. Acacia Street<br>Rialto, California | William A. & Nellie P. Minnick<br>660 Redondo Street<br>Long Beach, California |
| Paul B. & Lois M. Hansen<br>1269 Chautauqua Street<br>Pacific Palisades, California | Chester W. & Rosamond B. Morrison<br>Route 1, Box 69<br>Romoland, California |
| Nora Henry<br>457 South 'G' Street<br>San Bernardino, California | A. J. & Wilma Nelson<br>11318 Belhaven Street<br>Los Angeles 2, California |
| | Holger M. & Madga M. Peterson<br>875 E. 9th Street<br>Upland, California |

| | | |
|---|---|---|
| 1 | Mabel F. Poindexter | Paul C. & Betty Jo Wright |
|   | 1273 N. Allen Avenue | 2032 Cambridge Street |
| 2 | Pasadena, California | Cardiff, California |
| 3 | Arnold X. & Elsie Schleuniger | |
|   | Elmer & Lucille Potter | |
| 4 | 525 Main Street | |
|   | El Segundo, California | October 17, 1960 |
| 5 | | |
|   | Louise Schluter | Garland I. Barnes |
| 6 | P. O. Box 169 | 5223 Fernwood Avenue |
|   | Romoland, California | Long Beach, California |
| 7 | | |
|   | Margaret C. Shonts | Eleanor Furie, Executrix of Estate |
| 8 | 4538 Graywood Avenue | of Herman B. Bergman, Deceased |
|   | Long Beach, California | 2773 Willow Place |
| 9 | | South Gate, California |
|   | Sidney B. & Julia T. Smith | |
| 10 | 903 E. Orange Street | John & Innis V. Caloia |
|   | Long Beach, California | Route 2, Box 440 |
| 11 | | Elsinore, California |
|   | Lester E. Stanford | |
| 12 | 1889 Daisy Avenue | Joe & Theresa Cantacessi |
|   | Long Beach 6, California | Route 2, Box 453 |
| 13 | | Elsinore, California |
|   | W. B. Starks | |
| 14 | P. O. Box 40 | David J. Clark |
|   | Murrieta, California | Route 2, Box 437 |
| 15 | | Elsinore, California |
|   | Edwin W. & Bertha Streeter | |
| 16 | 4375 Narragansett Avenue | James R. & Mabel Cook |
|   | San Diego 7, California | Route 2, Box 433 |
| 17 | | Elsinore, California |
|   | Charles E. & Patricia A. Tippit | |
| 18 | 3671 Mears Street | Gladys B. Culveyhouse |
|   | Riverside, California | 115 Siens Drive |
| 19 | | Long Beach, California |
|   | Frank & Bertha L. Van Gundy | |
| 20 | Route 1, Box 166 | Roy & Ethel Flowers |
|   | Romoland, California | Route 2, Box 439 |
| 21 | | Elsinore, California |
|   | Frank & Bertha Wain | |
| 22 | 6331 Vinevale Street | General Title Clearing Co. |
|   | Bell, California | c/o Leo Goodman, Attorney |
| 23 | | 629 So. Hill Street |
|   | Parul E. & Helen H. Walker | Los Angeles 14, California |
| 24 | Sidney C. & Ethel H. Johnson | |
|   | 704 Strand | Alfred A. & Irma L. Gregory |
| 25 | Manhattan Beach, California | Box 145 |
|   | | Elsinore, California |
| 26 | Minnie Ward | |
|   | 13061 Addison Street | Hazel B. Hartzog |
| 27 | Van Nuys, California | 241 E. Van Koverini Street |
|   | | Rialto, California |
| 28 | Wilfred & Marjorie Webber | |
|   | 1209 Kings Road | Sherman R. & Dorothy Ann Herndon |
| 29 | Los Angeles 46, California | Route 2, Box 146-A |
|   | | Elsinore, California |
| 30 | Edward W. & Christine Wright | |
|   | Route 1, Box 129 | Victor C. & Helen Durr Hill |
| 31 | Romoland, California | Box 1001 |
|   | | Hemet, California |
| 32 | | |

- 4 -

| | |
|---|---|
| Kenneth L. & Nellie J. Howell<br>Wildomar, California | Paul M. & Lydia Salladin<br>11020 Quinn Street<br>Santa Fe Springs, California |
| Richard W. Jack<br>4851 W. 137th Place<br>Hawthorne, California | Luther A. & Dorothy A. Schmoyer<br>Route 2, Box 444<br>Hemet, California |
| Andrew R. & Ester I. James<br>P. O. Box 253<br>Yosemite National Park<br>California | Vinson W. & Lois A. Scott<br>7573 Valaha Drive<br>Tujunga, California |
| Jonny E. Johnson<br>11276 Imperial Avenue<br>Santa Fe Springs, California | Leon J. & Clementine C. Servel<br>Route 1<br>Murrieta, California |
| Rudolph Johnson<br>12801 Desmond Street<br>Pacoima, California | Walter S. Taft<br>Abbie T. Ward<br>2009 Fair Oaks Avenue<br>South Pasadena, California |
| David L. Jones<br>Joseph E. Jones<br>San Luis Rey, California | Paul H. & Mary M. Thompson<br>R. F. D.<br>Murrieta, California |
| John H. Lease<br>Box 73<br>Dana Point, California | Harvey Anderson Wicker, Sr.<br>11276 Herrick Street<br>Pacoima, California |
| Herbert Leatham<br>P. O. Box 55<br>Temecula, California | |
| Anthony & Mildred D. Moniot<br>Route 2, Box 435<br>Elsinore, California | October 18, 1960 |
| Eli Negen<br>P. O. Box 15<br>Murrieta, California | Achilles Angeloty<br>Alberta P. Welch<br>2321 Pacific Avenue<br>Venice, California |
| Marius A. & Mary Nicolas<br>Box 41<br>Winchester, California | William K. Auld<br>Winchester, California |
| Marius Edmund & Georgia Nicolas<br>P. O. Box 11<br>Winchester, California | Virgil C. & Edna M. Comparette<br>Route 2, Box 35<br>Murrieta, California |
| Lucy B. Nielson<br>613 So. Prairie Avenue<br>Hawthorne, California | Annie K. & Frank H. Endres<br>1643 Brea Canyon Road<br>Walnut, California |
| John R. & Elizabeth A. Plumley<br>7039 Templeton Street<br>Huntington Park, California | Sam Fegstad<br>3908 10th Street<br>Riverside, California |
| Fred J. & Frances Pourroy<br>Box 32<br>Winchester, California | John G. & Martin Kanland<br>8040 Birmingham Street<br>San Diego 11, California |
| James A. & Julia A. Richmond<br>Box 78<br>Murrieta, California | Walford M. & Beatrice L. Hodding<br>4351 Whitewood Avenue<br>Long Beach 8, California |

|   |   |
|---|---|
| 1 | Vera Martin Holcomb |
|   | 146 Lawson Road |
| 2 | Berkeley 7, California |
| 3 | Alma C. Robertson |
|   | c/o C. A. Auld |
| 4 | Winchester, California |
| 5 |   |
|   | Barbara Ann Auld Sewell |
| 6 | Mabel A. Sewell, Guardian |
|   | Winchester, California |

- 6 -

6004

EXHIBIT B

UNITED STATES DISTRICT COURT
Southern District of California
San Diego 1, California

Exhibit No. 208-B
Parcel

JAMES M. CARTER
Judge

United States of America v. Fallbrook
Public Utility District, et al.,
No. 1247-SD-C

The records of this Court in the above entitled case disclose that you were served with and received a copy of the Complaint and Amendatory and Supplementary Complaint in that case. Those records also reveal that you have        filed an answer to the Complaint setting forth your claimed rights.

Based upon evidence introduced in this case respecting your property, I propose to find that: (a) you are the apparent owner of certain lands described in the records of this Court, (b) of a total of            acres,            are irrigable.

It is essential that this Court ascertain with the greatest exactitude possible, and adjudge, decree and determine the extent and nature of your rights to the use of water of the Santa Margarita River. Accordingly, if you agree with the proposed findings, please sign the accompanying copy of this letter and return it in the enclosed envelope.

If you disagree with the findings you are urged to appear on October 27, 1960, at 10:00 a.m. in Court Room #2, U. S. Customs and Court House, 325 West F Street, San Diego, California, and testify regarding your lands and claimed rights to the use of water.

If you do not appear or respond to this letter I propose to find (2) apparent ownership, (b) total acreage, and (c) irrigable acres as set forth above. On the date stated or at a later time, I will find whether or not ground water, if any, underlying the property in question is or is not a part of the Santa Margarita River. You will, of course, have an opportunity to object to my findings before they become final.

Dated:



JAMES M. CARTER
Judge, United States District Court

Dear Judge Carter:

I approve the findings which you propose as to apparent ownership, total acreage and irrigable acres. I understand that based on all the evidence in the case you will decide whether the ground water underlying the property is or is not part of the Santa Margarita River system.

6005

_____          _____
       Signature                         Signature