10-27-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: _ _Oct. 27, 1960_ _ _ _ |
| | ) | |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk WILLIAM W. LUDDY _ _ Reporter: _ _JOHN SWADER_ _ _

Counsel for Plaintiff: _WILLIAM VEEDER and DONALD REDD _ _ _ _

Counsel for Defendant: Franz Sachse, Fred Girard, Phil Swing, George
Stahlman, Arthur Littleworth, Walter G. Lincoln. _ _ _ _ _ _ _ _
PRO PERS: Edw W. Wright. B. O. J. Elwee, Victor Hill, and Wm. Nelson

PROCEEDINGS:   mmmMM FURTHER COURT TRIAL
             HEARING motion of Schloss for sub of atty.

        At 10 A.M. reconvene herein.
        Ex. No. 208-D is marked and received in evidence.
        Col Bowen is recalled, and testifies further.
        Exs. Nos. 271, 272, and 273 are marked and received in evidence.
        Ed. W. Wright and Victor C. Hill are each called, sworn, and
testify x on own behalf.

        Court and counsel discuss motion to set aside stipulated
Judgment.
        At 4:35 P.M. a recess is declared herein to October 28, 1960
at 9 A.M.

6006

                                    JOHN A. CHILDRESS, Clerk

                          By _WILLIAM W. _____