CARTER
10-28-60

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                               )   No. 1247-SD-C    Civil
                                     )
                                     )   MINUTES OF THE COURT
         v.                          )
                                     )   Date:  Oct. 28, 1960
                                     )
    FALLBROOK, etc., et al           )   At:  San Diego, California.

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

    Deputy Clerk: WILLIAM W. LUDY _ _ Reporter: _ _ JOHN SWADER _ _

    Counsel for Plaintiff: _ WILLIAM VEEDER AND DONALD REDD _ _ _

    Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD
                            PHIL SWING, EARL K. STANTON

PROCEEDINGS: FURTHER COURT TRIAL
             HEARING motion of schloss to substitute.


    At 9:05 A.M. reconvene herein.
    Additional documents are added to Ex. No. 207 E and 208 D
    COURT AND COUNSEL discuss motion to set aside stipulated judgment.
             IT IS ORDERED said motion stand submitted.
             IT IS ORDERED cause is continued to December 1, 1960, at
    10:00   A.M. for further court trial, and hearing motion of
    Schloss to substitute attorney
             California Exs. Nos. AZ-1 and AZ-2 are marked.

6007

JOHN A. CHILDRESS, Clerk