UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA ) No. 1247-SD-C- Civil
)
) MINUTES OF THE COURT
v. )
) Date: Nov. 1, 1960
)
FALLBROOK ) At: San Diego, California.

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: HAL H. KENNEDY   Reporter: JOHN SWADER

Counsel for Plaintiff: _____

Counsel for Defendant: _____

PROCEEDINGS: JOHN CRANSTON, Special Master
DONALD REDD

  IT IS ORDERED that proceedings are continued until Jan. 16, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _____