LUCE, FORWARD, HAMILTON & SCRIPPS
1220 San Diego Trust & Savings Bldg.
San Diego 1, California
Phone: BElmont 9-9244

Attorneys for Defendants


FILED
NOV 9 - 1960

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | NO. 1247-SD-C<br><br>REQUEST FOR ADMISSIONS |

    Comes now the defendants, Charles F. Sawday, Ruth Cornell Sawday, William P. Elser, Edith Noon Elser, successors in interest to Paul and Margaret Bradshaw, Eldred Northrup and Rose M. Northrup, successors in interest to Arthur W. and Inez Carey, Ewart W. and Mary Alice Goodwin and the Connecticut Mutual Life Insurance Company, a corporation, and request the plaintiff within twenty days after the service of this request to admit that the following statements are true for the purposes of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial:

                            I

    The following described parcel of property is contiguous to the Santa Margarita river or its tributaries:

        The Northwest Quarter of Southeast Quarter of

Section 12, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to Map thereof filed in the office of the County Recorder of San Diego County, according to United States Government Survey approved January 15, 1892.

## II

The parcel described in Number I is the smallest tract held under one title in the chain of title leading to the present owner since and including the original grant or patent from the government.

## III

The parcel referred to in Number I above is within the watershed of the Santa Margarita river.

## IV

The following described parcel of property is contiguous to the Santa Margarita river or its tributaries:

Lot 4 of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

## V

The parcel described in Number IV is the smallest tract held under one title in the chain of title leading to the present owner since and including the original grant or patent from the government.

## VI

The parcel referred to in Number IV above is within the watershed of the Santa Margarita river.

## VII

The following described parcel of property is contiguous to the Santa Margarita river or its tributaries:

All that portion of Government Lot 6, Northwest Quarter of Southwest Quarter of Section 31, Township 8 South, Range 3 West, S. D. B. & M. in the County of Riverside, State of California lying Westerly and Southerly of the following described line:

-2-

6048

    Beginning at a point on the North line of said Northwest Quarter of the Southwest Quarter distant thereon North 89° 58' 35" East 584.79 feet from the Northwest corner thereof; thence South 0° 10' 40" East 517.62 feet; thence South 8° 08' 40" East 513.59 feet; thence North 84° 55' 40" East 570.79 feet; thence South 3° 21' 00" East 349.69 feet to a point on the South line of said Northwest Quarter of the Southwest Quarter distant thereon South 89° 53' West 76.26 feet from the Southeast corner of said Government Lot 6.

### VIII

The parcel described in Number VII is the smallest tract held under one title in the chain of title leading to the present owner since and including the original grant or patent from the government.

### IX

The parcel referred to in Number VII above is within the watershed of the Santa Margarita river.

### X

The following described parcel of property is contiguous to the Santa Margarita river or its tributaries:

    Lots 3 and 4 of Section 7, Township 9 South, Range 3 West; Lot 4 and the North 615 feet of the East 40 feet of the Southwest Quarter of the Northwest Quarter (Lot 3) of Section 18, Township 9 South, Range 3 West; Lot 1, the East Half of the Southeast Quarter; and the Southwest Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 4 West; Lot 1 and the Northeast Quarter of Section 13, Township 9 South, Range 4 West, EXCEPTING from said Northeast Quarter of Section 13, Township 9 South, Range 4 West, that portion thereof conveyed by A. W. Hebbard to O. H. Sundell, September 26, 1891, by deed recorded in Book 187, page 421 of Deeds, described as follows:
    Two acres of land in Southwest corner of Southwest Quarter of Northeast Quarter of Section 13, Township 9 South, Range 4 West, lying on the West side of the County Road commencing 30 feet from the center of said road as now traveled as located by the Surveyor and Viewers appointed by the Board of Supervisors of San Diego County.
    All of the above described property being in the County of San Diego, State of California, San Bernardino Meridian, according to United States Government Surveys approved June 11, 1880 and April 21, 1890 respectively.

### XI

The parcel described in Number X is the smallest tract held

under one title in the chain of title leading to the present owner since and including the original grant or patent from the Government.

## XII

The parcel referred to in Number X above is within the watershed of the Santa Margarita river.

## XIII

The following described parcels of property are contiguous to the Santa Margarita river or its tributaries:

PARCEL 1:

    The South 208.71 feet of the West 208.71 feet of the Southeast Quarter of the Northeast Quarter of Section 12, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15, 1892, EXCEPTING THEREFROM the Southerly 20 feet of the Westerly 104 feet.

PARCEL 2:

    That certain piece or parcel of land commencing at a point 208.71 feet North of the Southwest corner of the Southeast Quarter of the Northeast Quarter of Section 12, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, running North 208.71 feet along the West line of said Quarter; thence extending Eastward a distance of 313.06 feet at right angles with the last mentioned course; thence extending Southward a distance of 208.71 feet at right angles with the last mentioned course; thence Westward at right angles a distance of 313.06 feet to the Point of Beginning.

PARCEL 3:

    That certain piece or parcel of land commencing at a point 208.71 feet East of the Southwest corner of the Southeast Quarter of the Northeast Quarter of Section 12, Township 9 South, Range 4 West, San Bernardino Meridian; thence extending Eastward along the South line of said Quarter Section, a distance of 104.35½ feet; thence North at right angles with the last mentioned course a distance of 208.71 feet; thence West at right angles with the last mentioned course a distance of 104.35½ feet; thence South at right angles with the last mentioned course a distance of 208.71 feet to the place of beginning.

## XIV

The parcels described in Number XIII are the smallest tracts held under one title in the chain of title

-4-

6050

leading to the present owner since and including the original grant or patent from the Government.

XV

The parcels referred to in Number XIII above are within the watershed of the Santa Margarita river.

XVI

The following described parcel of property is contiguous to the Santa Margarita river or its tributaries:

PARCEL 1:

That portion of the Northeast Quarter of the Southeast Quarter of Section 1, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15,1892, described as follows:
Beginning at the Northeast corner of said Northeast Quarter of Southeast Quarter; thence along the North line of said Southeast Quarter, South 89°56'32" West 282.21 feet; thence South 48°36' West 474.09 feet; thence South 5°24'20" East 398.15 feet; thence South 15°09' East 524.58 feet; thence North 24°35'40" East 1090.44 feet to the East line of said Southeast Quarter; thence along said East line, North 2°23'40" East 225.23 feet to the POINT OF BEGINNING.

PARCEL 2:

That portion of Lot 1 (Northeast Quarter of the Northeast Quarter) and the Southeast Quarter of the Northeast Quarter of Section 1, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows:
Beginning at the Southeast corner of said Southeast Quarter of the Northeast Quarter; thence along the Southerly line thereof South 89°56'32" West 661.43 feet; thence North 09° 33'45" West, 314.65 feet; thence North 36°19'10" West, 341.32 feet; thence North 01°04'30" East, 194.48 feet; thence North 85°20'50" East, 230.10 feet; thence North 21°45'05" West, 200.30 feet; thence North 33°34'40" West, 263.06 feet; thence South 89°17'05" West, 181.60 feet; thence North 50°31'50" West, 175.09 feet; thence North 47°51'30" East, 312.45 feet; thence North 52°06'05" East, 143.82 feet; thence South 87°47'30" East 126.19 feet; thence North 07°41' East, 174.46 feet; thence North 29°51' East, 107.98 feet; thence North 60°59'35" East, 220.51 feet; thence North 69°08'40" East, 273.77 feet; thence North 37°02'05" East, 511.25 feet; thence North 22°40'05" East, 82.74 feet to the East line of Section 1; thence along said East line South 2°37'40" West to the POINT OF BEGINNING.

PARCEL 3:

That portion of Lot 1 (Northeast Quarter of Northeast Quarter) of Section 1, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof described as follows:
Beginning at the Northeast corner of said Section 1, from which the North line of said Section bears South 88°52'34" West; thence
South 54°36'25" West, 665.40 feet;
thence North 88°28'45" West, 215.87 feet;
thence North 27°08'35" West, 405.85 feet to a point on the North line of said Section 1, distant thereon South 88°52'34" West, 943.55 feet from the Northeast corner thereof; thence along said North line North 88°52'34" East 943.55 feet to the POINT OF BEGINNING.

PARCEL 4:

All riparian rights to those portions of the Northeast Quarter and the North half of the Southeast Quarter of Section 1, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof as reserved and excepted in deeds from Charles F. SILL, et ux, to The Fallbrook Public Utility District recorded December 2, 1955 and May 2, 1957 in Book 5891, Page 35 of Official Records and Book 6560, Page 272 of Official Records respectively.

XVII

The parcels described in Number XVI are the smallest tracts held under one title in the chain of title leading to the present owner since and including the original grant or patent from the Government.

XVIII

The parcels referred to in Number XVI above are within the watershed of the Santa Margarita river.

XIX

The foregoing requests for admission are submitted without prejudice to the right of these defendants to submit additional requests under the provisions of Rule 36.

DATED: November 7, 1960

LUCE, FORWARD, HAMILTON & SCRIPPS

By _____
Attorneys for Defendants,
Charles F. Sawday, et al.

8052