FILED

NOV 9 - 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. Kingsley*

LUCE, FORWARD, HAMILTON & SCRIPPS
1220 San Diego Trust & Savings Bldg.
San Diego 1, California
Phone: BElmont 9-9244

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

      -vs-

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

            Defendants.

NO. 1247-SD-C

AFFIDAVIT OF SERVICE

BY MAIL

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

    Maxine J. Norris, being first duly sworn, deposes and
says:

    That she is a secretary employed in the office of LUCE,
FORWARD, HAMILTON & SCRIPPS, 1220 San Diego Trust & Savings
Bldg., San Diego, California, is over 21 years of age, is a
citizen of the United States of America and a resident of
San Diego, California, and is not interested in the above
entitled action.

    That on November 7, 1960, affiant deposited in the United
States Post Office at San Diego, California, two envelopes with
sufficient postage thereon, each containing one true copy of
Request for Admissions in the United States District Court,
In and for The Southern District of California, Southern
Division, in the Case of UNITED STATES OF AMERICA -vs- FALLBROOK
PUBLIC UTILITY DISTRICT, a public service corporation of the
State of California, et al., No. 1247-SD-C.

6053

LAW OFFICES
LUCE, FORWARD, HAMILTON & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

*copy recd*

1    That each envelope with its contents was addressed to

2  William H. Veeder, his proper addresses, to-wit:

3    William H. Veeder, 325 West F Street, San Diego 1,

4  California and William H. Veeder, c/o J. Lee Rankin,

5  Solicitor General, Department of Justice, Washington, D. C.,

6  attorney for UNITED STATES OF AMERICA.

7    That there is daily mail service between the point of

8  mailing and the point of delivery and that the return address

9  of attorneys for defendants was plainly endorsed in the upper

10  left hand corner of said envelope.

11

12

13

14    SUBSCRIBED and SWORN to before me this 7th day of

15  November, 1960.

16

17  Notary Public in and for said
    County and State  GERALDINE A. DAVIS

18

19  My Commission expires:

20        My Commission Expires April 8, 1962

21

22

23

24

25

26

27

28

29

30

31

32

LAW OFFICES
LUCE, FORWARD, HAMILTON & SCRIPPS
SUITE 1200 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA