LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RAndolph 8-1154

Attorneys for **Defendants**

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

NOV 16 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                Plaintiff, )
   vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
                Defendants. )

No. 1247-SD-C

MOTION FOR SUMMARY JUDGMENT

      Defendants CHARLES F. SILL and PAULINE H. SILL, THEODORE F. JENNINGS and JANICE B. JENNINGS, FRED J. STENTON and FLORENCE M. STENTON, GORDON W. MONFORT, HOUSTON H. BOUSLOG and ROBERT W. KELLER, RAY G. PETERS and GLADYS P. PETERS, RICHARD L. HAYES and GRACE E. HAYES move the Court as follows:

      1. That it enter, pursuant to rule 56, Federal Rules of Civil Procedure, a summary judgment in favor of each of the above-named defendants for the relief demanded in the SECOND AFFIRMATIVE DEFENSE pleaded in the Answer of each of said defendants, to wit, that each of said defendants is the owner of lands riparian to the Santa Margarita River or its tributaries, by reason of a valid reservation of riparian rights contained in grant deeds from each of said defendants to Fallbrook Public Utility District. The text of each such reservation is set forth in full in the Memorandum of Points and Authorities hereunto

- 1 -

6057

Copy Rec'd.

attached.

2. If summary judgment is not entered in favor of defendants as to each such SECOND AFFIRMATIVE DEFENSE for all the relief therein prayed for, then that the Court at such hearing on this motion by examination of the pleadings and evidence before it, and by interrogating counsel, determine what facts alleged in such SECOND MATERIAL DEFENSES are actually and in good faith controverted, and thereupon make such order directing further proceedings in connection therewith as are just.

3. This motion is made on the ground that there is no genuine issue as to the question of whether or not the above-named defendants have riparian rights in the Santa Margarita River system, and that defendants are entitled to judgment that they have such rights as a matter of law.

4. This motion will be based upon the Memorandum of Points and Authorities hereunto attached, and all the files, records, evidence and pleadings in the case.

Dated: November 14, 1960.

SACHSE and PRICE

by _____
Attorneys for Defendants
(named)

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

6058