ENTERED
APR 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

FILED
NOV 23 1960
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | INTERLOCUTORY JUDGMENT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | No. 19 |
| Defendants. | ) | |

On 11/22/60 Honorable James M. Carter, Judge, having considered the mandate of the Court of Appeals remanding this cause for trial with a direction for the joinder of all owners of lands in the watershed of the Santa Margarita River; individual defendants named in Exhibit A, having been served with and receiving a copy of the Complaint and Amendatory and Supplemental Complaint, but not having answered or otherwise appeared in this case, are the apparent owners of those lands appearing in U.S.A.Pl. Exhibit 215-C, with reference to page numbers in Assessor's Plat No. MF- and parcel numbers therein, all as set forth in Exhibit A, it being disclosed by the records in this Court that the lands of the individual defendants above named are neither riparian to the Santa Margarita River nor any of its tributaries, nor overlie any ground water basin of the Santa Margarita River or its tributaries; does hereby enter Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting these defendants:

- 1 -

279

## I

## FINDINGS OF FACT

The Court finds as to the above-named individual defendants hereto as follows:

1. Defendants are the apparent owners of the lands referred to in the above mentioned exhibit.

2. The said lands do not abut upon and are not riparian to any stream.

3. Evidence introduced in the case proves that defendants are not and have no means of diverting or utilizing the waters of the Santa Margarita River or its tributaries other than those which might be delivered to them by the Fallbrook Public Utility District or through some public agency of the State of California; all waters underlying the lands of said defendants being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The United States of America claims no right and has no right, title or interest in or to the above-mentioned vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

5. The use by the defendants of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, has not and will not cause the intrusion of salt water into the underground basins of Camp Pendleton and does not injure nor threaten to injure the plaintiff.

## II

## CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law:

1. The above-named defendants have no rights to the use of

the waters of the Santa Margarita River or its tributaries.

2. The rights of the United States of America, and all other parties in this action having rights, to the use of the waters of the Santa Margarita River and its tributaries, as such rights are, or may hereafter be determined by this Court, shall be foreverquieted against any and all adverse claims of the above-named defendants.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, have no rights in or to any of the waters underlying the lands of the above-named defendants, those waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the above-named defendants to the use of the vagrant, local, percolating waters underlying defendants' lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, shall be forever quieted against any and all adverse claims of the plaintiff herein.

III

INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The above-named individual defendants are the apparent owners of the lands referred to in the exhibit alluded to above.

2. The above-named individual defendants have no right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

3. The United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface

- 3 -

281

stream or sub-surface basin of the Santa Margarita River or its tributaries.

4. The rights of the United States of America and all other parties in this action having rights in and to the waters of the Santa Margarita River and its tributaries, as they are hereinafter adjudicated, decreed and determined by this Court, shall be and they are forever quieted against any and all adverse claims of the defendants, their successors, administrators, executors and assigns, and the defendants and each of them, and their successors, administrators, executors and assigns are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries.

5. The rights of the above-named individual defendants and each of them to the use of the waters underlying defendants' above-described lands, all such waters being vagrant, local, percolating, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, are forever quieted against any and all adverse claims of the United States of America and all other parties in this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to such vagrant, local, percolating waters underlying defendants' above-described lands, those percolating waters not being a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries, adverse to defendants herein.

6. The Findings of Fact, Conclusions of Law and Interlocutory Judgment, are not applicable to and do not in any way pertain to the respective correlative rights among themselves of the parties to this cause in regard to the use of the vagrant, percolating, local waters underlying the lands of the parties, these vagrant, percolating, local waters not being a part of any surface stream or sub-surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

- 4 -

7. The above set forth Findings of Fact, Conclusions of Law and Interlocutory Judgment do not relate to the rights to the use of water, if any, of the Fallbrook Public Utility District in and to the waters of the Santa Margarita River and its tributaries. These Findings of Fact, Conclusions of Law and Interlocutory Judgment relate solely to the respective claims of the United States of America and the individuals named in the Interlocutory Judgment. The issue of the rights to the use of water, if any, of the Fallbrook Public Utility District will be separately tried.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: 11-22-60

JAMES M. CARTER
Judge, United States District Court

EXHIBIT A

| | Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|---|
| | Barbara L. McCullough and William C. McCullough | 1-E 1-G | 81 9 |
| | Margaret E. Carmichael and William Carmichael | 1-G | 14 |
| | Elizabeth E. Gleason and Roger A. Gleason | 1-J | 132 |
| | Velma E. Smith and William J. Smith | 1-J | 133 |
| | Myrtle E. Sayre and Charles D. Sayre | 1-L | 1 |
| | Beatrice Parmelee and Robert W. Parmelee | 1-L | 2 |
| | Effie E. Pritchard and Gilbert C. Pritchard | 1-L | 23 |
| | Margaret L. Nicoll and Robert B. Nicoll | 1-L | 27 |
| | Jean K. Evans and Berne H. Evans, Jr. | 1-M | 2X1 |
| | Florence M. Meinke and Theodore Meinke | 1-M | 9 |
| | Cecile J. Rossiter and Milton Rossiter | 1-M | 10 and 14 |
| | Ora J. Peterson and Erwin A. Peterson | 1-M | 13X1 |
| | Viola Orcutt and Dana F. Orcutt Ellis J. Orcutt and Hazel Orcutt | 1-M | 15X4, 15A and 15C |
| | Helen McIntrye and W. L. McIntrye | 1-M | 19A |
| | Eva K. Lind and Robert Lind | 1-IA | 4 |
| | Alice Emmons and Wayne Emmons | 1-IA | 10X1 |
| | Fred B. Daily Helen M. Daily and Ross W. Daily | 1-IA | 11 |
| | Maude E. Gilchrist | 1-IA | 13 |
| | Clara R. Dyron and George R. Dyson | 1-IA | 17 |

— 1 —

284

GPO 16—20995-1

EXHIBIT A

| | Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|---|
| 3 | Dolores K. Phillips and Bruce P. Phillips | 1-IA | 20 |
| 4 5 | Southern California Association of 7th Day Adventists | 1-KA | 44 |
| 6 | ~~T. W. Lillie~~ | ~~1-HA~~ | ~~45~~ |
| 7 8 | Christa Rohde and Gerhard Rohde | 1-KA | 47X1 and 48X1 |
| 9 | Roy J. Vander and Elizabeth P. Vander (Philbrick) | 1-QA 1-KA | 179 49A and 49B |
| 10 11 | Dorothy M. Underwood and E. L. Underwood | 1-LA | 12A |
| 12 | Frank L. Clyde and Wert S. Clyde | 1-NA | 45 |
| 13 | Pearl E. Adams | 1-NA | 56 |
| 14 | Francis W. Bartlett, Jr. Paul D. Bartlett | 1-OA | 109, 110 |
| 15 16 | Tess M. Jackson and Andrew C. Jackson | 1-OA | 73 and 74 |
| 17 | Dorothy M. Kindell and William M. Kindell | 1-OA | 84, 85, 86 and 87 |
| 18 | Margell & James W. Freeman, Jr. | 1-OA | 97 |
| 19 20 21 | M. Tallam Westfall and Victor B. Westfall | 1-PA 1-QA | 132, 133, 151, 152, 153, 154, 155, 156, 157 and 190 |
| 22 23 | Jessie Kate Eldridge | 1-PA | 144 |
| 24 | Ethel M. McDonald and William J. McDonald | 1-PA | 162X1 |
| 25 26 | Frances M. Wedeking and Virgil M. Wedeking | 1-PA | 162A |
| 27 | Gertrude T. Casteel and John P. Casteel | 1-QA | 184 |
| 28 29 | Mabel S. Francis and Sequoyah Francis | 1-QA | 186 |
| 30 | Pine Tree Lumber Co | 1-QA | 187 |
| 31 | H. Louise Garland | 1-QA | 190 |
| 32 | Julia M. Anguiano and Santiago P. Anguiano | 1-RA | 195 |

- 2 -

285

| Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|
| Bishop of the Protestant Episcopal Church in Los Angeles | 1-RA | 213 |
| Rhea F. Vaught and Roy L. Vaught | 1-SA | 218 |
| Mary M. Kennedy and Royce W. Kennedy | 1-TA | 230 and 232 |
| Alice Ruth Poston and Tolbert A. Poston | 1-UA | 238X1 and 246 |
| Louise C. Ryan | 1-VA | 251 |
| Alta M. Ray and Elmer S. Ray | 1-VA | 261 |
| Cynthia Cruzan and John S. Cruzan | 1-VA | 268 |
| Eldred L. Elser and Sellers R. Elser | 1-VA | 284 |
| Marie E. Segina and John W. Segina | 1-VA | 286 |
| Jean E. Hetrich and Laurence W. Hetrich | 1-VA | 294 |
| Sylvia Sharp Brooks and Oscar Brooks | 1-VA | 301 |
| Watchtower Bible & Tract Society | 1-VA | 308 |
| Betty Lou and Ralph M. Sayre | 1-VA | 323 |
| Eloise L. & Leland H. Pollock | 1-VA | 324 |
| Mildred L. Fall and Charles H. Fall | 1-WA | 339 |
| Mary E. Taylor and Harold L. Taylor | 1-WA | 340 |
| Eveline C. Brown and Clarence A. Brown | 1-WA | 341 |
| Mary H. Hill and William H. Hill | 1-XA | 4 |
| Emma A. Murry and James K. Murry, Jr. | 1-XA | 5 |
| Laura Mae Johnston and Lonnie T. Johnston | 1-XA | 9X1 |
| William B. Nelson | 1-XA | 10 |

- 3 -

| Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|
| Harriette N. Fox Gwen M Lhamon and William H. Lhamon | 1-XA | 11 |
| Edna G. Hendricks and William C. Hendricks | 1-XA | 24AX1 |
| Ralph L. Estrada and Linda G. Johnson | 1-XA | 24A1 |
| Catherine M. Havins and Lindsey H. Havins | 1-P 1-ZA | 54A 28 |
| Donna C. Kaeding and Gradon H. Kaeding | 1-ZA | 26 |
| Arlan H. Peterson | 1-ZA | 25 |
| John R. Sorbo and Myron Kaminar | 1-ZA 1-Q | 1, 2, 8A2 and 11A 59X1 |
| Ruth E. Blount and E. Blount | 1-ZA | 8A1, 9X1 and 10A |
| Virginia M. Thompson and Echum Thompson | 1-ZA | 17 |
| Cleta I. Hostetter and Carroll I. Hostetter | 1-YA | 8 and 9 |
| Hazel A. Benton | 1-DA 1-AB | 13A 1X1 |
| Lila R. Horn and James M. Horn | 1-AB | 4 |
| Ruth A. Wallace and Donn D. Wallace | 1-AB | 7 |
| Norma Gaines and John T. Gaines | 1-BB | 9 |
| Madelyn Risher and Arthur J. Risher | 1-X | 1X2 and 1G5 |
| Ruth Gant and C. H. Gant | 1-Y | 21 |
| Dorothy E. Robinson and Richard G. Robinson | 1-Y | 23 |
| Rae M. Roll and Lloyd D. Roll | 1-Y | 24 |
| Marion F. Clemmens | 1-Z | 39 |
| Florence D. Clemmens | 1-Z | 41X2 |
| Elizabeth C. Fry | 1-Z | 41B and 42X2 |

- 4 -

287

| Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|
| Juanita L. Hoppes and Earl J. Hoppes | 1-BA | 56 |
| Ader Weber and Ernest Weber | 1-CA | 76 |
| Juanda L. Hedlund | 1-CA | 83 |
| Estella Galloway and Ermin Galloway | 1-CA | 85 |
| Charles E. Swisher Post, No. 1924 Veterans of Foreign Wars | 1-CA | 86 |
| Ethel B. Bernardin and Emile E. Bernardin | 1-CA | 96 |
| Marion G. Griffin and John H. Griffin | 1-BB | 158X1 |
| Celia E. Jacobson | 1-D | 7 |
| Gale Houston Saverien | 1-C | 19 |
| June Mason and Billy B. Mason | 1-D | 30 |
| Charles N. Cain and Joelva Cain | 1-D | 31A |
| John R. Beairsto and Shirley Ann Beairsto | 1-D | 31B |
| Lloyd R. Bolton and Emma C. Bolton | 1-D | 41 |
| Baylis M. McDonald and Opal B. McDonald | 1-½E | 55X1 |
| Earl A. Serry and Betty B. Serry | 1-E | 61, 62, 64, 70X1 and 73 |
| Thresa Budai and Steve J. Budai | 1-E | 69X2, 69A and 69B |
| Donald J. Thomas and Peggy J. Thomas | 1-E | 70A and 72 |
| Andrew J. Imbilli | 1-F | 83 |
| Donald J. Tomlinson and Betty J. Tomlinson | 1-F | 84 |
| Miguel Martinez and Jessie G. Martinez | 1-F 1-G | 95 73B |
| Albert C. LaPointe and Gislaine LaPointe | 1-G | 19 |
| William A. Alexander | 1-G | 22 |

288

- 5 -

| | Name | Page Number in MF- of U.S.A.Pl. Exhibit 215-C | Parcel Number in MF- of U.S.A.Pl. Exhibit 215-C |
|---|---|---|---|
| 1 | | | |
| 2 | Reba M. Judd and Russell J. Judd | 1-P | 44 |
| 3 | Mavis Mounts Leadbeter | 1-Q | 64 |
| 4,5 | Alvin Matteson and Dorothy Matteson | 1-Q | 73X2 |
| 6,7 | The Corp. of the Presiding Bishop of the Church of Jesus Christ of Later Day Saints | 1-R | 79 and 84 |
| 8 | Jerry H. Funk and Beatrice Funk | 1-R | 86 |
| 9,10 | Robert F. Hyams and Anabell Hyams | 1-R | 91 and 93 |
| 11 | E. R. Powell and Ruthanna Powell | 1-R | 92 |
| 12,13 | Donald B. Whitcomb and Patience L. Whitcomb | 1-S | 114 |
| 14 | James Cross and Geraldine Cross | 1-S | 125 |
| 15,16 | Irvin T. Brown and Clara R. Brown | 1-S | 127 |
| 17 | Dewey Orcutt and Bessie B. Orcutt | 1-T | 141 |
| 18,19 | Raymond Adlfinger and Wilhelmina Adlfinger | 1-T | 144 |
| 20 | L. A. Strout Realty Agency | 1-T | 156 |
| 21 | Odin C. Knutson and Martha R. Knutson | 1-T | 162 |
| 22,23 | Herbert M. Burton Ernest A. Goldenfield and Paul A. Garfinkle | 1-V & U | 178 |
| 24 | United Avocado Growers | 1-U & V | 184 (Par 12 of Sed.26) |
| 25,26 | Max H. Schober and Elsie M. Schober | 1-W | 187 |
| 27 | Velma Peterson, Executrix, Estate William B. Appleford | 1-W | 191 |

- 6 -

289