**FILED**

NOV 23 1960

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Dep.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br><br>        Defendants. | No. 1247-SD-C <br><br> NOTICE OF COURT'S INTENTION TO CONTINUE HEARING SET DECEMBER 1 and 2, 1960 <br> TO <br> DECEMBER 8 and 9, 1960 |

    Due to the absence of the Court from San Diego on December 1 and 2, 1960, the hearings in the subject case set for those days will be continued on December 1, 1960, by order filed in open court on December 1, 1960, and verbal announcement by the Clerk, to December 8 and 9, 1960, at 10:00 A.M., in Court Room #2, U. S. Court House, San Diego, California.

    At those hearings the following matters will be considered:

1. Rebuttal evidence will be introduced in regard to the geology, ground waters, runoff, and related subjects in Diamond Valley, Domenigoni Valley and the Warm Springs Creek sub-watershed; any other rebuttal evidence which may be offered.

2. The determination of issues and the setting of further hearings in regard to the claims of Fallbrook Public Utility District and any other appropriative claims.

-1-

6055

3. Consideration of matters, if any, relating to the attack by Vail Company upon the Stipulated Judgment.

4. Further evidence, if any, may be introduced and discussions held in regard to the boundaries of the Murrieta-Temecula Ground Water Basin, the tentative area which has been delineated on U.S.A.Pl. Exhibit 15-E.

5. Establishment of procedure for the entering of Interlocutory Judgments respecting lands situated wholly within the basement complex or weathered basement complex, throughout the entire watershed.

6. Establishment of procedure respecting further hearings in regard to lands overlying ground water basins.

7. Consideration of proposed findings in regard to claims concerning which evidence has already been introduced.

8. Consideration of the motion for Summary Judgment filed in connection with lands for which riparian rights are being asserted, pursuant to reservations contained in grant deeds from certain defendants to the Fallbrook Public Utility District.

Dated: 11/23/60

JAMES M. CARTER
JUDGE, UNITED STATES DISTRICT COURT

-2-

6056