UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1247-SD-C- Civil |
| v. | MINUTES OF THE COURT |
| | Date: Dec. 1, 1960 |
| FALLBROOK, etc, et al | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: HAL H. KENNEDY    Reporter: MALCOLM E. LOVE

Counsel for Plaintiff: NONE APPEARING

Counsel for Defendant: NONE APPEARING

PROCEEDINGS: Further Court trial and Hearing motion of the Schloss Estate for substitution of attorneys.

Court trial called; Ordered that the above proceedings are continued until Dec. 8, 1960, at 10 A.M.

6064

JOHN A. CHILDRESS, Clerk

By _____
Deputy