UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| U.S.A. | ) | No. 1247-SD-C Civil |
|---|---|---|
| v. | ) | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | ) | Date: _ _ _ _ Dec. 8, 1960 _ _ |
| | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ District Judge

Deputy Clerk:_WILLIAM W. LUDDY _ Reporter: _ _JOHN SWADER_ _ _

Counsel for Plaintiff: WILLIAM VEEDER, DONALD REDD _ _ _ _ _ _

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD,

PROCEEDINGS: FURTHER COURT TRIAL, HRG MOTION OF SCHLOSS FOR SUB OF ATTY.

At 10:15 A.M. convene herein.
Fred Kunkle is recalled, and testifies further.
Exs. Nos. 274, 274A and 274 B are marked and received.
Ex. No. 58A is marked and received.
Ex. No. 58B is marked.
At 11:15 A.M. recess, and at 11:25 A.M. reconvene.
Witness Kunkle testifies further.
At 12, noon, recess to 1:45 P.M.
At 2 P.M. reconvene.
Witness Kunkle testifies further.
Exs. 58-34 thru 63 are marked and received.
Ex. No. 58-B is received.
At 3:05 P.M. recess and at 3:20 P.M. reconvene.
Clyde Christensen is called, and testifies on own behalf and on behalf of deft Searle.
DEFENDANT SEARLE Rests.
Exs. Nos. 275, 275A and 275 B are marked.
At 4:30 P.M. recess to 9:30 A.M. Dec. 9, 1960 for the further court trial herein.

JOHN A. CHILDRESS, Clerk

By_____
            Deputy

6103