UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

```
U.S.A.                     )   No. 1247-SD-C   Civil
                           )
                           )   MINUTES OF THE COURT
     v.                    )
FALLBROOK, etc., et al     )   Date:  Dec. 9, 1960
                           )
                           )   At: San Diego, California.
```

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: _ _ _ JOHN SWADER

Counsel for Plaintiff: _ _ WILLIAM VEEDER, AND DONALD REDD _ _

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED K GIRARD
                       WALTER G. LINCOLN

PROCEEDINGS:    FURTHER COURT TRIAL, AND HEARING MOTION FOR SUB ATTY.

At 9:30 A.M. convene.
IT IS ORDERED that Attorney Veeder file a brief and serve on counsel on the matter of regulations.
IT IS ORDERED that Attorney Sachse submit a memo on proposed agenda for future hearings.
Court states proposed findings as to Domenigoni Valley, and IT IS ORDERED that Attorney Sachse prepare findings and submit to Mr. Veeder.
Exs. Nos. 275 and 275 A are marked and received.
IT IS ORDERED that Col Bowen discontinue work on irrigibale acreage in the Basement Complex area.
AT 4 P.M. IT IS ORDERED cause is continued to Jan. 31, 1960, at 2 10 A.M. for further Court trial, and hearing motion of mmhmkhs Schlods for sub of atty.

JOHN A. CHILDRESS, Clerk

By _ _ _ _ _ _ LUDDY _ _ _
                  Deputy

6104