```
                                                FILED
                                                DEC 15 1960
                                           CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        BY _____
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff                   )    No. 1247-SD-C
                                        )
    v.                                  )    AFFIDAVIT OF SERVICE BY MAIL
                                        )
FALLBROOK PUBLIC UTILITY DISTRICT,      )
et al.,                                 )
                                        )
            Defendants                  )

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF SAN DIEGO     )

    Richard C. Stoll, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, on December 12, 1960, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, a copy of

    NOTICE OF TIME AND PLACE OF HEARING OBJECTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW RE RAINBOW CREEK WATERSHED, DATED November 22, 1960

and, a copy of

    FINDINGS OF FACT AND CONCLUSIONS OF LAW RE RAINBOW CREEK WATERSHED, dated January    , 1961

```
 7  addressed to the last known addresses of the persons listed in Exhibit A,
 8  attached hereto and made a part hereof;  that there is delivery service by
 9  United States Mail at each of the places so addressed, or there is regular
10  communication by mail between the said place of mailing and each of the
11  places so addressed.
```

*[Signature: Richard S. Hoff]*

Subscribed and sworn to before me

this ___15th___ day of December, 1960

*[Signature: Margaret B. Cooke]*
Notary Public in and for said
County and State

(SEAL)

My commission expires:  June 3, 1962

-2-

6106

## RAINBOW CREEK WATERSHED

Merle C. & Juanita L. Adkins
   Atty - Sachse & Price

American Trust Co.,
   Atty - Bates, Booth & Gray
   Binkley & Pfaelzer

Martin A. & Elizabeth Anderson
12802 E. Westminister Ave.
Santa Ana, Calif.

Ray E. & Ruth C. Badger
P.O. Box 926
Rancho Santa Fe, Calif.

Donald B. & Florence L. Baldwin
Rt. 2, Box 172-A
Fallbrook, Calif.

Bank of America
   Atty - Hugo A. Steinmyer &
   Winfield Jones

Harold W. & Marcella C.R. Barkow
215 S. Wisconsin
Fallbrook, Calif.

Clerk C. & Betty B. Barnes
Rt. 2, Box 189-A
Fallbrook, Calif.

Franklin L. & Alice G. Barnes
P.O. Box 926
Rancho Santa Fe, Calif.

Matt Barr
   Atty - Sachse & Price

Bates, Booth & Gray, Binkley &
Pfaelzer
458 South Spring St.
Los Angeles 13, Calif.

Lloyd & Alma Beattie
Rt. 2, Box 225
Fallbrook, Calif.

George & Nina Beausoleil
Temecula Road
Pala, Calif.

Justina R. Beck
Rt. 2, Box 189
Fallbrook, Calif.

Charles H. & Carlotta Berry
929 Riverview Drive
Fallbrook, Calif.

Best, Best & Krieger
Evans Building
Riverside, Calif.

Albert D. & Petrona D. Boosing
Rt. 2, Box 229-B
Fallbrook, Calif.

Jesse Sheldon & Ida Boren
Route 2, Box 167
Fallbrook, Calif.

Houston H. Bouslog
   Atty - Sachse & Price

Forest J. Brady
1088 Laguna Drive
Carlsbad, Calif.

Loren S. & Lois J. Bremseth
Rt. 2, Box 163-A
Fallbrook, Calif.

Richard A. Bremseth
Rt. 2, Box 163
Fallbrook, Calif.

Donald Harris & Marion Louise Brittingham
1044 S. Euclid Ave.
San Gabriel, Calif.

Kenneth Brittingham
P.O. Box 1
Cedar Glen
San Bernardino County, Calif.

LeRoy & Dora Bell Brittingham
3350 Thelma Ave.
Los Angeles 32, Calif.

John E. Brown
2257 Clinton Lane
Las Vegas, Nevada

Kenneth O. & Helen L. Brown
Route 2, Box 188-A
Fallbrook, Calif.

Rollin & Dorothy S.F. Brown
Rt. 2, Box 174
Fallbrook, Calif.

6107

EXHIBIT "A"

Robert M. Brunson  
P.O. Box 971  
Escondido, Calif.

Albert G. Burbank  
132 E. Olive  
Gardena, Calif.

Ora L. & Adele E. Burch  
Route 2, Box 188  
Fallbrook, Calif.

Ernest P. & Alice M. Burley  
612 Fremont  
South Pasadena, Calif.

Busch & Maroney  
367 North 2nd Ave.  
Upland, Calif.

J. C. Sr. & Clara J. Buttner  
Route 2, Box 216-A  
Fallbrook, Calif.

Hilda R. Buttress  
3452 Knollcrest Ave.  
Los Angeles 43, Calif.

A. C. Byer  
Rt. 2, Box 211A  
Fallbrook, Calif.

Frank R. Capra &  
Lucille W. Capra  
   Atty - Swing, Scharnikow &  
   Staniforth

Levi L. & Grace F. Carlile  
5729 Grand  
Riverside, Calif.

Lawrence R. & Paula Gillett Carter  
   Atty - George M. Pierson

Arthur B. & Helen Murphy Caughlan  
Rt. 2, Box 229C  
Fallbrook, Calif.

Clarence C. & Alice Chandler  
Helena, Calif.

Harry A. & Sybil E. Chapman  
   Atty - Sachse & Price

James R. & Kathleen P. Chess  
   Atty - Sachse & Price

John & Carol Joan Cianfrini  
Rt. 2, Box 202-A  
Fallbrook, Calif.

James F. & Dorothy B. Clemons  
   Atty - Sachse & Price

Lewis M. & Helen W. Cleveland  
Rt. 2, Box 162  
Fallbrook, Calif.

E. E. & Edna E. Clouse  
Route 2, Box 196  
Fallbrook, Calif.

F. Robert Clugage  
85 Pear Blossom  
Little Rock, Calif.

Ina L. Clugage  
Box 94  
Little Rock, Calif.

John Lucien Clugage  
Box 94  
Little Rock, Calif.

Charles J. & Carrgii Carroll June Coast  
Rt. 2, Box 214  
Fallbrook, Calif.

Connecticut Mutual Life Ins. Co.  
   Atty - Luce, Forward, Kunzel &  
   Skripps.

Theodore Connely  
Rt. 2, Box 212  
Fallbrook, Calif.

Continental Auxiliary Co.  
   Atty - Hugo A. Steinmeyer &  
   Winfield Jones

Corporation of America  
   Atty - Christopher M. Jenks and  
   Orrick, Dahlquist, Herrington &  
   Sutcliffe

6108

Roy H. & Flora H. Costello
   Atty - Sachse & Price

Gertrude Crabtree
Route 2, Box 196
Rainbow Canyon Road
Fallbrook, California

David S. & Constance L. Crawford
Rt. 2, Box 234
Fallbrook, Calif.

Herbert H. Culling
Rt. 2, Box 181-A
Fallbrook, Calif.

Louis Turley Culling
5504 Ventura Canyon Ave.
Van Nuys, Calif.

Ross W. & Helen M. Daily
P.O. Box 215
Temecula, Calif.

James L. Dameri
482 Duboce St.
San Francisco, Calif.

Robert L. Dameri
482 Duboce St.,
San Francisco, Calif.

LeCompte & Edythe G. Davis
2755 Raymond Ave.
Los Angeles, Calif.

William N. & Mary E. Davis
1805 Davis Drive
Fallbrook, California

William H. Deniston
140 W. Ellis Ave.
Inglewood, Calif.

Edward R. & Florence L. Dennler
Rt. 2, Box 174-A
Fallbrook, Calif.

Everett S. & Darlene M. Dennler
Rt. 2, Box 174-B
Fallbrook, Calif.

W. B. Dennis
Route 1, Box 55
Fallbrook, Calif.

Dept. of Veterans Affairs
State of California
1227 "O" Street
Sacremento 7, Calif.

~~Walter & Mary Dethlefs~~
~~410 So. Main St.~~
~~Fallbrook, Calif.~~

Arno H. & Data Ehrig
   Atty - Sachse & Price

Harry E. & Charlotte M. E. Emery
Route 2, Box 192
Fallbrook, Calif.

Fallbrook Public Utility Dist.
   Atty - Sachse & Price

Howard N. & Hildegard T. Farmer
1001 E. Alvarado
Fallbrook, Calif.

Farmers Home Administration
State Director
Room 21, Chamber of Commerce Bldg.
San Diego 1, Calif.

Frank W. & Ellen T. Fowler
11908 Old River Road
Downey, Calif.

Tempe C. Frick
   Atty - Best, Best & Kreiger

Nettie E. Frye
Rt. 2, Box 180
Fallbrook, Calif.

Ernie & Florence Gagliano
Raymond & Florene Gagliano
12067 Peach
Lynwood, Calif.

Margaret Laurette Eachel Gallacher
As Trustee under the Will of
  Margaret Laura Eachel, deceased.  6109
    Atty - Harry E. Teasdall

Mark & Margaret Laurette Gallacher
   Atty - Harry E. Teasdahl

Clarence H. & Kathryn S. Gardner
Route 1, Box 140
Winterwarm Road
Fallbrook, Calif.

Johnie & Elizabeth S. Garner
Rt. 2, Box 189-B
Fallbrook, Calif.

Alexander Chika de Arocha
   Atty - Sachse & Price

Fred Girard
Deputy Attorney General
Library & Courts Bldg.
Sacremento, Calif.

Arnold Glindset
10631 Snyder Road
La Mesa, Calif.

Gordon & Anne C. Goodwin
Route 2, Box 159
Fallbrook, Calif.

Clifford T. & Hilda I. Gossman
c/o Tim's Tiny Acres
Route 2, Box 194
Fallbrook, Calif.

Agnes Bell Graham
Box 541
Fallbrook, Calif.

William Clark & Anita A. Greer
5855 Live Oak Lane
Redding, Calif.

William F. Gudman
P.O. Box 541
Fallbrook, Calif.

Thomas & Alice K. Gurney
1051 Riverview Drive
Fallbrook, Calif.

John M. & Dorothy B. Gustin
P.O. Box 531
Fallbrook, Calif.

Carl N. & Hester M. Halde
   Atty - Tom Halde

~~Tom Halde~~
~~1006 Santa Barbara St.~~
~~Santa Barbara, Calif.~~

E. W. & Irene C. Hamberger
4220 Miraleste Drive
San Pedro, Calif.

E. W. & Nellie M. Hamilton
   Atty - Sachse & Price

John A. & Bessie B. Hampton
Route 2, Box 185
Fallbrook, Calif.

C. C. & Viva Hanes
   Atty - W. B. Dennis

William F. & Bertie B. Hanes
   Atty - W. B. Dennis

W. B. & Trixie Haney
1264 E. Alvarado St.
Fallbrook, Calif.

George R. & Zurlene Harris
1083 Heil Ave.
El Centro, Calif.

S. H. & Mabelle E. Harris
845 San Marino Ave.
Montebello, Calif.

Dawn Ann Harvey
2918 Daneland Ave.
Lakewood, Calif.

Elizabeth M. Hass
10421 Pounds Ave.
Whittier, Calif.

Stephen J. Hathaway
521 South Horne
Oceanside, Calif.

William D. & Erna G. Hayes
   Atty - Sachse & Price

6110

-4-

George C. & Gertrude B. Henry
5980 Carlsbad Blvd.
Carlsbad, California

Benjamin A. Hitt
P.O. Box 284
Santa Clara, Calif.

Robert Thomas Hitt
120 25th St.
Newport Beach, Calif.

William H. & Ruth A. Hitt
Route 2, Box 176
Fallbrook, Calif.

Violet P. Homes, Guardian of
Ardyth Louise Lattimer & Eugene
Near Swearingen
    Atty - P. W. Willett

L. Neal & Frances K. Hook
    Atty - Sachse & Price

Annie Hostetter
    Atty - Sachse & Price

Glenn & Helen Hovenden
124 Green Canyon Road
Fallbrook, Calif.

Clentie G. & Birdie M. Howard
    Atty - Busch & Maroney

Ida E. Howell
7247 Blackton Drive
La Mesa, Calif.

Albert J. & Eunice M. Huber
Box 182
Fallbrook, Calif.

William E. & Vera E. Ingalls
Rt. 2, Box 214
Fallbrook, Calif.

Bianca Inhelder
211 Potter Rd.
Fallbrook, Calif.

Herbert E. & Gertrude A. Jago
Rt. 2, Box 145
Fallbrook, Calif.

Christopher M. Jenks, and Orrick,
Dahlquist, Herrington & Sutcliffe
405 Montgomery Street
San Francisco 4, Calif.
Attn: Christopher M. Jenks

Clarence E. Johnson
2276 Hickory St.
San Diego 3, Calif.

Henrietta May Johnson
595 East Colorado Ave.
Pasadena, Calif.

Vendit L. & Genevieve S. Johnson
822 W. 6th St.
San Pedro, Calif.

Walfred E. & Selma A. Johnson
424 S. Gaffey St.
San Pedro, Calif.

Robert H. Keller
    Atty - Sachse & Price

Eveline Kennedy
1282 Vereda Barranca
Vista, Calif.

G. Norman Kennedy
Room 415
234 East Colorado St.
Pasadena, Calif.

Byron S. & Margaret Kipp
206 San Miguel
Lemon Grove, Calif.

Lawrence & Margurite Kirk
1191 Riverview Drive
Fallbrook, Calif.

M. W. & Helena Knight
    Atty - Sachse & Price

T. Gale & Mildred I. Knight
    Atty - Sachse & Price

8111

W. E. Knight
   Atty - Sachse & Price

Charles L. & Lenora G. Krafft
404 Glenmont Drive
Solano Beach, Calif.

I. N. & Beth L. Kraushaar
323 N. Hiatt
La Habra, Calif.

Laguna Federal Savings and
Loan Association
222 Ocean
Laguna Beach, Calif.

Land Title Ins. Co.
225 Broadway
San Diego 12, Calif.

Blaine W. Lanterman
Route 2, Box 187
Fallbrook, Calif.

Isabelle Zora Larsen
Route 2, Box 169
Fallbrook, Calif.

Ardyth Louise Lattimer
   Atty - XXXXXXXXXXXX
       P. W. Willett

Harry F. Lillie
Route 1, Box 143
Olalla, Washington

Ernest M. & Julia K. Lincoln
   Atty - Best, Best & Kreiger

Orville A. & Charlotte L. Lindell
1039 West 190th St.
Gardena, Calif.

~~Luce, Forward, Kunzel & Scripps~~
~~1220 San Diego Trust & Savings~~
~~San Diego 1, Calif.~~
~~Attn: Robert E. McGinnis~~

John C. & Dorothy A. Ludy
Box 541
Fallbrook, Calif.

Rhoda Ann Ludy
P.O. Box 465
Pond, Calif.

Alfred E. & Sadie C. Lutze
Route 2, Box 208
Fallbrook, Calif.

F. V. McCracken, Executor
Est. of Frank C. McCracken, Deceased
P.O. Box 552
Fallbrook, Calif.

Baylis M. & Opal McDonald
Rt. 1, Box 414
Fallbrook, Calif.

Jacob A. & Alice Louise McKathnie
47595 Rainbow Canyon
Route 2, Box 191
Fallbrook, Calif.

Geddie W. McKethan, Jr.,
c/o Earl Pearson
1420 Union St.
San Francisco 9, Calif.

Grover C. & Clara E. Mac Donald
Route 2, Box 169
Fallbrook, Calif.

Edward Andrew & Melba Ruth Madden
4633 Compton Blvd
Lawndale, Calif.

Joseph D. Maher Sr., Guardian of
Joseph D., Jr., & Richard C. Maher
3323 Trafford St.
Long Beach, Calif.

Arthur C. & Radee Malette
Route 2, Box 118
Fallbrook, Calif.

Drain M. Marshall
4824 Alger
Everett, Wash.

Ben G. & Blanche E. Martin
   Atty - P.W. Willett &
     William H. Macomber

6112

K. I. & Eulilla Martin
   Atty - W. B. Dennis

Mary C. Medearis
557 E. Alvarado
Fallbrook, Calif.

Metropolitan Water District
of Southern California
306 West 3rd St.
Los Angeles 13, Calif.

Edward & Minnie M. Meyer
1221 West Williams St.
Banning, Calif.

Reuel B. & Halcyon A. Minton
849 Avalon
Stockton, Calif.

Dorothy Moffat
Rt. 2, Box 173
Fallbrook, Calif.

Gordon W. Monfort
   Atty - Sachse & Price

James C. & Mildred A. Morgan
14133 Sylvan St.
Van Nuys, Calif.

Alfred & Julia V. Morris
Route 2, Box 202-A
Fallbrook, Calif.

Billie, Diana, Dorothy &
Harold W. Morris
900 East Erma St.
La Habra, Calif.

Paul D. Mortz
   Atty - W. B. Dennis

Luther H. & Esther C. Moulton
Route 2, Box 231-A
Fallbrook, Calif.

Edwin F. & Barbara J. Nay
1109 S. Escondido Blvd
Escondido, Calif.

George & Mildred L. Needham
458 Walnut Ave.
Arcadia, Calif.

Steven & Mabel L. Nemeth
Route 2, Box 77A
Fallbrook, Calif.

Geneva B. Nicholas
Route 2, Box 235-A
Fallbrook, Calif.

Howard C. Nicholas, Herbert L. Evans,
& William Bell, Jr., Executors of
Estate of William Harry Nicholas
Deceased.
c/o C. W. Bryer
215 W. 7th St.,
Los Angeles 14, Calif.

Ardashes & Anita Juanita Nighohossian
Route 2, Box 119-A
Fallbrook, Calif.

Ichiko Noguchi
Route 2, Box 122
Fallbrook, Calif.

Oceanside Federal Savings & Loan Asso.
716 Mission
Oceanside, Calif.

Oceanside Finance Co.
716 Mission
Oceanside, Calif.

William P. Olmsted
Rt. Box 227-A
Fallbrook, Calif.

Donald K. & Maxine K. Osborne
   Atty - Sachse & Price

Palomar Savings & Loan Asso.
401 E. Ohio
Escondido, Calif.

Thomas V. XX Paulson
   Atty - Sachse & Price

Victor J. & Alma E. Paulson
   Atty - Sachse & Price

Earl O. Pearson
101 S. Stage Coach Lane
Fallbrook, Calif.

Vincent P. & Marian V. Pellanda
Route 2, Box 172
Fallbrook, Calif.

-7-

6113

Ethel S. & Granville C. Pepple  
Route 2, Box 227  
Fallbrook, Calif.

~~Delmar Perigo~~  
~~Box 603~~  
~~Fallbrook, Calif.~~

Mitchell & Emma Perry  
132 West Missouri  
Tucson, Arizona

Katherine K. Peterson  
6565 N. Muscatell  
San Gabriel, Calif.

Grant K. & Beatrice W. Phillips  
P.O. Box 532  
Fallbrook, Calif.

George M. Pierson  
816 Continental Building  
Los Angeles 13, Calif.

Arthur J. & Emilienne Plante  
Route 2, Box 120  
Fallbrook, Calif.

Benjamin F. & Dorothy K. Porter  
Route 2, Box 235  
Fallbrook, Calif.

Adelaide S. Prudden  
1301 W. Sassafras  
San Diego, Calif.

Harley C. & Roberta L. Pyron  
   Atty - Harry E. Teasdall

Jonathan Stickney Radcliffe  
287499 SM USCG, USMS  
Navy 961, Box 18  
FPO, San Francisco

Jack R. & Dorsey W. Ragland  
330 West LaMesa Drive  
Phoenix, Arizona

Floyd W. & Isabella Rail  
230 E. Fallbrook St.  
Fallbrook, Calif.

Rainbow Municipal Water Dist.  
   Atty - W. B. Dennis

George H. & Nellie L. Ramsey  
Rt. 2, Box 164  
Fallbrook, Calif.

A. W. Ray  
   Atty - Sachse & Price

G. R. & Jean M. Reynolds  
Rt. 2, Box 207  
Fallbrook, Calif.

Edgar A. Richards, Jr., & Ruth M. Richards  
Rt. 2, Box 118  
Fallbrook, Calif.

O. Lester & Maude A. Riggle  
   Atty - Sachse & Price

Fred C. & Ruby F. Rodeck  
821 Mulberry  
Brea, Calif

Henrietta Eliot Ross  
Route 2, Box 225-B  
Fallbrook, Calif.

Vern & Nancy Royal  
R.R. 2, Box 171  
Fallbrook, Calif.

Zana A. Royal  
Route 2, Box 171  
Fallbrook, Calif.

Madeline Rusmisell  
Route 2, Box 187  
Fallbrook, Calif.

Merle Rusmisell  
Route 2, Box 187  
Fallbrook, Calif.

Sachse & Price  
1092 South Main St.  
Fallbrook, Calif.

Franz R. & Rowena Sachse  
   Atty - Sachse & Price

6114

-8-

Office of the San Diego County
District Attorney
302 Civic Center
San Diego 1, Calif.
Attn: Milton Milkes, Deputy


San Diego Gas & Electric Co.
861 6th Ave.
San Diego, Calif.


Max Schneider
5058 Klump Ave.
North Hollywood, Calif.


Rowland W. & Daisy D. Schultz
R.R. 2, Box 179
Fallbrook, Calif.


Hugh & Myrtle Harris Scott
8122 San Louis
South Gate, Calif.


John C. & Virginia R. Scott
Rt. 2, Box 194-A
Fallbrook, Calif.


Security First National
Bank of Los Angeles
561 S. Spring St.
Los Angeles, Calif.


Security Title Ins. Co.
940 3rd Ave.,
San Diego, Calif.


Security Trust & Savings Bank
of San Diego
904 5th Ave.
San Diego, Calif.


John L. & Eva M. Semans
Route 2, Box ~~18X~~ 180-A
Fallbrook, Calif.


Jessie L. Shears
829 Wright Ave.
Pasadena, Calif.


Robert V. & Ruth S. Shears
1126 E. Eucalyptus
Inglewood, Calif.


Verne G. & Luella G. Shipley
508 W. Alvarado
Fallbrook, Calif.


George Elmer & Dorothy L. Shoudy
    Atty - Sachse & Price


William A. & Dorothy A. Sim
    Atty - Harry E. Teasdall


Vernon D. & Anna B. Simpson
Rt. 2, Box 193
Fallbrook, Calif.


T. C. & Lorene Snodgrass
Rt. 2, Box 186
Fallbrook, Calif.


Clarence W. & Naomi G. Snow
Route 2, Box 186
Fallbrook, Calif.


Earle E. & Dorothy Soudan
Rt. 2, Box 219
Fallbrook, Calif.


Southern Counties Gas Company
of California
    Atty - Bates, Booth, & Gray,
    Binkley & Pfaelzer


Katharine Speed
    Atty - Sachse & Price


Robert & Alyne Steinberg
Rt. 2, Box 166
Fallbrook, Calif.


John Steinhoff
1401 Monte Vista Drive
Vista, Calif.


Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, Calif.


Fred J. Stenton
    Atty - Sachse & Price


George Arthur & Katherine Jean Stites
2541 Carlsbad
Sacramento, Calif.

-9-

6115

Charles E. Stubblefield, Sr.,
   Atty - P. W. Willet

Ed. M. & Doris Lucille Suderman
   Atty - G. Norman Kennedy

Eugene Neal Swearingen
   Atty - P. W. Willett

Swing, Scharnikow & Staniforth
Suite 604
San Diego Trust & Savings Bank Bldg.
San Diego 1, Calif.
Attn: Phil D. Swing

Harry E. Teasdall
114 North Main Street
Fallbrook, Calif.

Gertrude J. Teel
10903 Theis Ave.
Whittier, Calif.

The Church of Thelma
22917 Pacific Coast Highway
Malibu, Calif.

~~XXXX~~
Glenn M. & Mary T. Thompson
393 N. Maplewood
Orange, Calif.

Max D. & Mattie Thompson
   Atty. - Sachse & Price

Title Investment Service
5141 Crenshaw Blvd.
Los Angeles 43, Calif.

James H. & Julianna M. Townsend
3412 San Antonio Ave.
Claremount, Calif.

Wilfred L. & Laura Howell Traylor
7247 Blackton Drive
La Mesa, Calif.

Ray M. & Juanita Tuttle
1126 Marine Ave.
Wilmington, Calif.

Albert Umino, AKA
Masao Umino
9601 Velare St.
Anaheim, Calif.

Union Title Ins. & Trust Co.
1028 2nd Ave.
San Diego 12, Calif.

United Concrete Pipe Corp.
P.O. Box 425
Baldwin Park, Calif.

Fred W. & Lucille Varney
Helena, Calif.

Patrick A. & Margaret P. Vaughan
Route 2, Box 179-A
Fallbrook, Calif.

John A. & Rosa Vinzant
1422 E. Fallbrook Road
Fallbrook, Calif.

Floyd E. Wade
Box 125
Fallbrook, Calif.

Floyd C. & Grace N. Walker
Rte. 1, Box 709
Escondido, Calif.

Harry F. & Jessie Mae Walters
Box 541
Fallbrook, Calif.

W. Roy & Hazel I. Ware
P.O. Box 108
Whittier, Calif.

Walker M. & Althea O. Ware
1115 25th St.,
Santa Monica, Calif.

James M. Jr., & Marion Warner
Rt. 2, Box 229
Fallbrook, Calif.

~~Iris Dixie Warren~~
   ~~Atty - W. B. Dennis~~

-10-

G116

James & Dorothy C. Warren  
Rt. 2, Box 181-A  
Fallbrook, Calif.

P. W. Willett  
P.O. Box 103  
Fallbrook, Calif.

W. H. & Elizabeth Williams  
525 E. Kalmia  
San Diego, Calif.

Ellen L. Wilson  
c/o Box 541  
Fallbrook, Calif.

Margaret Wisdom  
4121 S. Van Ness Ave.  
Los Angeles 62, Calif.

Howard C. & Lilliam L. Woodrow  
R.F.D. 2, Box 666  
Fallbrook, Calif.

Charles C. & Emma Phoebe Wyatt  
709 W. Duarte Road  
Monrovia, Calif.

Harold D. & Nellie E. Yaple  
    Atty- Sachse & Price

Herbert J. Yaras  
P.O. Box 971  
Escondido, Calif.

Gene R. Yonuschot  
c/o Clifford T. Gossman  
Route 2, Box 194  
Fallbrook, Calif.

Louise Yonoschot  
c/o Clifford Gossman  
Route 2, Box 194  
Fallbrook, Calif.

Chaffee & Lois M. Young  
P.O. Box 926  
Rancho Santa Fe, Calif.

Best, Best & Krieger  
P.O. Box 1028  
Riverside, California

Walter & Mary Dethlefs  
1023 E. Alvarado St.  
Fallbrook, California

Smith, Watling & Brelsford  
1006 Santa Barbara St.,  
Santa Barbara, Calif.  
Attn: Tom Halde

Luce, Forward, Hamilton & Scripps  
1220 San Diego Trust & Savings Bldg.  
San Diego 1, Calif.  
Attn: Robert E. McGinnis

Delmar Perigo  
Box 423 129 S. Vine St.  
Fallbrook, Calif.

Iris Dixie Warren  
P.O. Box 134  
Whittier, Calif.

6117

-11-