MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

Attorneys for Defendant,
James Oviatt

FILED
JAN 10 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *[signature]*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>　　　　Defendants. | Civil No. 1247-SD-C<br><br>MEMORANDUM |

　　　This Memorandum is for the purpose of making a proposed addition to the document entitled "Analysis of Issues and Proposed Order of Proof", in accordance with the request stated therein.

　　　It is the contention of Defendant, James Oviatt, that the Court should make a Finding that water diversions of said defendant, James Oviatt, do not have any appreciable effect on the water of the Santa Margarita stream system available to plaintiff and other riparian owners downstream, from said defendant. In this connection reference is made to Point II B. (Pages 4 and 5) of the Points and Authorities of defendant, James Oviatt, filed herein on March 1, 1960, a copy of which is attached hereto.

C177

It is therefore suggested that the following addition be made to Paragraph IV of the aforesaid document, as follows:

"A further issue is whether the water diversions from the Santa Margarita stream system by land owners above the impervious barrier or dyke at the head of Nigger Canyon on the Vail property, consisting of a concrete dam tied into the foundation to bed rock, had more than an infinitesimal effect on the amount of water available to landowners below said dyke."

Dated: January 9, 1961.

                        Respectfully submitted,

                        MUSICK, PEELER & GARRETT

                        By _____
                        Attorneys for Defendant,
                        James Oviatt

```
STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )
```

I, the undersigned, say: I am and was at all times herein mentioned a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years, and not a party to the within action or proceeding; that my business address is 621 South Hope Street, Los Angeles 17, California; that on January 9, 1961, I served the within Memorandum on the following named persons, by placing a true copy thereof in an envelope, addressed to each, as follows:

STANLEY MOSK, ATTORNEY GENERAL and
FRED GIRRARD, DEPUTY ATTORNEY GENERAL,
Sacramento, California;

SACHSE AND PRICE,
1092 South Main Street,
Fallbrook, California;

BEST, BEST & KRIEGER and
JAMES H. KRIEGER,
4200 Orange Street
P. O. Box 1028
Riverside, California;

WILLIAM H. VEEDER,
Special Assistant to the Attorney General,
Counsel for Plaintiff, United States of America,
U. S. Customs and Court House
San Diego 1, California;

-3-

6179

GEORGE STAHLMAN
Counsel for Defendant,
Vail Company, Inc.

Route 1, Box 235

Fallbrook, California


GEORGE G. GROVER
CLAYSON, STARK & ROTHROCK

Security Bank Building

Corona, California

and by then sealing said envelopes and depositing the same with postage thereon fully prepaid, in a mail box regularly maintained by the Government of the United States in Los Angeles, California, where is located the offices of the attorneys for the person by and for whom said service was made.

That there is delivery service by United States mail at the places so addressed, and there is a regular communication by mail between the place of mailing and the places so addressed.

_(signature)_

Subscribed and sworn to before me this 9th day of January, 1961.

_Leone Marie Riegel_
Leone Marie Riegel
Notary Public in and for said
       County and State
Residing in Los Angeles County

My commission expires July 12, 1964

-4-

6180