(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
234 EAST COLORADO BOULEVARD
PASADENA, CALIFORNIA
SYCAMORE 6-8144
MURRAY 1-6090

Attorney for Defendants, Ed M. Suderman and Doris Lucille Suderman

FILED
JAN 13 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247-SD-C |
| Plaintiff, ) | |
| v. ) | OBJECTIONS TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE RAINBOW CREEK WATERSHED |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL., ) | |
| Defendants. ) | |

NOW COMES Ed M. Suderman, one of the defendants in the above styled cause, and makes objection to the proposed findings of fact and conclusions of law re Rainbow Creek Watershed, by John M. Cranston, Special Master, heretofore filed with this court and noticed for hearing Monday, January 16, 1961, at 10:00 o'clock A.M. at Court Room No. 2 of the United States District Court in the United States Customs and Court House Building, San Diego, California, and as grounds for said objections shows the court that:

1.      Finding XXVII, line 32, page 34, states: "...there is also a reservoir on the highest point of the property with a cpacity of approximately 45,000 gallons; there is no evidence as to present agricultural uses of water on the property."

The engineering report prepared by the office of the Ground Water Resources Marine Corps Base, Camp Pendleton, California, states at page 3 that: "This reservoir has a capacity of approximately 45,000 gallons."

This reservoir has a capacity of approximately 77,800 gallons when filled to within

six inches of its maximum depth. Said reservoir or swimming pool is 30.67 feet wide and 62 feet long with a depth ranging from 3 to 7-1/2 feet, and having an arc at the southerly end thereof measuring 15-1/2 feet in the direction of length, and having a width of 30.67 feet, the apex of such arc being included in the total length of said reservoir or pool of 62 feet.

2.   Both this moving defendant and his counsel were advised by counsel for the government and the other representatives of the government present at one of the hearings before the Special Master that evidence would be introduced to show the agricultural use of said property.

At the time of said survey, and now, there are more than 30 deciduous and citrus fruit trees including some avocados under cultivation on said land. The land is planted to some crops, a truck garden being planted each year, and approximately five acres at the north of the land is planted to grain each year and has been for more than five years last past. The natural growth of trees and bushes on the land is carefully preserved and tended. Certain ground cover is maintained and ornamental plants, shrubs and flowers are planted and cultured on said land.

3.   At line 21, page 34, under proposed Finding No. XXVII, it is stated that "...the waters underlying the small alluvial deposits in the extreme northwesterly corner of the parcel are a parcel or a part of the subsurface flow of Rainbow Creek...".

The engineering report heretofore referred to shows upon the land classification map following page 3 of said report that Rainbow Creek, in fact, flows in a general southwesterly direction for a distance of more than 100 feet directly across the land of Ed M. Suderman and Doris Lucille Suderman, moving defendants herein.

4.   No finding is made with respect to a reasonable water duty in respect of said land. The court's attention is respectfully invited to the request for admission of facts heretofore filed with this court and served upon plaintiff under Rule 36 of Rules of Civil Procedure, which was served upon plaintiff on or about May 15, 1958, the motion of the defendants, Ed M. Suderman and Doris Lucille Suderman, for summary judgment heard by this court on

June 16, 1958, the findings of fact, conclusions of law and memorandum of points and authorities filed in support of said motion, and the proposed judgment order on motion for summary judgment filed by these defendants.

The court's attention is also invited to the stipulation entered into between plaintiff and these defendants and filed with the Special Master, and particularly to stipulations No. 3 and No. 4. Stipulation No. 3 states that: "A reasonable water duty (project duty) for said land is 4.2 acre-feet per acre, per year.", and stipulation No. 4 states that: "Rainbow Creek runs through and upon said described land."

It is respectfully suggested to the court that said project duty for said land is 4.2 acre-feet per acre, per year, and the fact that Rainbow Creek runs through and upon said described land of these defendants is binding and said facts not only have been admitted under Rule 36 but have now been stipulated to and are no longer subject to question under these proceedings.

It is, therefore, prayed that the findings of the Special Master be amended in accordance with the facts set forth in these objections.

Dated: January 12, 1961.

　　　　　　　　　　　　　　　　　／s／ G. Norman Kennedy
　　　　　　　　　　　　　　　　　G. NORMAN KENNEDY
　　　　　　　　　　　　　　　　　Attorney for Defendants, Ed M. Suderman
　　　　　　　　　　　　　　　　　and Doris Lucille Suderman.

STATE OF CALIFORNIA　　)
　　　　　　　　　　　　) SS.
COUNTY OF LOS ANGELES)

ED. M. SUDERMAN being first duly sworn, upon his oath deposes and says: That he has read the foregoing objections to proposed findings of fact and conclusions of law of the Special Master in this matter, and that the facts stated therein are true excepting only the allegations therein in respect of the capacity of the reservoir or swimming pool located

-3-

LAW OFFICES
G. NORMAN KENNEDY
PASADENA, CALIFORNIA

6223

upon his property, and as to such allegations he states upon information and belief that he verily believes them to be true.

                                             *Ed. M. Suderman*
                                             ED M. SUDERMAN

Subscribed and sworn to before me

this __12__ day of January, 1961

_____
Notary Public in and for said County
    and State (SEAL)

-4-

LAW OFFICES
G. NORMAN KENNEDY
PASADENA, CALIFORNIA

6224