**FILED**

JAN 27 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ..................................
                        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
|          Plaintiff, ) | |
| v. ) | AGENDA FOR HEARING |
| FALLBROOK PUBLIC UTILITY ) | COMMENCING |
| DISTRICT, et al., ) | JANUARY 31, 1961 |
|          Defendants. ) | |

      At the hearing set for January 31, 1961, at 10:00 a.m. in Court Room #2, U. S. Court House, San Diego, California, the following matters will be considered:

    1. Hearing before the Special Master regarding Findings of Fact and Conclusions of Law Re Rainbow Creek.

    2. Objections, if any, by landowners in the Lower Murrieta-Santa Gertrudis Creek area to suggested findings by the Court. Also, objections, if any, by landowners in the vicinity of Fallbrook to proposed Interlocutory Judgments.

    3. A hearing before the Court in regard to the claims of defendant James Oviatt.

    4. Introduction of evidence regarding the hydrology and geology in the area above Vail Dam as shown on

6239

-1-


U.S.A. Pl. Exhibit 275. There will also be introduced additional evidence as to the hydrology and geology of Aguanga and Coahuila Valleys.

5. In connection with the issues presented by defendant Oviatt, consideration will be directed to evidence in the record introduced by defendant James Oviatt, defendants Willard H. Allen—Stardust Ranch, defendants Katherine C. Gibbon and William H. Cottle, in support of claims for appropriative and prescriptive rights asserted by those defendants. If defendants Garner L., Flora S. & Walter G. Knox are represented at the hearing, evidence will be taken or arrangements made for taking the evidence respecting the claims of these defendants.

6. Further arguments if desired in regard to the Stipulated Judgment.

7. Arguments respecting the claims of Fallbrook Public Utility District, including the question of the capacity of that entity to appropriate rights to the use of water in the Santa Margarita River for purposes of irrigation under the circumstances which prevail.

8. Consideration of proposed Findings of Fact and Conclusions of Law and Decree respecting the claims to the rights to the use of water from Wilson Creek, Tucalota Creek and Warm Springs Creek and Diamond and Domenigoni Valleys.

-2-

6240

9. Consideration will be given to the Analysis of Issues and Proposed Order of Proof.

10. Further consideration will be directed to defining the exterior boundaries of the Murrieta-Temecula ground water body.

11. Evidence will be introduced bringing to date exhibits already in the record in regard to well measurements and related matters.

All matters set forth above cannot be heard on January 31, 1961. Accordingly, the hearing will proceed through the succeeding days until all of the matters referred to have been taken up by the Court, unless otherwise ordered.

Dated: January 27, 1961.

JAMES M. CARTER
Judge, United States District Court

-3-

6241