



HENRY A. DIETZ, County Counsel
San Diego County

By:   ROBERT G. BERREY and
      JOSEPH KASE, JR., Deputies

302 Civic Center, San Diego 1, Calif.
BE 9-7711, Ext. 451

Attorneys for Defendant Vallecitos
  School District

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al,<br><br>　　　　　　　　　Defendants. | No. 1247-SD-C<br><br>OBJECTION TO FIND-<br>INGS OF FACT RE<br>PROPERTY LYING<br>WITHIN RAINBOW<br>CREEK WATERSHED |

　　　Defendant Vallecitos School District objects to the findings of fact and conclusions of law of the Special Master heretofore submitted to this Court:

　　　1.　Objection is made to proposed finding of fact VI (pages 15 to 17) as it relates to parcel no. 166 on the ground that Exhibit MR-21 upon which this finding is based indicates that a portion of said parcel no. 166 does not constitute a part of Rainbow Creek.

　　　2.　Correct finding of fact VI (pages 15 to 17 to provide that the portion of parcel no. 166 which is not within the Rainbow Creek Watershed be excluded from description of parcel no. 166 set forth at lines 18 and 19 on page 16.

Dated: January 30, 1961.

　　　　　　　　　　　　　　HENRY A. DIETZ, County Counsel
　　　　　　　　　　　　　　By　　　　　　　　　　　
　　　　　　　　　　　　　　　　JOSEPH KASE, JR., Deputy

6247