**MUSICK, PEELER & GARRETT**
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

Attorneys for Defendant,
James Oviatt



LODGED

JAN 31 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>  Defendants. | Civil No. 1247-SD-C<br><br>FINDINGS REQUESTED BY<br>DEFENDANT, JAMES OVIATT |

    The Defendant, James Oviatt, respectfully requests the Court to make the following Findings:

6251

I

The real property of Defendant, James Oviatt, known as Rancho Ramona, consisting of 1171.63 acres, is described in Defendant, James Oviatt's Exhibit Y-1 in evidence. Adjacent thereto is a forty acre parcel which is described in Exhibit Y-2 of Defendant, James Oviatt. The Oak Grove Ranch of said Defendant is described in Defendant, James Oviatt's Exhibits Y-3, Y-4, Y-5 and Y-6. The property described in Exhibits Y-3 and Y-5 is sometimes hereinafter referred to as the Bailey Ranch.

All of the real property of said Defendant, James Oviatt, is riparian to the tributaries of the Santa Marguerita stream system.

The real property described in Defendant, James Oviatt's Exhibits Y-1 and Y-2, is riparian to the creek known as Lancaster Creek or Wilson Creek.

The real property of said Defendant, known as the Oak Grove Ranch, and described in Exhibits Y-3, Y-4, Y-5 and Y-6, is riparian to Temecula Creek and its tributaries.

The irrigable acreage of each of said parcels of real property is as described in Defendant, James Oviatt's Exhibit A.

6252

## II

Water diversions and extractions of defendant, James Oviatt, and the other owners of land riparian to Lancaster Creek, which are above the impervious barrier or dyke at the head of Nigger Canyon on the Vail property, consisting of a concrete dam tied into the foundation to bedrock, do not now and since the erection thereof have not had more than an infinitesimal effect on the amount of water available to owners of riparian land below said dyke, and do not cause any injury to said lower riparian owners.

8253

## III

Since a date more than five years prior to the erection of the concrete dam on the Vail property, tied into the foundation to bedrock, and since a date more than five years prior to the acquisition by plaintiff of the real property which is the site of the Naval Enclave, defendant, James Oviatt, and his predecessors in interest, have continuously diverted all of the waters of Lancaster Creek for beneficial domestic uses and for irrigation of 200 acres of crops and pasture on the real property of defendant, James Oviatt, known as Rancho Ramona, in water diversions which were open, visible, notorious and under claim of right. The quantity of water so diverted equalled 130 miner's inches.

IV

Since a date more than five years prior to the erection of the concrete dam on the Vail property, tied into the foundation to bedrock, and since a date more than five years prior to the acquisition by plaintiff of the real property which is the site of the Naval Enclave, defendant, James Oviatt, and his predecessors in interest, have continuously diverted all of the waters of Temecula Creek for beneficial domestic uses and for irrigation of 80 acres of crops and pasture on the real property of defendant, James Oviatt, known as the Bailey Ranch, in water diversions which were open, visible, notorious and under claim of right. The quantity of water so diverted equalled 30 miner's inches.

6255

V

Since April 8, 1913, defendant, James Oviatt, and his predecessors in interest, have continuously appropriated 3-1/2 miner's inches of water through a pipe line from a spring in Kohler Canyon, for domestic uses and for irrigation on the real property of said defendant, known as the Bailey Ranch.

Since 1914, pursuant to a permit issued by the United States Forest Service, defendant, James Oviatt, and his predecessors in interest, have continuously diverted all of the water from the spring in Rattlesnake Canyon, through a one inch pipe line, to the ranch of said defendant, for domestic uses and for irrigation on said real property.

6256

MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

Attorneys for Defendant,
James Oviatt



FILED
JAN 31 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

Civil No. 1247-SD-C

FINDING REQUESTED BY DEFENDANT, JAMES OVIATT

    The Defendant, James Oviatt, respectfully requests the Court to make the following Finding:

6256-A

I

Water diversions and extractions of defendant, James Oviatt, and the other owners of land riparian to Lancaster Creek, which are above the impervious barrier or dyke at the head of Nigger Canyon on the Vail property, consisting of a concrete dam tied into the foundation to bedrock, do not now and since the erection thereof have not had more than an infinitesimal effect on the amount of water available to owners of riparian land below said dyke, and do not cause any injury to said lower riparian owners.

6256-13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: Jan. 31, 1961 |
| | ) | |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: _ JOHN SWADER and MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD, JESS O'MALLEY, PRO PERS: WILLARD F. CLARK, MRS. E. W. STREETER, PIERRE PAURROY AND W. A. NICHOLAS

PROCEEDINGS: FURTHER COURT TRIAL

BEFORE SPECIAL MASTER, JOHN CRANSTON:

Special Master and counsel for Government and Counsel for Vallecitos School, Joseph Kase, Jr. Deputy County counsel discuss various findings of Master.
    Col. A. C. Bowen testifies on matter of objections by defendants Suderman to proposed findings of master.
    IT IS ORDERED that all matters before Special Master are continued to April 3, 1961, at 10 A.M. in San Diego.

LATER: Court and counsel present.
    Yackey Exs. Nos. 3 E and F are marked and received in evidence.
    Col. Bowen is recalled and testifies further.
    Exs. 206 D-1 thru 206 D-5 are marked.
    Documents are added to Ex. No. 207 E.
    Willard F. Clark is called, testifies on own behalf.
    Court and counsel discuss proposed findings of defendant Oviatt.
    IT IS ORDERED that Oviatt propsed finding No. 2 is rejected.
    IT IS ORDERED that the matter of prescriptive right as to a riparian owner, and the matter of the Koehler Canyon situation stand submitted upon the filing of brief by counsel Veeder and Girard within 10 days.
    At 12:00 noon, a recess is declared to 2 P.M.
    At 2 P.M. reconvene.
    Witness Bowen resumes stand and testifies further.
    Exs. Nos. 206 D-1 thru 206 D-5 are received.
    Ex. No. 206 E is marked
    Exs. Nos. 46A, 47A, 48A, 49A, 50A, 150A, and 151A are marked and received.
    Attorney Veeder argues on question of Fallbrooks rights.
    Attorney Sachse and Girard argue on question of Fallbrook rights.
    IT IS ORDERED that defendant Vail is permitted to reopen case on stipulated Judgment.
    Vail Ex. No. BH is received in evidence.
    IT IS ORDERED that cause is continued to Feb. 1, 1961, at 10 A.M. for further trial herein, and for hearing motion of Schloss Estate to Sub atty.

JOHN A. CHILDRESS, Clerk

By _____
           Deputy