Defendants

LODGED
FILED
JAN 31 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

#36

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247 SD C |
| vs. ) | FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | DIAMOND and DOMENIGONI VALLEYS |

FINDINGS OF FACT

1

WARM SPRINGS CREEK:

Warm Springs Creek has its headwaters in Sections 9 and 15, T6S, R1W, SBM and flows thence in a southerly direction to the vicinity of the south line of Section 4, T6S, R1W, SBM. It flows thence westerly, in a man-made channel, along the southerly line of Sections 4, 5, and 6, T6S, R1W, SBM, through the area known as "Diamond Valley".

It continues in a general westerly direction through Sections 1 and 2 to a point near the middle of Section 3, T6S, R2W, SBM; and thence flows in a generally southwesterly direction through Sections 9 and 10, T6S, R2W, SBM. This area is known as "Domenigoni Valley".

Warm Springs Creek leaves Domenigoni Valley at a point near the SE corner of the SW¼ of the SW¼ of Section 9, T6S, R2W,

- 1 -

15749

LAW OFFICES
SE AND PRICE
MAIN STREET
OK, CALIF.
18-1154

SBM. The course and location of Warm Springs Creek are delineated on United States Exhibit 274, made a part hereof by reference.

Warm Springs Creek in the area hereinabove described is intermittent both as to season of flow and location of flow, and flows on the surface only during and after periods of heavy precipitation and runoff. There is no evidence on the amount or rate of flow of Warm Springs Creek, or as to the average, maximum, minimum, or normal or anticipated flow of the Creek, and the Court expressly makes no findings thereon because of such lack of evidence.

II

DIAMOND AND DOMENIGONI BASINS:

Diamond and Domenigoni Valleys comprise a ground water basin filled with sedimentary material described herein as "Younger Alluvium". The extent and location of said ground water basin is delineated upon the map United States Exhibit 274 which is made a part hereof by reference.

The ground water basin referred to herein is part of a continuous body of Younger Alluvium which extends from within the San Jacinto River watershed in Sections 33 and 34, T5S, R1W and Section 3, T6S, R1W, across the watershed divide in Sections 3 and 4, T6S, R1W, and Sections 32 and 33, T6S, R2W, SBM into the Santa Margarita River watershed; thence continuing in a generally westerly and southwesterly direction as delineated on United States Exhibit 274; thence crossing the watershed divide out of the Santa Margarita River watershed and into the San Jacinto River watershed in Sections 8 and 9, T6S, R2W, SBM.

The southerly limit of the said ground water basin is in the general vicinity of the South line of Section 9, T6S, R2W, SBM. At that point the said ground water basin is enclosed by a lip of basement complex material rising to elevation 1400' which lip prevents the movement of ground water from Diamond and Domenigoni

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

15750

Valleys southwesterly into the remainder of the Santa Margarita River watershed, excepting ~~at such times as the~~ *need* ground water ~~level~~ North of said lip ~~is~~ *which is not* at or above elevation 1400'.

### III

### GROUND WATERS IN DIAMOND AND DOMENIGONI BASINS:

The presence of the basement complex lip described in Finding II, above, diverts *a barrier to* all ground waters moving beneath the surface of Diamond and Domenigoni Valleys below elevation 1400' in a westerly direction, and causes such ground waters to move out of the Santa Margarita River watershed and into Menifee Valley of the San Jacinto River watershed in Section 9, T6S, R2W.

At such times as the ground water level in Diamond and Domenigoni Valleys north of the south line of Section 9, T6S, R2W, SBM is above 1400', the greatest proportion of such ground waters move westerly out of the Santa Margarita River watershed and into Menifee Valley of the San Jacinto River watershed, and only a very small proportion of such ground waters move over the lip of basement complex referred to herein and on down Warm Springs Creek.

### IV

### VAGRANT, LOCAL AND PERCOLATING WATERS:

All of the waters underlying areas delineated on United States Exhibit 274 as "basement complex" or "basement complex (weathered)" are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries; and such waters do not directly feed or support and are not necessary to the continued surface or sub-surface flow of the Santa Margarita River or its tributaries or basins, and the extraction of such ground waters has not and will not materially affect or reduce the flow of the Santa Margarita River or its tributaries available to plaintiff or other downstream users having rights thereto.

***

V

## USE OF GROUND WATERS:

Certain defendants are presently extracting waters from the ground water basins of Diamond and Domenigoni Valleys and are using such waters for domestic and agricultural purposes upon their lands. No adequate records of the amount of such extractions are available and the Court expressly makes no Findings as to the amount of such use at this time.

All of the uses to which such defendants are putting water upon their lands, and all of the methods of use of water by defendants are reasonable and beneficial and within the limitations imposed upon the use of water by the Constitution and Statutes of the State of California. It would be wasteful and unreasonable and contrary to the Constitution and Statutes of the State of California to require that the water level in Diamond and Domenigoni Basins be maintained at elevation 1400' or above, and any such requirement would interfere with the reasonable use of the said ground waters by overlying landowners.

VI

## USE OF SURFACE WATERS:

The surface waters of Warm Springs Creek or its tributaries flowing across Diamond and Domenigoni Basins are a part of the waters of the Santa Margarita River system, but there is no evidence of any use of such surface waters by any party hereto.

VII

## LAND OWNERSHIP AND WATER USE:

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

CONCLUSIONS OF LAW

1. The surface flow of Warm Springs Creek and its tributaries is a part of the waters of the Santa Margarita River system, and the diversion or use of such surface waters is subject to the continuing jurisdiction of this Court as hereinafter set forth.

2. At the present time, and so long as the ground waters of Diamond and Domenigoni Valleys immediately north of the South line of Section 9, T6S, R 2W, SBM remain below elevation 1400', the said ground waters *do not contribute to* (are not a part of the waters) of the Santa Margarita River System, *below the* ~~or elsewhere~~ *from the present day*

3. It would be wasteful and unreasonable, and contrary to the provisions of Article XIV, Section 3, California Constitution, to require the maintenance of a water level in Diamond and Domenigoni Valleys at elevation 1400' or above for the purpose of supporting a ground water movement southwesterly past the south line of Section 9, T6S, R2W, SBM and down Warm Springs Creek, and for that reason the extractions of ground water from within Diamond and Domenigoni Basins will not be *presently* regulated or restricted in these proceedings for the purpose of maintaining such a flow.

4. The quantity or proportion of the ground waters of Diamond and Domenigoni Basins to which any overlying landowner is or may later be entitled cannot be *presently* determined in these proceedings for the reason that *of the measurement of ground* the said Basins extend out of the Santa Margarita River watershed and into the San Jacinto River watershed, *may have* and persons not parties to this proceeding have correlative rights therein.

5. Owners of lands riparian to Warm Springs Creek are entitled to the use of the surface waters of Warm Springs Creek for useful and beneficial purposes, correlatively with all other owners of lands riparian to Warm Springs Creek or riparian to those portions of the Santa Margarita River system located downstream

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

from the confluence of Warm Springs Creek and Murrieta Creek.

6. The quantity or proportion of the surface waters of Warm Springs Creek to which any riparian owner is now entitled cannot be determined at this time, by reason of the insufficiency of the evidence to establish such quantity or proportion. Any of the parties to this proceeding, or their successors in interest, may hereinafter re-open these proceedings as provided in the Judgment herein upon proper showing, for the purpose of determining the quantity or proportion of said waters to which such party or his successor in interest is entitled.

*Subject to change if additional geophysical evidence or more evidence from wells obtained.* [handwritten annotation]

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

15754