LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants



LODGED

JAN 3 1 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND JUDGMENT |
| VS | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | TUCALOTA CREEK |
| Defendants. | |

#31

## FINDINGS OF FACT

1. Tucalota Creek rises in Section 26, Township 6 South, Range 1 East, SBBM, and flows thence in a westerly and southerly direction through the following Sections: 34 and 33 in 6 South, 1 East; 4, 9, 8 and 7 in 7 South, 1 East. Willow Creek, tributary to Tucalota Creek, rises in Section 27 and flows westerly and southerly through Sections 33, 32 and 31, all in 6 South, 1 East; and southerly through Section 6 to its confluence with Tucalota Creek in Section 7, both in 7 South, 1 East. From this point Tucalota Creek continues its westerly and southerly flow through Sections 12, 11, 10, the northeasterly corner of the Pauba Grant, 9, 8, 5 and 6 in 7 South, 1 West; from thence it continues through Sections 1, 2, 3, 10, 9, 8, 7, 18, 19 in 7 South, 2 West and 24 in 7 South, 3 West, to its confluence with Santa Gertrudis Creek within the Temecula Grant. Tucalota Creek is tributary to Santa Gertrudis Creek, which is in turn tributary to Murrieta Creek and

- 1 -

15715

the Santa Margarita River.

2. Throughout the lands hereinafter described in Finding number 7, the bed of Tucalota Creek is largely composed of permeable material described as "younger alluvium". Such material, when saturated, is water-bearing. The deposits of younger alluvium are confined primarily to the bed of the stream and are limited in extent and shallow in depth. The surface extent of such deposits of younger alluvium are shown on United States Exhibits 15 and 15E.

3. Throughout the lands hereinafter described in Finding number 7, Tucalota Creek flows through and over formations geologically described as "basement complex (weathered)". This material is generally non-water-bearing. Such ground water as may exist in these formations is found only in cracks and fissures, is minor in quantity, difficult to locate, and difficult to extract.

4. Tucalota Creek throughout said lands is an intermittent stream, flowing only during and after periods of heavy precipitation and run-off. During and after such periods of heavy precipitation and run-off, there is some surface flow, and also some water flowing beneath the surface through areas of saturated younger alluvium comprising the bed of Tucalota Creek.

5. Such surface flow and such subsurface flow in said younger alluvium, and only such flows, comprise the waters of Tucalota Creek, and are so defined throughout these Findings. The waters of Tucalota Creek are part of the Santa Margarita River and its tributaries. Except during and after such periods of heavy precipitation and run-off, however, there is no water in Tucalota Creek throughout the lands described in Finding number 7.

6. There is no evidence on the amount or rate of flow of Tucalota Creek, or as to the average, maximum, minimum or normal flow of the Creek. Nor is there any evidence as to the amount of water, if any, which is diverted, extracted or used from Tucalota

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

15716

Creek. The Court expressly makes no Findings on these matters because of such lack of evidence.

    7. The following parcels of land, each of which is described in Exhibit A, attached hereto and made a part hereof by reference, abut upon or are traversed by Tucalota Creek. The defendants whose names appear on each of these parcels are the apparent owners of such lands. Each of said parcels is riparian to Tucalota Creek and has riparian rights to the use of the water thereof. The amount of water which can be withdrawn from Tucalota Creek and put to beneficial use during and immediately after such periods of heavy precipitation and run-off is negligible, and such withdrawals will have no material effect upon the flow of Tucalota Creek or of the Santa Margarita River system.

    8. All waters underlying the lands described in Finding number 7, except for any water in areas of saturated younger alluvium in the bed of Tucalota Creek as shown on United States Exhibits 15 and 15E are vagrant, local, percolating waters, not part of the surface or sub-surface flow or any sub-surface basin of the Santa Margarita River or its tributaries; and such waters do not directly feed or support and are not necessary to the continued surface or sub-surface flow of the Santa Margarita River or its tributaries or basins, and the extraction of such ground waters has not and will not materially affect or reduce the flow of the Santa Margarita River or its tributaries available to plaintiff or other downstream users having rights thereto.

    9. There is no evidence that any diversions or extractions of water from Tucalota Creek were unreasonable in amount, not for beneficial uses, or not proper exercises of riparian rights, or that any such diversions or extractions have depleted the flow of Tucalota Creek or have injured any party to this proceeding. The Court, however, retains continuing jurisdiction of this proceeding insofar as the same relates to the owners or successors

LAW OFFICES
SACHSE AND PRICE
1008 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

15717

in interest of the owners of lands described in Finding number 7 with respect to the exercise of their riparian rights, or the diversion, extraction or use of water from Tucalota Creek.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

CONCLUSIONS OF LAW

1. The United States of America, and all other parties to this action having rights to the use of the waters of the Santa Margarita River system, have no rights in or to any of the ground water underlying the parcels of land described in Finding number 7, above, except for such water as may be found in the saturated younger alluvium in the bed of Tucalota Creek, as the same is shown on United States Exhibits 15 and 15E.

2. The rights of the owners of said parcels to the use of said ground waters underlying their lands shall be forever quieted against any and all adverse claims of plaintiff herein.

3. The owners of the parcels of land described in Finding number 7, above have riparian rights to the use of water from Tucalota Creek, and are entitled to the use of such water for useful and beneficial purposes, correlatively with all other owners of lands riparian to Tucalota Creek or riparian to those portions of the Santa Margarita River system located downstream from the junction of Tucalota Creek and Santa Gertrudis Creek.

4. The quantity or proportion of water from Tucalota Creek to which the lands described in Finding number 7, above, are entitled cannot be determined at this time by reason of the insufficiency of the evidence, nor is there any evidence at this time that any apportionment or regulation of riparian rights and uses is required. However, any of the parties to this proceeding, or their successors in interest, may hereafter re-open these proceedings upon proper showing for the purpose of determining the quantity or proportion of water from Tucalota Creek to which said lands and their owners may be entitled.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

## INTERLOCUTORY JUDGMENT

1. The individual defendants named in Exhibit A hereunto attached are each the apparent owners of the lands described in said Exhibit.

2. All of the lands described in Exhibit A hereunto attached are riparian to Tucalota Creek or its tributaries.

3. The surface waters of Tucalota Creek, and all subsurface waters found within the areas of younger alluvium of said stream as delineated upon United States Exhibits 15 and 15E, are a part of Tucalota Creek and of the waters of the Santa Margarita River system.

4. The owners of the lands described in Exhibit A hereunto attached have riparian rights to the use of the waters of Tucalota Creek as the same are adjudged to exist in paragraph 3 of this Interlocutory Judgment, and are entitled to the use of such waters for useful and beneficial purposes correlatively with all other owners of lands riparian to Tucalota Creek or riparian to those portions of the Santa Margarita River system located downstream from the junction of Tucalota Creek and Santa Gertrudis Creek.

5. The quantity or proportion of the waters of Tucalota Creek as the same are herein adjudged to exist to which the lands described in Exhibit A hereunto attached, are entitled, cannot be determined at this time by reason of the insufficiency of the evidence to establish such quantity or proportion. However, any of the parties to this proceeding, or their successors in interest, may hereafter re-open these proceedings upon proper showing for the purpose of determining such quantity or proportion.

6. The United States of America and all other parties to this proceeding having rights to the use of the waters of the Santa Margarita River and its tributaries have no right, title or interest in or to the ground waters underlying the lands described

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

in Exhibit A hereunto attached, except for such water as may be found in the saturated younger alluvium in the bed of Tucalota Creek as the same is delineated upon United States Exhibit _____, said ground waters being vagrant, local, percolating waters, not a part of any surface stream or sub-surface basin of the Santa Margarita River or its tributaries.

7. The rights of the defendants named in Exhibit A, hereunto attached, to the use of the said vagrant, local, percolating ground waters, shall be forever quieted against any and all adverse claims of the United States of America and all other parties to this action having rights to the use of the waters of the Santa Margarita River and its tributaries, and they and their successors in interest are forever restrained from asserting, claiming or setting up any right, title or interest in or to such vagrant, local percolating waters.

8. The Findings of Fact, Conclusions of Law and Interlocutory Judgment herein are not applicable to and do not in any way pertain to the respective correlative rights among themselves of the defendants named in Exhibit A hereunto attached to the use of the vagrant, local, percolating waters found beneath their lands.

9. This Court expressly retains jurisdiction of this cause insofar as the same relates to the use of the waters of the Santa Margarita River and its tributaries, as the same have been herein adjudged to exist, by any party to this cause or their successors in interest, and any such party, or his successor in interest, may hereafter re-open these proceedings upon proper showing, for any proper purpose relating to the use of the waters of the Santa Margarita River system.

Dated:

_____
Judge

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 7 -

15721