UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
) 
v. ) MINUTES OF THE COURT
) 
) Date: Jan. 31, 1961
FALLBROOK, etc., et al ) At: San Diego, California.

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER and MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD, JESS O'MALLEY, PRO PERS: WILLARD F. CLARK, MRS. E. W. STREETER, PIERRE PAURROY AND W. A. NICHOLAS

PROCEEDINGS: FURTHER COURT TRIAL

BEFORE SPECIAL MASTER, JOHN CRANSTON:

Special Master and counsel for Government and Counsel for Vallecitos School, Joseph Kase, Jr. Deputy County counsel discuss various findings of Master.
Col. A. C. Bowen testifies on matter of objections by defendants Suderman to proposed findings of master.
IT IS ORDERED that all matters before Special Master are continued to April 3, 1961, at 10 A.M. in San Diego.

LATER: Court and counsel present.
Yackey Exs. Nos. 3 E and F are marked and received in evidence.
Col. Bowen is recalled and testifies further.
Exs. 206 D-1 thru 206 D-5 are marked.
Documents are added to Ex. No. 207 E.
Willard F. Clark is called, testifies on own behalf.
Court and counsel discuss proposed findings of defendant Oviatt.
IT IS ORDERED that Oviatt propsed finding No. 2 is rejected.
IT IS ORDERED that the matter of prescriptive right as to a riparian owner, and the matter of the Koehler Canyon situation stand submitted upon the filing of brief by counsel Veeder and Girard within 10 days.
At 12:00 noon, a recess is declared to 2 P.M.
At 2 P.M. reconvene.
Witness Bowen resumes stand and testifies further.
Exs. Nos. 206 D-1 thru 206 D-5 are received.
Ex. No. 206 E is marked and xxx
Exs. Nos. 46A, 47A, 48A, 49A, 50A, 150A, and 151A are marked and received.
Attorney Veeder argues on question of Fallbrooks rights.
Attorney Sachse and Girard argue on question of Fallbrook rights.
IT IS ORDERED that defendant Vail is permitted to reopen case on stipulated Judgment.
Vail Ex. No. BH is xx received in evidence.
N IT IS ORDERED that cause is continued to Feb. 1, 1961, at 10 A.M. for further trial herein, and for hearing motion of Schloss Estate to Sub atty.

JOHN A. CHILDRESS, Clerk

By _William W. Luddy_
Deputy
WILLIAM W. LUDDY

6248