UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C   Civil
)
) MINUTES OF THE COURT
v. )
) Date: FEB. 1, 1961
FALLBROOK, etc., et al )
) At: San Diego, California.

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLAM VEEDER, AND DONALD REDD _ _ _ _

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE

PROCEEDINGS: FURTHER COURT TRIAL

At 10:15 A.M. reconvene.
Attorney Veeder argues further on question of Fallbrooks rights.
Attorney Veeder moves for judgment against Fallbrook, and IT IS ORDERED said motion is denied.
Attorney Veeder requests that any order made in regards to Fallbrooks rights be made as an appealable order.
Attorney Veeder moves to restore counts heretofore stricken in pre trial opinion.
IT IS ORDERED that Attorney Veeder file formal motion as to restoring counts, setting forth specific counts.
The court mestates its proposed findings in regards to Fallbrooks rights.
Attorney Sachse presents proposed findings.
At 11:15 A.M. recess and at 11:30 A.M. reconvene.
IT IS ORDERED that Attorney Stahlman may withdraw certain Vail exhibits for copying
At 11:45 A.M. recess to 2 P.M.
At 2 P.M. reconvene.
Witness Fred Kunkel recalled, and testifies further.
IT IS ORDERED that Ex. No. 275 is substituted.
Exs. Nos. 275C, 275 D and 275 B are received.
Ex. No. 277 is received.
Col. Bowen resumes stand and testifies further.
Witness Kunkel resumes stand and testifies further.
Exs. Nos. 278 and 278A are marked and received.
Exs. Nos. 58-64 thru 58-83 are marked and received.
At 3:30 P.M. a recess is declared herein to Feb. 2, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _____
Deputy