UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.           )  No. 1247-SD-C Civil
                 )
                 )  MINUTES OF THE COURT
       v.        )
                 )  Date: _ _FEB. 2, 1961_ _ _ _ _ _
                 )
FALLBROOK, etc., et al  )  At: San Diego, California.

PRESENT: Hon. _ _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY_ _ Reporter: _ _JOHN SWADER_ _ _

Counsel for Plaintiff: _WILLIAM VEEDER AND DONALD REDD _ _ _ _

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN AND FRED GIRARD

PROCEEDINGS:   FURTHER COURT TRIAL; HEARING MOTION SCHLOSS ESTATE FOR SUB OF ATTY.

At 10 A.M. convene herein.
Court and counsel discuss various findings
At 12, noon a recess is declared to 2 P.M.
At 2 P.M. reconvene herein.
Vail Exh No. AX is received in evidence.
Vail Exs. Nos. BF-1 thru BF-6 are substituted.
Court and counsel outline agenda for next hearing.
    IT IS ORDERED that Attorney Girard prepare findgs, etc in regards to the Stipulated Judgment.
    IT IS ORDERED that Attorney Sachse prepare findgs, etc on appropriative rights of the government.
    Court and counsel further discuss findings.
    At 4:30 P.M. a recess is declared by the court, and the further trial herein is continued to March 14, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By_ _ _ _ _ _ _ _ _ _ _ _ _ _
                Deputy

6272