```
 1  GARNER L. KNOX
    860 Berkshire Avenue
 2  Pasadena 3, California
 3
 4  In Pro Per
```

**FILED**

FEB 6 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ...........................

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

NO. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

I hereby substitute myself, GARNER L. KNOX, to act in my own proper person and hereby release and relieve Anderson & Anderson as my attorneys in the above entitled matter.

All notices in this case should be sent to me at _860 Berkshire Pasadena 3 Calif._ .

Dated: February _2_, 1961.    _____
                                                 GARNER L. KNOX

I hereby consent to be relieved and released as counsel in the above entitled case.

                                          ANDERSON & ANDERSON

Dated: January 31, 1961.    By _____
                                              TRENT G. ANDERSON, JR.

IT IS SO ORDERED.
DATED: 2/6/61

_____
UNITED STATES DISTRICT JUDGE.

C273