MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-8322

Attorneys for Defendant,
James Oviatt

FILED

FEB 9 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br>         Defendants. | Civil No. 1247-SD-C <br><br> SUPPLEMENTAL MEMORANDUM OF <br><br> DEFENDANT, JAMES OVIATT |

      Because of the contentions of various parties to the above action, as reflected in the argument before the Court on January 31, 1961, the Court's attention is invited to the following testimony of witnesses who testified with respect to the beneficial uses of the water diversions to Rancho Ramona:

      Harold Brinkerhoff        (Tr. 11705)
      David Welch              (Tr. 11747-50)
      James Oviatt             (Tr. 11798)
      Amos Welch              (Tr. 12046)

Mr. Chalma Bailey testified (Tr. 11767-70) with respect to the beneficial uses of the Temecula Creek diversion and the Kohler Canyon diversion. These diversions were continued under the

ownership of Defendant, James Oviatt.

With respect to the quantity of water diverted to the Bailey Ranch from the Temecula Creek diversion, Mr. Bailey testified (Tr. 11765) that it was "about thirty miner's inches," and that the quantity of water diverted from Kohler Canyon was 3-1/2 miner's inches (Tr. 11774).

As pointed out by the Court (Tr. 12074) the Bookman calculation of the quantity of water diverted to Rancho Ramona was one hundred thirty miner's inches.

The open and notorious character of the diversions is emphasized by the protest of a lower riparian owner, Mr. Mahlon Vail (Tr. 12022) in 1945 that Rancho Ramona was taking Vail water.

It is also submitted that if the Court does not find a prescriptive right in defendant, James Oviatt, the following Alternative Finding should be made by the Court:

"II

"Water diversions and extractions of Defendant, James Oviatt, as required to irrigate the riparian lands of said Defendant, do not cause any injury to lower riparian owners on the Santa Marguerita stream system."

Reference is made to the Points and Authorities of Defendant, James Oviatt, filed herein on March 1, 1960, a copy of which is attached hereto.

Respectfully submitted,

MUSICK, PEELER & GARRETT

By _____
Attorneys for Defendant,
James Oviatt

6275

-2-

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| COUNTY OF LOS ANGELES | ) ss |

        I, the undersigned, say: I am and was at all times herein mentioned a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years, and not a party to the within action or proceeding; that my business address is 621 South Hope Street, Los Angeles 17, California; that on February 8, 1961, I served the within Supplemental Memorandum of Defendant, James Oviatt, on the following named persons, by placing a true copy thereof in an envelope, addressed to each as follows:

    STANLEY MOSK, ATTORNEY GENERAL
    and FRED GIRRARD, DEPUTY ATTORNEY GENERAL
    Sacramento, California;

    SACHSE AND PRICE,
    1092 South Main Street,
    Fallbrook, California;

    BEST, BEST & KRIEGER and
    JAMES H. KRIEGER,
    4200 Orange Street
    P.O. Box 1028
    Riverside, California;

    WILLIAM H. VEEDER, Special Assistant to
    the Attorney General,
    Counsel for Plaintiff, United States of America
    U. S. Customs and Court House
    San Diego 1, California;

6276

```
       GEORGE STAHLMAN
       Counsel for Defendant, Vail Company, Inc.
       Route 1, Box 235
       Fallbrook, California

       GEORGE G. GROVER
       CLAYSON, STARK & ROTHROCK
       Security Bank Building
       Corona, California
```

and by then sealing said envelopes and depositing the same with postage thereon fully prepaid, in a mail-box regularly maintained by the Government of the United States in Los Angeles, California, where is located the offices of the attorneys for the persons by and for whom said service was made.

That there is delivery service by United States mail at the places so addressed, and there is a regular communication by mail between the place of mailing and the places so addressed.

_[signature]_

Subscribed and sworn to before me this 8th day of February, 1961.

_[signature]_
Leone Marie Riegel
Notary Public in and for said
     County and State
Residing in Los Angeles, California

My commission expires July 12, 1964.

-4-

6277