MUSICK, PEELER & GARRETT
ATTORNEYS AT LAW
621 SOUTH HOPE STREET
LOS ANGELES 17, CALIFORNIA
MADISON 9-3322

Attorneys for Defendant,
James Oviatt

LODGED
~~FILED~~

FEB 9 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>    Defendants. | Civil No. 1247-SD-C<br>ALTERNATIVE FINDING<br>REQUESTED BY DEFENDANT,<br>JAMES OVIATT. |

If the Court does not make the Findings of Fact of a prescriptive right in Defendant, James Oviatt, as requested in the draft of proposed Findings lodged with the Court on January 31, 1961, the following Alternative Finding is requested:

6283

## II

Water diversions and extractions of Defendant, James Oviatt, as required to irrigate the riparian lands of said Defendant, do not cause any injury to lower riparian owners on the Santa Marguerita stream system.

6294

STATE OF CALIFORNIA ) ss
COUNTY OF LOS ANGELES )

I, the undersigned, say: I am and was at all times herein mentioned a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years, and not a party to the within action or proceeding; that my business address is 621 South Hope Street, Los Angeles 17, California; that on February 8, 1961, I served the within Alternate Finding requested by Defendant, James Oviatt, on the following named persons, by placing a true copy thereof in an envelope, addressed to each as follows:

STANLEY MOSK, ATTORNEY GENERAL
and FRED GIRRARD, DEPUTY ATTORNEY GENERAL
Sacramento, California;

SACHSE AND PRICE,
1092 South Main Street
Fallbrook, California;

BEST, BEST & KRIEGER and
JAMES H. KRIEGER,
4200 Orange Street
P. O. Box 1028
Riverside, California;

WILLIAM H. VEEDER, Special Assistant
to the Attorney General,
Counsel for Plaintiff, United States of America,
U. S. Customs and Court House
San Diego 1, California;

6285

-3-

```
 1        GEORGE STAHLMAN
 2        Counsel for Defendant, Vail Company, Inc.
 3        Route 1, Box 235
 4        Fallbrook, California
 5
 6        GEORGE G. GROVER
 7        CLAYSON, STARK & ROTHROCK
 8        Security Bank Building
 9        Corona, California
10
```

and by then sealing said envelopes and depositing the same with postage thereon fully prepaid in a mail box regularly maintained by the Government of the United States in Los Angeles, California, where is located the offices of the attorneys for the persons by and for whom said service was made.

That there is delivery service by United States mail at the places so addressed, and there is a regular communication by mail between the place of mailing and the places so addressed.

Subscribed and sworn to before me this 8th day of February, 1961.

_Leone Marie Riegel_
Leone Marie Riegel
Notary Public in and for said
    County and State
Residing in Los Angeles, California

My commission expires July 12, 1964.

6296

-4-