**FILED**

FEB 13 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ………… Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| v. | OBJECTIONS OF THE UNITED STATES OF AMERICA TO FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | |
| Defendants. | |

Comes now the United States of America and having considered the proposed findings of fact, conclusions of law and interlocutory judgment, interposes its following objections:

I

The elevation of the water table in ground-water basin underlying Camp Pendleton is "presently" lowered and is in need of recharge. Moreover, the surface elevation of Lake O'Neill is reduced and that Lake is in need of Santa Margarita River water. Accordingly, the United States of America interposes objection to this "Conclusion of Law" suggested by Fallbrook Public Utility District:

"III

"The use of water by Fallbrook Public Utility District under any of the aforesaid appropriative rights, does not presently injure nor threaten to injure any vested rights of any party to these proceedings."

As written that "Conclusion of Law" is contrary to conditions presently existing.

6297

- 1 -

For any "use" of water does in fact invade and injure vested rights of the United States of America and moreover threatens to invade and injure vested rights of the United States of America.

II

The United States of America reserves the right to interpose further objections to any and all of the proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment if considered necessary for the protection of its interests.

UNITED STATES OF AMERICA

*William H. Veeder*
WILLIAM H. VEEDER
Attorney, Department of Justice

February 13, 1961

GPO 16—29005-2