LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RAndolph 8-1154

Attorneys for Defendants

REVISED 2/3/61

ENTERED
APR 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

FILED
FEB 14 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

LODGED
FEB 8 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
                 Plaintiff,)
vs)
FALLBROOK PUBLIC UTILITY)
DISTRICT, et al,)
                 Defendants.)

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT

APPROPRIATIVE RIGHTS FALLBROOK PUBLIC UTILITY DISTRICT

#23

FINDINGS OF FACT

I

Fallbrook Public Utility District is a Public Utility District organized and existing under the laws of the State of California and is hereafter referred to as "Fallbrook".

II

Fallbrook has been granted the following appropriative rights to the use of waters of the Santa Margarita River:

    A. <u>License of the State of California, State Water Rights Board, Number 4906</u> (Permit 7033, Application 11586), with a priority date of October 11, 1946.

        1. <u>Amount and Purpose</u>: To divert not to exceed 2.5 cubic feet per second from April 1 to November 1 annually, for irrigation purposes; and throughout the remainder of the year as required for domestic and municipal purposes.

        2. <u>Place of diversion</u>: North 1920 feet and

- 1 -

307

west 1550 feet from the center of Section 7 T9S, R 3W, SBM, being within the NW¼ of the NW¼ of said Section 7.

      3. <u>Place of use:</u>  Within the boundaries of Fallbrook Public Utility District.

      4. <u>Conditions or restrictions:</u>

      a. Permit and License are subject to all prior vested rights.

      b. All rights and privileges under the license and permit, including method of diversion, method of use and quantity of water diverted are subject to the continuing authority of the State Water Rights Board in accordance with law and in the interest of public welfare to prevent waste, unreasonable use or unreasonable method of diversion of said water.

      c. Further general restrictions as provided by the Water Code of the State of California.

      B. <u>Permit of the State of California, State Water Rights Board, Number 8511</u> (Application 11587), with a priority date of October 11, 1946.

      1. <u>Amount and purpose:</u>  To impound for storage not to exceed 10,000 acre feet between January 1 and December 31 of each year for domestic, municipal and irrigation purposes.

      2. <u>Place of diversion:</u>  Approximately 1600 feet South and 80 feet West from the NE corner of Section 12, T 9 S, R 4 W, SBM, being within the SE¼ of the NE¼ of said section.

      3. <u>Place of use:</u>  Within the boundaries of Fallbrook Public Utility District.

      4. <u>Conditions or restrictions:</u>

      a. Permit and License are subject to all prior vested rights.

      b. All rights and privileges under the license and permit, including method of diversion, method of

- 2 -

308

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

use and quantity of water diverted are subject to the continuing authority of the State Water Rights Board in accordance with law and in the interest of public welfare to prevent waste, unreasonable use or unreasonable method of diversion of said water.

  c. Further general restrictions as provided by the Water Code of the State of California.

  C. **Permit of the State of California, State Water Rights Board**, Number 11356, (Application 12178), with a priority date of November 28, 1947.

  1. **Amount and Purpose**: To impound for storage not to exceed 10,000 acre feet per annum from the Santa Margarita River between November 1 of each year to about June 1 of each succeeding year, for municipal, domestic and irrigation purposes.

  2. **Place of diversion**: Approximately 1600 feet South and 80 Feet West from the NE corner of Section 12, T 9 S, R 4 W, SBM, being within the SE¼ of the NE¼ of said section.

  3. **Place of use**: Within the boundaries of Fallbrook Public Utility District.

  4. **Conditions or restrictions**:

  a. Permittee shall release water into the Santa Margarita River downstream from the point of diversion in such amount and at such rates as will be sufficient, together with inflow from downstream tributary sources, to supply downstream diversions of the surface flow under vested prior rights to the extent water would have been available for such diversions from flow unregulated by permittee's works, and sufficient to maintain percolation of water from the stream channel as such percolation would occur from flow unregulated by permittee's works, in order that operation of the project shall not reduce natural recharge of ground waters from Santa Margarita River.

  b. Permit and license are subject to all prior vested rights.

c. All rights and privileges under the license and permit, including method of diversion, method of use and quantity of water diverted are subject to the continuing authority of the State Water Rights Board in accordance with law and in the interest of public welfare to prevent waste, unreasonable use or unreasonable method of diversion of said water.

d. Further general restrictions as provided by the Water Code of the State of California.

D. **Permit of the State of California, State Water Rights Board, number 11357** (Application 12179), with a priority date of November 28, 1947.

1. **Amount and purpose**: To impound for storage not to exceed 10,000 acre feet per annum from the Santa Margarita River between November 1 of each year to about June 1 of each succeeding year, for municipal, domestic and irrigation purposes.

2. **Place of diversion**: Approximately 1600 feet South and 80 Feet West from the NE corner of Section 12, T 9 S, R 4 W, SBM, being within the SE¼ of the NE¼ of said section.

3. **Place of use**: Within the boundaries of Fallbrook Public Utility District.

4. **Conditions or restrictions**:

a. Permittee shall release water into the Santa Margarita River downstream from the point of diversion in such amount and at such rates as will be sufficient, together with inflow from downstream tributary sources, to supply downstream diversions of the surface flow under vested prior rights to the extent water would have been available for such diversions from flow unregulated by permittee's works, and sufficient to maintain percolation of water from the stream channel as such percolation would occur from flow unregulated by permittee's works, in order that operation of the project shall not reduce natural recharge of ground waters from Santa Margarita River.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

    b. Permit and license are subject to all prior vested rights.

    c. All rights and privileges under the license and permit, including method of diversion, method of use and quantity of water diverted are subject to the continuing authority of the State Water Rights Board in accordance with law and in the interest of public welfare to prevent waste, unreasonable use or unreasonable method of diversion of said water.

    d. Further general restrictions as provided by the Water Code of the State of California.

### III

### WATER USE UNDER APPROPRIATIONS

No water use has been made by Fallbrook under Permits 8511, 11356, 11357 set forth above, but acquisition of land for the dam and reservoir is complete and preliminary construction work has commenced.

Diversions from the surface flow of the Santa Margarita River under the authority of License 4906 have continued in varying amounts since October 11, 1946.

### IV

### SURPLUS WATER

There has been from time to time surplus water in the Santa Margarita River sufficient to satisfy in large part the appropriative rights of Fallbrook above set forth, subject to the conditions therein contained. However, the Court makes no finding that such surplus will exist at any time in the future, and reserves continuing jurisdiction of this cause and the parties thereto to prohibit, restrict or control, upon proper showing, any extraction, diversion, or use of water under any of the said appropriative rights.

### CONCLUSIONS OF LAW

### I

Fallbrook Public Utility District is the owner of the

- 5 -

311

appropriative rights described in Paragraph 11 of the Findings of Fact herein, each of which rights is valid and in good standing.

## II

Fallbrook Public Utility District has the right to use waters of the Santa Margarita River in accordance with the terms and conditions of the License and Permits as heretofore set forth in the Findings of Fact herein, subject, however, to the continuing jurisdiction of the California State Water Rights Board, to prohibit, restrict or control any extraction, diversion or use of water by Fallbrook under any of the said appropriative rights, and of this court to control any interference or threatened interference with prior vested rights.

## INTERLOCUTORY JUDGMENT

### I

Fallbrook Public Utility District is the owner of the following rights to appropriate waters of the Santa Margarita River, as the same is by these proceedings defined:

A. License number 4906, priority date October 11, 1946, in amounts, subject to conditions and for the purposes as set forth in the Findings.

B. Permit number 8511, priority date October 11, 1946 in amounts, subject to conditions and for the purposes as set forth in the Findings.

C. Permit number 11356, priority date, November 28, 1947, in amounts, subject to conditions and for the purposes as set forth in the Findings.

D. Permit number 11357, priority date November 28,

\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

- 6 -

1949, in amounts, subject to conditions and for the purposes as set forth in the Findings.

II

Each of the rights enumerated in Paragraph II of the Findings is subject to and junior to all prior vested rights in or to the waters of the Santa Margarita River, as such prior vested rights have in these proceedings been determined to exist.

III

Each of the rights enumerated in Paragraph II of the Findings is paramount and superior to all appropriative rights in and to the use of the waters of the Santa Margarita River system bearing priority dates junior or subsequent to said License and each of said Permits, as such junior or subsequent appropriative rights have in these proceedings been determined to exist.

IV

Fallbrook Public Utility District has the right to take and use waters of the Santa Margarita River in the amounts and for the purposes and subject to the conditions set forth in its License and Permits, subject, however, to the continuing jurisdiction of this Court and the California State Water Rights Board, as hereinafter set forth.

V

This Court reserves continuing jurisdiction of this cause for the purpose of reviewing from time to time as circumstances may require, the amount of water in the stream, the amount of surplus water in the stream, the water uses, the adequacy of supply for prior vested rights, or any other matter bearing upon the water rights herein adjudicated, and in connection with such reservation of jurisdiction reserves the right to prohibit, control, restrict or limit any extraction, diversion or use of water by Fallbrook Public Utility District under said License or under any of said Permits.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 7 -

313

## VI

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decisions of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

*[signature: James Carter]*
Judge
United States District Court

Dated: 2-14-61

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154