FILED

FEB 27 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ........................ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1247-SD-C |
| Plaintiff, | |
| v. | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, KNOX, Garner L. and Flora S. and Walter G., ET AL., | TO SHOW CAUSE |
| Defendants. | |

The records of this Court disclose that:

(a) You are the apparent owners of lands in the watershed of the Santa Margarita River described as follows:

Parcel 81W-13, 24 - 23:

    Government Lots Eight (8) to Twelve (12) inclusive (being the South Half of the South Half; the Northeast Quarter of the Southwest Quarter; and the Northwest Quarter of the Southeast Quarter) of Section Thirteen (13), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, containing approximately 182.99 acres. Also, the Northeast Quarter; the East Half of the Northwest Quarter; the Northeast Quarter of the Southeast Quarter; and, that portion of Lot One (1) (the Northwest Quarter of the Northwest Quarter) North of the County Road (containing approximately 28.30 acres) of Section Twenty-four (24), said Township and Range.

Parcel 81E-18, 19 - 33:

    The South Half of the Southwest Quarter of Section Eighteen (18), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, Government Lot One (1) (the Northwest Quarter of the Northwest Quarter); and, the

6301

Northeast Quarter of the Northwest Quarter of Section Nineteen (19), said Township and Range.

(b) You have answered in this case setting up claimed rights in the above-named stream system but you have not appeared to prove those claims;

WHEREFORE, THIS COURT, in consideration of the pleadings of the United States of America, your pleadings, the cross-claims of numerous other parties, and the evidence in the record, now

ORDERS THAT YOU PERSONALLY, OR THROUGH COUNSEL, APPEAR BEFORE THIS COURT, in Courtroom No. 2, United States Court House, 325 West "F" Street, San Diego, California, on the fourteenth (14) day of March, 1961, at 10 o'clock in the forenoon of that day, or as soon thereafter as the matter can be heard, and show cause why this Court should not proceed

(a) To enter judgment in the case respecting your claimed rights to the use of water in the Santa Margarita River or its tributaries, based upon the record of this case; or in the alternative

(b) If there is no evidence in the record to support your claimed rights to the use of water in the Santa Margarita River or its tributaries, to enter a judgment that you are without any right, title or interest in and to the waters of the Santa Margarita River or its tributaries, and that the lands of which you are the apparent owners, do not have appurtenant to them any rights to the use of water of the Santa Margarita River or its tributaries; or

(c) To permit you to offer evidence on the date and at the time set forth above.

Dated this _25th_ day of _Feb_, 1961.

_____
JAMES M. CARTER
United States District Judge

6302