**FILED**

MAR 8 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *M. O. Bauschling*
Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | AGENDA FOR HEARING |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | COMMENCING |
| Defendants. | ) | MARCH 14, 1961 |

At the hearing in regard to the above entitled case, commencing March 14, 1961, at 10:00 a.m. in Court Room #2, United States Court House, San Diego, California, the following matters will be considered:

1.  Objections, if any, by notified land owners in the Wilson Creek area, Temecula Creek area and the Aguanga Ground Water Body area, to suggested findings of the Court.

2.  The question of the claim of the United States of America of appropriative rights to the use of water for Lake O'Neill.

3.  The matter of enjoining, restraining or regulating the pumping of Santa Margarita River waters by the Fallbrook Public Utility District pursuant to License No. 4906.

7—1404
U. S. GOVERNMENT PRINTING OFFICE

*Copy read*

-1-

6303

4. The matter of the opinion, findings of fact, conclusions of law and interlocutory decree respecting the determination by this Court that it will not enforce the Stipulated Judgment dated December 26, 1940, in the Superior Court of the State of California, In and For the County of San Diego.

5. Introduction of evidence by Vail Company in regard to its claimed rights in the Santa Margarita River.

6. The course to be pursued and issues to be resolved in this litigation in the light of recent rulings by this Court, partiéularly in regard to the course to be pursued based upon the ruling that the Stipulated Judgment will not be enforced.

7. The question of the claimed appropriative and prescriptive rights to the use of water of:
   a. Defendants Katharine C. Gibbon and William W. Cottle (Mr. Grover has requested the right to argue this matter on March 15, 1961);
   b. Defendant Willard H. Allen (Stardust Ranch);
   c. Defendant James Oviatt;
   d. Any others.

8. Order To Show Cause respecting the claim of Garner L. Knox, et al.

9. A determination of the exterior boundaries of the Murrieta-Temecula Ground Water Body and the Aguanga Ground Water Body. Also to be considered is the law respecting the character of the rights of the defendants overlying the last mentioned ground water bodies.

10. The proposed findings of facts and conclusions of law lodged with this Court in regard to Domenigoni

and Diamond Valleys and Tucalota Creek.

The several items set-forth above will not necessarily be considered in the order in which they appear.

Dated: 3-7-61

JAMES M. CARTER
Judge, United States District Court

6305

—3—

LAW OFFICES
SACHSE AND PRICE

FRANZ R. SACHSE
CURTIS K. PRICE

1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

February 15, 1961

Mr. William Luddy
Clerk, United States District Court
325 "F" Street
San Diego, California

Re: United States vs. Fallbrook

Dear Bill:

Enclosed you will find original and one copy of page six of the Findings of Fact, Conclusions of Law and Interlocutory Judgment concerning Fallbrook's appropriative rights, which was signed by Judge Carter yesterday. These pages should be used to replace page six of the copy now in your possession.

Very truly yours,

SACHSE and PRICE

By Franz R. Sachse

FRS/dh
Enclosure

FILED
FEB 16 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY .................... Deputy Clerk

6299