UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
) MINUTES OF THE COURT
v. ) Date: March 14, 1961
)
FALLBROOK, etc., et al ) At: San Diego, California.

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: _ WILLIAM VEEDER AND DONALD REDD _ _ _

Counsel for Defendant: DONALD STARK, JAMES O'MALLEY, TRENT ANDERSON, JR.
GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL: HEARING OSC re water rights defts.
Garney L, Flora S. and Walter G. Knox.

At 10 A.M. convene herein.
Additional documents are added to Ex. No. 207E.
IT IS ORDERED that Ex. No. 278 B be reserved for Mann report of
Knox Property.
Attorney O'Malley makes statement re Oviatt.
Trent Anderson makes statement re Knox Property.
Knox Ex. No. A is marked and received.
Grover L. Knox is called, sworn, and testifies on own behalf.
Knox Exs. Nos. B C, and D are marked.
At 11:55 A.M. recess to 2 P.M.
At 2 P.M. reconvene.
Roland W. Snow is called, sworn, and testifies on own behalf.
Col Bowen is recalled, and testifies further.
Knox resumes stand and testifies further.
Knox Exs. No. E is makred and received.
Addtional Document is added to Ex. No. 16A.
Knox Ex. No. F, B, C, and D are received.
Col Bowen testifies further.
Ex. No. 279 is marked and.
At 3:30 P.M. recess and at 3:45 P.M. reconvene.
Witness Bowen resumes stand and testifies further.
Ex. No 279 is received.
At 4:35 P.M. recess to March 15, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk
By /s/ William W. Luddy
Deputy