Not used

#24

LODGED

MAR 14 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT RESPECTING |
| v. ) | NON-STATUTORY APPROPRIATIVE RIGHTS OF THE UNITED STATES OF AMERICA IN THE SANTA MARGARITA RIVER FOR LAKE O'NEILL |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

PRELIMINARY STATEMENT TO THE COURT

The United States of America hereby lodges proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting:

Its claim, as successor in interest of the Rancho Santa Margarita, for a non-statutory appropriative storage right to the use of water in the Santa Margarita River for Lake O'Neill, with a priority date of March, 1883. These Findings of Fact, Conclusions of Law and Interlocutory Judgment relate strictly to the above mentioned non-statutory appropriative claim and have no relationship to any other claimed rights by the United States of America in that stream.

-1-

15755

FINDINGS OF FACT, CONCLUSIONS OF LAW
AND INTERLOCUTORY JUDGMENT RESPECTING
LAKE O'NEILL

This Court having considered the evidence introduced in regard to the diversion and storage of Santa Margarita River waters in Lake O'Neill and the application of that water to a beneficial use, makes and enters the following findings of fact and concludes as a matter of law in regard to that Lake:

RANCHO SANTA MARGARITA—ACQUISITION BY
UNITED STATES OF AMERICA—RIGHTS IN
SANTA MARGARITA RIVER

I

The Rancho Santa Margarita, situated in San Diego County, California, totaling approximately 133,000 acres, was acquired by the United States of America in the years 1942 and 1943. By that acquisition the United States of America succeeded to, among other things, all of the rights to the use of water in the Santa Margarita River, title to which were vested in the Rancho.

II

The lands comprising Rancho Santa Margarita are now utilized by the United States of America as a Naval Enclave over which the State of California has ceceded Exclusive Jurisdiction. Within that Naval Enclave the United States of America maintains Camp Pendleton, the United States Naval Ammunition Depot and the United States Naval Hospital. At present the lands and water resources within the Enclave are used for military and agricultural purposes.

III

The Santa Margarita River, more fully described elsewhere in the general findings, at all times hereafter mentioned, traverses the lands of the above mentioned Naval Enclave, as it historically

traversed the lands of the Rancho, generally from east to west for a distance of approximately twenty-one (21) miles.

### IV

The climate in the area is semi-arid with wide variation from month to month and year to year in precipitation. Rains, which are the only source of water for the Santa Margarita River, usually occur in the area during the months of November through March. However, there is no dependable repetitious pattern of rainfall within the watershed of the stream in question.

### V

Historically and at present, the Santa Margarita River within the Naval Enclave is usually dry during the period from March through October for much of its twenty-one (21) mile reach within the Naval Enclave.

### LAKE O'NEILL—AN OFF-CHANNEL RESERVOIR

### VI

Lake O'Neill is an off-channel artificial storage reservoir situated within Camp Pendleton in Section Five (5) and Eight (8), Township Ten (10) South, Range Four (4) West. Water is stored in that reservoir by means of an "embankment of earth" situated in the Northwest Quarter ($NW_{4}^{1}$) of the last mentioned Section Eight (8). [1/] Some water from Fallbrook Creek, a tributary of the Santa Margarita River, may enter that Lake during the winter and spring months at the infrequent times it carries water.

---

1/ U.S.A.Pl's Ex. 29G, Morro Hill Quadrangle

VII

Santa Margarita River water was first stored in Lake O'Neill in the year 1883 and since that date waters from that source have been impounded each year in it. 2/

VIII

The dam creating Lake O'Neill when construct was approximately "twelve feet high, one thousand three hundred and forty feet long . . ." It was provided "with an outlet near the south end, consisting of a wooden opening four feet four inches wide, reaching from top to bottom, with loose plank four inches thick set one above the other (not inclined) to retain the water and enable it to be drawn off from the top by removing one plank after the other." 3/

IX

Surface area of Lake O'Neill in the year 1883 was 160 acres and is substantially the same today. 4/

X

Storage capacity in Lake O'Neill historically and at the present time is approximately 1200 acre feet for one filling. 5/

XI

In the year 1883 water was diverted from the Santa Margarita River and conducted to Lake O'Neill by means of the Lake O'Neill ditch

---

2/ U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.; U.S.A.Pl's Ex. 25

3/ U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.

4/ U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.; U.S.A.Pl's Ex. 86a; U.S.A.Pl's Ex.88.

5/ U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.; U.S.A.Pl's Ex. 86A; U.S.A.Pl's Ex. 88.

which has its point of diversion situated in the Northwest Quarter (NW¼) of Section Five (5), Township Ten (10) South, Range Four (4) West, on the south bank of the stream in question. That ditch in 1883 was "three quarters of a mile in length . . . . A part of the diverting ditch is in flume, five feet six inches wide . . . and twenty-two inches deep." 6/

XII

The carrying capacity of Lake O'Neill diversion ditch in 1883 was approximately twenty (20) cubic feet a second. That carrying capacity compares very closely with the carrying capacity of that structure as it exists today which is approximately twenty-two (22) cubic feet a second. 7/

XIII

Historically it was the practice after the winter and spring rains to divert all the waters of the Santa Margarita River into Lake O'Neill by means of a temporary earthern dam constructed in the bed of the Santa Margarita River. The date varied each irrigation season, when that temporary diversion dam was constructed. The date depended upon the amount of rainfall during the preceding winter and spring. 8/ Generally it may be stated that the temporary diversion was placed in operation in the early spring after the high water, if any. 9/

---

6/ U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.

7/ U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.; Transcript Vol. 70, p.8029, Testimony of Col. Bowen

8/ Transcript, Vol. 62, p.6987-88, Testimony of Henry W. Witman, Jr.

9/ Transcript, Vol. 62, p.7035-36, Testimony of John L. Salisbury

XIV

In the years of low run-off the temporary diversion was placed across the river as early as January and February. Other years it was placed across the river in March. Frequently it was constructed across the river in the period from April to June. That temporary structure would divert all of the water of the Santa Margarita River into Lake O'Neill from the time it was placed across the river until it was washed out by the winter rains, usually after the first of November. 10/

BENEFICIAL USE OF THE SANTA MARGARITA
WATERS STORED IN LAKE O'NEILL

XV

In 1883 and all times after that date until the acquisition of the Rancho Santa Margarita by the United States of America, that Rancho was devoted to the raising of livestock, alfalfa, sugar beets and other agricultural products. By reason of the semi-arid climate the production of livestock and agricultural crops could not have been and cannot be successfully conducted without an adequate supply of water for use during the irrigation season, which commences on or about April first of each year, except in drier periods when irrigation may be required throughout the year.

XVI

In 1883 the Rancho Santa Margarita diverted from the Santa Margarita River and stored water in Lake O'Neill for the purpose of irrigating:

    300 acres of alfalfa
    12 acres of orchard and vineyard. 11/

---

10/ Transcript, Vol. 62, p.6988, Testimony Henry W. Witman, Jr.; See U.S.A.Pl's Ex. 25, Year 1930-1931 et seq.

11/ U.S.A.Pl's Ex. 125 A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.

## XVII

Several thousand head of livestock were annually raised on the Rancho Santa Margarita, dating back into the 1880's. Continuously throughout the long period the Rancho Santa Margarita was devoted to raising livestock. Waters diverted from the Santa Margarita River and stored in Lake O'Neill were used for stock-watering purposes, during the dry summer season. [12]

## XVIII

Water was diverted from the Santa Margarita River by the Rancho Santa Margarita and stored in Lake O'Neill for domestic purposes throughout the period it was operated as a livestock ranch. [13]

## XIX

Alfalfa, raised to feed livestock, was a principal agricultural crop produced on the Rancho Santa Margarita. Alfalfa requires periodic irrigation throughout the entire irrigation season, particularly during the latter months of the dry season. There were produced on the Rancho Santa Margarita five cuttings of alfalfa each irrigation season with the last cutting being made in October. The cuttings would yield about one ton to the acre or a gross of five tons to the acre for each irrigation season. Water stored in Lake O'Neill were used to produce the crops of alfalfa referred to in this finding. [14]

## XX

It was the practice to rotate the alfalfa crop to different acreage about every three years. [15]

---

[12] Vail's Ex. AB, p. 8, 41

[13] Vail's Ex. AB, p.41

[14] Transcript, Vol. 62, p.6998, Testimony of Henry W. Witman, Jr.

[15] Transcript, Vol. 62, p.7025, Testimony of John L. Salisbury

## XXI

Sugar beets were likewise raised on the Rancho Santa Margarita. Like the alfalfa described above, that crop to mature required periodic and late irrigation. Waters stored in Lake O'Neill were used for that purpose. 16/

## XXII

Row crops including lima beans, were also raised on the Rancho Santa Margarita. Source of water for those crops was Lake O'Neill. 17/

## XXIII

In the years 1911 through 1914 the following acreage and crops were irrigated with the waters impounded in Lake O'Neill:

| | |
|---|---|
| Alfalfa | 150 acres |
| Sugar Beets | 200 acres |
| Lima Beans | 200 acres |
| | 550 acres 18/ |

## XXIV

Historically there were irrigated on the Rancho Santa Margarita, with water diverted from the Santa Margarita River and stored in Lake O'Neill, between five hundred and fifty (550) to six hundred (600) acres. Those lands were situated generally in an area referred to as Chappo Flats lying south and west of the Santa Margarita River in Sections Thirteen (13), Twenty-three (23) and Section Twenty-four (24), all in Township Ten (10) South, Range Four (4) West. 19/

---

16/ Transcript, Vol. 62, P.7025, Testimony of John L. Salisbury.

17/ Transcript, Vol. 62, p.7025, Testimony of John L. Salisbury.

18/ Transcript, Vol. 62, p.7025, Testimony of John L. Salisbury.

19/ Transcript, Vol. 62, p.7025, Testimony of John L. Salisbury.

QUANTITIES OF WATER STORED IN LAKE
O'NEILL AND APPLIED TO A BENEFICIAL
USE

### XXV

Historically the Rancho Santa Margarita diverted all of the waters of the Santa Margarita River for storage in Lake O'Neill during the period of each year referred to above. Controlling factor as to the quantity of water diverted and stored in Lake O'Neill was the availability of it in the stream. During periods of maximum run-off the quantity of water diverted and stored was increased. There was an attendant reduction in the quantity diverted and stored during periods of draught and low run-off. All of the waters thus diverted and stored were applied to a beneficial use.

### XXVI

Records of the diversion of Santa Margarita waters into Lake O'Neill were not maintained until October 1, 1931. There follows a tabulation of the diversions for Lake O'Neill during the period of record when title resided in the Rancho Santa Margarita:

| Water Year | Acre Feet |
|---|---|
| Oct 1, 1937 – Sept 30, 1938 | 3,340 |
| Oct 1, 1931 – Sept 30, 1932 | 3,050 |
| Oct 1, 1930 – Sept 30, 1931 | 2,540 |
| Oct 1, 1933 – Sept 30, 1934 | 2,490 |
| Oct 1, 1936 – Sept 30, 1937 | 2,470 |
| Oct 1, 1935 – Sept 30, 1936 | 2,340 |
| Oct 1, 1932 – Sept 30, 1933 | 2,200 |
| Oct 1, 1938 – Sept 30, 1939 | 2,100 |
| Oct 1, 1940 – Sept 30, 1941 | 1,800 |
| Oct 1, 1934 – Sept 30, 1935 | 1,270 |
| Oct 1, 1939 – Sept 30, 1940 | 1,080 [20] |

---

[20] U.S.A.Pl's Ex. 25

## XVII

Records disclose that the diversions of all of the waters of the Santa Margarita River into Lake O'Neill for storage, were frequently far in excess of that which could be applied to a beneficial use at the time it was diverted and stored, evidencing the intention of storing the water for future use. [21]

## XVIII

The dates when diversions were commenced, the size of the Lake O'Neill diversion ditch, the storage capacity of Lake O'Neill, the quantities of water actually diverted into and stored in Lake O'Neill, evinced an intention on the part of the Rancho Santa Margarita to divert and store for future use during the dry season, all of the waters of the stream after the high winter run-off, if any, all as described in the preceding findings.

## XXIX

The maximum quantity of water diverted into Lake O'Neill at any one time was controlled by the carrying capacity of the ditch which was approximately twenty (20) cubic feet a second. At any time, after the winter run-off, if any, the flow of the Santa Margarita River was equal to or below the carrying capacity of that diversion ditch the entire flow of the Santa Margarita River was diverted into and stored in Lake O'Neill. Maximum quantity of water diverted into and impounded in Lake O'Neill for future use in the dry season of the year was approximately three thousand and four hundred (3,400) acre feet in any one year. [22]

---

[21] U.S.A.Pl's Ex. 25, Daily Diversion 1931-1932, 1932-1933, 1933-1934, 1935-1936, 1938-1939.

[22] U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981 et seq.; Transcript, Vol. 68, p.7750, 7751, 7745, 7748, 7749; Transcript Vol. 62, p.7033 et seq., Testimony of John L. Salisbury; Transcript, Vol. 62, p.6980 et seq.

XXX

The waters stored in Lake O'Neill which were not used for stock-watering and to meet domestic needs during the dry season of the year were released from storage for use upon lands riparian to the Santa Margarita River.

XXXI

Seasonal storage from the spring of the year, for use in the summer and fall months, was the only means pursuant to which the Rancho Santa Margarita in the year 1883 and thereafter could have irrigated its lands, in the manner described or produced the crops requiring late season water, all as set forth in the preceding findings.

CONCLUSIONS OF LAW

I

A storage right permits the owner of it to accumulate water in a reservoir for future beneficial use. By the exercise of the storage right, waters available in the Spring season of the year may be impounded and stored for use in the summer and fall season of the year, when water is not then available in a state of nature. [23]

II

At the time when Santa Margarita River water was first diverted, stored and impounded in Lake O'Neill by Rancho Santa Margarita, it was implicit in the law of California that an appropriative right to store and apply water to a beneficial use could be acquired. [24]

---

[23] 2 Kinny on Irr. and Water Rights, 2nd Ed, p.1480

[24] Lindblom v. Round Valley Water Co. 178 Cal. 450, 457; 173 Pac 994 (1918)

-11-

15765

### III

The storage right to the use of water for agricultural purposes will be protected by injunction against invasion or injury by a junior appropriator. [25]

### IV

By its prior, actual, completed diversion, storage and application of water to a beneficial use the Rancho Santa Margarita acquired a non-statutory appropriative storage right in the Santa Margarita River with a priority of March, 1883.

### V

The non-statutory appropriative storage right in the Santa Margarita River acquired by the Rancho Santa Margarita is prior, superior and paramount to any junior or subsequent appropriative right or any riparian rights acquired after the priority date mentioned in Conclusions of Law No. IV above.

### VI

By the acquisition of that non-statutory appropriative storage right, there was invested in the Rancho Santa Margarita the right to divert, impound and store in Lake O'Neill all of the waters of the Santa Margarita River, after the high winter run-off. Date when all of the waters of the Santa Margarita River may be diverted, impounded and stored in Lake O'Neill varies with the period and extent of the winter run-off, if any.

### VII

At any time the flow of the Santa Margarita River is twenty (20) cubic feet a second or less, the carrying capacity of

---

[25] Rupley v. Welch, 23 Cal. 452, 455 (1863)

the Lake O'Neill diversion ditch in 1883, at the point of diversion of that structure, then all of the waters of that stream may be diverted, stored and impounded in Lake O'Neill in the exercise of the above described appropriative right. Maximum diversions of Santa Margarita River water pursuant to that appropriative right is three thousand and four hundred (3,400) acre feet annually.

## VIII

The United States of America is the present owner, and entitled to exercise the above described appropriative right to the waters of the Santa Margarita River.

## INTERLOCUTORY JUDGMENT

It is hereby

ORDERED, ADJUDGED AND DECREED:

1. The United States of America is the owner of, and title resides in it, to the above described non-statutory appropriative right with a priority of March, 1883, to divert, store and impound in Lake O'Neill the waters of the Santa Margarita River, at the time and in the amounts hereafter decreed.

2. The United States of America, its successor and assigns, is hereby decreed the right to divert, store and impound all the waters of the Santa Margarita River after the so-called winter run-off, if any, and may divert, store and impound the waters of the Santa Margarita River at any time that the flow of the stream is equal to or below twenty (20) cubic feet a second, at the point of diversion of the Lake O'Neill ditch.

PROVIDED HOWEVER, that there may not be impounded in

Lake O'Neill in any one year a quantity of water exceeding three thousand and four hundred (3,400) acre feet.

3. The above described right to divert, store and impound the above described waters of the Santa Margarita River as herein decreed is prior, superior and paramount to any junior appropriative right and to any riparian right acquired subsequent to March of 1883.

4. This Court retains jurisdiction of the above decreed right for Lake O'Neill for all purposes.

5. IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: _____                    _____
                                         JAMES M. CARTER
                                         Judge, United States District Court


Respectfully submitted on
Behalf of the United States of America

_____
WILLIAM H. VEEDER
Attorney, Department of Justice

-14-