UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| U.S.A. | No. 1247-SD-C  Civil |
| v. | MINUTES OF THE COURT |
|  | Date: March 15, 1961 |
| FALLBROOK, etc., et al | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: WILLIAM BUCKNER, FRED GIRARD, DONALD STARK, FRANZ SACHSE, GEORGE GROVER and GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:05 A.M. reconvene.
Witness Bowen is recalled, and testifies further.
Exs. Nos. 280A and 280B are marked for Identification.
At 11 A.M. recess, and at 11:15 A.M. reconvene.
Witness Bowen testifies further.
At 11:55 A.M. recess to 2 P.M., and at 2 P.M. reconvene.
Witness Bowen testifies further.
GOVERNMENT RESTS on question of Fallbrook diversions.
Court and counsel discuss proposed Findings re Fallbrook diversions.
At 4:20 P.M. recess to March 16, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _William_____
            Deputy