UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: March 16, 1961 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE GROVER, OWEN STRANGE, DONALD STARK, GEORGE STAHLMAN, FRANZ SACHSE AND FRED GIRARD.

PROCEEDINGS:

At 10:15 A.M. reconvene herein.
Attorney Grover makes statement.
Gibbon and Cottle Exs Nosxxxxxxxxxxxxx Nos. D and E are substituted and admitted in evidence.
Attorney Grover argues in support of Gibbon and Cottle claim for appropriative rights.
At 12:00 o'clock, noon, recess to 2 P.M., and at 2 P.M. reconvene.
Attorney Veeder renews motion for for injunction against Fallbrook, and IT IS ORDERED said motion is denied without prejudice.
Attorney Grover argues further.
Attorneys Sachse, Fred Girard and Veeder each make statements on Gibbon and Cottle matter.
IT IS ORDERED that Attorney Grover submit proposed findings, etc on matter of Gibbon and Cottle claim for appropriative rights by April 6, 1961, and Attorney Grover is given permission to file further memorandum.
At 4:45 P.M. recess to March 17, 1961, at 9:30 A.M.

JOHN A. CHILDRESS, Clerk

By _____
     Deputy