CARTER
3-17-61

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No.  1247-SD-C  Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: March 17, 1961 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _ _ MM JAMES M. CARTER _ _ _ _ District Judge

Deputy Clerk WILLIAM W. LUDDY _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: _ WILLIAM VEEDER AND DONALD REDD _ _ _ _

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

PROCEEDINGS: FURTHER COURT TRIAL

At 9:30 A.M. reconvene herein.
Attorney Veeder news motion for Injunction against Fallbrook. and argues in support thereof.
Attorney Sachse argues in opposition.
Attorney Stahlman and Girard each make statements.
IT IS ORDERED that said motion for Injunction is denied without prejudice to renewal.
IT IS ORDERED cause is continued to April 4, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____
        Deputy