UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | |
| | ) | MINUTES OF THE COURT |
| v. | ) | |
| FALLBROOK, etc., et al | ) | Date:_ _ _ _ April 3, 1961 _ _ |
| | ) | |
| | ) | At:  San Diego,  California. |

PRESENT:  Hon. JOHN_CRANSTON,_SPECIAL_MASTER _ _ _ _ XXXXXXXXXXXXXXX

Deputy Clerk:WILLIAM W._LUDDY_ _ Reporter: _MALCOLM_LOVE _ _ _

Counsel for Plaintiff: _ WILLIAM VEEDER AND DONALD REDD_ _ _ _

Counsel for Defendant: _NONE APPEARING _ _ _ _ _ _ _ _ _ _ _

PROCEEDINGS:

Special Master Cranston states he proposed to sign findings, etc., re Rainbow Creek Watershed.

IT IS ORDERED matters before Special Master is continued to June 5, 1961, at 10 A.M. in San Diego, California.

JOHN A. CHILDRESS, Clerk

By_ _____ _

Deputy

6344