UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
|  | ) | MINUTES OF THE COURT |
| v. | ) | Date: April 4, 1961 |
|  | ) |  |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD _ _ _ _

Counsel for Defendant: _ GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL

        At 10:10 A.M. reconvene.
        Witness Bowen testifies further.
        Additional documents are added to Ex. No. 207 E.
        Ex. No. 208 E is marked and received.
        At 10:55 A.M. recess, and at 11:10 A.M. reconvene.
        Court and counsel discuss proposed findings.
        Fallbrook Exs. Q, R, S, W, X, AND Y ARE marked and received.
        Court and counsel further discuss findings.
        At 4:30 P.M. a recess is declared to April 5, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By_ _ _ _ _ _ _ _ _ _ _ _ _
              Deputy