<mark>LODGED

APR 4 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFOR</mark>

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT REGARDING PROPERTY OF JAMES OVIATT

## FINDINGS OF FACT

### I

That the lands of defendant, JAMES OVIATT, are located in general in southern Riverside County and northern San Diego County, primarily in the Lancaster Valley and Oak Grove areas as depicted on U.S. Exhibits No. 210C and 211C; that the legal description of said lands are set forth in Oviatt Exhibit A and U.S. Exhibit 210 series which legal description is incorporated by reference herein.

### II

That the lands described above in Finding I, within Township 8 S, Range 1 W, Sections 12 and 13 and Township 8 S, Range 1 E, sections 7, 8 and 18 abut upon or are traversed by Wilson Creek; that the lands described above in Finding I within Township 9 S, Range 2 E, sections 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15, 17, Northeast Quarter of 21, 22, and 23 and Township 9 S, Range 3 E section 6, and Township 8 S, Range 3 E sections 27

15773

and 35, abut upon or are traversed by Chihuahua Creek; that the lands described above in Finding I within Township 9 S, Range 2 E, sections 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 21, 22 and 23 and Township 9 S, Range 3 E Northwest Quarter of section 6 abut upon or are traversed by Temecula Creek; that the surface flow of Wilson Creek, Chihuahua Creek and Temecula Creek are tributary to the Santa Margarita River.

III

It is true that to the extent that the lands described in Finding I overlie deposits of younger alluvium or older continental deposits, as depicted on U. S. Exhibit 15, the ground waters therein add to and support and are a part of the Santa Margarita River; it is not true that the ground waters which underlie said lands in volcanic rock or basement complex as depicted on U.S. Exhibit 15 add to and support and are a part of the Santa Margarita River but said ground waters are vagrant, local, percolating waters not a part of the Santa Margarita River.

IV

It is true that at the present time 2,418 acres of the land described in Finding I are irrigable.

V

It is true that surface flows of Wilson Creek, Chihuahua Creek and Temecula Creek are at present and have in the past been used on lands riparian thereto for reasonable and beneficial purposes and that all uses of the surface flows of said Creeks on lands riparian thereto are and have been proper riparian uses.

VI

It is not true there has been in the past or that there is at present any use of the surface waters of the Santa Margarita River or its tributaries on the lands described in Finding I which has been open and notorious, under a claim of right and

2

adverse or hostile to any downstream water right claimant.

VII

It is not true that the use of the waters of said Santa Margarita River on the lands described in Finding I have had any affect on the amount of water available to downstream water claimants, other than that which would be evidenced from a normal and proper reasonable riparian use.

VIII

It is true that the ground waters of the Santa Margarita River which underlie the lands described in Finding I have been beneficially applied upon the lands riparian thereto; it is true that all such uses of ground waters have been proper riparian uses.

IX

It is true that at the present time there are three (3) operating water wells on the property desctibed in Finding I, lying within Township 8 S, Range 1 W, sections 12 and 13, and Township 8 S, Range 1 E, sections 7, 8, and 18; that water from said wells is applied directly to the lands described herein or is pumped into reservoirs for the purpose of obtaining a head for immediate irrigation or domestic use.

X

It is true that at the present time on those lands located within sections 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 21, 22 and 23 of Township 9 S, Range 2 E of the land described in Finding I, there are eight (8) operating water wells; that water from said wells is used for irrigation and stock watering purposes on said lands.

XI

It is not true that there exists any water right, riparian, prescriptive, or otherwise to use the waters of

3

15775

Rattlesnake Springs located in Township 9 S, Range 2 E section 20 on any of the lands described in Finding I; it is true that the waters from said Springs have been diverted and used and are being diverted and used on the lands described in Finding I, in Township 9 S, Range 2 E section 16, pursuant to a permissive license, revocable, issued by the United States Forest Service upon whose land said Springs are located.

### XII

It is true that there is a present appropriative right with a priority date of March 24, 1913, to divert from Kohler Canyon Creek, a tributary of Temecula Creek, in section 28, Township 9 S, Range 2 E, three and one-half ($3\frac{1}{2}$) miners inches on a daily basis and to store and use said waters on the lands described in Finding I within sections 16 and 21, Township 9 S, Range 2 E, for irrigation and domestic use.

### XIII

It is not true that the present uses of water as found in Findings V and VIII herein on the lands described in Finding I have under existing conditions been excessive or unreasonable; it is true that said uses as found hereinabove have not had any appreciable affect on the amount of water available to the United States of America for use on its riparian lands downstream from the lands described in Finding I.

Dated: _____, 1961.

_____
UNITED STATES DISTRICT JUDGE

### CONCLUSIONS OF LAW

#### I

That the lands which are described in Findings I and II which abut upon or are traversed by Wilson Creek, Chihuahua Creek, and Temecula Creek, have riparian rights to the respective

4

surface waters of said Creeks.

## II

That ground waters which are found within recent alluvium and older continental deposits as depicted on U.S. Exhibit 15 on the lands described in Finding I are a part of the Santa Margarita River.

## III

That ground waters which are found within volcanic rock or basement complex as depicted on U.S. Exhibit 15 of the lands described in Finding I are vagrant, local and percolating waters not a part of the Santa Margarita River.

## IV

That the past and present uses of the surface waters of the Santa Margarita River on the lands described in Finding I are proper riparian uses.

## V

That the past and present uses of the ground waters of the Santa Margarita River on the lands described in Finding I are proper riparian uses.

## VI

That no prescriptive right to the use of the waters of the Santa Margarita River on the lands described in Finding I has been established.

## VII

That there is no appropriative right to divert and use on the lands described in Finding I any waters from Rattlesnake Springs.

## VIII

That there is an appropriative right to divert from Kohler Canyon Creek with a priority of March 24, 1913, three and one-half ($3\frac{1}{2}$) miners inches daily and to store and subsequently

apply said diverted water to beneficial irrigation and domestic use on section 16 and 21, Township 9 S, Range 2 E of the lands described in Finding I.

Dated:_____, 1961

_____
UNITED STATES DISTRICT JUDGE

INTERLOCUTORY JUDGMENT

This matter having been submitted to this Court for the entry of Interlocutory Judgment in regard to the lands described in the Findings attached hereto, and good cause appearing therein,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the lands described in Findings I and II, which description is incorporated by reference into this judgment, are riparian to Temecula Creek, Wilson Creek and Chihuahua Creek as set forth in Finding II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ground waters underlying those lands described in Finding I which overlie deposits of younger alluvium or older continental deposits as depicted on U. S. Exhibit 15, incorporated herein by reference, are a part of the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ground waters which underlie said lands described in Finding I within volcanic rock or basement complex as depicted on U. S. Exhibit 15 which Exhibit is incorporated herein by reference are not a part of the Santa Margarita River but are vagrant, local and percolating waters.

- - - -

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no riparian, prescriptive or appropriative, or other right exists as to the right to use the waters of Rattlesnake Springs located in Township 9 S, Range 2 E section 20 on any of the lands described in Finding I.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is a valid appropriative right with a priority date of March 24, 1913, to appropriate from Kohler Canyon Creek, a tributary of Temecula Creek in section 28 Township 9 S, Range 2 E, three and one-half (3½) miners inches of said water on a daily basis and to store and use said waters in said amount on the lands described in Finding I within sections 16 and 21 Township 9 S, Range 2 E, for irrigation and domestic use.

Dated:_____, 1961.

                                                UNITED STATES DISTRICT JUDGE