LODGED
APR 4 1961

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

           Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT REGARDING KNOX PROPERTY

## FINDINGS OF FACT

### I

That the lands of defendants Garner L. Knox, Flora S. Knox and Walter G. Knox are located in general in southern Riverside County, upstream from Vail Dam and are particularly described in U. S. Exhibit 210 B which description is incorporated by reference herein.

### II

That all of the lands described in Finding I abut upon or are traversed by Temecula Creek, a tributary of the Santa Margarita River.

### III

That all of the ground waters which underlie the lands described in Finding I add to and support and are a part of the Santa Margarita River.

### IV

It is true that at the present time 100 acres of the

land described in Finding I are irrigable.

V

It is true that the present apparent owners of the land described in Finding I, Garner L. Knox, Flora S. Knox, and Walter G. Knox and their predecessors have irrigated from forty (40) to seventy (70) acres of said land; that said irrigation has been accomplished by the use of both the surface and ground waters of the Santa Margarita River; that at the present time there are three (3) water producing wells on the property described in Finding I; it is true that there exists a surface diversion of water from Temecula Creek upstream from the lands described in Finding I and the water so diverted is carried by a pipeline to a reservoir on said lands described in Finding I; it is true that said diverted water is stored in said reservoir only for purposes of obtaining a head for irrigation and that said storage is not seasonal and that said diverted and stored water is used to irrigate the lands described in Finding I.

VI

It is true that all of the uses of water described in Finding V are proper riparian uses.

VII

It is not true that there has been in the past or that there is at present any use of the waters of the Santa Margarita River or its tributaries on the lands described in Finding I, which has been open and notorious, under a claim of right and adverse or hostile to any downstream water right claimant.

VIII

It is not true that the use of the waters of said Temecula Creek on the lands described in Finding I have had any affect on the amount of water available to downstream water

2

claimants other than that which would be evidenced from a normal and proper reasonable riparian use.

IX

It is not true that there is any appropriative right to the use of the waters of the Santa Margarita River and its tributaries on the lands described in Finding I.

Dated:_____, 1961.

_____
UNITED STATES DISTRICT JUDGE

CONCLUSIONS OF LAW

I

That the lands described in Finding I are riparian to Temecula Creek.

II

That ground waters which underlie said land are part of the Santa Margarita River.

III

That the present uses of water on said lands are proper riparian uses.

IV

That there does not exist any prescriptive or appropriative right to use the waters of said River on said lands.

Dated:_____, 1961.

_____
UNITED STATES DISTRICT JUDGE

- - - -
- - - -
- - - -

3

INTERLOCUTORY JUDGMENT

This matter having been submitted to this Court for the entry of Findings of Fact, Conclusions of Law and Interlocutory Judgment and good cause appearing therein,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the lands described in Findings of Fact I, which description is incorporated herein by reference, are riparian to Temecula Creek, a tributary of the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters underlying said lands described in Findings of Fact I which description is incorporated herein by reference are a part of the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is no prescriptive or appropriative right to use the waters of the Santa Margarita River and its tributaries on any of the lands described in Findings of Fact I which description is incorporated herein by reference.

Dated: _____, 1961.

_____
UNITED STATES DISTRICT JUDGE

4