UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                          )   No.   1247-SD-CCivil
                                )
                                )   MINUTES OF THE COURT
    v.                          )
                                )   Date: April 5, 1961
FALLBROOK, etc., et al          )
                                )   At: San Diego, California.

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

   Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: JOHN SWWADER AND MARIE ZELLNER

   Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD _ _ _ _

   Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD.

PROCEEDINGS:     FURTHER COURT TRIAL

   At 10 A.M. reconvene.
   Court and counsel discuss stipulation re appropriative rights to Lake O'Neill.
   At 11:50 A.M. recess to 1:30 P.M.
   At 1:30 P.M. reconvene.
   Court and counsel further discuss stipulation, and proposed findings.
   Ex. No. Vail C-1 is received.
   Vail Exs. BE 1 and BE-2 are received.
   Exs. Vail BF-1 thru 6, BG, BH, BI, and BJ and BK are marked and received.
   At 3:15 P.M. recess and at 3:25 P.M. reconvene.
   Witness Bowen is recalled, and testifies further.
   Witness Kunkle is recalled, and testifies further.
   Exs. Nos. 281 and 281 A are received.
   Exs. 29AE and AF and 280A and 280B are received.
   Witness Bowen is recalled, and testifies further.
   Exs. No. 282 and 287 are received.
   At 4:30 P.M. a recess is declared to April 6, 1961, at 10 A.M.

                                        JOHN A. CHILDRESS, Clerk
                                        By _____
                                                 Deputy

6417