FILED
APR 5 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

Please take notice, that the United States of America will bring the attached motion for a temporary restraining order and a preliminary injunction on for hearing before this Court at Court Room #2, United States Court House, 325 West F Street, San Diego, California, on the 5th day of April, 1961, at 10:00 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard.

Dated: April 5, 1961

/s/ William H. Veeder
WILLIAM H. VEEDER
Attorney for the United States
of America
Room 303, United States Court House
325 West F Street
San Diego 1, California

6405

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

COMES NOW THE UNITED STATES OF AMERICA, plaintiff in the above entitled cause, and moves this Court for a temporary restraining order and a preliminary injunction based upon the undisputed facts in this case, admissions by the Defendant Fallbrook Public Utility District and the facts alleged in this motion, for the purpose of having enjoined the Defendant Fallbrook Public Utility District, its agents, servants and employees from pumping water from the Santa Margarita River to the irreparable damage of the United States of America, all as hereafter more fully alleged and averred:

        ILLEGAL AND UNLAWFUL DIVERSION BY THE DEFENDANT
        FALLBROOK PUBLIC UTILITY DISTRICT OF THE SANTA
        MARGARITA RIVER WATERS TO WHICH THE UNITED STATES
        OF AMERICA IS ENTITLED FOR LAKE O'NEILL—IRREPAR—
        ABLE DAMAGE TO UNITED STATES OF AMERICA

I

The United States of America is the owner in fee simple of approximately 135,000 acres of land, largely situated in San

-1-

6406

Diego County, State of California. Those lands, over which the State of California has ceded Exclusive Jurisdiction, at present, and for the immediately preceding approximately nineteen (19) years, constitute a Naval Enclave comprised of (a) Camp Pendleton, a Marine Corps training base, (b) the United States Naval Ammunition Depot, (c) the United States Naval Hospital.

II

The United States of America acquired the lands constituting that Naval Enclave referred to in paragraph I above in the years 1942-1943 from the Rancho Santa Margarita, hereafter referred to as the Rancho. By that acquisition the United States of America, among other things, succeeded to all rights to the use of water in the Santa Margarita River, title to which resided in the Rancho at the time of that transfer.

III

The Santa Margarita River, a natural stream, traverses the above mentioned Naval Enclave, generally from east to west for a distance of approximately twenty-one (21) miles.

IV

Lake O'Neill is an off-channel artificial storage reservoir situated within Camp Pendleton in Section Five (5) and Eight (8), township Ten (10) South, Range Four (4) West.

V

Continuously since the year 1883, until the transfer of the Rancho to the United States of America, water from the Santa Margarita River was diverted by the Rancho into Lake O'Neill by means of a ditch, the headworks of which are situated on the south bank of that stream in the Northwest Quarter ($NW\frac{1}{4}$) of Section Five (5), Township Ten (10) South, Range Four (4) West.

VI

Storage capacity of Lake O'Neill, historically and at the present time, was and is approximately twelve hundred (1200) acre feet, one hundred (100) acre feet of which is dead storage.

VII

Annually, from March, 1883, until the transfer of the Rancho to the United States of America, the Rancho, after the winter runoff, if any, diverted into the headworks of the Lake O'Neill diversion ditch by means of a temporary earthen dam, all of the waters of the Santa Margarita River, not to exceed twenty (20) cubic feet of water a second and stored in Lake O'Neill a quantity of Santa Margarita River water up to the full capacity of that Lake which, as averred, was and is twelve hundred (1200) acre feet.

VIII

Date each irrigation, since 1883, when the Rancho commenced to divert all of the waters in the Santa Margarita River, varied from year to year dependant upon the rainfall during the previous winter and spring. Usually, however, all of the waters of the Santa Margarita River were diverted in the manner described on and after about the first of March. In the years of drougth all of the waters would be diverted for storage into Lake O'Neill as early as the month of January. In the season of heavy precipitation all of the waters would not be diverted for storage until as late as the month of April.

IX

All of the water, seasonally stored by the Rancho, from the early months of spring until the months of summer and fall, as alleged above, was applied beneficially by the Rancho for purposes of irrigation, watering of livestock and to meet domestic needs.

X

Lake O'Neill diversion ditch was constructed in a manner which permitted the waters diverted from the Santa Margarita River, all as described above, to enter Lake O'Neill or to by-pass that reservoir. It was the historic practice, after Lake O'Neill had been filled to capacity to permit the waters diverted from the Santa Margarita River to flow down the Lake O'Neill diversion ditch and be used directly for irrigation without impoundment in the reservoir.

XI

Title to the rights to the use of waters of the Santa Margarita River for Lake O'Neill claimed and exercised by the Rancho was acquired by the United States of America, all as described above, in the years 1942-1943, and title to those rights does now reside in and at all times since that acquisition has resided in the United States of America.

XII

At all times since the United States of America acquired the Rancho and the rights to the use of water in the Santa Margarita River for Lake O'Neill, all as described above, except when Defendant Fallbrook Public Utility District has unlawfully pumped and diverted the waters of the Santa Margarita River, the United States of America has diverted waters from that River under a claim of right as successor in interest of the Rancho, and has impounded and stored those waters in Lake O'Neill at the times and in the amounts as was the practice of the Rancho, and has applied those waters to beneficial uses.

XIII

When not unlawfully pumped and diverted by the Defendant Fallbrook Public Utility District, all as hereafter described, the waters of the Santa Margarita River at the District's point of diversion

-4-

6409

would, except that diverted by the Naval Ammunition Depot, naturally flow down to the headworks of the Lake O'Neill diversion ditch to be there diverted into and stored in Lake O'Neill by the United States of America during each irrigation season at the times and in the amounts as was the practice of the Rancho, all as more fully set-forth above.

XIV

Those waters of the Santa Margarita River thus diverted and stored in Lake O'Neill by the United States of America, as alleged in the paragraph immediately preceding, are used by the United States of America for military purposes in connection with training Marines for combat duty in bridge building and tactics, to provide the military personnel and their dependants with recreational facilities and other beneficial uses for the patients and personnel at the United States Naval Hospital.

XV

Further beneficial use is made of the waters stored and impounded in Lake O'Neill as described in the paragraph XIV above. That beneficial use of the stored waters is accomplished by the release of it into the ground water basin underlying Camp Pendleton. The Lake O'Neill waters thus released enter that ground water basin and are then pumped from that basin into the water distribution system for Camp Pendleton and used to meet the needs of the military personnel and their dependants, for drinking, bathing, household requirements, and all of the numerous military needs of Camp Pendleton. The release of Lake O'Neill waters into the underground basin, as described, is made in October of each irrigation season.

XVI

Immediately east of the eastern boundary of the Naval Enclave on both the northern and southern banks of the Santa Margarita River

the Defendant Fallbrook Public Utility District maintains and operates large pumping installations with which it pumps and diverts at the present time the waters of the Santa Margarita River in direct violation of the rights of the United States of America in the Santa Margarita River for the above ddscribed Lake O'Neill. Those pumps thus maintained and operated by Defendant Fallbrook Public Utility District are situated within or near the Northwest Quarter of the Northwest Quarter ($NW\frac{1}{4}$ of $NW\frac{1}{4}$) of Section Seven (7), Township Nine (9) South, Range Three (3) West.

XVII

In direct violation of the rights of the United States of America in the Santa Margarita River for Lake O'Neill, all as described above, and to the irreparable damage of the United States of America, the Defendant Fallbrook Public Utility District has been, now is and threatens to continue to pump large quantities of the waters of the Santa Margarita River and to divert those waters away from the United States of America, which waters if not thus pumped and diverted would naturally, except as noted in paragraph XIII, flow on down the Santa Margarita River where they would be diverted by the United States of America into Lake O'Neill and there stored to be beneficially used by the United States of America, all as described above.

XVIII

The waters of the Santa Margarita River illegally and unlawfully pumped and diverted away from the United States of America by the Defendant Fallbrook Public Utility District as alleged are greatly needed by the United States of America to refill Lake O'Neill for the level of that Lake is presently approximately one hundred and fifty (150) acre feet as distinguished from the required twelve hundred (1200) acre feet and it's utility to the United States of America both for the present and future beneficial uses above described

is greatly impaired to the irreparable damage to the United States of America.

XIX

Immediate and irreparable damage and injury has been and is now being sustained by the United States of America by reason of the illegal and unlawful pumping of the Santa Margarita River by the Defendant Fallbrook Public Utility District, all as described above, and the Defendant Fallbrook Public Utility District threatens to and will continue to pump and divert the waters of the Santa Margarita River in the manner described to the immediate and irreparable damage of the United States of America unless and until the Defendant Fallbrook Public Utility District is restrained and enjoined from thus pumping and diverting the waters of the Santa Margarita River.

ILLEGAL AND UNLAWFUL DIVERSION BY DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT OF THE WATERS OF THE SANTA MARGARITA RIVER TO WHICH THE UNITED STATES OF AMERICA IS LEGALLY ENTITLED FOR THE UNITED STATES NAVAL AMMUNITION DEPOT—IRREPARABLE DAMAGE TO THE UNITED STATES OF AMERICA

XX

As averred above, the United States of America does now and for many years has maintained within the Naval Enclave the United States Naval Ammunition Depot.

XXI

Waters diverted from the Santa Margarita River and pumped from that stream are used to supply the needs of the personnel who operate and maintain the United States Naval Ammunition Depot. In addition, the waters of the Santa Margarita River are used on that Naval Ammunition Depot for fire protection and other military purposes.

XXII

The point of diversion for the United States Naval Ammunition

-7-

6412

Depot is situated on the south bank of the Santa Margarita River in the Southwest Quarter of the Southwest Quarter ($SW\frac{1}{4}$ of $SW\frac{1}{4}$) of Section Fourteen (14), Township Nine (9) South, Range Four (4) West. That point of diversion is upstream from the above described headworks of the Lake O'Neill Diversion Ditch.

XXIII

By reason of its location upstream from the headworks of the Lake O'Neill ditch, all of the Santa Margarita River waters reaching that structure must first flow pass the diversion works of the United States Naval Ammunition Depot.

XXIV

Point of diversion for the United States Naval Ammunition Depot, above described, is situated downstream from the pumps and diversion works of the Defendant Fallbrook Public Utility District, which have been described in the paragraphs which precede.

XXV

The lands upon which the Santa Margarita River waters are diverted and used by the United States of America in connection with the United States Naval Ammunition Depot are riparian to that stream.

XXVI

Respecting the rights of the United States of America to the use of the waters of the Santa Margarita River in connection with the United States Naval Ammunition Depot, counsel for the Defendant Fallbrook Public Utility District in a letter dated March 20, 1961, directed to this Court, made the following statement:

> "The evidence and argument last week on the issue
> of possible restraint of Fallbrook's pumping to
> protect water rights of the United States on Camp

Pendleton points up the desirability of giving early consideration to the related problem of the Naval Ammunition Depot. The Depot enjoys riparian rights, and uses the river waters almost wholly for domestic purposes.

There is little doubt that unless we are blessed with most unusual rains, there will be no surface flow of the river available to the Depot by the end of the summer. Given such conditions, I believe your Honor would be forced to restrain Fallbrook's pumping upon proper Motion by the United States."

XXVII

Fire hazard at the United States Naval Ammunition Depot with the attendant threat of great loss and damage, requires that there be maintained at all times an adequate supply of water. There is, of course, a constant demand for water for the personnel who maintain the Depot in question. There is an annual demand from the Santa Margarita River for the Naval Ammunition Depot of approximately one hundred (100) acre feet of water a year. Period of the greatest demand for water are the dry months of the year, which are now commencing.

XXVIII

The Defendant Fallbrook Public Utility District has caused irreparable damage to the United States of America by reason of the pumping and diversion of Santa Margarita River waters to which the United States of America was legally entitled to take, divert and beneficially use to meet the needs and demands for water for the United States Naval Ammunition Depot.

## XXIX

The Defendant Fallbrook Public Utility District threatens to continue to illegally and unlawfully pump and divert the waters of the Santa Margarita River to which the United States of America is legally entitled for use on the United States Naval Ammunition Depot and will continue to illegally and unlawfully divert those waters unless and until it is enjoined, restrained and prohibitied from illegally and unlawfully diverting those waters of the Santa Margarita River to which the United States of America is legally entitled for use on the United States Naval Ammunition Depot.

## XXX

**ALL OF THE UNITED STATES OF AMERICA'S RIGHTS IN SANTA MARGARITA RIVER PRIOR AND SUPERIOR TO THE CLAIMS OF THE DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT—THE UNITED STATES OF AMERICA HAS NO REMEDY AT LAW AGAINST DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT**

This Court has in substance declared and the Defendant Fallbrook Public Utility has specifically admitted that all of the rights of the United States of America in the Santa Margarita River are prior and superior to those of the Defendant Fallbrook Public Utility District.

## XXXI

The United States of America has no plain, speedy and adequate remedy at law against the Defendant Fallbrook Public Utility District for the illegal and unlawful pumping of the waters of the Santa Margarita River to which the United States of America is legally entitled, all as averred above.

## XXXII

The United States of America is suffering and will continue to suffer irreparable damage to the ground water basin underlying Camp Pendleton by reason of the illegal and unlawful acts of the De-

fendant Fallbrook Public Utility District, all as averred above. However, until this Court has made rulings upon questions of law pending before it, the United States of America refrains from asserting those damages in this motion, reserving nevertheless the right to amend this motion to include allegations respecting those additional rights if the facts warrant that action.

WHEREFORE, THE UNITED STATES OF AMERICA RESPECTFULLY PRAYS THIS COURT TO ISSUE:

a. A preliminary injunction against the Defendant Fallbrook Public Utility District, its agents, officers and employees, restraining, enjoining and prohibiting the Defendant Fallbrook Public Utility District from pumping and diverting the waters of the Santa Margarita River to which the United States of America is legally entitled, all as averred above;

b. Pending the hearing on the preliminary injunction above prayed for, a temporary restraining order enjoining, restraining and prohibiting the Defendant Fallbrook Public Utility District from pumping and diverting the waters of the Santa Margarita River to which the United States of America is entitled, all as alleged above; and

c. For such further and additional relief as is proper under the circumstances.

Dated: April 5, 1961

UNITED STATES OF AMERICA

WILLIAM H. VEEDER
Attorney for United States of America

-11-

6416