CARTER
4-6-61

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
)
) MINUTES OF THE COURT
v. )
) Date:    April 6, 1961
)
FALLBROOK, etc., et al ) At: San Diego, California.

PRESENT: Hon.    JAMES M. CARTER    District Judge

Deputy Clerk WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, FRED GIRARD AND GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:15 reconvene.
Attorney Sachse moves to dismiss governments motion for Injunction against Fallbrook.
IT IS ORDERED said motion is denied.
IT IS ORDERED that Attorney Veeder support said motion by affidavit, and that governments motion for Injunction set for hearing for April 13, 1961, at 9:30 A.M.
Court and counsel discuss proposed findings.

At 4:30 P.M. recess is declared to April 7, 1961, at 9:30 A.M.

JOHN A. CHILDRESS, Clerk
By _____
                    Deputy

6418