UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| U.S.A. ) | No. 1247-SD-C  Civil |
| ) | MINUTES OF THE COURT |
| v. ) | Date: April 7, 1961 |
| FALLBROOK, etc., et al ) | |
| ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD AND DONALD STARK

PROCEEDINGS:

COURT AND COUNSEL discuss propsed findings.

IT IS ORDERED that cause is continued to April 13, 1961, at 10 A.M. for hearing on Governments motion for Injunction, and thereafter continued to April 25, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____
              Deputy

C419