FILED

APR 11 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY M. O. Keesling
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   No. 1247-SD-C
                                     )
            Plaintiff,               )
                                     )   MEMORANDUM
     v.                              )   OF
                                     )   POINTS AND AUTHORITIES IN SUPPORT
FALLBROOK PUBLIC UTILITY             )   OF MOTION OF THE UNITED STATES OF
DISTRICT, et al.,                    )   AMERICA FOR TEMPORARY RESTRAINING
                                     )   ORDER AND PRELIMINARY INJUNCTION
            Defendants.              )

There is set for hearing at 9:30 a.m., April 14, 1961, the Motion for Temporary Restraining Order and Preliminary Injunction.

In support of its Motion, the United States of America intends to reply upon the testimony of Lt. Col. Allen C. Bowen, which is contained in Transcript, Volumes 135, pages 15,345, line 15, through page 15386, line 11; Volume 136, pages 15,391, through page 15,456, line 20, as that testimony relates to the appropriative storage right to the use of water of the Santa Margarita River for Lake O'Neill and the riparian rights to the use of water in that stream for the United States Naval Ammunition Depot.

Col. Bowen will also testify further at the hearing in regard to the needs for water for Lake O'Neill and the United States Naval Ammunition Depot for the present and in the future.

In addition, Col. Bowen will testify to the irreparable damage which the United States of America is now experiencing by reason

6420

of the diversion of Santa Margarita River water by the Fallbrook Public Utility District; the irreparable damage the United States of America will continue to sustain unless Fallbrook Public Utility District is restrained from pumping the waters from the Santa Margarita River.

The United States of America will, of course, rely upon the entire record of evidence in this case in support of its Motion. Reliance will also be placed upon the unchallenged pleadings, tentative findings made by this Court in regard to the appropriative right of the United States of America for Lake O'Neill, and the general acceptance of those findings by the principal parties.

Reference in that regard is made to the fact that the United States of America has proved an appropriative right for Lake O'Neill with a priority date of 1883, with the right to divert water from April 1st through October 31st of each irrigation season. That priority is to be contrasted with the earliest priority date claimed by Fallbrook Public Utility District, which is October, 1946. Pertinent also is the fact that there has been tacit recognition that the right claimed and exercised by the United States for the United States Naval Ammunition Depot is riparian in character. As a consequence that right is prior and superior to any claim of the defendant last named.

It is respectfully submitted that this Honorable Court in equity and in justice, based upon all of the facts of the case, should restrain the pumping and diversion by the Fallbrook Public Utility District of the waters of the Santa Margarita River, which is causing and will continue to cause irreparable damage to the United States of America, all as averred in the Motion before this Court.

April 11, 1961

William H. Veeder
Attorney for the United States of America

-2-

6421