**ENTERED**

**APR 13 1961**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT **F I L E D**

SOUTHERN DISTRICT OF CALIFORNIA

APR 13 1961

SOUTHERN DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | FINDINGS OF FACT, CONCLUSIONS OF LAW |
| | ) | AND INTERLOCUTORY JUDGMENT |
| v. | ) | RESPECTING |
| | ) | NON-STATUTORY APPROPRIATIVE RIGHTS |
| FALLBROOK PUBLIC UTILITY | ) | OF THE UNITED STATES OF AMERICA IN |
| DISTRICT, et al., | ) | THE SANTA MARGARITA RIVER |
| | ) | FOR LAKE O'NEILL |
| Defendants. | ) | Judgment # 24 |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND
INTERLOCUTORY JUDGMENT RESPECTING LAKE O'NEILL

This Court having considered the evidence introduced in regard

to the diversion and storage of Santa Margarita River waters in Lake

O'Neill and the application of that water to a beneficial use, makes and

enters the following findings of fact in regard to that Lake:

THE COURT FINDS;

RANCHO SANTA MARGARITA—ACQUISITION BY UNITED
STATES OF AMERICA—RIGHTS IN SANTA MARGARITA RIVER

I

The Rancho Santa Margarita, situated in San Diego County, Cali-

fornia, totaling approximately 133,000 acres, was acquired by the United

States of America in the years 1942 and 1943. By that acquisition the

United States of America succeeded to, among other things, all of the

rights to the use of water in the Santa Margarita River, title to which

was vested in the Rancho, including but not limited to the hereafter

described appropriative storage right to the use of water of the Santa

Margarita River for Lake O'Neill.

## II

The lands comprising Rancho Santa Margarita are now utilized by the United States of America as a Naval Enclave over which the State of California has ceded Exclusive Jurisdiction. Within that Naval Enclave the United States of America maintains Camp Pendleton, the United States Naval Ammunition Depot and the United States Naval Hospital. At present the lands and water resources within the Enclave are used for military and agricultural purposes.

## III

The Santa Margarita River, more fully described elsewhere in the general findings, at all times hereafter mentioned, traverses the lands of the above mentioned Naval Enclave, as it historically traversed the lands of the Rancho, generally from east to west for a distance of approximately twenty-one (21) miles.

## IV

The climate in the area is semiarid with wide variation from month to month and year to year in precipitation. Rains, which are the only source of water for the Santa Margarita River, usually occur in the area during the months of November through March. However, there is no dependable repetitious pattern of rainfall within the watershed of the stream in question.

### LAKE O'NEILL---AN OFF-CHANNEL RESERVOIR

## V

Lake O'Neill is an off-channel artificial storage reservoir situated within Camp Pendleton in Sections Five (5) and Eight (8), Township Ten (10) South, Range Four (4) West. Water is stored in that reservoir by means of an earthen dam situated in the Northwest Quarter (NW$\frac{1}{4}$) of the last mentioned Section Eight (8).[1] Water from Fallbrook Creek, a tributary of the Santa Margarita River, flows into that Lake during the winter and spring months at any time that Fallbrook Creek is

---

[1] U.S.A.Pl's Ex. 29C, Morro Hill Quadrangle.

318

1   is carrying water at the point that it enters Lake O'Neill.

2                                    VI

3          Santa Margarita River water was first stored in Lake O'Neill

4   in the year 1883.  Since that year, water from the Santa Margarita

5   River has been diverted into that Lake at the times and in the amounts

6   which are found in subsequent findings. [2/]

7                                   VII

8          The dam creating Lake O'Neill when constructed was approximately

9   "twelve feet high, one thousand three hundred and forty feet long . . ."

10  It was provided "with an outlet near the south end, consisting of a

11  wooden opening four feet four inches wide, reaching from top to bottom,

12  with loose plank four inches thick set one above the other (not inclined)

13  to retain the water and enable it to be drawn off from the top by re-

14  moving one plank after the other." [3/]

15                                   VIII

16         Surface area of Lake O'Neill, when full, is today approximately

17  one hundred and twenty-five (125) acres. [4/]

18                                   IX

19         Storage capacity in Lake O'Neill historically and at the

20  present time is approximately 1200 acre feet, 100 acre feet of which

21  is dead storage. [5/]

22

23  _____

24  [2/]   U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State
              Engineer, "Irrigation in Southern California," dated 1888, in
25            Vol. 62, p.6981 et seq.;  U.S.A.Pl's Ex. 25.

26  [3/]   U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State
27            Engineer, "Irrigation in Southern California," dated 1888, in
              Vol. 62, p.6981 et seq.

28  [4/]   U.S.A. Pl's Ex. 125A, Excerpt from the Report of California State
29            Engineer, "Irrigation in Southern California," dated 1888, in
              Vol. 62, p.6981 et seq.;  U.S.Pl's Ex. 86A; U.S.A.Pl's Ex. 88.

30  [5/]   U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State
              Engineer, "Irrigation in Southern California," dated 1888, in
31            Vol. 62, p.6981 et seq.; U.S.A.Pl's Ex. 86A; U.S.A.Pl's Ex. 88.

32

7—1404

U. S. GOVERNMENT PRINTING OFFICE

### LAKE O'NEILL DIVERSION DITCH FROM SANTA MARGARITA RIVER

**X**

Continuously, for the periods and in the amounts subsequently found, since the year 1883 water has been diverted from the Santa Margarita River and conducted into Lake O'Neill by means of the Lake O'Neill diversion ditch.[6]

**XI**

Headworks for the Lake O'Neill diversion ditch are situated in the Northwest Quarter (NW$\frac{1}{4}$) of Section (5), Township Ten (10) South, Range Four (4) West, on the south bank of the Santa Margarita River. That ditch in 1883 was "three quarters of a mile in length . . . A part of the diverting ditch is in flume, five feet six inches wide . . . twenty-two inches deep."

That ditch was constructed in a manner which would permit waters diverted into it from the Santa Margarita River to be conducted into Lake O'Neill. It was constructed, moreover, in a manner which permitted waters diverted into it to by-pass Lake O'Neill entirely, for release directly for irrigation and other beneficial purposes. It has been the practice historically after Lake O'Neill had been filled with Santa Margarita River waters, to by-pass that reservoir in the manner described.[7]

**XII**

Waters from the Santa Margarita River were historically

---

[6] U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California," dated 1888, in Vol. 62, p.6981 et seq.; Vail Ex. AB, page 41; Transcript, Vol. 62, p.6987-88, Testimony of Henry W. Witman, Jr.; Transcript Vol. 62, p.8035-36, Testimony of John L Salisbury.

[7] U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California," dated 1888, in Vol. 62, p.6981 et seq.; Vail Ex. AB, page 41; Transcript, Vol. 62, p.6987-88, Testimony of Henry W. Witman Jr.; Transcript, Vol. 62, p.8035-36, Testimony of John L. Salisbury.

diverted by the Rancho into the Lake O'Neill ditch, all as found above,
by means of a temporary earthen dam constructed in the bed of that
river. That dam diverted all of the surface flow of the Santa Mar-
garita River after the winter and early spring runoff, if any. The
date varied each irrigation season, when that temporary dam was con-
structed. The last mentioned date depended upon the amount of rainfall
during the preceding winter and spring. [8]/

### XIII

Continuously, from the year 1883, to December 19, 1914, and
from the date last mentioned to the time of the transfer of the
Rancho to the United States of America, as set-forth in Finding No. I
above, whenever that quantity of water was available in the Santa
Margarita River, the precedessor in interest of the United States of
America, after the winter and early spring runoff, if any, diverted
into the headworks of the Lake O'Neill diversion ditch, Santa Mar-
garita River water, at a rate not to exceed twenty (20) cubic feet
per second, which was conducted to and stored in Lake O'Neill, in a
quantity which did not exceed eleven hundred (1100) acre feet per
year; provided however, if the dead storage in Lake O'Neill was less
than one hundred (100) acre feet, there was diverted in the exercise
of that appropriative right a quantity of Santa Margarita River water
sufficient to bring the dead storage up to one hundred (100) acre
feet, or a maximum appropriative right to the use of the waters of
the Santa Margarita River of twelve hundred (1200) acre feet annually.

### XIV

The United States of America, successor in interest of the
Rancho, and the Fallbrook Public Utility District have agreed, and

---

[8]/   Transcript, Vol. 62, p.6987-88, Testimony of Henry W. Witman, Jr.

that agreement is consistent with the evidence in this case, that the term "after the winter and early spring runoff," relates to a period as set-forth in Finding Number XIII above, generally commencing on or about April 1st and continuing through October 31st of each irrigation season. It is accordingly found as a fact that the Rancho, from April 1st through October 31st of each irrigation season, diverted the waters of the Santa Margarita River for the period, at the rate and stored that water in Lake O'Neill in the amounts, all as set-forth in Finding XIII above.

## XV

The United States of America, successor in interest of the Rancho, and the Fallbrook Public Utility District, have agreed, and that agreement is consistent with the evidence in this case, that title resides in the United States of America to an appropriative right to the use of waters of the Santa Margarita River, with a priority date of 1883, entitling it to divert water from the Santa Margarita River each irrigation season at the times and in the amounts, and to store that water thus diverted in Lake O'Neill in the quantity, all as provided in the preceding findings.

## XVI

It has also been agreed between the United States of America and the Fallbrook Public Utility District, and the agreement is consistent with the evidence in this case, that whenever the waters were in the Santa Margarita River, the United States of America adhered to the practices of the Rancho of diverting the waters of the stream in question and storing it in Lake O'Neill, at the times and in the amounts, all as found above, and that the United States of America has continuously applied those waters to beneficial uses, since it acquired the Rancho.

322

## XVII

The United States of America and the Fallbrook Public Utility District have agreed that the United States of America, in keeping with its practices since it acquired the Rancho, after the first (1st) of November through the thirty-first (31st) of March of each irrigation season will undertake to fill Lake O'Neill; provided further, however, if that Lake is not filled by April 1st of each irrigation season the United States of America, in the exercise of the appropriative right for that Lake, herein decreed, will continue to divert the waters of the Santa Margarita River until the Lake is filled; provided further, the United States of America in the exercise of that appropriative right, to offset seepage and evaporation losses during the irrigation season will have the right to continue to divert and impound Santa Margarita River waters for the purpose of keeping Lake O'Neill filled to capacity.  These findings, the agreement between the United States of America and the Fallbrook Public Utility District relate strictly to the non-statutory appropriative storage right to the use of the waters of the Santa Margarita River for Lake O'Neill as herein decreed and do not relate to any rights to the use of the waters of the Santa Margarita River, riparian or otherwise, title to which may reside in the United States of America.

### BENEFICIAL USE OF THE SANTA MARGARITA RIVER WATERS STORED IN LAKE O'NEILL

## XVIII

The Rancho Santa Margarita and its predecessors in interest, from 1883 to December 19, 1914, continously practiced seasonal storage of Santa Margarita River waters by impounding those waters during the spring months of the irrigation season and applying them to beneficial uses in the summer and fall months. [9]

---

[9]   U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California," dated 1888, in Vol. 62, p.6981 et seq.; Vail Ex. AB, page 41 et seq; Transcript, Vol. 62,p.6998 et seq.,Testimony of Henry Whitman, Jr.; Transcript, Vol. 62,p.7025 et seq. Testimony of John L. Salisbury.

323

XIX

In 1883 the Rancho Santa Margarita diverted from the Santa Margarita River and stored water in Lake O'Neill for the purpose of irrigating:

> 300 acres of alfalfa
>
> 12 acres of orchard and vineyard. [10]

XX

Several thousand head of livestock were annually raised on the Rancho Santa Margarita, dating back into the 1880's. Continously throughout the long period the Rancho Santa Margarita was devoted to raising livestock. Waters diverted from the Santa Margarita River and stored in Lake O'Neill were used for stock-watering purposes, during the dry summer season. [11]

XXI

Water was diverted from the Santa Margarita River by the Rancho Santa Margarita and stored in Lake O'Neill for domestic purposes throughout the period it was operated as a livestock ranch. [12]

XXII

Alfalfa, raised to feed livestock, was a principal agricultural crop produced on the Rancho Santa Margarita. Alfalfa requires periodic irrigation through the entire irrigation season, particularly during the latter months of the dry season. Water stored in Lake O'Neill was used to produce the crops of alfalfa referred to in this finding. [13]

XXIII

It was the practice to rotate the alfalfa crop to different acreage about every three years. [14]

---

[10] U.S.A.Pl's Ex. 125A, Excerpt from the Report of California State Engineer, "Irrigation in Southern California, dated 1888, in Vol. 62, p.6981, et seq.
[11] Vail's Ex. AB, p.8, 41.
[12] Vail's Ex. AB, p.41
[13] Transcript, Vol. 62, p.6998 et seq., Testimony of Henry W. Whitman, Jr.
[14] Transcript, Vol. 62, p.7025 et seq., Testimony of John L. Salisbury.

1         Sugar beets were likewise raised on the Rancho Santa Margarita.

2   Like the alfalfa described above, that crop to mature required periodic

3   and late irrigation.  Waters stored in Lake O'Neill were used for that

4   purpose. 15/

5                              XXV

6         Row crops including lima beans, were also raised on the Rancho

7   Santa Margarita.  Source of water for those crops was Lake O'Neill. 16/

8

9                            XXVI

10         In the years 1911 through 1914 the following acreage and crops

11   were irrigated with the waters impounded in Lake O'Neill:

| | | |
|---|---|---|
| Alfalfa | 150 acres | |
| Sugar Beets | 200 acres | |
| Lima Beans | 200 acres | |
| | 550 acres 17/ | |

16                           XXVII

17         Historically there were irrigated on the Rancho with water

18   diverted from the Santa Margarita River and stored in Lake O'Neill,

19   between five hundred and fifty (550) to six hundred (600) acres.  Those

20   lands were situated generally in an area referred to as Chappo Flats

21   lying south and east of the Santa Margarita River in Sections Thirteen

22   (13), Twenty-three (23) and Section Twenty-four (24), all in Township

23   Ten (10) South, Range Four (4) West. 18/

24

25         THE COURT CONCLUDES:

26                    CONCLUSIONS OF LAW

27                           I

28         A storage right permits the owner of it to accumulate water in

29

30   15/   Transcript, Vol. 62, p.7025, et seq, Testimony of John L. Salisbury

    16/   Transcript, Vol. 62, p.7025 et seq,  Testimony of John L. Salisbury

31   17/   Transcript, Vol. 62, p.7025, Testimony of John L. Salisbury

32   18/   Transcript, Vol. 62, p.7025, Testimony of John L. Salisbury

7—1494

U. S. GOVERNMENT PRINTING OFFICE

a reservoir for future beneficial use.  By the exercise of the storage
right, waters available in the spring season of the year may be im-
pounded and stored for use in the summer and fall season of the year,
when water is not then available in a state of nature. [19]

## II

At the time when Santa Margarita River water was first diverted,
stored and impounded in Lake O'Neill by Rancho Santa Margarita, it
was implicit in the law of California that an appropriative right to
store and apply water to a beneficial use could be acquired. [20]

## III

The appropriative storage right to the use of water for agri-
cultural purposes may be protected by injunction against invasion or
injury by a junior appropriator. [21]

## IV

By its prior, actual, completed diversion, storage and applica-
tion of Santa Margarita River water to beneficial uses, all as described
in the findings set forth above, the Rancho Santa Margarita acquired
a non-statutory appropriative storage right in the Santa Margarita
River for domestic purposes, stock watering and irrigation, with a
priority of 1883, from April 1st to October 31st of each irrigation season,
to divert through the headworks of the Lake O'Neill ditch, at a rate
not to exceed twenty (20) cubic feet per second, and to store and im-
pound annually in Lake O'Neill a quantity of Santa Margarita Riverwater
not to exceed eleven hundred (1100) acre feet per year; provided, that

---

[19]   2 Kinney on Irrigation and Water Rights, 2d Ed., p.1480

[20]   Lindblom v. Round Valley Water Co., 178 Cal.450,457; 173 Pac. 994
           (1918)

[21]   Rupley v. Welch, 23 Cal. 452, 455 (1863).

7—1464

U. S. GOVERNMENT PRINTING OFFICE

if the dead storage in Lake O'Neill was less than one hundred (100) acre feet the appropriative right permitted the diversion of water from the Santa Margarita River in an amount sufficient to bring the dead storage up to one hundred (100) acre feet or a maximum appropriative right of twelve hundred (1200) acre feet.

V

The non-statutory appropriative storage right to the use of water of the Santa Margarita River acquired by the Rancho Santa Margarita as described above, is prior, superior and paramount to any junior or subsequent appropriative right or any riparian rights to lands the patents to which issued subsequent to the acquired priority date mentioned in the Conclusion of Law No. IV above.

VI

Subject to prior vested rights, if any, as determined in the final decree to be entered in this case, by the acquisition of that non-statutory appropriative storage right to the use of the waters of the Santa Margarita River, there was vested in the Rancho Santa Margarita, on December 19, 1914, and at the time of the transfer of the Rancho to the United States of America, as found above, and there resides in the United States of America as successor in interest of the Rancho, the right to divert, impound and store in Lake O'Neill the waters of the Santa Margarita River, with a priority date of 1883, at the times and during the period and in the amounts, all as set-forth in the findings and in these conclusions of law.

VII

The United States of America as owner of the above described non-statutory appropriative right to the use of Santa Margarita River waters for Lake O'Neill, may change the point of diversion, place of use, purpose of use and manner of exercising that storage right;

provided, however, in making those changes, or any of them, the United
States of America does so subject to any rights which were vested at
the time of making the changes or any of them.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED:

1.  The United States of America is the owner of, and title re-
sides in it, to a non-statutory appropriative storage right
to the use of water for the purposes of military training,
recreation and subsequent ground water recharge and use in
the Santa Margarita River with a priority date of 1883, dur-
ing the period from April 1st through October 31st of each
irrigation season, to divert Santa Margarita River water
through the headworks of the Lake O'Neill ditch, at the rate
not to exceed twenty (20) cubic feet per second and annually
to store in Lake O'Neill a quantity of water not to exceed
eleven hundred (1100) acre feet per year; provided, however,
that if the dead storage in Lake O'Neill is less than one
hundred (100) acre feet, the United States of America may
divert a quantity of Santa Margarita River water sufficient
to bring the dead storage up to one hundred (100) acre
feet or a maximum appropriative right of twelve hundred
(1200) acre feet annually.

2.  The United States of America in the exercise of the storage
right for Lake O'Neill herein decreed, in so far as possible,
shall attempt to fill Lake O'Neill from the winter and spring
runoff during the period from the first (1st) of November
through the thirty-first (31st) of March of each irrigation
season; provided, however, that if Lake O'Neill is not
filled on April 1st of any irrigation season, the United
States of America shall have the right to continue to divert

328

Santa Margarita River water until Lake O'Neill is filled;
provided further, that the United States of America shall
have the right to divert Santa Margarita River water through-
out the irrigation season in quantities sufficient to offset
seepage and evaporation losses for the purpose of keeping
Lake O'Neill filled to capacity.

3. This Interlocutory Judgment does not relate in any way to
the riparian rights to the use of water or any other rights
to the use of water in the Santa Margarita River, if any,
title to which may be ultimately decreed in the United
States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

The United States of America, may change the point of diver-
sion, place of use, purpose of use and manner of exercising
the non-statutory appropriative storage right to the use
of Santa Margarita River water for Lake O'Neill, decreed
herein, subject to all rights which are vested at the
time it makes those changes or any of them;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

The rights to the use of waters of the Santa Margarita River
of the United States of America set-forth in this Interlocutory
Judgment are subject to prior vested rights, if any, in
the Santa Margarita River as may be finally adjudged and
decreed in this case.  This Court retains jurisdiction
of the above decreed right for Lake O'Neill for all
purposes.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

Based upon the decision of the United States Court of Appeals
for the Ninth Circuit, California v. United States, 235 F.2d

647 (C.A.9, 1956), this is not a final decree but is inter-
locutory in character and by reason of the Order by this
Court that all parties are adverse one to another, thus
dispensing with cross-pleadings, all other parties to
this proceeding may object to these Findings of Fact,
Conclusions of Law and Interlocutory Judgment and will
be given full opportunity upon due notice to interpose
their objections to these Findings of Fact, Conclusions
of Law and Interlocutory Judgment.

Dated:  4-13-61

JAMES M. CARTER
Judge, United States District Court

Approved April 13, 1961
William H Veeder

Franz R Sachse

14

-14-

330