UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )   No. 1247-SD-C   Civil
        )   MINUTES OF THE COURT
  v.    )   Date: April 13, 1961
        )   At: San Diego, California.
FALLBROOK, etc., et al )

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, AND

PROCEEDINGS: HEARING GOVERNMENTS MOTION FOR INJUNCTION

    Ex. Vail Bj-1 is marked.
    At 10 A.M. convene herein.
    Judgment No. 24 is signed by Court and ordered entered.
    Ex. No. 288 is marked and received.
    Col. Bowen is recalled and testifies on motion.
    Attorney Veeder argues in support of motion.
    Attorney Sachse argues in opposition of motion.
    Attorney Veeder argues further in support.
    IT IS ORDERED that said motion is denied.
    Attorney Veeder request findings of fact, conclusions of law, etc.
    IT IS ORDERED that Attorney Sachse prepare findings of fact, conclusions of law and judgment denying motion for Injunction.
    IT IS ORDERED cause is continued to April 25, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____ Deputy