FILED
APR 13 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) 
    Plaintiff, ) No. 1247-SD-C
v. )
     ) STIPULATION RESPECTING THE
     ) APPROPRIATIVE RIGHTS TO THE USE
FALLBROOK PUBLIC UTILITY ) OF WATERS OF THE SANTA MARGARITA
DISTRICT, et al., ) RIVER FOR LAKE O'NEILL
    Defendants. )

It is hereby stipulated and agreed by and between the United States of America and the Fallbrook Public Utility District that:

I

1. The United States of America is the owner of, and title resides in it, to a non-statutory appropriative storage right to the use of water in the Santa Margarita River with a priority date of 1883, during the period from April 1st through October 31st of each irrigation season, to divert Santa Margarita River water through the headworks of the Lake O'Neill ditch, at the rate not to exceed twenty (20) cubic feet per second and annually to store in Lake O'Neill in a quantity not to exceed eleven hundred (1100) acre feet per year; provided, however, that if the dead storage in

-1-

6423

Lake O'Neill is less than one hundred (100) acre feet, the United States of America may divert a quantity of Santa Margarita River water sufficient to bring the dead storage up to one hundred (100) acre feet or a maximum appropriative right of twelve hundred (1200) acre feet annually.

2. The United States of America in the exercise of its storage right for Lake O'Neill, in so far as possible, shall attempt to fill Lake O'Neill from the winter and spring runoff during the period from the first (1st) of November through the thirty-first (31st) of March of each irrigation season; provided, however, that if Lake O'Neill is not filled on April 1st of any irrigation season, the United States of America shall have the right to continue to divert Santa Margarita River water until Lake O'Neill is filled; provided further, that the United States of America shall have the right to divert Santa Margarita River water throughout the irrigation season in quantities sufficient to offset seepage and evaporation losses for the purpose of keeping Lake O'Neill filled to capacity.

3. The above described appropriative right to the use of water in the Santa Margarita River for Lake O'Neill, title to which resides in the United States of America, is prior to any appropriative right to the use of water claimed by the Fallbrook Public Utility District, in the Santa Margarita River.

II

This stipulation does not in any way relate to the

6424

-2-

riparian rights to the use of water, or any other rights to the use of water, in the Santa Margarita River, if any, title to which may be ultimately decreed in the United States of America.

UNITED STATES OF AMERICA

*William H. Veeder* (signature)
WILLIAM H. VEEDER
Attorney for United States of America

FALLBROOK PUBLIC UTILITY DISTRICT

*Franz R. Sachse* (signature)
FRANZ R. SACHSE
Attorney for Fallbrook Public
Utility District

APPROVED:

*Allen C. Bowen* (signature)
ALLEN C. BOWEN
Lt.Col. USMCR
Officer in Charge
Office of Ground Water Resources

Approved 4/13/61
*James M. Carter* (signature)
U.S. District Judge

-3-

6425

*Substituted*
*See stip fd 4-13-63*

ENTERED APR 13 1961
FILED APR 13 1961

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>STIPULATION RESPECTING THE APPROPRIATIVE RIGHTS TO THE USE OF WATERS OF THE SANTA MARGARITA RIVER FOR LAKE O'NEILL |

It is hereby stipulated and agreed by and between the United States of America and the Fallbrook Public Utility District that:

I

1. The United States of America is the owner of, and title resides in it, to a non-statutory appropriative storage right to the use of water in the Santa Margarita River with a priority date of 1883, during the period from April 1st through October 31st of each irrigation season, to divert Santa Margarita River water through the headworks of the Lake O'Neill ditch, at the rate not to exceed twenty (20) cubic feet per second and annually to store that water in Lake O'Neill in a quantity not to exceed eleven hundred (1100) acre feet per year; provided, however, that if the dead storage in

6426

-1-

*Sub from Judgmt at 4-13-61  IJ 23*

provided, however, in making those changes, or any of them, the United States of America does so subject to any rights which were vested at the time of making the changes or any of them.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED:

1. The United States of America is the owner of, and title resides in it, to a non-statutory appropriative storage *for the purposes of meditation, recreation and subsequent ground water recharge and use* right to the use of water in the Santa Margarita River with a priority date of 1883, during the period from April 1st through October 31st of each irrigation season, to divert Santa Margarita River water through the headworks of the Lake O'Neill ditch, at the rate not to exceed twenty (20) cubic feet per second and annually to store in Lake O'Neill a quantity of water not to exceed eleven hundred (1100) acre feet per year; provided, however, that if the dead storage in Lake O'Neill is less than one hundred (100) acre feet, the United States of America may divert a quantity of Santa Margarita River water sufficient to bring the dead storage up to one hundred (100) acre feet or a maximum appropriative right of twelve hundred (1200) acre feet annually.

2. The United States of America in the exercise of the storage right for Lake O'Neill herein decreed, in so far as possible, shall attempt to fill Lake O'Neill from the winter and spring runoff during the period from the first (1st) of November through the thirty-first (31st) of March of each irrigation season; provided, however, that if Lake O'Neill is not filled on April 1st of any irrigation season, the United States of America shall have the right to continue to divert