EILERS, WEHRLE & ANDERSON
LAWYERS
606 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
MADISON 4-8281
MADISON 8-1241

ATTORNEYS FOR **Defendants**

#27

LODGED

APR 19 1961

AT ___ MIN. PAST ___ O'CLOCK ___ M
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CA___

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, KNOX, Garner L. and Flora S. and Walter G., ET AL.,

    Defendants.

NO. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT REGARDING KNOX PROPERTY.

## FINDINGS OF FACT

### I

That the lands of defendants GARNER L. KNOX, FLORA S. KNOX and WALTER G. KNOX are located in general in southern Riverside County, in what is known as Aguanga Valley, upstream from Vail Dam and are particularly described in U. S. Exhibit 210 B which description is incorporated by reference herein.

### II

That all of the lands described in Finding I abut upon or are traversed by Temecula Creek, a tributary of the Santa Margarita River.

### III

That all of the ground waters which underlie the lands described in Finding I add to and support and are a part of the

5300

Santa Margarita River.

## IV

It is true that at the present time 100 acres of the land described in Finding I are irrigable.

## V

It is true that the present apparent owners of the land described in Finding I, GARNER L. KNOX, FLORA S. KNOX and WALTER G. KNOX and their predecessors have irrigated permanent pasture of approximately forty (40) acres and starting in 1950 to date approximately seventy (70) acres of said land as permanent pasture and that from 1953 to date they have irrigated approximately thirty (30) acres of wintergrain; that said irrigation has been accomplished by the use of both the surface and ground waters of the Santa Margarita River; that at the present time there are three (3) water producing wells on the property described in Finding I; it is true that there exists a surface diversion of water from Temecula Creek upstream from the lands described in Finding I and the water so diverted is carried by a pipeline to a reservoir on said lands described in Finding I; it is true that said diverted water is stored in said reservoir for purposes of obtaining a head for irrigation and that said storage is year around and is not seasonal and that said diverted and stored water is used to irrigate the lands described in Finding I.  That from 1949 to date the land owners have used approximately 209 acre feet per year for such purposes.  It is also true that said owners and their predecessors have made use of water from various of said wells for domestic purposes for three family residence buildings on said premises for many years last past.

## VI

It is true that all of the uses of water described in Finding V are proper riparian uses.

\*

-2-

## VII

It is not true that there has been in the past or that there is at present any use of the waters of the Santa Margarita River or its tributaries on the lands described in Finding I, which has been open and notorious, under a claim of right and adverse or hostile to any downstream water right claimant.

## VIII

It is not true that the use of the waters of said Temecula Creek on the lands described in Finding I have had any effect on the amount of water available to downstream water claimants other than that which would be evidenced from a normal and proper reasonable riparian use.

## IX

It is not true that there is any appropriative right to the use of the waters of the Santa Margarita River and its tributaries on the lands described in Finding I.

Dated: _____, 1961.

_____
UNITED STATES DISTRICT JUDGE

## CONCLUSIONS OF LAW

### I

That the lands described in Finding I are reiparian to Temecula Creek.

### II

That ground waters which underlie said land are tributory to the Santa Margarita River.

### III

That the present uses of water on said lands are proper riparian uses.

### IV

That there does not exist any prescriptive or appropriative

1  right to use the waters of said River on said lands.

2  Dated:_____, 1961.

_____
UNITED STATES DISTRICT JUDGE

## INTERLOCUTORY JUDGMENT

This matter having been submitted to this Court for the entry of Findings of Fact, Conclusions of Law and Interlocutory Judgment and good cause appearing therein,

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the lands described in Findings of Fact I, which description is incorporated herein by reference, are riparian to Temecula Creek, a tributary of the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters underlying said lands described in Findings of Fact I which description is incorporated herein by reference, are a part of the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is no prescriptive or appropriative right to use the waters of the Santa Margarita River and its tributaries on any of the lands described in Findings of Fact I which description is incorporated herein by reference.

Dated:_____, 1961.

_____
UNITED STATES DISTRICT JUDGE