LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

LODGED

APR 19 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF LAW and ORDER.

MOTION OF UNITED STATES FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The Motion of the United States of America for Temporary Restraining Order and Preliminary Injunction against Defendant, Fallbrook Public Utility District, came on for hearing in the above-entitled court, Hon. James M. Carter, Judge, presiding, April 13, 1961, William H. Veeder, Assistant Attorney General appearing for the United States of America, and Franz R. Sachse appearing for respondent Fallbrook Public Utility District. Evidence, both oral and documentary was received, the motion was argued, and having considered the evidence and arguments of counsel, the Court makes the following:

### FINDINGS OF FACT

I

United States of America is the owner of an appropriative right with a priority date of 1883, to divert from the Santa Margarita River to storage in Lake O'Neill during the period

- 1 -

15804

1 April through 31 October, a total of 1100 acre feet of water annually, at a rate of not to exceed 20 cubic feet per second, for military training, recreation and subsequent ground water recharge.

II

Fallbrook Public Utility District is the owner of an appropriative right, with a priority date of October 11, 1946, to divert from the Santa Margarita River water at the rate of not to exceed $2\frac{1}{2}$ cubic feet per second throughout the calendar year for municipal, domestic and irrigation purposes.

III

In October, 1960, the United States of America emptied Lake O'Neill, excepting for approximately 100 acre feet of dead storage, and discharged approximately 1000 acre feet of water therefrom onto the surface of the basins below Lake O'Neill within the military reservation. The said discharge was made for the purpose of providing water to further re-charge the said ground water basins, and in order to permit tule eradication and mosquito control, and in the expectation that the winter run-off of the Santa Margarita River would provide sufficient water to re-fill Lake O'Neill.

As of 13 April 1960 there was in storage in Lake O'Neill a total of between 195 and 200 acre feet of water, and as of said date there was water flowing into Lake O'Neill from the Santa Margarita River in an amount not testified to at the hearing.

IV

The diversion works of the Fallbrook Public Utility District are located between 10 and 12 miles upstream from the diversion works by which the United States of America diverts water into Lake O'Neill. The diversion works of the Naval Ammunition Depot are located approximately 5 miles downstream from the diversion works of the Fallbrook Public Utility District.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

15805

Between the Fallbrook diversion and the Naval Ammunition Depot diversion, Sandia Creek flows into the Santa Margarita River. Between the Naval Ammunition Depot diversion and the Lake O'Neill diversion, De Luz Creek flows into the Santa Margarita River. Fallbrook Creek, a tributary of the Santa Margarita River, flows into Lake O'Neill.

V

During the period April 1, 1960, through February 28, 1961, the Fallbrook Public Utility District diverted the amounts of water set forth below under the appropriative right referred to in paragraph II hereof.

| Month | Year | Amount |
|---|---|---|
| April | 1960 | 187.3 acre feet |
| May | 1960 | 132.8 " " |
| June | 1960 | 118.7 " " |
| July | 1960 | 39.9 " " |
| August | 1960 | 11.9 " " |
| Sept. | 1960 | 16.0 " " |
| October | 1960 | 46.7 " " |
| November | 1960 | 28.0 " " |
| December | 1960 | 61.9 " " |
| January | 1961 | 67.5 " " |
| February | 1961 | 44.1 " " |

There is no evidence of any diversions by the Fallbrook Public Utility District from the Santa Margarita River after February 28, 1961.

VI

There are presently stream diversions and impoundments of the waters of Sandia Creek and De Luz Creek under claimed appropriative rights junior to the appropriative right of the Fallbrook Public Utility District described in paragraph II hereof. While evidence has been received as to the existence of such claimed rights, there has as yet been no determination by this court of the extent of such rights, their terms and conditions, their priority dates, or of the reasonableness or unreasonableness of the uses made under such rights, or of any of the factors necessary to the cataloguing and assignment of priorities to such claimed rights.

VII

There are presently riparian uses being made of the waters of the Santa Margarita River and all of its tributaries, both above and below the point of diversion of the Fallbrook Public Utility District described in paragraph IV hereof. There has been as yet no determination by this court of the amount of such riparian uses or of their reasonableness or unreasonableness.

VIII

There are presently diversions, extractions and impoundments of water of the Santa Margarita River system, both upstream and downstream from the diversions of the Fallbrook Public Utility District described in paragraph IV hereof, based upon alleged prescriptive rights, overlying rights, non-statutory appropriative rights, riparian rights and in some cases upon no formal claim of right whatsoever. While evidence has been received as to certain of such claimed rights and uses, there has as yet been no determination by this court of the total amount of such claimed rights and uses; of the validity of such claimed rights and uses; of the reasonableness or unreasonableness of the uses under such claimed rights; or of any of the factors necessary to the cataloguing and assignment of priorities to such claimed rights.

IX

There are presently located within the United States military reservations impoundments of the waters of streams tributary to the Santa Margarita River, which tributary streams would, if not interfered with by such impoundments, contribute waters to Lake O'Neill. None of such impoundments are made under any claimed appropriative rights, and the legality and reasonableness of such impoundments has not yet been determined by this court.

\*\*\*\*\*\*

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

X

This litigation involves in excess of 6000 claimants to waters within the watershed of the Santa Margarita River. To the date of these Findings, this court has entered 24 Interlocutory Judgments, 22 of which Interlocutory Judgments have determined that the parties named therein are not extracting waters of the Santa Margarita River or its tributaries, or asserting rights in or to the waters of the Santa Margarita River or its tributaries. Two of said Interlocutory Judgments, namely numbers 23 and 24, have found the appropriative rights of the United States of America described in paragraph I hereof and of the Fallbrook Public Utility District, described in paragraph II hereof, to be valid and existing rights. No other rights, or claimed rights, to the use of the waters of the Santa Margarita River or its tributaries have as yet been determined by this court.

XI

The United States Naval Ammunition Depot is riparian to the Santa Margarita River and diverts water therefrom for use on the Depot. The court has made no findings as to the amount of such diversions or the reasonableness or unreasonableness of such diversions, or whether or not the uses by the Naval Ammunition Depot are in fact proper riparian uses.

As of the date of these findings the water requirements of the Naval Ammunition Depot are being satisfied by its diversions from the Santa Margarita River.

XII

It is not true that the pumping diversions of the Fallbrook Public Utility District from the Santa Margarita River have been unlawful or illegal. On the contrary, the diversions of the Fallbrook Public Utility District have been made under the express authority of a License of the State of California Water Rights Board, Number 4906. Said License is presently in

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 5 -

15808

good standing and has not been modified or revoked.

### XIII

It is not true that the pumping and extractions of the Fallbrook Public Utility District have caused irreparable damage to the United States of America, and it is not true that the pumping and extractions of the Fallbrook Public Utility District will, if continued throughout the remainder of the calendar year 1961, cause irreparable damage to the United States of America. On the contrary, the basins of the Santa Margarita River within the military enclave are not presently depleted and there is available in said basins ample water for all reasonable and beneficial needs of the United States.

### XIV

Upon a prior appeal of this cause, the United States Circuit Court of Appeals for the Ninth Circuit handed down its decision reported as "People of the State of California vs. United States", 235 Fed. (2d) 647, in which decision at page 664 the Court stated:

> "The cause is therefor reversed and remanded with directions to take further proceedings in accordance with this opinion, <u>and enter no judgment until the entire suit can be disposed of at the same date.</u>" (Emphasis added).

### XV

As of the date of these findings the court has not yet considered the possibility, feasibility or practicability of a physical solution or solutions to the controversy. No such consideration is possible until the taking of evidence is completed and the court has, at least by Interlocutory Judgments, determined the nature, extent and legal status of all claimed rights to the use of water within the Santa Margarita River system.

From the foregoing facts, the court draws the following:

*******

*******

LAW OFFICES
BACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 6 -

15809

## CONCLUSIONS OF LAW

I

It would be inequitable, unreasonable and improper at this date to enjoin or restrain the diversions of the Fallbrook Public Utility District.

II

It would be inequitable, unreasonable and improper to restrain, enjoin or regulate diversions or extractions from the Santa Margarita River or its tributaries or to attempt any apportionment of the waters of the Santa Margarita River or its tributaries until this court has completed the taking of evidence in this cause and has determined, at least by Interlocutory Judgments, the respective rights of the parties to the use of the waters of the Santa Margarita River and its tributaries, and the extent and amount of diversions and uses from the river system that may be without legal right.

III

It would be contrary to the express mandate of the United States Circuit Court of Appeals for the Ninth Circuit, as set forth in People of the State of California vs. United States 235 Fed. (2d) 647, to restrain or enjoin any party to this cause at this time for the reason that such restraint or injunction would constitute a "judgment" within the terms of the prohibition contained in the said decision.

IV

It would be inequitable, unreasonable and improper and contrary to the provisions of Art. XIV, Sec. 3, California Constitution for this court to restrain or enjoin any water uses, or to attempt any apportionment or regulation of the waters of the Santa Margarita River system until consideration has been given to the feasibility and practicability of a physical solution or solutions to the conflicting claims of the 6000-odd parties to

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 7 -

15810

1  the litigation.

2           IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the
3  Motion of the United States of America for Temporary Restraining
4  Order and Preliminary Injunction against defendant Fallbrook
5  Public Utility District, its agents, officers and employees, be
6  and the same is hereby DENIED.
7  Dated:  April   , 1961

                                    _____
                                    James M. Carter
                                    United States District Judge

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154