FILED

APR 25 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY



ENTERED

APR 25 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____
Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

LODGED

APR 25 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1247-SD-C |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT NUMBER 26 REGARDING PROPERTY OF JAMES OVIATT |
| Defendants. | |

FINDINGS OF FACT

I

That the lands of defendant, JAMES OVIATT, are located
in general in southern Riverside County and northern San Diego
County, primarily in the Lancaster Valley and Oak Grove areas
as depicted on U. S. Exhibits No. 210C and 211C; that the legal
description of said lands are set forth in Oviatt Exhibit A
and U. S. Exhibit 210 series which legal description is incorporated by reference herein; the real property of defendant,
James Oviatt, known as Rancho Ramona, consisting of 1171.63
acres, is described in defendant, James Oviatt's Exhibit Y-1
in evidence.  Adjacent thereto is a forty acre parcel which is
described in Exhibit Y-2 of defendant, James Oviatt.  The Oak
Grove Ranch of said defendant is described in defendant James
Oviatt's Exhibits Y-3, Y-4, Y-5 and Y-6.  The property
described in Exhibits Y-3 and Y-5 is sometimes referred to as
the Bailey Ranch.

355

## II

That the lands described above in Finding I, within Township 8 S. Range 1 W, Sections 12 and 13 and  Township 8 S, Range 1 E, sections 7, 8 and 18 abut upon or are traversed by and are within the water shed of Wilson Creek, and are riparian thereto; that the lands described above in  Finding I within Township 9 S, Range 2 E, sections 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15, 17, Northeast Quarter of 21, 22 and 23 and Township 9 S, Range 3 E section 6, and Township 8 S, Range 3 E sections 27 and 35, abut upon or are traversed by and are within the water shed of Chihuahua Creek, and are riparian thereto; that the lands described above in Finding I within Township 9 S, Range 2 E sections 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 21, 22 and 23 and Township 9 S Range 3 E Northwest Quarter of section 6 abut upon or are traversed by and are within the water shed of Temecula Creek, and are riparian thereto; that the surface flow of Wilson Creek, Chihuahua Creek and Temecula Creek are tributary to the Santa Margarita River.

## III

It is true that to the extent that the lands described in Finding I overlie deposits of younger alluvium or older continental deposits, as depicted on U. S. Exhibit 15, the ground waters therein add to and support and are a part of the Santa Margarita River; it is not true that the ground waters which underlie saidlands in volcanic rock or basement complex as depicted on U. S. Exhibit 15 add to and support and are a part of the Santa Margarita River but said ground waters are vagrant, local, percolating waters not a part of the Santa Margarita River.

## IV

It is true that at the present time 2,418 acres of the

2

1   land described in Finding I are irrigable; the amount of water
2   reasonably required to irrigate said irrigable acreage is as
3   reflected in defendant, James Oviatt's Exhibit A.

V

5   It is true that surface flows of Wilson Creek, Chihua-
6   hua Creek and Temecula Creek are at present and have in the past
7   been used on lands riparian thereto for reasonable and beneficial
8   purposes and that all uses of the surface flows of said creeks
9   on lands riparian thereto are and have been proper riparian uses.

VI

11   It is not true there has been in the past or that
12   there is at present any use of the surface waters of the Santa
13   Margarita River or its tributaries on the lands described in
14   Finding I which has been open and notorious, under a claim of
15   right and adverse or hostile to any downstream water right
16   claimant.

VII

18   It is not true that the use of the waters of said
19   Santa Margarita River on the lands described in Finding I have
20   had any effect on the amount of water available to downstream
21   water claimants, other than that which would be evidenced from
22   a normal and proper reasonable riparian use.

VIII

24   It is true that the ground waters of the Santa Mar-
25   garita River which underlie the lands described in Finding I
26   have been beneficially applied upon the lands riparian thereto;
27   it is true that all such uses of ground waters have been proper
28   riparian uses.

IX

30   It is true that at the present time there are four (4)
31   operating water wells on the property described in Finding I,

3

357

1  lying within Township 8 S, Range 1 W, sections 12 and 13, and

2  Township 8 S, Range 1 E, sections 7, 8, and 18; that water from

3  said wells is applied directly to the lands described herein or

4  is pumped into reservoirs for the purpose of obtaining a head

5  for immediate irrigation or domestic use.

6                                      X

7          It is true that at the present time on those lands

8  located within sections 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 14, 15,

9  16, 17, 21, 22 and 23 of Township 9 S, Range 2 E of the land

10  described in Finding I, there are eight (8) operating water

11  wells; that water from said wells is used for irrigation and

12  stock watering purposes on said lands.

13                                     XI

14          It is not true that there exists any water right,

15  riparian, prescriptive, or otherwise to use the waters of

16  Rattlesnake Springs located in Township 9 S, Range 2 E section 20

17  on any of the lands described in Finding I; it is true that the

18  waters from said springs have been diverted and used and are

19  being diverted and used on the lands described in Finding I,

20  in Township 9 S, Range 2 E section 16, pursuant to a permissive

21  license, revocable, issued by the United States Forest Service

22  upon whose land said springs are located.

23                                    XII

24          It is true that there is a present appropriative right

25  with a priority date of March 24, 1913, to divert from Kohler

26  Canyon Creek, a tributary of Temecula Creek, in section 28,

27  Township 9 S, Range 2 E, three and one-half (3½) miners inches

28  on a daily basis and to store and use said waters on the lands

29  described in Finding I within sections 16 and 21, Township 9 S,

30  Range 2 E, for irrigation and domestic use.

31  - - - -

4

358

XIII

It is not true that the present uses of water as found in  Findings V and VIII herein on the lands described in Finding I have under existing conditions been excessive or unreasonable; it is true that said uses as found hereinabove have not had any appreciable effect on the amount of water available to the United States of America for use on its riparian lands downstream from the lands described in Finding I.

Dated: _____ April 25, 1961.

_____
UNITED STATES DISTRICT JUDGE

CONCLUSIONS OF LAW

I

That the lands which are described in Findings I and II which abut upon or are traversed by Wilson Creek, Chihuahua Creek, and Temecula Creek, have riparian rights to the respective surface waters of said Creeks.

II

That ground waters which are found within recent alluvium and older continental deposits as depicted on U. S. Exhibit 15 on the lands described in Finding I are a part of the Santa Margarita River.

III

That ground waters which are found within volcanic rock or basement complex as depicted on U. S. Exhibit 15 of the lands described in Finding I are vagrant, local and percolating waters not a part of the Santa Margarita River.

IV

That the past and present uses of the surface waters of the Santa Margarita River on the lands described in Finding I are

5

359

1  proper riparian uses.

2              V

3

4       That the past and present uses of the ground waters of

5  the Santa Margarita River on the lands described in Finding I are

6  proper riparian uses.

7              VI

8       That no prescriptive right to the use of the waters of

9  the Santa Margarita River on the lands described in Finding I

10  has been established.

11             VII

12      That there is no appropriative right to divert and use

13  on the lands described in Finding I any waters from Rattlesnake

14  Springs.

15             VIII

16      That there is an appropriative right to divert from

17  Kohler Canyon Creek with a priority of March 24, 1913, three and

18  one-half (3½) miners inches daily and to store and subsequently

19  apply said diverted water to beneficial irrigation and domestic

20  use on section 16 and 21, Township 9S, Range 2 E of the lands

21  described in Finding I.

22  Dated: _____April 25_____, 1961.

23

24

25              UNITED STATES DISTRICT JUDGE

26

27        INTERLOCUTORY JUDGMENT

28      This matter having been submitted to this Court for

29  the entry of Interlocutory Judgment in regard to the lands

30  described in the Findings attached hereto, and good cause

31  appearing therein,

                        6

1    NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND
2    DECREED that the lands described in Findings I and II, which
3    description is incorporated by reference into this judgment,
4    are riparian to Temecula Creek, Wilson Creek and Chihuahua Creek,
5    as set forth in Finding II.

6    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
7    ground waters underlying those lands described in  Finding I
8    which overlie deposits of younger alluvium or older continental
9    deposits as depicted on U. S. Exhibit 15, incorporated herein
10   by reference, are a part of the Santa Margarita River.

11   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
12   ground waters which underlie said lands described in Finding I
13   within volcanic rock or basement complex as depicted on
14   U. S. Exhibit 15 which Exhibit is incorporated herein by reference
15   are not a part of the Santa Margarita River but are vagrant,
16   local and percolating waters.

17   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no
18   riparian, prescriptive or appropriative, or other right exists
19   as to the right to use the waters of Rattlesnake Springs located
20   in Township 9 S, Range 2 E section 20 on any of the lands
21   described in Finding I.

22   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
23   there is a valid appropriative right with a priority date of
24   March 24, 1913, to appropriate from Kohler Canyon Creek, a
25   tributary of Temecula Creek in section 28 Township 9S,
26   Range 2 E, three and one-half (3½) miners inches of said water
27   on a daily basis and to store and use said waters in said amount
28   - - - -
29   - - - -
30   - - - -
31   - - - -

7

1  on the lands described in Finding I within sections 16 and
2  21, Township 9 S, Range 2 E, for irrigation and domestic use.
3  Dated: ___April 25___, 1961.

4
5
6                    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

8

362