April

(SPACE BELOW FOR FILING b.

LAW OFFICES
SACHSE AND PRICE
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

LODGED

APR 25 1961

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                Plaintiff, )
vs.  ) No. 1247-SD-C
           ) PROPOSED FINDINGS OF FACT,
FALLBROOK PUBLIC UTILITY ) CONCLUSIONS OF LAW and
DISTRICT, et al.,  ) INTERLOCUTORY JUDGMENT
           Defendants. ) SANDIA CREEK

I

Sandia Creek flowing southwesterly and southerly has its headwaters in the Santa Rosa Grant of the Vail Ranch approximately 5 miles north of the southern boundary of the Santa Rosa Grant and near the boundary line between Townships 3 and 4 West. After leaving the Vail Ranch, Sandia Creek flows southwesterly across the western half of Fractional Section 25, Township 8 South, Range 4 West, San Bernardino Base and Meridian, southerly and southeasterly across Section 36, Township 8 South, Range 4 West, and southerly across the eastern half of Section 1, Township 9 South, Range 4 West, and joins the Santa Margarita River in the Northeast Quarter of the Northeast Quarter of Section 12, Township Nine South, Range 4 West, near the eastern boundary of the said Section 12.

******

15312

II

Throughout most of its course Sandia Creek is an intermittent stream having surface flow only during and immediately after heavy precipitation and runoff. The surface waters of Sandia Creek are part of the Santa Margarita River.

III

From a point approximately two and three-quarter miles north of the southern boundary of the Santa Rosa Grant to the Southwest Quarter of the Northwest Quarter of Section 36, Township 8 South, Range 4 West, Sandia Creek is underlain with a stringer of alluvium. Sandia Creek runs over another stringer of alluvium from a point near the north boundary of Section 1, Township 9 South, Range 4 West, to the confluence of Sandia Creek and the Santa Margarita River. The alluvium along the remainder of Sandia Creek is negligible. The ground waters found within the stringers of alluvium along Sandia Creek are a part of the Santa Margarita River. The ground waters in the balance of the drainage area of Sandia Creek are vagrant percolating waters and not a part of the Santa Margarita River.

IV

Attached hereto marked "Exhibit A" and made a part hereof by reference is a list designating by parcel numbers the apparent ownership and legal description of all lands within the watershed of Sandia Creek, excepting the lands of defendant Vail Company, which lands are the subject of a separate Interlocutory Judgment.

V

The following parcels of land, the exact legal descriptions of which are set forth in Exhibit A attached hereto, are not riparian to any stream or creek within the Sandia Creek watershed. The waters, if any, underlying said lands are vagrant, local, percolating waters, not a part of any surface or sub-surface

LAW OFFICES
ACHSE AND PRICE
12 S. MAIN STREET
LBROOK, CALIF.
OLPH 8-1154

stream or sub-surface basin of the Santa Margarita River or any of its tributaries.

      Parcel 59, apparent owner Edward H. Goodwin.

      Parcel 63, apparent owner W. H. Ivey.

      Parcel 64, apparent owner Elmer P. Bieck.

      Parcel 65, apparent owner Madelyn Shafer.

      Parcels 73 and 86, apparent owner John W. Day.

      Parcel 84, apparent owner Samuel S. Schier.

## VI

The following parcels of lands the exact legal descriptions of which are set forth in Exhibit A attached hereto are traversed by or abut upon intermittent streams tributary to Sandia Creek, which streams flow only during and immediately after periods of heavy precipitation and run-off. Excepting for such periods, no water flows in any of such streams. During periods of high precipitation and run-off the surface waters flowing in such intermittent streams are a part of the waters of Sandia Creek and the Santa Margarita River system, and the rights of the owners of said parcels in and to the use of such surface waters are riparian rights, as hereinafter in these Findings and Judgment limited and determined. The ground waters, if any, underlying each of such parcels are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries.

      Parcel 58, apparent owner Dwight R. Frakes

      Parcel 60, apparent owners Charles F. Sawday, Arthur W. Carey, Ewart W. Goodwin and Paul D. Bradshaw.

      Parcel 61, apparent owner I. Di Silvestro.

      Parcel 62, apparent owner Anna Caserta.

      Parcel 67, apparent owner Shirley R. Shippee.

      Parcel 68, apparent owner Alfred W. Silva.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

15814

      Parcel 72, apparent owners Illiam H. Wildin, Frank J. Lubic, Suzanne Guthrie and Leon Calkins.

      Parcel 74, apparent owner Robert H. Baker.

      Parcel 75, apparent owner Joseph W. Hovelman.

      Parcel 76, apparent owner Wilbur W. Buckner.

      Parcel 78, apparent owner Roland G. Mason.

## VII

The following parcels of land the exact legal descriptions of which are set forth in Exhibit A attached hereto are traversed by or abut upon Sandia Creek and are riparian thereto. The ground waters, if any, found within the alluvial deposits in those portions of each such parcel along the course of Sandia Creek are a part of the sub-surface flow of Sandia Creek and of the Santa Margarita River system. The waters, if any, underlying the balance of each of such parcels are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries.

      Parcel 1, apparent owner Fallbrook Public Utility District. There is no evidence as to the number of irrigable acres contained in said parcel.

      Parcel 66, apparent owner George F. Yackey, containing approximately 206 acres of which 68 acres are irrigable.

      Parcel 71, apparent owner Millicent Y. Taylor, containing approximately 616 acres of which 28.7 acres are irrigable.

## VIII

      Parcel 77, apparent owner Charles F. Sill, was at the date of filing this action a part of a larger parcel traversed by Sandia Creek and riparian thereto. On or about November 11, 1955, and on or about March 13, 1957, the owner of said lands sold and conveyed to the Fallbrook Public Utility District those portions of said lands traversed by Sandia Creek, reserving, however, to

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

15815

said parcel 77 the full riparian rights of the lands conveyed. The ground waters, if any, underlying said Parcel 77 are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries. There is no evidence as to the number of irrigable acres contained in said parcel 77.

IX

The following parcels of land the exact legal descriptions of which are set forth in Exhibit A attached hereto, have appropriative rights to the use of waters of Sandia Creek and its tributaries as hereinafter set forth:

A. Parcel 60, apparent owners Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F. Sawday:

1. Permit of the State of California Water Rights Board number 12254 (Application number 14561) with a priority date of November 2, 1951, to appropriate for irrigation purposes not to exceed 35 acre feet per annum of the waters of Brians Creek, a tributary of Sandia Creek, to be collected during the period 1 December through 1 May of each water year and impounded in a reservoir located in Sec. 31, T 8 S, R 3 W, San Bernardino Meridian. Use is presently being made under said Permit.

2. Permit of the State of California Water Rights Board number 12255 (Application number 18156) with a priority date of May 26, 1958, to appropriate for irrigation purposes not to exceed 35 acre feet per annum of the waters of Brians Creek, a tributary of Sandia Creek, to be collected during the period 1 December through 1 May of each water year and impounded in a reservoir located in Sec. 31, T 8 S, R 3 W, San Bernardino Meridian. Use is presently being made under said Permit.

B. Parcel 66, apparent owner George F. Yackey, and Parcel 71, apparent owner Millicent Y. Taylor:

Permit of the State of California Water Rights

- 5 -

15816

1 Board number 12599 (Application number 18393) with a priority date
2 of October 30, 1958, to appropriate for domestic, irrigation,
3 stock water and recreational purposes not to exceed 1800 acre
4 feet per annum of the waters of Sandia Creek, to be collected
5 during the period 1 November through 30 April of each water year
6 and impounded in a proposed reservoir to be located in Sections
7 25 and 36, T 8 S, R 4 W, San Bernardino Meridian. The said
8 reservoir has not been constructed and no present use is being
9 made under said permit.

X

There are no presently vested or inchoate appropriative rights to the use of the waters of Sandia Creek or any of its tributaries other than as set forth in paragraph IX of these Findings.

XI

There are no presently vested prescriptive rights or rights based upon adverse user to the use of any of the waters of Sandia Creek or any of its tributaries.

XII

The evidence introduced at the trial is insufficient to enable the Court to determine the extent of the riparian rights of the lands described in paragraphs VI and VII of these Findings, and by reason of such insufficiency of the evidence, the question of determining the proportions of water to which such lands are now or may in the future be entitled is left open as an un-determined issue which may hereafter be determined in these proceedings upon proper showing by any party to this cause, his heirs, successors or assigns.

CONCLUSIONS OF LAW

I

Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F. Sawday are the owners of the appropriative rights

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 6 -

described in paragraph IX-A of the Findings of Fact herein. Each of said rights is valid and in good standing.

## II

George F. Yackey and Millicent Y. Taylor are the owners of the appropriative rights described in paragraph IX-B of these Findings of Fact herein. Each of said rights is valid and in good standing.

## III

No appropriative rights to the use of the waters of Sandia Creek or any of its tributaries, either vested or inchoate, other than those mentioned in paragraphs I and II of these Conclusions of Law presently exist.

## IV

No prescriptive rights to the use of the waters of Sandia Creek or any of its tributaries have been perfected.

## V

The lands described in Paragraphs VII and VIII of the Findings of Fact herein are riparian to Sandia Creek.

## VI

The owners of the lands described in paragraphs VII and VIII of the Findings of Fact herein are entitled to the use of the waters of Sandia Creek, both surface and sub-surface, for all reasonable and beneficial riparian uses and purposes, correlatively with all other owners of lands riparian to Sandia Creek, or riparian to the Santa Margarita River below its confluence with Sandia Creek.

## VII

The exact proportion of the waters of Sandia Creek to which the owners of riparian lands are now or may in the future be entitled, has not been determined and is left open for future determination by this Court upon proper showing by any party to these proceedings, his heirs, successors or assigns.

VIII

The owners of the lands described in paragraph ~~VII~~ V of the Findings of Fact herein have no rights in or to the waters of Sandia Creek or any of its tributaries.

IX

The owners of the lands described in paragraph ~~IV~~ VI of the Findings of Fact herein are entitled to the use of the surface waters of the intermittent streams to which said lands are riparian, for all reasonable and beneficial riparian uses and purposes correlatively with all other owners of lands riparian to said intermittent streams or riparian to Sandia Creek below the confluence of such intermittent stream with Sandia Creek.

X

The United States of America, and all other parties in this action having rights to the use of the waters of Sandia Creek or its tributaries have no rights in or to the ground waters described in the Findings of Fact herein as vagrant, local, percolating waters not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries.

INTERLOCUTORY JUDGMENT

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That all of the lands described in paragraphs ~~VI~~ V and ~~VIII~~ VII of the Findings of Fact herein, which Findings are incorporated herein by reference, are riparian to Sandia Creek, a tributary of the Santa Margarita River.

2. That all of the lands described in paragraph ~~IV~~ VI of the Findings of Fact herein, which Finding is incorporated herein be reference, are riparian to the various intermittent streams upon which said lands abut or which traverse said lands.

3. Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F. Sawday are the owners of the appropriative rights

to the use of waters of Brians Creek described in paragraph IX-A of the Findings of Fact herein, which Finding is incorporated herein by reference.

4. George F. Yackey and Millicent Y. Taylor are the owners of the appropriative right to the use of waters of Sandia Creek described in paragraph IX-B of the Findings of Fact herein, which Finding is incorporated herein by reference.

5. The exact quantities or proportions of the waters of Sandia Creek and its tributaries to which any of the parties hereto are now or may in the future be entitled is not determined by this Interlocutory Judgment. The Court retains continuing jurisdiction of this cause and of the parties named herein, their heirs, successors and assigns, and reserves the right to make an apportionment or apportionments of the waters of Sandia Creek and its tributaries, or to regulate, restrict, prohibit or control the use of the waters of said stream upon proper showing by any of the parties to this cause, their heirs, successors and assigns.

Date:

---
James M. Carter
United States District Judge