ORDER
4-25-61

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: April 25, 1961 |
| | ) | |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, ROBERT MCGINNIS, EMETT DOHERTY AND JAMES H. MITCHELL

PROCEEDINGS:   FURTHER COURT TRIAL

At 10:20 A.M. reconvene herein.
Attorneys Sachse makes statement as to use of water by Fallbrook Public Utility District.
Attorney Veeder presents proposed agenda which is approved by the court and filed.
Attorney Doherty moves the court to approve his withdrawal as attorney of record for various defendants, and IT IS ORDERED said motion is granted.
Attorney James H. Mitchell is substituted as attorney for certain defendants in place of Attorney Doherty.
Attorney Mitchell makes statement.
Attorney McGinnis makes statement.
John F. Mann is recalled, and testifies for defendants represented by Attorney Mitchell.   & B
Hamilton Ex. No. A/ marked for Identification.
Ex. 211-D is marked for Identification.
At 11:55 A.M. recess to 2 P.M.
At 2:10 P.M. reconvene.
Witness Mann resumes stand and testifies further.
Hamilton Exs. A and B, and Ex. No. 211-D are received in evidence.
Court states findings as to defendants represented by Mitchell.
At 3 P.M. recess, and at 3:10 P.M. reconvene.
The court finds that Military use is a proper riparian use.
Court signs Findings of Fact, conclusions of law and interloc decrees Nos. 25, 26, and 27.
At 3:50 P.M. recess to April 26, 1961, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _____
                Deputy

6448