**FILED**

APR 2 5 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | AGENDA FOR HEARING |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | COMMENCING |
| Defendants. | ) | APRIL 25, 1961 |

At the hearing in regard to the above entitled case, commencing April 25, 1961, at 10:00 a.m. in Court Room #2, United States Court House, San Diego, California, the following matters will be considered:

1. Hearing respecting the claims of defendant Lincoln Hamilton and others whose properties are situated in Anza Valley, represented by James W. Mitchell, Sr.

2. The question of whether the military use of the United States of America of the waters of the Santa Margarita River is a proper riparian use.

3. The opinion, findings of fact, conclusions of law and interlocutory decree respecting the determination by this Court that it will not enforce the Stipulated Judgment dated December 26, 1940, in the Superior Court

-1-

6445

of the State of California, in and for the County of San Diego.

4. Suggested findings of fact, conclusions of law and interlocutory judgment in regard to:
   a. Defendants Katharine C. Gibbon and William W. Cottle;
   b. Defendant Willard H. Allen (Stardust Ranch);
   c. Defendant James Oviatt;
   d. Defendant Garner L. Knox, et al.;
   e. Any others.
5. The matter of Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting the Murrieta-Temecula Ground Water Body and the Aguanga Ground Water Body.
6. Review of the law respecting the rights of the defendants within the exterior boundaries of the above mentioned Murrieta-Temecula Ground Water Body and the Aguanga Ground Water Body. To be determined is whether the rights of those defendants will be adjudged overlying a basin which is part of the Santa Margarita River or whether they are riparian rights in a Ground Water Body which is part of that stream.
7. The proposed findings of facts and conclusions of Law lodged with this Court in regard to Domenigoni and Diamond Valleys and Tucalota Creek.
8. Evidence in regard to the ground water basins in the Temecula Valley above the Aguanga Ground Water Body.
9. The question of the disposition to be made of claims of defendants in French Valley, and other defendants similarly situated, whose properties are located in areas of basement complex or residuum.
10. The Findings of Fact, Conclusions of Law and Order. Motion of United States for Temporary Restraining Order and

6446

-2-

      and Preliminary Injunction.

11. Proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment. Miscellaneous Surface Impoundments.

12. Proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment. Sandia Creek.

The several items set forth above will not necessarily be considered in the order in which they appear.

Dated: 4-25-61

*/s/ James M. Carter*
JAMES M. CARTER
Judge, United States District Court