JAMES H. MITCHELL
333 Roosevelt Building
727 West Seventh Street
Los Angeles 17, California
MAdison 5-1371

Attorney for Certain Defendants

FILED
APR 25 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | NO. 1247-SD-C<br><br>OUTLINE OF CONTENTIONS<br>OF DEFENDANTS |

The following is a brief statement of the contentions of the defendants located in the Anza Area:

<u>Contentions of the defendants</u>

<u>ANZA VALLEY WATER USERS DO NOT INTERFERE WITH THE FLOW OF WATER IN THE SANTA MARGARITA RIVER.</u>

<u>Classification of waters located in Anza Valley:</u>

    (1) Surface waters

    (2) Shallow ground waters

    (3) Deep ground waters

<u>Disposition of surface waters:</u>

    a. Surface runoff in Anza Valley flows on relatively steep slopes, leaves the valley near the southwest corner,

1.

and joins the Santa Margarita system.

b. There is no artificial interference tending to reduce surface outflow.

c. A small portion of the surface runoff collects in a shallow natural basin in the southern part of the valley, and there evaporates.

Shallow ground waters outflow:

a. Ground waters derived from the shallow zone (shallow ground waters) move out of Anza Valley into the Santa Margarita system in small quantities.

b. To get into the Santa Margarita system, ground waters must flow through the thin veneer of alluvium which covers the basement rock bench in the southwest portion of Anza Valley.

c. This outflow of shallow ground waters is consumed by phreatophites (mainly wire grass) upstream from the gaging station at the west side of Coahuila Valley.

Deep ground waters outflow:

a. Deep ground waters are for irrigation and are pumped from aquifers which occur east of a fault extending northwesterly through Section 21.

b. The deep ground waters can not flow southwesterly to join the Santa Margarita system because of the uplifted block of basement rock.

c. The deep ground waters would have difficulty in moving upward into the shallow zones because of intervening clay layers.

d. Irrigation pumping causes little, if any, depletion of ground water spill into the Santa Margarita system.

e. If pressure gradients in the confined deep aquifers were favorable to outflow, the ground water outflow

would be southeasterly, toward Terwilliger Valley.

                        *James H. Mitchell*