4-26-61

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                    )   No. 1247-SD-C   Civil
                          )
                          )   MINUTES OF THE COURT
       v.                 )
                          )   Date:  April 26, 1961
                          )
FALLBROOK, etc., et al    )   At: San Diego, California.

PRESENT: Hon. _ _ _ _ _ _ MM JAMES M. CARTER _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD

PROCEEDINGS: FURTHER MMMM COURT TRIAL

At 10:05 A.M. reconvene.
Additional documents are added to Ex. No. 207 E.

Based upon statement made by Attorney Sachse, representing Fallbrook, as set forth on pages 16,429, and 16,430 of the transcript, and upon assurance of counsel for Fallbrook, and for the United States that they are content with merely the minute order heretofore entered denying the injunction, and a minute order made now dispensing with findings of fact, etc, IT IS ORDERED that findings of fact, etc will not be prepared, and the court approves offer made by Fallbrook, and the acceptance made by the United States.
    IT IS ORDERED that Hamilton Ex. No. B may be withdrawn for copying.
    IT IS ORDERED that cause is continued to April 27, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By_____
                    Deputy

6449