UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: April 27, 1961 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDMY ; Reporter: JOHN SWADER & MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD

PROCEEDINGS: FURTHER COURT TRIAL

 At 10:05 A.M. reconvene.
 Court and counsel discuss findings on Sandia Creek.
 Vail Ex. No. BJ-1 is received in evidence.
 IT IS ORDERED cause is continued to April 28, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____
    Deputy

6450