CARTER
4-28-61

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| U. S. A. | ) | No. 1247-SD-C  Civil |
| | ) | MINUTES OF THE COURT |
| v. | ) | Date: April 28, 1961 |
| | ) | |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER, DONALD REDD, AND RAMSEY CLARK

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, AND FRED GIRARD.

PROCEEDINGS:    FURTHER COURT TRIAL

    On motion of Attorney Veeder, IT IS ORDERED that Ramsey Clark, Assistant Attorney General is permitted to practice in this court for the purppsed of this case.
    Court and counsel discuss findings on Sandia Creek.

    IT IS ORDERED that cause is continued to May 2, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By _____  G451
    Deputy