CARTER
5-2-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD-C   Civil |
| v. | ) | MINUTES OF THE COURT |
| | ) | Date: May 2, 1961 |
| FALLBROOK, etc., et al | ) | At: San Diego, California. |

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter:   JOHN SWADER

Counsel for Plaintiff:   WILLIAM VEEDER, DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, JAMES KRIEGER AND ROBERT MCGINNIS

PROCEEDINGS: FURTHER COURT TRIAL

COURT AND counsel discuss proposed findings.

At 3:30 P.M. IT IS ORDERED cause is continued to May 3, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____
Deputy

6454