LODGED
MAY 2 - 1961

### Sandia Creek

#### FINDING OF FACT

The records of run-off in the Santa Margarita River watershed, as of the date of entry of this decree, disclose that there is no repetitious pattern of precipitation and run-off upon which there could be a finding as to a firm supply, either from surface or ground water.

#### CONCLUSION OF LAW

The defendant, George F. Yackey, who claims an appropriative right to the use of water from Sandia Creek, had the burden of proving that there was available a surplus of water in the stream for appropriation and he failed to sustain that burden.

15831