USA

LODGED

MAY 2 - 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C #30 |
| Plaintiff, ) | |
| v. ) | PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT RE- SPECTING THE MURRIETA-TEMECULA GROUND WATER BASIN |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

I

AREAL EXTENT
OF
MURRIETA-TEMECULA GROUND WATER BASIN

The Murrieta-Temecula Ground Water Basin is comprised of a large expanse of continental or fresh-water sedimentary deposits bound to the south and west by the Santa Rosa Plateau, to the north and east by basement complex and weathered basement complex, to the south and east by the surface water divide between the area above Vail Dam and those below that structure, and to the north and west by the common line between the watersheds of the Santa Ana and Santa Margarita Rivers.

II

The geology of the Murrieta-Temecula Basin is such that it has been determined desirable to establish the exterior limits of it by legal subdivision. That exterior boundary is graphically set forth on the map, U.S.A.Pl's Exhibit 277, which is attached to these findings

-1-

15832

and made a part of them. There is also attached U.S.A.Pl's Exhibit 277A which sets forth the "Legal Description of the Exterior Boundary of the Murrieta-Temecula Ground Water Basin and the Properties Bound and Traversed by that Boundary."

### III

The sedimentary material throughout the ground water basin is comprised of sand, gravel, silt and clay, which are not in continous layers but are lenticular. Those sediments are found at great depths, over twenty-five hundred feet, near the southwestern extremity of the basin which is marked by the Elsinore Fault. Proceeding across the basin, those deposits become progressively thinner toward the northeastern margin of the basin where they feather out to their contact with basement complex and the weathered basement complex. Underlying these deposits are the rocks of the basement complex.

### IV

### SOURCES OF RECHARGE FOR MURRIETA-TEMECULA BASIN

Principal sources of recharge for the Murrieta-Temecula Ground Water Basin are the main tributaries of the Santa Margarita River. They are:

<u>Murrieta Creek</u>

a. Murrieta Creek is a natural stream rising in Section One (1) Township Seven (7) South, Range Four (4) West, in Riverside County, California. It proceeds from that point southeasterly for a distance of approximately thirteen (13) miles to its confluence with Temecula Creek, subsequently to be described, where they form the Santa Margarita River.

b. Murrieta Creek is an intermittent stream, both as to time and place for most of its length. At the point where the channel of the stream crosses the northwestern boundary of the Vail Company Ranch,

it becomes a perennial stream, flowing throughout the year from there to the point where it joins Temecula Creek.

 c. These are the principal tributaries of Murrieta Creek:

  1. Warm Springs Creek, flowing from the northeast, enters Murrieta Creek in the Southeast Quarter (SE¼) of Section Twenty-seven (27), Township Seven (7) South, Range Three (3) West.

  2. Santa Gertrudis Creek enters Murrieta Creek from the northeast in the Northwest Quarter (NW¼) of Section Thirty-four (34), Township Seven (7) South, Range Three (3) West.

  3. Cole Canyon Creek, flowing from the southwest, enters Murrieta Creek in the Northwest Quarter (NW¼) of Section Eighteen (18), Township Seven (7) South, Range Three (3) West.

  4. Slaughterhouse Creek likewise flowing from the southwest enters Murrieta Creek in Block M, Rancho La Laguna Subdivision, Riverside County.

### Temecula Creek Below Vail Dam

Temecula Creek is a natural stream, the surface flow of which is controlled completely by Vail Company dam, situated in Nigger Canyon and by the pumping from wells of that Company, below Vail Dam. From Vail dam Temecula Creek flows in a southwesterly direction across Pauba Valley to its confluence with Murrieta Creek, a short distance east of Temecula Canyon where, as stated, the Santa Margarita River is formed by the two last mentioned streams.

### Pechanga Creek

Pechanga Creek rises in Sections Thirty (30) and Thirty-One (31), Township Eight (8) South, Range One (1) West, and flows in a generally north and westerly direction through the Pechanga Indian Reservation

-3-

through Wolf Valley to its confluence with Temecula Creek east a short distance upstream from the juncture of Murrieta Creek and Temecula Creek, all as found above.

### V

### ALL OF THE WATERS IN MURRIETA-TEMECULA BASIN ARE PART OF THE SANTA MARGARITA RIVER

All of the water in the Murrieta-Temecula Basin, both surface and subsurface, is part of the Santa Margarita River.

### VI

The water which recharges the ground-water basin is derived from the winter and spring run-off which usually occurs during the months of November to April of each year. During the irrigation season the extractions from the basin far exceed the recharge, if any, for that period.

### VII

The hydraulic gradient of the ground-water body contained in the basin is towards Temecula Gorge, except when artificially interferred with by diversions or pumping.

### VIII

All of the water in the Murrieta-Temecula Basin is in hydraulic continuity throughout the entire basin.

### IX

### SEVERE OVERDRAFT IN PAUBA VALLEY PORTION OF MURRIETA-TEMECULA BASIN

Vail Company, for at least the last five years, has pumped water from the Pauba Valley, a portion of the Murrieta-Temecula Basin, far in excess of the recharge to the ground water of that Valley. Result of that overdraft has been a sharp decline in the elevation of the ground-water table in the Pauba Valley.

-4-

X

The Vail Company's use of the water in Pauba Valley, which is far in excess of the quantity of water entering the ground water of Pauba Valley, is unreasonable.

XI

### USE OF WATER IN OTHER AREAS OF MURRIETA-TEMECULA BASIN FAR IN EXCESS OF RECHARGE

There has been a sharp decline in ground water levels due to pumping throughout the Murrieta-Temecula Basin in the area of Santa Gertrudis Creek and north from that Creek along Murrieta Valley and the adjacent areas.

X

The sharp declines in ground water levels in the Pauba Valley of the Murrieta-Temecula Basin has not as yet been reflected in the ground water levels in the Santa Gertrudis Creek area and north and west from that Creek. Similarly the sharp declines in the ground water levels in the Santa Gertrudis Creek areas, and elsewhere in the Murrieta-Temecula Basin, have not been reflected in Pauba Valley.

XI

### GROSS AND IRRIGABLE ACREAGE OVERLYING MURRIETA-TEMECULA BASIN

There is attached, marked Exhibit C and made a part of these findings by reference, the names of apparent owners, their gross and irrigable acreage, and the pumps which are located and used upon their properties.