BEST, BEST & KRIEGER
4200 Orange Street
Box 1028
Riverside, California

Telephone: OVerland 6-1450

Attorneys for Defendants

LODGED

MAY 2 - 1961

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

# 30

UNITED STATES OF AMERICA, )
        Plaintiff, )
vs. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al, )
        Defendants. )

NO.

PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW RE MURRIETA-
TEMECULA AREA

## FINDINGS OF FACT

1. For the purpose of these Findings of Fact the lands shown on Exhibit ___ and described in Exhibit ___ constitute the Murrieta-Temecula area.

2. The Murrieta-Temecula area is traversed by the Murrieta Creek and its tributaries, including Santa Gertrudis Creek, and by the Temecula River and its tributaries.

3. A portion of the lands in the Murrieta-Temecula area under and adjacent to the Murrieta Creek and tributaries consists of permeable material described as "younger alluvium". The balance of the lands in the Murrieta-Temecula area consists of older alluvium, a material which, although less permeable than younger alluvium, is nonetheless water-bearing.

4. The lands within the Murrieta-Temecula area contain a body of ground water which feeds and supports the flow of

1.

15837

Murrieta Creek, Temecula River and the Santa Margarita River. The pumping of any ground water from this area, or the diversion of surface flows therein, can materially affect the downstream flow of the Santa Margarita River.

5. Both the surface and subsurface flow of the streams within the Murrieta-Temecula area, and the ground water therein constitute a common supply of water which is a part of the waters of the Santa Margarita River system.

6. There is no evidence showing the rate of movement of the ground waters of the Murrieta-Temecula area, or what effect the pumping in one part of said area has on another part of the area, or the effect on the total flow of the Murrieta Creek or the Temecula River, and eventually the Santa Margarita River, and the Court makes no findings on these matters because of such lack of evidence.

7. There is no evidence that any diversion or extraction of water from the Murrieta-Temecula area is unreasonable in amount. All such uses, whether on riparian or overlying lands constitute a proper exercise of riparian or overlying rights, and have been for beneficial purposes. Nor is there any evidence that any of the uses have been injurious to or have damaged any party to this proceeding.

8. There is no evidence of the total amount of water used or available in the Murrieta-Temecula Basin area, or that the common supply therefor is insufficient for all the requirements for all those having rights thereto.

## CONCLUSIONS OF LAW

1. The owners of the lands shown on Exhibit ___ and described in Exhibit ___, have riparian or overlying rights which are co-equal, except as to quantity, and correlative rights in the common supply of the Murrieta-Temecula area and of the Santa Margarita Stream system, including the surface and subsurface streams and the percolating waters which feed said stream and its tributaries, to divert, extract or produce water therefrom and from their respective parcels of land and for the reasonable and beneficial uses thereon.

2. The quantity of water to which each parcel of land in the Murrieta-Temecula area is entitled cannot now be determined by reason of the insufficiency of the evidence, nor is there any evidence that any apportionment or regulation of riparian and overlying rights and uses is required.

3. This Court should retain jurisdiction for the purpose of determining the quantity of water to which each of the parcels of land in the Murrieta-Temecula area is entitled in the event there is a showing that the quantity of water available from the common supply of the stream system, including surface and subsurface water and percolating waters in support thereof, is insufficient to meet all the beneficial uses of all of the riparian and overlying lands in the entire stream system.

Dated: May 1, 1961

Respectfully submitted,

BEST, BEST & KRIEGER

By _____

15839

3.