FILED
MAY 2 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
)
v. ) AGENDA FOR HEARING
)
FALLBROOK PUBLIC UTILITY ) COMMENCING
DISTRICT, et al., )
) May 2, 1961
        Defendants. )

    At the hearing in regard to the above entitled case, commencing May 2, 1961, at 10:00 a.m. in Court Room #2, United States Court House, San Diego, California, the following matters will be considered:

1. Suggested findings of fact, conclusions of law and interlocutory judgment in regard to:
    a. Defendants Katharine C. Gibbon and William W. Cottle;
    b. Any others.
2. The matter of Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting the Murrieta-Temecula Ground Water Body and the Aguanga Ground Water Body.
3. Review of the law respecting the rights of the defendants within the exterior boundaries of the above mentioned Murrieta-Temecula Ground Water Body and the Aguanga Ground Water Body. To be determined is whether the

6452

-1-

rights of those defendants will be adjudged overlying a basin which is part of the Santa Margarita River or whether they are riparian rights in a Ground Water Body which is part of that stream.

4. The proposed findings of facts and conclusions of law lodged with this Court in regard to Domenigoni and Diamond Valleys and Tucalota Creek.

5. Proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting Ansa Valley.

6. Proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment respecting Sandia Creek.

7. Proposed Findings of Fact, Conslusions of Law and Interlocutory Judgment respecting miscellaneous surface impoundments.

8. The question of the disposition to be made of claims of defendants in French Valley, and other defendants similarly situated, whose properties are located in areas of basement complex or residuum.

9. Date when the claims on Temecula Creek above Vail Dam will be heard.

The several items set forth above will not necessarily be considered in the order in which they appear.

Dated: 5/2/61

　　　　　　　　　　　　　　　　JAMES M. CARTER
　　　　　　　　　　　　　　　Judge, United States District Court

-2-

6453