UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C  Civil
     )  MINUTES OF THE COURT
  v. )  Date: May 3, 1961
     )
FALLBROOK, etc., et al )  At: San Diego, California.

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter: _ _ _ _ JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD, FRANZ SACHSE, JAMES KRIEGER

PROCEEDINGS: FURTHER COURT TRIAL

   At 10 A.M. reconvene.
   Exs. Nos. 15 L are marked and received.
   Exs. Nos. 277B, and 277C are marked and received.
   Court and counsel discuss proposed findings.
   IT IS ORDERED that cause is continued to May 4, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____
       Deputy