JAMES H. MITCHELL
333 Roosevelt Building
727 West 7th Street
Los Angeles 17, California

Attorney for Certain Defendants

FILED
MAY 3 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>O R D E R |

Upon the application of James H. Mitchell, Attorney at Law, representing certain defendants in the above-entitled action, as listed in the "Amended Answer to Complaint and Supplementary and Amendatory Complaint of Certain Defendants", heretofore filed herein by Emmett E. Doherty, and good cause appearing therefor, it is hereby ordered:

That Robert L. Holcomb and Clara V. Holcomb, and Jasper D. Sherman and Laura Sherman, be included as defendants appearing herein, and that their names be added to the names of those defendants set forth in said Amended Answer to Complaint and Supplementary and Amendatory Complaint of Certain Defendants heretofore filed herein by Emmett E. Doherty.

Dated this 3 day of May, 1961.

_____
Judge of the United States District Court

6455