5-4-61

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
) MINUTES OF THE COURT
v. )
) Date: May 4, 1961
)
FALLBROOK, etc., et al ) At: San Diego, California.

PRESENT: Hon. _____JAMES M. CARTER_____ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: __WILLIAM VEEDER AND DONALD REDD__

Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD AND FRANZ SACHSE

PROCEEDINGS: FURTHER COURT TRIAL

COURT AND COUNSEL discuss various proposed findings.

IT IS ORDERED cause is continued to May 31, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By_____
      Deputy