FILED

MAY 4 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff,      )   No. 1247-SD-C
                           )
v.                         )   ORDER RESPECTING
                           )
FALLBROOK PUBLIC UTILITY   )   QUERRY WELL - #8S/2W-19J2
DISTRICT, et al.           )
           Defendants.     )

Good cause being shown,

IT IS HEREBY ORDERED that the duly authorized representatives of the United States of America may go upon the following described property:

Tract "F" Little Temecula Rancho, Except therefrom that portion described as follows: Beginning at the most westerly corner of Tract "F", thence Southeasterly along the southwesterly line thereof 1151.15 feet; thence Northeasterly and parallel to Northwesterly line thereof, 1176 feet; thence Northwesterly and parallel to the Southwesterly line thereof 1151.15 feet; thence southwesterly along the Northwesterly line thereof 1176 feet to the point of beginning. Also except from Tract "F" public road easements along the Northwesterly and Northeasterly 30 feet thereof.

-1-

6457

Copy received

for the purpose of obtaining information respecting the pumping, diversion and use of water from well #8S/2W-19J2; to investigate and determine with the greatest degree of accuracy possible the quantity of water pumped and used from that well and to that end to make all necessary observation respecting the time of use, method of use, place of use, the size of the pump, the depth to water, the size and dimensions of the system for the diversion and distribution of the waters pumped from the above mentioned well #8S/2W-19J2.

IT IS FURTHER ORDERED, that the owner of the lands above described, or his duly authorized representative, will advise the authorized representatives of the United States of America the period each day the well is pumped, the records from the power company as to use of electricity in connection with the above mentioned pump and meter readings, if any; to make available to said representatives of the United States of America any well logs and pump tests on the above mentioned well and to perform other pump tests, if required.

Dated: May 4, 1961.

_____
JAMES M. CARTER
Judge, United States District Court