FILED
MAY 5 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ............ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
Defendants.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO ) ss.

MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Room 303, U. S. Customs and Court House, 325 West F Street, San Diego 1, California; that she is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on March 3, 4, 6 and 24, 1961 she deposited in the United States mail at San Diego, California, in envelopes bearing the requisite postage, a copy of

attached letters, Exhibit B or C, and Exhibit D,

addressed to the last known addresses of the persons listed in Ex-

6460

GPO 16—20003-1

hibit A, attached hereto and made a part hereof; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

Margaret B. Cooker

Subscribed and sworn to before me this 5th day of May, 1961

John A. Childress, Clerk, U. S. District Court, Southern District of California

By [signature] Deputy

(SEAL)

6481

GPO 16—20006-2

EXHIBIT A

March 3, 1961

Kindel & Anderson
1016 N. Broadway
Santa Ana, California
For
Carl J. & Mary T. Butler
Ivan E. & Mathea A. McKinley
Betty B. Murcell
Western Brass Works

Earl C. Adams
2031 Summerland Avenue
San Pedro, California

Andrew Arnold
725 E. Williams Street
Banning, California

A. J. Bendler
Anna F. Bendler
Charles G. Bendler
Mable F. Bendler
c/o Minton, Minton & Farrell
111 North Harvard Street
Hemet, California

Elmer P. & Grace E. Bieck
1520 Comstock Avenue
Los Angeles 24, California

J. Aubrey Boggess
31852 Laurel Lane
South Laguna, California

Martin L. Burke
Star Route, Box 126B
Hemet, California

Donald E. Calland
P. O. Box 547
Hemet, California

Walter K. & Lucille M. Calland
12016 Red Hill Street
Santa Ana, California

Coast Machine Products, Inc.
2810 No. Lima Street
Burbank, California

Leo R. & Lillian Coda
712 Poplar Place
Anaheim, California

Stanley R. & Rissa I. Coates
1151 Wall Street
Los Angeles 15, California

Adolph & Anna M. Dittrich
Route 3, Box 89
Chino, California

Rex & Minerva C. Estudillo
3900 Market Street
Riverside, California

Arlo T. & Arlene N. Evans
1404 Los Alamitos Avenue
Long Beach, California

Clifford L. & Mertie M. Fleener
Star Route, Box 96
Hemet, California

Joseph P. & Ruth E. Galloway
Route 2, Box 50
Fallbrook, California

Joseph A. & June B. Gruner
Box 175
Aguanga, California

George D. & Florence J. Hepburn
Box 97-B
Anza, California

Walter Hogarth
c/o Beardsley, Hufstedler & Kemble
610 Rowan Building
Los Angeles 13, California

K. E. Hunter
2554 Desert Street
Rosamond, California

Bud & Leda Jarvis
247 No. Taylor Street
Montebello, California

Joel E. & Margaret Johnston
11017 E. Dodson Street
El Monte, California

Thomas K. & Ruth W. Kenney
Star Route, Box 104
Anza, California

Homer Laughlin
c/o B. K. Lyon, Administrator
315 So. Broadway
Los Angeles, California

Joseph W. McGaugh & Leona McGaugh
Idyllwild Dairy
Box 27
Idyllwild, California

Ben J. Mallonee
c/o Duncan Pony Ranch
Sage, California

7-1404
U. S. GOVERNMENT PRINTING OFFICE

George Marion
1031 E. Fairview Avenue
Inglewood, California

Paul R. & Ada D. Marks
Hemet, California

Charles E. & Dora A. Martin
133 No. Harvard Street
Hemet, California

Mamie E. Miner
Aguanga, California

Kathryn L. Mitchell
364 Cliff Drive
Pasadena, California

Donald E. & Marion R. Nichols
Richard A. Nichols
Star Route, Box 102
Hemet, California

George H. & Emily C. Olds
Box 98, Cary Road
Anza, California

Donald T. & Pauline B. Oster
771 S. Michillinda Avenue
Pasadena, California

Pacific Coast Long Company
408 South Spring Street
Los Angeles, California

Myrtle E. Parks
Box 98, Star Route
Hemet, California

George M. & Donna D. Pugel
P. O. Box 622
East Highlands, California

Ruben J. Rojas
412 So. Record Avenue
Los Angeles, California

Robert W. & Doris E. Severns
Star Route, Box 92
Hemet, California

Isaac J. & Ruth F. Spann
8916 Ruthellen Street
Los Angeles 47, California

Gladys B. Stombaugh
211 West 11th Street
Corona, California

Frank & Bee Stone
Morocco, Indiana

Antoni A. & George J. Thelan
1978 Beryl Street
San Diego 9, California

Paul W. & Nola Pearl Tietsche
5022 No. Cogswell Road
El Monte, California

Bruce A. & Julia M. Tomlinson
3716 W. Century Boulevard
Inglewood, California

Edward C. Tripp
Route 2, Box 439
Dinuba, California

Irene Barton Welch
Star Route, Box 158
Hemet, California

Daniel M. & Edna A. Wells
14202 So. Gandesa Road
La Mirada, California

Georgia E. & Robert R. Kerr
Regina Rae, William David &
Robert Ross Kerr, Jr.
10925 Lewis Road
Lynwood, California

Anto

March 4, 1961

Charlotte K. Bennett
3738 Pacific Avenue
San Pedro, California

R. A. & Mary F. Doty
804 W. Brockway Street
El Monte, California

W. H. & Mary Ann Holcomb
Box 18
Anza, California

Scott E. & Audrey E. McKean
6128 Brynhurst Avenue
Los Angeles 43, California

Louis Mattis
3957 Tropical Drive
North Hollywood, California

Timothy C. & Estella M. Plmeroy
Anza, California

David Robert Rogers
19414 So. Anza Avenue
Torrance, California

Earl T. & Willie Rogers
Star Route, Box 117
Hemet, California

William Boone Schenk
William A. & Evelyn Anna Schenk
1360 San Luis Rey Street
Glendale 8, California

John E. & Gladys E. Shanko
Star Route, Box-100
Hemet, California

Bert & Maude E. Sharp
Star Route, Box 101
Hemet, California

Anna Margaret St. John
6903 Clematis Way
Lakewood, California

Frank H. & Gladys E. Trexler
1019 Acacia Avenue
Torrance, California

Alice & Raymond N. Wagner, Jr.
2711½ West Ave 34
Los Angeles, California

Doris I. Worcester
410 Catalpa Road
Arcadia, Califorhia

March 6, 1961

Marie Baker

15355 Weddington
Van Nuys, California

Robert William & Ruth Emily Barber
c/o Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

Bryant L. & Avis B. Cheney
13009 Edwards Road
La Mirada, California

Huffman H. & Ivaleah H. Cochran
Anza, California

Paul A. & Blanche E. Cook
9440 Townley Drive
Pico, California

Bewey & Carolyn Dunham
733 Bunkerhill Drive
San Bernardino, California

William Howard Emery, Sr.
1309 So. Atlantic Boulevard
Los Angeles 22, California

Wannie Lee & William H. Emery, Jr.
4734 So. Rosemead Avenue
Pico, California

Allen R. & Fern A. Floyd
c/o Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, Californiqa

Irving & Hazel P. Johnson
c/o M. E. Lewis, Jr.
306 Heartwell Building
Long Beach 2, California

Richard E. Kellogg
c/o Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

Fred L. & Martha M. Lipp
2559 Cedar Street
Long Beach 5, California

C. P. & Opal M. McKee
816 Washburn Avenue
Corona, Califorhia

Ralph H. & Hazel H. C. Marts
1139 E. 4th Street
Long Beach 12, California

Charles A. & Marie E. Miller
2327 Adriatic Avenue
Long Beach 10, California

Marjorie G. Roalke
3511 Copeland Place
Los Angeles 32, California

Allan C. & Avis B. Stults
15416 Clark Street
Bellflower, California

R. W. Snow
5110 7th Avenue
Los Angeles 43, California

Melvin E. & Katherine M. Veale
1139 East 4th Street
Long Beach 12, California

U. S. GOVERNMENT PRINTING OFFICE

March 24, 1961

Ivan D. Alexander
Bahrman Road
Anza, California

Raymond B. & Naomi V. Allison
13300 Highway 395
Riverside, California

Anza Community Bldg.,Inc.
Anza, California

Charles M. & Arixie Ashjian
3344 Montecito
Fresno, California

Hazel J. Black
64-911 Highway 111
Cathedral City, California

Donald A. & Beryl F. Brings
P. O. Box 21
Mountain Center, California

Winston T. & Dorothy Burr
12709 Orizaba
Downey, California

George Thomas Chuck
43-395 Deglet-Noore
Indio, California

Elfie Elizabeth Daniels
802 So. Catalina Ave, Apt.3
b Redondo Beach, California

Barry Richard Dickson
1917 Rivera Street
Riverside, California

David M. Dickson
1917 Rivera Street
Riverside, California

Joseph H. & Pauline Dickson
1917 Rivera Street
Riverside, California

Murl W. & Evelyn D. Drake
408 E. Front Street
Covina, California

R. L. & Laura L. Egger
149 So. Palm Avenue
Hemet, California

Andrew J. & Elsie L. Eldred
196 Lexington Avenue
San Leandro, California

Louis & Ellen K. Figaro
11522 E. Thienes Street
El Monte, California

Clyde & Pearl M. Francis
5525 N. Carfax Avenue
Lakewood, California

Raymond W. & Nadine J. Gilbreath
1550 N. Le Flore Drive
Whittier, California

Claude H. Graham, Sr.
Claude H. Graham, Jr.
1706 9th Street
Manhattan Beach, California

Paul A. & Sandra W. Hittson
c/o Ruth E. Barber
5215 E. Beverly Boulevard
Los Angeles 22, California

Robert L. & Clara V. Holcomb
5204 Hyacinth Avenue
Azusa, California

W. H. & Mary Ann Holcomb
1319 W. Arrow Highway
San Dimas, California

Fred W. & Bernice I. Hubbard
1902 McKenzie Street
Long Beach 5, California

Jerry R. & Marie M. Hurst
Anza, California

Ralph Oliver Hutton
Route 2, Box 680
Redlands, California

Ernest E. James
3160 N. San Pierre Drive
El Monte, California

Charles T. Johnson
c/o Minton, Minton & Farrell
111 North Harvard Street
Hemet, California

Okey F. & Edna L. Johnson
4627 W. 166th Street
Lawndale, California

Gertrude D. Junkin
658 W. 120th Street
Los Angeles 44, California

Lydia B. King
5602 Long Beach Boulevard
Long Beach, California

6466

Edwin Walter & Mabel C. Lapp
2793 Cabrillo Drive
Ventura, California

Ray & Elizabeth Larson
Corson, Washington

Janet & Thomas Lobb, Jr.
Bonita-Vista Rancho
Box 272
Mountain Center, California

Roy W. & Mary T. Macy
251 E. Newman Street
Arcadia, California

Marcel A. & Hazel A. Martel
2402 No. Charlotte Street
South San Gabriel, California

George Martin & Marguerite Schmoll
Anza, California

David & Ameliz Meyer
6620 E. 72nd Place
Derby, Colorado

Linus W. & Helen M. Miller
26954 Buckskin Lane
Rolling Hills, California

Charles & Emily M. Noon
1623 Hearst Street
Berkeley, California

Ralph C. & Muriel Morgan
36 Avenue 29
Venice, California

Clarence E. & Edith R. Mossberg
1414 Gaviota Avenue
Long Beach, California

June M. Nickle
Box 52
Keene, Texas

Herman & Lillian Ostrin
304 S. Central Avenue
Los Angeles, California

John & Elsie Pena
General Delivery
Anza, California

Albert E. & Bernice Place
1845 Lincoln Street
Long Beach, California

Donald N. & Lorraine F. Plueger
14059 E. Telegraph Road
Whittier, California

J. Ray & Jean E. Poorman
P. O. Box 35
Mountain Center, California

Ranch Development Corp.
8228 Sunset Boulevard
Hollywood 46, California

Ernest G. Register
General Delivery
Anza, California

Faye C. Rick
1510 N. Lake
Pasadena, California

Fred Riddle
c/o Fern H. Bahrman
Route 2, Box 2054
Grass Valley, California

Hettie J. Rogers
1523 Olive Street
San Diego, California

Howard D. & Evelyn A. Romkee
12346 Orizaba Street
Downey, California

William L. Ross
12246 Thackery Drive
Garden Grove, California

Carl E. & Carrie May Schultz
Box "C"
Morro Bay, California

Dale M. & Shirley A. Sears
4704 Centralia
Long Beach, California

Jasper D. & Laura Sherman
Route 1, Box 222
Anza, California

Roy G. & Mabel J. Skaggs
234 E. 69th Street
Long Beach, California

Irene Smith
P. O. Box 331
Hemet, California

Zacheus A. & Faith Y. Smith
47F Ord Avenue
Ord Village, Ford Ord, California

Southern Pacific Land Co.
c/o Randolph Karr, Roy Jerome,
Harold S. Lentz
65 Market Street
San Francisco 5, California

7—1604

U. S. GOVERNMENT PRINTING OFFICE

6467

Anna D. Sparks
2053 Eleanor Drive
Glendale 6, California

Theodore R. & Marian E. Stewart
1700 West Southgate
Fullerton, California

Yuma T. & Evelyn Stone
1664 North Durfee Avenue
El Monte, California

Sunny-Cal Ranch Corp.
7419 Beverly Boulevard
Los Angeles 36, California

Olga V. Tunnel
9632 Swallow Lane
Garden Grove, California

Frederick E. & Jeanne C. Whetstine
Anza, California

U. S. GOVERNMENT PRINTING OFFICE

UNITED STATES DISTRICT COURT
Southern District of California
San Diego 1, California

JAMES M. CARTER
Judge

Exhibit No. 211-B
Parcel

"EXHIBIT B"

United States of America v. Fallbrook Public Utility District, et al., No. 1247-SD-C

The records of this Court in the above entitled case disclose that you were served with and received a copy of the Complaint and Amendatory and Supplementary Complaint in that case. Those records also reveal that you have filed an answer to the Complaint setting forth your claimed rights.

Based upon evidence introduced in this case respecting your property, I propose to find that: (a) you are the apparent owner of certain lands described in the records of this Court; (b) of a total of acres, are irrigable; (c) your lands abut upon or are traversed by Creek or a tributary of it, a tributary of the Santa Margarita River; (d) they overlie in whole or in part ground waters of the Santa Margarita River; (e) you have filed with the State of California Application No. ; Permit has issued ; License has issued; (f) you divert maximum quantity of water during season from the above-named creek for the following purposes:

It is essential that this Court ascertain with the greatest exactitude possible, and adjudge, decree and determine the extent and nature of your rights to the use of water of the Santa Margarita River. Accordingly, if you agree with the proposed findings, please sign the accompanying copy of this letter and return it in the enclosed envelope.

If you disagree with the findings you are urged to appear on March 14, 1961, at 10:00 a.m. in Court Room #2, U.S. Court House, 325 West F Street, San Diego, California, and testify regarding your lands and claimed rights to the use of water.

If you do not appear or respond to this letter I propose to find substantially as outlined above. You will, of course, have an opportunity to object to my findings before they become final.

Dated:

James M. Carter
JAMES M. CARTER
Judge, United States District Court

Dear Judge Carter:

I approve the findings which you propose.

6469

UNITED STATES DISTRICT COURT
Southern District of California
San Diego 1, California

JAMES M. CARTER
Judge

Exhibit No. 211-B
Parcel

"EXHIBIT C"

United States of America v. Fallbrook Public Utility District, et al., No. 1247-SD-C

The records of this Court in the above entitled case disclose that you were served with and received a copy of the Complaint and Amendatory and Supplementary Complaint in that case. Those records also reveal that you have filed an answer to the Complaint setting forth your claimed rights.

Based upon evidence introduced in this case respecting your property, I propose to find that: (a) you are the apparent owner of certain lands described in the records of this Court; (b) of a total of acres, are irrigable; (c) your lands abut upon or are traversed by Creek or a tributary of it, a tributary of the Santa Margarita River; (d) they overlie in whole or in part ground waters of the Santa Margarita River; (e) you have filed with the State of California Application No. ; Permit has issued ; License has issued; (f) you divert maximum quantity of water during season from the above-named creek for the following purposes:

It is essential that this Court ascertain with the greatest exactitude possible, and adjudge, decree and determine the extent and nature of your rights to the use of water of the Santa Margarita River. Accordingly, if you agree with the proposed findings, please sign the accompanying copy of this letter and return it in the enclosed envelope.

If you disagree with the findings you are urged to appear on ~~March~~ April 4, 1961, at 10:00 a.m. in Court Room #2, U.S. Court House, 325 West F Street, San Diego, California, and testify regarding your lands and claimed rights to the use of water.

If you do not appear or respond to this letter I propose to find substantially as outlined above. You will, of course, have an opportunity to object to my findings before they become final.

Dated:

James M. Carter
JAMES M. CARTER
Judge, United States District Court

Dear Judge Carter:

I approve the findings which you propose.

U~~ED STATES DISTRICT COURT
Sou.ıern District of California
San Diego 1, California

JAMES M. CARTER
Judge

"EXHIBIT D"

Re: United States of America v. Fallbrook Public Utility District, et al.

So you may understand the nature of the action pending, let me state as follows:- The government is not condemning or seeking to acquire the land or the water in the Santa Margarita River watershed. As the last owner on the stream, the United States has brought a quiet title action to determine the rights of all parties in the watershed to the use of the water. The final decree will specify who does and does not have rights to the use of water from the stream system.

When the evidence is all in, there will be found as to your parcel one of two things:

1. That the water under your land is part of the Santa Margarita River stream system, in which event you have correlative rights with all other persons who similarly are entitled to water from the stream - that is that all persons with such rights on the stream must share equitably the water, or

2. That the water under your land is vagrant, local percolating water and not part of the stream system, in which event under California law, you would be entitled to all the water you can produce, except insofar as your use impinged upon that of your immediate neighbors.

In either event, the government only claims its fair share to the use of the water of the stream, and chances are you would never have any problem insofar as securing reasonable amounts of water from the land which you own, if there exists any water.

The evidence as to the character of the ground water varies. In some locations it is clearly local and vagrant - not a part of the stream system. In other locations the water lies in underground basins or is otherwise clearly part of the stream system. Finally, there are other locations where the answer is difficult to find.

Trusting this gives you a little better view of the problem, and thanking you for your cooperation, I am

Sincerely,

James M. Carter

JAMES M. CARTER
Judge, United States District Court

6471