

FILED

MAY - 9 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _m_ _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| v. ) | |
| FALLBROOK PUBLIC UTILITY ) | AFFIDAVIT |
| DISTRICT, et al., ) | OF |
| Defendants. ) | SERVICE BY MAIL |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

    MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Room 303, U. S. Customs and Court House, 325 West F Street, San Diego 1, California; that she is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, on <u>or about January 18</u>, she deposited in the United States mail at San Diego, California, in envelopes bearing the requisite postage, a copy of

    attached letter, Exhibit B,

addressed to the last known addresses of the persons listed in Ex-

- 1 -

hibit A, attached hereto and made a part hereof; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

Margaret B. Tooker

Subscribed and sworn to before me this 9th day of May, 1961

John A. Childress, Clerk, U. S. District Court, Southern District of California

By _____ Deputy

(SEAL)

- 2 -

EXHIBIT A

Richard Adair
  Route 1, Box 400
  Mira Loma, California

William K. Auld
Alma C. Robertson
Barbara Ann Auld
  Winchester, California

Joseph A. & Ruth F. Ayres
  2134 So. Bentley Street
  Los Angeles 25, California

Billy Randall & Martha L. Bacon
  2941 Budau Avenue
  Los Angeles 32, California

Methel S. Bacon
  Star Route, Box 59
  Hemet, California

Bert Ballinger
  Star Route, Box 54
  Hemet, California

James L. & YVonne Barry
  4572 Alla Road
  Los Angeles 66, California

J. N. & Helen J. Bashaw
  Box 50
  Winchester, California

Arthur H. Bassett, Jr.
  2929 Budau Avenue
  Los Angeles 32, California

Ella Bassett
  2933 Budau Avenue
  Los Angeles 32, California

Hiram E. Beebe
  1847 N. Wilcox Avenue
  Hollywood 28, California

Flora M. Blake
  7534 Mandy Street
  Paramount, California

Charles R. & Helen R. Brandt
Odell W. & Helen M. Lawler
  6519 Clarkson Street
  Bell, California

Marcus Holt & Catherina F. Brown
  1127 E. Orange Grove Avenue
  Pasadena 6, California

Lola T. Button

Albert M. Carmona
  4853 Dempsey Street
  Encino, California

Hortense Chester
  10312 Garfield Avenue
  Southgate, California

Willard F. & Marguerite A. Clark
  Route 3, Box 153
  San Jacinto, California

Robert B. Crum
  12919 Dewey Street
  Los Angeles 66, California

Gilbert M. & Gera Davis Culton
  Box 864
  Blythe, California

Benny & Lillian J. DiPrima
  c/o Rex Estudillo, Attorney
  3900 Market Street
  Riverside, California

Mary R. Dietterick
  237 N. Ines Street
  Hemet, California

Freddie Doolin
  1375 W. 26th Street
  San Pedro, California

Earl Dwight & Vielena Duncan
  P. O. Box 547
  Calimesa, California

Tom W. & Frances W. Duncan
  5601 Repetto Avenue
  Los Angeles, California

Anton & Betty Eberle
  Star Route, Box 87
  Hemet, California

Burdette T. & Josephine E. Fay
  10415 So. Main Street
  Los Angeles 3, California

Jerome K. & Isobel Y. Fisher
  1116 Lorain Road
  San Marino, California

Gordon & Lorine V. Hall
  400 E. 4th Street
  Pomona, California

James A. Harrison
  1331 Longwood Avenue

| | |
|---|---|
| C. S. & V. V. Hilliard<br>Star Route<br>Winchester, California | James J. & Anna M. McCarthy<br>601 Central Tower Building<br>Santa Monica, California |
| John G. & Eleanore F. Hoffacker<br>2026 W. 109th Street<br>Los Angeles 47, California | Ned H. McDaniel<br>437 Roads End<br>Glendale 5, California |
| Harriet N. Ingram<br>P. O. Box 6694<br>Long Beach, California | Amanda C. McHenry<br>c/o Robert Kingsley, Attorney<br>3518 University Avenue<br>Los Angeles 7, California |
| Josephine Kingsbury Jacobs<br>1199 Edgemound Drive<br>Santa Barbara, California | Edward Porter Major II<br>4527 Toucan Street<br>Torrance, California |
| Richard & Ann M. Jacobus<br>609 N. Findlay Avenue<br>Montebello, California | Angeline Mauvenzin<br>1234 Magnolia Street<br>Los Angeles 6, California |
| Merle W. James<br>P. O. Box 1194<br>Hemet, California | Nathan A. & Wilma Meek<br>Roy B. & Minnie J. Hotchkiss<br>1941 Landsdown Avenue<br>Los Angeles, California (31) |
| Francis C. & Florance Jankovsky<br>239 Redondo Avenue<br>Long Beach 3, California | Nellie M. Milholland<br>Box 71, Star Route<br>Hemet, California |
| Earl P. & Dorothy Jernigan<br>Star Route, Box 70<br>Hemet, California | Richard L. & Ellen M. Milholland<br>Star Route, Box 79<br>Hemet, California |
| George L. & Frances B. Jones<br>21 Maryland Avenue<br>Anapolis, Maryland | Carl P. & Mary E. Miller<br>24211 Neece Avenue<br>Walteria, California |
| Michael & Lynda M. Kalinczok<br>586 17th Street<br>San Pedro, California | Elmo C. & Ethel N. Negaard<br>342 Cedar Avenue<br>Hawthorne, California |
| Bennie & Jimmie Kazaroff<br>468 Weston Street<br>Hemet, California | Fred W. & Kathryn A. New<br>526 S. Girard Street<br>Hemet, California |
| Elswood Chaffey Kerr,<br>Kathleen Chaffey &<br>Andrew E. S. Chaffey<br>c/9 Thomas P. Menzies, Attorney<br>458 So. Spring Street<br>Los Angeles 13, California | vF. P. Newport Co.<br>612 So. Gramercy Place<br>Los Angeles, California |
| William M. & Katherine Knezevich<br>Star Route<br>Winchester, California | Marius E. & Georgia Nicholas<br>P. O. Box 11<br>Winchester, California |
| Ernest J. Lynch<br>Route 1, 12812 West Street<br>Garden Grove, California | Marius A. & Mary Nicholas<br>Box 41<br>Winchester, California |
| | Paul H. & Helen F. Perry<br>Star Route, Box 52<br>Hemet, California |

-2-

6475

| | |
|---|---|
| 1 | |
| 2 | Melvin & Marjorie Pierson<br>2565 Overland Avenue<br>  Los Angeles 64, California |
| 3 | |
| 4 | Ralph C. & Ethel R. Pitt<br>P. O. Box 987<br>Hemet, California |
| 5 | |
| 6 | Walter S. & Florence Pitt<br>Route 1, Box 95<br>Hemet, California |

```
 1    Melvin & Marjorie Pierson              Augusta G. Stanley
      2565 Overland Avenue                     P. O. Box 638
 2      Los Angeles 64, California             Hemet, California

 3    Ralph C. & Ethel R. Pitt               Gilbert & Zelma E. Stearns
      P. O. Box 987                            Box 49
 4    Hemet, California                        Winchester, California

 5    Walter S. & Florence Pitt              Alvin L. & Thelma F. Stohlman
      Route 1, Box 95                          Box 53, Star Route
 6    Hemet, California                        Hemet, California

 7    Lew & Ethel V. Pittam                  Jack R. & Vaughn W. Sufficool
      Star Route, Box 63                       5910 Arlington Avenue
 8    Hemet, California                        Riverside, California

 9    Catherine & Pierre Pourroy, Jr.        Alvin S. & Mildred E. Tharp
        Box 39                                 Sage Star Route
10      Winchester, California                 Hemet, California

11    Henry Randel                           Katharine E. Thomas
      910 E. Pacific Coast Highway             401 Chestnut Avenue
12    Long Beach, California                   Los Angeles 42, California

13    John & Anthony Saich                   Daisy E. Thorpe
      936 So. Manhattan Place                  226 So. Rampart Boulevard
14    Los Angeles 19, California               Los Angeles 57, California

15    Ethel Schultz                          James R. & Clara H. Turner
      Ethel Schultz, Heir of Margaret          2459 E. 55th Street
16    Amelia Hanks                             Huntington Park, California
      8749 E. Palm Street
17    Bellflower, California                 H. Vaughn Vandenbergh
                                               5195 Stearns Street
18    Mabel Sewell                             Long Beach 15, California
        Winchester, California
19                                           Edward H. Weaver
      Edwin & Emmelyn F. Shockley              P. O. Box 144
20      Star Route, Box 64                     Newport Beach, California
        Hemet, California
21                                           William V. & Flossie F. Willis
      Elmer Baatz & Olive O. Shumate           Star Route, Box 65
22      Box 303                                Hemet, California
        Hemet, California
23                                           Bessie M. Wilson
      Glen A. & Marie C. Slaton                224 So. Ines Street
24      614 E. Mountain Avenue                 Hemet, California
        Pasadena, California
25                                           Retta Winter
      Geraldine Smith                          1511 So. Vermont Avenue
26      Route 4, Box 571                      ;Los Angeles 6, California
        Saugus, California
27
      John Herbert Snodgrass
28      Star Route
        Hemet, California
29
      Leonard Spears
30      Star Route, Box 80
        Hemet, California
```

7-1404
U. S. GOVERNMENT PRINTING OFFICE

-3-

6476

UNITED STATES DISTRICT COURT
Southern District of California
San Diego 1, California

JAMES M. CARTER
Judge

Exhibit No. 206-B
Parcel

United States of America v. Fallbrook
Public Utility District, et al.,
No. 1247-SD-C

The records of this Court in the above entitled case disclose that you were served with and received a copy of the Complaint and Amendatory and Supplementary Complaint in that case. Those records also reveal that you have     filed an answer to the Complaint setting forth your claimed rights.

Based upon evidence introduced in this case respecting your property, I propose to find that: (a) you are the apparent owner of certain lands described in the records of this Court, (b) of a total of           acres,             are irrigable.

It is essential that this Court ascertain with the greatest exactitude possible, and adjudge, decree and determine the extent and nature of your rights to the use of water of the Santa Margarita River. Accordingly, if you agree with the proposed findings, please sign the accompanying copy of this letter and return it in the enclosed envelope.

If you disagree with the findings you are urged to appear on January 31, 1961, at 10:00 a.m. in Court Room #2, U. S. Customs and Court House, 325 West F Street, San Diego, California, and testify regarding your lands and claimed rights to the use of water.

If you do not appear or respond to this letter I propose to find (a) apparent ownership, (b) total acreage, and (c) irrigable acres as set forth above. On the date stated or at a later time, I will find whether or not ground water, if any, underlying the property in question is or is not a part of the Santa Margarita River. You will, of course, have an opportunity to object to my findings before they become final.

Dated: JAN 18 1961

*James M. Carter*
JAMES M. CARTER
Judge, United States District Court

Dear Judge Carter:

I approve the findings which you propose as to apparent ownership, total acreage and irrigable acres. I understand that based on all the evidence in the case you will decide whether the ground water underlying the property is or is not part of the Santa Margarita River system.

6477

_____          _____
         Signature                        Signature