**FILED**

MAY 22 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _mathdadey Camy_

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 1247-SD-C |
| v. | ) |
| | ) AFFIDAVIT |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) OF |
| Defendants. | ) SERVICE BY MAIL |

STATE OF CALIFORNIA )
                                    ) ss.
COUNTY OF SAN DIEGO )

MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Room 303, U. S. Customs and Court House, 325 West F Street, San Diego 1, California; that she is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on May 17 and 19, 1961 she deposited in the United States mail at San Diego, California, in envelopes bearing the requisite postage, a copy of

attached letter, Exhibit B,

addressed to the last known addresses of the persons listed in Ex-

- 1 -

6478

Copy read

1    hibit A, attached hereto and made a part hereof; that there is delivery

2    service by United States Mail at each of the places so addressed, or

3    there is regular communication by mail between the said place of

4    mailing and each of the places so addressed.

5

6

7                                              Margaret B. Tooker

8    Subscribed and sworn to before

9    me this   22nd day of May, 1961

10   John A. Childress, Clerk, U. S. District Court,
         Southern District of California

11   By  M. D. Thorngson, Deputy

12   (SEAL)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30                          - 2 -

31

32

                                              6479

## EXHIBIT A

1

<u>May 17, 1961</u>

2 Helyn S. Allen
   c/o F. H. Hayward
3   Aguanga, California

4 Olga O. Anderson
   c/o Leslie B. Hanson, Attorney
5 4412 York Boulevard
   Los Angeles, California
6

7 Bernard & Ida Appel
   c/o R. M. Appel
   2636 W. Hill Avenue
8   Fullerton, California

9 Harry N. & Carmen E. Askins
   Route 1, Box 79
10   Casa Grande, Arizona

11 Merrill Baker
   11032 E. Lower Azusa Road
12   El Monte, California

13 Victoria M. (Starrett) Barnes
   Flora Mabel Cox
14 84-094 Corregidor Street
   Indio, California
15

16 Sarah Irene Barton
   Star Route, Box 158
17   Hemet, California

18 Franc C. & Nora M. Beckett
   224 No. Glassell Street
19   Orange, California

20 Karl V. & Nina Bennis
   Gus J. & Una Strodthoff
21   Temecula, California

22 Ray Lester & Sharon Bergman
   Box 72
23   Aguanga, California

24 Robert C. & Eve S. Bowlin
   Route 1, Box 41K
25   Indio, California

26 Edward W. & Bessie C. Brocknau
   3324 Senasac Avenue
27   Long Beach 8, California

28 Robert L. & Evalene Burchett
   Star Route, Box 165
29   Hemet, California

30 Edith L. Burlingham & Eilene T. Quinn
31 May M. Zimmerman
   c/o Sachse & Price, Attorneys
32   Fallbrook, California

Lloyd Q. Davis
   3050 Glen Avenue
   Altadena, California

Joseph A. & Grace H. Denni
   c/o Charles W. Gorham, Attorney
   920 Avalon Boulevard
   Wilmington, California

Robert E. & Ellen B. Dorland
   P. O. Box 87
   Temecula, California

Carl P. Drescher
   1951 No. Ontario
   Burbank, California

John C. & Dorothy A. Fisher
   Star Route, Box 152
   Hemet, California

Deona L. Grammer
   Ave 62 & Highway 111
   Thermal, California

Martin J. & Emilie J. Grammer
   Warner Springs, California

Lawrence V. Gruner
   10861 Sampson Avenue
   Lynwood, California

C. W. & Lillie B. Haggard
   1303½ E. 64th Street
   Los Angeles 1, California

Nelle B. Hayes
   7046 6th Avenue
   Los Angeles 43, California

John T. Henderson
   1147 E. Mendocino Street
   Altadena, California

Holger H. & Daisy M. Jensen
   520 N. Yale Street
   Hemet, California

Ernest H. & Daisy M. Heydenreich
   5247 Huntington Drive, North
   Los Angeles 32, California

Ervin H. & Erma H. Holmes
   Aguanga, California

Glenn H. & Ella A. Holmes
   Star Route, Box 70
   Hemet, California

7—1404

U. S. GOVERNMENT PRINTING OFFICE

Anna Hunter &
Dorothy Hunter Greening
  Box 286, Wheeler Canyon
  Santa Paula, California

Donald W. & Mabel M. Jacoby
  1003 E. Calaveras Street
  Altadena, California

George H. & Portia E. Jensen
  1852 Brea Canyon Road
  Pomona, California

P. H. Johnson
  1704 Glen Park
  Pomona, California

B. M. & Mary Jurkovich
  410 Main Street
  Huntington Beach, California

Arthur A. King
  Star Route, Box 147
  Hemet, California

Ervin B. & Verona King
  222 Plaza Square
  Hawthorne, California

Roy F. & Mabel King
Lawrence L. King
  1412 Cornell Street
  Whittier, California

Fred Lindenberg
  5720 Wilshire Boulevard
  Los Angeles 36, California

Milton M. & Evelyn M. Lloyd
  c/o Phil D. Swing
  Swing, Scharnikow & Staniforth
  604 S. D. Trust & Savings Bank Bldg
  San Diego 1, California

Edgar S. & Myrtle D. Lohman
  1520 E. 3rd Street
  Long Beach, California

P. O. & Zana B. Lonon
  411 W. Chestnut Avenue
  Santa Ana, California

Alex J. & Carol H. Luckasavage
  1637 Lucretia Avenue
  Los Angeles 26, California

Ruja A. McDonnell
  215 So. Figueroa Street
  Los Angeles 12, California

Ivan E. & Mathea A. McKinley
Western Brass Works
  c/o Kindel & Anderson
  1016 North Broadway
  Santa Ana, California

James F. & Bernice Macha
  Generaly Delivery
  Aguanga, California

Murry M. & Violet M. Marcus
  19239½ Ventura Boulevard
  Tarzana, California

George & Iona Marshall
  8621 Belmont, Route 1
  Buena Park, California

J. D. Massengill
  c/o Thomas J. Burke, Attorney
  504 Granger Building
  San Diego 1, California

George L. & Louise H. Poignee
  9544 Ralph Street
  Rosemead, California

Ruth Poindexter
  5337 6th Avenue
  Los Angeles, California

Paul R. & Mildred C. Poore
  c/o Robert A. Poore
  Box 142, Star Route
  Hemet, California

Edwin & Margaret Pressy
  805 Maryland Drive
  Vista, California

James L. & Ada E. Pruitt
  11306 E. Magnolia Avenue
  El Monte, California

Carl P. Pursche
  c/o Davidson & Russ, Attorneys
  16405 So. New Hampshire Avenue
  Gardena, California

Roy C. Pursche
  c/o Davidson & Russ, Attorneys
  16405 So. New Hampshire Avenue
  Gardena, California

Delia A. Register
  4950 W. 98th Street
  Inglewood, California

L. G. Robertson
  385 No. Girard Street
  Hemet, California

7—1404

May 19, 1961

Julienne Vaasa Robinson
c/o Florence A. Anderson, Attorney
756 So. Broadway
Los Angeles 14, California

Arthur W. & June D. Rook
Star Route
Aguanga, California

Daniel B. Saner
3586 California Avenue
Long Beach 7, California

Jeanette H. & Walter A. Schroeder, Jr.
Temecula Motors
Temecula, California

Clarence E. & Maude C. Scott
3732 Cerritos Avenue
Long Beach, California

Arthur M. & Alice H Tobin
Star Route
Aguanga, California

George M. & Hazel S. Vermillion
5344 Long Beach Boulevard
Long Beach, California

Sally R. Wade
9141 Park Avenue
Bellflower, California

John A. L. Walker
c/o Davidson & Russ
16405 So. New Hampshire Avenue
Gardena, California

Ruth Wentworth
c/o Phil D. Swing
Swing, Scharnikow & Staniforth
604 S.D. Trust & Savings Building
San Diego 1, California

Allen W. & Gladys Williams
559½ York Avenue
Hawthorne, California

Leonard L. & Sarah Williamson
c/o Sachse & Price, Attorneys
Fallbrook, California

Alfred P. Wolf
Aguanga, California

Howard F. & Lola X. Bailey
Chalma E. Bailey
Anza, California

Dee E. & Mary K. Beattie
Aguanga, California

Deane A. & May Bottorff
5607 Naples Canal
Long Beach 3, California

Cecil A. & Afton D. Britt
Oak Grove
Aguanga, California

Frank W. & Leonore K. Carr
7410 Corycroft Street
Canoga Park, California

Harriet B. Carr & Billie Carr
Oak Grove
Aguanga, California

Henry E. & Monago Casman
1239 Hacienda Boulevard
Puente, California

George & Meta Lee Cummins
Carl A. & Sarah Harmer
c/o Walker & Sullivan, Attorneys
3742 10th Street
Riverside, California

Helen B. Dickey
75173 Sunset Drive
Twentynine Palms, California

Hildegard B. Dubner
Aguanga, California

Joseph & Dorothy Ann Flavin
20022 Welby Way
Canoga Park, California

John Fred Grammer
Warner Springs, California

Joseph E. & Gertrude M. Grammer
725 - A Jefferson Avenue
Chula Vista, California

Willard C. & Edith V. Hamilton
10813 Lindbreak Street
Los Angeles, California

Evelyn T. Hansen
215 E. 53rd Street
Los Angeles 11, California

-3-

7—1404
U. S. GOVERNMENT PRINTING OFFICE

6482

William R. Hartley, et al
  1501 6th Avenue
  San Diego 1, California

Him & Nettie Lou Heard
  2303 Cloverleaf Avenue
  Santa Monica, California

Frances H. Hurff
  1625 Poppy Peak Street
  Pasadena 2, California

Roy C. & Louise Jackson
  Star Route
  Aguanga, California

Joe & Elizabeth Kempf
  9420 E. Duarte Road
  Arcadia, California

John Lawton, III
  Box 445
  Fillmore, California

Myron K. & Lois Ellen Lee
  Aguanga, California

John & Helen A. Lewandowski
  4054 58th Street
  San Diego 15, California

Fridolph E. & Opha A. Lundgren
  Aguanga, California

Harry R. & Charlotte L. Lush
  Box 101
  Rancho Santa Fe, California

Georgia Luther
  6419 Hood Avenue
  Huntington Park, California

Melvin H. & Janet B. Mann
  2346 E. Live Oak Drive
  Los Angeles 28, California

William S. Mardock
  Aguanga, California

D. L. Martin
  1852 W. 78th Place
  Los Angeles, California

Lloyd Mitchell
  Star Route
  Aguanga, California

John J. G. Miller
  941 Arlington Avenue
  El Cerrito 7, California

C. J. O'Gorman
  8469 Sunset Boulevard
  Los Angeles, California

Charles C. Otis
  1052 Pennsylvania Avenue
  San Diego 3, California

Monroe & Jean M. Painter
  Oak Grove
  Aguanga, California

L. I. Prestwich
  Star Route
  Aguanga, California

W. M. & Jean Roberts
  P. O. Box 452
  El Monte, California

Henry H. & Lois Scott
  Aguanga, California

Paul M. & Kathryn M. Scott
  12009 So. Roseton Street
  Norwalk, California

Willard R. & Irene Scott
Leslie E. & Beatrice Scott
  c/o A. J. O'Connor, Attorney
  639 So. Spring Street
  Los Angeles 14, California

Leila F. Skiver
  3870 Pontiac Street
  Riverside, California

Charles H. & Marjorie A,
Snavely, Jr.
  Star Route
  Aguanga, California

S. & Hilda Speckert
  3825 Michillinda Drive
  Pasadena 10, California

Fred R. Stephenson
  c/o Sachse & Price, Attorneys
  Fallbrook, California

Charles A. & Doris A. Sturtevant
  916 So. Erie Street
  Tulsa, Oklahoma

Howard R. & Charlotte C. Taylor
  11313 Alclad Street
  Whittier, California

Arthur M. & Alice H. Tobin
  Star Route
  Aguanga, California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

Michael V. & Ruby M. Tobin
    20619 Wyandotte Street
    Canoga Park, California

Jesse & Amanda Stamness
    1034 Anza Street
    Vista, California

Dorothy G. Veasey
    c/o Dodge Valley Inn
    Aguanga, California

Elaine & Lenore C. Ward
    Star Route
    Aguanga, California

Hilka G. Willets
    Aguanga, California

Lee Zimmerman
    Star Route
    Aguanga, California

Joseph R. & Irma L. Tobin
    Star Route
    Aguanga, California

7—1404

-5-

6484

UNITED STATES DISTRICT COURT
Southern District of California
San Diego 1, California

JAMES M. CARTER
Judge

Exhibit No. **210**-B
Parcel

United States of America v. Fallbrook
Public Utility District, et al.,
No. 1247-SD-C

The records of this Court in the above entitled case disclose that you
were served with and received a copy of the Complaint and Amendatory and Sup-
plementary Complaint in that case. Those records also reveal that you have
filed an answer to the Complaint setting forth your claimed rights.

Based upon evidence introduced in this case respecting your property, I
propose to find that: (a) you are the apparent owner of certain lands described
in the records of this Court; (b) of a total of           acres,          are ir-
rigable; (c) your lands abut upon or are traversed by           Creek or a trib-
utary of it, a tributary of the Santa Margarita River; (d) they overlie in
whole or in part ground waters of the Santa Margarita River; (e) you have filed
with the State of California Application No.          ; Permit          has
issued          ; License          has issued; (f) you divert          maximum
quantity of water during          season from the above-named creek for
the following purposes:

It is essential that this Court ascertain with the greatest exactitude
possible, and adjudge, decree and determine the extent and nature of your
rights to the use of water of the Santa Margarita River. Accordingly, if you
agree with the proposed findings, please sign the accompanying copy of this
letter and return it in the enclosed envelope.

**May 31,**
If you disagree with the findings you are urged to appear on ~~November~~,
1961, at 10:00 a.m. in Court Room #2, U.S. Court House, 325 West F Street,
San Diego, California, and testify regarding your lands and claimed rights to
the use of water.

If you do not appear or respond to this letter I propose to find sub-
stantially as outlined above. You will, of course, have an opportunity to
object to my findings before they become final.

Dated: **May 17, 1961 or
May 19, 1961**

JAMES M. CARTER
Judge, United States District Court

Dear Judge Carter:

I approve the findings which you propose.

**EXHIBIT B**