T 33

LODGED

MAY 25 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>　　　　　Defendants. | No. 1247-SD-C<br><br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW, AND<br>INTERLOCUTORY JUDGMENT<br>NO. _____ PERTAINING TO<br>ANZA AND CAHUILLA VALLEYS |

FINDINGS OF FACT

I

That attached hereto, and marked Exhibit A, and incorporated herein and made a part hereof is United States Exhibit 278.

II

That all ground waters which are located within areas depicted as being of basement complex or residuum on said U. S. Exhibit 278, are vagrant, local, percolating waters which do not add to nor support the Santa Margarita River and said ground waters are not a part of said Santa Margarita River.

III

That in the upper northeasterly portion of the Santa Margarita River watershed there is a ground water body commonly

15845

referred to as Anza Valley; that said ground water body is located in general in the southeasterly portion of Riverside County as depicted on U. S. Exhibit 278.

IV

That the ground waters which comprise said ground water body are those ground waters which underlie the areas of younger alluvium and older alluvium as depicted on said U. S. Exhibit 278; that said ground waters, while not within a known and defined channel, do add to and support the Santa Margarita River.

V

That attached hereto marked Exhibit B and incorporated herein and made a part of these findings is a list setting forth the apparent owners and designating by parcel number and legal description all lands which overlie said ground water body.

VI

That said ground water body consists of two parts, a shallow aquifer extending to a depth of approximately 100 feet below ground surface elevation, which shallow aquifer underlies the entire area of younger and older alluvium as found in Finding IV above, and a deep aquifer which is located primarily in the SW$\frac{1}{4}$ of Section 16, the NW$\frac{1}{2}$ of Section 17, and Section 21, Township 7 S, Range 3 E; that the shallow aquifer is composed of alluvium deposits, and with the exception of the extreme upper slope area of said ground water body, layers of clay and silt, with the result that its permability is low; that the deep aquifer lies in an ancient stream channel which is composed primarily of gravel deposits and underlies said shallow aquifer primarily in the sections as found above.

VII

That the ground waters within the shallow aquifer move

in the general southwesterly manner; that some of said ground waters pass out of said shallow aquifer through a thin area of alluvium approximately twenty (20) feet in depth lying over a shallow bedrock bench at a point in section 29, Township 7 S, Range 3 E, into Cahuilla Creek, a tributary of the Santa Margarita River; that said ground waters which leave said shallow aquifer are consumed almost in their entirety by phreatophytes, and particularly wire grass, or by evaporation immediately downstream from that point where said ground waters move out of said shallow aquifer as found herein.

VIII

That the wells which are presently pumping ground waters from said shallow aquifer are relatively poor producers and said wells have not been able to produce water in sufficient quantities for other than domestic use or for extremely limited irrigation purposes.

IX

That the source of the ground waters within said shallow aquifer are runoffs from surface drainage areas within the Santa Margarita River watershed occurring during or immediately after periods of precipitation; that the surface drainage area referred to herein is approximately 35.7 square miles and that the major portion of said runoff is derived from the Thomas Mountain area which lies north of Anza Valley as depicted on said U. S. Exhibit 278.

X

That at the present time, due to lack of sufficient information, it is impossible to determine the exact extent of said deep aquifer other than is found in Finding VII above; that it is true that quite probably said deep aquifer extends southerly into Sections 27 and 28 of Township 7 S, Range 3 E;

3

that there exists a fault which is located in a general northwest line in Sections 17, 21 and quite probably 28 of Township 7 S, Range 3 E, and that said deep aquifer lies immediately northeast of said fault for an area of approximately one-half mile, and that said fault does not extend up into the shallow aquifer referred to in Findings VI and VII hereinabove.

XI

That due to the fault referred to in Finding X above and the layers of clay and silt referred to in Finding VI, the ground waters within the deep aquifer are contained and cannot move westerly into the Santa Margarita River; that any ground water movement of the waters contained within said deep aquifer can only be in an easterly direction into another watershed in that the elevation of the bedrock lip between the Santa Margarita River watershed and the desert drainage watershed is slightly lower than the elevation of the fault referred to hereinabove in Finding X.

XII

That the source of the ground waters within said deep aquifer is runoff from the surface areas within the Santa Margarita River watershed which occurs during or immediately after periods of precipitation; it is true that said surface areas consists of approximately 35.7 square miles and that the major portion of the runoff into said deep aquifer arises from the Thomas Mountain area which lies north of Anza Valley as depicted on U.S. Exhibit 278; that said runoff waters enter the ground primarily in Sections 4, 5, 6, and the NW½ of Section 8 and the W¼ of Section 9 of Township 7 S, Range 3 E; that these areas are in the northerly upper slope area of the ground water body; that the layers of clay and silt within the shallow aquifer as set forth in Finding VI above become thinner and eventually

4

15848

pinch out in the upper slope area of the ground water body, and in said Sections 4, 5, 6, N½ of Section 8 and the W¼ of Section 9, Township 7 S, Range 3 E, of the shallow aquifer no clay or silt layers exist; that said waters move in a westerly direction, pass under the silt and clay layers in the shallow aquifer and upon reaching the fault referred to in Finding X above, are effectively contained in the gravels which lie immediately easterly of said fault and which are more particularly described in Findings VI and XI above, and which are referred to herein and which do in fact comprise the deep aquifer.

### XIII

That primarily in Section 21, Township 7 S, Range 3 E, substantial numbers of wells have been drilled into the gravels within the deep aquifer and that said wells produce waters for irrigation purposes; that as a result of the pumping from these wells the level of ground waters within the deep aquifer has been lowered with the result that the gradient of said water is now in a westerly direction as contrasted to an easterly direction when the ground waters in the deep aquifer are at maximum level.

### XIV

That attached hereto and incorporated herein and made a part of these findings is Exhibit C which is a legal description setting forth those lands of Cahuilla Indian Reservation and the Ramona Indian Reservation which are within the Santa Margarita River watershed; that each of said Indian Reservations have been duly withdrawn from the public domain as provided by law for the purpose of providing a reservation for the Indians' use.

- - -
- - -

15849

XV

That attached hereto and incorporated herein and made a part of these findings is Exhibit D which is a legal description setting forth those lands which have been duly withdrawn from the public domain for use by the United States Forestry Service, and which lie within the Santa Margarita River watershed and the area depicted on U. S. Exhibit 278.

XVI

That immediately downstream from Anza Valley there is a ground water body commonly referred to as Cahuilla Valley; that said ground water body consists of the ground waters which underlie the areas of younger alluvium and older alluvium and is depicted on U. S. Exhibit 278.

XVII

That attached hereto marked Exhibit E and incorporated herein and made a part of these findings is a list setting forth the apparent owners and designating the parcel numbers and legal description of all lands that overlie said ground water body. That at the southwestern portion of said ground water body and primarily in Sections 30, 31 and 32, Township 7 S, Range 2 E,* there is a lip of bedrock which extends almost to the ground surface; that as a result thereof the ground waters within said Cahuilla Valley do not move westerly but are contained therein, with the exception that the grounds which overlie said bedrock lip are saturated and there is a slight flow of surface water over said lip into Cahuilla Creek, a tributary of the Santa Margarita River; that the amount of water which flows over said lip on the surface into said creek is slight and is consumed within a short distance downstream by evapo--transportation losses.

- - -

*Uncertain as to Range.         6

XVIII

That with the exception of extremely limited areas, the surface flow of water within the area depicted on U. S. Exhibit 278 (Exhibit A) exists only during or immediately after periods of precipitation; that it is in fact true, therefore, that the riparian right to use said surface waters for beneficial purposes is illusory in that there is no substantial need for surface water use during the limited periods that it actually exists.

XIX

That at the present status of this case, the issue of apportionment has not been presented and this court has taken no evidence directed to establishing whether any beneficial use of water is reasonable or unreasonable as to amount of water used and this issue is left open, is not decided herein, and shall be litigated if and when in the future it becomes necessary to do so.

CONCLUSIONS OF LAW

I

That all ground waters which are located within the areas depicted as being of basement complex or residuum on Exhibit A (U.S. Exhibit 278) are not a part of the Santa Margarita

- - -

- - -

- - -

- - -

- - -

River nor do said waters add to, contribute to or support said River.

II

That all ground waters which underlie the areas of younger and older alluvium in Anza Valley which lie within the shallow aquifer as found herein, add to, contribute to and support the Santa Margarita River.

III

That all ground waters which are located within the deep aquifer of Anza Valley as found herein are not a part of the Santa Margarita River and do not add to, contribute to nor support the said River.

IV

That all ground waters which underlie the areas of younger and older alluvium in Cahuilla Valley add to, contribute to and support the Santa Margarita River.

V

That all surface flows of waters on any of the lands described or referred to in said findings are a part of the Santa Margarita River.

VI

That all lands within the Santa Margarita River watershed which are a part of the Cahuilla Indian Reservation or the Ramona Indian Reservation are entitled to use the natural waters, both ground and surface, as may be required on said lands for beneficial purposes.

VII

That all lands within the area described or referred to in said findings which have been withdrawn from the public domain for use by the United States Forestry Service are entitled to use so much of the natural waters, both surface and ground, as may be

required for beneficial purposes.

### VIII

That the right to use waters on the lands referred to hereinabove which are either Indian Reservation or United States Forestry Service lands is limited solely to the waters which under natural conditions are available from the surface or from the ground on said lands.

### IX

That all owners of land overlying areas of younger and older alluvium in Cahuilla Valley have correlative overlying rights to the use of ground waters underlying their respective lands.

### X

That all owners of land overlying the shallow aquifer in Anza Valley and pumping water from within said shallow aquifer have overlying rights to the use of said waters on said respective lands.

### XI

That all owners of land overlying the deep aquifer in Anza Valley and who pump water from said deep aquifer have correlative rights to the use of said waters within said deep aquifer on said respective lands.

### XII

That all persons downstream from said lands have correlative rights to the use of said waters save and except that said downstream owners have no right to the use of any of the waters which are found within the deep aquifer underlying Anza Valley.

### XIII

That to the extent that any land is riparian to any surface flow said land has a riparian right to use said water

9

as may exist.

## XIV

That the issue of apportionment and the issue as to whether any beneficial use of waters is reasonable in amount is not decided herein.

## INTERLOCUTORY JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all surface flows of water on any of the lands depicted on Exhibit A attached hereto (U.S. Exhibit 278) are a part of the Santa Margarita River and that those lands riparian thereto have correlative riparian rights to the use of said surface waters.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters which underlie areas of younger and older alluvium in Cahuilla Valley are percolating waters and add to and support the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters located within the shallow aquifer in Anza Valley are percolating waters and add to, contribute to and support the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all waters located within the deep aquifer in Anza Valley do not add to, nor contribute to, nor support the Santa Margarita River and that said waters are not a part of the said Santa Margarita River or of any tributaries thereto.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all lands within the area depicted on Exhibit A (U. S. Exhibit 278) attached hereto, which have been withdrawn from the public domain as Indian reservations or for use by the United States Forestry Service are entitled to use so much of the waters which

under natural conditions are available from the surface or from the ground for beneficial purposes on said lands.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Judgment is interlocutory, is not final, is not appealable and is subject to modification, change or cancellation by this Court until such time as a final decree is entered in this case.

   DATED:_____, 1961.

              _____
                  JUDGE

15855