USA

**LODGED**

MAY 2 6 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )

            Plaintiff,  )

    v.  )

FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,  )

           Defendants.  )

# 29. A

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS
OF LAW AND INTERLOCUTORY
JUDGMENT

SANDIA CREEK

Sandia Creek flowing southwesterly and southerly has its
headwaters in the Santa Rosa Grant of the Vail Ranch approximately
five miles north of the southern boundary of the Santa Rosa Grant and
near the boundary line between Townships 3 and 4 West.  After leaving
the Vail Ranch, Sandia Creek flows southwesterly across the western
half of Fractional Section 25, Township 8 South, Range 4 West, San
Bernardino Base and Meridian, southerly and southeasterly across
Section 36, Township 8 South, Range 4 West, and southerly across the
eastern half of Section 1, Township 9 South, Range 4 West, and joins
the Santa Margarita River in the Northeast Quarter of the Northeast
Quarter of Section 12, Township Nine South, Range 4 West, near the
eastern boundary of the said Section 12.

II

Throughout most of its course Sandia Creek is an intermittent

-1-

7—1404
U. S. GOVERNMENT PRINTING OFFICE

1    stream having surface flow only during and immediately after heavy

2    precipitation and runoff.  The surface waters of Sandia Creek are part

3    of the Santa Margarita River.

III

5           From a point approximately two and three-quarter miles north

6    of the southern boundary of the Santa Rosa Grant to the Southwest

7    Quarter of the Northwest Quarter of Section 36, Township 8 South,

8    Range 4 West, Sandia Creek is underlain with a stringer of alluvium.

9    Sandia Creek runs over another stringer of alluvium from a point near

10    the north boundary of Section 1, Township 9 South, Range 4 West, to

11    the confluence of Sandia Creek and the Santa Margarita River.  The

12    alluvium along the remainder of Sandia Creek is negligible.  The ground

13    waters found within the stringers of alluvium along Sandia Creek are a

14    part of the Santa Margarita River.  The ground waters in the balance

15    of the drainage area of Sandia Creek are vagrant, local, percolating

16    waters, not a part of any surface or sub-surface stream or sub-surface

17    basin of the Santa Margarita River or any of its tributaries.

IV

20           Attached to these Findings of Fact, Conclusions of Law and

21    Interlocutory Judgment, marked "Exhibit A" and made a part of them by

22    reference, are those portions of U.S.A.Pl's Exhibit 212-B, Santa Mar-

23    garita River Watershed Below Temecula Gorge and Above DeLuz Creek Con-

24    fluence, setting forth the parcel numbers, the names of the apparent

25    owners, and legal description of all lands within the sub-watershed of

26    Sandia Creek, a tributary of the Santa Margarita River.

V

28           The following parcels of land, the exact legal descriptions

29    of which are set forth in Exhibit A attached hereto, are not riparian

30    to any stream or creek within the Sandia Creek watershed.  The ground

31    waters, if any, underlying said lands are vagrant, local,percolating

7—1404

U. S. GOVERNMENT PRINTING OFFICE

15857

waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries:

Parcel 59, apparent owner Edward H. Goodwin.

Parcel 63, apparent owner W. H. Ivey.

Parcel 64, apparent owner Elmer P. Bieck.

Parcel 65, apparent owner Madelyn Shafer.

Parcels 73 and 86, apparent owner John W. Day.

Parcel 84, apparent owner Samuel S. Schier.

VI

The following parcels of lands, the exact legal descriptions of which are set forth in Exhibit A attached hereto, are traversed by or abut upon intermittent streams tributary to Sandia Creek, which streams flow only during and immediately after periods of heavy precipitation and run-off. Excepting for such periods, no water flows in any of such streams. During periods of high precipitation and run-off the surface waters flowing in such intermittent streams are a part of the waters of Sandia Creek and the Santa Margarita River system, and the rights of the owners of said parcels in and to the use of such surface waters are riparian rights, as hereinafter in these Findings and Judgment limited and determined. The ground waters, if any, underlying each of such parcels are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries:

Parcel 58, apparent owner Dwight R. Frakes

Parcel 60, apparent owners Charles F. Sawday, Arthur W. Carey, Ewart W. Goodwin and Paul D. Bradshaw.

Parcel 61, apparent owner I. Di Silvestro.

Parcel 62, apparent owner Anna Caserta.

Parcel 67, apparent owner Shirley R. Shippee.

Parcel 68, apparent owner Alfred W. Silva.

15859

1  Parcel 72, apparent owners William H. Wildin, Frank J. Subic,

2  Susanne Guthrie and Leon Calkins.

3  Parcel 74, apparent owner Robert H. Baker.

4  Parcel 75, apparent owner Joseph W. Hovelman.

5  Parcel 76, apparent owner Wilbur W. Buckner.

6  Parcel 78, apparent owner Roland C. Mason.

7  VII

8  The following parcels of land, the exact legal descriptions of

9  which are set forth in Exhibit A attached hereto, are traversed by or

10  abut upon Sandia Creek and are riparian to that stream.  In regard to

11  those parcels there are also attached and made a part of these Findings

12  by reference, Exhibits B, C, D, and E, setting forth gross, irrigable

13  and irrigated acreages, together with descriptions of wells and reser-

14  voirs.  The ground waters, if any, found within the alluvial deposits in

15  those portions of each such parcel along the course of Sandia Creek are

16  a part of the sub-surface flow of Sandia Creek and of the Santa Mar-

17  garita River system.  The waters, if any, underlying the balance of each

18  of such parcels are vagrant, local, percolating waters, not a part of

19  any surface or sub-surface stream or sub-surface basin of the Santa

20  Margarita River or any of its tributaries:

21  

22  Parcel 3, apparent owner Vail Company.  See in regard to this

23  property attached Exhibit B.

24  Parcel 35, apparent owner Fallbrook Public Utility District.

25  There is no evidence as to the number of irrigable acres contained in

26  said parcel.

27  Parcel 60, apparent owners Charles $^F$. Sawday, Arthur W. Carey,

28  Ewart W. Goodwin and Paul D. Bradshaw.  See in regard to this property

29  attached Exhibit C.

30  Parcel 66, apparent owner George F. Yackey.  See in regard to

31  this property attached Exhibit D.

32

7—1404

U. S. GOVERNMENT PRINTING OFFICE

-4-

15859

Parcel 71, apparent owner Millicent Y. Taylor.  See in regard to this property attached Exhibit E.

### VIII

Parcel 77, apparent owner Charles F. Sill, was at the date of filing this action a part of a larger parcel traversed by Sandia Creek and riparian thereto.  On or about November 11, 1955, and on or about March 13, 1957, the owner of said lands sold and conveyed to the Fallbrook Public Utility District those portions of said lands traversed by Sandia Creek, proportedly reserving, however, to said Parcel 77 the full riparian rights of the lands conveyed.  The ground waters, if any, underlying said Parcel 77 are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries.  There is no evidence as to the number of irrigable acres contained in said Parcel 77.

### IX

The following parcels of land, the exact legal descriptions of which are set forth in Exhibit A attached hereto, have appropriative rights to the use of waters of Sandia Creek and its tributaries as hereinafter set forth:

A.  Parcel 60, apparent owners Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F. Sawday:

1.  Permit of the State of California Water Rights Board number 12254 (Application number 14561) with a priority date of November 2, 1951, to appropriate for irrigation purposes not to exceed 35 acre feet per annum of the waters of Brians Creek, a tributary of Sandia Creek, to be collected during the period 1 December through 1 May of each water year and impounded in a reservoir located in Sec. 31, T 8 S,

15860

R 3 W, San Bernardino Meridian.  Use is presently being made under said Permit.

2.  Permit of the State of California Water Rights Board number 12255 (Application number 18156) with a priority date of May 26, 1958, to appropriate for irrigation purposes not to exceed 35 acre feet per annum of the waters of Brians Creek, a tributary of Sandia Creek, to be collected during the period 1 December through 1 May of each water year and impounded in a reservoir located in Sec. 31, T 8 S, R 3 W, San Bernardino Meridian.  Use is presently being made under said Permit.

B.  Parcel 66, apparent owner George F. Yackey, and Parcel 71, apparent owner Millicent Y. Taylor:

Permit of the State of California Water Rights Board number 12599 (Application number 18393) with a priority date of October 30, 1958, to appropriate for domestic, irrigation, stock water and recreational purposes not to exceed 1800 acre feet per annum of the waters of Sandia Creek, to be collected during the period 1 November through 30 April of each water year and impounded in a proposed reservoir to be located in Sections 25 and 36, T 8 S, R 4 W, San Bernardino Meridian.  The said reservoir has not been constructed and no present use is being made under said permit.

X

There are no presently vested or inchoate appropriative rights to the use of the waters of Sandia Creek or any of its tributaries other than as set forth in paragraph IX of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

XI

There are no presently vested prescriptive rights or rights based upon adverse user to the use of any of the waters of Sandia Creek or any of its tributaries.

15861

## XII

The records of runoff in the Santa Margarita River watershed, as of the date of entry of this Interlocutory Judgment, disclose that there is no repetitious pattern of precipitation and runoff upon which there could be a finding as to a firm supply of water from surface water.

The major stringer of younger alluvium referred to above begins in projected Section 12 and extends through projected Sections 13, 24, 25 and into surveyed Section 25 and into the Northwest Quarter of Section 36 of Township 8 South, Range 4 West.

That that portion of said last described stringer of younger alluvium beginning in projected Section 12 and lying in projected Sections 13, 24 and in projected Section 25 south to the line between Riverside and San Diego County line, lies entirely on Vail property.

That Vail has presently been making no use of its riparian rights in said area, except for stock watering purposes; that there exists riparian land on the Vail property which is irrigable, and on which in the future water can reasonably and beneficially be used for agricultural and other riparian purposes.

That use has been made of riparian water south of the Riverside-San Diego County line upon various parcels of riparian land; that in view of the potential uses of the water in the future on Vail lands, and the present and potential uses of water on the lands south of Vail, the irrigable acreage in the Sandia Creek watershed is far in excess of the present available water supply; that except in times of rainfall and surface runoff immediately following a rainfall, there is during most of the year, only a small amount of water in the stream; that the riparian rights referred to in Finding VI existing on Sandia Creek and its tributaries are illusory, in that they are usable only at time of rainfall and subsequent runoff, which is a time when they are of no value to the owners of riparian land.

15882

That in view of the present and potential riparian uses on Sandia Creek, there is no reasonable possibility of a continuing material contribution from Sandia Creek to the waters of the Santa Margarita River below its junction therewith, except in periods of precipitation and subsequent runoff; that if and when Vail Company makes use of its riparian rights upstream on Sandia Creek, over and above the present uses for stock watering purposes, a serious problem of apportionment may well be presented involving the down stream riparian owners on the lands south of the San Diego-Riverside County line.

### XIII

The evidence introduced at the trial is insufficient to enable the Court to determine the extent of the riparian rights of the lands described in paragraphs VII and VIII of these Findings, and by reason of such insufficiency of the evidence, the question of determining the proportions of water to which such lands are now or may in the future be entitled is left open as an undetermined issue which may hereafter be determined in these proceedings upon proper showing by any party to this cause, his heirs, successors or assigns.

### CONCLUSIONS OF LAW

#### I

Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F. Sawday are the owners of the appropriative rights described in Findings IX-A of the Findings of Fact herein. Each of said rights is valid and in good standing.

#### II

George F. Yackey and Millicent Y. Taylor are the owners of the appropriative rights described in Findings IX-B of these Findings of Fact herein. Each of said rights is valid and in good standing.

#### III

No appropriative rights to the use of the waters of Sandia

7—1404

U. S. GOVERNMENT PRINTING OFFICE

15863

Creek or any of its tributaries, either vested or inchoate, other than those mentioned in paragraphs I and II of these Conclusions of Law presently exist.

### IV

No prescriptive rights to the use of the waters of Sandia Creek or any of its tributaries have been perfected.

### V

The lands described in Findings VII and VIII of the Findings of Fact herein are riparian to Sandia Creek.

### VI

The owners of the lands described in Findings VII and VIII of the Findings of Fact herein are entitled to the use of the waters of Sandia Creek, both surface and sub-surface, for all reasonable and beneficial riparian uses and purposes, correlatively with all other owners of lands riparian to Sandia Creek, or riparian to the Santa Margarita River below its confluence with Sandia Creek.

### VII

The exact proportion of the waters of Sandia Creek to which the owners of riparian lands are now or may in the future be entitled, has not been determined and is left open for future determination by this Court upon proper showing by any party to these proceedings, his heirs, successors or assigns.

### VIII

The owners of the lands described in Finding V of the Findings of Fact herein have no rights in or to the waters of Sandia Creek or any of its tributaries.

### IX

The owners of the lands described in Finding VI of the Findings of Fact herein are entitled to the use of the surface waters of the intermittent streams to which said lands are riparian, for all reasonable and beneficial riparian uses and purposes correlatively with all other

owners of lands riparian to said intermittent streams or riparian to
Sandia Creek below the confluence of such intermittent stream with
Sandia Creek.

X

The United States of America, and all other parties in this
action having rights to the use of the waters of Sandia Creek or its
tributaries have no rights in or to the ground waters described in
the Findings of Fact herein as vagrant, local, percolating waters not
a part of any surface or sub-surface stream or sub-surface basin of
the Santa Margarita River or any of its tributaries.

INTERLOCUTORY JUDGMENT

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.  That all of the lands described in Findings VII and VIII
of the Findings of Fact herein, which Findings are incorporated herein
by reference, are riparian to Sandia Creek, a tributary of the Santa
Margarita River.

2.  That all of the lands described in Findings VI of the
Findings of Fact herein, which Finding is incorporated herein by reference,
are riparian to the various intermittent streams upon which said lands
abut or which traverse said lands.

3.  Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and
Charles F. Sawday are the owners of the appropriative rights to the use
of waters of Brians Creek described in Finding IX-A of the Findings of
Fact herein, which Finding is incorporated herein by reference.

4.  George F. Yackey and Millicent Y. Taylor are the owners of
the appropriative right to the use of waters of Sandia Creek described
in Finding IX-B of the Findings of Fact herein, which Finding is in-
corporated herein by reference.

5.  The exact quantities or proportions of the waters of Sandia
Creek and its tributaries to which any of the parties hereto are now

15865

7—1404

U. S. GOVERNMENT PRINTING OFFICE

1  or may in the future be entitled is not determined by this Interlocutory

2  Judgment. The Court retains continuing jurisdiction of this cause and

3  of the parties named herein, their heirs, successors and assigns, and

4  reserves the right to make an apportionment or apportionments of the

5  waters of Sandia Creek and its tributaries, or to regulate, restrict,

6  prohibit or control the use of the waters of said stream upon proper

7  showing by any of the parties to this cause, their heirs, successors

8  and assigns.

9       6. IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the

10  decision of the United States Court of Appeals for the Ninth Circuit,

11  California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is

12  not a final decree but is interlocutory in character and by reason of

13  the Order by this Court that all parties are adverse one to another,

14  thus dispensing with cross-pleadings, all other parties to this pro-

15  ceeding may object to these Findings of Fact, Conclusions of Law and

16  Interlocutory Judgment and will be given full opportunity upon due

17  notice to interpose their objections to these Findings of Fact, Con-

18  clusions of Law and Interlocutory Judgment.

19

20

21

22  Dated:_____

23                             **JAMES M. CARTER**
                         Judge, United States District Court

24

25

26

27

28

29

30

31

32

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

Parcel:  83W, 84W & 93W - 1 Continued

The Following described property in Township Nine (9) South,

Range Three (3) West, San Bernardino Base and Meridian, in

the County of San Diego, State of California:

The Northwest Quarter of the Northwest Quarter of Section One (1)

The Northeast Quarter of the Northeast Quarter of Section

Three (3).

OWNER

U. S. A.

Parcel:  83W-36-2

The Northwest Quarter; and the West Half of the Northeast Quarter of

Section Thirty-six (36), Township Eight (8) South, Range Three (3)

West, San Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNER:

STATE OF CALIFORNIA

Parcel:  83W-23 & 24-3

Lots One (1), Two (2), Three (3) and Four (4), Section Twenty-three

(23), Township Eight South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

Also,  Lot Six (6) in Section Twenty-four (24) in said Township

and Range.

OWNER:

VAIL COMPANY, Inc.

Parcel:  83W & 93W - 4

The following described property in Township Eight (8) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of

15867

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

<u>Parcel:  8&W, 93&4W - 35</u>

The Survey Condemnation Area of Fallbrook Public Utility District

being those portions of Section Thirty-six (36), Township Eight (8)

South, Range Four (4) West, San Bernardino Base and Meridian, in

the County of Riverside, State of California,  Sections Four (4),

Five (5), Eight (8),  Nine (9), and Seventeen (17), Township Nine

(9) South, Range Three (3) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California, and Sections One (1),

Six (6), Seven (7) and Twelve (12), Township Nine (9) South, Range

Four (4) West, San Bernardino Base and Meridian, in the County of

San Diego, State of California, bounded and described as follows:

Beginning at the point in Township Nine (9) South, Range Three

(3) West where the Southeast Corner of Section Seven (7), the South-

west Corner of Section Eight (8), the Northwest Corner of Section

Seventeen (17), and the Northeast Corner of Section Eighteen (18)

meet;  thence South $89^{\circ}53'20"$ East, 65 feet;  thence North $02^{\circ}35'$

East, 451.19 feet;  thence North $49^{\circ}00'10"$ East, 179.63 feet;

thence North $65^{\circ}19'$ East, 347.21 feet;  thence South $64^{\circ}36'50"$ East,

152.84 feet;  thence South $08^{\circ}50'30"$ East, 657.24 feet to the North

line of Section Seventeen (17);  thence South $09^{\circ}19'20"$ West, 529.0

feet;  thence North $46^{\circ}54'20"$ East, 613.66 feet;  thence North $30^{\circ}$

$59'40"$ East, 118.53 feet to South line of Section Eight (8);  thence

South $89^{\circ}53'20"$ East, 1498.31 feet;  thence North $01^{\circ}25'10"$ West,

1480.76 feet;  thence North $32^{\circ}20'10"$ East, 877.90 feet;  thence

South $86^{\circ}37'55"$ East, 667.11 feet;  thence South $54^{\circ}41'45"$ East,

260.68 feet;  thence South $37^{\circ}00'20"$ East, 759.58 feet;  thence

North $17^{\circ}27'15"$ East, 207.97 feet;  thence North $19^{\circ}18'10"$ East, 731.82

feet;  thence North $24^{\circ}56'10"$ East, 366.17 feet to North line of the

Southeast Quarter of Section Eight (8);  thence North $31^{\circ}17'35"$ East,

258.23 feet;  thence South $89^{\circ}51'40"$ East, 688.46 feet into Section

EXHIBIT A

15868

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

Nine (9);  thence North $53^{\circ}26'15"$ East, 95.71 feet;  thence North

$27^{\circ}56'40"$ West, 147.82 feet;  thence North $72^{\circ}38'50"$ West, 313.84

feet;  thence North $20^{\circ}32'40"$ West, 251.04 feet;  thence North $39^{\circ}$

$53'30"$ West, 199.30 feet, into Section Eight (8);  thence South

$69^{\circ}12'05"$ West, 951.10 feet;  thence South $30^{\circ}09'$ West, 343.70 feet;

thence North $30^{\circ}09'$ East, 1165.74 feet;  thence North $50^{\circ}51'$ East,

184.72 feet;  thence North $88^{\circ}41'40"$ East, 411.63 feet to East line

of Section Eight (8);  thence North $0^{\circ}06'10"$ West, along said East line

660 feet to the Northeast Corner of Section Eight (8), (also the North-

west Corner of Section Nine (9);  thence South $89^{\circ}58'40"$ East, along

North line of Section Nine (9), 251.13 feet;  thence South $29^{\circ}20'20"$

East, 161.48 feet;  thence North $63^{\circ}26'$ East, 163.39 feet;  thence

North $03^{\circ}09'$ East, 67.71 to the North line of Section Nine (9);  thence

South $89^{\circ}58'40"$ East along said North line, 213.38 feet;  thence North

$01^{\circ}29'50"$ East, 306.91/ in Section Four (4);  thence North $57^{\circ}32'42"$
<br>feet

East, 80.63 feet;  thence North $54^{\circ}27'$ East, 179.95 feet;  thence North

$60^{\circ}44'20"$ East, 295.09 feet;  thence North $14^{\circ}18'30"$ East, 218.28 feet;

thence North $34^{\circ}03'$ East, 650.20 feet;  thence North $50^{\circ}36'$ East, 345.13

feet;  thence North $27^{\circ}16'25"$ East, 309.00 feet;  thence North $60^{\circ}36'$

East, 154.38 feet;  thence North $45^{\circ}26'10"$ West, 205.72 feet;  thence

North $15^{\circ}25'45"$ East, 183.19 feet;  thence North $39^{\circ}49'15"$ East, 204.90

feet;  thence North $33^{\circ}18'$ East, 410 feet;  thence North $60^{\circ}18'$ West,

88.70 feet;  thence North $25^{\circ}24'$ East, 146.49 feet;  thence North $37^{\circ}$

$47'20"$ East, 311.44 feet;  thence North $58^{\circ}54'$ East, 180.29 feet;

thence North $58^{\circ}54'$ East, 194.21 feet;  thence North $56^{\circ}40'30"$ East,

204.58 feet;  thence North $83^{\circ}59'30"$ East, 226.15 feet;  thence South

$76^{\circ}09'30"$ East, 108.12 feet;  thence South $68^{\circ}55'40"$ East, 109.56 feet;

thence North $53^{\circ}33'$ East, 167.68 feet;  thence North $67^{\circ}42'40"$ East,

390.42 feet;  thence North $55^{\circ}17'45"$ East, 316.70 feet;  thence North

15869

EXHIBIT A

**Santa Margarita River Watershed Below Temecula Gorge**

**And Above Deluz Creek Confluence**

Parcel:  84W, 93&4W - 35 Continued

$19^\circ06'40''$ East, 431.15 feet;  thence North $07^\circ00'50''$ East, 312.89 feet;  thence South $76^\circ44'45''$ West, 484.48 feet;  thence South $29^\circ 49'05''$ West 205.14 feet;  thence South $73^\circ26'30''$ West, 657.41 feet to the South line of the North Half of the Northeast Quarter of Section Four (4);  thence South $88^\circ38'50''$ West, along said line 413.23 feet;  thence South $88^\circ58'40''$ West, 1351.13 feet;  thence South $01^\circ29'50''$ West, 1001.25 feet;  thence South $27^\circ55'05''$ West, 652.16 feet;  thence South $17^\circ30'30''$ East, 213.45 feet;  thence South $24^\circ47'10''$ West, 312.41 feet;  thence South $42^\circ45'25''$ East, 252.40 feet;  thence South $32^\circ44'40''$ West, 594.73 feet;  thence South $68^\circ13'10''$ West, 807.47 feet;  thence South $42^\circ07'05''$ West, 364.36 feet into Section Five (5);  thence South $52^\circ12'$ West, 182.11 feet;  thence South $58^\circ51'25''$ West, 205.60 feet;  thence North $82^\circ44'35''$ West, 298.85 feet;  thence North $80^\circ01'50''$ West, 498.81 feet;  thence South $42^\circ22'$ West, 1411.75 feet, into Section Eight (8);  thence South $28^\circ31'55''$ East, 350.16 feet;  thence South $35^\circ13'$ West, 764.10 feet; thence South $83^\circ58'$ West, 334.62 feet to North and South center line of Section Eight (8);  thence South $31^\circ38'50''$ West, 856.01 feet; thence South $71^\circ30'50''$ West, 443.18 feet;  thence South $57^\circ20'50''$ West, 479.84 feet;  thence South $79^\circ09'10''$ West, 325.39 feet to East and West center line of Section Eight (8);  thence South $89^\circ52'20''$ West along said East and West Center line 959.47 feet to West line of Section Eight (8);  thence North $28^\circ35'25''$ East, 399.35 feet;  thence North $38^\circ07'40''$ East, 489.21 feet;  thence North $55^\circ01'40''$ East, 294.31 feet; thence North $0^\circ12'45''$ West, 464.17 feet;  thence North $77^\circ23'35''$ West, 769.41 feet to West line of Section Eight (8) and East line of Section Seven (7);  thence North $77^\circ23'35''$ West, 645.00 feet; in Section Seven (7);  thence South $34^\circ01'$ West, 296.80 feet;  thence North $30^\circ31'30''$ West, 199.71 feet;  thence South $66^\circ36'30''$ West, 389.96 feet;  thence

15870

EXHIBIT A

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

South $84^\circ32'30''$ West, 236.76;  thence South $43^\circ14'$ West, 204.20 feet

to South line of North Half of the Northeast Quarter of Section Seven

(7);  thence South $88^\circ15'$ West along said South line 77.05 feet;

thence North $34^\circ29'$ East, 202.80 feet;  thence North $26^\circ11'40''$ West,

221.83 feet;  thence North $40^\circ11''$ East, 214.51 feet;  thence South

$88^\circ52'$ East, 166.14 feet;  thence North $23^\circ01'40''$ West, 520.54 feet;

thence South $38^\circ07'30''$ West, 296.14 feet;  thence South $59^\circ25'20''$

West, 249.38 feet;  thence North $82^\circ47'35''$ West, 165.71 feet;  thence

North $20^\circ59'$ West, 376.39 feet;  thence North $58^\circ48'50''$ East, 590.30

feet;  thence North $37^\circ28'15''$ West, 159.90 feet, into Section Six (6);

thence North $05^\circ40'15''$ East, 364.86 feet;  thence North $30^\circ30'45''$ East,

198.14 feet;  thence North $47^\circ02'10''$ West, 370.15 feet;  thence North

$30^\circ24'45''$ East, 631.56 feet;  thence North $83^\circ26'35''$ West, 708.46 feet;

thence South $52^\circ53'20''$ West, 193.29 feet;  thence South $32^\circ36'$ West,

86.33 feet to North and South Center Line of Section Six (6);  thence

South $01^\circ47'27''$ West, along said North and South Center Line 530.92

feet;  thence South $27^\circ47'15''$ West, 150.30 feet;  thence North $87^\circ03'$

25'' West, 263.54 feet;  thence South $5^\circ19'45''$ East, 289.25 feet;  thence

South $22^\circ19'40''$ West, 145.22 feet;  thence South $59^\circ41'45''$ West, 533.70

feet to South line of Section Six (6);  thence North $89^\circ25'40''$ West

along said South line 130.34 feet;  thence North $31^\circ12'$ West, 337.04 feet;

thence North $0^\circ55'30''$ East, 824.68 feet;  thence South $83^\circ02'35''$ West,

751.68 feet;  thence South $44^\circ18'40''$ West, 1103.01 feet to West line of

Section Six (6), and East line of Section One (1), at a point distant

North $02^\circ23'40''$ East, 215.84 feet/ from Southwest Corner of Section Six (6)

and Southeast Corner of Section One (1);  thence North $02^\circ23'40''$ East

along said East line of Section One (1), 2213.99 feet;  thence South

$24^\circ35'40''$ West, 1090.44 feet;  thence North $15^\circ09'$ West, 524.58 feet;

thence North $05^\circ24'20''$ West, 398.15 feet;  thence North $48^\circ36'$ East,

15871

EXHIBIT A

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 84W, 93&4W - 35 Continued

474.09 feet to East and West center line of Section One (1); thence South 89°56'32" West along said East and West center line, 379.22 feet; thence North 09°33'45" West, 314.65 feet; thence North 36°19'10" West, 341.32 feet; thence North 01°04'30" East, 194.48 feet; thence North 85°20'50" East, 230.10 feet; thence North 21°45'05" West, 200.30 feet; thence North 33°34'40" West, 263.06 feet; thence South 89°17'05" West, 181.60 feet; thence North 50°31'50" West, 175.09 feet; thence North 47°51'30" East, 312.45 feet; thence North 52°06'05" East, 143.82 feet; thence South 87°47'30" East, 126.29 feet; thence North 07°41' East, 174.46 feet; thence North 29°51' East, 107.98 feet; thence North 60°59'35" East, 220.51 feet; thence North 69°08'40" East, 273.77 feet; thence North 37°02'05" East, 511.25 feet; thence North 22°40'05" East, 82.74 feet to East line of Section One (1); thence North 02°37'40" East along said East line, 364.78 feet to Northeast Corner of Section One (1); thence South 54°36'25" West, 665.40 feet; thence North 88°28'45" West, 215.87 feet; thence North 27°08'35" West, 405.85 feet to North line of Section One (1), and South line of Section Thirty-six (36); thence North 27°08'35" West, 84.65 feet in Section Thirty-six (36); thence North 15°52'25" West, 549.59 feet; thence North 11°41' East, 336.27 feet; thence North 13°13' West, 218.75 feet; thence South 45°33'40" West, 316.25 feet; thence North 81°24'30" West, 370.79 feet; thence North 33°17' West, 501.44 feet; thence South 89°22'25" West, 426.37 feet; thence South 24°32'15" East, 327.49 feet; thence South 29°46'50" East, 1279.37 feet to South line of Section Thirty-six (36) and North line of Section One (1); thence South 89°07'06" West along said North line, 997.87 feet to North and South center line of Section One (1); thence South 01°41'44" West along said North and South center line, 2280.36 feet; thence South 89°56'32" West, 660 feet; thence South 01°41'44" West, 1129.16 feet; thence North 89°56'32" East, 660 feet to North and South center line of Section One (1); thence South 01°41'44"

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

<u>Parcel</u>:   84W, 93&4W -35 Continued

West, 800 feet to North line of the South Half of the Southeast Quarter
of Section One (1);  thence North $89^{\circ}53'16''$ East along said North line,
1035.05 feet;  thence South $02^{\circ}02'42''$ West, 1328.61 feet to South line
of Section One (1);  thence South $89^{\circ}50'$ West along South line of Sec-
tion One (1) and North line of Section Twelve (12), 1027.41 feet to
North and South center line of Section Twelve (12);  thence South $0^{\circ}$
$33'25''$ West along said North and South center line, 1434.28 feet to South
line of the North Half of the Northeast Quarter of Section Twelve (12);
thence North $89^{\circ}17'18''$ East along said South line, 1276.67 feet to West
line of East Half of the Northeast Quarter of Section Twelve (12);  thence
South $0^{\circ}35'44''$ West along said West line, 1004.87 feet;  thence South $89^{\circ}$.
$24'16''$ East, 313.06 feet;  thence South $0^{\circ}35'54''$ West, 407.33 feet to East
and West center line of Section Twelve (12);  thence South $48^{\circ}41'20''$ East,
522.33 feet;  thence South $45^{\circ}25'50''$ East, 86.47 feet;  thence South $31^{\circ}14''$
East, 72.30 feet;  thence South $85^{\circ}56'50''$ East, 415.84 feet;  thence North
$06^{\circ}13'$ East, 520.77 feet to East line of Section Twelve (12) and West line
of Section Seven (7);  thence North $12^{\circ}06'30''$ East, 445.46 feet, in Sec-
tion Seven;  thence North $25^{\circ}36'$ East, 159.01 feet;  thence North $38^{\circ}31'$
East, 125.02 feet;  thence North $36^{\circ}52'30''$ East, 140.86 feet;  thence
North $33^{\circ}23'$ East, 123.10 feet;  thence North $71^{\circ}29'$ East, 129.03 feet;
thence South $64^{\circ}19'$ East, 236.17 feet;  thence South $31^{\circ}24'$ East, 587.85
feet;  thence South $17^{\circ}10'$ East, 228.07 feet;  thence South $09^{\circ}13'30''$ West,
70.97 feet;  thence South $01^{\circ}27'$ West, 452.10 feet;  thence South $33^{\circ}52'$
East, 453.89 feet to East line of the West Half of the Southwest Quarter
of Section Seven (7);  thence South $0^{\circ}14'38''$ East. 422.15 feet along said
East line to the North line of the South Half of the Southwest Quarter of
Section Seven (7);  thence South $34^{\circ}58'30''$ East, 810.93 feet;  thence
South $33^{\circ}06'20''$ East, 540.50 feet;  thence North $71^{\circ}44'20''$ East, 629.13
feet;  thence North $15^{\circ}26'40''$ East, 710.11 feet;  thence North $10^{\circ}34'30''$

### Santa Margarita River Watershed Below Temecula Gorge

### And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

East, 354.11 feet;  thence North 33°24'30" East, 74.0 feet;  thence North
26°29'25" East, 440.98 feet;  thence North 43°06'45" East, 111.18 feet;
thence South 61°19'55" East, 294.12 feet;  thence South 11°45'35" East,
322.42 feet;  thence South 70°52' East, 847.25 feet;  thence South 80°
39'35" East, 175.42 feet;  thence South 68°51'45" East, 504.10 feet;
thence North 44°36'10" East, 298.78 feet to East line of Section Seven
(7) and West line of Section Eight (8);  thence South 89°01' East,
122.33 feet in Section Eight (8);  thence South 68°20'15" East, 116.40
feet;  thence South 17°32'50" West, 293.43 feet;  thence South 36°55'40"
West, 70.01 feet;  thence South 76°44'40" West, 151.01 feet into Section
Seven (7);  thence South 14°33'20" West, 222.55 feet;  thence South 04°
56' East, 567.05 feet to Southeast Corner of Section Seven (7) and point
of beginning.

OWNERS:

      FALLBROOK PUBLIC UTILITY DISTRICT

15071

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:   ~~93W-4&5-56 Continued~~

> JEFFRIES, George T. (hus)
>
> JEFFRIES, Eleanor (wife)
>
> BANK OF AMERICA (TDTr)
>
> ROBECHAUD, Gerald C. (hus)(TDBen)
>
> ROBECHAUD, Ruth E. (wife)(TDBen)
>
> WANETICK, Israel (hus)(TDBen)
>
> WANETICK, Rose (wife)(TDBen)
>
> PORTENY, Jaime (hus)(TDBen)
>
> PORTENY, Tillie (wife)(TDBen)

Parcel:   83W-34-57

The East Half of the Northeast Quarter of the Northwest Quarter of the
Southeast Quarter of Section Thirty-four (34), Township Eight (8) South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

> TODD, Wallace M.
>
> ~~TODD, LaDoris M.~~

Parcel:   83W-31-58

The Southwest Quarter of the Northeast Quarter of Section Thirty-one (31),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

> FRAKES, Dwight R. (m/m)
>
> FRAKES, Josephine

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  83W-31-59

The Southeast Quarter of the Northeast Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

GOODWIN, Edward H. (m/m sep.prop)

Parcel:  83W-31 & 93W-6 - 60

The West Half of the Southeast Quarter;  the South Half of the South-
west Quarter;  the Northeast Quarter of the Southwest Quarter; and
the Southeast Quarter of the Northwest Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California
EXCEPT the Westerly 165 feet of the Northeast Quarter of the South-
west Quarter.  Also, Lots Two (2), Three (3), Five (5), Six (6) and
Seven (7), and the Southeast Quarter of the Northwest Quarter of
Section Six (6), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of
California EXCEPT therefrom that portion of Lot Seven (7) described
as follows:  Beginning at the Southwest Corner of said Lot Seven (7)
(being the Southwest Quarter of the Southwest Quarter of said Section
Six (6));  thence Northerly along West line of said Lot Seven (7),
215.84 feet;  thence North $44^{\circ}18'40''$ East, 1103.01 feet;  thence North
$83^{\circ}02'35''$ East, 588.21 feet to East line of said Lot Seven (7);  thence
Southerly along said East line 1090.0 feet to the Southeast Corner of
said Lot Seven (7);  thence along Southerly line thereof 1327.97 feet
to point of beginning.

OWNERS:

SAWDAY, Charles F. (hus)

SAWDAY, Ruth Cornell (wife)

CAREY, Arthur W. (hus)

-38-

15876

## Santa Margarita River Watershed Below Temecula Gorge

### And Above Deluz Creek Confluence

Parcel:  83W-31 & 93W-6 - 60 Continued

      CAREY, Inez Wagner (wife)

      GOODWIN, Ewart W. (hus)

      GOODWIN, Mary Alice (wife)

      BRADSHAW, Paul D. (hus)

      BRADSHAW, Margaret (wife)

      CONNECTICUT MUTUAL LIFE INSURANCE CO (TDBen)

      SOUTHERN TITLE & TRUST CO (TDTr)


Parcel:  83W-31-61

The South Ten acres of Lot Three (3),(being the South Half of the South

Half of the Northeast Quarter of the Northwest Quarter), of Section Thirty-

one (31), Township Eight (8) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

OWNERS:

      DI SILVESTRO, I. (s/m)

      LONG, C. R. (m/m)


Parcel:  83W-31-62

The East Half of the North Half of the South Half of Government Lot Three

(3), (being the Northeast Quarter of the Northwest Quarter), of Section

Thirty-one (31), Township Eight (8) South, Range Three (3) West, San Bernar-

dino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

      CASERTA, Anna (m/w)

Parcel:  83W-31-63

The East Half of the North Half of the Northeast Quarter of the Northwest

Quarter of Section Thirty-one (31), Township Eight (8) South, Range Three

(3) West, San Bernardino Base and Meridian, in the County of Riverside,

State of California.

15877

"EXHIBIT A"

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-31-63 Continued

OWNERS:

IVEY, W. H. (m/m)

Parcel: 83W-31-64

The Northwest Quarter of Government Lot Three (3) of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BIECK, Elmer P (hus)

BIECK, Grace E. (wife)

Parcel: 83W-31-65

The West Half of the North Half of the South Half of Government Lot
Three (3) of Section Thirty-one (31), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

SHAFER, Madelyn (s/w)

Parcel: 83W-30&31, 84W-25-66

Lot One (1), Section Thirty (30), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California. Also, Lots Four (4) and Five (5),
(being the Northwest Quarter of the Northwest Quarter, and the South-
west Quarter of the Northwest Quarter) of Section Thirty-one (31), said
Township and Range. Also, Lots One (1), Two (2), Three (3), Four (4),
Five (5) and the South Half of the Southwest Quarter of Section Twenty-
five (25), Township Eight (8) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

15878

EXHIBIT A

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence


Parcel:  83W-30&31,  84W-25-66 Continued

OWNERS:

MARCHANT, John (hus)

MARCHANT, Mignon C. (wife)


Parcel:  83W-31-67

Government Lot Six (6) and the Westerly 165 feet of the Northeast Quarter
of the Southwest Quarter of Section Thirty-one (31), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

SHIPPEE, Shirley R. (hus)

SHIPPEE, Kathryn E. (wife)

BANK OF AMERICA (TDTr)

FAULKNER, Raymond (TDBen)


Parcel:  84W-26-68

Fractional Southeast Quarter of the Northeast Quarter;  Fractional South-
west Quarter of the Northeast Quarter; and the North Half of the Southeast
Quarter of Section Twenty-six (26), Township Eight (8) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

SILVA, Alfred W. (hus)

SILVA, Isaura M. (wife)

BANK OF AMERICA (TDTr)

HALLER, Raymond J. (s/m)(TDBen)

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 84W-26-69

The South Half of the Northwest Quarter and the North Half of the South-
west Quarter of Section Twenty-six (26), Township Eight (8) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

DODGE, Mildred E. (sep prop)

FARMERS & MERCHANTS TRUST CO OF LONG BEACH (TDTr)

DOVILLE, Laura (wife)(TDBen)

DOVILLE, Paul (hus)(TDBen)

Parcel: 84W-26-70

Lots Three (3) and Four (4), Section Twenty-six (26), Township Eight
(8) South, Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

CARTER, Allan Ray (s/m)

Parcel: 84W-36-71

Section Thirty-six (36), Township Eight (8) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California, EXCEPT for that portion of the Southerly Half, described as
follows: Beginning at a point in the South line of said Section, dis-
tant 1779.85 feet Westerly from the Southeast Corner of said Section
Thirty-six (36); thence North $27°08'35"$ West, 84.65 feet; thence
North $15°52'25"$ West, 549.59 feet; thence North $11°41'$ East, 336.27
feet; thence North $13°13'$ West, 218.75 feet; thence South $45°33'40"$
West, 316.25 feet; thence North $81°24'30"$ West, 370.79 feet; thence
North $33°17'$ West, 501.44 feet; thence South $89°22'25"$ West, 426.37
feet; thence South $24°32'15"$ East, 327.49 feet; thence South $29°46'50"$

15880

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W-36-71 Continued

East, 1279.37 feet to said South line of said Section;  thence Easterly

along said South line 693.50 feet to point of beginning.

OWNERS:

TAYLOR, Millicent Y. (widow)

BANK OF AMERICA (TDTr)

HANSEN, Alex F. dec'd., Heirs or devisees (TDBen)


Parcel:  94W-1&2-72

Lots Three (3) and Four (4), Section One (1), Township Nine (9) South,

Range Four (4) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California.  Also, Lots One (1) and Two (2),

Section Two (2), said Township and Range.

OWNERS:

WILDIN, William H.

LUBIC, Frank J.

GUTHRIE, Suzanne

CALKINS, Leon Clifton


Parcel:  94W-1-73

The South Half of the Northwest Quarter of Section One (1), Township

Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California, EXCEPT that portion

described as follows:  Beginning at the Southeast Corner of said South

Half of the Northwest Quarter;  thence South $89°56'32''$ West along South

line thereof 660 feet;  thence North $1°41'44''$ East, 600 feet;  thence

North $89°56'32''$ East, 660 feet to East line of said Northwest Quarter;

thence South $1°41'44''$ West, 600 feet to point of beginning.

OWNERS:

DAY, John W.

15881

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

Parcel:  <u>84W-35 & 94W-2&3-74</u>

The South Half of the Southwest Quarter, and the Southwest Quarter of the
Southeast Quarter of Section Thirty-five (35), Township Eight (8) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.  Also, the West Half; and the South Half
of the Northeast Quarter of Section Two (2), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California   Also, the Northeast Quarter of the South-
east Quarter of Section Three (3), Township Nine (9) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of San Diegi, State
of California

OWNERS:

BAKER   Robert Hammond (hus)

BAKER   Ethel D. (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSOCIATION (TDBen)

Parcel:  <u>94W-2-75</u>

The West Half of the Southeast Quarter of Section Two (2), Township Nine
(9) South, Range Four (4) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California

OWNERS:

HOVELMAN, Joseph W.

HOVELMAN, Grace E.

Parcel:  <u>94W-1,2&12-76</u>

The East Half of the Southeast Quarter of Section Two (2), Township Nine
(9) South, Range Four (4) West, San Bernardino Base & Meridian, in the
County of San Diego, State of California.  Also, the Southwest Quarter of
Section One, said Township and Range, EXCEPT that portion described as

-44-

15882

"EXHIBIT A"

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 94W-1.2&12-76 Continued

follows: Beginning at the Northeast Corner of said Southwest Quarter;
thence along Northerly line thereof South 89°56'32" West 660 feet;
thence South 1°41'44" West, 529.16 feet; thence North 89°56'32" East,
660 feet to West line of said Southwest Quarter; thence North 1°41'44"
East, 529.16 feet to point of beginning  Also, the Southwest Quarter
of the Southeast Quarter of Section One (1), said Township and Range.
EXCEPT the Easterly 250 feet thereof. Also, the North Half of the
Northwest Quarter of Section Twelve (12), said Township and Range, EXCEPT
the Southwest Quarter of the Northeast Quarter of the said Northwest
Quarter; Also the Southeast Quarter of the Northwest Quarter of said
Section Twelve (12)

OWNERS:

BUCKNER, Wilbur G  (hus)

BUCKNER, Beulah E  (wife)


Parcel: 94W-1-77

The East Half of the Northeast Quarter of Section One (1), Township Nine
(9) South, Range Four (4) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California EXCEPT that portion conveyed to
Fallbrook Public Utility District described as follows: Beginning at the
Southwest Corner of said East Half of the Northeast Quarter; thence along
South line thereof North 89°56'32" East, 631.27 feet; thence North 09°33'45"
West 314.65 feet; thence North 36°19'10" West, 341.32 feet; thence North
01°04'30" East, 194.48 feet; thence North 85°20'50" East, 230.10 feet;
thence North 21°45'05" West, 200 30 feet; thence North 33°34'40" West, 263.06
feet; thence South 89°17'05" West, 181.60 feet; thence North 50°31'50"
West, 175.09 feet; thence North 47°51'30" East, 312.45 feet; thence North
52°06'05" East, 143.82 feet; thence South 87°47'30" East, 126.29 feet;
thence North 07°41' East, 174.46 feet; thence North 29°51' East, 107.98
feet; thence North 60°59'35" East, 220.51 feet; thence North 69°08'40"

-45-

15883

EXHIBIT A

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  94W-1-77 Continued

East, 273.77 feet;  thence North $37^\circ02'05''$ East, 511.25 feet;  thence North $22^\circ40'05''$ East, 82.74 feet to East line of said Northeast Quarter;  thence North $02^\circ37'40''$ East along said East line, 364.29 feet to the Northeast Corner of said Northeast Quarter;  thence South $54^\circ56'25''$ West, 665.40 feet;  thence North $88^\circ28'45''$ West, 215.87 feet;  thence North $27^\circ08'35''$ West, 405.85 feet to North line of said Northeast Quarter;  thence South $88^\circ52'34''$ West along said North line 374.09 feet to the Northwest Corner of said East Half of the Northeast Quarter;  thence South $02^\circ10'15''$ West along West line of said East Half, 2902.35 feet to point of beginning.  Also, the North Half of the Southeast Quarter of said Section One (1) EXCEPT that portion conveyed to Fallbrook Public Utility District, described as follows:  Beginning at the Northeast Corner of said Southeast Quarter;  thence South $02^\circ37'40''$ West along East line of said Southeast Quarter, 225.23 feet;  thence South $24^\circ35'40''$ West, 1090.44 feet;  thence North $15^\circ09'$ West, 524.58 feet;  thence North $05^\circ24'20''$ West, 398.15 feet;  thence North $48^\circ36'$ East, 474.09 feet to North line of the North Half of the Southeast Quarter;  thence North $89^\circ56'32''$ East along said North line 282.21 feet to point of beginning .

OWNERS:

SILL, Charles F. (hus)

SILL, Pauline H (wife)


Parcel:  93W-6-78

Lot Four (4) (being the Northwest Quarter of the Northwest Quarter) of Section Six, Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California

OWNERS:

MASON, Roland G (hus)

MASON, Marion R. (wife)

BANK OF AMERICA (TDTr)

-46-

Santa Margarita River Watershed Below Temecula

Gorge And Above Deluz Creek Confluence

Parcel:   93W-6-78 Continued

      TIPTON, Everett H. (hus)(TDBen)

      TIPTON, Alpha B. (wife)(TDBen)

Parcel:   93W-6-79

The Northeast Quarter of the Southwest Quarter of Section Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California. Also, that portion of the Northwest Quarter of the Southeast Quarter of said Section Six (6) lying Westerly of the center line of presently traveled road located within said Northwest Quarter of the Southeast Quarter as said road existed on Sept. 13, 1956, EXCEPTING that portion of said Northwest Quarter of the Southeast Quarter conveyed to the Fallbrook Public Utility District lying Westerly of said road, the portion so conveyed being described as follows: Beginning at the Southwest Corner of said Northwest Quarter of the Southeast Quarter; thence North 32°36' East, 86.33 feet; thence North 52°53'20" East, 193.29 feet; thence South 83°26'35" East, 708.45 feet; thence South 30°24'45" West to South line of said Northwest Quarter of the Southeast Quarter; thence Westerly along said South line to point of beginning.

OWNERS:

      QUA, Wallace C  (hus)

      QUA, Dorothy Chandler (wife)

      CHANDLER, Lyndol E  (hus)

      CHANDLER, Margaret H  (wife)

15885

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 9⁴W-11-8⁴

    That portion of Section Eleven (11), Township Nine (9) South, Range Four (4) West, San Diego Base and Meridian, in the County of San Diego, State of California, described as follows:  Beginning at the Southeast Corner of Fractional Section Eleven (11),  thence Westerly along Southerly line thereof 1245.72 feet;  thence Northerly parallel with West line of the Northeast Quarter of the Southeast Quarter to North line of said Northeast Quarter of the Southeast Quarter;  thence Easterly along Northerly line thereof 1220 feet more or less to East line thereof;  thence Southerly along East line to point of beginning.

OWNERS:

    SCHIER, Samuel S.

-49ʙ-

15886

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  94W-12-85

The Southwest Quarter of the Northwest Quarter, and Lot Three (3) of Section
Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

OWNERS:

SCHIEN, Samuel S.

Parcel:  94W-12-86

The Southwest Quarter of the Northeast Quarter of the Northwest Quarter of
Section Twelve (12), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

DAY, John W

Parcel:  94W-12-87

Lot Two (2), Section Twelve (12), Township Nine (9) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California;  Also, the Southerly 20 feet of the Westerly 104 feet of the
Southeast Quarter of the Northeast Quarter of said Section Twelve (12).

OWNERS:

BRAY, Richard (hus)

BRAY, Cora B. (wife)

Parcel:  94W-12-88

The Northwest Quarter of the Southeast Quarter; and the Southwest Quarter
of the Northeast Quarter of Section Twelve (12), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

OWNERS:

WAGENAAR, John L  (hus)

WAGENAAR, Mary Agnes (wife)

Parcel No.  83W/23,24—3

       That portion of the Santa Rosa Grant
       within the Sandia Creek Watershed.

Exhibit No. 212-B
Vail BJ

       Apparent Owner:   Vail Co.

       Gross Acreage      10,255.7

       Irrigable Acreage   2,206.8

       Irrigated Acreage   None

Wells:
83W-7A1 Not in use.
    7A2 Not in use.
    7A3 Windmill - stock.
    7D1 Windmill - stock
   17P1 Windmill - stock

       Surface Diversions:

       None.

"EXHIBIT B"

Parcel No.  60

Exhibit No.  212-B

Apparent Owner:   Sawday

Gross Acreage   464.2* (282 within
                         Sandia Creek)

Irrigable Acreage  219.2* (100.2 within
                              Sandia Creek)

Irrigated Acreage

Wells:

  8S/3W-31P1
    Irrigation

  8S/3W-31P2
    Domestic

  9S/3W-6H1
    Irrigation

Surface Diversions:

  8S/3W-31L1
  Earth fill dam
  Capacity 24.4 A.F.

  8S/3W-31L2
  Earth fill dam
  Capacity 19 A.F.

*Includes area not within watershed of
 Sandia Creek but within watershed of
 Santa Margarita River.

"EXHIBIT C"

Parcel No.  84W/25—66                                    Exhibit No.  212-B

Apparent Owner: Yackey, George F.

| | | Wells: | |
|---|---|---|---|
| Gross Acreage | 206.6 | | |
| Irrigable Acreage | 68.0 | 8S/4W-25 P1 | Domestic & Irrigation |
| Irrigated Acreage | | 25 P2 | Inactive |
| | | 25 Q1 | Domestic |

Surface Diversions:

8S/4W-25P
Reservoir
Earth fill dam
Capacity 5 A.F.

8S/4W-25Q
Reservoir
Earth fill dam
Capacity 3 A.F.

8S/4W-25R
Spring fed concrete dam
Capacity 10,000 gal.

"EXHIBIT D"

15890

Parcel No.   84W/36—71

Exhibit No.  212-B

Apparent Owner:  Taylor, Millicent Y.

Gross Acreage     616.0               Wells:

Irrigable Acreage  28.7               8S/4W-36D1  Not in use

Irrigated Acreage  None

Surface Diversions:

   8S/4W-36D
   Dam
   Masonary & concrete
   100 feet long — inactive

   8S/4W-36D
   Reservoir
   Earth fill dam
   Capacity 45,000 gal.

"EXHIBIT E"

15891