UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1247-SD-C ~~Criminal~~ Civil |
| vs. | ) | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | ) | Date: May 31, 1961 |
| | ) | At: San Diego, California |

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER AND DONALD REDD

Counsel for the defendant: FRED GIRARD, GEORGE STAHLMAN, ROBERT MCGINNIS, JAMES KRIEGER

PROCEEDINGS: FURTHER COURT TRIAL

    At 10:20 A.M. reconvene herein.
    Defendant Robert Poore, John Lewandowski and Harold Anderson are each called, sworn, and testify on own behalf.
    Additional documents are added to Ex. No. 207 E.
    Court and counsel discuss various proposed findings.
    At 4:15 P.M. recess to June 1, 1961, at 10 A.M.

6486

JOHN A. CHILDRESS, Clerk