UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1247-SD-C ___ Criminal |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | Date: June 1, 1961 |
| | At: San Diego, California |

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk WILLIAM W. LUDDY ___ Reporter: JOHN SWADER AND MARIE ZELLNER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER AND DONALD REDD

Counsel for the defendant: FRED GIRARD, AND GEORGE STAHLMAN.

PROCEEDINGS:    FURTHER COURT TRIAL

At 10:50 A.M. reconvene herein.
Court and counsel discuss various findings.
IT IS ORDERED cause is continued to June 2, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk        6487