UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                          ) No. _1247-SD-C_ _ _ _ Civil
                                )
vs.                             ) MINUTES OF THE COURT
                                ) Dated: _June 2, 1961_ _ _
FALLBROOK, etc., et al          )
                                ) At San Diego, California
                                )

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY_ _ _ _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: _WILLIAM VEEDER AND DONALD REDD_ _ _ _ _ _

Counsel for Defendant: _GEORGE STAHLMAN, FRED GIRARD._ _ _ _ _ _ _

Proceedings:     FURTHER COURT TRIAL

   At 10:35 A.M. reconvene.
   Annie E. Bergeman is called, sworn, and testifies on own behalf.
   Ex. No. 289 is marked
   Witness Bowen testifies further.
   Ex. No. 289 is received.
   Warren Wyman is called, sworn, and testifies on own behalf.
   Ex. No. 290 is marked.
   Witness Bowen testifies further.
   Ex. No. 290 is received.
   Court and counsel discuss various findings.
   At 11:45 A.M. recess, and at 2:20 P.M. reconvene.
   Witness Bowen testifies further.
   Ex. No. 15-L is received in evidence.
   Court and counsel discuss various findings.
   Additional documents are added to Ex. No. 207E.
   IT IS ORDERED cause is continued to June 20, 1961, at 10 A.M. for further
court trial.

JOHN A. CHILDRESS, Clerk  6488
By _/s/ William W. Luddy_