USA

**LODGED**

**JUN 1 9 1961**

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )        No. 1247-SD-C
            Plaintiff,              )
                                    )
    v.                              )        TUCALOTA CREEK SUB-WATERSHED
                                    )
FALLBROOK PUBLIC UTILITY            )        INTERLOCUTORY JUDGMENT NO. 31  A
DISTRICT, et al.,                   )
                                    )
            Defendants.             )

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCU-
TORY JUDGMENT NO.____A, RESPECTING LANDS IN TUCALOTA
CREEK SUB-WATERSHED WHICH ARE NEITHER RIPARIAN TO THE
SANTA MARGARITA RIVER OR ITS TRIBUTARIES, NOR OVERLIE
ANY GROUND WATERS WHICH FEED OR CONTRIBUTE TO THAT
STREAM OR ITS TRIBUTARIES AND TO WHICH THERE ARE NO
APPURTENANT RIGHTS TO THE USE OF WATER IN THAT STREAM
OR ITS TRIBUTARIES

This Court, based upon the record before it in the subject

case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that: "The only proper method

of adjudicating the rights on a stream, whether riparian or appropri-

ative or mixed, is to have all owners of land on the watershed and all

appropriators who use water from the stream involved in another water-

shed in court at the same time." 1/

II

Proceeding in accordance with that mandate, the Complaint

─────────────────────

1/ State of California v. United States, 235 F.2d 647,663 (C.A.9, 1956)

5901

and Amendatory and Supplementary Complaint in this cause was served upon the owners of the lands within the watershed of the Santa Margarita River and all appropriators who used water from that stream in any other watershed.  Moreover, those parties named in the cause who could not be served personally were served by publication.

### III

The subject matter of this case, based upon the pleadings and the issues joined in it, relates only to the rights to the use of the waters of the Santa Margarita River, its tributaries and to the ground waters which feed, contribute to, add to and support the surface and percolating waters of the Santa Margarita River and its tributaries.

### IV

No claims are made in this cause by any party in connection with any lands within the watershed of the Santa Margarita River, including the sub-watershed of Tucalota Creek, which are not traversed by, abut upon or overlie ground waters which are part of the waters of the Santa Margarita River and its tributaries.

### V

There are situated within the sub-watershed of Tucalota Creek certain parcels or tracts of lands which neither abut upon, nor are traversed by Tucalota Creek or its tributaries nor overlie any of the ground waters of that stream or its tributaries.  Those lands are comprised of basement complex or weathered basement complex, the ground waters of which, if any, are vagrant, local and percolating, not a part of the surface or sub-surface flow or sub-surface basin of Tucalota Creek or any of its tributaries, or of the Santa Margarita River or any of its tributaries.

a. Attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit A and made a part of it, is a map, composite of U.S.A.Pl's Exhibit 206-D-6;

206-D-3; 206-D-2 and 206-D-1, upon which are located the lands referred to in this Finding.

b. Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit B and made a part of them by reference, is an alphabetical list of the names of the apparent landowners and parcel numbers whose properties are referred to in this Finding. That alphabetical list is U.S.A.Pl's Exhibit 206-A in this case. Lands which abut upon, are traversed by Tucalota Creek or its tributaries or which overlie the ground waters which are part of the waters of that Creek or its tributaries have been deleted from Exhibit B.

c. Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit C and made a part of them, are the land descriptions of the properties referred to in this Finding, which neither abut upon, nor are traversed by Tucalota Creek or its tributaries, nor overlie any of the ground waters of Tucalota Creek or its tributaries. Exhibit C is U.S.A.Pl's Exhibit 206-B in this case. Lands which abut upon, are traversed by Tucalota Creek or its tributaries or which overlie the ground waters which are part of the waters of that Creek or its tributaries have been deleted from Exhibit C.

VI

There has never been and there is not now used upon the lands referred to in Finding V, Va., Vb., and Vc., above, any of the surface or ground waters of Tucalota Creek or its tributaries or any of the surface or ground waters of the Santa Margarita River or its tributaries.

CONCLUSIONS OF LAW

The Court makes the following Conclusions of Law respecting

7—1404

U. S. GOVERNMENT PRINTING OFFICE

15903

the lands referred to in Findings V and VI above and which are described in Exhibit A:

## I

The defendants referred to in Finding Vb., and listed in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their successors, heirs, executors, administrators and assigns, have no rights to the use of the surface or ground waters of Tucalota Creek or its tributaries or of the Santa Margarita River and its tributaries in connection with the lands referred to in Finding Vc., which are described with particularity in Exhibit C, and there is not appurtenant to or part and parcel of those lands any rights to the use of surface or ground waters of Tucalota Creek and its tributaries or the Santa Margarita River and its tributaries.

## II

There is not at issue before this Court in this cause and there is not decreed, determined or adjudged, _inter sese_, as to the lands or owners of land referred to in Finding V in this cause, the rights, if any, to the use of the vagrant, local, percolating waters which may underlie any of the lands referred to in the above set forth Findings V, Va., Vb., and Vc., and which are described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

## III

The United States of America, and all other parties to this action, having rights to the use of the waters of the Santa Margarita River or its tributaries, as those rights are or may hereafter be determined by the final judgment of this Court, are entitled to have quieted their title in and to those rights against any and all adverse claims of the defendants referred to in Findings V, Va., Vb., and Vc., who are listed in Exhibit B of these Findings of Facts, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators

and assigns, in connection with the properties described with particu-
larity in Exhibit C of these Findings of Fact, Conclusions of Law and
Interlocutory Judgment.

IV

The defendants referred to in Finding V, Va., VB., and VC.,
whose names are listed in Exhibit B and described in Exhibit C of these
Findings of Fact and Conclusions of Law are entitled to have quieted
their titles in and to their rights to the use of the vagrant, local,
and percolating ground waters, if any, underlying those lands described
in Exhibit C, against the adverse claims, if any, of the United States
of America and all parties to this cause, their heirs, successors, ad-
ministrators, executors and assigns, in connection with the rights of
the United States of America and all parties to this cause, their heirs,
successors, administrators, executors and assigns, in and to the use
of the waters of the Santa Margarita River and its tributaries.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

I

The defendants referred to in Finding V, Va., VB., and Vc.,
and listed in Exhibit B of these Findings, the apparent owners of the
lands described with particularity in Exhibit C of these Findings of
Fact, Conclusions of Law and Interlocutory Judgment, their heirs, suc-
cessors, executors, administrators and assigns, in connection with
those lands, have no right, title or interest in or to the surface or
ground waters of Tucalota Creek or its tributaries or of the Santa
Margarita River and its tributaries.

II

The titles to the rights of the United States of America and
all other parties in this action having rights in and to the surface

7—1404

U. S. GOVERNMENT PRINTING OFFICE

15905

1  and ground waters of the Santa Margarita River and its tributaries, as

2  they are adjudicated, decreed and determined by the final judgment of

3  this Court, shall be and they are forever quieted against any and all

4  adverse claims of the defendants referred to in Findings V, Va., Vb.,

5  and Vc., and who are listed in Exhibit B, their successors, adminis-

6  trators, executors and assigns, in connection with the lands described

7  in Exhibit C of these Findings of Fact, Conclusions of Law and Inter-

8  locutory Judgment, and those defendants and each of them, and their

9  heirs, successors, administrators, executors and assigns, are forever

10  restrained from asserting, claiming or setting up any right, title or

11  interest in or to the waters of the Santa Margarita River or its tribu-

12  taries.

### III

13  The ground waters, if any, which underlie the lands referred

14  to in Finding V, Va., Vb., and Vc., and described with particularity

15  in Exhibit C of these Findings of Fact, Conclusions of Law and Inter-

16  locutory Judgment, are vagrant, local and percolating, not a part of

17  the waters of Tucalota Creek or its tributaries or of the Santa Mar-

18  garita River and its tributaries and are not in this cause adjudged,

19  determined or decreed among the defendants listed in Exhibit B of these

20  Findings of Fact, Conclusions of Law and Interlocutory Judgment, their

21  heirs, executors, administrators, successors or assigns, inter sese.

### IV

22  The titles to the rights of the defendants listed in Exhibit B

23  in and to the vagrant, local percolating ground waters, if any, which

24  are not a part of the waters of the Santa Margarita River and its tribu-

25  taries, underlying the lands described in Exhibit C of these Findings

26  of Fact, Conclusions of Law and Interlocutory Judgment, shall be and

27  they are forever quieted against any and all adverse claims, if any, of

28  the United States of America and all parties to this cause, their heirs,

29  successors, administrators, executors and assigns, and the United States

7—1404

1  of America and all other parties to this cause, their heirs, successors,

2  administrators, executors and assigns, are forever restrained from

3  asserting, claiming or setting up any right, title or interest in or to

4  those vagrant, local, percolating ground waters which are not a part of

5  the Santa Margarita River and its tributaries.

V

7       IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the

8  decision of the United States Court of Appeals for the Ninth Circuit,

9  California v. United States, 235 F.2d 647 (C.A.9, 1956), that this is

10  not a final decree but is interlocutory in character and by reason of

11  the Order by this Court that all parties are adverse one to another,

12  thus dispensing with cross-pleadings, all other parties to this pro-

13  ceeding may object to these Findings of Fact, Conclusions of Law and

14  Interlocutory Judgment and will be given full opportunity upon due

15  notice to interpose their objections to these Findings of Fact, Con-

16  clusions of Law and Interlocutory Judgment.

Dated:_____

JAMES M. CARTER
Judge, United States District Court

15907