LODGED
LODGED
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JUN 19 1961

# 36

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>          Defendants. | No. 1247-SD-C<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND INTERLOCUTORY JUDGMENT NO._____ PERTAINING TO DIAMOND AND DOMENIGONI VALLEYS |

### FINDINGS OF FACT

### WARM SPRINGS CREEK:

I

Warm Springs Creek has its headwaters in Sections 9 and 15, T6S, R1W, SBM, and flows thence in a southerly direction to the vicinity of the south line of Section 4, T6S, R1W, SBM. It flows thence westerly, in a man-made channel, along the southerly line of Sections 4, 5, and 6, T6S, R1W, SBM, through the area known as "Diamond Valley".

It continues in a general westerly direction through Sections 1 and 2 to a point near the middle of Section 3, T6S, R2W, SBM; and thence flows in a generally southwesterly direction through Sections 9 and 10, T6S, R2W, SBM. This area is known as

15893

1  "Domenigoni Valley".
2      Warm Springs Creek leaves Domenigoni Valley at a point
3  near the SE corner of the SW¼ of the SW¼ of Section 9, T6S, R2W,
4  SBM.  The course and location of Warm Springs Creek are delineated
5  on United States Exhibit 274, made a part hereof by reference.
6      Warm Springs Creek in the area hereinabove described is
7  intermittent both as to season of flow and location of flow, and
8  flows on the surface only during and after periods of heavy pre-
9  cipitation and runoff.  There is no evidence on the amount or
10 rate of flow of Warm Springs Creek, or as to the average, maxi-
11 mum, minimum, or normal or anticipated flow of the Creek, and the
12 Court expressly makes no findings thereon because of such lack
13 of evidence.

                                II

15      That attached hereto marked Exhibit _____ is a descrip-
16 tion of those lands which are riparian to Warm Springs Creek.

                                III

18      That Warm Springs Creek is a tributary of the Santa
19 Margarita River and the waters therein are a part of the Santa
20 Margarita River.

                    DIAMOND AND DOMENIGONI BASINS:

                                IV

23      Diamond and Domenigoni Valleys comprise a ground water
24 basin filled with sedimentary material described herein as
25 younger alluvium.  The extent and location of said ground water
26 basin is delineated upon the map United States Exhibit 274 which
27 is made a part hereof by reference.
28      The ground water basin referred to herein is part of a
29 continuous body of younger alluvium which extends from within
30 the San Jacinto River watershed in Sections 33 and 34, T5S, R1W
31 and Section 3, T6S, R1W, across the watershed divide in Sec-

                                2

                                                        15894

tions/ 3 and 4, T6S, R1W, and Sections 32 and 33, T6S, R2W, SBM into the Santa Margarita River watershed; thence continuing in a generally westerly and southwesterly direction as delineated on United States Exhibit 274; thence crossing the watershed divide out of the Santa Margarita River watershed and into the San Jacinto River watershed in sections 8 and 9, T6S, R2W, SBM.

V

The Southerly limit of the said ground water basin is in the general vicinity of the south line of Section 9, T6S, R2W, SBM. At that point the said ground water basin is enclosed by a lip of basement complex material rising to elevation 1400' which lip prevents the movement of ground water from Diamond and Domenigoni Valleys southwesterly into the remainder of the Santa Margarita River watershed, excepting such ground water north of said lip which may exist at or above elevation 1400'.

VI

That the presence of basement complex lip described in Finding V above is a barrier to the movement of all ground waters moving beneath the surface of Diamond and Domenigoni Valleys below elevation 1400! in a westerly direction, and causes such ground waters to move out of the Santa Margarita River watershed and into Menifee Valley of the San Jacinto River watershed in Section 8, T6S, R2W.

VII

That at such times as the ground water level in Diamond and Domenigoni Valleys north of the south line of Section 9, T6S, R2W, SBM is above 1400', the larger proportion of such ground waters move westerly out of the Santa Margarita River watershed, and into Menifee Valley of the San Jacinto River watershed, and the smaller proportion of such ground waters moves over the lip of basement complex referred to herein and on

3

down Warm Springs Creek.

That the ground waters which do move down Warm Springs Creek as found herein are consumed almost in their entirety by evaporation and transportation losses within a relatively short distance downstream from that point where said ground waters move out of said Diamond and Domenigoni Valleys and into Warm Springs Creek.

VIII

All of the waters underlying areas delineated on United States Exhibit 274 as "basement complex" or "basement complex (weathered)" are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries; and such waters do not directly feed or support and are not necessary to the continued surface or sub-surface flow of the Santa Margarita River or its tributaries or basins or ground water areas, and the extractions of such ground waters has not and will not affect or reduce the flow of the Santa Margarita River or its tributaries available to plaintiff or other downstream users having rights thereto.

IX

Certain defendants are presently extracting waters from the ground water basins of Diamond and Domenigoni Valleys and are using such waters for domestic and agricultural purposes upon their lands.

All of the uses to which such defendants are putting water upon their lands, and all of the methods of use of water by defendants are reasonable and beneficial and within the limitations imposed upon the use of water by the Constitution and Statutes of the State of California. Under present conditions it would be wasteful and unreasonable and contrary to the Constitution and Statutes of the State of California to require

4

that the water level in Diamond and Domenigoni Basins be maintained at elevation 1400' or above, and any such requirement would interfere with the reasonable use of the said ground waters by overlying landowners.

X

That attached hereto marked Exhibit _____ is a compilation setting forth the apparent owners of the lands which overlie the basins of Diamond and Domenigoni Valleys as defined herein describing said lands, setting forth certain factual matters pertaining to wells and data concerned therewith, and other factual matters pertaining to water use.

XI

That the issue of apportionment as to the quantity of the ground waters of Diamond or Domenigoni basins to which any overlying landowners may be entitled has not been reached at this stage in this case, and the Court has taken no evidence directed to this issue. This issue is left open, is not decided herein and shall be litigated by this Court if and when in the future it becomes necessary to do so.

XII

That because of the fact that the movement of ground waters within Diamond and Domenigoni Basins is westerly and out of the Santa Margarita River watershed and into the San Jacinto watershed it would be impossible for this Court at this time to make an allocation of said waters among all owners of lands overlying said basins in that those persons who own lands which overlie said basin within the San Jacinto watershed are not parties to this suit.

CONCLUSIONS OF LAW

I

The surface flow of Warm Springs Creek and its

5

15897

tributaries is a part of the waters of the Santa Margarita River system, and the diversion or use of such surface waters is subject to the continuing jurisdiction of this Court as hereinafter set forth.

II

That at the present time, and so long as the ground waters of Diamond and Domenigoni Valleys immediately north of the south line of Section 9, T6S, R2W, SBM remain below elevation 1400', the said ground waters do not contribute to the waters of the Santa Margarita River System downstream therefrom.

III

That it would be wasteful and unreasonable, and contrary to the provisions of Article XIV, Section 3, California Constitution, to require the maintenance of a water level in Diamond and Domenigoni Valleys at elevation 1400' or above for the purpose of supporting a ground water movement southwesterly past the south line of Section 9, T6S, R2W, SBM and down Warm Springs Creek, and for that reason the extractions of ground water from within Diamond and Domenigoni Basins will not be presently regulated or restricted in these proceedings for the purpose of maintaining such a flow. However, the court will retain continuing jurisdiction of this cause for the purpose of reviewing or reconsidering possible control of future ground water extractions should substantial changes in circumstances so require.

IV

That owners of lands riparian to Warm Springs Creek are entitled to the use of the surface waters of Warm Springs Creek for useful and beneficial purposes, correlatively with all other owners of lands riparian to Warm Springs Creek or riparian to those portions of the Santa Margarita River system

1 located downstream from the confluence of Warm Springs Creek
2 and Murrieta Creek.

                                V

That the issue of apportionment of the ground waters within the basins and the surface waters comprising Warm Springs Creek has not been raised in this case at this time and this issue is left open, is not decided herein, and this Court will reserve jurisdiction to litigate this issue if in the future it becomes necessary to do so.

INTERLOCUTORY JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all waters underlying areas delineated on U. S. Exhibit 274 as basement complex or basement complex (weathered) are vagrant, local, percolating waters not a part of the Santa Margarita River or any of its tributaries, nor do said ground waters add to or contribute to said River or any tributaries thereto.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ground waters within the younger alluvium in Diamond and Domenigoni Valleys as delineated on U. S.Exhibit 274 are a part of the Santa Margarita River in that said ground waters add to and contribute to Warm Springs Creek when the ground water levels in said Valleys north of the south line of Section 9, T6S, R2W, SBM exceeds 1400'.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that under present conditions, it would be unreasonable, wasteful and contrary to the Constitution and Statutes of the State of California to require that the water levels of the ground waters within said Diamond and Domenigoni Basins be maintained at elevation 1400' for the sole purpose of allowing a minor amount

15899

1  of water to move westward into Warm Springs Creek, a tributary
2  of the Santa Margarita River.
3         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
4  owners of land riparian to Warm Springs Creek have correlative
5  rights thereto; that said land riparian to said Creek is
6  described in Exhibit _____, which exhibit is incorporated by
7  reference into this Judgment.
8         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
9  issue of apportionment of the ground waters within the basins
10 and the surface waters comprising Warm Springs Creek has not
11 been raised in this case at this time, and this issue is left
12 open, is not decided herein, and this Court reserves jurisdiction
13 to litigate this issue if in the future it becomes necessary
14 to do so.
15        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this
16 Judgment is interlocutory, is not final, and this Court reserves
17 jurisdiction to modify or change it in any respect, with or
18 without notice, at any time until final judgment in this case
19 is entered.
20        Dated: _____, 1961.

_____
JUDGE

15900