**LODGED**

JUN 19 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al,

        Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND INTERLOCUTORY JUDGMENT NO. ____ PERTAINING TO ANZA AND CAHUILLA VALLEYS

## FINDINGS OF FACT

### I

That attached hereto marked Exhibit A, and incorporated herein and made a part hereof is United States Exhibit 278.

### II

That all ground waters which underlie basement complex or weathered basement complex as depicted on said U.S. Exhibit 278 are vagrant, local, percolating waters which do not add to nor support the Santa Margarita River and said ground waters are not a part of said Santa Margarita River or any tributary thereto.

- - -

- - -

## ANZA VALLEY

### III

That in the upper northeasterly portion of the Santa Margarita River watershed there is a ground water body commonly referred to as Anza Valley; that said ground water body is located in general in the southeasterly portion of Riverside County and is designated as Anza Valley on U. S. Exhibit 278.

### IV

That the ground waters that comprise said ground water body are those ground waters which underlie the areas of younger alluvium and older alluvium depicted on said U. S. Exhibit 278 upstream of the line depicted on U. S. Exhibit 278 in the approximate center of Section 29, Township 7 S, Range 3 E, and running to the northwest corner of said Section 29; that said line marks the downstream boundary of Anza Valley and the ground waters underlying said area; that said ground waters are percolating waters and are not within a known and defined channel.

### V

That attached hereto marked Exhibit B and incorporated herein and made a part of these findings is a list setting forth the apparent owners and designating by parcel number and legal description all lands which overlie said ground water body; that attached hereto marked Exhibit C and made a part of these findings is a compilation setting forth certain factual matters such as wells and data concerned therewith, irrigated and irrigable acreage and other relevant factual matters which pertain to the lands described in Exhibit B.

### VI

That said ground water body consists of two parts, a shallow aquifer extending to a depth of approximately 100 feet below ground surface elevation, which shallow aquifer underlies

the entire area of younger and older alluvium as found in Findings III and IV above, and a deep aquifer which is located primarily in the SW¼ of Section 16, the SE¼ of Section 17, the NE¼ of Section 28, and Section 21, Township 7 S, Range 3 E; that the shallow aquifer is composed of alluvium deposits, and with the exception of the extreme upper slope area of said ground water body, layers of clay and silt, with the result that its permeability is low; that the deep aquifer lies in an ancient stream channel which is composed primarily of gravel deposits and underlies said shallow aquifer primarily in the sections as found herein.

## VII

That the ground waters within the shallow aquifer move in a general southwesterly manner; that some of said ground waters pass out of said shallow aquifer through a thin area of alluvium approximately twenty (20) feet in depth lying over a shallow bedrock bench at a point in Section 29, Township 7 S, Range 3 E, heretofore described as the downstream boundary of Anza Valley as found in Finding IV above, into Cahuilla Creek, a tributary of the Santa Margarita River; that said ground waters which leave said shallow aquifer over said bedrock bench are consumed almost in their entirety by phreatophytes, and particularly wire grass, or by evaporation immediately downstream from that point where said ground waters move out of said shallow aquifer as found herein.

## VIII

That the wells which are presently pumping ground waters from said shallow aquifer are relatively poor producers and said wells have not been able to produce water in sufficient quantities for other than domestic use or for extremely limited irrigation purposes.

3

IX

That the source of the ground waters within said shallow aquifer are runoffs from surface drainage areas within the Santa Margarita River watershed occurring during or immediately after periods of precipitation; that the surface drainage area referred to herein is approximately 35.7 square miles and that the major portion of said runoff is derived from the Thomas Mountain area which lies north of Anza Valley as depicted on said U. S. Exhibit 278.

X

That at the present time, due to lack of sufficient information, it is impossible to determine the exact extent of said deep aquifer other than is found in Finding VI above; that quite probably said deep aquifer extends southerly into the $NW\frac{1}{4}$ of Section 27, Township 7 S, Range 3 E; that there exists a fault drawn on Exhibit 278 by a witness, which is located in a general northwest line in Sections 17, 20, 21 and quite possibly 28 of Township 7 S, Range 3 E, and that said deep aquifer lies immediately northeast of said fault for an area of approximately one-half mile, and that said fault does not extend up into the shallow aquifer referred to in Finding VI above.

XI

That due to the fault referred to in Finding X above and the layers of clay and silt referred to in Finding VI, the ground waters within the deep aquifer are contained and cannot move westerly into the Santa Margarita River; that any ground water movement of the waters contained within said deep aquifer can only be in an easterly direction out of the Santa Margarita River watershed and into another watershed (desert drainage watershed) in that the elevation of the bedrock lip between the Santa Margarita River watershed and the desert drainage watershed

4

1 is slightly lower than the elevation of the fault referred to
2 hereinabove in Finding X, and lower than the bedrock bench or
3 lip marking the downstream boundary of the ground water body
4 (Anza Valley) described in Finding VII above.

XII

That the source of the ground waters within said deep aquifer is runoff from the surface areas within the Santa Margarita River watershed which occurs during or immediately after periods of precipitation; that said surface areas consist of approximately 35.7 square miles and that the major portion of the runoff into said deep aquifer arises from the Thomas Mountain area which lies north of Anza Valley as depicted on U. S. Exhibit 278; that said runoff waters enter the ground primarily in Sections 4, 5, 6, and the N½ of Section 8 and the NW¼ of Section 9 of Township 7 S, Range 3 E; that these areas are in the northerly upper slope area of the ground water body; that the layers of clay and silt within the shallow aquifer as set forth in Finding VI above become thinner and eventually pinch out in the upper slope area of the ground water body, and in said Sections 4, 5, 6, N½ of Section 8 and the NW¼ of Section 9, Township 7 S, Range 3 E, of the shallow aquifer no clay or silt layers exist; that said waters, upon entering the ground, move in a southwesterly direction, pass under the silt and clay layers in the shallow aquifer and upon reaching the fault referred to in Finding X above, are effectively contained in the gravels which lie immediately easterly of said fault and which are more particularly described in Findings VI, X and XI above, and which are referred to herein as, and which do in fact comprise, the deep aquifer.

XIII

That primarily in Section 21, Township 7 S, Range 3 E,

substantial numbers of wells have been drilled into the gravels within the deep aquifer and that said wells produce waters for irrigation purposes; that said wells are included in the data set forth in Exhibit C; that as a result of the pumping from these wells the level of ground water within the deep aquifer has been lowered with the result that in the southeasterly portion of the deep aquifer the gradient of said waters is now in a northwesterly direction as contrasted to a southeasterly direction when the ground waters in the deep aquifer are at maximum level.

## UNITED STATES USES

### XIV

That attached hereto and incorporated herein and made a part of these findings is Exhibit D which is a legal description setting forth those lands of Cahuilla Indian Reservation and the Ramona Indian Reservation which are within the Santa Margarita River watershed; that said Cahuilla Indian Reservation was established pursuant to (Order of Withdrawal from entry made by Secretary of The Interior or by such other method as may be proven in this case) dated_____: that the United States in providing for said Cahuilla Indian Reservation intended to reserve rights to the use of such water which is physically available on said lands as may be necessary to satisfy the water uses of the Indians residing thereon; that the Ramona Indian Reservation was established by (Order of Withdrawal from entry made by the Secretary of The Interior or by such other method as may be proven in this case) dated_____; that the United States in providing for said Ramona Indian Reservation intended to reserve rights to the use of such water which is physically available on said lands as may be necessary to satisfy the water uses of the Indians residing thereon.

XV

That there has been no evidence introduced in this case as to the water needs of the Indians residing on said Reservations, or the water, if any, physically available on said Reservations and this court makes no finding on these factual matters.

XVI

That attached hereto and incorporated herein and made a part of these findings is Exhibit E which is a legal description setting forth those lands which have been duly withdrawn for the _____ National Forest and which lie within the Santa Margarita River watershed and which are within the area depicted on U. S. Exhibit 278; that said lands were withdrawn for use as a National Forest on_____.

XVII

That in withdrawing said lands for use as a National Forest the United States intended to reserve rights to the use of such waters as may physically exist under natural conditions on said lands to fulfill the purposes of a National Forest use.

CAHUILLA VALLEY

XVIII

That immediately downstream from Anza Valley there is a ground water body commonly referred to as Cahuilla Valley; that said ground water body consists of the ground waters which underlie the areas of younger alluvium and older alluvium and is designated as Cahuilla Valley on U. S. Exhibit 278.

XIX

That attached hereto marked Exhibit F and incorporated herein and made a part of these findings is a list setting forth the apparent owners and designating the parcel numbers and legal description of all lands that overlie said ground water body;

7

that attached hereto and marked Exhibit G is a compilation setting forth certain factual information pertaining to wells and data concerned therewith, irrigated and irrigable acreage and other relevant factual matters which concern the lands described in Exhibit F.

XX

That at the southwestern portion of the ground water body and primarily in Sections 30, 31 and 32, Township 7 S, Range 2 E, there is a lip of bedrock which extends almost to the ground surface; that as a result thereof the ground waters within the said Cahuilla Valley do not move westerly but are contained therein, with the exception that when the alluvium in Cahuilla Valley and which alluvium overlies said bedrock lip is saturated, there is a slight flow of surface water over said lip into Cahuilla Creek, a tributary of the Santa Margarita River; that the amount of water which flows over said lip on the surface into said creek is slight and is consumed within a short distance downstream by evapo-transportation losses.

GENERAL FINDINGS

XXI

That with the exception of extremely limited areas, the surface flow of water within the area depicted on U. S. Exhibit 278 (Exhibit A) exists only during or immediately after periods of precipitation; that it is in fact true, therefore, that the riparian right to use said surface waters for beneficial purposes is illusory in that there is no substantial need for surface water use during the limited periods that it actually exists.

XXII

That at the present status of this case, the issue of apportionment has not been presented and this court has taken no

8

15952

1  evidence directed to establishing whether any beneficial use
2  of water is reasonable or unreasonable as to amount of water
3  used and this issue is left open, is not decided herein, and
4  shall be litigated if and when in the future it becomes neces-
5  sary to do so.

## CONCLUSIONS OF LAW

### I

That all ground waters which are located within the areas depicted as being of basement complex or weathered basement complex on U. S. Exhibit 278 are not a part of the Santa Margarita River nor do said waters add to, contribute to nor support said River or any tributary thereto.

### II

That all ground waters which underlie the areas of younger and older alluvium in Anza Valley which lie within the shallow aquifer as found herein, add to, contribute to, and support the Santa Margarita River.

### III

That all ground waters which are located within the deep aquifer of Anza Valley as found herein are not a part of the Santa Margarita River and do not add to, contribute to nor support the said River.

### IV

That all ground waters which underlie the areas of younger and older alluvium in Cahuilla Valley add to, contribute to and support the Santa Margarita River.

### V

That all surface flows of waters on any of the lands described or referred to in said findings are a part of the Santa Margarita River.

- - - -

VI

That the United States on behalf of the Indians on the Reservation referred to herein has the right to use the waters which are physically available on said lands in quantitites reasonably necessary for the Indians' use thereon with a priority date as of_____for Cahuilla Reservation and _____for the Ramona Indian Reservation.

VII

That the United States has the right to use waters which are physically available on the lands of the_____ National Forest on said lands with a priority date of_____

VIII

That all owners of land overlying areas of younger and older alluvium in Cahuilla Valley have correlative overlying rights to the use of the ground waters underlying their respective lands.

IX

That all owners of land overlying the shallow aquifer in Anza Valley have correlative overlying rights to the use of ground waters underlying their respective lands.

X

That all owners of riparian or overlying lands downstream from Anza Valley and downstream from Cahuilla Valley have correlative rights to the surface waters of Cahuilla Creek and tributaries thereto and have correlative rights to the ground waters in the shallow aquifer of Anza Valley and to the ground waters in the younger and older alluvium in Cahuilla Valley provided that such waters add to or support that portion of the Santa Margarita River stream system to which their lands are riparian or overlying.

- - -

XI

That all owners of land overlying the deep aquifer in Anza Valley have correlative rights to the use of the ground waters within said deep aquifer for use on their overlying lands; that no other water users other than those whose lands overlie said deep aquifer have any rights to the use of ground waters contained therein.

XII

That to the extent that any land is riparian to any surface flow said land has a riparian right to use said water as may exist.

XIII

That the issue of apportionment and the issue as to whether any beneficial use of waters is reasonable in amount is not decided herein.

INTERLOCUTORY JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all surface flows of water on any of the lands depicted on Exhibit A attached hereto are a part of the Santa Margarita River and that those lands riparian thereto have correlative riparian rights to the use of said surface waters.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters which underlie areas of younger and older alluvium in Cahuilla Valley are percolating waters and add to and support the Santa Margarita River.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters located within the shallow aquifer in Anza Valley are percolating waters and add to, contribute to and support the Santa Margarita River.

11

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all waters located within the deep aquifer in Anza Valley do not add to, nor contribute to, nor support the Santa Margarita River and that said waters are not a part of the said Santa Margarita River or of any tributaries thereto.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that for the benefit of the Cahuilla Indian Reservation and the Ramona Indian Reservation as described in Exhibit C attached hereto there is a right to use such surface or ground waters as may physically exist on said lands for Indian uses with a priority date of _____ for the Cahuilla Indian Reservation, and _____ for the Ramona Indian Reservation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States has a right to use so much of the surface and ground waters as may be physically available on the lands of the _____ National Forest for national forest use with a priority date of _____.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Judgment is interlocutory, is not final, is not appealable and is subject to modification, change or cancellation by this Court until such time as a final decree is entered in this case.

Dated: _____, 1961.

_____
JUDGE