SUGGESTED LANGUAGE OF THE STATE OF CALIFORNIA IN REGARD TO TUCALOTA CREEK FINDINGS XXXIII and XXXIV

FILED
JUN 19 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

1. There are no records of runoff of Tucalota Creek, but the evidence does establish that in general throughout the Santa Margarita River watershed there is no repetitious pattern of precipitation and consequent runoff, and that the amount of rainfall and the period of rainfall follow no consistent pattern.

That with the exception of extremely limited areas, the surface flow of Tucalota Creek exists only during or immediately after periods of precipitation, and as a result, the riparian right to use said surface waters for beneficial purposes is illusory in that there is no substantial need for surface water use during the limited periods that it is actually physically available.

That there has been no evidence introduced in this case as to amounts of ground waters in the ground water basins referred to herein, or any evidence directed to establishing the safe annual yield from said basins.

That in view of the present uses of ground waters on irrigated lands and the potential use of water on extensive irrigable lands not now irrigated, there appears to be no reasonable possibility of a material contribution to the Santa Margarita River from Tucalota Creek or the ground waters which add to and support said creek other than from surface flows which occur during or immediately after periods of precipitation.

That if and when an attempt is made by the owners of said lands to irrigate all their irrigable lands not now irrigated, or any substantial part thereof, a serious problem of apportionment may well be presented in that it is probable, if not in fact certain, that there is insufficient water physically available to beneficially irrigate all of said overlying or riparian irrigable lands or in fact any substantial portion thereof.

15892