# LODGED

## JUN 19 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| v. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT NO. 29 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | SANDIA CREEK |

Sandia Creek flowing southwesterly and southerly, has its headwaters in the Santa Rosa Grant of the Vail Ranch approximately five miles north of the southern boundary of the Santa Rosa Grant and near the boundary line between Townships 3 and 4 West. After leaving the Vail Ranch, Sandia Creek flows southwesterly across the western half of Fractional Section 25, Township 8 South, Range 4 West, San Bernardino Base and Meridian, southerly and south-easterly across Section 36, Township 8 South, Range 4 West, and southerly across the eastern half of Section 1, Township 9 South, Range 4 West, and joins the Santa Margarita River in the Northeast Quarter of the Northeast Quarter of Section 12, Township Nine South, Range 4 West, near the eastern boundary of the said Section 12. The subwatershed drained by Sandia Creek is shown on U.S.A.-Plaintiff's Exhibit 69, attached hereto and made a part hereof.

II

Throughout most of its course Sandia Creek is an intermittent stream

- 1 -

15908

having surface flow only during and immediately after heavy precipitation and runoff.  There are two reaches of the stream that are perennial as shown on U.S.A.-Plaintiff's Exhibit 69.  The surface waters of Sandia Creek and the surface waters of the area drained thereby are part of the Santa Margarita River.

### III

From a point approximately two and three-quarter miles north of the southern boundary of the Santa Rosa Grant to the Southwest Quarter of the Northwest Quarter of Section 36, Township 8 South, Range 4 West, Sandia Creek is underlain with a stringer of alluvium.  Sandia Creek runs over another stringer of alluvium from a point near the north boundary of Section 1, Township 9 South, Range 4 West, to the confluence of Sandia Creek and the Santa Margarita River.  The alluvium along the remainder of Sandia Creek is negligible.   The ground waters found within the stringers of alluvium along Sandia Creek are a part of the Santa Margarita River.  The ground waters in the balance of the drainage area of Sandia Creek are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries.  The areas of younger alluvium are shown on U.S.A.-Plaintiff's Exhibit 69 referred to in Finding No. I above.

### IV

Attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked "Exhibit A" and made a part of them by reference, are those portions of U.S.A.-Plaintiff's Exhibit 212-B, Santa Margarita River Watershed Below Temecula Gorge and Above DeLuz Creek Confluence, setting forth the parcel numbers, the names of the apparent owners, and legal description of all lands within the sub-watershed of Sandia Creek, a tributary of the Santa Margarita River.  The parcel numbers referred to in U.S.A.-Plaintiff's Exhibit 212-B pursuant to which the individual tracts are designated are explained as follows:  The first number refers to the Township; the second number refers to the Range; the next number or numbers refer to the Section or Sections or parts of Sections; the final number separated from the sections by a dash is the parcel number, thus: Parcel 84W-25-48 refers to Section Twenty-five, Township 8 South, Range 4 West, parcel 48.

### V

The following parcels of land, the exact legal descriptions of which are set forth in Exhibit A attached hereto, are not riparian to any stream or

creek within the Sandia Creek watershed.  The ground waters, if any, underlying said lands are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries:

Parcel 59, apparent owner Edward H. Goodwin.

Parcel 63, apparent owner W. H. Ivey.

Parcel 64, apparent owner Elmer P. Bieck.

Parcel 65, apparent owner Madelyn Shafer.

Parcels 73 and 86, apparent owner John W. Day.

Parcel 84, apparent owner Samuel S. Schier.

VI

The following parcels of lands, the exact legal descriptions of which are set forth in Exhibit A attached hereto, are traversed by or abut upon intermittent streams tributary to Sandia Creek, which streams flow only during and immediately after periods of heavy precipitation and runoff.  Excepting for such periods, no water flows in any of such streams.  During periods of high precipitation and runoff the surface waters flowing in such intermittent streams are a part of the waters of Sandia Creek and the Santa Margarita River system, and the rights of the owners of said parcels in and to the use of such surface waters are riparian rights, as hereinafter in these Findings and Judgment limited and determined.  The ground waters, if any, underlying each of such parcels are vagrant, local, percolating waters, not a part of any surface or sub-surface stream or sub-surface basin of the Santa Margarita River or any of its tributaries:

Parcel 58, apparent owner Dwight R. Frakes.

Parcel 60, apparent owners Charles F. Sawday, Arthur W. Carey, Ewart W. Goodwin and Paul D. Bradshaw.

Parcel 61, apparent owner I. Di Silvestre.

Parcel 62, apparent owner Anna Caserta.

Parcel 67, apparent owner Shirley R. Shippee.

Parcel 68, apparent owner Alfred W. Silva.

3

15910

1    Parcel 72, apparent owners William H. Wildin, Frank J. Subic,

2 Susanne Guthrie and Leon Calkins.

3    Parcel 74, apparent owner Robert H. Baker.

4    Parcel 75, apparent owner Joseph W. Hovelman.

5    Parcel 76, apparent owner Wilbur W. Buckner.

6    Parcel 78, apparent owner Roland G. Mason.

7                                    VII

8    The following parcels of land, the exact legal descriptions of

9 which are set forth in Exhibit A attached hereto, are traversed by or abut upon

10 Sandia Creek and are riparian to that stream.  In regard to those parcels there

11 are also attached and made a part of these Findings by reference, Exhibits B, C,

12 D, and E, setting forth gross, irrigable and irrigated acreages, together with

13 descriptions of wells and reservoirs.  The ground waters, if any, found within

14 the alluvial deposits in those portions of each such parcel along the course of

15 Sandia Creek are a part of the sub-surface flow of Sandia Creek and of the Santa

16 Margarita River system.  The waters, if any, underlying the balance of each of

17 such parcels are vagrant, local, percolating waters, not a part of any surface

18 or sub-surface stream or sub-surface basin of the Santa Margarita River or any

19 of its tributaries:

20    Parcel 3, apparent owner Vail Company.  See in regard to this property

21 attached Exhibit B.

22    Parcel 35, apparent owner Fallbrook Public Utility District.  There

23 is no evidence as to the number of irrigable acres contained in said parcel.

24    Parcel 60, apparent owners Charles F. Sawday, Arthur W. Carey,

25 Ewart W. Goodwin and Paul D. Bradshaw.  See in regard to this property attached

26 Exhibit C.

27    Parcel 66, apparent owner George F. Yackey.  See in regard to this

28 property attached Exhibit D.

29    Parcel 71, apparent owner Millicent Y. Taylor.  See in regard to this

30 property attached Exhibit E.

31                                   VIII

32    Parcel 77, apparent owner Charles F. Sill, was at the date of filing

15911

1 this action a part of a larger parcel traversed by Sandia Creek and riparian

2 thereto.  On or about November 11, 1955, and on or about March 13, 1957, the

3 owner of said lands sold and conveyed to the Fallbrook Public Utility District

4 those portions of said lands traversed by Sandia Creek, reserving, however,

5 to said Parcel 77 the full riparian rights of the lands conveyed.  The ground

6 waters, if any, underlying said Parcel 77 are vagrant, local, percolating waters,

7 not a part  of any surface or sub-surface stream or sub-surface basin of the

8 Santa Margarita River or any of its tributaries.  There is no evidence as to

9 the number of irrigable acres contained in said Parcel 77.

10                                    IX

11         The owners of the following parcels of land, the exact legal

12 descriptions of which are set forth in Exhibit A attached hereto, have secured

13 permits from the State of California to appropriate waters from Sandia Creek

14 and its tributaries as set forth herein:

15         A.  Parcel 60, apparent owners Paul D. Bradshaw, Arthur W. Carey,

16 Ewart W. Goodwin and Charles F. Sawday, based upon

17         1.  Permit of the State of California Water Rights Board

18 number 12254 (Application number 14561) with a priority date of November 2, 1951,

19 to appropriate for irrigation purposes not to exceed 35 acre feet per annum of

20 the waters of Brians Creek, a tributary of Sandia Creek, to be collected during

21 the period 1 December through 1 May of each water year and impounded in a

22 reservoir located in Sec. 31, T 8 S, R 3 W, San Bernardino Meridian.  Use is

23 presently being made under said Permit.

24         2.  Permit of the State of California Water Rights Board number 12255

25 (Application number 18156) with a priority date of May 26, 1958, to appropriate

26 for irrigation purposes not to exceed 35 acre feet per annum of the waters of

27 Brians Creek, a tributary of Sandia Creek, to be collected during the period

28 1 December through 1 May of each water year and impounded in a reservoir located

29 in Sec. 31, T 8 S, R 3 W, San Bernardino Meridian.  Use is presently being made

30 under said Permit.

31         B.  Parcel 66, apparent owner George F. Yackey, and Parcel 71, apparent

32 owner Millicent Y. Taylor, based upon

1    Permit of the State of California Water Rights Board number 12599

2 (Application number 18393) with a priority date of October 30, 1958, to

3 appropriate for domestic, irrigation, stock water and recreational purposes

4 not to exceed 1800 acre feet per annum of the waters of Sandia Creek, to be

5 collected during the period 1 November through 30 April of each water year and

6 impounded in a proposed reservoir to be located in Sections 25 and 36, T 8 S, R 4 W,

7 San Barnardino Meridian.  The said reservoir has not been constructed and no

8 present use is being made under said permit.

9                                              X

10    The permits listed above and any rights emanating from them are

11 subject, subordinate, and junior in time to the:

12    A.  Appropriative rights to the use of water of the United States

13    of America for Lake O'Neill which has a priority date of 1883, all as

14    set forth in Findings of Fact, Conclusions of Law and Interlocutory

15    Judgment No. 24;

16    B.  Permits issued by the State of California to the Fallbrook

17    Public Utility District all as set forth in Findings of Fact,

18    Conclusions of Law and Interlocutory Judgment No. __23__

19 Those last mentioned Findings of Fact, Conclusions of Law and Interlocutory

20 Judgments numbered 24 and __23__ are incorporated by reference in these

21 Findings of Fact, Conclusions of Law and Interlocutory Judgment and made a part

22 of them.  They relate to rights and claims to rights in the Santa Margarita

23 River below the confluence of that stream with Sandia Creek.

24                                              XI

25    There are no presently vested prescriptive rights or rights based upon

26 adverse user to the use of any of the waters of Sandia Creek or any of its

27 tributaries.

28                                              XII

29    There are no records of runoff in the Sandia Creek subwatershed.  The

30 records of runoff in the Santa Margarita River watershed, as of the date of

31 entry of this Interlocutory Judgment, disclose that there is no repetitious

32 pattern of precipitation and runoff upon which there could be a finding as to a

The major stringer of younger alluvium referred to above begins in projected Section 12 and extends through projected Sections 13, 24, 25 and into surveyed Section 25 and into the Northwest Quarter of Section 36 of Township 8 South, Range 4 West.

That that portion of said last described stringer of younger alluvium beginning in projected Section 12 and lying in projected Sections 13, 24 and in projected Section 25 south to the line between Riverside and San Diego County Line, lies entirely on Vail property.

That Vail has presently been making no use of its riparian rights in said area, except for stock watering purposes; that there exists riparian land on the Vail property which is irrigable, and on which in the future water can reasonably and beneficially be used for agricultural and other riparian purposes.

That use has been made of riparian water south of the Riverside-San Diego County line upon various parcels of riparian land; that in view of the potential uses of the water in the future on Vail lands, and the present and potential uses of water on the lands south of Vail, the irrigable acreage in the Sandia Creek watershed is far in excess of the present available water supply; that except in times of rainfall and surface runoff immediately following a rainfall, there is during most of the year, only a small amount of water in the stream; that the riparian rights referred to in Finding VI existing on Sandia Creek and its tributaries are illusory, in that they are usable only at time of rainfall and subsequent runoff, which is a time when they are of no value to the owners of riparian land.

That in view of the present and potential riparian uses on Sandia Creek, there is no reasonable possibility of a continuing material contribution from Sandia Creek to the waters of the Santa Margarita River below its junction therewith, except in periods of precipitation and subsequent runoff; that if and when Vail Company makes use of its riparian rights upstream on Sandia Creek, over and above the present uses for stock watering purposes, a serious problem of apportionment may well be presented involving the downstream riparian owners on the lands south of the San Diego-Riverside County line.

XIII

As found above, the rights of the parties to the short supply of water in Sandia Creek are largely illusory in character. In regard to those rights there will not be decided at this time among the parties the manner in which the available waters of that stream will be apportioned; or a determination made of the reasonableness of present uses. This Court retains continuing jurisdiction of all matters for the purpose of making those determinations and any others, if required, at some future date.

CONCLUSIONS OF LAW

I

Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F. Sawday are the owners of the permits to appropriate rights to the use of water described in Findings IX-A of the Findings of Fact herein. Each of said permits is valid and in good standing.

II

George F. Yackey and Millicent Y. Taylor are the owners of permits described in Findings IX-B of these Findings of Fact herein. Each of said permits is valid and in good standing.

III

The permits referred to in Conclusions of Law numbered I and II above are the only permits issued by the State of California to claimants on Sandia Creek. Those permits are subject to the vested appropriative rights of the United States of America and the permits of the Fallbrook Public Utility District, all of which are referred to in Finding No. X above. There are no non-statutory appropriative rights on the stream in question.

IV

No prescriptive rights to the use of the waters of Sandia Creek or any of its tributaries have been perfected. No adverse users exist and no uses now existing may lead to prescriptive rights in Sandia Creek. Reference in regard to prescriptive rights is made to Conclusion of Law No. IV and Paragraph I of Interlocutory Judgment No. 28.

15915

V

The lands described in Finding No. VII of the Findings of Fact are riparian to Sandia Creek.   And the lands described in Finding No. VIII, though no longer abutting upon the Creek, have riparian rights pertaining thereto by reason of the reservations contained in deeds of record.

VI

The owners of the lands described in Findings VII and VIII of the Findings of Fact herein are entitled to the use of the waters of Sandia Creek, both surface and sub-surface, for all reasonable and beneficial riparian uses and purposes, correlatively with all other owners of lands riparian to Sandia Creek, and with owners of lands riparian to Santa Margarita River below its confluence with Sandia Creek, and with owners of overlying ground water areas supporting the Santa Margarita River below its confluence with Sandia Creek.

VII

There are no findings as to the reasonableness of the water uses on Sandia Creek nor have there been findings as to the share of the available supply each claimant to water is entitled to in that stream.  Accordingly, there will be no adjudication respecting those matters at this time.  This Court, however, retains continuing jurisdiction for all purposes to determine, if required, the reasonableness of the uses which are made and to apportion the available supply among the owners of rights to the use of water as adjudged in this case.

VIII

The owners of the lands described in Finding V of the Findings of Fact herein have no rights in or to the waters of Sandia Creek or any of its tributaries.

IX

The owners of the lands described in Finding VI of the Findings of Fact herein are entitled to the use of the surface waters of the intermittent streams to which said lands are riparian, for all reasonable and beneficial riparian uses and purposes correlatively with all other owners of land riparian

to said intermittent streams, and with owners of land riparian to Sandia

Creek, and with overlying owners and riparians below the confluence of such

intermittent stream with Sandia Creek.  That such riparian rights described in

VI are presently illusory and of no real value.

X

The United States of America, and all other parties in this action

having rights to the use of the waters of Sandia Creek or its tributaries

have claimed no rights and have no rights in or to the ground waters described

in the Findings of Fact herein as vagrant, local, percolating waters not a part

of any surface or sub-surface stream or sub-surface basin of the Santa Margarita

River or any of its tributaries.

INTERLOCUTORY JUDGMENT

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.  That all of the lands described in Findings VII and VIII of the

Findings of Fact herein, which Findings are incorporated herein by reference,

are riparian to Sandia Creek, a tributary of the Santa Margarita River.

2.  That all of the lands described in Finding VI of the Findings

of Fact herein, which Finding is incorporated herein by reference, are riparian

to the various intermittent streams upon which said lands abut or which

traverse said lands.

3.  Paul D. Bradshaw, Arthur W. Carey, Ewart W. Goodwin and Charles F.

Sawday are the owners of permits for the appropriation of rights to the use of

waters of Brians Creek described in Finding IX-A of the  Findings of Fact herein,

which Finding is incorporated herein by reference.

4.  George F. Yackey and Millicent Y. Taylor are the owners of permits

for the appropriation of rights to the use of waters of Sandia Creek described

in Finding IX-B of the Findings of Fact herein, which Finding is incorporated

herein by reference.

5.  The exact quantities or proportions of the waters of Sandia Creek

and its tributaries to which any of the parties hereto are now or may in the

future be entitled is not determined by this Interlocutory Judgment.  The

Court retains continuing jurisdiction of this cause and of the parties named

herein, their heirs, successors and assigns, and reserves the right to make an
apportionment or apportionments of the waters of Sandia Creek and its
tributaries, or to regulate, restrict, prohibit or control the use of the waters
of said stream upon proper showing by any of the parties to this cause, their
heirs, successors and assigns.

6.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the
decision of the United States Court of Appeals for the Ninth Circuit,
<u>California</u> v. <u>United States</u>, 235 F.2d 647 (C.A.9, 1956), that this is not a
final decree but is interlocutory in character and by reason of the Order
by this Court that all parties are adverse one to another, thus dispensing with
cross-pleadings, all other parties to this proceeding may object to these
Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given
full opportunity upon due notice to interpose their objections to these Findings
of Fact, Conclusions of Law and Interlocutory Judgment.


Dated: _____        _____
                                      JAMES M. CARTER
                              Judge, United States District Court

15918

(EXHIBIT 212-B)

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  83W, 84W & 93W - 1 Continued

The Following described property in Township Nine (9) South,

Range Three (3) West, San Bernardino Base and Meridian, in

the County of San Diego, State of California:

The Northwest Quarter of the Northwest Quarter of Section One (1)

The Northeast Quarter of the Northeast Quarter of Section

Three (3).

OWNER

U. S. A.

Parcel:  83W-36-2

The Northwest Quarter; and the West Half of the Northeast Quarter of

Section Thirty-six (36), Township Eight (8) South, Range Three (3)

West, San Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNER:

STATE OF CALIFORNIA

Parcel:  83W-23 & 24-3

Lots One (1), Two (2), Three (3) and Four (4), Section Twenty-three

(23), Township Eight South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

Also,  Lot Six (6) in Section Twenty-four (24) in said Township

and Range.

OWNER:

VAIL COMPANY, Inc.

Parcel:  83W & 93W - 4

The following described property in Township Eight (8) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of

**Santa Margarita River Watershed Below Temecula Gorge**

**And Above Deluz Creek Confluence**

Parcel:  84W, 93&4W - 35

The Survey Condemnation Area of Fallbrook Public Utility District
being those portions of Section Thirty-six (36), Township Eight (8)
South, Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California,  Sections Four (4),
Five (5), Eight (8),  Nine (9), and Seventeen (17), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, and Sections One (1),
Six (6), Seven (7) and Twelve (12), Township Nine (9) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, bounded and described as follows:

Beginning at the point in Township Nine (9) South, Range Three
(3) West where the Southeast Corner of Section Seven (7), the South-
west Corner of Section Eight (8), the Northwest Corner of Section
Seventeen (17), and the Northeast Corner of Section Eighteen (18)
meet;  thence South 89°53'20" East, 65 feet;  thence North 02°35'
East, 451.19 feet;  thence North 49°00'10" East, 179.63 feet;
thence North 65°19' East, 347.21 feet;  thence South 64°36'50" East,
152.84 feet;  thence South 08°50'30" East, 657.24 feet to the North
line of Section Seventeen (17);  thence South 09°19'20" West, 529.0
feet;  thence North 46°54'20" East, 613.66 feet;  thence North 30°
59'40" East, 118.53 feet to South line of Section Eight (8);  thence
South 89°53'20" East, 1498.31 feet;  thence North 01°25'10" West,
1480.76 feet;  thence North 32°20'10" East, 877.90 feet;  thence
South 86°37'55" East, 667.11 feet;  thence South 54°41'45" East,
260.68 feet;  thence South 37°00'20" East, 759.58 feet;  thence
North 17°27'15" East, 207.97 feet;  thence North 19°18'10" East, 731.82
feet;  thence North 24°56'10" East, 366.17 feet to North line of the
Southeast Quarter of Section Eight (8);  thence North 31°17'35" East,
258.23 feet;  thence South 89°51'40" East, 688.46 feet into Section

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

Nine (9);  thence North 53°26'15" East, 95.71 feet;  thence North
27°56'40" West, 147.82 feet;  thence North 72°38'50" West, 313.84
feet;  thence North 20°32'40" West, 251.04 feet;  thence North 39°
53'30" West, 199.30 feet, into Section Eight (8);  thence South
69°12'05" West, 951.10 feet;  thence South 30°09' West, 343.70 feet;
thence North 30°09' East, 1165.74 feet;  thence North 50°51' East,
184.72 feet;  thence North 88°41'40" East, 411.63 feet to East line
of Section Eight (8);  thence North 0°06'10" West, along said East line
660 feet to the Northeast Corner of Section Eight (8), (also the North-
west Corner of Section Nine (9);  thence South 89°58'40" East, along
North line of Section Nine (9), 251.13 feet;  thence South 29°20'20"
East, 161.48 feet;  thence North 63°26' East, 163.39 feet;  thence
North 03°09' East, 67.71 to the North line of Section Nine (9);  thence
South 89°58'40" East along said North line, 213.38 feet;  thence North
01°29'50" East, 306.91/ feet in Section Four (4);  thence North 57°32'42"
East, 80.63 feet;  thence North 54°27' East, 179.95 feet;  thence North
60°44'20" East, 295.09 feet;  thence North 14°18'30" East, 218.28 feet;
thence North 34°03' East, 650.20 feet;  thence North 50°36' East, 345.13
feet;  thence North 27°16'25" East, 309.00 feet;  thence North 60°36'
East, 154.38 feet;  thence North 45°26'10" West, 205.72 feet;  thence
North 15°25'45" East, 183.19 feet;  thence North 39°49'15" East, 204.90
feet;  thence North 33°18' East, 410 feet;  thence North 60°18' West,
88.70 feet;  thence North 25°24' East, 146.49 feet;  thence North 37°
47'20" East, 311.44 feet;  thence North 58°54' East, 180.29 feet;
thence North 58°54' East, 194.21 feet;  thence North 56°40'30" East,
204.58 feet;  thence North 83°59'30" East, 226.15 feet;  thence South
76°09'30" East, 108.12 feet;  thence South 68°55'40" East, 109.56 feet;
thence North 53°33' East, 167.68 feet;  thence North 67°42'40" East,
390.42 feet;  thence North 55°17'45" East, 316.70 feet;  thence North

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

19°06'40" East, 431.15 feet;  thence North 07°00'50" East, 312.89

feet;  thence South 76°44'45" West, 484.48 feet;  thence South 29°

49'05" West 205.14 feet;  thence South 73°26'30" West, 657.41 feet

to the South line of the North Half of the Northeast Quarter of

Section Four (4);  thence South 88°38'50" West, along said line

413.23 feet;  thence South 88°58'40" West, 1351.13 feet;  thence

South 01°29'50" West, 1001.25 feet;  thence South 27°55'05" West,

652.16 feet;  thence South 17°30'30" East, 213.45 feet;  thence

South 24°47'10" West, 312.41 feet;  thence South 42°45'25" East,

252.40 feet;  thence South 32°44'40" West, 594.73 feet;  thence

South 68°13'10" West, 807.47 feet;  thence South 42°07'05" West,

364.36 feet into Section Five (5);  thence South 52°12' West, 182.11

feet;  thence South 58°51'25" West, 205.60 feet;  thence North 82°44'35"

West, 298.85 feet;  thence North 80°01'50" West, 498.81 feet;  thence

South 42°22' West, 1411.75 feet, into Section Eight (8);  thence South

28°31'55" East, 350.16 feet;  thence South 35°13' West, 764.10 feet;

thence South 83°58' West, 334.62 feet to North and South center line

of Section Eight (8);  thence South 31°38'50" West, 856.01 feet;

thence South 71°30'50" West, 443.18 feet;  thence South 57°20'50" West,

479.84 feet;  thence South 79°09'10" West, 325.39 feet to East and West

center line of Section Eight (8);  thence South 89°52'20" West along

said East and West Center line 959.47 feet to West line of Section

Eight (8);  thence North 28°35'25" East, 399.35 feet;  thence North

38°07'40" East, 489.21 feet;  thence North 55°01'40" East, 294.31 feet;

thence North 0°12'45" West, 464.17 feet;  thence North 77°23'35" West,

769.41 feet to West line of Section Eight (8) and East line of Section

Seven (7);  thence North 77°23'35" West, 645.00 feet; in Section Seven

(7);  thence South 34°01' West, 296.80 feet;  thence North 30°31'30"

West, 199.71 feet;  thence South 66°36'30" West, 380.96 feet;  thence

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

South 84°32'30" West, 236.76;  thence South 43°14' West, 204.20 feet

to South line of North Half of the Northeast Quarter of Section Seven

(7);  thence South 88°15' West along said South line 77.05 feet;

thence North 34°29' East, 202.80 feet;  thence North 26°11'40" West,

221.83 feet;  thence North 40°11" East, 214.51 feet;  thence South

88°52' East, 166.14 feet;  thence North 23°01'40" West, 520.54 feet;

thence South 38°07'30" West, 296.14 feet;  thence South 59°25'20"

West, 249.38 feet;  thence North 82°47'35" West, 165.71 feet;  thence

North 20°59' West, 376.39 feet;  thence North 58°48'50" East, 590.30

feet;  thence North 37°28'15" West, 159.90 feet, into Section Six (6);

thence North 05°40'15" East, 364.86 feet;  thence North 30°30'45" East,

198.14 feet;  thence North 47°02'10" West, 370.15 feet;  thence North

30°24'45" East, 631.56 feet;  thence North 83°26'35" West, 708.46 feet;

thence South 52°53'20" West, 193.29 feet;  thence South 32°36' West,

86.33 feet to North and South Center Line of Section Six (6);  thence

South 01°47'27" West, along said North and South Center Line 530.92

feet;  thence South 27°47'15" West, 150.30 feet;  thence North 87°03'

25" West, 263.54 feet;  thence South 5°19'45" East, 289.25 feet;  thence

South 22°19'40" West, 145.22 feet;  thence South 59°41'45" West, 533.70

feet to South line of Section Six (6);  thence North 89°25'40" West

along said South line 130.34 feet;  thence North 31°12' West, 337.04 feet;

thence North 0°55'30" East, 824.68 feet;  thence South 83°02'35" West,

751.68 feet;  thence South 44°18'40" West, 1103.01 feet to West line of

Section Six (6), and East line of Section One (1), at a point distant

North 02°23'40" East, 215.84/ feet from Southwest Corner of Section Six (6)

and Southeast Corner of Section One (1);  thence North 02°23'40" East

along said East line of Section One (1), 2213.99 feet;  thence South

24°35'40" West, 1090.44 feet;  thence North 15°09' West, 524.58 feet;

thence North 05°24'20" West, 398.15 feet;  thence North 48°36' East,

15923

-22-                              "EXHIBIT A"

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

474.09 feet to East and West center line of Section One (1);  thence

South 89°56'32" West along said East and West center line, 379.22

feet;  thence North 09°33'45" West, 314.65 feet;  thence North 36°19'

10" West, 341.32 feet;  thence North 01°04'30" East, 194.48 feet;

thence North 85°20'50" East, 230.10 feet;  thence North 21°45'05"

West, 200.30 feet;  thence North 33°34'40" West, 263.06 feet;  thence

South 89°17'05" West, 181.60 feet;  thence North 50°31'50" West, 175.09

feet;  thence North 47°51'30" East, 312.45 feet;  thence North 52°06'05"

East, 143.82 feet;  thence South 87°47'30" East, 126.29 feet;  thence

North 07°41' East, 174.46 feet;  thence North 29°51' East, 107.98 feet;

thence North 60°59'35" East, 220.51 feet;  thence North 69°08'40" East,

273.77 feet;  thence North 37°02'05" East, 511.25 feet;  thence North

22°40'05" East, 82.74 feet to East line of Section One (1);  thence

North 02°37'40" East along said East line, 364.78 feet to Northeast

Corner of Section One (1);  thence South 54°36'25" West, 665.40 feet;

thence North 88°28'45" West, 215.87 feet;  thence North 27°08'35" West,

405.85 feet to North line of Section One (1), and South line of Section

Thirty-six (36);  thence North 27°08'35" West, 84.65 feet in Section

Thirty-six (36);  thence North 15°52'25" West, 549.59 feet;  thence

North 11°41' East, 336.27 feet;  thence North 13°13' West, 218.75 feet;

thence South 45°33'40" West, 316.25 feet;  thence North 81°24'30" West,

370.79 feet;  thence North 33°17' West, 501.44 feet;  thence South 89°

22'25" West, 426.37 feet;  thence South 24°32'15" East, 327.49 feet;

thence South 29°46'50" East, 1279.37 feet to South line of Section

Thirty-six (36) and North line of Section One (1);  thence South 89°07'06"

West along said North line, 997.87 feet to North and South center line of

Section One (1);  thence South 01°41'44" West along said North and South

center line, 2280.36 feet;  thence South 89°56'32" West, 660 feet;  thence

South 01°41'44" West, 1129.16 feet;  thence North 89°56'32" East, 660 feet

to North and South center line of Section One (1):  thence South 01°41'44"

15924

EXHIBIT A

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W -35 Continued

West, 800 feet to North line of the South Half of the Southeast Quarter
of Section One (1);  thence North 89°53'16" East along said North line,
1035.05 feet;  thence South 02°02'42" West, 1328.61 feet to South line
of Section One (1);  thence South 89°50' West along South line of Sec-
tion One (1) and North line of Section Twelve (12), 1027.41 feet to
North and South center line of Section Twelve (12);  thence South 0°
33'25" West along said North and South center line, 1434.28 feet to South
line of the North Half of the Northeast Quarter of Section Twelve (12);
thence North 89°17'18" East along said South line, 1276.67 feet to West
line of East Half of the Northeast Quarter of Section Twelve (12);  thence
South 0°35'44" West along said West line, 1004.87 feet;  thence South 89°
24'16" East, 313.06 feet;  thence South 0°35'54" West, 407.33 feet to East
and West center line of Section Twelve (12);  thence South 48°41'20" East,
522.33 feet;  thence South 45°25'50" East, 86.47 feet;  thence South 31°14"
East, 72.30 feet;  thence South 85°56'50" East, 415.84 feet;  thence North
06°13' East, 520.77 feet to East line of Section Twelve (12) and West line
of Section Seven (7);  thence North 12°06'30" East, 445.46 feet, in Sec-
tion Seven;  thence North 25°36' East, 159.01 feet;  thence North 38°31'
East, 125.02 feet;  thence North 36°52'30" East, 140.86 feet;  thence
North 33°23' East, 123.10 feet;  thence North 71°29'East, 129.03 feet;
thence South 64°19' East, 236.17 feet;  thence South 31°24' East, 587.85
feet;  thence South 17°10' East, 228.07 feet;  thence South 09°13'30" West,
70.97 feet;  thence South 01°27' West, 452.10 feet;  thence South 33°52'
East, 453.89 feet to East line of the West Half of the Southwest Quarter
of Section Seven (7);  thence South 0°14'38" East. 422.15 feet along said
East line to the North line of the South Half of the Southwest Quarter of
Section Seven (7);  thence South 34°58'30" East, 810.93 feet;  thence
South 33°06'20" East, 540.50 feet;  thence North 71°44'20" East, 629.13
feet;  thence North 15°26'40" East, 710.11 feet;  thence North 10°34'30"

-24-

15925

"EXHIBIT A"

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W, 93&4W - 35 Continued

East, 354.11 feet;  thence North 33°24'30" East, 74.0 feet;  thence North
26°29'25" East, 440.98 feet;  thence North 43°06'45" East, 111.18 feet;
thence South 61°19'55" East, 294.12 feet;  thence South 11°45'35" East,
322.42 feet;  thence South 70°52' East, 847.25 feet;  thence South 80°
39'35" East, 175.42 feet;  thence South 68°51'45" East, 504.10 feet;
thence North 44°36'10" East, 298.78 feet to East line of Section Seven
(7) and West line of Section Eight (8);  thence South 89°01' East,
122.33 feet in Section Eight (8);  thence South 68°20'15" East, 116.40
feet;  thence South 17°32'50" West, 293.43 feet;  thence South 36°55'40"
West, 70.01 feet;  thence South 76°44'40" West, 151.01 feet into Section
Seven (7);  thence South 14°33'20" West, 222.55 feet;  thence South 04°
56' East, 567.05 feet to Southeast Corner of Section Seven (7) and point
of beginning.

OWNERS:

      FALLBROOK PUBLIC UTILITY DISTRICT

15926
"EXHIBIT A"

And Above Deluz Creek Confluence

Parcel: 93W-405-96 Continued

      JEFFRIES, George T. (hus)

      JEFFRIES, Eleanor (wife)

      BANK OF AMERICA (TDTr)

      ROBECHAUD, Gerald C. (hus)(TDBen)

      ROBECHAUD, Ruth E. (wife)(TDBen)

      WANETICK, Israel (hus)(TDBen)

      WANETICK, Rose (wife)(TDBen)

      PORTENY, Jaime (hus)(TDBen)

      PORTENY, Tillie (wife)(TDBen)

Parcel: 83W-34-57

The East Half of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section Thirty-four (34), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

      TODD, Wallace M.

      TODD, LeDoris M.

Parcel: 83W-31-58

The Southwest Quarter of the Northeast Quarter of Section Thirty-one (31), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

      FRAKES, Dwight R. (m/m)

      FRAKES, Josephine

-37-

"EXHIBIT A" 15927

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-31-59

The Southeast Quarter of the Northeast Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

GOODWIN, Edward H. (m/m sep.prop)

Parcel: 83W-31 & 93W-6 - 60

The West Half of the Southeast Quarter; the South Half of the South-
west Quarter; the Northeast Quarter of the Southwest Quarter; and
the Southeast Quarter of the Northwest Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California
EXCEPT the Westerly 165 feet of the Northeast Quarter of the South-
west Quarter. Also, Lots Two (2), Three (3), Five (5), Six (6) and
Seven (7), and the Southeast Quarter of the Northwest Quarter of
Section Six (6), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of
California EXCEPT therefrom that portion of Lot Seven (7) described
as follows: Beginning at the Southwest Corner of said Lot Seven (7)
(being the Southwest Quarter of the Southwest Quarter of said Section
Six (6)); thence Northerly along West line of said Lot Seven (7),
215.84 feet; thence North 44°18'40" East, 1103.01 feet; thence North
83°02'35" East, 588.21 feet to East line of said Lot Seven (7); thence
Southerly along said East line 1090.0 feet to the Southeast Corner of
said Lot Seven (7); thence along Southerly line thereof 1327.97 feet
to point of beginning.

OWNERS:

SAWDAY, Charles F. (hus)
SAWDAY, Ruth Cornell (wife)
CAREY, Arthur W. (hus)

-38-

"EXHIBIT A"

15928

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:   83W-31 & 93W-6 - 60 Continued

        CAREY, Inez Wagner (wife)

        GOODWIN, Ewart W. (hus)

        GOODWIN, Mary Alice (wife)

        BRADSHAW, Paul D. (hus)

        BRADSHAW, Margaret (wife)

        CONNECTICUT MUTUAL LIFE INSURANCE CO (TDBen)

        SOUTHERN TITLE & TRUST CO (TDTr)


Parcel:   83W-31-61

The South Ten acres of Lot Three (3),(being the South Half of the South

Half of the Northeast Quarter of the Northwest Quarter), of Section Thirty-

one (31), Township Eight (8) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        DI SILVESTRO, I. (s/m)

        LONG, C. R. (m/m)


Parcel:   83W-31-62

The East Half of the North Half of the South Half of Government Lot Three

(3), (being the Northeast Quarter of the Northwest Quarter), of Section

Thirty-one (31), Township Eight (8) South, Range Three (3) West, San Bernar-

dino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        CASERTA, Anna (m/w)

Parcel:   83W-31-63

The East Half of the North Half of the Northeast Quarter of the Northwest

Quarter of Section Thirty-one (31), Township Eight (8) South, Range Three

(3) West, San Bernardino Base and Meridian, in the County of Riverside,

State of California.

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence


Parcel:  83W-31-63 Continued

OWNERS:

IVEY, W. H. (m/m)


Parcel:  83W-31-64

The Northwest Quarter of Government Lot Three (3) of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BIECK, Elmer P  (hus)

BIECK, Grace E. (wife)


Parcel:  83W-31-65

The West Half of the North Half of the South Half of Government Lot
Three (3) of Section Thirty-one (31), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

SHAFER, Madelyn (s/w)


Parcel:  83W-30&31,  84W-25-66

Lot One (1), Section Thirty (30), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.  Also,  Lots Four (4) and Five (5),
(being the Northwest Quarter of the Northwest Quarter, and the South-
west Quarter of the Northwest Quarter) of Section Thirty-one (31), said
Township and Range.  Also,  Lots One (1), Two (2), Three (3), Four (4),
Five (5) and the South Half of the Southwest Quarter of Section Twenty-
five (25), Township Eight (8) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

EXHIBIT A

15930

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-30&31,  84W-25-66 Continued

OWNERS:

MARCHANT, John (hus)

MARCHANT, Mignon C. (wife)

Parcel: 83W-31-67

Government Lot Six (6) and the Westerly 165 feet of the Northeast Quarter
of the Southwest Quarter of Section Thirty-one (31), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

SHIPPEE, Shirley R. (hus)

SHIPPEE, Kathryn E. (wife)

BANK OF AMERICA (TDTr)

FAULKNER, Raymond (TDBen)

Parcel: 84W-26-68

Fractional Southeast Quarter of the Northeast Quarter;  Fractional South-
west Quarter of the Northeast Quarter; and the North Half of the Southeast
Quarter of Section Twenty-six (26), Township Eight (8) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

SILVA, Alfred W. (hus)

SILVA, Isaura M. (wife)

BANK OF AMERICA (TDTr)

HALLER, Raymond J. (s/m)(TDBen)

-41-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W-26-69

The South Half of the Northwest Quarter and the North Half of the South-
west Quarter of Section Twenty-six (26), Township Eight (8) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

DODGE, Mildred E. (sep prop)

FARMERS & MERCHANTS TRUST CO OF LONG BEACH (TDTr)

DOVILLE, Laura (wife)(TDBen)

DOVILLE, Paul (hus)(TDBen)

Parcel:  84W-26-70

Lots Three (3) and Four (4), Section Twenty-six (26), Township Eight
(8) South, Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

CARTER, Allen Ray (s/m)

Parcel:  84W-36-71

Section Thirty-six (36), Township Eight (8) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California, EXCEPT for that portion of the Southerly Half, described as
follows:  Beginning at a point in the South line of said Section, dis-
tant 1779.85 feet Westerly from the Southeast Corner of said Section
Thirty-six (36);  thence North $27^\circ08'35''$ West, 84.65 feet;  thence
North $15^\circ52'25''$ West, 549.59 feet;  thence North $11^\circ41'$ East, 336.27
feet;  thence North $13^\circ13'$ West, 218.75 feet;  thence South $45^\circ33'40''$
West, 316.25 feet;  thence North $81^\circ24'30''$ West, 370.79 feet;  thence
North $33^\circ17'$ West, 501.44 feet;  thence South $89^\circ22'25''$ West, 426.37
feet;  thence South $24^\circ32'15''$ East, 327.49 feet;  thence South $29^\circ46'50''$

EXHIBIT A

15932

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W-36-71 Continued

 East, 1279.37 feet to said South line of said Section;  thence Easterly

along said South line 693.50 feet to point of beginning.

 OWNERS:

   TAYLOR, Millicent Y. (widow)

   BANK OF AMERICA (TDTr)

   HANSEN, Alex F. dec'd., Heirs or devisees (TDBen)


Parcel:  94W-1&2-72

 Lots Three (3) and Four (4), Section One (1), Township Nine (9) South,

Range Four (4) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California.  Also, Lots One (1) and Two (2),

Section Two (2), said Township and Range.

 OWNERS:

   WILDIN, William H.

   LUBIC, Frank J.

   GUTHRIE, Suzanne

   CALKINS, Leon Clifton


Parcel:  94W-1-73

 The South Half of the Northwest Quarter of Section One (1), Township

Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California, EXCEPT that portion

described as follows:  Beginning at the Southeast Corner of said South

Half of the Northwest Quarter;  thence South 89°56'32" West along South

line thereof 660 feet;  thence North 1°41'44" East, 600 feet;  thence

North 89°56'32" East, 660 feet to East line of said Northwest Quarter;

thence South 1°41'44" West, 600 feet to point of beginning.

 OWNERS:

   DAY, John W.

-43-

15933

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W-35 & 94W-2&3-74

The South Half of the Southwest Quarter, and the Southwest Quarter of the Southeast Quarter of Section Thirty-five (35), Township Eight (8) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the West Half; and the South Half of the Northeast Quarter of Section Two (2), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California   Also, the Northeast Quarter of the Southeast Quarter of Section Three (3), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diegi, State of California

OWNERS:

BAKER  Robert Hammond (hus)

BAKER  Ethel D. (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSOCIATION (TDBen)

Parcel:  94W-2-75

The West Half of the Southeast Quarter of Section Two (2), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California

OWNERS:

HOVELMAN, Joseph W.

HOVELMAN, Grace E.

Parcel:  94W-1,2&12-76

The East Half of the Southeast Quarter of Section Two (2), Township Nine (9) South, Range Four (4) West, San Bernardino Base & Meridian, in the County of San Diego, State of California.  Also, the Southwest Quarter of Section One, said Township and Range, EXCEPT that portion described as

-44-

"EXHIBIT A" 5934

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  94W-1-77 Continued

East, 273.77 feet;  thence North 37°02'05" East, 511.25 feet;  thence North 22°40'05" East, 82.74 feet to East line of said Northeast Quarter;  thence North 02°37'40" East along said East line, 364.29 feet to the Northeast Corner of said Northeast Quarter;  thence South 54°56'25" West, 665.40 feet;  thence North 88°28'45" West, 215.87 feet;  thence North 27°08'35" West, 405.85 feet to North line of said Northeast Quarter;  thence South 88°52'34" West along said North line 374.09 feet to the Northwest Corner of said East Half of the Northeast Quarter;  thence South 02°10'15" West along West line of said East Half, 2902.35 feet to point of beginning.  Also, the North Half of the Southeast Quarter of said Section One (1) EXCEPT that portion conveyed to Fallbrook Public Utility District, described as follows:  Beginning at the Northeast Corner of said Southeast Quarter;  thence South 02°37'40" West along East line of said Southeast Quarter, 225.23 feet;  thence South 24°35'40" West, 1090.44 feet;  thence North 15°09' West, 524.58 feet;  thence North 05°24'20" West, 398.15 feet;  thence North 48°36' East, 474.09 feet to North line of the North Half of the Southeast Quarter;  thence North 89°56'32" East along said North line 262.21 feet to point of beginning .

OWNERS:

SILL, Charles F. (hus)

SILL, Pauline H  (wife)


Parcel:  93W-6-78

Lot Four (4) (being the Northwest Quarter of the Northwest Quarter) of Section Six, Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California

OWNERS:

MASON, Roland G  (hus)

MASON, Marion R. (wife)

BANK OF AMERICA (TDTr)

-46-

"EXHIBIT A"

Parcel:  94W-1,2&12-76 Continued

follows:  Beginning at the Northeast Corner of said Southwest Quarter;

thence along Northerly line thereof South 89°56'32" West 660 feet;

thence South 1°41'44" West, 529.16 feet;  thence North 89°56'32" East,

660 feet to West line of said Southwest Quarter;  thence North 1°41'44"

East, 529.16 feet to point of beginning  Also,  the Southwest Quarter

of the Southeast Quarter of Section One (1), said Township and Range

EXCEPT the Easterly 250 feet thereof.  Also, the North Half of the

Northwest Quarter of Section Twelve (12), said Township and Range, EXCEPT

the Southwest Quarter of the Northeast Quarter of the said Northwest

Quarter;  Also the Southeast Quarter of the Northwest Quarter of said

Section Twelve (12)

OWNERS:

BUCKNER, Wilbur G  (hus)

BUCKNER, Beulah E  (wife)


Parcel:  94W-1-77

The East Half of the Northeast Quarter of Section One (1), Township Nine

(9) South. Range Four (4) West, San Bernardino Base and Meridian, in the

County of San Diego, State of California EXCEPT that portion conveyed to

Fallbrook Public Utility District described as follows:  Beginning at the

Southwest Corner of said East Half of the Northeast Quarter;  thence along

South line thereof North 89°56'32" East, 631.27 feet;  thence North 09°33'45"

West 314.65 feet;  thence North 36°19'10" West, 341.32 feet;  thence North

01°04'30" East, 194.48 feet;  thence North 85°20'50" East, 230.10 feet;

thence North 21°45'05" West, 200.30 feet;  thence North 33°34'40" West, 263.06

feet;  thence South 89°17'05" West, 181.60 feet;  thence North 50°31'50"

West. 175.09 feet;  thence North 47°51'30" East, 312.45 feet;  thence North

52°06'05" East, 143.82 feet;  thence South 87°47'30" East, 126.29 feet;

thence North 07°41' East, 174.46 feet;  thence North 29°51' East, 107.98

feet;  thence North 60°59'35" East, 220.51 feet;  thence North 69°08'40"

15936

EXHIBIT A

<u>Santa Margarita River Watershed Below Temecula</u>

<u>Gorge And Above Deluz Creek Confluence</u>

Parcel:  <u>93W-6-78 Continued</u>

> TIPTON, Everett H. (hus)(TDBen)
>
> TIPTON, Alpha B. (wife)(TDBen)

Parcel:  <u>93W-6-79</u>

The Northeast Quarter of the Southwest Quarter of Section Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California. Also, that portion of the Northwest Quarter of the Southeast Quarter of said Section Six (6) lying Westerly of the center line of presently traveled road located within said Northwest Quarter of the Southeast Quarter as said road existed on Sept. 13, 1956, EXCEPTING that portion of said Northwest Quarter of the Southeast Quarter conveyed to the Fallbrook Public Utility District lying Westerly of said road, the portion so conveyed being described as follows: Beginning at the Southwest Corner of said Northwest Quarter of the Southeast Quarter; thence North 32°36' East, 86.33 feet; thence North 52°53'20" East, 193.29 feet; thence South 83°26'35" East, 708.45 feet; thence South 30°24'45" West to South line of said Northwest Quarter of the Southeast Quarter; thence Westerly along said South line to point of beginning.

OWNERS:

> QUA, Wallace C (hus)
>
> QUA, Dorothy Chandler (wife)
>
> CHANDLER, Lyndol E (hus)
>
> CHANDLER, Margaret H (wife)

15937

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

<u>Parcel</u>:  <u>94W-11-84</u>

That portion of Section Eleven (11), Township Nine (9) South, Range

Four (4) West, San Diego Base and Meridian, in the County of San

Diego, State of California, described as follows:  Beginning at

the Southeast Corner of Fractional Section Eleven (11),  thence

Westerly along Southerly line thereof 1245.72 feet;  thence North-

erly parallel with West line of the Northeast Quarter of the South-

east Quarter to North line of said Northeast Quarter of the South-

east Quarter;  thence Easterly along Northerly line thereof 1220

feet more or less to East line thereof;  thence Southerly along

East line to point of beginning.

<u>OWNERS</u>:

SCHIER, Samuel S.

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 94W-12-85

The Southwest Quarter of the Northwest Quarter, and Lot Three (3) of Section
Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

OWNERS:

SCHIEK, Samuel S

Parcel: 94W-12-86

The Southwest Quarter of the Northeast Quarter of the Northwest Quarter of
Section Twelve (12), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

DAY, John W

Parcel: 94W-12-87

Lot Two (2), Section Twelve (12), Township Nine (9) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California;  Also, the Southerly 20 feet of the Westerly 104 feet of the
Southeast Quarter of the Northeast Quarter of said Section Twelve (12).

OWNERS:

BRAY, Richard (hus)

BRAY, Cora B. (wife)

Parcel: 94W-12-88

The Northwest Quarter of the Southeast Quarter; and the Southwest Quarter
of the Northeast Quarter of Section Twelve (12), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

OWNERS:

WAGENAAR, John L  (hus)

WAGENAAR, Mary Agnes (wife)

15939

Parcel No.   83N/23,24—3

That portion of the Santa Rosa Grant
within the Sandia Creek Watershed

Vail RJ

Apparent Owner:   Vail Co.

Gross Acreage   10,255.7

Irrigable Acreage 2,206.8

Irrigated Acreage   None

Wells:

| | |
|---|---|
| 83N-7A1 | Not in use |
| 7A2 | Not in use |
| 7A3 | Windmill – stock |
| 7B1 | Windmill – stock |
| 17P1 | Windmill – stock |

Surface Diversions:

None

"EXHIBIT B"

Parcel No.  60                                    Exhibit No.  219-B

Apparent Owner:    Bewley

Gross Acreage      464.2*  (283 within        Wells:
                            Sandia Creek)
Irrigable Acreage  219.2*  (100.2 within         8S/3W-31P1
                            Sandia Creek)          Irrigation
Irrigated Acreage  47
                                                 8S/3W-31P2
                                                   Domestic

                                                 9S/3W-6E1
Surface Diversions:                                Irrigation

8S/3W-31L1
Earth fill dam
Capacity 24.4 A.F.

8S/3W-31L2
Earth fill dam
Capacity 19 A.F.


* Includes area not within watershed
  of Sandia Creek but within watershed
  of Santa Margarita River.

15011

Parcel No.   **804-35—66**              Exhibit No.   **219-3**


Apparent Owner:     **Yeakey, George F.**


Gross Acreage     **206.6**              Wells:

Irrigable Acreage   68.0            **6S/4W-25 Pl Domestic & Irriga.**

Irrigated Acreage                        **25 P2 Inactive**
                                         **25 Q1 Domestic**

Surface Diversions:

**8S/4W-25P**
**Reservoir**
**Earth fill dam**
**Capacity 5 A.F.**

**8S/4W—25Q**
**Reservoir**
**Earth fill dam**
**Capacity 3 A.F.**

**8S/4W-25R**
**Spring fed concrete dam**
**Capacity 10,000 gal.**


**"EXHIBIT 3"**


15942

Parcel No.          844/36—71                    Exhibit No.   919-8

Apparent Owner:      Taylor, Millicent Y.

Gross Acreage                                Wells:
                    616.0
Irrigable Acreage
                    28.7                      88/4W-36D1   Not in use
Irrigated Acreage
                    None

Surface Diversions:

88/4W-36D
Dam
Masonary & concrete
100 feet long – inactive

88/4W-36D
Reservoir
Earth fill dam
Capacity 45,000 gal.

EXHIBIT NO