6-20-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                        )   No. 1247-SD-C  Civil
                              )
                              )   MINUTES OF THE COURT
vs.                           )   Dated: JUNE 20, 1961
                              )
FALLBROOK, etc., et al        )   At San Diego, California
                              )

PRESENT: Hon. JAMES M. CARTER          District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD, GEORGE STAHLMAN, AND JAMES KRIEGER

Proceedings: FURTHER COURT TRIAL

   At 10:25 A.M. reconvene.
   Additional documents are added to Ex. No. 207 E.
   Ex. No. 291 is marked.
   Col WBowen recalled, and testifies further.
   Ex. No. 291 is received.
   At 11 A.M. recess, andmat to 1:45 P.M.
   At 1:55 P.M. reconvene.
   Court and counsel discuss various findings.
   At 2:15 P.M. recess to June 21, 1961, at 9:30 A.M. for further
court trial

JOHN A. CHILDRESS, Clerk

By _____