UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. )   No. _ _ 1247-SD-C _ _ _ Civil
vs. )   MINUTES OF THE COURT
FALLBROOK, etc., et al )   Dated: _ June 21, 1961 _ _ _
)   At San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ Reporter: JOHN SWADER AND MARIE ZELLNE

Counsel for Plaintiff: _ _ WILLIAM VEEDER AND DONALD REDD _ _ _ _ _

Counsel for Defendant: GEORGE STAHLMAN, AND FRED GIRARD _ _ _ _ _

Proceedings: FURTHER COURT TRIAL

    COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.

    IT IS ORDERED cause is continued to June 22, 1961, at 9:30 A.M for further court trial.

JOHN A. CHILDRESS, Clerk