UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
vs. ) MINUTES OF THE COURT
FALLBROOK ) Dated: June 22, 1961
) At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY  Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various findings.
IT IS ORDERED cause is continued to June 23, 1961, at 9:30 A.M for further court trial.

JOHN A. CHILDRESS, Clerk
6491
By _____