UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
vs ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: June 23, 1961
)
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: GEORGE STAHLMAN, and FRED GIRARD


Proceedings:    FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.

IT IS ORDERED cause is continued to June 27, 1961, at 9:30 A.M. for further court trial.










JOHN A. CHILDRESS, Clerk

By _____  6482