UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
vs. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: June 27, 1961
)
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY      Reporter: JOHN SWADER & MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD


Proceedings: FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS

IT IS ORDERED cause is continued to June 28, 1961, at 9:30 A.M. for further court trial.


JOHN A. CHILDRESS, Clerk

6493
By /s/ William W. Luddy, Deputy