UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD-C Civil |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | Dated: June 28, 1961 |
| | At San Diego, California |

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER, AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD, AND GEORGE STAHLMAN

Proceedings:  FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
   IT IS ORDERED cause is continued to July 25, 1961, at 10 A.M.
   for further court trial.

6494

JOHN A. CHILDRESS, Clerk