*Set aside*
*7-27-61*
*On*

ENTERED

JUL 5- 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
Deputy Clerk

FILED

JUN 3 0 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
                    Defendants.

No. 1247-SD-C

TUCALOTA CREEK SUB-WATERSHED

INTERLOCUTORY JUDGMENT

No. ____31-A

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTER-
LOCUTORY JUDGMENT NO. ___31___ A, RESPECTING LANDS
IN TUCALOTA CREEK SUB-WATERSHED WHICH DO NOT OVER-
LIE ANY GROUND WATERS WHICH FEED OR CONTRIBUTE
TO THAT STREAM OR ITS TRIBUTARIES

This Court, based upon the record before it in the

subject case, makes and enters the following Findings of

Fact:

I

The United States Court of Appeals for the Ninth

Circuit remanded this case for trial, declaring that: "The

only proper method of adjudicating the rights on a stream,

whether riparian or appropriative or mixed, is to have all

owners of land on the watershed and all appropriators who

use water from the stream involved in another watershed in

court at the same time." ___1___/

II

Proceeding in accordance with that mandate, the Complaint

___1___/State of California vs.United States, 235F.2d 647,663
                                             (C.A.9,1956)

-1-

15973

and Amendatory and Supplementary Complaint in this cause
was served upon the owners of the lands within the water-
shed of the Santa Margarita River and all appropriators who
used water from that stream in any other watershed.  More-
over, those parties named in the cause who could not be
served personally were served by publication.

### III

The subject matter of this case, based upon the
pleadings and the issues joined in it, relates only to the
rights to the use of the waters of the Santa Margarita River,
its tributaries and to the ground waters which feed, add to,
support and contribute to the waters of the Santa Margarita
River and its tributaries.

### IV

There are situated within the sub-watershed of
Tucalota Creek certain parcels or tracts of lands which do
not overlie any of the ground waters which feed, add to,
support or contribute to the waters of the Santa Margarita
River or its tributaries.  Those lands are comprised of
basement complex or weathered basement complex, the ground
waters of which, if any, are vagrant, local and percolating,
not a part of the surface or sub-surface flow or sub-surface
basin of Tucalota Creek or any of its tributaries, nor do
these ground waters feed, add to, support or contribute to
the waters of the Santa Margarita River or any of its
tributaries.

a. Attached to these Findings of Fact, Conclusions
   of Law and Interlocutory Judgment, marked Exhibit
   A and made a part of it, is a map, U.S.A.Pl's
   Exhibit 206-C, upon which are located all of the
   lands referred to in this Finding.

b. Also attached to these Findings of Fact, Conclusions

-2-

7—1404
U. S. GOVERNMENT PRINTING OFFICE

15974

1    of Law and Interlocutory Judgment, marked Exhibit

2    B and made a part of them by reference, is an

3    alphabetical list of the names of the apparent

4    landowners and parcel numbers whose properties

5    are referred to in this Finding. That alphabetical

6    list is U.S.A. Pl's Exhibit 206-A in this case.

7    c.   Also attached to these Findings of Fact, Conclusions

8    of Law and Interlocutory Judgment, marked Exhibit

9    C and made a part of them by reference, are the

10   land descriptions of the properties referred to

11   in this Finding.  Exhibit C is U.S.A. Pl's

12   Exhibit 206-B in this case.

13                          V

14   This Court retains continuing jurisdiction over

15   all surface waters within the drainage area of the sub-

16   watershed of Tucalota Creek and its tributaries.

17                   CONCLUSIONS OF LAW

18   This Court makes the following Conclusions of Law

19   respecting the lands referred to in Finding IV above and

20   which are described in Exhibit C:

21                          I

22   The defendants referred to in Finding IV, their

23   successors, heirs, executors, administrators and assigns,

24   have no rights to the use of ground waters which feed, add

25   to, support or contribute to the waters of Tucalota Creek

26   or its tributaries, or of the Santa Margarita River and

27   its tributaries, in connection with the lands referred to in

28   Finding IV, which are described with particularity in

29   Exhibit C.

30                          II

31   There is not at issue before this Court in this

32   cause and there is not decreed, determined or adjudged,

7—1401

U. S. GOVERNMENT PRINTING OFFICE

                         -3-

15975

in connection with the rights of the United States of
America and all parties to this cause, their heirs, success-
ors, administrators, executors and assigns, in and to the
use of the waters of the Santa Margarita River and its
tributaries.

V

This Court retains continuing jurisdiction with
respect to surface waters, if any, found on those lands
described on Exhibit C of these Findings of Fact, Conclusions
of Law and Interlocutory Judgment.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

I

The defendants referred to in Finding IV and listed
in Exhibit B of these Findings, the apparent owners of the
lands described with particularity in Exhibit C of these
Findings of Fact, Conclusions of Law and Interlocutory
Judgment, their heirs, successors, executors, administrators
and assigns, in connection with those lands, have no right,
title or interest in or to the ground waters which feed,
add to, support or contribute to the waters of Tucalota
Creek or its tributaries, or of the Santa Margarita River and
its tributaries.

II

The titles to the rights of the United States of
America and all other parties in this action having rights
in and to the surface and ground waters of the Santa
Margarita River and its tributaries, as they are adjudicated,
decreed and determined by the final judgment of this Court,
shall be and they are forever quieted against any and all
adverse claims of the defendants referred to in Finding IV,

-5-

and who are listed in Exhibit B, their heirs, successors,
administrators, executors and assigns, in connection with
the ground waters which underlie the lands described in
Exhibit C of these Findings of Fact, Conclusions of Law and
Interlocutory Judgment, and those defendants in connection
with the ground waters which underlie the lands described in
Exhibit C, and each of them, and their heirs, successors,
administrators, executors and assigns, are forever restrained
from asserting, claiming or setting up any right, title or
interest in or to the waters of the Santa Margarita River
or its tributaries.

III

The ground waters, if any, which underlie the lands
referred to in Finding IV, and described with particularity
in Exhibit C of these Findings of Fact, Conclusions of Law
and Interlocutory Judgment, are vagrant, local and percolating,
not a part of the waters of Tucalota Creek or its tributaries
or of the Santa Margarita River and its tributaries and are
not in this cause adjudged, determined or decreed among the
defendants listed in Exhibit B of these Findings of Fact,
Conclusions of Law and Interlocutory Judgment, their heirs,
executors, administrators, successors or assigns, _inter_ _sese_.

IV

The titles to the rights of the defendants listed
in Exhibit B, their heirs, executors, administrators,
successors or assigns, in and to the vagrant, local percolat-
ing ground waters, if any,to which these Findings of Fact,
Conclusions of Law and Interlocutory Judgement pertain,
which are not a part of the waters of the Santa Margarita
River and its tributaries, underlying the lands described
in Exhibit C of these Findings of Fact, Conclusions of Law
and Interlocutory Judgment, shall be and they are forever

-6-

7—1404
U. S. GOVERNMENT PRINTING OFFICE

15977

quieted against any and all adverse claims, if any, of the
United States of America and all parties to this cause,
having or claiming rights in and to the surface and ground
waters of the Santa Margarita River and its tributaries,
their heirs, successors, administrators, executors and
assigns, and the United States of America and all other
parties to this cause having or claiming rights in and to
the surface and ground waters of the Santa Margarita River
and its tributaries, their heirs, successors, administrators,
executors and assigns, are forever restrained from asserting,
claiming or setting up any right, title or interest in or
to those vagrant, local, percolating ground waters.

V

This Court retains continuing jurisdiction with
respect to surface waters, if any, found on those lands
described on Exhibit C of these Findings of Fact, Conclusions
of Law and Interlocutory Judgment.

VI

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based
upon the decision of the United States Court of Appeals for
the Ninth Circuit, California vs. United States, 235 F2d
647 (C.A. 9, 1956), that this is not a final decree but is
interlocutory in character and by reason of the Order by
this Court that all parties are adverse one to another,
thus dispensing with cross-pleadings, all other parties to
this proceeding may object to these Findings of Fact,
Conclusions of Law and Interlocutory Judgment and will be
given full opportunity upon due notice to interpose their
objections to these findings of Fact, Conclusions of Law
and Interlocutory Judgment.

Dated  6/30/61

JAMES M. CARTER
Judge, United States District Court

-7-