FILED

JUL 11 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                                       )
           Plaintiff   )   No. 1247-SD-C
                                     )
  v.                             )   AFFIDAVIT OF SERVICE BY MAIL
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.                        )
         Defendants  )

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF SAN DIEGO )

     Richard C. Stoll, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

     That, in the above entitled action, on July 7, 1961, he deposited in United States mail at Oceanside, California, in envelopes bearing the requisite postage a copy of

         NOTICE OF HEARING RESPECTING LAIM OF UNITED STATES OF AMERICA THAT "TITLE RESIDES IN THE UNITED STATES OF AMERICA TO PERFECTED APPROPRIATIVE RIGHTS TO WATERS OF THE SANTA MARGARITA RIVER BASIN FOR USE OUTSIDE THE WATERSHED OF THE SANTA MARGARITA RIVER, dated June 30, 1961.

         MEMORANDUM OF POINTS AND AUTHORITIES RESPECTING: TITLE RESIDES IN THE UNITED STATES OF AMERICA TO PERFECTED APPROPRIATIVE RIGHTS TO WATERS OF THE SANTA MARGARITA RIVER BASIN FOR USE OUTSIDE THE WATERSHED OF THE SANTA MARGARITA RIVER, dated June 30, 1961.

6512

addressed to the last known addresses of the persons listed in exhibit A, attached hereto and made a part hereof; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed.

*Richard C. Hall*

Subscribed and sworn to before me this 11th day of July, 1961

*Margaret B. Cooke*
Notary Public in and for said County and State
(SEAL)

My commission expires: June 3, 1962

6513

Florence A. Anderson
Room 918
756 South Broadway
Los Angeles, California

Trent C. Anderson
Eilers, Wehrle & Anderson
Room 817
606 South Hill Street
Los Angeles 14, California

Ashton, Drohan & Marchetti
3345 Newport Boulevard
Newport Beach, California

Donovan E. Ballenger
309 Bank of America Building
Glendale 4, California

Beardsley, Hufstedler & Kemble
610 Rowan Building
Los Angeles 13, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Bert Buzzini
2234 Fulton Street
Berkeley 4, California

Charles H. Carter
1025 Main Street
Corona, California

Alfred S. Chapman
Room 702
606 South Hill Street
Los Angeles 14, California

Raymond Chaate
127 West Anaheim Boulevard
Wilmington, California

Gordon Cologne
45-596 Jackson Street
P. O. Box 96
Indio, California

Davidson & Russ
16405 South New Hampshire Ave
Gardena, California

W. B. Dennis
Route 1, Box 55
Fallbrook, California

Leonard J. Difani
220 Loring Building
Riverside, California

J. A. Donnelley & Richard P. MacNulty
2655 4th Avenue
San Diego, California

Ray C. Eberhard
Room 1231
215 West 7th Street
Los Angeles 14, California

Arthur M. Gediman
119 South Main Street
Elsinore, California

Charles Gorham
920 Avalon Boulevard
Wilmington, California

Samuel A. Greenburg
1014 West Valley Boulevard
Alhambra, California

Alvin G. Greenwald
Suite 303
6505 Wilshire Boulevard
Los Angeles 42, California

Leslie B. Hanson
4412 York Boulevard
Los Angeles, California

Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

Randolph Karr, Roy Jerome & Harold S. Lentz
65 Market Street
San Francisco 5, California

G. Norman Kennedy
Room 415
234 East Colorado Street
Pasadena, California

Kindell & Anderson
1016 North Broadway
Santa Ana, California

Robert Kingsley
3518 University Avenue
Los Angeles 7, California

M. E. Lewis, Jr.
306 Heartwell Building
Long Beach 2, California

Walter Gould Lincoln
770 Granadas Avenue
Solana Beach, California

6514

Robert E. McGinnis
Luce, Forward, Hamilton & Scripps
1220 San Diego Trust & Savings Bldg
San Diego 1, California

Earl Malmrose
Room 651
1206 Maple Avenue
Los Angeles 15, California

Thomas P. Menzies
Room 803
458 South Spring Street
Los Angeles 13, California

Ernest L. Messner
5429 Crenshaw Boulevard
Los Angeles 43, California

Minton, Minton & Farrell
111 North Harvard Street
Hemet, California

James H. Mitchell, Sr.
Mitchell & Mitchell
Room 333
727 W. 7th Street
Los Angeles 17, California

Jesse R. O'Malley
Musick, Peeler & Garrett
621 South Hope Street
Los Angeles 17, California

A. J. O'Connor
639 South Spring Street
Los Angeles 14, California

Lauren Wright
O'Melveny & Myers
433 South Spring Street
Los Angeles 13, California

Parker, Milliken & Kohlmeier
650 South Spring Street
Los Angeles 14, California

Postel & Postel
440 Montgomery Street
San Francisco 4, California

John L. Roberts
P. O. Box 507
Riverside, California

Robinson & Robinson
5 East Long Street
Columbus 15, Ohio

Saul Ruskin
121 South Palm Canyon Drive
Palm Springs, California

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

Stone & Moran
880 East Colorado Street
Pasadena, California

Phil D. Swing
Swing, Scharnikow & Staniforth
604 San Diego Trust & Savings Bldg
San Diego 1, California

Tanner, Hanson & Myers
215 West 7th Street
Los Angeles 14, California

Harry E. Teasdall
114 North Main Street
Fallbrook, California

Thompson & Colegate
405 Citizens Bank Building
Riverside, California

Walker & Sullivan
3742 10th Street
Riverside, California

Watson, Hart & Nieras
5939 Monterey Road
Los Angeles 42, California

Weyl & Weyl
650 So. Grand Avenue
Los Angeles 17, California

P. W. Willett
P. O. Box 103
Fallbrook, California

Tom Halde
Smith, Watling & Brelsford
1006 Santa Barbara Street
Santa Barbara, California

Halverson & Halverson
704 South Spring Street
Los Angeles 14, California

Office of Riverside County Counsel
County Court House
Riverside, California
   Attn:  Ray. T. Sullivan
          James H. Angell

San Diego County Counsel
302 Civic Center
San Diego 1, California
   Attn:  Robert G. Berrey
          Joseph Kase, Jr.

6515