UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  ) No. 1247-SD-C Civil
  )
vs.  ) MINUTES OF THE COURT
  )
FALLBROOK, etc., et al  ) Dated: July 17, 1961
  )
  ) At San Diego, California
  )

PRESENT: Hon. JOHN CRANSTON, SPECIAL MASTER

Deputy Clerk: WILLIAM W. LUDDY    Reporter: MALCOLM LOVE

Counsel for Plaintiff: NONE APPEARING

Counsel for Defendant: NONE APPEARING

Proceedings:

   IT IS ORDERED that Masters Hearing set for this day is hereby continued to August 28, 1961, at 10 A.M. in court room #2 in San Diego California.

JOHN A. CHILDRESS, Clerk

By _____

6516