Case 3:51-cv-01247-JO-SBC   Document 4314   Filed 07/25/61   PageID.15915   Page 1 of 1

7-25-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
) MINUTES OF THE COURT
)
vs ) Dated: JULY 25, 1961
)
FALLBROOK, etc., et al ) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY      Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, JAMES KRIEGER AND PHIL SWING

Proceedings: FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
IT IS ORDERED cause is contd to 7-26-61, at 9:30 A.M. for further court trial.


JOHN A. CHILDRESS, Clerk       6517

By _____