UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
vs. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: July 26, 1961
)
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD.

Proceedings: FURTHER COURT TRIAL

   Court and counsel discuss various findings.

   IT IS ORDERED cause is continued to July 27, 1961, at 9:30 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By _____ 6518