```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION
```

U.S.A.                            ) No. 1247-SD-C _ _ _ _ _ Civil
                                  ) MINUTES OF THE COURT
vs.                               ) Dated: July 27, 1961
                                  )
FALLBROOK, etc., et al            ) At San Diego, California
                                  )

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ _ Reporter: JOHN SWADER AND MARIE ZELLNER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD, AND GEORGE STAHLMAN AND FRANZ SACHSE


Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS, ETC.
   IT IS ORDERED that Interlocutory judgment No. 31A filed on June 30, 1961, and entered on July 5, 1961 is hereby set aside.
   IT IS ORDERED that the Clerk remove exhibits to judgment 31A and attach to amended Interloc judgment No. 31A.

   Additional documents are added to Ex. No. 207E.
   IT is ordered cause is continued to August 1, 1961, at 9:30 A.M. for further court trial

6519

JOHN A. CHILDRESS, Clerk

By _ _ _ _ _ _ _ _ _ _ _ _ _ _