ENTERED

JUL 2 8 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ _____
Deputy Clerk

# FILED

IN THE UNITED STATES DISTRICT COURT   JUL 2 8 1961

SOUTHERN DISTRICT OF CALIFORNIA   CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>TUCALOTA CREEK SUB-WATERSHED<br>*Amended*<br>INTERLOCUTORY JUDGMENT<br>No. 31A |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTER-
LOCUTORY JUDGMENT NO. 31A, RESPECTING LANDS IN
TUCALOTA CREEK SUB-WATERSHED WHICH DO NOT OVER-
LIE ANY GROUND WATERS WHICH FEED OR CONTRIBUTE
TO THAT STREAM OR ITS TRIBUTARIES

This Court, based upon the record before it in the subject

case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that: "The only proper method

of adjudicating the rights on a stream, whether riparian or appropria-

tive or mixed, is to have all owners of land on the watershed and all

appropriators who use water from the stream involved in another water-

shed in court at the same time." 1/

_____

1/ State of California vs. United States, 235 F.2d 647, 663 (C.A.9,1956)

936

## II

Proceeding in accordance with that mandate, the Complaint and Amendatory and Supplementary Complaint in this cause was served upon the owners of the lands within the watershed of the Santa Margarita River and all appropriators who used water from that stream in any other watershed. Moreover, those parties named in the cause who could not be served personally were served by publication.

## III

The subject matter of this case, based upon the pleadings and the issues joined in it, relates only to the rights to the use of the waters of the Santa Margarita River, its tributaries and to the ground waters which feed, add to, support and contribute to the waters of the Santa Margarita River and its tributaries.

## IV

There are situated within the sub-watershed of Tucalota Creek certain parcels or tracts of lands which do not overlie any of the ground waters which feed, add to, support or contribute to the waters of the Santa Margarita River or its tributaries. Those lands are comprised of basement complex or weathered basement complex, the ground waters of which, if any, are vagrant, local and percolating, not a part of the surface or sub-surface flow or sub-surface basin of Tucalota Creek or any of its tributaries, nor do these ground waters feed, add to, support or contribute to the waters of the Santa Margarita River or any of its tributaries.

a. Attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit A and made a part of it, is a map, U.S.A.Pl's Exhibit 206-C, upon which are located all of the lands referred to in this Finding.

b. Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit B and made

7—1104
U. S. GOVERNMENT PRINTING OFFICE

937

3

a part of them by reference, is an alphabetical list
of the names of the apparent landowners and parcel
numbers whose properties are referred to in this Finding.
That alphabetical list is U.S.A.Pl's Exhibit 206-A in
this case.

c. Also attached to these Findings of Fact, Conclusions of
Law and Interlocutory Judgment, marked Exhibit C and
made a part of them by reference, are the land descrip-
tions of the properties referred to in this Finding.
Exhibit C is U.S.A.Pl's Exhibit 206-B in this case.

V

This Court retains continuing jurisdiction over all surface
waters within the drainage area of the sub-watershed of Tucalota Creek
and its tributaries.

## CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting
the lands referred to in Finding IV above and which are described in
Exhibit C:

I

The defendants referred to in Finding IV, their successors,
heirs, executors, administrators and assigns, have no rights to the use
of ground waters which feed, add to, support or contribute to the waters
of Tucalota Creek or its tributaries, or of the Santa Margarita River
and its tributaries, in connection with the lands referred to in Find-
ing IV, which are described with particularity in Exhibit C.

II

There is not at issue before this Court in this cause and
there is not decreed, determined or adjudged, inter sese, as to the
lands or owners of land referred to in Finding IV in this cause, the
rights, if any, to the use of the vagrant, local, percolating waters
which may underlie any of the lands referred to in the above set forth
Finding IV, and which are described with particularity in Exhibit C

7-1401

U. S. GOVERNMENT PRINTING OFFICE

-3-

938

of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

### III

The United States of America, and all other parties to this action, having rights to the use of waters of the Santa Margarita River or its tributaries, as those rights are or may hereafter be determined by the final judgment of this Court, are entitled to have quieted their title in and to those rights against any and all adverse claims of the defendants referred to in Finding IV, who are listed in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, asserted by reason of their ownership of the lands described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

### IV

The defendants referred to in Finding IV, whose names are listed in Exhibit B and described in Exhibit C of these Findings of Fact and Conclusions of Law, their heirs, successors, administrators, executors and assigns, are entitled to have quieted their titles in and to their rights to the use of the vagrant, local and percolating ground waters, if any, underlying those lands described in Exhibit C, against the adverse claims, if any, of the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, by reason of rights asserted by the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, in and to the use of the waters of the Santa Margarita River and its tributaries.

### V

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

-4-

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

I

The defendants referred to in Finding IV and listed in Exhibit B of these Findings, the apparent owners of the lands described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, title or interest in or to the ground waters which feed, add to, support or contribute to the waters of Tucalota Creek or its tributaries, or of the Santa Margarita River and its tributaries.

II

The titles to the rights of the United States of America and all other parties in this action having rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and they are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit B, their heirs, successors, administrators, executors and assigns, who assert rights by reason of their ownership of the lands described in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment; and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described in Exhibit C assert rights in the vagrant, local, percolating waters therein, are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries, by reason of their ownership of those lands described in said Exhibit C.

-5-

940

III

The ground waters, if any, which underlie the lands referred to in Finding IV, and described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, are vagrant, local and percolating, not a part of the waters of Tucalota Creek or its tributaries or of the Santa Margarita River and its tributaries and are not in this cause adjudged, determined or decreed among the defendants listed in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, executors, administrators, successors or assigns, inter sese.

IV

The titles to the rights of the defendants listed in Exhibit B, their heirs, executors, administrators, successors or assigns, in and to the vagrant, local, percolating ground waters, if any, to which these Findings of Fact, Conclusions of Law and Interlocutory Judgment pertain, which are not a part of the waters of the Santa Margarita River and its tributaries, underlying the lands described in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, shall be and they are forever quieted against any and all adverse claims, if any, of the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, having or claiming rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, and the United States of America and all other parties to this cause, their heirs, successors, administrators, executors and assigns, having or claiming rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, are forever restrained from asserting, claiming or setting up any right, title or interest in or to those vagrant, local, percolating ground waters.

V

This Court retains continuing jurisdiction with respect to

7—1601

U. S. GOVERNMENT PRINTING OFFICE

941

6A

surface waters, if any, found on those lands described on Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

VI

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California vs. United States, 235 F2d 647 (C.A. 9,1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: _7/27/61_

_JAMES M. CARTER_
JAMES M. CARTER
Judge, United States District Court

-7-

942

*non riparian*
*non overlying*

## LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

2/18/60

TUCALOTA CREEK SUB-WATERSHED

| NAME | ALPHABETICAL LIST ⊕ NON-OVERLYING LANDS | PROPERTY |
|------|------------------------------------------|----------|
| Adair, Richard | | 61E-30-49 |
| Alimos School District, Trustees of | | 72W-5-138 |
| Allen, Chester B. | | 61W-25-76 |
| Allen, Scott, E. | | 61W-25-73 |
| ~~American Loan Corp~~ | | ~~61W-71W&6GW-67(TR)~~ |
| ~~Auld, Barbara Ann~~ | | ~~72W-1,2,3,11,12-132~~ |
| Auld, William K. & Thelma F. | | ~~72W-1,2,3,11,12-132~~ 72W-3-134 |
| ~~Ayres, Joseph A. & Ruth F.~~ | | ~~61E-27-17~~ |
| ~~Baatz, Elmer~~ | | ~~72W-1-129~~ |
| Bacon, Bertrand A. & Methel S. | | 61E-28-41 |
| Bacon, Billy Randell & Martha L. | | 61E-28-40 |
| Ballinger, Bert | | 61E-30,31&32; 71E-#26; 61W-36-48 |

## LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Bancroft, W.I.S. | 61W-25-75 |
| Beadel, Henry | 61W-35-88 |
| Bank of America | 71W-12-101(Tr) |
| | 72W-4,7-136(Tr) |
| Barry, James L. & Yvonne | 71W-13-103 |
| ~~Bashaw, J. N. & Helen J.~~ | ~~72W-2-133~~ |
| Bassett, Arthur H. Jr. | 61E-28-32 |
| Bassett, Arthur H. Sr., & Ella | 61E-28-34 |
| | 61E-28-36 |
| ~~Baughman, D.A., Trustee (Vail Co)~~ | ~~72W-28-132~~ |
| Beebe, Hiram E. | 61W-34-84 |
| Belcher, Louise E. | 61W-35-88(Ben) |
| Bell, Ray R. & Helen G. | 61E-30-49(TDBen) |
| Blackford, Elmer R. & Florence W. | 61W; 71W & 62W-67 (Ben) |
| Blake, Flora M. | 71W-22-115 |

-2-

945

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Bloodsworth, Leonard F. & Naomi E. | 71W-28-124(Ben) |
| Boggemon, Robert J. | 71W-14-108(Ben) |
| Borel, A. F. & Louise | 72W-7,8,12,13,18-141 |
| Brandt, Charles R. & Helen R. | 61E-32-51 |
| Brant, T. J. Jr. | 61W; 71W & 62W-67 (Ben) |
| Breeden, Kathryn K. | 72W-7,8,12,13,18-141 (Ben) |
| Brown, Marcus Holt & Caterina F. | 71W-23-117 |
| ~~Bryan, A.L.~~ | ~~71W-9-96~~ |
| ~~Bryan, Florence~~ | ~~71W-9-96~~ |
| ~~Bryan, Miriam A.~~ | ~~71W-9-96~~ |
| ~~Bryan, William R.~~ | ~~71W-9-96~~ |
| Burke, Arthur | 61W-25-77 |
| ~~Button, Jesse D. & Lola T.~~ | ~~71W-7,18-94~~ |

-3-

946

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

10 A

| NAME | PROPERTY |
|------|----------|
| ~~Campbell, Guy H. &~~ ~~Avel~~ | ~~71E-4-59(Ben)~~ |
| Carmona, Albert M. | 61E-27-15 |
| ~~Ceas, Louis &~~ ~~Virginia~~ | ~~72W-20-151~~ 72W-20-151(Ben) |
| Ceas, Albert N. & Maxine R. | 72W-4,7-136 72W-8,17-143 |
| Ceas, Emelie | 72W-7-142 |
| Ceas, Etienne | 72W-7-140 |
| ~~Chaffey, Andrew Elswood~~ ~~Stewart~~ | ~~61E-28-33-34-25~~ |
| ~~Chester, Job &~~ ~~Hortense~~ | ~~61E-27-14~~ |
| Citizens National Trust & Savings Bank | Various parcels as TR |
| Clark, Willard F. & Marguerite A. | 71W-22-116 |
| Cohen, Ben | 61W-25-78 |
| Corp. of America | 71W-12-101(Ben) |
| Cort, Goldie Lou | 61E-28-38 |

947

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Crum, James B. | 61W-28-28 |
| Crum, Robert B. | 61E-28-28 |
| Culton, Gilbert M. & <br>     Gera Davis | 71W-27,33-123 |
| Dietterick, Mary R. | 72W-1-130 |
| DiPrima, Benny & <br>     Lillian J. | 61E-21-4 |
| Domenigoni, Francis N. | 62W-26-126 |
| Domenigoni, Frederick E. | 62W-26-126 |
| Domenigoni, Jean | 62W-26-126 |
| Doolin, Freddie | 61E-28-35 |
| Duncan, Earl Dwight & <br>     Vielena | 61E-28-27 |
| Duncan, Tom W. <br>     Frances W. | 71E-7&18-64 <br> 61W; 71W-74 |
| Eberle, Anton & <br>     Betty | 71E-7-65 |
| Ellison, Carolyn E. | 61E-27-20 |

348

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Evans, Claude D. &<br>    Freda A. | 71W-24-118 |
| Farmers & Merchants Bank<br>of Hemet | 71E-7-65(Ben) |
| Fay, Burdette Turner &<br>    Josephine Emily | 61E-35-55 |
| Federal Land Bank of Berkeley | Various Parcels<br>as TDTr & Ben |
| Fishburn, J. E. Jr. | 61W; 71W &<br>62W-67(Ben) |
| Fisher, Jerome K. &<br>    Isobel Y. | 61E-29-44 |
| Fisher, Theodore W. &<br>    Elizabeth M. | 61E-29-46<br>(Amgt to Sell) |
| Franzius, Enno D. &<br>    Mellisande | 61E-28-31 (Ben) |
| Frullani, Florence M. | 61E-28-38 |
| ~~Gartler, Stanley~~ | ~~72W-1-131~~ |
| Gaulding, Karl J. Jr. | 61E-20-3(Life Est) |
| Glatt, Harry &<br>    Fanny | 61W-34-86 |

-6-

349

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Goodhart, George E. & Gladys E. | 61W-15-68 |
| Gregg, Emily C. & Ernest | 71W-14-105(Ben) |
| Gregory, Alfred A. | 62W-35-128 |
| ~~Gummow, Donald L. & Eva M.~~ | ~~61E-29-45(Agmt to Sell)~~ |
| ~~Hall, Gordon W. & Lorine V.~~ | ~~71W-12-101~~ |
| Hanks, Margaret Amelia Heirs of | 61E-22-8 |
| Hark, Dixie | 71W-28-124(Ben) |
| ~~Harrison, James A.~~ | ~~61E-34-54~~ |
| Hill, Victor C. & Helen Durr | 61W-23-72 61W-26-79(Ben) |
| ~~Hilliard, C. S.~~ | ~~72W-7,18-139~~ |
| Hoffacker, John G. & Eleanore | 61E-28-26 |
| ~~Hope, Eddy Augustine~~ | ~~61W-16-70~~ |

-7-

950

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

14

| NAME | PROPERTY |
|------|----------|
| Hotchkiss, Roy B. & Minnie J. | 61W-31-81 |
| Hyatt School District | 71W-18-111 |
| Ingram, John R. & Harriet N. | 71W-17-109 |
| Jacobus, Richard & Ann M. | 71W-14-108 |
| James, Merle W. | 61E-28-33 |
| Jankovsky, Francis O. & Florence | 61E-32-50 |
| Jenkins, H. P. & Pauline M. | 61W-34-05 |
| Jernigan, Earl P. & Dorothy E. | 71E-4-59 |
| Jones, Charles A. | 71W-22-113 |
| Jones, George L. & Frances B. | 61E-28-29 |
| Jones, Norma Mae | 71W-22-114 |

-8-

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
| --- | --- |
| Kalinczok, Michael & Lynda M. | 61E-28-37 |
| Kazaroff, Bennie | 71W-6-93 |
| Kazaroff, Jimmie | 71W-6-93 |
| ~~Kerr, Elswood Chaffey~~ | ~~61E-28,33,34-25~~ |
| Keveney, John T. & Delia | 71W-24-120 |
| Kingsbury, Josephine | 71E-3-57 |
| Knezevick, William M. & Katherine | 72W-12-146 |
| Land Title Co. | 71W-14-108(Tr) 71W-28-124(Tr) |
| Land Title Ins. Co. | 61E-22-7(Tr) |
| Landi, John H. & Betty | 61E-15-2 |
| ~~Leatham, Herbert~~ | ~~61W-22-71~~ |
| ~~Lilly Realty Corp.~~ | ~~61W-16-69~~ |
| Lynch, Ernest J. | 71W-28-124 |

-9-

## LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

16

| NAME | PROPERTY |
|------|----------|
| McCarthy, James J. & Anna M. | 61E-27-21 |
| McDaniel, Cyrus J. | 71W-14-108(Ben) |
| McDaniel, Ned H. | 61E-27-19 |
| McHenry, Troy L. & Amanda | 61E-22-6 61E-22-7 |
| Major, Edward Porter II | 61E-27-22 |
| Mansfield, Mollie | 61W-34-83 |
| Mauvenzin, Angeline | 61W-35-92 |
| Meek, Nathan A. Jr. & Wilma | 61W-31-81 |
| Mellon, Mary M. | 61W-35-91 |
| Meredith, Glenn T. & Dena J. | 61E-15-2 |
| Milholland, George W. & Nellie M. | 71W-10-97 |
| Milholland, Richard L. & Ellen M. | 71W-14-105 |

-10-

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Miller, Carl P. & Mary E. | 61E-27-12 |
| Moersch, Joseph | 61W-34-82 |
| Moore, James L. & Albertie A. | 72W-12-146(Ben) |
| Mueller, Charles J. | 61W; 71W & 62W-67(Ben) |
| Murray, Kathleen Chaffey | 61E-28,33,34-25 |
| Murray, Lenova Henry | 61E-27-24 |
| Negaard, Elmo G. & Ethel N. | 61E-27-23 |
| New, Fred W. & Kathryn A. | 71E-6-62 |
| Newport Co., F. P. | 61W-34-87 |
| Nicolas, Marius A. & Mary | 72W-3,4,9,10,15,16 & 22-135<br>73W-13,24-153(Ben) |
| Nicolas, Marius Edmund & Georgia | 72W-14-147<br>73W-13,24-153 |
| Nicolas, Seraphina | 72W-19,20,29,30-150 |

17

-11-

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Occidental College | 71E-6,7,8,18;<br>61W-36<br>71W-1,12-63 |
| Overby, Grant &<br>   Ellen C. | 61E-30-49(Ben) |
| Paris, Tom | 71W-26-122 |
| Perry, Paul H. &<br>   Helen F. | 61E-22-5 |
| Petersen, Holger M. &<br>   Madga M. | 62W-34-127 |
| Phillips, Caroline E | 61W-35-89 |
| Phillips, Marjorie C. | 61W-35-89 |
| Pierson, Melvin &<br>   Marjoria | 61E-28-31 |
| Pitt, Ralph C. &<br>   Ethel R. | 61E-39-42<br>61E-29-43<br>61E-29-45<br>61E-32-52(Ben) |
| Pitt, Walter S. &<br>   Florence | 61E-29-46<br>61E-29-47 |
| Pittam, Frank Will &<br>   Hazel Eunice | 71W-12,13-99(Ben) |

18

955

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY | 19 |
|------|----------|-----|
| Pittam, Lew E. & Ethel V. | 71W-12-100 | |
| Pollard, Clarence O. & Florence H. | 71E-5,7,8&9-61 ~~71E-6-62(Ben)~~ | |
| Polson, Fred G. & Opal | 71W-24-118(Ben) | |
| Pourroy, Fred J. & Frances | 72W-5-137 | |
| Pourroy, Pierre Jr. & Catherine B. | 72W-11-145 | |
| ~~Preest, Leona J. & Carl~~ | ~~72W-19-149~~ | |
| Raphael, Thomas & Julia | 61E-22-5 | |
| Rawson, Lewis E. | 61W-28,34; 71W-4,8-80 | |
| Rawson School District | 62W-24-125 | |
| Rawson, Tommy | ~~61W; 71W;~~ 62W-67 62W-24-125 | |
| Reyes, Antonia N. & Ida P. | 72W-8-144 | |

-13-

## LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

20

| NAME | PROPERTY |
|------|----------|
| Rias, Nicholas | 61W-32-66(Life Est) |
| Riverside Title Co. | 61W-71W&62W-67(Tr)<br>72W-20-151(Tr) |
| ~~Robertson, Alma C.~~ | ~~72W-1,2,3,11,12-132~~ |
| ~~Roripaugh, Leo E. &~~<br>~~Marian E.~~ | ~~72W-20-151~~ |
| Saich, Anthony | 71E-3-58 |
| Saich, John | 71E-3-58 |
| Schmidt, Ruben S. | 61W-35-90 |
| Schultz, Ethel McFarland | ~~61E-26-10~~<br>61E-27-11 |
| Scott, Jessie K. | 61W-34-85 |
| Searl Bros. | 61W-7,30,32,35-66 |
| Sears, James B. | 61E-15-2(Ben) |
| Security First National<br>Bank of Los Angeles | 61E-35-55(Tr) |
| Security First National<br>of Los Angeles(Trustee<br>under will of Barry, William) | 61E-20-3 |
| Security Title Ins. Co. | Various Parcels<br>as Tr |

-14-

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Servel, Leon J. & Clementine C. | 72W-4,7-136(Ben) 72W-18-148 72W-19-149 |
| Severns, Frieda W. | 61E-22-7(Ben) |
| Sewell, Harold & Mabel | 72W-3-134 |
| Shockley, Edwin & Emmelyn F. | 71E-4-60 |
| Shumate, Olive O. | 72W-1-129 |
| Slaton, Glen Alton & Marie C. | 71W-26-121 |
| Smith, Geraldine | 61E-28-30 |
| Snodgrass, John Herbert | 71W-14-107 |
| Spears, Leonard | 71W-22-112 |
| Sperou, George James & Marjorie V. | 71W-12,13-99 |
| Stanley, Augusta G. | 61E-26-10 61E-34,35-53 61E-35-55(Ben) |
| Stark, Dixie | 71W-28-124(Ben) |

21

-15-

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY | 22 |
|------|----------|-----|
| Stearns, Gilbert & Zelma E. | 71W-13-102 | |
| Stohlman, Alvin L. & Thelma F. | ~~61E-29-43(Agmt. to Sell).~~ 61E-32-52 | |
| Sufficool, Jack R. & Vaughn W. | 61W-25-79 | |
| Tharp, Alvin S. & Mildred E. | 71W-14-106 | |
| ~~Thomas, Katharine E.~~ | ~~61E-27-18~~ | |
| Thorpe, Daisy E. | 71W-14,15-98 | |
| Title Ins. & Trust Co. | Various parcels as Tr. | |
| ~~Turner, James R. & Clara H.~~ | ~~61E-27-13~~ | |
| United States of America | 61&2E; 61&2W; 71&2W - 1 | |
| ~~Vail, Edward N., Trustee (Vail Co.)~~ | ~~72W-28-152~~ | |
| ~~Vail, Mahlon, Trustee (Vail Co)~~ | ~~72W-28-152~~ | |
| Vandenbergh, H. Vaughn | 71E-2-56 | |

959

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Van Hoose, Laura K. | 61E-28-30 |
| Weaver, Edward H. | 61E-28-39 |
| Whaley, Russell & Ruth E. | 61W-15-68 |
| White, Dorothy Ayers | 61E-27-16 |
| ~~Wilkinson, Mary Vail, Trustee(VailCo)~~ | ~~72W-28-152~~ |
| Willis, William V. & Flossie F. | 71W-18-110 |
| ~~Wilson, Bessie M.~~ | ~~71W-8-95~~ |
| Wilson, Samuel R. & Mary C. | 72W-3-134(Ben) |
| Winter, Retta | 71W-24-119 |
| ~~Wise, Margaret Vail, Trustee (Vail Co)~~ | ~~72W-28-152~~ |

28

960

*non riparian*
*non overlying*

<u>LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED</u>

TUCALOTA CREEK SUB-WATERSHED

LAND DESCRIPTIONS - NON-OVERLYING LANDS        24

<u>Parcel 61&2E; 61&2W; 71&2W - 1</u>

ALL of Section Fourteen (14); the North Half of the Northeast Quarter
of Section Twenty-two (22); all of Section Twenty-three (23); the
North Half of Section Twenty-six (26); the East Half of the East
Half of the Northeast Quarter of the Southwest Quarter, and the
Westerly three-fourths of the South Half of the Northwest Quarter
of the Southwest Quarter of Section Twenty-eight (28); the South
Half of the Northwest Quarter, the Southwest Quarter of the Northeast
Quarter, and the Northwest Quarter of the Southwest Quarter of
Section Thirty-two (32), all in Township Six (6) South, Range One
(1) East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.  ALSO Government Lot 3 (Northeast Quarter of
the Northwest Quarter ); and the Southeast Quarter of the Southeast
Quarter of Section Four (4), Township Seven (7) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.  ALSO the Southwest Quarter of the Southwest
Quarter of Section Twenty-six (26), Township Six (6) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.  ALSO Government Lot 4 (Southwest
Quarter of the Northwest Quarter) of Section Two (2); Government Lot
7 (Southwest Quarter of the Southeast Quarter) of Section Six (6);
the Southwest Quarter of the Northwest Quarter; the West Half of the
Southwest Quarter, and the Northwest Quarter of the Northeast Quarter
of Section Eight (8); Government Lots 4 (Northwest Quarter of the
Northwest Quarter), 5 (Southwest Quarter of the Northwest Quarter),
and 6 (Southeast Quarter of the Northwest Quarter) of Section Twelve
(12); the Northwest Quarter and the South Half of Section Thirty-four

U.S.A.Pl's Exhibit 206-B              Interlocutory Judgment #31A - Exhibit C

1

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

**Parcel 61&2E; 61&2W; 71&2W - 1 (cont'd)**                                25

(34), all in Township Seven (7) South, Range One (1) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.  ALSO

the Northwest Quarter of the Southeast Quarter of Section Twenty-four

(24), Township Six (6) South, Range Two (2) West, San Bernardino Base

and Meridian, in the County of Riverside, State of California.  ALSO the

North Half of the Northwest Quarter and the Northeast Quarter of the

Northeast Quarter of Section Two (2), Township Seven (7) South, Range

Two (2) West, San Bernardino Base and Meridian, in the County of River-

side, State of California.

OWNER:                UNITED STATES OF AMERICA


**Parcel 61E-15 - 2**

Section Fifteen (15), Township Six (6) South, Range One (1) East,

San Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNERS:               LANDI, John H. (hus)

                      LANDI, Betty (wife)

                      MEREDITH, Glenn T. (hus)

                      MEREDITH, Dena J. (wife)

                      SECURITY TITLE INSURANCE COMPANY (TDTr)

                      SEARS, James B. (TDBen)


**Parcel 61E-20 - 3**

Section Twenty (20), Township Six (6) South, Range One (1) East, San

Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNERS:               GAULDING, Karl J., Jr. (life estate)

                      SECURITY FIRST NATIONAL BANK OF LOS ANGELES,
                          Trustee under Will, Barry WILLIAM, beneficiary

2

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

Parcel 61E-21 - 4

    Section Twenty-one (21), Township Six (6) South, Range One (1) East,

    San Bernardino Base and Meridian, in the County of Riverside, State

    of California.

    OWNERS:        DI PRIMA, Benny (hus)

                  DI PRIMA, Lillian J. (wf)


Parcel 61E-22 - 5

    The West Half of the Southeast Quarter ( being Lots 5 and 8) of

    Section Twenty-two (22), Township Six (6) South, Range One (1) East,

    San Bernardino Base and Meridian, in the County of Riverside, State

    of California.

    OWNERS:        PERRY, Paul H. (hus)

                  PERRY, Helen F. (wf)

                  CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

                  RAPHAEL, Thomas (hus)(TDBen)

                  RAPHAEL, Julia (wf)(TDBen)


Parcel 61E-22 - 6

    Lots 1, 2, 3 and 4 (being the South Half of the North Half), and the

    Northeast Quarter of the Southwest Quarter of Section Twenty-two (22),

    Township Six (6) South, Range One (1) East, San Beranrdino Base and

    Meridian, in the County of Riverside, State of California.

    OWNERS:        McHENRY, Troy L. (hus)

                  McHenry, Amanda C. (wf)


Parcel 61E-22 - 7

    The South Half of the Southwest Quarter and the Northwest Quarter of

    the Southwest Quarter of Section Twenty-two (22), Township Six (6)

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

27

**Parcel 61E-22 - 7** (cont'd)

South, Range One (1) East, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:                McHENRY, Troy L. (hus)

McHENRY, Amanda C. (wf)

LAND TITLE INSURANCE COMPANY (TDTr)

SEVERNS, Frieda W. (widow)(TDBen)

**Parcel 61E-22 - 8**

The East Half of the Southeast Quarter (being Lots 6 and 7) of Section

Twenty-two (22), Township Six (6) South, Range One (1) East, San

Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNERS:                Heirs of HANKS, Margaret Amelia

Parcel -- 9 (NOT USED)

**Parcel 61E-26 - 10**

The Southwest Quarter and the West Half of theSoutheast Quarter of

Section Twenty-six (26), Township Six (6) South, Range One (1) East,

San Bernardino Base and Meridian, in the County of Riverside, State

of California.

OWNERS:                STANLEY, Augusta G. (widow)

TITLE INSURANCE AND TRUST COMPANY (TDTr)

SCHULTZ, Ethel McFarland (m/w)(sep prop)(TDBen)

**Parcel 61E-27 - 11**

The East Half of Section Twenty-seven (27), Township Six (6) South,

4

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

28

Parcel 61E-27 - 11 (cont'd)

Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNER:                 SCHULTZ, Ethel (m/w)(sep prop)


Parcel 61E-27 - 12

The West Half of the Northeast Quarter of the Northwest Quarter of

Section Twenty-seven (27), Township Six (6) South, Range One (1) East,

San Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNERS:                MILLER, Carl P. (hus)

                       MILLER, Mary E. (wf)


Parcel 61E-27 - 13

The East Half of the Northeast Quarter of the Northwest Quarter of

Section Twenty-seven (27), Township Six (6) South, Range One (1) East,

San Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNERS:       TURNER, James R. (hus)

              TURNER, Clara H. (wf)


Parcel 61E-27 - 14

The North Half of the Northwest Quarter of the Southeast Quarter of the

Northwest Quarter, and the Northwest Quarter of the Northeast Quarter

of the Southeast Quarter of the Northwest Quarter of Section Twenty-

seven (27), Township Six (6) South, Range One (1) East, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

OWNERS:       CHESTER, Job S. (hus)

              CHESTER, Hortense (wf)

5

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

29

**Parcel 61E-27 - 15**

    The Northeast Quarter of the Northeast Quarter of the Southeast

Quarter of the Northwest Quarter of Section Twenty-seven (27), Town-

ship Six (6) South, Range One (1) East, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

    OWNER:        CARMONA, Albert M. (m/m)

**Parcel 61E-27 - 16**

    The Southwest Quarter of the Southwest Quarter of the Southeast

Quarter of the Northwest Quarter of Section Twenty-seven (27), Town-

ship Six (6) South, Range One (1) East, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

    OWNER:        WHITE, Dorothy Ayers (wid)

**Parcel 61E-27 - 17**

    The West Half of the North Half of the South Half of the Southeast

Quarter of the Northwest Quarter of Section Twenty-seven (27), Town-

ship Six (6) South, Range One (1) East, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

    OWNERS:        AYRES, Joseph A. (hus)

                    AYRES, Ruth F. (wf)

**Parcel 61E-27 - 18**

    The East Half of the North Half of the South Half of the Southeast

Quarter of the Northwest Quarter of Section Twenty-seven (27), Town-

ship Six (6) South, Range One (1) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

    OWNER:        THOMAS, Katharine E. (no status)

6

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

30

Parcel 61E-27 - 19

The South Half of the North Half of the Southeast Quarter of the North-west Quarter of Section Twenty-seven (27), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:                McDANIEL, Ned H. (no status)

Parcel 61E-27 - 20

The South Half of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter, and the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of the Northwest Quarter of Section Twenty-seven (27), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:                ELLISON, Carolyn E. (widow)

Parcel 61E-27 - 21

The Northwest Quarter of the Northwest Quarter of Section Twenty-seven (27), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:               McCARTHY, James J. (hus)
                      McCarthy, Anna M. (wf)

Parcel 61E-27 - 22

The Southwest Quarter of the Northwest Quarter, and the North Half of the Southwest Quarter of Section Twenty-seven (27), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:                MAJOR, Edward Porter II (sep prop)

7

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

31

Parcel 61E-27 - 23

The Southeast Quarter of the Southwest Quarter of Section Twenty-
seven (27), Township Six (6) South, Range One (1) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:            NEGAARD, Elmo C. (hus)
                   NEGAARD, Ethel N. (wf)


Parcel 61E-27 - 24

The Southwest Quarter of the Southwest Quarter of Section Twenty-
seven (27), Township Six (6) South, Range One (1) East, San Ber-
nardino Base and Meridian, in the County of Riverside, State of
California.

OWNER:             MURRAY, Lenore Henry (no status)


Parcel 61E-28-33-34 - 25

The South Half of the South Half of Section Twenty-eight (28);
ALL of Section Thirty-three (33), and the West Half of the Southwest
Quarter and the South Half of the Northwest Quarter of Section Thirty-
four (34), Township Six (6) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:            KERR, Elswood Chaffey (m/w)(sep prop)
                   MURRAY, Kathleen Chaffey (s/w)
                   CHAFFEY, Andrew Elswood Stewart (m/m)(sep prop)


Parcel 61E-28 - 26

The Northeast Quarter of the Southeast Quarter of Section Twenty-
eight (28), Township Six (6) South, Range One (1) East, San Ber-
nardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:            HOFFACKER, John G. (hus)
                   HOFFACKER, Eleanore F. (wf)

8

968

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

82

**Parcel 61E-28 - 27**

The East Half of the Northeast Quarter of Section Twenty-eight (28),
Township Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:　　　　　　DUNCAN, Earl Dwight (hus)

DUNCAN, Vielena (wf)


**Parcel 61E-28 - 28**

The West Half of the Northeast Quarter of Section Twenty-eight (28),
Township Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:　　　　　　CRUM, Robert B. (s/m) ⎫
　　　　　　　　　　　　　　　　　　　　　　　⎬ Joint tenants
　　　　　　　　　　CRUM, James B. (s/m)  ⎭


**Parcel 61E-28 - 29**

The Northwest Quarter of the Southeast Quarter of Section Twenty-eight
(28), Township Six (6) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:　　　　　　JONES, George L. (hus)

JONES, Frances B. (wf)


**Parcel 61E-28 - 30**

The East 60 acres of the Northwest Quarter of Section Twenty-eight (28),
Township Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:　　　　　　SMITH, Geraldine (sep prop)

VAN HOOSE, Laura K.


9

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

Parcel 61E-28 - 31

The Northwest Quarter of Section Twenty-eight (28), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Easterly 60 acres thereof.

OWNERS:          PIERSON, Melvin (hus)

PIERSON, Marjorie M. (wf)

TITLE INSURANCE & TRUST COMPANY (TDTr)

FRANZIUS, Enno D. (hus)(TDBen)

FRANZIUS, Mellisande (wf)(TDBen)

Parcel 61E-28 - 32

The West Half of the Northwest Quarter of the Northeast Quarter of the Southwest Quarter of Section Twenty-eight (28), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:          BASSETT, Arthur H., Jr. (no status)

Parcel 61E-28 - 33

The East Half of the Northwest Quarter of the Northeast Quarter of the Southwest Quarter of Section Twenty-eight (28), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:          JAMES, Merle W. (s/m)

Parcel 61E-28 - 34

Parcel 1 - The West Half of the Northeast Quarter of the Northwest Quarter of the Southwest Quarter of Section Twenty-eight (28), Township Six (6)

10

970

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

34

Parcel 61E-28 - 34 (cont'd)

South, Range One (1) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California, EXCEPT a parcel 54 feet Easterly by
227 feet Southerly in the Northwest corner.

Parcel 2 - That portion of the East Half of the Southeast Quarter of the
Northwest Quarter of the Southwest Quarter of Section Twenty-eight (28),
Township Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California, described
as follows:  BEGINNING at the Northwest corner; thence East 165 feet;
thence South 220 feet; thence East 165 feet; thence South 440 feet;
thence West 330 feet; thence North 660 feet to the point of beginning.

Parcel 3 - That portion of the East Half of the Northwest Quarter of the
Northwest Quarter of the Southwest Quarter of Section Twenty-eight (28),
Township Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California, described
as follows:  BEGINNING at the Southeast corner; thence West 75 feet;
thence North 165 feet; thence East 75 feet; thence South 165 feet to
the point of beginning.

OWNERS:                  BASSETT, Arthur H., Sr. (hus)
                         BASSETT, Ella (wf)


Parcel 61E-28 - 35

The East Half of the Northeast Quarter of the Northwest Quarter of the
Southwest Quarter of Section Twenty-eight (28), Township Six (6) South,
Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNER:                   DOOLIN, Freddie (no status)

11

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

35

Parcel 61E-28 - 36

The West Half of the Northeast Quarter of the Northeast Quarter of the
Southwest Quarter of Section Twenty-eight (28), Township Six (6) South,
Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNER:            BASSETT, Arthur H., Sr. (m/m)


Parcel 61E-28 - 37

The East Half of the Southeast Quarter of the Northwest Quarter of the
Southwest Quarter of Section Twenty-eight (28), Township Six (6) South,
Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California, EXCEPT that portion described as follows:
BEGINNING at the Northwest corner; thence East 165 feet; thence South
220 feet; thence East 165 feet; thence South 440 feet; thence West
330 feet; thence North 660 feet to the point of beginning.

OWNER:            KALINCZOK, Michael (hus)
                  KALINCZOK, Lynda M. (wf)


Parcel 61E-28 - 38

The West Half of the Southeast Quarter of the Northeast Quarter of the
Southwest Quarter of Section Twenty-eight (28), Township Six (6) South,
Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:           CORT, Goldie Lou (m/w)(sep prop)
                  FRULLANI, Florence M. (m/w)(sep prop)


Parcel 61 E-28 - 39

The Southwest Quarter of the Northeast Quarter of the Southwest Quarter
of Section Twenty-eight (28), Township Six (6) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

972

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

36

Parcel 61E-28 - 39 (cont'd)

OWNER:                    WEAVER, Edward H.


Parcel 61E-28 - 40

Parcel 1 - That portion of the West Half of the Northeast Quarter of
the Northwest Quarter of the Southwest Quarter of Section Twenty-eight
(28), Township Six (6) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California, described
as follows: BEGINNING at the Northwest corner; thence East 54 feet;
thence South 227 feet; thence West 54 feet; thence North 227 feet to
the point of beginning.

Parcel 2 - That portion of the West Half of the Northwest Quarter of
the Northwest Quarter of the Southwest Quarter of Section Twenty-eight
(28), Township Six (6) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California, described
as follows: BEGINNING at the Northeast corner of the above described
parcel; thence South along the East line 230 feet; thence West at right
angles 27 feet to the true point of beginning; thence at right angles
Southerly 430 feet; thence East 27 feet; thence North 430 feet; thence
West 27 feet to the true point of beginning.

Parcel 3 - The East Half of the Northwest Quarter of the Northwest
Quarter of the Southwest Quarter of Section Twenty-eight (28), Township
Six (6) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, EXCEPT a parcel in the
Southeast corner thereof measuring West 75 feet and North 165 feet; ALSO
EXCEPT a parcel in the Northwest corner measuring East 50 feet and South
230 feet.

OWNERS:                   BACON, Billy Randell (hus)

                          BACON, Martha L (wf)


13

973

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

87

Parcel 61E-28 - 41

Parcel 1 - That portion of the East Half of the Northwest Quarter of
the Northwest Quarter of the Southwest Quarter of Section Twenty-eight
(28), Township Six (6) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California, described
as follows:  BEGINNING at the Northwest corner thereof; thence South
230 feet; thence East 50 feet; thence North 230 feet; thence West 50
feet to the point of beginning.

Parcel 2 - The West Half of the Northwest Quarter of the Northwest
Quarter of the Southwest Quarter of Section Twenty-eight (28), Town-
ship Six (6) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, EXCEPT that portion
described as follows:  BEGINNING at the Northeast corner thereof; thence
South along the East line 230 feet; thence West 27 feet to the true point
of beginning; thence South 430 feet; thence East 27 feet; thence North
430 feet; thence West 27 feet to the true point of beginning.

OWNERS:            BACON, Bertrand A. (hus)

                   BACON, Methel S. (wf)


Parcel 61E-29 - 42

The Northwest Quarter and that portion of the Northeast Quarter lying
West of existing County Road, of Section Twenty-nine (29), Township
Six (6) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:            PITT, Ralph C. (hus)

                   PITT, Ethel R. (wf)

14

974

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

88

Parcel 61E-29 - 43

The Southwest Quarter of Section Twenty-nine (29), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:   PITT, Ralph C. (hus)

        PITT, Ethel R. (wf)

        STOHLMAN, Alvin L. (Agmt to Sell)

        STOHLMAN, Thelma F. (Agmt to Sell)


Parcel 61E-29 - 44

That portion of the South Half of the Southeast Quarter of Section Twenty-nine (29), lying South and East of the existing County Road, in Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:   FISHER, Jerome K. (hus)

        FISHER, Isobel Y. (wf)


Parcel 61E-29 - 45

That portion of the Southeast Quarter of Section Twenty-nine (29) lying North and West of the existing County Road, in Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:   PITT, Ralph C. (hus)

        PITT, Ethel R. (wf)

        GUMMOW, Donald L. (Agmt to Sell)

        GUMMOW, Eva M. (Agmt to Sell)


15

975

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

39

**Parcel 61E-29 - 46**

That portion of the Northeast Quarter of Section Twenty-nine (29) lying East of the existing County Road, in Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     PITT, Walter S. (hus)
            PITT, Florence (wf)
            FISHER, Theodore W. (Agmt to Sell)
            FISHER, Elizabeth M. (Agmt to Sell)


**Parcel 61E-29 - 47**

That portion of the North Half of the Southeast Quarter of Section Twenty-nine (29) lying East of the existing County Road, in Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     PITT, Walter S. (hus)
            PITT, Florence (wf)


**Parcel 61E-30-31-32; 71E-5-6; 61W-36 - 48**

The South Half of Section Thirty (30); all of Section Thirty-one (31); and the South Half of the South Half of Section Thirty-two (32), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian; the North Half, and the North Half of the South Half of Section Five (5); the Northeast Quarter and the East Half of the Northwest Quarter; the North Half of the Southeast Quarter and the Northeast Quarter of the Southwest Quarter of Section Six (6), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian; the East Half of the East Half of Section Thirty-six (36); and the Southeast Quarter of Section

16

976

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

40)

Parcel 61E-30-31-32; 71E-5-6; 61W-36  -  48  (cont'd)

Twenty-five (25), Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, all in the County/Riverside, State of California.
of

OWNER:                BALLINGER, Bert (widower)


Parcel 61E-30  -  49

The North Half of Section Thirty (30), Township Six (6) South, Range One
(1) East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:              ADAIR, Richard (un/m)

CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

OVERBY, Grant (hus)(TDBen)

OVERBY, Ellen C. (wf)(TDBen)

CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

BELL, Ray R. (hus)(TDBen)

BELL, Helen G. (wf)(TDBen)


Parcel 61E-32  -  50

The Northeast Quarter of the Southwest Quarter; the North Half of the
Southeast Quarter; and the Southeast Quarter of the Northeast Quarter
of Section Thirty-two (32), Township Six (6) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:              JANKOVSKY, Francis G. (hus)

JANKOVSKY, Florence (wf)


Parcel 61E-32  -  51

The North Half of the Northeast Quarter of Section Thirty-two (32),
Township Six (6) South, Range One (1) East, San Bernardino Base and

17

377

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

41

Parcel 61E-32 - 51  (cont'd)

Meridian, in the County of Riverside, State of California.

OWNERS:                BRANDT, Charles R. (hus)

                       BRANDT, Helen R. (wf)

                       LAWLER, Odell W. (hus)

                       LAWLER, Helen M. (wf)


Parcel 61E-32 - 52

The North Half of the Northwest Quarter of Section Thirty-two (32),
Township Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:                STOHLMAN, Alvin L. (hus)

                       STOHLMAN, Thelma F. (wf)

                       SECURITY TITLE INSURANCE COMPANY (TDTr)

                       PITT, Ralph C. (hus)(TDBen)

                       PITT, Ethel R. (wf)(TDBen)


Parcel 61E-26-35 - 53

~~The Northeast Quarter of the Northwest Quarter, the East Half, and the
East Half of the Southwest Quarter of Section Thirty-four (34);~~ and
Section Thirty-five (35), EXCEPT the South Half of the Southeast
Quarter of the Southeast Quarter; and EXCEPT the South Half of the North
Half of the Southeast Quarter of the Southeast Quarter; and EXCEPT the
Northerly 660 feet of the Southerly 720 feet of the Southwest Quarter;
and EXCEPT the North Half of the Northeast Quarter of the Northeast
Quarter; and EXCEPT the Southeast Quarter of the Northeast Quarter
of the Northeast Quarter, and the Northeast Quarter of the Southeast
Quarter of the Northeast Quarter, all in Township Six (6) South, Range

18

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

Parcel 61E-34-35 - 53  (cont'd)

One (1) East, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNER:                STANLEY, Augusta Greene (widow)


Parcel 61E-34 - 54

The Northwest Quarter of the Northwest Quarter of Section Thirty-four
(34), Township Six (6) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNER:                HARRISON, James A. (no status)


Parcel 61E-35 - 55

The Northerly 660 feet of the Southerly 720 feet of the Southwest Quarter
of Section Thirty-five (35), Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:               FAY, Burdette Turner (hus)

                      FAY, Josephine Emily (wf)

                      SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

                      STANLEY, Augusta (widow)(TDBen)


Parcel 71E-2 - 56

Section Two (2), Township Seven (7) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNER:                VANDENBERGH, H. Vaughan (s/m)


19

979

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

43

**Parcel 71E-3 - 57**

Section Three (3), EXCEPT the Northwest Quarter thereof, in Township
Seven (7) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNER:                    KINGSBURY, Josephine (un/w)


**Parcel 71E-3 - 58**

The Northwest Quarter of Section Three (3), Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:                   SAICH, John (s/m)

                          SAICH, Anthony (s/m)


**Parcel 71E-4 - 59**

That portion of the South Half of Section Four (4), Township Seven (7)
South, Range One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as follows:
BEGINNING at the Southwest corner thereof; thence North along the
West line 1961 feet; thence North 89°22' East to the East line of said
Section Four (4); thence South along the East line to the Southeast
corner thereof; thence West along the South line to the point of
beginning.  EXCEPT therefrom the Southeast Quarter of the Southeast
Quarter.

OWNERS:                   JERNIGAN, Earl P. (hus)

                          JERNIGAN, Dorothy L. (wf)

                          CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

                          CAMPBELL, Guy H. (hus)(TDBen)

                          CAMPBELL, Arol (wf)(TDBen)

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

44

~~Parcel 71E-4    60~~

Government Lots 1 (Northeast Quarter of Northeast Quarter), 2 (North-
west Quarter of Northeast Quarter), and 4 (Northwest Quarter of North-
west Quarter); the South Half of the Northwest Quarter; the South Half
of the Northeast Quarter, and that portion of the South Half of Section
Four (4), Township Seven (7) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California,
lying Northerly of a line beginning at a point in the West line of
Section Four (4) distant North 0°23' West 1961 feet from the Southwest
corner thereof; thence North 89°33' East to the East line of said section.

OWNERS:          SHOCKLEY, Edwin T. (hus)

~~SHOCKLEY, Emmelyn F. (wf)~~


Parcel 71E-~~5-7~~-6-~~9~~ - 61

The South Half of the South Half of Section Five (5); ~~the Northeast~~
~~Quarter of Section Seven (7); the Northeast Quarter and the North Half~~
~~of the Northwest Quarter of Section Eight (8); and a 933-1/3 foot square~~
~~in the Northwest corner of Section Nine (9),~~ Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:          POLLARD, Clarence O. (hus)

                 POLLARD, Florence H. (wf)


~~Parcel 71E-6  - 62~~

~~The South Half of the Southeast Quarter of Section Six (6), Township~~
~~Seven (7) South, Range One (1) East, San Bernardino Base and Meridian,~~
~~in the County of Riverside, State of California.~~

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

45

~~Parcel 71E-6   -   62   (cont'd)~~

OWNERS:          NEW, Fred W. (hus)

NEW, Kathryn A. (wf)

CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

~~POLLARD, C. O. (m/m)(TDBen)~~

Parcel 71E-~~6-7-8-18~~; 61W-36; 71W-1-~~12~~  -  63

~~Lots 4, 5 and 6 (being the West Half of the Northwest Quarter and the~~

~~Northwest Quarter of the Southwest Quarter), and the South Half of the~~

~~Southwest Quarter of Section Six (6). ALSO that portion of the West~~

~~Half and the Southeast Quarter of Section Seven (7), lying Northeasterly~~

~~of Highway 194. ALSO, the Southwest Quarter and the South Half of the~~

~~Northwest Quarter of Section Eight (8).~~ ALSO that portion of the

Northwest Quarter and the Southeast Quarter of Section Eighteen (18)

lying Northeasterly of Highway 194. All in Township Seven (7) South,

Range One (1) East, San Bernardino Base and Meridian, in the County of

Riverside, State of California. ALSO, that portion of the West three-

quarters of Section Thirty-six (36), Township Six (6) South, Range

One (1) West, San Bernardino Base and Meridian, in the County of River-

side, State of California, lying Easterly of Highway 194 and Southerly

of Red Mountain Road. ALSO, that portion of Section One (1), lying

Easterly of Highway 194; ~~also those portions of the East seven-eights~~

~~of Lot 8 and the Southeast Quarter of Section Twelve (12), lying Easterly~~

~~of Highway 194; and the Northeast Quarter of the Northeast Quarter of~~

~~Section Twelve (12),~~ in Township Seven (7) South, Range One (1) West,

San Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNER:          OCCIDENTAL COLLEGE

22

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

46

**Parcel 71E-7-18 - 64**

That portion of the Southwest Quarter of Section Seven (7), lying
Southeasterly of Highway 194; ALSO the West Half of the Southwest
Quarter and that portion of the Northwest Quarter, and the South
Half of the Northeast Quarter lying Westerly and Southwesterly of
Highway 194, Township Seven (7) South, Range One (1) East, San Ber-
nardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:   DUNCAN, Tom W. (hus)

      DUNCAN, Frances W. (wf)

      FEDERAL LAND BANK OF BERKELEY (TDTr&Ben)


**Parcel 71E-7 - 65**

All of Section Nine (9), EXCEPT a 933-1/3 foot square in the Northwest
corner thereof, in Township Seven (7) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:   EBERLE, Anton (widower)

      EBERLE, Betty (un/w)

      SECURITY TITLE INSURANCE COMPANY (TDTr)

      FARMERS AND MERCHANTS BANK OF HEMET (TDBen)


**Parcel 61W-7-30-32-35 - 66**

All of Section Seven (7). ~~ALSO, Government Lots 2, 3 and 4 and the South-~~
~~east Quarter of the Southwest Quarter of Section Thirty (30). *ALSO,~~
~~all of Section Thirty-two (32).~~ ALSO, the West Half of the Northwest
Quarter of Section Thirty-five (35), all in Township Six (6) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

23

383

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

47

Parcel 61W-7-30-32-35 - 66 (cont'd)

OWNERS:                    SEARL BROS.

                          *RIAS, Nicholas (Life Estate)


Parcel 61W; 71W; 62W - 67

The South Half of the South Half of Section Eight (8); the South Half
and the West Half of the Northwest Quarter of Section Sixteen (16);
*all of Sections Seventeen (17), Eighteen (18), Nineteen (19), Twenty
(20), and Twenty-one (21); the South Half of the South Half of Section
Twenty-two (22); all of Section Twenty-seven (27); the East Half of
the Northwest Quarter, the Southwest Quarter of the Northwest Quarter,
the Southeast Quarter of the Southwest Quarter, and the East Half of
Section Twenty-eight (28); all of Section Twenty-nine (29); Government
Lot 1, the East Half of the Northwest Quarter, the Northeast Quarter of
the Southwest Quarter, and the East Half of Section Thirty (30); the
East Half, and the East Half of the East Half of the West Half of
Section Thirty-one (31); all of Section Thirty-three (33); the West
Half, and the West Half of the East Half of Section Thirty-four (34);
the North Half of the East twenty-five (25) acres of the North Half of
the North Half of the Southwest Quarter, and the West 15 acres of the
North Half of the North Half of the Southwest Quarter of Section Thirty-
five (35), all in Township Six (6) South, Range One (1) West, San
Bernardino Base and Meridian, in the County of Riverside, State of
California.  ALSO the East Half of the Southeast Quarter, the Southwest
Quarter, and Government Lots 1 and 2 of Section Four (4); all of Section
Five (5); Government Lots 4, 5, 6, 8, 9 and 10, and the East Half of
the Southwest Quarter of Section Six (6); the Northwest Quarter of the
Northwest Quarter, the Southwest Quarter of the Northeast Quarter, the

24

984

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

48

Parcel 61W; 71W; 62W - 67  (cont'd)

~~East Half of the Northwest Quarter, and Government Lot 1 of Section Eight~~
~~(8); all of Section Ten (10), EXCEPT the Southeast Quarter;~~ Government
Lots 3 and 4 of Section Eighteen (18) (EXCEPT a parcel in the Southwest
corner of Lot 3, East 190 feet by North 220 feet) all of fractional Section
Twenty-one (21); and all of fractional Section Twenty-eight (28), EXCEPT
the Southeast Quarter of the Northeast Quarter and the Northeast Quarter
of the Southeast Quarter, all in Township Seven (7) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside, State
of California.  ALSO the East Half of the Southeast Quarter, the Southwest
Quarter of the Southeast Quarter, the East Half of the Southwest Quarter,
the Northwest Quarter of the Southwest Quarter, the South Half of the
Northwest Quarter, the Northeast Quarter of the Northwest Quarter,
and the Northeast Quarter (EXCEPT a one-acre parcel in the Southeast
corner of the Northeast Quarter of the Northeast Quarter measuring West
12 rods by North 13 rods) of Section Twenty-four (24); all of Section
Twenty-five; and all of **Section Thirty-six (36) in Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:          RAWSON, Tommy

        FEDERAL LAND BANK OF BERKELEY (TDTr&Ben)

        *TITLE INSURANCE AND TRUST COMPANY (TDTr))   E½ of SW¼ &
                                         )   Lots 3 and 4
        *FISHBURN, J. E., Jr. (TDBen)            )   of Sec. 19,
                                         )   6S1W.
        *BRAND, T. J., Jr. (TDBen)              )

        *AMERICAN LOAN CORPORATION (TDTr)

        *BLACKFORD, Elmer R. (hus)(TDBen)

        *BLACKFORD, Florence W. (wf)(TDBen)

        **RIVERSIDE TITLE COMPANY (TDTr)

        **MUELLER, Charles J. (widower)(TDBen)

25

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

49

### Parcel 61W-15 - 68

All of Section Fifteen (15), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        WHALEY, Russell (hus)

                    WHALEY, Ruth E. (wf)

                    GOODHART, George E. (hus)(TDBen)

                    GOODHART, Gladys E. (wf)(TDBen)

                    CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

### Parcel 61W-16 - 69

The Northeast Quarter of Section Sixteen (16), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:        LILLY REALTY CORPORATION

### Parcel 61W-16 - 70

The East Half of the Northwest Quarter of Section Sixteen (16), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:        HOPE, Eddy Augustine

### Parcel 61W-22 - 71

The North Half, and the North Half of the South Half of Section Twenty-two (22), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:        LEATHAM, Herbert

26

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

50

### Parcel 61W-23 - 72

Lots 13 and 14, and the East Half of Lot 12 of Section Twenty-three
(23), Township Six (6) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:          HILL, Victor C.

                  HILL, Helen Durr


### Parcel 61W-25 - 73

The Southeast Quarter of the Southwest Quarter of Section Twenty-five
(25), Township Six (6) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNER:           ALLEN, Scott E.


### Parcel 61W; 71W - 74

The Southwest Quarter of the Northwest Quarter, and the West Half of
the Southwest Quarter of Section Twenty-five (25); the Southeast
Quarter and the West Half of Section Twenty-six (26), EXCEPT the
Southwest Quarter of the Southwest Quarter; the East Half and the East
Half of the Northwest Quarter of Section Thirty-five (35); and that
portion of the West three-fourths of Section Thirty-six (36) lying
Westerly of Highway 194 and Northerly of Red Mountain Road, all in
Township Six (6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.  ALSO
that portion of Section One (1) lying Westerly of Highway 194; the
South Half, and Government Lots 1, 2 and 3 of Section Two (2); all
of Section Three (3); the West Half of the Southeast Quarter and
those portions of the Northeast Quarter of the Southeast Quarter and
Government Lot 8 of Section Twelve (12) lying Westerly of State High-
way 194 (EXCEPTING therefrom the West Half of the West Half of the

27

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

51

Parcel 61W: 71W  -  74  (cont'd)

~~Northwest Quarter of Lot 8),~~ all in Township Seven (7) South, Range One
(1) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:              DUNCAN, Tom W. (hus)

                         DUNCAN, Frances W. (wf)


Parcel 61W-25  -  75

The North Half of the Northwest Quarter of the Southeast Quarter of the
Northwest Quarter; the Southeast Quarter of the Northwest Quarter of
the Southeast Quarter of the Northwest Quarter; the North Half of the
Southwest Quarter of the Southeast Quarter of the Northwest Quarter;
and the Southwest Quarter of the Southwest Quarter of the Southeast
Quarter of the Northwest Quarter of Section Twenty-five (25), Township
Six (6) South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNER:              BANCROFT, W. I. S.


Parcel 61W-25  -  76

The Northeast Quarter of the Southwest Quarter of Section Twenty-five
(25), Township Six (6) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNER:              ALLEN, Chester B.


Parcel 61W-25  -  77

The Southwest Quarter of the Northwest Quarter of the Southeast Quarter
of the Northwest Quarter of Section Twenty-five (25), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:              BURKE, Arthur

28

988

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

52

Parcel 61W-25  -  78

    The Southeast Quarter of the Southwest Quarter of the Southeast Quarter

of the Northwest Quarter of Section Twenty-five (25), Township Six (6)

South, Range One (1) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNER:             COHEN, Ben


Parcel 61W-26  -  79

    The Northeast Quarter of Section Twenty-six (26), Township Six (6)

South, Range One (1) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:          SUFFICOOL, Jack R. (hus)

                SUFFICOOL, Vaughn W. (wf)

                CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

                HILL, Helen Durr (wf)(TDBen)

                HILL, Victor C. (hus)(TDBen)


Parcel 61W-28-34; 71W-4-8  -  80

    The Northwest Quarter of the Northwest Quarter, the North Half of the

Southwest Quarter, and the Southwest Quarter of the Southwest Quarter

of Section Twenty-eight (28); ALSO the East Half of the Northeast

Quarter of Section Thirty-four (34), Township Six (6) South, Range

One (1) West, San Bernardino Base and Meridian, in the County of

Riverside, State of California.  ALSO Lots 3 and 4 and the West Half

of the Southeast Quarter of Section Four (4); and the East Half of the

Northeast Quarter of Section Eight (8), Township Seven (7) South,

Range One (1) West, San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNER:             RAWSON, Lewis E.

989

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

53

Parcel 61W-31 - 81

Government Lots 1, 2, 3 and 4, and the West Half of the East Half of the West Half of Section Thirty-one (31), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:       HOTCHKISS, Ray B. (hus)

HOTCHKISS, Minnie J. (wf)

MEEK, Nathan A., Jr. (hus)

MEEK, Wilma (wf)

Parcel 61W-34 - 82

The Southeast Quarter of the Southeast Quarter of the Southeast Quarter of Section Thirty-four (34), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:        MOERSCH, Joseph

Parcel 61W-34 - 83

The Northeast Quarter of the Southeast Quarter of the Southeast Quarter of Section Thirty-four (34), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:        MANSFIELD, Mollie

Parcel 61W-34 - 84

The Northwest Quarter of the Southeast Quarter of the Southeast Quarter of Section Thirty-four (34), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:        BEEBE, Hiram E.

30

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

54

Parcel 61W-34 - 85

The Southwest Quarter of the Southeast Quarter of the Southeast Quarter,
and the South Half of the Northeast Quarter of the Southeast Quarter of
Section Thirty-four (34), Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNER:          SCOTT, Jessie K.


Parcel 61W-34 - 86

The Northeast Quarter of the Northeast Quarter of the Southeast Quarter
of Section Thirty-four (34), Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:         JENKINS, H. P. (hus)

                JENKINS, Pauline M. (wf)

                GLATT, Harry (hus)

                GLATT, Fanny (wf)


Parcel 61W-34 - 87

The Northwest Quarter of the Northeast Quarter of the Southeast Quarter
of Section Thirty-four (34), Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNER:          F. P. NEWPORT CO.


Parcel 61W-35 - 88

The West Half of the Southeast Quarter of the Southwest Quarter of
Section Thirty-five (35), Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

31

991

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

55

Parcel 61W-35 - 88  (Continued)

OWNERS:　　　　　　BANDEL, Henry (m/m)

　　　　　　　　　　TITLE INSURANCE AND TRUST COMPANY (TDTr)

　　　　　　　　　　BELCHER, Louise E. (m/w)(TDBen)


Parcel 61W-35 - 89

　　　The Southwest Quarter of the Southwest Quarter of Section Thirty-five

　　　(35), Township Six (6) South, Range One (1) West, San Bernardino Base

　　　and Meridian, in the County of Riverside, State of California.

OWNERS:　　　　　　PHILLIPS, Caroline E. (un/w)

　　　　　　　　　　PHILLIPS, Marjorie C. (s/w)


Parcel 61W-35 - 90

　　　The East Half of the Southeast Quarter of the Southwest Quarter of

　　　Section Thirty-five (35), Township Six (6) South, Range One (1) West,

　　　San Bernardino Base and Meridian, in the County of Riverside, State

　　　of California.

OWNER:　　　　　　SCHMIDT, Ruben S.


Parcel 61W-35 - 91

　　　The South Half of the East 25 acres of the North Half of the North

　　　Half of the Southwest Quarter of Section Thirty-five (35), Township

　　　Six (6) South, Range One (1) West, San Bernardino Base and Meridian,

　　　in the County of Riverside, State of California.

OWNER:　　　　　　MELLON, Mary M.


Parcel 61W-35 - 92

　　　The South Half of the North Half of the Southwest Quarter of Section

　　　Thirty-five (35), Township Six (6) South, Range One (1) West, San

32

992

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

50

Parcel 61W-35 - 92

    The South Half of the North Half of the Southwest Quarter of Section

Thirty-five (35), Township Six (6) South, Range One (1) West, San

Bernardino Base and Meridian, in the County of Riverside, State of

California.

OWNER:          MAUVENZIN, Angeline


Parcel 71W-6 - 93

    Government Lots 1, 2 and 3 of Section Six (6), Township Seven (7)

South, Range One (1) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:        KAZAROFF, Jimmie (m/m)

                KAZAROFF, Bennie (s/m)


Parcel 71W-7-18 - 94

    All of Section Seven (7); ALSO all of fractional Section Eighteen

(18), Township Seven (7) South, Range One (1) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California,

EXCEPT Lots 3 and 4 thereof and that portion described as follows:

BEGINNING at a point 198 feet North of the Northeast corner of

Lot 6 in said Section Eighteen (18); thence West 1155 feet; thence

South to Pauba Rancho line; thence East 1155 feet; thence North to

point of beginning.

OWNERS:        BUTTON, Jesse D. (hus)

                BUTTON, Lola T. (wf)


Parcel 71W-8 - 95

    The East Half of the Southwest Quarter, and Government Lots 2 and 3

993

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

57

Parcel 71W-8 - 95 (cont'd)

of Section Eight (8), Township Seven (7) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNER:          WILSON, Bessie M.

Parcel 71W-9 - 96

Section Nine (9), Township Seven (7) South, Range One (1) West, San
Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:          BRYAN, A. L.

BRYAN, Florence

BRYAN, Miriam A.

BRYAN, William R.

Parcel 71W-10 - 97

The Southeast Quarter of Section Ten (10), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:          MILHOLLAND, George W. (hus)

MILHOLLAND, Nellie M. (wf)

Parcel 71W-11-15 - 98

All of Section Eleven, ALSO all of fractional Section Fifteen (15),
Township Seven (7) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNER:          THORPE, Daisy E. (m/w)(sep prop)

34

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

58

## Parcel 71W-~~12~~-13 - 99

The ~~Southeast Quarter of the Southeast Quarter of Section Twelve (12),~~
and the East Half of the Northeast Quarter of Section Thirteen (13),
Township Seven (7) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:         SPEROU, George James (hus)
                SPEROU, Marjorie V. (wf)
                SECURITY TITLE INSURANCE COMPANY (TDTr)
                PITTAM, Frank Will (hus)(TDBen)
                PITTAM, Hazel Eunice (wf)(TDBen)

## Parcel 71W-12 - 100

Lots 2, 3 and 7, and the West Half of the West Half of the Northwest
Quarter of Lot 8 of Section Twelve (12), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:         PITTAM, Lew E. (hus)

                PITTAM, Ethel V. (wf)

## ~~Parcel 71W-12 - 101~~

The Southwest Quarter of Section Twelve (12), Township Seven (7)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:         HALL, Gordon W. (hus)

                HALL, Lorine V. (wf)

                BANK OF AMERICA (TDTr)

                CORPORATION OF AMERICA (TDBen)

## Parcel 71W-13 - 102

All of Section Thirteen (13), Township Seven (7) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT the East Half of the Northeast Quarter,

35

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

59

Parcel 71W-13 - 102 (cont'd)

and EXCEPT from the Southwest Quarter of the Northwest Quarter the
following described parcel:  BEGINNING at the Southwest corner there-
of; thence Northerly on the Westerly line 315 feet; thence Easterly
parallel with the Southerly line 210 feet; thence Southerly parallel
with the Westerly line 315 feet to the Southerly line thereof; thence
Westerly 210 feet to the point of beginning.

OWNERS:          STEARNS, Gilbert (hus)

                 STEARNS, Zelma E. (wf)


Parcel 71W-13 - 103

That portion of the Southwest Quarter of the Northwest Quarter of
Section Thirteen (13), Township Seven (7) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State
of California, described as follows:  BEGINNING at the Southwest
corner thereof; thence Northerly along the Westerly line 315 feet;
thence Easterly parallel with the Southerly line 210 feet; thence
Southerly parallel with the Westerly line 315 feet to the Southerly
line thereof; thence Westerly 210 feet to the point of beginning.

OWNERS:          BARRY, James L. (hus)

                 BARRY, Yvonne (wf)


Parcel 71W - 104

Number not used.


Parcel 71W-14 - 105

The South Half of Section Fourteen (14), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

36

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

60

Parcel 71W-14 - 105 (cont'd)

OWNERS: MILHOLLAND, Richard L.

    MILHOLLAND, Ellen M.

    GREGG, Emily C. (TDBen)

    GREGG, Ernest (TDBen)

    SECURITY TITLE INSURANCE COMPANY (TDTr)


Parcel 71W-14 - 106

The Northeast Quarter of Section Fourteen (14), Township Seven (7)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT the Easterly 1650
feet thereof.

OWNERS: THARP, Alvin S. (hus)

    THARP, Mildred E. (wf)


Parcel 71W-14 - 107

The Northwest Quarter of Section Fourteen (14), Township Seven (7)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER: SNODGRASS, John Herbert


Parcel 71W-14 - 108

The Easterly 1650 feet of the Northeast Quarter of Section Fourteen
(14), Township Seven (7) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS: JACOBUS, Richard (hus)

    JACOBUS, Ann M. (wf)

    SECURITY TITLE INSURANCE COMPANY (TDTr)

    McDANIEL, Cyrus J. (widower)(TDBen)

    LAND TITLE COMPANY OF RIVERSIDE (TDTr)

    BOGGEMAN, Robert J. (sep prop)(TDBen)

997

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

61

Parcel 71W-17 - 109

All of fractional Section Seventeen (17), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:            INGRAM, Harriet N.
                   INGRAM, John R.


Parcel 71W-18 - 110

That portion of Section Eighteen (18), Township Seven (7) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of River-
side, State of California, described as follows:  BEGINNING 198 feet
North of the Northeast corner of Lot 6; thence West 1155 feet; thence
South to Pauba Rancho line; thence East 1155 feet; thence North to
point of beginning.

OWNERS:            WILLIS, William V. (hus)
                   WILLIS, Flossie F. (wf)


Parcel 71W-18 - 111

That portion of Lot 3 of Section Eighteen (18), Township Seven (7)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as follows:  BEGINNING
at the intersection of the South boundary of said Section Eighteen (18)
and the East side of Public Highway extending along the Westerly
boundary of said Section Eighteen (18), said point being 25 feet
Easterly of the Southwest corner of said Section Eighteen (18); thence
Easterly along the South boundary of said Section Eighteen (18) 165
feet; thence Northerly parallel with the West boundary 220 feet;
thence Westerly parallel with the South boundary 165 feet to a point

38

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

Parcel 71W-18 - 111 (cont'd)

Easterly 25 feet from the West boundary of Section Eighteen (18);
thence Southerly along the East side of said highway and parallel
with the West boundary of Section Eighteen (18) 220 feet to the
point of beginning.

OWNER:        HYATT SCHOOL DISTRICT


Parcel 71W-22 - 112

The Southeast Quarter and the Northeast Quarter of the Northeast
Quarter of Section Twenty-two (22), Township Seven (7) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNER:        SPEARS, Leonard (s/m)


Parcel 71W-22 - 113

The West Half of the Northeast Quarter, and the Southeast Quarter of
the Northeast Quarter of Section Twenty-two (22), Township Seven (7)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:        JONES, Charles A. (sep prop)


Parcel 71W-22 - 114

The Northeast Quarter of the Northwest Quarter of Section Twenty-two
(22), Township Seven (7) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNER:        JONES, Norma Mae


Parcel 71W-22 - 115

The Northwest Quarter of the Northwest Quarter and the South Half of

999

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

63

Parcel 71W-18  -  111 (cont'd)

Easterly 25 feet from the West boundary of Section Eighteen (18);
thence Southerly along the East side of said highway and parallel
with the West boundary of Section Eighteen (18) 220 feet to the
point of beginning.

OWNER:              HYATT SCHOOL DISTRICT

Parcel 71W-22  -  112

The Southeast Quarter and the Northeast Quarter of the Northeast
Quarter of Section Twenty-two (22), Township Seven (7) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNER:              SPEARS, Leonard (s/m)

Parcel 71W-22  -  113

The West Half of the Northeast Quarter, and the Southeast Quarter of
the Northeast Quarter of Section Twenty-two (22), Township Seven (7)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:              JONES, Charles A. (sep prop)

Parcel 71W-22  -  114

The Northeast Quarter of the Northwest Quarter of Section Twenty-two
(22), Township Seven (7) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNER:              JONES, Norma Mae

Parcel 71W-22  -  115

The Northwest Quarter of the Northwest Quarter and the South Half of

1000

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

64

Parcel 71W-22 - 115  (cont'd)

the Northwest Quarter of Section Twenty-two (22), Township Seven (7)

South, Range One (1) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNER:                    BLAKE, Flora M.


Parcel 71W-22 - 116

The Southwest Quarter of Section Twenty-two (22), Township Seven (7)

South, Range One (1) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:                   CLARK, Willard F. (hus)

                          CLARK, Marguerite A. (wf)


Parcel 71W-23 - 117

Section Twenty-three (23), Township Seven (7) South, Range One (1)

West, San Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNERS:                   BROWN, Marcus Holt (hus)

                          BROWN, Caterina F. (wf)


Parcel 71W-24 - 118

The West Half of the Southwest Quarter, and the West 30 acres of the

Southeast Quarter of the Southwest Quarter of Section Twenty-four (24),

Township Seven (7) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:                   EVANS, Claude D., Jr. (hus)
                          EVANS, Freda A. (wf)
                          SECURITY TITLE INSURANCE COMPANY (TDTr)
                          POTSON, Opal (wf)(TDBen)
                          POTSON, Fred G. (hus)(TDBen)

40

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

65

**Parcel 71W-24  -  119**

Government Lot 3 (being the Northeast Quarter of the Northwest Quarter)
of Section Twenty-four (24), Township Seven (7) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNER:               WINTER, Retta

**Parcel 71W-24  -  120**

Government Lots 4, 5 and 6, and the Northeast Quarter of the Southwest
Quarter of Section Twenty-four (24), Township Seven (7) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:              KEVENEY, Delia (wf)

                     KEVENEY, John T. (hus)

**Parcel 71W-26  -  121**

The East Half of the East Half, the Northwest Quarter of the Northeast
Quarter, the Southwest Quarter of the Southeast Quarter, the South Half
of the Southwest Quarter, and the Northwest Quarter of Section Twenty-
six (26), Township Seven (7) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:             SLATON, Marie C. (wf)

                    SLATON, Glen Alton (hus)

**Parcel 71W-26  -  122**

The Southwest Quarter of the Northeast Quarter, the Northwest Quarter
of the Southeast Quarter, and the North Half of the Southwest Quarter
of Section Twenty-six (26), Township Seven (7) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California

OWNER:              PARIS, Tom (s/m)

41

1002

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

Parcel 71W-27-33  -  123

Sections Twenty-seven (27) and Thirty-three (33), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          CULTON, Gilbert M. (hus)

                 CULTON, Gera Davis (wf)

Parcel 71W-28  -  124

The Southeast Quarter of the Northeast Quarter, and the Northeast Quarter of the Southeast Quarter of Section Twenty-eight (28), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          LYNCH, Ernest J. (s/m)

                 LAND TITLE COMPANY (TDTr)

                 BLOODSWORTH, Leonard F. (hus)(TDBen)

                 BLOODSWORTH, Naomi E. (wf)(TDBen)

                 HARK, Dixie (widow)(TDBen)

Parcel 62W-24  -  125

That portion of the Northeast Quarter of Section Twenty-four (24), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, being a one-acre parcel described as follows:  BEGINNING at the Southeast corner of the Northeast Quarter of the Northeast Quarter; thence West 12 rods; thence North 13 rods; thence East 12 rods; thence South 13 rods to the point of beginning.

OWNERS:          RAWSON SCHOOL DISTRICT

                 RAWSON, Tommy (s/m)

                 FEDERAL LAND BANK OF BERKELEY (TDTr&Ben)

<u>LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED</u>

Parcel 62W-26 - 126

The Southeast Quarter; the North Half of the Northeast Quarter, and the Southwest Quarter of the Northeast Quarter of Section Twenty-six (26), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:            DOMENIGONI, Frederick E.
                   DOMENIGONI, Jean
                   DOMENIGONI, Frances N.


Parcel 62W-34 - 127

The Southeast Quarter of Section Thirty-four (34), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:            PETERSEN, Holger M. (hus)
                   PETERSEN, Magda M. (wf)


Parcel 62W-35 - 128

Section Thirty-five (35), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:            GREGORY, Alfred A.


Parcel 72W-1 - 129

The South Half, and that portion of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of Section One (1), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:

BEGINNING at the Southeast corner of said Northwest Quarter; thence

43

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

68

Parcel 72W-1 - 132 (cont'd)

North on the East line of said Northwest Quarter 10 rods; thence West
and parallel with the South line of said Northwest Quarter 16 rods;
thence South and parallel with the East line of said Northwest
Quarter 10 rods to the South line of said Northwest Quarter; thence
East along said South line 16 rods to the point of beginning.

OWNERS:          BAATZ, Elmer (s/m)

                 SHUMATE, Olive O. (m/w)


Parcel 72W-1 - 130

The Northeast Quarter of Section One (1), Township Seven (7) South,
Range Two (2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNER:           DIETTERICK, Mary R.


Parcel 72W-1 - 131

The North Half of the Northwest Quarter of Section One (1), Township
Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNER:           GARTLER, Stanley (s/m)


Parcel 72W 1-2-3-11-12 - 132

The South Half of the Northwest Quarter of Section One (1), Township
Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California, EXCEPT that portion
described as follows: BEGINNING at the Southeast corner of said
Northwest Quarter; thence North on the East line of said Northwest
Quarter 10 rods; thence West and parallel with the South line of said

44

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

69

Parcel 72W-1-2-9-11-12 - 132 (cont'd)

Northwest Quarter 16 rods; thence South and parallel with the East line of said Northwest Quarter 10 rods to the South line of said Northwest Quarter; thence East along said South line 16 rods to the point of beginning. ALSO, the West Half of the Northeast Quarter; the South Half of the Northwest Quarter; the Southeast Quarter of the Northeast Quarter; the North Half of the Southeast Quarter; the Southwest Quarter of the Southeast Quarter, and the Southwest Quarter of Section Two (2), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. ALSO, the East Half of Section Three (3), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion described as follows: BEGINNING at a point with said East Half from which the West Quarter section course bears South 89°52' West 3692.20 feet; thence North 89°52' East 450.40 feet; thence South 402.40 feet; thence South 76°02' West 101.62 feet; thence North 74°05' West 90.10 feet; thence North 64°59' West 275.85 feet; thence North 03°03' West 284.92 feet to the point of beginning. ALSO the North Half and the Southeast Quarter of Section Eleven (11), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. ALSO, the North Half of the North Half, and the Southwest Quarter of Section Twelve (12), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          AULD, William K.

ROBERTSON, Alma C.

AULD, Barbara Ann

1006

## LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

70

Parcel 72W-2 - 133

The Southeast Quarter of the Southeast Quarter of Section Two (2), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:         BASHAW, J. N. (hus)

                BASHAW, Helen J. (wf)


Parcel 72W-3 - 134

That portion of the East Half of Section Three (3), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:  BEGINNING at a point in the East Half from which the West quarter section course bears South 89°52' West 3692.20 feet; thence North 89°52' East 450.40 feet; thence South 402.40 feet; thence South 76°02' West 101.62 feet; thence North 74°05' West 90.10 feet; thence North 64°59' West 275.85 feet; thence North 03°03' West 284.92 feet to the point of beginning.

OWNERS:         SEWELL, Harold (hus)

                SEWELL, Mabel (wf)

                AULD, William K. (s/m)

                AULD, Thelma F.

                SECURITY TITLE INSURANCE COMPANY (TDTr)

                WILSON, Mary C. (wf)(TDBen)

                WILSON, Samuel R. (hus)(TDBen)


Parcel 72W-3-4-9-10-15-16-22 - 135

The West Half of Section Three (3); the Southeast Quarter of Section Four (4); all of Sections Nine (9) and Ten (10); all of Sections Fifteen

46

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

71

Parcel 72W-~~3-14-15-16-22~~-15-16-22  -  135 (cont'd)

(15) and Sixteen (16); and all of Section Twenty-two (22) in Township

Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:                 NICOLAS, Marius A. (hus)

                        NICOLAS, Mary (wf)

                        FEDERAL LAND BANK OF BERKELEY (TDTr&Ben)


Parcel 72W-4-7  -  136

The Southwest Quarter of Section Four (4); *ALSO the North Half of

the Southeast Quarter of the Southwest Quarter and the North Half

of the Southwest Quarter lying Easterly of the County Road, of

Section Seven (7), all in Township Seven (7) South, Range Two (2) West,

San Bernardino Base and Meridian, in the County of Riverside, State

of California.

OWNERS:                 CEAS, Albert N. (hus)

                        CEAS, Maxine R. (wf)

                        BANK OF AMERICA (TDTr)

                        SERVEL, Leon J. (hus)(TDBen)

                        SERVEL, Clementine C. (wf)(TDBen)

                        *CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

                        *SERVEL, Leon J. (hus)(TDBen)

                        *SERVEL, Clementine C. (wf)(TDBen)


Parcel 72W-5  -  137

The Northwest Quarter and the South Half of Section Five (5), Township

Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California, EXCEPT that portion

47

1008

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

72

Parcel 72W-5 - 137 (cont'd)

described as follows:  BEGINNING at the Northeast corner of said South

Half; thence South 417.42 feet; thence West 417.42 feet; thence North

417.42 feet; thence East 417.42 feet to the point of beginning.

OWNERS:                POURROY, Fred J.

POURROY, Frances


Parcel 72W-5 - 138

That portion of the South Half of Section Five (5), Township Seven (7)

South, Range Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California, described as follows:

BEGINNING at the Northeast corner of said South Half; thence South 417.42

feet; thence West 417.42 feet; thence North 417.42 feet; thence East

417.42 feet to the point of beginning.

OWNER:                TRUSTEES OF ALIMOS SCHOOL DISTRICT


Parcel 72W-7-18 - 139

The Southeast Quarter of the Southeast Quarter of Section Seven (7),

and the Northeast Quarter of Section Eighteen (18), Township Seven (7)

South, Range Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNER:                HILLIARD, C. S. (m/w)


Parcel 72W-7 - 140

The North Half of the Southeast Quarter of Section Seven (7), Township

Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNER:                CEAS, Etienne


48

1009

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

**Parcel 72W-7-8-12-13-18  -  141**

*The Northeast Quarter and that portion of the Northwest Quarter of
Section Seven (7) lying East of the County Road.  ALSO, ~~the Southwest~~
~~Quarter and the Northeast Quarter of Section Eight (8).~~  ALSO, the
Southeast Quarter of Section Twelve (12), ALSO, all of Section Thirteen
(13).  ALSO the South Half and the Northeast Quarter of Section Fourteen
(14).  ~~ALSO the Northwest Quarter of Section Eighteen (18),~~ all in
Township Seven (7) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:              BOREL, A. F. (hus)

                     BOREL, Louise (wf)

                    *BREEDEN, Kathryn K. (TDBen)

                    *SECURITY TITLE INSURANCE COMPANY (TDTr)


**Parcel 72W-7  -  142**

The South Half of the Southeast Quarter of the Southwest Quarter; the
Southwest Quarter of the Southeast Quarter, and that portion of the
Southwest Quarter of the Southwest Quarter of Section Seven (7) lying
Easterly of the County Road, all in Township Seven (7) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNER:              CEAS, Emilie


**Parcel 72W-8-17  -  143**

~~The Southeast Quarter of Section Eight (8) and~~ all of Section Seventeen
(17), Township Seven (7) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNER:              CEAS, Albert N. (m/m)(sep prop)


49

<u>LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED</u>

74

<u>Parcel 72W-8  -  144</u>

The Northwest Quarter of Section Eight (8), Township Seven (7) South,
Range Two (2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

<u>OWNERS</u>:                     REYES, Ida P. (wf)

REYES, Antonio N. (hus)


<u>Parcel 72W-11  -  145</u>

The Southwest Quarter of Section Eleven (11), Township Seven (7) South,
Range Two (2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

<u>OWNERS</u>:                     POURROY, Pierre, Jr. (hus)

POURROY, Catherine B. (wf)

FEDERAL LAND BANK OF BERKELEY (TDTr&Ben)


<u>Parcel 72W-12  -  146</u>

The South Half of the North Half of Section Twelve (12), Township Seven
(7) South, Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

<u>OWNERS</u>:                     KNEZEVICH, William M. (hus)

KNEZEVICH, Katherine (wf)

MOORE, James L. (TDBen)

MOORE, Albertie A. (TDBen)

SECURITY TITLE INSURANCE COMPANY (TDTr)


<u>Parcel 72W-14  -  147</u>

The Northwest Quarter of Section Fourteen (14), Township Seven (7) South,
Range Two (2) West, San Bernardino Base and Meridian, in the County of

1011

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

75

Parcel 72W-14 - 147  (cont'd)

Riverside, State of California.

OWNERS:                     NICOLAS, Marius Edmund (hus)

                            NICOLAS, Georgia (wf)

                            CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

Parcel 72W-18 - 148

The South Half of Section Eighteen (18), Township Seven (7) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:                     SERVEL, Leon J. (hus)

                            SERVEL, Clementine (wf)

Parcel 72W-19 - 149

The fractional Westerly Half of Section Nineteen (19), Township Seven (7)
South, Range Two (2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:                     SERVEL, Leon J. (hus)

                            SERVEL, Clementine (wf)

                            PREEST, Leona J. (formerly SERVEL)

                            PREEST, Carl

Parcel 72W-19-20-29-30 - 150

*The Northeast Quarter and fractional Southeast Quarter of Section Nine-
teen (19); *ALSO the South Half of Section Twenty (20); ALSO the South
Half of the North Half of Section Twenty (20); *ALSO all of fractional
Sections Twenty-nine (29) and Thirty (30), all in Township Seven (7)
South, Range Two (2) West, San Bernardino Base and Meridian, in the County

51

1012

LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED

70

~~Parcel 72W-19-20-29-30 - 150~~ (cont'd)

of Riverside, State of California.

OWNERS:  NICOLAS, Seraphina (widow)

~~*FEDERAL LAND BANK OF BERKELEY (TDTr&Ben)~~

~~Parcel 72W-20 - 151~~

The North Half of the North Half of Section Twenty (20); ALSO all of
*Section Twenty-one (21) in Township Seven (7) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:  CASS, Louis (m/m)(sep prop)

CASS, Virginia N. (m/w)(sep prop)

RORIPAUGH, Leo E. (m/m)(sep prop)

RORIPAUGH, Marian E. (m/w)(sep prop)

*CASS, Louis (hus)(TDBen)

*CASS, Virginia (wf)(TDBen)

~~*RIVERSIDE TITLE COMPANY (TDTr)~~

~~Parcel 72W-38 - 152~~

All of fractional Sections Twenty-eight (28) and Thirty-three (33),
Township Seven (7) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:  WILKINSON, Mary Vail, Trustee

VAIL, Mahlon, Trustee

VAIL, Edward N., Trustee

WISE, Margaret Vail, Trustee

~~BAUGHMAN, D. A., Trustee~~

52

<u>LOWER MURRIETA CREEK AND SANTA GERTRUDIS CREEK WATERSHED</u>

77

~~Parcel 72W-12-24----152~~

All of fractional Sections Thirteen (13) ~~and Twenty-four (24)~~ in Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

<u>OWNERS</u>:    NICOLAS, Edmund (aka Marius Edmund ) (hus)

       NICOLAS, Georgia (wf)

       NICOLAS, M. A. (hus)(TDBen)

       NICOLAS, Mary (wf)(TDBen)

       ~~CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)~~

1014