UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.   )   No. __1247-SD-C__ Civil
vs.      )   MINUTES OF THE COURT
FALLBROOK, etc., et al )  Dated: __August 1, 1961__
         )   At San Diego, California

PRESENT: Hon. __JAMES M. CARTER__ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, AND FRANZ SACHSE

Proceedings: FURTHER COURT TRIAL

   Court and counsel discuss various findings.

   IT IS ORDERED cause is continued to August 4, 1961, at 9:30 A.M. for further court trial.



JOHN A. CHILDRESS, Clerk

By _____

6520