CARTER
8-4-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              ) No. 1247-SD-C _ _ _ _ Civil
                                    )
vs.                                 ) MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              ) Dated: _ _ August 4, 1961 _ _
                                    )
                                    ) At San Diego, California
                                    )

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

   Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ Reporter: JOHN SWADER

   Counsel for Plaintiff: _ _ WILLIAM VEEDER AND DONALD REDD _ _ _


   Counsel for Defendant: GEORGE STAHLMAN, AND FRANZ SACHSE _ _ _ _


Proceedings:    FURTHER COURT TRIAL

     Court and counsel discuss various findings.
     Court signs findings and interloc N Judgment nos. 33A and 32A.
     Ex. No. 216B is marked and received.
     IT IS ORDERED cause is continued to August 8, 1961, at 10 A.M.
for further court trial.








                                                JOHN A. CHILDRESS, Clerk