**1**

# FILED

AUG ~ 4 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

ENTERED

AUG ~ 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | WILSON AND COAHUILLA CREEKS SUB-WATERSHED |
| v. ) | INTERLOCUTORY JUDGMENT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | No. 33 A |
| Defendants. ) | |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY
JUDGMENT NO. 33 A, RESPECTING LANDS IN WILSON CREEK AND
COAHUILLA CREEK SUB-WATERSHEDS WHICH DO NOT OVERLIE ANY
GROUND WATERS WHICH FEED OR CONTRIBUTE TO THOSE STREAMS
OR THEIR TRIBUTARIES

This Court, based upon the record before it in the subject

case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that: "The only proper method

of adjudicating the rights on a stream, whether riparian or appropriative

or mixed, is to have all owners of land on the watershed and all appro-

priators who use water from the stream involved in another watershed in

court at the same time." 1/

---

1 / State of California vs. United States, 235F.2d 647,663 (C.A.9, 1956)

-1-

1237

## II

Proceeding in accordance with that mandate, the Complaint and Amendatory and Supplementary Complaint in this cause was served upon the owners of the lands within the watershed of the Santa Margarita River and all appropriators who used water from that stream in any other watershed. Moreover, those parties named in the cause who could not be served personally were served by publication.

## III

The subject matter of this case, based upon the pleadings and the issues joined in it, relates only to the rights to the use of the waters of the Santa Margarita River, its tributaries and to the ground waters which feed, add to, support and contribute to the waters of the Santa Margarita River and its tributaries.

## IV

There are situated within the sub-watershed of Wilson Creek and Coahuilla Creek certain parcels or tracts of lands which do not overlie any of the ground waters which feed, add to, support or contribute to the waters of the Santa Margarita River or its tributaries. Those lands are comprised of basement complex or weathered basement complex, the ground waters of which, if any, are vagrant, local and percolating, not a part of the surface or sub-surface flow or sub-surface basins of Wilson Creek and Coahuilla Creek or any of their tributaries, nor do these ground waters feed, add to, support or contribute to the waters of the Santa Margarita River or any of its tributaries.

   a.  Attached to these Findings of Fact, Conclusions of Law
       and Interlocutory Judgment, marked Exhibit A and made
       a part of it, is a map, U.S.A.Pl's Exhibit 211-C,
       designated Wilson Creek Watershed, Ownership and
       Geology Map, which includes Coahuilla Creek and its
       tributaries, upon which are located all of the lands
       referred to in this Finding.

b. Also attached to these Findings of Fact, Conclusions of
Law and Interlocutory Judgment, marked Exhibit B and
made a part of them by reference, is an alphabetical
list of the names of the apparent landowners and parcel
numbers whose properties are referred to in this Finding.
That alphabetical list is U.S.A.Pl's Exhibit 211-A in
this case.

c. Also attached to these Findings of Fact, Conclusions of
Law and Interlocutory Judgment, marked Exhibit C and
made a part of them by reference, are the land descriptions
of the properties referred to in this Finding.  Exhibit C
is U.S.A.Pl's Exhibit 211-B in this case.

V

This Court retains continuing jurisdiction over all surface
waters within the drainage area of the sub-watershed of Wilson Creek
and Coahuilla Creek and their tributaries.

CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting
the lands referred to in Finding IV above and which are described in
Exhibit C:

I

The defendants referred to in Finding IV, their successors,
heirs, executors, administrators and assigns, have no rights to the
use of ground waters which feed, add to, support or contribute to the
waters of Wilson Creek and Coahuilla Creek or their tributaries, or
of the Santa Margarita River and its tributaries, in connection with
the lands referred to in Finding IV, which are described with particu-
larity in Exhibit C.

II

There is not at issue before this Court in this cause and
there is not decreed, determined or adjudged, inter sese, as to the

7—1404

U. S. GOVERNMENT PRINTING OFFICE

4

lands or owners of land referred to in Finding IV in this cause, the rights, if any, to the use of the vagrant, local, percolating waters which may underlie any of the lands referred to in the above set forth Finding IV and which are described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

### III

The United States of America, and all other parties to this action, having rights to the use of waters of the Santa Margarita River or its tributaries, as those rights are or may hereafter be determined by the final judgment of this Court, are entitled to have quieted their title in and to those rights against any and all adverse claims of the defendants referred to in Finding IV, who are listed in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, asserted by reason of their ownership of the lands described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

### IV

The defendants referred to in Finding IV, whose names are listed in Exhibit B and whose lands are described with particularity in Exhibit C of these Findings of Fact and Conclusions of Law, their heirs, successors, administrators, executors and assigns, are entitled to have quieted their titles in and to their rights to the use of the vagrant, local, and percolating ground waters, if any, underlying those lands described in Exhibit C, against the adverse claims, if any, of the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, by reason of rights asserted by the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, in and to the use of the waters of the Santa Margarita River and its tributaries.

7—1404

U. S. GOVERNMENT PRINTING OFFICE

1240

**V**

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

**I**

The defendants referred to in Finding IV and listed in Exhibit B of these Findings, the apparent owners of the lands described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, title or interest in or to the ground waters which feed, add to, support or contribute to the waters of Wilson Creek and Coahuilla Creek or their tributaries, or of the Santa Margarita River and its tributaries.

**II**

The titles to the rights of the United States of America and all other parties in this action having rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and they are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit B, their heirs, successors, administrators, executors and assigns, who assert rights by reason of their ownership of the lands described in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment; and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described in Exhibit C assert rights in the vagrant, local, percolating waters

7—1404

U. S. GOVERNMENT PRINTING OFFICE

therein, are forever restrained from asserting, claiming or setting up
any right, title or interest in or to the waters of the Santa Margarita
River or its tributaries, by reason of their ownership of those lands
described in Exhibit C.

### III

The ground waters, if any, which underlie the lands referred
to in Finding IV, and described with particularity in Exhibit C of
these Findings of Fact, Conclusions of Law and Interlocutory Judgment,
are vagrant, local and percolating, not a part of the waters of Wilson
Creek or Coahuilla Creek or their tributaries or of the Santa Margarita
River and its tributaries and are not in this cause adjudged, determined
or decreed among the defendants listed in Exhibit B of these Findings
of Fact, Conclusions of Law and Interlocutory Judgment, their heirs,
executors, administrators, successors or assigns, inter sese.

### IV

The titles to the rights of the defendants listed in Exhibit B,
their heirs, executors, administrators, successors or assigns, in and to
the vagrant, local percolating ground waters, if any, to which these Find-
ings of Fact, Conclusions of Law and Interlocutory Judgment pertain, which
are not a part of the waters of the Santa Margarita River and its tribu-
taries, underlying the lands described in Exhibit C of these Findings of
Fact, Conclusions of Law and Interlocutory Judgment, shall be and they are
forever quieted against any and all adverse claims, if any, of the United
States of America and all parties to this cause, their heirs, successors,
administrators, executors and assigns, having or claiming rights in and
to the surface and ground waters of the Santa Margarita River and its
tributaries, and the United States of America and all other parties to
this cause, their heirs, successors, administrators, executors and as-
signs, having or claiming rights in and to the surface and ground waters
of the Santa Margarita River and its tributaries, are forever restrained
from asserting, claiming or setting up any right, title or interest in
or to those vagrant, local, percolating ground waters.

U. S. GOVERNMENT PRINTING OFFICE

1242

V

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

VI

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California vs. United States, 235 F2d 647 (C. A. 9, 1956), that this is not a final decree but it interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: ___8/4/61___

_James M. Carter_
JAMES M. CARTER
Judge, United States District Court

1243

9

2/3/60                      WILSON CREEK WATERSHED

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| ~~Adams, Earl C.~~ | Yes | Yes | ~~81E-17-129~~ <br> ~~81E-18-137~~ |
| Adams, Harold & | No | Yes | 72E-2-196 |
| Vera L. | No | Yes | |
| Albright, Charles D. & | Yes | Yes | 73E-18,338 |
| Erma I. | Yes | Yes | |
| Alexander, Alfred & | No | Yes | 72E-11-184 |
| Mary Ann | No | Yes | |
| Alexander, Delbert A. | No | Yes | 72E-11-185 |
| Alexander, Ivan D. | No | Yes | 72E-11-188 <br> 72E-11-188A <br> ~~73E-16-320~~ <br> 73E-18-335 |
| Alleman, Carl W. & | No | No | 72E-2-196A |
| Leah | No | No | |
| Allen, Willard H. | No | No | 71E-33-93 <br> ~~81E-3,4,8,9,10,16~~ <br> ~~17,18 - 101~~ |
| Marjorie LaVerne | | | |
| ~~Allison, Raymond B.~~ | No | Yes | ~~73E-15-289~~ |
| Andrews, Nathan F. Jr. | No | Yes | 71E-32-92 |
| Anza Community Bldg, Inc. | Yes | Yes | ~~73E-16-299~~ |

*Interlocutory Judgement #... Exhibit B*

## WILSON CREEK WATERSHED

10

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| ~~Anza Electric Co-operative, Inc.~~ | Yes | No | ~~73E-14-283~~ |
| ~~Anza Valley Lands, Inc.~~ | Yes | Yes | ~~73E-16-315~~ |
| Appelbaum, Sol | No | No | 72E-30-153 |
|    Lillian | No | No | |
| Arbon, Laurence | Yes | No | 73E-23-372 |
| Armstrong, Layman Lyn | No | No | 81E-5-109A |
|    Marie | No | No | |
| Arnaiz, Beatriz | Yes | Yes | 73E-20-352 |
| ~~Arnold, Andrew~~ | Yes | Yes | ~~71E-20-66~~ |
| Arvans, George | Yes | Yes | 73E-23-372 |
| ~~Ashcroft, Inez S.~~ | Yes | No | ~~81E-10-121~~ |
| ~~Ashjian, Charles M. &~~ | Yes | No | ~~73E-8-232~~ |
|    ~~Araxie~~ | Yes | No | |
| Ayers, Clarence W. & | Yes | Yes | 72E-24-155 |
|    Ivy B. | Yes | Yes | 73E-19-345 |
| Bailey, Howard F. & | Yes | Yes | 73E-8-235(Ben) |
|    Lola X. | Yes | Yes | ~~73E-21-356(Ben)~~ |
| | | | 83E-8,9,16,17,18, 20 - 380 |

-2-

**11**

## WILSON CREEK WATERSHED

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|---|---|---|---|
| Bailey, Olin F. | Yes | No | 83E-8,9,16,17,18 20 - 380 (Only in Sec. 17) |
| Chalma F. | Yes | Yes | |
| ~~Baker, Marie~~ | No | Yes | ~~73E-7-220~~ |
| ~~Baker, Merrill~~ | Yes | Yes | ~~81E-17-132~~ |
| Bank of America | Yes | Yes | Numerous parcels as TDTr |
| Barber, Robert William | No | Yes | ~~73E-8-245~~ |
| Ruth Emily | Yes | Yes | 73E-8-248 (Ben) |
| ~~Barton, Irene M. aka Welch, &~~ | Yes | Yes | ~~81E-5-108~~ |
| ~~Dave Welch~~ | No | Yes | |
| Bauer, Louise Scherer | No | Yes | 71E-19-62 |
| ~~Beall, Ralph K. & Elizabeth A.~~ | No | Yes | ~~73E-10-273 (Ben)~~ ~~73E-10-274 (Ben)~~ |
| ~~Bendler, August J. & Anna F.~~ | Yes | Yes | ~~71E-30-85 (Ben)~~ ~~71E-31-88~~ |
| ~~Bendler, Charles G. & Mabel F.~~ | Yes | Yes | ~~71E-30-85 (Ben)~~ ~~71E-30-88~~ |
| ~~Bennett, Charlotte K.~~ | No | Yes | ~~81E-5-112~~ |

-3-

1247

## WILSON CREEK WATERSHED

**12**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Bennett, Edwin R. & | No | Yes | 71E-32-90 |
| Josephine S. | No | Yes | |
| | | | |
| Benson, Cleon E., Jr. & | No | Yes | 72E-11-185 (Ben) |
| Mildred T. | No | Yes | |
| | | | |
| Bergman, Harry H. & | Yes | Yes | 81E-1,12, 82E-7-96 |
| Alice D. | Yes | Yes | ~~81E-1,12, 82E-7-96A(Ben)~~ ~~73E-16-319~~ |
| | | | |
| ~~Berthold, George E.~~ | No | No | ~~73E-15-987~~ |
| | | | |
| Bibb, Net R. | No | Yes | 71E-19-57 |
| | | | |
| ~~Black, Elmer P. &~~ | Yes | Yes | ~~71E-8-37~~ |
| ~~Grace E.~~ | Yes | Yes | |
| | | | |
| Black, Hazel J. | No | Yes | 73E-8-248 |
| | | | |
| ~~Boggess, J. Aubrey~~ | No | Yes | ~~71E-19-41~~ |
| | | | |
| ~~Bohlen, John E.~~ | No | No | ~~73E-17-328~~ |
| | | | |
| ~~Bohlen, Nan A.~~ | Yes | Yes | ~~73E-10-960~~ ~~73E-15-984~~ ~~73E-17-328 (Ben)~~ |
| | | | |
| Boulton, Richard C. & | Yes | No | 73E-18-340 |
| Vera Florence | Yes | No | |
| | | | |
| Bowen, W. E. | No | No | 71E-24-73 (Ben) |

-4-

## WILSON CREEK WATERSHED

**13**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Bradford, Ione | Yes | Yes | 82E-8-141 |
| Bradford, William R. | Yes | Yes | 82E-8,9-143 |
| Bradley, Frances E. & | No | No | 72E-29,31,32-152 (Ben) |
| Roy | No | No | |
| ~~Brings, Donald A. &~~ | No | No | ~~72E-8-247~~ |
| ~~Beryl F.~~ | | | |
| ~~Brockman, Harold L. &~~ | No | No | ~~71E,8,9,17-38~~ |
| ~~Edith V.~~ | | | |
| ~~Brome, Dorothy Mae~~ | No | No | ~~81E-17-129 (Ben)~~ |
| | | | ~~81E-17-130 (Ben)~~ |
| Brown, Elbert E. & | No | Yes | 72E-11-183 |
| Beulah W. | No | Yes | |
| ~~Brown, Harold G. &~~ | Yes | Yes | ~~73E-16-305~~ |
| ~~Lela I.~~ | Yes | Yes | |
| Brown, Marcus Holt & | Yes | Yes | 71W-23,25-14 |
| Catrina F. | | | |
| Brubaker, Ruby L. & | No | Yes | 72E-29,~~31,32~~-152(Ben) |
| Lawrence | No | Yes | |
| Buchanan, Cora Ann | No | No | 72E-13-179 |

-5-

**14**

## WILSON CREEK WATERSHED

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Bunker, C. E. & Mary F. | Yes | Yes | 74E-17-383 (Ben) |
| Burgin, H. T. | No | No | 71E-19-53 |
| Burgin, Winona Elizabeth | No | Yes | 71E-19-53 |
| ~~Burke, Martin L.~~ | Yes | Yes | ~~81E-18-134~~ |
| Burnett, Leonard A. | No | No | 81E-12-96B ~~73E-10-275~~ |
| Burney, George M. & | No | No | 71E-30-86 (Ben) |
| Inez E. | No | No | |
| ~~Burr, Winston T. &~~ | No | Yes | ~~73E-15-292~~ |
| Dorothy | No | Yes | |
| ~~Butler, Carl J. &~~ | Yes | Yes | ~~71E-26-79~~ |
| ~~Mary T.~~ | Yes | Yes | |
| ~~California, State of~~ | | | ~~81E-17-120~~ ~~73E-16-300~~ |
| California Trust Co. | No | Yes | ~~73E-9-95~~ (Ben) ~~73E-9-95~~ (Ben) 73E-19-349 (Tr) |
| ~~Calland, Donald E.~~ | No | Yes | ~~71E-12,13,24-42~~ |

-6-

## WILSON CREEK WATERSHED

15

| NAME | ANSWERED | PERSONAL SERVICE | | PROPERTY |
|------|----------|------------------|---|----------|
| Galland, Walter K. & Lucille M. | No | Yes | | 71E-12,13,24-42 |
| Campbell, Oliver B. | Yes | Yes | | 73E-10-268 |
| Campbell, Etta B. | Yes | Yes | | 73E-10-268A |
| Campbell, William R., Jr. | No | Yes | | 71E-24-72A |
| Harriett | No | | No | |
| Cargile, Dellmore David | Yes | | No | 83E-21,382 |
| Marguerite C. | Yes | | No | |
| Carlton, Coy R. & Ruby Lou | No | | No | 73E-15-286 (1/6 int) |
| Cartier, Jacques & Beulah | Yes | Yes | | 73E-4-900 |
| | Yes | Yes | | |
| Casarez, Rayes & Belen C. H. | No | Yes | | 73E-18-332 |
| | No | Yes | | |
| Chandler, Edna C. | No | | No | 73E-19-349 |
| Cheney, Bryant L. & Avis B. | Yes | Yes | | 73E-7-911 |
| | Yes | Yes | | |
| Christian, Lewis Charles | No | | No | 71E-19-55 |

-7-

## WILSON CREEK WATERSHED

**16**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Chuck, George Thomas | No | Yes | 73E-23-369<br>73E-23-369A (Ben) |
| Citizens National Trust & Savings Bank of Riverside | No | Yes | Various parcels |
| Clothier, Russell W. & | No | No | 73E-23-369A |
| Coachella Valley Savings & Loan Association | Yes | Yes | 74E-20-387 (Ben) |
| Coast Machine Products, Inc. | Yes | Yes | 71E-30-85 |
| Coates, Stanley K. &<br>Rissa Intha | Yes | Yes | 72E-20,21-167<br>72E-17-168 |
| Cochran, Ruffman H. &<br>Ivaleah M. | No<br>Yes | Yes<br>Yes | 73B-8-227 |
| Code, Leo R.<br>Lillian L. | No<br>No | Yes<br>Yes | 81E-18-198 |
| Collins, Lottie V. | No | Yes | 81E-15,22-127 (Ben) |
| Commons, Harry E. | No | Yes | 71E-19-58 |
| Compton, Frederick<br>Madaline | No<br>No | Yes<br>Yes | 83E-18-392 |

-8-

1252

WILSON CREEK WATERSHED

**17**

| NAME | ANSWERED | PERSONAL SERVICE | | PROPERTY |
|------|----------|----------|---|----------|
| Compton, Jack & | No | Yes | | 83E-18-392 |
| Ruth | No | Yes | | |
| Conseul, John L. & | No | | No | 81E-1,12, 82E-7,9 |
| Jean | No | | No | -96A (1/4 int) |
| Conseul, Robert & | No | | No | 81E-1,12, 82E-7 |
| Joyce | No | | No | -96A (1/4 int) |
| Contarano, David F. | Yes | Yes | | 73E-9-254 |
| | | | | 73E-16-322 |
| Contreras, Clarence S. & | Yes | | No | 73E-21-361 (Ben) |
| Clara Marie | Yes | | No | |
| Cook, Paul A. & | No | Yes | | 73E-7-214 |
| Blanche E. | No | Yes | | |
| Coshaw, Dean O. | No | | No | 81E-5-109B (1/3 int) |
| Coshaw, Floyd Keith | No | | No | 81E-5-109B (1/3 int) |
| Coshaw, Gene | No | | No | 81E-5-109B (1/3 int) |
| Costello, Joseph & | Yes | Yes | | 81E-18-139 (Ben) |
| Maggie | Yes | Yes | | |
| County of Los Angeles | Yes | Yes | | 72E-1-197 (Mtgee) |
| County of Riverside | Yes | Yes | | 73E-15-298 |

-9-

## WILSON CREEK WATERSHED

18

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Craig, Edward H. & | Yes | Yes | 71E-26-80 |
| Fredda H. | Yes | Yes | |
| | | | |
| Culton, Gilbert M. & | Yes | No | 71W-27,33-8 |
| | | | 71W-34-10 |
| Gera Davis | Yes | No | 71W-35-11 (Ben) |
| | | | |
| Daniels, Elfie Elizabeth | Yes | Yes | 73E-8-234 |
| | | | |
| Davis, George E. & | No | No | 73E-15-286-(1/6-int) |
| Kathleen J. | No | No | |
| | | | |
| Davis, Jack A.C. & | No | No | 73E-7-215 |
| Ida Marie | No | No | |
| | | | |
| Davis, Morgan M. & | No | No | 73E-15-286-(1/6-int) |
| Maddalena G. | No | No | |
| | | | |
| Davis, Richard W. | No | Yes | 61E-35-25 |
| | | | |
| Deal, O. T. | No | Yes | 81E-12-124 (Ben) |
| | | | |
| Deal, William C. | No | Yes | 81E-12,124 (Ben) |
| Anna C. | No | Yes | |
| | | | |
| DeLoughery, Florence Helen | Yes | Yes | 73E-23-370 |
| | | | |
| Dellacqua, John & | No | Yes | 72E-11-186 |
| Minnie | No | Yes | |

-10-

1254

WILSON CREEK WATERSHED

**19**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|---|---|---|---|
| Derby, Earl | No | Yes | 71E-19-53 |
| DeVans, Eula | No | No | 73E-03-367 |
| Dickson, Barry Richard | No | Yes | 73E-9-858 |
| Dickson, David M. | No | Yes | 73E-9-857 |
| Dickson, Joseph E. & | No | Yes | 73E-9-856 |
| Pauline | No | Yes | |
| Dietz, Henry Edward | No | No | 72E-13-179 |
| Dinnel, Robert A. | No | No | 73E-18-336 |
| Dinnel, Joanne V. | No | No | 73E-18-337 |
| Dittrich, Adolph & | No | Yes | 71E-20-64 |
| Anna M. | No | Yes | |
| Doty, R. A. & | Yes | Yes | 73E-4-199 |
| Mary F. | Yes | Yes | |
| Dougherty, John D. | No | Yes | 73E-36-378 |
| Helen M. | No | Yes | |
| Douthit, Shirley | Yes | Yes | 73E-10-266 |
| Dover, Ernest & | No | Yes | 81E-12-123 (Ben) |
| Zenia Iona | No | Yes | |

## WILSON CREEK WATERSHED

20)

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Drake, Murl W. & | No | Yes | 73E-16-308 |
| Evelyn D. | No | Yes | |
| | | | |
| Duncan, Tom W. & | No | Yes | 71E-18-52 |
| Frances | No | Yes | |
| | | | |
| Dunham, Dewey & | Yes | Yes | 73E-8-224 |
| Carolyn | Yes | Yes | |
| | | | |
| Eberle, Betty | Yes | Yes | 74E-19-384 (Ben) |
| | | | |
| Egger, R. L. & | Yes | Yes | 74E-19-384 |
| Laura L. | Yes | Yes | |
| | | | |
| Ehlers, Fred | No | No | 71E-30-87 |
| | | | |
| Eldred, Andrew J. & | No | Yes | 73E-8-229 |
| Elsie L. | No | Yes | |
| | | | |
| Emery, Howard & | No | Yes | 73E-6-208-(Ben) |
| Hazel | No | Yes | 73E-6-209-(Ben) |
| | | | |
| Emery, William Howard, Jr. | Yes | Yes | 73E-6-209 |
| Hazel | Yes | Yes | |
| | | | |
| Emery, William Howard, Sr. | No | Yes | 73E-6-207 |
| | | | |
| Erwin, Robert M. & | Yes | Yes | 81E-17, 130 |
| Ada Dee | Yes | Yes | 81E-17 131 |

-12-

1256

## WILSON CREEK WATERSHED

21

| NAME | ANSWERED | | PERSONAL SERVICE | PROPERTY |
|------|------|------|------|------|
| Betuddlle, Minerva C. | Yes | | Yes | 81E-10-121 |
| Evans, Arlo T. & | | No | Yes | 72E-24-159 |
| Arlene N. | | No | Yes | |
| Evans, Claude D., Jr. & | Yes | | Yes | 71W-24-15 |
| Freda A. | Yes | | Yes | |
| Evans, Clifford J. & | | No | Yes | 71E-8-34 |
| Lillian J. | | No | Yes | |
| Everett, Elmer E. & | Yes | | Yes | 72E-13,14,22,23, 24, 74E-19-278 |
| Olga C. | Yes | | Yes | |
| Farmers & Merchants Bank of Hemet | Yes | | Yes | 61E-25,26,35&36-26 (Ben) |
| Farmers & Merchants Trust Co. of Long Beach | | No | Yes | 73E-27-327 (TR) |
| Farrant, Earle M. & | | No | Yes | 81E-2-99 81E-11-122 (Ben) |
| Edna Margaret | | No | Yes | |
| Faughn, George L. & | | No | No | 72E-11-184 (Ben) |
| Pauline | | No | No | |
| Federal Land Bank of Berkeley | | No | Yes | Various parcels (TR&Ben) |

-13-

WILSON CREEK WATERSHED                    22

| NAME | ANSWERED | PERSONAL SERVICE | | PROPERTY |
|---|---|---|---|---|
| Figaro, Louis & | No | Yes | | 74E-19,20-385 |
| Ellen K. | No | Yes | | |
| | | | | |
| First National Bank of Elsinore | No | Yes | | 81E-8-118 (Ben) |
| | | | | |
| Fisher, Jack M. & | No | | No | 75E-8-240 |
| Frances | No | | No | |
| | | | | |
| Flaherty, Peter Jr. & | No | Yes | | 73E-25-376 |
| Pauline B. | No | Yes | | |
| | | | | |
| Fleener, Clifford L. & | No | Yes | | 71E-30-86 |
| Mertie M. | No | Yes | | |
| | | | | |
| Fleener, Ordell L. & | No | Yes | | 71E-30-86 |
| Irene F. | No | Yes | | |
| | | | | |
| Floyd, Allen R. & | Yes | Yes | | 73E-8-241 |
| Fern A. | Yes | Yes | | |
| | | | | |
| Fontaine, Henry A. | Yes | Yes | | 73E-18-342 |
| Alvina | Yes | Yes | | |
| | | | | |
| Ford, Melvin M. | Yes | Yes | | 74E-21-390 |
| Robert J. | No | Yes | | |
| | | | | |
| Foster, Richard A. & | No | | No | 81E-2-98 |
| Phyllis C. | No | | No | |

-14-

WILSON CREEK WATERSHED

**23**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| ~~Francis, Clyde &~~ | Yes | No | ~~73E-16-311~~ |
| ~~Pearl M.~~ | Yes | Yes | |
| | | | |
| Gage, Robert K. | No | No | 73E-19-344 |
| | | | 73E-19-347 |
| | | | |
| Galloway, Joseph P. | Yes | Yes | 61E-25,26,~~39,~~ |
| Ruth E. | Yes | Yes | ~~36~~-26 |
| | | | |
| Gardner, Elizabeth Ann | Yes | Yes | 72E-24-163 |
| | | | |
| Garrone, Alfred | Yes | Yes | 71W-24-17 |
| | | | |
| Garrone, Louis | No | Yes | 71W-24-17 |
| | | | |
| Gassner, Mary J. | No | No | 73E-36-379 |
| | | | |
| Geltman, Edward C. | No | Yes | 81E-12, 82E-7,7-140 |
| | | | (Ben) |
| | | | |
| Geltman, Myron V. & | No | Yes | 81E-12, 82E-6,7-140 |
| Pauline | No | Yes | (Ben) |
| | | | |
| ~~General Mills, Inc.~~ | Yes | Yes | ~~71E-20-65 (Ben)~~ |
| | | | |
| Gerritsen, Gerard A. | No | Yes | 71E-26-76 (Ben) |
| | | | 71E-26-80 (Ben) |
| | | | |
| ~~Gibbel, Linnie B.~~ | No | No | ~~81E-8-117 (Ben)~~ |

-15-

| | | | |
|------|------|------|------|
| ~~Graham, Mons.~~ | No | Yes | ~~81E-19-131 (Ben)~~ |

-16-

WILSON CREEK WATERSHED

24

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Gilbert, Alfred E. & | No | Yes | 72E-13-177 |
| Muriel W. | No | Yes | |
| | | | |
| Gilbreath, Raymond W. & | Yes | Yes | 73E-14-279 |
| Nadine Janet | Yes | Yes | |
| | | | |
| Gleason, Jack & | No | Yes | 81W-2,6 (Ben) |
| Ruth | No | Yes | |
| | | | |
| Glines, Wilbur H. & | No | Yes | 72E-7-192 |
| Lucia C. | No | Yes | |
| | | | |
| Goldenbee, George W. & | No | No | 72E-24-157 (Ben) |
| Lela P. | No | No | |
| | | | |
| Good, Victor L. | No | No | 73E-18-338 (Ben) |
| E. Elizabeth | No | No | |
| | | | |
| Gossen, Harvey C. & | No | Yes | 81E-8-119 (Ben) |
| Ruby S. | No | Yes | |
| | | | |
| Graber, Sidney | No | Yes | 72E-13-176 73E-19-348 |
| | | | |
| Graham, Claude H., Jr. | Yes | Yes | 73E-9-255 |
| | | | |
| Graham, Claude H., Sr. | Yes | Yes | 73E-9-255 |
| | | | |
| Graham, Kenneth | No | No | 81E-6-116 (Ben) |
| | | | |
| Graham, Mona | No | Yes | 81E-12-131 (Ben) |

-16-

1260

WILSON CREEK WATERSHED

25

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| ~~Greenwald, Alvin G.~~ | Yes | Yes | ~~73E-16-313~~ ~~73E-17-327~~ |
| Grens, Edmund W. & | No | No | 72E-11-188A |
| Griffith, Walton J. & | No | No | 72E-29,31,32-152 (Ben) |
| Dora A. | | | |
| ~~Gruner, Joseph A. &~~ | Yes | Yes | ~~81E-15,22-126~~ |
| ~~June B.~~ | Yes | Yes | |
| Guegel, William R. | No | Yes | 72E-30-153 (Ben) |
| Gumpfer, Steven K. & | Yes | Yes | 72E-22-165 |
| Beatrice A. | Yes | Yes | |
| Hagan, Park K. & | No | Yes | 72E-15,21,22-164 (Ben) |
| Rosalie G. | No | Yes | |
| ~~Hale, Lennea~~ | Yes | No | ~~81E-18-135~~ |
| Hale, Walter B. & | No | Yes | 73E-20-353 (Ben) |
| Myrtle | No | Yes | |
| Hall, Charles W. & | Yes | Yes | 72E-24-162 |
| Myrtle M. | Yes | Yes | |
| ~~Hamilton, Lincoln J. &~~ | Yes | Yes | ~~73E-15-286 (1/2 int)~~ ~~73E-22-365~~ |
| ~~Louise Phebe~~ | Yes | Yes | ~~73E-22-366~~ |

-17-

1261

## WILSON CREEK WATERSHED

26

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| ~~Hamilton School Dist. of Riverside County~~ | Yes | Yes | ~~73E-10-270~~ 73E-21,357 |
| Hampton, Virgil S. & | No | Yes | 73E-16-313 (Ben) |
| Donneita E. | No | Yes | |
| Hanchett, Hollis K. & | No | Yes | 73E-18-343 |
| Florence L. | No | No | |
| Hanchett, Ilda L. | No | Yes | 73E-18-343 |
| ~~Handcock, Ruth G.~~ | No | Yes | ~~81E-8-117 (Ben)~~ |
| Hansen, Ralph A. & | No | No | 72E-13-178 |
| Katherine E. | No | No | |
| ~~Hartman, Geraldine M.~~ | No | Yes | ~~73E-16-311 (Ben)~~ |
| ~~Hasselquist, Gustav H. &~~ | No | No | ~~81E-15,22-127~~ |
| ~~Jeanne B.~~ | No | No | |
| Hauck, Richard F. & | No | Yes | 71W-24,71E-19-18 |
| Helen Virginia | No | Yes | |
| Hayes, Edward G. & | Yes | Yes | 72E-11-187 |
| Marguerite | Yes | Yes | |
| Hayes, Herbert & | Yes | Yes | 72E-11-180 |
| Lela | No | Yes | |

-18-

## WILSON CREEK WATERSHED

27

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Hayes, Nelle B. | No | Yes | 82E-13-148 |
| Heacock, Edwin E. & | Yes | Yes | 73E-17-328 |
| Ruth B. | Yes | Yes | |
| Hemet Investment Co. | No | No | 73E-26-79 (Ben) |
| Hemet Valley Hosp. Dist. | No | Yes | 82E-8,9-143 (Ben) |
| Hepburn, George D. & | Yes | Yes | 70E-13-172 |
| Florence J. | Yes | Yes | |
| Hernley, Paul A. | Yes | Yes | 82E-9-145 |
| Herring, Edmund G. & | Yes | Yes | 73E-4-201 |
| Laura M. | Yes | Yes | 73E-22-363 (Ben) |
| Hibbard, Royal & | No | Yes | 82E-10,11,14-146A |
| Judy | No | Yes | |
| Hivtson, Paul A. & | No | Yes | 73E-8-244 |
| Sandra V. | No | Yes | 73E-8-246 |
| Hogarth, Walter | Yes | Yes | 61E-25-27 |
| Holcomb, Levi W. & | Yes | Yes | 70E-13-174 |
| Norine | Yes | Yes | |
| Holcomb, Robert L. & | Yes | Yes | 73E-15-297 |
| Clara V. | Yes | Yes | |

-19-

1263

WILSON CREEK WATERSHED

28

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Holcomb, W. H. & | Yes | Yes | 73E-15-297 |
| Mary Ann | Yes | Yes | |
| Holland, Fred C. & | Yes | Yes | 72E-13-171 |
| Helen S. | Yes | Yes | |
| Home Title Co. | No | Yes | 73E-8-232 (Tr) |
| Homer Heller, Inc. | No | Yes | 73E-4-199 (Ben) |
| Horwitz, Marilyn R. | No | Yes | 81E-12, 82E-6,7-140 (Ben) |
| Howell, Ruth | No | No | 81E-8-119 (Ben) |
| Hubbard, Fred W. & | No | Yes | 73E-16-303 |
| Berniece T. | No | Yes | 73E-16-304 (Ben) |
| Hubbard, Hugh | No | Yes | 71E-28-83 |
| Hubbell, Gladys | Yes | Yes | 73E-8-235 |
| Hunt, Edward T. & | No | No | 71W-35-11 (Ben) |
| Edith G. | No | No | |
| Hunter, K. E. | No | Yes | 81W-3-7 |
| Hurst, Jerry R. & | Yes | Yes | 73E-10-261 |
| Marie M. | Yes | Yes | |

-20-

1264

29

## WILSON CREEK WATERSHED

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Hutton, James Cyrus | No | Yes | 73E-18-331 |
| ~~Hutton, Ralph Oliver~~ | No | Yes | ~~73E-18-329~~ |
| ~~Ippolito, Domenick &~~ | Yes | Yes | ~~71E-10,15,16-39~~ |
| ~~Theresa~~ | Yes | Yes | |
| ~~Ison, G. Lee &~~ | No | Yes | ~~73E-17-32½ (Ben)~~ |
| ~~Fern C.~~ | No | Yes | ~~73E-17-327 (Ben)~~ |
| James, Della & | No | Yes | 72E-29,31,32-152 (Ben) |
| William | No | Yes | |
| ~~James, Ernest H.~~ | Yes | Yes | ~~73E-19-262~~ |
| Jarvis, Bud & | No | Yes | 71E-32-89 |
| Leda | No | Yes | |
| Jenkins, Clarence F. & | No | Yes | 71E-32-91 |
| Marie T. | No | Yes | |
| Johannsen, Louis J. & | No | Yes | 82E-6,7, 72E-30, 31-151A |
| Gwendolyn H. | No | Yes | |
| Johnson, Charles T. | No | Yes | ~~73E-16-301 (Ben)~~ |
| | | | ~~73E-20,350 (Ben)~~ |
| | | | 73E-21,22-362 |
| | | | 74E-29,30-391 |
| Johnson, Fillmore A. | No | No | 71E-19-59 |

1265

## WILSON CREEK WATERSHED

30

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|------|----------|---|-----------------|---|----------|
| Johnson, Irving & | Yes | | Yes | | 73E-7-219 |
| Hazel P. | Yes | | Yes | | |
| Johnson, Okey F. & | | No | Yes | | 73E-9-253 |
| Edna L. | | No | Yes | | |
| Johnston, Joel E. & | | No | Yes | | 81E-8-119 |
| Margaret | | No | Yes | | 81E-8-119A |
| Jones, Oliver L. & | | No | Yes | | 81E-5-108 (Agent) |
| Winifred E. | | No | Yes | | |
| Jones, Sidney B. | | No | | No | 80E-6,7, 70E-30,31 -15½ |
| Jost, Walter C. & | Yes | | Yes | | 72E-24-160 |
| Junkin, Gertrude D. | Yes | | Yes | | 73E-15-996 |
| Junkin, John L. & | Yes | | Yes | | 73E-7-222 |
| Marian F. | Yes | | Yes | | |
| Kappelhoff, John G. & | Yes | | Yes | | 81E-6-116 (Ben) |
| Katherine E. | Yes | | Yes | | |
| Kellog, Richard B. | Yes | | | No | 73E-5-996 |
| Kenney, Thomas K. & | Yes | | Yes | | 70E-24-158 |
| Ruth W. | Yes | | Yes | | 70E-24-159 (Ben) |
| Kerr, Regina Rae | Yes | | Yes | | 71E-26,34,35, 81E-2-81 |

-22-

## WILSON CREEK WATERSHED

**31**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Kerr, Robert R. & | Yes | Yes | 71E-26,34,35, 81E-2 -81- |
| Georgia E. | Yes | Yes | 71E-25-74 |
| Kerr, Robert Ross, Jr. | Yes | Yes | 71E-26,34,35 81E-2-81 |
| Kerr, William David | Yes | Yes | 71E-26,34,35 81E-2-81 |
| Keveney, John T. & | No | No | 71W-24-20 |
| Delia | No | No | |
| King, Clinton J. | No | No | 73E-8-225 (Ben) |
| King, Lydia B. | No | Yes | 73E-18-330 |
| Kingbury, Josephine | Yes | Yes | 71E-3-30 |
| Kleeman, Patricia | No | Yes | 82E-6,7, 72E- -30,31-151 |
| Klose, Lawrence D. | Yes | Yes | 82E-9-144 |
| Knecht, Herbert O. | Yes | Yes | 71E-22-68 |
| Knowlton, LaVaune | No | Yes | 73E-8-232 (Ben) |
| Kohn, Harry & | Yes | Yes | 81E-4,5-100 |
| Naomi | Yes | Yes | |
| LaFurgey, Alice J. | No | No | 73E-18-332 (Ben) |

-23-

WILSON CREEK WATERSHED

32

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Land Bank Commissioner | No | No | 73E-13,14,22,23,24, 74E-19-278 (Ben) |
| Land Title Co. | Yes | Yes | 72E-30-153 (Tr) 74E-20-307 (Tr) |
| Land Title Co. of Riverside | Yes | Yes | 73E-16-309 (Tr) |
| Lapp, Edwin Walter & | No | Yes | 73E-10-263 |
| Mabel Catherine | No | Yes | |
| Lappos, Anthony | Yes | Yes | 73E-23-371 |
| Larson, Ray & | Yes | Yes | 73E-9-249 |
| Elizabeth | Yes | Yes | |
| Laughlin, Homer, Est. of B. D. Lyon, Admin | No | Yes | 71E-8-35 |
| Lawrence, Lloyd S. | No | No | 71E-12-42A |
| Layer, Helen Elizabeth | No | No | 81E-5-113 |
| Layman, John D. & | Yes | Yes | 74E-20-306 |
| Willowmine E. | Yes | Yes | |
| Leichtfuss, W. A. & | Yes | Yes | 73E-10-273 |
| Helene | Yes | Yes | |
| Leonardy Claude A. | No | No | 73E-16-309 (Ben) 73E-16-319 |
| Aldee L. | No | No | |

-24-

1268

## WILSON CREEK WATERSHED

33

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Lewis, Fannie B. | No | Yes | 72E-24-154 |
| Liberty Escrow Co. | No | Yes | 73E-15-297 (Tr) |
| Lichtwald, Henry R. | Yes | Yes | 73E-16-301<br>73E-22-364 |
| Liger, John M. & Beverly | No | No | 73E-23-369A |
| Lincoln, Julia K. | Yes | Yes | 71E-19-63 (Ben)<br>71E-30-87 (Ben) |
| Linke, Frederick W. & | No | Yes | 71E-26-76 |
| Florence E. | No | Yes | 71E-26,80 (Ben) |
| Lipking, Charles E. & | No | Yes | 71E-24-70 (Ben) |
| Fredda A. | No | Yes | |
| Lipp, Fred L. & | Yes | Yes | 73E-6-210 |
| Martha M. | Yes | Yes | 73E-8-223<br>73E-9-250<br>73E-15-288<br>73E-15-293<br>73E-16-316 (Ben)<br>73E-16-317 (Ben)<br>73E-17-325 (Ben)<br>73E-17-326 |
| Lobb, Thomas Jr. & | No | Yes | 73E-21,22-360 |
| Janet | No | Yes | |
| Lockwood, Paul V. & | No | No | 74E-20-387 |
| Arlyne G. | No | No | |

-25-

1269

## WILSON CREEK WATERSHED

| NAME | ANSWERED | | SERVICE | | PROPERTY |
|------|----------|---|---------|---|----------|
| Long, Rebecca Hartwell | Yes | | Yes | | 72E-24-163 |
| Lyon, Frank | Yes | | | No | 73E-23-372 |
| ~~McCarrol, Francis~~ | | No | | No | ~~81E-18-135(Life Est)~~ |
| ~~McCash, Roy B. &~~ | Yes | | | No | ~~73E-7-219 (Ben)~~ |
| ~~Thelma E.~~ | Yes | | Yes | | |
| McClain, Edward M. & | Yes | | Yes | | 82E-8-142 |
| Barbara Jane | Yes | | Yes | | 82E-8,9,143 (Barbara J. as Ben) |
| McGaugh, Joseph W. & | Yes | | Yes | | 81E-5-105 |
| Leona (aka Barton) | Yes | | Yes | | |
| ~~McKean, Scott E. &~~ | Yes | | Yes | | ~~81E-8-118~~ |
| ~~Audrey E.~~ | Yes | | Yes | | |
| McKee, C. P. & | | No | Yes | | 73E-7-212 |
| Opal M. | | No | Yes | | |
| McKinley, Ivan E. & | Yes | | Yes | | ~~71E-12-28~~ |
| Mathea A. | Yes | | Yes | | ~~71E-18,13,24-42 (Ben)~~ 82E-5, 72E-29, ~~92~~-150 72E-~~29~~,31,~~32~~-152 |
| ~~MacGillivray, Stuart Hild &~~ | | No | | No | ~~71E-26-77~~ |
| ~~Indie Laura~~ | | No | | No | |
| ~~Macy, Roy W. &~~ | | No | Yes | | ~~75E-8-239~~ |
| ~~Mary P.~~ | | No | Yes | | |

-26-

## WILSON CREEK WATERSHED

**35**

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|------|----------|--|------------------|--|----------|
| Madigan, Barbara Jean | Yes | | Yes | | 71E-19-54 |
| Madigan, Robert Hanley | Yes | | Yes | | 71E-19-54 |
| Mallonee, Ben J. | | No | Yes | | 71E-28-82 |
| Marineau, Edmund & | | No | Yes | | 81E-2-98 (Ben) |
| Charlotte M. | | No | Yes | | |
| Marion, George | | No | Yes | | 81E-5-107 |
| Marks, Paul R. & | | No | Yes | | 71E-24-73 |
| Ada D. | | No | | No | |
| Martel, Marcel A. & | | No | Yes | | 73E-14-281 73E-15-285 (Hazel) |
| Hazel A. | Yes | | Yes | | |
| Martin, Charles E. & | Yes | | Yes | | 81E-8-117 |
| Dora A. | Yes | | Yes | | |
| Martsey, Ralph H. & | | No | Yes | | 73E-7-217 |
| Hazel H. C. | | No | Yes | | |
| Mathias, Elsie M. | | No | | No | 73E-20-354 |
| Mathias, Norma E. | | No | | No | 73E-20-354 |
| Mattis, Louis | | No | Yes | | 73E-5-204 |
| Meer, Siegfried & | | No | Yes | | 71E-19-61 |
| Elsa | | No | Yes | | |

-27-

1271

WILSON CREEK WATERSHED

36

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Meyer, David & | No | Yes | 73E-8-233 |
| Amelia | No | Yes | |
| | | | |
| Miller, Charles A. & | Yes | Yes | 73E-7-213 |
| | | | 73E-7-216 |
| Marie E. | Yes | Yes | 73E-7-217 (Ben) |
| | | | 73E-7-218 (Ben) |
| | | | |
| Miller, Florence H. | No | No | 71E-25-75 |
| | | | |
| Miller, Linus W. & | Yes | No | 73E-17-324 |
| Helen M. | Yes | No | |
| | | | |
| Miner, Mamie E. | Yes | Yes | 81E-14-125 |
| | | | |
| Minor, James & | Yes | Yes | 73E-21-361 |
| Jessie Faye | Yes | Yes | |
| | | | |
| Mitchell, Kathryn L. | No | Yes | 71E-23-69 |
| | | | 81E-5-113 |
| | | | |
| Moler, Loyal B. & | No | Yes | 72E-1-198 |
| Helen I. | No | Yes | |
| | | | |
| Moon, Charles & | No | No | 73E-16-307 |
| | | | 73E-16-308 (Ben) |
| Emily M. | No | No | 73E-16-310 (Ben) |
| | | | |
| Moon, Theodore L. | No | Yes | 73E-96-378 (Ben) |
| Jane P. | No | Yes | |
| | | | |
| Moore, Howard W. & | Yes | Yes | 73E-16-310 |
| Frances L. | No | No | |

-28-

1272

## WILSON CREEK WATERSHED

37

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|---|---|---|---|
| Morales, Santo & | No | No | 73E-20-351 |
| Helena | No | No | |
| Morgon, Ralph C. & | Yes | Yes | 73E-9-252 |
| Muriel | Yes | Yes | |
| Mosby, Harry D. & | No | No | 72E-11-181 |
| Leah I. | No | No | |
| Moscona, Nicola | Yes | Yes | 73E-23-374 |
| Mossberg, Clarence E. & | No | Yes | 73E-16-304 |
| Edith R. | No | Yes | |
| Mossholder, J. L. & | Yes | No | 71E-36, 81E-2-95 |
| Rose | Yes | No | |
| Murcell, Betty B. | Yes | Yes | 81E-3,10-100, 82E-5, 72E-29, 32-150 (Ben) |
| Murphy, Edward & | No | No | 81E-14-106A |
| Bertha | No | No | |
| Nagel, Mary Lee | No | Yes | 73E-15,297 (Ben) |
| National Title Ins. Co. | No | No | 72E-11-184 (Tr) |
| Nichols, Donald B. & | Yes | Yes | 71W-36, 81W-1-5 |
| Marion R. | Yes | Yes | |

-29-

## WILSON CREEK WATERSHED

38

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|---|---|---|---|
| Nichols, Richard A. | Yes | Yes | 71W-38, 81W-1-5 |
| Nickle, June M. | No | Yes | 73E-8-231 |
| Norman, Fred T. & | Yes | Yes | 73E-18-339 |
| Mazie I. | Yes | Yes | |
| O'Brien, Daniel & | Yes | Yes | 72E-14-170 |
| Rose Marie | Yes | Yes | |
| Occidental College | Yes | Yes | 71E-6,7,8,18-32 |
| Olds, George H. & | Yes | Yes | 72E-14-169 |
| Emily C. | Yes | Yes | 72E-14-170 (Ben) |
| Olinger, Kathryn | No | No | 72E-2-194 |
| Osborne, Walter & | Yes | Yes | 81E-12, 82E-6,7-140 |
| Elaine | Yes | Yes | |
| Oster, Donald T. & | No | Yes | 71E-24-70 |
| Pauline B. | No | Yes | |
| Ostrin, Herman & | No | Yes | 73E-10-264 |
| Lillian | No | Yes | |
| Oviatt, James A. & | No | Yes | 81W-12,13, 81E-7,8,18-4 |
| Mary L. | No | Yes | |
| Owens, Maxine | No | No | 73E-6-208 |

1274

## WILSON CREEK WATERSHED

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Pacific Coast Title Ins. Co. | No | Yes | Numerous parcels (Tr) |
| Pacific-Coast-Loan-Company | No | Yes | 71E-24-71 81E-2-99-(Ben) |
| Pacific Coast Title Co. of Riverside | No | Yes | 81W-2-6 (Tr) 71W-35-11 (Tr) |
| Palm-Ranch-Co. | Yes | Yes | 73E-14-282 |
| Paris, Tom | No | No | 71W-26-13 |
| Parks,-Myrtle-E. | Yes | Yes | 71E-09-94 |
| Pavlos, Andrew & | Yes | Yes | 73E-24-375 |
| Zaharula | Yes | Yes | |
| Pavlos, Leo K. | Yes | Yes | 73E-24-375 |
| Pena,-John-& | Yes | Yes | 73E-15-294 |
| Elsie | Yes | Yes | |
| Perry, Roy E. | No | Yes | 73E-18-341 |
| Peters, Ressie M. | Yes | Yes | 71E-18-51 |
| Peterson, Jack L. | No | No | 72E-15,21,22-164 (LPS) |
| Phelps,-Edwin,-Sr. | No | Yes | 71E-36, 81E-2-95-(Ben) |

-31-

WILSON CREEK WATERSHED

40

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|---|---|---|---|---|---|
| Pioneer Title Ins. Co. | No | | Yes | | 71E-33-93 (Tr) 81E-3,4,8,9,10,16, 17,18-101 (Tr) 72E-1-198 (Tr) |
| Pittman, Frank Will & | Yes | | | No | 71W-13-23 (Ben) |
| Hazel Eunice | Yes | | | No | |
| Place, Albert E. & | Yes | | Yes | | 73E-8-236 |
| Bernice | Yes | | Yes | | |
| Plueger, Donald W. & | Yes | | Yes | | 73E-21-356 |
| Lorraine F. | Yes | | Yes | | |
| Pollard, Clarence O. & | | No | | No | 71E-5,6,7,8,9-33 |
| Florence Howell | | No | | No | |
| Polson, Fred G. & | | No | Yes | | 71W-24-15 (Ben) |
| Opal | | No | Yes | | |
| Pomeroy, Timothy C. & | Yes | | Yes | | 72E-15,21,22-164 |
| Estelle M. | Yes | | Yes | | |
| Pool, Edwin D. & | | No | | No | 81E-5-108 (Agmt) |
| Ruth | | No | | No | |
| Poorman, J. Ray & | Yes | | Yes | | 75E-29, 74E-30-377 74E-20-388 |
| Jean E. | Yes | | Yes | | |
| Porter, Crystal Wells | | No | | No | 81E-10-120 |

-32-

1276

## WILSON CREEK WATERSHED

41

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|------|----------|--|------------------|--|----------|
| Portrey, Pence I. & | Yes | | Yes | | 73E-10-875-(Ben) |
| | | | | | 73E-19-346 |
| Ruby J. | Yes | | Yes | | 73E-22-363 |
| Poschen, Henrietta E. | | No | | No | 71E-19-60 |
| Postal Credit Union of Los Angeles | | No | Yes | | 73E-10-261 (Ben) |
| Prater, George L. & | | No | | No | 73E-10-268B |
| Rachel M. | | No | | No | |
| Pugel, George M. & | Yes | | Yes | | 81W-2-6 |
| Donna Deralene | Yes | | Yes | | |
| Pursche, Harry A. & | Yes | | Yes | | 73E-20-355 |
| Helen B. | Yes | | Yes | | |
| Rabago, Fred & | | No | | No | 73E-10-274 |
| Edna | | No | | No | |
| Ramirez, Genevieve | | No | Yes | | 73E-19-349 |
| Ranch Development Corp. | | No | Yes | | 74E-20-389 |
| Rawson, Tommy | | No | | No | 71W-34-9 |
| Raynor, Jesse E. & | | No | Yes | | 73E-8-236 (Ben) |
| | | | | | 73E-8-240 (Ben) |
| Garrie L. | | No | Yes | | 73E-8-241 (Ben) |
| | | | | | 73E-8-242 (Ben) |
| | | | | | 73E-8-246 (Ben) |
| | | | | | 73E-8-247 (Ben) |

-33-

1277

WILSON CREEK WATERSHED

42

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Ready, Richard J. & | Yes | Yes | 71E-36, 81E-2-95 |
| Gertrude W. | Yes | Yes | |
| Register, Ernest G. | Yes | Yes | 73E-16-302 |
| | | | 73E-16-320A (Ben) |
| | | | 73E-16-321 (Ben) |
| | | | 73E-16-322 (Ben) |
| | | | 73E-16-323 |
| Register, Robert Lee | No | Yes | 81E-12-123 |
| Register, William W. | No | No | 73E-16-306 |
| Rensler, Edwin F. & | No | No | 72E-5-193 |
| Mildred H. | No | No | |
| Rick, Faye C. | Yes | Yes | 73E-8-243 |
| Rickert, Otto G. | No | Yes | 72E-2-196A |
| Riddle, Fern | No | Yes | 73E-8-227 |
| Rippy, Charles T. | No | Yes | 71E-24-73 (Tr) |
| Ritter, Blanche P. | No | No | 74E-20-388 |
| Riverside Title Co. | No | Yes | 71E-26-76 (Tr) |
| Roalfe, Marjorie G. | Yes | Yes | 73E-8-226 |
| Robbins, Genevieve | No | No | 72E-15,21,22-164 (LPS) |

-34-

## WILSON CREEK WATERSHED

**43**

| NAME | ANSWERED | PERSONAL SERVICE | | PROPERTY |
|------|----------|---------|---------|----------|
| Robbins, Lonnie J. & | No | Yes | | 73E-16-307 |
| Marjorie M. | No | Yes | | 73E-16-308 (Ben) |
| Robinson, M. C. & | No | Yes | | 81W-13-3 |
| Julienne Vasa | No | Yes | | |
| Rodgers, Charles L. & | No | | No | 81E-1-12, 82E-7-96A (1/6 int) |
| Marilyn J. | No | | No | |
| Rogers, David Robert | No | Yes | | 81E-5-110 |
| Rogers, Earl T. & | Yes | Yes | | 81E-5-109 |
| Willie | Yes | Yes | | |
| Rogers, Hettie J. | No | Yes | | 73E-8-242 |
| Rogers, Roy & | No | | No | 71W-35-11 |
| Gina | No | | No | |
| Rojas, Ruben | No | Yes | | 71E-16-43 |
| Rom, Monica B. formerly Simmons | No | | No | 71E-32-90 (Ben) |
| Romkee, Howard D. & | No | | No | 73E-15-291 |
| Evelyn A. | No | | No | |
| Ross, Lawrence A. & | Yes | Yes | | 71W-24-19 |
| Gladys L. | Yes | Yes | | |
| Ross, William L. | No | | No | 73E-15-290 |

-35-

## WILSON CREEK WATERSHED

44

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Saich, John & | No | Yes | 71E-3-31 |
| Anthony | No | Yes | |
| | | | |
| Salcedo, Henry & | No | No | 73E-20-350 |
| Josephine | No | No | |
| | | | |
| Sands, Estelle | No | Yes | 72E-11-190 |
| | | | |
| Saunders, William R. & | No | Yes | 71E-24-73(Life Est) (Ruth as Ben) |
| Ruth G. | No | Yes | |
| | | | |
| Schenck, Dorothy B. | Yes | Yes | 81E-12-124 |
| | | | |
| Schenck, William A. & | Yes | Yes | 73E-4-202 |
| Evelyn Anna | Yes | Yes | |
| | | | |
| Schenck, William Boone | Yes | Yes | 73E-4-202 |
| | | | |
| Schmoll, George Martin | Yes | Yes | 73E-10-267 |
| Marguerite | Yes | Yes | |
| | | | |
| Schultz, Carl E. & | No | Yes | 73E-10-271 73E-15-291-(Ben) 73E-15-292-(Ben) |
| Carrie May | No | Yes | |
| | | | |
| Schultz, Ethel McFarland | Yes | Yes | 61E-26-24 (Ben) |
| | | | |
| Searey, Dale M. & | Yes | Yes | 73E-17-325 |
| Shirley A. | Yes | Yes | |
| | | | |
| Security First National Bank of Riverside | No | Yes | Numerous parcels |

1280

<u>WILSON CREEK WATERSHED</u>

**45**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|---|---|---|---|
| Security First National Bank of Los Angeles | No | Yes | Various parcels (Tr) |
| Security Title Ins. Co. | No | Yes | Various parcels (Tr) |
| Security Title Ins. & Guarantee Co. | No | Yes | 81E-8-117 (Tr) |
| Security Trust & Savings Bank of San Diego | No | Yes | 71E-26-80 (Tr) |
| ~~Sevenns, Robert W. &~~ | Yes | Yes | ~~71E-20-65~~ |
| ~~Doris B.~~ | Yes | Yes | ~~71E-20-66 (Ben)~~ |
| Sgobassi, Louie J. | No | No | 81E-12-96B 73E-10-275- |
| ~~Shafer, Elmer F. &~~ | No | No | ~~73E-15-286 (Ben)~~ |
| ~~Nellie W.~~ | No | No | |
| ~~Shanks, John E. &~~ | Yes | Yes | ~~81E-6-116~~ |
| ~~Gladys B.~~ | Yes | Yes | |
| ~~Sharp, Bert L.~~ | Yes | Yes | ~~81E-6-115~~ |
| ~~Maude E.~~ | Yes | Yes | |
| Sharp, James C. & | Yes | Yes | 81E-6-114 |
| Marguerite | Yes | Yes | |
| Shaw, Ted & | Yes | Yes | 72E-13-176 73E-19-348 |
| Lillian C. | Yes | Yes | |

1281

## WILSON CREEK WATERSHED

46

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Shea, Frank Anthony | Yes | Yes | 71E-16-45 |
| Eleanor T. | Yes | Yes | |
| Sherburne, Fred Sam Jr. | No | Yes | 72E-24-156 |
| Alveria Pearl | No | Yes | |
| Sherman, Jasper Dewey | Yes | Yes | 73E-10-265 73E-10,11-269 |
| Sherman, Laura | Yes | Yes | 73E-14-280 |
| Shipley, Roy | No | Yes | 71E-26-78 |
| Shoemaker, Carl R. | No | No | 71E-30-87 |
| Sievers, W. C. & | Yes | Yes | 71E-33-93 (Ben) |
| Alice G. | Yes | Yes | 81E-4,9,8,16,17, 10,3-101 (Ben) |
| Simmonds, Helen B. | Yes | Yes | 82E-10,11,14-146 |
| Skaggs, Roy G. & | No | Yes | 73E-16-317 |
| Mabel J. | No | Yes | |
| Slaton, Glen A. & | No | Yes | 71W-26-12 |
| Marie C. | No | Yes | |
| Sloan, Paul & | No | No | 81E-1,12, 82E- 7-96A (1/6 int) |
| Evelyn A. | | | |

-38-

WILSON CREEK WATERSHED

47

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|------|----------|---|------------------|---|----------|
| Smith, Alfred & | | No | Yes | | 72E-1-198 (Ben) |
| Marie F. | | No | Yes | | |
| Smith, Herbert M. | | No | | No | 72E-13-174 (Ben) |
| Smith, Irene | | No | Yes | | 73E-8-238 |
| | | | | | 73E-8-243 (Ben) |
| | | | | | 73E-8-244 (Ben) |
| Smith, W. I. & | | No | Yes | | 72E-2-195 |
| Zelma E. | | No | Yes | | |
| Smith, Zacheus A. & | Yes | | Yes | | 73E-8-237 |
| Faith Y. | Yes | | Yes | | |
| Smolier, S. M. | Yes | | Yes | | 73E-16-316 (S.M.) |
| | | | | | 73E-20-353 (Diana) |
| Diana | Yes | | Yes | | |
| Snidow, Percy W. | | No | Yes | | 73E-36-379 |
| Snow, R. W. | Yes | | Yes | | 73E-7-221 |
| Southern Calif. Dist. Advisory Board | | No | | No | 73E-16-314 |
| | | | | | 73E-21-359 |
| Southern Pacific Land Co. | Yes | | Yes | | 71E-01-67 |
| | | | | | 71E-35,94 |
| | | | | | 71E-35-94A |
| | | | | | 73E-5-203 |
| | | | | | 73E-11-276 |
| Spann, Isaac John & | Yes | | Yes | | 81E-5-104 |
| Ruth F. | Yes | | Yes | | |

-39-

## WILSON CREEK WATERSHED

48

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Sparks, Anna D. | Yes | Yes | ~~73E-8-228~~ |
| Sperou, George James | Yes | Yes | 71W-13-23 |
|   Marjorie V. | Yes | Yes | ~~81E-18-199~~ |
| St. John, Anna Margaret | No | Yes | 81E-5-111 |
| Stanfield, Vernon A. | No | Yes | 72E-11-182 |
|   Lydia A. | No | Yes | |
| Stanley, Augusta G. | Yes | Yes | 61E-26-24 |
| | | | 61E-35-24A |
| Stearns, Gilbert & | Yes | Yes | 71W-13-22 |
|   Zelma E. | Yes | Yes | |
| Stevenson, Donald E. | No | Yes | 73E-7-222 (Ben) |
|   Wilma V. | No | Yes | |
| Stewart, Theodore R. | No | Yes | ~~73E-16-309~~ |
|   Marian E. | No | Yes | |
| Stombaugh, Gladys B. (now known as Carasin, Gladys) | No | Yes | 71E-8-36 |
| Stone, Edward N. | No | Yes | 71W-25-16 |
| Stone, Frank | No | Yes | 81E-11-122 |
|   Bee | No | Yes | |

1284

WILSON CREEK WATERSHED

**49**

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Stone, Yuma T. & | No | Yes | 73E-16-310 |
| Evelyn | No | Yes | |
| Stonebreaker, Florence M. | No | Yes | 73E-18-339 (Ben) |
| | | | 73E-18-342 (Ben) |
| | | | 73E-18-343 (Ben) |
| Strader, Thomas P. | No | No | 73E-19-266 |
| Stukhart, Wilhelm | No | Yes | 71E-19-61 |
| Stults, Allan C. & | Yes | Yes | 73E-7-211 |
| Avis B. | Yes | Yes | |
| Stults, Allan C. Jr. & | No | No | 73E-7-211 |
| Helen D. | No | No | |
| Sunny-Cal Ranch Corp. | No | Yes | 73E-9-251 |
| Swaim, Alice A. | No | No | 73E-18-332 (Ben) |
| Swindle, James A. & | No | Yes | 71E-16-44 |
| Charlotte L. | No | Yes | |
| Synadinos, Basil T. | No | No | 73E-23-372 |
| Taylor, Lee R. & | No | No | 81E-1-12; 82E-7- |
| Florence Jean | No | No | 96A-(1/6-int) |
| Taylor, Merle A. & | No | No | 73E-16-320A |
| Yvonne J. | No | No | |

1285

50

## WILSON CREEK WATERSHED

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Thelan, Antoni Albert | Yes | Yes | 71E-24-73 |
| Thelan, George John | Yes | Yes | 71E-24-73 |
| Thomas, Ralph R. H. | Yes | No | 71E-11,14,23, 27,34-40 |
| Thompson, Arthur T. & | Yes | Yes | ~~73E-7-211~~ (Ben) |
| Beulah E. | Yes | Yes | 73E-7-214 (Ben) ~~73E-7-219~~ (Ben) |
| Thomson, Katherine G. | Yes | Yes | 73E-19-346 (Ben) |
| ~~Tietsche, Paul W. &~~ | Yes | Yes | ~~81E-18-136~~ |
| ~~Nola Pearl~~ | Yes | Yes | |
| Tingler, Carl A. | Yes | Yes | 71E-18-48 |
| Tingler, Charles | Yes | Yes | 71E-18-46 |
| Tingler, Howard J. | No | Yes | 71E-18-47 |
| Tingler, Opal | No | Yes | 71E-18-49 |
| Tingler, William | No | No | 71E-18-50 |
| Title Ins. & Trust Co. | No | Yes | Various parcels (Tr) |
| ~~Tomlinson, Bruce A. &~~ | Yes | Yes | ~~81E-5-106~~ |
| ~~Julia M.~~ | Yes | Yes | |
| Toy, Florence P. | No | No | 71E-30-87 (Ben) |

-42-

1286

51

## WILSON CREEK WATERSHED

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|------|----------|---|------------------|---|----------|
| Trexler, Frank H. & | Yes | | Yes | | 72E-13-173 |
| Gladys E. | Yes | | Yes | | |
| Tripp, Albert D. & | | No | | No | 72E-5-193 |
| Mary Alive | | No | | No | |
| Tripp, Carla Olsen & | | No | Yes | | 72E-24-161 |
| Charles H. | | No | Yes | | |
| Tripp, Charles H. & | | No | | No | 72E-9-191 |
| Christine H. | | No | | No | |
| Tripp, Clyde S. | Yes | | Yes | | 71E-19-56 |
| Tripp, Edward C. | | No | Yes | | 81E-18-133 |
| Tule Valley Land & Cattle Co. | Yes | | Yes | | 82E-13-147 |
| Tunnell, Olga V. | | No | Yes | | 73E-8-230 |
| Union Title Guaranty Co. | Yes | | Yes | | 73E-4-199 (Tr) |
| United States of America | | | | | Parcel 2 73E-14-283 (Mtgee) |
| Urban, Laddie L. & | | No | | No | 72E-11-188B |
| Helen K. | | No | | No | |
| Vail Company | Yes | | Yes | | Parcel 1 |

-43-

1287

## WILSON CREEK WATERSHED

52

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Vandenbergh, H. Vaughn | No | Yes | 71E-2-29 |
| VanWinkle, L. | Yes | Yes | 73E-9-259 |
| Veale, Melvin E. & | No | Yes | 73E-7-218 |
| Katherine M. | No | Yes | |
| Venegas, Ignacio M. & | Yes | Yes | 73E-15-295 |
| Carmelita | Yes | Yes | |
| Wagner, Raymond N. Jr. | No | Yes | 73E-5-205 |
| Alice | No | No | |
| Waite, Louis A. & | Yes | Yes | 72E-24-157 |
| Mariann | Yes | Yes | 72E-24-157 |
| Washburn, Thomas B. & | No | Yes | 71E-19-63 |
| Rose E. | No | Yes | |
| Watson, Harry | Yes | Yes | 73E-13-277 |
| Weber, Gerald V. & | Yes | Yes | 74E-17-383 |
| Helen J. | Yes | Yes | |
| Wells, Daniel M. & | Yes | Yes | 81E-5-103 |
| Edna Armelia | Yes | Yes | |
| Western Brass Works, a Corp. | Yes | Yes | 82E-5, 72E-29, 32-150 72E-29, 31, 32-152 |

-44-

WILSON CREEK WATERSHED

53

| NAME | ANSWERED | | PERSONAL SERVICE | | PROPERTY |
|------|----------|--|------------------|--|----------|
| Westphalen, Hugo G. & | Yes | | Yes | | 73E-21-358 |
| Vera B. | Yes | | Yes | | |
| Wells, Daniel M. & | Yes | | Yes | | 81E-5-103 |
| Edna Amelia | | | | | |
| Wheeler, Ella | | No | | No | 73E-10-272 |
| Whetstine, Frederick E. | | No | Yes | | 73E-16-321 |
| Jeanne C. | | No | Yes | | |
| Whitlock, John H. & | | No | | No | 81E-1-97 |
| Florence H. | | No | | No | |
| Whitson, Elmer W. | | No | Yes | | 72E-22-166 |
| Wilcox, Woodrow Vale | | No | Yes | | 72E-11-189 |
| Williams, Colmer J. | Yes | | Yes | | 82E-6,7; 72E-30,31-151 |
| Williamson, George H. | Yes | | Yes | | 74E-19-384 (Ben) |
| Wilson, Charles W. & | | No | Yes | | 73E-18-333 (Charles W.) |
| Lilly M. | | No | Yes | | 73E-18-334 (Lilly M.) |
| Wilson, Christine | | No | | No | 73E-8-237 (Ben) |
| Wilson, Robert John | | No | | No | 72E-1-197 |

-45-

<u>WILSON CREEK WATERSHED</u>

54

| NAME | ANSWERED | PERSONAL SERVICE | PROPERTY |
|------|----------|------------------|----------|
| Winter, Retta | Yes | Yes | 71W-24-21 |
| ~~Woody, Harris R. &~~ | Yes | No | ~~81E-8-110 (Ben)~~ |
| ~~Elsie M.~~ | Yes | Yes | |
| Woods, Richard A. & | Yes | Yes | 82E-12-149 |
| Anna K. | No | No | 83E-17-381 |
| ~~Worcester, Beate J.~~ | No | Yes | ~~70B-13-175~~ |
| ~~Wutzke, Albert J. &~~ | Yes | No | ~~71B-8,9,17-38~~ |
| ~~Mary R.~~ | Yes | No | |
| Yrisarri, Catherine Mitchell | No | No | 81E-5-113 |

1290

55

WILSON CREEK WATERSHED

LEGAL DESCRIPTIONS AND OWNERSHIP

Parcel 1:

That portion of Vail Ranch within the Wilson Creek Watershed.

OWNERS:

VAIL COMPANY, INC.

Parcel 2:

The following described property in Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

61E-23   All of Section Twenty-three (23)

61E-24   All of Section Twenty-four (24)

61E-25   The North Half of Section Twenty-five (25)

61E-26   The North Half;  The Northeast Quarter of the Northeast Quarter of the Southeast Quarter; and, the West Half of the West Half of the Southeast Quarter of the Southeast Quarter of Section Twenty-six (26)

61E-36   The Southeast Quarter of the Southwest Quarter;  the East Half of the East Half of the Southeast Quarter;  and, the East Half of the Southeast Quarter of the Northeast Quarter of Section Thirty-six (36)

The following described property in Township Six (6) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

62E-30   All of Section Thirty (30)

62E-31   All of Section Thirty-one (31)

62E-32   All of Section Thirty-two (32)

62E-33   All of Section Thirty-three (33)

1291

Interlocutory Judgment #          Ex. C

56

## WILSON CREEK WATERSHED

**Parcel 2 Cont:**

The following described property in Township Six (6) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

63E-28    All of Section Twenty-eight (28)

63E-29    All of Section Twenty-nine (29)

~~63E-32    All of Section Thirty-two (32)~~

~~63E-33    All of Section Thirty-three (33)~~

63E-34    All of Section Thirty-four (34)

The following described property in Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California:

71W-34    The West Half *and* the Southeast Quarter of Section Thirty-Four (34)

The following described property in Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

71E-4    The Southeast Quarter of the Southeast Quarter of Section Four (4)

71E-10    The North Half of the North Half;  The Southeast Quarter of the Northeast Quarter; and, the Southeast Quarter of Section Ten (10)

71E-12    The West Half of Section Twelve (12)

71E-14    The Northwest Quarter of the Northwest Quarter of Section Fourteen (14)

71E-30    The Southwest Quarter of Section Thirty (30)

1292

57

## WILSON CREEK WATERSHED

Parcel 2 Cont:

The following described property in Township Seven (7)

South, Range Two (2) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California:

72E-4    All of Section Four (4)

72E-6    All of Section Six (6)

72E-8    All of Section Eight (8)

72E-10   All of Section Ten (10)

72E-12   All of Section Twelve (12)

72E-13   The Northeast Quarter of the Southwest Quarter of Section

Thirteen (13)

72E-14   The South Half of Section Fourteen (14)

72E-16   All of Section Sixteen (16)

72E-18   All of Section Eighteen (18)

72E-19   All of Section Nineteen (19)

72E-20   The North Half;  The Southwest Quarter; and, The North

Half of the Southeast Quarter of Section Twenty (20)

72E-23   All of Section Twenty-three (23)

72E-25   All of Section Twenty-five (25)

72E-26   All of Section Twenty-six (26)

72E-27   All of Section Twenty-seven (27)

72E-28   All of Section Twenty-eight (28)

72E-33   All of Section Thirty-three (33)

72E-34   All of Section Thirty-four (34)

72E-35   All of Section Thirty-five (35)

72E-36   All of Section Thirty-six (36)

1293

58

WILSON CREEK WATERSHED

Parcel 2 Cont:

The following described property in Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

73E-1   All of Section One (1)

73E-2   All of Section Two (2)

73E-3   All of Section Three (3)

73E-4   The Northwest Quarter of the Northeast Quarter; The Southwest Quarter of the Southeast Quarter; and, The Northwest Quarter of Section Four (4)

73E-5   The Northeast Quarter of the Northeast Quarter of Section Five (5)

73E-6   The Northeast Quarter of Section Six (6)

73E-8   The Northeast Quarter of the Northeast Quarter of Section Eight (8)

73E-12   All of Section Twelve (12)

73E-13   The South Half of the Northeast Quarter of the Southwest Quarter; the South Half of the Southwest Quarter; the North Half of the Northeast Quarter of the Southeast Quarter; and, the South Half of the Southwest Quarter of the Southeast Quarter of Section Thirteen (13)

73E-18   The South Half of the Southeast Quarter of Section Eighteen (18)

73E-19   The Southeast Quarter of Section Nineteen (19)

73E-26   All of Section Twenty-six (26)

73E-27   All of Section Twenty-seven (27)

73E-28   All of Section Twenty-eight (28)

73E-29   All of Section Twenty-nine (29)

73E-30   All of Section Thirty (30)

-4-

1294

59

## WILSON CREEK WATERSHED

Parcel 2 Cont:

~~73E-31    All of Section Thirty-one (31)~~

73E-32    All of Section Thirty-two (32)

73E-33    All of Section Thirty-three (33)

73E-34    All of Section Thirty-four (34)

~~73E-35    All of Section Thirty-five (35)~~

The following described property in Township Seven (7) South, Range Four (4) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

74E-7     The South Half of Fractional Section Seven (7)

74E-8     The Southwest Quarter of Section Eight (8)

74E-16    All of Section Sixteen (16)

74E-17    The South Half;  and, The South Half of the North Half of Section Seventeen (17)

74E-18    All of Fractional Section Eighteen (18)

74E-20    The Southwest Quarter of the Southwest Quarter of Section Twenty (20)

74E-22    The West Half of Section Twenty-two (22)

74E-28    All of Section Twenty-eight (28)

The following described property in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California:

81W-4     The North Half of Fractional Section Four (4)

81W-12    Government Lots Two (2) and Three (3), (North Half of the Northeast Quarter), of Section Twelve (12)

~~81W-13    The Southeast Quarter of the Northwest Quarter, the South Half of the Northeast Quarter;  and, the Northeast Quarter of the Southeast Quarter of Section Thirteen (13)~~

1295

60

WILSON CREEK WATERSHED

Parcel 2 Cont:

The following described property in Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

81E-4    Government Lots One (1) through Four (4), (North Half of the Northwest Quarter and the North Half of the Northeast Quarter); the South Half of the Northeast Quarter; ~~and, the Southwest Quarter of~~ Section Four (4)

81E-5    The North Half of the Northeast Quarter of Section Five (5)

~~81E-7    The Northeast Quarter of the Southwest Quarter of Section Seven (7)~~

81E-10    The South Half of the Southeast Quarter of Section Ten (10)

81E-15    The Northeast Quarter; the North Half of the Northwest Quarter; the Southwest Quarter of the Northwest Quarter; and, the Northwest Quarter of the Southwest Quarter of Section Fifteen (15)

~~81E-16    The East Half of Section Sixteen (16)~~

81E-17    The Southeast Quarter of the Southeast Quarter of Section Seventeen (17)

81E-20    The Northeast Quarter; the East Half of the Northwest Quarter; and, the Northwest Quarter of the Southeast Quarter of Section Twenty (20)

81E-21    All of Section Twenty-one (21) EXCEPT the South Half of the Southwest Quarter of said Section.

81E-22    Government Lots Ten (10) through Fifteen (15),(Southwest Quarter and the West Half of the Southeast Quarter); and, the West Half of Government Lots Nine (9) and Sixteen (16), (The East Half of the Southeast Quarter), of Section ~~Twenty-two (22)~~

1296

61

## WILSON CREEK WATERSHED

Parcel 2 Cont:

The following described property in Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

82E-1    All of Section One (1)

82E-2    All of Section Two (2)

82E-3    All of Section Three (3)

82E-4    All of Section Four (4)

82E-7    The Southeast Quarter of the Northeast Quarter of Section Seven (7)

82E-8    The Southwest Quarter of the Southeast Quarter of Section Eight (8)

82E-11   The Northeast Quarter;  the North Half of the Northwest Quarter of Section Eleven (11)

82E-12   The Northeast Quarter of the Northwest Quarter;  the Northwest Quarter of the Northeast Quarter;  and, the Northeast Quarter of the Northeast Quarter of Section Twelve (12)

82E-14   The Northwest Quarter of the Northwest Quarter of Section Fourteen (14)

82E-16   The West Half of Section Sixteen (16)

The following described property in Township Eight (8) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California:

83E-2    All of Section Two (2)

83E-3    All of Section Three (3)

83E-4    All of Section Four (4)

83E-5    All of Section Five (5)

83E-6    All of Section Six (6)

-7-

1297

62

## WILSON CREEK WATERSHED

Parcel 2 Cont:

83E-7      The North Half of Section Seven (7)

83E-8      The West Half of the Northwest Quarter;  the Northwest Quarter
           of the Southwest Quarter;  ~~and, the North Half of the Northeast~~
           ~~Quarter of the Northwest Quarter~~ of Section Eight (8)

83E-9      Lot Fifteen (15),(The Northwest Quarter of the Southeast
           Quarter) of Section Nine (9)

83E-16     The East Half of the Northwest Quarter; and, the South Half of
           Section Sixteen (16)

83E-18     The Northeast Quarter;  the East Half of the Southeast Quarter;
           and, the Southwest Quarter of the Southwest Quarter of Section
           Eighteen (18)

83E-20     The Northwest Quarter;  the Northwest Quarter of the Southwest
           Quarter;  the South Half of the Southwest Quarter;  the East
           Half of the Northeast Quarter;  the Northeast Quarter of the
           Southeast Quarter;  and, the South Half of the Southeast
           Quarter of Section Twenty.

OWNERS:

           UNITED STATES OF AMERICA

Parcel 81W-13-3:

           Lot Three (3),(Northeast Quarter of the Northwest Quarter), of
           Fractional Section Thirteen, Township Eight (8) South, Range
           One (1) West, San Bernardino Base and Meridian, in the County
           of Riverside, State of California.

OWNERS:

           ROBINSON, Julienne Vaasa

           ROBINSON, M. C.

1298

-8-

## WILSON CREEK WATERSHED

~~Parcel 81W-12, 13, 81E-7, 8, 18-4:~~

The following described land in the County of Riverside, State of California:

Government Lots One (1), Four (4), Five (5) and Six (6), (The West Half of the Southeast Quarter, and, the South Half of the Northeast Quarter); the East Half of the Southeast Quarter of Section Twelve (12), Township Eight (8) South, Range One (1) West.

The North Half of the Northeast Quarter of Section Thirteen (13), Township Eight (8) South, Range One (1) West.

All of Section Seven (7), Township Eight (8) South, Range One (1) East EXCEPT the Northeast Quarter of the Southwest Quarter thereof.

The West Half of the Southwest Quarter of the Southwest Quarter of Section Eight (8), Township Eight (8) South, Range One (1) East.

The Northwest Quarter; the Northwest Quarter of the Northeast Quarter; and, The Northeast Quarter of the Northeast Quarter EXCEPT the South 50 feet thereof East of the Highway, of Section Eighteen (18), Township Eight (8) South, Range One (1) East.

OWNERS:

OVIATT, James

OVIATT, Mary

1299

64

## WILSON CREEK WATERSHED

~~Parcel 71W-36, 81W 1-5:~~

The following described property in the County of Riverside, State of California: All of Section Thirty-six (36), Township Seven (7) South, Range One (1) West. Also, the North Half; the North Half of the South Half; the Southeast Quarter of the Southeast Quarter; and, Lots One (1), Two (2), and Three (3), of Fraction Section One (1), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian.

OWNERS:

NICHOLS, Donald E. (hus)

NICHOLS, Marion R. (wife)

~~NICHOLS, Richard A. (son)~~

## Parcel 81W-2-6:

Lots One (1) through Four (4); the Northeast Quarter of the Southwest Quarter; the North Half of the Southeast Quarter; and, the North Half of Section Two (2), Township Eight (8) South, Range One (1) West San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

PUGEL, George M. (hus)

PUGEL, Donna Deralene (wife)

PACIFIC COAST TITLE COMPANY OF RIVERSIDE (TDTr)

GLEASON, Jack (hus)(TDBen)

GLEASON, Ruth (wife)(TDBen)

1300

## WILSON CREEK WATERSHED

Parcel 81W-3-7:

Lots One (1) through Four (4); and, the North Half of Section
Three, (3), Township Eight (8) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

HUNTER, K. E.

Parcel 71W-27, 33 - 8:

All of Section Twenty-seven (27), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.
All of Section Thirty-three (33), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the
County of Rverside, State of California.

OWNERS:

CULTON, Gilbert M. (hus)
CULTON, Gera Davis (wife)

Parcel 71W-34-9:

The North Half of the Northeast Quarter of Section Thirty-
four (34), Township Seven (7) South, Range One (1) West, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

RAWSON, Tommy

1301

66

## WILSON CREEK WATERSHED

Parcel 71W-34-10:

> The South Half of the Northeast Quarter of Section Thirty-
> four (34), Township Seven (7) South, Range One (1) West,
> San Bernardino Base and Meridian, in the County of Riverside,
> State of California.

OWNERS:

> CULTON, Gilbert M. (hus)
>
> CULTON, Gera Davis (wife)

1302

67

## WILSON CREEK WATERSHED

Parcel 71W-35-11:

All of Section Thirty-five (35), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

ROGERS, Roy (hus)

ROGERS, Gina (wife)

PACIFIC COAST TITLE COMPANY OF RIVERSIDE (TDTr)

CULTON, Gilbert M. (hus)(TDBen)

CULTON, Gera Davis (wife)(TDBen)

HUNT, Edward T. (hus)(TDBen)

HUNT, Edith G. (wife)(TDBen)

Parcel 71W-26-12:

The East Half of the East Half;  the Northwest Quarter of the Northeast Quarter;  the Southwest Quarter of the Southeast Quarter;  the South Half of the Southwest Quarter;  and, the Northwest Quarter of Section Twenty-six (26), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SLATON, Glen A. (hus)

SLATON, Marie C. (wife)

Parcel 71W-26-13:

The Southwest Quarter of the Northeast Quarter;  the Northwest Quarter of the Southeast Quarter; and, the North Half of the Southwest Quarter of Section Twenty-six (26), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

1303

68

WILSON CREEK WATERSHED

Parcel 71W-26-13 Cont:

   OWNERS:

        PARIS, Tom

Parcel 71W-23, 25 - 14:

        Section Twenty-three (23), Township Seven (7) South, Range
        One (1) West, San Bernardino Base and Meridian, in the
        County of Riverside, State of California. Also, the West
        Half of Section Twenty-five (25), said Township and Range.

   OWNERS:

        BROWN, Marcus H. (hus)
        BROWN, Caterina F. (wife)

Parcel 71W-24-15:

        The West Half of the Southwest Quarter;  and, The West
        Thirty (30) Acres of the Southeast Quarter of the South-
        west Quarter of Section Twenty-four (24), Township Seven
        (7) South, Range One (1) West, San Bernardino Base and
        Meridian, in the County of Riverside, State of California.

   OWNERS:

        EVANS, Claude D. Jr., (hus)
        EVANS, Freda A. (wife)
        SECURITY TITLE INSURANCE COMPANY (TDTr)
        POLSON, Fred G. (hus)(TDBen)
        POLSON, Opal (wife)(TDBen)

Parcel 71W-25-16:

        East Half of Section Twenty-five (25), Township Seven (7)
        South, Range One (1) West, San Bernardino Base and Meridian,
        in the County of Riverside, State of California.

   OWNERS:

        STONE, Edward N.

1304

## WILSON CREEK WATERSHED

**Parcel 71W-24-17:**

The East Ten (10) Acres of the Southeast Quarter of the Southwest Quarter; and, the Southeast Quarter of Section Twenty-four (24), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

GARRONE, Louis (s/m)

GARRONE, Alfred (s/m)

**Parcel 71W-24, 71E-19 - 18:**

Government Lot Eight (8), (Southeast Quarter of the Northeast Quarter), Section Twenty-four (24), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the Southwest Quarter of the Northwest Quarter of Section Nineteen (19), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HAUCK, Richard F. (hus)

HAUCK, Helen V. (wife)

**Parcel 71W-24-19:**

Lot One (1),(Northeast Quarter of the Northeast Quarter); Lot Two (2),(Northwest Quarter of the Northeast Quarter); and, Lot Seven (7),(Southwest Quarter of the Northeast Quarter), Section Twenty-four (24), Township Seven (7) South, Range One (1) West,San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

ROSS, Lawrence A. (hus)

ROSS, Gladys L. (wife)

1305

### WILSON CREEK WATERSHED

Parcel 71W-24-20:

        Lot Four (4),(Northwest Quarter of the Northwest Quarter);

        Lot Five (5),(Southwest Quarter of the Northwest Quarter);

        Lot Six (6),(Southeast Quarter of the Northwest Quarter);

        and, the Northeast Quarter of the Southwest Quarter of Sec-

        tion Twenty-four (24), Township Seven (7) South, Range One

        (1) West, San Bernardino Base and Meridian, in the County

        of Riverside, State of California.

OWNERS:

        KEVENEY, John T. (hus)

        KEVENEY, Delia (wife)

Parcel 71W-24-21:

        Lot Three (3),(Northeast Quarter of the Northwest Quarter),

        Section Twenty-four (24), Township Seven (7) South, Range

        One (1) West, San Bernardino Base and Meridian, in the

        County of Riverside, State of California.

OWNERS:

        WINTER, Retta

Parcel 71W-13-22:

        The South Half of Section Thirteen (13), Township Seven

        (7) South, Range One (1) West, San Bernardino Base and

        Meridian, in the County of Riverside, State of California.

OWNERS:

        STEARNS, Gilbert (hus)

        STEARNS, Zelma E. (wife)

Parcel 71W-13-23:

        The East Half of the Northeast Quarter of Section Thirteen (13),

        Township Seven (7) South, Range One (1) West, San Bernardino

        Base and Meridian, in the County of Riverside, State of California.

1306

71

## WILSON CREEK WATERSHED

Parcel 71W-13-23 Cont:

OWNERS:

SPEROU, George J. (hus)

SPEROU, Marjorie V. (wife)

SECURITY TITLE INSURANCE (TDTr)

PITTAM, Frank W. (hus)(TDBen)

PITTAM, Hazel E. (wife)(TDBen)

Parcel 61E-26-24:

The Southwest Quarter, and the West Half of the Southeast Quarter
of Section Twenty-six (26), Township Six (6) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

STANLEY, Augusta G. (widow)

TITLE INSURANCE AND TRUST COMPANY (TDTr)

SCHULTZ, Ethel McFarland (m/w)(sep prop)(TDBen)

Parcel 61E-35-24A:

Section Thirty-five (35), Township Six (6) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of River-
side, State of California, EXCEPT the South Half of the South-
east Quarter of the Southeast Quarter; and, EXCEPT the South Half
of the North Half of the Southeast Quarter of the Southeast Quar-
ter; and, EXCEPT the Northerly 660 feet of the Southerly 720 feet
of the Southwest Quarter; and, EXCEPT the North Half of the
Northeast Quarter of the Northeast Quarter; and, EXCEPT the
Southeast Quarter of the Northeast Quarter of the Northeast
Quarter, and the Northeast Quarter of the Southeast Quarter
of the Northeast Quarter of said Section Thirty-five (35).

OWNERS:

STANLEY, Augusta Greene (widow)

1307

-16-

72

## WILSON CREEK WATERSHED

Parcel 61E-35-25:

The South Half of the Southeast Quarter of the Southeast
Quarter;  the South Half of the North Half of the South-
east Quarter of the Southeast Quarter of Section Thirty-
five (35), Township Six (6) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

DAVIS, Richard W. (m/m)(sep prop)

1308

-16A-

73

## WILSON CREEK WATERSHED

Parcel 61E-25, 26, 35, 36 - 26:

The West Half of the West Half of the Southwest Quarter of the Southwest Quarter of Section Twenty-five (25), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. The East Half of the West Half of the Southeast Quarter of the Southeast Quarter; the East Half of the Southeast Quarter of the Southeast Quarter; the West Half of the Northeast Quarter of the Southeast Quarter; the Southeast Quarter of the Northeast Quarter of the Southeast Quarter of Section Twenty-six (26), said Township and Range. The North Half of the Northeast Quarter of the Northeast Quarter; the Southeast Quarter of the Northeast Quarter of the Northeast Quarter; the Northeast Quarter of the Southeast Quarter of the Northeast Quarter of Section Thirty-five (35), said Township and Range. The West Half of the Southwest Quarter; the Northeast Quarter of the Southwest Quarter; the West Half of the Southeast Quarter; the West Half of the East Half of the Southeast Quarter; the West Half of the Northwest Quarter; the East Half of the Southwest Quarter of the Northeast Quarter; the West Half of the Southeast Quarter of the Northeast Quarter of Section Thirty-six (36), said Township and Range.

OWNERS:

GALLOWAY, Joseph P. (hus)

GALLOWAY, Ruth E. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

FARMERS & MERCHANTS BANK OF HEMET (TDBen)

1309

74

## WILSON CREEK WATERSHED

**Parcel 6lE-25, 36-27:**

The East Half of the Southeast Quarter; the West Half of
the Southeast Quarter; the East Half of the Southwest Quarter;
the Northwest Quarter of the Southwest Quarter; the East
Half of the West Half of the Southwest Quarter of the South-
west Quarter; the East Half of the Southwest Quarter of
the Southwest Quarter, Section Twenty-five (25), Township
Six (6) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
The Northeast Quarter of the Northeast Quarter; the North-
west Quarter of the Northeast Quarter; the East Half of
the Northwest Quarter; the West Half of the Southwest
Quarter of the Northeast Quarter, Section Thirty-six (36),
said Township and Range.

OWNERS:

HOGARTH, Walter (m/m)

**Parcel 7lE-1, 12-28:**

All of Section One (1), Township Seven (7) South, Range
One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also, the North-
east Quarter of the Northeast Quarter of Section Twelve (12),
said Township and Range.

OWNERS:

Mc KINLEY, Ivan E. (hus)

Mc Kinley, Mathea A. (wife)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

-18-

1310

75

## WILSON CREEK WATERSHED

**Parcel 71E-2-29:**

All of Section Two (2), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

VANDENBERGH, H. Vaughn (s/m)

**Parcel 71E-3-30:**

Lots One (1) and Two (2),(North Half of the Northeast Quarter); The South Half of the Northeast Quarter; and, the South Half of Section Three (3), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

KINGSBURY, Josephine (un/w)

**Parcel 71E-3-31:**

The Northwest Quarter of Section Three (3), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SAICH, John (s/m)(joint-tenant)
SAICH, Anthony (s/m)(joint-tenant)

**Parcel 71E-6,7,8,18-32:**

Lots Four (4), Five (5) and Six (6),(West Half of the Northwest Quarter and the Northwest Quarter of the Southwest Quarter); the South Half of the Southwest Quarter of Section Six (6), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. That portion of the West Half and the Southeast Quarter of Section Seven (7), said Township and Range, lying

1311

76

WILSON CREEK WATERSHED

Parcel 71E-6,7,8,18-32 Cont:

Northeasterly of Highway 194. The Southwest Quarter; and, the
South Half of the Northwest Quarter of Section Eight (8), said
Township and Range. That portion of the Northwest Quarter and
the Southeast Quarter of Section Eighteen (18), said Township
and Range lying Northeasterly of Highway 194.

OWNERS:

OCCIDENTAL COLLEGE, a California Corporation

Parcel 71E-5,7,8,9-33:

The South Half of the South Half of Section Five (5), Town-
ship Seven (7) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California. The Northeast Quarter of Section Seven (7), said
Township and Range. The North Half of the Northwest Quarter;
and, the Northeast Quarter of Section Eight (8), said Township
and Range. A 933 1/3 foot square in the Northwest Corner of
Section Nine (9), said Township and Range.

OWNERS:

POLLARD, Clarence O. (hus)
POLLARD, Florence H. (wife)

Parcel 71E-8-34:

The Northwest Quarter of the Southeast Quarter of Section
Eight (8), Township Seven (7) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

EVANS, Clifford J. (hus)
EVANS, Lillian J. (wife)

1312

## WILSON CREEK WATERSHED

Parcel 71E-8-35:

The West Half of the Southwest Quarter of the Southeast Quarter of Section Eight (8), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

LAUGHLIN, Homer (estate of)

Parcel 71E-8-36:

The Northeast Quarter of the Southwest Quarter of the Southeast Quarter of Section Eight (8), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

STOMBAUGH, Gladys B. (widow)

Parcel 71E-8-37:

The Southeast Quarter of the Southwest Quarter of the Southeast Quarter, Section Eight (8), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BIECK, Elmer P. (hus)
BIECK, Grace E. (wife)

Parcel 71E-8,9,17-38:

The East Half of the Southeast Quarter of Section Eight (8), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian. All of Section Nine (9), said Township and Range EXCEPT portion 933 1/3 ft. square in the Northwest Corner thereof. All of Section Seventeen (17), said Township and Range.

WILSON CREEK WATERSHED

Parcel 71E-8,9,17,38 Cont:

OWNERS:

    BROCKMAN, Harold L. (hus)

    BROCKMAN, Edith V. (wife)

    WUTZKE, Albert J. (hus)

    WUTZKE, Mary R. (wife)

    SECURITY TITLE INSURANCE CO. (TDTr)

    EBERLE, Betty (un/w)(TDBen)

Parcel 71E-10,15,16-39:

The Southwest Quarter; the South Half of the Northwest Quarter; the Southwest Quarter of the Northeast Quarter of Section Ten (10), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. The West Half of the West Half of Section Fifteen (15), said Township and Range. The East Half of the Southwest Quarter; the Northeast Quarter; the Southwest Quarter of the Southeast Quarter; the Southeast Quarter of the Southeast Quarter of Section Sixteen (16), said Township and Range.

OWNERS:

    IPPOLITO, Domenick (hus)(sep prop)

    IPPOLITO, Therese (wife)(sep prop)

Parcel 71E-11,14,15,23,27,34-40:

All of Section Eleven (11), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. All of Section Fourteen (14), said Township and Range EXCEPT the Northwest Quarter of the Northwest Quarter thereof. The East Half; the East Half of the West Half of Section

## WILSON CREEK WATERSHED

Parcel 71E-11,14,15,23,27,34-40 Cont:

Fifteen (15), Township Seven (7) South, Range One (1)
East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.  The North Half;
the Southwest Quarter of Section Twenty-three (23), said
Township and Range.  All of Section Twenty-seven (27),
said Township and Range.  The West Half; the Northeast
Quarter of Section Thirty-four (34), said Township and
Range.

OWNERS:

THOMAS, Ralph R. H. (m/m)(sep prop)

Parcel 71E-12-41:

The East Half of Section Twelve (12), Township Seven
(7) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California
EXCEPT  the Northeast Quarter of the Northeast Quarter,
and the Southwest Quarter of the Southeast Quarter thereof.

OWNERS:

BOGGESS, J. Aubrey

Parcel 71E-13,24-42:

All of Section Thirteen (13), Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.  Also
The North Half of the Northeast Quarter of Section Twenty-
four (24), said Township and Range.

OWNERS:

CALLAND, Donald E. (s/m)

CALLAND, Walter K. (hus)

CALLAND, Lucille M. (wife)

1315

80

## WILSON CREEK WATERSHED

~~Parcel 71E-13-24-42 Cont:~~

~~SECURITY TITLE INSURANCE COMPANY (TDTr)~~

~~MC KINLEY, Ivan E. (hus)(TDBen)~~

~~MC KINLEY, Mathea A. (wife)(TDBen)~~

Parcel 71E-12-42A:

The Southwest Quarter of the Southeast Quarter of Section
Twelve (12), Township Seven (7) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

~~LAWRENCE, Lloyd S. s/m~~

~~Parcel 71E-16-43:~~

The North Half of the Southeast Quarter, Section Sixteen
(16), Township Seven (7) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

~~ROJAS, Ruben Jr. (m/m)~~

Parcel 71E-16-44:

The West Half of the Southwest Quarter of Section Sixteen
(16), Township Seven (7) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

SWINDLE, James A. (hus)

SWINDLE, Charlotte L. (wife)

1316

81

## WILSON CREEK WATERSHED

Parcel 71E-16-45:

    The Northwest Quarter of Section Sixteen (16), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

  OWNERS:

      SHEA, Frank A. (hus)

      SHEA, Eleanor T. (wife)

Parcel 71E-18-46:

    The Northerly rectangular 396 feet of the Northeast Quarter of Section Eighteen (18), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

  OWNERS:

      TINGLER, Charles

Parcel 71E-18-47:

    The Southerly rectangular 396 feet of the Northerly 792 feet of the Northeast Quarter of Section Eighteen (18), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

  OWNERS:

      TINGLER, Howard J.

Parcel 71E-18-48:

    The Southerly rectangular 396 feet of the Northerly 1188 feet of the Northeast Quarter of Section Eighteen (18), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

1317

## WILSON CREEK WATERSHED

Parcel 71E-18-48 Cont:

    OWNERS:

           TINGLER, Carl A.

Parcel 71E-18-49:

           The Southerly rectangular 396 feet of the Northerly
1584 feet of the Northeast Quarter of Section Eighteen
(18), Township Seven (7) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

    OWNERS:

           TINGLER, Opal (sep-prop)

Parcel 71E-18-50:

           The Northeast Quarter of Section Eighteen (18), Township
Seven (7) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of Cali-
fornia, EXCEPT  The Northerly rectangular 1584 feet
thereof;  Also EXCEPT the South Half of the South Half
of said Northeast Quarter.

    OWNERS:

           TINGLER, William (sep-prop)

Parcel 71E-18-51:

           The South Half of the South Half of the Northeast Quarter
of Section Eighteen (18), Township Seven (7) South, Range
One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

    OWNERS:

           PETERS, Ressie M. (widow)

83

## WILSON CREEK WATERSHED

Parcel 71E-18-52:

Lots One (1) through Four (4),(being the West Half of the
Northwest Quarter, and the West Half of the Southwest Quarter)
of Section Eighteen (18), Township Seven (7) South, Range One
(1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California. Also, that portion of the
Southeast Quarter of said Section Eighteen (18) lying West
of State Highway 194. Also, that portion of the East Half
of the Northwest Quarter of said Section Eighteen (18) lying
West of State Highway 194. Also the East Half of the
Southwest Quarter of said Section Eighteen (18).

OWNERS:

DUNCAN, Tom

DUNCAN, Frances

FEDERAL LAND BANK OF BERKELEY (TDTr & Ben)


Parcel 71E-19-53:

The North Half of the Northwest Quarter of the Northwest
Quarter of Section Nineteen (19), Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California. Also, the
Northeast Quarter of the Northwest Quarter of said Section
Nineteen.

OWNERS:

BURGIN, Winona E.

DERBY, Earle


Parcel 71E-19-54:

The South Half of the Northwest Quarter of the Northwest
Quarter of Section Nineteen (19), Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

1319

84

**WILSON CREEK WATERSHED**

Parcel 71E-19-54 Cont:

  OWNERS:

      MADIGAN, Robert H.

      MADIGAN, Barbara J.

Parcel 71E-19-55:

      The Southwest Quarter of the Southeast Quarter of the
Southeast Quarter of the Northwest Quarter of Section
Nineteen (19), Township Seven (7) South, Range One (1)
East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

  OWNERS:

      CHRISTIAN, Lewis C. (un/m)

Parcel 71E-19-56:

      The South Half of the Southwest Quarter of the Southeast
Quarter of the Northwest Quarter;  the North Half of the
Southeast Quarter of the Southeast Quarter of the North-
west Quarter;  the North Half of the Northeast Quarter
of the Southeast Quarter of the Northwest Quarter;  the
West One acre of the North Half of the Northwest Quarter
of the Southeast Quarter of the Northwest Quarter;  the
East One acre of the North Half of the Northwest Quarter
of the Southeast Quarter of the Northwest Quarter;  the
West One acre of the East Two acres of the North Half of
the Southwest Quarter of the Southeast Quarter of the
Northwest Quarter;  the East One acre of the West Two
acres of the North Half of the Southwest Quarter of the
Southeast Quarter of the Northwest Quarter;  the East
One acre of the South Half of the Southeast Quarter of
the Southeast Quarter of the Northwest Quarter;  Also,

1320

85

WILSON CREEK WATERSHED

Parcel 71E-19-56 Cont:

 Beginning 132 feet West of the Southeast Corner of
the Southeast Quarter of the Northwest Quarter;  thence
West 396 feet;  thence North 330 feet;  thence East
396 feet;  thence South 330 feet to the point of be-
ginning.  All of above described land being in Section
Nineteen (19), Township Seven (7) South, Range One (1)
East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

 OWNERS:

  TRIPP, Clyde S. (sep prop)

Parcel 71E-19-57:

 The East One acre of the West Two acres, more or less,
of the North Half of the Northwest Quarter of the South-
east Quarter of the Northwest Quarter of Section Nineteen
(19), Township Seven (7) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California;  Also the East One acre of the West
Three acres, more or less, of the North Half of the Northwest
Quarter of the Southeast Quarter of the Northwest Quarter
of said Section Nineteen.

 OWNERS:

  BIBB, Net R. (sep prop)

Parcel 71E-19-58:

 The West One acre of the East Two acres of the North Half
of the Northwest Quarter of the Southeast Quarter of the
Northwest Quarter of Section Nineteen (19), Township
Seven (7) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

1321

86

## WILSON CREEK WATERSHED

Parcel 71E-19-58 Cont:

OWNERS:

      COMMONS, Harry E. (sep-prop)

Parcel 71E-19-59:

      The South Half of the Northwest Quarter of the South-
east Quarter of the Northwest Quarter of Section Nine-
teen (19), Township Seven (7) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

      JOHNSON, Fillmore A. (sep-prop)

Parcel 71E-19-60:

      The South Half of the Northeast Quarter of the South-
east Quarter of the Northwest Quarter of Section Nine-
teen (19), Township Seven (7) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

      POSCHEN, Henrietta E. (sep-prop)

Parcel 71E-19-61:

      The West One acre of the North Half of the Southwest
Quarter of the Southeast Quarter of the Northwest Quarter
of Section Nineteen (19), Township Seven (7) South, Range
One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also, the East
One acre of the West Three acres of the North Half of
the Southwest Quarter of the Southeast Quarter of the
Northwest Quarter of said Section Nineteen (19).

1322

87

## WILSON CREEK WATERSHED

Parcel 71E-19-61 Cont:

OWNERS:

STUKHART, Wilhelm

MEER, Siegfried (hus)

MEER, Elsa (wife)

Parcel 71E-19-62:

Beginning at a point in the North line of the Southwest Quarter of the Southeast Quarter of the Northwest Quarter of Section Nineteen (19), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, 528 feet East of the Northwest Corner thereof; thence East 132 feet; thence South 330 feet; thence West 132 feet; thence North 330 feet to the point of beginning.

OWNERS:

BAUER, Louise Scherer

Parcel 71E-19-63:

The East Half; and, the Southwest Quarter of Section Nineteen (19), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

WASHBURN, Thomas B. (hus)

WASHBURN, Rose E. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LINCOLN, Julia K. (m/w)(TDBen)

1323

## WILSON CREEK WATERSHED

Parcel 71E-20-64:

    The Northwest Quarter; the Northeast Quarter; and, the Southwest Quarter of Section Twenty (20), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    DITTRICH, Adolph (hus)

    DITTRICH, Anna M. (wife)

Parcel 71E-20-65:

    The West Half of the Southeast Quarter of Section Twenty (20), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    SEVERNS, Robert W. (hus)

    SEVERNS, Doris E. (wife)

    SECURITY TITLE INSURANCE COMPANY (TDTr)

    GENERAL MILLS, INC. (TDBen)

Parcel 71E-20-66:

    The East Half of the Southeast Quarter of Section Twenty (20), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    ARNOLD, Andrew (m/m)(sep prop)

    SECURITY FIRST NATIONAL BANK (TDTr)

    SEVERNS, Robert W. (hus)(TDBen)

    SEVERNS, Doris E. (wife)(TDBen)

89

## WILSON CREEK WATERSHED

~~Parcel 71E-21-67:~~

All of Section Twenty-one (21), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

~~SOUTHERN PACIFIC LAND CO., a Calif. Corp.~~

Parcel 71E-22-68:

All of Section Twenty-two (22), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

KNECHT, Herbert O. (m/m)

Parcel 71E-23-69:

The Southeast Quarter of Section Twenty-three (23), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MITCHELL, Kathryn L. (widow)

Parcel 71E-24-70:

The West Half of the Northwest Quarter of Section Twenty-four, (24), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

OSTER, Donald T. (hus)

OSTER, Pauline B. (wife)

(Continued)

-33-

1325

90

## WILSON CREEK WATERSHED

Parcel 71E-24-70-Cont:

> CITIZENS NATIONAL TRUST & SAVINGS
> BANK OF RIVERSIDE (TDTr)
>
> LIPKING, Charles E. (TDBen)
>
> LIPKING, Freda A. (TDBen)

Parcel 71E-24-71:

> The North Half of the Southwest Quarter; and, the East
> Half of the Northwest Quarter of Section Twenty-four (24),
> Township Seven (7) South, Range One (1) East, San Bernardino
> Base and Meridian, in the County of Riverside, State of
> California.

OWNERS:

> PACIFIC COAST LOAN COMPANY, a Calif. Corp.

Parcel 71E-24-72:

> The South Half of the Southwest Quarter; the West Half
> of the Southeast Quarter; and, the Southeast Quarter of
> the Southeast Quarter of Section Twenty-four (24), Town-
> ship Seven (7) South, Range One (1) East, San Bernardino
> Base and Meridian, in the County of Riverside, State of
> California.

OWNERS:

> MARKS, Paul R. (hus)
>
> MARKS, Ada D. (wife)

Parcel 71E-24-72A:

> The Northeast Quarter of the Southeast Quarter of Sec-
> tion Twenty-four (24), Township Seven (7) South, Range
> One (1) East, San Bernardino Base and Meridian, in the
> County of Riverside, State of California.

OWNERS:

> CAMPBELL, William R. Jr.
>
> CAMPBELL, Harriett

1326

91

## WILSON CREEK WATERSHED

Parcel 71E-24-73:

The South Half of the Northeast Quarter of Section Twenty-four (24), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

THELEN, Antoni Albert

THELEN, George John

SAUNDERS, William R. (hus)(life estate)

SAUNDERS, Ruth G. (wife)(life estate)

BOWEN, W. E. (TDTr)

RIPPY, Charles T. (TDTr)

SAUNDERS, Ruth G. (TDBen)

Parcel 71E-25-74:

The North Half of Section Twenty-five (25), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

KERR, Robert R. (hus)

KERR, Georgia E. (wife)

Parcel 71E-25-75:

The South Half of Section Twenty-five (25), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MILLER, Florence H.

1327

92

**WILSON CREEK WATERSHED**

Parcel 71E-26-76:

> The South Half of the Southeast Quarter of Section
> Twenty-six (26), Township Seven (7) South, Range
> One (1) East, San Bernardino Base and Meridian, in
> the County of Riverside, State of California.

OWNERS:

> LINKE, Frederick W. (hus)
>
> LINKE, Florence (wife)
>
> RIVERSIDE TITLE COMPANY (TDTr)
>
> GERRITSEN, Gerard A. (TDBen)

Parcel 71E-26-77:

> The Northeast Quarter of the Southwest Quarter;
> Also, the North Half of the Southeast Quarter of
> Section Twenty-six (26), Township Seven (7) South,
> Range One (1) East, San Bernardino Base and Meridian,
> in the County of Riverside, State of California.

OWNERS:

> MAC GILLIVRAY, India Laura (widow)(j-t)
>
> MAC GILLIVRAY, Stewart Hild (single)(j-t)

Parcel 71E-26-78:

> The South Half of the Northeast Quarter;  Also, the
> Southeast Quarter of the Northwest Quarter of Section
> Twenty-six (26), Township Seven (7) South, Range One
> (1) East, San Bernardino Base and Meridian, in the
> County of Riverside, State of California.

OWNERS:

> SHIPLEY, Roy E. (m/m)

1328

93

## WILSON CREEK WATERSHED

Parcel 71E-26-79:

    The North Half of the Northeast Quarter, Section Twenty-six (26), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    BUTLER, Carl J. (hus)

    BUTLER, Mary T. (wife)

    SECURITY TITLE INSURANCE COMPANY (TDTr)

    HEMET INVESTMENT CO. (TDBen)

Parcel 71E-26-80:

    The North Half of the Northwest Quarter; the Southwest Quarter of the Northwest Quarter; and, The Northwest Quarter of the Southwest Quarter, Section Twenty-six (26), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    CRAIG, Edward H. (hus)

    CRAIG, Fredda H. (wife)

    SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

    LINKE, Frederick W. (hus)(TDBen)

    LINKE, Florence E. (wife)(TDBen)

    GERRITSEN, Gerard A. (widower)(TDBen)

1329

## WILSON CREEK WATERSHED

~~Parcel 71E-26,34,35, 81E-2 81:~~

The South Half of the Southwest Quarter, Section
Twenty-six (26), Township Seven (7) South, Range
One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.
The Southeast Quarter of Section Thirty-four (34),
said Township and Range.
The East Half of the Northwest Quarter; the South-
west Quarter of the Northwest Quarter; and, the
Southwest Quarter of Section Thirty-five (35),
said Township and Range.
The Southeast Quarter; the Southeast Quarter of
the Northwest Quarter; the North Half of the South-
west Quarter; and Government Lot Three (3) (being
the Northeast Quarter of the Northwest Quarter) of
Section Two (2), Township Eight (8) South, Range
One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

KERR, Robert R. (hus)
KERR, Georgia E. (wife)
KERR, Regina Rae
KERR, William David
~~KERR, Robert Ross, Jr.~~

Parcel 71E-28-82:

All of Section Twenty-eight (28), Township Seven (7)
South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia, EXCEPT the Northwest Quarter of the South-
east Quarter thereof.

OWNERS:

MALLONEE, Ben J.

1330

95

## WILSON CREEK WATERSHED

Parcel 71E-28-83:

The Northwest Quarter of the Southeast Quarter, Section Twenty-eight (28), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HUBBARD, Hugh (single man)

Parcel 71E-29-84:

All of Section Twenty-nine (29), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

PARKS, Myrtle E. (sep-prop)

Parcel 71E-30-85:

The East Half of Section Thirty (30), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT Beginning at the Southeast Corner of the Northeast Quarter of said Section Thirty (30); thence North 40 rods on the East line of said Section; thence West 30 rods; thence Southeasterly 44.73 rods to a point 30 rods West of the point of beginning; thence East 30 rods to the point of beginning.

OWNERS:

COAST MACHINE PRODUCTS INC.

SECURITY TITLE INSURANCE COMPANY (TDT.)

1331

WILSON CREEK WATERSHED

Parcel 71E-30-85 Cont.:

    BENDLER, August J. (hus)(TDBen)

    BENDLER, Anna F. (wife)(TDBen)

    BENDLER, Charles G. (hus)(TDBen)

    BENDLER, Mabel F. (wife)(TDBen)

Parcel 71E-30-86:

    Beginning at the Southeast corner of the Northeast Quarter of Section Thirty (30), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California; thence North 40 rods on the East line of said Section Thirty (30); thence West 10 rods; thence Southeasterly 44.73 rods to a point 30 rods West of the point of beginning; thence East 30 rods to the point of beginning.

OWNERS:

    FLEENER, Clifford L. (hus)

    FLEENER, Mertie M. (wife)

    FLEENER, Ordell L. (hus)

    FLEENER, Irene F. (wife)

    SECURITY TITLE INSURANCE CO. (TDTr)

    BURNEY, George M. (TDBen)

    BURNEY, Ines B. (TDBen)

Parcel 71E-30-87:

    The Northwest Quarter of Section Thirty (30), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

WILSON CREEK WATERSHED

Parcel 71E-30-87 Cont:

OWNERS:

SHOEMAKER, Carl R. (m/m)

EHLERS, Fred (m/m)

SECURITY TITLE INSURANCE CO. (TDTr)

LINCOLN, Julia K. (m/w)(TDBen)

TOY, Florence P. (TDBen)

Parcel 71E-31-88:

All of Section Thirty-one (31), Township Seven (7)
South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

BENDLER, A J. (hus)

BENDLER, Anna F. (wife)

BENDLER, Charles G. (single)

Parcel 71E-32-89:

The East Half of the Northeast Quarter;  the
Southwest Quarter of the Northeast Quarter;  the
Southeast Quarter of the Northwest Quarter;  the
Southeast Quarter of the Southwest Quarter;  the
North Half of the Southwest Quarter; and, the
Southeast Quarter of Section Thirty-two (32),
Township Seven (7) South, Range One (1) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

JARVIS, Bud (hus)

JARVIS, Leda (wife)

1333

98

## WILSON CREEK WATERSHED

Parcel 71E-32-90:

The Northwest Quarter of the Northeast Quarter;
the Northeast Quarter of the Northwest Quarter;
and, the Southwest Quarter of the Northwest Quar-
ter of Section Thirty-two (32), Township Seven
(7) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

BENNETT, Edwin R. (hus)
BENNETT, Josephine S. (wife)
SECURITY TITLE INSURANCE COMPANY (TDTr)
ROM, Monica B. (sep-prop)(TDBen)
formerly Monica B. Simmons

Parcel 71E-32-91:

The Northwest Quarter of the Northwest Quarter of
Section Thirty-two (32), Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

JENKINS, Clarence F. (hus)
JENKINS, Marie T. (wife)

Parcel 71E-32-92:

The Southwest Quarter of the Southwest Quarter of
Section Thirty-two (32), Township Seven (7) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

ANDREWS, Nathan F., Jr. (s/m)

1334

99

## WILSON CREEK WATERSHED

Parcel 71E-33-93:

    All of Section Thirty-three (33), Township Seven (7) South,

    Range One (1) East, San Bernardino Base and Meridian, in

    the County of Riverside, State of California.

  OWNERS:

       ALLEN, Willard H. (hus)

       ALLEN, Marjorie LaVerne (wife)

       PIONEER TITLE INSURANCE COMPANY (TDTr)

       SIEVERS, W. C. (hus)(TDBen)

       SIEVERS, Alice G. (wife)(TDBen)

Parcel 71E-35-94:

    The East Half of Section Thirty-five (35), Township Seven

    (7) South, Range One (1) East, San Bernardino Base and

    Meridian, in the County of Riverside, State of California.

  OWNERS:

       SOUTHERN PACIFIC LAND COMPANY, a California Corporation.

Parcel 71E-35-94A:

    The Northwest Quarter of the Northwest Quarter of Section

    Thirty-five (35), Township Seven (7) South, Range One (1)

    East, San Bernardino Base and Meridian, in the County of

    Riverside, State of California.

  OWNERS:

       SOUTHERN PACIFIC LAND COMPANY, A California Corporation.

Parcel 71E-36-81E-2-95:

    All of Section Thirty-six (36), Township Seven (7) South,

    Range One (1) East, San Bernardino Base and Meridian, in

    the County of Riverside, State of California.  Lots One (1)

    and Two (2), (North Half of the Northeast Quarter), and the

    South Half of the Northeast Quarter of Section Two, Town-

    ship Eight (8) South, Range One (1) East, San Bernardino

    Base and Meridian, in the County of Riverside, State of California.

1335

100

WILSON CREEK WATERSHED

Parcel 71E-36, 81E-2 - 95 Cont:

OWNERS:

MOSSHOLDER, J. L. (hus)

MOSSHOLDER, Rose (wife)

READY, Richard J. (hus)

READY, Gertrude W. (wife)

SECURITY TITLE INSURANCE CO. (TDTr)

PHELPS, Edwin Sr., (widower)(TDBen)

Parcel 82E-7-96:

That portion of the South 165 feet of Government Lot
One (1)(Northwest Quarter of the Northwest Quarter),
Section Seven (7), Township Eight (8) South, Range
Two (2) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, which
lies East of a line which is parallel with and 165
feet East of the West line of said Lot One (1).
Also, Government Lot Two (2) (Southwest Quarter of
the Northwest Quarter) of said Section Seven (7)
EXCEPT the Westerly 165 feet thereof, AND EXCEPT
that portion of the said Lot Two (2) lying Southeasterly
of the Northwesterly line of Cahuilla Road.

OWNERS:

BERGMAN, Harry H. (hus)

BERGMAN, Alice D. (wife)

Parcel 81E-1, 12, 82E-7-96A:

All that portion of Fractional Section One (1), Town-
ship Eight (8) South, Range One (1) East, San Bernar-
dino Base and Meridian, in the County of Riverside,
State of California, EXCEPT the Southwest Quarter of
the Southwest Quarter of the Southeast Quarter; the
East Half of the Southeast Quarter of the Southwest

-44-

1336

## WILSON CREEK WATERSHED

Parcel 81E-1, 12, 82E-7-96A Cont:

Quarter; and, the Southeast Quarter of the Northeast
Quarter of the Southwest Quarter of said Fractional
Section One (1).

All that portion of the Northeast Quarter of the
Southeast Quarter of Section Twelve (12), Township
Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, lying Northwest of the Northwesterly
line of Cahuilla Road. Also, the Northeast Quarter;
the East Half of the Northwest Quarter; the North-
east Quarter of the Southwest Quarter; the Northwest
Quarter of the Southeast Quarter; the West Half of
the Northwest Quarter; and the Northwest Quarter of the
Southwest Quarter of said Section Twelve (12) EXCEPT
from the said Northwest Quarter of the Southwest Quarter
the Southerly 400 feet of the Westerly 244 feet thereof;
ALSO EXCEPT from the Southeast Quarter of the Northeast
Quarter, and the Northwest Quarter of the Southeast Quarter
of said Section Twelve (12) that portion thereof lying
Southeasterly of the Northwesterly line of Cahuilla Road.
Government Lot One (1) (Northwest Quarter of the North-
west Quarter) of Section Seven (7), Township Eight (8)
South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California
EXCEPT that portion of the South 165 feet thereof which
lies East of a line which is parallel with and 165 feet
East of the West line of said Government Lot One (1).
The Westerly 165 feet of Government Lot Two (2), Section
Seven (7), Township Eight (8) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of

## WILSON CREEK WATERSHED

Parcel 81E-1, 12, 82E-7-96A Cont:

Riverside, State of California, **EXCEPT** that portion
thereof lying Southeast of the Northwest line of
Coahuila Road.

OWNERS:

| | |
|---|---|
| TAYLOR, Lee R. (hus) | } und. 1/6 int. |
| TAYLOR, Florence Jean (wife) | |
| SLOAN, Paul (hus) | } und. 1/6 int. |
| SLOAN, Evelyn A. (wife) | |
| RODGERS, Charles L. (hus) | } und. 1/6 int. |
| RODGERS, Marilyn J. (wife) | |
| CONSAUL, Robert (hus) | } Und. 1/4 int. |
| CONSAUL, Joyce (wife) | |
| CONSAUL, John L. (hus) | } und. 1/4 int. |
| CONSAUL, Jean (wife) | |

TITLE INSURANCE & TRUST COMPANY (TDTr)

BERGMAN, Harry H. (hus)(TDBen)

BERGMAN, Alice D. (wife)(TDBen)

Parcel 81E-12-96B:

The Southerly 400 feet of the Westerly 244 feet of the
Northwest Quarter of the Southwest Quarter of Section
Twelve (12), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

SGOBASSI, Louie J. (s/m)

BURNETT, Leonard A. (s/m)

103

## WILSON CREEK WATERSHED

Parcel 81E-1-97:

        The Southwest Quarter of the Southwest Quarter of the Southeast Quarter;  the East Half of the South-east Quarter of the Southeast Quarter of the South-west Quarter;  the East Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter; the Southeast Quarter of the Northeast Quarter of the Southwest Quarter, Section One (1), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        WHITLOCK, John H. (hus)

        WHITLOCK, Florence H. (wife)

Parcel 81E-2-98:

        Government Lot Four (4) and the Southwest Quarter of the Northwest Quarter of Section Two (2), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        FOSTER, Richard A. (hus)

        FOSTER, Phyllis C. (wife)

        SECURITY TITLE INSURANCE & GUARANTY CO. (TDTr)

        MARINEAU, Edmund, (hus)(TDBen)

        MARINEAU, Charlotte (wife)(TDBen)

1339

104

### WILSON CREEK WATERSHED

Parcel 81E-2-99:

    The South Half of the Southwest Quarter of Section Two (2), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    FARRANT, Earle M.

    FARRANT, Margaret

    PACIFIC COAST TITLE CO. (TDTr)

    PACIFIC COAST LOAN COMPANY (TDBen)

Parcel 81E-7, 10 - 100

    The North Half; the Southwest Quarter; the North Half of the Southeast Quarter; the Southwest Quarter of the Southeast Quarter of Section Three (3), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also the Northwest Quarter of Section Ten (10), said Township and Range.

OWNERS:

    MURCELL, Betty B.

Parcel 81E 3, 4, 8, 9, 10, 16, 17, 18 101:

    The Southeast Quarter of the Southeast Quarter of Section Three (3), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. The Southeast Quarter of Section Four (4), said Township and Range. The East Half of the Southeast Quarter; the East Half of the Northwest Quarter of the Southeast Quarter; the Southwest Quarter of the Southeast

-46-

1340

## WILSON CREEK WATERSHED

Parcel 81E-3,4,8,9,10,16,17,18 101 Cont:

Quarter;  The Southeast Quarter of the Southwest

Quarter;  the East Half of the Southwest Quarter

of the Southwest Quarter, Section Eight (8), said

Township and Range.

All of Section Nine (9), said Township and Range.

The North Half of the Southwest Quarter;  the

Northeast Quarter of Section Ten (10), Township

Eight (8) South, Range One (1) East.

The West Half of Section Sixteen (16), said Town-

ship and Range.

The West Half of the Southeast Quarter;  the North-

east Quarter of the Southeast Quarter; and, the

North Half EXCEPT One acre in the Northwest Corner

of the Southwest Quarter of the Northwest Quarter of

Section Seventeen (17), said Township and Range.

The South 50 feet east of the Highway in the

Northeast Quarter of the Northeast Quarter of

Section Eighteen (18), said Township and Range.

OWNERS:

ALLEN, Willard H. (hus)

ALLEN, Marjorie LaVerne (wife)

PIONEER TITLE INSURANCE CO (TDTr)

SIEVERS, W. C. (hus)(TDBen)

SIEVERS, Alice G. (wife)(TDBen)

Parcel 81E-4,5-102:

The South Half of the Northwest Quarter of Section

Four (4), Township Eight (8) South, Range One (1)

East, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

WILSON CREEK WATERSHED

~~Parcel 81E 4,5 102 Cont:~~

    The East 20 acres of the South Half of the Northeast

Quarter of Section Five (5), said Township and Range.

OWNERS:

    ~~KOHN, Harry (hus)~~

    ~~KOHN, Naomi (wife)~~

Parcel 81E-5-103:

    The South 15 acres of the Northerly 30 acres of the

West 60 acres of the South Half of the Northeast

Quarter; and, the North 15 acres of the West 60

acres of the South Half of the Northeast Quarter

of Section Five (5), Township Eight (8) South, Range

One (1) East, San Bernardino Base and Meridian, in

the County of Riverside, State of California.

OWNERS:

    WELLS, Daniel M  (hus)

    WELLS, Edna Armelia (wife)

Parcel 81E-5-104:

    The South 30 acres of the West 60 acres of the South

Half of the Northeast Quarter of Section Five (5),

Township Eight (8) South, Range One (1) East, San

Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:

    SPANN, Isaac John

    SPANN, Ruth F.

Parcel 81E-5-105:

    The West Half of the Northwest Quarter of the

Southeast Quarter; and, the East Half of the North-

west Quarter of the Southeast Quarter of Section

WILSON CREEK WATERSHED

Parcel 81E-5-105 Cont:

Five (5), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

MC GAUGH, Joseph W. (hus)

MC GAUGH, Leona (wife)
aka Leona Barton

Parcel 81E-5-106:

That portion of the Northeast Quarter of the Southeast
Quarter of Section Five (5), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described
as follows: Beginning at the Northwest Corner of the
Northeast Quarter of the Southeast Quarter; thence
along Northerly line 250 feet to Westerly line of
County Road; thence Southwesterly along Westerly line
of said County Road to the Southwest Corner of the North-
east Quarter of the Southeast Quarter; thence Northerly
to point of beginning.

OWNERS:

TOMLINSON, Bruce A. (hus)
TOMLINSON, Julia (wife)

Parcel 81E-5-107:

The Northeast Quarter of the Southeast Quarter of Section
Five (5), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California EXCEPT that portion described
as follows: Beginning at the Northwest Corner of the
Northeast Quarter of the Southeast Quarter of said Section
Five (5); thence along

108

## WILSON CREEK WATERSHED

Parcel 81E-4-107 Cont.

Northerly line 250 feet to the Westerly line of County
Road;  thence Southwesterly along Westerly line of
said County Road to the Southwest Corner of the North-
east Quarter of the Southeast Quarter;  thence
Northerly to point of beginning.

OWNERS:

MARION, George (s/m)

### Parcel 81E-5-108:

The Southeast Quarter of the Southeast Quarter of
Section Five (5), Township Eight (8) South, Range One
(1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California EXCEPT  the
South Half of the Southeast Quarter of the Southeast Quar-
ter of the Southeast Quarter of said Section.
Portion of the Southwest Quarter of the Southeast
Quarter of Section Five (5), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, des-
cribed as follows:  Beginning 130 feet East of the
Southwest Corner of said Southwest Quarter of the South-
east Quarter;  thence Northeasterly to the Northeast
Corner of said Southwest Quarter of the Southeast Quarter;
thence South to the South line of the Southeast Quarter;
thence West to the point of beginning.

OWNERS:

BARTON  Irene M. aka Welch

WELCH, Dave

POOL, Edwin D. (hus)(Agmt)

POOL, Ruth (wife)(Agmt)

JONES, Oliver L. (hus)(Agmt)

JONES, Winifred (wife)(Agmt)

1344

109

## WILSON CREEK WATERSHED

Parcel 81E-5-109:

      A portion of the Southwest Quarter of the Southeast
Quarter of Section Five (5), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
described as follows:  Beginning at the Northwest
Corner of said Southwest Quarter of the Southeast
Quarter;  thence East to the Northeast Corner thereof;
thence Southwest to a point 130 feet East of the
Southwest Corner of said Southeast Quarter;  thence
West 130 feet to the said Southwest Corner;  thence
North to the point of beginning.  EXCEPT:  The Westerly
580 feet of the Northerly 300 feet thereof.

OWNERS:

      ROGERS, Earl T.

      ROGERS, Willie

Parcel 81E-5-109A:

      The Easterly 145 feet of the Westerly 580 feet of
the Northerly 300 feet of the Southwest Quarter of the
Southeast Quarter of Section Five (5), Township Eight
(8) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

      ARMSTRONG, Layman Lyn

      ARMSTRONG, Marie

1345

110

## WILSON CREEK WATERSHED

Parcel 81E-5-109B:

      The Easterly 145 feet of the Westerly 335 feet of the
Northerly 300 feet of the Southwest Quarter of the
Southeast Quarter of Section Five (5), Township Eight
(8) South, Range One (1) East, San Bernardino Base  and
Meridian, in the County of Riverside, State of California.

  OWNERS:

      COSHAW, Gene (m/m)(und. 1/3 int)

      COSHAW, Floyd Keith (m/m)(und. 1/3 int)

      COSHAW, Dean O. (m/m)(und. 1/3 int)

Parcel 81E-5-110:

      A portion of the Southwest Quarter of the Southeast Quar-
ter of Section Five (5), Township Eight (8) South, Range
One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as
follows:  Beginning at the Northwest Corner of said
Southwest Quarter of the Southeast Quarter;  thence East
145 feet;  thence South 300 feet;  thence West 145 feet;
thence North 300 feet to the point of beginning.

  OWNERS:

      ROGERS, David Robert

Parcel 81E-5-111:

      A portion of the Southwest Quarter of the Southeast
Quarter of Section Five (5), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, des-
cribed as follows:  Beginning at a point 145 feet East
of the Northwest Corner of said Southwest Quarter of
the Southeast Quarter;  thence East 145 feet;  thence

1346

111

## WILSON CREEK WATERSHED

**Parcel 81E-5-111 Cont:**

South 300 feet; thence West 145 feet; thence North
300 feet to the point of beginning.

OWNERS:

ST. JOHN, Anna Marguaret

**Parcel 81E-5-112:**

The South Half of the Southeast Quarter of the South-
east Quarter of the Southeast Quarter of Section Five
(5), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

BENNETT, Charlotte K.
aka Charlotte K. Beach

**Parcel 81E-5-113:**

The West Half of Section Five (5), Township Eight (8)
South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

LAYER, Helen Elizabeth (s/w)

MITCHELL, Kathryn L. (widow)

YRISARRI, Catherine Mitchell

**Parcel 81E-6-114:**

Government Lot 1; The Southeast Quarter of the North-
east Quarter of Section Six (6), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

SHARP, James C. (hus)

SHARP, Marguerite (wife)

-53-

1347

112

## WILSON CREEK WATERSHED

Parcel 81E-6-115:

      The Southeast Quarter;  the Southwest Quarter; and,
the West Half of the Northwest Quarter of Section
Six (6), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

      SHARP, Bert (hus)

      SHARP, Maude E. (wife)

Parcel 81E-6-116:

      The East Half of the Northwest Quarter; and, the
West Half of the Northeast Quarter of Section Six
(6), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

      SHANKO, John E. (hus)

      SHANKO, Gladys E. (wife)

      CITIZENS NATIONAL TRUST & SAVINGS
        BANK OF RIVERSIDE (TDTr)

      KAPPELHOFF, John C. (hus)(TDBen)

      KAPPELHOFF, Katherine E. (wife)(TDBen)

      TITLE INSURANCE & TRUST CO. (TDTr)

      GRAHAM, Kenneth (m/m)(TDBen)

Parcel 81E-8-117:

      The Northeast Quarter;  the Northeast Quarter of the
Southwest Quarter;  the West Half of the Northwest
Quarter of the Southeast Quarter; and, the Southeast
Quarter of the Northeast Quarter of Section Eight (8),
Township Eight (8) South, Range One (1) East, San

1348

113

## WILSON CREEK WATERSHED

Parcel 81E-8-117-Cont:

Bernardino Base and Meridian, in the County of River-
side, State of California, EXCEPT That portion of the
Southeast Quarter of the Northwest Quarter of said Sec-
tion Eight (8) lying Northwesterly of the highway.

OWNERS:

MARTIN, Charles E. (hus)

MARTIN, Dora A. (wife)

SECURITY TITLE INSURANCE & GUARANTEE CO. (TDTr)

GIBBEL, Linnie B. (widow)(TDBen)

HANDCOCK, Ruth G. (m/w)(TDBen)

Parcel 81E-8-118:

The Northeast Quarter of the Northwest Quarter of
Section Eight (8), Township Eight (8) South, Range
One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

MC KEAN, Scott E. (hus)

MC KEAN, Audrey E. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
   BANK OF RIVERSIDE (TDTr)

FIRST NATIONAL BANK OF ELSINORE (TDBen)

Parcel 81E-8-119:

The West Half of the Northwest Quarter; and the
Northwest Quarter of the Southwest Quarter of
Section Eight (8), Township Eight (8) South,
Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

1349

114

WILSON CREEK WATERSHED

~~Parcel 81E-8-119 Cont:~~

OWNERS:

> JOHNSTON, Joel E. (hus)
>
> JOHNSTON, Margaret (wife)
>
> TITLE INSURANCE & TRUST CO. (TDTr)
>
> HOWELL, Ruth (TDBen)
>
> SECURITY TITLE INSURANCE COMPANY (TDTr)
>
> WOOD, Harris R. (hus)(TDBen)
>
> WOOD, Elsie M. (wife)(TDBen)

Parcel 81E-8-119A:

> That portion of the Southeast Quarter of the Northwest
> Quarter, Section Eight (8), Township Eight (8) South,
> Range One (1) East, San Bernardino Base and Meridian,
> in the County of Riverside, State of California, lying
> Northwesterly of the highway.

OWNERS:

> JOHNSTON, Joel E. (hus)
>
> JOHNSTON, Margaret (wife)
>
> TITLE INSURANCE & TRUST CO (TDTr)
>
> GOSSEN, Harvey O. (hus)(TDBen)
>
> GOSSEN, Ruby S. (wife)(TDBen)

Parcel 81E-10-120:

> The South Half of the Southwest Quarter, Section Ten
> (10), Township Eight (8) South, Range One (1) East,
> San Bernardino Base and Meridian, in the County of
> Riverside, State of California.

OWNERS:

> PORTER, Crystal Wells (sep-prop)

1350

115

## WILSON CREEK WATERSHED

~~Parcel 81E-10-121:~~

Government Lots One (1) and Two (2), (North Half of
the Southeast Quarter), Section Ten (10), Township
Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

ASHCRAFT, Inez F.

~~ESTUDILLO, Minerva C.~~

Parcel 81E-11-122:

All of Section Eleven (11), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

STONE, Frank (hus)
STONE, Bee (wife)
SECURITY TITLE INSURANCE CO (TDTr)
FARRANT, Earle M. (TDBen)

Parcel 81E-12-123:

A portion of the South Half of the Southwest Quarter
of Section Twelve (12), Township Eight (8) South, Range
One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as
follows:  Beginning at the Southwest Corner of said
Section Twelve (12);  thence Easterly along the Southerly
line thereof 1757 feet;  thence Northwesterly to a point
in the North line of the South Half of the Southwest
Quarter of said Section Twelve (12), 190 feet from the
Northwest Corner of said South Half of the Southwest
Quarter;  thence Westerly along Northerly line of said

-57-

116

<u>WILSON CREEK WATERSHED</u>

Parcel 81E-12-123 Cont:

South Half of the Southwest Quarter, 190 feet to the

Westerly line of said Section Twelve (12);  thence

South along West line of said Section Twelve (12) to

point of beginning.

OWNERS:

DOVER, Ernest (hus)

DOVER, Xenia Ione (wife)

Parcel 81E-12-124:

The South Half of the Southwest Quarter; and, the

South Half of the Southeast Quarter of Section

Twelve (12), Township Eight (8) South, Range One

(1) East, San Bernardino Base and Meridian, in the

County of Riverside, State of California, <u>EXCEPT</u>

from the South Half of the Southwest Quarter that

portion described as follows:  Beginning at the

Southwest Corner of Section Twelve (12);  thence

Easterly along the Southerly line 1757 feet;  thence

Northwesterly to a point in the North line of the

South Half of the Southwest Quarter 190 feet Easterly

from the Northwest Corner;  thence Westerly along the

Northerly line 190 feet to the Westerly line of Sec-

tion Twelve (12);  thence South along the Westerly

line to the point of beginning.

OWNERS:

SCHENCK, Dorothy

CITIZENS NATIONAL TRUST & SAVINGS
     BANK OF RIVERSIDE (TDTr)

DEAL, William C. (hus)(TDBen)

DEAL, Anna C. (wife)(TDBen)

DEAL, O. T. (TDBen)

-58-

1352

117

## WILSON CREEK WATERSHED

**Parcel 81E-14-125:**

All of Section Fourteen (14), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MINER, Mamie

**Parcel 81E-15,22-126:**

Government Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16), (being the Southeast Quarter of Section Fifteen (15), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, Government Lots One (1), Two (2), Seven (7), and Eight (8)(being the Northeast Quarter) of Section Twenty-two (22), said Township and Range.

OWNERS:

GRUNER, Joseph A. (hus)

GRUNER, June B. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr & TDBen)

**Parcel 81E-23-126A:**

The West Half of the Northwest Quarter of Section Twenty-three (23), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MURPHY, Edward (hus)

MURPHY, Bertha (wife)

1353

118

## WILSON CREEK WATERSHED

Parcel 81E-15-92-127:

Lot Six (6)(Southeast Quarter of the Northwest Quarter);
Lot Eleven (11)(Northeast Quarter of the Southwest Quarter);
Lot Thirteen (13)(Southwest Quarter of the Southwest
Quarter;) and, Lot Fourteen (14)(Southeast Quarter of the
Southwest Quarter) of Section Fifteen (15), Township Eight
(8) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
Also, Lots Three (3) through Six (6)(The Northwest Quarter)
of Section Twenty-two (22), said Township and Range.

OWNERS:

HASSELQUIST, Gustav H. (hus)
HASSELQUIST, Jeanne B. (wife)
PACIFIC COAST TITLE COMPANY OF RIVERSIDE (TDTr)
COLLINS, Lottie V., (TDBen)

Parcel 81E-17-128:

One Acre in the Northwest Corner of the South Half of the
Northwest Quarter of Section Seventeen (17), Township Eight
(8) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

STATE OF CALIFORNIA.

Parcel 81E-17-129:

The East Half of the Northwest Quarter of the Southwest
Quarter; the West Half of the Southeast Quarter of the
Southwest Quarter; the Northeast Quarter of the Southwest
Quarter of Section Seventeen (17), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

1354

WILSON CREEK WATERSHED

~~Parcel 81E-17-130:~~

The East Half of the Southeast Quarter of the Southwest
Quarter of Section Seventeen (17), Township Eight (8)
South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

ERWIN, Robert M. (hus)

ERWIN, Ada Dee (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

BROME, Dorothy Mae (s/w)(TDBen)

Parcel 81E-17,18-131:

The West Half of the Northwest Quarter of the Southwest
Quarter of Section Seventeen (17), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.
Also, that portion of the Northeast Quarter of the South-
east Quarter of Section Eighteen (18), said Township and
Range, lying Easterly of the following described line:
Beginning at a point in the Southerly line of the North-
east Quarter of the Southeast Quarter of said Section
Eighteen (18) which bears North 89°27'10" West 1092.97
feet from the Southeast Corner thereof;  thence North 19°43'0"
West 22.61 feet to beginning of tangent curve concave to the
East having a radius of 350 feet;  thence along said curve
through arc distance of 272.80 feet;  thence North 24°
56'30" East 1010.52 feet to Northerly line of the Northeast
~~Quarter of the Southeast Quarter;~~

-61-

120

## WILSON CREEK WATERSHED

Parcel 81E-17,18-131 Cont.

OWNERS:

   ERWIN, Robert M. (hus)

   ERWIN, Ada Dee (wife)

   SECURITY TITLE INSURANCE COMPANY (TDTr)

   GRAHAM, Mena (TDBen)

### Parcel 81E-17, 18-132:

The Southwest Quarter of the Southwest Quarter of

Section Seventeen (17), Township Eight (8) South,

Range One (1) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California. Also,

the South Half of the Southeast Quarter of Section

Eighteen (18), said Township and Range.

OWNERS:

   BAKER, Merrill (m/m)

### Parcel 81E-18-133:

The Southwest Quarter of the Northeast Quarter; Also

the West Eight Acres of the Southeast Quarter of the

Northeast Quarter, Section Eighteen (18), Township

Eight (8) South, Range One (1) East, San Bernardino Base

and Meridian, in the County of Riverside, State of

California.

OWNERS:

   TRIPP, Edward C.

### Parcel 81E-18-134:

That portion of the Easterly 32 acres of the Southeast

Quarter of the Northeast Quarter of Section Eighteen (18),

Township Eight (8) South, Range One (1) East, San Bernar-

dino Base and Meridian, in the County of Riverside, State

-62-

1356

## WILSON CREEK WATERSHED

Parcel 81E-18-134 Cont:

of California, lying Westerly of the following described line:  Beginning at a point on the Southerly line of said Southeast Quarter of the Northeast Quarter, which bears North 89°07' West 526.03 feet from the Southeast Corner of said Southeast Quarter of the Northeast Quarter; thence North 27°56'30" East 291.55 feet to beginning of a curve concave to the West, having a radius of 700 feet; thence continuing on said curve through an arc distance of 245.36 feet;  thence North 04°51'03" East, 344.94 feet to beginning of curve concave to the West, having a radius of 500 feet;  thence continuing on said curve through an arc distance of 133.66 feet;  thence North 10°27'30" West, 341.87 feet to Northerly line of the Southeast Quarter of the Northeast Quarter of said Section Eighteen (18). EXCEPTING therefrom the Southerly 900 feet thereof along the Westerly line of said 32 acre parcel.

OWNER:

BURKE, Martin L.

Parcel 81E-18-135:

That portion of the Easterly 32 acres of the Southeast Quarter of the Northeast Quarter of Section Eighteen (18), Township Eight (8) South, Range One (1) East lying Easterly of the following described line:  Beginning at a point on Southerly line of said Southeast Quarter of the Northeast Quarter which bears North 89°07' West, 526.03' from Southeast Corner of said Southeast Quarter of the Northeast Quarter;  thence North 27°56'30" East, 291.55 feet to beginning of a curve concave to the West, having a radius of 700 feet;  thence continuing on said curve through

1357

WILSON CREEK WATERSHED

Parcel 81E-18-135 Cont:

an arc distance of 245.36 feet; thence North 04°51'03"
East, 344.94 feet to beginning of curve concave to the
West, having a radius of 500 feet; thence continuing on
said curve through an arc distance of 133.66 feet;
thence North 10°27'30" West 341.87 feet to Northerly
line of the Southeast Quarter of the Northeast Quarter
of said Section Eighteen (18). EXCEPTING therefrom the
Southerly 900 feet.

OWNERS:

HALE, Linnea

MC CARREL, Francis (life estate)

Parcel 81E-18-136:

The South 900 feet of the East 32 acres of the Southeast
Quarter of the Northwest Quarter of Section Eighteen (18),
Township Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California lying West of the road.

Also, that portion of the Northeast Quarter of the South-
east Quarter of Section Eighteen (18), said Township and
Range, described as follows: Beginning at a point on the
West line of said Northeast Quarter of the Southeast Quarter
621.51 feet Northerly from the Southwest Corner thereof;
thence Northerly on Westerly line of said Northeast Quarter
of the Southeast Quarter to the Northwest Corner thereof;
thence South 89°07'10" East along Northerly line of said
Northeast Quarter of the Southeast Quarter to a point
526.03 feet Westerly from the Northeast Corner of the
Northeast Quarter of the Southeast Quarter; thence South
04°56'30" West to a point which bears South 89°27'10"