123

WILSON CREEK WATERSHED

~~Parcel 81E-18-136 Cont:~~

East from the point of beginning;  thence North 89°27'10"
West to the point of beginning.  EXCEPTING therefrom the
Southerly 250 feet.

OWNERS:

TIETSCHE, Paul W. (hus)

TIETSCHE, Nola Pearl (wife)

Parcel 81E-18-137:

The South 800 feet of the Southeast Quarter of the
Northeast Quarter of Section Eighteen (18), Township
Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of Calif-
ornia, lying East of road.

OWNERS:

ADAMS, Earl C.

Parcel 81E-18-138:

The Southerly 250 feet of the following described
property:  That portion of the Northeast Quarter of
the Southeast Quarter of Section Eighteen (18),
Township Eight (8) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California, described as
follows:  Beginning at a point on the West line of
said Northeast Quarter of the Southeast Quarter
621.51 feet Northerly from the Southwest Corner
thereof;  thence Northerly on Westerly line of said
Northeast Quarter of the Southeast Quarter to the
Northwest Corner thereof;  thence South 89°07'10"
East along Northerly line of said Northeast Quarter
~~of the Southeast Quarter to a point 506.03 feet Westerly~~

1359

124

## WILSON CREEK WATERSHED

Parcel 81E-18-138 Cont:

from the Northeast Corner of the Northeast Quarter of
the Southeast Quarter; thence South 24°56'30" West
to a point which bears South 89°27'10" East from the
point of beginning; thence North 89°27'10" West to
the point of beginning.

OWNERS:

CODA, Leo R. (hus)

CODA, Lillian L. (wife)

Parcel 81E-18-139:

The North Half of the Southwest Quarter; the Northwest
Quarter of the Southeast Quarter; and, That portion of
the Northeast Quarter of the Southeast Quarter of Section
Eighteen (18), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:
Beginning at a point on the Westerly line of the Northeast
Quarter of the Southeast Quarter of said Section Eighteen
(18), 621.51 feet Northerly from the Southwest Corner
thereof; thence South 89°27'10" East 478.65 feet to the
true point of beginning; thence North 89°27'10" West
478.65 feet to a point on the Westerly line of the North-
east Quarter of the Southeast Quarter; thence Southerly
on the Westerly line 621.52 feet to the Southwest Corner;
thence South 89°27'10" East along the Southerly line of
the Northeast Quarter of the Southeast Quarter to a point
1092.07 feet Westerly from the Southeast Corner of the
Northeast Quarter of the Southeast Quarter, said point
being in the center line of State Highway 79; thence
North 19°43' West 32.61 feet to the beginning of a curve

1360

125

## WILSON CREEK WATERSHED

Parcel 81E-18-139 Cont:

    concave to the East having a radius of 350 feet and a central angle of 44°39'30"; thence along said curve 272.80 feet; thence North 24°56'30" East to a point which bears South 89°27'10" East from the point of beginning, the last three courses and distances following along the center line of said highway; thence North 89°27'10" West to the point of beginning.

OWNERS:

    SPEROU, George J. (hus)

    SPEROU, Marjorie V. (wife)

    TITLE INSURANCE AND TRUST COMPANY (TDTr)

    COSTELIC, Joseph (hus)(TDBen)

    COSTELIC, Maggie (wife)(TDBen)

## Parcel 81E-12, 82E-6,7 - 140:

    That portion of the following described property lying Southeasterly of the Coahuilla-Aguanga Road:  The South Half of the Southeast Quarter of Section Six (6), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  The North Half of the Northeast Quarter; the Northeast Quarter of the Northwest Quarter; and, Government Lot Two (2)(the Southwest Quarter of the Northwest Quarter) of Section Seven (7), said Township and Range.  The Northeast Quarter of the Southeast Quarter;  the Southeast Quarter of the Northeast Quarter; and, the Northwest Quarter of the Southeast Quarter of Section Twelve (12), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

1361

126

## WILSON CREEK WATERSHED

Parcel 81E-12, 82E-6,7 - 140 Cont:

Also the following described property: The Northwest Quarter of the Southwest Quarter; the East Half of the Southwest Quarter; the Southeast Quarter of the Northwest Quarter; the Northwest Quarter of the Southeast Quarter; the Southwest Quarter of the Northeast Quarter; and, Lot Four (4)(Southwest Quarter of the Southwest Quarter) of Section Seven (7), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

OSBORNE, Walter (hus)

OSBORNE, Elaine (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

GELTMAN, Myron V. (hus)(TDBen)

GELTMAN, Pauline (wife)(TDBen)

GELTMAN, Edward C. (s/m)(TDBen)

HORWITZ, Marilyn R. (m/w)(TDBen)

Parcel 82E-8,15-141:

The North Half of the North Half; the Southwest Quarter of the Northwest Quarter; and, the Southeast Quarter of the Northeast Quarter, Section Eight (8), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the North Half of Section Fifteen (15), said Township and Range.

OWNERS:

BRADFORD, Ione

1362

## WILSON CREEK WATERSHED

**Parcel 82E-8-142:**

The Southwest Quarter of the Northeast Quarter of Section Eight (8), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MC CLAIN, Edward M. (hus)

MC CLAIN, Barbara Jane (wife)

**Parcel 82E-8,9,15,16-143:**

The Southeast Quarter of the Northwest Quarter; the North Half of the Southeast Quarter; and, the Southeast Quarter of the Southeast Quarter of Section Eight (8), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the West Half; and, the Southwest Quarter of the Southeast Quarter of Section Nine (9), said Township and Range. Also, the Northwest Quarter of the Southwest Quarter of Section Fifteen (15), said Township and Range. Also, the North Half of the Northeast Quarter; the Southeast Quarter of the Northeast Quarter; and, the Northeast Quarter of the Southeast Quarter of Section Sixteen (16), said Township and Range.

OWNERS:

BRADFORD, William R.

CITIZENS NATIONAL TRUST AND SAVINGS BANK OF RIVERSIDE (TDTr)

HEMET VALLEY HOSPITAL DISTRICT (TDBen)

SECURITY TITLE INSURANCE COMPANY (TDTr)

MC CLAIN, Barbara J. (m/w)(sep prop)(TDBen)

128

## WILSON CREEK WATERSHED

Parcel 82E-9-144:

The Northeast Quarter of Section Nine (9), Township Eight
(8) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

KLOSE, Lawrence D.

Parcel 82E-9-145:

The North Half of the Southeast Quarter; and, the South-
east Quarter of the Southeast Quarter of Section Nine (9),
Township Eight (8) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:

HERNLEY, Paul A.

Parcel 82E-10,11,14-146:

All of Section Ten (10), Township Eight (8) South, Range
Two (2) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.   The South Half;
the South Half of the Northwest Quarter of Section Eleven
(11), said Township and Range.  Also, the Northeast Quarter;
and, the East Half of the Northwest Quarter of Section
Fourteen (14), said Township and Range.

OWNERS:

SIMMONDS, Helen Brandt

Parcel 82E-14-146A:

The Southwest Quarter of the Northwest Quarter of Section
Fourteen (14), Township Eight (8) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

1364

129

WILSON CREEK WATERSHED

Parcel 82E-14-146A Cont:

OWNERS:

HIBBARD, Royal (hus)

HIBBARD, Judy (wife)

Parcel 82E-13-147:

The North Half; and, the Southeast Quarter of Section Thirteen (13), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

TULE VALLEY LAND & TITLE CO.

Parcel 82E-13-148:

The Southwest Quarter of Section Thirteen (13), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HAYES, Nelle B. (widow)

Parcel 82E-12-149:

Lots Twenty (20) through Thirty-two (32), Section Twelve (12), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

WOODS, Richard A. (hus)

WOODS, Anna K. (wife)

1365

130

### WILSON CREEK WATERSHED

Parcel 72E-29,31,32, 82E-5,-150:

The Northeast Quarter; the North Half of the Southeast Quarter; the Southeast Quarter of the Southeast Quarter; and, the East Half of the Southwest Quarter of the Southeast Quarter of Section Twenty-nine (29), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, The East Half of the Southeast Quarter; and, the Southeast Quarter of the Northeast Quarter of Section Thirty-one (31), said Township and Range. Also, the West Half of the Northeast Quarter; the East Half of the Northwest Quarter; the Southwest Quarter of the Northwest Quarter; the Northwest Quarter of the Southeast Quarter; the North Half of the Southwest Quarter; and, the Southwest Quarter of the Southwest Quarter of Section Thirty-two (32), said Township and Range. Also, All of Section Five (5), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the said County and State EXCEPT that portion of the Southwest Quarter of said Section lying Southeast of county road.

OWNERS:

MC KINLEY, Ivan E. (hus)

MC KINLEY, Mathea A. (wife)

WESTERN BRASS WORKS

SECURITY TITLE INSURANCE COMPANY (TDTr)

MURCELL, Betty B. (widow)(TDBen)

1366

131

### WILSON CREEK WATERSHED

Parcel 72E-30,31, 82E-6,7-151:

The South Half of Section Thirty (30), Township Seven
(7) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
Also, the West Half of Section Thirty-one (31), said
Township and Range.  Also, all of Section Six (6), Town-
ship Eight (8) South, Range Two (2) East, said County
and State, EXCEPT portion of the Southeast Quarter of
said Section lying Southerly of Highway.  Also, the
Northeast Quarter of the Northwest Quarter; and, the
Northwest Quarter of the Northeast Quarter of Section
Seven (7), said Township and Range, EXCEPT portion thereof
lying Southerly of Highway.,

OWNERS:

WILLIAMS, Colmer J. (sep-prop)
KLEEMANN, Patricia (sep-prop)
JONES, Sidney B. (sep-prop)

Parcel 82E-5-151A:

That portion of the Southwest Quarter of Section Five (5),
Township Eight (8) South, Range Two (2) East, lying South-
westerly of road.

OWNERS:

JOHANNSEN, Gwendolyn H.
JOHANNSEN, Louis J.

Parcel 72E-29,31,32-152:

The Northwest Quarter;  the North Half of the Southwest
Quarter;  the Southwest Quarter of the Southwest Quarter;
the Southeast Quarter of the Southwest Quarter; and, the
West Half of the Southwest Quarter of the Southeast Quarter

1367

132

WILSON CREEK WATERSHED

Parcel 72E-29, 40, 40-152 Cont:

of Section Twenty-nine (29), Township Seven (7) South,

Range Two (2) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

Also, the North Half of the Northeast Quarter; the

Southwest Quarter of the Northeast Quarter; and, the

West Half of the Southeast Quarter of Section Thirty-

one (31), said Township and Range. Also, the East Half

of the Northeast Quarter; the Northeast Quarter of the

Southeast Quarter; the South Half of the Southeast Quar-

ter; the Northwest Quarter of the Northwest Quarter;

and, the Southeast Quarter of the Southwest Quarter of

Section Thirty-two (32), said Township and Range.

OWNERS:

WESTERN BRASS WORKS , a Corp.

MC KINLEY, Ivan E. (hus)

MC KINLEY, Mathea A. (wife)

SECURITY TITLE INSURANCE CO. (TDTr)

BRADLEY, Frances E. (widow)(TDBen)

BRADLEY, Roy (TDBen)

GRIFFITH, Dora A. (m/w)(TDBen)

GRIFFITH, Walton J. (TDBen)

JAMES, Della (m/w)(TDBen)

JAMES, William (TDBen)

BRUBAKER, Ruby L. (TDBen)

BRUBAKER, Lawrence (TDBen)

1368

## WILSON CREEK WATERSHED

Parcel 72E-30-153:

> The North Half of Section Thirty (30), Township Seven
> (7) South, Range Two (2) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of California.

OWNERS:

> APPELBAUM, Sol. (hus)
> APPELBAUM, Lillian (wife)
> LAND TITLE COMPANY (TDTr)
> GUEGEL, William R. (s/m)(TDBen)

Parcel 72E-24-154:

> The Southeast Quarter of Section Twenty-four (24),
> Township Seven (7) South, Range Two (2) East, San
> Bernardino Base and Meridian, in the County of River-
> side, State of California.

OWNERS:

> LEWIS, Fannie B. (widow)

Parcel 72E-24-155:

> The Southeast Quarter of the Northeast Quarter of
> Section Twenty-four (24), Township Seven (7) South,
> Range Two (2) East, San Bernardino Base and Meridian,
> in the County of Riverside, State of California.

OWNERS:

> AYERS, Clarence W. (hus)
> AYERS, Ivy B. (wife)

Parcel 72E-24-156:

> The Northeast Quarter of the Northeast Quarter,
> Section Twenty-four (24), Township Seven (7) South,
> Range Two (2) East, San Bernardino Base and Meridian,
> in the County of Riverside, State of California.

13369

**134**

WILSON CREEK WATERSHED

Parcel 72E-24-156 Cont:

OWNERS:

SHERBURNE, Fred Sam, Jr. (hus)

SHERBURNE, Alveria Pearl (wife)

Parcel 72E-24-157:

The West Half of the Northeast Quarter of Section Twenty-four (24), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

WAITE, Louis A. (hus)

WAITE, Mariann (wife)

SECURITY FIRST NATIONAL BANK
OF LOS ANGELES (TDTr)

GOLDENBEE, George W. (hus)(TDBen)

GOLDENBEE, Lela P. (TDBen)

Parcel 72E-24-158:

The Northwest Quarter of Section Twenty-four (24), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the four acres lying Westerly of the Westerly line of Cary Road.

OWNERS:

KENNEY, Thomas K. (hus)

KENNEY, Ruth W. (wife)

Parcel 72E-24-159:

That portion of the Northwest Quarter of Section Twenty-four (24), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in

1370

WILSON CREEK WATERSHED

Parcel 72E-24-159-Cont:

the County of Riverside, State of California.lying Westerly of
the Westerly line of Cary Road.

OWNERS:

EVANS, Arlo T. (hus)

EVANS, Arlene N. (wife)

TITLE INSURANCE & TRUST CO (TDTr)

KENNEY, Thomas (hus)(TDBen)

KENNEY, Ruth (wife)(TDBen)

Parcel 72E-24-160:

That portion of the West Half of the Southwest Quarter
of Section Twenty-four (24), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, lying
North of Anza-Coahuilla Road.

OWNERS:

JOST, Walter C. (hus)

JOST, Dorothy (wife)

Parcel 72E-24-161:

The West Ten acres of the Northeast Quarter of the
Southwest Quarter of Section Twenty-four (24), Town-
ship Seven (7) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, lying North of Anza-Coahuilla Road.

OWNERS:

TRIPP, Charles H.

TRIPP, Carla Olsen

## WILSON CREEK WATERSHED

**Parcel 72E-24-162:**

That Portion of the Northeast Quarter of the Southwest
Quarter of Section Twenty-four (24), Township Seven (7)
South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
lying North of Cahuilla Road EXCEPT the Westerly 10 acres
thereof.

OWNERS:

HALL, Charles W. (hus)

HALL, MYRTLE M. (wife)

**Parcel 72E-24-163:**

That portion of the Southwest Quarter of Section Twenty-
four (24), Township Seven (7) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California, lying South of Anza-Coahuilla
Road.

OWNERS:

GARDNER, Elizabeth Ann

LONG, Rebecca Hartwell

**Parcel 72E-15,21,22-164:**

All of Section Fifteen (15), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.
The North Half; the North Half of the Southwest Quarter;
and, the Southeast Quarter of Section Twenty-one (21), said
Township and Range. The Southeast Quarter; and, the West
Half of Section Twenty-two (22), said Township and Range,
EXCEPT the Southeast Quarter of the Southwest Quarter, and
the East Half of the Northeast Quarter of the Southwest
Quarter of said Section Twenty-two (22).

## WILSON CREEK WATERSHED

Parcel 72E-13,21,22-164 Cont:

    OWNERS:

        POMEROY, Timothy C. (hus)

        POMEROY, Estelle M. (wife)

        CITIZENS NATIONAL TRUST & SAVINGS
          BANK OF RIVERSIDE (TDTr & TDBen)

        CITIZENS NATIONAL TRUST & SAVINGS
          BANK OF RIVERSIDE (TDTr)

        HAGAN, Park K. (TDBen)

        HAGAN, Rosalie G. (TDBen)

        PETERSON, Jack L. (LPS)

        ROBBINS, Genevieve (LPS)

Parcel 72E-22-165:

        The Northeast Quarter of Section Twenty-two (22),
Township Seven (7) South, Range Two (2) East, San
Bernardino Base and Meridian, in the County of River-
side, State of California.

    OWNERS:

        GUMPFER, Steven K. (hus)

        GUMPFER, Beatrice A. (wife)

Parcel 72E-22-166:

        The Southeast Quarter of the Southwest Quarter; and,
the East Half of the Northeast Quarter of the South-
west Quarter of Section Twenty-two (22), Township Seven
(7) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

    OWNERS:

        WHITSON, Elmer W. (m/m)

138

## WILSON CREEK WATERSHED

Parcel 72E-20,21-167:

The South Half of the Southeast Quarter of Section
Twenty (20), Township Seven (7) South, Range Two
(2) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also,
Lots One (1) and Two (2) (South Half of the South-
west Quarter) of Section Twenty-one (21), said
Township and Range.

OWNERS:

COATES, Stanley K. (hus)
COATES, Rissa Intha (wife)

Parcel 72E-17-168:

All of Section Seventeen (17), Township Seven (7)
South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

COATES, Stanley K. (hus)
COATES, Rissa Intha (wife)

Parcel 72E-14-169:

The Northeast Quarter; the North Half of the North-
west Quarter of Section Fourteen (14), Township Seven
(7) South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

OLDS, George H. (hus)
OLDS, Emily C. (wife)

1374

139

## WILSON CREEK WATERSHED

Parcel 72E-14-170:

The South Half of the Northwest Quarter of Section Fourteen (14), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

O'BRIEN, Daniel (hus)

O'BRIEN, Rose Marie (wife)

CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

OLDS, George H. (hus)(TDBen)

OLDS, Emily C. (wife)(TDBen)

Parcel 72E-13-171:

That portion of the Northwest Quarter of the Northwest Quarter, Section Thirteen (13), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at the Northwest Corner of said Section Thirteen (13); thence Southerly on the Westerly line thereof 400 feet; thence Easterly, parallel with Northerly line, 500 feet; thence Northerly, parallel with Westerly line, 400 feet; thence Westerly on Northerly line to point of beginning.

OWNERS:

HOLLAND, Fred C. (hus)

HOLLAND, Helen S. (wife)

Parcel 72E-13-172:

The West Half of the Northwest Quarter of Section Thirteen (13), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the

1375

140

## WILSON CREEK WATERSHED

Parcel 72E-13-172 Cont:

County of Riverside, State of California, EXCEPT the North 400 feet of the West 500 feet thereof, and EXCEPT the South 480 feet thereof.

OWNERS:

HEPBURN, George D. (hus)
HEPBURN, Florence J. (wife)

Parcel 72E-13-173:

The South 480 feet of Lot Five (4)(Southwest Quarter of Northwest Quarter) of Section Thirteen (13), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

TREXLER, Frank H. (hus)
TREXLER, Gladys E. (wife)

Parcel 72E-13-174:

The West Half of the Southwest Quarter;  The Southeast Quarter of the Southwest Quarter;  the Southwest Quarter of the Southeast Quarter of Section Thirteen (13), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HOLCOMB, Levi W. (hus)
HOLCOMB, Norine (wife)
CITIZENS NATIONAL TRUST & SAVINGS
  BANK OF RIVERSIDE (TDTr)
SMITH, Herbert M. (widower)(TDBen)

1376

141

## WILSON CREEK WATERSHED

Parcel 72E-13-175:

Lots One (1) through Three (3), and Six (6) through
Eight (8), (Northeast Quarter, and East Half of the
Northwest Quarter) of Section Thirteen (13), Township
Seven (7) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

WORCESTER, Doris I. (s/w)

Parcel 72E-13-176:

The Northwest Quarter of the Southeast Quarter of
Section Thirteen (13), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.
Also, the North Half of the Southeast Quarter of
the Southeast Quarter of said Section Thirteen
(13) EXCEPT that portion described as follows:
Beginning at a point on the East boundary of said
Section Thirteen (13) from which point the South-
east corner bears South 0°10' West 663.38 feet;
thence North 87°18' West on a line parallel to the
South boundary of said Section Thirteen (13), 660
feet;  thence North 0°10' East, on line parallel
to the East boundary of said Section Thirteen (13),
330 feet;  thence South 87°18' East on a line parallel
to the South Boundary 660 feet to a point on East
boundary of said Section Thirteen (13);  thence
South 0°10' West on East boundary 330 feet to point
of beginning.

1377

142

## WILSON CREEK WATERSHED

**Parcel 72E-13-176 Cont:**

OWNERS:

GRABER, Sidney (m/m)

SHAW, Ted (hus)

SHAW, Lillian C. (wife)

**Parcel 72E-13-177:**

The Northeast Quarter of the Southeast Quarter of
Section Thirteen (13), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

GILBERT, Alfred E. (hus)

GILBERT, Muriel W. (wife)

**Parcel 72E-13-178:**

That portion of the North Half of the Southeast
Quarter of the Southeast Quarter of Section Thirteen
(13), Township Seven (7) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:
Beginning at a point on the East boundary of said
Section Thirteen (13) from which point the Southeast
corner bears South 0°10' West 663.38 feet;  thence
North 87°18' West on a line parallel to the South
Boundary of said Section Thirteen (13), 660 feet;
thence North 0°10' East, on line parallel to the East
boundary of said Section Thirteen (13), 330 feet;
thence South 87°18' East on a line parallel to the
South boundary 660 feet to a point on East boundary
of said Section Thirteen (13);  thence South 0°10'
West on East boundary 330 feet to point of beginning.

1378

143

## WILSON CREEK WATERSHED

Parcel 72E-13-178 Cont:

OWNERS:

> HANSEN, Ralph A. (hus)
>
> HANSEN, Katherine E. (wife)

Parcel 72E-13-179:

> The South Half of the Southeast Quarter of the
> Southeast Quarter of Section Thirteen (13), Town-
> ship Seven (7) South, Range Two (2) East, San
> Bernardino Base and Meridian, in the County of
> Riverside, State of California.

OWNERS:

> BUCHANAN, Cora Ann (widow)
>
> DIETZ, Henry Edward (s/m)

Parcel 72E-11-180:

> The Southeast Quarter of the Southeast Quarter
> of Section Eleven (11), Township Seven (7) South,
> Range Two (2) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California.

OWNERS:

> HAYES, Herbert (hus)
>
> HAYES, Lela (wife)

Parcel 72E-11-181:

> The Northeast Quarter of the Southeast Quarter
> of Section Eleven (11), Township Seven (7) South,
> Range Two (2) East, San Bernardino Base and Meridian,
> in the County of Riverside, State of California.

1379

## WILSON CREEK WATERSHED

Parcel 72E-11-181 Cont:

OWNERS:

MOSBY, Harry D. (hus)

MOSBY, Leah I. (wife)

Parcel 72E-11-182:

The Southeast Quarter of the Northeast Quarter of
Section Eleven (11), Township Seven (7) South, Range
Two (2) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

STANFIELD, Vernon A. (hus)

STANFIELD, Lydia A. (wife)

Parcel 72E-11-183:

The West Half of the Northeast Quarter; and, the
Northeast Quarter of the Northeast Quarter of
Section Eleven (11), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

BROWN, Elbert E. (hus)

BROWN, Beulah W. (wife)

Parcel 72E-11-184:

The Northwest Quarter of the Southeast Quarter of
Section Eleven (11), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

145

WILSON CREEK WATERSHED

Parcel 72E-11-184 Cont:

    OWNERS:

           ALEXANDER, Alfred (hus)

           ALEXANDER, Mary Ann (wife)

           NATIONAL TITLE INSURANCE COMPANY (TDTr)

           FAUGHN, George L. (hus)(TDBen)

           FAUGHN, Pauline (wife)(TDBen)

Parcel 72E-11-185:

        The Southwest Quarter of the Southeast Quarter of
Section Eleven (11), Township Seven (7) South,
Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

    OWNERS:

           ALEXANDER, Delbert A. (s/m)

           TITLE INSURANCE & TRUST CO (TDTr)

           BENSON, Cleon E., Jr. (hus)(TDBen)

           BENSON, Mildred T. (wife)(TDBen)

Parcel 72E-11-186:

        The South Half of the Southwest Quarter; and, the
South Half of the North Half of the Southwest
Quarter, Section Eleven (11), Township Seven (7)
South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

    OWNERS:

           DELLACQUA, John (hus)

           DELLACQUA, Minnie (wife)

13781

**146**

## WILSON CREEK WATERSHED

Parcel 72E-11-187:

The South Half of the Northwest Quarter; and the North Half of the North Half of the Southwest Quarter of Section Eleven (11), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT That portion of the East Half of the West Half of said Section Eleven (11), described as follows: Beginning at the Southeast Corner of the Northwest Quarter of said Section; thence South 0°21'40" East along Easterly line of the Southwest Quarter, 205 feet; thence North 89°39'40" West, 30 feet; thence North 15°19'50" West, 212.89 feet; thence North 37°50' West, 1022 feet; thence North 20°54' West, 245 feet; thence North 34°54' West, 364.68 feet to the North line of the Southeast Quarter of the Northwest Quarter of said Section Eleven (11); thence South 89°33'50" East along said North line, 999.57 feet; thence South 0°21'40" East, 1328.06 feet to true point of beginning.

ALSO EXCEPT That portion of the West Half of said Section Eleven (11), described as follows: Commencing at the Northeast Corner of the Southwest Quarter of said Section Eleven (11); thence South along the East line of said Southwest Quarter, South 0°21'40" East, 205.0 feet to true point of beginning; thence South 0°21'40" East 459.76 feet to the South line of the North Half of the North Half of the Southwest Quarter of said Section Eleven (11); thence North 89°43'15" West along said South line 1144.91 feet; thence North 0°35'32" West, 1161.80

1382

147

## WILSON CREEK WATERSHED

**Parcel 72E-11-187 Cont:**

feet;  thence South 89°43'15" East, 680.38 feet to
the Southwesterly line of that certain parcel con-
veyed to Ivan D. Alexander by deed filed for record
January 6, 1958 as Instrument No. 606;  thence South
37°50' East, 631.52 feet to the South line of the
Northwest Quarter of said Section Eleven (11);  thence
South 15°19'50" East, 212.89 feet;  thence South
89°39'40" East, 30.0 feet to the true point of beginning.
Also, that portion of the Northwest Quarter of said
Section Eleven (11), described as follows:  Commencing
at the Southwest Corner of the Northwest Quarter of
said Section Eleven (11);  thence Northerly along the
West line of the said Northwest Quarter, North 0°30'
West, 494.25 feet to the true point of beginning;
thence continuing North 0°30' West along the West
line, 838.35 feet to the North line of the South
Half of the Northwest Quarter;  thence South 89°33'50"
East along said North line, 1651.36 feet to the most
Westerly Corner of that certain parcel conveyed to Ivan
D. Alexander, by deed filed for record, Jan. 6, 1958
as Instrument No. 606;  thence South 34°54' East, 364.68
feet;  thence South 20°54' East, 245.0 feet;  thence
South 37°50' East, 390.48 feet;  thence North 89°43'15"
West, 2179.58 feet to the true point of beginning.

**OWNERS:**

HAYES, Edward G. (hus)

HAYES, Marguerite A. (wife)

1383

148

## WILSON CREEK WATERSHED

Parcel 72E-11-188:

That portion of the East Half of the West Half of Section Eleven (11), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:  Beginning at the Southeast Corner of the Northwest Quarter of said Section Eleven (11);  thence South 0°21'40" East along Easterly line of the South- west Quarter, 205 feet;  thence North 89°39'40" West, 30 feet;  thence North 15°19'50" West, 212.89 feet; thence North 37°50' West, 1022 feet;  thence North 20°54' West 245 feet;  thence North 34°54' West, 364.68 feet to North line of the Southeast Quarter of the Northwest Quarter of said Section Eleven (11);  thence South 89°33'50" East along said North line, 999.57 feet;  thence South 0°21'40" East 1328.06 feet, to true point of beginning.  EXCEPT that portion thereof described as follows:  Beginning at the North Quarter Corner of said Section Eleven (11);  thence South 0°21'40" East, 1328.06 feet to true point of beginning; thence continuing South 0°21'40" East 238.02 feet; thence North 89°33'50" West, 832.14 feet;  thence North 34°54' West, 291.74 feet;  thence South 89°33'50" West, 999.57 feet to the true point of beginning.  ALSO EXCEPT that portion thereof described as follows:  Beginning at the Southeast Corner of the Northwest Quarter of said Section Eleven (11);  thence South 1°21'40" East along the Easterly line of the Southwest Quarter of said Section Eleven (11), 205.0 feet;  thence North 89°30'40" West,

1384

149

WILSON CREEK WATERSHED

Parcel 72E-11-188 Cont:

    a distance of 30.0 feet;  thence North 15°19'50" West,

    a distance of 212.89 feet;  thence North 37°50' West,

    a distance of 518.88 feet;  thence North 89°33'50" East,

    a distance of 398.63 feet;  thence South along the

    Easterly line of said land, a distance of 407.25 feet

    to the point of beginning.

OWNERS:

    ALEXANDER, Ivan D. (un/m)

Parcel 72E-11-188A:

    That portion of the East Half of the Southeast Quarter

    of the Northwest Quarter of Section Eleven (11), Town-

    ship Seven (7) South, Range Two (2) East, San Bernardino

    Base and Meridian, in the County of Riverside, State of

    California, described as follows:  Beginning at the

    North Quarter Corner of said Section Eleven (11);

    thence South 0°21'40" East, 1328.06 feet to true point

    of beginning;  thence continuing South 0°21'40" East,

    238.02 feet;  thence North 89°33'50" West, 832.14 feet;

    thence North 34°54' West, 291.74 feet;  thence South

    89°33'50" West, 999.57 feet to true point of beginning.

OWNERS:

    GRENS, Edmund W. (hus)

    GRENS, Jeanne L. (wife)

    BANK OF AMERICA NATIONAL TRUST
        & SAVINGS ASSOCIATION (TDTr)

    ALEXANDER, Ivan D. (un/m)(TDBen)

Parcel 72E-11-188B:

    Portion of the East Half of the West Half of Section

    Eleven (11), Township Seven (7) South, Range Two (2)

    East, San Bernardino Base and Meridian, in the

1385

150

### WILSON CREEK WATERSHED

Parcel 72E-11-188B Cont:

County of Riverside, State of California, described as
follows:  Beginning at the Southeast Corner of the North-
west Quarter of said Section Eleven (11);  thence South
1°21'40" East along the Easterly line of the Southwest
Quarter of said Section Eleven (11), 205.0 feet;  thence
North 89°30'40" West, a distance of 30.0 feet;  thence
North 15°19'50" West, a distance of 212.89 feet;  thence
North 37°50' West, a distance of 518.88 feet;  thence
North 89°33'50" East, a distance of 398.63 feet;  thence
South along the Easterly line of said land, a distance
of 407.26 feet to the point of beginning.

OWNERS:

URBAN, Laddie L. (hus)
URBAN, Helen K. (wife)

Parcel 72E-11-189:

Portion of the West Half of Section Eleven (11), Town-
ship Seven (7) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, described as follows:  Commencing at the
Northeast Corner of the Southwest Quarter of said Section
Eleven (11);  thence South along the East line of said
Southwest Quarter, South 0°21'40" East, 205.0 feet to
true point of beginning;  thence South 0°21'40" East, 459.76
feet to the South line of the North Half of the North Half
of the Southwest Quarter of said Section Eleven (11);  thence
North 89°43'15" West along said South line, 1144.91 feet;
thence North 0°35'32" West, 1161.80 feet;  thence South 89°
43'15" East, 680.38 feet to the Southwesterly line of that
certain parcel conveyed to Ivan D. Alexander by deed filed
for record Jan. 6, 1958 as Instrument No. 606;  thence

1386

151

## WILSON CREEK WATERSHED

Parcel 72E-11-189 Cont:

South 37°51' East, 631.52 feet to the South line of
the Northwest Quarter of said Section Eleven (11);
thence South 15°19'50" East, 212.89 feet;  thence
South 89°39'40" East, 30.0 feet to the true point of
beginning.

Also, Portion of the Northwest Quarter of said Section
Eleven (11), described as follows:  Commencing at the
Southwest Corner of the Northwest Quarter of said
Section Eleven (11);  thence Northerly along the West
line of the said Northwest Quarter North 0°30' West,
494.25 feet to the true point of beginning;  thence
continuing North 0°30' West along the West line 838.35
feet to the North line of the South Half of the North-
west Quarter;  thence South 89°33'50" East along said
North line, 1651.36 feet to the most Westerly Corner
of that certain parcel conveyed to Ivan D. Alexander
by Deed filed for record, Jan. 6, 1958, as Instrument
No. 606;  thence South 34°54' East, 364.68 feet;
thence South 20°54' East, 245.0 feet;  thence South
37°50' East, 390.48 feet;  thence North 89°43'15"
West, 2179.58 feet to the true point of beginning.

OWNERS:

WILCOX, Woodrow Vale (s/m)

Parcel 72E-11-190:

The North Half of the Northwest Quarter of Section
Eleven (11), Township Seven (7) South, Range Two (2)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

-94-

1387

152

## WILSON CREEK WATERSHED

Parcel 72E-11-190 Cont:

   OWNERS:

             SANDS, Estelle (un/w)

Parcel 72E-9-191:

             All of Section Nine (9), Township Seven (7)
South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

   OWNERS:

             TRIPP, Charles H. (hus)

             TRIPP, Christine H. (wife)

Parcel 72E-7-192:

             All of Section Seven (7), Township Seven (7)
South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

   OWNERS:

             GLINES, Wilbur H. (hus)

             GLINES, Lucia C. (wife)

Parcel 72E-5-193:

             All of Section Five (5), Township Seven (7)
South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

   OWNERS:

             TRIPP, Albert D. (hus)

             TRIPP, Mary Alice (wife)

             RENSLER, Edwin F. (hus)

             RENSLER, Mildred H. (wife)

1388

WILSON CREEK WATERSHED

Parcel 72E-2-194:

    The Southeast Quarter of Section Two, Township

    Seven (7) South, Range Two (2) East, San Bernardino

    Base and Meridian, in the County of Riverside, State

    of California.

  OWNERS:

      OLINGER, Kathryn

Parcel 72E-2-195:

    The North Half of the Southwest Quarter; and, the

    Southeast Quarter of the Southwest Quarter of

    Section Two (2), Township Seven (7) South, Range

    Two (2) East, San Bernardino Base and Meridian,

    in the County of Riverside, State of California.

  OWNERS:

      SMITH, W. I. (hus)

      SMITH, Zelma E. (wife)

Parcel 196 NOT USED

Parcel 72E-1-197:

    Lot Eight (8)(Northwest Quarter of the Southwest

    Quarter), and Lot Nine (9)(Southwest Quarter of the

    Southwest Quarter) of Section One (1), Township

    Seven (7) South, Range Two (2) East, San Bernardino

    Base and Meridian, in the County of Riverside, State

    of California.

  OWNERS:

      WILSON, Robert John (s/m)

      COUNTY OF LOS ANGELES (Mtgee)

1389

154

### WILSON CREEK WATERSHED

Parcel 72E-1-198:

Lots Seven (7) and Ten (10)(East Half of the South-
west Quarter), Section One (1), Township Seven (7)
South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

MOLER, Loyal B. (hus)
MOLER, Helen I. (wife)
PIONEER TITLE INSURANCE COMPANY (TDTr)
SMITH, Alfred (hus)(TDBen)
SMITH, Marie F. (wife)(TDBen)

Parcel 73E-4-199:

The South Half of the Southeast Quarter of the
Southeast Quarter of Section Four (4), Township
Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

DOTY, R. A.

Parcel 73E-4-200:

The North Half of the Southeast Quarter;  the
North Half of the Southeast Quarter of the South-
east Quarter; and, the Southwest Quarter of the
Northeast Quarter, Section Four (4), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

1390

155

## WILSON CREEK WATERSHED

Parcel 73E-4-200 Cont:

OWNERS:

      CARTIER, Jacques E. (hus)

      CARTIER, Beulah (wife)

Parcel 73E-4-201:

      The Southeast Quarter of the Northeast Quarter;
and, the Northeast Quarter of the Northeast
Quarter of Section Four (4), Township Seven (7)
South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

      HERRING, Edmund G. (hus)

      HERRING, Laura M. (wife)

Parcel 73E-4-202:

      The Southwest Quarter of Section Four (4),
Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

      SCHENK, William A. (hus)

      SCHENK, Evelyn Anna (wife)

      SCHENK, William Boone

Parcel 73E-5-203:

      The Northwest Quarter;  the North Half of the
Southwest Quarter;  the Northwest Quarter of
the Northeast Quarter;  the South Half of the
Northeast Quarter; and, the Southeast Quarter
of Section Five (5), Township Seven (7) South,

1391

156

## WILSON CREEK WATERSHED

Parcel 73E-5-203 Cont:

Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

SOUTHERN PACIFIC LAND COMPANY

Parcel 73E-5-204:

The East Half of the Southeast Quarter of the
Southwest Quarter of Section Five (5), Township
Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

MATTIS, Louis (m/m)

Parcel 73E-5-205:

The East 5.26 acres of Government Lot Ten (10)
(Southwest Quarter of the Southwest Quarter),
Section Five (5), Township Seven (7) South, Range
Three East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.
Also the West Half of the Southeast Quarter of
the Southwest Quarter of said Section Five (5).

OWNERS:

WAGNER, Raymond N. Jr. (hus)
WAGNER, Alice (wife)

Parcel 73E-5-206:

The West Thirty (30) Acres of Government Lot
Ten (10) (Southwest Quarter of the Southwest
Quarter), Section Five (5), Township Seven (7)
South, Range Three (3) East, San Bernardino

1392

157

## WILSON CREEK WATERSHED

Parcel 73E-5-206-Cont:

OWNERS:  Base and Meridian, in the County of Riverside, State of/
California.

KELLOGG, Richard E. (s/m)

Parcel 73E-6-207:

The North Half of the Southeast Quarter; and,
the Southeast Quarter of the Southeast Quarter
of Section Six (6), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
and Meridian, in the County of Riverside,
State of California.

OWNERS:

EMERY, William Howard, Sr.

Parcel 73E-6-208:

The West Half of Lot Fifteen (15) (Southwest
Quarter of the Southeast Quarter), Section
Six (6), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

OWENS, Maxine (s/w)

SECURITY FIRST NATIONAL BANK OF
LOS ANGELES, (TDTr)

EMERY, Howard (hus)(TDBen)

EMERY, Hazel (wife)(TDBen)

Parcel 73E-6-209:

The East Half of Lot Fifteen (Southwest Quarter
of the Southeast Quarter) of Section Six (6),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the
County of Riverside, State of California.

1393

WILSON CREEK WATERSHED

158

Parcel 73E-6-209-Cont:

OWNERS:

EMERY, William Howard Jr. (hus)

EMERY, Bonnie Lee (wife)

SECURITY FIRST NATIONAL BANK OF
LOS ANGELES (TDTr)

EMERY, Howard (hus)(TDBen)

EMERY, Hazel (wife)(TDBen)

Parcel 73E-6-210:

Government Lots Eleven (11) through Fourteen (14)
(Southwest Quarter) of fractional Section Six (6),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California, EXCEPT that
portion described as follows:  Beginning at a
point on the Westerly line of said Section Six
(6), 60 rods North of the Southwest Corner
thereof;  thence East, 1043.55 feet;  thence
North 417.42 feet;  thence West 1043.55 feet
to a point on the West line of said Section Six (6);
thence South along West line, 417.42 feet to the
point of beginning.  ALSO EXCEPT  the Northerly
Twenty-five (25) Acres of the Southwest Quarter
of said Section Six (6), being a strip of land
equal width extending entirely across the North
side of said Southwest Quarter.  ALSO EXCEPT
therefrom an easement in favor of the public
over any portion thereof included in public
roads.

OWNERS:

LIPP, Fred L. (widower)

-101-

1394

159

### WILSON CREEK WATERSHED

Parcel 73E-7-211:

        The South Half of the Southeast Quarter of the
Southeast Quarter, Section Seven (7), Township
Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

        STULTS, Allan C. (hus)

        STULTS, Avis B. (wife)

        STULTS, ALLAN C. JR. (hus)

        STULTS, Helen D. (wife)

        CHENEY, Bryant L. (hus)

        CHENEY, Avis B. (wife)

        SECURITY TITLE INSURANCE COMPANY (TDTr)

        THOMPSON, Arthur T. (hus)(TDBen)

        THOMPSON, Beulah E. (wife)(TDBen)

Parcel 73E-7-212:

        The Southwest Quarter of the Southeast Quarter
of Section Seven (7), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

        MC KEE, C. P. (hus)

        MC KEE, Opal M. (wife)

13395

### WILSON CREEK WATERSHED

Parcel 73E-7-213:

    The South Half of the South Half of the North-
east Quarter of the Southeast Quarter; and,
the North Half of the Southeast Quarter of the
Southeast Quarter of Section Seven (7), Town-
ship Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

    MILLER, Charles A. (hus)

    MILLER, Marie E. (wife)

Parcel 73E-7-214:

    The South Half of the Northwest Quarter of
the Southeast Quarter of Section Seven (7),
Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

    COOK, Paul A. (hus)

    COOK, Blanche E. (wife)

    SECURITY TITLE INSURANCE COMPANY (TDTr)

    THOMPSON, Arthur T. (hus)(TDBen)

    THOMPSON, Beulah E. (wife)(TDBen)

Parcel 73E-7-215:

    The North Half of the South Half of the North-
east Quarter of the Southeast Quarter of
Section Seven (7), Township Seven (7) South,
Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside,
State of California.

WILSON CREEK WATERSHED

**161**

Parcel 73E-7-215 Cont:

OWNERS:

DAVIS, Jack A. C. (hus)

DAVIS, Ida Marie (wife)

Parcel 73E-7-216:

The South 240 feet of the North Half of the North
Half of the Southeast Quarter of Section Seven (7),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

MILLER, Charles August (hus)

MILLER, Marie E. (wife)

Parcel 73E-7-217:

The North 210 feet of the South 450 feet of the
North Half of the North Half of the Southeast
Quarter of Section Seven (7), Township Seven (7)
South, Range Three (3)  East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

MARTS, Ralph H. (hus)

MARTS, Hazel H. C. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

MILLER, Charles August (hus)(TDBen)

MILLER, Marie E. (wife)(TDBen)

WILSON CREEK WATERSHED

162

Parcel 73E-7-218:

The North Half of the North Half of the Southeast
Quarter of Section Seven (7), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California, EXCEPT the Southerly 450 feet
thereof.

OWNERS:

VEALE, Melvin E. (hus)

VEALE, Katherine M. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

MILLER, Charles August (hus)(TDBen)

MILLER, Marie E. (wife)(TDBen)

Parcel 73E-7-219:

Government Lots Three (3), Four (4), Nine (9), and
Ten (10)(Northeast Quarter) of Section Seven (7),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California EXCEPT that
portion described as follows:  Beginning at the
Northeast Corner of said Lot Three (3);  thence
Westerly along the Northerly line of said Lot
Three (3), 466 feet;  thence Southerly and parallel
with the Easterly line of said Lot Three (3), 466
feet;  thence Easterly and parallel with the Northerly
line of said Lot Three (3), 466 feet to a point on
the Easterly line of said Lot Three (3);  thence
Northerly 466 feet to the point of beginning.

-105-

WILSON CREEK WATERSHED                                **163**

Parcel 73E-7-219-Cont:

OWNERS:

JOHNSON, Irving (hus)

JOHNSON, Hazel P. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

MC CASH, Roy B. (hus)(TDBen)

MC CASH, Thelma E. (wife)(TDBen)

THOMPSON, Arthur T. (hus)(TDBen)

THOMPSON, Beulah E. (wife)(TDBen)

Parcel 73E-7-220:

Beginning at the Northeast Corner of Lot Three (3)
(Northeast Quarter of the Northeast Quarter) of
Section Seven (7), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California;
thence Westerly along the Northerly line of said
Lot Three (3), 466 feet;  thence Southerly and
parallel with the Easterly line of said Lot Three
(3), 466 feet;  thence Easterly and parallel with
the Northerly line of said Lot Three (3), 466 feet
to a point on the Easterly line of said Lot Three
(3);  thence Northerly 466 feet to the point of
beginning.

OWNERS:

BAKER, Marie (single)

Parcel 73E-7-221:

The Northwest Quarter of Section Seven (7),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

1399

**164**

WILSON CREEK WATERSHED

Parcel 73E-7-221 Cont:

OWNERS:

SNOW, R. W. (m/m)

Parcel 73E-7-222:

The Southwest Quarter of Section Seven (7),
Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

JUNKIN, John L. (hus)

JUNKIN, Marian F. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
   BANK OF RIVERSIDE (TDTr)

STEVENSON, Donald E. (hus)(TDBen)

STEVENSON, Wilma V. (wife)(TDBen)

Parcel 73E-8-223:

The Southwest Quarter of Section Eight (8), Town-
ship Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California EXCEPT that portion
thereof described as follows:  Beginning at the
Southeast Corner of the Northwest Quarter of the
Southwest Quarter of said Section Eight (8);
thence West 330 feet;  thence North 660 feet;
thence East 330 feet;  thence South 660 feet
to the point of beginning;  ALSO EXCEPT that
portion thereof described as follows:  Beginning
at the Northeast Corner of the Southwest Quarter
of said Section Eight (8);  thence West along the

1400

## WILSON CREEK WATERSHED

Parcel 73E-8-223 Cont:

North line of said Section Eight (8), 1390 feet;
thence South 660 feet;  thence East 1390 feet;
thence North 660 feet to the point of beginning.

OWNERS:

LIPP, Fred L. (m/m)

Parcel 73E-8-224:

That portion of Section Eight (8), Township
Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California, described as
follows:  Beginning at the Southeast Corner of
the Northwest Quarter of the Southwest Quarter
of said Section Eight (8);  thence West 330 feet;
thence North 660 feet;  thence East 330 feet;
thence South 660 feet to the point of beginning.
EXCEPT  The South 30 feet to be used for road
or utilities.

OWNERS:

DUNHAM, Dewey
DUNHAM, Carolyn

Parcel 73E-8-225:

That portion of Section Eight (8), Township Seven
(7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, described as follows:  Beginning at the
Northeast Corner of the Southwest Quarter of said
Section Eight (8);  thence West along the North line of
said Section Eight (8), 1390 feet;  thence South 660

166

## WILSON CREEK WATERSHED

Parcel 73E-8-225 Cont:

feet;   thence East 1390 feet;   thence North 660

feet to the point of beginning.

OWNERS:

COCHRAN, Huffman H. (hus)

COCHRAN, Ivaleah M. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

KING, Clifton J. (widower)(TDBen)

Parcel 73E-8-226:

The South Half of the Northwest Quarter of

Section Eight (8), Township Seven (7) South,

Range Three (3) East, San Bernardino Base and

Meridian, in the County of Riverside, State of

California, EXCEPT the Northwest Quarter of the

Southwest Quarter of the Northwest Quarter of

said Section Eight (8).

OWNERS:

ROALFE, Marjorie G. (widow)

Parcel 73E-8-227:

The Northwest Quarter of the Southwest Quarter

of the Northwest Quarter of Section Eight (8),

Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:

RIDDLE, Fern (widow)

1402

167

WILSON CREEK WATERSHED

Parcel 73E-8-228:

The Southwest Quarter of the Northwest Quarter of
the Northwest Quarter of Section Eight (8), Township
Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

SPARKS, Anna D. (s/w)

Parcel 73E-8-229:

That portion of Section Eight (8), Township Seven
(7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, described as follows:  Beginning at
the Northwest Corner of said Section Eight;  thence
East along North line of said Section Eight (8),
660 feet;  thence South, parallel with West line,
660 feet;  thence West, parallel with North line,
660 feet;  thence North along West line 660 feet
to the point of beginning.

OWNERS:

ELDRED, Andrew J. (hus)
ELDRED, Elsie L. (wife)

Parcel 73E-8-230:

The East Half of the Northwest Quarter of the North-
west Quarter of Section Eight (8), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

TUNNELL, Olga V. (sep-prop)

1403

168

## WILSON CREEK WATERSHED

Parcel 73E-8-231:

        The Northwest Quarter of the Northeast Quarter
of the Northwest Quarter; and, the North Half
of the Southwest Quarter of the Northeast Quarter
of the Northwest Quarter of Section Eight (8),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

        NICKLE, June M. (s/w)

Parcel 73E-8-232:

        All that portion of Lot Three (3)(Northeast Quarter
of the Northwest Quarter) of Section Eight (8),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as
follows:  The Easterly portion of said Lot Three
(3), being a rectangular parcel of land 825 feet
wide by 1320 feet long, estimated to contain
Twenty-five (25) acres, more or less.

OWNERS:

        ASHJIAN, Charles M. (hus)
        ASHJIAN, Araxie (wife)
        HOME TITLE COMPANY (TDTr)
        KNOWLTON, LaVaune (TDBen)

Parcel 73E-8-233:

        The South Half of the Southwest Quarter of the
Northeast Quarter of the Northwest Quarter of
Section Eight (8), Township Seven (7) South,

1404

169

### WILSON CREEK WATERSHED

Parcel 73E-8-233 Cont:

Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

MEYER, David (hus)

MEYER, Amelia (wife)

Parcel 73E-8-234:

Government Lots Two (2), Seven (7) and Eight (8)
(West Half of the Northeast Quarter and the South-
east Quarter of the Northeast Quarter), Section
Eight (8), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

DANIELS, Elfie Elizabeth (widow)

Parcel 73E-8-235:

The West Forty (40) Acres of Lot Ten (10)(Northwest
Quarter of the Southwest Quarter), and the West
Forty (40) Acres of Lot Eleven (11) (Southwest
Quarter of the Southwest Quarter) of Section Eight
(8), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

HUBBELL, Gladys

Parcel 73E-8-236:

The West Half of Lot Nine (9) (Northeast Quarter
of the Southeast Quarter); and, Lot Ten (10) (North-
west Quarter of the Southwest Quarter); Section

-112-

170

## WILSON CREEK WATERSHED

Parcel 73E-8-236-Cont:

Eight (8), Township Seven (7) South, Range Three

(3) East, San Bernardino Base and Meridian, in

the County of Riverside, State of California,

EXCEPT the West Forty (40) Acres of said Lot

Ten (10).

OWNERS:

PLACE, Albert E. (hus)

PLACE, Bernice (wife)

CITIZENS NATIONAL TRUST AND SAVINGS
BANK OF RIVERSIDE (TDTr)

RAYNOR, Jesse E. (hus)(TDBen)

RAYNOR, Carrie L. (wife)(TDBen)

Parcel 73E-8-237:

The East Half of Lot Nine (9) (Northeast Quarter

of the Southeast Quarter), Section Eight (8),

Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:

SMITH, Zacheus A. (hus)

SMITH, Faith Y. (wife)

CITIZENS NATIONAL TRUST AND SAVINGS
BANK OF RIVERSIDE (TDTr)

WILSON, Christine (widow)(TDBen)

Parcel 73E-8-238:

That portion of the West Half of Government Lot

Twelve (12) (The Southeast Quarter of the South-

east Quarter), Section Eight (8), Township Seven

(7) South, Range Three (3) East, San Bernardino

Base and Meridian, in the County of Riverside,

-113-

171

## WILSON CREEK WATERSHED

Parcel-73E-8-238-Cont:

State of California, shown as Parcel 24 on Record
of Survey 27/29.

OWNERS:

SMITH, Irene (m/w)

Parcel 73E-8-239:

That Portion of the West Half of Government Lot
Twelve (12), (Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California, shown as Parcel Two (2) on Record
of Survey 27/29.

OWNERS:

MACY, Roy W. (hus)
MACY, Mary T. (wife)

Parcel 73E-8-240:

That portion of the West Half of Government Lot
Twelve (12), (Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California, shown as Parcel Three (3) on Record
of Survey 27/29.

OWNERS:

FISHER, Jack M. (hus)
FISHER, Frances (wife)
SECURITY TITLE INSURANCE COMPANY (TDTr)
RAYNOR, Jesse E. (TDBen)
RAYNOR, Carrie L. (TDBen)

1407

WILSON CREEK WATERSHED

Parcel 73E-8-241:

That portion of the West Half of Government Lot
Twelve (12)(Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California, shown as Parcel Six (6) on Record
of Survey 27/29.

OWNERS:

FLOYD, Allen R. (hus)
FLOYD, Fern A. (wife)
SECURITY TITLE INSURANCE COMPANY (TDTr)
RAYNOR, Jesse E. (hus)(TDBen)
RAYNOR, Carrie L. (wife)(TDBen)

Parcel 73E-8-242:

That portion of the West Half of Government Lot
Twelve (12) (Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California, shown as Parcel Twenty (20) on
Record of Survey 27/29.

OWNERS:

ROGERS, Hettie J. (un/w)
SECURITY TITLE INSURANCE COMPANY (TDTr)
RAYNOR, Jesse E. (TDBen)
RAYNOR, Carrie L. (TDBen)

1408

**173**

## WILSON CREEK WATERSHED

Parcel 73E-8-243:

         That portion of the West Half of Government Lot
Twelve (12) (Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Twenty-two
(22) on Record of Survey 27/29.

OWNERS:

        RICK, Faye C. (un/w)

        SECURITY TITLE INSURANCE COMPANY (TDTr)

        SMITH, Irene (m/w)(sep-prop)(TDBen)

Parcel 73E-8-244:

        That portion of Government Lot Eleven (11)
(Southwest Quarter of the Southeast Quarter),
Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California shown as Parcels One (1), Four (4),
Seven (7), Ten (10), Thirteen (13), Sixteen (16)
and Nineteen (19) on Record of Survey 27/29.
Also that portion of the West Half of Government
Lot Twelve (12) (Southeast Quarter of the Southeast
Quarter) of said Section Eight (8), shown as Parcels
Five (5), Eight (8), Nine (9), Eleven (11), Twelve
(12), Fourteen (14), Fifteen (15), Seventeen (17),
Eighteen (18), Twenty-one (21) and Twenty-three (23)
on Record of Survey 27/29.

1409

**174**

WILSON CREEK WATERSHED

Parcel 73E-8-244 Cont:

OWNERS:

> HITTSON, Paul A. (hus)
>
> HITTSON, Sandra W. (wife)
>
> SECURITY TITLE INSURANCE COMPANY (TDTr)
>
> SMITH, Irene (m/w)(TDBen)

Parcel 73E-8-245:

> The East Half of Government Lot Twelve (12)
> (Southeast Quarter of the Southeast Quarter)
> Section Eight (8), Township Seven (7) South,
> Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State
> of California.  EXCEPT those portions thereof
> shown as Parcels Five (5), Seven (7), Eight (8),
> and Ten (10) on Record of Survey 26/99.

OWNERS:

> BARBER, Robert William (hus)
>
> BARBER, Ruth Emily (wife)

Parcel 73E-8-246:

> That portion of the East Half of Government Lot
> Twelve (12)(Southeast Quarter of the Southeast
> Quarter), Section Eight (8), Township Seven (7)
> South, Range Three (3) East, San Bernardino
> Base and Meridian, in the County of Riverside,
> State of California, shown as Parcels Seven
> (7) and Eight (8) on Record of Survey 26/99.

OWNERS:

> HITTSON, Paul A. (hus)
>
> HITTSON, Sandra W. (wife)

1410

**175**

## WILSON CREEK WATERSHED

Parcel 73E-8-246 Cont:

        SECURITY TITLE INSURANCE COMPANY (TDTr)

        RAYNOR, Jesse C. (hus)(TDBen)

        RAYNOR, Carrie L. (wife)(TDBen)

Parcel 73E-8-247:

        That portion of the East Half of Government Lot
Twelve (12) (Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside,
State of California shown as Parcel Five (5) on
Record of Survey 26/99.

OWNERS:

        BRINGS, Donald A. (hus)

        BRINGS, Beryl F. (wife)

        SECURITY TITLE INSURANCE COMPANY (TDTr)

        RAYNOR, Carrie L. (m/w)(TDBen)

        RAYNOR, Paul J. (m/m)(TDBen)

Parcel 73E-8-248:

        That portion of the East Half of Government Lot
Twelve (12) (Southeast Quarter of the Southeast
Quarter), Section Eight (8), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California shown as Parcel Ten (10) on Record
of Survey 26/99.

1411

**176**

## WILSON CREEK WATERSHED

Parcel 73E-8-248 Cont:

   OWNERS:

       BLACK, Hazel, (m/w)(sep prop)

       SECURITY TITLE INSURANCE CO. (TDTR)

       BARBER, Robert W. (hus)(TDBen)

       BARBER, Ruth E. (wife)(TDBen)

Parcel 73E-9-249:

       The East Half of the East Half of Lot One (1)

       (Southwest Quarter of the Southwest Quarter)

       Section Nine (9), Township Seven (7) South,

       Range Three (3) East, San Bernardino Base and

       Meridian, in the County of Riverside, State

       of California.

   OWNERS:

       LARSON, Elizabeth (wife)

       LARSON, Ray (hus)

Parcel 73E-9-250:

       The West Half of the East Half of Lot One (1)

       (Southwest Quarter of the Southwest Quarter)

       Section Nine (9), Township Seven (7) South,

       Range Three (3) East, San Bernardino Base and

       Meridian, in the County of Riverside, State of

       California.

   OWNERS:

       LIPP, F. L.

Parcel 73E-9-251:

       The Southwest Quarter of Lot One (1) (Southwest

       Quarter of the Southwest Quarter), Section Nine

       (9), Township Seven (7) South, Range Three (3) East,

1412

177

### WILSON CREEK WATERSHED

Parcel 73E-9-251 Cont:

    San Bernardino Base and Meridian, in the County

    of Riverside, State of California.

  OWNERS:

      SUNNY CAL RANCH CORP.

Parcel 73E-9-252:

    The Northwest Quarter of Lot One (1)(Southwest

    Quarter of the Southwest Quarter), Section Nine

    (9), Township Seven (7) South, Range Three (3)

    East, San Bernardino Base and Meridian, in the

    County of Riverside, State of California.

  OWNERS:

      MORGON, Ralph C. (hus)

      MORGON, Muriel (wife)

Parcel 73E-9-253:

    The Northwest Quarter of the Southwest Quarter

    of Section Nine (9),  Township Seven (7) South,

    Range Three (3) East, San Bernardino Base and

    Meridian, in the County of Riverside, State of

    California.

  OWNERS:

      JOHNSON, Okey F. (hus)

      JOHNSON, Edna L. (wife)

      CALIFORNIA TRUST COMPANY (TDTr & Ben)

Parcel 73E-9-254:

    The Southwest Quarter of the Northwest Quarter

    Section Nine (9), Township Seven (7) South,

    Range Three (3) East, San Bernardino Base and

1413

178

## WILSON CREEK WATERSHED

Parcel 73E-9-254 Cont:

Meridian, in the County of Riverside, State

of California.

OWNERS:

CONTARANO, David (s/m)

CALIFORNIA TRUST COMPANY (TDTr & Ben)

Parcel 73E-9-255:

The Northwest Quarter of the Northwest Quarter

of Section Nine (9), Township Seven (7) South,

Range Three (3) East, San Bernardino Base and

Meridian, in the County of Riverside, State

of California.

OWNERS:

GRAHAM, Claude H. Sr., (m/m)(sep-prop)

GRAHAM, Claude H. Jr., (m/m)(sep-prop)

Parcel 73E-9-256:

The Northeast Quarter of the Southeast Quarter;

and, the Northwest Quarter of the Northeast

Quarter of Section Nine (9), Township Seven (7)

South, Range Three (3) East, San Bernardino

Base and Meridian, in the County of Riverside,

State of California.

OWNERS:

DICKSON, Joseph H. (hus)

DICKSON, Pauline (wife)

Parcel 73E-9-257:

The East Half of the Northeast Quarter, Section

Nine (9), Township Seven (7) South, Range Three

(3) East, San Bernardino Base and Meridian, in

1414

179

### WILSON CREEK WATERSHED

Parcel 73E-9-257 Cont:

the County of Riverside, State of California.

OWNERS:

DICKSON, David M. (s/m)

Parcel 73E-9-258:

The Southwest Quarter of the Northeast Quarter;
the East Half of the Northwest Quarter;  the
Northeast Quarter of the Southwest Quarter;
Lot Two (2)(Southeast Quarter of the Southwest
Quarter); and, the Northwest Quarter of the
Southeast Quarter, Section Nine (9), Township
Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

DICKSON, Barry Richard (m/m)(sep prop)

Parcel 73E-9-259:

The Southwest Quarter of the Southeast Quarter
of Section Nine (9), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

VAN WINKLE, L. (un/m)

CITIZENS NATIONAL TRUST AND SAVINGS
BANK OF RIVERSIDE (TDTr & Ben)

Parcel 73E-9, 10, 16-260:

The Southeast Quarter of the Southeast Quarter
of Section Nine (9), Township Seven (7) South,

1415

180

## WILSON CREEK WATERSHED

Parcel 73E-9, 10, 16-260 Cont:

Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.  Also, Lots One (1) and Two (2)
(South Half of the Southwest Quarter) of Section
Ten (10), said Township and Range, EXCEPT the
Southeast Quarter of the Southeast Quarter of the
Southwest Quarter of said Section Ten (10).
Also, the Northeast Quarter of the Northeast
Quarter of Section Sixteen (16), Township Seven
(7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

BOHLEN, Nan A.

Parcel 73E-10-261:

The Northwest Quarter of the Southwest Quarter
of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California, EXCEPT the Northerly 330 feet
thereof.

OWNERS:

HURST, Jerry R. (hus)

HURST, Marie M. (wife)

SECURITY FIRST NATIONAL BANK OF
    LOS ANGELES (TDTr)

POSTAL CREDIT UNION OF
    LOS ANGELES (TDBen)

1416

181

### WILSON CREEK WATERSHED

Parcel 73E-10-262:

      The Westerly 660 feet of the Northerly 330 feet
of the Northwest Quarter of the Southwest Quarter
of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

      JAMES, Ernest E. (s/m)

Parcel 73E-10-263:

      The Easterly 660 feet of Northerly 330 feet of
the Northwest Quarter of the Southwest Quarter
of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California, EXCEPT the Easterly 60 feet thereof.

OWNERS:

      LAPP, Edwin Walter (hus)

      LAPP, Mabel Catherine (wife)

Parcel 73E-10-264:

      The Southwest Quarter of the Northwest Quarter
of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

      OSTRIN, Herman (hus)

      OSTRIN, Lillian (wife)

1417

182

## WILSON CREEK WATERSHED

Parcel 73E-10-265:

The North Half of the Northwest Quarter of Section
Ten (10), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

SHERMAN, Jasper Dewey

Parcel 73E-10-266:

The Southeast Quarter of the Northwest Quarter
of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

DOUTHIT, Shirley I.

STRADER, Thomas P.

Parcel 73E-10-267:

The Northeast Quarter of the Southwest Quarter
of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

SCHMOLL, George Martin (hus)

SCHMOLL, Marjuerite (wife)

CITIZENS NATIONAL BANK OF
RIVERSIDE (TDTr & Ben)

1418

183

## WILSON CREEK WATERSHED

Parcel 73E-10-268:

    The North Half of the West Half of the Northeast
Quarter of Section Ten (10), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California, EXCEPT the West 30 foot to County
Road.  Also, the South Half of the Southwest
Quarter of the Northeast Quarter of said Section
Ten (10) EXCEPT The West Half of the Southwest
Quarter of the Southwest Quarter of the Northeast
Quarter of said Section Ten (10).

OWNER:

        CAMPBELL, Oliver B.

Parcel 73E-10-268A:

    The North Half of the Southwest Quarter of the
Northeast Quarter of Section Ten (10), Township
Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNER:

        CAMPBELL, Etta B.

Parcel 73E-10-268B:

    The West Half of the Southwest Quarter of the South-
west Quarter of the Northeast Quarter of Section
Ten (10), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

1419

184

WILSON CREEK WATERSHED

Parcel 73E-10-268B Cont:

OWNERS:

PRATER, George L.

PRATER, Rachel M.

Parcel 73E-10, 11-269:

The East Half of the Northeast Quarter; and, the
North Half of the Southeast Quarter of Section
Ten (10), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.  Also,
the South Half of the South Half of Section Eleven
(11), said Township and Range.

OWNER:

SHERMAN, Jasper Dewey (sep prop)

Parcel 73E-10-270:

The Southeast Quarter of the Southeast Quarter
of the Southwest Quarter of Section Ten (10),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNER:

HAMILTON SCHOOL DISTRICT OF
RIVERSIDE COUNTY

Parcel 73E-10-271:

Lot Three (3)(the Southwest Quarter of the
Southeast Quarter) of Section Ten (10), Township
Seven (7) South, Range Three (3) East, San Bernar-
dino Base and Meridian, in the County of Riverside,
State of California.

1420

185

## WILSON CREEK WATERSHED

Parcel 73E-10-271 Cont:

OWNERS:

SCHULTZ, Carl E. (hus)

SCHULTZ, Carrie May (wife)

Parcel 73E-10-272:

The Westerly 208 feet of Lot Four (4) (Southeast
Quarter of the Southeast Quarter) of Section Ten
(10), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:

WHEELER, Ella (s/w)

Parcel 73E-10-273:

That portion of Government Lot Four (4)(Southeast
Quarter of the Southeast Quarter) of Section Ten
(10), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described
as follows:  Commencing at the Southeast Corner of
the said Lot Four (4);  thence Northerly on Easterly
line 1361.2 feet to the Northeast Corner of said
Lot Four (4);  thence Westerly on Northerly line
640.2 feet to the Northwest Corner of parcel con-
veyed to Frank D. Sixta, widower, by deed April 18,
1957, Filing #28318, being true point of beginning;
thence Southerly on Westerly line of Sixta parcel
1362.98 feet to a point in Southerly line of Lot
Four (4);  thence Westerly on said Southerly line
486.03 feet, more or less, to the Southeast Corner

1421

WILSON CREEK WATERSHED

Parcel 73E-10-273 Cont:

of parcel conveyed to Newman, March 11, 1955, Filing
#15916;  thence at right angles Northerly on Easterly
line of said Newman parcel, and Easterly line of par-
cel conveyed to Newman et ux, January 18, 1956, Filing
#3855, 1364.2 feet to North line of Lot Four (4);
thence Easterly on said Northerly line 498.8 feet,
more or less, to point of beginning.

OWNERS:

LEICHTFUSS, W. A. (hus)

LEICHTFUSS, Helene (wife)

SECURITY TITLE INS. CO. (TDTr)

BEALL, Ralph K. (TDBen)

BEALL, Elizabeth A. (TDBen)

Parcel 73E-10-274:

That portion of Government Lot Four (4)(Southeast
Quarter of the Southeast Quarter) Section Ten (10),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:
Commencing at the Southeast Corner of said Lot Four
(4);  thence Northerly on Easterly line of Lot Four
(4), 1361.2 feet to the Northeast Corner thereof;
thence Westerly on Northerly line of Lot Four (4),
320.1 feet to true point of beginning;  thence
Southerly, parallel with the East line of Lot Four
(4), 1361.2 feet to a point in Southerly line of
said Lot Four (4);  thence Westerly on Southerly line
320.1 feet;  thence Northerly, parallel with Easterly
line, 1362.98 feet to Northerly line of said Lot Four

WILSON CREEK WATERSHED

Parcel 73E-10-274 Cont:

(4);  thence Easterly on Northerly line of Lot Four

(4), 320.1 feet to the true point of beginning.

OWNERS:

RABAGO, Fred (hus)

RABAGO, Edna (wife)

CITIZENS NATIONAL TRUST & SAVINGS
   BANK OF RIVERSIDE (TDTr)

BEALL, Ralph K. (hus)(TDBen)

BEALL, Elizabeth A. (wife)(TDBen)

Parcel 73E-10-275:

Beginning at the Southeast Corner of Lot Four

(Southeast Quarter of the Southeast Quarter), Sec-

tion Ten (10), Township Seven (7) South, Range Three

(3) East, San Bernardino Base and Meridian, in the

County of Riverside, State of California;  thence

Northerly along the Easterly line of Lot Four (4),

1361.2 feet to the Northeast Corner thereof;

thence Westerly on Northerly line 320.1 feet;

thence Southerly 1361.2 feet to the Southerly

line thereof;  thence Easterly 320.1 feet to the

point of beginning.

OWNERS:

SGOBASSI, Louis J. (s/m)

BURNETT, Leonard A. (s/m)

CITIZENS NATIONAL TRUST & SAVINGS
   BANK (TDTr)

PORTREY, Pence I. (hus)(TDBen)

PORTREY, Ruby J. (wife)(TDBen)

1423

188

## WILSON CREEK WATERSHED

Parcel 73E-11-276:

The North Half; and, the North Half of the South
Half, Section Eleven (11), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

OWNERS:

SOUTHERN PACIFIC LAND COMPANY

1424

180

## WILSON CREEK WATERSHED

Parcel 73E-13-277:

> Lots One (1) through Four (4) (Northeast Quarter)
> Section Thirteen (13), Township Seven (7) South,
> Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California.

OWNER:

> WATSON, Harry

Parcel 73E-13,14,22,23,24, 74E-19-278:

> The Northwest Quarter;  the Northwest Quarter of
> the Southwest Quarter;  the North Half of the
> Northeast Quarter of the Southwest Quarter;  the
> Northwest Quarter of the Southeast Quarter;
> the South Half of the Northeast Quarter of the
> Southeast Quarter;  the North Half of the South
> Half of the Southeast Quarter;  the South Half
> of the Southeast Quarter of the Southeast Quarter
> of Section Thirteen (13), Township Seven (7) South,
> Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California.  The East Half of Section Fourteen
> (14), said Township and Range, EXCEPT that portion
> described as follows:  Beginning at the Southwest
> Corner of the East Half of the East Half of said
> Section Fourteen (14);  thence West along the
> South line of said Section Fourteen (14), 132
> feet;  thence North 495 feet;  thence East 792 feet;
> thence South 495 feet;  thence West 660 feet, more
> or less, to point of beginning.  ALSO EXCEPT the
> South 30 feet of the West Half of said property.

1425

190

WILSON CREEK WATERSHED

Parcel 73E-13, 14, 22, 23, 24; 74E-19-278-Cont:

The East Half of the Northeast Quarter of Section

Twenty-two (22), said Township and Range, EXCEPT

the Northerly 30 feet thereof;  the North Half of

the Southeast Quarter of said Section Twenty-two

(22);  and, All that portion of the West Half of

the Northeast Quarter of said Section Twenty-two

(22), described as follows:  Beginning at the

Southeast Corner of the West Half of said North-

east Quarter;  thence Northerly along the Easterly

line of said West Half of the Northeast Quarter,

792 feet;  thence Westerly, parallel with Southerly

line of the Northeast Quarter, 660 feet;  thence

Southerly, parallel with the Easterly line, 792 feet

to the Southerly line thereof;  thence Easterly along

Southerly line of said West Half of the Northeast

Quarter, 660 feet to point of beginning.

The Northwest Quarter;  the North Half of the

Northeast Quarter;  the Southeast Quarter of the

Northeast Quarter; and, the Northeast Quarter of the

Southeast Quarter of Section Twenty-three (23), said

Township and Range.

The Northwest Quarter;  the Northwest Quarter of

the Northeast Quarter;  the Northeast Quarter of

the Northeast Quarter;  the South Half of the North-

east Quarter, and the Southeast Quarter of Section

Twenty-four (24), said Township and Range.

The North Half of the Northeast Quarter of the

Northeast Quarter;  Government Lot Two (2)(Southwest

Quarter of the Northeast Quarter);  Government Lot

Three (3)(Northwest Quarter of the Southeast Quarter);

1426

191

WILSON CREEK WATERSHED

Parcel 73E-13,14,22,23,24, 74E-19-278 Cont:

Government Lot Four (4)(Southwest Quarter of the
Southeast Quarter); and, the East Half of the South-
east Quarter of Section Nineteen (19), Township Seven
(7) South, Range Four (4) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

EVERETT, Elmer E. (hus)
EVERETT, Olga C. (wife)
FEDERAL LAND BANK OF BERKELEY (TDTr & Ben)
LAND BANK COMMISSIONER (TDBen)

Parcel 73E-14-279:

Beginning at the Southwest Corner of the East Half
of the East Half of Section Fourteen (14), Township
Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California; thence West along the South line,
132 feet; thence North 495 feet; thence East 792
feet; thence South 495 feet; thence West 660 feet,
more or less, to the point of beginning.

OWNERS:

GILBREATH, Raymond Woodard (hus)
GILBREATH, Nadine Janet (wife)

Parcel 73E-14-280:

The East Half of the Northwest Quarter of Section
Fourteen (14), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

1427

192

## WILSON CREEK WATERSHED

Parcel 73E-14-280 Cont:

OWNERS:

SHERMAN, Laura (sep prop)

FEDERAL LAND BANK OF BERKELEY (Int)

Parcel 73E-14-281:

The Northwest Quarter of the Northwest Quarter of Section Fourteen (14), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MARTEL, Hazel A. (m/w)

MARTEL, Marcel A.

Parcel 73E-14-282:

The Southwest Quarter of the Northwest Quarter; Also, the Southwest Quarter, of Section Fourteen (14), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the South 30 feet of the said Southwest Quarter; ALSO EXCEPT County Road;  ALSO EXCEPT that portion of the Southeast Quarter of the Southwest Quarter of said Section Fourteen (14) described as follows: Beginning at the intersection of the East line of the Southwest Quarter of said Section Fourteen (14) and Northwesterly line of parcel conveyed to County of Riverside;  thence North on East line of said Southwest Quarter, 410 feet;  thence West 210 feet;  thence South to Northwesterly line of parcel conveyed to County of Riverside;  thence Northeasterly on said

1428

193

## WILSON CREEK WATERSHED

Parcel 73E-14-282 Cont:

Northwesterly line to point of beginning.

OWNERS:

PALM RANCH COMPANY

Parcel 73E-14-283:

Portion of the Southeast Quarter of the Southwest
Quarter of Section Fourteen (14), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California, described as follows:  Beginning at the
intersection of the East line of the Southwest
Quarter of said Section Fourteen (14) and Northwesterly
line of parcel conveyed to County of Riverside;  thence
North on East line of said Southwest Quarter, 410 feet;
thence West 210 feet;  thence South to Northwesterly
line of Parcel conveyed to County of Riverside;  thence
Northeasterly on said Northwest line to point of
beginning.

OWNERS:

ANZA ELECTRIC COOPERATIVE, INC.

UNITED STATES OF AMERICA (Mtgee)

Parcel 73E-15-284:

The South Half of the Southeast Quarter; and, the
Southeast Quarter of the Southwest Quarter, Section
Fifteen (15), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:

BOHLEN, Nan A.

1429

194

## WILSON CREEK WATERSHED

Parcel 73E-15-285:

        The Northeast Quarter of the Southeast Quarter of
Section Fifteen (15), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

        MARTEL, Hazel A. (sep prop)

Parcel 73E-15-286:

        The Northwest Quarter of the Southeast Quarter;
and, the Northeast Quarter of the Southwest
Quarter of Section Fifteen (15), Township Seven
(7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

| | |
|---|---|
| DAVIS, Morgan M. (hus) | ) und. 1/6 int. |
| DAVIS, Maddalena G. (wife) | ) |
| DAVIS, George E. (hus) | ) und. 1/6 int. |
| DAVIS, Kathleen J. (wife) | ) |
| CARLTON, Coy R. (hus) | ) und. 1/6 int. |
| CARLTON, Ruby Lou (wife) | ) |
| HAMILTON, Lincoln J. (hus) | ) und. 1/2 int. |
| HAMILTON, Louise Phebe (wife) | ) |

CITIZENS NATIONAL TRUST & SAVINGS
    BANK OF RIVERSIDE (TDTr)

SHAFER, Elmer F. (hus)(TDBen)

SHAFER, Nellie W. (wife)(TDBen)

1430

195

## WILSON CREEK WATERSHED

Parcel 73E-15-287:

The East Half of the Southwest Quarter of the
Northeast Quarter of Section Fifteen (15), Town-
ship Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

BERTHOLD, George H. (m/m)

1431

196

## WILSON CREEK WATERSHED

Parcel 73E-15-288:

The Southeast Quarter of the Northeast Quarter
of Section Fifteen (15), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

OWNERS:

LIPP, Fred L. (hus)

LIPP, Martha M. (wife)

Parcel 73E-15-289:

The Northeast Quarter of the Northeast Quarter,
Section Fifteen (15), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.  EXCEPT  the Easterly 330 feet of
the Northerly 660 feet thereof.

OWNERS:

ALLISON, Raymond B. (hus)

ALLISON, Naomi V. (wife)

Parcel 73E-15-290:

The Easterly 330 feet of the Northerly 660 feet
of the Northeast Quarter of the Northeast
Quarter of Section Fifteen (15), Township Seven
(7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California.

OWNER:

ROSS, William L.

1432

197

## WILSON CREEK WATERSHED

Parcel 73E-15-291:

The East Half of the Northwest Quarter of the
Northeast Quarter of Section Fifteen (15), Town-
ship Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

ROMKEE, Howard D. (hus)

ROMKEE, Evelyn A. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
   BANK OF RIVERSIDE (TDTr)

SCHULTZ, Carl E. (hus)(TDBen)

SCHULTZ, Carrie May (wife)(TDBen)

Parcel 73E-15-292:

The West Half of the Northwest Quarter of the North-
east Quarter of Section Fifteen (15), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

BURR, Winston T. (hus)

BURR, Dorothy (wife)

CITIZENS NATIONAL TRUST & SAVINGS
   BANK OF RIVERSIDE (TDTr)

SCHULTZ, Carl E. (hus)(TDBen)

SCHULTZ, Carrie May (wife)(TDBen)

Parcel 73E-15-293:

The Northeast Quarter of the Northwest Quarter; and,
the West Half of the Southwest Quarter of the
Northeast Quarter of Section Fifteen (15), Township
Seven (7) South, Range Three (3) East, San Bernardino

1433

198

## WILSON CREEK WATERSHED

Parcel 73E-15-293 Cont:

> Base and Meridian, in the County of Riverside,
> State of California.

OWNERS:

> LIPP, Fred L.
>
> LIPP, Martha M.

Parcel 73E-15-294:

> The East Half of the Northwest Quarter of the
> Northwest Quarter of Section Fifteen (15),
> Township Seven (7) South, Range Three (3)
> East, San Bernardino Base and Meridian, in the
> County of Riverside, State of California.

OWNERS:

> PENA, John (hus)
>
> PENA, Elsie (wife)

Parcel 73E-15-295:

> The North Half of the West Half of the North-
> west Quarter of the Northwest Quarter of Sec-
> tion Fifteen (15), Township Seven (7) South,
> Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California.

OWNERS:

> VENEGAS, Ignacio M. (hus)
>
> VENEGAS, Carmelita (wife)

Parcel 73E-15-296:

> The Southwest Quarter of the Northwest Quarter
> of the Northwest Quarter of Section Fifteen (15),
> Township Seven (7) South, Range Three (3) East,

1434

199

## WILSON CREEK WATERSHED

Parcel 73E-15-296 Cont:

San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:

JUNKIN, Gertrude D. (widow)

Parcel 73E-15-297:

The South Half of the Northwest Quarter; and,

the West Half of the Southwest Quarter of Sec-

tion Fifteen (15), Township Seven (7) South,

Range Three (3) East, San Bernardino Base and

Meridian, in the County of Riverside, State of

California, EXCEPT a portion of the Southwest

Quarter of the Southwest Quarter of said Section

Fifteen (15) described as follows:  Beginning at

the Southeast Corner of said Southwest Quarter of

the Southwest Quarter of Section Fifteen (15);

thence Northerly on the Easterly boundary of said

tracts a distance of 417.42 feet;  thence Westerly,

parallel with Southerly line of said Section Fif-

teen (15), 208.71 feet;  thence Southerly, parallel

with Easterly boundary of said Southwest Quarter

of the Southwest Quarter of Section Fifteen (15),

417.42 feet;  thence Easterly on Southerly boundary

of said Section Fifteen (15), 208.71 feet to point

of beginning.

OWNERS:

HOLCOMB, W. H. (hus)

HOLCOMB, Mary Ann (wife)

HOLCOMB, Robert L. (hus)

HOLCOMB, Clara V. (wife)

1435

200

WILSON CREEK WATERSHED

Parcel 73E-15-297 Cont:

> LIBERTY ESCROW CO. (TDTr)
>
> NAGEL, Mary Lee (widow)(TDBen)

Parcel 73E-15-298:

> A portion of the Southwest Quarter of the Southwest
> Quarter of Section Fifteen (15), Township Seven (7)
> South, Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California, described as follows:  Beginning at the
> Southeast Corner of the said Southwest Quarter of
> the Southwest Quarter of Section Fifteen (15);
> thence Northerly on the Easterly boundary of said
> tracts a distance of 417.42 feet;  thence Westerly,
> parallel with the Southerly line of said Section
> Fifteen (15), 208.71 feet;  thence Southerly, parallel
> with the Easterly boundary of said Southwest Quarter
> of the Southwest Quarter of Section Fifteen (15),
> 417.42 feet;  thence Easterly on the Southerly boundary
> of said Section Fifteen (15), 208.71 feet to the point
> of beginning.

OWNERS:

> COUNTY OF RIVERSIDE.

Parcel 73E-16-299:

> That portion of the Southeast Quarter of Section Six-
> teen (16), Township Seven (7) South, Range Three (3)
> East, San Bernardino Base and Meridian, in the County
> of Riverside, State of California, described as follows:
> Beginning at the Southwest Corner of the Southeast
> Quarter of said Section Sixteen (16);  thence North

-141-

201

## WILSON CREEK WATERSHED

Parcel 73E-16-299 Cont:

along West line of the Southeast Quarter, 40 feet;

thence East, parallel with the Southerly line of

the Southeast Quarter, 760 feet to true point of

beginning;  thence North, parallel with West line

of Southeast Quarter, 242 feet;  thence East,

parallel with South line of Southeast Quarter,

180 feet;  thence South, parallel with West line

of Southeast Quarter, 242 feet;  thence West,

parallel with South line of Southeast Quarter,

180 feet to point of beginning.

OWNERS:

ANZA COMMUNITY BLDG. INC.

Parcel 73E-16-300:

That portion of the Southwest Quarter of the South-

east Quarter of Section Sixteen (16), Township

Seven (7) South, Range Three (3) East, San Bernardino

Base and Meridian, in the County of Riverside, State

of California, described as follows:  Beginning at the

Southwest Corner of the Southeast Quarter of said

Section Sixteen (16);  thence North along Quarter

Section line a distance of 40 feet to North boundary

of County Road right of way;  thence South 89°33' East

30 feet along North boundary of County Road right of

way to true point of beginning;  thence North 242 feet;

thence South 89°33' East, 180 feet;  thence South 242

feet to a point on North Boundary of said County Road

right of way;  thence North 89°33' West, 180 feet to

point of beginning.

OWNER:

STATE OF CALIFORNIA

1437

202

WILSON CREEK WATERSHED

Parcel 73B-16-301:

The Northwest Quarter of the Northeast Quarter;

the South Half of the Northeast Quarter; and,

the Southeast Quarter of Section Sixteen (16),

Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the

County of Riverside, State of California

EXCEPT that portion of the Southeast Quarter

of said Section Sixteen (16), described as

follows:  Beginning at the Southwest Corner of

the Southeast Quarter of said Section Sixteen

(16);  thence North along West line of the South-

east Quarter, 40 feet;  thence East, parallel with the

Southerly line of the Southeast Quarter, 760 feet to

true point of beginning;  thence North, parallel with

West line of Southeast Quarter, 242 feet;  thence

East, parallel with South line of Southeast Quarter,

180 feet;  thence South, parallel with West line of

Southeast Quarter, 242 feet;  thence West, parallel

with South line of Southeast Quarter, 180 feet to

point of beginning.  ALSO EXCEPT that portion of the

Southwest Quarter of the Southeast Quarter of Section

Sixteen (16), described as follows:  Beginning at

the Southwest Corner of the Southeast Quarter of

said Section Sixteen (16);  thence North along

Quarter Section line a distance of 40 feet to North

boundary of County Road right of way;  thence South

89°33' East 30 feet along North boundary of County

Road right of way to true point of beginning;  thence

North 242 feet;  thence South 89°33' East, 180 feet;

thence South 242 feet to a point on North Boundary of

1438

203

## WILSON CREEK WATERSHED

Parcel 73E-16-301 Cont:

said County Road right of way;  thence North 89°33'
West, 180 feet to point of beginning.

OWNERS:

LICHTWALD, Henry R. (s/m)

SECURITY TITLE INSURANCE COMPANY (TDTr)

JOHNSON, Charles T. (TDBen)


Parcel 73E-16-302:

The East Thirty-three Acres of the North seventy-three
acres of the North Half of the Northwest Quarter of
Section Sixteen (16), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

REGISTER, Ernest G. (un/m)


Parcel 73E-16-303:

The North Twenty Acres of the West Forty Acres of
the North Seventy-Three Acres of the North Half of
the Northwest Quarter of Section Sixteen (16),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

HUBBARD, Fred W. (hus)

HUBBARD, Berniece I. (wife)


Parcel 73E-16-304:

The South Twenty Acres of the West Forty Acres of
the North Seventy-three Acres of the North Half
of the Northwest Quarter of Section Sixteen (16),

-144-

204

## WILSON CREEK WATERSHED

Parcel 73E-16-304 Cont:

Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:

MOSSBERG, Clarence E. (hus)

MOSSBERG, Edith R. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr)

HUBBARD, Fred W. (hus)(TDBen)

HUBBARD, Berniece I. (wire)(TDBen)

Parcel 73E-16-305:

The South Eighty-seven Acres of the Northwest

Quarter of Section Sixteen (16). Township Seven

(7) South, Range Three (3) East, San Bernardino

Base and Meridian, in the County of Riverside,

State of California.

OWNERS:

BROWN, Harold G. (hus)

BROWN, Lola I. (wife)

Parcel 73E-16-306:

The Northeast Quarter of the Southwest Quarter

of Section Sixteen (16), Township Seven (7) South,

Range Three (3) East, San Bernardino Base and

Meridian, in the County of Riverside, State of

California.

OWNERS:

REGISTER, William W. (s/m)

1440

205

## WILSON CREEK WATERSHED

Parcel 73E-16-307:

  The Easterly 300 feet of the North Half of the North-
east Quarter of the Southeast Quarter of the South-
west Quarter of Section Sixteen (16), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

  OWNERS:

    MOON, Charles (hus)

    MOON, Emily M. (wife)

    ROBBINS, Lonnie J. (hus)

    ROBBINS, Marjorie M. (wife)

Parcel 73E-16-308:

  The North Half of the Northeast Quarter of the
Southeast Quarter of the Southwest Quarter of
Section Sixteen (16), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California. EXCEPT the Easterly 300 feet
thereof.

  OWNERS:

    DRAKE, Murl W. (hus)

    DRAKE, Evelyn D. (wife)

    TITLE INSURANCE & TRUST COMPANY (TDTr)

    MOON, Charles (hus)(TDBen)

    MOON, Emily M. (wife)(TDBen)

    ROBBINS, Lonnie J. (hus)(TDBen)

    ROBBINS, Marjorie M. (wife)(TDBen)

1441

206

## WILSON CREEK WATERSHED

Parcel 73E-16-309:

    That portion of the Southwest Quarter of Section Sixteen, (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California described as Parcel Six (6) on Record of Survey 26/98.

OWNERS:

    STEWART, Theodore R. (hus)

    STEWART, Marian E. (wife)

    LAND TITLE COMPANY OF RIVERSIDE (TDTr)

    LEONARD, Claud (hus)(TDBen)

    LEONARD, Alice L. (wife)(TDBen)

Parcel 73E-16-310:

    The South Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Easterly 300 feet thereof.

OWNERS:

    STONE, Yuma T. (hus)

    STONE, Evelyn (wife)

    TITLE INSURANCE & TRUST COMPANY (TDTr)

    MOON, Charles (hus)(TDBen)

    MOON, Emily M. (wife)(TDBen)

    ROBBINS, Lonnie J. (hus)(TDBen)

    ROBBINS, Marjorie M. (wife)(TDBen)

1442

207

## WILSON CREEK WATERSHED

Parcel 73E-16-311:

The Easterly 300 feet of the South Half of the
Northeast Quarter of the Southeast Quarter of
the Southwest Quarter of Section Sixteen (16),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

FRANCIS, Clyde (hus)

FRANCIS, Pearl M. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

HARTMAN, Geraldine M. (TDBen)

Parcel 73E-16-312:

The Easterly 200 feet of the South Half of the
East Half of the Southeast Quarter of the South-
west Quarter of Section Sixteen (16), Township
Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

BERGMAN, Harry H. (hus)

BERGMAN, Alice D. (wife)

Parcel 73E-16-313:

That portion of the Southwest Quarter of Section
Sixteen (16), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described
as follows: Beginning at a point in the Southerly

-148-

1443

208

## WILSON CREEK WATERSHED

Parcel 73E-16-313 Cont:

line of said Section Sixteen (16), distant thereon
250 feet West from the Southeast Corner of said
Southwest Quarter of said Section Sixteen (16);
thence North, parallel with the East line of said
Quarter Section, 240 feet; thence East, parallel
with the Southerly line of said Quarter Section,
50 feet to a point which is 240 feet North from
the Southerly line of said Quarter Section; thence
North, parallel with the East line of said Quarter
Section, 420 feet; thence West, parallel with the
South line of said Quarter Section, 200 feet;
thence South, parallel with said East line of
said Quarter Section, 420 feet to a point which is
240 feet North from the South line of said Quarter
Section; thence East, parallel with the South line
of said Quarter Section, 100 feet; thence South,
parallel with the said East line of said Quarter
Section, 240 feet to a point in the South line of
said Quarter Section, said point being West 50 feet
measured along the said South line from the point
of beginning; thence East, along said South line,
50 feet to the point of beginning. EXCEPTING
therefrom the South 30 feet granted to the County
of Riverside by Deed from W. M. Litchwald and wife,
recorded Nov. 20, 1928, in Book 789, Page 327 of
Deeds Records of Riverside County of California.

OWNER:

GREENWALD, Alvin G.

1444

209

## WILSON CREEK WATERSHED

Parcel 73E-16-314:

That portion of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning 200 feet West of the Southeast Corner of the Southwest Quarter of said Section Sixteen (16); thence West, on Southerly line of said Section, 50 feet; thence North, parallel with Easterly line of said Section, 240 feet; thence East 50 feet; thence South 240 feet to the point of beginning.

OWNERS:

SOUTHERN CALIFORNIA DISTRICT
ADVISORY BOARD (Corporation)

Parcel 73E-16-315:

The Westerly 100 feet of the Southerly 240 feet of the following described property: That portion of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning 200 feet West of the Southeast Corner of the Southwest Quarter of said Section Sixteen (16); thence North, parallel with the East line of said Section, 660 feet; thence West, parallel with the South line of said Section, 200 feet; thence South, parallel with the East line of said Section, 660 feet, to the South line of said Southwest Quarter; thence East along said South line 200 feet to point of beginning. EXCEPTING therefrom the Southerly 30 feet granted to County of Riverside.

1445

210

### WILSON CREEK WATERSHED

Parcel 73E-16-315 Cont:

OWNERS:

ANZA VALLEY LANDS, INC.

Parcel 73E-16-316:

That portion of the Southwest Quarter of Section
Sixteen (16), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
described as follows:  Beginning 400 feet West of
the Southeast Corner of said Southwest Quarter;
thence North, parallel with the East line of said
Quarter Section, 660 feet;  thence West, parallel
with the South line of said Quarter Section, 100
feet;  thence South, parallel with the East line of
said Quarter Section, 660 feet to the South line
of said Southwest Quarter;  thence East along the
South line 100 feet to point of beginning.

OWNERS:

SMOLIER, S. M. (m/m)

TITLE INSURANCE & TRUST COMPANY (TDTr)

LIPP, F. L. (hus)(TDBen)

LIPP, Martha M. (wife)(TDBen)

Parcel 73E-16-317:

That portion of the East Half of the Southeast
Quarter of the Southwest Quarter of Section
Sixteen (16), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
described as follows:  Beginning at a point in

1446

WILSON CREEK WATERSHED

211

Parcel 73E-16-317 Cont:

the South line of said Southwest Quarter, 500
feet West of the Southeast Corner;  thence North,
parallel with the East line of said Quarter Sec-
tion, 660 feet;  thence West 130 feet;  thence
South 660 feet;  thence East 130 feet to the
point of beginning.

OWNERS:

SKAGGS, Roy G. (hus)
SKAGGS, Mabel J. (wife)
TITLE INSURANCE & TRUST COMPANY (TDTr)
LIPP, F. L. (hus)(TDBen)
LIPP, Martha (wife)(TDBen)

Parcel 73E-16-318:

That portion of the Southeast Quarter of the
Southwest Quarter of Section Sixteen (16),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as
follows:  Beginning at a point in the South line
of said Southwest Quarter, 180 feet West of the
Southeast Corner of the West Half of the South-
east Quarter of said Southwest Quarter;  thence
continuing West on South line 100 feet;  thence
North, parallel with East line of said Quarter
Section, 475 feet;  thence East, parallel with
South line of said Quarter Section, 100 feet;
thence South, parallel with East line of said
Quarter, 475 feet to the point of beginning.

1447

212

WILSON CREEK WATERSHED

Parcel 73E-16-318 Cont:

OWNERS:

MOORE, Howard W. (hus)

MOORE, Frances L. (wife)

Parcel 73E-16-319:

The Northwest Quarter of the Southwest Quarter;
the East Half of the Southwest Quarter of the
Southwest Quarter;  the West Half of the Southeast
Quarter of the Southwest Quarter of Section Sixteen
(16), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT
that portion thereof described as Parcel Six (6)
on Record of Survey 26/98, ALSO EXCEPT that portion
thereof described as follows:  Beginning at a point
in the South line of the Southwest Quarter of said
Section Sixteen (16), 180 feet West of the Southeast
Corner of the West Half of the Southeast Quarter of
said Southwest Quarter;  thence continuing West on
South line 100 feet;  thence North, parallel with
East line of said Quarter Section, 475 feet;  thence
East, parallel with South line of said Quarter Sec-
tion, 100 feet;  thence South, parallel with East
line of said Quarter, 475 feet to the point of
beginning.

OWNERS:

LEONARD, Claude (hus)

LEONARD, Alice (wife)

1448

213

## WILSON CREEK WATERSHED

Parcel 73E-16-320:

That portion of the West Half of the Southwest Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at a point on the West line of the Southwest Quarter of the Southwest Quarter, 205 feet South of the Northwest Corner;  thence East, parallel with North line of said Southwest Quarter, 660 feet to East line of the West Half of the Southwest Quarter of said Southwest Quarter;  thence South, along East line of West Half, 205 feet;  thence West, parallel with North line of said Southwest Quarter, 660 feet to West line of the Southwest Quarter of the Southwest Quarter;  thence North on said West line, 205 feet to point of beginning.

OWNER:

ALEXANDER, Ivan D. (un/m)

Parcel 73E-16-320A:

The North 205 feet of the West Half of the Southwest Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

TAYLOR, Merle A. (hus)

TAYLOR, Yvonne J. (wife)

SECURITY FIRST NATIONAL BANK
OF RIVERSIDE (TDTr)

REGISTER, Ernest G. (TDBen)

1449

214

### WILSON CREEK WATERSHED

Parcel 73E-16-321:

    All that portion of the West Half of the Southwest Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at the Southeast Corner of said West Half of the Southwest Quarter of the Southwest Quarter; thence North along East line of said West Half, 475 feet; thence West, parallel with South line of said Southwest Quarter, 230 feet; thence South, parallel with East line of said West Half, 475 feet; thence East, along South line of said Southwest Quarter, 230 feet to the point of beginning.

OWNERS:

      WHETSTINE, Frederick E. (hus)

      WHETSTINE, Jeanne C. (wife)

      SECURITY TITLE INSURANCE COMPANY (TDTr)

      REGISTER, Ernest G. (s/m)(TDBen)

Parcel 73E-16-322:

    All that portion of the West Half of the Southwest Quarter of the Southwest Quarter of Section Sixteen, (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at a point in the South line of said Section Sixteen (16), 230 feet West of the Southeast Corner of the West Half of the Southwest Quarter of the Southwest Quarter; thence continuing along the South

1450

215

**WILSON CREEK WATERSHED**

<u>Parcel 73E-16-322 Cont</u>:

line of said Section Sixteen (16), 200 feet;
thence North, parallel with the West line of said
Section, 435 feet;  thence East, parallel with the
South line of said Section, 200 feet;  thence South,
parallel with the West line of said Section, 435
feet to the point of beginning.

<u>OWNERS</u>:

CONTARANO, David F. (s/m)

CITIZENS NATIONAL TRUST & SAVINGS BANK
OF RIVERSIDE (TDTr)

REGISTER, Ernest G. (s/m)(TDBen)

<u>Parcel 73E-16-323</u>:

The West Half of the Southwest Quarter of the
Southwest Quarter, Section Sixteen (16), Town-
ship Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California, <u>EXCEPT</u> the North
410 feet thereof, <u>ALSO EXCEPT</u> the South 475 feet
of the East 230 feet thereof,  <u>ALSO EXCEPT</u> that
portion thereof described as follows:  Beginning
at a point in the South line of said Section
Sixteen (16), 230 feet West of the Southeast Cor-
ner of the West Half of the Southwest Quarter of
the Southwest Quarter;  thence continuing along
the South line of said Section Sixteen (16), 200
feet;  thence North, parallel with the West line
of said Section, 435 feet;  thence East, parallel
with the South line of said Section, 200 feet;
thence South, parallel with the West line of said

1451

WILSON CREEK WATERSHED

Parcel 73E-16-323 Cont:

Section, 435 feet to the point of beginning.

OWNERS:

REGISTER, Ernest G. (s/m)

Parcel 73E-17-324:

The Southeast Quarter of Section Seventeen, Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPTING the Easterly rectangular 30 foot thereof conveyed to the County of Riverside.

OWNERS:

MILLER, Linus W. (hus)
MILLER, Helen M. (wife)
SECURITY TITLE INSURANCE COMPANY (TDTr)
ISON, G. Lee (hus)(TDBen)
ISON, Fern C. (wife)(TDBen)

Parcel 73E-17-325:

That portion of the West Half of the Northeast Quarter of Section Seventeen,(17), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as Parcel Five (5) of Record of Survey 24/61.

OWNERS:

SEARS, Dale M. (hus)
SEARS, Shirley A. (wife)
TITLE INSURANCE & TRUST COMPANY (TDTr)
LIPP, Fred L. (m/m)(TDBen)

1452

217

## WILSON CREEK WATERSHED

Parcel 73E-17-326:

The Northeast Quarter of Section Seventeen (17),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California, EXCEPT that
portion thereof described as Parcel Five (5) of
Record of Survey 24/61.

OWNERS:

LIPP, Fred L.

Parcel 73E-17-327:

The Northwest Quarter of Section Seventeen (17),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

GREENWALD, Alvin G. (m/m)(sep-prop)

FARMERS & MERCHANTS TRUST COMPANY
OF LONG BEACH (TDTr)

ISON, G. Lee (hus)(TDBen)

ISON, Fern C. (wife)(TDBen)

Parcel 73E-17-328:

The Southwest Quarter of Section Seventeen (17),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

BOHLEN, John H. (s/m)

HEACOCK, Edwin E. (hus)

HEACOCK, Ruth B. (wife)

-158-

1453

218

## WILSON CREEK WATERSHED

Parcel 73E-17-328 Cont:

SECURITY FIRST NATIONAL BANK
OF LOS ANGELES (TDTr)

BOHLEN, Nan A. (un/w)(TDBen)

Parcel 73E-18,-329:

The North Half of the Southeast Quarter of Section
Eighteen (18), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

HUTTON, Ralph Oliver

Parcel 73E-18-330:

The East Half of the Northeast Quarter of Section
Eighteen (18), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

KING, Lydia B. (sep-prop)

Parcel 73E-18-331:

The West Half of the Northeast Quarter of Section
Eighteen (18), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

HUTTON, James Cyrus (sep-prop)

1454

219

## WILSON CREEK WATERSHED

Parcel 73E-18-332:

The North Half of the East Half of the Northeast Quarter of the Northwest Quarter of Section Eighteen, Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of River- side, State of California.

OWNERS:

CASAREZ, Rayes (hus)

CASAREZ, Belen C. H. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LA FURGEY, Alice J. (TDBen)

SWAIM, Alice A. (TDBen)

Parcel 73E-18-333:

The South Half of the East Half of the Northeast Quarter of the Northwest Quarter of Section Eighteen (18), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

WILSON, Charles W. (m/m)(sep-prop)

Parcel 73E-18-334:

The East Half of the Southeast Quarter of the North- west Quarter of Section Eighteen (18), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the South Half of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of said Section Eighteen (18).

OWNER:

WILSON, Lilly M.

1455

<u>WILSON CREEK WATERSHED</u>

220

Parcel 73E-18-335:

The South Half of the Southeast Quarter of the
Southeast Quarter of the Northwest Quarter of
Section Eighteen (18), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

ALEXANDER, Ivan D.

Parcel 73E-18-336:

The West Half of the Northeast Quarter of the
Northwest Quarter of Section Eighteen (18),
Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

DINNEL, Robert A. (m/m)(sep prop)

Parcel 73E-18-337:

The West Half of the Southeast Quarter of the
Northwest Quarter of Section Eighteen (18),
Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

DINNEL, Joanne W. (m/w)

Parcel 73E-18-338:

Government Lots One (1)(Northwest Quarter of the
Northwest Quarter), and Two (2)(Southwest Quarter
of the Northwest Quarter), Section Eighteen (18),

-161-

1456

221

### WILSON CREEK WATERSHED

Parcel 73E-18-338 Cont:

      Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:

        ALBRIGHT, Charles D. (hus)

        ALBRIGHT, Erma I. (wife)

        CITIZENS NATIONAL TRUST & SAVINGS
            BANK OF RIVERSIDE (TDTr)

        GOOD, Victor L. (hus)(TDBen)

        GOOD, E. Elizabeth (wife)(TDBen)

Parcel 73E-18-339:

      The Northerly Half of the Northeast Quarter of

the Southwest Quarter of Section Eighteen (18),

Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the County

of Riverside, State of California.  Also, Govern-

ment Lot Three (3)(Northwest Quarter of the

Southwest Quarter)of said Section Eighteen (18)

EXCEPT that portion described as follows:  Com-

mencing at the Southeast Corner of said Lot Three

(3);  thence West 220 feet along Southerly line

of said Lot Three (3);  thence North at right

angles 100 feet to true point of beginning;  thence

North 468 feet;  thence West 468 feet;  thence

South 468 feet;  thence East 468 feet to true

point of beginning.

1457

222

## WILSON CREEK WATERSHED

Parcel 73E-18-339 Cont:

   OWNERS:

        NORMAN, Fred T. (hus)

        NORMAN, Mazie I. (wife)

        TITLE INSURANCE & TRUST COMPANY (TDTr)

        STONEBREAKER, Florence M. (widow)(TDBen)

Parcel 73E-18-340:

        The South Half of the Northeast Quarter of the
Southwest Quarter of Section Eighteen (18),
Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

   OWNERS:

        BOULTON, Richard C. (hus)

        BOULTON, Vera Florence (wife)

Parcel 73E-18-341:

        That portion of Lot Three (3)(Northwest Quarter
of the Southwest Quarter), Section Eighteen (18),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as
follows:  Commencing at the Southeast Corner of
said Lot Three (3);  thence West 220 feet along
Southerly line of said Lot Three (3);  thence
North at right angles 100 feet to the true point
of beginning;  thence North 468 feet;  thence
West 468 feet;  thence South 468 feet;  thence
East 468 feet to the true point of beginning.
Also, an easement 10 feet wide for purposes of
ingress and egress and private driveway purposes

1458

223

## WILSON CREEK WATERSHED

Parcel 73E-18-341 Cont:

over portion of said Lot Three (3).

OWNERS:

PERRY, Roy E. (hus)(sep prop)

Parcel 73E-18-342:

The Southeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

FONTAINE, Henry A. (hus)

FONTAINE, Alvina (wife)

TITLE INSURANCE & TRUST COMPANY (TDTr)

STONEBREAKER, Florence E. (widower)(TDBen)

Parcel 73E-18-343:

All of Lot Four (4)(Southwest Quarter of the Southwest Quarter) of Section Eighteen (18), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HANCHETT, Ilda L. (widow)

HANCHETT, Hollis K. (hus)

HANCHETT, Florence L. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

STONEBREAKER, Florence E. (widow)(TDBen)

-164-

<u>WILSON CREEK WATERSHED</u>                          224

<u>Parcel 73E-19-344</u>:

     Lot One (1)(Northwest Quarter of the Northwest
     Quarter), Section Nineteen (19), Township Seven
     (7) South, Range Three (3) East, San Bernardino
     Base and Meridian, in the County of Riverside,
     State of California.

   <u>OWNERS</u>:

       GAGE, Robert K. (m/m)

<u>Parcel 73E-19-345</u>:

     Lot Two (2)(Southwest Quarter of the Northwest
     Quarter), Section Nineteen (19), Township Seven
     (7) South, Range Three (3) East, San Bernardino
     Base and Meridian, in the County of Riverside,
     State of California.

   <u>OWNERS</u>:

       AYERS, Clarence W. (hus)
       AYERS, Ivy B. (wife)

<u>Parcel 73E-19-346</u>:

     Government Lot Three (3)(Northwest Quarter of
     Southwest Quarter), and Government Lot Four (4)
     (Southwest Quarter of the Southwest Quarter),
     and the Southeast Quarter of the Southwest Quarter
     of Section Nineteen (19), Township Seven (7) South,
     Range Three (3) East, San Bernardino Base and
     Meridian, in the County of Riverside, State of
     California.

   <u>OWNERS</u>:

       PORTREY, Pence I. (hus)
       PORTREY, Ruby R. (wife)

225

## WILSON CREEK WATERSHED

Parcel 73E-19-346 Cont:

      CITIZENS NATIONAL TRUST & SAVINGS
       BANK OF RIVERSIDE (TDTr)

      THOMSON, Katherine G. (TDBen)

Parcel 73E-19-347:

      The East Half of the Northwest Quarter of the
Northeast Quarter of the Southwest Quarter of
Section Nineteen (19), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

   OWNERS:

      GAGE, Robert K. (m/m)

Parcel 73E-19-348:

      The East Half of the Northwest Quarter and the
Northeast Quarter of the Southwest Quarter,
Section Nineteen (19), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California, EXCEPT the East Half of the Northwest
Quarter of the Northeast Quarter of the Southwest
Quarter of said Section Nineteen (19).

   OWNERS:

      GRABER, Sidney (m/m)

      SHAW, Ted (hus)

      SHAW, Lillian C. (wife)

Parcel 73E-19-349:

      The Northeast Quarter of Section Nineteen (19),
Township Seven (7) South, Range Three (3) East,

1461

## WILSON CREEK WATERSHED

Parcel 73E-19-349: Cont:

San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

RAMIREZ, Genevieve (s/w)

CALIFORNIA TRUST COMPANY (TDTr)

CHANDLER, Edna G. (TDBen)

Parcel 73E-20-350:

Beginning at the Northwest Corner of Section
Twenty (20), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California;
thence East 318.3 feet;  thence South 646.7 feet;
thence Southwesterly 326.4 feet to the West line
of said Section Twenty (20);  thence North on West
line 721.10 feet to point of beginning.

OWNERS:

SALCEDO, Henry (hus)

SALCEDO, Josephine (wife)

Parcel 73E-20-351:

Beginning at a point 318.3 feet East of the North-
west Corner of Section Twenty (20), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California;  thence East 636.6 feet;  thence South
at a right angle to the right of way deeded to the
County of Riverside by Edw. Arnaiz;  thence Westerly
to a point 326.4 feet Easterly from the point where
the West line of Section Twenty (20) intersects the
line of the above right of way;  thence North 646.7
feet to the point of beginning.

1462

WILSON CREEK WATERSHED                              227

Parcel 73E-20-351 Cont:

  OWNERS:

        MORALES, Santo (hus)

        MORALES, Helena (wife)


Parcel 73E-20-352:

        The East Half of the Northeast Quarter of the
Northwest Quarter of the Northwest Quarter;
the South Half of the Northwest Quarter of the
Northwest Quarter; and, the Southwest Quarter
of the Northwest Quarter of Section Twenty (20),
Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County
of Riverside, State of California.

  OWNERS:

        ARNAIZ, Beatriz (un/w)

        CITIZENS NATIONAL TRUST AND SAVINGS
          BANK OF RIVERSIDE (TDTr)

        JOHNSON, Charles T. (widower)(TDBen)


Parcel 73E-20-353:

        The West Half of the Southwest Quarter of Section
Twenty (20), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT
the Southerly 10 acres thereof.

  OWNERS:

        SMOLIER, Diana (m/w)(sep prop)

        CITIZENS NATIONAL TRUST & SAVINGS
          BANK OF RIVERSIDE (TDTr)

        HALE, Walter B. (hus)(TDBen)

        HALE, Myrtle (wife)(TDBen)

1463

228

## WILSON CREEK WATERSHED

Parcel 73E-20-354:

> The Southerly Ten Acres of the West Half of the
> Southwest Quarter of Section Twenty (20), Town-
> ship Seven (7) South, Range Three (3) East, San
> Bernardino Base and Meridian, in the County of
> Riverside, State of California.

OWNERS:

> MATTHIAS, Norma E. (single)
>
> MATTHIAS, Elsie M. (single)

Parcel 73E-20-355:

> The East Half; and the East Half of the West Half
> of Section Twenty (20), Township Seven (7) South,
> Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California.

OWNERS:

> PURSCHE, Harry A. (hus)
>
> PURSCHE, Helen B. (wife)

Parcel 73E-21-356:

> The Northwest Quarter of Section Twenty-one (21),
> Township Seven (7) South, Range Three (3) East,
> San Bernardino Base and Meridian, in the County of
> Riverside, State of California, EXCEPT a Two Acre
> Square in the Northeast Corner thereof.

OWNERS:

> PLUEGER, Donald N. (hus)
>
> PLUEGER, Lorraine F. (wife)
>
> CITIZENS NATIONAL TRUST & SAVINGS
>     BANK OF RIVERSIDE (TDTr)
>
> BAILEY, Howard F. (hus)(TDBen)
>
> BAILEY, Lola X. (wife)(TDBen)

1464

<u>WILSON CREEK WATERSHED</u>                                                229

Parcel 73E-21-357:

> A Two Acre square in the Northeast Corner of the
> Northwest Quarter of Section Twenty-one (21),
> Township Seven (7) South, Range Three (3) East,
> San Bernardino Base and Meridian, in the County
> of Riverside, State of California.

OWNERS:

> HAMILTON SCHOOL DISTRICT OF
> RIVERSIDE COUNTY

Parcel 73E-21-358:

> The Southwest Quarter of the Northeast Quarter;
> and, the North Half of the Northeast Quarter of
> Section Twenty-one (21), Township Seven (7) South,
> Range Three (3) East, San Bernardino Base and
> Meridian, in the County of Riverside, State of
> California, EXCEPT that portion thereof described
> as follows:  Beginning at the Northeast Corner
> of said Section Twenty-one;  thence West along
> the North line of said Section 100 feet;  thence
> South, parallel with East line of said Section,
> 150 feet;  thence East, parallel with North line
> of said Section, 100 feet;  thence North 150 feet
> to the point of beginning.

OWNERS:

> WESTPHALEN, Hugo G. (hus)
> WESTPHALEN, Vera B. (wife)

Parcel 73E-21-359:

> Beginning at the Northeast Corner of Section Twenty-
> one (21), Township Seven (7) South, Range Three (3)
> East, San Bernardino Base & Meridian, in the County

-169-

1465

230

## WILSON CREEK WATERSHED

**Parcel 73E-21-359 Cont:**

of Riverside, State of California;  thence West along North line of said Section, 100 feet;  thence South, parallel with East line of said Section, 150 feet;  thence East, parallel with North line of said Section, 100 feet;  thence North 150 feet to point of beginning.

OWNERS:

SOUTHERN CALIFORNIA DISTRICT
ADVISORY BOARD.

**Parcel 73E-21,22-360:**

The Southeast Quarter of the Northeast Quarter, Section Twenty-one (21), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the Southwest Quarter of the Northwest Quarter of Section Twenty-two (22), said Township and Range.

OWNERS:

LOBB, Thomas Jr. (hus)
LOBB, Janet (wife)

**Parcel 73E-21-361:**

The West Half of the Southeast Quarter of Section Twenty-one (21), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MINOR, James (hus)
MINOR, Jessie Faye (wife)
SECURITY FIRST NATIONAL BANK (TDTr)
CONTRERAS, Clarence S. (hus)(TDBen)
CONTRERAS, Clara Marie (wife)(TDBen)

-170-

1466

31

## WILSON CREEK WATERSHED

Parcel 73E-21,22-362:

The East Half of the Southeast Quarter of Section
Twenty-one (21), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.
Also, the Southwest Quarter of Section Twenty-two
(22), said Township and Range.

OWNERS:

JOHNSON, Charles T.

Parcel 73E-22-363:

Portion of the Northwest Quarter of the Northwest
Quarter, Section Twenty-two (22), Township Seven
(7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning
at a point on the North line of said Section Twenty-
two (22), 392 feet 10 inches West of the Northeast
Corner of said Northwest Quarter of the Northwest
Quarter;  thence West on said North line 300 feet;
thence at right angles South, a distance of 185
feet;  thence at right angles East, a distance of 300
feet on a line parallel with the North line of said
Section Twenty-two (22);  thence at right angles North,
a distance of 185 feet to the point of beginning.

OWNERS:

PORTREY, P. I. (hus)

PORTREY, Ruby (wife)

SECURITY FIRST NATIONAL BANK (TDTr)

HERRING, Edmund G. (hus)(TDBen)

HERRING, Laura M. (wife)(TDBen)

1467

WILSON CREEK WATERSHED

332

Parcel 73E-22-364:

The Northwest Quarter of the Northwest Quarter of
Section Twenty-two (22), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
EXCEPT that portion described as follows: Beginning
at a point on the North line of said Northwest Quarter
of the Northwest Quarter of said Section Twenty-two (22),
329 feet, 10 inches West of the Northeast Corner thereof;
thence West on said North line 300 feet; thence at
right angles South 185 feet; thence at right angles
East 300 feet; thence at right angles North to the
point of beginning. ALSO EXCEPT the Northerly rectangular
30 feet of the West Half of the Northwest Quarter of
said Section Twenty-two (22). ALSO EXCEPT a right of
way over the Northerly rectangular 40 feet of the West
Half of the Northwest Quarter of said Section.

OWNERS:

LICHTWALD, Henry R. (s/m)

Parcel 73E-22-365:

The East Half of the Northwest Quarter; and, the West
Half of the Northeast Quarter of Section Twenty-two
(22), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of
Riverside, State of California. EXCEPT from said West
Half of the Northeast Quarter that portion described
as follows: Beginning at the Southeast Corner of said
West Half of the Northeast Quarter; thence Northerly
on Easterly line of said West Half, 792 feet; thence
Westerly, parallel with South line of said West Half,

1468

233

## WILSON CREEK WATERSHED

Parcel 73E-22-365 Cont:

660 feet; thence Southerly, parallel with East line of said West Half, 792 feet to the South line thereof; thence Easterly on said South line to point of beginning.  ALSO EXCEPT the Northerly 40 feet as conveyed to County of Riverside.

OWNERS:

HAMILTON, Lincoln J. (hus)

HAMILTON, Louise Phebe (wife)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr & Ben)

Parcel 73E-21-366:

The Southwest Quarter of Section Twenty-one (21), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HAMILTON, Lincoln J.

HAMILTON, Louise P.

Parcel 73E-22,23-367:

The South Half of the Southeast Quarter of Section Twenty-two (22), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. The West Half of the Southwest Quarter of Section Twenty-three (23), said Township and Range.

OWNERS:

DE VANA, Eula

1469

234

## WILSON CREEK WATERSHED

Parcel 368 NOT USED

Parcel 73E-23-369:

The East Half of the Southwest Quarter; ~~the South-~~
~~west Quarter of the Northeast Quarter; and, the~~
~~Northwest Quarter of the Southeast Quarter~~, Section
Twenty-three (23), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

CHUCK, George Thomas, s/m

Parcel 73E-23-369A:

The Northwest Quarter of the Southwest Quarter;
and, the Southwest Quarter of the Northeast
Quarter, Section Twenty-three (23), Township Seven
(7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

CLOTHIER, Russell W. (hus)
CLOTHIER, Sara L. (wife)
LIGER, John M. (hus)
LIGER, Beverly (wife)
SECURITY FIRST NATIONAL BANK (TDTr)
CHUCK, George Thomas (TDBen)

Parcel 73E-23-370:

The West Five Acres of the East Seventy Acres of
the South Half of the Southeast Quarter of Section
Twenty-three (23), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,

1470

## WILSON CREEK WATERSHED

235

**Parcel 73E-23-370 Cont:**

in the County of Riverside, State of California.
Also, the West Half of the West Half of the
Southwest Quarter of the Southeast Quarter of
said Section Twenty-three (23).

OWNER:

DE LOUGHERY, Florence (widow)

**Parcel 73E-23-371:**

That portion of the Southeast Quarter of Section
Twenty-three (23), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
described as follows:  Beginning at the Southwest
Corner of the East 45 acres of the South Half of
said Southeast Quarter;  thence East 165 feet;
thence North 528 feet;  thence West 165 feet;
thence South 528 feet to the point of beginning.
Also, the West Twenty Acres of the East Sixty-five
Acres of the South Half of the Southeast Quarter
of said Section Twenty-three (23), EXCEPT the South
60 feet in County Road.

OWNER:

LAPPOS, Anthony, s/m

**Parcel 73E-23-372:**

The East 45 Acres of the South Half of the South-
east Quarter of Section Twenty-three (23), Town-
ship Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of
Riverside, State of California, EXCEPT that portion

-175-

<u>WILSON CREEK WATERSHED</u> 236

Parcel 73E-23-372 Cont:

    described as follows: Beginning at the Southeast
Corner of said Section Twenty-three (23); thence
West 975 feet; thence North 700 feet; thence East
975 feet; thence South 700 feet to the point of
beginning. <u>ALSO</u> <u>EXCEPT</u> that portion described as
follows: Beginning at the Southwest Corner of
the Southeast Quarter of the Southeast Quarter of
said Section Twenty-three (23); thence East 165
feet; thence North 528 feet; thence West 165 feet;
thence South 528 feet to the point of beginning.

OWNERS:

    ARVANS, George

    ARBON, Lawrence

    LYON, Frank

    SYNADINGS, Basil T.

Parcel 373 NOT USED

Parcel 73E-23-374:

    Beginning at the Southeast Corner of the South Half
of the Southeast Quarter of Section Twenty-three (23),
Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California; thence West 975 feet; thence North
700 feet; thence East 975 feet; thence South 700 feet
to the point of beginning.

OWNER

    MOSCONA, Nicola

1472

WILSON CREEK WATERSHED                    237

Parcel 73E-24-375:

       The Southwest Quarter of Section Twenty-four (24),

       Township Seven (7) South, Range Three (3) East,

       San Bernardino Base and Meridian, in the County

       of Riverside, State of California.

  OWNERS:

            PAVLOS, Leo K. (s/m)(j/t)

            PAVLOS, Zaharula A. (m/m)(j/t)

            PAVLOS, Andrew (m/m)(j/t)

Parcel 73E-25-376:

       The West Half of Section Twenty-five (25), Township

       Seven (7) South, Range Three (3) East, San Bernardino

       Base and Meridian, in the County of Riverside, State

       of California.

  OWNERS:

            FLAHERTY, Peter J.

            FLAHERTY, Pauline E.

Parcel 73E-25, 74E-30-377:

       The East Half of Section Twenty-five (25), Township

       Seven (7) South, Range Three (3) East, San Bernardino

       Base and Meridian, in the County of Riverside, State

       of California.  Also, Government Lot Two (2)(Southwest

       Quarter of the Northeast Quarter); Southeast Quarter

       of the Northeast Quarter;  Government Lot Three (3)

       (Northwest Quarter of the Southeast Quarter); and,

       the Northeast Quarter of the Southeast Quarter of Sec-

       tion Thirty (30), Township Seven (7) South, Range Four

       (4) East, County of Riverside, State of California.

  OWNERS:

            POORMAN, J. R. (hus)

            POORMAN, Jean E. (wife)

38

## WILSON CREEK WATERSHED

Parcel 73E-36-378:

        The West Half of the Northwest Quarter of Section
Thirty-six (36), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

  OWNERS:

        DOUGHERTY, John D. (hus)

        DOUGHERTY, Helen M. (wife)

        SECURITY TITLE INSURANCE COMPANY (TDTr)

        MOON, Theodore L. (hus)(TDBen)

        MOON, Jane P. (wife)(TDBen)

Parcel 73E-36-379:

        The North Half of the East Half of the West Half
of Section Thirty-six (36), Township Seven (7)
South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

  OWNERS:

        GASSNER, Mary J. (m/w)(sep prop)

Parcel 83E-7,8,9,16,17,18,20-380:

        The South Half of Section Seven (7), Township
Eight (8) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.  The Northeast Quarter of the South-
west Quarter;  the Southwest Quarter of the South-
west Quarter; and, the Southeast Quarter of the
Southwest Quarter; the Northeast Quarter;  the South
Half of the Northeast Quarter of the Northwest
Quarter;  the Southeast Quarter of the Northwest
Quarter;  the Northeast Quarter of the Southeast

1474

239

### WILSON CREEK WATERSHED

Parcel 83E-7,8,9,16,17,18,20-380 Cont:

Quarter;  the Southeast Quarter of the Southeast
Quarter of Section Eight (8), said Township and
Range.  Also All of Section Nine (9), said Town-
ship and Range EXCEPT Lot Fourteen (14)(Northwest
Quarter of the Southeast Quarter), ALSO EXCEPT
the North 60 feet of the Northwest Quarter.
The Northeast Quarter and the West Half of the
Northwest Quarter of Section Sixteen (16), said
Township and Range.  The West Half;  the Southeast
Quarter; and, the East Half of the Northeast Quarter
of Section Seventeen (17), said Township and Range.
The Northwest Quarter;  the North Half of the South-
west Quarter; and, the Northwest Quarter of the
Southeast Quarter of Section Eighteen (18), said
Township and Range.  The West Half of the North-
east Quarter;  the Northeast Quarter of the South-
west Quarter; and, the Northwest Quarter of the
Southeast Quarter of Section Twenty (20), said
Township and Range.

OWNERS:

BAILEY, Howard F. (hus)
BAILEY, Lola X. (wife)

Parcel 83E-8,17-381:

The Northwest Quarter of the Southeast Quarter;
and, the Southwest Quarter of the Southeast
Quarter of Section Eight (8), Township Eight (8)
South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside,
State of California.  The West Half of the

-179-

1475

**WILSON CREEK WATERSHED**

Parcel 83E-8,17-381 Cont:

        Northeast Quarter of Section Seventeen (17),

        said Township and Range.

    OWNERS:

           WOODS, Richard

           WOODS, Anna

Parcel 83E-21-382:

        All of Section Twenty-one (21), Township Eight

        (8) South, Range Three (3) East, San Bernardino

        Base and Meridian, in the County of Riverside,

        State of California, EXCEPT the Southwest Quarter

        of the Southwest Quarter of the Southwest Quarter

        thereof.

    OWNERS:

           CARGILE, Dellmore David (hus)

           CARGILE, Marguerite C. (wife)

Parcel 74E-17-383:

        The North Half of the North Half of Section Seventeen

        (17), Township Seven (7) South, Range Four (4) East,

        San Bernardino Base and Meridian, in the County of

        Riverside, State of California, EXCEPT that portion

        thereof lying Easterly of the Easterly boundary of the

        Pines to Palms Highway, said boundary being described

        in that certain deed to the County of Riverside, re-

        corded June 2nd, 1931 in Book 2, Page 371 of Official

        Records of Riverside County.

    OWNERS:

           WEBER, Gerald V. (hus)

           WEBER, Helen J. (wife)

241

## WILSON CREEK WATERSHED

Parcel 74E-17-383 Cont:

> SECURITY TITLE INSURANCE COMPANY (TDTr)
>
> BUNKER, C. E. (hus)(TDBen)
>
> BUNKER, Mary F. (wife)(TDBen)

Parcel 74E-19-384:

> Lot One (1)(Northwest Quarter of the Northeast Quarter)
> Section Nineteen (19), Township Seven (7) South, Range
> Four (4) East, San Bernardino Base and Meridian, in the
> County of Riverside, State of California, EXCEPT 80 foot
> strip to County of Riverside.

OWNERS:

> EGGER, R. L. (hus)
>
> EGGER, Laura L. (wife)
>
> SECURITY TITLE INSURANCE CO. (TDTr)
>
> WILLIAMSON, George H. (un/m)(TDBen)

Parcel 74E-19,20-385:

> The South Half of the Northeast Quarter of the North-
> east Quarter; and, the Southeast Quarter of the
> Northeast Quarter, Section Nineteen (19), Township
> Seven (7) South, Range Four (4) East, San Bernardino
> Base and Meridian, in the County of Riverside, State
> of California. Also, the West Half of the Northwest
> Quarter of the Northwest Quarter; the West Half of the
> Southwest Quarter of the Northwest Quarter; and the
> Northwest Quarter of the Southwest Quarter of Section
> Twenty (20), said Township and Range.

OWNERS:

> FIGARO, Louis (hus)
>
> FIGARO, Ellen K. (wife)

1477

242

## WILSON CREEK WATERSHED

Parcel 74E-20-386:

The South Half of the Northwest Quarter of the North-
east Quarter;  the Southwest Quarter of the Northeast
Quarter;  the East Half of the Northwest Quarter;
the East Half of the Southwest Quarter of the Northwest
Quarter;  and, the East Half of the Northwest Quarter
of the Northwest Quarter, Section Twenty (20), Township
Seven (7) South, Range Four (4) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:

LAYMAN, John D. (hus)

LAYMAN, Willowmine E. (wife)

Parcel 74E-20-387:

The North Half of the Northwest Quarter of the North-
east Quarter; and, the Northeast Quarter of the North-
east Quarter, Section Twenty (20), Township Seven (7)
South, Range Four (4) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

LOCKWOOD, Paul V. (hus)

LOCKWOOD, Arlyne G. (wife)

LAND TITLE COMPANY (TDTr)

COACHELLA VALLEY SAVINGS & LOAN ASSO. (TDBen)

Parcel 74E-20-388:

The Southeast Quarter of the Northeast Quarter;
the North Half of the Southeast Quarter; and, the
Northeast Quarter of the Southwest Quarter, Section
Twenty (20), Township Seven (7) South, Range Four

-182-

1478

343

## WILSON CREEK WATERSHED

Parcel 74E-20-388 Cont:

East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

POORMAN, J. Ray (hus)

POORMAN, Jean (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

RITTER, Blanche P. (widow)(TDBen)

Parcel 74E-20-389:

The South Half of the Southeast Quarter;  and,
the Southeast Quarter of the Southwest Quarter,
Section Twenty (20), Township Seven (7) South,
Range Four (4) East, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:

RANCH DEVELOPMENT CORP. (a Nevada Corp)

Parcel 74E-21-390:

All of Section Twenty-one (21), Township Seven
South, Range Four (4) East, San Bernardino Base
and Meridian, in the County of Riverside, State
of California.

OWNERS:

FORD, Melvin M.

FORD, Robert J.

1479

WILSON CREEK WATERSHED                          244

Parcel 74E-29,30-391:

     All of Section Twenty-nine (29), Township Seven (7) South, Range Four (4) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

     Also, the North Half of the Northeast Quarter of Fractional Section Thirty (30), Township Seven (7) South, Range Four (4) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

     JOHNSON, Charles T. (widower)

Parcel 83E-18-392:

     The Southeast Quarter of the Southwest Quarter; and the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Eight (8) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

     COMPTON, Jack (hus)

     COMPTON, Ruth (wife)

     COMPTON, Frederick (hus)

     COMPTON, Madaline (wife)