UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. Plaintiff, | No. 1247-SD-C Civil |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc. et al | Dated: August 8, 1961 |
| | At San Diego, California |

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY  Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: DONALD STARK, FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

    Court and Counsel discuss various findings. IT IS ORDERED cause is continued to August 9, 1961, at 9:30 A.M. for further Court trial.

JOHN A. CHILDRESS, Clerk