UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: August 9, 1961

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY       Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD AND FRANZ SACHSE.

Proceedings: FURTHER COURT TRIAL

    Court and counsel discuss various findings.
    IT IS ORDERED cause is continued to September 6, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By _____