IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**FILED**
AUG 21 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

    Defendants.

Civil No. 1247-SD-C

NOTICE OF FILING SPECIAL MASTER'S FINDINGS OF FACT AND CONCLUSIONS OF LAW, and NOTICE OF HEARING OBJECTIONS THERETO.

    NOTICE IS HEREBY GIVEN that the above-entitled Court on August 21, 1961, filed the Special Master's Proposed Findings of Fact and Conclusions of Law, Transcript of the Special Master's Proceedings, and the Original Exhibits concerning:

1. Deluz Creek Watershed Area
2. Rainbow Creek Watershed
3. Fallbrook Creek Watershed Area
4. Properties North of Fallbrook Creek Watershed, West of Rainbow Creek Watershed, and South of the Santa Margarita River (Including certain parcels in Fallbrook Creek Watershed).

    NOTICE IS HEREBY GIVEN that said Proposed Findings of Fact and Conclusions of Law and said Transcript of the Special Master's Proceedings and said Original Exhibits are on file in the Office of the Clerk of the above-entitled Court located in Room 207 of the U. S. Customs and Court House Building, 325 West F Street, San Diego, California, and may be examined upon request.

    NOTICE IS HEREBY GIVEN that you may file written objections to said Special Master's Proposed Findings of Fact and Conclusions of Law with the Clerk of the above-entitled Court at the above set forth address within ten (10) days after service of this notice or that you may present such objections as you may have orally before this Court.

    NOTICE IS HEREBY GIVEN that such written objections as may be filed and any oral objections to be presented will be heard and considered by the Honorable James M. Carter, Judge of the above-entitled Court at 10:00 o'clock A.M. on the 6th day of September, 1961, in Room 304 of the U. S. Customs and Court House Building, 325 West F Street, San Diego, California.

    Dated: August 21, 1961.

    JOHN A. CHILDRESS, Clerk, U. S. District Court
        Southern District of California
    By:    Charles E. Jones, Deputy
        CHARLES E. JONES

6555