1 RAMSEY CLARK
Assistant Attorney General
2 Department of Justice
Washington 25, D. C.
3
Attorney for the
4 United States of America

FILED

AUG 25 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD=C |
| Plaintiff, | ) | |
| v. | ) | STATEMENT RESPECTING CLAIMED APPROPRIATIVE RIGHTS IN THE GROUND WATER BASIN UNDERLYING CAMP PENDLETON |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

Comes now the United States of America and respectfully refers to its

    (a) Memorandum dated June 30, 1961, relative to the claimed appropriative rights of the United States of America in the percolating Ground Water Basin underlying Camp Pendleton;

    (b) Response filed August 4, 1961, to California's letter of July 20, 1961, Respecting the Memorandum of the United States of America Relative to its Appropriative Rights in the Ground Water Basin Underlying Camp Pendleton.

Contained in the memorandum and response are the facts documented from the record in this cause and the applicable principles of law considered to be controlling in the case.

It is evident that there is agreement among the parties that the crucial question involved is one of fact. Summary of the facts as they are

1  here relevant and fully in accord with the record is the sworn statement
2  of Lieutenant Colonel Allen C. Bowen. In that statement Colonel Bowen, using
3  facts from the record, compares the Ground Water Basin underlying Camp
4  Pendleton and the small basins situated on De Luz and Rainbow Creeks to
5  which opposing counsel made reference in the record.

RAMSEY CLARK,
Assistant Attorney General

Dated: Aug 22, 1961

WILLIAM H. VEEDER,
Attorney, Department of Justice

- 2 -

6557

RAMSEY CLARK
Assistant Attorney General
Department of Justice
Washington 25, D. C.

Attorney for the
United States of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | No. 1247-SD-C |
| v.  ) | AFFIDAVIT |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | OF |
|         Defendants. ) | LIEUTENANT COLONEL ALLEN C. BOWEN |

I, Lieutenant Colonel Allen C. Bowen, United States Marine Corps, being first duly sworn, upon my oath depose and say that:

I

For more than ten (10) years I have had personal, direct and immediate acquaintance with the Ground-water Basin underlying Camp Pendleton within the watershed of the Santa Margarita River Basin.

II

During much of that ten (10) year period I have been Officer in Charge of the Office of Ground Water Resources, Camp Pendleton, and presently occupy that position.

III

The Ground-water Basin which underlies Camp Pendleton constitutes the sole source of water supply for consumptive purposes of the principal portions of Camp Pendleton, the United States Naval Hospital, and the agricultural areas on the Stewart and South Mesas.

- 1 -

6558

IV

Control, regulation and administration of the percolating waters in the Ground-water Basin underlying Camp Pendleton has been my principal responsibility and obligation as Officer in Charge of the Office of Ground Water Resources. In performing that responsibility I have gained personal and precise knowledge respecting the percolating waters of that Basin, the characteristics of the sedimentary deposits which fill the Basin, its extent, and availability of percolating water to meet military and agricultural needs; the quantities of water annually pumped from the Basin for military and agricultural uses.

V

Based upon my personal knowledge of the Basin which underlies Camp Pendleton the following general statement is made:

(a) Located in northern San Diego County, California, the Ground-water Basin has its eastern extremity approximately eleven (11) miles from the Pacific Ocean. Roughly that easternmost point is at the proposed De Luz Dam site in the Northwest Quarter (NW 1/4) of Section thirty-two (32), Township nine (9) South, Range Four (4) West. It extends westward to a point on the Santa Margarita River referred to as the Ysidora Narrows. Those Narrows are located in the southwestern corner of Section two (2), Township eleven (11) South, Range five (5) West.

(b) There are three areas of the Basin known as Upper, or O'Neill Unit; Chappo or Home Ranch Unit; and Ysidora or Lower Unit. Those segments of the basin are geologically and hydrologically interconnected and interrelated.

(c) Areal extent of the Basin, all within Camp Pendleton, is approximately four thousand six hundred (4,600) acres. It varies in widths from a maximum of two (2) miles in the Chappo Unit, to its narrowest point of approximately one-quarter (1/4) mile at the above-described Ysidora Narrows. By units the surface areas of the Basin are as follows:

| | | |
|---|---|---|
| Upper Unit | - | 860 acres |
| Chappo Unit | - | 2,640 acres |
| Ysidora Unit | - | 1,080 acres |
| | | 4,580 acres |

- 2 -

6559

(d) The surface area of the Basin is approximately seven (7) square miles.

(e) Alluvial fill deposited in the above-described Basin is lenticular in nature. From the point where the Santa Margarita River debouches from the mouth of the canyon, to the Ysidora Narrows there is a steady increase in the depth of that sedimentary fill. Near DeLuz Dam site, at an elevation of one hundred twenty-five (125) feet above sea level, basement complex is reached at approximately fifty (50) feet below land surface. Proceeding coastwards the depth through the alluvium to bedrock rapidly increases. Two miles below the point last mentioned wells have been drilled in the fill to depths varying from one hundred twenty (120) feet to one hundred and forth-two (142) feet. Throughout the deeper areas of the Chappo Unit the alluvium is approximately one hundred sixty-five (165) to one hundred eighty (180) feet in depth, feathering out to shallow limits as the edge of the Basin is approached. Greatest total depth of approximately two hundred (200) feet is attained at the southern extremity of the Basin.

Finer textured sand and clay are found at the surface of the Chappo and Ysidora Units. At relatively shallow depths in the Units last mentioned are found lenses of clay and silty sand. Half way down Chappo Unit at depths of approximately one hundred (100) feet are found cobbles and gravel. Farther down the valley are found areas of clay and clay silt. Layers of clay of considerable thickness are in this reach of the Basin. Likewise there are found in the Lower Ysidora area marine deposits of fossil shells.

VI

I have made detailed investigation of the geological and hydrological features of the Basin underlying Camp Pendleton and have personal knowledge respecting those physical phenomena.

VII

One of the principal physical features of the Basin in question is the marked differentiation between the deposits designated in U.S.A.-Plaintiff's Exhibit No. 38 as

    (a) Upper Member, and
    (b) Lower Member.

- 3 -

6560

VIII

The Upper Member, as disclosed on U.S.A.-Plaintiff's Exhibit No. 38 is fine-grained clastics comprised of clay, sandy clay, and silty clay. These deposits are lenticular in character.

The Upper Member is relatively uniform throughout the Basin, varying from eighty-five (85) to seventy (70) feet in depth commencing a short distance below the De Luz Dam site as shown on U.S.A.-Plaintiff's Exhibit No. 38; the depths of that Upper Member increase progressively across the lower portion of the Upper Subbasin, Chappo Subbasin and the Ysidora Subbasin.

The Lower Member is similarly comprised of lenticular deposits. However, they consist of coarser-grained clastics.

IX

The bed and banks of the Santa Margarita River in its course across the Basin constitute but a small fraction of the total surface area of the Basin. It is evident that the stream has frequently changed its course and that its present and most recent chanel is, like its numerous former channels, subject to change. Porous materials are found along the bed and banks of the stream. They are shallow in character when compared with the finer textured Upper Member or that of the Lower Member above described. Greatest depth of the porous material in the stream channel is found on the most eastwardly end of the Upper Subbasin. That porous material becomes progressively shallow as the channel proceeds coastward, where finer grained clastics are found. In the lower portion of Chappo Subbasin and the Ysidora Subbasin are found layers of clay which are upwards to fifty (50) feet in thickness. These fine clastics immediately underlie the channel of the stream.

X

During periods of heavy precipitation and immediately following those periods there is surface flow in the Santa Margarita River. During those times the surface waters readily enter the porous materials constituting the bed and banks of the channel. Within a short distance after thus entering those porous materials the water ceases to be a part of the surface flow or subflow of the Santa Margarita River. Rather it enters the lenses of clays and

6561

silts which comprise the Upper Member and there they lose their identification with the surface flow and subflow of the stream.

## XI

When those waters have left the limited porous areas of the bed and banks comprising the channel of the Santa Margarita River they join the mass of percolating and vagrant ground waters contained in the Basin. Their course of direction is not then that of the Santa Margarita River or its subflow. Rather, the heterogeneous nature of the deposits is the controlling factor as to the course of those waters. Course of the percolating waters in the mass of clays and silts, the rapidity of their movement, either vertical or horizontal, are governed by the permeability of the particular types of deposits which they encounter or enter. Those percolating waters do not flow through any known or definite channels.

## XII

It is from the percolating waters, which can no longer be identified with the surface or subsurface flow of the Santa Margarita River, that the United States of America has historically diverted the waters which it uses for military and agricultural purposes. The quantities thus pumped by the United States are set forth in U.S.A.-Plaintiff's Exhibits 150A and 151A.

## XIII

The heterogeneous nature of the deposits in the Basin underlying Camp Pendleton and from which the United States of America pumps the percolating waters, all as described above, differs very materially from the homogeneous deposits in the small alluvial filled basins found, for example, on De Luz and Rainbow Creeks. Those small basins differ, moreover, from the Basin underlying Camp Pendleton as to size, depth of alluvial fill, storage capacity and related features. Those smaller basins do not have the Upper Member of finer clastics and the Lower Member found in the Ground-water Basin under Camp Pendleton. Another difference is that the alluvial fill in the small basins on De Luz and Rainbow Creeks is contained in basement complex whereas the clastics of the Basin underlying Camp Pendleton are largely contained in LaJolla formation and San Onofre breccia with but a small

1  area of the fill overlying basement complex. The basins all have this
2  characteristic, however, that once waters have left the surface and subsurface
3  flow they become percolating in nature with their course being largely deter-
4  mined by the nature of the deposits which they encounter.

_____
Lieutenant Colonel
United States Marine Corps

10  Subscribed and sworn to before me
11  this 25th day of August, 1961.

12  _____
    Notary Public in and for the County
13  of San Diego, State of California

14 (SEAL)
15  My commission expires June 3, 1961.

- 6 -

6563