UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc, et al

No. 1247-SD=C Civil
MINUTES OF THE COURT
Dated: August 28, 1961
At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge
Deputy Clerk: WINORA ZINN    Reporter: JOHN SWADER
Counsel for Plaintiff: NONE APPEARING

Counsel for Defendant: NONE APPEARING

Proceedings:   MASTERS HEARING:

IT IS ORDERED by John M. Cranston, Special Master, that the Masters Hearing is continued to September 6, 1961 at 10 A.M.

JOHN A. CHILDRESS, Clerk

By [signature]
Deputy

6674