UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

FALLBROOK, et al

)
)
)
)
)
)
)
)

No. _ 1247-SD-C _ _ _ _  Civil

MINUTES OF THE COURT

Dated: _ _September_6,_1961_

At San Diego, California

PRESENT:  Hon._ _ _ JAMES H._CARTER _ _ _ _ _ _ _ _ District Judge

Deputy Clerk:_ WILLIAM W._LUDDY_ _ _ _  Reporter:_ _JOHN SWADER_ _

Counsel for Plaintiff:_ _ WILLIAM VEEDER,_ DONALD REDD _ _ _ _ _

Counsel for Defendant:_ _ _FRANZ SACHSE,_GEORGE STAHLMAN,_FRED GIRARD

JOHN CRANSTON, SPECIAL MASTER

Proceedings:     FURTHER COURT TRIAL
                 HEARING objections to Masters findings
                 FURTHER MASTERS HEARING


     No appearances, except plaintiff, in regard to objections to
Master's findings.  Attorney Veeder requests additional time in which
to make any objections to Master's findings.

     IT IS ORDERED that the Master's Findings are accepted and approved
generally except insofar as the Court may vary or depart from them in its
interlocutory judgments or final judgments.

     Attorney Veeder argues in support of governments motion regarding
right to appropriate water, etc.

     At 12: noon, recess to 2 P.M.
     At 12:20 P.M. reconvene.
     Attorney Veeder argues further.
     At 4:30 P.M. recess to 9/7/61 for further Court trial herein.


                                        JOHN A. CHILDRESS, Clerk  6676

                                        By _____
                                                          Deputy