FILED
SEP 6 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
)
v. ) REVOCATION OF ORDER OF
) REFERENCE AND APPOINTMENT
FALLBROOK PUBLIC UTILITY ) OF SPECIAL MASTER
DISTRICT, et al., )
        Defendants. )

    There was appointed on the 12th day of February, 1958, the Honorable John M. Cranston, to act as Special Master in this cause; hearings having been conducted by the Honorable John M. Cranston and the objectives of the Order having been fully accomplished,

    GOOD CAUSE HAVING BEEN SHOWN,

    IT IS THEREFORE ORDERED that the Order of Reference and Appointment of the Special Master referred to above, be and the same is hereby terminated and revoked.

Dated: 9/6/61

                            JAMES M. CARTER
                        Judge, United States District Court

6675