9/7/61

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

|  |  |
|---|---|
| U.S.A. | No._1247-SD-C _ _ _ _ Civil |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, et al | Dated:_ September 7, 1961 _ |
|  | At San Diego, California |

PRESENT:  Hon._ _ _JAMES_M._CARTER _ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk:_WILLIAM_W._LUDDY_ _ _ _ Reporter:_ JOHN_SWADER _ _

Counsel for Plaintiff:_ _WILLIAM_VEEDER_AND_DONALD_REDD _ _ _ _ _

Counsel for Defendant:_ _FRANZ_SACHSE,_GEORGE_STAHLMAN_&_FRED_GIRARD

Proceedings:    FURTHER COURT TRIAL

        At 10:15 A.M. reconvene herein
        Attorney Veeder argues in support of motion of government
as to right to appropriate water, etc.
        Attorney Sachse and Stahlman argue in opposition.
        At 12 noon, recess to 1 P.M.
        Attorney Girard argues in opposition to motion.
        IT IS ORDERED cause is continued to September 12, 1961, at
9:30 A.M. for further hearing, and for further court trial.

JOHN A. CHILDRESS, Clerk

By                                6677