UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.            ) No. 1247-SD-C   Civil
                  ) MINUTES OF THE COURT
vs.               )
                  ) Dated: September 12, 1961
FALLBROOK, etc., et al ) At San Diego, California
                  )

PRESENT: Hon. JAMES M. CARTER                    District Judge

Deputy Clerk: WILLIAM W. LUDDY        Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD

Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS FINDINGS.
   IT IS ORDERED cause is continued to September 15, 1961, at 9:30 A.M. for further court trial herein.

JOHN A. CHILDRESS, Clerk
By WILLIAM W. LUDDY