CARTER
9-13-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

In the matter of the impanelment ) No. ___ Misc. ___
of ADDITIONAL PETIT JUROR for    )
the July, 1961 term              ) MINUTES OF THE COURT
                                 )
                                 ) Dated: September 13, 1961
                                 )
                                 ) At San Diego, California

PRESENT: Hon. JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY      Reporter: NONE

Proceedings:

   IT IS ORDERED that a JAMES D. FLANIGAN impaneled as additional petit juror of this court.

JOHN A. CHILDRESS, Clerk
By _____