9-15-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
) MINUTES OF THE COURT
vs. )
) Dated: Sept. 15, 1961
FALLBROOK, etc., et al )
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

Proceedings:   FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS FINDINGS.

   IT IS ORDERED cause is continued to September 19, 1961, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By _____