CARTER
9-19-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
vs.
FALLBROOK, etc., et al

No. _ _ 1247-SD-C _ _ _ _ Civil
MINUTES OF THE COURT
Dated: _ _ _ _ _ Sept. 19, 1961
At San Diego, California

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ Reporter: _ _ MMMM JOHN SWADER

Counsel for Plaintiff: _ _ _ _ _ WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD, GEORGE STAHLMAN, FRANZ SACHSE

Proceedings: FURTHER COURT TRIAL

    COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
    IT IS ORDERED cause is continued to Sept. 20, 1961, at 9:30 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk

-6630