UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
v. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: Sept. 20, 1961
)
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY     Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD.


Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.

   IT IS ORDERED cause is continued to Sept. 22, 1961, at 10 A.M. for said proceedings.




JOHN A. CHILDRESS, Clerk

By _____