UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD-C _ _ _ _ Civil |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | Dated: Sept. 22, 1961 |
| | At San Diego, California |

PRESENT: Hon. _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM H. VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD, FRANZ SACHSE AND GEORGE STAHLMAN

Proceedings: FURTHER COURT TRIAL, AND FURTHER HEARING ON CLAIM OF U. S.
TO APPROPRIATE WATER.

    Attorney Veeder argues in support of claim of U. S.
    Attorney Girard, Sachse, and Stahlman each argue in opposition to claim.

    The court finds that right to appropriate water does not exist in that the contact between the older and younger alluvium constitutes the banks of the Santa Margarita River through the Marine corp base.
    IT IS ORDERED that cause is continued to Oct. 24, 1961, at 10 A.M. for further court trial. N

JOHN A. CHILDRESS, Clerk

By _____
       Deputy