LODGED

OCT 23 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                                    DEPUTY

#30

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )          CIVIL NO. 1247-SD-C
                                   )
                Plaintiff,         )          FINDINGS OF FACT,
                                   )          CONCLUSIONS OF LAW,
        v.                         )          AND
                                   )          JUDGMENT
FALLBROOK PUBLIC UTILITY DISTRICT, )          PROPOSED BY
ET AL.,                            )          THE UNITED STATES OF AMERICA
                                   )
                Defendants.        )

This Court on the basis of the evidence in the record, makes and enters the following Findings of Fact, Conclusions of Law and Judgment in this cause.

A map designated "Physical Features of the Santa Margarita River Watershed" is attached to the Judgment and made a part of it by reference. Reflected on that map, among other things, are the exterior boundary of the watershed in question, the Santa Margarita River, its principal tributaries, and the location of gaging stations maintained to measure the discharge of that stream.

In addition there are located on that map the principal geographical and geological features within the watershed, including but not limited to Temecula Gorge, Vail Dam and Reservoir, the boundaries of the principal ground-water basins and related phenomena.

There are also demarked on the map the exterior boundaries of the United States Naval Enclave, and within that Enclave the boundaries of

- 1 -

16020

Camp Pendleton, the Naval Ammunition Depot and the location of the United
States Naval Hospital.  Also delineated are the boundaries of Vail Company
Ranch.

By reason of the physical characteristics of the Santa Margarita
River stream system the watershed has been divided into three parts.  They are:

**Part No. I:**  The Santa Margarita River watershed above Temecula Gorge
and below Vail Dam which includes the drainage areas of
Warm Springs Creek, Santa Gertrudis Creek, Tucalota
Creek, Murrieta Creek and all tributaries of those
Creeks;

**Part No. II:**  The Santa Margarita River watershed below Temecula Gorge;

**Part No. III:**  The Santa Margarita River watershed above Vail Dam.

### Finding No. I

### DESCRIPTION OF SANTA MARGARITA RIVER SYSTEM

The Santa Margarita River is a non-navigable intermittent stream,
both as to time and place, having a drainage area of seven hundred and forty
(740) square miles, one hundred ninety-two (192) square miles of which are
situated in San Diego County, California, and five hundred forty-eight (548)
square miles of which are situated in Riverside County, California.  Throughout
its entire area the watershed of the Santa Margarita River is semiarid.

### Finding No. II

The Santa Margarita River is formed at the junction of its two
principal tributaries, Temecula Creek and Murrieta Creek.  That point of
confluence is located immediately east of Temecula Gorge in the Northeast
corner of Section twenty-four (24), Township eight (8) South, Range three (3)
West, S. B. M.  Shortly below that point of confluence the Santa Margarita
River enters Temecula Gorge leaving the Vail Company's property a short
distance below the mouth of the Gorge.  From the point last mentioned the
Santa Margarita River proceeds in a generally south and westerly direction
a distance of approximately nine (9) miles.  It enters the United States
Naval Enclave after leaving Temecula Gorge, proceeding in a generally

- 2 -

16021

westerly course across that Enclave for a distance of approximately twenty-one
(21) miles to the Pacific Ocean.

Finding No. III

Part No. I

. <u>Temecula Creek And Its Tributaries</u>

Total drainage area of the Santa Margarita River watershed above
Temecula Gorge is five hundred ninety-two (592) square miles.  That constitutes
exactly eighty percent (80%) of the areal extent of the entire watershed.

Finding No. IV

Temecula Creek rises on the eastern slope of the Coastal Range in San
Diego County, near the present site of the Palomar Observatory, from where it pro-
ceeds in a northerly and westerly direction a distance of approximately fourteen
(14) miles where it enters the Pauba Grant of Defendant Vail Company.  After enter-
ing the Pauba Grant, it flows northwesterly through a portion of the Grant known as
Nigger Valley for a distance of a little more than three (3) miles.  From there it
proceeds through Nigger Canyon for a distance of approximately two (2) miles.  After
leaving Nigger Canyon, Temecula Creek has its course across Pauba Grant for a dis-
tance of nearly eleven (11) miles where it leaves the Pauba Grant.  That stream then
enters the Little Temecula Grant of Defendant Vail Company, proceeding for one and
one-half (1 1/2) miles to the Temecula Grant owned by the defendant last named.
Temecula Creek then enters the Temecula Grant having its juncture with Pechanga
Creek, an intermittent stream which rises in Section twenty-five (25), Township
eight (8) South, Range two (2) West, S.B.M. and flows northwesterly across Wolf
Valley before entering Temecula Creek.  The last mentioned stream crosses the
Temecula Grant and has its confluence with Murrieta Creek, there forming the Santa
Margarita River as described above.

Finding No. V

Temecula Creek in the state of nature was an intermittent stream both as
to time and place.  In limited reaches of that stream there was historically
perennial flow.  However, throughout most of its length the stream flows only
during or immediately after heavy precipitation.

Finding No. VI

<u>Wilson Creek and Its Tributaries</u>

Wilson Creek which rises in Sections twenty-five (25), twenty-six (26),

- 3 -

thirty-five (35), and thirty-six (36), Township six (6) South, Range one (1)
West S.B.M., proceeds southwesterly, had its confluence with Temecula Creek a short
distance west of the eastern boundary of Vail Company's Pauba Grant.  Wilson
Creek presently flows into Vail Lake at elevation fourteen hundred fifty-seven
(1,457) feet above sea level.  A principal tributary of Wilson Creek is
Coahuila Creek which rises on the western slope of Thomas Mountain and proceeds
southwesterly to its confluence with Wilson Creek in the Southeast (SE) corner
of Section three (3),Township eight (8) South, Range two (2) East, S.B.M.

Finding No. VII

Temecula Creek Controlled by Vail Dam

Vail Company constructed a dam across Nigger Canyon, above referred
to, at a point in the Northwest Quarter (NW 1/4) of Section ten (10),
Township eight (8) South, Range one (1) West, S.B.M.  The dam was closed in
the year 1948.  Maximum capacity of the reservoir area behind Vail Dam is
forty-nine thousand three hundred seventy (49,370) acre-feet at spillway crest.
At no time since the closure of the Dam in 1948 has it approached the
capacity of the structure.

Finding No. VIII

The drainage area within the Santa Margarita River watershed
above Vail Dam is three hundred nineteen (319) square miles.  That area is
slightly more than half of the total drainage area within the Santa Margarita
River watershed above Temecula Gorge.

Finding No. IX

Flow of water in Temecula Creek below Vail Dam is controlled
entirely by that structure.  Water is released from Vail Lake down Temecula
Creek to a point approximately one (1) mile where it enters the system used
by Vail Company to irrigate its lands situated largely in Pauba Valley.

Finding No. X

Temecula Creek across Pauba Valley, due to Vail Dam and pumping
from the ground waters for purposes of irrigation, is completely dry for
several miles below the Dam.  Rising water in the bed of Temecula Creek
presently first occurs in Section fourteen (14), Township eight (8) South,

- 4 -

Range two (2) West, S.B.M.  However, the flow is intermittent down to the
Cantarini Pit Wells located in Section twenty (20), Township eight (8) South,
Range two (2) West, S.B.M., where due to pumping, the stream is completely dry
for all or most of the year.  Perennial flow of Temecula Creek commences at
a point approximately one (1) mile upstream from Temecula Gorge in the
Southeast Quarter (SE 1/4) of Section eighteen (18), Township eight (8) South,
Range two (2) West, S.B.M.  That point of rising water is not in the bed of
Temecula Creek but is a spring fed apparently by return flow from irrigation.
The water enters the channel of Temecula Creek a short distance below the
spring.

## Finding No. XI

### Murrieta Creek and Its Tributaries

Murrieta Creek rises in Section thirty-four (34), Township six (6)
South, Range four (4) West, S.B.M., Riverside County, California, and flows
in a generally south and easterly direction to its confluence with Temecula
Creek, all as described above.

## Finding No. XII

Murrieta Creek is an intermittent stream both as to time and
place for much of its course.  However, a short distance above the point
where that stream crosses into the Vail Company property there is perennial
flow.  That flow continues, though in small quantity, throughout the summer
months.  Source of that water in Murrieta Creek is presently during the summer
months from irrigation in the Santa Gertrudis Valley immediately north of the
point where it commences.

## Finding No. XIII

Murrieta Creek, except for the short reach of the stream immediately
above the Vail Company boundary, and that stream's confluence with Temecula
Creek, flows only during and immediately following heavy precipitation.  Sand
levees have been constructed along the banks of Murrieta Creek at a point
approximately two (2) miles, to approximately one-quarter (1/4) mile above
the Vail Company boundary line.  From the point where Murrieta Creek crosses
Vail Company boundary it is quite deeply incised.

- 5 -

16024

Finding No. XIV

Santa Gertrudis Creek

Santa Gertrudis Creek is a principal tributary of Murrieta Creek.
It rises on Vail Company land in Section thirty (30), Township seven (7) South,
Range one (1) West, S.B.M., and flows generally south and westerly a distance
of approximately ten (10) miles to its point of confluence with Murrieta Creek
in Section thirty-five (35), Township seven (7) South, Range two (2) West, S.B.M.

Finding No. XV

Santa Gertrudis Creek is an intermittent stream both as to time
and place flowing only during and immediately following heavy precipitation.

Finding No. XVI

Warm Springs Creek

Warm Springs Creek, a tributary of Murrieta Creek, rises in Sections
nine (9) and fifteen (15), Township six (6) South, Range one (1) West, S.B.M.,
and flows in a generally southwesterly direction through areas known as Diamond
and Domenigoni Valleys.  It leaves Domenigoni Valley at a point near the
Southeast (SE) corner of the Southwest Quarter (SW 1/4) of the Southwest
Quarter (SW 1/4) of Section nine (9), Township six (6) South, Range two (2)
West, S.B.M.  From that point Warm Springs Creek proceeds in a generally south
and westerly direction throughout a rather deeply incised valley to its
point of confluence with Murrieta Creek in Section twenty-four (24), Township
seven (7) South, Range three (3) West, S.B.M.

Finding No. XVII

Warm Springs Creek is an intermittent stream both as to time
and place flowing only during and immediately following heavy precipitation.

Finding No. XVIII

Diamond and Domenigoni Valleys in which Warm Springs Creek has
its source and through which it has its course, are alluvial filled ground-
water basins.  Warm Springs Creek is the chief source of recharge for those
basins.  At one time in geological history there was a surface connection
between Domenigoni Valley and the San Jacinto River watershed.  As a consequence
the alluvial fill of the valleys in question extends into Menifee Valley which

- 6 -

is part of the stream system last mentioned.  Ground waters from Domenigoni Valley may move out of the watershed of the Santa Margarita River and into that of the San Jacinto River.

### Finding No. XIX

The alluvial fill underlying Warm Springs Creek at the point where that stream leaves Domenigoni Valley in the Southwest (SW) corner of Section nine (9), Township six (6) South, Range two (2) West, S.B.M., is relatively shallow.  There basement complex is at an elevation of fourteen hundred (14,00) feet above sea level.  As a consequence for ground water to percolate from the Domenigoni Basin into the alluvium beneath Warm Springs Creek, the water table in that Basin must be at an elevation of fourteen hundred (1,400) feet or higher to pass over the granitic lip.  Due to the relatively low permeability of the alluvium underlying Warm Springs Creek the quantity of ground water which could percolate through it is small.  The evidence supports the conclusion that a larger quantity of ground water would percolate into Menifee Valley than would move down the alluvial fill beneath Warm Springs Creek.

### Finding No. XX

#### Tucalota Creek

Tucalota Creek rises in Section twenty-six (26), Township six (6) South, Range one (1) East, S.B.M.  From that point the course of the stream is generally south and westerly to its point of confluence with Santa Gertrudis Creek, a tributary of Murrieta Creek, in the Southwest Quarter (SW 1/4) of Section twenty-four (24), Township seven (7) South, Range Three (3) West, S.B.M.

### Finding No. XXI

Throughout its course Tucalota Creek is an intermittent stream, both as to time and place, flowing for most of its course only during and after periods of heavy precipitation and runoff.  The stream in question from its point of origin to its point of confluence, traverses several ground-water basins and constitutes the chief source of water for recharge for those basins.

### Finding No. XXII

The ground-water basins traversed by Tucalota Creek are as follows:

Weber Valley Basin;
Tucalota Basin;
Tucalota Valley Basin; and
Los Alamos Basin.

- 7 -

Finding No. XXIII

MURRIETA - TEMECULA BASIN

The Murrieta-Temecula Basin is bound to the west and south by the Santa Rosa Escarpment and a continuation of that Escarpment to the watershed line. It is likewise bound to the north and east by basement complex or by weathered basement complex; and to the east by the surface and ground-water divide which is located roughly at the eastern boundary of Sections eighteen (18) and nineteen (19), Township eight (8) South, Range one (1) West, S.B.M.; and by basement complex. The alluvial fill of the Basin extends into the Santa Ana River watershed north and west of the Town of Wildomar in Sections twenty-seven (27), twenty-eight (28), and thirty-three (33), all in Township six (6) South, Range four (4) West, S.B.M. The common watershed line between the Santa Margarita River system and the Santa Ana River constitutes the Basin boundary at that point. The entire Basin is underlain with basement complex which is virtually impervious.

Finding No. XXIV

The alluvial fill of the Murrieta-Temecula Basin is at great depths in the area immediately north and east for a distance of several miles from the above-mentioned Santa Rosa Escarpment.  Depth of the fill is demonstrated by the Naval Well drilled in Pauba Valley in Section seventeen (17), Township eight (8) South, Range two (2) West, S.B.M., which did not reach basement complex at two thousand four hundred (2,400) feet.  Proceeding northeast from a line generally running northwest and southeast from the above-mentioned Naval Well there is a gradual reduction in depth of the alluvium with it feathering out as it approaches the contact where there is the outcropping of basement complex and weathered basement complex.  It is impossible to establish a line of that contact with any degree of precision.  It is, however, generally located in Sections twenty-five (25), twenty-six (26), and thirty-six (36), Township six (6) South, Range four (4) West, S.B.M.; Sections thirty-one (31) and thirty-two (32), Township six (6) South, Range three (3) West; Sections two (2), three (3), four (4), five (5), eleven (11), thirteen (13), and fourteen (14), Township seven (7) South, Range three (3) West, S.B.M.;

- 8 -

Sections fourteen (14), fifteen (15), sixteen (16), seventeen (17), eighteen (18), twenty-three (23), and twenty-four (24), Township seven (7) South, Range two (2) West, S.B.M.; Sections nineteen (19), twenty-eight (28), twenty-nine (29), thirty (30), thirty-one (31), and thirty-two (32), Township seven (7) South, Range one (1) West, S.B.M.; and Section five (5), Township eight (8) South, Range one (1) West, S.B.M.

### Finding No. XXV

It is established by the evidence that, during a geological period when the precipitation in the watershed of the Santa Margarita River far exceeded that in recent geological times, the alluvial deposits of the Murrieta-Temecula Basin were laid down by stream action. Drainage, during that period, out of the Basin was northwest into the present stream system of the Santa Ana River. By the process of erosion the Santa Margarita River incised the present channel into the Murrieta-Temecula Basin, causing the drainage from that Basin to flow through Temecula Gorge and down its present course.

### Finding No. XXVI

Throughout the trial of this case reference has been made to two types of alluvium in the Murrieta-Temecula Basin. They are the "older" and "younger" deposits. The older alluvium was laid down in the earlier geological period when, as found above, the drainage from the Basin was into the present Santa Ana River system. The younger alluvium was deposited in more recent times. It is found primarily in Murrieta, Santa Gertrudis, Pauba and Wolf Valleys. Alluvial fans comprised of younger alluvium are present throughout the Murrieta-Temecula Basin where during recent geological times it has been eroded from the surrounding hills as distinguished from being transported by stream action.

### Finding No. XXVII

Both the older and younger alluvium have identically the same sources - the weathering of hills and mountains surrounding the watershed of the Santa Margarita River. They differ only in regard to the geological periods in which they were deposited. Accordingly, it is impossible accurately to distinguish between the older and younger alluvium. That fact prevails both in regard to surface contacts and in well logs.

- 9 -

Finding No. XXVIII

Generally the older alluvium is less permeable than the younger deposits. However, both deposits are lenticular in nature with varying degrees of permeability throughout. Evidence of that fact is successful wells which have been drilled in

(a) younger alluvium only;

(b) older alluvium only;

(c) wells started in younger alluvium but which derive

their supply of water from the older deposits.

Finding No. XXIX

All of the younger alluvium in the Murrieta-Temecula Basin is under-lain by older alluvium at relatively shallow depths. As a consequence, even though wells may be started in what is designated younger alluvium, they pierce the older alluvium and their source of water in all instances of deep wells is from the older alluvium.

Finding No. XXX

Though the alluvial deposits in the Murrieta-Temecula Basin are lenticular in nature, they are a continuous body. Ground waters in that alluvium throughout the entire Basin are hydrologically interconnected, constituting a single subterranean lake or reservoir.

Finding No. XXXI

Faults In Murrieta-Temecula Basin

In the Murrieta-Temecula Basin there are several fault zones. The most pronounced of them are the Wildomar and Elsinore Faults. The former is located to the north and east and well removed from the channel of Murrieta Creek. Course of the Wildomar Fault is marked by a series of springs. Those springs result from the fact that the permeability of the fault area is less than the alluvium which it traverses. As a consequence, the ground waters are forced to the surface upon encountering it. An artesian area created by the Fault also extends upgradient along its course. Ground waters in the Basin, however, percolate through, over and across the Fault. At most the Wildomar Fault is a semi-barrier to ground waters percolating in some

- 10 -

parts of the Basin.

The Elsinore Fault, less pronounced and well defined than the Wildomar Fault is found in places west of Murrieta Creek, taking its course south and easterly into the basement complex of the Santa Rosa Escarpment.

### Finding No. XXXII

Other fault areas are found in Wolf Valley in the southeastern portion of the Murrieta-Temecula Basin. The presence of these faults has the effect of reducing to some degree the progress of percolating ground waters in the Basin and may influence ground-water elevations in various parts of the Basin. They do not, however, result in any division of the Murrieta-Temecula Basin. Rather all of the waters in the Basin are hydrologically interconnected.

### Finding No. XXXIII

### MURRIETA-TEMECULA BASIN BOUNDARY

As the alluvial fill of the Murrieta-Temecula Basin feathers out when it approaches the outcropping of the basement complex, the productivity of the water-bearing strata is reduced. Result is that in those peripheral areas only shallow wells with small yields may be drilled. Those wells suffice in general only to meet domestic needs.

### Finding No. XXXIV

Realistically the alluvium and the water contained in the fringe areas of the Basin, referred to in the preceding finding, are not of great importance insofar as the overall yield of the Basin is concerned. Accordingly, this Court finds, and arbitrarily fixes, the exterior boundaries of the Basin by following for the most part the lines established by legal subdivisions in areas in which the water-bearing strata are of considerable depth and productivity. In a few instances the boundary has been designated by roads or physical locations easily determined. The description of the boundary is set forth in Exhibit A designated Exterior Boundary of Murrieta-Temecula Basin, and by reference made a part of this finding.

- 11 -

Finding No. XXXV

The Murrieta-Temecula Basin is approximately:

Nineteen (19) miles in length from the northwest to
the southeast;

Eight (8) miles at its greatest width from the
southwest to the northeast;

Areal extent of the Murrieta-Temecula Basin is 50,000 acres.

Finding No. XXXVI

Sources of Recharge and Course of Percolating Ground Water
In Murrieta-Temecula Basin In State Of Nature

Sources of the waters which enter the Murrieta-Temecula Basin are principally Temecula Creek, Santa Gertrudis Creek, Tucalota Creek, Warm Springs Creek and Murrieta Creek, which have been described above. Natural precipitation which falls upon the surface of the Basin likewise contributes to the ground waters which enter the Basin.

Finding No. XXXVII

In a state of nature ground waters throughout the Murrieta-Temecula Basin percolated slowly through the alluvium towards Temecula Gorge which is the outlet from that Basin to the Santa Margarita Coastal Basin. As that ground water approached the granitic lip over which it had to pass before entering Temecula Gorge it was forced to the surface.

Finding No. XXXVIII

Rate of percolation of the ground waters of the Murrieta-Temecula Basin in their convergence upon the Basin outlet was in no sense uniform. Progress and the immediate direction of those ground waters as they percolate through the interstices of clay, silt, sand, gravel, and other deposits are to a marked degree governed by permeability of those deposits. Their course, in a state of nature, however, by reason of the forces of gravity, was towards the granitic lip that constitutes the outlet of the Basin at Temecula Gorge.

Finding No. XXXIX

The percolating waters of the Murrieta-Temecula Basin constitute a vast underground lake or reservoir, being a primary source of supply for the Santa Margarita River. They are not waters flowing in a well defined and known channel or channels.

- 12 -

Finding No. XL

MURRIETA-TEMECULA BASIN IN PRESENT STATE OF DEVELOPMENT

Total and Complete Control
And Use By Vail Company
Of Temecula Creek

Drastic and far-reaching changes have transpired in the Murrieta-
Temecula Basin.  A combination of factors has contributed to those changes.
They are:

    (a)  Activities of man in the accelerated development and

          utilization of the Basin's water resources, both

          surface and subterranean;

    (b)  The last fifteen years during which there appears

          to be a marked reduction in natural precipitation

          throughout Southern California including the Santa

          Margarita River watershed.  Whether this dry period

          is abnormal or whether it merely manifests a part of a

          long range cycle dating back far beyond recorded

          history in the area is not known.

Finding No. XLI

Complete control of the runoff of  Temecula Creek at Nigger Canyon
has been exercised by Vail Company since the closure of that Company's dam in
1948.  Moreover, conjunctive use by that Company of its dam and its pumping
of the ground waters from the Murrieta-Temecula Basin results in the complete
control of the flow of Temecula Creek by that Company during the period of
the irrigation season which is generally from the first of March through
October.  Winter runoff of Temecula Creek is largely ground water which drains
into the bed of the stream after the close of the irrigation season.

Finding No. XLII

Flow of water in Temecula Creek below Vail Dam is controlled and
regulated by releases through the Dam.  Waters thus released through the Dam
enter the irrigation system operated and maintained by Defendant Vail Company.
Some of the impounded Temecula Creek waters are released directly into the
highly porous material at the mouth of Nigger Canyon, to be subsequently pumped
from the Basin by Vail Company.

- 13 -

16032

Finding No. XLIII

Vail Company uses far in excess of the yield of Temecula Creek. There follows an analysis of those uses related to yield of Temecula Creek at Vail Dam.

(a)  Vail Company during the period 1953-1960 has on the average used */ approximately the equivalent of the average runoff of Temecula Creek at Vail Dam **/ for the period of record 1923-1948                                          10,500 a.f. ann.

(b)  Vail Company during the period 1949-1960 has actually used a total of                                          96,112 a.f. more than twice the total of the runoff of Temecula Creek at Vail Dam.                                          44,144 a.f.

(c)  Vail Company during the period 1953-1960 has actually used */                                          81,233 a.f. which is more than three times the actual runoff of Temecula Creek at Vail Dam during that period                                          24,713 a.f.

(d)  Vail Company during the period 1953-1960 on the average each year used */                                          10,154 a.f. ann. which is more than three times the average annual runoff of Temecula Creek at Vail Dam for that period                                          3,089 a.f. ann.

(e)  Vail Company during the period 1948-1960 on the average each year used */                                          8,009 a.f. ann. or more than twice the average annual runoff of Temecula Creek at Vail Dam for that period                                          3,698 a.f. ann.

Finding No. XLIV

DEVELOPMENT AND USE OF WATERS FROM MURRIETA-TEMECULA
BASIN IN ADDITION TO THOSE OF VAIL COMPANY

Extensive use of the waters of the Murrieta-Temecula Basin has been and is now taking place north and west of the Vail Company boundary.  That development has been steadily increasing during recent years.

---

*/  Pumpage plus actual increase on the average each year in evaporation from Vail Reservoir determined to be 800 acre-feet based upon USGS records and Vail Company's Exhibit AU.

**/  Water use 1959 and 1960 has been calculated to be the same as 1958, the last year shown on Vail Company's Exhibit N.

- 14 -

Finding No. XLV

Immediately north and west of Vail Company's boundary in Santa Gertrudis Valley numerous large wells have been drilled and the waters used for irrigation and domestic purposes. A substantial quantity of that pumped water is used upon Vail Company's lands (on a tract alluded to in this litigation as the "Piece By Jack's.")

Finding No. XLVI

Scattered throughout the Murrieta-Temecula Basin are numerous wells used for irrigation and domestic purposes. However, the largest concentration of them is to be found both northwest and southeast of the Town of Murrieta, and west of the Wildomar Fault.

Finding No. XLVII

Drastic effects upon the level of the ground-water table and the movement of the percolating waters of the Murrieta-Temecula Basin have ensued by reason of the heavy pumping north and west of the Vail Company boundary line. A large pumping hole resulting from ground-water extraction was found to exist in the fall of 1959 in Sections twenty-seven (27), thirty-four (34), and thirty-five (35), Township seven (7) South, Range three (3) West, S.B.M. Similar pumping holes in the fall of 1959 were found to exist in the Santa Gertrudis Valley and north and west from that Valley. Smaller pumping holes were found at that time in various parts of the Murrieta-Temecula Basin.

Finding No. XLVIII

Attendant upon the presence of the pumping holes found in the Murrieta-Temecula Basin and the general decline of the elevation of the water table, there was in that Basin in the fall of 1959 a ground-water divide intersecting the Murrieta-Temecula Basin from southwest to northeast crossing Murrieta Valley slightly northwest of Vail Company's boundary. Another ground-water divide commenced at a point in the Southeast Quarter (SE 1/4) of Section thirty-five (35), across the North Half (N 1/2) of Section thirty-six (36), all in Township seven (7) South, Range three (3) West, S.B.M.; across the North Half (N 1/2) of Section thirty-one (31), the Northwest (NW) corner of Section thirty (30), the South Half (S 1/2) of Section twenty-nine (29), diagonally

- 15 -

1    across Sections twenty-eight (28) and twenty-two (22), all in Township seven (7)

2    South, Range three (3) West, S.B.M.

3                            Finding No. XLIX

4         The pumping holes to which reference has been made in the findings

5    which precede and the ground-water divides disclose that the pumping for

6    irrigation and domestic purposes of ground waters in the Murrieta-Temecula

7    Basin exceeded by far the rate of recharge. Since the fall of 1959 through

8    September of 1961 there has been the most severe drought in the recorded

9    history of Southern California. There is no evidence, moreover, of a

10   diminution of pumping from the Murrieta-Temecula Basin. As a consequence

11   the water table conditions in the Murrieta-Temecula Basin which have been

12   found above have become more acute.

13                            Finding No. L

14   Reverse Gradient Away From Temecula
     Gorge In Murrieta-Temecula Basin North
15   and West of Vail Company Boundary Line

16        A reverse gradient in that portion of the Murrieta-Temecula Basin

17   north and west of Vail Company's boundary has been created by the pumping of

18   ground waters in that area, of the Basin in excess of recharge to it. As a

19   consequence the percolating ground waters in the Murrieta-Temecula Basin

20   which in a state of nature move southeasterly to Temecula Gorge, the Basin's

21   outlet, now move northwesterly to recharge areas dewatered by pumping. These

22   areas into which the percolating waters are moving against the natural gradient

23   have been described as pumping holes and general ground water decline in all

24   earlier findings.

25                            Finding No. LI

26        Effect of the reverse gradient and the reversal of the movement

27   of the percolating waters in the Murrieta-Temecula Basin has been to reduce

28   the quantity of water which would otherwise have entered the Santa Margarita

29   River immediately above Temecula Gorge.

30                            Finding No. LII

31        Southeast of the general area of the ground-water divide as located

32   in 1959, the percolating ground waters continue to proceed in their course

                                - 16 -

towards Temecula Gorge, the natural outlet of the Murrieta-Temecula Basin.

### Finding No. LIII

Threat To Santa Margarita River By
Reason of Lowering of Ground-water
Table in Murrieta-Temecula Basin

Elevation of the bed of Temecula Gorge at the point where the
Santa Margarita River leaves the Murrieta-Temecula Basin is approximately nine
hundred fifty-seven (957) feet above sea level. Basement complex or a thin
veneer of alluvium constitutes the bed of the Santa Margarita River throughout
the Gorge. There is thus created a granitic lip over whichmust flow all of
the waters of that stream which leave the Murrieta-Temecula Basin. The
granitic lip is an impervious barrier which brings to the surface the ground
waters of the Murrieta-Temecula Basin immediately above the Gorge, which waters
then flow as the surface stream of the Santa Margarita River. Reduction of
the water table of the Murrieta-Temecula Basin to a point where water no longer
is forced to the surface results in drying up the Santa Margarita River except
during periods immediately following high intensity precipitation.

### Finding No. LIV

During the irrigation season of 1961 the elevation of the ground-
water table had been reduced to the point that Vail Company was forced to
pump water from wells to maintain a required flow through Temecula Gorge
of three (3) c.f.s.

### Finding No. LV

PRESENT STATE OF DEVELOPMENT IN DIAMOND AND DOMENIGONI
BASINS, BASINS AND DRAINAGE AREAS OF TUCALOTA CREEK
AND OTHER SOURCES OF WATER FOR MURRIETA-TEMECULA BASIN

Surface water in the peripheral streams which contributes to
Murrieta-Temecula Basin is available only during the winter months when the
demands are minimal. As a consequence the riparian rights on these peripheral
streams together with those on Murrieta and Temecula Creeks are illusory.
That winter runoff is nevertheless essential to recharge the depleted ground-
water basins which are the prime sources of water for irrigation and domestic
uses. Reduction in the discharge of the peripheral streams therefore reduces

- 17 -

the amount of recharge entering the Murrieta-Temecula Basin.

### Finding No. LVI

The surface water development on the peripheral streams supplying the Murrieta-Temecula Basin are to be found only along Tucalota Creek. There is no evidence that those structures are utilized other than in accord with proper riparian uses. Thus there is no basis for conclusions of law that prescriptive or appropriative rights have become invested by users in that stream.

### Finding No. LVII

Pumping in Diamond and Domenigoni Basins has exceeded recharge to the point where the ground-water table is reduced well below the 1400 foot elevation above sea level at which ground waters could pass over the granitic lip and down the alluvial fill constituting the bed of Warm Springs Creek. Pumping has likewise reduced the ground-water levels in the basins found to exist throughout the drainage area of Tucalota Creek.

### Finding No. LVIII

Measurements of discharge have not been maintained along any of the peripheral streams above mentioned either at the points where they enter or leave the Basins upstream from the Murrieta-Temecula Basin. It follows as a consequence that there can be no finding as to the amount of water from those sources which would have been available to recharge the Basin last mentioned. It is found, however, that the reduction in the level of the water table in the upstream Basins has reduced the surface flow of the mentioned peripheral streams and has been a factor in the general decline of the water table in the Murrieta-Temecula Basin with the result that there has been a reduction in the surface flow of the Santa Margarita River. Exact records are, of course, available, as found above, in regard to Vail Company's use as it is related to discharge from Temecula Creek.

- 18 -

16037