UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              ) No. 1247-SD-C ____ Civil
                                    )
vs.                                 ) MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              ) Dated: Oct. 24, 1961
                                    ) At San Diego, California
                                    )

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY _____ Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, ~~FRED GIRARD~~


Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.

   IT IS ORDERED cause is continued to October 25, 1961, at
10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

By _____ Deputy