CARTER
10-25-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C ____ Civil
vs. ) MINUTES OF THE COURT
FALLBROOK, etc., et al ) Dated: Oct. 25, 1961
) At San Diego, California
)

PRESENT: Hon. _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge

Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ Reporter: _ _ JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: FRANZ SACHSE, FRED GIRARD, GEORGE STAHLMAN


Proceedings: FURTHER COURT TRIAL

    COURT AND COUNSEL discuss various findings, etc.
    Vail Ex. BL is received in evidence.
    IT IS ORDERED cause is continued to Oct. 26, 1961, at 10 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk

By_____
              Deputy