10-26-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
)
vs. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated:  Oct. 26, 1961
)
) At San Diego, California
)

PRESENT: Hon.   JAMES M. CARTER        District Judge

Deputy Clerk: WILLIAM W. LUDDY      Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

    At 10:25 A.M. reconvene.
    Court and counsel discuss various findings.
    Vail Ex. No. BM is received in evidence.
    IT IS ORDERED cause is continued to October 27, 1961, at 10 A.M
for further court trial.

JOHN A. CHILDRESS, Clerk

By _____
           Deputy