10-27-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              )   No. _ _ 1247-SD-C _ _ _ Civil
                                    )
vs.                                 )   MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              )   Dated: _ _Oct. 27, 1961_ _ _
                                    )
                                    )   At San Diego, California
                                    )

PRESENT: Hon._ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge

   Deputy Clerk:WILLIAM W. LUDDY_ _ _ _ _ Reporter:_ _ _JOHN SWADER_ _ _

   Counsel for Plaintiff:_ _ _WILLIAM VEEDER AND DONALD REDD_ _ _ _


   Counsel for Defendant:_ _FRANZ SACHSE, AND FRED GIRARD._ _ _ _ _


Proceedings:   FURTHER COURT TRIAL

      COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
      IT IS ORDERED cause is continued to Oct. 31, 1961, at 10 A.M
for further court trial.


                                          JOHN A. CHILDRESS, Clerk

                                          By _ _ _ _ _ _ _ _ _ _ _ _
                                                   Deputy          6767