UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C ____ Civil
)
vs. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated Oct. 31, 1961
) At San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY         Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various findings.

IT IS ORDERED cause is continued to Dec. 5, 1961, at 10 A.M for further court trial.

JOHN A. CHILDRESS, Clerk
By _____ Deputy