11/17/61

1

2 **LODGED**

3 NOV 2 1 1961

4
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
5
BY _____ DEPUTY

6

7 IN THE UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 SOUTHERN DIVISION

10

11

12 UNITED STATES OF AMERICA,

13                     Plaintiff,          No. 1247-SD-C

14        vs.                              PROPOSED FINDINGS OF FACT,
                                           CONCLUSIONS OF LAW AND
15 FALLBROOK PUBLIC UTILITY                INTERLOCUTORY JUDGMENT NO. 37
   DISTRICT, et al.,                       PERTAINING TO CAMP JOSEPH H.
16                                         PENDLETON (INCLUDING U. S.
                     Defendants.           NAVAL HOSPITAL) AND U. S.
17                                         NAVAL AMMUNITION DEPOT.

18

19                    FINDINGS OF FACT

20                         I

21        Camp Joseph H. Pendleton is a military establishment

22 of the United States of America.  It is located upon approximately

23 135,000 acres of land both within and without the Santa Margarita

24 River watershed in the Counties of San Diego and Orange, State of

25 California.  Located within Camp Joseph H. Pendleton and within

26 the Santa Margarita River watershed is the United States Naval

27 Hospital.  The United States Naval Ammunition Depot is located

28 both within and without the Santa Margarita River watershed in

29 San Diego County and is located within or near the City of Fall-

30 brook.  The sites for these military installations were acquired

31 either by condemnation or purchase in the years 1941, 1942 and

16056

1 1943.  The site of the U. S. Naval Ammunition Depot consists of

2 approximately _____ acres of which approximately_____ acres are

3 within the Santa Margarita River watershed; there are approxi-

4 mately_____acres of Camp Joseph H. Pendleton within the Santa

5 Margarita River watershed.  All of the lands of Camp Joseph H.

6 Pendleton and all of the lands of the U. S. Naval Ammunition Depot

7 were originally in private ownership at the time when said lands

8 were within the sovereign territory of the Republic of Mexico;

9 following the ratification of the Treaty of Guadalupe Hidalgo

10 and pursuant to the provisions of said treaty and subsequent

11 enactments by the Congress of the United States said private

12 ownerships of said lands were confirmed and at all times there-

13 after and until the acquisition of said lands by the United

14 States of America as set forth hereinabove said lands have been

15 in private ownership.

16                                    II

17          That said military establishments or installations are

18 vital to the National Defense and the United States of America

19 has expended many millions of dollars in developing said mili-

20 tary establishments for defense purposes.

21                                   III

22          That it is the basic function of Camp Joseph H. Pendle-

23 ton to provide housing and training facilities for units of the

24 Armed Forces; to conduct training of units of the Armed Forces

25 in amphibious warfare and experimental work with landing craft,

26 landing vehicles, tracked and affiliated equipment of the

27 various units of the U. S. Marine Corps, including air-ground

28 support coordination, and use of artillery, tanks and other

29 equipment used in the conduct of modern amphibious and land

30 warfare.  In addition to the aforementioned activities, it is

31 the function of Camp Joseph H. Pendleton to provide logistic

2

1 support for units of the U. S. Marine Corps together with

2 military maintenance and storage facilities for supplies and

3 equipment and to house and train replacements for subsequent

4 assignment to various operative units of the U. S. Marine

5 Corps.

6     The U. S. Naval Hospital, with a capacity of approxi-

7 mately 1550 beds, established at Camp Joseph H. Pendleton,

8 provides medical and hospital services to personnel of the

9 Armed Forces, their dependents and other authorized personnel

10 stationed at approximately 83 Naval shore activities located

11 in the Southern California area and provides medical and

12 hospital care to personnel of units of the United States Fleet.

13     The United States Naval Ammunition Depot, Fallbrook,

14 California, provides facilities for the storage, segregation,

15 reconditioning and issuing of ammunition for operating units

16 of the United States Fleet and the U. S. Marine Corps and main-

17 tains ammunition stocks for shore establishments of the United

18 States Navy located in the Southern California area. In addi-

19 tion, the Naval Ammunition Depot stores and ships ammunition

20 for use by combat elements of the U. S. Navy and the U. S.

21 Marine Corps.

22                 IV

23     That as found hereinabove, the lands comprising

24 Camp Joseph H. Pendleton and the U. S. Naval Ammunition Depot

25 were acquired by condemnation or purchase; that attached hereto

26 marked Exhibits A through ___ are descriptions of each smallest

27 tract of land held under one chain of title, said land being

28 within the watershed of the Santa Margarita River and a part

29 of Camp Joseph H. Pendleton; that attached hereto marked

30 Exhibit ___ is a description of the land within the Santa

31 Margarita River watershed comprising the U. S. Naval Ammunition

3

1 Depot; that on each of said exhibits the date and method of

2 acquisition is set forth thereon.

3                    V

4       That the United States of America at all times since

5 acquiring said lands has had the right of possession and control

6 of said lands described in Exhibits A through ___ with an

7 absolute privilege to use the waters of the Santa Margarita

8 River which reach said lands without objection from any de-

9 fendant in this case; that the United States of America, by

10 bringing this action, has submitted to the jurisdiction of this

11 Court and to the continuing jurisdiction of this Court in this

12 cause and all uses of the waters of the Santa Margarita River

13 and its tributaries and all uses of waters which add to and

14 support the Santa Margarita River and its tributaries by the

15 United States of America and all defendants in this case and by

16 their successors and assigns shall be and are subject to the

17 continuing jurisdiction of this Court.

18                   VI

19       That pursuant to stipulation, the United States of

20 America has agreed that in this action it claims only such rights

21 to the use of the waters of the Santa Margarita River as it

22 acquired through condemnation or purchase of the lands described

23 in Exhibits A through ___ together with such rights, if any,

24 to the use of water which it may have acquired by prescription

25 or use or both since its acquisition of said lands; that the

26 United States of America by said stipulation has expressly

27 stated that its rights are to be determined by California law

28 and that it claims no rights to the use of the waters of the

29 Santa Margarita River by reason of its sovereign status; that

30 at all times herein, said stipulation has been in full force

31 and effect.

VII

1

2          That the Santa Margarita River enters the lands of

3    the United States in the SW$\frac{1}{4}$ of Section 12, Township 9 South,

4    Range 4 West, S.B.B.M. and traverses these lands in a general

5    east to west direction for approximately twenty-one (21) miles

6    wherein it terminates as it enters the Pacific Ocean; that

7    there are no other water users or water right claimants or

8    landowners on said River downstream from said place where

9    said Santa Margarita River enters the lands of the United

10   States of America.

VIII

11

12         That at that point as found hereinabove in

13   Finding VII where said Santa Margarita River enters the

14   lands of the United States of America, and throughout its

15   course to the Pacific Ocean under natural conditions, i. e.

16   in a state of nature, said River flowed on the surface or

17   almost immediately thereunder; that the evidence in this case

18   shows that under natural conditions, i.e., in a state of

19   nature, there existed generally either surface streams or

20   pools of water from that point to the Pacific Ocean; that

21   said surface waters were available to and used by cattle;

22   that even in those areas where there was no visible surface

23   flow or pools, the waters of said River were almost at the

24   surface and in many areas the ground was saturated as evi-

25   denced by marshes and phreatophytes of a type which would

26   exist only where the waters within the ground were at or near

27   the surface.

IX

28

29         That at the present time the surface flow of Santa

30   Margarita River over the lands of the United States of America,

31   except during periods of precipitation and substantial runoff,

5

16060

1 exists as a perennial stream to a point in Section 5, Town-
2 ship 10 South, Range 4 West, S.B.B.M., at which point it dis-
3 appears into the younger alluvial deposits or is diverted into
4 Lake O'Neil as more fully described in the findings attached to
5 Interlocutory Judgment No. 24 which findings and interlocutory
6 judgment are incorporated herein by reference.  That downstream
7 from that point during periods other than periods of precipita-
8 tion and runoff the Santa Margarita River flows on the surface,
9 disappears underground, reappears as surface flow for a short
10 distance, and then disappears into the ground as it flows toward
11 the Pacific Ocean.

12                                  X

13         That commencing at a point just upstream from the
14 confluence of DeLuz Creek with the Santa Margarita River and
15 continuing downstream to the confluence of said River with the
16 Pacific Ocean, there are substantial younger alluvial deposits;
17 that said younger alluvial deposits are depicted on U. S. Ex-
18 hibit 37 which exhibit is herein incorporated and made a part
19 of these findings by reference; that said younger alluvial de-
20 posits were laid down by the Santa Margarita River and deposi-
21 tion of material eroded from the adjacent hills; that these
22 younger alluvial deposits are composed of sedimentary materials
23 and have a relatively high water-bearing capacity and per-
24 meability.

25                                  XI

26         That the younger alluvial deposits as found in
27 Finding X above, rest upon and are confined laterally by de-
28 posits of consolidated rocks; that these deposits of conso-
29 lidated rocks are essentially non-water bearing and are composed
30 of considerably more compacted materials than the younger allu-
31 vial deposits; that as a result thereof, except for extremely

                                  6

1 limited amounts of ground waters which do percolate into the

2 deposits of consolidated rocks, ground waters which are within

3 the younger alluvial deposits do not move laterally or verti-

4 cally into said consolidated rocks, but do in fact move

5 through the younger alluvial deposits in the identical direc-

6 tion as the surface flow of Santa Margarita River or rise to

7 the surface and flow as surface flow westerly toward the

8 confluence of that River with the Pacific Ocean; that in the

9 most westerly or downstream portion of the younger alluvial

10 deposits and below the Ysidaro Narrows which is located in

11 Section 10, Township 11 South, Range 5 West, S.B.B.M., there

12 are, within said younger alluvial deposits, deposits of fossil

13 shells which were laid down by marine action; that while said

14 fossil shell deposits are generally less permeable than the

15 younger alluvial deposits they do not act as a barrier to the

16 movement of ground waters within the younger alluvial deposits

17 and said ground waters move through, over, or around said fossil

18 shell deposits within said younger alluvial deposits toward the

19 Pacific Ocean.

20                                XII

21          That the location of the surface flow of the Santa

22 Margarita River is upon the younger alluvial deposits referred

23 to hereinabove; that the area of surface flow thereon will

24 fluctuate considerably and it is not uncommon for the surface

25 flow to shift its position upon the younger alluvial deposits

26 from year to year or within each year during periods of sub-

27 stantial surface flow.

28                               XIII

29          That as found hereinabove, the points where the waters

30 rise to the surface and flow as surface stream over the younger

31 alluvial deposits may vary considerably; that said variance in

                               7

                                              16062

---

21 that the most recent evidence in this case shows that in 19___

1 points of rising surface flow results to a substantial degree

2 from pumping of the waters contained in the younger alluvial

3 deposits by the United States of America.

4                        XIV

5        That in a state of nature the ground waters which are

6 contained within the younger alluvial deposits as found herein-

7 above have as their principal source the surface waters of the

8 Santa Margarita River and its tributaries, and are in fact re-

9 charged primarily from said surface waters from said River and

10 its tributaries; that it is true that under present conditions

11 the United States of America through proper water conservation

12 practicies has contributed and is contributing to the recharge of

13 said ground waters; that said proper and efficient water conser-

14 vation practices consist in part of the return to the Santa Mar-

15 garita River of a portion of the waters previously diverted and

16 used within its watershed and to a substantial degree the return

17 to said River of waters previously diverted and exported outside

18 of said watershed by the discharge of waste effluents over and

19 upon said younger alluvial deposits; that those points where said

20 waste effluents are discharged into said River are in Sections_____;

21 that the most recent evidence in this case shows that in 19___

22 the United States of America returned to the Santa Margarita

23 River approximately___acre feet of water previously diverted

24 therefrom by the discharge of waste effluents over and upon said

25 younger alluvial deposits; that of this amount ___acre feet repre-

26 sented return to the River/waters previously diverted and exported
                      of

27 from said watershed; that said ___acre feet of water represents

28 approximately __ per cent of the waters exported from said water-

29 shed in 19__ by the United States of America; that in addition

30 to the return of waste effluents by direct discharge over and upon

31 the younger alluvial deposits the United States of America has,

32 in the operation of Lake O'Neil, released water over and upon the

16063

1  younger alluvial deposits with the result that said waters

2  enter said deposits and recharge the ground waters contained

3  therein.

4                      XV

5      That during the times when there is a surface flow of

6  the Santa Margarita River throughout its course as it traverses

7  over the younger alluvial deposits the ground waters therein

8  are in direct physical contact with said surface flow; that

9  during such times when there is no surface flow but only sur-

10  face flow at those points where the waters rise to the surface,

11  then disappear and rise again, said surface waters are in fact

12  the ground waters which were within the younger alluvial de-

13  posits; that as found hereinabove the ground waters within

14  the younger alluvial deposits move in the identical direction

15  of the surface flow when in fact it does physically flow.

16                     XVI

17      That the deposits of consolidated rocks on each side

18  of the younger alluvial deposits and upon which said younger

19  alluvial deposits rest do in fact impede the ground waters

20  from moving out of the younger alluvial deposits and into the

21  consolidated rocks and do in fact act in the same manner as a

22  substantial impermeable bed and bank of a surface stream

23  channel; that the ground waters within the younger alluvial

24  deposits as found herein are in fact in a known and definite

25  channel, to wit, the younger alluvial deposits, do in fact

26  move in the same direction as the surface flow, are in fact

27  in direct contact with the surface flow when it does flow,

28  and do constitute that water which rises to the surface and

29  then disappears during periods other than periods of con-

30  siderable precipitation, and said ground waters and said

31  surface flow of the Santa Margarita River are in fact one

16064

27                   XIX

28      That the ground water contours within said younger al-

1   stream herein referred to as the Santa Margarita River.

2                         XVII

3       That the vertical depth of the younger alluvial de-

4 posits are depicted on U. S. Exhibit 39 which exhibit is in-

5 corporated herein by reference; that the greatest known

6 depth of said younger alluvial deposits is in the vicinity

7 of wells 11/5 10B1 and 11/5 2N4 as said wells are delineated

8 on U. S. Exhibit 38 incorporated herein by reference; that

9 although the contact line on the surface between the younger

10 alluvial deposits and the deposits of consolidated rock has

11 not been determined with absolute exactness, the determination

12 of said contact line was sufficient for the United States of

13 America to prepare maps and exhibits showing said contact line

14 (including U. S. Exhibit 37) and said contact line as established

15 by said maps and exhibits prepared by the United States of

16 America has been accepted by this Court as being the contact

17 line between younger alluvial deposits and/<sub>deposits of</sub>consolidated rock

18 on ground surface.

19                        XVIII

20       That it is true that all presently producing wells which

21 are drilled into the younger alluvial deposits, as said deposits

22 are depicted on U. S. Exhibit 37, do not extend into the con-

23 solidated rocks which lie beneath the younger alluvial deposits,

24 but that all of such wells are drilled into and their depth is

25 within said younger alluvial deposits, and that all of such wells

26 pump waters of the Santa Margarita River.

27                        XIX

28       That the ground water contours within said younger al-

29 luvial deposits are depicted on U. S. Exhibit 45 incorporated

30 herein by reference; that said exhibit shows in essence that the

31 ground water levels within said area of younger alluvial deposits

10

16065

1   do not stand at or about the same levels, but do in fact stand
2   at or about 135 feet above mean sea level at the point of con-
3   fluence of DeLuz Creek with the Santa Margarita River, and thence
4   follow an approximately even downward gradient for the entire
5   length of said younger alluvial deposits to an elevation of
6   approximately five (5) feet above mean sea level at that point
7   where the Santa Margarita River discharges into the Pacific
8   Ocean.

9                              XX

10          That the lands described in Exhibits _____through _____
11   are riparian to the Santa Margarita River, said lands being held
12   under one chain of title a part of which abut upon or are
13   traversed by the Santa Margarita River.

14                             XXI

15          That since the acquisition by the United States of
16   America of the lands described in Exhibits ____through____all of
17   the water supply for said military installations has been ob-
18   tained from the flow of that River; that said uses of water have
19   been for both military and agricultural purposes within the
20   Santa Margarita River watershed; that in addition to the use of
21   the waters of the Santa Margarita River within its watershed,
22   the United States of America has exported large quantities of
23   water from said River for both military and agricultural pur-
24   poses to areas situated outside of the watershed; that commencing
25   with the water year 1944 the United States of America has an-
26   nually used waters of the Santa Margarita River for military and
27   agricultural purposes within and without the Santa Margarita
28   River watershed in the following amounts:

29                         - - - - - -

30                         - - - - - -

31                         - - - - - -

                              11

| WATER YEAR | USE WITHIN WATERSHED | | | USE WITHOUT WATERSHED | | |
|---|---|---|---|---|---|---|
| | MILITARY | AGRICULTURAL | TOTAL | MILITARY | AGRICULTURAL | TOTAL |
| 1944 | 1840 | 730 | 2570 | 1780 | 1150 | 2930 |
| 1945 | 2040 | 610 | 2650 | 1940 | 950 | 2890 |
| 1946 | 1800 | 920 | 2720 | 1730 | 1440 | 3170 |
| 1947 | 1550 | 840 | 2390 | 1690 | 1310 | 3000 |
| 1948 | 2030 | 1090 | 3120 | 1790 | 1710 | 3500 |
| 1949 | 2150 | 880 | 3020 | 2060 | 1370 | 3430 |
| 1950 | 1880 | 890 | 2770 | 2060 | 1380 | 3440 |
| 1951 | 1830 | 630 | 2460 | 1990 | 990 | 2980 |
| 1952 | 2100 | 560 | 2660 | 2280 | 870 | 3150 |
| 1953 | 2440 | 680 | 3120 | 2660 | 1070 | 3730 |
| 1954 | 2170 | 740 | 2910 | 2030 | 1150 | 3180 |
| 1955 | 2390 | 740 | 3130 | 2340 | 1160 | 3500 |
| 1956 | 2660 | 680 | 3340 | 2410 | 1070 | 3480 |
| 1957 | 2430 | 600 | 3030 | 2470 | 940 | 3410 |
| 1958 | 2460 | 460 | 2920 | 2390 | 730 | 3120 |
| 1959 | 2510 | 670 | 3180 | 2850 | 1060 | 3910 |
| 1960 | 2040 | 430 | 2670 | 2600 | 680 | 3280 |

XXII

That such uses of the/ waters of Santa Margarita River outside the River watershed as found in Finding XXI have not been adverse or hostile to any defendant in this cause, nor has such use of said Santa Margarita River outside of said watershed been made under any appropriative right as recognized by the laws of the State of California, but said uses of said Santa Margarita River water outside of said watershed by the United States of America have been and are being made by the United States of America under no water right recognized or provided by the statutes and laws of the State of California.

XXIII

That all uses by the United States of America of the waters of the Santa Margarita River within its watershed and outside its watershed have been reasonable and beneficial as to character of use.

XXIV

That the ground waters contained in the younger alluvial deposits below the Ysidaro Narrows are presently and have

12

1   for many years been, as a result of salt water intrusion,

2   brackish and unfit for agricultural or domestic use; that

3   none of said waters have been used in recent times; that said

4   salt water intrusion has not been caused by any act of any

5   defendant in this cause and there is no practical method whereby

6   said salt water intrusion in said area can be corrected so as

7   to permit the beneficial use of the waters contained in said

8   younger alluvial deposits below said Ysidaro Narrows for

9   agricultural or domestic use.

10                                XXV

11          That during certain years prior to 1956 there existed

12   a condition of salt water intrusion from the Pacific Ocean into

13   the lower segments of the younger alluvial deposits above the

14   Ysidaro Narrows; that said salt water intrusion did in fact

15   result in the waters of certain wells which were located in

16   said younger alluvial deposits being temporarily unfit for

17   domestic or agricultural purposes; it is not true that said

18   salt water intrusion was the result of any unlawful or wrongful

19   act by any defendant in this case, but on the contrary such

20   salt water intrusion resulted from the existence of a dry cycle

21   and consequent reduced runoff from the Santa Margarita River

22   during which period the United States of America pumped sub-

23   stantial quantities of the waters of said River contained in

24   said lower segment of the younger alluvial deposits above the

25   Ysidaro Narrows for use outside of the watershed of that River;

26   that as a result of that reduced runoff and pumping, the water

27   table in said lower segment of the younger alluvial deposits

28   dropped to a point below sea level and said salt water in-

29   trusion occurred.

30                        - - - -

31                        - - - -

16068

1                            XXVI
2          That subsequent to 1956 the United States of America
3    reduced its pumping from said lower segment of the younger allu-
4    vial deposits above the Ysidaro Narrows and simultaneously com-
5    menced a program of ground water recharge of said deposits; that
6    said ground water recharge program consisted of spreading
7    effluent over said deposits by means of the construction and
8    operation of spreading works in combination with an extensive
9    program of eradication of phreatophytes and other water-consuming
10   native vegetation; that substantial amounts of the sewage effluent
11   used to recharge said area was effluent from waters of the Santa
12   Margarita  River which had been diverted outside of its watershed
13   as found hereinabove; as a result of said water conservation
14   policies salt water intrusion into the lower segment of the
15   younger alluvial deposits above Ysidaro Narrows has ceased and
16   for approximately five (5) years there has been no salt water
17   intrusion above said Ysidaro Narrows; that the United States of
18   America has now resumed limited pumping from said younger allu-
19   vial deposits above said Ysidaro Narrows.
20                           XXVII
                                  past or
21         That it is not true that any/present act of any de-
22   fendant  in this case caused or now threatens to cause salt water
23   intrusion of any waters of the Santa Margarita River.
24                          XXVIII
25         That on Exhibits A through ___ which exhibits are
26   attached and made a part of these findings, there appear in
27   addition to the property descriptions certain factual state-
28   ments such as "wells, surface diversions, gross acreages, irri-
29   gated acreages, irrigable acreages, water duty." The factual
30   statements contained in said exhibits which pertain to wells
31   and surface diversions are as of the date of this interlocutory

                                14

1 judgment true; the factual statements contained in said ex-

2 hibits which pertain to gross acreages, irrigated acreages,

3 irrigable acreages and water duty are based on evidence in-

4 troduced in this case by the United States of America with an

5 express assurance by its counsel that apportionment was not

6 being sought at this stage of the litigation; because of this

7 fact/this Court is not at this time making any order appor-
    and the fact that

8 tioning or regulating the use of the waters involved herein, said

9 facts pertaining to gross acreages, irrigated acreages, irrigable

10 acreages and water duty are not material to any issue decided by

11 Interlocutory Judgment No. 34 entered herewith; that in the exer-

12 cise of this Court's continuing jurisdiction in this cause, said

13 facts may well be material to an issue presented to this Court

14 in the future; therefore, this Court finds that such factual

15 statements which are contained in said Exhibits A through __

16 which pertain to gross acreages, irrigated acreages, irrigable

17 acreages and water duty are supported by the evidence in this

18 case and such factual statements shall be _prima facie_ evidence

19 as to gross acreages, irrigated acreages, irrigable acreages

20 and water duty in any subsequent proceeding before this Court

21 in this cause; as used herein _prima facie_ evidence is that which

22 suffices for the proof of a particular fact until contradicted

23 or overcome by other evidence.

24                           XXX

25       That all ground waters within the Santa Margarita River

26 watershed and contained within deposits of consolidated rocks,

27 weathered basement complex or basement complex, as depicted on

28 U. S. Exhibit 37 are vagrant, local, percolating waters not a

29 part of the Santa Margarita River or any tributary thereto;

30 that all surface waters which flow on the lands described in

31 Exhibits A through ___ herein are a part of the Santa Margarita

1  River or a tributary thereto.

2                                    XXXI

3         That DeLuz Creek is an intermittent surface stream

4  which has its confluence with the Santa Margarita River at

5  the SW¼ of Section 29, Township 9 South, Range 4 West, S.B.B.M.;

6  immediately upstream from its confluence with the Santa Mar-

7  garita River, and for a distance of approximately one mile,

8  said surface flow of DeLuz Creek, when in fact it flows on

9  the surface, flows over an area of younger alluvial deposits

10  of considerable depth; that said younger alluvial deposits are

11  depicted on United States Exhibit 37.

12                                    XXXII

13         That said younger alluvial deposits referred to in

14  Finding XXXI above rest upon and are confined laterally by de-

15  posits of basement complex; that there are ground waters within

16  said younger alluvial deposits; that the source and recharge of

17  said ground waters is primarily the surface flow of DeLuz Creek;

18  that the said younger alluvial deposits are composed of sedi-

19  mentary materials of a relatively high water-bearing capacity

20  and permeability; that said deposits of basement complex are

21  essentially non-water bearing and of extremely compacted material;

22  that as a result thereof the waters within said younger alluvial

23  deposits do not move laterally or vertically into the deposits

24  of basement complex but do in fact move through the younger

25  alluvial deposits in the identical direction of the surface flow

26  of DeLuz Creek when in fact it exists; that during such times

27  that DeLuz Creek flows as a surface stream, that is, during

28  periods of precipitation, the ground waters contained in said

29  younger alluvial deposits are in direct contact with said

30  surface flow; that during all other times DeLuz Creek does not

31  flow as a perennial surface stream but rises to the surface,

                                     16

1  disappears and rises again, and during such periods the ground

2  waters within the younger alluvial deposits do in fact con-

3  stitute the waters which rise and disappear as aforesaid.

4                                XXXIII

5          That the ground waters within said younger alluvial

6  deposits are in fact in a known and definite channel, to wit,

7  the younger alluvial deposits; that said ground waters do in

8  fact flow in the same direction as the surface flow of DeLuz

9  Creek when in fact it physically flows, are in direct contact

10  with said surface flow, do constitute the surface flow which

11  rises to the surface and then disappears during periods other

12  than periods of precipitation, and said ground waters and said

13  surface flow constitute one creek herein referred to as DeLuz

14  Creek.

15                                XXXIV

16          That the lands described in Exhibits __ and __are

17  riparian to DeLuz Creek, said lands being the smallest tract

18  of land held under one chain of title a part of which abuts

19  upon or is traversed by DeLuz Creek.

20                                XXXV

21          That while it is known, definite and certain that the

22  younger alluvial deposits as found in Finding XXXII above rest

23  upon deposits of basement complex, it is not known with cer-

24  tainty the exact depth of said younger alluvial deposits to

25  their contact with said basement complex throughout said area;

26  that as this Court will keep continuing jurisdiction of this

27  cause, jursidiction is reserved to determine such a fact if

28  it becomes necessary to do so in any particular factual situa-

29  tion which might arise in the future; that as found above in

30  Finding XVII the contact line on the surface between said

31  younger alluvial deposits and said basement complex has not

                                17

1   been determined with absolute exactness but has been deter-
2   mined to a sufficient degree for the United States of America
3   to prepare maps and exhibits delineating said contact line
4   (including U. S. Exhibit 37) and said contact line as
5   established by said maps and exhibits prepared by the United
6   States of America has been accepted by this Court as being the
7   contact line between the younger alluvial deposits and the
8   basement complex deposits on ground surface.

9                            XXXVI

10          That Fallbrook Creek is a stream of an intermittent
11   character which flows over and upon deposits of essentially
12   consolidated rocks and basement complex; that its headquarters
13   are in Sections 35 and 26, Township 9 South, Range 4 West,
14   S.B.B.M. and in a state of nature it flows through Sections 34,
15   27, 33, 32, Township 9 South, Range 4 West, S.B.B.M. and
16   Section 5 Township 10 South, Range 4 West, S.B.B.M. to its
17   point of confluence with the Santa Margarita River in the
18   SW¼ of Section 5, Township 10 South, Range 4 West, S.B.B.M.;
19   that under present conditions the flow of said Fallbrook Creek
20   is diverted into Lake O'Neil, an artificial, off-channel storage
21   reservoir situated in Sections 5 and 8, Township 10 South,
22   Range 4 West, S.B.B.M.; that said Lake O'Neil is more fully
23   described in Interlocutory Judgment No. 24; that except during
24   periods of substantial precipitation and runoff Fallbrook Creek
25   contributes no water to the Santa Margarita River; that Fall-
26   brook Creek flows throughout its course on lands within the
27   Santa Margarita River watershed comprising a portion of
28   Camp Joseph H. Pendleton.

29                        - - - - - -
30                        - - - - - -
31                        - - - - - -

XXXVII

That in addition to the Santa Margarita River, DeLuz Creek and Fallbrook Creek, there are numerous small creeks, gullies or water courses, tributary to the Santa Margarita River, named and unnamed, which have their confluence with the Santa Margarita River upon the lands of the United States of America as described in Exhibits A through ___; that all of said streams are intermittent and flow only during and after periods of precipitation and runoff and are all located entirely within the military enclave of the United States of America within the watershed of the Santa Margarita River; that while in the main said creeks, gullies or water courses flow primarily over areas of consolidated rock and basement complex, there are limited areas where shallow younger alluvial deposits underlie the surface stream channel; that in all such instances said shallow younger alluvial deposits rest upon and are laterally contained by deposits of consolidated rock or basement complex; that ground waters contained in said shallow younger alluvial deposits are in direct physical and hydrologic contact with surface flow of the respective creek, gully or water course when in fact it does flow, and that the ground waters contained in said shallow younger alluvial deposits are in a known and definite channel, to wit, the shallow younger alluvial deposits, and such ground waters and such surface flow as may exist do in fact constitute a single creek, gully or water course.

XXXVIII

That said small creeks, gullies or water courses have not been considered in detail herein, nor has any party to this cause requested detailed findings thereto; that as this judg- ment is interlocutory, should the United States of America or any party to this cause desire such detailed findings as to

19

1   such small creeks, gullies or water courses, this Court will do
2   so prior to the entry of final order and decree upon such a
3   request; that if no such request is made, the location of such
4   creeks, gullies or water courses are depicted on U. S. Ex-
5   hibit 37 and this Court can in the future refer to said
6   exhibit to determine any controversy which may arise as to
7   such waters.

8                              XXXIX

9         That the use of the waters of the Santa Margarita River
10  by the United States of America on its military enclave both
11  within and without the watershed other than for irrigation are
12  uses essentially municipal in character; that said water is
13  used to satisfy the needs of the population of the military en-
14  clave, both military and civilian; that said population has
15  averaged approximately 42,000 people per year; that in addition
16  to housing of military personnel said military enclave of the
17  United States of America provides housing facilities for de-
18  pendents of the military personnel and since 1958 the number of
19  such dependents residing thereon has averaged approximately
20  5500 individuals annually; that in addition to the dependents
21  of said military personnel, limited numbers of civilians, not
22  dependents, are residing on said military enclave; that for the
23  fiscal year 1959 the projected total population of the military
24  enclave was approximately 61,600 persons.

25                              XL

26        That in order to provide for the welfare of the persons
27  living on the military enclave as found above in Finding XXXIX
28  a variety of facilities exists thereon including, but not limited
29  to the following:

30        a. Housing in barracks, single-family and multi-family
31  dwellings.

1       b.  Messing and restaurant facilities.

2       c.  Medical and dental facilities.

3       d.  Recreational facilities including a golf course,

4 swimming pools, lake for boating, gymnasiums, tennis and

5 handball courts, beach facilities and miscellaneous athletic

6 and playground facilities.

7       e.  Theatres.

8       f.  Libraries.

9       g.  Churches.

10      h.  Clubs and social facilities.

11      i.  Schools.

12      j.  Garbage and sewage and waste disposal facilities.

13      k.  Police facilities.

14      l.  Fire protection facilities.

15      m.  Transportation facilities.

16      n.  Railroad, truck and bus terminals.

17      o.  Retail trading facilities.

18      p.  Laundries and dry cleaning establishments.

19      q.  Warehousing and storage facilities for both mili-

20 tary and civilian goods.

21      r.  Clothing and shoe repair facilities.

22      s.  Garages and vehicle repair facilities.

23      t.  Ordnance and weapons repair facilities.

24      u.  Harbor and boat basin facilities.

25      v.  Aircraft and helicopter landing facilities.

26      w.  Salvage yard facilities.

27      x.  Barber shops and beauty parlors.

28      y.  Rock crushing and bulk cement plants.

29      z.  Commercial vegetable and flower growing.

30      aa.  Commercial orchards.

31      bb.  Commercial grazing of livestock.

16076

1       cc.  Greenhouses.

2       dd.  Private gardens.

3       ee.  Public gardens and landscaping.

4       ff.  Commercial vegetable packing.

5       gg.  Newspaper

6 That all of the foregoing facilities derive their supply of

7 water from the Santa Margarita River; that there is no substan-

8 tial difference insofar as water demand and uses are concerned,

9 between that which has existed and that which presently exists

10 on the military enclave, from that required by a city of

11 comparable size.

12                     XLI

13     That in addition to Lake O'Neil, which is the subject

14 of Interlocutory Judgment No. 24, which is incorporated herein

15 by reference, there are within Camp Joseph H. Pendleton and

16 within the watershed of the Santa Margarita River, many

17 structures used for the impoundment of surface runoff for the

18 purpose of providing stock water, or to encourage ground water

19 recharge, or for purposes of soil conservation, recreation or

20 other beneficial purposes.  There is no evidence that any of

21 such structures or impoundments presently constitute an un-

22 reasonable, wasteful or non-beneficial use of water.  None of

23 such structures or impoundments have been constructed or are

24 maintained under the authority of any Permit or License of the

25 State of California, and none of such structures or impound-

26 ments have been maintained adversely to any party to this cause.

27                   XLII

28     That all such structures and impoundments as are

29 described in Finding XLI above intercept surface runoff of

30 waters of the Santa Margarita River System, which runoff would

31 in a state of nature contribute to the Santa Margarita River;

1   that while the impact of any such individual impoundment on

2   the available water supply of the Santa Margarita River is at

3   present *de minimis*, the cumulative effect of such structures

4   and impoundments may at a future date become substantial and

5   require regulation or control.

6                                  XLIII

7            That this Court has previously entered Findings of

8   Fact, Conclusions of Law and Interlocutory Decree No. 25 per-

9   taining to a State court judgment in the case of Rancho Santa

10  Margarita v. Vail, et al., Case No. 42850 in the records of

11  the Superior Court of the State of California, in and for the

12  County of San Diego; that said Findings of Fact, Conclusions of

13  Law and Interlocutory Decree No. 25 are incorporated into these

14  findings by reference as if set forth in full herein.

15                         CONCLUSIONS OF LAW

16                                  I

17           That all ground waters found within areas of deposits

18  of consolidated rock, basement complex or weathered basement

19  complex as said deposits are depicted on U. S. Exhibit 37

20  do not add to, support nor contribute to the Santa Margarita

21  River or any tributary thereto, and are local, vagrant, perco-

22  lating waters, not a part of said River or any tributary thereto.

23                                  II

24           That all surface waters which flow upon the lands

25  described in Exhibits ____ through ____ are a part of the Santa

26  Margarita River and subject to the continuing jurisdiction of

27  this Court.

28                                 III

29           That all lands described in Exhibits ____ attached hereto

30  and incorporated herein have a correlative riparian right to

31  the use of the waters of the Santa Margarita River.

                                  23

1                          IV

2          That all lands described in Exhibits_____attached

3 hereto and incorporated herein have a correlative riparian

4 right to the use of the waters of DeLuz Creek.

5                           V

6          That the exercise of the correlative riparian rights

7 to the use of the waters of the Santa Margarita River and DeLuz

8 Creek as found hereinabove in Conclusions of Law III and IV

9 are subject to the continuing jurisdiction of this Court; that

10 all uses of the waters of the Santa Margarita River and DeLuz

11 Creek and their tributaries are subject to the continuing juris-

12 diction of this Court.

13                          VI

14         That the United States of America has not established

15 nor does it possess any prescriptive right to use the waters of

16 the Santa Margarita River or any tributary thereto.

17                         VII

18         That except as provided in Interlocutory Judgment No. 24

19 the United States of America has not established nor does it

20 possess any appropriative right to use the waters of the Santa

21 Margarita River or any tributary thereto.

22                         VIII

23         That at the present status of this case the issue of

24 apportionment or the quantity or proportion of waters to which

25 any lands are entitled has not been presented and this Court

26 has taken no evidence directed to establishing whether any water

27 uses pursuant to correlative riparian rights are reasonable or

28 unreasonable as to amount of water used in the light of other

29 correlative rights which may exist as to such waters, and this

30 issue is left open, is not decided herein and shall be litigated

31 by this Court if and when in the future it becomes necessary to

                          24

1 do so; in the exercise of this continuing jurisdiction this

2 Court will pass upon the exercise of such correlative rights

3 based on the facts as they may appear and pursuant to California

4 law.

5                                      IX

6           That the smallest tract of land held under one chain of

7 title, a part of which abuts upon or is traversed by any area

8 containing younger alluvial deposits as depicted on United States

9 Exhibit 37, has a correlative riparian right to the use of the

10 ground waters within said younger alluvial deposits and such sur-

11 face flow as may exist over and upon said deposits and the use

12 of such waters shall be and is subject to the continuing juris-

13 diction of this Court; that except as to the Santa Margarita

14 River and DeLuz Creek such lands have not been specifically

15 described in these findings but can be readily ascertained in

16 the future should it be necessary to do so by reference to the

17 areas of younger alluvial deposits as depicted on United States

18 Exhibit 37.

19                                      X

20           That all uses of the waters of the Santa Margarita River

21 and its tributaries by the United States of America on the lands

22 which comprise Camp Joseph H. Pendleton and the U. S. Naval Ammu-

23 nition Depot both within and without the Santa Margarita River

24 watershed are as to their character reasonable and beneficial;

25 that the uses of the waters of the Santa Margarita River and its

26 tributaries by the United States of America on the lands which

27 comprise Camp Joseph H. Pendleton and the U. S. Naval Ammunition

28 Depot within the Santa Margarita River watershed are as to their

29 character reasonable and beneficial riparian uses; that in any

30 future apportionment proceeding the issue as to whether those

31 uses of the waters of said River within the Santa Margarita

1  River watershed by the United States of America are reasonable

2  as to amounts of water used in the light of the rights which

3  may exist as to such waters shall be decided on the facts as

4  may then appear.

5                              XI

6         That no wrongful act of any defendant in this cause

7  did cause or now threatens to cause salt water intrusion of the

8  waters of the Santa Margarita River.

9

                      INTERLOCUTORY JUDGMENT

10

11         IT IS ORDERED, ADJUDGED AND DECREED that all ground waters

12  found within deposits of consolidated rock, basement complex

13  or weathered basement complex as said deposits are depicted on

14  U. S. Exhibit 37 incorporated into this Judgment by reference,

15  are vagrant, local, percolating waters which do not add to,

16  support nor contribute to the Santa Margarita River or its

17  tributaries; it is further ordered, adjudged and decreed that

18  this Court has no jurisdiction in this case over the use of said

19  ground waters and the rights of the United States of America

20  to the use of said ground waters are forever quieted against the

21  claims of all defendants in this case and their heirs, suc-

22  cessors and assigns.

23         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

24  surface waters which flow over and upon the lands depicted on

25  U. S. Exhibit 37 within the Santa Margarita River watershed

                                     or a tributary thereto
26  are a part of the Santa Margarita River/and subject to the

27  continuing jurisdiction of this Court.

28         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

29  lands described in Exhibits _____attached hereto and

30  incorporated hereinby reference have correlative riparian rights

31  to the use of the waters of Santa Margarita River.

                              26

                                                    16081

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
2    lands described in Exhibits _____ attached hereto and in-
3    corporated herein by reference have a correlative riparian
4    right to the use of the waters of DeLuz Creek.

5    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said
6    correlative riparian rights to the use of the waters of the
7    Santa Margarita River and DeLuz Creek and their tributaries,
8    and all other uses of said waters shall be and are subject to
9    the continuing jurisdiction of this Court.

10   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
11   United States of America has not established nor obtained, and
12   does not possess, a prescriptive right to use the waters of the
13   Santa Margarita River or its tributaries.

14   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that except
15   as provided in Interlocutory Judgment No. 24 the United States
16   of America has not established nor obtained, and does not possess,
17   an appropriative right to use the waters of the Santa Margarita
18   River or its tributaries.

19   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the issue
20   of apportionment has not been presented at this stage of the
21   proceeding, and this Court has taken no evidence directed to
22   establishing whether the use of any waters herein adjudged to
23   be subject to the continuing jurisdiction of this Court are
24   reasonable or unreasonable as to amount of water used in the
25   light of rights which may exist as to such waters, and this issue
26   is left open, is not decided herein and shall be litigated by
27   this Court if and when in the future it becomes necessary to do
28   so.

29   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all uses
30   of the waters of the Santa Margarita River and its tributaries
31   by the United States of America on the lands described in

16082

1 Exhibits_____except as to the uses of water as described in the
2 Findings attached to Interlocutory Judgment No. 24 and the uses
3 of water as found in Finding XLI herein, are as to their character
4 reasonable and beneficial riparian uses.

5       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in any
6 future apportionment proceeding the issue as to whether thoses
7 uses of the waters of said River within the Santa Margarita River
8 watershed by the United States of America are reasonable as to
9 amounts of water used in the light of the rights which may exist
10 as to such waters shall be decided on the facts as may then appear.

11       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
12 smallest tract of land held under one chain of title a part of
13 which abuts upon or is traversed by younger alluvial deposits
14 as said deposits are depicted on U. S.Exhibit 37 not heretofore
15 specifically determined to be riparian to the Santa Margarita
16 River or DeLuz Creek have correlative riparian rights to the
17 use of the waters contained in said deposits and such surface
18 waters as may flow over and upon said deposits, and that said
19 waters are subject to the continuing jurisdiction of this Court;
20 it is further ordered, adjudged and decreed that this Court shall
21 have jurisdiction to make such findings in the future as may be
22 necessary to settle any dispute concerning the propriety of the
23 use of said waters, and that this Court shall in the future refer
24 to U.S. Exhibit 37 to determine the location of said younger
25 alluvial deposits.

26       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this
27 Interlocutory Judgment is not appealable, is not final, and shall
28 not be operative until made a part of the final judgment in this
29 cause and this Court expressly reserves jurisdiction to modify
30              - - - - -
31              - - - - -

28

16083

1   or vacate it either upon its own motion or upon the motion

2   of any party to this proceeding until such time that judgment

3   is entered.

4        Dated:_____

5

6

7                              _____
                                        JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

16084