UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
v. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: Dec. 5, 1961
)
) At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff:  WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANNZ SACHSE, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
IT IS ORDERED cause is continued to Dec. 6, 1961, at 9:30 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
By _____
    Deputy

-6769