1   RAMSEY CLARK
    Assistant Attorney General
2   Washington 25, D. C.

3   Attorney for the
    UNITED STATES OF AMERICA

**LODGED**

DEC 5 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 1247-SD-C |
| Plaintiff, | ) | CONTINUATION OF (#34) |
| v. | ) | FINDINGS OF FACT, CONCLUSIONS OF LAW AND |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | ) | JUDGMENT PROPOSED BY THE UNITED STATES OF AMERICA THE FIRST PART OF WHICH WAS LODGED |
| Defendants. | ) | WITH THIS COURT OCTOBER 23, 1961 |

PART NO. II

THE SANTA MARGARITA RIVER WATERSHED BELOW TEMECULA GORGE

**Note:** Contained, among other things, in the Findings

proposed by the United States of America and lodged with the

Court on October 23, 1961, is a description of the Santa

Margarita River and its principal tributaries. Other pertinent

physical phenomena are similarly described which relate to all

findings, conclusions and the decree ultimately to be entered.

These proposed findings, as the caption discloses, relate

solely to the watershed below Temecula Gorge, and to the waters

entering that reach of the stream. Outlined in the proposal

of October 23, 1961, was the recommendation that composite

findings be entered with the watershed being divided into

three parts. As indicated, the area now being considered is

Part II.

16118

OPO 16—20905-2

<u>Santa Margarita River Runoff at Temecula Gorge;
Source of Runoff In State of Nature Prior
to Closure of Vail Dam; Present Development</u>

Finding No. LIX

One hundred and forty-eight (148) square miles are embraced within the drainage area of the Santa Margarita River watershed below the gaging station situated in Temecula Gorge below the confluence of Temecula Creek and Murrieta Creek. Most of that one hundred and forty-eight (148) square miles can be described as extremely rugged precipitous and broken terrain with deeply incised canyons created by intermittent streams which with few exceptions to be noted, flow only during or immediately following periods of high precipitation.

Finding No. LX

Drainage areas within the Santa Margarita River watershed above Temecula Gorge are as follows:

| | | |
|---|---|---|
| Total drainage area of Temecula Creek | | 372 square miles |
| Above Vail Dam | 319 square miles | |
| Temecula Creek Below Vail Dam and above Temecula Gorge | 53 square miles | |
| Murrieta Creek and tributaries | | 220 square miles |
| | | 592 square miles |

Prior to the closure of Vail Company Dam and that Company's pumping of ground water in Pauba Valley a large preponderance of the Santa Margarita River waters available below Temecula Gorge were derived from the three hundred and nineteen (319) square miles of drainage above Vail Dam.

Finding No. LXI

Two principal occurrences, physical in nature, have transpired since the acquisition by the United States of America of the Naval Enclave which includes Camp Pendleton. Without attempting to assign values to those two factors, they are as follows:

(i)  Closure of Vail Dam on Temecula Creek, principal tributary of the Santa Margarita River, in the year 1948,

16119

- 2 -

GPO 16-20996-2

1   with the attendant far-reaching impact upon the runoff

2   of the Santa Margarita River flowing to Camp Pendleton;

3   (ii)  Runoff of the Santa Margarita River throughout

4   its entire watershed, not Temecula Creek alone, through the

5   thirteen (13) years since the closure of Vail  Dam reflects a

6   sharp decline from the runoff during the years immediately

7   preceding that closure.

8   Finding No. LXII

9   Analysis of  Total  Runoff of Temecula
    Creek Discloses the Following: 1/

Drainage area 372 square miles –
more than half total drainage area
of Santa Margarita River watershed

| | | |
|---|---|---|
| Full period of record 1925 through 1961 | 37-year average | 9,422 acre-feet |
| Period prior to closure of Vail Dam 1925 through 1948 | 24-year average | 12,520 acre-feet |
| Period subsequent to closure of Vail Dam 1949 water year through 1961 | 13-year average | 3,700 acre-feet |
| Period after closure of Vail Dam and prior to  Vail Company's violation of Stipulated Judgment of 1940 1949 through 1952 | 4-year average | 5,052 acre-feet |
| Period subsequent to closure of Vail Dam and violation by Vail Company of Stipulated Judgment of 1940 through more than quadrupling its water uses 1953 through 1961 | 9-year average | 3,099 acre-feet |

Finding No. LXIII

Vail Company's Uses Compared
With  Temecula Creek  Runoff:  2/

| | |
|---|---|
| Vail Company's average use of water on a calendar year basis between year of closure of Vail Dam and irrigation season 1953 was | 2,361 acre-feet |
| After Vail Company commenced violation of the Stipulated Judgment of 1940 its average use on a calendar year basis for the 9-year period 1953 to date was | 9,377 acre-feet. |

---

1/  Santa Margarita River at Temecula Gorge less Murrieta Creek runoff.
2/  The use figures set forth are derived from Vail Company's Exhibit N and Vail
Company's Exhibit AU.  Vail Company's Exhibit N which were the figures offered
for water use during the years 1948 through 1958 have been adopted with the 1958
use figure repeated for years 1959, 1960, 1961.  Evaporation at Vail Reservoir
based on Exhibit AU has been used to determine that there would be an annual net
loss based upon figures of actual impoundment at Vail Dam at the rate of 900 acre-
feet a year.

GPO 16—29065-2

– 3 –

6120

1              Vail Company's average use of approximately 9,400 acre-feet annually

2   as compared to runoff reflects the following:

3          (a)  Vail Company during the period 1949-1961

4     has actually used a total of                95,912 acre-feet

5     more than twice the total of the runoff of

6     Temecula Creek at Vail  Dam.            45,203 acre-feet

7          (b)  Vail Company during the period

8     1953-1961 has actually used           90,633 acre-feet

9     which is more than three times the actual runoff

10  of Temecula Creek at Vail  Dam during that period   25,373 acre-feet.

11         (c)  Vail Company during the period

12  1953-1961 on the average each year used      9,400 acre-feet

13  which is more than three times the average

14  annual runoff of Temecula Creek at Vail Dam for

15  that period                        2,904 acre-feet.

16         (d)  Vail Company during the period

17  1949-1961 on the average each year used      7,218 acre-feet

18  or more than twice the average annual runoff of

19  Temecula Creek at Vail Dam for that period     3,477 acre-feet

20                   Finding No. LXIV

21      As found above, there are between Vail Dam and Temecula Gorge

22  within the Temecula Creek drainage area approximately fifty-three (53) square

23  miles.  Included in that area is a reach of Temecula Creek between the points

24  mentioned and many small unnamed arroyos.  Also included in that area is a

25  large proportion of the Pechanga Creek drainage area including Wolf Valley.

26                   Finding No. LXV

27      In the fifty-three (53) square mile drainage area between Vail Dam

28  and Temecula Gorge there was an increment of water to the surface runoff of

29  Temecula Creek prior to the closure of Vail  Dam as follows:

30

31

32

16121

| Average annual runoff at Nigger Canyon (Vail Dam) for twenty-four years 1925-1948 | Average annual runoff at Temecula Gorge for twenty-four years 1925-1948 | Increment to Temecula Creek on an annual average prior to closure of Vail Dam |
|---|---|---|
| 10,700 acre-feet | 12,500 acre-feet | 1,800 acre-feet |

There was thus a sixteen and eight-tenths percent (16.8%) increase in the flow of Temecula Creek between Vail Dam and Temecula Gorge during the twenty-four (24) year period prior to the closure of the dam.  That sixteen and eight-tenths percent (16.8%) increase included natural precipitation, drainage into Temecula Creek from the alluvial fill which it traverses in that reach of the stream and return flow from Vail Company's irrigation in Pauba Valley and Wolf Valley.

### Finding No. LXVI

Comparative analysis on a percentage basis of the increment to Temecula Creek between  Vail Dam and Temecula Gorge during the thirteen (13) year period since the closure of the dam reveals the following:

| Average annual runoff at Nigger Canyon (Vail Dam) for period subsequent to closure of Vail Dam in 1948 | Average annual runoff at Temecula Gorge for period subsequent to closure of Vail Dam in 1948 | Increment to Temecula Creek on an annual average for period subsequent to closure of Vail Dam in 1948 |
|---|---|---|
| 3,477 acre-feet | 3,700 acre-feet | 223 acre-feet |

There was thus a six and four-tenths percent (6.4%) increase in the flow of Temecula Creek between Vail  Dam and Temecula Gorge after the closure of Vail Dam as compared with the increase in that reach of the stream of sixteen and eight-tenths percent (16.8%) prior to the closure of that structure and the greatly increased water uses by Vail Company, all as set forth in the findings which follow.

### Finding No. LXVII

Santa Margarita River at Temecula Gorge:

Key gaging station for Camp Pendleton is situated at Temecula Gorge.  Measured there is the total runoff of the vast preponderance of the area constituting the Santa Margarita River watershed.  Of a total of 740 square miles within that watershed there are 592 square miles above

- 5 -

16122

Temecula Gorge.  From that source is derived by far the largest quantity of
water available to Camp Pendleton.  It combines the area which is virtually
entirely controlled by Vail Company's conjunctive use of Vail Dam and that
Company's pumping in Pauba Valley, which encompasses 372 square miles of
drainage area, and the Murrieta Creek sub-watershed which has a drainage area
of 220 square miles.  Important in regard to the runoff of Murrieta Creek
as it relates to waters available to  Camp Pendleton is this fact:

Prior to the closure of Vail Dam and Vail
Company's greatly increased use of water
from Temecula Creek that stream yielded on
a long-term annual average                              12,520 acre-feet
and
Murrieta Creek yielded on the average                   8,479 acre-feet.
For the 13-year period subsequent to the
closure of Vail Dam the comparative runoff
figures between Temecula Creek at the Gorge
and Murrieta Creek at the Gorge are as
follows:
Temecula Creek on the annual average                    3,700 acre-feet
Murrieta Creek on the annual average                    3,773 acre-feet.
Vail Company's operations since the closure of
Vail Dam have reduced Temecula Creek from a
stream which yielded on the average approximately            48%
more than Murrieta Creek to a stream which on
the average yields virtually identically the
same quantities.

Finding No. LXVIII

Development of Ground Waters which
    Feed, Add to and Support
    Murrieta Creek:

Pumping of ground water from the alluvium to the north and west of
the boundary of Vail Company's ranch has had some, but indeterminate, effect
upon the surface runoff of Murrieta Creek.  The point of rising water in the
perennial flow of Murrieta Creek has been at or near its present point for a
considerable period of time.

16123

- 6 -

Finding No. LXIX

The runoff of Santa Margarita River at Temecula Gorge (runoff of Temecula and Murrieta Creeks combined) is as follows:

Full period of record
1923 through 1961      39-year average      15,690 acre-feet

Period prior to closure
of Vail Dam
1923 through 1948      26-year average      19,798 acre-feet

Period subsequent to
closure of Vail Dam
1949 water year through 1961      13-year average      7,474 acre-feet

Period after closure of Vail
Dam and prior to Vail
Company's violation of
Stipulated Judgment of 1940
1949 through 1952      4-year average      11,625 acre-feet

Period subsequent to closure
of Vail Dam and violation
by Vail Company of Stipulated
Judgment of 1940 through more
than quadrupling its water uses
1953 through 1961      9-year average      5,630 acre-feet

Finding No. LXX

Santa Margarita River Measurement
    at Eastern Boundary of
    Camp Pendleton:

Below Temecula Gorge above described the next point of measurement on the Santa Margarita River is immediately downstream from the eastern boundary of the Naval Enclave at the Fallbrook Gaging Station. There are fifty-three (53) square miles of drainage area within the Santa Margarita River watershed below the Gorge and above the gaging station in question. The principal affluents to the stream in that segment of the Santa Margarita River are Sandia Creek and Rainbow Creek, both of which streams are intermittent and draining rather precipitous areas in which water demands have been increasing rapidly in recent years. There follows an analysis of the runoff of the Santa Margarita River immediately within the Naval Enclave.

- 7 -

Santa Margarita River Measurement at Eastern Boundary of Camp Pendleton (Cont'd):

| | | |
|---|---|---|
| Full period of record<br>1925 through 1961 | 37-year average | 19,342 acre-feet |
| Period prior to closure<br>of Vail Dam<br>1925 through 1948 | 24-year average | 25,556 acre-feet |
| Period subsequent to<br>closure of Vail Dam<br>1949 water year through 1961 | 13-year average | 7,869 acre-feet |
| Period after closure of Vail<br>Dam and prior to Vail<br>Company's violation of<br>Stipulated Judgment of 1940<br>1949 through 1952 | 4-year average | 14,888 acre-feet |
| Period subsequent to closure<br>of Vail Dam and violation by<br>Vail Company of Stipulated<br>Judgment of 1940 through more<br>than quadrupling its water uses<br>1953 through 1961 | 9-year average | 4,749 acre-feet |

## Finding No. LXXI

Santa Margarita River Measurements
  at Ysidora Gaging Station:

Ysidora Gaging Station within Camp Pendleton is the final point of measurement on the Santa Margarita River. Measured there is the increment to the Santa Margarita River between the eastern boundary of Camp Pendleton and the Pacific Ocean. De Luz Creek is the only affluent to the stream in that reach of it. Fallbrook Creek has its terminus in Lake O'Neill. During the 11-year period between 1951 and 1961 the measured annual average inflow from De Luz Creek totaled 3,732 acre-feet. That watershed contains but 47.9 square miles.

In summary the runoff of the Santa Margarita River at Ysidora Gaging Station is as follows:

| | | |
|---|---|---|
| Full period of record<br>1923 through 1961  2/ | 39-year average | 21,709 acre-feet |
| Period prior to closure<br>of Vail Dam<br>1923 through 1948  4/ | 26-year average | 29,128 acre-feet |
| Period subsequent to closure<br>of Vail Dam<br>1949 water year through 1961 | 13-year average | 6,713 acre-feet |

2/  There appears to be no record for the year 1930. On the basis of 38 years
    for the period 1923 through 1961 the average would be 22,279 acre-feet.

4/  There appears to be no record for the year 1930. On the basis of 25 years
    for the period 1923 through 1948 the average would be 30,293 acre-feet.

- 8 -

16125

GPO 16—69905-1

(Runoff at Ysidora Gaging Station, continued):

    Period after closure of Vail
       Dam and prior to  Vail
       Company's violation of
       Stipulated Judgment of 1940
       1949 through 1952           4-year average   12,030 acre-feet

    Period subsequent to closure
       of Vail Dam and violation by
       Vail Company of Stipulated
       Judgment of 1940 through more
       than quadrupling its water uses
       1953 through 1961          9-year average    4,350 acre-feet

### Finding No. LXXII

Impact of the closure of Vail Dam; Vail Company's increased water uses, increased water uses in general in the Murrieta-Temecula Ground Water Basin north and west of Vail Company's boundaries, together with a reduction in runoff of the Santa Margarita River system as compared with the runoff in the years immediately previous to the events referred to in this finding, have greatly reduced the quantities of Santa Margarita River water reaching the Naval Enclave.  All calculations of runoff prior to the closure of Vail Dam and the increased water uses in the Murrieta-Temecula Ground Water Basin have no practical relationship to the circumstances which prevail in the Santa Margarita River watershed as of the time of the entry of these findings.

### Finding No. LXXIII

Physical Characteristics of the Santa
Margarita River Watershed, Its Tributaries
and Basins Below Temecula Gorge:

From Temecula Gorge above described, to the point in the Naval Enclave where the Santa Margarita River debouches from its deeply incised canyon in the Northwest Quarter (NW 1/4) of Section thirty-two (32), Township nine (9) South, Range four (4) West, S.B.M., that stream flows upon or across basement complex or a very thin veneer of alluvium.

### Finding No. LXXIV

There are two intermittent streams having their confluence with the Santa Margarita River between the Temecula Gaging Station and the eastern boundary of the Naval Enclave.  They are:

(a)  Sandia Creek flows southwesterly and southerly, has its headwaters on Vail Company property within the Santa Rosa Grant approximately five miles north of the Grant line, leaves that Grant near the projected boundary line between Ranges Three (3) and Four (4) West, S.B.M. From that point Sandia Creek continues its wouthwesterly and southerly course across the western half (1/2) of Fractional Section twenty-five (25), Township eight (8) South, Range four (4) West, S.B.M., southerly and southeasterly across Section thirty-six (36), Township eight (8) South, Range four (4) West, and southerly across the eastern half (1/2) of Section one (1), Township nine (9) South, Range four (4) West, and joins the Santa Margarita River in the Northeast Quarter of the Northeast Quarter (NE 1/4 NE 1/4) of Section twelve (12), Township nine (9) South, Range four (4) West, near the eastern boundary of Section twelve (12). Sandia Creek's point of confluence with the Santa Margarita River is one and nine-tenths (1.9) miles above the eastern boundary of the Naval Enclave.

(b)  Throughout most of its course Sandia Creek is an intermittent stream having surface flow only during and immediately following heavy precipitation and runoff.  Above its point of confluence with the Santa Margarita River there are two limited reaches of the stream in question which have historically had perennial flow.

(c)  Rainbow Creek flows in a northwesterly direction, has its headwaters in Section six (6), Township nine (9) South, Range two (2) West,  S. B. M., and has its confluence with the Santa Margarita River in Section eight (8), Township nine (9) South, Range three (3) West, S.B.M., approximately one (1) mile above the point where Sandia Creek enters the last mentioned stream.  Rainbow Creek is intermittent

1    throughout its course both as to time and place.

2        (d)  Rainbow Basin situated generally in Sections

3    one (1) and twelve (12), Township nine (9) South, Range

4    three (3) West,  S.B.M., within the Rainbow Creek watershed,

5    has, based upon California's evidence, a storage capacity

6    of two thousand (2,000) acre-feet.

7                    Finding No. LXXV

8    SANTA MARGARITA RIVER WITHIN NAVAL ENCLAVE:

9    Boundary of United States
10       Naval Ammunition Depot:

11       The Santa Margarita River enters the Naval  Enclave in the Southwest

12   quarter of the Southwest Quarter (SW 1/4 SW 1/4), Section twelve (12), Township

13   nine (9) South,  Range four (4) West, S.B.M., cutting the northwest corner of

14   Section thirteen (13), thence diagonally across Section fourteen (14), where

15   at the center of the Section it becomes the north and western boundary of the

16   United States Naval Ammunition Depot; across Section fifteen (15), entering

17   and leaving after a short distance in the Southeast Quarter of the Southeast

18   Quarter (SE 1/4 SE 1/4) of Section sixteen (16), reentering Section fifteen (15),

19   thence traversing the Northwest corner of Section twenty-two (22), then across

20   Section twenty-one (21); and across the Northwest corner of Section twenty-eight

21   (28) from which point it no longer constitutes the boundary of the Naval

22   Ammunition Depot.  From the point where the channel of the Santa Margarita River

23   leaves the Northwest corner of Section twenty-eight (28), it proceeds

24   southwesterly across Section twenty-nine (29).

25   De Luz Creek Confluence:

26       In the South Half (S 1/2) of Section twenty-nine (29) it has its

27   confluence with  De Luz Creek which enters the Santa Margarita River on the

28   north bank of that stream, from which point the River has its course almost

29   due south across Section thirty-two (32), all in Township nine (9) South,

30   Range four (4) West, S. B. M.  Drainage area of De Luz Creek is forth-seven and

31   nine-tenths (47.9) square miles.

32

- 11 -

16128

Lake O'Neill Diversion Works:

Leaving Section thirty-two (32) the channel proceeds across the Northwest corner of Section five (5), Township ten (10) South, Range four (4) West, S. B. M., in which is situated on the south bank of the stream the headworks of the Lake O'Neill diversion ditch through which water from the stream is conducted to Lake O'Neill, an off-channel artificial reservoir, for impoundment and use.

Fallbrook Creek:

Fallbrook Creek flowing northwesterly, rises in Section eighteen (18), Township nine (9) South, Range three (3) West, S. B. M., is intermittent in character both as to time and place, having most of its course within the Naval Enclave. Its terminus is in Lake O'Neill, an artificial body of water created by a dam situated in the Northwest Quarter (NW 1/4) of Section five (5), Township ten (10) South, Range four (4) West, S.B.M.

Below the point in Section thirty-two (32), Township nine (9) South, Range four (4) West, S. B. M., the Santa Margarita River flows in a well defined channel over and across a broad alluvial plain which is the surface of the California designated Santa Margarita Coastal Basin, concerning which specific findings are subsequently entered.

Finding No. LXXVI

After leaving the Northwest Quarter (NW 1/4) of Section thirty-two (32), Township nine (9) South, Range four (4) West, the stream in narrow, well defined bed and banks, enters Section six (6), Township ten (10) South, Range four (4) West, proceeding almost due south across Section seven (7); across the Northwest corner of Section eighteen (18), where the well defined channel traverses diagonally Section thirteen (13), Township ten (10) South, Range five (5) West, cutting the Northwest corner of Section twenty-four (24), proceeding southwesterly across Section twenty-three (23) and almost due south through Section twenty-six (26), where it leaves in the South half (S 1/2) of that Section the California designated Santa Margarita Coastal Basin.

Finding No. LXXVII

From the point last mentioned the Santa Margarita River continues

- 12 -

16129

in its well defined bed and banks across Section thirty-five (35), Township
ten (10) South, Range five (5) West, traversing in a southwesterly direction
across Sections two (2), eleven (11), ten (10) and nine (9), all in Township
eleven (11) South, Range five (5) West, S. B. M., in its course proceeding
through a constriction known as the Ysidora Narrows into the Lagoon Area and
from there to the Pacific Ocean.

Finding No. LXXVIII

Santa Margarita Coastal Basin
    Within Naval Enclave:

Situated within the Naval Enclave is the California designated
Santa Margarita Coastal Basin, source of recharge of which is the Santa
Margarita River that flows through its narrow and well defined channel across
the Basin for a distance of approximately eleven (11) miles.

Finding No. LXXIX

The Santa Margarita Coastal Basin is located in northern San Diego
County, California and has its eastern extremity approximately eleven (11)
miles from the Pacific Ocean.  Roughly that easternmost point is at the proposed
De Luz Dam site in the Northwest Quarter (NW 1/4) of Section thirty-two (32),
Township nine (9) South, Range Four (4) West.  It extends westward to a point
on the Santa Margarita River referred to as the Ysidora Narrows.  Those Narrows
are located in the southwestern corner of Section two (2), Township eleven (11)
South, Range five (5) West, S. B. M.

Finding No. LXXX

There are three areas of the Santa Margarita Coastal Basin known
as Upper, or O'Neill Unit; Chappo or Home Ranch Unit; and Ysidora or Lower Unit.
Those segments of the Basin are geologically and hydrologically interconnected
and interrelated.

Finding No. LXXXI

Areal extent of the Santa Margarita Coastal Basin, all within Camp
Pendleton, is approximately four thousand six hundred (4,600) acres.  It varies
in widths from a maximum of two (2) miles in the Chappo Unit, to its narrowest
point of approximately one-quarter (1/4) mile at the above-described Ysidora
Narrows.  By units the surface areas of the Basin are as follows:

16130

| | | | |
|---|---|---|---|
| Upper Unit | - | 860 | acres |
| Chappo Unit | - | 2,640 | acres |
| Ysidora Unit | - | 1,080 | acres |
| | | 4,580 | acres |

### Finding No. LXXXII

The surface area of the Santa Margarita Coastal Basin is approximately seven (7) square miles.

### Finding No. LXXXIII

Alluvial fill deposited in the above-described Santa Margarita Coastal Basin is lenticular in nature. From the point where the Santa Margarita River debouches from the mouth of the canyon, to the Ysidora Narrows there is a steady increase in the depth of that sedimentary fill. Near De Luz Dam site, at an elevation of one hundred twenty-five (125) feet above sea level, basement complex is reached at approximately fifty (50) feet below land surface. Proceeding coastwards the depth through the alluvium to bedrock rapidly increases. Two miles below the point last mentioned wells have been drilled in the fill to depths varying from one hundred twenty (120) feet to one hundred and forty-two (142) feet. Throughout the deeper areas of the Chappo Unit the alluvium is approximately one hundred sixty-five (165) to one hundred eighty (180) feet in depth, feathering out to shallow limits as the edge of the Basin is approached. Greatest total depth of approximately two hundred (200) feet is attained at the southern extremity of the Basin.

### Finding No. LXXXIV

Finer textured sand and clay are found at the surface of the Chappo and Ysidora Units. At relatively shallow depths in the Units last mentioned are found lenses of clay and silty sand. Half way down Chappo Unit at depths of approximately one hundred (100) feet are found cobbles and gravel. Farther down the valley are found areas of clay and clay silt. Layers of clay of considerable thickness are in this reach of the Basin. Likewise there are found in the Lower Ysidora area marine deposits of fossil shells.

### Finding LXXXV

One of the principal physical features of the Santa Margarita

16131

Coastal Basin is a marked differentiation between the alluvial deposits referred to as

     (a) Upper Member, and

     (b) Lower Member.

   The Upper Member is fine-grained clastics comprised of clay, sandy clay, and silty clay.  These deposits are lenticular in character.

   The Upper Member is relatively uniform throughout the Basin, varying from eighty-five (85) to seventy (70) feet in depth commencing a short distance below the De Luz Dam site; the depths of that Upper Member increase progressively across the lower portion of the Upper Subbasin, Chappo Subbasin and the Ysidora Subbasin.

   The Lower Member is similarly comprised of lenticular deposits. However, they consist of coarser-grained clastics.

### Finding No. LXXXVI

   The bed and banks of the Santa Margarita River in its course across the Santa Margarita Coastal Basin constitute but a small fraction of the total surface area of the Basin.  It is evident that the stream has frequently changed its course and that its present and most recent channel is, like its numerous former channels, subject to change.  Porous materials are found along the bed and banks of the stream.  They are shallow in character when compared with the finer textured Upper Member or that of the Lower Member above described. Greatest depth of the porous material in the stream channel is found on the most eastwardly end of the Upper Subbasin.  That porous material becomes progressively shallow as the channel proceeds coastward, where finer grained clastics are found. In the lower portion of Chappo Subbasin and the Ysidora Subbasin are found layers of clay which are upwards to fifty (50) feet in thickness.  These fine clastics immediately underlie the channel of the stream.

### Finding No. LXXXVII

   During periods of heavy precipitation and immediately following those periods there is surface flow within the well defined channel of the Santa Margarita River across the surface of the Santa Margarita Coastal Basin, all as more particularly described above in findings LXV et seq.  During

those times the surface waters readily enter the porous materials constituting
the bed and banks of the channel.  Within a short distance after thus entering
those porous materials the water ceases to be a part of the surface flow or
subflow of the Santa Margarita River.  Rather it enters the lenses of clays and
silts which comprise the Upper Member and there they lose their identification
with the surface flow and subflow of the stream.

Finding No. LXXXVIII

When those waters have left the limited porous areas of the bed and
banks comprising the channel of the Santa Margarita River they join the mass
of percolating and vagrant ground waters contained in the Basin.  Their course
of direction is not then that of the Santa Margarita River or its subflow.
Rather, the heterogeneous nature of the deposits is the controlling factor as
to the course of those waters.  Course of the percolating waters in the mass
of clays and silts, the rapidity of their movement, either vertical or
horizontal, are governed by the permeability of the particular types of de-
posits which they encounter or enter.  Those percolating waters do not flow
through any known or definite channels.

Finding No. LXXXIX

It is from the percolating waters, which can no longer be identified
with the surface or subsurface flow of the Santa Margarita River, that the
United States of America has historically diverted the waters which it uses
for military and agricultural purposes.

Finding No. XC

The heterogeneous nature of the deposits in the Basin underlying
Camp Pendleton and from which the United States of America pumps the
percolating waters, all as described above, differs very materially from
the homogeneous deposits in the small alluvial filled basins found, for
example, on De Luz and Rainbow Creeks.  Those small basins differ, moreover,
from the Basin underlying Camp Pendleton as to size, depth of alluvial fill,
storage capacity and related features.  Those smaller basins do not have the
Upper Member of finer clastics and the Lower Member found in the Ground-water
Basin under Camp Pendleton.  Another difference is that the alluvial fill

- 16 -

in the small basins on De Luz and Rainbow Creeks is contained in basement

complex whereas the clastics of the Basin underlying Camp Pendleton are

largely contained in LaJolla formation and San Onofre breccia with but a small

area of the fill overlying basement complex. The basins all have this

characteristic, however, that once waters have left the surface and subsurface

flow they become percolating in nature with their course being largely deter-

mined by the nature of the deposits which they encounter.

Finding No. XCI

Santa Margarita Coastal Basin;
    Capacity; yield and Management:

Unanimity prevails to a marked degree between the evidence California

and the United States of America introduced respecting (a) nature, (b) charac-

teristics, (c) storage capacity, and (d) usable storage capacity of the Santa

Margarita Coastal Basin. Based upon that evidence it is found as follows:

| | |
|---|---|
| Total storage capacity of the three sub-basins found above - Upper, Chappo, and Ysidora - is approximately | 48,000 acre-feet |

Usable storage capacity for each sub-basin is as follows:

| | |
|---|---|
| Upper Basin | 10,000 acre-feet |
| Chappo Basin | 15,000 acre-feet |
| Ysidora Basin (without salt water intrusion) | 1,200 acre-feet |
| | 26,200 acre-feet |

Finding No. XCII

Salt water intrusion from the Pacific Ocean into the Ysidora

segment of the Santa Margarita Coastal Basin occurred by reason of the temporary

lowering of the ground-water table in that subbasin. Result of that intrusion

has been to eliminate that subbasin from the usable storage capacity of the

Santa Margarita Coastal Basin. A fresh water barrier must at all times be

maintained at an elevation sufficient to prevent salt water intrusion. Based

upon the need of the fresh water barrier

| | |
|---|---|
| The total usable storage capacity of the Santa Margarita Coastal Basin is | 25,000 acre-feet. |

- 17 -

16134

Finding No. XCIII

Recharge for Santa Margarita
   Coastal Basin:

     In the state of nature virtually the entire source of recharge
for the Santa Margarita Coastal Basin is the Santa Margarita River.  Rainfall
on the surface of the Santa Margarita Coastal Basin is consumed by the
vegetative cover except in the unusual years of heavy precipitation.

Finding No. XCIV

     Recharge of the Santa Margarita Coastal Basin artifically
occurs by reason of the operation of Lake O'Neill and by the return of
sewage effluent to that Basin by the Marine Corps.

ACQUISITION BY THE UNITED STATES OF AMERICA
OF THE NAVAL ENCLAVE

Finding No. XCV

United States Ammunition Depot:

     The United States of America on January 21,
1942, acquired in San Diego County, California, fee
simple title to the lands now constituting that segment
of the Naval Enclave designated the United States Naval
Ammunition Depot which totals           9,147.55 acres
which lands are more particularly described in
Exhibit C of these Findings, which exhibit is
incorporated into these Findings by reference
and made a part of them.

Camp Pendleton Marine Corps
   Training Base:

     The United States of America on December 31,
1942, in San Diego County, California, acquired fee
simple title to the lands now constituting that segment
of the Naval Enclave designated Camp Pendleton
which totals           122,202.72 acres

16125

which lands are more particularly described in

Exhibit C of these Findings, which exhibit is

incorporated into these Findings by reference

and made a part of them.

The United States of America on December 23,

1943, acquired in San Diego County, California, fee

simple title to the lands now constituting that segment

of the Naval Enclave designated Camp Pendleton

which totals                                              1,676.58 acres

which lands are more particularly described in

Exhibit C of these Findings, which exhibit is

incorporated into these Findings by reference

and made a part of them.

The United States of America by intra-

governmental transfer, in San Diego County, California,

of public domain, added to Camp Pendleton          1,574.61 acres

which lands are more particularly described in

Exhibit C of these Findings, which exhibit is

incorporated into these Findings by reference

and made a part of them.

The United States of America on February 8,

1949, acquired in Orange County, California, fee

simple title to                                          112.11 acres

which were made a part of Camp Pendleton, which

lands are more particularly described in Exhibit C

of these Findings, which exhibit is incorporated

into these Findings by reference and made a part

of them.

Total          134,713.57 acres

<u>United States Naval Hospital</u>:

There is situated in the West Half (W 1/2) of Section five (5),

Township ten (10) South, Range four (4) West, S.B.M. the United States Naval

Hospital.

16136

RANCHO SANTA MARGARITA y LAS FLORES,
PREDECESSOR OF UNITED STATES OF AMERICA

Finding No. XCVI

Prior to the time that California was ceded to the United States of America by Mexico, the Rancho Santa Margarita y Las Flores was operated as a large cattle ranch.

Finding No. XCVII

The property now constituting the Naval Enclave above described, was known as the Rancho Santa Margarita y Las Flores. At the time the property was acquired by the United States of America the lands were then and for many years previous had been used principally as a large livestock ranch. However, some intensive agriculture was practiced on the coastal areas designated Stuart Mesa and South Mesa.

Rancho Santa Margarita's Historical
  Use of Water From Santa Margarita River
  and From Santa Margarita Coastal Basin:

Finding No. XCVIII

Historically several thousand head of livestock were annually raised on the Rancho Santa Margarita. Continuously throughout this long period waters were used from the Santa Margarita River to produce feed and forage for the livestock and to provide water for the stock. It was moreover a source of water for domestic purposes.

Finding No. XCIX

The State of California reported as early as 1883 the diversion into, impoundment, storage and use of Santa Margarita River water by means of Lake O'Neill, an off-channel reservoir described above. Since the year last mentioned Lake O'Neill has been used for the cyclic storage of Santa Margarita River water in the amounts and for the purposes subsequently to be found.

Finding No. C

In 1883 the Rancho Santa Margarita y Las Flores diverted from the Santa Margarita River and stored water in Lake O'Neill for the purpose of irrigating:

> 300 acres of alfalfa;
>
> 12 acres of orchard and vineyard.

16137

Finding No. CI

In the years 1911 through 1914 the following acreages and crops were irrigated with the waters impounded in Lake O'Neill:

| | |
|---|---|
| Alfalfa | 150 acres |
| Sugar Beets | 200 acres |
| Lima Beans | 200 acres |
| | 550 acres. |

Finding No. CII

During the years 1911 through 1914 there were irrigated on the Rancho, with water diverted from the Santa Margarita River and stored in Lake O'Neill, between five hundred and fifty (550) and six hundred (600) acres. Those lands were situated in an area referred to as Chappo Flats, overlying that part of Chappo subbasin lying south and east of the Santa Margarita River in Sections eighteen (18) and nineteen (19), Township Ten (10) South, Range Four (4) West, and Sections thirteen (13), twenty-three (23) and twenty-four (24), Township Ten (10) South, Range Five (5) West, S.B.M.

Finding No. CIII

By the year 1942 when the United States of America acquired the Rancho Santa Margarita, the lands irrigated on the surface of Chappo subbasin from Lake O'Neill totaled eight hundred (800) acres. To irrigate those eight hundred (800) acres of land waters were also pumped from the Santa Margarita Coastal Basin.

Finding No. CIV

Ground water or Lake O'Neill water was pumped to irrigate approximately eighty                     80 acres
of land situated in the West Half (W 1/2) of Section five (5), Township ten (10) South, Range four (4) West, S.B.M. Row crops were raised upon the lands in question.

Finding No. CV

When the United States of America acquired the Rancho Santa Margarita there were also seventy                     70 acres
of land north and west of the channel of the Santa Margarita

River being irrigated with ground water pumped from the
Santa Margarita Coastal Basin, those lands being situated
in Section fourteen (14), Section twenty-two (22) and Section
twenty-three (23), Township Ten (10) South, Range Five
(5) West S.B.M.  On those lands sugar beets and alfalfa
were produced.

Finding No. CVI

In the year 1911 and subsequent to that time
between five hundred (500) and six hundred (600) acres were
irrigated with waters pumped from the Santa Margarita Coastal
Basin in Sections twenty-six (26, thirty-five (35) and
thirty-six (36), Township Ten (10) South, Range Five (5)
West, S.B.M., and in Sections one (1) and two (2), Township
Eleven (11) South, Range Five (5) West, S.B.M., all overlying
Ysidora subbasin.  When the United States of America acquired
the Rancho Santa Margarita there were approximately five
hundred and fifty                                          550 acres
of land overlying the Ysidora subbasin which were irrigated
by waters pumped from that subbasin.

Finding No. CVII

When the United States of America acquired the
Rancho Santa Margarita there were being irrigated

On Stuart Mesa upon lands described as follows:

Southwest Quarter (SW 1/4) of Section thirty-
three (33), Township Ten (10) South, Range Five
(5) West, S.B.M.;

Sections three (3), four (4), five (5), eight
(8), and nine (9), all in Township Eleven (11)
South, Range Five (5) West, S.B.M.

a total of approximately twelve hundred        1200 acres

On South Mesa upon lands described as follows:

    Sections nine (9), ten (10), fourteen (14),

    fifteen (15), sixteen (16), and twenty-two (22),

    all in Township Eleven (11) South, Range Five (5)

    West, S. B. M.

    a total of approximately eight hundred        800 acres

### Finding No. CVIII

The lands being irrigated on Stuart and South Coast Mesas were devoted to one hundred (100) acres of citrus and the balance of the acreage was devoted to raising row crops. The climate on those Mesas was such that the lands in question were double cropped with the attendant increase in water used.

### Finding No. CIX

All of the waters used to irrigate the lands on Stuart and South Coast Mesas at the time the United States of America acquired the Rancho Santa Margarita were pumped from the Santa Margarita Coastal Basin.

### Finding No. CX

At the time the United States of America acquired the Rancho Santa Margarita, in addition to the lands which were artificially irrigated from Lake O'Neill and the ground waters of the Santa Margarita Coastal Basin, there were approximately two thousand (2,000) acres of grazing lands overlying that Basin which were sub-irrigated.

### Finding No. CXI

At the time the United States of America acquired the Rancho Santa Margarita a reasonable water duty for the artificially irrigated crops would be approximately four (4) acre-feet an acre a year, including project loss. At that time a reasonable water duty for the approximately two thousand (2,000) acres of land which were sub-irrigated from the Santa Margarita Coastal Basin would be one and three-tenths (1.3) acre-feet an acre a year. There was a total of approximately fifteen thousand (15,000) acre-feet of water from Lake O'Neill and the Santa Margarita Coastal Basin being used by the Rancho Santa

Finding No. CXII

Lands Riparian to  Santa Margarita
    River Which Are Susceptible to
    Practical and Profitable Irrigation;
    Water Duty:

The United States of America acquired from the Rancho Santa Margarita a total of thirty-eight thousand thirty-one (38,031) acres which are riparian to the Santa Margarita River.  Twenty thousand four hundred and twenty-four (20,424) acres of that land are susceptible to practicable and profitable irrigation.  A reasonable water duty for the lands is approximately four (4) acre-feet an acre for a total of eighty-one thousand six hundred and ninety-six (81,696) acre-feet.[6/]  Yield of the Santa Margarita River in a state of nature falls far short of providing that quantity of water.  Due to upstream development the quantity of water now reaching the lands in question is far less than that flowing to them in a state of nature.

Finding No. CXIII

Means of Utilizing Waters From Santa
    Margarita River and Santa Margarita
    Coastal Basin at Time United States
    of America Acquired Rancho Santa
    Margarita:

At the time the United States of America acquired the lands which now comprise the Naval Enclave there were in existence and use three large and well integrated irrigation systems to supply Santa Margarita River water and waters from the Santa Margarita Coastal Basin for the lands described in the findings which precede.

Finding No. CXIV

Lake O'Neill:
            Lake O'Neill in the year 1883 and at the time the United States of America acquired the Rancho Santa Margarita was an off-channel reservoir created by an earthen dam situated in the Northwest Quarter (NW 1/4) of Section eight (8), Township Ten (10) South, Range Four (4) West, S.B.M. It was approximately twelve (12) feet high, one thousand three hundred and forty (1340) feet long, with an outlet near the south end consisting of a wooden opening four (4) feet four (4) inches wide, which served as a means of impounding and releasing, as desired, the water diverted into and impounded in the

Finding No. CXV

Surface area of Lake O'Neill in 1883 was, and at present is, when filled approximately one hundred and twenty-five (125) acres.

Finding No. CXVI

Maximum capacity of Lake O'Neill in 1883 was, and at present is, twelve hundred (1,200) acre-feet, of which one hundred (100) acre-feet are dead storage.

Finding No. CXVII

Lake O'Neill Diversion Ditch:

Continuously, for the periods and in the amounts subsequently found, since the year 1883 water has been diverted from the Santa Margarita River and conducted into Lake O'Neill by means of the Lake O'Neill diversion ditch.

Finding No. CXVIII

Headworks for the Lake O'Neill diversion ditch are situated in the Northwest Quarter (NW 1/4) of Section five (5), Township Ten (10) South, Range Four (4) West, S.B.M., on the south bank of the Santa Margarita River. That ditch in 1883 was three quarters of a mile in length. Its maximum carrying capacity in 1883 was and at present is, twenty (20) c.f.s. The ditch at the time of the acquisition of the Rancho Santa Margarita by the United States of America and at the date of the entry of these findings, was substantially as described above.

Finding No. CXIX

Lake O'Neill diversion ditch was constructed in a manner which would permit waters diverted into it from the Santa Margarita River to be conducted into Lake O'Neill. It was, moreover, constructed in a manner which permitted waters diverted into it to by-pass Lake O'Neill entirely, for release directly for irrigation and other beneficial purposes. It has been the practice historically after Lake O'Neill had been filled with Santa Margarita River waters, to by-pass that reservoir in the manner described.

Finding No. CXX

Waters from the Santa Margarita River were historically diverted

by the Rancho Santa Margarita into the Lake O'Neill diversion ditch, all as
found above, by means of a temporary earthen dam constructed in the bed of that
River. That dam diverted all of the surface flow of the Santa Margarita River
after the winter and early spring runoff, if any. The date varied each
irrigation season, when that temporary dam was constructed. The last mentioned
date depended upon the amount of rainfall during the preceding winter and
spring.

Finding No. CXXI

Continuously, from the year 1883, to December 19, 1914, and from
the date last mentioned to the time of the transfer of the Rancho Santa
Margarita to the United States of America, whenever that quantity of water
was available in the Santa Margarita River, the predecessor in interest of the
United States of America, after the winter and early spring runoff, if any,
diverted into the headworks of the Lake O'Neill diversion ditch, Santa Margarita
River water, at a rate not to exceed twenty (20) cubic feet per second,
which was conducted to and stored in Lake O'Neill, in a quantity which did
not exceed eleven hundred (1,100) acre-feet per year; provided however,
if the dead storage in Lake O'Neill was less than one hundred (100) acre-feet,
there was diverted in the exercise of that appropriative right a quantity
of Santa Margarita River water sufficient to bring the dead storage up to
one hundred (100) acre-feet, or a maximum appropriative right to the use of
the waters of the Santa Margarita River of twelve hundred (1,200) acre-feet
annually.

Finding No. CXXII

Lake O'Neill-Chappo Basin Ditch:

At all times above mentioned prior to the acquisition of the
Rancho Santa Margarita by the United States of America waters stored in
Lake O'Neill were released from that reservoir into a ditch which had its
heading at the southern end of the dam, and were conducted through that
ditch to irrigate lands above described on Chappo subbasin.

Finding No. CXXIII

From Lake O'Neill, the ditch referred to in the preceding finding

proceeded generally westerly across Sections eight (8), eighteen (18), and
nineteen (19), Township ten (10) South, Range four (4) West, and Sections
thirteen (13), twenty-three (23) and twenty-four (24), Township Ten (10) South,
Range Five (5) West, S. B. M.  In its course the ditch followed for much
of its distance the southern boundary of the Santa Margarita Coastal Basin.

Finding No. CXXIV

Ysidora Subbasin System:

The lands overlying the Ysidora Subbasin, like the vast preponderance
of land irrigated by the Rancho Santa Margarita when the United States of
America acquired the Rancho, are irrigated with water pumped from the Santa
Margarita Coastal Basin.

Finding No. CXXV

The waters pumped from the Basin are delivered to the overlying
lands by pipe lines connected to wells in the Coastal Basin.

Finding No. CXXVI

System for Irrigation of
   Stuart and South Mesas:

When the United States of America acquired the Rancho Santa Margarita
there was in operation a complex irrigation system with which waters pumped
from the Santa Margarita Coastal Basin were delivered to lands on Stuart and
South Mesas.  That system extended for several miles on both the east and west
sides of the main thoroughfare between Los Angeles and San Diego, California.
Existence of the system and the use of water from the Santa Margarita Coastal
Basin were facts well known to California and other principal defendants,
including the Fallbrook Public Utility District.

Finding No. CXXVII

Source of the waters used to irrigate the approximately eighteen
hundred (1,800) acres of land on Stuart and South Mesas, all as described
above, is the Ysidora subbasin of the Santa Margarita Coastal Basin.  That
water is pumped into pipe lines which conduct it to regulating reservoirs.
For South Mesa the water is delivered into Twin Lakes from which it is
released for use throughout the Mesa.  Similarly the water pumped for use

- 27 -

16144

on Stuart Mesa is delivered into a series of regulating reservoirs from which
it is released to irrigate the lands on the Mesa in question.

### Finding No. CXXVIII

Approximately nine hundred (900) acres 2/ of the lands situated
on Stuart and South Mesas are outside of the Santa Margarita River watershed.

### Finding No. CXXIX

RIGHTS ACQUIRED BY THE UNITED STATES OF AMERICA
AS DEFINED BY STIPULATED JUDGMENT OF 1940 BETWEEN
THE RANCHO SANTA MARGARITA AND VAIL ESTATE

When the United States of America acquired the Rancho Santa Margarita
it succeeded to the Rancho's rights, title, interests and obligations as
defined and delineated in the Stipulated Judgment dated December 26, 1940,
in the Superior Court of the State of California, In and For the County of
San Diego, pursuant to which there was terminated protracted litigation
between the Rancho Santa Margarita and the Vail Estate, predecessor in interest
of defendant Vail Company.

### Finding No. CXXX

Pursuant to the Stipulated Judgment of 1940, alluded to in the
preceding finding, the Rancho Santa Margarita and the Vail Estate agreed,
either party in regard to the exercise of their respective riparian rights that:

    (a)  They could impound and store the yield of those rights;

    (b)  They could utilize the yield of those riparian rights
upon riparian or non-riparian land.

### Finding No. CXXXI

As between themselves the Rancho Santa Margarita and Vail Estate
agreed that the Rancho Santa Margarita and Vail Estate would participate in
the waters of the Santa Margarita River to which they were entitled on the
basis of sixty-six and two-thirds percent (66 2/3 %) to Rancho Santa Margarita;
thirty-three and one-third percent (33 1/3 %) to Vail Estate.  The base flow
for apportionment  pursuant to the Stipulated Judgment is measured at Temecula
Gorge Gaging Station or Ysidora Gaging Station, whichever is the larger.

---

2/ To be checked further

16145

Finding No. CXXXII

It is further provided by the Stipulated Judgment of 1940 that Vail Company at all times "shall be entitled to divert" from the stream in question "an amount of water equal to one-half of the amount which" the United States of America "is entitled to divert from said river and its tributaries ***."

Finding No. CXXXIII

Both the United States of America, after its acquisition of the Rancho Santa Margarita, and Vail Company complied with the Stipulated Judgment of 1940. Relying upon the representation by Vail Estate that it would comply with the Stipulated Judgment of 1940, the United States of America withdrew its protest to the construction of Vail Dam. Further in reliance upon Vail Estate's agreement that the Stipulated Judgment of 1940 was in force and effect, the United States of America spent in excess of fifty thousand dollars ($50,000) in drilling a deep well on Vail Company's property.

Finding No. CXXXIV

During the 1961 irrigation season Vail Company in compliance with the provisions of the Stipulated Judgment of 1940 requiring a minimum flow of three (3) cubic feet a second at Temecula Gorge during the irrigation season, pumped ground water into the stream in quantities sufficient to meet that minimum requirement.

Finding No. CXXXV

Revocable Permit to Fallbrook Public
    Utility District:

When the United States of America acquired the Rancho Santa Margarita there was in force and effect a revocable license executed in the year 1932 by the Rancho Santa Margarita and the Vail Estate, allowing the Fallbrook Public Utility District to pump from the Santa Margarita River at a point immediately upstream from the Rancho's eastern boundary a maximum of ten (10) miner's inches of water for domestic purposes. When the United States of America acquired the Rancho Santa Margarita, Fallbrook Public Utility District neither owned nor claimed any rights to the use of water in the Santa Margarita River. In 1946 and 1947 the Fallbrook Public Utility District filed applications to appropriate rights in the stream. It also commenced violations of the

- 29 -

16146

revocable license by pumping in excess of ten (10) miner's inches.  In 1948,
by reason of those violations the United States of America cancelled Fallbrook's
revocable license.

### Finding No. CXXXVI

### PRESENT WATER USES BY THE UNITED STATES OF AMERICA

Since the United States of America acquired the lands comprising
the Naval Enclave it has exercised the rights to the use of water to which
it succeeded in the Santa Margarita River and in the Santa Margarita Coastal
Basin.  It has, moreover, exercised the rights to which it succeeded under the
Stipulated Judgment of 1940.

### Finding No. CXXXVII

In keeping with the provisions of the Stipulated Judgment of 1940
and continuing the practices of the Rancho Santa Margarita at the time of
the conveyance, the United States of America has impounded surface flow of the
Santa Margarita River in Lake O'Neill to the full capacity of that reservoir
and to export from the watershed waters pumped from the Santa Margarita Coastal
Basin.

### Finding No. CXXXVIII

Since acquisition of the Rancho Santa Margarita the United States
of America has used the waters of the Santa Margarita River and the Santa
Margarita Coastal Basin primarily for military purposes.  At the time the
lands constituting the Enclave were acquired there was in existence a very
substantial agricultural economy operated on a leasing basis.  By licensing
arrangements that agricultural economy has been maintained to the extent
that water was available and that it did not interfere with military
operations.

### Finding No. CXXXIX

Most Careful Husbandry of Water:

It has been the practice of the United States of America most
carefully to husband the water available to it from the Santa Margarita River
and the Santa Margarita Coastal Basin.  Only by using far less water than its
actual demands has it been possible for the United States of America to supply
its most pressing needs within the Enclave.

16147