CARTER
12-5-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              ) No. 1247-SD-C    Civil
                                    )
v.                                  ) MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              ) Dated: ___ Dec. 6, 1961 ___
                                    )
                                    ) At San Diego, California

PRESENT: Hon. ____ JM JAMES M. CRRTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY ____ Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD


Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD, AND FRANZ SACHSE


Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
   IT IS ORDERED cause is continued to Dec. 7, 1961, at 2 P.M.
for further court trial.


JOHN A. CHILDRESS, Clerk
By _WILLIAM_____