1

2

3

4

5

6

# LODGED

DEC 6 1961

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By

DEPUTY

7      IN THE UNITED STATES DISTRICT COURT

8         SOUTHERN DISTRICT OF CALIFORNIA

9              SOUTHERN DIVISION

10

11

12  UNITED STATES OF AMERICA,        )

13              Plaintiff,           )          No. 1247-SD-C

14        vs.                        )

15  FALLBROOK PUBLIC UTILITY         )          FINDINGS OF FACT,
    DISTRICT, et al.,                )          CONCLUSIONS OF LAW, AND
16                                   )          INTERLOCUTORY JUDGMENT
                                     )          NO. 36 PERTAINING TO
17              Defendants.          )          DIAMOND AND DOMENIGONI
                                     )          VALLEYS
18  ─────────────────────────────────)

19              <u>FINDINGS OF FACT</u>

20  <u>WARM SPRINGS CREEK</u>:

21                      I

22        Warm Springs Creek has its headwaters in Sections 9

23  and 15, T6S, R1W, SBM, and flows thence in a southerly direction

24  to the vicinity of the south line of Section 4, T6S, R1W, SBM.

25  It flows thence westerly, in a man-made channel, along the

26  southerly line of Sections 4, 5, and 6, T6S, R1W, SBM, through

27  the area known as "Diamond Valley."

28        It continues in a general westerly direction through

29  Sections 1 and 2 to a point near the middle of Section 3, T6S,

30  R2W, SBM; and thence flows in a generally southwesterly direction

31  through Sections 9 and 10, T6S, R2W, SBM.  This area is known as

16148

1 "Domenigoni Valley."  Warm Springs Creek leaves Domenigoni

2 Valley at a point near the SE corner of the $SW\frac{1}{4}$ of the $SW\frac{1}{4}$ of

3 Section 9, T6S, R2W, SBM.  The course and location of Warm

4 Springs Creek are delineated on  United States Exhibit 274, made

5 a part hereof by reference.

6        Warm Springs Creek in the area hereinabove described

7 is intermittent both as to season of flow and location of flow,

8 and flows on the surface only during and after periods of

9 heavy precipitation and runoff.  There is no evidence on the

10 amount or rate of flow of Warm Springs Creek, or as to the

11 average, maximum, minimum, or normal or anticipated flow of

12 the Creek, and the Court expressly makes no findings thereon

13 because of such lack of evidence.

14                          II

15        That attached hereto marked Exhibit A is a descrip-

16 tion of all lands within Diamond and Domenigoni Valleys which

17 overlie the ground water basin indicating their riparian status,

18 apparent ownerships, irrigable and irrigated acreages, gross

19 acreages and wells or surface diversions or impoundments.

20                          III

21        That Warm Springs Creek is a tributary of the Santa

22 Margarita River and the waters therein are a part of the Santa

23 Margarita River.

24 <u>DIAMOND AND DOMENIGONI BASINS:</u>

25                          IV

26        Diamond and Domenigoni Valleys comprise a ground water

27 basin filled with sedimentary material described herein as

28 younger alluvium.  The extent and location of said ground water

29 basin is delineated upon the map United States Exhibit 274 which

30 is made a part hereof by reference.

31        The ground water basin referred to herein is part of a

                          2

1 continuous body of younger alluvium which extends from within
2 the San Jacinto River watershed in Sections 33 and 34, T5S,
3 R1W, and Section 3, T6S, R1W, across the watershed divide
4 in Sections 3 and 4, T6S, R1W, and Sections 32 and 33, T6S, R2W,
5 SBM into the Santa Margarita River watershed; thence continuing
6 in a generally westerly and southwesterly direction as deli-
7 neated on United States Exhibit 274; thence crossing the water-
8 shed divide out of the Santa Margarita River watershed and into
9 the San Jacinto River watershed in Sections 8 and 9, T6S, R2W,
10 SBM.

11                                V

12       The southerly limit of the said ground water basin is
13 in the general vicinity of the south line of Section 9, T6S,
14 R2W, SBM.  At that point the said ground water basin is enclosed
15 by a lip of basement complex material rising to elevation 1400'
16 which lip prevents the movement of ground water from  Diamond
17 and Domenigoni Valleys southwesterly into the remainder of the
18 Santa Margarita River watershed, excepting such ground water
19 north of said lip which may exist at or above elevation 1400'.

20                               VI

21       That the presence of basement complex lip described
22 in Finding V above is a barrier to the movement of all ground
23 waters moving beneath the surface of Diamond and Domenigoni
24 Valleys below elevation 1400' in a westerly direction, and
25 causes such ground waters to move out of the Santa Margarita
26 River watershed and into Menifee Valley of the San Jacinto
27 River watershed in Section 8, T6S, R2W.

28                               VII

29       That at such times as the ground water level in
30 Diamond and Domenigoni Valleys north of the south line of
31 Section 9, T6S, R2W, SBM is above 1400', the larger

                                3

1  proportion of such ground waters move westerly out of the
2  Santa Margarita River watershed, and into Menifee Valley of the
3  San Jacinto River watershed, and the smaller proportion of
4  such ground waters moves over the lip of basement complex re-
5  ferred to herein and on down Warm Springs Creek.

6        That the ground waters which do move down Warm Springs
7  Creek as found herein are consumed almost in their entirety by
8  evaporation and transportation losses within a relatively short
9  distance downstream from that point where said ground waters
10  move out of said Diamond and Domenigoni Valleys and into Warm
11  Springs Creek.

12                          VIII
13        All of the waters underlying areas delineated on
14  United States Exhibit 274 as "basement complex" or "basement
15  complex (weathered)" are vagrant, local, percolating waters, not
16  a part of any surface or sub-surface stream or sub-surface basin
17  of the Santa Margarita River or any of its tributaries; and such
18  waters do not directly feed or support and are not necessary to
19  the continued surface or sub-surface flow of the Santa Margarita
20  River or its tributaries or basins or gound water areas, and
21  the extraction  of such ground waters has not and will not
22  affect or reduce the flow of the Santa Margarita River or its
23  tributaries available to plaintiff or other downstream users
24  having rights thereto.

25                          IX
26        Certain defendants are presently extracting waters from
27  the ground water basins of Diamond and Domenigoni Valleys and
28  are using such waters for domestic and agricultural purposes upon
29  their lands.

30        All of the uses to which such defendants are putting
31  water upon their lands, and all of the methods of use of water

                          4

16151

1  by defendants are reasonable and beneficial and within the

2  limitations imposed upon the use of water by the Constitu-

3  tion and Statutes of the State of California.  Under present

4  conditions it would be wasteful and unreasonable and contrary

5  to the Constitution and Statutes of the State of California

6  to require that the water level in Diamond and Domenigoni

7  Basins be maintained at elevation 1400' or above, and any such

8  requirement would interfere with the reasonable use of the

9  said ground waters by overlying landowners.

10                 X

11        That the issue of apportionment as to the quantity of

12  the ground waters of Diamond or Domenigoni basins to which any

13  overlying landowners may be entitled has not been reached at

14  this stage in this case, and the Court has taken no evidence

15  directed to this issue.  This issue is left open, is not deci-

16  ded herein and shall be litigated by this Court if and when in

17  the future it becomes necessary to do so.

18                XI

19        That because of the fact that the movement of ground

20  waters within Diamond and Domenigoni Basins is westerly and

21  out of the Santa Margarita River watershed and into the San

22  Jacinto watershed it would be impossible for this Court at

23  this time to make an allocation of said waters among all owners

24  of lands overlying said basins in that those persons who own

25  lands which overlie said basin within the San Jacinto water-

26  shed are not parties to this suit.

27          CONCLUSIONS OF LAW

28                I

29        The surface flow of Warm Springs Creek and its

30  tributaries is a part of the waters of the Santa Margarita

31  River system, and the diversion or use of such surface waters

16152

1   is subject to the continuing jurisdiction of this Court as
2   hereinafter set forth.

3                                   II

4          That at the present time, and so long as the ground
5   waters of Diamond and Domenigoni Valleys immediately north
6   of the south line of Section 9, T6S, R2W, SBM remain below
7   elevation 1400', the said ground waters do not contribute
8   to the waters of the Santa Margarita River System down-
9   stream therefrom.

10                                  III

11         That it would be wasteful and unreasonable, and
12  contrary to the provisions of Article XIV, Section 3, Cali-
13  fornia Constitution, to require the maintenance of a water
14  level in Diamond and Domenigoni Valleys at elevation 1400' or
15  above for the purpose of supporting a ground water movement
16  southwesterly past the south line of Section 9, T6S, R2W, SBM
17  and down Warm Springs Creek, and for that reason the ex-
18  tractions of ground water from within Diamond and Domenigoni
19  Basins will not be presently regulated or restricted in these
20  proceedings for the purpose of maintaining such a flow.  How-
21  ever, the court will retain continuing jurisdiction of this
22  cause for the purpose of reviewing or reconsidering possible
23  control of future ground water extractions should substantial
24  changes in circumstances so require.

25                                  IV

26         That owners of lands riparian to Warm Springs Creek
27  are entitled to the use of the surface waters of Warm Springs
28  Creek for useful and beneficial purposes, correlatively with
29  all other owners of lands riparian to Warm Springs Creek or
30  riparian to those portions of the Santa Margarita River
31  system located downstream from the confluence of Warm Springs

6

16153

1  Creek and Murrieta Creek.

2                              V

3           That the issue of apportionment of the ground waters

4  within the basins and the surface waters comprising Warm Springs

5  Creek has not been raised in this case at this time and this

6  issue is left open, is not decided herein, and this Court will

7  reserve jurisdiction to litigate this issue if in the future

8  it becomes necessary to do so.

9

10                    INTERLOCUTORY JUDGMENT

11          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all

12  waters underlying areas delineated on U. S. Exhibit 274 as

13  basement complex or basement complex (weathered) are vagrant,

14  local, percolating waters not a part of the Santa Margarita

15  River or any of its tributaries, nor do said ground waters add

16  to nor contribute to said River or any tributaries thereto.

17          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

18  rights to the use of said ground waters are forever quieted in

19  favor of the owners of the land in which said waters are con-

20  tained, and that no person having rights to the surface or

21  ground waters of the Santa Margarita River or its tributaries

22  has, because of such fact, any rights thereto; and,

23          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

24  said owners of said lands, the ground waters of which are

25  herein adjudged to not contribute to said River or its tribu-

26  taries, have no rights to the waters of said River or its

27  tributaries by reason of their ownership of said lands con-

28  taining vagrant, local, percolating waters as adjudged herein.

29          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

30  ground waters within the younger alluvium in Diamond and Domeni-

31  goni Valleys as delineated on U. S. Exhibit 274 are a part of

1 the Santa Margarita River in that said ground waters add to

2 and contribute to Warm Springs Creek when the ground water

3 level in said Valleys north of the south line of Section 9,

4 T6S, R2W, SBM exceeds 1400'.

5     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

6 under present conditions, it would be unreasonable, wasteful

7 and contrary to the Constitution and Statutes of the State of

8 California to require that the water levels of the ground waters

9 within said Diamond and Domenigoni Basins be maintained at

10 elevation 1400' for the sole purpose of allowing a minor amount

11 of water to move westward into Warm Springs Creek, a tributary

12 of the Santa Margarita River.

13     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

14 owners of land riparian to Warm Springs Creek have correlative

15 rights thereto; that said land riparian to said Creek is

16 described in Exhibit A  which exhibit is incorporated by reference

17 into this Judgment.

18     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

19 issue of apportionment of the ground waters within the basins

20 and the surface waters comprising Warm Springs Creek has not

21 been raised in this case at this time, and this issue is left

22 open, is not decided herein, and this Court reserves juris-

23 diction to litigate this issue if in the future it becomes

24 necessary to do so.

25     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

26 Judgment is interlocutory, is not final, and this Court reserves

27 jurisdiction to modify or change it in any respect, with or

28 without notice, at any time until final judgment in this case

29 is entered.

30     Dated: _____, 1961.

31

8

_____
           JUDGE

Parcel No. 4          SE¼ of SE¼ of Sec. 31, T5S, R1W
Exhibit 208-B

   Apparent Owner:  Searl Brothers

   Gross Acreage         40.0                Wells:

   Irrigable Acreage     40.0

   Irrigated Acreage     40 Est. by Owner

                                 Surface Diversions:

                                 51W-31R1
                                 Reservoir
                                 Capacity 4 a.c.

---

Parcel No. 5          S½ of Sec 31, Except SE¼ of SE¼, T5S, R1W
Exhibit 208-B

   Apparent Owner:  Searl Brothers

   Gross Acreage         280.8              Wells:

   Irrigable Acreage     150.5

   Irrigated Acreage     150 Est. by Owner

                                 Surface Diversions:

---

Parcel 7              All of Sec. 32, Except S 600' of Government Lot 2,
Exhibit 208-B         T5S, R1W

   Apparent Owner:  Searl Brothers

   Gross Acreage         614.6*             Wells:  51W-32Q1  Irrigation

   Irrigable Acreage     495.0

   Irrigated Acreage     485 (Est.by Owner)  Surface Diversions:
                                     51W-32J
* Portion outside watershed                   Reservoir
  not included                               Capacity 3 a.c.

                                 41W-32Q
                                 Sump

16158

Parcel No. 8
Exhibit 208-B                    S 600' of Government Lot 2, Sec. 32, T5S, R1W

Apparent Owner:  Searl, Lorena C. & Gerald Ernest

Gross Acreage            5.4          Wells:

Irrigable Acreage        5.4

Irrigated Acreage
                                      Surface Diversions:

---

Parcel No. 9
Exhibit 208-B                    All of Sec. 33, T5S, R1W

Apparent Owner:  Searl Brothers

Gross Acreage            185.3*       Wells:  S1W-33R1  Irrigation

Irrigable Acreage        114.1

Irrigated Acreage        140 Est. by Owner
                                      Surface Diversions:
*Portion outside watershed
not included

---

Parcel 13 & 15
Exhibit 208-B                    S½ of Sec. 34, T5S, R2W, Except-N½ of SW¼.
                                 S½ of Sec 35, T5S, R2W.

Apparent Owner:  Young, Kenneth W. & Julia M.

Gross Acreage            386.6*       Wells:  52W-34P1
                                              52W-35Q1  Stock
Irrigable Acreage        168.1                52W-35K1  Stock

Irrigated Acreage

* Portion outside watershed           Surface Diversions:
not included

16157

Parcel No. 23
Exhibit 208-B

S½ of SE¼; E½ of NW¼ of SE¼; SE¼ of SW¼;
Government Lots 2 & 3; Sec. 4, T6S, R1W.


Apparent Owner:   Herning, Chester Z. & Ruth E.

Gross Acreage        188.8              Wells:     6S/1W-4J1—Irrigation

Irrigable Acreage 138.3                            6S/1W-4J2—Domestic

Irrigated Acreage                       Surface Diversions:

---

Parcel No.   25 & 26
Exhibit 208-B

W½ of NE¼ of SE¼, Sec. 4, T6S, R1W; also portion
commencing at SE corner of NE¼ of said section;
th W along quarter section line to intersection
of line of San Jacinto Rancho; th along line of
said Rancho N 68°11' E to intersection of W line
of Diamond School District Lot; th S 7.00 rods
to SW corner of said School Lot; th E along said
school Lot 25 rods; th S 17.80 rods to point of
beginning.

Apparent Owner:

Allart, L. H. & Bessie D.

Gross Acreage        26.2              Wells:

Irrigable Acreage    26.2
                                       6S/1W-4J3

Irrigated Acreage                      Surface Diversions:


16158

Parcel No. 27
Exhibit 208-B

Per Lot 1, Sec 4, T6S, R1W--Beginning at intersection of E line of Sec 4 with Sly line of Rancho San Jacinto Viejo; Th S on E line of said Sec 4, 17.00 rods; th W 25 rods; th N 7.00 rods to said Sly line of said Rancho; then NEly on Said Sly line to point of beginning

Apparent Owner:

Searl, Edgar L. & Emeline

| | | |
|---|---|---|
| Gross Acreage | 2.0 | Wells: |
| Irrigable Acreage | 2.0 | |
| Irrigated Acreage | Incl. in Par 28 | Surface Diversions: |

---

Parcel No. 28
Exhibit 208-B

Par of Rancho San Jacinto Viejo in Sec 4, T6S, R1W, lying nly of line described as follows: Beginning on W line of Sec 4 distant Nly 16.37 chains from SW corner of Sec 4; th N 68°11' E to point on N line of Sec 4 distant Wly 32.25 chains from NE corner of Sec 4

Apparent Owner:

Searl Brothers

| | | | |
|---|---|---|---|
| Gross Acreage | 412.6 | Wells: | 61W-4G1  Irrigation |
| | | | 4R1  Domestic |
| Irrigable Acreage | 376.2 | | 4H2 Domestic |
| | | | 4X1  Irrigation |
| Irrigated Acreage | 390 Est. by Owner | Surface Diversions: | |

61W-4M
Reservoir
Capacity 10 A.F.

---

Parcel No. 28A
Exhibit 208-B

Par of Rancho San Jacinto Viejo in Sec 5, T6S, R1W, described as follows: Beginning at NE corner of Sec 5; th W along N line of Sec 5, 13.68 chains to NE corner of Government Lot 4; th S along E line of Governments Lots 4,5,6 & par of 7, 69.20 chains; th N 68°11' E 14.96 chains to E line of Sec 5; th N along said E line of Sec 5 to point of beginning.

Apparent Owner:

Searl Brothers

| | | |
|---|---|---|
| Gross Acreage | 90.4 | Wells: |
| Irrigable Acreage | 65.8 | |
| Irrigated Acreage | 60 Est. by Owner | Surface Diversions: |

Parcel No. **29**
Exhibit 208-B

Government Lots 1 through 7; S½ of NW¼; SW¼; W½ of SE¼; SW¼ of NE¼ of Sec 5, T6S, R1W.

Apparent Owner: Garbani, Fred, James A., Jesendo E., & Valentina

| | | | |
|---|---|---|---|
| Gross Acreage | 550.0 | Wells: | 61W-5C1   Irrigation |
| | | | 5H1   Irrigation |
| Irrigable Acreage | 369.1 | | 5H2   Irrigation |
| Irrigated Acreage | 160 | Surface Diversions: |

61W-5H—Reservoir – Abandoned
Plans to enlarge in near
future

61W-5G—Reservoir-Capacity 3A.F.

---

Parcel No. **31**
Exhibit 208-B

Ely rectangular 142 acres of NE¼ of Sec 6, T6S, R1W;
Except N 30'

Apparent Owner: Garbani, Fred & Jesendo E.

| | | | |
|---|---|---|---|
| Gross Acreage | 142.0 | Wells: | 61W-6A1   Irrigation |
| Irrigable Acreage | 142.0 | | |
| Irrigated Acreage | | Surface Diversions: |

61W-6B – Check Dam – Small

16160

Parcel No. **32**
Exhibit 208-B     Lots 3,4, & 5 (N½ of NW¼ & SW¼ of NW¼) of Sec 6, T6S, R1W;
Except 25' strip from N'ly side of Lot 4 & 30' Strip from
N'ly side of Lots 3 & 4, and W'ly side of Lot 4.

Apparent Owner: **Bantle, Claire Pierce**

| | | |
|---|---|---|
| Gross Acreage | **193.9** | Wells: |
| Irrigable Acreage | **185.6** | |
| Irrigated Acreage | | Surface Diversions: |

---

Parcel No. **33**
Exhibit 208-B     S 30 ac of Government Lot 6 (NW¼ of SW¼); NE¼ of SW¼;
E 25' of Government Lot 4 (NW¼ of NW¼) of Sec 6,
T6S, R1W.

Apparent Owner: **Carboni, Joe E. & Ruth S.**

| | | |
|---|---|---|
| Gross Acreage | **70.8** | Wells: |
| Irrigable Acreage | **3.7** | |
| Irrigated Acreage | **None** | Surface Diversions: |

---

Parcel No. **39**
Exhibit 208-B     NE¼ and SE¼ of Sec 9, T6S, R1W

Apparent Owner: **Herning, Chester L. & Ruth E.**

| | | |
|---|---|---|
| Gross Acreage | **320.0** | Wells: |
| Irrigable Acreage | **85.8** | |
| Irrigated Acreage | **10** | Surface Diversions: |

Parcel No. 41
Exhibit 208-B        NW¼ of Sec 10, T6S, R1W

Apparent Owner: Berning, Chester I & Ruth E.

Gross Acreage        152.7 *        Wells:  61W-10D1  Domestic
                                            61W-10D2  Domestic -Stock
Irrigable Acreage    125.2                  61W-10D3  Domestic
                                            61W-10E1  Stock
Irrigated Acreage    60               Surface Diversions:

* Portion outside watershed          61W-10D-Reservoir - Small
  not included

---

Parcel No. 42
Exhibit 208-B        SW¼ of Sec 10, T6S, R1W

Apparent Owner: Wilhelm, Harold O.

Gross Acreage        160.0          Wells:  61W-10L1  Windmill
                                            61W-10L2  Not in use
Irrigable Acreage    126.9                  61W-10L3  Not in use

Irrigated Acreage    None            Surface Diversions:

16162

Parcel No.  59 ·      Sec 1, T6S, R2W
Exhibit 208-B


Apparent Owner:  Searl Brothers

Gross Acreage        660.9              Wells:  62W-1A1  Windmill-Stock

Irrigable Acreage    474.3

Irrigated Acreage    450 Est. by Owner    Surface Diversions:

                                         62W-1N-Reservoir-
                                         Capacity 10 ac. M&D water

---

Parcel No. 60 & 61    Government Lots 1 & 2 (N½ of NE¼) and SW¼ of NE¼
Exhibit 208-B         and SE¼ of NW¼ of Sec 2, T6S, R2W


Apparent Owner:  Young, Kenneth W. & Julia M.

Gross Acreage        360.9              Wells:  6A/2W-2K1  Unused
                                                62W-2C1
Irrigable Acreage    123.1                      62W-2A1-  Stock
                                                62W-2B2   Stock
Irrigated Acreage                       Surface Diversions:

---

Parcel No.  62        S½, W½ of NW¼, NE¼ of NW¼ and SE¼ of NW¼ of Sec 2,
Exhibit 208-B         T6S, R2W


Apparent Owner:  Demenigoni, Frances M. & Jean

Gross Acreage        470.2              Wells:  62W-2J1  Abandoned
                                                  2J2   Irrigation
Irrigable Acreage    367.3                        2E1   Windmill-Stock
                                                  2F1   Irrigation
Irrigated Acreage    100  by owner      Surface Diversions:
                                        62W-2N-Reservoir-50'x100'x5'

16183

Parcel No. **63**          **All of Sec 3, T6S, R2W.**
Exhibit 208-B

Apparent Owner: **Domenigoni, Rita (Margherita)**

Gross Acreage          **642.6**                    Wells: **62W-3J1 Domestic**
                                                             **3R9 Domestic**
Irrigable Acreage      **578.2**

Irrigated Acreage      **None**                     Surface Diversions:

---

Parcel No. **64**
Exhibit 208-B          **SE¼ of NE¼ and SE¼, Sec 4, T6S, R2W**

Apparent Owner: **Domenigoni, Frederick E., Angelo O. & Francis M.**
                **Young, Julia M.**
                **Barton, Elsa E.**
Gross Acreage          **195.8**                    Wells: **62W-4R1  Abandoned**

Irrigable Acreage      **174.5**

Irrigated Acreage      **None**                     Surface Diversions:

---

Parcel No. **72**          **W½ of NE¼ and NW¼ of Sec 9, T6S, R2W**
Exhibit 208-B

                       **Miller, Albert O.**
Apparent Owner:        **Garrett, Paul**

Gross Acreage          **237.0***                   Wells:

Irrigable Acreage      **214.0**

Irrigated Acreage      **None**                     Surface Diversions:

***Portion outside watershed**
    **not included**

16164

Parcel No.    74
Exhibit 208-B
    S½ of Sec 9, T6S, R2W; Except—Beginning at a point 1350'
W of SE¼ of Sec 9; th N 805'; th W 1082.23'; th S 805'
to S line of Sec 9; th E 1082.23' to point of beginning.

Apparent Owner:   Garrett, Paul

| | | | |
|---|---|---|---|
| Gross Acreage | 299.8 | Wells: | 6N-8J1  Irrigation |
| Irrigable Acreage | 294.3 | | 9K1   Irrigation(Dry) |
| | | | 9K2   Domestic |
| Irrigated Acreage | 80 | Surface Diversions: | |

---

Parcel No. 73
Exhibit 208-B
    E½ of NE¼ of Sec 9, T6S, R2W

Apparent Owner:   Domenigoni, Frederick E.

| | | | |
|---|---|---|---|
| Gross Acreage | 77.5 | Wells: | |
| Irrigable Acreage | 77.5 | | 6N-9A1  Windmill-Dom & Stock |
| | | | 9A2   Domestic |
| Irrigated Acreage | | Surface Diversions: | |

---

Parcel No. 75
Exhibit 208-B
    Por SE¼ of Sec 9, T6S, R2W; Beginning at point 1350' W
of SW corner of Sec 9; th N 805'; th W 1082.23'; th S
805'; th E 1082.23' to point of beginning; Except—
Beginning at point 1518' W and 661.4' N of SE corner
of Sec 9; th N 100'; th W 100'; th S 100'; th E 100'
to point of beginning

Apparent Owner:   Connell, Delores & E. W.

| | | | |
|---|---|---|---|
| Gross Acreage | 20.0 | Wells: | |
| Irrigable Acreage | 18.0 | | 6N-8J1  Irrigation |
| | | | 9K1   Irrigation |
| | | | 9K2   Domestic |
| Irrigated Acreage | | Surface Diversions: | |
| | | | 9Q3   Domestic |

Parcel No. **75A**
Exhibit 208-B

Per SW¼ of Sec 9, T6S, R3W; Beginning at point 1518' W and 661.4' N of SE corner of Sec 9; th E 100'; th N 100'; Th S 100'; th E 100' to point of beginning.

Apparent Owner:   **Miller, Albert C. & Lena**

Gross Acreage        **.2**                    Wells:
                                               **62N-9Q1  Domestic**
Irrigable Acreage   **.2**

Irrigated Acreage                              Surface Diversions:

---

Parcel No. **76**
Exhibit 208-B

N½ of NE¼ of Sec 10, T6S, R2W

Apparent Owner:   **Domenigoni, Rita (Margherita)**

Gross Acreage        **80.0**                  Wells:

Irrigable Acreage   **71.5**

Irrigated Acreage   **None**                   Surface Diversions:

---

Parcel No. **77**
Exhibit 208-B

SE¼ and SW¼ of NE¼ of Sec 10, T6S, R2W

Apparent Owner:   **Garbani, Richard & Ida**

Gross Acreage       ~~160af~~ **200.0**        Wells: **62N-10K1  Domestic**

Irrigable Acreage    **131.7**

Irrigated Acreage                              Surface Diversions:

16166

Parcel No. 78
Exhibit 208-B

SE¼ of NE¼ of Sec 19, T6S, R2W

Apparent Owner:  Demenigoni, Margherita & Domenica

| | | |
|---|---|---|
| Gross Acreage | 40.0 | Wells: |
| Irrigable Acreage | 40.0 | |
| Irrigated Acreage | None | Surface Diversions: |

---

Parcel No. 79
Exhibit 208-B

N½ of NW¼ and SW¼ of NW¼; SW¼ of Sec 10, T6S, R2W

Apparent Owner:  Demenigoni, Frederick E., Angelo O., Francis N. Young, Julia M. and Barton, Elsa E.

| | | |
|---|---|---|
| Gross Acreage | 274.9 | Wells: |
| | | 6ZW-10K1  Windmill-Stock |
| Irrigable Acreage | 251.0 | |
| Irrigated Acreage | 40 | Surface Diversions: |

---

Parcel No. 80
Exhibit 208-B

NW¼ of NW¼ of Sec 10, T6S, R2W

Apparent Owner:  Demenigoni, Frances N & Jean H.

| | | |
|---|---|---|
| Gross Acreage | 39.4 | Wells: |
| | | 6ZW-10B1  Domestic |
| Irrigable Acreage | 39.4 | 10B2  Irrigation |
| Irrigated Acreage | 39.4 | Surface Diversions: |

Parcel No. **81**       **All of Sec 11, T6S, R2W**
Exhibit 208-B

Apparent Owner: **Searl Brothers**

| | | |
|---|---|---|
| Gross Acreage | **640.9** | Wells: |
| Irrigable Acreage | **306.5** | 62N-11A1  Windmill-Stock |
| | | 11K1  Stock |
| Irrigated Acreage | **400  Est. by Owner** | Surface Diversions: |

---

Parcel No. **82**       **Government Lots 1, 3 through 16 (Entire Section**
Exhibit 208-B       **except NW¼ of NE¼) of Sec 13, T6S, R2W**

Apparent Owner: **Searl Brothers**

| | | |
|---|---|---|
| Gross Acreage | **615.0** | Wells: |
| Irrigable Acreage | **83.6** | |
| Irrigated Acreage | **70  Est. by owner** | Surface Diversions: |

---

Parcel No. **100**       **All of NW¼ of Sec 16, T6S, R2W**
Exhibit 208-B

Apparent Owner: **Demenigeni, Francis N., Frederick E. & Angelo O.**

| | | |
|---|---|---|
| Gross Acreage | **160.0** | Wells: 62N-16C1  Windmill-Stock |
| | | 16C2  Stock |
| Irrigable Acreage | **140.7** | 16B1  Windmill-Stock |
| | | 16D2  Abandoned |
| Irrigated Acreage | | Surface Diversions: |

16168

Parcel No. 101
Exhibit 208-B

All of SW¼ of Sec 16, T6S, R2W

Apparent Owner:   Christensen, Mons Jr.

Gross Acreage        160.0              Wells:

Irrigable Acreage    144.4

Irrigated Acreage                       Surface Diversions:

---

Parcel No. 103
Exhibit 208-B

N½ of Sec 17, T6S, R2W

Apparent Owner:   Demenigoni, Angelo O, Francis N. & Frederick E.

Gross Acreage        320               Wells:
                                           62W-17C1  Windmill-Stock
Irrigable Acreage    320                      17R1

Irrigated Acreage                       Surface Diversions:

---

Parcel No.   104
Exhibit 208-B

SW¼ of Sec 17, T6S, R2W

Apparent Owner:   Peurroy, Fred J. & Frances

Gross Acreage        160.0             Wells:
                                           62W-17R1
Irrigable Acreage    149.0                    17R2  Windmill-Stock

Irrigated Acreage                       Surface Diversions:

16169

Parcel No. **105**
Exhibit 208-B

SE¼ of Sec 17, T6S, R2W

Apparent Owner:   Christensen, Hans Jr. & Hans

Gross Acreage        160.0

Irrigable Acreage    160.0

Irrigated Acreage

Wells:

    62W-17R1 Windmill
         17R2 Windmill

Surface Diversions:

---

Parcel No. 106
Exhibit 208-B

SE¼ of Sec 19, T6S, R2W

Apparent Owner:   Stearns, Gilbert & Zelma E.

Gross Acreage        160.0

Irrigable Acreage    160.0

Irrigated Acreage

Wells:

    62W-18R1 Windmill-Domestic

Surface Diversions:

---

Parcel No. 113
Exhibit 208-B

Government Lots 3 & 4 (W½ of SW¼); E½ of SW¼; W½ of SE¼
of Sec 19, T6S, R2W; Except from Lots 3 & 4, Beginning
at a point 750' N of SW corner of Lot 4; th E 250';
th N 594'; th W 250' to W line of Sec 19; th S on W
line 594' to point of beginning.

Apparent Owner:   McKilhinney, Dorothy

Gross Acreage        244.6

Irrigable Acreage    244.6

Irrigated Acreage

Wells:   62W-19R1 Domestic
         19R2 Domestic
         19R3 Windmill-
         Domestic & Stock
Surface Diversions:

16170

Parcel No. **114**
Exhibit 208-B

**NE¼ and E½ of SE¼ of Sec 19, T6S, R2W; Except from SE¼ of SE¼, beginning at SW corner of SE¼ of SE¼; th Ely on Sly line of Sec 19, 300'; th Nly at right angles to Sly line 1000'; th Wly parallel with Sly line to W line of E½ of SE¼; th Sly along W line 1000' to point of beginning**

Apparent Owner: *Pourroy, Fred J. & Frances*

Gross Acreage **237.0**        Wells:
                               **62W-19H1 Domestic**
Irrigable Acreage **209.5**

Irrigated Acreage              Surface Diversions:

---

Parcel No. **139**
Exhibit 208-B

**All of Sec 27, T6S, R2W**

Apparent Owner: **Vial, Arthur Joseph**

Gross Acreage **640.0**        Wells:
                               **62W-27N1 Domestic & Stock**
Irrigable Acreage **376.8**

Irrigated Acreage              Surface Diversions:

---

Parcel No. **142**
Exhibit 208-B

**S½ of SW¼ and por of S½ of SE¼ lying Wly of State Highway, of Sec 28, T6S, R2W**

Apparent Owner: **Pourroy, Pierre, Jr. & Catherine B.**

Gross Acreage **140.0**        Wells:
Irrigable Acreage **125.8**

Irrigated Acreage              Surface Diversions:

16171

Parcel No. **157**
Exhibit 208-B                    **N½ and N½ of Sec 31, T6S, R2W**


Apparent Owner: **Cummins, Robert M. & Pearl B.**

Gross Acreage          **484.0**          Wells:

Irrigable Acreage      **443.8**

Irrigated Acreage                         Surface Diversions:

---

Parcel No.
Exhibit 208-B


Apparent Owner:

Gross Acreage                             Wells:

Irrigable Acreage

Irrigated Acreage                         Surface Diversions:


16172

Parcel No. **161**
Exhibit 208-B

**Government Lot 1 (E½ of N½) and N½ of N½ of N½ of N½ of Sec 30, T6S, R2W**

Apparent Owner: **McElhinney, Dorothy**

Gross Acreage **64.7**

Wells:

Irrigable Acreage **64.7**

Irrigated Acreage **None**

Surface Diversions:

---

Parcel No. **161**
Exhibit 208-B

**All of Sec 32, T6S, R2W**

Apparent Owner: **Pourroy, Catherine B. & Pierre, Jr.**

Gross Acreage **625.1**

Wells: **6W-32A1 Irrigation & St**

Irrigable Acreage **625.1**

**6W-32B1  Windmill - Stock**
**32L1   Windmill - Stock**
**32Q2   Stock**

Irrigated Acreage

Surface Diversions:

---

Parcel No. **162**
Exhibit 208-B

**S½ of Sec 33, T6S, R2W**

Apparent Owner: **Streeter, Edwin W. & Bertha R.**

Gross Acreage **320.0**

Wells:

Irrigable Acreage **279.6**

Irrigated Acreage

Surface Diversions:

16173

Parcel No.  163
Exhibit 208-B

N½ of Sec 35, T6S, R2W

Apparent Owner:   Pourroy, Catherine B. & Pierre, Jr.

Gross Acreage         320.0

Irrigable Acreage    221.9

Irrigated Acreage

Wells:

62W-33R1 – Domestic & Stock

Surface Diversions:

---

Parcel No.  164
Exhibit 208-B

NW¼ and N½ of SW¼ of Sec 34, T6S, R2W

Apparent Owner:   Pourroy, Catherine B. & Pierre, Jr.

Gross Acreage         208.9

Irrigable Acreage    200.1

Irrigated Acreage

Wells:

62W-34C1 – Stock

Surface Diversions:

---

Parcel No.  166
Exhibit 208-B

NE¼ of Sec 34, T6S, R2W

Apparent Owner: Gettula, Theodore A. & Ginger Mae

Gross Acreage         160.0

Irrigable Acreage     30.3

Irrigated Acreage

Wells:

62W-34R2 – Domestic & Chickens

Surface Diversions:

Parcel No.  **167**                  **SE¼ of Sec 34, T6S, R2W**
Exhibit 208-B

Apparent Owner:   Peterson, Holger M. & Madge M.

Gross Acreage        160.0              Wells:

Irrigable Acreage     51.4

Irrigated Acreage                        Surface Diversions:

---

Parcel No.  **182**                  **All of Sec 25, T6S, R5W**
Exhibit 208-B

Apparent Owner:   Kraushaar, I. N. & Beth L.

Gross Acreage        640.0              Wells:  63W-A1 Domestic
                                                A2 Irrigation
Irrigable Acreage  425.0                        M1 Irrigation
                                                L1 Stock & Irrigation
Irrigated Acreage   15                  Surface Diversions:
                                        63Wa2M —Pond-100' Dia.
                                               10" Depth

---

Parcel No.  **236**                  **All of Sec 36, T6S, R3W**
Exhibit 208-B

Apparent Owner:   Kraushaar, Isaac N. & Beth L.

Gross Acreage        600.0              Wells:

Irrigable Acreage   229.9

Irrigated Acreage   None                 Surface Diversions:

16175

Parcel No. **237**
Exhibit 208-B                    **NE¼ of NE¼ of Sec 36, T6S, R2W**

Apparent Owner:   Nelson, A. J. & Wilma

Gross Acreage      40.0              Wells:

Irrigable Acreage  14.5

Irrigated Acreage   None             Surface Diversions:

---

Parcel No. **385**
Exhibit 208-B                    NW¼ of Sec 3, T7S, R2W

Apparent Owner:   **Nicolas, Marius A. & Mary**

Gross Acreage      160.5            Wells:

Irrigable Acreage  160.5            **(one stock tank, no
                                    apparent well)**

Irrigated Acreage                   Surface Diversions:

---

Parcel No. **386**                **S½ of N½ of Sec 4,
Exhibit 208-B                      _____, T6S, R2W**

Apparent Owner:   **Cummins, Robert M. & Pearl D.**

Gross Acreage      155.0            Wells:

Irrigable Acreage  155.0            **72W-8X1 - Windmill - Stock**

Irrigated Acreage                   Surface Diversions:

16176

Parcel No. 389
Exhibit 208-B

N½ of N½ of Sec 4, T7S, R2W

Apparent Owner:     Pourroy, Fred J. & Frances

Gross Acreage        162.4

Irrigable Acreage    162.4

Irrigated Acreage

Wells:

    7N-4C2 - Domestic

       4B1 - Domestic

Surface Diversions:

---

Parcel No. 393
Exhibit 208-B

NE¼ of Sec 5, T7S, R2W

Apparent Owner:     Cumming, Robert M. & Pearl B.

Gross Acreage        159.5

Irrigable Acreage    159.5

Irrigated Acreage

Wells:

    7N-5K1 Irrigation & Domestic

Surface Diversions:

---

Parcel No. 391
Exhibit 208-B

NW¼ and S½ of Sec 5, T7S, R2W, Except:  Beginning at
NE corner of S½ of Sec 5; th S 417.42'; th W 417.42'; th
N 417.42'; th E 417.42' to point of beginning.

Apparent Owner:     Pourroy, Fred J. & Frances

Gross Acreage        471.3

Irrigable Acreage    421.2

Irrigated Acreage

Wells:

    7N-5C1 - Stock

Surface Diversions:

16177

Parcel No. **394**          E½ of E½ of SE¼ of Sec 6, T7S, R2W
Exhibit 208-B

Apparent Owner:   Pourroy, Fred J. & Frances

Gross Acreage        40.0          Wells:

Irrigable Acreage    30.0

Irrigated Acreage               Surface Diversions:

---

Parcel No. **395**          W½ of SE¼; W½ of E½ of SE¼; N½ of NW¼; SW¼ of NW¼
Exhibit 208-B               of Sec 6, T7S, R2W

Apparent Owner:   Smoni, Leonard O. & Ethel L.

Gross Acreage        **254.2**        Wells:
                                      72W-601 - Not in use
Irrigable Acreage    **231.7**        602 - Domestic
                                      601 - Windmill - Stock
Irrigated Acreage               Surface Diversions:

                                      72W-6Q - Reservoir & Dam
                                      Capacity  35 Acre Feet

---

Parcel No. **396**          NE¼ of Sec 6, T7S, R2W
Exhibit 208-B

Apparent Owner:   Marquis, Raoul & Minerva

Gross Acreage        **152.4**        Wells:

Irrigable Acreage  **152.4**          72W-6A3  Domestic & Stock

Irrigated Acreage               Surface Diversions:

16178

Parcel No. 397
Exhibit 208-B

E 40 ac of Lot 1 in NW¼ (SE¼ of NW¼); Lots 1 & 2
in SW¼ (SW¼) of Sec 6, T7S, R2W

Apparent Owner:   Morel, A. F. & Louise

Gross Acreage        214.8              Wells:
Irrigable Acreage   148.1                 72W-6Q3 – Stock
Irrigated Acreage                        Surface Diversions:

------

Parcel No. 410
Exhibit 208-B

N 1/3 of N½ of Sec 1, T7S, R3W

Apparent Owner:   Gaas, Etienne

Gross Acreage        107.1              Wells:
Irrigable Acreage    86.9
Irrigated Acreage                        Surface Diversions:

------

Parcel No. 411
Exhibit 208-B

S 1/3 of N½ of N½; N 1/3 of S½ of N½,
Sec 1, T7S, R3W

Apparent Owner:   Gaas, Albert N. & Maxine R.

Gross Acreage        107.0              Wells:
Irrigable Acreage    53.4
Irrigated Acreage     None               Surface Diversions:

16179

Parcel No. **412**
Exhibit 208-B

S 1/e of E½ of Sec 1, T7S, R3W

Apparent Owner:   Ceas, Emalie

Gross Acreage      **107.1**          Wells:

Irrigable Acreage  **55.7**

Irrigated Acreage  **None**          Surface Diversions:

---

Parcel No. **413**
Exhibit 208-B

S½ of Sec 1, T7S, R3W

Apparent Owner:   Kanland, John C. & Martin

Gross Acreage      **320.0**          Wells:

Irrigable Acreage  **79.4**

Irrigated Acreage  **None**          Surface Diversions:

---

Parcel No. 447
Exhibit 208-B

Por of E½ of SW¼ of Fractional Sec 11 lying NEly of Rancho Temecula line running through Sec 11; Except NEly 13.93 ac.  Also SW¼ of SE¼ said Sec 11 lying NEly of Rancho Temecula line, Except Ely 10 ac (E½ of E½ of SW¼ of SE¼ of Sec 11)

Apparent Owner: Gagnen, George W.

Gross Acreage      **51.7**          Wells:

Irrigable Acreage **15.0**

Irrigated Acreage **None**          Surface Diversions:

Parcel No.     490
Exhibit 208-B                    NE¼ of SE¼ of Fractional Sec 11, T7S, R3W

Apparent Owner:   Magnes, Charles Lorenzo

Gross Acreage        40.0              Wells:

Irrigable Acreage     4.2

Irrigated Acreage    None              Surface Diversions:

---

Parcel No.
Exhibit 208-B 458                S½ of S½ of NW¼ of SE¼ of Fractional Section 11,
                                 T7S, R3W

Apparent Owner:   Laybourn, George R.

Gross Acreage        10.0              Wells:

Irrigable Acreage     2.7

Irrigated Acreage                      Surface Diversions:

---

Parcel No.     459
Exhibit 208-B                    NE¼ of SW¼ of NE¼; S½ of SW¼ of NE¼; W½ of NW¼
                                 of SE¼ of Fractional Sec 11, T7S, R3W

Apparent Owner:   Gagnon, George W.

Gross Acreage        50.0              Wells:

Irrigable Acreage     0.0

Irrigated Acreage    None              Surface Diversions:

16181

Parcel No.   460
Exhibit 208-B

N½ of SE¼ of NW¼ of SE¼ of Fractional Sec 11, T7S, R3W

Apparent Owner:   Novak, Frank J. & Martha Ruth

Gross Acreage   5.0                     Wells:

Irrigable Acreage   0.0

Irrigated Acreage   None                Surface Diversions:

---

Parcel No.   461
Exhibit 208-B

N½ of SW¼ of NW¼ of SE¼ of Fractional Sec 11, T7S, R3W

Apparent Owner:   Hedding, Walford M. & Beatrice L

Gross Acreage   5.0                     Wells:

Irrigable Acreage   0.0

Irrigated Acreage   None                Surface Diversions:

---

Parcel No.   462
Exhibit 208-B

SE¼ of NE¼ of Fractional Section 11, T7S, R3W

Apparent Owner:   Welsh, Alberta P.
                  Angelety, Achilles

Gross Acreage   40.0                    Wells:

Irrigable Acreage   40.0

Irrigated Acreage   None                Surface Diversions:

16182

Parcel No. 463          E½ N½ of SW¼ NW¼ of SW¼ NW¼ of SW¼ of Sec 12,
Exhibit 208-B            T7S, R2W

        Apparent Owner:     Kanland, John Ol & Martin

        Gross Acreage        480.0              Wells:

        Irrigable Acreage    282.6

        Irrigated Acreage    None               Surface Diversions:

                        _____

Parcel No.
Exhibit 208-B

        Apparent Owner:

        Gross Acreage                           Wells:

        Irrigable Acreage

        Irrigated Acreage                       Surface Diversions:

                        _____

Parcel No.
Exhibit 208-B

        Apparent Owner:

        Gross Acreage                           Wells:

        Irrigable Acreage

        Irrigated Acreage                       Surface Diversions:

16183