UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              ) No. _1247-SD-C_ _ _ _ Civil
                                    )
v.                                  ) MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              ) Dated: Dec. 7, 1961
                                    )
                                    ) At San Diego, California
                                    )

PRESENT: Hon. JAMES M. CARTER         District Judge

Deputy Clerk: WILLIAM W. LUDDY      Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD, AND FRANZ SACHSE


Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL discuss various findings, etc.
   IT IS ORDERED cause is continued to Dec. 8, 1961, at 10 A.M.
for further court trial.




                                             JOHN A. CHILDRESS, Clerk

                                             By /s/ William W. Luddy
                                                          Deputy