ENTERED

DEC 7 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

FILED

DEC 7 - 1961

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>          Defendants. | No. 1247-SD-C<br><br>TEMECULA CREEK SUB-WATERSHED<br>ABOVE VAIL DAM<br><br>INTERLOCUTORY JUDGMENT<br><br>No. 34 A |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY
JUDGMENT NO. 34 A, RESPECTING LANDS IN TEMECULA CREEK
SUB-WATERSHED, ABOVE VAIL DAM, WHICH DO NOT OVERLIE ANY
GROUND WATERS WHICH FEED OR CONTRIBUTE TO THOSE STREAMS
OR ITS TRIBUTARIES

This Court, based upon the record before it in the subject

case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that: "The only proper method

of adjudicating the rights on a stream, whether riparian or appropriative

or mixed, is to have all owners of land on the watershed and all appro-

priators who use water from the stream involved in other watershed in

court at the same time." [1]

_____

[1] State of California vs. United States, 235F.2d 647,663 (C.A.9,1956)

-1-

1587

II

Proceeding in accordance with that mandate, the Complaint and Amendatory and Supplementary Complaint in this cause was served upon the owners of the lands within the watershed of the Santa Margarita River and all appropriators who used water from that stream in any other watershed. Moreover, those parties named in the cause who could not be served personally were served by publication.

III

The subject matter of this case, based upon the pleadings and the issues joined in it, relates only to the rights to the use of the waters of the Santa Margarita River, its tributaries and to the ground waters which feed, add to, support and contribute to the waters of the Santa Margarita River and its tributaries.

IV

There are situated within the sub-watershed of Temecula Creek, above Vail Dam, and its tributaries, certain parcels or tracts of lands which do not overlie any of the ground waters which feed, add to, support or contribute to the waters of the Santa Margarita River or its tributaries. These lands are comprised of basement complex or weathered basement complex, the ground waters of which, if any, are vagrant, local and percolating, not a part of the surface or sub-surface flow or sub-surface basins of Temecula Creek, above Vail Dam, or its tributaries, nor do these ground waters feed, add to, support or contribute to the waters of the Santa Margarita River or any of its tributaries.

    a. Attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit A and made a part of it, is a map, U.S.A El's Exhibit 210-C, designated Temecula River Watershed, above Vail Dam, Ownership and Geology Map, upon which are located all of the lands referred to in this Finding.

-2-

b. Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit B and made a part of them by reference, is an alphabetical list of the names of the apparent landowners and parcel numbers whose properties are referred to in this Finding. That alphabetical list is U.S.A.Pl's Exhibit 210-A in this case.

c. Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit C and made a part of them by reference, are the land descriptions of the properties referred to in this Finding. Exhibit C is U.S.A.Pl's Exhibit 210-B in this case.

V

This Court retains continuing jurisdiction over all surface waters within the drainage area of the sub-watershed of Temecula Creek and its tributaries, above Vail Dam.

CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting the lands referred to in Finding IV above and which are described in Exhibit C:

I

The defendants referred to in Finding IV, their successors, heirs, executors, administrators and assigns, have no rights to the use of ground waters which feed, add to, support or contribute to the waters of Temecula Creek or its tributaries, above Vail Dam, or of the Santa Margarita River and its tributaries, in connection with the lands referred to in Finding IV, which are described with particularity in Exhibit C.

II

There is not at issue before this Court in this cause and there is not decreed, determined or adjudged, inter sese, as to the

-3-

lands or owners of land referred to in Finding IV in this cause, the
rights, if any, to the use of the vagrant, local, percolating waters
which may underlie any of the lands referred to in the above set forth
Finding IV and which are described with particularity in Exhibit C of
these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

### III

The United States of America, and all other parties to this
action, having rights to the use of waters of the Santa Margarita River
or its tributaries, as those rights are or may hereafter be determined
by the final judgment of this Court, are entitled to have quieted their
title in and to those rights against any and all adverse claims of the
defendants referred to in Finding IV, who are listed in Exhibit B of
these Findings of Fact, Conclusions of Law and Interlocutory Judgment,
their heirs, successors, executors, administrators and assigns, asserted
by reason of their ownership of the lands described with particularity
in Exhibit C of these Findings of Fact, Conclusions of Law and Inter-
locutory Judgment.

### IV

The defendants referred to in Finding IV, whose names are
listed in Exhibit B and whose lands are described with particularity
in Exhibit C of these Findings of Fact and Conclusions of Law, their
heirs, successors, administrators, executors and assigns, are entitled
to have quieted their titles in and to their rights to the use of the
vagrant, local, and percolating ground waters, if any, underlying those
lands described in Exhibit C, against the adverse claims, if any, of
the United States of America and all parties to this cause, their heirs,
successors, administrators, executors and assigns, by reason of rights
asserted by the United States of America and all parties to this cause,
their heirs, successors, administrators, executors and assigns, in and
to the use of the waters of the Santa Margarita River and its tributaries.

-4-

1590

4

V

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

I

The defendants referred to in Finding IV and listed in Ex - hibit B of these Findings, the apparent owners of the lands described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, title or interest in or to the ground waters which feed, add to, support or contribute to the waters of Temecula Creek and its tributaries, above Vail Dam, or of the Santa Margarita River and its tributaries.

II

The titles to the rights of the United States of America and all other parties in this action having rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and they are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit B, their heirs, successors, administrators, executors and assigns, who assert rights by reason of their ownership of the lands described in Exhibit C of these Findings of Fact, Con- clusions of Law and Interlocutory Judgment;  and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described in Exhibit C assert rights in the vagrant, local, percolating waters

1591

therein, are forever restrained from asserting, claiming or setting up
any right, title or interest in or to the waters of the Santa Margarita
River or its tributaries, by reason of their ownership of those lands
described in Exhibit C.

### III

The ground waters, if any, which underlie the lands referred
to in Finding IV, and described with particularity in Exhibit C of
these Findings of Fact, Conclusions of Law and Interlocutory Judgment,
are vagrant, local and percolating, not a part of the waters of Temecula
Creek or its tributaries, above Vail Dam, or of the Santa Margarita
River and its tributaries and are not in this cause adjudged, determined
or decreed among the defendants listed in Exhibit B of these Findings
of Fact, Conclusions of Law and Interlocutory Judgment, their heirs,
executors, administrators, successors or assigns, inter sese.

### IV

The titles to the rights of the defendants listed in Exhibit B,
their heirs, executors, administrators, successors or assigns, in and to
the vagrant, local percolating ground waters, if any, to which these
Findings of Fact, Conclusions of Law and Interlocutory Judgment pertain,
which are not a part of the waters of the Santa Margarita River and its
tributaries, underlying the lands described in Exhibit C of these Find-
ings of Fact, Conclusions of Law and Interlocutory Judgment, shall be and
they are forever quieted against any and all adverse claims, if any, of
the United States of America and all parties to this cause, their heirs,
successors, administrators, executors and assigns, having or claiming
rights in and to the surface and ground waters of the Santa Margarita
River and its tributaries, and the United States of America and all other
parties to this cause, their heirs, successors, administrators, executors
and assigns, having or claiming rights in and to the surface and ground
waters of the Santa Margarita River and its tributaries, are forever
restrained from asserting, claiming or setting up any right, title or
interest in or to those vagrant, local, percolating ground waters.

1592

6

V

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

VI

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California vs. United States, 235 F2d 647 (C. A. 9, 1956), that this is not a final decree but it interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated:  12-7-61

JAMES M. CARTER
Judge, United States District Court

-7-

1593

7

## TEMECULA CREEK WATERSHED

2/15/60

| NAME | PROPERTY |
|------|----------|
| ~~Alford, Gary Stanley~~ | ~~92B-35-238~~ |
| ~~Allen, Helyn S.~~ | ~~81E-27-84~~ |
| ~~Almon, Valerie W.~~ | ~~92B-27-202~~ |
| ~~Anderson, Carl V. &~~ <br> ~~Marjorie R.~~ | ~~92B-27-206(Tr&Ben)~~ <br> ~~92B-27-207(Tr&Ben)~~ |
| ~~Anderson, Elizabeth C.~~ | ~~92B-20-172~~ |
| ~~Anderson, Milford~~ | ~~81E-27-81~~ |
| ~~Anderson, Myrtle~~ | ~~81E-27-81~~ |
| ~~Anderson, Olga O.~~ | ~~91E-1-117~~ |
| ~~Angerman, Joseph J.~~ | ~~91E-1-115~~ |
| Appel, Bernard & <br> Ida | 81W-25,36-27 |
| Argetsinger, Freeman, H. & <br> Nell E. | 81W-20,29-9&10 |
| ~~Armstrong, Glenn F. &~~ <br> ~~Dorothy R.~~ | ~~91E-1-118~~ |
| ~~Askins, Harry N. &~~ <br> ~~Carman E.~~ | ~~81E-19-50~~ |

1594

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Babcock, Myron P.~~ | ~~81E-08-71(Oil Lease)~~ |
| Bailey, Chalma E. | 83E-19-246<br>83E-17,20-256 |
| Bailey, Howard F. &<br>  Lola X. | 83E-19-246<br>83E-17-256<br>93E-1-302 |
| Bailey, Olin | 83E-19-246<br>83E-17,20-256 |
| ~~Bailey, Virginia L.~~ | ~~92E-5,6,7-140~~ |
| ~~Baker, Chalace U. &~~<br>  ~~Francis O.~~ | ~~92E-20-162~~ |
| ~~Baker, Merrill~~ | ~~81E-17,18-34~~ |
| Bank of America | Various parcels as Tr. |
| Bardwell, Roy E. &<br>  Pearl E. | 92E-27-201 |
| ~~Barnes, Victoria Mabel~~ | ~~91E-1-113~~ |
| Barre, Annie E. | 91E-3-94 |
| ~~Barton, Sarah Irene McGee~~<br>  ~~aka Welch~~<br>    ~~Welch, Dave~~ | ~~81E-19-53~~<br>~~81E-20,29-62~~<br>~~81E-29-65~~<br>~~81E-29-66(TDBen)~~ |
| ~~Beason, Karl T. &~~<br>  ~~Dorothy J.~~<br>    ~~B    C~~ | ~~81E-19-44~~ |

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Beattie, Dee & Mary K. | 93E-14,15-296 |
| Beaumont, LeRoy & Lois G. | 81E-33,34-77(Ben) |
| Beaumont, Roy G. | 81E-33,34-77 |
| Beckett, Frank C. & Nora M. | 81E-20-58 |
| Bennis, Karl V. & Nina | 81E-22-19(Each a 1/3 interest) |
| Bergman, Annie E. | 81E-33-76<br>81E-22-76A<br>81E-27-76B<br>81E-27-76C<br>81E-34-76D<br>81E-27-80<br>81E-34-80<br>81E-33-97<br>81E-25,26,35,36-101<br>81E-35, 91E-2-101A<br>92E-5,6, 82E-29,30,31, 32-130<br>92E-17-132<br>92E-16-183<br>92E-21,22-184<br>91E-18,19,20-303<br>91E-27,28,29,30-303A |
| Bergman, Carl H. & Florence | 81E-27-80 |
| Bergman, Orlando & Annie E. | 81E-33,34-690(Ben) |
| Bergman, Ray Lester & | 81E-27-80<br>81E-27-82 |

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Bergman, Walter A. | 81E-27-80 |
| Bissett, Ernest R. | 92E-25-243 |
| Blake, Ernest J. & Beatrice | 92E-26-224 |
| Bogatie, Arthur T. & Mary Virginia | 91E-27-314 |
| Boltz, Chester Raymond | 93E-19-251 |
| Boney, John Holcomb & Peggy Sue | 92E-35-232 |
| Bottorff, Deane A. & May | 92E-27-204 92E-27-206 |
| Bowlin, Eva S. & Robert C. | 81E-27-85 81E-27-87 (Ben) |
| Bradford, Ione | 82E-7,8,17,18-136 82E-15-136A |
| Bradford, William R. | 82E-8,9,15,16-137 |
| Brawn, Charles A. | 91E-29-311 |
| Brinkerhoff, Elzada C. | 92E-17-153 (Ben) |
| Britt, Cecil A. & Afton D. | 92E-17-154 |

12

-4-

1597

### TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Broadway State Bank | 93E-17-262 (Tr) |
| Brocknau, Edward M. & Bessie C. | 81E-29-66 (Ben) |
| Brown, Carl A. | 93E-17-267 |
| Bruce, Charles V. & Helen D. | 93E-17-265 |
| Bryan, Oscar L. | 81E-34-92 (Ben) |
| Burch, Frank J. | 81E-19-48 |
| Burchett, Robert L. & Evalene | 81E-20,29-63 81E-29-64 |
| Burchett, Warren Phillip | 81E-29-64 |
| Burlingham, Edith L. | 91E-19-133 |
| Busard, Ralph D. & Frances C. | 92E-26-222 |
| California Institute of Technology | 91E-26,27-316 |
| California, State of | 91E-3-93 81E-35-104 91E-1-194 |
| California Trust Company | 81W-21,28-16 (Tr) |

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Campbell, Raymond W. &~~ | ~~92E-26-228 (Ben)~~ |
| ~~Margaret E.~~ | ~~93E-16-279 (Ben)~~ |
| Cargile, Dellmore David & | 83E-21-270 |
| Marguerite C. | |
| Carr, Billie | 93E-16-280 |
| Carr, Frank W., | 93E-16-280 |
| Lenore Katherine | |
| Carr, Harriett B. | 93E-16-280 |
| ~~Casman, Henry E. &~~ | ~~92E-5,6,7-140~~ |
| ~~Monace~~ | |
| Cassin, Sadie G. | 92E-20-177 |
| ~~Chapman, George M. &~~ | ~~92E-26-226~~ |
| ~~Nadeen L.~~ | |
| Chihuahua Land Co. | 93E-3,4-272 |
| ~~Chrisman, Boris Cuffe~~ | ~~92E-20-168~~ |
| ~~Christino, Anthony &~~ | ~~92E-7-142~~ |
| ~~Margaret~~ | |
| Citizens National Trust & Savings Bank of Riverside | Various parcels as TDTr & Ben. |
| Clarkson, Geoffrey | 93E-2,11-299 |

14

-6-

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Coast Surety Corp.~~ | ~~93E-15-098 (Tr)~~ |
| ~~Coates, George L. &~~ ~~Flora Dunham~~ | ~~92E-14,15-096 (Ben)~~ |
| ~~Collins, Lottie V.,~~ ~~formerly Lottie Hines~~ | ~~81E-15,22-78 (Ben)~~ |
| Compton, Frederick H. & Madaline | 83E-18-245 |
| Compton, Jack K. & Ruth | 83E-18-245 |
| Continental Auxiliary Co. | 92E-27-206(Tr) 92E-27-207(Tr) |
| Cook, Jack & Elizabeth | 81E-13-109 |
| Corporation of America | Various parcels as (TDTr) |
| ~~Costelic, Joseph &~~ ~~Maggie~~ | ~~81E-18-32 (Ben)~~ |
| ~~Cottle, William W. &~~ ~~Gertrude D.~~ | ~~81E-19-43~~ |
| ~~Cox, Flora Mabel~~ | ~~91E-1-113~~ |
| Crites, Mildred, aka | 91W-1,2-29&30(Ben) |

**15**

-7-

1600

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Cummins, George & | ~~93E-8,17-259~~ |
| Meta Lee | 93E-15-295 |
| | ~~92E-21-185~~ |
| ~~Curphey, William E. &~~ | ~~81E-20-60~~ |
| ~~Myrtle B.~~ | |
| ~~Curtis, Clyde C. &~~ | ~~81W-21,22,28-17(Ben)~~ |
| ~~Alice K.~~ | |
| ~~Dager, Probert W. &~~ | ~~92E-17-157~~ |
| ~~Mary Jeffers~~ | |
| Dahl, Romel T. & | 92E-27-209 |
| Caroline | |
| ~~Darby, Walter P. &~~ | ~~92E-26-231~~ |
| ~~Virginia~~ | |
| ~~Davis, Lloyd Q.~~ | ~~81E-33-75~~ |
| Deal, O. T. | 81E-12-108 (Ben) |
| Deal, William C. & | 81E-12-108 (Ben) |
| Anna C. | |
| ~~Denio, Elmer B. &~~ | ~~91E-12-130 (Ben)~~ |
| ~~Edith M.~~ | ~~91E-12-133 (Ben)~~ |
| ~~Denny, Joseph A. &~~ | ~~81W-22-19~~ |
| ~~Grace H.~~ | |

16

-8-

1601

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| ~~Dickey, Helen B.~~ | ~~93E-16-284~~ |
| ~~Dimitri, Anna R.~~ | ~~81W-21,28-16(Ben)~~ |
| DiSilvestro, I. | 81E-35-101B |
| ~~Dodson, John R. &~~<br>~~Pearl~~ | ~~91E-1, 92E-6-120(Ben)~~ |
| ~~Dold, Emil M. &~~<br>~~Mary Isabelle~~ | ~~81E-20-60 (Ben)~~ |
| Donato, Hercules &<br>Jean | 92E-36-244 |
| Dorland, Robert E. &<br>Ellen | 81W-20-3 |
| Drescher, Carl P. | 81W-36-28 |
| Dubner, Hildegard B. | 92E-7-141<br>~~92E-27-203~~ |
| ~~Eden, Joseph B. &~~<br>~~Josephine E.~~ | ~~92E-27-211~~ |
| Eppert, John W. &<br>Violet A. | 93E-19-255 |
| Ervin, Maria | 81E-35-105 |

-9-

17

1602

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Ervin, Sydney | 81E-35-105 |
| ~~Fancher, Nellie C.~~ | ~~92E-07-202~~ |
| ~~Farmers & Merchants Bank of Hemet~~ | ~~81E-23,24, 82E-18, 19,20,21,22-99(Ben)~~ |
| Fike, Benjamin K. & Florence | 92E-24-319 |
| Firemans Fund Indemnity Co. | 93E-19-255(Ben) |
| First Western Bank & Trust Co. | Various parcels as TDBen |
| ~~Fisher, John C. & Dorothy A.~~ | ~~81W-21,28-16~~ |
| Flavin, Joseph & Dorothy Ann | 93E-16-285 |
| Fleetwood, Donald F. & Margaret | 81W-20-5 |
| Fleetwood, Donald W. | 81W-20-5 |
| Fleetwood, Robert C. | 81W-20-5 |
| Ed. Fletcher Company | 91E-28,27-312 |
| Foster, George N. | 92E-28-193 |

18

-10-

1603

TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Frykland, Basil N. &~~ | ~~81E-29-67~~ |
| ~~Hazel B.~~ | |
| | |
| ~~Gates, Norma J.~~ | ~~92E-17-154 (Ben)~~ |
| | |
| Geltman, Edward C. | 81E-12, 82E-6,7-134 (Ben) |
| | |
| Geltman, Myron V. & Pauline | 81E-12,82E-6,7-134 (Ben) |
| | |
| ~~Gibson, William R. &~~ | ~~81E-19,20,29,30-54~~ |
| ~~Katharine C.~~ | |
| | |
| Gibson, John B. | 93E-2,3,11-287 |
| | |
| ~~Gledhill, H. J. &~~ | ~~92E-20-161 (Ben)~~ |
| ~~Coral C.~~ | |
| | |
| Gold, Hyman | 91E-19-304 |
| | |
| Gordon, Donald H. | 91E-30-307 |
| | |
| ~~Gore, C. David &~~ | ~~92E-20-171~~ |
| ~~Kathleen J.~~ | |
| | |
| Grammer, Deona L. | 81E-35-102 |
| | |
| Grammer, James R. | 92E-26-221 |
| | |
| Grammer, John Fred | 92E-29-178 ~~92E-35-236~~ |

19

-11-

1604

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Grammer, Joseph Ernest & <br>    Gertrude M. | ~~92E-24,34,35-205~~ <br> 93E-9-276 |
| Grammer, Martin J. & | 91E-2-107 <br> 92E-20-175 <br> ~~92E-24,34,35-205~~ <br> 92E-26-221 <br> ~~92E-26-222 (Ben)~~ |
| ~~Gruner, Joseph A. & ~~ <br> ~~June B.~~ | ~~81E-15,22-79~~ |
| ~~Gruner, Lawrence V.~~ | ~~81E-27-82~~ |
| Haas, L. C. & <br>    Sylvia E. | 93E-19-251(Ben) |
| ~~Haggard, C. W. &~~ <br> ~~Millie B.~~ | ~~81E-19-39~~ |
| ~~Hagman, Lester W. &~~ <br> ~~Lota~~ | ~~81E-20-61~~ |
| ~~Hall, Grant W.~~ | ~~92E-27-208~~ |
| ~~Hall, Julian E.~~ | ~~92E-27-202~~ |
| ~~Hall, Rexford L.~~ | ~~92E-27-202~~ |
| ~~Helsey, Frances L.~~ | ~~81E-28-71 (Ben)~~ |
| ~~Hamilton, Willard C. &~~ <br> ~~Edith V.~~ | ~~92E-35-234~~ |

20

-12-

1605

TEMECULA CREEK WATERSHED

NAME                                                    PROPERTY

Kandelman, Max                                          81E-35-101B


~~Hanson, Evelyn T.~~                                   ~~93E-16-282~~


Happel, George J. &                                    93E-17-264 (Ben)
    Edna M.


Harmer, Carl A. &                                       ~~92E-21-185 (Edith S.)~~
    Edith Sarah                     ~~93E-8,17-259~~
                                                        93E-15-295


~~Hartley, Donald L. &~~                                ~~92E-35-232~~
~~Lois K.~~


~~Hartley, Kenneth H. &~~                               ~~92E-35-232~~
~~Evelyn P.~~


~~Hartley, Paul J., Jr. &~~                             ~~92E-35-232~~
~~Charlotte M.~~


~~Hartley, William R. &~~                               ~~92E-35-232~~
~~Joan M.~~


~~Hasselquist, Gustav H. &~~                            ~~81E-15,22-78~~
~~Jeanne B.~~


~~Hattebuhr, Eddie &~~                                  ~~92E-17-198~~
~~Goldie~~


Hayes, Nellie B.                                        81E-23,24-100
                                                        82E-13-215


21                          -13-                        1606

TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| ~~Hayward, Fletcher H. &~~ ~~Theda~~ | ~~81E-27-83(Ben)~~ ~~81E-27-86 & 86A~~ ~~81E-27-87~~ ~~81E-83,26-98~~ |
| ~~Heard, Jim &~~ ~~Nettie Lou~~ | ~~92E-22,27-200~~ |
| Helvey, K. F. | 92E-28-193 |
| Hemet Valley Hospital Dist. | 82E-8,9,15,16-137 |
| ~~Henderson, John T.~~ | ~~81E-34-90~~ |
| Hernley, Paul A. | 82E-9-179 |
| Herriman, Carl H. & Helen | 92E-35-239 |
| Herriman, Vanzo L. | 92E-35-239 |
| ~~Heydenreich, Ernest H. &~~ ~~Daisy M.~~ | ~~91E-1-114~~ ~~92E-21-186~~ ~~92E-26-229~~ |
| Hibbard, Royal & Judy | 82E-14-212 |
| Holcomb, Cathryn L. | 93E-19-250 92E-24-318 |
| ~~Holcomb, William Frederick~~ | ~~92E-35-232~~ |

-14-

1607

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| ~~Holley, Jess L. &~~ ~~Maud~~ | ~~91E-1-116~~ |
| ~~Holmes, Elsie M.~~ | ~~91E-1, 92E-6-120~~ ~~82E-31-138A~~ |
| ~~Holmes, Ervin Howard &~~ ~~Evva Hazel~~ | ~~81E-28-70A~~ |
| Holmes, Glen Hugh & Ellen A. | ~~81E-28-70~~ 93E-10-292 |
| Horwitz, Marilyn R. | 81E-12, 82E-6,7-134 (Ben) |
| Hossein, Harriet McCartney | 91E-28,29-310 |
| ~~Hunter, Anna~~ | ~~81E-19-40~~ |
| ~~Hunter, Dorothy~~ | ~~81E-19-40~~ |
| ~~Hunter, Kenneth A. &~~ ~~Elaine M.~~ | ~~92E-20-169~~ |
| ~~Hunter, Victoria, known as~~ ~~Victoria Hunter Segers~~ | ~~81W-21-11~~ |
| Hurff, Francis H. | 92E-23,26-217 |
| ~~Inland Empire Production~~ ~~Credit Assoc., of Highgrove,~~ ~~California.~~ | ~~81E-99-69A(TraBen)~~ |

23

-15-

1608

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Jackson, Howard B. &~~ ~~Mary Agnes~~ | ~~92B-35-241~~ |
| Jackson, Roy C. & Louise | 93E-17-265 (Ben) ~~93E-16-279~~ |
| ~~Jacoby, Donald W. & Mabel M.~~ | ~~01E-19-98~~ |
| Janda, Earl | 92E-26-223 |
| Janda, Golda | 92E-26-223 |
| ~~Jensen, George H. & Portia B.~~ | ~~91E-1-119~~ |
| ~~Jensen, H. H., aka Holger H. & Daisy M.~~ | ~~91E-1-125~~ ~~91E-1-126(H.H.)~~ |
| Johnson, Clyde & Margaret B. | 93E-3,4-272 (Ben) |
| Johnson, Fred W. & Gladys E. | 92E-35-240 |
| ~~Johnson, P. H.~~ | ~~81E-33-74~~ |
| ~~Jurkovich, B. M. & Mary~~ | ~~81W-04-26~~ |
| ~~Kempf, Joe & Elizabeth~~ | ~~92B-35-237~~ |

**24**

-16-

1603

TEMECULA CREEK WATERSHED

| NAME | PARCEL |
|------|--------|
| ~~King, Arthur A.~~ | ~~81W-24-24~~ |
| ~~King, Ervin B.~~ | ~~81E-28-72~~<br>~~81E-27,28-73~~ |
| ~~King, George F. B.~~ | ~~81E-28-72~~ |
| ~~King, Lawrence L.~~ | ~~81E-28-72~~<br>~~81E-28-73~~ |
| ~~King, Mabel~~ | ~~81E-28-72~~<br>~~81E-27,28-73~~ |
| ~~King, Roy F.~~ | ~~81E-28-72~~<br>~~81E-27,28-73~~ |
| ~~King, Verona~~ | ~~81E-28-72~~<br>~~81E-27,28-73~~ |
| Kinsall, Harry &<br>    Della A. | 93E-19-254 |
| Kipp, Solon S. &<br>    Della A. | 93E-19-252(Ben)<br>93E-10,11-289(Tr)&(Ben) |
| ~~Knox, Garner L. &~~<br>    ~~Flora S.~~ | ~~81W-13,24-23~~<br>~~81E-18,19-33~~ |
| Knox, H. G. | 93E-17-262(Ben) |
| Knox, Walter G. | ~~81W-13,24-23~~<br>81E-18,19-33 |
| Kohler, John V. | 91E-20-309 |

-17-

1610

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Kuykendall, Harold B. & Ardys M. | ~~9CB-90-163~~ 93E-17-264 |
| ~~Land Escrow & Safe Deposit Company~~ | ~~81W-21,22,28-17 (Tr)~~ |
| Land Title Ins. Co. | Various parcels as TDTr. |
| ~~Landgren, John A.~~ | ~~81E-34-92~~ |
| ~~Lane, Lucy B.~~ | ~~81E-28-72~~ |
| Lareva, John G. & Phyllis A. | 81E-13-109(Ben) |
| ~~Loughkin, Alvin & LaVerne~~ | ~~92B-7-142(Ben)~~ |
| Lawler, Eugene Jr. | 91E-29,30-306 |
| Lawler, Nyla B. | 91E-29,30-306 |
| ~~Lawton, John III~~ | ~~93E-7,8,17,18-948~~ |
| ~~Lawyers Title Guaranty Co.~~ | ~~92B-20-163(Tr)~~ |
| Lee, Myron K. & Lois Ellen | 93E-9-277 |
| Lelyegren, Robert & Wanda | 81E-31-57 |

-18-

1611

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Leonard, Horace A. & Mary B. | 81E-34-89(Ben) 81E-34-91(Ben) |
| LeVoir, Olive E. | 92E-20-176 |
| Lewandowski, John & Helen A. | 93E-9-278 |
| Liljegren, Waldo & Marie | 81E-31-55 |
| Lindenberg, Fred | 92E-21-189 |
| Lloyd, Milton M. & Evelyn M. | 92E-20-160 |
| Lochman, Ruth | 81E-19-44 (Ben) |
| Lohman, Edgar S. & Myrtle D. | 81W-20,29-9&10 (Ben) 81W-21,28-13&14 |
| Loit, Woodrow W. & Jessie | 81E-35,36-111 |
| Lohon, P. F. & Zona B. | 81W-24-27 |
| Lowman, Nile L. & Grace R. | 81E-19-44 (Ben) |
| Lusier, David O. & Ella J. | 81E-33,34-77 |

-19-

1612

R 27

<u>TEMECULA CREEK WATERSHED</u>

| NAME | PROPERTY |
|---|---|
| Luckasevage, Alem J. & | 91W-21-12 |
| Carol H. | |
| Lundgren, Fridolph E. E. & | 93E-9,10-273 |
| Opha A. | |
| Lundgren, Grace | 93E-9-275 |
| Lush, Harry R. & | 92E-26,27-208 |
| Charlotte 27 | |
| Luther, Georgia | 91E-12-191 |
| McCartney, Orris | 91E-28-29-310 |
| McCartney, Platt | 91E-28,29-310 |
| McClain, Barbara J. | 82E-8,9,15,16-137 |
| McClain, Edward M. & | 82E-8-150 |
| Barbara Jane | |
| McDaniel, Cecil B. & | 92E-7-143 |
| Zora | |
| McDaniel, Richard D. & | 92E-7-144 |
| Alma F. | |
| McDonnell, Ruja A. | 81W-21-19 |
| McKinley, Ivan E. & | 61E-23,24, 62E-18,19, |
| Mathea A. | 20,21,22-99 |

-20-

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Mabeny, Ben & Edna G. | 92E-20-174 |
| Machry, James F., Jr. & Bernice | 81E-36 & 91E-1-112 |
| Macres, Harry | 92E-20-176 |
| Malsachery, Richard | 92E-35-237 (Ben) |
| Manny, Melvin H. & Janet B. | 92E-18-149 92E-17-153 |
| Marcus, Murray M. & Violet M. | 81E-19-41 |
| Marcy, Annie J. | 81E-19-43(Ben) |
| Mardock, Violet O. | 93E-9-274 |
| Mardock, William Sylvester | 93E-10-290 |
| Mark, K. L. & Sylvia N. | 93E-19-252(Tr)&(Ben) |
| Marlow, Helen | 92E-35-23½ (Ben) |
| Marshall, George O. & Iona | 81E-19-44 |

29                          -21-                          1614

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Martin, Alga F. &~~ | ~~92E-20-166~~ |
| ~~Frances B.~~ | |
| Martin, D. L. | ~~92E-20-164~~ |
| | ~~92E-20-165~~ |
| | ~~92E-20-170~~ |
| | 93E-17-262 |
| | 93E-17-265(Ben) |
| Martin, Gene R. & | 93E-17-263 |
| Joline A. | |
| ~~Martin, Willie J. &~~ | ~~92E-20-167~~ |
| ~~Ruby M.~~ | |
| Marty, Madge | 92E-24-317 |
| ~~Massengilly J. D.~~ | ~~81E-19-35~~ |
| ~~Mauck, Annie L.~~ | ~~91E-1-123~~ |
| ~~Medrany Julian R. &~~ | ~~92E-20-173~~ |
| ~~Mary~~ | |
| ~~Michigan Mortgage Co.~~ | ~~91E-1-122~~ |
| Miller, D. J. | 93E-20-269 |
| ~~Miller, John J. C.~~ | ~~92E-27,28-194~~ |
| ~~Miller, Lula F.~~ | ~~81E-19-47~~ |
| | ~~81E-19-49(Ben)~~ |
| ~~Miller, Mrs. R. Lee~~ | ~~91E-1-127~~ |

-22-

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Miner, Laura K. | 92E-93,24,26-916 |
| Miner, Mamie E. | 81E-14-95 |
| Mitchell, Lloyd | 93E-8,9-258 |
| Mitchell, Louis | 93E-2,11-300 |
| Morrissey, Perry O. & Arta L. | 92E-27-207 92E-27-210 |
| Morton, James D. & Jessie P. | 92E-26-290 |
| Murphy, Edward & Bertha | 81E-29-96 |
| Nash, Ted & Evelyne | 93E-2,11-301 |
| Neagley, Clinton R. & | 93E-10,11-289 |
| Niland, Viola A. | 92E-26-220 |
| O'Gorman, C. J. | 92E-26-219 92E-35-833 |
| Osborne, Walter & Elaine | 81E-12, 82E-6,7-134 |
| Otis, Charles C. | 91E-12-132 93E-19-253 |

31

-23-

1616

## TEMECULA CREEK WATERSHED

NAME | PROPERTY

Oviatt, James A. &
   Mary L.

~~81W-13,18-21~~
83E-27,35-106
~~92E-1,2,4,5,7,8,9,~~
~~10,11,13,14,15,16,~~
~~17,21,22,23-148~~
~~93E-6,7-148A~~
82E-29-151
82E-26,27,33,34,35,
36-182
83E-31-247
93E-8-257

Owen Electric Co.

92E-25-243A

Pacific Coast Title
Co. of Riverside

81E-15,22-78(Tr)

~~Paden, Louis C. &~~
~~Estelle~~

~~92E-18-149(Ben)~~

~~Painter, Monroe &~~
~~Jean M.~~

~~92E-20-161~~

Payne, Harriet

91E-19-305

~~Pioneer Title Ins.~~
~~Trust Co.~~

~~81E-99-66(Bu)~~

~~Poignee, George D. &~~
~~Louise H.~~

~~81E-19-45~~

Poindexter, Ruth

91E-3-94

~~Poore, Paul R. &~~

~~81E-19-42~~
~~81E-19-46~~
~~81E-99-59~~

~~Poore, Robert Arthur~~

~~81E-19-42~~

32

-24-

1617

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Pressey, Edwin & Margaret | 81E-35-103<br>81E-35-103 (Ben) |
| ~~Prestwich, E. T.~~ | ~~92E-26-227~~ |
| Pruitt, James L. & Ada E. | 81W-20-4 |
| ~~Pursche, Carl R.~~ | ~~92E-21-190~~ |
| ~~Pursche, Roy C.~~ | ~~92E-21-188~~ |
| Pauma Valley School Dist. | 91E-27-315 |
| ~~Quinny, Eileen T.~~ | ~~91E-12-133~~ |
| Ranch Development Corp. | 92E-28-193 |
| ~~Raybould, Richard F. & Betty Jean~~ | ~~92E-17-156(Ben)~~ |
| Regal Distributors, Inc. | 92E-7-143(Ben) |
| ~~Register, Delta A.~~ | ~~81E-34-91~~ |
| ~~Reyes, Cruse E.~~ | ~~92E-20-162(Ben)~~ |
| ~~Reyes, Pancho & Domintila~~ | ~~92E-20-162(Ben)~~ |
| ~~Richie, Marie Lyn & John R.~~ | ~~81E-19-36~~ |

33

-25-

1618

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| R~~immambpxflarrmtbca~~ ~~Rebmrckmx~~ | ~~81E-35, 91E-2-101B (Ben)~~ |
| ~~Riverside, County of~~ | ~~81E-19-51~~ |
| ~~Riverside Title Co.~~ | ~~81E-34-88(Tr)~~ ~~81E-35, 91E-2-101A~~ ~~(Tr)~~ |
| ~~Roberts, W. M. &~~ ~~Jean~~ | ~~92E-7,18-145~~ |
| ~~Robertson, L. G.~~ | ~~81E-19-47~~ ~~81E-19-49(Ben)~~ |
| ~~Robinson, Julienne Vasse &~~ ~~M. G.~~ | ~~81W-13-20~~ |
| Rockburn, John A. | 93E-19-251 93E-17-268 |
| ~~Roether, Iola F.~~ | ~~92E-27-202~~ |
| ~~Roether, Marjorie E.~~ | ~~92E-27-202~~ |
| ~~Rook, Arthur W. &~~ ~~June D.~~ | ~~81E-20,21-68~~ |
| ~~San Diego Production~~ ~~Creit Association~~ | ~~92E-35-235  (TR&Ben)~~ |
| ~~Senory, Dannyy aka~~ ~~Daniel B.~~ | ~~91E-1-121~~ |

-26-

1619

## TEMECULA CREEK WATERSHED

NAME

PROPERTY

Sawyer, Jean

82E-14-214

Sawyer, Louis

82E-14-214

Sawyer, Rebecca B.

82E-14-214

Schenck, Dorothy

81E-12-108

Schoetzow, Ray E.

92E-25,36-242

Schoetzow, Victor P. &
   Emiline

92E-25,36-242

~~Schroeder, Walter A., Jr. &
   Jeanette H.~~

~~81E-29-65~~

Schroeder, Walter Albert

81E-31-56

~~Schuman, Thomas S. &
   Dorothy~~

~~81E-19-49~~

Schwabacker, Phillip M.

91E-19-304

~~Scott, Beatrice~~

~~92E-6-139~~

~~Scott, Clarence Edward &
   Maude G.~~

~~81W-21,22,28-17~~

Scott, Henry H. &
   Lois

93E-15-297

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Scott, Irene | 92E-6-139 |
| Scott, Leslie | 92E-6-139 |
| Scott, Paul M. & Kathryn M. | 93E-15-298 |
| Scott, Willard R. | 92E-6-139 |
| Scranton, Harold C. | 92E-26-224 (Ben) |
| Sears, Marion E. | 92E-27-202 |
| Security First National Bank of Los Angeles | Various Parcels as TDTr |
| Security Title Ins. Co. | Various parcels as TDTr |
| Security Trust & Savings Bank of San Diego | 92E-17-156(Tr) 92E-23,24,26-216(Tr) |
| Shirley, S. N. (Mrs) | 83E-21-271 |
| Silveria, Herman H. & Margaret A. | 92E-26-225 |
| Simmonds, Helen Brandt, now McGrew | 82E-14-213 |
| Simonich, Joseph & Dorothy A. | 81W-21,22,28-17 |

36

-28-

1621

TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Skiver, Jesse C. & Leila F. | 93E-10-293 |
| Sloan, Myrtle M. King | 81E-20-72 |
| Smith, John G. & Clare E., aka Clara | 81W-20-6 |
| Snavely, Charles H., Jr. & Marjorie A. | 92E-21,22,27-192 |
| Snyder, Arthur A., Jr. | 93E-17,18,19,20-249 |
| Southern Title & Trust Co. | 92E-26-222(Tr) |
| Southwest Escrow Corp. | 91E-12-130 (Tr) 91E-12-133 (Tr) |
| Spaniol, Gustav A. & Rose | 81E-19,20-58 |
| Speckert, S. & Hilda | 92E-35-837 |
| Sperou, George J. & Marjorie V. | 81E-18-32 |
| Stamness, Jesse & Amanda | 93E-10-288 |
| Standard Federal Savings & Loan Association | 92E-20-163(Ben) |

37

1622

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Starke, W. E. & Cecilia G. | ~~91E-19-139(Tr&Ben)~~ 93E-19-253(Tr&Ben) |
| ~~Starrett, Victoria M., now Victoria M. Barnes~~ | ~~91E-1-128~~ |
| ~~Stephenson, Fred Reginal & Edna~~ | ~~92E-7-146~~ ~~92E-7-147~~ |
| Stierli, John Jr. | 93E-17-266 |
| Stokes, Frederic E. & Helen D. | 92E-22,23,26,27-199 |
| ~~Strodthoff, Gus Jr. & Una~~ | ~~81W-22-18(1/3 int)~~ |
| Sturgis, Lizzette, Adm. of Est. of Walter F. Privette | 92E-24-317 |
| ~~Sturtevant, G. A. & Doris A.~~ | ~~92E-10,15-197~~ |
| Swartzbaugh, Lenore Stewart | 81W-20-5 |
| Sweeney, Clark L. & Goldie | 91E-28-313 |
| Tarr, Paul J. & Milla C. | 92E-24-319 |
| Taylor, David E. & Minnie A. | 91W-2-31 |

-30-

1623

38

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Taylor, Howard Roy & Charlotte C. | 92E-22,23,26,27,199 |
| Taylor, William M. | 81E-13-110A 92E-28-193 |
| Thurber, Packard & Madeliene | 81E-34-88(Ben) 81E-35,-91E-2-101A(Ben) |
| Title Ins. & Trust Co. | 81E-18-32(Tr) 81E-28-71(Tr) |
| Tobin, Arthur M. & Alice H. | 93E-16-281 |
| Tobin, Joseph Russell & Irma L. | 93E-16-286 |
| Tobin, Michael V. & Ruby M. | 93E-15-294 |
| Tobin, Richard L. & Mildred S. | 81W-20,29-7&8 |
| Todd, Tom T. | 93E-19-252 |
| Toner, Rex J. & Mabel L. | 82E-16-180 82E-14,15,21,22,23,-28-181 |
| Torrance Escrow & Safe Deposit Box Corp. | 81E-34-89(Tr) 81E-34-91(Tr) |

-31-

1624

39

## TEMECULA CREEK WATERSHED

NAME

PROPERTY

Trainor, Melverton E. &

    Lillian V.

92E-17-155

Trunnell, Donald B. &

    Esther M.

81E-20,21-68(Ben)
81E-28,29-69
81E-33-69A
81E-33-69B
81E-33, 34-69C
81E-27-80

Tule Valley Land &

    Cattle Company

82E-13,22,23,24-195

Turnbull, Harrison P. &

    Virginia M.

92E-17-156

United States of America

Par. 2
92E-28-193

United Title Guaranty Co.

81E-29-65(Tr)

Union Title Ins. & Trust
Company

Various Parcels
as TDTr

Vail Co.

Par. 1

Van Rikxoort, Garrett &

    Helen

81E-36, 91E-1-112(Ben)

Veazey, Dorothy G.
  now Coon, Dorothy G.

92E-21-190(Ben)
92E-23,24, 26-216
92E-26-218

Vermillion, George M. &

    Hazel S.

81W-21,22,28-17

-32-

1625

40

TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~VonGunden, Robert D. &~~ | ~~92E-35-235~~ |
| ~~Edith M.~~ | |
| ~~Wade, Ralph W. &~~ | ~~81W-21,22,28-17~~ |
| ~~Selley R.~~ | |
| Walker, John A. L. | 93E-17-261 |
| Wallace, Giles E. & | 91W-1,2-29&30 |
| Gwendolyn | |
| ~~Ward, Alvis Andrew &~~ | ~~91E-1,12-189~~ |
| ~~Velma F.~~ | |
| ~~Ward, Blaine &~~ | ~~92E-26-228~~ |
| ~~Lenore Claire~~ | |
| Weber, Gustav & | 91E-29,30-306 |
| Marion | 91E-30-308 |
| ~~Wells, Benjamin W. &~~ | ~~81E-19-98(Ben)~~ |
| ~~Lucy M.~~ | |
| ~~Wentworth, John Andrew~~ | ~~92E-17-154(Ben)~~ |
| ~~Wentworth, Ruth~~ | ~~92E-17-159~~ |
| ~~Western Brass Works~~ | ~~81E-23,24,-82E-18,~~ |
| | ~~19,20,21,22-99~~ |
| White, Oliver M. | 93E-9-278(Ben) |

1626

41

## TEMECULA CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~Wilkinson, Harvy R. &~~ ~~Barbara Lucile~~ | ~~92E-35-232~~ |
| Willets, Hilka G. | 93E-10-291 |
| ~~Williams, Allen W. &~~ ~~Gladys~~ | ~~81E-34-89~~ |
| ~~Williamson, Leonard L. &~~ ~~Sarah~~ | ~~91E-12-130~~ |
| ~~Wilson, Walter D.~~ | ~~93E-15-298(Ben)~~ |
| ~~Wolf, Alfred P.~~ | ~~81E-28,29-69(Oil~~ ~~Lease)~~ ~~81E-28-71~~ |
| ~~Zimmerman, Lee~~ | ~~93E-16-283~~ |
| ~~Zimmerman, May M.~~ | ~~91E-12-133~~ |

TEMECULA CREEK WATERSHED

LEGAL DESCRIPTIONS AND OWNERSHIP

Parcel 1:

That portion of Vail Ranch within the Temecula Creek Watershed

OWNERS:

VAIL COMPANY, INC.

43

(USA Pl. Ex 210-B)

Interlocutory Judgment #34A

1628

Exhibit C

TEMECULA CREEK WATERSHED

## Parcel 2

All of the following described property being in Township Eight (8)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

### 81W - 13

The Southeast Quarter of the Northwest Quarter; the South One-
Half of the Northeast Quarter; and the Northeast Quarter of the
Southeast Quarter of Section Thirteen (13).

### 81W - 19

The Southeast Quarter; the Southeast Quarter of the Northwest
Quarter; and the East One-Half of the Southwest Quarter, all
in Section Nineteen (19).

### 81W - 20

The West One-Half of the Southwest Quarter of Section Twenty (20).

### 81W - 22

The East One-Half of Fractional Section Twenty-Two (22).

### 81W - 23

All of Fractional Section Twenty-Three (23).

### 81W - 25

The North One-Half; the North One-Half of the Southwest Quarter;
and the East One-Half of the Southeast Quarter of Section Twenty-
Five (25).

### 81W - 26, 27

All of Sections Twenty-Six (26) and Twenty-Seven (27).

### 81W - 28

The West One-Half of the Southwest Quarter; the East One-Half
of the Southwest Quarter; and the East One-Half of the Southeast
Quarter of Section Twenty-Eight (28).

44

1629

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

8lW - 29

The South One-Half; the Northwest Quarter; and the South One-Half
of the Northeast Quarter of Section Twenty-Nine (29).

8lW - 30, 31, 32, 33, 34, 35

All of Sections Thirty (30), Thirty-One (31), Thirty-Two (32), Thirty-
Three (33), Thirty-Four (34), and Thirty-Five (35).

8lW - 36

The West One-Half of the West One-Half; the Southeast Quarter of
the Northwest Quarter; the Southeast Quarter of the Southwest
Quarter; the Northeast Quarter of the Northeast Quarter; and
the South One-Half of the Southeast Quarter of the Southeast
Quarter of Section Thirty-Six (36).

ALSO, all of the following described property in Township Nine (9)
South, Range One (1) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

9lW - 1

The East One-Half of the East One-Half; the Southwest Quarter of
the Southeast Quarter; the East One-Half of the Northeast Quarter
of the Southwest Quarter; the South One-Half of the Southwest
Quarter; the Northwest Quarter of the Northwest Quarter; and
the Northwest Quarter of the Southwest Quarter of the Northwest
Quarter of Section One (1).

9lW - 2

All of Section Two (2) EXCEPT the Southeast Quarter of the North-
east Quarter of the Northwest Quarter; and the Northeast Quarter
of the Southeast Quarter of the Northwest Quarter; the North One-
Half of the Southwest Quarter of the Northeast Quarter; the South
One-Half of the Southwest Quarter of the Northwest Quarter of the
Northeast Quarter; the Southeast Quarter of the Southeast Quarter

-3-

1630

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

    91W - 2 (Cont.)

        of the Northeast Quarter; and the East One-Half of the North-
        east Quarter of the Southeast Quarter.

    91W - 3, 4, 5, 9, 10, 11, 12, 13, 14, 15

        All of Sections Three (3), Four (4), Five (5), Nine (9), Ten
        (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14)
        and Fifteen (15).

    91W - 23, 24, 25, 26

        All of Sections Twenty-Three (23), Twenty-Four (24), Twenty-
        Five (25) and Twenty-Six (26).

    ALSO, all of the following described property in Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

    81E - 15

        Lots One (1), Two (2), Three (3), Four (4), Five (5), Seven (7),
        Eight (8) and Twelve (12) of Section Fifteen (15).

    81E - 16

        The East One-Half of Section Sixteen (16).

    81E - 17

        The Southeast Quarter of the Southeast Quarter of Section
        Seventeen (17).

    81E - 20

        The East One-Half of the Northwest Quarter; the Northeast Quarter;
        and the Northwest Quarter of the Southeast Quarter of Section
        Twenty (20).

    81E - 21

        The North One-Half; the North One-Half of the South One-Half; and
        the South One-Half of the Southeast Quarter of Section Twenty-One
        (21).

1631

46

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

81E - 22

Lots Ten (10), Eleven (11), Twelve (12), Thirteen (13),Fourteen
(14) and Fifteen (15) and the West One-Half of Lots Nine (9)
and Sixteen (16) of Section Twenty-Two (22).

81E - 23

The Southeast Quarter of the Southeast Quarter of Section
Twenty-Three (23).

81E - 24

Lots Five (5), Six (6), Seven (7) and Eight (8); and the South-
east Quarter of the Northeast Quarter of Section Twenty-Four
(24).

81E - 25

The North One-Half; and the North One-Half of the South One-
Half of Section Twenty-Five (25).

81E - 26

Lots One (1), Two (2), Four (4) and Five (5) of Section Twenty-
Six (26).

81E - 27

The North One-Half of the Northwest Quarter; the Northwest
Quarter of the Northeast Quarter; the Northeast Quarter of the
Southwest Quarter; and the Northwest Quarter of the Southeast
Quarter of Section Twenty-Seven (27).

81E - 30

The Southwest Quarter of the Northeast Quarter; the West One-
Half; and the Southeast Quarter of Section Thirty (30).

-5-

47

1632

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

### 81E - 31

All of Section Thirty-One (31) EXCEPT the following:  the East One-Half of the Southeast Quarter of the Northwest Quarter; and the Southwest Quarter of the Northeast Quarter; and the North One-Half of the Northwest Quarter of the Southeast Quarter; all of Lots Three (3), Six (6) and Seven (7); the Southwest Quarter of the Southeast Quarter of the Northwest Quarter; and the Northeast Quarter of the Southwest Quarter; and the North One-Half of the Southeast Quarter of the Southwest Quarter.

### 81E - 32

All of Section Thirty-Two (32).

### 81E - 33

The Southwest Quarter; the Southwest Quarter of the Northwest Quarter; and the Southwest Quarter of the Southeast Quarter of Section Thirty-Three (33).

### 81E - 35

Lot Twelve (12) of Section Thirty-Five (35).

ALSO, all of the following described property in Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California:

### 91E - 2

The West One-Half of the Northwest Quarter; the Northwest Quarter of the Southwest Quarter; the East One-Half of the Southwest Quarter; and the Southeast Quarter, all in Section 2.

### 91E - 3

The West One-Half of the Northwest Quarter; the Southeast Quarter of the Northwest Quarter; the South One-Half; the East One-Half of the Northwest Quarter of the Northeast Quarter; the Northeast Quarter of the Northeast Quarter; the North One-Half of the Southeast Quarter

1633

48

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

91E - 3 (Cont.)

of the Northeast Quarter; and the Southeast Quarter of the Southeast Quarter of the Northeast Quarter of Section Three (3).

91E - 4, 5, 6, 7, 8, 9, 10 and 11

All of Sections Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10) and Eleven (11).

91E - 12

The West One-Half of the Northwest Quarter; and the Southwest Quarter of Section Twelve (12).

91E - 13, 14, 15, 16 and 17

All of Sections Thirteen (13), Fourteen (14), Fifteen (15), Sixteen (16) and Seventeen (17).

91E - 18

All of Section Eighteen (18) EXCEPT the Southwest Quarter of the Southeast Quarter.

91E - 19

The West One-Half; and the East One-Half of the Southeast Quarter of Section Nineteen (19).

91E - 20

The Southwest Quarter of the Northwest Quarter; the West One-Half of the Southwest Quarter; the Northeast Quarter of the Northwest Quarter; the North One-Half of the Northeast Quarter; and the Southeast Quarter of the Northeast Quarter of Section Twenty (20).

91E - 21, 22, 23, 24 and 25

All of Sections Twenty-One (21), Twenty-Two (22), Twenty-Three (23), Twenty-Four (24) and Twenty-Five (25).

1634

49

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

91E - 27

Beginning at a point on the North line of County Road Survey 636 North 6°02' East 30 feet from Engineers' Station: EC 229 + 10.17, thence continuing North 6° 02' East along widening of said Road Survey 10 feet; thence Westerly along the Northerly line of said Road Survey being also along a curve to left radius 170' a distance of 140 feet to Westerly line of the Southeast Quarter of the Southwest Quarter of Section Twenty-seven (27); thence North 01°22' West along said Westerly line 344.64 feet; thence South 83° 58' East 230 feet; thence South 0° 22' East 266 feet; thence South 43° 52' 30" West 42.75 feet to point on Northerly line of said Road Survey; thence North 83° 58' West along said Northerly line 70.25 feet to Point of Beginning.  All in Section Twenty-seven (27), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, County of San Diego, State of California.

-8-

1635

50

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

> 91E - 30
>
> > Lot One (1) (being the Northwest Quarter of the Northeast Quarter); and the Northwest Quarter of the Northwest Quarter of Section Thirty (30).
>
> ALSO, all of the following described land in Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian in the County of Riverside, State of California.
>
> 82E - 7
>
> > The Southeast Quarter of the Northeast Quarter of Section Seven (7).
>
> 82E - 8
>
> > The Northeast Quarter of the Southwest Quarter; and the Southwest Quarter of the Southeast Quarter of Section Eight (8).
>
> 82E - 14
>
> > The Northwest Quarter of the Northwest Quarter of Section Fourteen (14).
>
> 82E - 16
>
> > The West One-Half of Section Sixteen (16).
>
> 82E - 17
>
> > The South One-Half of Section Seventeen (17).
>
> 82E - 18
>
> > Lots Two (2) and Four (4); the Southeast Quarter of the Northwest Quarter; the East One-Half of the Northeast Quarter; and the Southwest Quarter of the Northeast Quarter of Section Eighteen (18).
>
> 82E - 19
>
> > Lots One (1), Two (2) and Four (4); the Southeast Quarter of the Southwest Quarter; the Northeast Quarter of the Southeast Quarter; and the South One-Half of the Southeast Quarter of Section Nineteen (19).

-9-

1636

51

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

82E - 20

The Northwest Quarter of the Southwest Quarter; and the South
One-Half of the South One-Half of Section Twenty (20).

82E - 21

The South One-Half of the Southwest Quarter; and the Southwest
Quarter of the Southeast Quarter of Section Twenty-One (21).

82E - 22

The Southeast Quarter of the Southeast Quarter of Section Twenty-
Two (22).

82E - 23

The South One-Half of the South One-Half of Section Twenty-Three
(23).

82E - 24

The Northeast Quarter of the Southeast Quarter; and the South One-
Half of the South One-Half of Section Twenty-Four (24).

82E - 25

All of Section Twenty-Five (25).

82E - 26

The East One-Half of the Northeast Quarter; and the South One-Half
of the Southwest Quarter of Section Twenty-Six (26).

82E - 27

The North One-Half; and the Southwest Quarter of Section Twenty-
Seven (27).

82E - 28

The North One-Half of the Northwest Quarter; and the South One-
Half of Section Twenty-Eight (28).

82E - 29

The North One-Half; and the South One-Half of the Southwest
Quarter; and the Southwest Quarter of the Southeast Quarter of
Section Twenty-Nine (29).

-10-

1637

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

82E - 30

Lots One (1), Two (2) and Three (3); the Northeast Quarter; the
East One-Half of the Northwest Quarter; the Northeast Quarter of
the Southwest Quarter; and the Southeast Quarter of the Southeast
Quarter of Section Thirty (30).

82E - 31

The Northeast Quarter of the Northeast Quarter of Section Thirty-
One (31).

82E - 32

The North One-Half of the North One-Half; the Southeast Quarter of
the Northwest Quarter; the South One-Half of the Northeast Quarter;
the North One-Half of the South One-Half; and the South One-Half
of the Southeast Quarter of Section Thirty-Two (32).

82E - 33

The Northwest Quarter; and the South One-Half of Section Thirty-
Three (33).

82E - 34

The Northeast Quarter of the Northeast Quarter; and the South One-
Half of Section Thirty-Four (34).

82E - 35

The Northwest Quarter; the West One-Half of the Northeast Quarter;
and the South One-Half of Section Thirty-Five (35).

82E - 36

The Northwest Quarter of the Northwest Quarter, the East One-Half
of the Northwest Quarter, the Northeast Quarter; and the South
One Half of Section Thirty-Six (36).

53

1638

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

ALSO, the following described land in Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian in the County of San Diego, State of California:

92E - 1

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11) and Twelve (12) in Section One (1).

92E - 2

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14) in Section Two (2).

92E - 3

All of Section Three (3).

92E - 4

Lots One (1), Two (2), Three (3), Four (4), Eight (8), Nine (9), Fifteen (15) and Sixteen (16) in Section Four (4).

92E - 5

Lots One (1), Two (2), Seven (7), Eight (8) and Nine (9) in Section Five (5).

92E - 8

Lots Two (2), Three (3), Four (4), Six (6), Seven (7), Nine (9), Ten (10) and Eleven (11) in Section Eight (8).

92E - 9

Lots Eight (8) and Twelve (12) in Section Nine (9).

92E - 10

Lots One (1), Two (2), Three (3), Four (4) and Five (5) and the East One-Half of Lot Sixteen (16) in Section Ten (10).

-12-

1839

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

   92E - 11

Lots One (1), Four (4), Seven (7), Eight (8), Twelve (12), Thirteen (13) and Fourteen (14) in Section Eleven (11).

   92E - 12

Lot One (1), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Fifteen (15), and Sixteen (16) in Section Twelve (12).

   92E - 13

All of Section Thirteen (13).

   92E - 14

All of Section Fourteen (14) EXCEPT Lot Thirteen (13).

   92E - 15

Lot Eight (8) in Section Fifteen (15).

   92E - 16

Lot Fifteen (15) in Section Sixteen (16).

   92E - 17

Lots Fifteen (15) and Sixteen (16) (being the South One-Half of the Southeast Quarter) of Section Seventeen (17).

   92E - 18

Lots Three (3), Four (4), Five (5), Six (6), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Fifteen (15) and Sixteen (16) of Section Eighteen (18).

   92E - 19

All of Section Nineteen (19).

   92E - 20

Lots Three (3) and Four (4) (North Half of the Northwest Quarter); Lot Five (5) (Southwest Quarter of the Northwest Quarter); Lots Twelve (12) and Thirteen (13) (West Half of the Southwest Quarter); Lot Fourteen (14) (Southeast Quarter of the Southwest Quarter); and Lot Fifteen (15) (Southwest Quarter of the Southeast Quarter) of Section Twenty (20).

-13-

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

92E - 21

Lot Six (6), the South Half of Lot Seven (7), Lots Nine (9), Ten (10)
and Thirteen (13) in Section Twenty-One (21).

92E - 22

Lot Twelve (12), the North Half of Lot Fourteen (14), the Southeast
Quarter of Lot Fourteen (14), the South Half of Lot Ten (10), and
Lot Fifteen (15), all in Section Twenty-Two.

92E - 23

Lots One (1), Two (2), Three (3), Six (6), Seven (7) and Eight (8) in
Section Twenty-Three.

92E - 24

Lots One (1), Two (2), Four (4), Six (6), Seven (7) and Eight (8) in
Section Twenty-Four (24).

92E - 25

The North Half, the North Half of the Southwest Quarter, and the Northwest
Quarter of the Southeast Quarter in Section Twenty-Five (25).

92E - 26

Lots Nine (9), Fifteen (15) and Sixteen (16) in Section Twenty-Six (26).

92E - 27

Lot Seventeen (17) (the North Half of the Southeast Quarter of the Northeast
Quarter) and the East Half of Lot Two (2) in Section Twenty-Seven (27).

92E - 28

Lots Three (3), Four (4), Five (5), Six (6), Eleven (11), Twelve (12),
Thirteen (13) and Fourteen ( the West half), and Lots Nine (9), Ten (10),
Fifteen (15) and Sixteen (16) (Southeast Quarter) of Section Twenty-Eight.

1641

56

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

9ZE  -  29, 30, 31, 32 and 33

Sections Twenty-nine (29), Thirty (30), Thirty-one (31), Thirty-two (32),
and Thirty-Three (33).

9ZE ----- 34

Lot Four (4) and Five (5) ( the West Half of the Northwest Quarter); the
West Half of Lots Three (3) and Six (6) (the West Half of the East Half of
the Northwest Quarter); and Lots Nine (9), Ten (10), Eleven (11), Twelve
(12), Thirteen (13), Fourteen (14), Fifteen (15) and Sixteen (16) (the
South Half) of Section Thirty-Four (34).

ALSO the following described property in Township Ten (10) South, Range Two (2)
East, San Bernardino Base and Meridian in the County of San Diego, State of
California.

10ZE-2, 3, 4 and 5

Sections Two (2), Three (3), Four (4) and Five (5).

ALSO the following described property in Township Eight (8) South, Range Three
(3) East in the County of Riverside, State of California.

83E  -  18

The Northeast Quarter; the East Half of the Southeast Quarter; and Lot
Four (4) of Section Eighteen (18).

83E  -  19

The Southwest Quarter of Section Nineteen (19).

83E  -  20

The Northwest Quarter, the West Half of the Southwest Quarter, the South-
east Quarter of the Southwest Quarter; the South Half of the Southeast
Quarter; the Northeast Quarter of the Southeast Quarter; and the East
Half of the Northeast Quarter of Section Twenty (20).

83E  -  22, 26, 28, 29 and 30

Sections Twenty-two (22), Twenty-six (26), Twenty-eight (28), Twenty-
nine (29) and Thirty (30).

-15-

1642

57

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

### 83E - 31

All of Section Thirty-one (31) EXCEPT the West Half of the Southeast Quarter.

### 83E - 32, 33, 34 and 36

Sections Thirty-two (32), Thirty-three (33), Thirty-four (34) and Thirty-six (36).

ALSO the following described lands in Township Eight and One Half (8½) South, Range Three (3) East, San Bernardino Base and Meridian in the County of San Diego, State of California.

### 8½3E - 31, 32, 33, 34, 35 and 36

Sections Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35) and Thirty-six (36).

ALSO the following described property in Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian in the County of San Diego, State of California.

### 93E - 3

The South Half of the Northwest Quarter, and the Southwest Quarter in Section Three (3).

### 93E - 4

The South Half; and the South Half of the Northeast Quarter of Section Four (4).

### 93E - 5

All of Section Five (5).

### 93E - 6

All of Section Six (6) EXCEPT the North Half of the Northeast Quarter; the Southeast Quarter of the Northeast Quarter; and Tract Thirty-Seven (37).

### 93E - 7

The North Half of the Northeast Quarter; the Southwest Quarter of the Northeast Quarter, the South Half of the Northwest Quarter, the West Half of the Southeast Quarter and the Southwest Quarter of Section Seven (7).

-16-

1643

58

TEMECULA CREEK WATERSHED

Parcel 2 (Continued)

93E - 8

The Southeast Quarter of the Northwest Quarter of Section Eight (8).

93E - 9

The North Half of the Northwest Quarter in Section Nine (9).

93E - 10

The North Half of the North Half; the Southwest Quarter of the Northeast Quarter; and the Northwest Quarter of the Southeast Quarter of Section Ten (10.

93E - 11

The South Half of Section Eleven (11).

93E - 12

The North Half of the North Half, and the Southeast Quarter of the Northeast Quarter of Section Twelve (12).

93E - 18

Lots One (1), Two (2) and Three (3); the Northeast Quarter of the Northwest Quarter, and the Northwest Quarter of the Northeast Quarter of Section Eighteen (18).

93E - 19

The Northwest Quarter; the East Half of the Southwest Quarter; and the Southeast Quarter of Section Nineteen (19).

93E - 20

The Southwest Quarter of the Southwest Quarter; the East Half of the West Half, and the East Half of Section Twenty (20).

OWNER:

UNITED STATES OF AMERICA

-17-

1644

## TEMECULA CREEK WATERSHED

**Parcel 81W-20-3:**

Lot Four (4), (Southwest Quarter of the Northwest Quarter), of fractional Section Twenty (20), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

DOHLAND, Robert E. (hus)

DOHLAND, Ellen (wife)

**Parcel 81W-20-4:**

Lot Three (3), (Southwest Quarter of the Northwest Quarter), of Section Twenty (20), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

PRUITT, James L. (hus)

PRUITT, Ada E. (wife)

**Parcel 81W-20-5:**

The North Half of the Southeast Quarter; the East Half of the Southwest Quarter of Section Twenty (20), Township Eight (8) South, Range 1 West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPTING THEREFROM that portion of said North Half of the Southeast Quarter of said Section Twenty (20) described as follows: Beginning at the Northeast Corner of the Southeast Quarter of said Section Twenty (20) and running thence West along the North line of said Southeast Quarter 2640 feet to the Northwest Corner of said Southeast Quarter; thence South 12°30' East 339.34 feet to the South line of the North 330 feet of said Southeast Quarter; thence East along said South line of the North 330 feet of said Southeast Quarter 2560.50 feet, more or less, to the East line of said Southeast Quarter; thence North along the East line of said Southeast Quarter

-18-

1S45

TEMECULA CREEK WATERSHED

**Parcel 81W-20-5 Cont'd:**

of said Section Twenty (20) a distance of 330 feet to the point of beginning.

OWNERS:

FLEETWOOD, Donald F. (hus)

FLEETWOOD, Margaret (wife)

FLEETWOOD, Donald W. (s/m)

FLEETWOOD, Robert C. (s/m)

SECURITY TITLE INSURANCE COMPANY(TDTr)

SWARTZBAUGH, Lenore Stewart (s/w)(TDBen)

**Parcel 81W-20-6:**

Government Lot One (1), (being the Southeast Quarter of the Southeast Quarter) in fractional Section Twenty (20), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, containing 13 acres, more or less.

OWNERS:

SMITH, John G. (hus)

SMITH, Clare E., aka Clara (wife)

**Parcel 81W20 & 29 - 7 & 8:**

The South Half of the Southeast Quarter of Section Twenty (20), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Easterly 495 feet.  Also, the North Half of the Northeast Quarter of Section Twenty-nine (29), said township, range, county and state EXCEPT the Easterly 495 feet.

OWNERS:

TOBIN, Richard L. (hus)

TOBIN, Mildred S. (wife)

**Parcel 81W20 & 29 - 9 & 10:**

The Easterly 495 feet of the Southeast Quarter of the Southeast

-19-

1646

61

TEMECULA CREEK WATERSHED

Parcel 81W20 & 29 - 9 & 10 Cont'd:

Quarter of Section Twenty (20), Township Eight (8) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California. Also, the Easterly 493 feet of the Northeast Quar-
ter of the Northeast Quarter of Section 21, said township, range, county
and state.

OWNERS:

ARGETSINGER, Freeman H. (hus)

ARGETSINGER, Nell E. (wife)

SECURITY TITLE INSURANCE COMPANY (TDBen)

LOHMAN, Edgar S. (hus)(TDBen)

LOHMAN, Myrtle D. (wife)(TDBen)

Parcel 81W-21-11:

Lot Three (3), (being the Southeast quarter of the Northwest Quarter),
and Lot Four (4), (being the Southwest Quarter of the Northwest Quarter)
of Section Twenty-one (21), Township Eight (8) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California. Also, the North Half of the Southwest Quarter of said Sec-
tion,

OWNER:

HUNTER, Victoria, now known as Victoria Hunter Zegers.

Parcel 81W-21-12:

The North 330 feet of the Southwest Quarter of the Southwest Quarter
of Section Twenty-one (21), Township Eight (8) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California, containing 10 acres, more or less.

OWNERS:

LUCKASAVAGE, Alex J. (hus)

LUCKASAVAGE, Carol H. (wife)

TEMECULA CREEK WATERSHED

Parcel 81W-21 & 28 - 13 & 14:

The Southwest Quarter of the Southwest Quarter of Section Twenty-one, (21),
Township Eight (8) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California, EXCEPT the
Northerly 330 feet. Also, the West Half of the Northwest Quarter of
Section Twenty-eight (28), said township and range.

OWNERS:

      LOHMAN, Edgar S. (hus)

      LOHMAN, Myrtle D. (wife)


Parcel 81W-21-15:

Lot One (1), (the Southeast Quarter of the Northeast Quarter), and
Lot Two (2), (the Southwest Quarter of the Northeast Quarter) of
fractional Section Twenty-one (21), Township Eight (8) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

      MC DONNELL, Ruja A. (un/w)


Parcel 81W-21 & 28 - 16:

The West Half of the Southeast Quarter, and the Southeast Quarter
of the Southwest Quarter of Section Twenty-one (21), Township Eight
(8) South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California. Also, the East
Half of the Northwest Quarter of Section Twenty-eight (28), said
Township and Range.

OWNERS:

      FISHER, John C. (hus)

      FISHER, Dorothy A. (wife)

      CALIFORNIA TRUST COMPANY (TDTr)

      DIMITRI, Anna R. (s/w) (TDBen)

63

1648

TEMECULA CREEK WATERSHED

Parcel 81W-21, 22 & 28    174

The East Half of the Southeast Quarter of Section Twenty-one (21),
Township Eight (8) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.
The Northwest Quarter of the Southwest Quarter of Section Twenty-two
(22), said Township and Range.  The Northeast Quarter of Section
Twenty-eight (28), said Township and Range.

OWNERS:

SCOTT, Clarence Edward (hus)

SCOTT, Maude C. (wife)

VERMILLION, George M. (hus)

VERMILLION, Hazel S. (wife)

WADE, Ralph W. (hus)

WADE, Sally R. (wife)

SIMONICH, Joseph (hus)

SIMONICH, Dorothy A. (wife)

BANK OF AMERICA (TDTr)

CURTIS, Clyde C. (hus)(TDBen)

CURTIS, Alice K. (wife)(TDBen)

LAND ESCROW AND SAFE DEPOSIT COMPANY (TDTr)

-22-

1649

64

TEMECULA CREEK WATERSHED

Parcel 81W-22-18:

The West Half of Section Twenty-two (22), Township Eight (8) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, EXCEPT  The West Half of the South-
west Quarter of said Section.

OWNERS:

BENNIS, Karl V. (hus) (an undivided one/third interest)
BENNIS, Nina (wife) (an undivided one-third interest)
STRODTHOFF, Gus J. (hus)  )
                          ) (an undivided one-third interest)
STRODTHOFF, Una (wife)    )

Parcel 81W-22-19:

The Southwest Quarter of the Southwest Quarter of Section Twenty-two,
Township Eight (8) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:

DENNI, Joseph A. (hus)
DENNI, Grace H. (wife)

Parcel 81W-13-20:

Lot Three (3), (The Northeast Quarter of the Northwest Quarter) of
fractional Section Thirteen (13), Township Eight (8) South, Range
One (1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

ROBINSON, Julienne Vaasa (hus)
ROBINSON, M. O. (wife)

-23-

1650

65

## TEMECULA CREEK WATERSHED

Parcel 81W-13, 18 - 21:

Government Lots One (1) and Two (2), (being the North Half of the Northeast Quarter) of Section Thirteen (13), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the Northwest Quarter of the Northeast Quarter; and, the Northwest Quarter of Section Eighteen (18), said Township and range.

OWNERS:

OVIATT, James A. m/m

Parcel 22 not used

Parcel 81W-13, 24 - 23:

Government Lots Eight (8) to Twelve (12) inclusive (being the South Half of the South Half; the Northeast Quarter of the Southwest Quarter; and the Northwest Quarter of the Southeast Quarter) of Section Thirteen (13), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, containing approximately 182.99 acres. Also, the Northeast Quarter; the East Half of the Northwest Quarter; the Northeast Quarter of the Southeast Quarter; and, that portion of Lot One (1) (the Northwest Quarter of the Northwest Quarter) North of the County Road (containing approximately 28.30 acres) of Section Twenty-four (24), said Township and Range.

OWNERS:

KNOX, Garner L. (hus)
KNOX, Flora S. (wife)
KNOX, Walter G. (s/m)

Parcel 81W-24-24:

The Southwest Quarter of the Northwest Quarter; that portion of Lot One (1) (the Northwest Quarter of the Northwest Quarter) South of the County Road of Section Twenty-four (24), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

KING, Arthur A. (s/m)

1651

66

TEMECULA CREEK WATERSHED

Parcel 81W-24-25:

The West Half of the Southwest Quarter of Section Twenty-four (24), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

LONON, P. E. (hus)

LONON, Zana B. (wife)

Parcel 81W-24-26:

The East Half of the Southwest Quarter;  and, the West Half of the Southeast Quarter of Section Twenty-four (24), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, containing approximately 160 acres.

OWNERS:

JURKOVICH, B. M. (hus)

JURKOVICH, Mary (wife)

Parcel 81W-25, 36 - 27:

The South Half of the Southwest Quarter;  the West Half of the Southeast Quarter of Section Twenty-five (25), Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the Northeast Quarter of the Northwest Quarter;  the Northwest Quarter of the Northeast Quarter;  the South Half of the Northeast Quarter;  the Northeast Quarter of the Southwest Quarter;  and, the Northwest Quarter of the Southeast Quarter of Section Thirty-six (36), said Township and Range.

OWNERS:

APPEL, Bernard (hus)

APPEL, Ida (wife)

67

1652

## TEMECULA CREEK WATERSHED

**Parcel 81W-36-28:**

> The Southwest Quarter of the Southeast Quarter;  the North Half of the
> Southeast Quarter of the Southeast Quarter; and, the Northeast Quarter
> of the Southeast Quarter of Section Thirty-six (36), Township Eight (8)
> South, Range One (1) West, San Bernardino Base and Meridian, in the
> County of Riverside, State of California, containing approximately 100
> acres.

> OWNERS:

> > DRESCHER, Carl P. (s/m)

**Parcel 91W-1, 2 - 29&30:**

> The West Half of the Northeast Quarter;  the Northeast Quarter of
> the Northwest Quarter;  the Northwest Quarter of the Southeast Quarter;
> the Southeast Quarter of the Northwest Quarter;  the East Half of the
> Southwest Quarter of the Northwest Quarter;  the Northwest Quarter of
> the Southwest Quarter; and, the West Half of the Northeast Quarter of
> the Southwest Quarter of Section One (1), Township Nine (9) South,
> Range One (1) West, San Bernardino Base and Meridian, in the County of
> San Diego, State of California.  Also, the Southeast Quarter of the
> Southeast Quarter of the Northeast Quarter;  the East Half of the
> Northeast Quarter of the Southeast Quarter of Section Two (2), said
> Township and Range.

> OWNERS:

> > WALLACE, Giles E. (hus)
> > WALLACE, Gwendolyn (wife)
> > LAND TITLE INSURANCE COMPANY (TDTr)
> > CRITES, Mildred (TDBen), aka Mildred G. Packard.

1653

68

## TEMECULA CREEK WATERSHED

**Parcel 91W-2-31:**

The Southeast Quarter of the Northeast Quarter of the Northwest Quarter;

The Northeast Quarter of the Southeast Quarter of the Northwest Quarter;

The North Half of the Southwest Quarter of the Northeast Quarter; and,

The South Half of the Southwest Quarter of the Northwest Quarter of the

Northeast Quarter of Section Two (2), Township Nine (9) South, Range

One (1) West, San Bernardino Base and Meridian, in the County of San

Diego, State of California.

OWNERS:

      TAYLOR, David E. (hus)

      TAYLOR, Minnie A. (wife)

**Parcel 81E-18-32:**

The North Half of the Southwest Quarter;  The Northwest Quarter of the

Southeast Quarter; and, That portion of the Northeast Quarter of the South-

east Quarter of Section Eighteen (18), Township Eight (8) South, Range One

(1) East, San Bernardino Base and Meridian, in the County of Riverside,

State of California, described as follows:  Beginning at a point on the

Westerly line of the Northeast Quarter of the Southeast Quarter of said

Section Eighteen (18), 621.51 feet Northerly from the Southwest corner

thereof;  thence South 89°27'10" East 478.65 feet to the true point of

beginning;  Thence North 89°27'10" West 478.65 feet to a point on the Westerly

line of the Northeast Quarter of the Southeast Quarter;  thence Southerly on

the Westerly line 621.52 feet to the Southeast Corner;  thence South 89°27'10"

East along the Southerly line of the Northeast Quarter of the Southeast

Quarter to a point 1092.97 feet Westerly from the Southeast Corner of

the Northeast Quarter of the Southeast Quarter, said point being in the

center line of State Highway 79;  thence North 19°43' West 22.61 feet

to the beginning of a curve concave to the East having a radius of 350

feet and a central angle of 44°39'40" ;  thence along said curve 272.80

feet;  thence North 24°50'30" East to a point which bears South 89°27'10"

East from the point of beginning; the last three courses and distances

-27-

1654

## TEMECULA CREEK WATERSHED

Parcel 81E-19, 20-Comb'd:

following along the center line of said highway;  thence North 89° 27'10" West to point of beginning.

OWNERS:

SPEROU, George J. (hus)

SPEROU, Marjorie V. (wife)

TITLE INSURANCE AND TRUST COMPANY (TDTr)

COSTELIC, Joseph (hus)(TDBen)

COSTELIC, Maggie (wife)(TDBen)

Parcel 81E-18, 19 - 32:

The South Half of the Southwest Quarter of Section Eighteen (18), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, Government Lot One (1) (the Northwest Quarter of the Northwest Quarter); and, the Northeast Quarter of the Northwest Quarter of Section Nineteen (19), said Township and Range.

OWNERS:

KNOX, Garner L. (hus)

KNOX, Flora S. (wife)

KNOX, Walter G. (s/m)

Parcel 81E-17,18 - 34:

The South Half of the Southeast Quarter of Section Eighteen (18), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the Southwest Quarter of the Southwest Quarter of Section Seventeen (17), said Township and Range.

OWNERS:

BAKER, Merrill (m/m)

-28-

70

1655

### TEMECULA CREEK WATERSHED

Parcel 81E19-35:

The North Half of the Southeast Quarter of the Northwest Quarter;
Government Lot 2 (Southwest Quarter of the Northwest Quarter;
Government Lot Three (3) (Northwest Quarter of the Southwest Quarter)
lying North and East of the Highway, in Section Nineteen (19),
Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:

    MASSENGILL, J. D. (s/m)

Parcel 81E-19-36:

All that portion of Government Lot Two (2) and the North Half of
Government Lot Three (3), Section Nineteen (19), Township Eight
(8) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California which lies South-
westerly of center line of roadway easement 80 feet in width.
EXCEPT from Government Lot Three (3) the South Half of the North-
west Quarter thereof and all that portion of the North Half of the
Northwest Quarter thereof which lies Southwesterly of following
described line:  Beginning at a point on West line of said Lot Three
(3) distant 30 feet South of the Northwest Corner thereof;  thence
Southeasterly to a point on the South line of said Lot Three (3)
distant 370.92 feet West from the Southeast Corner thereof.

OWNERS:

    RICHIE, Marie L. (wife)
    RICHIE, John H. (hus)

Parcel 37 not used

Parcel 81E-19-38:

That portion of Section Nineteen (19), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as follows:

1656

71

TEMECULA CREEK WATERSHED

Parcel 81E-19-38, Cont'd.

Beginning at the Northwest Corner of the Southwest Quarter of the
Southeast Quarter of the Northwest Quarter of said Section Nineteen
(19); thence East 328 feet; thence South to a point in the North line
of Highway 305 feet West of the East line of the Northwest Quarter of
the Northeast Quarter of the Southwest Quarter; thence West along
said North line of said Highway to the West line of the Northeast
Quarter of the Southwest Quarter; thence North to the point of be-
ginning.

OWNERS:

JACOBY, Donald W. (hus)

JACOBY, Mabel M. (wife)

LAND TITLE COMPANY (TDTr)

WELLS, Benjamin W. (hus)(TDBen)

WELLS, Lucy M. (wife)(TDBen)

Parcel 81E-19-39

That portion of the West Half of Section Nineteen (19), Township Eight
(8) South, Range One (1) East, San Bernardino Base and Meridian, County
of Riverside, State of California, described as follows: BEGINNING at
the Northeast corner of the Southwest Quarter of the Southeast Quarter
of the Northwest Quarter of Section Nineteen (19); thence Southerly to
a point on the North boundary line of the right-of-way of Imperial High-
way No. 4, 91 feet from the Southeast corner of said ten (10) acres;
thence Westerly along said right-of-way 305 feet; thence Northerly to a
point on the North boundary line of said ten (10) acres, 328 feet from
the Northwest corner of said ten (10) acres; thence Easterly to the point
of beginning. Contains five (5) acres. This includes the Easterly por-
tion of triangle strip of land in the Northwest Quarter of the Southwest
Quarter of Section Nineteen (19), North of Imperial Highway right-of-way.

OWNERS:

HAGGARD, C. W. (hus)

HAGGARD, Lillie B. (wf.)

72

1657

## TEMECULA CREEK WATERSHED

Parcel 81E-19-40

The Southeast Quarter of the Southeast Quarter of the Northwest Quarter of Section Nineteen (19), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, lying north of the Highway.

OWNERS:

HUNTER, Dorothy (un/w)

HUNTER, Anna (un/w)

Parcel 81E-19-41:

The Southwest Quarter of Government Lot Three (3), Northwest Quarter of Southwest Quarter); the South Half of the Northwest Quarter of said Government Lot Three (3); And, that portion of the Northwest Quarter of the Northwest Quarter of said Government Lot Three (3), Section Nineteen (19), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, which lies Southwesterly of a line described as follows: Beginning at a point on the Westerly line of said Lot Three (3), 30 feet South of the Northwest Corner thereof; thence Southeasterly to a point on the Southerly line of said Lot Three (3), 370 feet Westerly from the Southeast Corner of said Lot Three (3).

OWNERS:

MARCUS, Murray M. (hus)

MARCUS, Violet M. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LOWMAN, Nile L. (hus)(TDBen)

LOWMAN, Grace R. (wife)(TDBen)

Parcel 81E-19-42:

Government Lot Four (4),(Southwest Quarter of the Southwest Quarter) and the Southeast Quarter of Government Lot Three (3),(Northwest Quarter of the Southwest Quarter), of Section Nineteen (19), Township

-31-

1658

73

## TEMECULA CREEK WATERSHED

Parcel 81E-19-42 Cont'd.

Eight (8) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

POORE, Paul R. (hus)

POORE, Mildred C. (wife)

POORE, Robert Arthur (no status)

Parcel 81E-19-43:

That portion of the Southeast Quarter of the Northwest Quarter of Sec-
tion Nineteen (19), Township Eight (8) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside, State of
California, lying South of the Highway;  The West Half of the West
Half of the Southeast Quarter of said Section Nineteen (19);  The
North Half of the Northeast Quarter of the Northwest Quarter of the
Southeast Quarter of said Section Nineteen (19);  The East Half of
the Southwest Quarter of said Section Nineteen (19) South of the
Highway;  And, a portion of the Southwest Quarter of the Northeast
Quarter of said Section Nineteen (19) South of the Highway.

OWNERS:

COTTLE, William W. (hus)

COTTLE, Gertrude D. (wife)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

MARCY, Annie J. (TDBen)

Parcel 81E-19-44:

The Southwest Quarter of the Northeast Quarter of the Northeast
Quarter, Section Nineteen (19), Township Eight (8) South, Range
One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California, lying West of the Highway;  And,
the Northwest Quarter of the Northeast Quarter of said Section
Nineteen (19)

TEMECULA CREEK WATERSHED

Parcel 81E-19-44 Cont'd:

OWNERS:

MARSHALL, George (hus)

MARSHALL, Iona (wife)

BEASON, Karl T. (hus)

BEASON, Dorothy J. (wife)

BANK OF AMERICA (TDTr)

LOCKMAN, Ruth (widow)(TDBen)

Parcel 81E-19-45:

The North Half of the Northeast Quarter of the Northeast Quarter

(excepting road) of Section Nineteen (19), Township Eight (8)

South, Range One (1) East of the San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:

POIGNEE, George L. (hus)

POIGNEE, Louise H. (wife)

Parcel 81E-19-46:

The South Half of the Northeast Quarter of the Northeast Quarter,

lying East of the Highway, of Section Nineteen (19), Township Eight

(8) South, Range One (1) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:

POORE, Paul (hus)

POORE, Mildred C. (wife)

-33-

1660

75

## TEMECULA CREEK WATERSHED

Beginning at the Northeast Corner of the West Half of the Southeast Quarter
of the Northeast Quarter; thence West 330 feet Southwest to the Southwest
Corner of the Southeast Quarter of the Northeast Quarter; thence East to
the Southeast Corner; thence North to beginning lying Northwest of the
State Highway EXCEPTING Road.  14.39 acres.  Section Nineteen (19), Town-
ship Eight (8) South, Range One (1) East EXCEPTING a portion of the West
Half of the Southeast Quarter of the Northeast Quarter of Section Nineteen
(19) in Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, more particularly described by metes and bounds as follows:
COMMENCING at the Southeast Corner of said West Half of the Southeast
Quarter of the Northeast Quarter of said Section Nineteen (19); thence
North 00°59'10" West along Easterly line thereof, a distance of 348.85 feet.
Thence South 89°27' West a distance of 282.08 feet to true point of beginning
of the parcel of land to be described.  Thence continuing South 89°27' West
a distance of 108.00 feet;  thence North 00°33' West a distance of 87.00
feet; thence South 89°27' West a distance of 234.75 feet to Easterly line
of that certain parcel of land conveyed to Glenn and Pauline Coffee by
deed recorded December 26, 1951 in Book 1329, Page 114, records of the
Recorder of Riverside County, California.  Thence North 12°12'30" East
along said Westerly line a distance of 20.50 feet;  thence North 89°27'
East a distance of 230.22 feet; thence North 00°33' West a distance of 68.00
feet; thence North 89°27' East a distance of 108.00 feet, thence South
00°33' East, a distance of 175 feet to point of beginning.

OWNERS:

    MILLER, Lula I. (widow)

1661

76

TEMECULA CREEK WATERSHED

Parcel 81E-19-48:

The West Half of the Southwest Quarter of the Southwest Quarter of
the Northeast Quarter, lying north of the Highway, of Section Nine-
teen (19), Township Eight (8) South, Range One (1) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:

    BURCH, Frank J.

Parcel 81E-19-49:

Portion of the West Half of the Southeast Quarter of the Northeast
Quarter of Section Nineteen (19), Township Eight (8) South, Range
One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:  Beginning
at the Northeast Corner of the West Half of the Southeast Quarter
of the Northeast Quarter of said Section;  thence Westerly on
the North line of said Southeast Quarter of the Northeast Quarter
216.46 feet to a point;  thence Southwesterly in a straight line
connecting the last described point to the Southwest Corner of
the Southeast Quarter of the Northeast Quarter to a point which
is 663 feet South measured at right angles from the above described
North line of the West Half of the Southeast Quarter of the North-
east Quarter of Section Nineteen (19);  thence East parallel with
said North line to a point in the East boundary line of said West
Half of the Southeast Quarter of the Northeast Quarter;  thence
North on said East line 663 feet to the point of beginning.

OWNERS:

    SCHUMAN, Thomas S. (hus)

    SCHUMAN, Dorothy (wife)

    SECURITY TITLE INSURANCE COMPANY (TDTr)

    Miller, Lula I. (widow)(TDBen)

    ROBERTSON, L.O. (m/m)(TDBen)

-35-

77                                                          1662

TEMECULA CREEK WATERSHED

Parcel 81E-19-50:

The East Half of the Southeast Quarter of the Northeast Quarter of
Section Nineteen (19), Township Eight (8) South, Range One (1) East
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

        ASKINS, Harry N. (hus)

        ASKINS, Carmen E. (wife)

Parcel 81E19-51:

All that portion of Section Nineteen (19), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:  Beginning at
the Southeast Corner of the West Half of the Southeast Quarter of the
Northeast Quarter of said Section Nineteen (19);  thence North 00°
59'10" West 348.85 feet;  thence South 89°27' West 282.08 feet to
true point of beginning;  thence South 89°27' West 108 feet;  thence
North 00°33' West 87 feet;  thence South 89°27' West 234.75 feet;
thence North 12°12'30" East 50 feet;  thence North 89°27' East
230.22 feet;  thence North 00°33' West 68 feet;  thence North 89°27'
East 108 feet;  thence South 00°33' East 175 feet to point of beginning.

OWNERS:

        COUNTY OF RIVERSIDE

Parcel 81E-19, 20 - 52:

The East 308.25 feet of the Northeast Quarter of the Southeast Quarter,
lying North of the Highway, in Section Nineteen (19), Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California;  And, the West Half of the
Northwest Quarter of the Southwest Quarter, lying North of the Highway,
in Section Twenty (20), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, County of Riverside, State of California.

-36-

1663

TEMECULA CREEK WATERSHED

~~Parcel 81E-19, 20, 50, Combid.~~

OWNERS:

SPANIOL, Gustav A. (hus)

SPANIOL, Rose (wife)

Parcel 81E-19-53:

The Northeast Quarter of the Southeast Quarter, lying Northeast

of the Highway, of Section Nineteen (19), Township Eight (8) South,

Range One (1), San Bernardino Base and Meridian, in the County of

Riverside, State of California.  EXCEPT  the East 308.25 feet thereof.

OWNERS:

BARTON, Sarah Irene McGee

Parcel 81E-19, 20, 29, 30 - 54:

The Southeast Quarter of the Northwest Quarter of the Southeast

Quarter of Section Nineteen (19), Township Eight (8) South, Range

One (1) East, San Bernardino Base and Meridian, in the County of

Riverside, State of California;  The South Half of the Northeast

Quarter of the Northwest Quarter of the Southeast Quarter of said

Section Nineteen (19);  The East Half of the Southwest Quarter of

the Southeast Quarter of said Section Nineteen (19);  The Northeast

Quarter of the Southeast Quarter of said Section Nineteen (19) EXCEPT

that portion lying Northeasterly of the center line of State Highway;

And, the Southeast Quarter of the Southeast Quarter of said Section

Nineteen;  Also, the North Half of the Northeast Quarter; and the

Southeast Quarter of the Northeast Quarter of Section Thirty (30),

said Township and Range.  Also, the Southwest Quarter of the South-

west Quarter, and the West Half of the Northwest Quarter of the

Southwest Quarter lying South of the Highway of Section Twenty (20),

said Township and Range.  Also, the West Half of the Northwest Quarter

79

1664

## TEMECULA CREEK WATERSHED

~~Parcel 81E-31, 29, 29, 30 - 54: Cont'd~~

of Section Twenty-nine (29), said Township and Range.

OWNERS:

GIBBON, William R. (hus)

GIBBON, Katharine C. (wife)

Parcel 81E-31-55:

The North Half of Lot Three (3), (Northwest Quarter of the South-
west Quarter); All of Lot Six (6); The Southwest Quarter of the
Southeast Quarter of the Northwest Quarter; and, The North Half
of the Northeast Quarter of the Southwest Quarter of Section Thirty-
one, Township Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

LILJEGREN, Waldo (hus)

LILJEGREN, Marie (wife)

Parcel 81E-31-56:

The East Half of the Southeast Quarter of the Northwest Quarter;
The Southwest Quarter of the Northeast Quarter; and, The North
Half of the Northwest Quarter of the Southeast Quarter of Section
Thirty-one (31), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

SCHROEDER, Walter Albert (s/m)

Parcel 81E-31-57:

The South Half of the Northeast Quarter of the Southwest Quarter;
The North Half of the South Half of the Southwest Quarter; and,
The South Half of the Northwest Quarter of the Southwest Quarter
of Section Thirty-one (31), Township Eight (8) South, Range One
(1) East of the San Bernardino Base and Meridian, in the County

-38-

TEMECULA CREEK WATERSHED

Parcel 81E-31-57:

of Riverside, State of California.

OWNERS:

LELYEGREN, Robert (hus)

LELYEGREN, Wanda (wife)

Parcel 81E-20-58:

The Northwest Quarter of the Northwest Quarter of Section Twenty (20),
Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:

BECKETT, Frank C. (hus)

BECKETT, Nora M. (wife)

Parcel 81E-20-59:

The Southwest Quarter of the Northwest Quarter of Section Twenty (20),
Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:

POORE, Paul R. (hus)

POORE, Mildred C. (wife)

Parcel 81E-20-60:

The East Half of the Northwest Quarter of the Southwest Quarter of
Section Twenty (20), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

CURPHEY, William E. (hus)

CURPHEY, Myrtle E. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

DOLD, Emil M. (hus)(TDBen)

DOLD, Mary Isabelle (wife)(TDBen)

1666

81

## TEMECULA CREEK WATERSHED

Parcel 81E-20-61:

    That portion of the East Half of the Southwest Quarter lying North

of the Northerly line of Highway, of Section Twenty (20), Township

Eight (8) South, Range One (1) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:

        HAGMAN, Lester W. (hus)

        HAGMAN, Leta (wife)


Parcel 81E20, 29-62:

    The Southeast Quarter of the Southwest Quarter, south of the Highway,

of Section Twenty (20), Township Eight (8) South, Range One (1) East,

San Bernardino Base and Meridian, in the County of Riverside, State

of California;  And, the East Half of the Northwest Quarter;  The

Northeast Quarter of the Southwest Quarter of Section Twenty-nine (29),

said Township and Range.

OWNERS:

        BARTON, Sarah Irene
          also known as WELCH


Parcel 81E-20, 29 - 63:

    The Southwest Quarter of the Southeast Quarter of Section Twenty (20),

Township Eight (8) South, Range One (1) East, San Bernardino Base and

Meridian, in the County of Riverside, State of California;  And, the

West Half of the Northeast Quarter of Section Twenty-nine (29), said

Township and Range.

OWNERS:

        BURCHETT, Robert L. (hus)

        BURCHETT, Evalene (wife)
          aka Evalene Elizabeth

1667

TEMECULA CREEK WATERSHED

Parcel 81E-29-64:

The Northeast Quarter of the Northeast Quarter of Section Twenty-nine (29), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BURCHETT, Robert L. (hus)

BURCHETT, Evalene Elizabeth (wife)

BURCHETT, Warren Phillip (no status)

Parcel 81E-29-65:

The West Half of the Southwest Quarter of Section Twenty-nine (29), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SCHROEDER, Walter A., Jr. (hus)

SCHROEDER, Jeanette H. (wife)

UNITED TITLE GUARANTY COMPANY (TDTr)

WELCH, Sarah I. M. Barton, (m/w)(Sep prop)(TDBen)

Parcel 81E-29-66:

The Southeast Quarter of the Southwest Quarter;  The Southwest Quarter of the Southeast Quarter, of Section Twenty-nine (29), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BROCKNAU, Edward W. (hus)

BROCKNAU, Bessie C. (wife)

PIONEER TITLE INSURANCE AND TRUST CO. (TDTr)

BARTON, Irene (widow)(TDBen)

Parcel 81E-29-67:

The Northwest Quarter of the Southeast Quarter of Section Twenty-nine (29), Township Eight (8) South, Range One (1) East, San

-41-

1668

TEMECULA CREEK WATERSHED

Parcel 81E-29-67 Cont'd:

Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

FRYKLAND, Basil N. (hus)

FRYKLAND, Hazel B. (wife)

Parcel 81E-20, 21 - 68:

The East Half of the Southeast Quarter of Section Twenty (20), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the South Half of the Southwest Quarter of Section Twenty-one (21), said Township and Range.

OWNERS:

ROOK, Arthur W. (hus)

ROOK, June D. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

TRUNNELL, Donald B. (hus)(TDBen)

TRUNNELL, Esther M. (wife)(TDBen)

Parcel 81E-28, 29 - 69:

The Northeast Quarter of the Southeast Quarter; The Southeast Quarter of the Southeast Quarter; and, the Southeast Quarter of the Northeast Quarter of Section Twenty-nine (29), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the Northwest Quarter of the Northwest Quarter; the South Half of the Northwest Quarter; the Southwest Quarter of the Southeast Quarter; and the Southwest Quarter of Section Twenty-eight (28), said Township and Range.

-42-

1669

TEMECULA CREEK WATERSHED

Parcel 81E-28, 29, 69: Cont'd:

OWNERS:

TRUNNELL, Donald B. (hus)

TRUNNELL, Esther M. (wife)

CORPORATION OF AMERICA (TDTr)

FIRST WESTERN BANK AND TRUST COMPANY (TDBen)

WOLF, Alfred P. (Oil Lease)

Parcel 81E-33-69A:

The North Half of the Southeast Quarter; the West Half of the North-
east Quarter; the East Half of the Northwest Quarter; and, the North-
west Quarter of the Northwest Quarter of Section Thirty-three (33),
Township Eight (8) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

TRUNNELL, Donald B. (hus)

TRUNNELL, Esther M. (wife)

CORPORATION OF AMERICA (TDTr)

FIRST WESTERN BANK AND TRUST COMPANY (TDBen)

INLAND EMPIRE PRODUCTION CREDIT ASSO. OF HIGHGROVE, Calif. (TDTr & Ben)

Parcel 81E-33-69B:

The Southeast Quarter of the Northeast Quarter of Section Thirty-
three (33), Township Eight (8) South/ Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

TRUNNELL, Donald B. (hus)

TRUNNELL, Esther M. (wife)

CORPORATION OF AMERICA (TDTr)

FIRST WESTERN BANK AND TRUST COMPANY (TDBen)

-43-

1670

85

TEMECULA CREEK WATERSHED

Parcel 81E-33, 34 - 690:

The East Half of the East Half of the Northeast Quarter of the Northeast Quarter of Section Thirty-three (33), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California;  and, the Northwest Quarter of the Northwest Quarter of Section Thirty-four, said Township and Range.

OWNERS:

        TRUNNELL, Donald B. (hus)

        TRUNNELL, Esther M. (wife)

        CITIZENS NATIONAL TRUST AND SAVINGS
          BANK OF RIVERSIDE (TDTr)

        BERGMAN, Orlando A. (TDBen)

        BERGMAN, Annie E. (widow)(TDBen)

Parcel 81E-28-70:

The Northeast Quarter of the Northwest Quarter of Section Twenty-eight (28), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        HOLMES, Glen Hugh (hus)

        HOLMES, Ellen Adeline (wife)

Parcel 81E-28-70A:

The Northwest Quarter of the Northeast Quarter of Section Twenty-eight (28), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        HOLMES, Ervin Howard (hus)

        HOLMES, Erma Hazel (wife)

-44-

86

1671

TEMECULA CREEK WATERSHED

Parcel 81E-28-71:

The East Half of the Northeast Quarter; the Southwest Quarter of the
Northeast Quarter; and, the Northwest Quarter of the Southeast Quarter
of Section Twenty-eight (28), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

> WOLF, Alfred P. (un/m)
>
> TITLE INSURANCE AND TRUST COMPANY (TDTr)
>
> HALSEY, Frances L. (widow)(TDBen)
>
> BABCOCK, Myron F. (Oil Lease)

Parcel 81E-28-72:

The Northeast Quarter of the Southeast Quarter of Section Twenty-eight
(28), Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:

> SLOAN, Myrtle M. King
>
> LANE, Lucy B.
>
> KING, George F. B.
>
> KING, Ervin B.
>
> KING, Roy F.
>
> KING, Lawrence L.
>
> KING, Verona
>
> KING, Mabel

Parcel 81E-27, 28 - 73:

The South Half of the Southwest Quarter of Section Twenty-seven
(27), Township Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

And, the Southeast Quarter of the Southeast Quarter of Section

-45-

87

1672

## TEMECULA CREEK WATERSHED

**Parcel 81a-27, 28 - 73 Cont'd:**

Twenty-eight (28), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

KING, Ervin B.

KING, Verona

KING, Roy F.

KING, Mabel

KING, Lawrence L.

**Parcel 81a-33-74:**

The West 198 feet of the Northeast Quarter of the Northeast
Quarter of Section Thirty-three (33), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

JOHNSON, P. H.

**Parcel 81a-33-75:**

The East 462 feet of the West Half of the Northeast Quarter of
the Northeast Quarter of Section Thirty-three (33), Township Eight
(8) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

DAVIS, Lloyd Q.

**Parcel 81a-33-76:**

The West Half of the East Half of the Northeast Quarter of the
Northeast Quarter of Section Thirty-three (33), Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

BERGMAN, Annie E. (widow)

-46-

1673

TEMECULA CREEK WATERSHED

Parcel 81E-28-76A:

The East Half of Lot Nine (9) (Northeast Quarter of the Southeast

Quarter), and, the East Half of Lot Sixteen (16) (Southeast Quarter

of the Southeast Quarter) of Section Twenty-two (22), Township Eight

(8) South, Range One (1) East, San Bernardino Base and Meridian, in

the County of Riverside, State of California.

OWNER:

BERGMAN, Annie E. (widow)

Parcel 81E-27-76B:

The Northeast Quarter of the Southeast Quarter of Section Twenty-

seven (27), Township Eight (8) South, Range One (1) East, San Bernardino

Base and Meridian, in the County of Riverside, State of California

EXCEPT:  Beginning at the Southeast Corner;  thence North 75 feet;

thence West to Highway;  thence Southwesterly along Highway to

South line of said Section;  thence East to point of beginning.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 81E-27-76C:

All that portion of the Southwest Quarter of the Southeast Quarter

of Section Twenty-seven (27), Township Eight (8) South, Range One (1)

East of the San Bernardino Base and Meridian, in the County of River-

side, State of California, described as follows:  Beginning at the

Northwest Corner of the said Southwest Quarter of the Southeast Quar-

ter;  thence East 264 feet;  thence South 990 feet;  thence West 264

feet;  thence North 990 feet to the point of beginning.

OWNERS:

BERGMAN, Annie E. (widow)

-47-

1674

89

## TEMECULA CREEK WATERSHED

Parcel 81E-34-76D:

The Northwest Quarter of the Northeast Quarter;  and, the East Half

of the Northeast Quarter of Section Thirty-four (34), Township Eight

(8) South, Range One (1) East, San Bernardino Base and Meridian, in

the County of Riverside, State of California.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 81E-33, 34-77:

The Southeast Quarter of the Southeast Quarter of Section Thirty-three

(33), Township Eight (8) South, Range One (1) East, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

Also, the South Half of the Southwest Quarter of Section Thirty-

four (34), said Township and Range.

OWNERS:

LUCIER, David O., aka Dave O. (hus)

LUCIER, Ella J. (wife)

BEAUMONT, Roy C.

BANK OF AMERICA (TDTr)

BEAUMONT, Leroy (hus)(TDBen)

BEAUMONT, Lois G. (wife)(TDBen)

Parcel 81E-15, 22 - 78:

Lots Three (3), Four (4), Five (5), and Six (6), (being the Northwest

Quarter) of Section Twenty-two (22), Township Eight (8) South, Range

One (1) East, San Bernardino Base and Meridian, in the County of River-

side, State of California.  Also, Lot Six (6) (Southeast Quarter of the

Northwest Quarter); Lot Eleven (11),(Northeast Quarter of the Southwest

Quarter); Lot Thirteen (13),(Southwest Quarter of the Southwest Quarter);

and, Lot Fourteen (14),(Southeast Quarter of the Southwest Quarter) of

Section Fifteen (15), said Township and Range.

-48-

1675

TEMECULA CREEK WATERSHED

Parcel 81E-15, 22-78 Cont'd:

OWNERS:

> HASSELQUIST, Gustav H. (hus)
>
> HASSELQUIST, Jeanne B. (wife)
>
> PACIFIC COAST TITLE COMPANY OF RIVERSIDE (TDTr)
>
> COLLINS, Lottie V., (TDBen)

Parcel 81E-15, 22- 79:

Government Lots One (1), Two (2), Seven (7), and Eight (8) (being the Northeast Quarter of Section Twenty-two (22), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, Government Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16), (being the Southeast Quarter) of Section Fifteen (15), said Township and Range.

OWNERS:

> GRUNER, Joseph A. (hus)
>
> GRUNER, June B. (wife)
>
> CITIZENS NATIONAL TRUST & SAVINGS
> BANK OF RIVERSIDE (TDTr & TDBen)

Parcel 81E-27-80:

The East Half of the Northeast Quarter of Section Twenty-seven (27), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian.

OWNERS:

> BERGMAN, Annie E.
>
> BERGMAN, Ray Lester
>
> BERGMAN, Sharon
>
> BERGMAN, Carl H.
>
> BERGMAN, Florence
>
> BERGMAN, Walter A.
>
> TRUNNELL, Donald B. (hus)
>
> TRUNNELL, Esther (wife)

1676

-49-

91

## TEMECULA CREEK WATERSHED

Parcel 81E-27-81:

The Southwest Quarter of the Northeast Quarter;  The South Half of
the Northwest Quarter; and, The West Half of the Northwest Quarter
of the Southwest Quarter of Section Twenty-seven (27), Township
Eight (8) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

      ANDERSON, Milford

      ANDERSON, Myrtle A.

Parcel 81E-27-82:

The East Half of the Northwest Quarter of the Southwest Quarter of
Section Twenty-seven (27), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California

OWNERS:

      GRUNER, Lawrence V. (s/m)

Parcel 81E-27-83:

The West Half of the Southwest Quarter of the Southeast Quarter of
Section Twenty-seven (27), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.  EXCEPT that portion thereof described as
follows:  Beginning at the Northwest Corner of said Parcel;  thence
South 990 feet;  thence East 264 feet;  thence North 990 feet;  thence
West 264 feet to the point of beginning.

OWNERS:

      BERGMAN, Ray L. (hus)

      BERGMAN, Sharon F. (wife)

      SECURITY TITLE INSURANCE COMPANY (TDTr)

      HAYWARD, Fletcher H. (hus)(TDBen)

      HAYWARD, Theda B. (wife)(TDBen)

92

1677

TEMECULA CREEK WATERSHED

Parcel 81E-27-84:

The Southeast Quarter of the Southwest Quarter of the Southeast
Quarter of Section Twenty-seven (27), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

ALLEN, Helyn S. (sep-prop)

Parcel 81E-27-85:

The Northeast Quarter of the Southwest Quarter of the Southeast
Quarter of Section Twenty-seven (27), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also, those portions
of the Northwest Quarter of the Southeast Quarter of the South-
east Quarter, and the Northeast Quarter of the Southeast Quarter
of the Southeast Quarter, and the Southwest Quarter of the South-
east Quarter of the Southeast Quarter of said Section Twenty-seven
(27) lying West of the Cahuilla Road.

OWNERS:

BOWLIN, Eve S. (sep prop)

Parcel 81E-27-86:

All that portion of the Northeast Quarter of the Southeast Quarter
of Section Twenty-seven (27), Township Eight (8) South, Range One
(1) East, San Bernardino Base and Meridian, in the County of River-
side, State of California, described as follows: Beginning at
the Southeast Corner of the Northeast Quarter Quarter of the South-
east Quarter; thence North 75 feet; thence West to the Highway;
thence Southwest along the Highway to the South line of said quarter-
quarter; thence East to the point of beginning.

OWNERS:

HAYWARD, Theda B. (sep-prop)

1678

93

## TEMECULA CREEK WATERSHED

Parcel 81E-27-86A:

That part of the Southeast Quarter of the Southeast Quarter of Section Twenty-seven (27), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, which lies south and east of Riverside County Road #47, (known as Cahuilla Road), EXCEPT: Beginning 100 feet West and 200 feet South of the Northeast Corner of the Southeast Quarter of the Southeast Quarter of said Section Twenty-seven (27); thence South 200 feet; thence West to the easterly line of the Cahuilla Road 500 feet; thence Northeasterly along Cahuilla road 216 feet; thence East 400 feet to the point of beginning.

OWNERS:

HAYWARD, Theda B. (sep-prop)

Parcel 81E-27-87:

All that portion of the Southeast Quarter of the Southeast Quarter of Section Twenty-seven (27), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California described as follows: Beginning 100 feet West and 200 feet South of the Northeast Corner of the Southeast Quarter of the Southeast Quarter of said Section Twenty-seven (27); thence South 200 feet; thence West to the easterly line of the Cahuilla Road 500 feet; thence Northeasterly along Cahuilla Road 216 feet; thence East 400 feet to the point of beginning.

OWNERS:

HAYWARD, Fletcher E. (sep prop)

SECURITY TITLE INSURANCE COMPANY (TDTr)

BOWLIN, Robert C. (hus)(TDBen)

BOWLIN, Eva S. (wife)(TDBen)

-52-

94

1670

## TEMECULA CREEK WATERSHED

Parcel 81E-34-88:

The Southwest Quarter of the Northeast Quarter;  the North Half of
the Southeast Quarter;  the Southeast Quarter of the Southeast
Quarter;  the Northeast Quarter of the Northwest Quarter;  the South
Half of the Northwest Quarter; and the Easterly 1100 feet of the
Northerly 165 feet of the Southwest Quarter of Section Thirty-four
(34), Township Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    BERGMAN, Annie E. (widow)

    RIVERSIDE TITLE COMPANY (TDTr)

    THURBER, Packard (hus)(TDBen)

    THURBER, Madeliene (wife)(TDBen)

Parcel 81E-34-89:

The North Half of the Southwest Quarter of Section Thirty-four,(34),
Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,
EXCEPT:  the Northerly 585 feet of the Easterly 1100 feet thereof.

OWNERS:

    WILLIAMS, Allen W. (hus)

    WILLIAMS, Gladys (wife)

    TORRANCE ESCROW AND SAFE DEPOSIT BOX CORP., (TDTr)

    LEONARD, Horace A. (hus)(TDBen)

    LEONARD, Mary Z. (wife)(TDBen)

Parcel 81E-34-90:

All that portion of the Northeast Quarter of the Southwest Quarter
of Section Thirty-four (34), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning at the Northeast
Corner of the Northeast Quarter of the Southwest Quarter of Section
Thirty-four (34);  thence Westerly along the Northerly line thereof
1100 feet;  thence Southerly parallel with the Easterly line 165

95

16680

TEMECULA CREEK WATERSHED

Parcel 81E-34-90 Cont'd:

feet to true point of beginning;  thence Easterly, parallel with the
Northerly line of said Northeast Quarter of the Southwest Quarter
630 feet;  thence Southerly, parallel with the Easterly line, 420 feet;
thence Westerly, parallel with the Northerly line, 630 feet;  thence
Northerly, parallel with the Easterly line, 420 feet to the point of
beginning.

OWNERS:

    HENDERSON, John T. (m/m)

Parcel 81E-34-91:

All that portion of the Northeast Quarter of the Southwest Quarter
of Section Thirty-four (34), Township Eight (8) South, Range One (1)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning at a point in
the East line of the Northeast Quarter of the Southwest Quarter of
said Section Thirty-four (34), 105 feet South of the Northeast Corner
thereof;  thence West, parallel with the North line, 470 feet;  thence
South 420 feet;  thence East, parallel with the North line, 470 feet
to a point on the East line of the Northeast Quarter of the Southwest
Quarter;  thence North along the East line 420 feet to the point of
beginning.

OWNERS:

    REGISTER, Delta A. (widow)
    TORRANCE ESCROW AND SAFE DEPOSIT BOX CORP. (TDTr)
    LEONARD, Horace A. (hus)(TDBen)
    LEONARD, Mary Z. (wife)(TDBen)

Parcel 81E-34-92:

The Southwest Quarter of the Southeast Quarter of Section Thirty-
four (34), Township Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

TEMECULA CREEK WATERSHED

Parcel 81E-34-92 Cont'd:

OWNERS:

LANDGREN, John A. (m/m)(sep-prop)

BANK OF AMERICA (TDTr)

BRYAN, Oscar L. (un/m)(TDBen)

Parcel 91E-3-93:

The Northeast Quarter of the Northwest Quarter of Section Three (3),
Township Nine (9) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNERS:

STATE OF CALIFORNIA

Parcel 91E-3-94:

The West Half of the Northwest Quarter of the Northeast Quarter;
the Southwest Quarter of the Northeast Quarter; and, the Southwest
Quarter of the Southeast Quarter of the Northeast Quarter of Section
Three (3), Township Nine (9) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

OWNERS:

POINDEXTER, Ruth (s/w)

BARRE, Benjamin A. (s/m)

BARRE, Annie E. (widow)

Parcel 81E-14-95:

Section Fourteen (14), Township Eight (8) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

MINER, Mamie E.

-55-

1682

97