## TEMECULA CREEK WATERSHED

Parcel 81E-23-96:

Government Lots Two (2) and Three (3),(being the West Half of the Northwest Quarter), of Section Twenty-three (23), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MURPHY, Edward (hus)

MURPHY, Bertha (wife)

Parcel 81E-23-97:

The North Half of the Southwest Quarter;  Government Lots One (1) and Four (4),(being the East Half of the Northwest Quarter);  the North Half of the Northeast Quarter;  the Southeast Quarter of the Southwest Quarter;  the Northwest Quarter of the Southeast Quarter; and, the Southwest Quarter of the Southeast Quarter of Section Twenty-three (23), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the North Half of the North Half of Section Twenty-four (24), said Township and Range.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 81E-23, 26-98:

The Southwest Quarter of the Southwest Quarter of Section Twenty-three (23), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the West Half of the West Half, and Government Lot Seven (7),(being the Northeast Quarter of the Southwest Quarter), of Section Twenty-six (26), said Township and Range.

OWNERS:

HAYWARD, Theda B. (sep prop)

-56-

98

1683

TEMECULA CREEK WATERSHED

Parcel 81E-23, 24 & 82E-18, 19, 20, 21, 22 & 99:

The South Half of the Northeast Quarter of Section Twenty-three
(23), Township Eight (8) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.
Also, the South Half of the Northwest Quarter; the Southwest Quarter
of the Northeast Quarter, and Governments Lots One (1) and Two (2)
of Section Twenty-four (24), said Township and Range.  Also, the
East Half of the Southwest Quarter and the Southeast Quarter of
Section Eighteen (18), Township Eight (8) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.  Also, the East Half of the Northwest Quarter;
the Northeast Quarter;  the Northwest Quarter of the Southeast Quarter;
and, the North Half of the Southwest Quarter of Section Nineteen (19),
said Township and Range.  Also, the North Half;  the North Half of the
Southeast Quarter; and, the Northeast Quarter of the Southwest Quarter
of Section Twenty (20), said Township and Range;  Also the Northwest
Quarter; the North Half of the Northeast Quarter; the Southwest Quarter
of the Northeast Quarter; the North Half of the Southwest Quarter; and,
the Northwest Quarter of the Southeast Quarter of Section Twenty-one
(21), said Township and Range.  Also, the Northwest Quarter of the
Northwest Quarter of Section Twenty-two (22), said Township and Range.

OWNERS:

WESTERN BRASS WORKS (a corporation)

MC KINLEY, Ivan E. (hus)

MC KINLEY, Mathea A. (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

FARMERS & MERCHANTS BANK OF HEMET (TDBen)

1684

99

<u>TEMECULA CREEK WATERSHED</u>

<u>Parcel 81E-23, 24-100</u>:

The Northeast Quarter of the Southeast Quarter of Section Twenty-three
(23), Township Eight (8) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California, ALSO,
the North Half of the Southwest Quarter of Section Twenty-four (24),
said Township and Range.

<u>OWNER</u>:

HAYES, Nellie V.

-58-

**100**

1685

## TEMECULA CREEK WATERSHED

Parcel 81E-25; 26; 35; 36 - 101

The East Half of the Northwest Quarter; the Southwest Quarter of the
Northeast Quarter; the Northwest Quarter of the Southeast Quarter;
the South Half of the Southeast Quarter; and the Southeast Quarter
of the Southwest Quarter of Section Twenty-six (26). Government Lot
One (1) (Northeast Quarter of the Northeast Quarter), Government
Lot Two (2) (Northwest Quarter of the Northeast Quarter), Government
Lot Four (4) (Northwest Quarter of the Northwest Quarter), Lot Five
(5) (Southwest Quarter of the Northwest Quarter), Government Lot Six
(6) (Southeast Quarter of the Northwest Quarter), Government Lot
Seven (7) (Southwest Quarter of the Northeast Quarter), Government
Lot Three (3) (Northwest Quarter of the Northeast Quarter) EXCEPT one
(1) acre described as follows: Commencing at the Northwest corner of
said Lot Three (3); thence East 210 feet; thence South 210 feet; thence
West 210 feet; thence North 210 feet to point of beginning. Government
Lot Eight (8) (Southeast Quarter of the Northeast Quarter) EXCEPT a
parcel 50 feet by 50 feet in the Southeast Corner. ALSO the North Half
of the Northeast Quarter of the Southwest Quarter of Section Thirty-five
(35). The Southeast Quarter of the Southeast Quarter, and the Southwest
Quarter of the Southwest Quarter of Section Twenty-five (25). The
Southwest Quarter, the South Half of the Northwest Quarter, the South-
west Quarter of the Northeast Quarter, the Southeast Quarter of the
Northeast Quarter, the Northeast Quarter of the Northeast Quarter and
the Northwest Quarter of the Northwest Quarter of Section Thirty-six(36),
Township Eight (8) South, Range One (1) East, San Bernardino Base and
Meridian, County of Riverside, State of California.

OWNER: BERGMAN, Annie E. (widow)

1686

101

## TEMECULA CREEK WATERSHED

Par. 81E-35, 91E-2, 101A.

The Northwest Quarter of the Southwest Quarter;  the South Half of the
Northeast Quarter of the Southwest Quarter;  the South Half of the
Southwest Quarter;  Government Lot Eleven (11), (the Southwest Quarter
of the Southeast Quarter), and a portion of Government Lot Ten (10),
(the Northwest Quarter of the Southeast Quarter), lying Southerly of
the Highway, of Section Thirty-five (35), Township Eight (8) South,
Range One (1) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.  Also, the Northeast Quarter;  the
East Half of the Northwest Quarter of Section Two (2), Township Nine
(9) South, Range One (1) East, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:

> BERGMAN, Annie E. (widow)
>
> RIVERSIDE TITLE COMPANY (TDTr)
>
> THURBER, Packard (hus)(TDBen)
>
> THURBER, Madeliene (wife)(TDBen)

## Parcel 81E-35-101B

BEGINNING at the Southeast Corner of Lot Eight (8) (Southeast Quarter
of the Southeast Quarter) of Section Thirty-five (35), Township Eight
(8) South, Range One (1) East, San Bernardino Base and Meridian, County
of Riverside, State of California, thence North 50 feet; thence West 50
feet; thence South 50 feet; thence East 50 feet to point of beginning.

OWNERS:

> DiSILVESTRO, I.
>
> HANDELMAN, Max

## Parcel 81E-35-102

The Northwest Quarter of the Northwest Quarter of the Northeast Quarter
of the Northwest Quarter of Section Thirty-five (35), Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian, County of
Riverside, State of California.

OWNER:

> GRAMMER, Deona L.        -60-

1687

TEMECULA CREEK WATERSHED

**Parcel 81E-35-103:**

All of Lot Ten (10), (Northwest Quarter of the Southeast Quarter) of Section Thirty-five (35), Township Eight (8) South, Range One (1) East, lying Northerly of the center line of State Highway, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

PRESSEY, Edwin (hus)

PRESSEY, Margaret (wife)

CITIZENS NATIONAL TRUST & SAVINGS BANK
OF RIVERSIDE (TMr)

PRESSEY, Edwin (hus)(TDBen)

PRESSEY, Margaret (wife)(TDBen)

**Parcel 81E-35-104**

The Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section Thirty-five (35), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, County of Riverside, State of California.

OWNER:

STATE OF CALIFORNIA

**Parcel 81E-35-105**

Government Lot Nine (9) (Northeast Quarter of the Southeast Quarter) of Section Thirty-five (35), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian, EXCEPT County Road and EXCEPT portion to State Highway.

OWNERS:

ERVIN, Maria

ERVIN, Sydney

1688

103

## TEMECULA CREEK WATERSHED

Parcel 92E-7-141:

That portion of Lot Three (3),(the Northeast Quarter of the North-
west Quarter) of Section Seven (7), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California, lying Northeasterly of the center
line of Road Survey No. 299 on file in the office of the Surveyor,
San Diego County, as said road existed in May 1949.  Also, that por-
tion of Lot Four (4),(the Northwest Quarter of the Northwest Quarter),
of said Section Seven (7), described as follows:  Beginning at the
Northwest Corner of Section Seven (7);  thence Easterly along the
North line thereof 205.60 feet to the true point of beginning;
thence North 87°32' East 1088.20 feet to the East line of Lot Four
(4);  thence South 0°18' West 264.6 feet;  thence South 87°32' West
909.7 feet;  thence North 34°33' West 312 feet to point of beginning.

OWNERS:

DUBNER, Hildegard B. (un/w)

Parcel 92E-7-142:

All that portion of Section Seven (7), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:
Beginning at the Northwest Corner of Section Seven (7);  thence
along the section line between Sections Six (6) and Seven (7),
North 87°32' East 205.60 feet to the Northwest Corner of land
conveyed to Johnson;  thence South 34°33' East along the Westerly
line of said land 312.0 feet to the Southwest Corner of said land,
said point being the true point of beginning;  thence North 87°32'
East along the Southerly line of said Johnson land 909.70 feet
to the East line of said Lot Four (the Northwest Quarter of the
Northwest Quarter);  thence South 0°18' West along said East line
of Lot Four (4), 313.4 feet;  thence North 86°46' West 653.8 feet;

-62-

1689

## TEMECULA CREEK WATERSHED

Parcel 83E-27, 35 - 106:

All of Sections Twenty-seven (27) and Thirty-five (35), Township
Eight (8) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

OVIATT, James

OVIATT, Mary L.


Parcel 91E-2-107:

The Southwest Quarter of the Southwest Quarter of Section Two (2),
Township Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

OWNERS:

GRAMMER, Martin J. (hus)

GRAMMER, Emilie J. (wife)


Parcel 81E-12-108:

The South Half of the Southwest Quarter; and, the South Half of
the Southeast Quarter of Section Twelve (12), Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian,
County of Riverside, State of California.  EXCEPTING from the South
Half of the Southwest Quarter that portion described as follows:
Beginning at the Southwest Corner of Section Twelve (12), thence
Easterly along the Southerly line 1757 feet;  thence Northwesterly
to a point in the North line of the South Half of the Southwest
Quarter 190 feet Easterly from the Northwest Corner;  thence
Westerly along the Northerly line 190 feet to the Westerly line
of Section Twelve;  thence South along the Westerly line to the
point of beginning.


-63-

**105**

## TEMECULA CREEK WATERSHED

Parcel 81E-12-108 Cont'd:

OWNERS:

SCHENCK, Dorothy

CITIZENS NATIONAL TRUST AND SAVINGS
BANK OF RIVERSIDE (TDTr)

DEAL, William C. (hus)(TDBen)

DEAL, O.T. (TDBen)

DEAL, Anna C. (wife)(TDBen)

Parcel 81E13-109:

The Northeast Quarter of Section Thirteen (13), Township Eight (8)

South, Range One (1) East, San Bernardino Base and Meridian, in

the County of Riverside, State of California.

OWNERS:

COOK, Jack (hus)

COOK, Elizabeth (wife)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LAREVA, John G. (hus)(TDBen)

LAREVA, Phyllis A. (wife)(TDBen)

Parcel 81E-13-110:

The East Half of the Southeast Quarter;  the Northwest Quarter of

the Southeast Quarter; and, the Northeast Quarter of the Southwest

Quarter of Section Thirteen (13), Township Eight (8) South, Range

One (1) East, San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 81E-13-110A:

The Northwest Quarter of Section Thirteen (13), Township Eight (8)

South, Range One (1) East, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

-64-

TEMECULA CREEK WATERSHED

Parcel 81E-13-110A Cont'd:

  OWNERS:

        BERGMAN, Annie E. (widow)

        TAYLOR, William M. (undet. int.)

Parcel 81E-35, 36 - 111:

    The Southwest Quarter of the Southeast Quarter; and the Southeast

    Quarter of the Southwest Quarter of Section Twenty-five (25),

    Township Eight (8) South, Range One (1) East, San Bernardino Base

    and Meridian, in the County of Riverside, State of California.

    Also, the Northeast Quarter of the Northwest Quarter; and, the

    Northwest Quarter of the Northeast Quarter of Section Thirty-

    six (36), said Township and Range.

  OWNERS:

        LOIT, Woodrow W. (hus)

        LOIT, Jessie (wife)

Parcel 81E-36, 91E-1, 112:

    The Southeast Quarter of Section Thirty-six (36), Township Eight

    (8) South, Range One (1) East, San Bernardino Base and Meridian,

    in the County of Riverside, State of California.  Also, the West

    Half of the Northwest Quarter of the Northwest Quarter of the

    Northeast Quarter of Section One (1), Township Nine (9) South,

    Range One (1) East, San Bernardino Base and Meridian, in the

    County of San Diego, State of California.

  OWNERS:

        MACHA, James F., Jr., (hus)

        MACHA, Bernice (wife)

        BANK OF AMERICA (TDTr)

        RIKXOORT, Garrett (hus)(TDBen)

        RIKXOORT, Helen Van (wife)(TDBen)

-65-

107

1692

## TEMECULA CREEK WATERSHED

Parcel 91E-1-113:

The West Half of the Northwest Quarter of Section One (1), Township
Nine (9) South, Range One (1) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California EXCEPTING a parcel
of land triangular in shape located in the Northeast Corner of the
West Half of the Northwest Quarter described as follows: Beginning
at the Northeast Corner of the West Half of the Northwest Quarter,
running South approximately 882 feet to a point 948 feet from said
point in a Northwesterly direction to the County line along the
present highway and approximately 365 feet East along the County
line to starting point.  Containing 3½ acres more or less.  Said
property bounded on the North by County line and West by Highway.

OWNERS:

      BARNES, Victoria Mabel

      COX, Flora Mabel

Parcel 91E-1-114:

A Triangular parcel located in the Northeast Corner of the West
Half of the Northwest Quarter of Section One (1), Township Nine
(9) South, Range One (1) East, San Bernardino Base and Meridian,
County of San Diego, State of California, described as follows:
Beginning at the Northeast Corner of the West Half of the North-
west Quarter of Section One (1);  running South approximately
882 feet to a point 948 feet from said point in a Northwesterly
direction to the County line along the present highway, and
approximately 365 feet East along the County line to starting
point, containing 3½ acres, more or less, said property bounded
on the North by County line and West by Highway.  Also,  The
Northeast Quarter of the Northwest Quarter of Section One (1),
Township Nine (9) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of San Diego, State of California,

-66-

1693

108

TEMECULA CREEK WATERSHED

Parcel 91E-1-114: Cont'd:

EXCEPT the West Half of the West Half of the Southeast Quarter of
the Northeast of the Northwest Quarter thereof, and EXCEPT the East
Half of the West Half of the Southeast Quarter of the Northeast
Quarter of the Northwest Quarter of said Section One (1).

OWNERS:

HEYDENREICH, Ernest H. (hus)
HEYDENREICH, Daisy M. (wife)

Parcel 91E-1-115:

The West Half of the West Half of the Southeast Quarter of the
Northeast Quarter of the Northwest Quarter of Section One (1),
Township Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

OWNERS:

ANGERMAN, Joseph J. (s/m)

Parcel 91E-1-116:

The East Half of the West Half of the Southeast Quarter of the
Northeast Quarter of the Northwest Quarter of Section One (1),
Township Nine (9) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of San Diego, State of Cali-
fornia.

OWNERS:

HOLLEY, Jess L. (hus)
HOLLEY, Maud (wife)

Parcel 91E-1-117:

The East Half of the Northwest Quarter of the Northwest Quarter
of the Northeast Quarter of Section One (1), Township Nine (9)
South, Range One (1) East, San Bernardino Base and Meridian, in

-67-

1694

## TEMECULA CREEK WATERSHED

Parcel 91E-1-123:

The East one-eighth of the South Half of the East Half of the West Half of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

MAUCK, Annie L. (widow)

Parcel 91E-1-124:

The West Half of the West Half of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

STATE OF CALIFORNIA

Parcel 91E-1-125:

The East Half of the East Half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter; and, the Southwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

JENSEN, H. H., aka Holger H. (hus)
JENSEN, Daisy M. (wife)

Parcel 91E-1-126:

The West Half of the East Half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base

1697

112

TEMECULA CREEK WATERSHED

Parcel 91E-1-117 Cont'd:

the County of San Diego, State of California.

OWNERS:

ANDERSON, Olga O. (widow)

Parcel 91E-1-118:

The West Half of the Northeast Quarter of the Northwest Quarter
of the Northeast Quarter of Section One (1), Township Nine (9)
South, Range One (1) East, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:

ARMSTRONG, Glenn F. (hus)

ARMSTRONG, Dorothy R. (wife)

Parcel 91E-1-119:

The East Half of the Northeast Quarter of the Northwest Quarter
of the Northeast Quarter; and, the East Half of the Southeast
Quarter of the Northwest Quarter of the Northeast Quarter of
Section One (1), Township Nine (9) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

JENSEN, George H. (hus)

JENSEN, Portia E. (wife)

Parcel 91E-1, 92E-6, - 120:

The West three-quarters of the Northeast Quarter of the North-
east Quarter of Section One (1), Township Nine (9) South, Range
One (1) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.  Also the Southeast Quarter
of the Northeast Quarter of said Section One (1).  Also, Lot
Four (4), (the Northwest Quarter of the Northwest Quarter)

1695

110

TEMECULA CREEK WATERSHED

Parcel 91E-1, 91E-6, 120 Cont'd.

of Section Six, Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

HOLMES, Elsie M. (un/w)

UNION TITLE INSURANCE & TRUST COMPANY (TDTr)

DODSON, John R. (hus)(TDBen)

DODSON, Pearl (wife)(TDBen)

Parcel 91E-1-121:

The East Half of the East Half of the Northeast Quarter of the
Northeast Quarter of Section One (1), Township Nine (9) South,
Range One (1) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

OWNERS:

SANER, Danny (s/m)

Parcel 91E-1-122:

The East Half of the West Half of the Southeast Quarter of the
Northwest Quarter of the Northeast Quarter of Section One (1),
Township Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California,
EXCEPTING the East one-eighth of the South Half of the East Half
of the West Half of the Southeast Quarter of the Northwest
Quarter of the Northeast Quarter thereof.

OWNERS:

MICHIGAN MORTGAGE COMPANY.

-69-

1696

111

TEMECULA CREEK WATERSHED

~~Parcel 91E-1-126 Cont'd:~~

and Meridian, in the County of San Diego, State of California.

OWNERS:

JENSEN, H. H., aka Holger H.

Parcel 91E-1-127:

The West Half of the Southwest Quarter of the Northwest Quarter
of the Northeast Quarter of Section One (1), Township Nine (9)
South, Range One (1) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

OWNERS:

MILLER, Mrs. R. Lee.

Parcel 91E-1-128:

The Southeast Quarter of the Northwest Quarter; and, the North-
west Quarter of the Southeast Quarter of Section One (1), Town-
ship Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

OWNERS:

STARRETT, Victoria M. (now Victoria M. Barnes)

Parcel 91E-1, 12, - 129:

The Southwest Quarter;  the Southwest Quarter of the Southeast
Quarter; and, the East Half of the Southeast Quarter of Section
One (1), Township Nine (9) South, Range One (1) East, San Bernar-
dino Base and Meridian, in the County of San Diego, State of
California. Also, the East Half of the Northeast Quarter of Section
Twelve (12), said Township and Range.

OWNERS:

WARD, Alvis Andrew (hus)

WARD, Velma Foreman (wife)

CITIZENS NATIONAL TRUST & SAVINGS BANK
~~OF RIVERSIDE (TRr. & Ben)~~

-71-

1698

TEMECULA CREEK WATERSHED

Parcel 91E-12-130:

The West Half of the Northeast Quarter of Section Twelve (12),
Township Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

OWNERS:

WILLIAMSON, Leonard L. (hus)
WILLIAMSON, Sarah (wife)
SOUTHWEST ESCROW CORPORATION (TDTr)
DENIO, Elmer B. (hus)(TDBen)
DENIO, Edith M. (wife)(TDBen)

Parcel 91E-12-131:

The Northeast Quarter of the Northwest Quarter of Section
Twelve (12), Township Nine (9) South, Range One (1) East, San-
Bernardino Base and Meridian, in the County of San Diego, State
of California.

OWNERS:

LUTHER, Georgia (sep prop)

Parcel 91E-12-132:

The Southeast Quarter of the Northwest Quarter of Section
Twelve (12), Township Nine (9) South, Range One (1) East,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

OTIS, Charles C. (widower)
STARKE, Cecilia G. (wife)(TDTr)
STARKE, W. E. (hus)(TDBen)

-72-

TEMECULA CREEK WATERSHED

**Parcel 82E-15-136A:**

The North Half of Section Fifteen (15), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BRADFORD, Ione

**Parcel 82E-8, 9, 15, 16 - 137:**

The Southeast Quarter of the Northwest Quarter;  the North Half of the Southeast Quarter; and, the Southeast Quarter of the Southeast Quarter of Section Eight (8), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the West Half; and, the Southwest Quarter of the Southeast Quarter of Section Nine (9), said Township and Range.  Also, the North Half of the Northeast Quarter; the Southeast Quarter of the Northeast Quarter; and, the Northeast Quarter of the Southeast Quarter of Section Sixteen (16), said Township and Range.  Also, the Northwest Quarter of the Southwest Quarter of Section Fifteen (15), said Township and Range.

OWNERS:

BRADFORD, William R.

CITIZENS NATIONAL TRUST AND SAVINGS
    BANK OF RIVERSIDE (TDTr)

HEMET VALLEY HOSPITAL DISTRICT (TDBen)

SECURITY TITLE INSURANCE COMPANY (TDTr)

MC CLAIN, Barbara J. (m/w)(sep prop)(TDBen)

**Parcel 92E-5, 6, 82E-29, 30, 31, 32 - 138:**

The North Half of the Southeast Quarter;  the Southwest Quarter of the Southeast Quarter;  the Southeast Quarter of the Southwest Quarter; and, Government Lot Four (4);  the Southwest Quarter of the Southwest

-75-

1702

117

## TEMECULA CREEK WATERSHED

Parcel 91E-12-133:

Lots One (1), Two (2), Seven (7), and Eight (8),(being the Southeast Quarter) of Section Twelve (12), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

BURLINGHAM, Edith L.

QUINN, Eileen T. (widow)

ZIMMERMAN, May M. (widow)

SOUTHWEST ESCROW CORP. (TDTr)

DENIO, Elmer Bert (hus)(TDBen)

DENIO, Edith M. (wife)(TDBen)

Parcel 81E-12, 82E-6, 7 - 134:

That portion of the following described property lying Southeasterly of the Cahuilla-Aguanga Road:  The South Half of the Southeast Quarter of Section Six (6), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian;  the North Half of the Northeast Quarter,  the Northeast Quarter of the Northwest Quarter, and Government Lot Two (2),(being the Southwest Quarter of the Northeast Quarter) of Section Seven (7), said Township and Range;  The Northeast Quarter of the Southeast Quarter;  the Southeast Quarter of the Northeast Quarter and the Northwest Quarter of the Southeast Quarter of Section Twelve (12), Township Eight (8) South, Range One (1) East, San Bernardino Base and Meridian.

ALSO the following described property:  The Northwest Quarter of the Southwest Quarter;  the East Half of the Southwest Quarter;  the Southeast Quarter of the Northwest Quarter;  the Northwest Quarter of the Southeast Quarter;  the Southwest Quarter of the Northeast Quarter; and, Lot Four (4), of Section Seven (7), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian.  All of said property being in the County of Riverside, State of California.

115

1700

TEMECULA CREEK WATERSHED

Parcel 81E-12, 82E-6, 7 - 134 Cont'd:

OWNERS:

       OSBORNE, Walter (hus)

       OSBORNE, Elaine (wife)

       SECURITY TITLE INSURANCE COMPANY (TDTr)

       GELTMAN, Myron V. (hus)(TDBen)

       GELTMAN, Pauline (wife)(TDBen)

       GELTMAN, Edward C. (s/m)(TDBen)

       HORWITZ, Marilyn R. (m/w)(TDBen)

Parcel 135 Not Used:

Parcel 82E-7, 8, 17, 18 - 136:

The East Half of the Southeast Quarter; and, the Southwest Quarter
of the Southeast Quarter of Section Seven (7), Township Eight (8)
South, Range Two (2) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.  Also, the North
Half of the Northwest Quarter; and, the Northwest Quarter of the
Northeast Quarter of Section Eighteen (18), said Township and
Range.  Also, the Southeast Quarter of the Southwest Quarter; the
South Half of the Northwest Quarter of the Southwest Quarter;  Lots
One (1), Two (2), Three (3) and Four (4), (being the North Half of
the Northeast Quarter and the North Half of the Northwest Quarter);
the Southeast Quarter of the Northeast Quarter;  the Southwest Quarter
of the Northwest Quarter; the North Half of the Northwest Quarter of
the Southwest Quarter; and, the Southwest Quarter of the Southwest
Quarter of Section Eight (8), said Township and Range.  Also, the
North Half of Section Seventeen (17), said Township and Range.

OWNERS:

       BRADFORD, Ione

-74-

116

TEMECULA CREEK WATERSHED

Parcel 82E-5, 6, 82B-29, 30, 31, 32   138 Cont'd:

Quarter) of Section Thirty (30), Township Eight (8) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.  Also, Section Thirty-one (31)
said Township and Range EXCEPT the Northeast Quarter of the North-
east Quarter, and the Southwest Quarter of the Southwest Quarter
of said Section Thirty-one (31);  Also, the Southwest Quarter of
the Northwest Quarter; and, the South Half of the Southwest
Quarter of Section Thirty-two (32), said Township and Range.
Also, the North Half of the Southwest Quarter; and, the Northwest
Quarter of the Southeast Quarter of Section Twenty-nine (29), said
Township and Range.  Also, the North Half of the Northeast
Quarter; and, the Northeast Quarter of the Northwest Quarter of
Section Six (6), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.  Also, Lots Three (3) and Four (4),(being
the North Half of the Northwest Quarter of Section Five (5),
said Township and Range.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 82E-31-138A:

Lot Four (4),(Southwest Quarter of the Southwest Quarter), Section
Thirty-one (31), Township Eight (8) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

HOLMES, Elsie M.

-76-

118

1703

## TEMECULA CREEK WATERSHED

Parcel 92E-6-139:

Government Lots Five (5), Six (6), Seven (7), Ten (10), Eleven (11), Twelve (12), Thirteen (13), and Fourteen (14),(being the Southwest Quarter; the South Half of the Northwest Quarter; the Northwest Quarter of the Southeast Quarter; and, the Southwest Quarter of the Northeast Quarter) of Section Six (6), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

SCOTT, Willard R.

SCOTT, Irene

SCOTT, Leslie E.

SCOTT, Beatrice

Parcel 92E-5, 6, 7-140:

The South Half of the Southeast Quarter;  the Northeast Quarter of the Southeast Quarter; and, the Southeast Quarter of the Northeast Quarter of Section Six (6), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.  Also, Lot One (1), (being the Northeast Quarter of the Northeast Quarter) of Section Seven (7), said Township and Range.  Also, the South Half of the Northwest Quarter;  the Southwest Quarter;  and, the West Half of the Southeast Quarter (being Lots Five (5), Six (6), Ten (10) through Fifteen (15))of Section Five (5), said Township and Range.

OWNERS:

CASMAN, Henry E. (hus)

CASMAN, Monago (wife)

CITIZENS NATIONAL TRUST & SAVINGS BANK
OF RIVERSIDE (TDTr)

BAILEY, Virginia B. (widow)(TDBen)

-77-

1704

119

## TEMECULA CREEK WATERSHED

**Parcel 92E-7-141**

That portion of Lot Three (3) (Northeast Quarter of the Northwest Quarter) of Section Seven (7), lying Northeasterly of the center line of Road Survey No. 299 on file in the office of the Surveyor, San Diego County, as said road existed in May 1949; and that portion of Lot Four (4) (Northwest Quarter of the Northwest Quarter) of Section Seven (7), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Northwest corner of Section Seven (7); thence Easterly, along the North line thereof, 205.60 feet to the true point of beginning.  Thence North 87°32' East 1088.20 feet to the East line of Lot Four (4); thence South 0°18' West 264.6 feet; thence South 87°32' West 909.7 feet; thence North 34°33' West 312 feet to point of beginning.

OWNER:

DUBNER, Hildegard B. (un/w)

**Parcel 92E-7-142**

All that portion of Section Seven (7), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northwest corner of Section Seven (7); thence along the section line between Sections Six (6) and Seven (7), North 87°32' East 205.60 feet to the Northwest corner of land conveyed to Johnson; thence South 34°33' East along the Westerly line of said land 312.0 feet to the Southwest corner of said land, said point being the true point of beginning.  Thence North 87°32' East along the Southerly line of said Johnson land 909.70 feet to the East line of Lot Four (4) (Northwest Quarter of the Northwest Quarter); thence South 0°18' West along said East line of Lot Four (4) 313.4 feet; thence North 86°46' West 653.8 feet;

120

1705

TEMECULA CREEK WATERSHED

Parcel 92E-7-142 Cont'd:

thence North 47°03' West 347.5 feet to the true point of beginning.

OWNERS:

> CHRISTINO, Anthony (hus)
>
> CHRISTINO, Margaret (wife)
>
> UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)
>
> LAUGHLIN, Alvin (hus)(TDBen)
>
> LAUGHLIN, LaVerne (wife)(TDBen)

Parcel 92E-7-143:

Lot Two (2),(the Northwest Quarter of the Northeast Quarter)
of Section Seven (7), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California.

OWNERS:

> MC DANIEL, Cecil E. (hus)
>
> MC DANIEL, Zora M. (wife)
>
> BANK OF AMERICA (TDTr)
>
> REGAL DISTRIBUTORS, INC. (TDBen)

Parcel 92E-7-144:

All that portion of Lot Seven (7), (the Southwest Quarter of the
Northeast Quarter) of Section Seven (7), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, lying Northeasterly of
the center line of Road Survey No. 299.

OWNERS:

> MC DANIEL, Richard C. (hus)
>
> MC DANIEL, Alma F. (wife)

1706

121

## TEMECULA CREEK WATERSHED

PARCEL 928-1-2, 4, 5, 7, 8, 9, 10, 11,
12, 14, 15, 16, 17, 21, 22, 23 - 148:

Lots Thirteen (13) through Sixteen (16), being the South Half of
the South Half of Section One (1), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California.  Lots Fifteen (15) and Sixteen (16),
being the South Half of the Southeast Quarter of Section Two (2),
said Township and Range.  Lots Five (5) and Six (6), being the South
Half of the Northwest Quarter;  Lot Seven (7), being the Southwest
Quarter of the Northeast Quarter;  Lot Ten (10), being the Northwest
Quarter of the Southeast Quarter; and, Lots Eleven (11) through Fourteen
(14), being the Southwest Quarter of Section Four (4), said Township
and Range.  Lot Sixteen (16), being the Southeast Quarter of the South-
east Quarter of Section Five (5), said Township and Range.  Lot Eight
(8), being the Southeast Quarter of the Northeast Quarter of Section
Seven (7), said Township and Range;  The South Half of the Southeast
Quarter;  the South Half of the Southwest Quarter (EXCEPT for portion
included in highway);  the Northwest Quarter of the Southwest Quarter;
the Southwest Quarter of the Northwest Quarter;  the Southeast Quarter
of the Northeast Quarter; and, the Northeast Quarter of the Northeast
Quarter of Section Eight (8), said Township and Range.  Lots One (1)
and Two (2), being the North Half of the Northeast Quarter;  Lots
Three (3) and Four (4), being the North Half of the Northwest Quarter;
Lots Five (5) and Six (6), being the South Half of the Northwest
Quarter;  Lot Seven (7), being the Southwest Quarter of the Northeast
Quarter;  Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16),
being the Southeast Quarter;  Lot Eleven (11), being the Northeast
Quarter of the Southwest Quarter;  and, Lots Thirteen (13) and
Fourteen (14), being the South Half of the Southwest Quarter of
Section Nine (9), said Township and Range.  Lot Six (6), being the
Southeast Quarter of the Northwest Quarter;  Lots Seven (7) and Eight

1709

124

## TEMECULA CREEK WATERSHED

Parcel 9BB-7, 18 - 145

All of Lot Five (5) (Southwest Quarter of Northwest Quarter), Lot
Eleven (11) (Northeast Quarter of the Southwest Quarter), Lot Fourteen
(14) (Southeast Quarter of the Southwest Quarter), and Lot Fifteen (15)
(Southwest Quarter of the Southeast Quarter), and those portions of
Lot Three (3) (Northeast Quarter of the Northwest Quarter), Lot
Four (4), (Northwest Quarter of the Northwest Quarter), Lot Six (6)
(Southeast Quarter of the Northwest Quarter), Lot Seven (7) (Southwest
Quarter of the Northeast Quarter), Lot Nine (9) (Northeast Quarter of
the Southeast Quarter), Lot Ten (10) (Northwest Quarter of the South-
east Quarter), and Lot Sixteen (16) (Southeast Quarter of the South-
east Quarter) of Section Seven (7), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, County of San Diego,
State of California, lying Southwesterly of the center line of Road
Survey No. 299, EXCEPTING from the above described portion of Lot Four
(4) that portion thereof, if any, lying within the following described
property;  BEGINNING at the Northwest corner of Section Seven (7); thence
along the North line of said section a distance of 205.60 feet; thence
North 87°32' East 1088.20 feet to the East line of Lot Four (4); thence
South 0°18' West along said East line 578 feet to the Southeast corner
of the parcel of land described in deed to Sidney Peter Anderson and wife,
recorded May 4, 1948 in Book 2781, page 395, Official Records of San
Diego County, and the true point of beginning.  Thence, along the South
line of said land North 86°46' West 653.8 feet; thence North 47°03' West
347.5 feet to the Northeasterly corner of said Anderson's land; thence
North 87°32' East 909.7 feet to the East line of said section and the
Northeast corner of said Anderson's land; thence South 0°18' West along
said East line 313.4 feet to the true point of beginning.  ALSO, Lot One
(1) (Northeast Quarter of the Northeast Quarter) of Section Eighteen (18);

-79-

122

1707

## TEMECULA CREEK WATERSHED

Parcel 92E-7-145 Cont'd

Township Nine (9) South, Range Two (2) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNERS:

ROBERTS, W. M. (hus)

ROBERTS, Jean (wf)

## Parcel 92E-7-146

Lot Twelve (12) (Northwest Quarter of the Southwest Quarter) of Section
Seven (7), Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, County of San Diego, State of California.

OWNER:

STEPHENSON, Fred Reginal

## Parcel 92E-7-147

Lot Thirteen (13) (Southwest Quarter of the Southwest Quarter) of Section
Seven (7), Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian.

OWNERS:

STEPHENSON, Fred R.

STEPHENSON, Edna

1708

123

## TEMECULA CREEK WATERSHED

~~Parcel 9CB 1, 2, 3, 4, 5, 7, 8, 9, 10, 11~~
12, 14, 15, 16, 17, 21, 22, 23 - 148: Cont'd:

(8), being the South Half of the Northeast Quarter;  Lots Eleven

(11) through Fourteen (14), being the Southwest Quarter; and,

Lots Ten (10) and Fifteen (15), being the West Half of the South-

east Quarter of Section Ten (10), said Township and Range.  Lot

Two (2), the Northwest Quarter of the Northeast Quarter;  Lot Three

(3), the Northeast Quarter of the Northwest Quarter;  Lots Five

(5) and Six (6), the South Half of the Northwest Quarter;  Lot

Eleven (11), being the Northeast Quarter of the Southwest Quarter;

and, Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16), being

the Southeast Quarter of Section Eleven (11), said Township and

Range.  The Northwest Quarter of the Northeast Quarter of Section

Twelve, said Township and Range.  Lot Thirteen (13), being the

Southwest Quarter of the Southwest Quarter of Section Fourteen

(14), said Township and Range.  Lots Three (3) through Six (6),

being the Northwest Quarter;  Lot Seven (7), being the Southwest

Quarter of the Northeast Quarter;  Lots Eleven (11) through Four-

teen (14), being the Southwest Quarter; and, Lots Nine (9), Ten

(10), Fifteen (15) and Sixteen (16), being the Southeast Quarter

of Section Fifteen (15), said Township and Range.  Lot Six (6),

being the Southeast Quarter of the Northwest Quarter; and, Lots

Eleven (11) through Fourteen (14), being the Southwest Quarter

of Section Sixteen (16), said Township and Range.  The North

Half of the North Half lying East of the Highway, and the North

Half of the Northwest Quarter lying West of the Highway of Section

Seventeen (17), said Township and Range.  The North Half of the

Northeast Quarter of the Northeast Quarter; and, Lot Four (4),

being the Northwest Quarter of the Northwest Quarter of Section

Twenty-one (21), said Township and Range.  Lots One (1) through

1710

125

TEMECULA CREEK WATERSHED

Parcel 92E-1, 2, 4, 5, 7, 8, 9, 10, 11,
12, 14, 15, 16, 17, 21, 22, 23 - 148 Cont'd:

Four (4), being the North Half of the Northeast Quarter and the
North Half of the Northwest Quarter;  Lot Six (6), being the
Southeast Quarter of the Northwest Quarter;  The South Half of
Lot Seven (7), being the Southwest Quarter of the Northeast
Quarter;  the North Half of Lot Ten (10), being the Northwest
Quarter of the Southeast Quarter;  Lot Nine (9), being the
Northeast Quarter of the Southeast Quarter; and, Lot Eleven (11)
being the Northeast Quarter of the Southwest Quarter of Section
Twenty-two (22), said Township and Range.  Lot Four (4), being
the Northwest Quarter of the Northwest Quarter; and, Lot Twelve
(12), being the Northwest Quarter of the Southwest Quarter of
Section Twenty-three (23), said Township and Range.

OWNERS:

OVIATT, James (m/m)(sep prop)

Parcel 93E-6, 7 - 148A

Tract No. Thirty-seven (37); Lots One (1) and Two (2); and the South-
east Quarter of the Northeast Quarter of Section Six (6), Township
Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian,
County of San Diego, State of California, ALSO the North Half of the
Northwest Quarter of Section Seven (7), of said Township and Range.

OWNER:

OVIATT, James (m/m)(sep prop)

-83-

OVIATT, James (m/m)(sep prop)

TEMECULA CREEK WATERSHED

Parcel 92E-17-154 Cont'd:

(9) South, Range Two (2) East, San Bernardino Base and Meridian,

in the County of San Diego, State of California.

OWNERS:

BRITT, Cecil A. (hus)

BRITT, Afton D. (wife)

BANK OF AMERICA (TUTr)

GATES, Norma J. (m/w)(TDBen)

WENTWORTH, John Andrew (s/m)(TDBen)

Parcel 92E-17-155:

Lot Thirteen (13), being the Southwest Quarter of the Southwest

Quarter of Section Seventeen (17), Township Nine (9) South, Range

Two (2) East, San Bernardino Base and Meridian, in the County of

San Diego, State of California.

OWNERS:

TRAINOR, Melverton E. (hus)

TRAINOR, Lillian V. (wife)

Parcel 92E-17-156:

Lot Fourteen (14), being the North Half of the Southeast Quarter

of the Southwest Quarter of Section Seventeen (17), Township Nine

(9) South, Range Two (2) East, San Bernardino Base and Meridian,

in the County of San Diego, State of California.

OWNERS:

TURNBULL, Harrison P. (hus)

TURNBULL, Virginia M. (wife)

SECURITY TRUST AND SAVINGS BANK OF
    SAN DIEGO (TUTr)

RAYBOULD, Richard F. (hus)(TDBen)

RAYBOULD, Betty Jean (wife)(TDBen)

129

1714

## TEMECULA CREEK WATERSHED

Parcel 92E-18-149:

The South Half of the Northeast Quarter; and, the Northwest Quarter
of the Northeast Quarter (Lots Two (2), Seven (7) and Eight (8)), of
Section Eighteen (18), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of San Diego, State
of California.

OWNERS:

MANN, Melvin H. (hus)

MANN, Janet B. (wife)

LAND TITLE INSURANCE COMPANY (TDTr)

PADEN, Louis C. (hus)(TDBen)

PADEN, Estella (wife)(TDBen)

Parcel 82E-8-150:

The Southwest Quarter of the Northeast Quarter of Section Eight
(8), Township Eight (8) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MC CLAIN, Edward M. (hus)

MC CLAIN, Barbara Jane (wife)

Parcel 82E-29-151:

The East Half of the Southeast Quarter of Section Twenty-nine
(29), Township Eight (8) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

OVIATT, James (m/m)(sep prop)

Parcel 92E-17-152:

The South Half of the Northeast Quarter (being Lots 7 & 8);
the Southeast Quarter of the Northwest Quarter; the North Half
of the Southeast Quarter (being Lots 9 & 10) EXCEPT that portion

-84-

1712

127

TEMECULA CREEK WATERSHED

Parcel 92E-17-152 Cont'd:

of Lot 10 lying South of the County Road, and EXCEPT those por-
tions of Lots 9 and 10 described as follows:  Commencing at
the Northeast Corner of the Southeast Quarter of the Southeast
Quarter of said Section Seventeen (17), thence due North along
the section line between Sections Sixteen (16) and Seventeen (17),
a distance of 400 feet;  thence West 4° North, a distance of
1412 feet;  thence West 20° South, a distance of 377 feet to
the center of the State Highway;  thence South 32° East, a dis-
tance of 456 feet to the property line of the Forest Service
Administrative Site;  thence due East a distance of 1500 feet to
the point of beginning.

OWNERS:

> BERGMAN, Annie E. (widow)

Parcel 92E-17-153:

The Southwest Quarter of the Northwest Quarter; and, the North-
west Quarter of the Southwest Quarter of Section Seventeen (17),
Township Eight (8) South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California

OWNERS:

> MANN, Melvin H. (hus)
>
> MANN, Janet B. (wife)
>
> SECURITY TITLE INSURANCE COMPANY (TDTr)
>
> BRINKERHOFF, Elzada C. (sep-prop)(TDBen)

Parcel 92E-17-154:

Lot Eleven (11), being the Northeast Quarter of the Southwest
Quarter; and, that portion of Lot Ten (10), being the Northwest
Quarter of the Southeast Quarter, lying Southwesterly of the center
line of California State Highway XI-SD-78-E, (as such highway was
located in February 1935) of Section Seventeen (17), Township Nine

-85-

1713

128

TEMECULA CREEK WATERSHED

Parcel 92E-17-157

The South Half of the Southeast Quarter of the Southwest Quarter
of Section Seventeen (17), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

OWNERS:

DAGER, Probert W. (hus)

DAGER, Mary Jeffers (wife)

Parcel 92E-17-158:

All that portion of the Northwest Quarter of the Southeast
Quarter of Section Seventeen (17), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:
Beginning at a point in the center line of the County Road dis-
tant Northwesterly 450.5 feet from its intersection with the
Southerly line of Lot Ten (10);  thence North 68°00' East 250
feet;  thence at right angles Northerly 100 feet;  thence
South 68°00' West to center line of county road;  thence South-
erly along said center line to point of beginning in Lot Ten
(10).

OWNERS:

HATTEBUHR, Eddie (hus)

HATTEBUHR, Goldie (wife)

Parcel 92E-17-159:

All that portion of the Northeast Quarter of the Southeast
Quarter (Lot Nine (9)); and, the Northwest Quarter of the South-
east Quarter (Lot Ten (10)) of Section Seventeen (17), Township
Nine (9) South, Range Two (2) East, San Bernardino Base and

-87-

1715

130°

TEMECULA CREEK WATERSHED

Parcel 92E-17-159: Cont'd:

Meridian, in the County of San Diego, State of California,
described as follows:  Beginning at the Southeast Corner of
Lot Nine (9);  thence North 1°10' East 402 feet on the East-
erly line of said Lot Nine (9);  thence North 8°55' West 1414
feet;  thence South 68°00' West 374.5 feet to a point in the
center line of State Highway;  thence South 32°55' East 450.5
feet on the center line of said State Highway;  thence South
89°40' East 1502.7 feet on the Southerly line of said Lots
Nine (9) and Ten (10) to point of beginning.

OWNERS:

       WENTWORTH, Ruth (widow)

Parcel 92E-20-160:

Those Portions of the Northwest Quarter of the Northeast
Quarter (Lot Two (2)) of Section Twenty (20), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California, described as
follows:  The Northwest Quarter of Lot Two (2);  the West Half of
the Northeast Quarter of Lot Two (2);  the North Half of the
Southwest Quarter; and, the Northwest Quarter of the Southeast
Quarter of Lot Two (2).

OWNERS:

       LLOYD, Milton M. (hus)

       LLOYD, Evelyn M. (wife)

1716

131

TEMECULA CREEK WATERSHED

Parcel 92E-20-161

The North Half of the Northeast Quarter of the Northeast Quarter (Lot
One (1)), EXCEPT the East 201 feet thereof, the East Half of the
Northeast Quarter of Lot Two (2) (Northwest Quarter of the Northeast
Quarter) the South Half of the Southwest Quarter of Lot Two (2), and
that portion of the Southwest Quarter of Lot One (1) of Section Twenty
(20), Township Nine (9) South, Range Two (2) East, San Bernardino Base
and Meridian, County of San Diego, State of California, lying East of a
line described as follows:  BEGINNING at the Northwest corner of the
Southwest Quarter of said Lot One (1); thence Southeasterly in a straight
line to a point on the South line of said Lot One (1) which is 357 feet
East of the Southwest corner of said Lot One (1).

OWNERS:

        PAINTER, Monroe (hus)

        PAINTER, Jean M. (wife)

        BANK OF AMERICA (TDTr)

        GLEDHILL, H. J. (hus)(TDBen)

        GLEDHILL, Coral G. (wf)(TDBen)

Parcel 92E-20-162

The Southwest Quarter of the Southeast Quarter of Government Lot Two (2)
(Northwest Quarter of the Northeast Quarter) and the East Half of the
Southeast Quarter of Lot Two (2); also that portion of the Southwest
Quarter of Government Lot One (1) (Northeast Quarter of the Northeast
Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, described as follows:  BEGINNING
at the Southwest corner of said Lot One (1); thence East on the South
line of said Lot a distance of 357 feet; thence Northwesterly in a
straight line to the Northwest corner of the Southwest Quarter of said
lot; thence South on the West line of said lot to the point of be-
ginning.

-89-

132

1716-A

TEMECULA CREEK WATERSHED

Parcel 92E-20-162 Cont'd

OWNERS:

> BAKER, Chalace U. (hus)
>
> BAKER, Francis O. (wf)
>
> UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)
>
> REYES, Pancho (hus)(TDBen)
>
> REYES, Domintila (wf)(TDBen)
>
> REYES, Cruze E. (s/m)(TDBen)

Parcel 92E-20-163

The Northerly 340 feet of the Easterly 201 feet of the North Half of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

> KUYKENDALL, Harold B. (hus)
>
> KUYKENDALL, Ardys M. (wf)
>
> LAWYERS TITLE GUARANTY COMPANY (TDTr)
>
> STANDARD FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

Parcel 92E-20-164

The West 85 feet of the East 201 feet of the North Half of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, EXCEPTING therefrom the Southerly 125 feet and EXCEPTING the Northerly 340 feet thereof.

OWNER:

> MARTIN, D. L. (un/m)

Parcel 92E-20-165

The Easterly 201 feet of the North Half of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South Range Two (2) East, EXCEPT the Westerly 85 feet thereof, and EXCEPT the Southerly 125 feet thereof.

1717

133

TEMECULA CREEK WATERSHED

Parcel 92E-20-171 Cont'd

of San Diego, State of California, described as follows: BEGINNING at the Southeast corner of said Lot One (1); thence North along the East line thereof 200 feet; thence West, parallel with the South line thereof 330 feet; thence South, parallel with the East line 200 feet to the South line of said Lot One (1); thence East along the South line of said Lot One (1), 330 feet to the point of beginning.

OWNERS:

GORE, C. David (hus)
GORE, Kathleen J. (wf)

Parcel 92E-20-172

The Northeast Quarter of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

ANDERSON, Elizabeth C. (un/w)

Parcel 92E-20-173

The Southeast Quarter of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

MEDRAN, Julian R. (hus)
MEDRAN, Mary (wf)

Parcel 92E-20-174

The West Half of the Northwest Quarter, and the Southwest Quarter of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

MABEN, Ben (hus)
MABEN, Edna O. (wf)                    93

1720

TEMECULA CREEK WATERSHED

Parcel 92E-20-165 Cont'd

OWNER:

MARTIN, D. L. (un/m)

Parcel 92E-20-166

The Southerly 125 feet of the West 85 feet of the East 201 feet of the North Half of Government Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

MARTIN, Alga F. (hus)

MARTIN, Frances S. (wf)

Parcel 92E-20-167

The Southerly 125 feet of the Easterly 201 feet of the North Half of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, EXCEPT the Westerly 85 feet thereof.

OWNERS:

MARTIN, Willis J. (hus)

MARTIN, Ruby M. (wf)

Parcel 92E-20-168

The North 200 feet of the West 330 feet of the Southeast Quarter of the Northeast Quarter of the Northeast Quarter of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

CHRISMAN, Doris Guffo (m/w)

-91-

1718

134

## TEMECULA CREEK WATERSHED

Parcel 92E-20-169

The Northerly 200 feet of the West 330 feet of the Southeast Quarter
of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section
Twenty (20), Township Nine (9) South, Range Two (2) East, San
Bernardino Base and Meridian, County of San Diego, State of California,
EXCEPTING therefrom that portion thereof described as follows:
BEGINNING at the Northeast corner of above described parcel; thence
Southerly along the Easterly line 100 feet; thence Westerly 120 feet;
thence Northerly 100 feet to Northerly line of said parcel; thence
Easterly along the Northerly line 120 feet to the point of beginning.

OWNER:

    HUNTER, Kenneth A. (hus)

    HUNTER, Elaine M. (wf)

Parcel 92E-20-170

The Southeast Quarter of Lot One (1) (Northeast Quarter of Northeast
Quarter) of Section Twenty (20), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, County of San Diego, State
of California, EXCEPTING therefrom that portion thereof described as
follows:  BEGINNING at the Southeast corner of Lot One (1); thence
North along the East line thereof 200 feet; thence West parallel with
the South line 330 feet; thence South, parallel with the East line
100 feet to the South line of said Lot One (1); thence East along the
South line 330 feet to point of beginning.  ALSO EXCEPT the Northerly
200 feet of the Westerly 330 feet of the Southeast Quarter of said
Lot One (1).

OWNER:

    MARTIN, D. L. (un/m)

Parcel 92E-20-171

That portion of the Southeast Quarter of Lot One (1) (Northeast Quarter
of the Northeast Quarter) of Section Twenty (20), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian, County

135

1719

TEMECULA CREEK WATERSHED

Parcel 92E-20-175

The Southeast Quarter of the Northwest Quarter of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

GRAMMER, Martin (assessed to)

Parcel 92E-20-176

The Northeast Quarter of the Southwest Quarter, the Northwest Quarter of the Southeast Quarter, and the Southwest Quarter of the Northeast Quarter of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

LE VOIR, Clive E.

MACRES, Harry

Parcel 92E-20-177

The East Half of the Southeast Quarter (Lots Nine (9) and Sixteen (16) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

CASSIN, Sadie G. (widow)

Parcel 92E-29-178

That portion of the Southeast Quarter of the Northwest Quarter (Lot 6) of Section Twenty-nine (29), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, described as follows:  The North 930 feet of the West 930 feet of Lot Six (6).

OWNER:

GRAMMER, John Fred

137

1721

## TEMECULA CREEK WATERSHED

Parcel 82E-9-179:

The North Half of the Southeast Quarter; and, the Southeast
Quarter of the Southeast Quarter of Section Nine (9), Township
Eight (8) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

MERSLEY, Paul A.

Parcel  82E-16-180:

The South Half of the Southeast Quarter; the Northwest Quarter
of the Southeast Quarter; and, the Southwest Quarter of the
Northeast Quarter of Section Sixteen (16), Township Eight (8)
South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

TOWER, Rex J. (hus)

TOWER, Mabel L. (wife)

Parcel 82E-14, 15, 21, 22, 23, 28 - 181:

The West Half of the Southwest Quarter of Section Fourteen (14),
Township Eight (8) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.
The East Half of the Southwest Quarter; the Southwest Quarter
of the Southwest Quarter; and, the Southeast Quarter of Section
Fifteen (15), said Township and Range. The Southeast Quarter of
the Southeast Quarter; the Southeast Quarter of the Northeast
Quarter; and, the Northeast Quarter of the Southeast Quarter of
Section Twenty-one (21), said Township and Range. The Northeast
Quarter; the East Half of the Northwest Quarter; the Southwest
Quarter; the Southwest Quarter of the Northwest Quarter; and,
the West Half of the Southeast Quarter of Section Twenty-two,
said Township and Range. The Northwest Quarter of the Northwest

-95-

138                                    1722

## TEMECULA CREEK WATERSHED

Parcel 92E-21-186 Cont'd:

of San Diego, State of California.

OWNERS:

HEYDENREICH, E. H. (hus)

HEYDENREICH, Daisy M. (wife)

141                                                      1725

TEMECULA CREEK WATERSHED

Parcel 82E-14, 15, 21, 22, 23, 28 - 181 Cont'd:

Quarter of Section Twenty-three (23), said Township and Range.

The Northeast Quarter; and, the South Half of the Northwest

Quarter of Section Twenty-eight (28), said Township and Range.

OWNERS:

TONER, Rex J. (hus)

TONER, Mabel L. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr. & Ben)

Parcel 82E-26, 27, 33, 34, 35, 36 - 182:

The Northwest Quarter; the Southeast Quarter; the North Half

of the Southwest Quarter; and, the West Half of the Northeast

Quarter of Section Twenty-six (26), Township Eight (8) South,

Range Two (2) East, San Bernardino Base and Meridian, in the

County of Riverside, State of California.  The Southeast Quarter

of Section Twenty-seven (27), said Township and Range.  The

Northeast Quarter of Section Thirty-three (33), said Township

and Range.  The Southeast Quarter of the Northeast Quarter;

the West Half of the Northeast Quarter; and, the Northwest Quarter

of Section Thirty-four (34), said Township and Range.  The East

Half of the Northeast Quarter of Section Thirty-five (35), said

Township and Range.  The Southwest Quarter of the Northwest

Quarter of Section Thirty-six (36), said Township and Range.

OWNERS:

OVIATT, James (sep prop)

Parcel 9CB-16-183:

Lots One (1) through Five (5), also Seven (7) through Ten (10)

and Lot 16 (being the Northeast Quarter, the North Half of the

Northwest Quarter; the Southwest Quarter of the Northwest Quarter;

the North Half of the Southeast Quarter; and, the Southeast Quarter

1723

139

TEMECULA CREEK WATERSHED

~~Parcel 92E-16-183 Cont'd:~~

Quarter of the Southeast Quarter of Section Sixteen (16), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 92E-21, 22 - 184:

The South Half of Lot One (1), (Northeast Quarter of the Northeast Quarter); Lot Two (2), (Northwest Quarter of the Northeast Quarter); the North Half of Lot Seven (7), (Southwest Quarter of the Northeast Quarter); and, Lot Eight (8), (Southeast Quarter of the Northeast Quarter) of Section Twenty-one (21), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.  Also, Lot Five (5),(the Southwest Quarter of the Northwest Quarter) of Section Twenty-two (22), said Township and Range.

OWNERS:

BERGMAN, Annie E. (widow)

Parcel 92E-21-185:

Lot Three (the Northeast Quarter of the Northwest Quarter) of Section Twenty-one (21), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

CUMMINS, Meta Lee (no status)
HARMER, Edith Sarah (no status)

Parcel 92E-21-186:

Lot Five (5), (The Southwest Quarter of the Northwest Quarter) of Section Twenty-one (21), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County

-97-

140                              1724

## TEMECULA CREEK WATERSHED

### Parcel 187 Not Used.

~~Parcel 92E-21-188:~~

The North Half of Lot Eleven (11), (Northeast Quarter of the South-west Quarter:, of Section Twenty-one (21), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

PURSCHE, Roy C. (s/m)

### Parcel 92E-21-189:

The South Half of Lot Eleven (11), (Northeast Quarter of the South-west Quarter); and, all of Lot Fourteen (14), (Southeast Quarter of the Southwest Quarter), of Section Twenty-one (21), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

LINDENBERG, Fred (m/m)(sep prop)

### Parcel 92E-21-190:

Lot Twelve (12), (Northwest Quarter of the Southwest Quarter) of Section Twenty-one (21), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

PURSCHE, Carl P.

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

~~VEAZEY, Dorothy G. (TDBen)~~

### Parcel 191 Not Used

-99-

1726

## TEMECULA CREEK WATERSHED

Parcel 92B-21, 22, 27, 191

Lots Fifteen (15) and Sixteen (16),(South Half of the Southeast
Quarter), of Section Twenty-one (21), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California. Also, Lot Thirteen (13), (South-
west Quarter of the Southwest Quarter), of Section Twenty-two (22),
said Township and Range. Also, Lot Four (4),(Northwest Quarter of
the Northwest Quarter, of Section Twenty-seven (27), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and Meridian.

OWNERS:

SNAVELY, Charles H., Jr., (hus)

SNAVELY, Marjorie A. (wife)

Parcel 92B-28-193

Lot Two (2) (Northwest Quarter of the Northeast Quarter) of Section
Twenty-eight (28), Township Nine (9) South, Range Two (2) East, San
Bernardino Base and Meridian, County of San Diego, State of California,

OWNERS:

UNITED STATES OF AMERICA

FOSTER, George N. (Undet int)

HELVEY, K. F. (Undet int)

RANCH DEVELOPMENT CORPORATION (Undet int)

TAYLOR, William Morris (undet int)

-100-

## TEMECULA CREEK WATERSHED

Parcel 92B-07, 08 - 194:

Lot Five (5), (Southwest Quarter of the Northwest Quarter) of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California. Also, Lots One (1), Seven (7) and Eight (8), (being the South Half of the Northeast Quarter and the Northeast Quarter of the Northeast Quarter), of Section Twenty-eight (28), said Township and Range.

OWNERS:

MILLER, John J. G.

Parcel 82E-13, 22, 23, 24 - 195:

The North Half, and the Southeast Quarter of Section Thirteen (13), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, the Northeast Quarter of the Southeast Quarter of Section Twenty-two (22), said Township and Range. Also, the Northeast Quarter; the Northeast Quarter of the Northwest Quarter; the South Half of the Northwest Quarter; the North Half of the Southwest Quarter; and, the North Half of the Southeast Quarter of Section Twenty-three (23), said Township and Range. Also, the North Half; the North Half of the Southwest Quarter; and, the Northwest Quarter of the Southeast Quarter of Section Twenty-four (24), said Township and Range.

OWNERS:

TULE VALLEY LAND & CATTLE COMPANY, a limited partnership

Parcel 196 Not Used

Parcel 92E-10, 15 - 197:

Lot Nine (9), (Northeast Quarter of the Southeast Quarter); and, the West Half of Lot Sixteen (16), (Southeast Quarter of the Southeast Quarter), of Section Ten (10), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San

144

1728

TEMECULA CREEK WATERSHED

Parcel 92E-10, 15 - 197 Cont'd.

Diego, State of California.  Also, Lots One (1) and Two (2), (the North Half of the Northeast Quarter), of Section Fifteen (15), said Township and Range.

OWNERS:

STURTEVANT, C. A. (hus)
STURTEVANT, Doris A. (wife)

Parcel 92E-22,23 - 198:

Lot Eight (8), (Southeast Quarter of the Northeast Quarter); and, the North Half of the Southwest Quarter of the Northeast Quarter of Section Twenty-two (22), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.  Also, Lot Five (5), (Southwest Quarter of the Northwest Quarter), of Section Twenty-three (23), said Township and Range.

OWNERS:

TAYLOR, Howard Roy (hus)
TAYLOR, Charlotte C. (wife)

Parcel 92E-22, 23, 26, 27 - 199:

Lot Sixteen (16), (Southeast Quarter of the Southeast Quarter) of Section Twenty-two (22), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California;  Also, Lot Thirteen (13), (Southwest Quarter of the Southwest Quarter), of Section Twenty-three (23), said Township and Range;  Also, Lot Four (4), (Northwest Quarter of the Northwest Quarter), of Section Twenty-six (26), said Township and Range.  Also, the East Half, and the Northerly 380 feet of the West Half of Lot One (1), (Northeast Quarter of the Northeast Quarter) of Section Twenty-seven (27), said Township and Range.

-102-

1729

145

# TEMECULA CREEK WATERSHED

Parcel 92E-22, 23, 26, 27 - 199 Cont'd:

OWNERS:

STOKES, Frederick E. (hus)

STOKES, Helen D. (wife)

Parcel 92E-22, 27 - 200:

The Southwest Quarter of Lot Fourteen (14), (Southeast Quarter of
the Southwest Quarter) of Section Twenty-two (22), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California. Also, Lot Three
(3), (Northeast Quarter of the Northwest Quarter), Lot Six (6),
(Southeast Quarter of the Northwest Quarter), Lot Seven (7), (South-
west Quarter of the Northeast Quarter), and the West Half of Lot Two
(2), (Northwest Quarter of the Northeast Quarter) of Section Twenty-
seven (27), said Township and Range.

OWNERS:

HEARD, Jim (hus)

HEARD, Nettie Lou (wife)

Parcel 92E-27-201:

The West Half of Lot One (1), (Northeast Quarter of the Northeast
Quarter) of Section Twenty-seven (27), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California, EXCEPT the Northerly 380 feet
thereof.

OWNERS:

BARDWELL, Roy E. (hus)

BARDWELL, Pearl E. (wife)

146

1730

TEMECULA CREEK WATERSHED

Parcel 92E-27-202:

Lot Twelve (12), (Northwest Quarter of the Southwest Quarter), of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

HALL, Rexford L.

HALL, Julian E.

SEARS, Marion E.

ALMON, Valeria W.

ROETHER, Marjorie E.

HALL, Grant W.

ROETHER, Iola F.

FANCHER, Nellie G.

Parcel 92E-27-203:

Lots Eleven (11), Thirteen (13) and Fourteen (14), (being the South Half of the Southwest Quarter, and the Northeast Quarter of the Southwest Quarter) of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

DUBKER, Hildegard B.

Parcel 92E-27-204:

All that portion of Lot Ten (10), (Northwest Quarter of the Southeast Quarter), of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  Beginning at a point in the North line of said Lot Ten (10), distant thereon 100 feet West

-104-

1731

## TEMECULA CREEK WATERSHED

Parcel 92E-27-207 (cont'd)

that portion of the West Half of Lot Nine (9) lying East of a
straight line beginning at a point in the Southerly line of
Lot Nine (9), 425 feet Easterly from the Southwest Corner and
terminating in the Northeasterly Corner of the South Half of
Lot Ten (10), EXCEPT  All that portion of Lot Ten (10) described
as follows:  Beginning at a point in the North line of Lot Ten
(10) distant 40 feet West from the Northeast Corner thereof, and
continuing West along said North line 60 feet;  thence South,
parallel with the East line of said Lot Ten (10), 375 feet;  thence
East, parallel with the North line 60 feet; thence North, parallel
with the East line 375 feet to point of beginning.

OWNERS:

> MORRISSEY, Perry C. (hus)
> MORRISSEY, Arta L. (wife)
> CONTINENTAL AUXILIARY COMPANY (TITr)
> BANK OF AMERICA (TDEen)
> ANDERSON, Carl W. (hus)(TDEen)
> ANDERSON, Marjorie R. (wife)(TDEen)

Parcel 92E-26, 27 - 208:

Lot Thirteen (13), (Southwest Quarter of the Southwest Quarter), of
Section Twenty-six (26), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of San Diego, State
of California.  Also, Lot Sixteen (Southeast Quarter of the Southeast
Quarter), the East Half of Lot Nine (Northeast Quarter of the South-
east Quarter), and, the East Half of Lot Eighteen (South Half of the
Southeast Quarter of the Northeast Quarter), of Section Twenty-seven
(27), said Township and Range.

-107-

150

TEMECULA CREEK WATERSHED

Parcel 92E-27-204 Cont'd:

from the Northeast Corner of said lot; thence South, parallel with
the East line of said lot, 715 feet, more or less, to a point in
the South line of the North Half of said Lot Ten (10); thence
West along said South line 1220 feet, more or less, to a point
in the West line of said Lot Ten (10); thence North along the
West line of said lot 715 feet, more or less, to the Northwest
Corner of said Lot Ten (10); thence East along the North line
1220 feet, more or less, to point of beginning. Also, the South
Half of Lot Ten (10) and Lot Nine (9) (Northeast Quarter of the
Southeast Quarter) of Section Twenty-seven (27), said Township and
Range, lying Southwesterly of a straight line beginning at a
point in the Southerly line of Lot Nine (9), 425 feet Easterly
from the Southwest Corner of Lot Nine (9) and terminating in the
Northeasterly Corner of the South Half of Lot Ten (10).

OWNERS:

        BOTTORFF, Deane A. (hus)

        BOTTORFF, May (wife)

Parcel 92E-27, 34, 35 - 205:

Lot Fifteen (15), (Southwest Quarter of the Southeast Quarter), of
Section Twenty-seven (27), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San Diego,
State of California. Also, the Southeast Quarter; the Southeast
Quarter of the Northeast Quarter; the East Half of the Southwest
Quarter of the Northeast Quarter; Lot One (1), (Northeast Quarter
of the Northeast Quarter); and, the Northwest Quarter of the North-
east Quarter of Section Thirty-four (34), said Township and Range.
Also, the Southwest Quarter of the Northwest Quarter of Section
Thirty-five (35), said Township and Range.

1732

148

TEMECULA CREEK WATERSHED

Parcel 92E-24, 34, 35 - 205 Cont'd:

OWNERS:

GRAMMER, Martin J. (hus)

GRAMMER, Emilie J. (wife)

GRAMMER, Joseph Ernest

Parcel 92E-27 - 206:

All that portion of Lot Ten (10), (Northwest Quarter of the South-
east Quarter) of Section Twenty-seven (27), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California, described as follows:  Beginning
at a point in the North line of Lot Ten (10) distant 40 feet West
from the Northeast Corner thereof, and continuing West along said
North line 60 feet;  thence South, parallel with the East line of
said Lot Ten (10), 375 feet;  thence East, parallel with the North
line 60 feet;  thence North, parallel with the East line 375 feet
to point of beginning.  An area of 22,500 square feet.

OWNERS:

BOTTORFF, Deane A. (hus)

BOTTORFF, May (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

ANDERSON, Carl V. (hus)(TDTr&Ben)

ANDERSON, Marjorie R. (wife)(TDTr&Ben)

Parcel 92E-27-207:

All those portions of Lot Ten (10), (Northwest Quarter of the South-
east Quarter), and Lot Nine (9), (Northeast Quarter of the Southeast
Quarter) of Section Twenty-seven (27), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, described as
follows:  The East 100 feet of the North 715 feet of Lot Ten, and

-106-

1733

149

TEMECULA CREEK WATERSHED

Parcel 92E-26-27-208 Cont'd:

OWNERS:

LUSH, Harry R. (hus)

LUSH, Charlotte B. (wife)

Parcel 92E-27-209:

The Northwesterly Six (6) Acres of the West Half of Lot Eighteen
(18),(South Half of the Southeast Quarter of the Northeast Quarter),
of Section Twenty-seven (27), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

DAHL, Romel T.

DAHL, Caroline

Parcel 92E-27-210:

The West Half of Lot Eighteen (18), (South Half of the Southeast
Quarter of the Northeast Quarter) of Section Twenty-seven (27),
Township Nine (9) South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California,
EXCEPT the Northwesterly six (6) acres thereof, and EXCEPT that
portion described as follows:  Beginning at the Southeast Corner
of the West Half of Lot Eighteen (18);  thence Northerly 375 feet;
thence Southwesterly 770 feet to the Southwest Corner of Lot
Eighteen (18);  thence Easterly 675 feet to the point of beginning.

OWNERS:

MORRISSEY, Perry C. (hus)

MORRISSEY, Arta L. (wife)

Parcel 92E-27-211:

Approximately three (3) acres in the Southwest portion of Lot
Eighteen (18),(South Half of the Southeast Quarter of the North-
east Quarter) of Section Twenty-seven (27), Township Nine (9)

1735

151

TEMECULA CREEK WATERSHED

Parcel 82E-27-211 Cont'd:

South, Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:
Beginning 675 feet West from the Southeast Corner of Lot Eighteen
(18);  thence 375 feet Northerly;  thence 770 feet Southwesterly
to the Southwest Corner of Lot Eighteen (18);  thence 675 feet
Easterly to the point of beginning.

OWNERS:

EDEN, Joseph E. (hus)

EDEN, Josephine E. (wife)

Parcel 82E-14-212:

The Southwest Quarter of the Northwest Quarter of Section Fourteen
(14), Township Eight (8) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

HIBBARD, Royal (hus)

HIBBARD, Judy (wife)

Parcel 82E-14-213:

The Northeast Quarter; and, the East Half of the Northwest Quarter
of Section Fourteen (14), Township Eight (8) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

SIMONDS, Helen Brandt

Parcel 82E-14-214:

The East Half of the Southwest Quarter; and, the West Half of the
West Half of the Southeast Quarter of Section Fourteen (14), Town-
ship Eight (8) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

1736

152

TEMECULA CREEK WATERSHED

Parcel 82E-14-214 Cont'd:

OWNERS:

SAWYER, Louis

SAWYER, Jean

SAWYER, Rebecca B.

Parcel 82E-13-215:

The Southwest Quarter of Section Thirteen (13), Township Eight (8)
South, Range Two (2) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also, the East Half of the
West Half of the Southeast Quarter, and the East Half of the Southeast
Quarter of Section Fourteen (14), said Township and Range.

OWNERS:

HAYES, Nelle B.

Parcel 92E-23, 24, 26 - 216:

The Southeast Quarter, and the Northeast Quarter of the Southwest
Quarter of Section Twenty-three (23), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California. Also, the Northeast Quarter of the
Northwest Quarter; the Southwest Quarter of the Northwest Quarter;
and, the West Half of the Southwest Quarter of Section Twenty-four
(24), said Township and Range. Also, the Northwest Quarter of the
Northeast Quarter of Section Twenty-six (26), said Township and
Range.

OWNERS:

VEAZEY, Dorothy G.

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

MINER, Laura K. (TDBen)

-110-

153

## TEMECULA CREEK WATERSHED

Parcel 92E-23, 26, - 217

Lot Fourteen (14) (Southeast Quarter of the Southwest Quarter) of Section

Twenty-three (23); and the Northeast Quarter of the Northwest Quarter of

Section Twenty-Six (26), Township Nine (9) South, Range Two (2) East,

San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

HURFF, Francis H.

-111-

1738

154

TEMECULA CREEK WATERSHED

Parcel 92E-26-222 Cont'd:

East, San Bernardino Base and Meridian, County of San Diego, State of
California, EXCEPTING therefrom the Westerly 508.45 feet thereof.

OWNERS:

BUZARD, Ralph D. (hus)

BUZARD, Frances C. (wf)

SOUTHERN TITLE & TRUST COMPANY (now SECURITY TITLE INSURANCE
COMPANY) (TDTr)

GRAMMER, Martin J. (hus)(TDBen)

GRAMMER, Emilie J. (wf)(TDBen)

Parcel 92E-26-223

The West 508.45 feet of Lot Five (5) (Southwest Quarter of the Northwest
Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, County of San Diego, State
of California, EXCEPT the South 1050 feet thereof.

OWNERS:

JANDA, Golda (widow)

JANDA, Earl (s/m)

Parcel 92E-26-224

All that portion of Lot Five (5) (Southwest Quarter of the Northwest
Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, County of San Diego, State of
California described as follows:  BEGINNING at the Southwest corner of
said Lot Five (5); thence North 88°05'20" East along the Southerly
boundary line of said Lot Five (5) a distance of 248.91 feet to a point;
thence North 1°25' West, parallel with the Westerly boundary of said
Lot Five (5) a distance of 1050 feet to a point; thence South 88°05'20"
West, parallel with the Southerly boundary of said lot a distance of
248.91 feet to a point on said Westerly boundary of said Lot Five (5);
thence South 1°25' East along said Westerly boundary 1050 feet to the
point of beginning.

-114-

157

1741

## TEMECULA CREEK WATERSHED

**Parcel 92E-26-218:**

Lots One (1), Seven (7), Eight (8), and Ten (10), (being the North-
east Quarter of the Northeast Quarter; the South Half of the North-
east Quarter; and, the Northwest Quarter of the Southeast Quarter),
of Section Twenty-six (26), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

VEAZEY, Dorothy (now Dorothy Veazey Coon)

**Parcel 92E-26-219:**

That portion of Lot Six (6), (Southeast Quarter of the Northwest
Quarter) of Section Twenty-six (26), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, lying Easterly of
the center line of right of way for Highway 78, EXCEPTING therefrom
that portion described as follows: Beginning at a point in the
East line of said Lot Six (6) that is North 1°18' West 275 feet from
the Southeast Corner of said Lot Six (6), being the true point of
beginning; thence South 1°18' East along said East line 275 feet
to said Southeast Corner; thence South 88°46' West along the South
line of said Lot 6,757.04 feet to center line of right of way of
State Highway No. 78; thence North 16°20' West along said center
line 284.84 feet, more or less, to a point on said center line
which bears South 88°46' West 830.92 feet from point of beginning;
thence North 88°46' East 830.92 feet to point of beginning.

OWNERS:

O'GORMAN, C. J. (un/m)

**Parcel 92E-26-220:**

That portion of Lot Six (6), (Southeast Quarter of the Northeast
Quarter) of Section Twenty-six (26), Township Nine (9) South, Range

1739

155

TEMECULA CREEK WATERSHED

Parcel 92E-26-220 Cont'd:

Two (2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California, described as follows:  Beginning
at a point on the East line of said Lot Six (6) that is North
1°18' West 275 feet from the Southeast Corner of said Lot Six (6);
thence South 1°18" East along said East line 275 feet to said
Southeast Corner;  thence South 88°46' West along the South line
of said Lot Six (6), 757.04 feet to the center line of right of
way of State Highway No. 78;  thence North 16°20' West along
said center line 284.84 feet, more or less, to a point on said
center line which bears South 88°46' West 830.92 feet from point
of beginning;  thence North 88°46' East 830.92 feet to the point
of beginning.

OWNERS:

NILAND, Viola A. (widow)

Parcel 92E-26-221:

Lot Six (6), (Southeast Quarter of the Northwest Quarter) of Sec-
tion Twenty-six (26), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California, EXCEPT that portion of said Lot
Six (6) lying Easterly of the center line of right of way for
Highway No. 78.

OWNERS:

GRAMMER, Martin (hus)
GRAMMER, Emilie J. (wife)
GRAMMER, James R. (s/m)

Parcel 92E-26-222:

Lot Five (5), (Southwest Quarter of the Northwest Quarter), of
Section Twenty-six (26), Township Nine (9) South, Range Two (2)

-113-

156

1740

TEMECULA CREEK WATERSHED

Parcel 92E-26-224 contd.

OWNERS:

BLAKE, Ernest J. (hus)

BLAKE, Beatrice (wf)

BANK OF AMERICA (TDTr)

SCRANTON, Harold C. (m/m)(TDBen)

Parcel 92E-26-225

All that portion of Lot Five (5) (Southwest Quarter of the Northwest Quarter)
of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, County of San Diego, State of California,
described as follows: BEGINNING at the Southwest corner of said Lot Five
(5); thence North 88°05'20" East along the Southerly boundary of said Lot
Five (5) a distance of 508.45 feet to a point; thence North 1°25' West,
parallel with the Westerly boundary of said Lot Five (5) a distance of 1050
feet to a point; thence South 88°05'20" West parallel with the Southerly
boundary of said Lot Five (5) a distance of 508.45 feet to a point on the
Westerly boundary of said Lot Five (5); thence South 1°25' East along said
Westerly boundary 1050 feet to the point of beginning. EXCEPTING therefrom
the Westerly 248.91 feet thereof.

OWNERS:

SILVERIA, Herman H. (hus)

SILVERIA, Margaret A. (wf)

Parcel 92E-26-226

The West Eighteen (18) acres of Lot Twelve (12) (Northwest Quarter of the
Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, County of San Diego,
State of California.

OWNERS:

CHAPMAN, George M. (hus)

CHAPMAN, Madson D. (wf)

158

12742

TEMECULA CREEK WATERSHED

Parcel 92E-26-227

Lot Twelve (12) (Northwest Quarter of the Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, EXCEPT the West eighteen (18) acres thereof.

OWNER:

PRESTWICH, L. I. (un/m)

Parcel 92E-26-228

Lot Eleven (11) (Northeast Quarter of the Southwest Quarter); and the North 165 feet of Lot Fourteen (14) (Southeast Quarter of the Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, EXCEPT the South 165 feet of the North 660 feet of said Lot Eleven (11).

OWNERS:

WARD, Blaine (hus)
WARD, Lenore Claire (wf)
SECURITY TITLE INSURANCE COMPANY (TDTr)
CAMPBELL, Raymond W. (hus) (TDBen)
CAMPBELL, Margaret F. (wf)(TDBen)

Parcel 92E-26-229

The South 165 feet of the North 660 feet of Lot Eleven (11) (Northeast Quarter of the Southwest Quarter), the North Quarter of the South Half, the South Quarter, and the South Half of the North Half of the South Half of Lot Fourteen (14) (Southeast Quarter of the Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

HEYDENREICH, Ernest H. (hus)
HEYDENREICH, Daisy M. (wf)

159

1743

TEMECULA CREEK WATERSHED

Parcel 92E-26-230

The North Half of Lot Fourteen (14) (Southeast Quarter of the Southwest
Quarter ) of Section Twenty-six (26), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, County of San Diego, State
of California, EXCEPT the North ten (10) rods thereof, and EXCEPT the
South ten (10) rods thereof.

OWNERS:

      MORTON, James E. (hus)

      MORTON, Jessie P. (wf)

Parcel 92E-26-231

The South ten (10) rods of the North Half of Lot Fourteen (14) (South-
east Quarter of the Southwest Quarter) of Section Twenty-six (26), Town-
ship Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian,
County of San Diego, State of California.

OWNERS:

      DARBY, Walter P. (hus)

      DARBY, Virginia (wf)

Parcel 92E-35-232

Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16) (Southeast Quarter)
of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, County of San Diego, State of California,
EXCEPT the Northeast Quarter of said Lot Ten (10).

OWNERS:

      HOLCOMB, William Frederick (no status)

      HARTLEY, Paul J., Jr. (hus)

      HARTLEY, Charlotte M. (wf)

      HARTLEY, William R. (hus)

      HARTLEY, Joan M. (wf)

      HARTLEY, Kenneth H. (hus)

      HARTLEY, Evelyn B. (wf)

1744

160

TEMECULA CREEK WATERSHED

Parcel 92E-35-234 Cont'd

OWNERS:

HAMILTON, Willard C. (hus)

HAMILTON, Edith V. (wf)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

MARLOW, Helen (m/w)(TDBen)

Parcel 92E-35-235

The Northeast Quarter of Lot Ten (10) (Northwest Quarter of the South-east Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

VON GUNDEN, Robert L. (hus)

VON GUNDEN, Edith M. (wf)

SAN DIEGO PRODUCTION CREDIT ASSOCIATION (TDTr&Ben)

Parcel 92E-35-236

The Southwest Quarter of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

GRAMMER, John Fred

Parcel 92E-35-237

Lots Three (3) and Four (4) (North Half of the Northwest Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

KEMPF, Joe (hus)

KEMPF, Elizabeth (wf)

SPECKERT, S. (hus)

SPECKERT, Hilde (wf)

1747

163

TEMECULA CREEK WATERSHED

Parcel 92E-35-232 Cont'd:

      HARTLEY, Donald J. (hus)

      HARTLEY, Lois K. (wf)

      BONE, John Holsomb (hus)

      BONE, Peggy Sue (wf)

      WILKINSON, Harry R. (hus)

      WILKINSON, Barbara Lucile (wf)

Parcel 92E-35-233

The Northeast Quarter of Section Thirty-five (35), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, County of San Diego,
State of California, EXCEPT - Beginning at the Northeast corner of Section
Thirty-five (35); thence West along the North line of said section 580 feet;
thence Southerly to the most Northerly corner of Lot Six (6) of Summit
Park Tract; thence Southeasterly along the Northerly line of said tract
to the most Easterly corner of said tract; thence North 36°31' East 158
feet; thence South 53°29' East 100 feet; thence South 36°31' West 450 feet
to the center line of Highway 78; thence along center line of Highway 78,
199.45 feet; thence North 38°24' East 234.10 feet; thence South 80°57'11"
East 358.37 feet to the East line of said Section Thirty-five (35); thence
North along the East line of said section to the point of beginning. ALSO
EXCEPT all of that portion of Lot Eight (8) (Southeast Quarter of the North-
east Quarter) of Section Thirty-five (35), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Southeast corner of Lot Eight (8); thence South 88°20'
West 406.27 feet; thence North 46°56' West 100 feet; thence North 38°24'
East 204 feet; thence South 80°57'11" East 358.37 feet to the East line of
Lot Eight (8), 160 feet Northerly from point beginning; thence Southerly
160 feet to point of beginning. ALSO EXCEPT - BEGINNING at the Southeast
corner of the Northeast Quarter; thence South 88°20' West 448.50 feet; thence
North 47°02' West 204.55 feet; thence North 53°29' West 62.18 feet to true
point of beginning. Thence North 53°29' West 100 feet; thence North 36°31'
East 450 feet; thence South 53°29' East 100 feet; thence South 36°31' West

-118-

1745

161

## TEMECULA CREEK WATERSHED

450 feet to true point of beginning.  ALSO EXCEPT all that portion of Lot
Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Thirty-
Five (35), Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, described as follows:  BEGINNING at a point on the
center line of State Highway 78, which is 865 feet Northwesterly along
the center line of highway from the South line of said Northeast Quarter;
thence Westerly along the center line of said highway 200 feet; thence
Southwesterly 730 feet, more or less, to a point in the Southerly line
of said Northeast Quarter which is South 88°20' West 1770 feet from the
Southeast corner of said Northeast Quarter of said Section Thirty-five
(35); thence North 88°20' East 420 feet along the South line of said
Northeast Quarter; thence Northerly 556 feet, more or less, to the point
of beginning.

OWNER:

     O'GORMAN, C. J. (un/m)

## Parcel 92E-35-234

All that portion of Section Thirty-five (35), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Northeast corner of Section Thirty-five (35); thence West
along the North line of said Section 580 feet; thence Southerly to the
most Northerly corner of Lot Six (6) of Summit Park Tract; thence South-
easterly along the Northerly line of said tract to the most Easterly corner
of said tract; thence North 36°31' East 158 feet; thence South 53°29' East
100 feet; thence South 36°31' West 450 feet to the center line of Highway
78; thence along center line of Highway 78, 199.45 feet; thence North
38°24' East 234.10 feet; thence South 80°57'11" East 358.37 feet to the
East line of said Section Thirty-five (35); thence North along the East
line of said section to the point of beginning.

1746

## TEMECULA CREEK WATERSHED

Parcel 92E-35-237 Cont'd

    BANK OF AMERICA (TDTr)

    MALZACHER, Richard (TDBen)

Parcel 92E-35-238

Lot Six (6) (Southeast Quarter of the Northwest Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

    ALFORD, Gary Stanley (s/m)

Parcel 92E-35-239

All that portion of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, described as follows:  BEGINNING at the Southeast corner of Lot Eight (8); thence South 88°20' West 406.27 feet; thence North 46°56' West 100 feet; thence North 38°24' East 204 feet; thence South 80°57'11" East 358.37 feet to East line of Lot Eight (8), 160 feet Northerly from point of beginning; thence Southerly 160 feet to point of beginning.

OWNERS:

    HERRIMAN, Vanzo L. (un/m)

    HERRIMAN, Carl H. (hus)

    HERRIMAN, Helen (wf)

Parcel 92E-35-240

All that portion of the Northeast Quarter of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, described as follows: BEGINNING at the Southeast corner of the Northeast Quarter; thence South 85°20' West 448.50 feet; thence North 47°02' West 204.55 feet; thence North 53°29' West 62.18 feet to true point of beginning.  Thence North 53°29' West 100 feet; thence North 36°31' East 450 feet; thence South 53°29' East 100 feet; thence South 36°31' West 450 feet to true point of beginning.

OWNERS:

    JOHNSON, Fred W. (hus)

    JOHNSON, Gladys E. (wf)

1748

-121-

164

TEMECULA CREEK WATERSHED

Parcel 92E-3-241

All that portion of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, described as follows: BEGINNING at a point on the center line of State Highway 78, which is 865 feet Northwesterly along the center line of highway from the South line of said Northeast Quarter; thence Westerly along the center line of said highway 200 feet; thence Southwesterly 730 feet, more or less, to a point in the Southerly line of said Northeast Quarter which is South 88°20' West 1770 feet from the Southeast corner of said Northeast Quarter of said Section Thirty-five (35); thence North 88°20' East 420 feet along the South line of said Northeast Quarter; thence Northerly 556 feet, more or less, to the point of beginning.

OWNERS:

     JACKSON, Howard T. (hus)

     JACKSON, Mary Agnes (wf)

Parcel 92E-2-, 36 - 242

Lot Fourteen (14) (Southeast Quarter of the Southwest Quarter) and Lot Fifteen (15) (Southwest Quarter of the Southeast Quarter) of Section Twenty-five (25), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California; and Lot Two (2) (Northwest Quarter of the Northeast Quarter), Lot Three (3) (Northeast Quarter of the Northwest Quarter), Lot Six (6) (Southeast Quarter of the Northwest Quarter), and Lot Seven (7) (Southwest Quarter of the Northeast Quarter) of Section Thirty-six (36), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, of said County and State.

OWNERS:

     SCHOETZOW, Ray E. (s/m)
     SCHOETZOW, Victor P. (hus)
     SCHOETZOW, Emeline (wf)

1749

165

TEMECULA CREEK WATERSHED

Parcel 92E-25-243

Lot Thirteen (13) (Southwest Quarter of the Southwest Quarter) of Section
Twenty-five (25), Township Nine (9) South, Range Two (2) East, San Ber-
nardino Base and Meridian, County of San Diego, State of California.

OWNER:

BISSETT, Ernest R. (s/m)

Parcel 92E-25-243A

Lots Nine (9) and Sixteen (16) (East Half of the Southeast Quarter) of
Section Twenty-five (25), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

OWEN ELECTRIC COMPANY, INCORPORATED

Parcel 92E-36-244

All those portions of Lot Five (5) (Southwest Quarter of the Northwest
Quarter) and Lot Twelve (12) (Northwest Quarter of the Southwest Quarter)
of Section Thirty-six (36), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, County of San Diego, State of California,
described as follows:  BEGINNING at the West quarter-section corner of
Section Thirty-six (36); thence South 84°13'25" East along the East-West
center line of said section 375.87 feet to the true point of beginning.
Thence continuing South 84°13'25" East 379.89 feet; thence South 0°12'54"
West, parallel with the Westerly boundary line of the Southwest Quarter
of Section Thirty-six (36) 749.72 feet to a point in the center line of
California State Highway No. 78; thence North 68°35'50" West along the
center line of State Highway No. 78, 198.70 feet to the beginning of a
curve concave to the Northeast having a total central angle of 13°50'30"
and a radius of 1628.73 feet; thence Northwesterly along the arc of said
curve 233.30 feet to a point on said curve; thence leaving the center
line of State Highway No. 78, North 0°12'54" East, parallel with the
said Westerly boundary of said Southwest Quarter of Section Thirty-Six (36),

1750

166

# TEMECULA CREEK WATERSHED

Parcel 92E-36-244 Cont'd:

616.90 feet to the true point of beginning.  Containing 6.25 acres, more or less.  ALSO, BEGINNING at the West quarter-section corner of Section Thirty-six (36); thence South 84°13'25" East along the East-West center line of said section 773.76 feet to true point of beginning.  Thence, continuing along said East-West center line 183.99 feet; thence South 0°12'54" West 487.74 feet; thence North 84°13'25" West 183.99 feet; thence North 0°12'54" East 487.74 feet to true point of beginning.  Containing 2.06 acres, more or less.  ALSO, BEGINNING at the West quarter-section corner of Section Thirty-six (36); thence South 84°13'25" East along the East-West center line of said section 375.87 feet to the true point of beginning.  Thence North 0°12'54" East 930 feet; thence South 84°13'25" East 581.88 feet; thence South 0°12'54" West 930 feet to a point on the East-West center line of Section Thirty-Six (36); thence North 84°13'25" West along said center line 581.88 feet to the true point of beginning. Containing 12.423 acres, more or less.

OWNERS:

DONATO, Hercules (hus)

DONATO, Jean (wf)


Parcel 8TE-18-245

The Southeast Quarter of the Southwest Quarter, and the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Eight (8) South, Range Three (3) East, San Bernardino Base and Meridian, County of Riverside, State of California

OWNERS:

COMPTON, Jack K. (hus)

COMPTON, Ruth (wf)

COMPTON, Frederick H. (hus)

COMPTON, Madaline (wf)

1751

167

## TEMECULA CREEK WATERSHED

### Parcel 83E-19-246

The East Half; and the Northwest Quarter of Section Nineteen (19),
Township Eight (8) South, Range Three (3) East, San Bernardino Base
and Meridian, County of Riverside, State of California.

OWNERS:

> BAILEY, Chalma E.
>
> BAILEY, Olin F.
>
> BAILEY, Howard F. (hus)
>
> BAILEY, Lola X. (wf)

### Parcel 83E-31-247

The West Half of the Southeast Quarter of Section Thirty-one (31),
Township Eight (8) South, Range Three (3) East, San Bernardino Base
and Meridian, County of Riverside, State of California.

OWNERS:

> OVIATT, James (sep prop)

### Parcel 93E-7-8-17-18 - 248

The East Half of the Southeast Quarter, and the Southeast Quarter of the
Northeast Quarter of Section Seven (7);  The Southwest Quarter of the
Northwest Quarter and the South Half of the Southwest Quarter of Section
Eight (8);  The Northwest Quarter of the Northwest Quarter, and the North-
west Quarter of the Southwest Quarter of Section Seventeen (17); and the
North Half of the Southeast Quarter, the East Half of the Northeast
Quarter, the Southwest Quarter of the Northeast Quarter, the Southeast
Quarter of the Northwest Quarter, and the Northeast Quarter of the South-
west Quarter of Section Eighteen (18), all in Township Nine (9) South,
Range Three (3) East, San Bernardino Base and Meridian, County of San
Diego, State of California.

OWNER:

> LAWTON, John III (s/m)

1752

168

## TEMECULA CREEK WATERSHED

Parcel 93E-17, 18, 19, 20 - 249

The South Half of the Southwest Quarter and the Northeast Quarter of the
Southwest Quarter of Section Seventeen (17), Township Nine (9) South,
Range Three (3) East, San Bernardino Base and Meridian, County of San
Diego, State of California, EXCEPT that portion lying Northerly of a
line beginning at a point on the North-South center line of said Section
Seventeen (17) distant 210 feet Southerly from the center of said Section,
said point being on the Northerly line of county road; thence South-
westerly along said Northerly line to the West line of the Northeast
Quarter of the Southwest Quarter of said Section Seventeen (17).  ALSO,
the South Half of the South Half of Section Eighteen (18); the West
fourteen (14) acres of the North Half of the Northwest Quarter of the
Northeast Quarter, and the West Five (5) acres of the Southwest Quarter
of the Northwest Quarter of the Northeast Quarter of Section Nineteen (19);
and the Northwest Quarter of the Northwest Quarter of Section Twenty (20),
Township Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian of said County and State.

OWNER:

SNYDER, Arthur A., Jr.

1753

169

TEMECULA CREEK WATERSHED

Parcel 93E-19-255 (Cont.)

OWNERS:

EPPERT, John W.

SECURITY TITLE INSURANCE COMPANY (TDTr)

FIREMANS FUND INDEMNITY COMPANY (TDBen)

Parcel 83E-17, 20 - 256

The West Half, the Southeast Quarter, and the East Half of the
Northeast Quarter of Section Seventeen (17); and the West Half of
the Northeast Quarter, the Northeast Quarter of the Southwest Quarter
and the Northwest Quarter of the Southeast Quarter of Section Twenty
(20), Township Eight (8) South, Range Three (3) East, San Bernardino
Base and Meridian, County of Riverside, State of California.

OWNERS:

BAILEY, Chalma E.

BAILEY, Olin F.

BAILEY, Howard F. (hus)

BAILEY, Lola X. (wf)

Parcel 93E-8-257

The North Half of the Northwest Quarter; the North Half of the North-
east Quarter, and the Southwest Quarter of the Northeast Quarter of
Section Eight (8), Township Nine (9) South, Range Three (3) East,
San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

OVIATT, James (Hus)

OVIATT, Mary (wf)

-129-

172

## TEMECULA CREEK WATERSHED

Parcel 93E-19-250

Lots Three (3) and Four (4), (West Half of the Southwest Quarter) of
Section Nineteen (19), Township Nine (9) South, Range Three (3) East,
San Bernardino Base and Meridian, County of San Diego, State of
California.

OWNER:

HOLCOMB, Cathryn L.

Parcel 93E-19-251

The South Half of the Northeast Quarter of Section Nineteen (19)
Township Nine (9) South, Range Three (3) East, San Bernardino Base
and Meridian, County of San Diego, State of California.

OWNERS:

BOLTZ, Chester Raymond

CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr)

HAAS, L. C. (hus)(TDBen)

HAAS, Sylvia E. (wf)(TDBen)

ROCKBURN, John A. (undetermined interest)

Parcel 93E-19-252

The South Half of the Northeast Quarter of the Northeast Quarter; the
Northwest Quarter of the Northeast Quarter of the Northeast Quarter;
and the East Six (6) acres of the North Half of the Northwest Quarter
of the Northeast Quarter of Section Nineteen (19), Township Nine (9)
South, Range Three (3) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

OWNERS:

TODD, Tom T. (s/m)

MARK, K. L. (TDTr)

KIPP, Solon S. (hus)(TDBen)

1754

170

## TEMECULA CREEK WATERSHED

Parcel 93E-19-252 (Cont.)

KIPP, Della A. (wf)(TDBen)

MARK, K. L. (hus)(TDBen)

MARK, Sylvia N. (wf)(TDBen)

Parcel 93E-19-253

The Northeast Quarter of the Northeast Quarter of the Northeast Quarter of Section Nineteen (19), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

OTIS, Charles C. (widower)

STARKE, W. E. (hus)(TDTr&Ben)

STARKE, Cecilia G. (wf)(TDTr&Ben)

Parcel 93E-19-254

The East five (5) acres of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter of Section Nineteen (19), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

KINSALL, Harry (hus)

KINSALL, Della A. (wf)

Parcel 93E-19-255

The West five (5) acres of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter, and the East five (5) acres of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter of Section Nineteen (19), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

-128-

1755

171

## TEMECULA CREEK WATERSHED

**Parcel 93E-8, 9 - 258**

The Northeast Quarter of the Southeast Quarter and the Southeast
Quarter of the Northeast Quarter of Section Eight (8); and the
Southwest Quarter of the Northwest Quarter and the Northwest
Quarter of the Southwest Quarter of Section Nine (9), Township
Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNER:

        MITCHELL, Lloyd

**Parcel 93E-8, 17 - 259**

The South Half of the Southeast Quarter, the Northwest Quarter of
the Southeast Quarter, and the North Half of the Southwest Quarter
of Section Eight (8); and the Northeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) East, San Bernardino
Base and Meridian, County of San Diego, State of California.

OWNERS:

        CUMMINS, George

        CUMMINS, Meta Lee

        HARMER, Carl A.

        HARMER, Edith Sarah

**Parcel 93E-17-260**

The Northeast Quarter of the Northwest Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) East, San Bernardino
Base and Meridian, County of San Diego, State of California.

OWNER:

        OXLEY, Laura M. (widow)

## TEMECULA CREEK WATERSHED

Parcel 93E-17-261

The Southeast Quarter of Section Seventeen (17), Township Nine (9)
South, Range Three (3) East, San Bernardino Base and Meridian,
County of San Diego, State of California

OWNER:

WALKER, John A. L. (s/m)

Parcel 93E-17-262

The South Half of the Northwest Quarter of Section Seventeen (17),
Township Nine (9) South, Range Three (3) East, San Bernardino Base
and Meridian, County of San Diego, State of California, EXCEPTING
the Easterly 570 feet of the Northerly 175 feet thereof; and EXCEPTING
the Easterly 220 feet Southerly of the North 550 feet; and EXCEPTING
the Westerly 400 feet of the Easterly 640 feet of the Southerly 400
feet thereof; and EXCEPTING the Westerly 20 feet of the Easterly 240
feet lying Northerly of the North line of the County road in the North-
east Quarter of the Southwest Quarter of said section. ALSO, BEGINNING
at the Northeast Corner of the Northeast Quarter of the Southwest Quarter
of said Section Seventeen (17); thence South 210 feet to Northerly line
of County Highway; thence in a Southwesterly direction along the Northerly
line of the Highway to a point 220 feet distant from the East line of the
Southwest Quarter; thence North to a point in the Northerly line of said
Southwest Quarter 220 feet West of Point of Beginning; thence East 220 feet
to Point of Beginning.

OWNERS:

MARTIN, D. L. (s/m)

BROADWAY STATE BANK (TDTr)

KNOX, H. G. (TDBen)

Parcel 93E-17-263

All that portion of the Northeast Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) East, San Bernardino

-131-

174

TEMECULA CREEK WATERSHED

Parcel 93E-17-263 Cont'd

Base and Meridian, County of San Diego, State of California, described
as follows:  BEGINNING at the Northwest corner of the Northeast Quarter
of the Southwest Quarter of Section Seventeen (17); thence South along
the West line of the Northeast Quarter of the Southwest Quarter 470 feet
to the Northerly line of the county road; thence Easterly along the
Northerly line of the county road to its intersection with the North-
South center line of said Section Seventeen (17), said point being 210
feet South of the point of beginning; thence North along said North-
South center line 210 feet to the point of beginning.  EXCEPTING that
portion described as follows:  BEGINNING at a point in the North line of
the Southwest Quarter of said section, distant 220 feet Westerly from the
Northeast corner thereof; thence South parallel with the East line to a
point in the Northerly line of the county road; thence Westerly along
the Northerly line to a point in the West line of land described in deed
to Robertson; thence North along said West line to a point in the said
North line of the Southwest Quarter; thence East along said North line
240 feet to the point of beginning.

OWNERS:

> MARTIN, Gene R. (hus)
> MARTIN, Joline A. (wf)

Parcel 93E-17-264

The East 570 feet of the North 175 feet of the Southeast Quarter of the
Northwest Quarter of Section Seventeen (17), Township Nine (9) South,
Range Three (3) East, San Bernardino Base and Meridian, County of San
Diego, State of California.

OWNERS:

> KUYKENDALL, Harold B. (hus)
> KUYKENDALL, Ardys M. (wf)
> BANK OF AMERICA (TDTr)
> HAPPEL, George J. (hus)(TDBen)
> HAPPEL, Edna M. (wf)(TDBen)

1759

175

TEMECULA CREEK WATERSHED

**Parcel 93E-17-265**

That certain parcel of land described as follows:  BEGINNING at a point 240 feet West of the Southeast Corner of the Northwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California; thence North 400 feet; thence West 400 feet; thence South 808 feet; thence East 416 feet; thence North to the point of beginning.  EXCEPT any portion of said land lying Southerly of the Northerly line of the existing County Highway as referred to in deed to Geo. J. Happel, et ux, recorded January 30, 1950, in Book 3474, page 346 of Official Records.

OWNERS:

      BRUCE, Charles V. (hus)

      BRUCE, Helen D. (wf)

      BANK OF AMERICA (TDTr)

      JACKSON, Roy C. (hus)(TDBen)

      JACKSON, Louise (wf)(TDBen)

      UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

      MARTIN, D. L. (TDBen)

**Parcel 93E-17-266**

The East 220 feet of the North 200 feet of the South 400 feet of the Southeast Quarter of the Northwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

      STIERLI, John, Jr. (s/m)

**Parcel 93E-17-267**

The East 220 feet of the South 200 feet of the Southeast Quarter of the Northwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

      BROWN, Carl A. (s/m)

1760

176

TEMECULA CREEK WATERSHED

Parcel 93E-9, 10 - 273

The North Half of the Northeast Quarter, the Southeast Quarter of
the Northeast Quarter, and the East Half of the Southeast Quarter
(EXCEPT the Northwest Quarter of the Northeast Quarter of the South-
east Quarter) of Section Nine (9); and the South Half of the North-
west Quarter of Section Ten (10), Township Nine (9) South, Range
Three (3) East, San Bernardino Base and Meridian, County of San Diego,
State of California.

OWNERS:

LUNDGREN, Fridolph E. E. (hus)

LUNDGREN, Opha A. (wf)

Parcel 93E-9-274

The Northwest Quarter of the Northeast Quarter of the Southeast
Quarter of Section Nine (9), Township Nine (9) South, Range Three
(3) East, San Bernardino Base and Meridian, County of San Diego,
State of California.

OWNER:

MURDOCK, Violet O. (single)

Parcel 93E-9-275

The Northwest Quarter of the Southeast Quarter of Section Nine (9),
Township Nine (9) South, Range Three (3) East, San Bernardino Base
and Meridian, County of San Diego, State of California

OWNER:

LUNDGREN, Grace (s/w)

1763

179

TEMECULA CREEK WATERSHED

Parcel 9W-17-268

    The East 220 feet of the Southeast Quarter of the Northwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, EXCEPTING the North 630 feet thereof, and EXCEPTING the South 400 feet thereof.

OWNER:

    ROCKBURN, John A.

Parcel 9W-20-269

    The Southwest Quarter of the Northwest Quarter, and the Northwest Quarter of the Southwest Quarter of Section Twenty (20), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California, containing eighty (80) acres.

OWNER:

    MILLER, D. J.

1761

177

## TEMECULA CREEK WATERSHED

**Parcel 83E-21-270**

Section Twenty-One (21), Township Eight (8) South, Range Three (3) East, San Bernardino Base and Meridian, County of Riverside, State of California, EXCEPT the Southwest Quarter of the Southwest Quarter of the Southwest Quarter thereof.

OWNERS:

CARGILE, Dellmore David (hus)

CARGILE, Marguerite C. (wf)

**Parcel 83E-21-271**

The Southwest Quarter of the Southwest Quarter of the Southwest Quarter of Section Twenty-One (21), Township Eight (8) South, Range Three (3) East, San Bernardino Base and Meridian, County of Riverside, State of California.

OWNER:

SHIRLEY, S. N. (Mrs.)

**Parcel 93E-3, 4 - 272**

The North Half of the Northwest Quarter and the Northwest Quarter of the Northeast Quarter of Section Three (3); and the North Half of the Northeast Quarter and the Northwest Quarter of Section Four (4), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

CHIHUAHUA LAND CO.

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

JOHNSON, Clyde (hus)(TDBen)

JOHNSON, Margaret B. (wf)(TDBen)

1762

178

TEMECULA CREEK WATERSHED

Parcel 93E-9-276

The Southwest Quarter of the Southeast Quarter of Section Nine (9), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

GRAMMER, Joseph E. (hus)

GRAMMER, Gertrude M. (wf)

Parcel 93E-9-277

The Southwest Quarter of the Northeast Quarter of Section Nine (9), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

LEE, Myron K. (hus)

LEE, Lois Ellen (wf)

Parcel 93E-9-278

The Southeast Quarter of the Northwest Quarter, the Northeast Quarter of the Southwest Quarter, and the South Half of the Southwest Quarter of Section Nine (9), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

LEWANDOWSKI, John (hus)

LEWANDOWSKI, Helen A. (wf)

BANK OF AMERICA (TDTr)

WHITE, Oliver M. (TDBen)

1764

180

TEMECULA CREEK WATERSHED

Parcel 93E-16-279

The East Half of the East Half of Section Sixteen (16), Township Nine
(9) South, Range Three (3) East, San Bernardino Base and Meridian,
County of San Diego, State of California.

OWNERS:

JACKSON, Roy C. (hus)

JACKSON, Louise (wf)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

CAMPBELL, Raymond Walker (hus)(TDBen)

CAMPBELL, Margaret F. (wf) (TDBen)

Parcel 93E-16-280

The Northwest Quarter of the Northeast Quarter of Section Sixteen (16),
Township Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNERS:

CARR, Harriett B. (un/w)

CARR, Billie (s/m)

CARR, Frank W., aka Frank Carr (hus)

CARR, Lenore Katherine (wf)

CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE (TDTr&Ben)

Parcel 93E-16-281

The Northeast Quarter of the Northwest Quarter, and the Southwest
Quarter of the Northeast Quarter of Section Sixteen (16), Township
Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian,
County of San Diego, State of California.

OWNERS:

TOBIN, Arthur M. (hus)

TOBIN, Alice H. (wf)

-138-

181

## TEMECULA CREEK WATERSHED

Parcel 93E-16-282

The West Half of the West Half of Section Sixteen (16), Township Nine
(9) South, Range Three (3) East, San Bernardino Base and Meridian,
County of San Diego, State of California.

OWNER:

HANSEN, Evelyn T. (widow)

Parcel 93E-16-283

The Southeast Quarter of the Northwest Quarter of Section Sixteen (16),
Township Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNER:

ZIMMERMAN, Lee

Parcel 93E-16-284

The North Half of the Northeast Quarter of the Southwest Quarter of
Section Sixteen (16), Township Nine (9) South, Range Three (3) East,
San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

DICKEY, Helen B. (m/w) (sep-prop)

Parcel 93E-16-285

The Southeast Quarter of the Southwest Quarter, and the South Half of
the Northeast Quarter of the Southwest Quarter of Section Sixteen (16),
Township Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNERS:

FLAVIN, Joseph (hus)

FLAVIN, Dorothy Ann (nee Tobin) (wf)

1766

182

TEMECULA CREEK WATERSHED

Parcel 93E-16-286

The West Half of the Southeast Quarter of Section Sixteen (16), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

TOBIN, Joseph Russel (hus)

TOBIN, Irma L. (wf)

Parcel 93E-2, 3, 11 - 287

The West Half of the West Half of Section Two (2); the Southeast Quarter, Northeast Quarter of the Northeast Quarter, and the South Half of the Northeast Quarter of Section Three (3); the Northwest Quarter of the Northwest Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

GIBSON, John B.

Parcel 93E-10-288

The South Half of the Southeast Quarter of Section Ten (10), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

STAMNESS, Jesse (hus)

STAMNESS, Amanda (wf)

Parcel 93E-10, 11 - 289

The Southeast Quarter of the Northeast Quarter, and the Northeast Quarter of the Southeast Quarter of Section Ten (10); and the South Half of the Northwest Quarter, the Southwest Quarter of the Northeast Quarter, and the West Half of the Southeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

183

1767

TEMECULA CREEK WATERSHED

Parcel 93E-10, 11 - 289 (Cont.)

OWNERS:

NEAGLEY, Clinton R. (hus)

NEAGLEY, Irma C. (wf)

KIPP, Solon S. (TDTr)

KIPP, Solon S. (hus)(TDBen)

KIPP, Della A. (wf)(TDBen)

Parcel 93E-10-290

The North Half of the Southwest Quarter of Section Ten (10), Township Nine
(9) South, Range Three (3) East, San Bernardino Base and Meridian, County
of San Diego, State of California.

OWNER:

MARDOCK, William Sylvester

Parcel 93E-10-291

The Southwest Quarter of the Southwest Quarter of Section Ten (10), Township
Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian,
County of San Diego, State of California.

OWNER:

WILLETS, Hilka G. (formerly SCOTT, Hilka G.)

Parcel 93E-10-292

The West Half of the Southeast Quarter of the Southwest Quarter of
Section Ten (10), Township Nine (9) South, Range Three (3) East, San
Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

HOLMES, Glen H. (hus)

HOLMES, Ellen A. (wf)

-141-

1768

## TEMECULA CREEK WATERSHED

**Parcel 91E-18, 19, 20 - 303**

The Southwest Quarter of the Southeast Quarter of Section Eighteen (18);

The North Half of the Northeast Quarter of Section Nineteen (19); the

Northwest Quarter of the Northwest Quarter of Section Twenty (20); San

San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

    BERGMAN, Annie E. (widow)

**Parcel 91E-27, 28, 29, 30 - 303A**

The Southwest Quarter of the Southwest Quarter of Section Twenty-Seven

(27); the South Half of Section Twenty-eight (28), EXCEPT the Northeast

Quarter of the Southeast Quarter thereof; the East Half of the Southeast

Quarter, the Southwest Quarter of the Southeast Quarter, the East Half

of the Southwest Quarter, and the Northwest Quarter of the Southwest

Quarter of Section Twenty-nine (29); and the North Half of the Southeast

Quarter, and the Southwest Quarter of the Southeast Quarter of Section

Thirty (30), Township Nine (9) South, Range One (1) East, San Bernardino

Base and Meridian, County of San Diego, State of California.

OWNER:

    BERGMAN, Annie E. (widow)

**Parcel 91E-19-304**

The South Half of the Northeast Quarter of Section Nineteen (19), Town-

ship Nine (9) South, Range One (1) East, San Bernardino Base and

Meridian, County of San Diego, State of California.

OWNERS:

    SCHWABACKER, Phillip M.

    GOLD, Hyman (s/m)

**Parcel 91E-19-305**

The West Half of the Southeast Quarter of Section Nineteen (19), Town-

ship Nine (9) South, Range One (1) East, San Bernardino Base and

Meridian, County of San Diego, State of California.

OWNER:

    PAYNE, Harriet (m/w)

188

1772

## TEMECULA CREEK WATERSHED

Parcel 93E-10-293

The East Half of the Southeast Quarter of the Southwest Quarter of
Section Ten (10), Township Nine (9) South, Range Three (3) East,
San Bernardino Base and Meridian, County of San Diego, State of
California.

OWNERS:

SKIVER, Jesse C. (hus)

SKIVER, Leila F. (wf)

Parcel 93E-15-294

The South Half of the Southwest Quarter, and the Northwest Quarter of
the Southwest Quarter of Section Fifteen (15), Township Nine (9) South,
Range Three (3) East, San Bernardino Base and Meridian, County of San
Diego, State of California.

OWNERS:

TOBIN, Michael V. (hus)

TOBIN, Ruby M. (wf)

Parcel 93E-15-295

The North Half of the Southeast Quarter, the Southwest Quarter of the
Southeast Quarter, and the Northeast Quarter of the Southwest Quarter
of Section Fifteen (15), Township Nine (9) South, Range Three (3) East,
San Bernardino Base and Meridian, County of San Diego, State of
California.

OWNERS:

HARMER, Edith Sarah

HARMER, Carl A.

CUMMINS, George

CUMMINS, Meta L.

1769

185

## TEMECULA CREEK WATERSHED

Parcel 93E-14-15-296

The Northwest Quarter of Section Fourteen (14); and the Northeast
Quarter, and the East Half of the Northwest Quarter of Section Fifteen
(15), Township Nine (9) South, Range Three (3) East, San Bernardino
Base and Meridian, County of San Diego, State of California

OWNERS:

    BEATTIE, Dee E. (hus)

    BEATTIE, Mary K. (wf)

    SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

    COATES, George L. (hus)(TDBen)

    COATES, Flora Dunham (wf)(TDBen)

Parcel 93E-15-297

The Northwest Quarter of the Northwest Quarter of Section Fifteen (15),
Township Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNERS:

    SCOTT, Henry H. (hus)

    SCOTT, Lois (wf)

Parcel 93E-15-298

The Southwest Quarter of the Northwest Quarter of Section Fifteen (15),
Township Nine (9) South, Range Three (3) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNERS:

    SCOTT, Paul M. (hus)

    SCOTT, Kathryn M. (wf)

    COAST SURETY CORPORATION (TDTr)

    WILSON, Walter D. (TDBen)

-143-

1770

186

## TEMECULA CREEK WATERSHED

Parcel 93E-2, 11 - 299

The East Quarter of Section Two (2), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.  ALSO the Northeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, of said County and State.

OWNER:

CLARKSON, Geoffrey

Parcel 93E-2, 11 - 300

The East Half of the West Half of Section Two (2), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.  ALSO the Northeast Quarter of the Northwest Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) East of San Bernardino Base and Meridian of said County and State.

OWNER:

MITCHELL, Louis

Parcel 93E-2, 11 - 301

The West Half of the East Half of Section Two (2), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.  ALSO the Northwest quarter of the Northeast quarter of Section Eleven (11), San Bernardino Base and Meridian of said County and State.

OWNERS:

NASH, Ted (hus)

NASH, Evelyne (wf)

Parcel 93E-1-302

All of Section One (1), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

BAILEY, Howard F. (hus)

BAILEY, Lola X. (wf)

-144-

1771

TEMECULA CREEK WATERSHED

Parcel 91E-29, 30 - 306

The North Half of the North Half of Section Twenty-nine (29); the North-
east Quarter of the Northeast Quarter; and the Northeast Quarter of
Northwest Quarter of Section Thirty (30), Township Nine (9) South,
Range One (1) East, San Bernardino Base and Meridian, County of San
Diego, State of California.

OWNERS:

LAWLER, Eugene, Jr.

LAWLER, Nyla B.

WEBER, Gustav (hus)

WEBER, Marion (wf)

Parcel 91E-30-307

The Northwest Quarter of the Southwest Quarter, the Southwest Quarter
of the Northwest Quarter, the Southeast Quarter of the Northwest Quarter
and the Southwest Quarter of the Northeast Quarter of Section Thirty (30),
Township Nine (9) South, Range One (1) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNER:

GORDON, Donald H.

Parcel 91E-30-308

The Southeast Quarter of the Northeast Quarter of Section Thirty (30),
Township Nine (9) South, Range One (1) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNER:

WEBER, Gustav (m/m)

Parcel 91E-20-309

The Southeast Quarter of the Northwest Quarter, the Southwest Quarter
of the Northeast Quarter, the East Half of the Southwest Quarter, and
the Southeast Quarter of Section Twenty (20), Township Nine (9) South,
Range One (1) East, San Bernardino Base and Meridian, County of San
Diego, State of California.

189

1773

## TEMECULA CREEK WATERSHED

Parcel 91E-26, 27 - 316

All of Section Twenty-six (26), and the East Half of a portion of the
Southeast Quarter of the Southwest Quarter of Section Twenty-seven (27),
Township Nine (9) South, Range One (1) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNER:

CALIFORNIA INSTITUTE OF TECHNOLOGY

Parcel 92E-24-317

The Northwest Quarter of the Southeast Quarter; the Northeast Quarter of
the Southwest Quarter; and the North Half of the Southeast Quarter of the
Southwest Quarter of Section Twenty-four (24), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, County of San Diego,
State of California.

OWNERS:

STURGIS, LIZZETTE as Administrator of the Estate of WALTER F.
PRIVETTE

MARTY, Madge

Parcel 92E-24-318

Lots Nine (9) and Sixteen (16) ( the East Half of the Southeast Quarter) of
Section Twenty-four (24), Township Nine (9) South, Range Two (2) East, San
Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

HOLCOMB, Cathryn L.

Parcel 92E-24-319

The Southwest Quarter of the Southeast Quarter; the South Half of the South-
east Quarter of the Southwest Quarter of Section Twenty-Four (24), Township
Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County
of San Diego, State of California.

OWNERS:

TARR, Paul J. (hus)

TARR, Milla C. (wife)

-149-

1776

192

TEMECULA CREEK WATERSHED

Parcel 91E-20-309 (Cont.)

OWNER:

    KOHLER, John V.

Parcel 91E-28, 29 - 310

The South Half of the Northwest Quarter and the Northwest Quarter of
the Northwest Quarter of Section Twenty-eight (28); and the Southeast
Quarter of the Northeast Quarter of Section Twenty-nine (29), Town-
ship Nine (9) South, Range One (1) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

OWNERS:

    McCARTNEY, Platt

    McCARTNEY, Orris

    HOSSEIN, Harriet McCartney

Parcel 91E-29-311

The Southwest Quarter of the Northwest Quarter, the Southeast Quarter
of the Northwest Quarter, the Southwest Quarter of the Northeast  Quarter,
and the Northwest Quarter of the Southeast Quarter of Section Twenty-nine
(29), Township Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, County of San Diego, State of California.

OWNER:

    BRAWN, Charles A.

Parcel 91E-28, 27 - 312

The Southeast Quarter of the Northeast Quarter, and the Northeast Quarter
of the Southeast Quarter of Section Twenty-eight (28); and the North Half
of the Southwest Quarter of Section twenty-seven (27), Township Nine (9)
South, Range One (1) East, San Bernardino Base and Meridian, County of
San Diego, State of California.

OWNER:

    ED FLETCHER COMPANY

1774

190

## TEMECULA CREEK WATERSHED

**Parcel 91E-28-313**

The Northeast Quarter of the Northwest Quarter, the West Half of the Northeast Quarter, and the Northeast Quarter of the Northeast Quarter of Section Twenty-eight (28), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

SWEENEY, Clark L. (hus)

SWEENEY, Goldie (wf)

**Parcel 91E-27-314**

The Northwest Quarter of Section Twenty-seven (27), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNERS:

BOGATIE, Arthur T. (hus)

BOGATIE, Mary Virginia (wf)

**Parcel 91E-27-315**

Beginning at the Northwest Corner of the Southeast Quarter of the Southwest Quarter, thence Easterly along the North line of said Southeast Quarter of the Southwest Quarter eighty (80) feet to True Point of Beginning; thence continuing Easterly along said North line two hundred forty (240) feet; thence South 0°22' East to North line of Road Survey 636; thence Westerly along said North line 119.88 feet; thence North 43°52'30" East 42.75 feet; thence North 0°22' West two hundred sixty-six (266) feet; thence North 83°58' West two hundred thirty (230) feet; thence Northerly along West line of said Southeast Quarter of the Southwest Quarter to point bearing South 56° West from True Point of Beginning;  thence North 56° East to True Point of Beginning in Section 27, Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, County of San Diego, State of California.

OWNER:

PAUMA VALLEY SCHOOL DISTRICT

1775

191

## TEMECULA CREEK WATERSHED

### Parcel 92E-24-319 (Cont.)

#### OWNERS (Cont.)

BANK OF AMERICA (TDTr)

FIKE, Benjamin K. (hus)(TDBen)

FIKE, Florence (wife)(TDBen)

-150-

1777

193