M'FLMD

Dec 7, 1961

ENTERED
DEC 8 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

FILED
DEC 7 - 1961
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | AMENDMENTS TO INTERLOCUTORY |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | JUDGMENTS NO. 29A, 31A, 32A, 33A and 34A |
| Defendants. | ) | |

There were entered by this Court the following Interlocutory Judgments:

Tucalota Creek Sub-Watershed Amended Interlocutory
Judgment, No. 31A, entered July 27, 1961.

Sandia Creek Sub-Watershed Interlocutory Judgment,
No. 29A, entered August 1, 1961.

DeLuz Creek Sub-Watershed Interlocutory Judgment,
No. 32A, entered August 4, 1961.

Wilson and Coahuilla Creeks Sub-Watershed Interlocutory
Judgment, No. 33A, entered August 4, 1961.

Temecula Creek Sub-Watershed Above Vail Dam Interlocutory
Judgment No. 34A, entered December 7, 1961.

GOOD CAUSE BEING SHOWN and better to clarify certain provisions of the above referred to Interlocutory Judgments,

IT IS HEREBY ORDERED that Finding IV of those Interlocutory Judgments be and they are hereby amended by adding the following provisions immediately after paragraph "c" of that Finding:

d. The parcel numbers referred to throughout this Interlocutory

-1-

384

Judgment are explained as follows: The first number refers to the Township; the second number refers to the Range; the next number or numbers refer to the Section or Sections or parts of Sections; the final number, separated from the section number or numbers by a dash or a diagonal is the numerical designation assigned to the parcel, thus: Parcel 8AW-25-42 or Parcel 8AW/25--42 refers to Township Eight (8) South, Range Four (4) West, Section Twenty-five (25), parcel 42.

e. There is set forth on the map attached to this Interlocutory Judgment the exterior boundary of each parcel and the designated parcel number appears encircled within the boundary.

f. There are set-forth on the map referred to above, lands, the ground waters of which add to, support and contribute to the Santa Margarita River or its tributaries and are a part of the waters of that stream system. References to those lands have been deleted from the tabulation of names and descriptions referred to above, and though they appear on the map, this Interlocutory Judgment does not relate to them.

g. All of the lands referred to in "a" "b" and "c" above appear in the Notices of Lis Pendens, recorded April 8, 1958, in Book 7028, page 159, Official Records, San Diego County, California; and recorded April 9, 1958, in Book 2252, page 17, Official Records, Riverside County, California. The apparent owners referred to in this Interlocutory Judgment were the owners of record on the dates last mentioned, unless specific information has been received of the transfer of a particular parcel, then the change is reflected in the name of the apparent owner.

Dated: December 7, 1961.

_James M. Carter_
Judge, United States District Court

-2-

385