```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION
```

U.S.A.                                 )   No. _ _ 1247-SD-C _ _ _ Civil
                                       )
vs.                                    )   MINUTES OF THE COURT
                                       )
FALLBROOK, etc., et al                 )   Dated: _ _ _ Dec. 8, 1961 _
                                       )
                                       )   At San Diego, California
                                       )

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge

  Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ _ Reporter: _ _ _ JOHN SWADER

  Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD


  Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD


Proceedings:    FURTHER COURT TRIAL

       COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
       Ex. No. 3 208F is marked and received.
       IT IS ORDERED cause is continued to Jan. 9, 1962, at 10 A.M.
for further court trial.


                                              JOHN A. CHILDRESS, Clerk
                                                                      6772
                                              By _____
                                                        Deputy