December 29, 1961
Aguanga Ground Water Area

#40.

# LODGED

JAN 5 1962

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247-SD-C |
| Plaintiff, | ) | CONTINUATION |
| | ) | OF |
| v. | ) | FINDINGS OF FACT, |
| | ) | CONCLUSIONS OF LAW, |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | AND JUDGMENT |
| ET AL., | ) | PROPOSED BY |
| Defendants. | ) | THE UNITED STATES OF AMERICA |

PART III

THE SANTA MARGARITA RIVER WATERSHED ABOVE VAIL DAM

Aguanga Ground Water Area:

Note: There was lodged with this Court on October 23, 1961, Part I of the Proposed Findings of the United States of America in which there was delineated in detail a draft of the type of Findings of Fact, Conclusions of Law and Judgment recommended by the United States of America for adoption in this case. There it was suggested that the Santa Margarita River watershed be divided into three parts on the basis of geographic and hydrographic units. Those units were as follows:

Part No. I:   The Santa Margarita River watershed above Temecula Gorge and below Vail Dam which includes the drainage areas of Warm Springs Creek, Santa Gertrudis Creek, Tucalota Creek, Murrieta Creek and all tributaries of those Creeks;

16229

- 1 -

a deeply incised area for a distance of approximately one (1) mile.

16230

**Part No. II:**    The Santa Margarita River watershed below

Temecula Gorge;

**Part No. III:**    The Santa Margarita River watershed above

Vail Dam.

Findings for Part No. I were contained in the proposal

lodged with this Court and served on counsel October 23, 1961.

On December 5, 1961, findings were lodged for Part No. II.

At the direction of this Court Findings are now being

tendered for the Aguanga Ground Water Area which is a major

portion of Part III of the Santa Margarita River watershed.

Proposed findings respecting that area are as follows:


Finding No. CL

Within the Santa Margarita River watershed above Vail Dam there are

three hundred and nineteen (319) square miles.  That portion of the three hundred

and nineteen (319) square miles immediately above Vail Dam is the portion of

the watershed to which these findings directly relate.

Finding No. CLI

The Aguanga Ground Water Area, subsequently to be described with

specificity, is located partly in Townships eight (8) and nine (9) South, Ranges

one (1) West and one (1) East, S.B.M., in Riverside and San Diego Counties,

California.

Finding No. CLII

Temecula Creek rises in the Cleveland National Forest on the eastern

slope of the Coastal Range in San Diego County, in Section three (3), Township

ten (10) South, Range two (2) East, S.B.M., and near the present site of the

Palomar Observatory.  From there it proceeds in a northerly and westerly

direction traversing in its course Oak Grove Valley where it has its confluence

with Chihuahua Creek in Section eighteen (18), Township nine (9) South, Range

two (2) East, S.B.M., proceeding in a general northwesterly direction through

a deeply incised area for a distance of approximately one (1) mile.

16230

- 2 -

Finding No. CLIII

Temecula Creek in Aguanga Ground
    Water Area:

At the point where Temecula Creek traverses the eastern boundary
of the Southeast Quarter (SE 1/4) of Section thirty-four (34), Township
eight (8) South, Range one (1) East, S.B.M., that stream enters the Aguanga
Ground Water Area, the exterior boundary of which is subsequently described
in detail. A short distance beyond that point last mentioned the stream in
question has its confluence with Tule Creek, near the Town of Aguanga, California.

Finding No. CLIV

Aguanga Gaging Station:

Aguanga Gaging Station on Temecula Creek is situated in the
Southeast Quarter of the Southwest Quarter (SE 1/4 SW 1/4) of Section nineteen
(19), Township Eight (8) South, Range One (1) East, S.B.M., on the right
bank of the stream a distance of one and six-tenths (1.6) miles downstream
from Long Canyon and three and five-tenths (3.5) miles northwest of the Town
of Aguanga, California.

Finding No. CLV

Aguanga Gaging Station was established by the United States Geological
Survey on August 23, 1957, and records of Temecula Creek runoff at that point
have been kept since that date. There is no regulation upstream from the gage,
though there are numerous diversions from it for irrigation and domestic supply.

Finding No. CLVI

Objective of establishing the Aguanga Gaging Station is to use it as
an index of runoff from the mountainous area above Aguanga Valley. Due to the
short period of record no further findings respecting the runoff of Temecula
Creek at the point in question is warranted.

Finding No. CLVII

Temecula Creek - Confluence
    with Wilson Creek:

Temecula Creek continues in its northwesterly course to a point
where it leaves the Northeast Quarter (NE 1/4) of Section twenty-four (24),

- 3 -

16231

Township eight (8) South, Range one (1) West, S.B.M., and enters Pauba Grant of Vail Company's ranch. In the state of nature Temecula Creek had its confluence with its principal tributary, Wilson Creek, at a point approximately three (3) miles beyond the Grant line last mentioned.

### Finding No. CLVIII

Since the closure of Vail Dam in November of 1948 both Temecula Creek and Wilson Creek flow without joining into the reservoir created by the Dam.

### Finding No. CLIX

Wilson Creek - Aguanga Ground Water Area:

Wilson Creek which flows southwesterly, has its headwaters in Reed Valley in Sections twenty-five (25), Twenty-six (26), Thirty-five (35) and Thirty-six (36), Township Six (6) South, Range one (1) East, S.B.M. After leaving Reed Valley the stream in question continues in a southwesterly direction where it enters Wilson Valley crossing into the Aguanga Ground Water Area near the northeast corner of Section three (3), Township Eight (8) South, Range one (1) East, S.B.M.

### Finding No. CLX

Course of Wilson Creek for a distance of approximately one (1) mile is virtually straight south to its point of confluence with Coahuila Creek near the center of the Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of Section three (3), Township eight (8) South, Range one (1) East, S.B.M. From that point the stream flows in a generally south and westerly course for a distance of approximately one and one-half (1 1/2) miles where it enters Section nine (9), Township eight (8) South, Range one (1) East, S.B.M.

### Finding No. CLXI

From the point mentioned in the finding which immediately precedes, Wilson Creek enters Lancaster Valley in the Southwest Quarter of the Southeast Quarter (SW 1/4 SE 1/4) of Section nine (9), Township eight (8) South, Range one (1) East, S.B.M., which broadens out into a broad flat plain extending into Sections seven (7), eight (8), nine (9), sixteen (16), and seventeen (17), Township eight (8) South, Range one (1) East, S.B.M. In Section seven (7)

16232

Lancaster Valley is sharply constricted and ground waters are there forced to the surface by bedrock.

### Finding No. CLXII

Progressing in a northerly and westerly direction Wilson Creek leaves Section seven (7), Township eight (8) South, Range one (1) East, S.B.M., and enters Section twelve (12), Township eight (8) South, Range one (1) West, S.B.M., continuing across that section in a northwesterly direction. It leaves the last mentioned section at approximately the center line and enters the Pauba Grant of Vail Ranch. The stream, shortly after entering Pauba Grant, turns southwesterly and enters Vail Lake.

### Finding No. CLXIII

Temecula Creek and Wilson Creek -
    Runoff Characteristics:

Temecula Creek and Wilson Creek are both intermittent streams throughout most of their courses, both as to time and place, flowing only during or immediately following heavy precipitation.

### Finding No. CLXIV

Perennial flow of water is found in both Temecula Creek and its tributaries, within the Aguanga Ground Water Area at the points hereafter designated.

Tule Creek - Southwest Quarter (SW 1/4) Section twenty-six (26), Township eight (8) South, Range one (1) West.

Temecula Creek - Southwest Quarter (SW 1/4) Section twenty-eight (28), Township eight (8) South, Range one (1) East. Water rises in the bed of two forks of Temecula Creek flowing for approximately one-half (1/2) mile where the two channels join and the waters flow over a thin veneer of recent alluvium which overlies basement complex for a distance of approximately three-quarters (3/4) of a mile in Section twenty-nine (29), Township eight (8) South, Range one (1) East, S.B.M. In the Southwest Quarter of the Southwest Quarter

- 5 -

16233

(SW 1/4 SW 1/4) of the section last mentioned,
defendants Gibbon and Cottle, during the irrigation season,
divert the entire surface flow of Temecula Creek.

Temecula Creek - Section nineteen (19), Township eight (8) South,
Range one (1) East, S.B.M.  This point of rising water
is immediately below the irrigated lands situated on
the properties of defendants Gibbon and Cottle.  During
the irrigation season the water flows for a short
distance and is insufficient to meet even domestic
needs for water users in the approximately one (1)
mile stretch through which Temecula Creek flows
across basement complex.

Temecula Creek - approximately one (1) mile west of the east
boundary of Pauba Grant, Vail Ranch.  The percolating
ground waters enter the bed of Temecula Creek and flow
from there into Vail Lake.

Arroyo Seco - Minor tributary of Temecula Creek in state of
nature, now flows into Vail Lake.  Rising water occurs
on Pauba Grant,  Vail Ranch, approximately one-half
(1/2) mile south and west of elevation 1457, Vail Lake.

Wilson Creek - Southwest Quarter of the Southwest Quarter
(SW 1/4 SW 1/4) Section ten (10), Township eight (8)
South, Range one (1) East, S.B.M.  Water rising in
the channel of Wilson Creek flows from the point
referred to across the western boundary of Section
ten (10) and for a distance of approximately one-half
(1/2) mile where in the Southwest Quarter of the
Southeast Quarter (SW 1/4 SE 1/4) Section nine (9),
Township eight (8) South, Range one (1) East, S.B.M.
at which point Stardust Ranch diverts the entire flow
of Wilson Creek during the irrigation season.

16234

1           Wilson Creek - Southeast Quarter of the Southeast Quarter

2                    (SE 1/4 SE 1/4) Section seven (7), Township Eight (8)

3                    South, Range one (1) East, S.B.M.

4           Wilson Creek - Pauba Grant, Vail Company Ranch, immediately

5                    below elevation 1457 of Vail Lake.  From the point

6                    last mentioned Wilson Creek proceeds northwesterly

7                    to enter the waters impounded by Vail Dam.

8                          Finding No. CLXV

### Runoff of Temecula Creek Above Vail Dam; Recharge for Aguanga Ground Water Area:

Continuously since the year 1923 the United States Geological Survey has measured the runoff of Temecula Creek above Vail Dam.  Prior to the closure in 1948 of Vail Dam the waters of that stream were measured "at Nigger Canyon" in which the structure last mentioned is situated.  Since the closure of the Dam records have been maintained by the agency referred to at gaging station "Temecula Creek at Vail Dam, California."

Finding No. CLXVI

Records of runoff at Vail Dam reflect measurements of all water reaching Vail Lake from Temecula Creek, Wilson Creek and Arroyo Seco.  They likewise reflect all rainfall on the lake surface.  Those records disclose that the average annual runoff is as follows:

| | |
|---|---|
| Thirty-nine (39) years 1923-1961 | 8,004 acre-feet |
| Twenty-five (25) years 1923-1948, prior to closure of Vail Dam | 10,580 acre-feet |
| Thirteen (13) years 1949-1961, subsequent to closure of Vail Dam | 3,477 acre-feet. |

Since the closure of Vail Dam in 1948 the entire runoff of Temecula Creek and its tributaries reaching Nigger Canyon has been impounded.

| | |
|---|---|
| There has been stored in Vail Lake during the thirteen (13) years of its operation a total of | 45,709 acre-feet |
| of which total there have been lost to evaporation | 15,405 acre-feet. |

16235

Finding No. CLXVII

Recharge for the Aguanga Ground Water Area is derived entirely from Temecula Creek, its tributaries and rainfall on the surface of that area. However, the latter source contributes to the ground water only during periods of excessive precipitation.  Otherwise it is consumed by vegetative cover.

Finding No. CLXVIII

Geology of Aguanga Ground Water Area:

The Aguanga Ground water Area, the general location of which has been referred to in Finding No. CL above, consists principally of older continental alluvium, which sediments are known locally as the Temecula Arkose. Throughout the ground-water area, at relatively shallow depths and generally overlying the older deposits, primarily on the valley floors, hereafter described, will be found recent or younger alluvium.  The older continental alluvium has been formed by deposition of sediments transported generally from the east, whereas the younger or recent alluvium is the erosion from and redistribution of the older alluvium as well as basement complex.

Finding No. CLXIX

Basement complex completely surrounds and underlies the ground-water areas.  Islands of basement complex are to be found within the exterior boundaries of the ground-water area subsequently to be described on the basis of legal subdivisions.

Finding No. CLXX

The older continental alluvium or arkosic sediments which predominate in the ground-water area are deeply eroded throughout and have been characterized as badland topography.

Finding No. CLXXI

Principal valleys of the ground-water area are described as follows:

(1)  Aguanga Valley:

Aguanga Valley has the largest areal extent of any of the several valleys which are within the geological formation here under consideration.

- 8 -

16236

(a)  Basement complex completely surrounds the alluvial deposits of Aguanga Valley in Section twenty-four (24) and a part of Section twenty-three (23), Township eight (8) South, Range one (1) East, S.B.M., where Tule Creek rises and commences its south and westerly course through the valley.  The well defined banks and bed of Tule Creek constituting its narrow channel mark the course of that stream through Aguanga Valley to its point of confluence with Temecula Creek.

(b)  The recent alluvium in the West Half (W 1/2) of Section twenty-three (23), West Half (W 1/2) of Section twenty-six (26) and the Northwest Quarter (NW 1/4) of Section thirty-five (35), all in Township eight (8) South, Range one (1) East, S.B.M., in Aguanga Valley is bound to the east by basement complex and to the west by older continental alluvium.

(c)  Where Tule Creek has its confluence with Temecula Creek in the Northeast Quarter (NE 1/4) of Section thirty-four (34), Township Eight (8) South, Range one (1) East, S.B.M., Aguanga Valley broadens out to its greatest width of approximately one and one half (1 1/2) miles and is bound to the south in part by basement complex and to the north by older continental alluvium. Aguanga Valley in Sections thirty-three (33) and twenty-nine (29), Township eight (8) South, Range one (1) East, S.B.M., is bound to the south by basement complex and by a fault zone.  Older continental alluvium generally bounds Aguanga Valley to the north in Sections twenty-eight (28) and twenty-nine (29), all in Township eight (8) South, Range one (1) East, S.B.M.

### Finding No. CLXXII

Temecula Creek leaves the alluvial-filled Aguanga Valley in the Southeast Quarter (SE 1/4) of Section twenty-nine (29), Township eight (8) South, Range one (1) East, S.B.M., where it proceeds through a deeply incised canyon comprised of basement complex with only a thin veneer of recent alluvium in the bed of the stream.  The ground-water table in Aguanga Valley must reach the elevation of the granitic lip underlying Temecula Creek before water will flow, except in periods of high precipitation, from the valley in question.

- 9 -

16237

Finding No. CLXXIII

**Faults Intersect Aguanga Valley:**

There are two major faults which intersect Aguanga Valley. One of those faults is sometimes referred to as the Lancaster Fault in the extreme northern portion of the ground-water area, traversing it in Section twenty-three (23), Township eight (8) South, Range one (1) East, S.B.M. The Aguanga Fault generally parallels Temecula Creek in the southern portion of the valley and has been referred to in connection with that portion of the valley in Sections twenty-nine (29) and thirty-three (33), Township eight (8) South, Range one (1) East, S.B.M. In addition to the named faults there is a complex of minor faults found in the valley in question. The faults trend throughout the valley, for the most part, in a northwesterly-southeasterly direction.

Finding No. CLXXIV

In the older continental alluvium the faults referred to in the preceding Finding have a semi-barrier effect upon the movement of ground waters. That circumstance does not prevail in the areas of younger alluvium which are intersected by the faults.

Finding No. CLXXV

**Sources of ground water and
   Depth of Alluvial Fill
   In Aguanga Valley:**

The older continental deposits of which the vast preponderance of the Aguanga Ground Water Area is comprised, do not exceed three hundred (300) feet in depth in Aguanga Valley. They constitute the principal source of ground water in the Valley. As those deposits approach the basin's edge they feather out.

Finding No. CLXXVI

The younger or recent alluvium in Aguanga Valley, laid down by deposition of older alluvium and basement complex through erosion and by stream action, is shallow throughout the Valley in question. It is impossible to discern with any great definity the contact between the younger alluvium, the older continental deposits, and in many places the basement complex. The recent alluvium has greater permeability and to the extent that it is

16238

- 10 -

saturated, yields water more readily than the tighter older continental deposits.

Finding No. CLXXVII

(2) Radec Valley:

Radec Valley is traversed by Temecula Creek in that stream's generally north and westerly course through Section nineteen (19), Township eight (8) South, Range one (1) East, S.B.M.

Finding No. CLXXVIII

To the north Radec Valley is bounded by older continental alluvium; to the south with basement complex. The southern portion of the Valley is very steep and precipitous with irregular topography and protruding basement complex.

Finding No. CLXXIX

The floor of Radec Valley consists of recent alluvium transported by stream action and deposition of material eroded from the surrounding basement complex and older continental alluvium. Faults intersect the Valley impeding to some degree the movement of ground water in the older deposits.

Finding No. CLXXX

Source of Ground Water and
    Depth of Alluvium:

As is true throughout the Aguanga Ground Water Area, older continental alluvium is the primary source of ground water, with the recent or younger deposition of alluvium constituting but a relatively thin veneer over the older sedimentary deposits. Greatest depth of alluvium from surface to bedrock in Radec Valley is not in excess of three hundred (300) feet.

Finding No. CLXXXI

At the point where Temecula Creek leaves Radec Valley in the Southwest Quarter of the Southwest Quarter (SW 1/4 SW 1/4) of Section nineteen (19), Township eight (8) South, Range one (1) East, S.B.M., the alluvial fill is sharply constricted by basement complex, which protrudes at that point into the bed of the stream.

Finding No. CLXXXII

The ground-water table in Radec Valley must reach the elevation of the granitic lip underlying Temecula Creek before water will flow, except in

16239

periods of very high precipitation, from the valley in question.

### Finding No. CLXXXIII

(3) <u>Nigger Valley</u>:

Temecula Creek, at a point approximately one (1) mile from where it leaves the above described Radec Valley, proceeds into the eastern end of Nigger Valley near the center of the Northeast Quarter (NE 1/4) of Section twenty-four (24), Township eight (8) South, Range one (1) West, S.B.M., and flows through a well defined channel with clearly demarked banks and bed, to the point where it leaves that valley through the deeply incised Nigger Canyon. Temecula Creek enters the Pauba Grant of Vail Company's Ranch at a point on the common boundary between that Grant and the Southwest Quarter (SW 1/4) of Fractional Section thirteen (13), Township eight (8) South, Range one (1) West, S.B.M.

### Finding No. CLXXXIV

Nigger Valley is a broad plain bound to the north and south by the high badland topography of older continental alluvium. That alluvium underlies a thin layer of younger or recent alluvium which constitutes the valley floor. The younger alluvium is in part deposition from the surrounding hills of older continental deposits and in part stream transported older alluvium carried into Nigger Valley by Temecula Creek.

### Finding No. CLXXXV

Vail Dam in Nigger Canyon, closed in the year 1948, has drastically changed conditions which existed in a state of nature. All of the surface waters of Temecula Creek and the percolating ground waters in Nigger Valley, which are part of waters of the Aguanga Ground Water Area, and which would, in a state of nature, proceed down Temecula Creek in Nigger Canyon, are impounded behind Vail Dam.

### Finding No. CLXXXVI

Source of Ground Water:
   Depth of Alluvium:

Geologically Nigger Valley differs in no way from the other valleys in the Aguanga Ground Water Area. It is underlaid by older continental deposits

- 12 -

16240

which are the primary source of ground water supply.  Depth of the alluvium from surface to basement complex does not exceed five hundred (500) feet.

### Finding No. CLXXXVII

Due to the construction of Vail Dam, resting on basement complex, the movement of ground water down Nigger Canyon is no longer possible.

### Finding No. CLXXXVIII

(4) **Wilson Valley:**

Temecula Creek flows through Wilson Valley which is located almost entirely in Section ten (10), Township eight (8) South, Range one (1) East, S.B.M., is bound to the east by basement complex; the Southeast Quarter (SE 1/4) of that Section is similarly bound whereas the Southwest Quarter (SW 1/4) is bound by older continental alluvium as is the northern boundary of the Valley. A thin mantle of recent alluvium overlies older continental alluvium.  By reason of the shallow character of those sediments Wilson Valley is not a productive source of ground water.  However, the ground water draining from the alluvial fill causes water to rise in the bed of the stream in the Southwest Quarter (SW 1/4) of Section ten (10), Township eight (8) South, Range one (1) East, S.B.M., all of which water is diverted during the irrigation season in the Southeast Quarter (SE 1/4) of Section 9, Township eight (8) South, Range one (1) East, S.B.M., all as found above.

### Finding No. CLXXXIX

The thin layer of younger alluvium which overlies older continental deposits is in part deposition from the surrounding hills and is in part stream transported older continental alluvium.

### Finding No. CXC

(5) **Lancaster Valley:**

Lancaster Valley is divided into two segments - Upper Lancaster Valley and Lower Lancaster Valley.

(a) **Upper Lancaster Valley:**

The bed and banks of Wilson Creek where it leaves the Southwest Quarter (SW 1/4) of Section nine (9), Township eight (8) South, Range one (1) East, S.B.M. through Upper Lancaster Valley are well defined.  Artificial levees

- 13 -

16241

have been constructed down to the north line of Section seventeen (17).  After traversing the Southeast corner of Section eight (8) the stream enters a narrow constriction between outcroppings of basement complex in the Southeast Quarter (SE 1/4) of Section seven (7), all in Township eight (8) South, Range one (1) East, S.B.M.  There the ground water is forced to the surface by that basement complex.  At the area of constriction just described Wilson Creek enters Lower Lancaster Valley.

### Finding No. CXCI

Floor of Upper Lancaster Valley is largely covered by a thin layer of younger or recent alluvium, the source of which is deposition from the surrounding  badland topography, composed of older continental alluvium and basement complex.  Stream action in the trough of the valley, likewise in the process of redistribution of the older continental deposits, brought in the silts, sand and gravels constituting that thin layer of younger alluvium which covers the older continental deposits.

### Finding No. CXCII

Lancaster Fault:

Lancaster Valley is a surface manifestation of the northwest-southeast trending Lancaster Fault which, as found above, traverses the northern segment of Aguanga Valley.  Both north and south of the fault are large areas of older alluvium overlaid with younger alluvium.

### Finding No. CXCIII

The Lancaster Fault referred to in the preceding finding has a semi-barrier effect upon the movement of ground water in the Aguanga Ground Water Area.

### Finding No. CXCIV

Source of Ground Water:
  Depth of Alluvium:

The primary source of ground water in Upper Lancaster Valley is the older continental alluvium which underlies the shallow layer of younger or recent alluvium which is described in the preceding findings.

- 14 -

16242

### Finding No. CXCV

The depth of the older continental alluvium varies from the very shallow contacts between the alluvium and the basement complex to a depth in excess of three hundred (300) feet.

(b) Lower Lancaster Valley:

Wilson Creek emerges from the basement complex constriction in Section seven (7), Township eight (8) South, Range one (1) East, S.B.M., and proceeds through Lower Lancaster Valley in a well defined channel with clearly demarked banks and bed. Immediately below the point of constriction the last mentioned Valley broadens out to from one-half (1/2) to three-quarters (3/4) of a mile down to the point where that Valley joins Nigger Valley through which flows Temecula Creek.

### Finding No. CXCVI

Lower Lancaster Valley is bound to the north by basement complex in Section seven (7), Township eight (8) South, Range one (1) East, S.B.M., and Fractional Section Twelve (12), Township eight (8) South, Range one (1) west, S.B.M., and a small area of Pauba Grant. Remainder of the Valley down to its juncture with Nigger Valley is bound both to the north and south by older continental alluvium.

### Finding No. CXCVII

The floor of Lower Lancaster Valley consists of a shallow layer of younger or recent alluvium which is deposition from the surrounding hills and from basement complex. Stream action likewise contributed to redistribution of older alluvium along certain areas of the valley floor.

### Finding No. CXCVIII

Source of Ground Water:
Depth of Alluvium:

The primary source of ground water in Lower Lancaster Valley is the older alluvium which underlies the thin layer of younger alluvium.

### Finding No. CXCIX

Wells up to approximately six hundred (600) feet in depth have been drilled in the valley in question.

16243

Finding No. CC

Geological Characteristics of the
    Sedimentary Deposits in the
    Aguanga Ground Water Area:

The older continental alluvium which constitutes the vast preponderance of the sedimentary deposits of the Aguanga Ground Water Area were laid down during a period of geological history when the precipitation far exceeded that which presently prevails.  Course of Temecula Creek at that time was out of the Murrieta Valley into the Santa Ana drainage system and not westward through Temecula Gorge down the valley of the Santa Margarita River.  These deposits are part of the much larger Murrieta-Temecula Ground Water Area concerning which this Court has made findings.

Finding No. CCI

Throughout the Area in question the sedimentary deposits of which it is composed are lenticular in character.  Well logs in every part of this large Area reveal lenses of sands, gravels, clay and silt.

Finding No. CCII

Proceeding from east to west the depth of the lenticular deposits increase down to the present site of Vail Reservoir.

Finding No. CCIII

Hydrological Features of
    the Aguanga Ground Water
    Area:

The Aguanga Ground Water Area is a large subterranean reservoir in which all of the waters are hydrologically interconnected.  All of the waters contained in the saturaged stratum percolate through the lenticular deposits.  Course of the ground waters through the lenses of clay, silt, sand and gravels is governed largely by the type of material encountered and by the forces of gravity.  In a state of nature those percolating waters would ultimately proceed down through Nigger Canyon which is the outlet of the Aguanga Ground Water Area as Temecula Gorge is the outlet of the Murrieta-Temecula Ground Water Area.  However, as found above, Vail Dam impounds all of the water both surface and subsurface of Temecula Creek above that point.

- 16 -

16244

### Finding No. CCIV

All of the ground waters in the Aguanga Ground Water Area are part of the Santa Margarita River stream system. When not artificially interfered with those percolating waters add to, and contribute to the flow of the Santa Margarita River.

### Finding No. CCV

Since the closure of Vail Dam and the excessive use of both surface and ground water by Vail Company the flow of Temecula Creek and the percolating ground waters which enter that stream from the Aguanga Ground Water Body have been far less than the quantities of water used and impounded by Vail Company.

### Finding No. CCVI

**Recharge For Aguanga Ground
Water Area - Artificial
Depletions From It:**

The percolating ground waters of the Aguanga Ground Water Area have their source in the surface runoff of Temecula Creek, Wilson Creek and their tributaries. Precipitation on the surface of the ground water area contributes to those percolating waters only during periods of high runoff. Otherwise the vegetative cover consumes it.

### Finding No. CCVII

In each of the valleys above described there has been in recent years the pumping of percolating waters from the Aguanga Ground Water Area for irrigation and domestic purposes far in excess of the recharge to it. Result has been a general lowering of the ground-water table throughout the entire area. That reduction in the ground-water table has resulted in a concomitant reduction in the surface runoff of Temecula Creek and Wilson Creek and their tributaries.

### Finding No. CCVIII

**Delineation of the Exterior Boundary
of Aguanga Ground Water Body:**

Realistically many areas of alluvium which are geologicaly a part of the Aguanga Ground Water Area contain such small quantities of water that their inclusion within it has been found to be impractical and of no value.

- 17 -

16245

1    Accordingly, this Court has arbitrarily designated by legal subdivisions the

2    Aguanga Ground Water Area eliminating those lands referred to in the preceding

3    sentence.  The exterior boundary of that Area is as follows:

4         Commencing at a point where the Pauba Grant line of Vail Ranch has

5    a common boundary with  Section four (4) Township eight (8) South, Range one (1)

6    West, S.B.M., at the crest of the surface water divide at approximately

7    elevation 2500, between the drainage area of Temecula Creek above Vail Dam

8    in Nigger Canyon and the drainage area of Temecula Creek below that Dam;

9         Thence southeasterly along the Pauba Grant line to the Northeast

10   Corner of the Pauba Grant bordering Section one (1), Township eight (8) South,

11   Range one (1) West, S.B.M., bounding the Vail Ranch; thence southwesterly

12   along the Eastern boundary of the Pauba Grant bounding Vail Ranch; thence East

13   along the Northern boundary of the South Half of the Northeast Quarter (S 1/2

14   NE 1/4) of Fractional Section twelve (12), Town eight (8) South, Range one (1)

15   West, S.B.M.;

16        Thence North along West boundary of Section seven (7); thence

17   East along the Northern boundary of Section seven (7); thence South along the

18   Eastern boundary of Section seven (7), all in Township eight (8) South, Range

19   one (1) East, S.B.M.;

20        Thence East along the Northern boundary of the Southwest Quarter

21   (SW 1/4) of the Northwest Quarter (NW 1/4); thence North along the Western

22   boundary of the Northeast Quarter of the Northwest Quarter (NE 1/4 NW 1/4), all

23   in Section eight (8), Township eight (8) South, Range one (1) East, S.B.M.;

24        Thence East along the Northern boundary of Section eight (8), Township

25   eight (8) South, Range one (1) East, S.B.M., to a point 130 feet East of the

26   Southwest Corner of the Southwest Quarter of the Southeast Quarter (SW 1/4 SE 1/4)

27   of Section five (5), Township eight (8) South,  Range one (1) East, S.B.M.;

28        Thence Northeast to the Northwest Corner of the Southeast Quarter of

29   the Southeast Quarter (SE 1/4 SE 1/4); thence North along West boundary of

30   Northeast Quarter of Southeast Quarter (NE 1/4 SE 1/4); thence East along the

31   North boundary of the Northeast Quarter of the Southeast Quarter (NE 1/4 SE 1/4);

32   thence North along the western boundary of the East Half of the Southeast Quarter

16246

(33), Township eight (8) South, Range one (1) East, S.B.M.;

Finding No. CCVIII - Exterior Boundary of Aguanga
   Ground Water Body (continued):

of the Northeast Quarter (E 1/2 SE 1/4 NE 1/4), all in Section five (5),
Township eight (8) South, Range one (1) East, S.B.M.;

Thence East along North boundary of South Half of Northeast Quarter
(S 1/2 NE 1/4) of Section five (5), Township eight (8) South, Range one (1)
East, S.B.M., and North boundary of South Half of Northwest Quarter (S 1/2
NW 1/4) of Section four (4), Township eight (8) South, Range one (1) East,
S.B.M.; thence South along East boundary of South Half of Northwest Quarter
(S 1/2 NW 1/4); thence East along North boundary of Southeast Quarter (SE 1/4),
all in Section four (4), Township eight (8) South, Range one (1) East, S.B.M.;

Thence North along West boundary of Section three (3); thence
East along North boundary of Section three (3), and South along East boundary
of Sections three (3) and ten (10), all in Township eight (8) South, Range
one (1) East, S.B.M.;

Thence West along South boundary of North Half of Southeast Quarter
(N 1/2 SE 1/4); thence South along East boundary of South Half of Southwest
Quarter (S 1/2 SW 1/4); thence West along South boundary of Section ten (10),
all in Section ten (10), Township eight (8) South, Range one (1) East, S.B.M.;

Thence South along East boundary of Section sixteen (16), Township
eight (8) South, Range one (1) East, S.B.M.;

Thence East along the North boundary of the South Half of South Half
(S 1/2 S 1/2); thence South along East boundary of Section fifteen (15); all
in Section fifteen (15), Township eight (8) South, Range one (1) East, S.B.M.;

Thence East along the North boundary of Section twenty-three (23);
thence South along East boundary of the Northeast Quarter of the Northeast
Quarter (NE 1/4 NE 1/4) of Section twenty-three (23), all in Township eight
(8) South, Range one (1) East, S.B.M.;

Thence East along the North boundary of the South Half of the North
Half (S 1/2 N 1/2); thence South along East boundary of the Southwest Quarter
of the Northeast Quarter (SW 1/4 NE 1/4); thence East along the North
boundary of the Northeast Quarter of the Southeast Quarter (NE 1/4 SE 1/4);
thence South along East boundary of the Northeast Quarter of the Southeast
Quarter (NE 1/4 SE 1/4); thence West along South boundary of the North

- 19 -

16247

Finding No. CCVIII - Exterior Boundary of Aguanga
Ground Water Body (continued):

1   Half of the Southeast Quarter (N 1/2 SE 1/4); thence North along the West boundary

2   of the Northwest Quarter of the Southeast Quarter (NW 1/4 SE 1/4), all in

3   Section twenty-four (24), Township eight (8) South, Range one (1) East, S.B.M.;

4       Thence West along the South boundaries of the Northwest Quarter (NW 1/4)

5   of Section twenty-four (24) and Northeast Quarter (NE 1/4) of Section twenty-three

6   (23), Township eight (8) South, Range one (1) East, S.B.M.;

7       Thence South along the East boundary of the Northeast Quarter of the

8   Southwest Quarter (NE 1/4 SW 1/4), and West along the South boundary of the

9   Northeast Quarter of the Southeast Quarter (NE 1/4 SE 1/4), all in Section

10   twenty-three, (23), Township eight (8) South, Range one (1) East, S.B.M.;

11       Thence South along the East boundaries of the Southwest Quarter of the

12   Southwest Quarter (SW 1/4 SW 1/4) of Section twenty-three (23), and the West Half

13   of the Northwest Quarter (W 1/2 NW 1/4) of Section twenty-six (26), all in

14   Township eight (8) South, Range one (1) East, S.B.M.;

15       Thence East along the North boundary of the Northeast Quarter of the

16   Southwest Quarter (NE 1/4 SW 1/4); thence South along the East boundary of the

17   Northeast Quarter of the Southwest Quarter (NE 1/4 SW 1/4); thence West along

18   the South boundary of the Northeast Quarter of the Southwest Quarter(NE 1/4 SW 1/4);

19   thence South along the East boundary of the Southwest Quarter of the Southwest

20   Quarter (SW 1/4 SW 1/4); thence West along the South boundary of Section twenty-

21   six (26); all in Section twenty-six (26), Township eight (8) South, Range one (1)

22   East, S.B.M.;

23       Thence South along the East boundary of Section thirty-four (34); thence

24   West along the South boundary of the Southeast Quarter (SE 1/4) of Section

25   thirty-four (34), Township eight (8) South, Range one (1) East, S.B.M.;

26       Thence South along the East boundary of the Northeast Quarter of the

27   Northwest Quarter (NE 1/4 NW 1/4); thence West along the South boundary of the

28   Northeast Quarter of the Northwest Quarter (NE 1/4 NW 1/4); thence North along

29   the West boundary of the Northeast Quarter of the Northwest Quarter (NE 1/4 NW 1/4);

30   all in Section three (3), Township nine (9) South, Range one (1) East, S.B.M.;

31       Thence West along the South boundaries of the Southwest Quarter of the

32   Southwest Quarter (SW 1/4 SW 1/4) of Section thirty-four (34), and the

16268

Finding No. CCVIII - Exterior Boundary of Aguanga
    Ground Water Body (continued):

Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of Section thirty-three
(33), Township eight (8) South, Range one (1) East, S.B.M.;

Thence North along the West boundary of the Southeast Quarter of the
Southeast Quarter (SE 1/4 SE 1/4); thence West along the South boundary of the
Northwest Quarter of the Southeast Quarter (NW 1/4 SE 1/4); thence North along
the West boundary of the Northwest Quarter of the Southeast Quarter (NW 1/4 SE 1/4);
thence West along the South boundary of the Southeast Quarter of the Northwest
Quarter (SE 1/4 NW 1/4); thence North along the  West boundary of the
Southeast Quarter of the Northwest Quarter (SE 1/4 NW 1/4); thence West along
the South boundary of the Northwest Quarter of the Northwest Quarter
(NW 1/4 NW 1/4); thence North along the West boundary of the Northwest Quarter
of the Northwest Quarter (NW 1/4 NW 1/4), all in Section thirty-three (33),
Township eight (8) South, Range one (1) East, S.B.M.;

Thence West along the South boundary of Section twenty-nine (29);
thence North along the West boundary of the Southwest Quarter (SW 1/4) of
Section twenty-nine (29), all in Township eight (8) South, Range one (1) East,
S.B.M.;

Thence West along the South boundary of the Southeast Quarter of the
Northeast Quarter (SE 1/4 NE 1/4); thence North along the West boundary of the
Southeast Quarter of the Northeast Quarter (SE 1/4 NE 1/4); thence West on the
South boundary of the Northwest Quarter of the Northeast Quarter (NW 1/4 NE 1/4)
thence North on the West boundary of the Northwest Quarter of the Northeast
Quarter (NW 1/4 NE 1/4), all in Section thirty (30), Township eight (8) South,
Range one (1) East, S.B.M.;

Thence West along the South boundary of the Southwest Quarter (SW 1/4);
thence North along the West boundary of the Southwest Quarter of the Southwest
Quarter (SW 1/4 SW 1/4), all in Section nineteen (19), Township eight (8) South,
Range one (1) East, S.B.M.;

Thence West along the South boundary of the Northeast Quarter of the
Southeast Quarter (NE 1/4 SE 1/4); thence South along the East boundary of
the Southwest Quarter of the Southeast Quarter (SW 1/4 SE 1/4); thence West
along the South boundary of Section twenty-four (24); thence north along the

16249

Finding No. CCVIII - Exterior Boundary of Aguanga
    Ground Water Body (continued):

West boundary of Section twenty-four (24), all in Section twenty-four (24),

Township eight (8) South, Range one (1) West, S.B.M.;

Thence West along Pauba Grant Line bounding Vail Ranch;

Thence South along East boundary of West Half (W 1/2); thence West

along the South boundary of Fractional Section twenty-two (22), all in

Fractional Section twenty-two (22), Township eight (8) South, Range one (1)

West, S.B.M.;

Thence South along the East boundary of the Northeast Quarter (NE 1/4);

thence West along the South boundary of the Southeast Quarter of the Northeast

Quarter (SE 1/4 NE 1/4); thence South along the East boundary of the West Half

of the Southeast Quarter (W 1/2 SE 1/4); thence West along the South boundary

of the Southwest Quarter of the Southeast Quarter (SW 1/4 SE 1/4), and the

East Half of the East Half of the Southwest Quarter (E 1/2 E 1/2 SW 1/4); thence

North along the West boundary of the East Half of the East Half of the

Southwest Quarter (E 1/2 E 1/2 SW 1/4); thence West along the South boundary

of the Northwest Quarter (NW 1/4), all in Section twenty-eight (28),

Township eight (8) South, Range one (1) West, S.B.M.;

Thence North along the West boundaries of Sections twenty-eight (28)

and twenty-one (21), Township eight (8) South, Range one (1) West; S.B.M.;

Thence westerly along the Pauba Grant Line to a point in Section

twenty (20), Township eight (8) South, Range one (1) West, S.B.M., where the

Pauba Grant Line bears north and westerly from that point; thence in a north

and easterly direction across the Pauba Grant, proceeding along the crest

of the surface watershed divide at approximately elevation 1800 to the southern

end of Vail Dam;

Thence across Vail Dam, proceeding in a north and westerly direction

along the crest of the natural surface watershed divide between the drainage

areas for Temecula Creek above Vail Dam and the drainage area below Vail

Dam, which rises from approximately elevation 1600 to approximately elevation

2500, to the point of beginning.

16250

Finding No. CCIX

The exterior boundary of the above described Aguanga Ground Water Area is graphically set forth on the map of the Santa Margarita River watershed which is Exhibit A of these Findings of Fact, Conclusions of Law and Decree.

Finding No. CCX

## Basement Complex Within the Exterior Boundary of the Aguanga Ground Water Area:

Islands of basement complex protrude through the alluvial fill that constitutes the Aguanga Ground Water Area.  Any ground water found in that basement complex is vagrant, local and percolating, not a part of the waters of the Santa Margarita River system.

Finding No. CCXI

The major outcroppings of basement complex through alluvial fill within the Ground Water Area are situated in:

The North Half (N 1/2) of Fractional Section Twelve (12), Township eight (8) South, Range one (1) West, S.B.M.;

The North Half (N 1/2) and the Northeast Quarter of the Southwest Quarter (NE 1/4 SW 1/4) and the Northwest Quarter of the Southeast Quarter (NW 1/4 SE 1/4) of Section seven (7), Township eight (8) South, Range one (1) West, S.B.M.;

The Northwest Quarter of the Northwest Quarter (NW 1/4 NW 1/4); The Northeast Quarter of the Southeast Quarter (NE 1/4 SE 1/4); The Southeast Quarter of the  Northeast Quarter (SE 1/4 NE 1/4); all in Section eight (8), Township eight (8) South, Range one (1) West, S.B.M.;

The South Half (S 1/2) and the Northwest Quarter (NW 1/4) of Section nine (9), Township eight (8) South, Range one (1) East, S.B.M.;

The Northeast Quarter of the Northwest Quarter (NE 1/4 NW 1/4); the Northwest Quarter of the Northeast Quarter (NW 1/4 NE 1/4) of Section sixteen (16), Township eight (8) South, Range one (1) East, S.B.M.;

- 23 -

Major outcroppings of basement complex (continued):

The South Half of the Southwest Quarter (S 1/2 SW 1/4);

Northwest Quarter of the Southwest Quarter (NW 1/4 SW 1/4),

all in Section nineteen (19), Township eight (8) South,

Range one (1) East, S.B.M.;

Southwest Quarter (SW 1/4); the West Half of the

Southeast Quarter (W 1/2 SE 1/4); the South Half of the

Northwest Quarter (S 1/2 NW 1/4); and the Northwest Quarter

of the Northwest Quarter (NW 1/4 NW 1/4), all in Section

twenty-nine (29), Township eight (8) South, Range one (1)

East, S.B.M.;

The East Half of the Northeast Quarter (E 1/2 NE 1/4)

and the Northwest Quarter of the Northeast Quarter

(NW 1/4 NE 1/4), of Section thirty (30), Township eight (8)

South, Range one (1) East, S.B.M.

### Finding No. CCXII

Contact between the alluvial fill and the basement complex described
in the preceding findings is impossible in most instances to ascertain except
in a general way.  Accordingly, the references to legal subdivisions will
suffice in delineating the areas of basement complex.

### Finding No. CCXIII

Lands Riparian to Temecula Creek, Tule
    Creek, and Wilson Creek Within Aguanga
    Ground Water Area:

The lands which are riparian to Temecula Creek, Tule Creek and
Wilson Creek are designated by parcel numbers.  Explanation of the parcel
designation is warranted as it is the key to identification of the location
of any particular tract of land within the area in question.  The first number
refers to the Township; the second number refers to the Range; the next
number or numbers refer to the Section or Sections or parts of Sections; the
final number, separated from the section number or numbers by a dash or a
diagonal is the numerical designation assigned to the parcel, thus:
Parcel 8W-25-48 or Parcel 8W/25--48 refers to Township Eight (3) South,
Range Four (4) West, Section Twenty-five (25), parcel 48.

16252

- 24 -

### Finding No. CCXIV

Within the Aguanga Ground Water Area the following parcels of land abut upon or are traversed by Temecula Creek, Tule Creek above its confluence with Wilson Creek, and Wilson Creek.

<u>Temecula Creek</u>:

| Parcel Numbers | Owners |
|---|---|
| 81E-34-88 | Bergman, Annie E. |
| 81E-34-76D | Bergman, Annie E. |
| 81E-27,28-73 | King, Irvin B. |
| 81E-33, 34-69C | Trunnell, Donald B. and Esther M. |
| 81E-29-66 | Brocknau, Edward W. and Bessie C. |
| 81E-29-67 | Frykland, Basil N. and Hazel B. |
| 81E-29-62 | Barton, Sarah Irene |
| 81E-29-65 | Schroeder, Walter A., Jr., and Jeanette H. |
| 81E-30, 19-54 | Gibbon, William R. and Katharine C. |
| 81E-19-43 | Cottle, William W. and Gertrude D. |
| 81E-19-42 | Poore, Paul R. and Mildred C. |
| 81E-19-41 | Marcus, Murray M. and Violet M. |
| 81W-13, 24-23 | Knox, Walter G. |

<u>Tule Creek</u>:

| | |
|---|---|
| 81E-24,23-99 | Western Brass Works |
| 81E-23-97 | Bergman, Annie E. |
| 81E-23, 26-98 | Hayward, Theda B. (Sep. prop.) |
| 81E-35-101 | Bergman, Annie E. |

<u>Wilson Creek</u>:

| | |
|---|---|
| 81E-3, 10-100 | Purcell, Betty B. |
| 81E-3, 10, 9,16,17,8-101 | Allen, Willard H. and Marjorie LaVerne |
| 81E-7, 8-4<br>81W-12-4 | Oviatt, James A. and Mary L. |
| Parcel No. 1, Pauba<br>Grant above Vail<br>Dam | Vail Company |

- 25 -

16253

Finding No. CCXV

There is attached to these Findings, marked Exhibit B, and made a part of them by reference a list of lands referred to by parcel number, together with reference to the apparent owner and a description of the smallest parcel of land in a single chain of title, traversed by or abutting upon Temecula Creek, Tule Creek and Wilson Creek.

Finding No. CCXVI

Description of Lands Overlying
   The Aguanga Ground Water Area:

There are set forth in Exhibit B referred to above, the parcels which overlie the Aguanga Ground Water Area together with the names of the apparent owners and a description of the lands coming within that category.

Finding No. CCXVII

In Finding No. CCXI above, the lands which are comprised of basement complex have been described by legal subdivisions. Ground waters, if any, underlying those lands are vagrant, local and percolating, not a part of the Aguanga Ground Water Area.

Finding No. CCXVIII

Climate, ~~Crops,~~ Duty of Water
   ~~and Irrigable Acreage~~:

   Climate:

Climate in the ~~Aguanga~~ Murrieta Temecula Ground Water Area is semiarid, with warm to hot, dry summers and cool and generally moist winters. Rainfall usually occurs during the period from the first of November to the first of April. There are occasional rain showers during the irrigation season which is roughly from April first through October. As a consequence, the period of the greatest demand for water is the period of shortest supply, whereas the period of greatest supply occurs when the demands are very slight. Freezing temperatures or below freezing temperatures may ~~be expected~~ occur during the period from November to April of Each year.

- 26 -

16254

Finding No. CCXIX

Crops:

Cropping patterns for the Aguanga Ground Water Area are governed by the climatic conditions. By reason of sustained freezing temperatures, the crops in the area are limited to the more hardy varieties. These include small grains (oat, wheat, barley, etc.), row crops, alfalfa, irrigated pasture and deciduous fruits.

Finding No. CCXX

Water Duty:

Under present conditions and generally, a reasonable water duty for the crops is as follows: which may be revised in the Minute - dy

|  | Irrigation Requirements Acre-feet Per Acre Per Year |
|---|---|
| Row Crops | 4.00 |
| Irrigated Pasture | 3.83 |
| Alfalfa Citrus | 3.00 1.86 |
| Deciduous Fruit | 1.07 |
| Small Grains (Oat, wheat, barley, etc.) | 1.75 |

To the irrigation requirements shown above, there should be added 10% for delivery losses. That type of loss occurs between the point of supply and the point of use.

Finding No. CCXXI

The irrigable acreage for each parcel of land within the Aguanga Ground Water Area is set forth on Exhibit B referred to in Finding No. CCXV above and made a part hereof by reference.

> [If it is determined that the Oviatt, Stardust, Vail Company Findings and Findings for other large owners in the area are to be incorporated into these Findings, they should be entered here. Conclusions of Law and Interlocutory Judgment will be governed largely by the Conclusions of Law and Judgment in Murrieta-Temecula Ground Water Area.]

- 27 -

16255