UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U. S. A.

vs

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: January 9, 1962

At San Diego, California

PRESENT: Hon. FRED KUNZEL District Judge

Deputy Clerk: WINORA ZINN    Reporter  MARIE ZELLNER

Counsel for Plaintiff: NONE APPEARING

Counsel for Defendant: NONE APPEARING

Proceedings: FURTHER COURT TRIAL

IT IS ORDERED cause is continued to January 30, 1962 at 10 A.M.

JOHN A. CHILDRESS, Clerk

by _____ 6784
     Deputy