LODGED
JAN 24 62

January 17, 1962

Anza Valley, Coahuila Creek,
Wilson Creek and Ground Water
Basins in that Drainage System
Above Aguanga Ground Water Area

W.H.V.

#33

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247-SD-C |
| Plaintiff, | ) | CONTINUATION |
| | ) | OF |
| v. | ) | FINDINGS OF FACT, |
| | ) | CONCLUSIONS OF LAW, |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | AND JUDGMENT |
| ET AL., | ) | PROPOSED BY |
| Defendants. | ) | THE UNITED STATES OF AMERICA |

PART III A

THE SANTA MARGARITA RIVER WATERSHED ABOVE VAIL DAM

Limited to Anza Valley, Coahuila Creek, Wilson Creek and
Ground Water Basins in That Drainage System Above Aguanga
Ground Water Area

Aguanga Ground Water Area:

Note:  There was lodged with this Court on October 23, 1961,

Part I of the Proposed Findings of the United States of America

in which there was delineated in detail a draft of the type of

Findings of Fact, Conclusions of Law and Judgment recommended by

the United States of America for adoption in this case.  There it

was suggested that the Santa Margarita River watershed be divided

into three parts on the basis of geographic and hydrographic units.

Those units were as follows:

Part No. I:    The Santa Margarita River watershed above Temecula

Gorge and below Vail Dam which includes the

drainage areas of Warm Springs Creek, Santa

- 1 -

16256

Gertrudis Creek, Tucalota Creek, Murrieta Creek
and all tributaries of those Creeks;

Part No. II:  The Santa Margarita River watershed below
Temecula Gorge;

Part No. III:  The Santa Margarita River watershed above
Vail Dam.

Findings for Part No. I were contained in the proposal
lodged with this Court and served on counsel October 23, 1961.
On December 5, 1961, findings were lodged for Part No. II.

At the direction of this Court Findings were lodged
January 5, 1962, by the United States of America for the
Aguanga Ground Water Area which is a major portion of Part III
of the Santa Margarita River watershed.

There are now lodged Findings proposed by the United
States of America for Anza Valley, Coahuila Creek, Wilson Creek
and Ground Water Basins in That Drainage System Above Aguanga
Ground Water Area.  They are as follows:

Finding No. CCXXII

Within the Santa Margarita River watershed above Vail Dam there are
three hundred and nineteen (319) square miles.  Situated in the extreme
northeastern portion of that segment of the Santa Margarita River watershed
above Vail Dam is Anza Valley.  Thomas Mountain which rises approximately
seven thousand (7,000) feet above sea level is the highest point of the mountain
range which partially surrounds the Valley to the north and east.  The Valley
itself sloping generally south and westerly is at an elevation on the average
of approximately four thousand (4,000) feet above sea level.  Anza Valley is
approximately thirty-six (36) square miles in areal extent.

Finding No. CCXXIII

Though presently Anza Valley is part of the Santa Margarita River
Drainage, that circumstance, geologically speaking, is a relatively recent event.
In the Late Pleistocene Period the main drainage from the Valley followed a
fault zone, flowing southeasterly through Terwilliger Valley.  It was then

- 2 -

16257

tributary to the Salton Basin.  Alluvial filling and faulting caused the
drainage to change its course into the Santa Margarita River System.

### Finding No. CCXXIV

Ramona Indian Reservation on the western slope of Thomas Mountain
is partly within Anza Valley, as is a portion of Coahuila[*] Indian Reservation
which lies in the southern part of the Valley in question.

### Finding No. CCXXV

Another valley in the portion of the watershed here under consideration
is Coahuila Valley, situated in part within the Coahuila Indian Reservation.
Coahuila Valley is approximately four (4) miles below Anza Valley.  Burnt Valley
is situated in the southwestern segment of the area here under consideration
approximately one (1) mile above Anza Valley.  Findings relating to the mentioned
valleys, their geography, geology and hydrology are set forth, together with
findings respecting Hamilton Creek, Coahuila Creek and Wilson Creek.

### Finding No. CCXXVI

Coahuila Creek,
    Tributary to Wilson Creek:

Coahuila Creek is intermittent both as to time and place.  It flows
only during and immediately following heavy precipitation.  It rises on the
Western slope of Thomas Mountain in the Northwest Quarter (NW 1/4) of Section
thirty-three (33), Township six (6) South, Range three (3) East, S.B.M., and
proceeds in a generally southwesterly direction diagonally across the Southeast
Quarter (SE 1/4) of Section thirty-two (32), where it enters the Ramona Indian
Reservation and the Anza Ground Water Basin, hereafter described; continuing
almost directly south across the Ramona Indian Reservation, and leaving the
Reservation in the Northwest Quarter of the Northwest Quarter (NW 1/4 NW 1/4)
of Section four (4), Township seven (7) South, Range three (3) East, S.B.M.
It proceeds in a southwesterly direction diagonally across the Northeast
Quarter (NE 1/4) and the Southeast Quarter (SE 1/4) of Section five (5),
Township seven (7) South, Range three (3) East, S.B.M.; continuing that
course across the West Half (W 1/4) of Section eight (8) and across the

---

* Sometimes spelled Cahuilla.

16258

Southeast Corner of Section seven (7), all in Township seven (7) South, Range
three (3) East, S.B.M.  Thence in a generally southeasterly direction across
Sections seventeen (17) and twenty (20) where it enters the Coahuila Indian
Reservation, and shortly thereafter turns sharply to the West.  Coahuila Creek
proceeds in that direction across Section twenty-nine (29) where, crossing the
West boundary of that Section, it leaves the Anza Ground Water Basin; thence
across Section thirty (30), all in Township seven (7) South, Range three (3)
East, S.B.M.

Finding No. CCXXVII

Coahuila Creek;
 Coahuila Valley Ground
 Water Basin:

  From the point last mentioned Coahuila Creek continues its generally
westerly course across Section twenty-five (25) and across the East Half (E 1/2)
of Section twenty-six (26), where it enters the Coahuila Valley Ground Water
Basin, proceeding across Sections twenty-six (26), twenty-seven (27), and
twenty-eight (28), leaving the Coahuila Indian Reservation in the Southwest
Corner of Section twenty-eight (28); continuing its westerly course across the
Southeast corner of Section twenty-nine (29) and the North Half of the North
Half (N 1/2 N 1/2) of Section thirty-two (32), where it leaves the Coahuila
Valley Ground Water Basin and continues generally southwesterly across
Section thirty-one (31), all in Township seven (7) South, Range two (2) East,
S.B.M.; proceeding on that course across the South Half (S 1/2) of Section
thirty-six (36), Township seven (7) South, Range one (1) East, S.B.M., where
it enters the Northwest Quarter of the Northwest Quarter (NW 1/4 NW 1/4) of
Section one (1), Township eight (8) South, Range one (1) East, S.B.M.

Finding No. CCXXVIII

Coahuila Creek;
 Aguanga Gound Water
 Basin:

  Coahuila Creek proceeds diagonally across Section two (2), and enters
the Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of Section three
(3), all in Township eight (8) South, Range one (1) East, S.B.M., at which point
it has its confluence with Wilson Creek and enters the Aguanga Ground Water Area.

- 4 -

Finding No. CCXXIX

Wilson Creek:
 Reed Valley:

  Wilson Creek flowing southwesterly has its headwaters in the areas of Section twenty-five (25), twenty-six (26), thirty-five (35) and thirty-six (36), Township six (6) South, Range one (1) East, S.B.M., in an area generally known as Reed Valley. That alluvial filled Valley is approximately two and one-half (2 1/2) miles in length and from a quarter (1/4) of a mile to one-half (1/2) mile wide, extending through Section one (1), Township seven (7) South, Range one (1) East, S.B.M., into Section twelve (12), Township seven (7), South, Range one (1) East, S.B.M., where Wilson Creek leaves Reed Valley.

Finding No. CCXXX

  Reed Valley Ground Water Basin is bound to the east and west by rocks of the basement complex.

Finding No. CCXXXI

  Wilson Creek after leaving Reed Valley approximately at the mid-section of Section twelve (12), Township seven (7) South, Range one (1) East, S.B.M., flows over the consolidated rocks of the basement complex, continuing across Section thirteen (13) and the northern portion of Section twenty-four (24), Township seven (7) South, Range one (1) East, S.B.M.

Finding No. CCXXXII

  Continuing in a southwesterly direction, Wilson Creek proceeds through another alluvial filled valley which is unnamed, in Section twenty-four (24), and across the Southeast Quarter (SE 1/4) of Section twenty-three (23), all in Township seven (7) South, Range one (1) East, S.B.M. That alluvial filled valley extends into the Northwest Quarter (NW 1/4) of Section twenty-five (25), and into the Northeast Quarter (NE 1/4) of Section twenty-six (26), in Township seven (7) South, Range one (1) East, S.B.M. That unnamed alluvial valley is approximately one-quarter (1/4) to one-half (1/2) mile wide and approximately one and one-half (1 1/2) miles long.

16260

### Finding No. CCXXXIII

From the outlet of the alluvial filled valley last described, Wilson Creek proceeds in a southwesterly direction for a distance of approximately one-half (1/2) mile over consolidated basement complex, entering in the Southwest Quarter (SW 1/4) of Section twenty-six (26) another unnamed alluvial filled valley. That valley extends into the Northwest Quarter (NW 1/4) of Section thirty-five (35), Township seven (7) South, Range one (1) East, S.B.M. At the lower end of that alluvial filled valley there is a point of rising water in the bed of Wilson Creek.

### Finding No. CCXXXIV

From the last mentioned point of rising water, the bed of Wilson Creek is comprised largely of consolidated rock for a short distance.

### Finding No. CCXXXV

**Wilson Creek;**
  **Aguanga Ground Water Area:**

In the southeast corner of the Southeast Quarter (SE 1/4) of Section thirty-four (34), Township seven (7) South, Range one (1) East, S.B.M., is the head of Wilson Valley, through which Wilson Creek flows southwesterly to the northern line of Section three (3), Township eight (8) South, Range one (1) East, S.B.M. Wilson Creek enters the Aguanga Ground Water Area when it traverses the North line of the last mentioned section three (3). Progressing in a southerly course, Wilson Creek traverses the entire length of Section three (3), Township eight (8) South, Range one (1) East, S.B.M.

### Finding No. CCXXXVI

Wilson Creek has its confluence with Coahuila Creek in the Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of Section three (3), Township eight (8) South, Range one (1) East, S.B.M.

### Finding No. CCXXXVII

**Hamilton Creek;**
  **Tributary to Anza**
  **Ground Water Basin:**

Hamilton Creek rises in the Northwest Quarter (NW 1/4) of Section twenty-eight (28), Township seven (7) South, Range four (4) East, S.B.M., and proceeds in a northwesterly direction diagonally across the Southwest

16261

1  corner of Section twenty-one (21), where it enters the Burnt Valley Ground

2  Water Basin, continuing that course across Section twenty (20); thence across

3  Fractional Section nineteen (19), all in Township seven (7) South, Range four (4)

4  East, S.B.M., where it crosses the Western boundary of the last mentioned

5  Section, leaving the Burnt Valley Ground Water Basin and entering a deeply

6  incised canyon in which there is a perennial flow; and continuing on across

7  Section thirteen (13), Township seven (7) South, Range three (3) East, S.B.M.,

8  where it leaves the canyon and enters Section fourteen (14), and proceeds in a

9  generally southwesterly direction where Hamilton Creek terminates in the

10  alluvial fill of the Anza Ground Water Basin in the Southwest Quarter of the

11  Southwest Quarter (SW 1/4 SW 1/4) of Section fourteen (14), Township seven (7)

12  South, Range three (3) East, S.B.M.

13                          Finding No. CCXXXVIII

14  Geology of Anza Ground
15     Water Basin:

16         In areal extent the Anza Ground Water Basin comports roughly with the

17  Anza Valley.  It is surrounded by and underlain with basement complex.

18                          Finding No. CCXXXIX

19         Older continental deposits extending over several square miles of

20  the Basin surface lie in the northern portion of the Basin and underlie it

21  as a whole.  In the southern and southwestern portions of the Basin are

22  extensive areas of younger alluvium.  That younger alluvium is the erosion

23  from and redistribution of the older alluvium as well as erosion from the

24  surrounding basement complex.

25                          Finding No. CCXL

26         Trending northwest through the center of the alluvial filled Valley

27  is a ridge of basement complex which divides the Valley into two distinct

28  parts.  Southwest of the central ridge is the larger portion of the alluvial

29  fill.  That ridge which protrudes through the fill in Sections nine (9);

30  fifteen (15); sixteen (16); twenty-one (21), and twenty-two (22), Township

31  seven (7) South, Range three (3) East, S.B.M., affects the ground-water

32  movement throughout the entire Basin.

16262

### Finding No. CCXLI

Depth of the alluvial fill in the Anza Ground Water Basin varies materially from the feathered edges where the alluvium has its contact with basement complex to the areas in the northeast and south center where it appears to be farthest to bed rock. Well logs disclose depths of the fill to be in excess of three hundred (300) feet in Sections ten (10) and fifteen (15), Township seven (7) South, Range three (3) East; two hundred and forty (240) feet in Section seven (7), Township seven (7) South, Range three (3) East, S.B.M.; and over two hundred (200) feet in Section twenty-one (21), Township seven (7) South, Range three (3) East, S.B.M.

### Finding No. CCXLII

Complex fault zones are found throughout the Basin. Traversing the extreme northeastern portion of it is the main San Jacinto Fault. Another fault zone, trending from the northwest to the southeast, traverses diagonally Sections seventeen (17), twenty-one (21), and twenty-eight (28), Township seven (7) South, Range three (3) East, S.B.M., and retards the movement of ground water in that area of the Basin.

### Finding No. CCXLIII

#### Source, Movement, and Discharge of Ground Water:

Hamilton Creek to the southwest, Coahuila Creek and its tributaries to the northeast are the primary sources of recharge for the Anza Basin. Generally the movement of ground water in the great bulk of the alluvial fill is in conformity with the slope of the Valley - north to south. To a degree the movement of ground water from the northeast to the southwest is restricted by the central ridge of basement complex to which reference has been made.

### Finding No. CCXLIV

Ground-water outflow from Anza Ground Water Basin is not large. That which occurs is in the North Half (N 1/2) of Section twenty-nine (29), Township seven (7) South, Range three (3) East, S.B.M., which is traversed by Coahuila Creek in its course out of the Basin. There basement complex

- 8 -

16263

creates a sharp constriction in the alluvial fill. That ground-water outflow is to the Santa Margarita River system. In a state of nature there was ground-water discharge from Anza Valley into Terwilliger Valley, part of the Salton Basin. Pumping, subsequently described, has created a reverse gradient and there is no longer ground-water discharge into the Valley last mentioned.

### Finding No. CCXLV

All of the waters in the Anza Basin are hydrologically interconnected; are a part of the Santa Margarita River system, add to, contribute and support that stream system. In a state of nature the waters which entered the hereafter described semiconfined aquifer, after entering that aquifer were part of the drainage system of Terwilliger Valley. Presently they are not, but rather they are a part of the Santa Margarita River system by reason of pumping from the aquifer. Waters, if any, found in the basement complex which protrudes through the alluvial fill of the Anza Basin are vagrant, local, percolating and not part of the waters of the Santa Margarita River system.

### Finding No. CCXLVI

Deep wells used for irrigation purposes are situated in various parts of the Valley, particularly in the South Half (S 1/2) of Section fifteen (15), the North Half (N 1/2) of Section twenty-two (22), and Section twenty-one (21), Township seven (7) South, Range three (3) East, S.B.M. Certain of those wells tap deep gravels which are relatively productive. On the whole, however, the Anza Ground Water Basin is not highly productive of water. That factor stems largely from the relatively low permeability of the deposits.

### Finding No. CCXLVII

Semi-Confined Aquifer:

As found above, there is an ancient bed which at one time drained Anza Valley water into Terwilliger Valley and not into the Santa Margarita River system. Course of that ancient stream bed is through parts of Sections sixteen (16) and seventeen (17); twenty-one (21), and across the Coahuila Indian Reservation in Sections twenty-seven (27), twenty-eight (28) and thirty-four (34), all in Township seven (7) South, Range three (3) East, S.B.M.

16264

Finding No. CCXLVIII

It is also found that "In the strip of thickest alluvial fill in Sections 21, 28 and 27 the deeper gravels do not appear to be in free hydraulic continuity with the near-surface waters." (U.S.A.-Pltf's Exhibit 278-B). Supporting the Finding of that semi-confined deeper aquifer are these factors:

(1)  The presence within the Coahuila Indian Reservation of the dry lake in Sections twenty-seven (27) and twenty-eight (28), Township seven (7) South, Range three (3) East, S.B.M., where some runoff unable to escape from Anza Valley flows into a shallow depression there situated. Waters collected in that lake are prevented by the deposits underlying it from downward percolation.

(2)  The water level in the Coahuila Indian Well [27M1] situated in the Southwest Quarter (SW 1/4) of Section twenty-seven (27), Township seven (7) South, Range three (3) East, S.B.M., is at times above the level of the dry lake referred to above, evincing a small artesian pressure in the older alluvial gravels.

(3)  Well logs in Section twenty-one (21), Township seven (7) South, Range three (3) East, S.B.M. reveal thick clays overlying the main productive gravels of the ancient stream bed.

Finding No. CCXLIX

The ~~semi-confined~~ *deep* aquifer is approximately one-half (1/2) mile in width and approximately two (2) miles in length, trending diagonally in a northwest direction ~~across~~ *from* the West Half (W 1/2) *of NW/4* of Section twenty-seven (27), the Northeast Quarter of the Southeast Quarter (NE 1/4 SE 1/4); the East *& NW/4 of NE/4* Half of the Northeast Quarter (E 1/2 NE 1/4) of Section twenty-eight (28); the East Half of the Southwest Quarter (E 1/2 SW 1/4); the Southeast Quarter (SE 1/4); the East Half of the Northwest Quarter (E 1/2 NW 1/4); the Northwest Quarter of the Northwest Quarter (NW 1/4 NW 1/4); the West Half of the

*["indistinct"]*

There exists a fault drawn on HAM EX A which strikes NW to SE beginning about the center of Sec. 17, 6S3E, continuing thru ~~about~~ the NE corner of Sec 20-20, and the S 1/4 corner of Sec 21 to the NE/4 of SE/4 Sec 28, all in 7S3E

16265

16265

753E

Northeast Quarter (W 1/2 NE 1/4), all in Section twenty-one (21); into the
Southwest Quarter (SW 1/4) of Section sixteen (16), ~~and possibly into~~ E 5W/4 of NW/4 and E/2 of SE/4 & S/2 of NE/4

Section Seventeen (17); all in Township ~~seven~~ (7) South, Range three (3)
East, S.B.M.

### Finding No. CCL

The semi-confined aquifer described above pinches out in its upslope
shortly above Section twenty-one (21) in Township seven (7) South, Range
three (3) East, S.B.M.

### Finding No. CCLI

The semi-confined aquifer referred to in the preceding Finding
lies immediately northeast of the fault zone referred to in Finding
No. CCXLII above. That fault extends diagonally northwest across Section
twenty-eight (28), Section twenty-one (21) and into Section seventeen (17),
all in Township seven (7) South, Range three (3) East, S.B.M. A retarding
effect at depths over one hundred (100) feet in the movement of ground
water to southwest is the result of the fault zone to which reference has
been made.

### Finding No. CCLII

Source of recharge of the semi-confined aquifer is the same as
the balance of the Anza Basin - precipitation on Thomas Mountain and
surrounding terrain. Intermittent surface streams located generally in Sec-
tions eight (8) and nine (9), Township seven (7) South, Range three (3)
East, S.B.M., probably are the chief contributors to it.

### Finding No. CCLIII

Water levels in Well 27R1 situated within the Cahuilla Indian
Reservation in the Southwest Quarter (SW 1/4) of Section twenty-seven (27),
Township seven (7) South, Range three (3) East, S.B.M., disclose that
pumping from the semi-confined aquifer has created a reverse gradient with
the result that water no longer passes into Terwilliger Valley through the
ancient stream channel to which reference has been made.

- 11 -

16266

Finding No. CCLIV

Exterior Boundary of
Anza Ground Water Basin:

Anza Ground Water Basin is described as follows:

Commencing at the Northeast Corner of Section fourteen (14), Township seven (7) South, Range three (3) East, S.B.M.;

Thence South along the Eastern boundary of Section fourteen (14) and continuing South along the Eastern boundary of the Northeast Quarter (NE 1/4) of Section twenty-three (23); thence West along the Southern boundary of the North Half (N 1/2) of Section twenty-three (23), all in Township seven (7) South, Range three (3) East, S.B.M.;

Thence South along the Eastern boundary of the Southeast Quarter (SE 1/4) of Section twenty-two (22); thence West along the Southern boundary of the Southeast Quarter (SE 1/4) of Section twenty-two (22), Township seven (7) South, Range three (3) East, S.B.M.;

Thence South along the Eastern boundary of the West Half (W 1/2) of Section twenty-seven (27), entering the Coahuila Indian Reservation; thence West along the Southern boundary of the Southwest Quarter (SW 1/4) of Section twenty-seven (27), Township seven (7) South, Range three (3) East, S.B.M.;

Thence continuing West along the Southern boundary of the Southeast Quarter (SE 1/4) of Section twenty-eight (28); thence North along the Western boundary of the Southeast Quarter (SE 1/4) of Section twenty-eight (28); thence West along the Southern boundary of the Northwest Quarter (NW 1/4) of Section twenty-eight (28), Township seven (7) South, Range three (3) East, S.B.M.;

Thence continuing West along the Southern boundary of the North Half (N 1/2) of Section twenty-nine (29); thence North along the Western boundary of the Northwest Quarter (NW 1/4) of Section twenty-nine (29), Township seven (7) South, Range three (3) East, S.B.M.; leaving the Coahuila Indian Reservation;

Thence continuing North along the Western boundary of Sections twenty (20) and seventeen (17), Township seven (7) South, Range three (3) East, S.B.M.;

Thence West along the Southern boundary of the Southeast Quarter (SE 1/4) of Section seven (7); thence North along the Western boundary of the

16267

Finding No. CCLIV - Exterior Boundary of Anza Ground Water Basin-Continued:

East Half (E 1/2) of Section seven (7), Township seven (7) South, Range three (3) East, S.B.M.;

Thence East along the Southern boundary of the Southeast Quarter (SE 1/4) of Section six (6); thence North along the Eastern boundary of Section six (6), Township seven (7) South, Range three (3) East, S.B.M.;

Thence North along the Western boundary of the Southwest Quarter (SW 1/4) of Section thirty-two (32); thence East along the Northern boundary of the South Half (S 1/2) of Section thirty-two (32), entering the Ramona Indian Reservation; thence South along the Eastern boundary of the Northeast Quarter of the Southeast Quarter (NE 1/4 SE 1/4) of Section thirty-two (32), Township six (6) South, Range three (3) East, S.B.M., leaving the Ramona Indian Reservation;

Thence East along the Northern boundary of the Southwest Quarter of the Southwest Quarter (SW 1/4 SW 1/4) and South along the Eastern boundary of the Southwest Quarter of the Southwest Quarter (SW 1/4 SW 1/4) of Section thirty-three (33), Township six (6) South, Range three (3) East, S.B.M.

Thence East along the Northern boundary of Section four (4); thence South along the Eastern boundary of the Northeast Quarter (NE 1/4) of Section four (4), Township seven (7) South, Range three (3) East, S.B.M.;

Thence East along the Northern boundary of the Southwest Quarter (SW 1/4) of Section three (3); thence South along the Eastern boundary of the Southwest Quarter (SW 1/4) of Section three (3), Township seven (7) South, Range three (3) East, S.B.M.;

Thence East along the Northern boundary of the Northeast Quarter (NE 1/4) of Section ten (10); thence South along the Eastern boundary of the Northeast Quarter of the Northeast Quarter (NE 1/4 NE 1/4) of Section ten (10), Township seven (7) South, Range three (3) East, S.B.M.;

Thence East along the Southern boundary of the North Half of the Northwest Quarter (N 1/2 NW 1/4) of Section eleven (11); thence South along the Eastern boundary of the South Half of the Northwest Quarter (S 1/2 NW 1/4) and the North Half of the Southwest Quarter (N 1/2 SW 1/4) of Section eleven (11); thence east along the Southern Boundary of the North Half of the Southeast Quarter

16268

Finding No. CCLIV - Exterior Boundary of Anza Ground Water Basin-Continued:

(N 1/2 SE 1/4) of Section eleven (11); thence South along the Eastern boundary
of the South Half of the Southeast Quarter (S 1/2 SE 1/4) of Section eleven (11);
thence a jog southwesterly to point of beginning; all in Township seven (7)
South, Range three (3) East, S.B.M.

### Finding No. CCLV

Course of the percolating ground waters in the Anza Ground Water
Basin as they move through the lenticular deposits is governed by the character
of those deposits and by the forces of gravity.  As is true in all of the
basins in the Santa Margarita River watershed, the elevation of the ground
waters must exceed the elevation of the basement complex at the outlet of
the basin before those waters may leave the basin.  Pumping in Anza Valley
has reduced the movement of ground water from the Basin.  Presently the small
quantity of ground water which leaves the Basin is largely consumed by
phreatophytes.

### Finding No. CCLVI

Coahuila Valley Ground
    Water Basin:

Coahuila Creek, flowing over a thin mantle of alluvium underlain
with basement complex, continues its course southwesterly after leaving the
Anza Ground Water Basin, proceeding across Section thirty (30), Township seven
(7) South, Range three (3) East, S.B.M.; across Section twenty-five (25) and
enters the Cahuilla Valley Ground water Basin in Section twenty-six (26), all
in Township seven (7) South, Range two (2) East, S.B.M.

### Finding No. CCLVII

Ground waters draining from the alluvial fill of the Basin enter
the bed of Coahuila Creek in the Southwest Quarter (SW 1/4) of Section
twenty-three (23) and in the Northwest Quarter (NW 1/4) of Section twenty-six (26),
all in Township seven (7) South, Range two (2) East, S.B.M., and for approximately
one-half (1/2) mile there is perennial flow in the stream.  There is also a
point of rising water in the stream bed in the Southwest Quarter (SW 1/4) of
Section twenty-seven (27), Township seven (7) South, Range two (2) East, S.B.M.

16269

From that point the stream continues its course to the western boundary of Section twenty-eight (28), all in Township seven (7) South, Range two (2) East, S.B.M., and all within the Coahuila Indian Reservation.

### Finding No. CCLVIII

Perennial flow of Coahuila Creek occurs in the Northwest Quarter (NW 1/4) of Section thirty-two (32), shortly above the point where the stream enters Section thirty-one (31), all in Township seven (7) South, Range two (2) East, S.B.M. There the flow of the stream continues for a distance of approximately one-half (1/2) mile where it enters a small pond created by an on-channel dam. Below the dam Coahuila Creek flows for approximately two (2) miles over basement complex where it crosses into the Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of Section three (3), Township eight (8) South, Range one (1) East, S.B.M., where it has its confluence with Wilson Creek and enters the Aguanga Ground Water Area.

### Finding No. CCLIX

Geology of Coahuila
  Creek  Ground Water Basin:

The Coahuila Valley Ground Water Basin is comprised of older continental alluvium and younger alluvium. Those sediments are surrounded with and underlain by basement complex. Whereas the older continental deposits were laid down during the Pleistocene Period, the younger alluvium which covers much of the Valley floor is the erosion from and redistribution of the older alluvium as well as erosion from the surrounding basement complex.

### Finding No. CCLX

The deposits in the Basin are lenticular in nature, being composed of clay, silt, sand and gravel. Course of the ground waters within the Basin is largely controlled by the nature of the deposits encountered and by the forces of gravity. General course of that percolating water is with the Valley slope to the outlet of it in Section thirty-two (32), Township seven (7) South, Range two (2) East, S.B.M.

Finding No. CCLXI

From the feathered edges of it at the contact with the basement complex and weathered basement complex, the alluvium reaches depths of approximately two hundred (200) feet in the lower portion of the Coahuila Ground Water Basin.

Finding No. CCLXII

Exterior Boundary of Coahuila
Valley Ground Water Basin:

Coahuila Valley Ground Water Basin is described as follows:

Commencing at the Northwest Corner of Section thirteen (13), Township seven (7) South, Range two (2) East, S.B.M.;

Thence East along the Northern boundary of the Northwest Quarter of the Northwest Quarter (NW 1/4 NW 1/4) of Section thirteen (13); thence South along the Eastern boundary of the West Half of the West Half (W 1/2 W 1/2) of Section thirteen (13), Township seven (7) South, Range two (2) East, S.B.M.;

Thence continuing South along the Eastern boundary of the West Half of the Northwest Quarter (W 1/2 NW 1/4) of Section twenty-four (24); thence West along the Southern boundary of the Southwest Quarter of the Northwest Quarter (SW 1/4 NW 1/4) of Section twenty-four (24), Township seven (7) South, Range two (2) East, S.B.M.;

Thence bordering the Coahuila Indian Reservation along the Eastern boundary of the Southeast Quarter (SE 1/4) of Section twenty-three (23); thence entering the Coahuila Indian Reservation, West along the Southern Boundary of the Southeast Quarter (SE 1/4) of Section twenty-three (23), Township seven (7) South, Range two (2) East, S.B.M.;

Thence South along the Eastern boundary of the Northwest Quarter (NW 1/4) of Section twenty-six (26); thence West along the Southern boundary of the Northwest Quarter (NW 1/4) of Section twenty-six (26), Township seven (7) South, Range two (2) East, S.B.M.;

Thence West along the Southern boundary of the Northeast Quarter (NE 1/4) of Section twenty-seven (27); thence South along the Eastern boundary of the Southwest Quarter (SW 1/4) of Section twenty-seven (27); thence West

Finding No. CCLXII - Exterior Boundary of Coahuila
  Valley Ground Water Basin - Continued:

along the Southern boundary of the Southwest Quarter (SW 1/4) of Section

twenty-seven (27), Township seven (7) South, Range two (2) East, S.B.M.;

Thence South along the Eastern boundary of Section thirty-three (33);

thence West along the Southern boundary of the Southeast Quarter (SE 1/4) of

Section thirty-three (33), Township seven (7) South, Range two (2) East, S.B.M.;

Thence South along the Eastern boundary of the West Half (W 1/2) of

Section four (4); thence West along the Southern boundary of the Southwest

Quarter (SW 1/4) of Section four (4); thence North along the Western boundary of

Section four (4) to the Southern boundary of Section five (5); all in Township

eight (8) South, Range two (2) East, S.B.M.;

Thence leaving Coahuila Indian Reservation, West along the Southern

boundary of the Southeast Quarter (SE 1/4) of Section five (5); thence North

along the Western boundary of the Southeast Quarter (SE 1/4) of Section five (5);

thence West along the Southern Boundary of the East Half of the Northwest Quarter

(E 1/2 NW 1/4) of Section five (5); thence North along the Western boundary of

the East Half of the Northwest Quarter (E 1/2 NW 1/4) of Section five (5),

Township eight (8) South, Range two (2) East, S.B.M.;

Thence West along the Southern boundary of the Southwest Quarter

of the Southwest Quarter (SW 1/4 SW 1/4) of Section thirty-two (32); thence

North along the Western boundary of Sections thirty-two (32) and twenty-nine (29);

thence East along the Northern boundary of Section twenty-nine (29), all in

Township seven (7) South, Range two (2) East, S.B.M.;

Thence North along the Western boundary of the South Half of the

Southwest Quarter (S 1/2 SW 1/4) of Section twenty-one (21); thence East

along the Northern boundary of the South Half of the Southwest Quarter

(S 1/2 SW 1/4) of Section twenty-one (21); thence South along the Eastern boundary

of the South Half of the Southwest Quarter (S 1/2 SW 1/4) of Section twenty-one

(21), Township seven (7) South, Range two (2) East, S.B.M.;

Thence entering the Coahuila Indian Reservation South along the

Eastern boundary of the Northwest Quarter (NW 1/4) to the center of Section

twenty-eight (28); thence East along the Southern boundary of the Northeast

Quarter (NE 1/4) of Section twenty-eight (28), Township seven (7) South, Range

Finding No. CCLXII - Exterior Boundary of Coahuila
    Valley Ground Water Basin - Continued:

Thence continuing East along the Southern boundary of the Southwest Quarter of the Northwest Quarter (SW 1/4 NW 1/4) of Section twenty-seven (27); thence North along the Eastern boundary of the Southwest Quarter of the Northwest Quarter (SW 1/4 NW 1/4) of Section twenty-seven (27); thence East along the Southern boundary of the Northeast Quarter of the Northwest Quarter (NE 1/4 NW 1/4) of Section twenty-seven (27); thence North along the Eastern boundary of the Northeast Quarter of the Northwest Quarter (NE 1/4 NW 1/4) of Section twenty-seven (27); thence East along the Northern boundary of the Northeast Quarter (NE 1/4) of Section twenty-seven (27), Township seven (7) South, Range two (2) East, S.B.M.;

Thence North along the Western boundary of Section twenty-three (23), Township seven (7) South, Range two (2) East, S.B.M.;

Thence continuing North along the Western boundary of the Southwest Quarter (SW 1/4) of Section fourteen (14); thence East along the Center Section line of Section fourteen (14) to the Southwest Corner of the Southeast Quarter of the Northeast Quarter (SE 1/4 NE 1/4) of Section fourteen (14); thence North along the Western boundary of the East Half of the Northeast Quarter (E 1/2 NE 1/4) of Section fourteen (14); thence East along the Northern boundary of the East Half of the Northeast Quarter (E 1/2 NE 1/4) of Section fourteen (14); thence to point of beginning, all in Township seven (7) South, Range two (2) East, S.B.M.

Finding No. CCLXIII

Source of recharge for the Coahuila Valley Ground Water Basin is Coahuila Creek. All of the waters within it are hydrologically interconnected. They are a part of, add to, and contribute to the waters of the Santa Margarita River system.

Finding No. CCLXIV

Ground waters, if any, found in the areas of basement complex within the Coahuila Ground Water Basin are vagrant, local and percolating, not a part of the Santa Margarita River system.

16273

GPO 10—29093-1

Finding No. CCLXV

Burnt Valley Ground Water Basin:

Burnt Valley Ground Water Basin is situated largely in Sections twenty (20) and twenty-one (21), Township seven (7) South, Range three (3) East, S.B.M. It is traversed by Hamilton Creek which is one of the sources of recharge for the Anza Ground Water Basin. Source of recharge for Burnt Valley Ground Water Basin is Hamilton Creek and the surrounding terrain.

Finding No. CCLXVI

Ground waters, if any, found in the basement complex within the exterior boundary of the Burnt Valley Ground Water Basin are vagrant, local and percolating, not a part of the Santa Margarita River system.

Finding No. CCLXVII

Older continental alluvium is found throughout the Basin in question. It is surrounded by and underlain with basement complex. Younger alluvium found in the central portion of the Valley is the erosion from and redistribution of older continental deposits and erosion from the surrounding basement complex.

Finding No. CCLXVIII

The deposits in the Basin are lenticular in nature, being composed of clay, silt, sand and gravel. Course of the ground waters within the Basin is largely controlled by the nature of the deposits encountered and by the forces of gravity. General course of that percolating water is with the Valley slope to the outlet of it in Fractional Section nineteen (19), Township seven (7) South, Range three (3) East, S.B.M.

Finding No. CCLXIX

The main San Jacinto Fault Zone constitutes the southwestern boundary of the Burnt Valley Ground Water Basin. Another unnamed fault traverses the northeastern extremity of the Basin.

Finding No. CCLXX

All of the waters of Burnt Valley and Burnt Valley Ground Water Basin are part of the Santa Margarita River system. They add to, contribute to and support the waters of that system.

- 19 -

16274

Finding No. CCLXXI

Exterior Boundary of Burnt Valley
    Ground Water Basin:

Burnt Valley Ground Water Basin is described as follows:

Commencing at the center of Section twenty-one (21), Township
seven (7) South, Range four (4) East, S.B.M., thence South along the
Eastern boundary of the Southwest Quarter (SW 1/4); thence West along the
Southern boundary of the Southwest Quarter (SW 1/4) of Section twenty-one (21),
Township seven (7) South, Range four (4) East, S.B.M.;

Thence continuing West along the Southern boundary of the
Southeast Quarter (SE 1/4) of Section twenty (20); thence North along the
Eastern boundary of the Southeast Quarter of the Southwest Quarter (SE 1/4 SW 1/4)
of Section twenty (20); thence West along the Northern boundary of the South
Half of the Southwest Quarter (S 1/2 SW 1/4) of Section twenty (20),
Township seven (7) South, Range four (4) East, S.B.M.;

Thence West to center of Fractional Section nineteen (19); thence
North along Center Line of Fractional Section nineteen (19) to South boundary
of Fractional Section eighteen (18), all in Township seven (7) South,
Range four (4) East, S.B.M.;

Thence East along South boundary of Fractional Section eighteen (18)
to Southeast Corner of Fractional Section eighteen (18), Township seven (7)
South, Range four (4) East, S.B.M.;

Thence North along the Western boundary of the Southwest Quarter
(SW 1/4) of Section seventeen (17); thence East along the Northern boundary
of the South Half (S 1/2) of Section seventeen (17); thence South along the
Eastern boundary of the Southeast Quarter of the Southeast Quarter
(SE 1/4 SE 1/4) of Section seventeen (17), Township seven (7) South, Range
four (4) East, S.B.M.;

Thence continuing South along the Western boundary of Section
twenty-one (21) to Center Line of that Section; thence East along the Center
Line of that Section to point of beginning, all in Township seven (7) South,
Range four (4) East, S.B.M.

16275

Finding No. CCLXXII

**Lands Riparian to Hamilton Creek; Coahuila
Creek; and Wilson Creek Outside of
Aguanga Ground Water Area:**

The lands which are individually or corporately owned riparian to
Hamilton Creek, Coahuila Creek, and Wilson Creek down to the Aguanga Ground
Water Area are designated by parcel numbers.  The overlying lands are similarly
designated.  Explanation of the parcel designation is warranted as it is the
key to identification of the location of any particular tract of land within
the area in question.  The first number refers to the Township; the second
number refers to the Range; the next number or numbers refer to the Section
or Sections or parts of Sections; the final number, separated from the section
number or numbers by a dash or a diagonal is the numerical designation assigned
to the parcel, thus:  Parcel 84W-25-48 or Parcel 84W/25--48 refers to Township
Eight (8) South, Range Four (4) West, Section Twenty-five (25), parcel 48.

Finding No. CCLXXIII

There is attached to these Findings, marked Exhibit B, and made a
part of them by reference a list of lands within the Ramona Indian Reservation,
the Coahuila Indian Reservation, and the properties of the individual and
corporate defendants whose properties are referred to by parcel numbers,
together with reference to the apparent owners and a description of the smallest
parcel of land in a single chain of title, traversed by or abutting upon
Hamilton Creek, Coahuila Creek and Wilson Creek outside the Aguanga Ground
Water Area.

Finding No. CCLXXIV

**Description of Lands Overlying
The Burnt Valley, Anza and Coahuila
Valley Ground Water Basins:**

There are set forth in Exhibit B referred to above, the parcels
which overlie Burnt Valley Ground Water Basin, Anza Ground Water Basin and
Coahuila Valley Ground Water Basin, together with the names of the apparent
owners and a description of thelands coming within that category.

- 21 -

16276

Finding No. CCLXXV

Climate, Crops, Duty of Water
    and Irrigable Acreage:

Climate:

Climate in the Burnt Valley, Anza, and Coahuila Valley Ground Water Basins is semiarid, with warm to hot, dry summers and cool and generally moist winters. Rainfall usually occurs during the period from the first of November to the first of April. There are occasional rain showers during the irrigation season which is roughly from April first through October. As a consequence, the period of the greatest demand for water is the period of shortest supply, whereas the period of greatest supply occurs when the demands are very slight. Freezing temperatures or below freezing temperatures may be expected during the period from November to April of each year.

Finding No. CCLXXVI

Crops:

Cropping patterns for the Burnt Valley, Anza, and Coahuila Valley Ground Water Basins are governed by the climatic conditions. By reason of sustained freezing temperatures, the crops in the area are limited to the more hardy varieties. These include small grains (oat, wheat, barley, etc.), row crops, alfalfa, irrigated pasture and deciduous fruits.

Finding No. CCLXXVII

Water Duty:

Under present conditions and generally, a reasonable water duty for the crops is as follows:

|  | Irrigation Requirements Acre-feet Per Acre Per Year |
|---|---|
| Row Crops | 4.00 |
| Irrigated Pasture | 3.83 |
| Alfalfa | 3.00 |
| Deciduous Fruit | 1.07 |
| Small Grains (Oat, wheat, barley, etc.) | 1.75 |

To the irrigation requirements shown above, there should be added 10% for delivery losses. That type of loss occurs between the point of supply and the point of use.

16277

1

2

3

4

5

6

7

8

9

10

11

12

13

Finding No. CCLXXVIII

The irrigable acreage, water uses, and related data for each parcel of land within the Burnt Valley, Anza, and Coahuila Valley Ground Water Basins are set forth on Exhibit B referred to above and made a part hereof by reference.  Similar data are set forth in regard to the lands which abut upon or are traversed by Coahuila Creek, Wilson Creek, and Hamilton Creek.

> [It is recommended that the preceding Findings be
> incorporated into the general findings to be
> ultimately entered for the entire area above Vail
> Dam.  Conclusions of Law and Interlocutory Judgment
> in connection with these Findings will conform
> generally with those being developed in other areas
> of the Santa Margarita River watershed.]

16278