FORM SHEET

LODGED

JAN 26 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>                Defendants. | 1247-SD-C<br><br>ROUTINE PROVISIONS<br>IN JUDGMENTS. |

A. BASEMENT COMPLEX JUDGMENTS.

    1. Quiet title provisions:

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all ground waters which underlie lands described in Exhibit _____ attached hereto and incorporated herein by reference (or reference can be made to specific paragraphs in the findings) are vagrant, local, percolating waters which do not add to, support nor contribute to the Santa Margarita River or its tributaries; it is further ordered, adjudged and decreed that this court has no jurisdiction over the use of said ground waters and the rights of the owners of said lands and their heirs, successors and assigns to the use of said ground waters are forever quieted in them and against all other parties to this proceeding, their

6773

heirs, successors and assigns, who have rights to the use of the waters of the Santa Margarita River or its tributaries or ground waters which add to, support and contribute to said River and its tributaries; it is further ordered, adjudged and decreed that the owners of said lands described in Exhibit ____ (or reference to specific paragraph in findings), their heirs, successors and assigns, are forever restrained from asserting rights in or to the ground waters which add to, support and contribute to said Santa Margarita River and its tributaries, and to the waters of the Santa Margarita River and its tributaries excepting rights to surface waters which flow over and upon said lands described in said Exhibit (_____ (or reference to specific paragraph in the findings).

2. Inter se Findings.

It is further ordered, adjudged and decreed that the rights inter se of the owners of said lands described in Exhibit _____ (or reference to specific paragraph in findings) to the use of the underlying vagrant, local, percolating ground waters have not been and are not adjudged, determined and decreed in these proceedings.

3. Surface Waters.

There should be a judgment provision which makes sure that all surface waters which flow over and upon any lands within the watershed (including those lands where the ground waters are vagrant, local and percolating) are a part of the Santa Margarita River and subject to the continuing jurisdiction of this court. This provision can be made separately or you can say that all surface waters which flow over and upon the lands with which the judgment is concerned are subject to the continuing jurisdiction of the court.

- - - - -

B. LANDS WHICH CONTAIN GROUND WATERS WHICH ARE A PART OF THE RIVER OR ITS TRIBUTARIES OR GROUND WATERS WHICH ADD TO, SUPPORT OR CONTRIBUTE TO THE RIVER OR ITS TRIBUTARIES.

1. Correlative Riparian Rights:

It Is Further Ordered, Adjudged and Decreed that all lands described in Exhibit _____ attached hereto and incorporated herein by reference (or reference to specific paragraph in the findings) have correlative riparian rights to the use of the waters of_____creek.

2. Ground waters not a part of a stream, but which add to and contribute to a stream.

It Is Further Ordered, Adjudged and Decreed that the lands described in Exhibit _____ attached hereto and incorporated herein by reference (or reference to specific paragraph in the findings) have correlative overlying rights to the use of the ground waters contained in the older alluvial deposits on said described lands.

(In some instances, such as Diamond and Domenigoni Valleys, such deposits would be younger alluvial deposits as well as older alluvial deposits).

3. Continuing Jurisdiction

It Is Further Ordered, Adjudged and Decreed that the correlative riparian rights to the use of the waters of _____ creek (or creeks) and the correlative overlying rights to the use of the ground waters contained within deposits which underlie the lands described in Exhibit ____ (or reference to specific paragraph in the findings) and all other uses of such waters shall be and are subject to the continuing jurisdiction of this court.

4. Surface waters.

There are surface waters, of course, which have not been adjudged to be a part of a particular creek, but which contribute to a creek. There should be a judgment provision which

states in essence that the use of all surface waters which flow over and upon any of the lands concerned are subject to the continuing jurisdiction of the court.

5. <u>Apportionment not made in this proceeding</u>.

It Is Further Ordered, Adjudged and Decreed that the issue of apportionment has not been presented and this court has taken no evidence directed to establishing whether the use of any waters herein adjudged to be subject to the continuing jurisdiction of this court are reasonable or unreasonable as to amount of water used in the light of correlative rights which may exist as to such waters and this issue is left open, is not decided herein and shall be litigated by this court if and when in the future it becomes necessary to do so.

6. <u>Prescriptive rights</u>.

It Is Further Ordered, Adjudged and Decreed that there are no prescriptive rights to use any of the waters contained in the younger or older alluvial deposits within the (reference to be made to specific area with which judgment is concerned) or surface waters which flow over and upon any of the lands (reference to specific area with which judgment is concerned).

7. <u>Appropriative rights</u>.

If there are no appropriative rights in this area, the judgment should so provide. If there are appropriative rights of a major character, they should be set forth as was done in the judgment concerning Fallbrook's appropriative rights and Lake O'Neil. In cases where there are appropriative rights as evidenced by the exhibits introduced by California which list the status of appropriative rights filed with the State Water Rights Board, the judgment should provide as follows:

It Is Hereby Ordered, Adjudged and Decreed that except as may be provided in factual statements set forth on the Exhibits attached to this Interlocutory Judgment or specifically

4

adjudged in other Findings of Fact, Conclusions of Law and Interlocutory Judgments in this cause, there are no appropriative rights to use the ground waters contained within the younger or older alluvial deposits within (reference to specific area with which judgment is concerned) or the surface waters which flow over and upon the said (reference to specific area with which judgment is concerned).

C. FINDINGS WHICH ARE PERTINENT TO ALL JUDGMENTS AND NOT LIMITED TO THOSE JUDGMENTS CONCERNED SOLELY WITH VAGRANT, LOCAL, PERCOLATING WATERS, OR JUDGMENTS CONCERNED SOLELY WITH WATERS WHICH ARE A PART OF THE SANTA MARGARITA RIVER OR WHICH ADD TO AND CONTRIBUTE TO SAID RIVER.

1. Opportunity to interpose objections to Interlocutory Judgment.

It Is Further Ordered, Adjudged and Decreed, based upon the decision of the United States Court of Appeals for the Ninth Circuit in the case of California v. U.S., 235 Fed.2 647, that this is not a final decree but is interlocutory in character and by reason of the order by this court that all parties are adverse one to the other, thus dispensing with cross pleadings, all parties to these proceedings may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment prior to the entry of final judgment in this case.

2. Interlocutory Judgment Not Final.

It Is Further Ordered, Adjudged and Decreed that this Interlocutory Judgment is not appealable, is not final, and shall not be operative until made a part of the final judgment, and this court expressly reserves jurisdiction to modify or vacate

- - - -

it either upon its own motion or upon motion of any party to this proceeding until such time as final judgment in this cause is entered.

- - - - -

Note:

In my opinion, similar language to these interlocutory judgment provisions should be inserted in the Conclusions of Law.

In preparing this "form sheet" it is obvious to me, and I am sure to the court and counsel, that there will be many situations where additional judgment provisions will have to be drafted to concern specific problems which are inherent not generally, but in isolated situations. A typical example of this is concerned with Camp Pendleton where it was necessary to insert a specific judgment provision providing that the uses of water by the United States of America for its military purposes are as to their character reasonable and beneficial riparian uses.

Also, in may cases it will be necessary to draft judgment provisions for those lands which are riparian to small creeks where no findings are made specifically delineating the riparian lands.

I will not attempt to delineate all of these special circumstances but the counsel who is charged with drafting a particular set of findings will not be able to rely entirely upon this draft but will have to consider the specific factual situations of the particular area, and when necessary, prepare specific judgment provisions dealing with that particular area.

- - - -

I should also point out that there are general

provisions which should be taken care of in the findings in most cases and of a nature that do not require specific judgment provisions.

    For example, see Finding XLIX of the Murrieta-Temecula Findings which is concerned with the prima facie evidence of gross acreages, irrigated acreages, irrigable acreages and water duty as set forth on the exhibits.