CARTER
1-30-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C _____ Civil

MINUTES OF THE COURT

Dated: Jan. 30, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter    JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, FRED GIRARD, AND ARTHUR LITTLEWORTH

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various findings, and court signs Judgment No. 38A.
IT IS ORDERED cause is continued to Jan. 31, 1962, at 9:30 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk

by _____
       Deputy