WHV
12/28/61

**FILED**

JAN 3 0 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William V_ DEPUTY

**ENTERED**

JAN 30 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William V_ Deputy Clerk

**LODGED**

JAN 5 1962

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _Mark V_ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | TEMECULA CREEK SUB-WATERSHED BELOW VAIL DAM AND ABOVE TEMECULA GORGE |
| v. | INTERLOCUTORY JUDGMENT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | No. 36A |
| Defendants. | |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY
JUDGMENT NO. 36A, RESPECTING LANDS IN TEMECULA CREEK
SUB-WATERSHED, BELOW VAIL DAM AND ABOVE TEMECULA GORGE,
WHICH DO NOT OVERLIE ANY GROUND WATERS WHICH FEED OR
CONTRIBUTE TO THAT STREAM OR ITS TRIBUTARIES

This Court, based upon the record before it in the subject

case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that: "The only proper method

of adjudicating the rights on a stream, whether riparian or appropriative

or mixed, is to have all owners of land on the watershed and all appro-

priators who use water from the stream involved in another watershed

in court at the same time." [1]

---

[1] State of California vs. United States, 235F.2d 647, 633 (C.A.9, 1956)

II

Proceeding in accordance with that mandate, the Complaint and
Amendatory and Supplementary Complaint in this cause was served upon
the owners of the lands within the watershed of the Santa Margarita
River and all appropriators who used water from that stream in any
other watershed. Moreover, those parties named in the cause who could
not be served personally were served by publication.

III

The subject matter of this case, based upon the pleadings
and the issues joined in it, relates only to the rights to the use
of the waters of the Santa Margarita River, its tributaries and to the
ground waters which feed, add to, support and contribute to the waters
of the Santa Margarita River and its tributaries.

IV

There are situated within the sub-watershed of Temecula Creek,
Below Vail Dam and Above Temecula Gorge, and its tributaries, certain
parcels or tracts of lands which do not overlie any of the ground
waters which feed, add to, support or contribute to the waters of the
Santa Margarita River or its tributaries. Those lands are comprised of
basement complex or weathered basement complex, the ground waters of
which, if any, are vagrant, local and percolating, not a part of the
surface or sub-surface flow or sub-surface basins of Temecula Creek,
Below Vail Dam and Above Temecula Gorge, or its tributaries, nor do
these ground waters feed, add to, support or contribute to the waters
of the Santa Margarita River or any of its tributaries.

a. Attached to these Findings of Fact, Conclusions of Law
    and Interlocutory Judgment, marked Exhibit A and made
    a part of it, is a map, U.S.A.Pl's Exhibit 209-C,
    designated Temecula River Watershed, Below Vail Dam and
    Above Temecula Gorge, Land Ownership, upon which are
    located all of the lands referred to in this Finding:

2173

b. Also attached to these Findings of Fact, Conclusions of
Law and Interlocutory Judgment, marked Exhibit B and
made a part of them by reference, is an alphabetical
list of the names of the apparent landowners and parcel
numbers whose properties are referred to in this Finding.
That alphabetical list is U S A Plts Exhibit 209-A in
this case.

c. Also attached to these Findings of Fact, Conclusions of
Law and Interlocutory Judgment, marked Exhibit C and
made a part of them by reference, are the land descriptions
of the properties referred to in this Finding. Exhibit C
is U.S.A.Plts Exhibit 209-B in this case.

d. The parcel numbers referred to throughout this Interlocutory
Judgment are explained as follows: The first number refers
to the Township; the second number refers to the Range; the
next number or numbers refer to the Section or Sections or
parts of Sections; the final number, separated from the
section number or numbers by a dash or a diagonal is the
numerical designation assigned to the parcel, thus: Par-
cel 8AW-25-A8 or Parcel 8W/25-A8 refers to Township
Eight (8) South, Range Four (4) West, Section Twenty-five (25)
parcel 48.

e. There is set forth on the map attached to this Interlocutory
Judgment the exterior boundary of each parcel and the desig-
nated parcel number appears encircled within the boundary.

f. There are set-forth on the map referred to above, lands,
the ground waters of which add to, support and contribute to
the Santa Margarita River or its tributaries and are a part
of the waters of that stream system. References to those
lands have been deleted from the tabulation of names and
descriptions referred to above, and though they appear on the
map, this Interlocutory Judgment does not relate to them.

g. All of the lands referred to in "a" "b" and "c" above appear in the Notices of Lis Pendens, recorded April 8, 1958, in Book 7028, page 159, Official Records, San Diego County, California; and recorded April 9, 1953, in Book 2252, page 17, Official Records, Riverside County, California. The apparent owners referred to in this Interlocutory Judgment were the owners of record on the dates last mentioned, unless specific information has been received of the transfer of a particular parcel, then the change is reflected in the name of the apparent owner.

This Court retains continuing jurisdiction over all surface waters within the drainage area of the sub-watershed of Temecula Creek, Below Vail Dam and Above Temecula Gorge, and its tributaries.

CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting the lands referred to in Finding IV above and which are described in Exhibit C:

I

The defendants referred to in Finding IV, their successors, heirs, executors, administrators and assigns, have no rights to the use of ground waters which feed, add to, support or contribute to the waters of Temecula Creek, Below Vail Dam and Above Temecula Gorge, or its tributaries, or of the Santa Margarita River and its tributaries, in connection with the lands referred to in Finding IV, which are described with particularity in Exhibit C.

II

There is not at issue before this Court in this case and there is not decreed, determined or adjudged, inter sese, as to the lands or owners of land referred to in Finding IV in this cause, the rights, if any, to the use of the vagrant, local, percolating waters

which may underlie any of the lands referred to in the above set
forth Finding IV and which are described with particularity in Ex-
hibit C of these Findings of Fact, Conclusions of Law and Interlocu-
tory Judgment.

### III

The United States of America, and all other parties to this
action, having rights to the use of waters of the Santa Margarita
River or its tributaries, as those rights are or may hereafter be
determined by the final judgment of this Court, are entitled to have
quieted their title in and to those rights against any and all adverse
claims of the defendants referred to in Finding IV, who are listed in
Exhibit B of these Findings of Fact, Conclusions of Law and Inter-
locutory Judgment, their heirs, successors, executors, administrators
and assigns, asserted by reason of their ownership of the lands
described with particularity in Exhibit C of these Findings of Fact,
Conclusions of Law and Interlocutory Judgment.

### IV

The defendants referred to in Finding IV, whose names are
listed in Exhibit B and whose lands are described with particularity
in Exhibit C of these Findings of Fact and Conclusions of Law, their
heirs, successors, administrators, executers and assigns, are en-
titled to have quieted their titles in and to their rights to the
use of the vagrant, local, and percolating ground waters, if any,
underlying those lands described in Exhibit C, against the adverse
claims, if any, of the United States of America and all parties to
this cause, their heirs, successors, administrators, executors and
assigns, by reason of rights asserted by the United States of America
and all parties to this cause, their heirs, successors, administrators,
executors and assigns, in and to the use of the waters of the Santa
Margarita River and its tributaries.

2176

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

## INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

### I

The defendants referred to in Finding IV and listed in Exhibit B of these Findings, the apparent owners of the lands described with particularity in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, title or interest in or to the ground waters which feed, add to, support or contribute to the waters of Temecula Creek, Below Vail Dam and Above Temecula Gorge, and its tributaries, or of the Santa Margarita River and its tributaries.

### II

The titles to the rights of the United States of America and all other parties in this action having rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and they are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit B, their heirs, successors, administrators, executors and assigns, who assert rights by reason of their ownership of the lands described in Exhibit C of these Findings of Fact, Conclusions of Law and Interlocutory Judgment; and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described

2177

1    in Exhibit C assert rights in the vagrant, local, percolating waters

2    therein, are forever restrained from asserting, claiming or setting

3    up any right, title or interest in or to the waters of the Santa

4    Margarita River or its tributaries, by reason of their ownership of

5    those lands described in Exhibit C.

III

6

7    The ground waters, if any, which underlie the lands referred

8    to in Finding IV, and described with particularity in Exhibit C of

9    these Findings of Fact, Conclusions of Law and Interlocutory Judgment,

10   are vagrant, local and percolating, not a part of the waters of

11   Temecula Creek or its tributaries, Below Vail Dam and Above Temecula

12   Gorge, or of the Santa Margarita River and its tributaries and are

13   not in this cause adjudged, determined or decreed among the defendants

14   listed in Exhibit B of these Findings of Fact, Conclusions of Law

15   and Interlocutory Judgment, their heirs, executors, administrators,

16   successors or assigns, inter sese.

IV

17

18   The titles to the rights of the defendants listed in Exhibit B,

19   their heirs, executors, administrators, successors or assigns, in and

20   to the vagrant, local percolating ground waters, if any, to which

21   these Findings of Fact, Conclusions of Law and Interlocutory Judgment

22   pertain, which are not a part of the waters of the Santa Margarita

23   River and its tributaries, underlying the lands described in Exhibit C

24   of these Findings of Fact, Conclusions of Law and Interlocutory

25   Judgment, shall be and they are forever quieted against any and all

26   adverse claims, if any, of the United States of America and all parties

27   to this cause, their heirs, successors, administrators, executors and

28   assigns, having or claiming rights in and to the surface and ground

29   waters of the Santa Margarita River and its tributaries, and the

30   United States of America and all other parties to this cause, their

31   heirs, successors, administrators, executors and assigns, having or

U. S. GOVERNMENT PRINTING OFFICE

2170

1   claiming rights in and to the surface and ground waters of the Santa

2   Margarita River and its tributaries, are forever restrained from

3   asserting, claiming or setting up any right, title or interest in or

4   to those vagrant, local, percolating ground waters.

V

6       This Court retains continuing jurisdiction with respect to

7   surface waters, if any, found on those lands described on Exhibit C

8   of these Findings of Fact, Conclusions of Law and Interlocutory

9   Judgment.

VI

11      IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the

12  decision of the United States Court of Appeals for the Ninth Circuit,

13  California vs. United States, 235 F2d 647 (C.A.9, 1956), that this

14  is not a final decree but is interlocutory in character and by reason

15  of the Order by this Court that all parties are adverse one to another,

16  thus dispensing with cross-pleadings, all other parties to this pro-

17  ceeding may object to these Findings of Fact, Conclusions of Law and

18  Interlocutory Judgment and will be given full opportunity upon due

19  notice to interpose their objections to these Findings of Fact, Con-

20  clusions of Law and Interlocutory Judgment.

Dated:   Jan. 30  1962

JAMES M. CARTER
Judge, United States District Court

-8-

2179

*Non Overlying*

2/17/60        TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

NAME                                          PROPERTY

Ashman, A. E. &                               82W-33-23
    Mary

Bank of America                               Various parcels
                                              as TR&Ben

Bethell, Agnes H.                             82W-29-32

Block, Clifford W.                            82W-33-26

Bohannan, William F. &                        92W-4-19
    Marie E.

Brooks, Paul L. &                             92W-4-19
    Ellen Jayne

Carter, Lawrence R. &                         82W-30-3
    Paula Gillett

Christopher, Llewellyn F.                     83W-24-48

Cluggage, F. Robert                           82W-33-15

Cluggage, Ina L. &                            92W-4-14
    John L.

Corp. of America                              82W-33-30(Tr)

Cuccio, Joseph                                92W-4-18

Culton, Gilbert M. &                          71W-33-41
    Gera Davis
                                              2181

(4 209-A) 10            Interlocutory Judgment no.35A Exh. B

### TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

| NAME | PROPERTY |
|---|---|
| Culton, Gilbert M. & <br> Gera Davis | 71W-33-41 |
| Dorland, Robert E. & <br> Ellen B. | 81W-19-40 |
| Emerson, Harvey & <br> Gertrude | 82W-24-38 |
| Faddis, John Paul & <br> Marjorie N. | 92W-4-17 |
| Gabbert, Walker H., employee <br> of Loan Guaranty Div., <br> Veterans Administration, Re- <br> gional Office, Los Angeles | 82W-34-35(Tr) |
| Gagnon, Mildred Stiles | 82W-30-5 |
| Gardner, Erle Stanley | 82W-33-31 <br> 82W-22-36 |
| Gray, Carl R Jr., as Adminis- <br> trator of Veterans Affairs, <br> and his successors in Office | 82W-34-35(Ben) |
| Haire, Edward L. & <br> Mary B. | 82W-33-24 |
| Hammer, Martha M. | 82W-33-30(Ben) |
| James, Robert | 82W-24-39 |

-2-

2182

11

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

| NAME | PROPERTY |
|---|---|
| Johnson, Elmer A. & Frederique C. | 82W-33-29 |
| Leak, Herbert J. & Gennell M. | 83W-24-45(Ben) 83W-24-46 |
| Liefer, Charlie H. & Viola S. | 82W-33-28 |
| Liefer, Charles Jack & Nathaline Jean | 82W-33-27 |
| Lopez, Angel | 82W-28-33 |
| MacDonald, Allan W. C. & Elizabeth | 82W-30-10 |
| Meyer, John A. & Mary E. | 92W-4-19(Ben) |
| Meyer, Minnie M. & Edward | 82W-30&31-7(Ben) |
| Miranda, Bessie | 82W-28-34 |
| Moore, Walter B. & Ruth S. | 82W-34-35 |
| Oldham, William G. & Henrietta B. E. | 82W-24-38(Ben) |

12

-3-

2183

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

| NAME | PROPERTY |
|------|----------|
| ~~Ott, John W. &~~<br>~~Georgia E.~~ | ~~82W-33-25(Ben)~~ |
| ~~Pacific Coast Title Co.~~ | 83W-24-45(Tr) |
| ~~Paulson, Louis R. &~~<br>~~Edith M.~~ | ~~82W-33-25~~ |
| Paulson Mfg. Co. | 82W-30-4 |
| Paulson, Thomas Victor | 82W-30-6<br>82W-30-9 |
| Paulson, Victor J. &<br>Alma E. | 82W-30-6<br>82W-30-12 |
| Pico, Cruz | 82W-33-21 |
| Querry, Frank O. &<br>Odessa C. | 82W-29&30-11 |
| Rawson, Tommy | 71W-28-42 |
| Rodriques, Rudolph &<br>Edna | 83W-25-2<br>83W-24-44 |
| Sarano, Jose, Estate of<br>Assessed to Garbani, Rucco | 92W-3-20 |
| Saurin, Edward W. | 92W-4-16 |
| Security Title Ins. &<br>Guaranty Company | 82W-24-38 |

13                              -4-                              2184

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

| NAME | PROPERTY |
|------|----------|
| Seay, Joe & Helene | 82W-33-30 |
| Simonelli, Bartolomeo & Clara H. | 82W-30-43 |
| Simonelli, Pauline K. | 82W-30-43 |
| Spencer, Gordon | 82W-36-37 |
| Stapp, Derald R. & Billie J. | 83W-24-45 |
| Stevenson, Salida | 82W-33-23 |
| Stites, George Arthur & Katherine Jean | 82W-32, 92W-5-13 |
| Trent, Charles E. & Joni J. | 83W-24-45(Ben) 83W-24-47 |
| United States of America | Parcel 1 |
| Vinzant, John & Rosa | 82W-30&31-7 |
| Yagle, Edward R. & Jeanne M. | 82W-24-38(Ben) |

2185

14

*Non Overlying*

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE
## LEGAL DESCRIPTIONS AND OWNERSHIP

Parcel 83W-24 - 1

      Lots 1, 2 and 3; and the South Half of the Southwest Quarter
of Section 24, in Township Eight (8) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

Parcel 83W-25 - 1

      The West Half; and the West Half of the Northeast Quarter;
and the Southwest Quarter of Section 25, in Township Eight
(8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

Parcel 82W-30 - 1

      Lot 5 of Section 30, in Township Eight (8) South, Range Two
(2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

Parcel 82W-31 - 1

      The East Half; the Southeast Quarter of the Northwest Quarter;
the East Half of the Southwest Quarter and Lot 4 (being the
Southwest Quarter of the Southwest Quarter) of Section 31,
in Township Eight (8) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

Parcel 82W-32 - 1

      The Northwest Quarter; the Northeast Quarter; and the North /of the Southwest Quarter
Half of the Southeast Quarter of Section 32, in Township Eight
(8) South, Range Two West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

-1-

Interlocutory Judgment No. 35 A   Exhibit C

2186

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

U.S.A. (cont.)

Parcel 82W-28 - 1

The Northeast Quarter of the Southeast Quarter; the South Half
of the Southeast Quarter, EXCEPT Lot 7 (being the Southwest
Quarter of the Southwest Quarter of the Southeast Quarter),
and the Southeast Quarter of the Southwest Quarter of Section
32, in Township Eight (8) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

Parcel 82W-34 - 1

Section 34, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT Lot 16, containing approximately
619.72 acres.

Parcel 82W-35 - 1

Section 35, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Parcel 82W-24 - 1

The South Half of the South Half; and the Northeast Quarter
of the Southeast Quarter of Section 24, in Township Eight (8)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

-2-

16

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

U. S. A. (cont.)

Parcel 71W-32 - 1

Fractional Section 32, in Township Seven (7) South, Range One
(1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

Parcel 81W-4 - 1

Fractional Section 4, in Township Eight (8) South, Range One
(1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

Parcel 71W-34 - 1

The Northwest Quarter and the South Half of Section 34, in
Township Seven (7) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.

Parcel 82W-23 - 1

Government Lots 4 and 5 (being the Northeast Quarter of the
Southwest Quarter); the South Half and the Southwest Quarter;
and the Southeast Quarter
of Section 23, in Township Eight (8) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, containing approximately
302.64 acres.

Parcel 82W-25 - 1

Section 25, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

-3-

2188

<u>TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE</u>

<u>U. S. A. (cont.)</u>

Parcel 82W-26 - 1

    Section 26, in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

<u>Parcel 82W-27 - 1</u>

    Section 27, in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Northwest Quarter of the Northwest Quarter of said Section.

<u>Parcel 82W-36 - 1</u>

    Section 36, in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Southwest Quarter of the Northwest Quarter of said Section.

<u>Parcel 81W-19 - 1</u>

    The Southeast Quarter; the Southeast Quarter of the Northwest Quarter; the East Half of the Southwest Quarter of Section 19, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

<u>Parcel 81W-20 - 1</u>

    The West Half of the Southwest Quarter of Section 20, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

18

2189

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

U. S. A. (cont.)

Parcel 81W-30 - 1

Section 30, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 81W-31 - 1

Section 31, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 81W-32 - 1

Section 32, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 81W-33 - 1

Section 33, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 81W-29 - 1

Section 29, in Township Eight (8) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the North Half of the Northeast Quarter of said Section.

Parcel 82W-29 - 1

Block E of Little Temecula Rancho, in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

-5-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

U. S. A. (cont.)

Parcel 82W-29 - 1

The Southwest Quarter of the Southwest Quarter and Lot 2 of
Section 29, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Parcel 91W-4 - 1

Section 4, in Township Nine (9) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

Parcel 91W-5 - 1

Section 5, in Township Nine (9) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

Parcel 91W-6 - 1

Section 6, in Township Nine (9) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

Parcel 92W-1 - 1

Section 1, in Township Nine (9) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

Owner:

UNITED STATES OF AMERICA

<u>TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE</u>

<u>Parcel 83W-25 - 2</u>

Government Lot 1, and the Southeast Quarter of the Northeast Quarter
of Section 25 in Township Eight (8) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Owners:

RODRIQUEZ, Rudolph (h)

RODRIQUEZ, Edna (w)

<u>Parcel 82W-30 - 3</u>

Lots 6 and 7 (being Southwest Quarter of the Northwest Quarter,
and Northwest Quarter of the Southwest Quarter) and that portion
of Lot 4 (being the Northeast Quarter of the Southwest Quarter)
lying Westerly of the right of way described as Parcel 83 in
the Decree of Condemnation recorded October 27, 1949, in Book 1118
at page 369, Official Records,          Riverside County, of
Section 30 in Township Eight (8) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

Owners:

CARTER, Lawrence R. (h)

CARTER, Paula Gillett (w)

<u>Parcel 82W-30 - 4</u>

That portion of the Southeast Quarter of the Southwest Quarter
of Section 30, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  BEGINNING at a point
in the North line of said Southeast Quarter of the Southwest
Quarter distant South 85°19'50" East 137 feet from the Northwest
corner of said Southeast Quarter of the Southwest Quarter; thence

-7-

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

### Parcel 82W-30-4 (cont.)

South 37°30'30" West 59.51 feet; thence South 85°19'50" East and
parallel to said North line 887.34 feet; thence North 4°40'10"
East 50 feet to said North line, thence along said North line
North 85°19'50" West 855.06 feet to the Point of Beginning.
EXCEPT therefrom that portion described as follows:  BEGINNING
at the Northwest corner of said Southeast Quarter of the South-
west Quarter; thence South 85°19'50" East along the Northerly
line of said Southeast Quarter of the Southwest Quarter 352.59
feet to a true point of beginning; thence South 85°19'50" East
along said North line 225.60 feet; thence South 18°59' West
51.60 feet to a point distant 50 feet measured at right angles
from the said North line; thence North 85°19'50" West and paral-
lel to the said North line 222.01 feet; thence North 14°46' East
50.79 feet to the true point of beginning.

Owners:

PAULSON MANUFACTURING CORP.

### Parcel 82W-30 - 5

That portion of the Southeast Quarter of the Southwest Quarter
of Section 30, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  BEGINNING at the
Northwest corner of said Southeast Quarter of the Southwest
Quarter; thence South 85°19'50" East along Northerly line of
said Southeast Quarter of the Southwest Quarter 352.59 feet;
thence South 14°46' West 50.79 feet to a true point of begin-
ning; thence South 14°46' West 95.56 feet; thence South 36°53'
East 251.08 feet; thence North 18°59' East 291.01 feet to a
point distant 50 feet measured at right angles to said Northerly
line; thence North 85°19'50" West and parallel to said Northerly

-8-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-30 - 5 (cont.)

line 222.01 feet to a true point of beginning.

ALSO:  That portion of the Southeast Quarter of the Southwest
Quarter of said Section 30 described as follows:  BEGINNING at the
Northwest corner of said Southeast Quarter of the Southwest
Quarter; thence South 85°19'50" East along the Northerly line of
said Southeast Quarter of the Southwest Quarter 352.59 feet to
a true point of beginning; thence South 85°19'50" East along the
said Northerly line 225.60 feet; thence South 18°59' West 51.60
feet to a point distant 50 feet measured at right angles to
said Northerly line; thence North 85°19'50" West and parallel to
said Northerly line 222.01 feet; thence North 14°46' East 50.79
feet to a true point of beginning.

ALSO:  Government Lot 3 and that portion of Government Lot
4 lying Easterly of the right of way described as Parcel 83 in
the Decree of Condemnation recorded October 27, 1949, in Book
1118 at page 369, Official Records,              Riverside County,
State of California, of said Section 30.

Owner:

GAGNON, Mildred Stiles

Parcel 82W-30 - 6

Those portions of the Southeast Quarter of the Southwest Quarter,
and the Southwest Quarter of the Southeast Quarter of Section
Thirty (30), Township Eight (8) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside, State
of California, described as follows:  BEGINNING at the Southwest
corner of said Section Thirty (30); thence along the South line
thereof South 85°11' East 1638.46 feet to the Southwest corner
of said Southeast Quarter of the Southwest Quarter; thence along
the West line of said Southeast Quarter of the Southwest Quarter
of the Southwest Quarter North 0°09'40" East 1159.84 feet to the

-9-

28

2194

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-30 - 6 (cont.)

true point of beginning.  Thence South 75°51' East 613.30 feet;
thence South 85°28' East 2134.56 feet to the East line of said
Southwest Quarter of the Southeast Quarter of Section Thirty
(30); thence along said East line North 0°02'50" West 485.00
feet to the Northeast corner of said Southwest Quarter of the
Southeast Quarter; thence along the North line thereof North
85°21'40" West 1339.38 feet to the Northeast corner of said
Southeast Quarter of the Southwest Quarter; thence along the
North line thereof North 85°19'50" West 1315.54 feet to the
Northwest corner of said Southeast Quarter of the Southwest
Quarter; thence along the West line of said Southeast Quarter
of the Southwest Quarter South 0°09'40" West 205.38 feet to
the true point of beginning.  EXCEPT that portion of the South-
east Quarter of the Southwest Quarter of Section Thirty (30)
described as follows:  BEGINNING at a point in the North line
of said Southeast Quarter of the Southwest Quarter distant
South 85°19'50" East 137 feet from the Northwest corner of said
Southeast Quarter of the Southwest Quarter; thence South 37°30'30"
West 59.51 feet; thence parallel with said North line of the
Southeast Quarter of the Southwest Quarter South 85°19'50"
East 887.34 feet; thence North 0°40'10" East 50 feet to said
North line of the Southeast Quarter of the Southwest Quarter;
thence along said North line North 85°19'50" West 855.06 feet
to the point of beginning.  ALSO EXCEPTING that portion of the
Southeast Quarter of the Southwest Quarter of Section Thirty
(30) described as follows:  BEGINNING at the Northwest corner
of the Southeast Quarter of the Southwest Quarter; thence South
85°19'50" East along the Northerly line of the Southeast Quarter
of the Southwest Quarter 352.59 feet; thence leaving said Northerly

-10-

2135

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-30 - 6 (cont.)

line South 14°56' West 50.79 feet to the true point of beginning.
Thence, from said true point of beginning, continuing South
14°46' West 95.56 feet; thence South 36°53' East 251.08 feet;
thence North 18°59' East 291.01 feet to a point that is 50.00
feet measured at right angles from the Northerly line of said
Southeast Quarter of the Southwest Quarter; thence North 85°19'50"
West parallel with the said Northerly line of the Southeast
Quarter of the Southwest Quarter 222.01 feet to the true point
of beginning.

Owners:

PAULSON, Thomas V. (s/m)

PAULSON, Victor J. (h)

PAULSON, Alma E. (w)

Parcel 82W-30 & 31 - 7

The Northeast Quarter of the Northwest Quarter of Section Thirty-
one, and that portion of the Southwest Quarter of the Southeast
Quarter and of the Southeast Quarter of the Southwest Quarter of
Section Thirty (30), Township Eight (8) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  BEGINNING at the South-
west corner of the Southeast Quarter of the Southwest Quarter of
said Section Thirty (30); thence along the West line thereof North
0°09'40" East 1159.84 feet to the Southwesterly corner of tract
of land conveyed by Minnie M. Tesch to Victor J. Paulson et al,
by deed recorded in Book 822 at page 258 of Official Records of
Riverside County; thence along the Southerly line of said land of
Paulson South 57°51' East 613.30 feet and South 85°28' East
2134.56 feet to the East line of said Southwest Quarter of the
of the Southeast Quarter; thence along the East line South 0°02'50"

-11-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-30 & 31 - 7 (cont.)

East 886.84 feet to the Southeast corner of said Southwest Quarter
of the Southeast Quarter; thence along the South line of said
Southwest Quarter of the Southeast Quarter North 85°14'50" West
1342.22 feet to the Southeast corner of said Southeast Quarter
of the Southwest Quarter; thence along the South line of said
Southeast Quarter of the Southwest Quarter North 85°11' West
1318.15 feet to the point of beginning.

ALSO, that portion of Lot 8 (the Southwest Quarter of the
Southwest Quarter) of Section Thirty (30), Township Eight (8)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California, described as
follows:  BEGINNING at the intersection of the East line of
said Lot 8 with the Easterly line of the pavement of State
Highway; thence along said East line of Lot 8 South 0°09'40"
West 675 feet; thence along the Northerly line of parcel of
land conveyed by Tesch to Dameron by deed recorded in Book
807 at page 538 of Official Records of Riverside County, North
68°08'40" West 351.35 feet to the Easterly line of pavement of
said State Highway; thence Northeasterly along said Easterly
line of said pavement to the point of beginning.

Owners:

VINZANT, John (h)

VINZANT, Rosa (w)

BANK OF AMERICA (TDTr)

MEYER, Minnie M. (formerly Minnie M. Tesch) (w-TDBen)

MEYER, Edward (h-TDBen)

-12-

2197

26

<u>TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE</u>

<u>Number 8 Not Used.</u>

<u>Parcel 82W-30 - 9</u>

Northwest Quarter of the Southeast Quarter of Section 30 in
Township Eight (8) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

<u>Owners:</u>

PAULSON, Thomas Victor

<u>Parcel 82W-30 - 10</u>

Government Lot 2 and the Southwest Quarter of the Northeast
Quarter of Section 30 in Township Eight (8), /South Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

<u>Owners:</u>

MacDONALD, Allan W. C.

MacDONALD, Elizabeth

<u>Parcel 82W-29 & 30 - 11</u>

Government Lot 1 (being the Northwest Quarter of the Southwest
Quarter) of Section 29, in Township Eight (8), /South Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

<u>ALSO:</u>  Government Lot 1, and the Northeast Quarter of the
Southeast Quarter of said Section 30.

<u>ALSO:</u>  Tract "F" Little Temecula Rancho, EXCEPT therefrom
that portion described as follows:  BEGINNING at the most
Westerly corner of Tract "F", thence Southeasterly     along
the Southwesterly line thereof 1151.15 feet; thence Northeasterly
and parallel to Northwesterly line thereof, 1176 feet; thence
Northwesterly and parallel to the Southwesterly line thereof

-13-

2198

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-29 & 30 - 11 (cont.)

1151.15 feet; thence Southwesterly along the Northwesterly line thereof 1176 feet to the point of beginning. Also except from Tract "F" public road easements along the Northwesterly and Northeasterly 30 feet thereof.

Owners:

QUERRY, Frank O. (h)

QUERRY, Odessa D. (w)

Parcel 82W-30 - 12

The Southeast Quarter of the Southeast Quarter of Section 30, in Township Eight (8)/South Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Owners:

PAULSON, Victor J. (h)

PAULSON, Alma E. (w)

Parcel 82W-32 & 92W-5 - 13

The South Half of the Southeast Quarter of Section 32, in Township Eight (8)/South Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

ALSO: Lots 1 and 2 (the North Half of the Northeast Quarter) of Section 5, in Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:

STITES, George Arthur (h)

STITES, Katherine Jean (w)

28                                                              2199

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 92W-4 -14

Lots 3 and 4 (being the North Half of the Northwest Quarter) and the Southwest Quarter of the Northwest Quarter of Section 4, in Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:

CLUGAGE, Ina L (widow)

CLUGAGE, John L. (s/m mtgee)

Parcel 82W-33 - 15

The South Half of the Southwest Quarter of Section 33, in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Owner:

CLUGAGE, F . Robert (m/m)

Parcel 92W-4 - 16

The Northwest Quarter of the Northeast Quarter of Section 4, in Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:

SAURIN, Edward W.

2200

29

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 92W-4 - 17

That portion of Lot 1 (being the Northeast Quarter of the North-
east Quarter) of Section 4, in Township Nine (9) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, lying Westerly of County Road
Survey 601; EXCEPT that portion described as follows:  BEGINNING
at the intersection of the Southerly line of Lot 4 and the center
line of County Road Survey 601; thence South 89°54' West along
the said Southerly line of Lot 1, 753.34 feet to the West line of
said Lot 1; thence North 1°47'30" West along the said West line
107.84 feet; thence South 89°40'30" East 726.87 feet to the center
line of said Road Survey; thence Southeasterly along the said
center line 115 feet to the point of beginning.

Owners:

FADDIS, J. P. aka John Paul Faddis

FADDIS, Marjorie N.

Parcel 92W-4 - 18

That portion of Lot 1 (being the Northeast Quarter of the North-
east Quarter) of Section 4, in Township Nine (9) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, lying Easterly of the County
Road Survey 601; EXCEPT that portion thereof lying Northeasterly
of the following described line:  BEGINNING at a point on the
East line of the said Lot 1, 770.96 feet Southerly of the North-
east corner of the said Lot 1; thence North 68°41' West to the
East line of the said Road Survey; thence along the said East
line of Road Survey to the North line of Lot 1.

Owner:

CUCCIO, Joseph

-16-

30

2201

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 92W-4 - 19

That portion of Lot 1 (being the Northeast Quarter of the Northeast Quarter) of Section 4, in Township Nine (9), Range Two (2) South West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Northeast corner of the said Lot 1; being at a mound set by A. C. Fulmer a 6" x 9" x 20" granite stone marked "A. C. F."; thence South 89°54'30" West along the North line of said Lot 633.6 feet to the center line of County Road Survey 601; thence South 6°22'30" West along the center line of said Road Survey 339.26 feet; to the beginning of a tangent curve concave Easterly having a radius of 600 feet; thence Southerly along the arc of the said curve through a central angle of 12°21' for a distance of 129.33 feet; thence South 5°58'30" East along the center line of said road 43.08 feet; thence leaving the said center line South 68°41'00" East 717.30 feet to the Easterly line of said Lot; thence North 0°05'30" West along the said Easterly line 770.96 feet to the point of beginning.

Owners:

BROOKS, Paul L. (h)

BROOKS, Ellen Jayne (w)

BOHANNAN, William V. (h-TDBen)

BOHANNAN, Marie E. (w-TDBen)

BANK OF AMERICA (TDTr)

MEYER, John A. (h-TDBen)

MEYER, Mary E. (w-TDBen)

31

2202

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 92W-3 - 20

    The Northwest Quarter of the Northwest Quarter of Section 3,
in Township Nine (9)/South Range Two (2) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

   Owners:

       SARANO, Jose (Estate of)

       GARBANI, Rucco (Assessed to)

Parcel 82W-33 - 21

    The Southeast Quarter of the Southeast Quarter of Section 33,
in Township Eight (8) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.

   Owner:

       PICO, Cruz

Parcel 82W-33 - 22

    The Northeast Quarter of the Southeast Quarter of Section 33,
in Township Eight (8) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.

   Owners:

       ASHMAN, A. R. (m/m)

       ASHMAN, Mary

Parcel 82W-33 - 23

    The Southeast Quarter of the Northeast Quarter of Section 33,
in Township Eight (8) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.

   Owner:

       STEVINSON, Salida

-18-

82

2203

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33 - 24

That portion of the Southwest Quarter of the Northeast Quarter
of Section 33, in Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California, lying Easterly of Pala Road.

Owners:

HAIRE, Edward L. (h)

HAIRE, Mary E. (w)

Parcel 82W-33 - 25

That portion of the Northwest Quarter of the Southeast Quarter,
and the Southwest Quarter of the Southeast Quarter of Section
33, in Township Eight (8) South, Range Two (2) West, San Bernar-
dino Base and Meridian, in the County of Riverside, State of
California, lying Easterly of Pala - Temecula Road, described
as follows:  BEGINNING at the Northeast corner of said North-
west Quarter of the Southeast Quarter; thence South 0°26'50"
East, along the said Easterly line of the Northwest Quarter of
the Southeast Quarter and Southwest Quarter of the Southeast
Quarter 2613.23 feet to the Southeast corner of the Southwest
Quarter of the Southeast Quarter; thence South 89°55' West
along the South line of the said Southwest Quarter of the
Southeast Quarter 561.50 feet to the center line Pala - Temecula
Road; thence along the center line of said Road as follows:
North 6°23' East 489.49 feet to the beginning of the curve
concave Westerly having radius of 1200 feet; thence Northerly
along the said curve 386.77 feet to the end; thence on the
tangent North 12°05' West 718.20 feet to the beginning of the
curve concave Easterly having a radius of 3000 feet; thence
Northerly along the said curve 409.28 feet; thence on tangent
North 4°16' West 512.01 feet to the beginning of the curve

-19-

33

2204

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33 - 25 (cont.)

concave Southwesterly having a radius of 1300 feet; thence North-
westerly along the said curve to the North line of the said
Northwest Quarter of the Southeast Quarter; thence North 89°26'
East along the said North line to the point of beginning.  EXCEPT
that portion in Pala - Temecula Road.

Owners:

    PAULSON, Louis R. (h)

    PAULSON, Edith M. (w)

    BANK OF AMERICA (TDTr)

    OTT, John W. (h-TDBen)

    OTT, Georgia E. (w-TDBen)

Parcel 82W-33 - 26

That portion of the Northerly 887.47 feet of the Southwest
Quarter of the Northeast Quarter of Section 33, in Township
Eight (8) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
lying Westerly of the Pala - Temecula Road.

Owner:

    BLOCK, Clifford W. (s/m)

Parcel 82W-33 - 27

The Easterly 528 feet of the Southeast Quarter of the Northwest
Quarter, and the Easterly 528 feet of the Northerly 180 feet
of the Northeast Quarter of the Southwest Quarter of Section 33,
in Township Eight (8) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.  EXCEPT therefrom that portion deeded to the County of
Riverside described as follows:  BEGINNING at the Northeast
corner of the said Southeast Quarter of the Northwest Quarter;
thence South 0°24' East along the East line of the said Southeast
Quarter of the Northwest Quarter 432.62 feet; thence North along

-20-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33 - 27 (cont.)

a curve concave Easterly having a central angle of 31°25'45" and a radius of 380 feet; a distance of 208.45 feet; thence North 4°01'30" East 232 feet more or less to the intersection with the North line of the said Southeast Quarter of the Northwest Quarter; thence North 89°25' East along the said North line 22.5 feet to the point of beginning.

Owners:

LIEFER, Charles Jack (h)

LIEFER, Nathaline Jean (w)

Parcel 82W-33 - 28

The Southeast Quarter of the Northwest Quarter, except the Easterly 528 feet thereof, and the Northeast Quarter of the Southwest Quarter except the Easterly 528 feet of the Northerly 180 feet thereof of Section 33, in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Owners:

LIEFER, Charlie H. (h)

LIEFER, Viola S. (w)

Parcel 82W-33 - 29

That portion of the West Half of the East Half of Section 33, in Township Eight (8) South, Range Two West, San Bernardino Base and Meridian, County of Riverside, State of California, described as follows: BEGINNING at the Northwest corner of the Northwest Quarter of the Southeast Quarter; thence along the West line of the said Southeast Quarter South 0°24' East 118 feet; thence North 81°08' East 218.83 feet; thence North 0°24' West 64.49; thence North 32°15'20"

-21-

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33 - 29

East, 226.75 feet; thence North 89°32' East 179.44 feet to the center line Pala - Temecula Road; said point being in a curve concave Westerly having a radius of 1300 feet, the radial line through said point bears North 72°34'30" East; thence Northerly along the said curve 300 feet to the South line of the Northerly 887.47 feet of the Southwest Quarter of the Northeast Quarter; thence along the said South line South 89°32' West 398.20 feet to the West line of the said Southwest Quarter of the Northeast Quarter; thence along the said West line South 0°24' East 443.95 feet to the point of beginning.  EXCEPT therefrom that portion in Pala - Temecula Road.

Owners:

JOHNSON, Elmer A. (h)

JOHNSON, Frederique C. (w)

-22-

2207

36

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33-30

Portions of the Northwest Quarter of the Southeast Quarter of Section Thirty-three (33), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California and Tract "C" shown by Judicial Map of lands of Machado Bros. and Wolf in that certain partition case No. 3239 in the office of the County Clerk of San Diego County as follows:  Beginning at a point in the West line of said Northwest Quarter of the Southeast Quarter, distant South 0° 24' East 118.00 feet from the Northwest Corner of said Northwest Quarter of the Southeast Quarter;  thence along said West line and along West line of said Tract "C", as shown by Judicial Map of lands of Machado Bros. and Wolf, South 0° 24' East 2484.04 feet to the Southwest Corner of said Tract "C";  thence along South line of said Tract "C" North 89° 55' East 766.90 feet to center line of Temecula to Pala Road as shown on records of survey on file in Book 10, Page 53 of Records of Survey, Riverside County, said point being distant South 89° 55' West 633.58 feet from the Northeast Corner of Section Four (4), Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian;  thence along said center line to a point which bears North 81° 08' East from the point of beginning;  thence South 81° 08' West 569.37 feet to the point of beginning.

ALSO,  Portions of the Southwest Quarter of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of said Section Thirty-three (33) described as follows:  Beginning at the North-west Corner of said Southeast Quarter;  thence along West line of said Southeast Quarter South 0° 24' East 118.00 feet;  thence North 81° 08' East 218.83 feet to true point of beginning;  thence North 0° 24' West 64.49 feet;  thence North 32° 15'20" East 226.75 feet;  thence 89° 32' East 179.44 feet to center line of the
North
Temecula to Pala Road as shown on records of survey on file in Book 10, Page 53, Records of Survey, Riverside County, said point

-23-

37

2200

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33-30 Continued

being in a curve concave Westerly having a radius of 1300 feet, the radial line through said point bears North 75°34'30" East; thence Southerly along said curve 209.01 feet to a line which bears North 81°08' East from the true point of beginning; thence South 81°08' West 350.54 feet to the true point of beginning. EXCEPTING therefrom that portion included in said Temecula to Pala Road.

OWNERS:

SEAY, Joe (hus)

SEAY, Helene (wife)

BANK OF AMERICA, (TDTr & TDBen)

CORPORATION OF AMERICA, (TDTr)

HAMMER, Martha M. (widow) (TDBen)

Parcel 82W-33-31

The North Half of the North Half; the Southwest Quarter of the Northwest Quarter; and, the Northwest Quarter of the Southwest Quarter of Section Thirty-three (33), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

The Northeast Quarter of Section Thirty-two (32), Township Eight (8) South, Range Two (2) West, San Bernardino Base & Meridian, in the County of Riverside, State of California.

The Southwest Quarter of the Southwest Quarter of Fractional Section Twenty-eight (28), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, excepting therefrom that portion lying within Tracts "A" and "B", as shown upon the Judicial Map of Survey of lands of Machado Brothers and Wolf, on file in the office of the County Clerk of San Diego County, State of California.

The Southeast Quarter of the Southeast Quarter, and Government

-24-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-33-31 Continued

~~Lot Four (4) of Section Twenty-nine (29), Township Eight (8)~~
South, Range Two (2) West, San Bernardino Base and Meridian;
EXCEPTING therefrom those portions thereof lying within Tract
"B", as shown upon the Judicial Map of Survey of lands of
Machado Brothers and Wolf, on file in the office of the County
Clerk of San Diego County, State of California.

All those portions of the East Half of the East Half of
Section Twenty-nine (29), and the West Half of the Southwest
Quarter, and of the Southwest Quarter of the Northwest Quarter
of Section Twenty-eight (28), Township Eight (8) South, Range
Two (2) West, San Bernardino Base and Meridian, included in
Tract "B" as shown upon the Judicial Map of Survey of Lands
of Machado Brothers and Wolf, on file in the office of the
County Clerk of San Diego County, State of California; except-
ing from said Tract "B" that portion thereof lying Northeasterly
of the Southwesterly line of the Pala Road;  said property being
more particularly described by metes and bounds, as commencing
at the Southwest Corner of said Section Twenty-eight (28);
thence North 89°47' East 1329.2 feet to the one-eighth Section
Corner;  thence North 0°06½' West 1321.7 feet to a 4"x4" redwood
post;  thence South 64° West 356.4 feet to the true point of be-
ginning of the property intended to be described;  thence follow-
ing the boundary line of said Tract "B" South 64° West 920.04
feet;  thence North 74°30' West 368.28 feet;  thence North 19°
30' West 726 feet;  thence North 71° West, 784.04 feet;  thence
North 18°30' West 237.66 feet, more or less, to a point on the
Southeasterly line of the Little Temecula Rancho;  thence North
52°45' East on the said Southeasterly line of the Little Temecula
~~Rancho to the Southwesterly line of the Pala Road;  thence South~~

-25-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-32-31 Continued

50°34½' East on the Southwesterly line of Pala Road 716.8 feet;
thence leaving the Southwesterly line of Pala Road South 11°45'
East 1486.5 feet to the point of beginning.  EXCEPTING therefrom
the Northwesterly part thereof particularly described as follows:
Beginning at point described at the intersection of the South-
easterly line of the Little Temecula Rancho, and the Southwesterly
line of the Pala Road;  thence South 50°34½' East on the South-
westerly line of Pala Road 660 feet;  thence leaving the South-
westerly line of Pala Road South 52°45' West 1452 feet;  thence
North 37°15' West 642 feet, more or less, to a point on the South-
easterly line of the Little Temecula Rancho;  thence North 52°
45' East along the said Rancho line 1300 feet, more or less, to
the point of beginning.

OWNERS:

    ERLE STANLEY GARDNER


Parcel 82W-29-32

All those portions of the East Half of the East Half of Section
Twenty-nine (29), and the West Half of the Southwest Quarter,
and the Southwest Quarter of the Northwest Quarter of Section
Twenty-eight (28), Township Eight (8) South, Range Two (2) West
San Bernardino Base and Meridian, in the County of Riverside,
State of California, included in Tract "B" as shown by Judicial
Map of lands of Machado Bros. & Wolf, that portion thereof lying
Northeasterly of the Southwesterly line of Pala Road; said pro-
perty being more particularly described by metes and bounds as

40

2211

### TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-29-32 Continued

commencing at the most Northerly Corner of said Tract, being the
point of intersection of the Southeasterly line of Little Temecula
Rancho and the Southwesterly line of Pala Road;  thence South
50° 34½' East on Southwesterly line of Pala Road 660 feet;  thence
leaving the Southwesterly line of Pala Road South 52° 45' West
1452 feet;  thence North 37° 15' West 642 feet, more or less, to
                       in the
a point/Southeasterly line of Little Temecula Rancho;  thence
North 52° 45' East along said Rancho line 1300 feet, more or
less to the point of beginning, containing 20.3 acres more or less.

OWNERS:

BETHELL, Agnes H.


Parcel 82W-28-33

The Northwest Three (3) Acres of Gov't Lot Seven (7), Section
Twenty-eight (28), Township Eight (8) South, Range Two (2) West
San Bernardino Base and Meridian, in the County of Riverside,
State of California, said three acres being in square form.
The Northwest Corner of which is the Northwest Corner of said
Lot Seven (7).

OWNERS:

LOPEZ, Angel, s/m


Parcel 82W-28-34

Government Lot 7, (The Southwest Quarter of the Southwest Quarter
of the Southeast Quarter of Section Twenty-eight (28), Township
Eight (8) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
EXCEPTING  the Northwest Three Acres of said Lot Seven (7), said
three acres being in square form, the Northwest Corner of which
is the Northwest Corner of Lot Seven (7).

-27-

41

2212

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-28-34 Continued

OWNERS:

    MIRANDA, Bessie (widow)

### Parcel 82W-34-35

    Lot 16, Section Thirty-four (34), Township Eight (8) South, Range

Two (2) West, San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:

    MOORE, Walter E.

    MOORE, Ruth S.

    GABBERT, Walker H., Employee of Loan Guaranty
    Division, Veterans Administration Regional
    Office., Los Angeles (TDTr)

    GRAY, Carl R. Jr., as Administrator of
    Veterans Affairs and his successors in
    office (TDBen)

### Parcel 82W-22-36

    Government Lots One (1) and Two (2), (being the Northeast Quarter

of the Southeast Quarter, and the Southwest Quarter of the North-

east Quarter); the Northwest Quarter of the Southeast Quarter;

the South Half of the Southeast Quarter; the South Half of the

Southwest Quarter, and Tract "D" of lands of Machado Bros. &

Wolfs Judicial Maps, containing approximately 312.98 acres.

OWNERS:

    GARDNER, Erle Stanley

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 82W-36-37

The Southwest Quarter of the Northwest Quarter of Section Thirty-six (36), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SPENCER, Gordon

Parcel 82W-24-38

The Southwest Quarter of the Northwest Quarter; the North Half of the Southwest Quarter, and the Northwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

EMERSON, Harvey (hus)

EMERSON, Gertrude (wife)

SECURITY TITLE INSURANCE AND GUARANTY CO., (TDTr)

YAGLE, Edward R. (hus)(TDBen)

YAGLE, Jeanne M. (wife)(TDBen)

OLDHAM, William G. (hus)(TDBen)

OLDHAM, Henrietta B.E. (wife)(TDBen)

Parcel 82W-24-39

The North Half of the Northeast Quarter and the Southeast Quarter of the Northeast Quarter of Section Twenty-four (24), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

JAMES, Robert

-29-

43

2214

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

### Parcel 81W-19-40

~~Lots One (1) and Two, Section Eighteen (18);~~ Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), and the Southwest Quarter of the Northeast Quarter, and the Northeast Quarter of the Northwest Quarter of Section 19; Lot Four (4) of Section Twenty (20), all in Township Eight (8) South, Range One (1) West San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

DORLAND, Robert E. (hus)
DORLAND, Ellen B. (wife)

### Parcel 71W-33-41

Fractional Section Thirty-three (33), Township Seven (7) South, Range One (1) West San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

CULTON, Gilbert M. (hus)
CULTON, Gera Davis (wife)

### Parcel 71W-28-42

Lots One, (1), Two (2), Three (3), Four (4), and the Southeast Quarter of the Southwest Quarter, the North Half of the Northeast Quarter, the South Half of the Southeast Quarter, the Northwest Quarter of the Southeast Quarter, the Southwest Quarter of the Northeast Quarter of Section Twenty-eight (28), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian in the County of Riverside, State of California.

OWNERS:

RAWSON, Tommy, s/m

### ~~Parcel 82W-30-43~~

That portion of Lot F of Little Temecula Rancho, as set apart ~~in Decree of Partition recorded June 28, 1892 in Book 199, page~~

-30-

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 83W-30-43 Continued

454 of Deeds, records of San Diego County, California, in action
entitled "William Wolf vs. Ramona Wolf, et al", and particularly
shown on partition map referred to in said Decree, on file in
the office of the County Clerk of San Diego County, and des-
cribed as follows:  Beginning at the most Westerly corner of said
Lot F;  thence Southeasterly along the Southwesterly line of
said Lot F 1151.15 feet;  thence Northeasterly, parallel with
the Northwesterly line of said Lot, 1176.00 feet;  thence North-
westerly, parallel with the Southwesterly line of said Lot 1151.15
feet to the Northwesterly line of said Lot;  thence Southwesterly
along the Northwesterly line of said Lot 1176.00 feet to the point
of beginning.

OWNERS:

      SIMONELLI, Bartholomeo (hus)

      SIMONELLI, Clara H. (wife)

      SIMONELLI, Pauline K. (s/w)
         now WOLFF

Parcel 83W-24-44

Lots 27 and 28 of Block 1, Pauba Land and Water Subdivision, of
Riverside County, State of California.

The Southwesterly 79 acres of Lot 26, Block 1, Pauba Land and
Water Subdivision of Riverside County, State of California, EXCEPT
that portion described as follows:  Commencing at the most Northerly
Corner of said Lot 26, thence Southwesterly on Northwesterly line
of said Lot 1320 feet to true point of beginning;  thence continu-
ing Southwesterly on said Northwesterly line 371.37 feet, more or
less, to Easterly line of State Highway conveyed to State of Cali-
fornia recorded in Book 902, Page 101, Official Records of the
County of Riverside, State of California;  thence Southerly on
Easterly line of said Highway 136.36 feet to angle point thereon;

-31-

TEMECULA RIVER BELOW VAIL DAN AND ABOVE TEMECULA GORGE

Parcel 83W-24-44 Continued

thence continuing along said State Highway North 78°57'56" East
60 feet to angle point thereon;  thence continuing Southerly
along Easterly line of said State Highway 337.58 feet;  thence
North 48°53'28" East 594.55 feet, more or less, to Northeasterly
line;  thence Northwesterly on said Northeasterly line of said
land 464 feet, more or less, to the true point of beginning.

OWNERS:

RODRIGUEZ, Rudolph

RODRIGUEZ, Edna

Parcel 83W-24-45

Portion of Lot Twenty-six (26), Block One (1), Pauba Land and
Water Subdivision of Riverside County, State of California
described as follows:  Commencing at the most Northerly corner
of said Lot Twenty-six (26), thence Southwesterly on Northwesterly
line of said Lot 1320 feet to true point of beginning;  thence
continuing Southwesterly on said Northwesterly line 371.37 feet,
more or less, to Easterly line of State Highway conveyed to
State of California recorded in Book 902, Page 101, Official
Records of the County of Riverside, State of California;  thence
Southerly on Easterly line of said Highway 136.36 feet to angle
point thereon;  thence continuing along said State Highway North
78°57'56" East 60 feet to angle point thereon;  thence continu-
ing Southerly on Easterly line of said State Highway 337.58 feet;
thence North 48°53' 28" East 594.55 feet more or less, to the Northeasterly
line;  thence Northwesterly on said Northeasterly line of said
land 464 feet, more or less to the true point of beginning.  EXCEPT
that portion thereof described as follows:  Commencing at the
most Northerly Corner of said Lot 26;  thence Southwesterly along
Northwesterly line of said Lot 26 a distance of 1320.00 feet to

-32-

46

## TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 83W-24-45 Continued

true point of beginning;  thence South 45°06'32" East 464 feet;
thence South 48°53'28" West 239.68 feet;  thence North 45°06'32"
West 446.98 feet;  thence North 44°49'06" East 249.10 feet,
more or less, to true point of beginning.

OWNERS:

> STAPP, Derald R. (hus)
>
> STAPP, Billie J. (wife)
>
> PACIFIC COAST TITLE CO (TDTr)
>
> TRENT, Charles E. (hus)(TDBen)
>
> TRENT, Joni J. (wife)(TDBen)
>
> LEAK, Herbert J. (hus)(TDBen)
>
> LEAK, Gennell M. (wife)(TDBen)

## Parcel 83W-24-46

Portion of Lot Twenty-six (26), Block (1), Pauba Land & Water
Subdivision, County of Riverside, State of California, described
as follows:  Commencing at most Northerly Corner of said Lot;
thence Southwesterly along Northwesterly line of said Lot, a
distance of 1320.00 feet;  thence South 45°06'32" East a dis-
tance of 227.73 feet to true point of beginning;  thence continu-
ing South 45°06'32" East distance of 236.27 feet;  thence South
48°53'28" West, distance of 239.68 feet;  thence North 45°06'32"
West distance of 219.25 feet;  thence North 44°49'06" East along
line parallel to Northwesterly line of said Lot 26 distance of
239.10 feet to true point of beginning.  EXCEPT easement over
Northwesterly 10.00 feet of said land.

OWNERS:

> LEAK, Herbert J. (hus)
>
> LEAK, Gennell M. (wife)

-33-

2218

47

TEMECULA RIVER BELOW VAIL DAM AND ABOVE TEMECULA GORGE

Parcel 83W-24-47

Portion of Lot Twenty-six (26), Block One (1), Pauba Land & Water Subdivision, County of Riverside, State of California, described as follows:  Commencing at the most Northerly Corner of said Lot 26;  thence Southwesterly along Northwesterly line of said Lot 26, distance of 1320 feet to true point of beginning;  thence South 45°06'32" East distance of 227.73 feet;  thence South 44°49'06" West, along line parallel to Northwesterly line of said Lot 26, distance of 249.10 feet;  thence North 45°06'32" West distance of 227.73 feet to a point on Northwesterly line of said Lot 26;  thence North 44°49'06" East along Northwesterly line of said Lot 26, distance of 249.10 feet to point of beginning.  EXCEPT easement over Northeasterly 20.00 feet and Southeasterly 10.00 feet.

OWNERS:

TRENT, Charles E. (hus)

TRENT, Joni J. (wife)


Parcel 83W-24-48

Lot Twenty-five (25), Block One (1), Pauba Land & Water Subdivision, County of Riverside, State of California, EXCEPT Northeasterly 40 acres thereof and portion acquired by County of Riverside for road.

OWNERS:

CHRISTOPHER, Llewellyn F. s/m