UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C   Civil

MINUTES OF THE COURT

Dated: Feb. 1, 1962    F

At San Diego, California

PRESENT: Hon. JAMES M. CARTER          District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter    JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD AND FRANZ SACHSE

Proceedings: FURTHER COURT TRIAL

At 9:40 A.M. reconvene herein.
IT IS ORDERED that the order setting aside judgment No. 38A is vacated.
Court and counsel discuss various findings.
IT IS ORDERED that cause is continued to ⊞Feb. 2, 1962, at 9:30 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by WILLIAM W. LUDDY
             Deputy

6782