UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. +

vs.

FALLBROOK, etc., et al

No. 1247-SD-C   Civil

MINUTES OF THE COURT

Dated: Feb. 2, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various findings.

IT IS ORDERED aause is continued to February 7, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____ 6783
Deputy