UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C _____ Civil

MINUTES OF THE COURT

Dated: Feb. 7, 1962

At San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY     Reporter  JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE AND FRED GIRARD

Proceedings:    FURTHER COURT TRIAL

   COURT and counsel discuss various findings.
 IT IS ORDERED cause is continued to Feb. 8, 1962, at 11 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk       6785
by _____
       Deputy