CARTER
2-8-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: ~~Feb. 8, 1962~~

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge
Deputy Clerk WILLIAM W. LUDDY   Reporter JOHN SWADER
Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, AND FRED GIRARD.

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various findings.

IT IS ORDERED cause is continued to Feb. 9, 1962, at 10:15 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____ 6786
    Deputy