WHV
2/1/62

ENTERED
FEB 8 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 8 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) No. 1247-SD-C
          Plaintiff, )
v. ) AMENDMENTS TO INTERLOCUTORY
FALLBROOK PUBLIC UTILITY ) JUDGMENTS No. 29A, 31A, 32A,
DISTRICT, et al., ) 33A, 34A and 38A
          Defendants. )

      There were entered by this Court the following Interlocutory Judgments:

      Tucalota Creek Sub-Watershed Amended Interlocutory Judgment, No. 31A, entered July 27, 1961.

      Sandia Creek Sub-Watershed Interlocutory Judgment, No. 29A, entered August 1, 1961.

      DeLuz Creek Sub-Watershed Interlocutory Judgment, No. 32A, entered August 4, 1961.

      Wilson and Coahuilla Creeks Sub-Watershed Interlocutory Judgment, No. 33A, entered August 4, 1961.

      Temecula Creek Sub-Watershed Above Vail Dam Interlocutory Judgment No. 34A, entered December 7, 1961.

      Temecula Creek Sub-Watershed Below Vail Dam and Above Temecula Gorge Interlocutory Judgment No. 38A, entered January 30, 1962.

      GOOD CAUSE BEING SHOWN and to eliminate any possibility that the above mentioned Interlocutory Judgments could be considered as relating in any way to surface water arising upon, flowing across, or being diverted or impounded upon the lands to which they have application,

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Conclusions of Law in each of the Findings of Fact, Conclusions of Law and Interlocutory Judgment be amended by adding the following statement immediately after the final Conclusions of Law contained in them:

VI

The preceding Findings of Fact and Conclusions of Law do not in any way pertain to surface waters which arise upon, flow across or which are diverted or are impounded upon the lands, to which they have application.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Interlocutory Judgments in each of the above mentioned Findings of Fact, Conclusions of Law and Interlocutory Judgment be amended by adding this provision immediately preceding the final clause of each of them:

VI

This Interlocutory Judgment neither relates to waters which arise upon, flow across, or are diverted or impounded upon the lands to which it relates, nor does it purport to adjudicate those rights.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the number of the final provision of each of the above mentioned Interlocutory Judgments be re-numbered "VII."

Dated: 2.8.62

JAMES M. CARTER
Judge, United States District Court

-2-

387