UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: Feb. 9, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY     Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss findings.
IT IS ORDERED cause is continued to Feb. 20, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk    6787
by _____
         Deputy