UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: Feb. 20, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk: WILLIAM W LUDDY   Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

COURT AND COUNSEL discuss various findings etc.
California Ex. No. BA is marked and received.
IT IS ORDERED cause is cntinued to Feb. 21, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk    6788
by WILLIAM W LUDDY
Deputy