CARTER
2-21-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: Feb. 21, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judg

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL discuss various findings.
   IT IS ORDERED cause is continued to March 6, 1962, at 10 A.M for further court trial.

JOHN A. CHILDRESS, Clerk
by _____ Deputy

6729