CARTER
3-6-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

)
)
)
)
)
)
)

No._ _ 1247-SD-C _ _ _ _Civil

MINUTES OF THE COURT

Dated:_ March 6, 1962 _

At San Diego, California

PRESENT: Hon._ _ _ _JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ _ District Judg

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter _JOHN SWADER _ _ _

Counsel for Plaintiff: _ WILLIAM VEEDER AND DONALD REDD _ _

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various findings.
IT IS ORDERED cause is continued to March 7, 1962, at 10 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk
by _ _ _ _ _ _ _ _ _ _ _ _ _
Deputy