CARTER
3-7-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. __1247-SD-C__ Civil

MINUTES OF THE COURT

Dated: __March 7, 1962__

At San Diego, California

PRESENT: Hon. __JAMES M. CARTER__ District Judge

Deputy Clerk: __WILLIAM W. LUDDY__   Reporter __JOHN SWADER__

Counsel for Plaintiff: __WILLIAM VEEDER AND DONALD REDD__

Counsel for Defendant: __FRANZ SACHSE, FRED GIRARD AND GEORGE STAHLMAN__

Proceedings: **FURTHER COURT TRIAL**

    COURT AND COUNSEL discuss various findings, etc.
    IT IS ORDERED cause is continued to March 8, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
Deputy