Parcel 19-44-10                                    Exhibit No. 207D

Lots 1 through 6, 10, 11 & 12, Blk P; Out Lots 1, 2 & 4, Blk T of Santa Rosa Add to Wildomar EXC $SE\frac{1}{4}$ of $SE\frac{1}{4}$, Sec. 33, T6S, R4W; $NE\frac{1}{4}$ of $NE\frac{1}{4}$, Sec. 4, T7S, R4W & $NW\frac{1}{4}$ of $NW\frac{1}{4}$, Sec. 3, T7S, R4W.

Apparent Owner:      HOLMELL, Kenneth L. & Nellie J.

Gross Acreage        820.6                          Wells:

Irrigable Acreage    820.6

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-44-11 & 19-45-89                         Exhibit No. 207D
                                                           15H
                                                           228

11- Lots 7, 8, 9, Blk P, Santa Rosa Add to Wildomar. Also, Blks R. & S, Santa Rosa Add to Wildomar. Also, Out Lot 5, Blk T, Santa Rosa Add to Wildomar.
89- Lots, 38, 40, 42, 44, 46, 48, 50, 52, 54, & 56, Blk K, Rancho La Laguna. Also, $NWly \frac{1}{2}$ Lot 44, Blk L, Rancho La Laguna

Apparent Owner:      BROWN, David A. & Nancy Jane

Gross Acreage        357.6                  Wells: 7S4W-2A2 - Unused
                                                   2F2 - Domestic
Irrigable Acreage    233.6                         2F3 - Unused

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-43-12 & 19-42-43                         Exhibit No. 207D
                                                           15H

12- Blks 13 & 14, Town of Wildomar. Also, SWly 50' of r/w lying NEly of Blk 13 & between SEly li Pencose St. & NEly li S. Pasadena St., of Town of Wildomar.
43- Lots 4, 5, 6, 13, 17, 18, 19, 20, 21, Blk 3; Lots 1 through 22, Blk 6; $S\frac{1}{2}$ Lot 1, Lot 2 through 24, Blk 11, Blk 12, Town of Wildomar.

Apparent Owner:      EPPARD, William T. & Nancy N.
                     GROW, Orville T. & Della V.

Gross Acreage        17.7                   Wells: 6S4W-34R9 - Unused
                                                   35N1 - Irrigation
Irrigable Acreage    17.7

Irrigated Acreage    Unknown

Surface Diversions:                                        458

Interlocutory Judg. #30
Exhibit H.

Parcel 19-43-13

    Lots 1, 2, & 3, Blk 15, Town of Wildomar

Apparent Owner:    JONES, Cassia E. & Lorraine L.

Gross Acreage    .6

Irrigable Acreage  .6

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D
15H

Wells: 6S4W-34J8 - Destroyed
    34J11- Domestic

---

Parcel 19-43-14

    Lots 4, 5, 6 & 7, Blk 15, Town of Wildomar.

Apparent Owner:    PHILLIPS, Robert & Leah

Gross Acreage    .7

Irrigable Acreage  .7

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D
15H

Wells: 6S4W-34J4 - Destroyed

---

Parcel 19-43-15

    Lots 8 & 9, Blk 15, Town of Wildomar

Apparent Owner:    MACY, Amorita N.

Gross Acreage    .3

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D

Wells:

Interlocutory Judg. #30
Exhibit H.

459

Parcel 19-43-16                                    Exhibit No.  207D

    Lots 10 & 11, Blk 15, Town of Wildomar

Apparent Owner:    DURST, Moe & Agnes

Gross Acreage        .2                      Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-43-17                                    Exhibit No.  207D

    Lot 12, Blk 15, Town of Wildomar

Apparent Owner:    WATTS, Rena

Gross Acreage        .1                      Wells:

Irrigable Acreage    .1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-43-18                                    Exhibit No.  207D

    Blk 16, Town of Wildomar EXC SEly 300' thereof, and EXC por daf: Beg
at most Wly cor sd Blk 16; th NEly alg NWly li thereof 120'; th SEly
& p/w SWly li sd Blk 16, 120'; th SWly & p/w sd NEly li 120' to SWly li;
th NWly alg sd SWly li 120' to pob.

Apparent Owner:    SERTIC, Luke

Gross Acreage        1.2                      Wells:

Irrigable Acreage    1.2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

460

Parcel 19-43-19

SEly 300' of Blk 16, Town of Wildomar.

Apparent Owner:   BOFFA, Armand

Gross Acreage      1.3

Irrigable Acreage   1.3

Irrigated Acreage   Unknown

Surface Diversions:

Wells:

---

Parcel 19-43-20                                      Exhibit No.   207D
                                                                    15H

For Blk 16, Town of Wildomar daf: Beg at most Wly cor sd Blk 16; th NEly
alg NWly li sd Blk 16, 120'; th SEly & p/w SWly li sd Blk 16, 120'; th
SWly & p/w sd NWly li 120' to SWly li thereof; th NWly alg sd SWly li
120' to pob.

Apparent Owner:   WILSON, John E. & Pauline C.

Gross Acreage      .3                         Wells: 6S4W-34J7 - Unused

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-43-21                                      Exhibit No.   207D

Blks 17, 18, 19, & 20, Town of Wildomar

Apparent Owner:   COLLIER, Frank Elliott & Flora E.

Gross Acreage      13.2                          Wells:

Irrigable Acreage   13.2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

Parcel 19-43-22                                      Exhibit No.   207D
                                                                   15H

     Blk 23, Lots 1 through 9, & 16 through 24, Blk 30, Town of Wildomar.

Apparent Owner:    LANGSTRAAT, Henry P. & Margaret E.
                   LYELL, George E. & Helen A.

Gross Acreage      5.2                    Wells: 6S4W-34J2 - Domestic

Irrigable Acreage  5.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-43-23                                      Exhibit No.   207D

     Lots 1, 2, 3, 4, Blk 24, Town of Wildomar.

Apparent Owner:    MACY, Amorita N.

Gross Acreage      .63                    Wells:

Irrigable Acreage  .63

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-43-24                                      Exhibit No.   207D

     Lots 5 & 6, Blk 24, Town of Wildomar

Apparent Owner:    MACY, Alda A.

Gross Acreage      .63                    Wells:

Irrigable Acreage  .63

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
                                                      Exhibit H.

                              -8-

                                                            462

Parcel 19-43-25                                      Exhibit No.  207D

    Lots 7 & 9, Blk 24; Lots 1 through 9, and 11 through 24, Blk 29; Lots 1
through 24, Blk 31; Lots 1 through 12, & 16 through 24, Blk 32, Town of
Wildomar.

Apparent Owner:    FRONTINO, Frank & Nellie R.

Gross Acreage    11.5                Wells:

Irrigable Acreage  11.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-43-26                                      Exhibit No.  207D

    Lot 8, Blk 24, Town of Wildomar

Apparent Owner:    ANDREWS, Raymond D. & Loraine N.

Gross Acreage    .22                Wells:

Irrigable Acreage  .22

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-43-27                                      Exhibit No.  207D

    Por Lot 10, Blk 24, Town of Wildomar lying SWly of li daf: Beg at pt on
SEly li sd Lot 10, dist 50' NEly fr most Sly cor thereof; th NWly to most
Nly cor sd Lot 10.

Apparent Owner:    FRANCISCO, M. Robi E.

Gross Acreage    .18                Wells:

Irrigable Acreage  .18

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

463

Parcel 19-43-28                                           Exhibit No.  207D

    For Lot 10, Blk 24, Town of Wildomar, lying NEly of li daf: Beg at pt
    on SWly li on Lot 10, dist 50' NWly fr most Sly cor thereof; th NWly
    to most Nly cor sd Lot 10.  Also Lots 11, 12, & 13, Blk 24, Town of
    Wildomar. Also Lot 10, Blk 29, Town of Wildomar.

Apparent Owner:    SAGER, Thomas L. & Joanna A.

Gross Acreage        .69                          Wells:

Irrigable Acreage    .69

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 19-43-29                                     Exhibit No.  207D

    Blks 25, 26, & 27, Town of Wildomar. Also NEly 50' of certain r/w lying
    SWly of Blk 26, and between the SEly li of Pencose St. & NEly li of S.
    Pasadena St. of Town of Wildomar.

Apparent Owner:    STEPHENS, Sydney T. & Anna Josephine

Gross Acreage      20.7                            Wells:

Irrigable Acreage  20.7

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 19-43-30                                     Exhibit No.  207D
                                                                 227A
    Blk 26, Town of Wildomar, EXC Lots 9 & 10

Apparent Owner:    WILKS, Thomas H. & Teresa

Gross Acreage      34.44                           Wells:

Irrigable Acreage  34.44

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.  464

Parcel 19-43-31

Exhibit No.  207D
15H

    Lots 9 & 10, Blk 28, All of Blk 33, Town of Wildomar

Apparent Owner:    WILDOMAR SCHOOL DISTRICT

Gross Acreage     4.4

Wells: 6S4W-35M1 - Domestic

Irrigable Acreage  4.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-43-32

Exhibit No.  207D

    Lots 10 through 15, Blk 30, Town of Wildomar

Apparent Owner:    STROBEL, Ruth Johnson

Gross Acreage    1.0

Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-43-33

Exhibit No.  207D
15H

    Lots 13, 14, 15, Block 32, Town of Wildomar

Apparent Owner:    TURNER, Wyman E. & Elizabeth M.

Gross Acreage    .5

Wells: 6s4W-35M4 - Unused

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-11-

465

Parcel 19-43-34

Exhibit No.  207D<br>15H

Blk 34, Town of Wildomar EXC SEly 2½ acres, the NWly li of sd 2½ acres being p/w SEly li Pencose St.

Apparent Owner:     RODRIGUEZ, John R. & Socorro

Gross Acreage       1.8                      Wells: 6S4W-35L1 - Domestic

Irrigable Acreage   1.8

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-43-35

Exhibit No.  207D

SEly 2½ acres Blk 34, Town of Wildomar, the NWly li of sd 2½ acres being p/w SEly li of Pencose St.

Apparent Owner:     SAN PEDRO, Robert & Marjorie Doris Latz
                    LATZ, Clarence E. & Margaret E.

Gross Acreage       3.0

Irrigable Acreage   3.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-36

Exhibit No.  207D

Lots 1 & 2, Blk 1, Town of Wildomar

Apparent Owner:     CANDIDO, Leonard & Frances M.

Gross Acreage       .3                        Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

-12-

Interlocutory Judg. #30<br>Exhibit H.     466

Parcel 19-42-37                                          Exhibit No.  207D

    Lots 3 & 4, Blk 1, Town of Wildomar

Apparent Owner:    RIZZO, Mary
                   RIBANDO, Mary

Gross Acreage     .3                    Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-38                                          Exhibit No.  207D

    Lots 5 through 10, & 15 through 24, Blk 1, Town of Wildomar

Apparent Owner:    WILLIAMS, Clarence F., Jr.

Gross Acreage    2.7                 Wells:

Irrigable Acreage  2.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-39                                          Exhibit No.  207D

    Lots 11 & 12, Blk 1, Town of Wildomar

Apparent Owner:    LEWIS, Mary E.

Gross Acreage     .3                    Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

467

Parcel 19-42-40                                    Exhibit No.  207D
                                                                15H
    Lots 13 & 14, Blk 1, Town of Wildomar

Apparent Owner:  FREEMAN, Bessie L.

Gross Acreage      .3                    Wells: 684W-34R8 - Domestic

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-41 & 54                               Exhibit No.  207D
                                                                15H
41-  Blk 2, Town of Wildomar
54-  Lots 13 & 14, Blk 7, Town of Wildomar

Apparent Owner:   CLARK, Doris Isabelle

Gross Acreage      4.4                   Wells: 684W-34R1 - Destroyed
                                                34R2 - Destroyed
Irrigable Acreage  4.4                          34R3 - Domestic

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-43    (See Parcel 19-43-12)

---

Parcel 19-42-42                                    Exhibit No.  207D

    Lots 1, 2, 3, 22, Block 3, Town of Wildomar

Apparent Owner:  MOFFITT, Sharon

Gross Acreage      .7                    Wells:

Irrigable Acreage  .7

Irrigated Acreage  Unknown

Surface Diversions:

                                          Interlocutory Judg. #30
                                               Exhibit H.
                    -14-                                 468

Parcel 19-42-44                                          Exhibit No. 207D

    Lots 7 through 9, Blk 3, Town of Wildomar

Apparent Owner:   SIMMONS, Margaret

Gross Acreage       .5                        Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-45                                          Exhibit No. 207D

    Lots 10, 11, 12 of Blk 3, Town of Wildomar

Apparent Owner:   MC CUTCHEON, J. R., Sr., & Bessie M.

Gross Acreage       .5                        Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-46                                          Exhibit No. 207D

    Lot 14, Blk 3, Town of Wildomar

Apparent Owner:   ARNOLD, Floris

Gross Acreage       .2                        Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

463

Parcel 19-42-47                                          Exhibit      No. 207D

    Lots 15 & 16, Blk 3, Town of Wildomar

Apparent Owner:      PLAM, Bertha

Gross Acreage        .3                              Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

----

Parcel 19-42-48                                          Exhibit No. 207D

    Lots 23 & 24, Blk 3, Town of Wildomar

Apparent Owner:      ACKMAN, Dell
                     COOMES, Jack LeRoy

Gross Acreage        .3                              Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

----

Parcel 19-42-49                                          Exhibit No. 207D

    All of Blk 4; Lots 1 through 23, Blk 5, Town of Wildomar

Apparent Owner:      RUBBERT, Martin A. & Loretta E.

Gross Acreage        8.0                             Wells:

Irrigable Acreage    8.0

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-16-

Parcel 19-42-50                                      Exhibit No.  207D

    Lot 24, Blk 5, Town of Wildomar

Apparent Owner:    WOOD, Mildred Bellamy

Gross Acreage    .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-51                                      Exhibit No.  207D

    Lots 23 & 24, Blk 6, Town of Wildomar

Apparent Owner:    REDMAN, Ralph W. & Walter H.
                  PALMER, O. J.

Gross Acreage    .3                          Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-52                                      Exhibit No.  207D

    Lots 1 through 9, Blk 7, Town of Wildomar

Apparent Owner:    DURST, Moe, Agnes & Esther
                  MITNICK, Louis & Rose

Gross Acreage    3.0                          Wells:

Irrigable Acreage   3.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-17-

Parcel 19-42-53                                                    Exhibit No.  207D

   Lots 10, 11 & 12, Blk 7, Town of Wildomar

Apparent Owner:    CARLSON, Conrad H.

Gross Acreage     .5                                    Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-54   (See Parcel 19-42-41)

Parcel 19-42-55                                                    Exhibit No.  207D

   Lot 15, Blk 7, Town of Wildomar

Apparent Owner:    NIEDER, Peter J.

Gross Acreage     .2                                    Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-56                                                    Exhibit No.  207D

   Lot 16, Blk 7, Town of Wildomar

Apparent Owner:    KASER, Frank L. & Elizabeth M.

Gross Acreage     .2                                    Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-18-

472

Parcel 19-42-57                                              Exhibit No.  207D

    Lot 17, Blk 7, Town of Wildomar

Apparent Owner:    WICKERD, Cora R.

Gross Acreage    .2                    Wells:

Irrigable Acreage    .2

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-42-58                                              Exhibit No.  207D

    Lots 18, 19 & 20, Blk 7, Town of Wildomar

Apparent Owner:    RUSSEL, DeEtta, aka Carlin

Gross Acreage    .5                    Wells:

Irrigable Acreage    .5

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-42-59                                              Exhibit No.  207D

    Lots 21, 22, 23 & 24, Blk 7, Town of Wildomar

Apparent Owner:    MOORE, Mrs. C. Belle

Gross Acreage    .7                    Wells:

Irrigable Acreage    .7

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

473

Parcel 19-42-60

Lots 1 through 5, & 20 through 24, Blk 8, Town of Wildomar

Apparent Owner:   HAZARD, Edward J. & Ellen T.

Gross Acreage        1.7                        Wells: 9S4W-34Q1 - Domestic

Irrigable Acreage   1.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-61                              Exhibit No.  207D

Lots 6, 7, & 8, Blk 8, Town of Wildomar

Apparent Owner:   FREEMAN, Russell O. & Gladys E.

Gross Acreage        .5                        Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-62                              Exhibit No.  207D

Lots 9 & 10, Blk 8, Town of Wildomar

Apparent Owner:   GLEASON, Charles A. & Lena L.

Gross Acreage        .3                        Wells:

Irrigable Acreage    .3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.

474

Parcel 19-42-63                                             Exhibit No.  207D

    Lots 11 & 12, Blk 8, Town of Wildomar

Apparent Owner:    GLEASON, Charles A. & Lena L.

Gross Acreage      .3                          Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-64                                             Exhibit No.  207D

    Lots 13 through 16, Blk 8, Town of Wildomar

Apparent Owner:    SMITH, G. A.

Gross Acreage      .7                          Wells: 6S4W-34R7 -

Irrigable Acreage  .7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-42-65                                             Exhibit No.  207D

    Lots 17 & 18, Blk 8, Town of Wildomar

Apparent Owner:    FREEMAN, Russel O. & Gladys E.

Gross Acreage      .3                          Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-21-

475

Parcel 19-42-66                                    Exhibit No.  207D

Lot 19, Blk 8, Town of Wildomar

Apparent Owner:     GIBSON, James Laurence & Ethel Doolittle

Gross Acreage       .2                          Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-67                                    Exhibit No.  207D

Lots 1 through 8 & 17 through 24, Blk 9, Town of Wildomar

Apparent Owner:     HUNTER, Viola M.

Gross Acreage       2.7                         Wells:

Irrigable Acreage   2.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-68                                    Exhibit No.  207D

Lots 9, 10, 15 & 16, Blk 9, Town of Wildomar

Apparent Owner:     ALLAN, Anne N.

Gross Acreage       .7                          Wells:

Irrigable Acreage   .7

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-22-

476

Parcel 19-42-69                                          Exhibit No. 207D

    Lots 11 & 12, Blk 9, Town of Wildomar

Apparent Owner:   PLAM, Bertha

Gross Acreage     .3                  Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-70                                          Exhibit No. 207D

    Lots 13 & 14, Blk 9, Town of Wildomar

Apparent Owner:   SPORE, C. J. & Jeanie

Gross Acreage     .3                  Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-71                                          Exhibit No. 207D

    Lots 1 & 2, Blk 10, Town of Wildomar

Apparent Owner:   CANTRELL, Edith M.

Gross Acreage     .3                  Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-23-

477

Parcel 19-42-72                                    Exhibit No.  207D

    Lots 3, 4 & 5, Blk 10, Town of Wildomar

Apparent Owner:   MANSFIELD, J. C.

Gross Acreage      .5                      Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

———————————

Parcel 19-42-73                                    Exhibit No.  207D

    Lots 6, 7 & 8, Blk 10, Town of Wildomar

Apparent Owner:   SEED, Erla L.

Gross Acreage      .5                      Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

———————————

Parcel 19-42-74                                    Exhibit No.  207D

    Lots 9 & 16, Blk 10, Also N½ Lot 1, Blk 11, Town of Wildomar

Apparent Owner:   BOSCACCI, Richard & Julia

Gross Acreage      .43                     Wells:

Irrigable Acreage   .43

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 19-42-75                                        Exhibit No.  207D

    Lots 10 & 11, Blk 10, Town of Wildomar

Apparent Owner:    WICKERD, Harold R. & Phronia P.

Gross Acreage    .3                         Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-42-76                                        Exhibit No.  207D

    Lots 12 & 13, Blk 10, Town of Wildomar

Apparent Owner:    COOK, Raymond P. & Lois E.

Gross Acreage    .3                         Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-42-77                                        Exhibit No.  207D

    Lots 14 & 15, Blk 10, Town of Wildomar

Apparent Owner:    BOSCACCI, Richard & Julia
                      KONKLE, Charles F. & Barbara

Gross Acreage    .3                         Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30  479
Exhibit H.

Parcel 19-42-78                                          Exhibit No.  207D

    Lots 17 through 21, Blk 10, Town of Wildomar

Apparent Owner:   BLACKFORD, Henry E. & Eleanor P.

Gross Acreage      .9                              Wells:

Irrigable Acreage   .9

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-79                                          Exhibit No.  207D

    Lots 22 & 23, Blk 10, Town of Wildomar

Apparent Owner:   WEBSTER, Edward L. & Helen B.

Gross Acreage      .3                              Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-80                                          Exhibit No.  207D

    Lot 24, Blk 10, Town of Wildomar

Apparent Owner:   PUBLIX TITLE COMPANY

Gross Acreage      .2                              Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-26-

480

Parcel 19-42-81    (See Parcel 19-44-7)

_____

Parcel 19-42-82                                                Exhibit No.  207D

    Lots 13 through 17, Blk 8, J. C. Austin's First Addition to Wildomar.

Apparent Owner:    KRUPKA, August J.

Gross Acreage        .9                                    Wells:

Irrigable Acreage    .9

Irrigated Acreage    Unknown

Surface Diversions:

_____

Parcel 19-42-83                                                Exhibit No.  207D

    Lots 18 & 19, Blk 8, J. C. Austin's First Add to Wildomar

Apparent Owner:    MAKIN, Robert B.

Gross Acreage        .3                                    Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

_____

Parcel 19-42-84                                                Exhibit No.  207D

    Lots 20 through 23, Blk 8, J. C. Austin's 1st Add to Wildomar

Apparent Owner:    TRUMBO, Charles L.

Gross Acreage        .7                                    Wells:

Irrigable Acreage    .7

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

481

Parcel 19-42-85                                    Exhibit No. 207D

    Lot 24, Blk 8, J. C. Austin's 1st Add to Wildomar

Apparent Owner:   FROST, Byron O.

Gross Acreage    .2                       Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-86                                    Exhibit No. 207D

    Lot 32, Blk K, Rancho La Laguna

Apparent Owner:   FLETCHER, Mary Elizabeth

Gross Acreage    7.7                      Wells:

Irrigable Acreage   7.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-42-87                                    Exhibit No. 207D

    Lots 34 & 36, Blk K, Rancho La Laguna

Apparent Owner:   CONLEY, Joseph D. & Lena May

Gross Acreage    15.3                     Wells:

Irrigable Acreage   15.3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

482

Parcel 19-45-88 & 101                                    Exhibit No.  207D

88- Lots 37, 39, 41, 43, 45, 47, 49, 51, 53, 55, & 57, Blk K, Rancho La Laguna
EXC that por of Lot 57 daf: Beg at most Ely cor sd Lot 57; th SWly alg
SEly li thereof to most Sly cor; th NWly alg SWly li thereof 442.20';
th at r/a NEly & p/w sd SEly li 803.25' to pt on SWly li of Southern
California Railroad r/w; th SEly alg sd r/w to pob. Also. SWly 50' of
RR r/w adjacent NEly of sd property.

101- Por of Lots 48 & 49, Blk L, Rancho La Laguna, & por of Hand St, now
vacated, daf: Beg at pt on SEly li sd Lot 49, dist S. 36°32' W. 845.66'
fr most Ely cor sd Lot 49; th N. 49°54' W. & p/w NEly li sd Lots 48 & 49,
1290.22' to pt in c/l Hand St.; th S. 36°32' W. alg c/l Hand St. 342.34'
to its inter with NWly prol of SWly li Lots 48 & 49; th SEly alg SWly li
Lots 48 & 49, 1290.22' to most Sly cor Lot 49; th N. 36°32' E. alg SEly
li sd Lot 49, 342.34' to pob.  Also, NEly 50' of RR r/w adj to sd Lots
48 & 49 on SW.

Apparent Owner:   RUBBERT, Martin A. & Loretta E.

Gross Acreage        175.2                      Wells: 7S4W-2F1 - Domestic
                                                       2G1 - Irrigation
Irrigable Acreage    175.2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-45-89     (See Parcel 19-44-11)

---

Parcel 19-45-90                                    Exhibit No.  207D

For Lot 57, Blk K, Rancho La Laguna daf: Beg at most Ely cor sd Lot 57;
th SWly alg SEly li thereof to most Sly cor thereof; th NWly on SWly li
sd Lot 442.50'; th at r/a NEly & p/w sd SEly li 803.25' to pt on SWly
li of Southern California RR r/w; th SEly alg SWly li sd r/w to pob.
Also, SWly 50' of RR r/w adj to NWly li sd prop.

Apparent Owner:   TAYLOR, Burt

Gross Acreage        8.0                          Wells:

Irrigable Acreage    8.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

483

Parcel 19-45-91                                        Exhibit No.  207D

    Lot 53, Blk K, Rancho La Laguna

Apparent Owner:    <u>HARDEMAN</u>, J. H. & Dora D.

Gross Acreage        4.3                              Wells:

Irrigable Acreage    4.3

Irrigated Acreage·  Unknown

Surface Diversions:

---

Parcel 19-45-92                                        Exhibit No.  207D

    NWly 33 acres Lot 34, Blk L, Rancho La Laguna

Apparent Owner:    <u>HEIM</u>, Charles W. & Genevieve M.

Gross Acreage        33.0                             Wells:

Irrigable Acreage    33.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-45-93                                        Exhibit No.  207D
                                                                    15H
    Lots 35 & 36, Blk L, Rancho La Laguna, & NEly 50' of r/w con to California
    Southern RR, ext SEly fr SWly prol of NWly li Lot 35 to SWly prol of SEly
    li Lot 36.

Apparent Owner:    <u>REIMAN</u>, Verne D. & Marie J.

Gross Acreage        38.3                Wells: 684W-35P1 - Domestic
                                                     35P2 - Irrigation
Irrigable Acreage    38.3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
484

Parcel 19-45-94

   SEly 13.38 acres Lot 34, Blk L, Rancho La Laguna

Apparent Owner:   RIBAUDO, Mary

Gross Acreage   13.4

Irrigable Acreage  13.4

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
            15H

Wells: 6S4W-35Q3 - Irrigation

---

Parcel 19-45-95

   Lots 37, 38, 39 & 42, Blk L, Rancho La Laguna.
   Also, NEly 50' RR r/w adj to SWly li Lots 37 & 42.

Apparent Owner:   WILKS, Thomas H. & Theresa

Gross Acreage   65.3

Irrigable Acreage  65.3

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
            15H
           227A

Wells: 6S4W-35Q1 - Domestic

---

Parcel 19-45-95A

          Blk L,
   Lots 40 & 41/ Rancho La Laguna. Also, NEly 50' of RR r/w adj
   on SW of Lot 41.

Apparent Owner:   WILKS, Thomas E. & Luella M.

Gross Acreage   31.2

Irrigable Acreage  31.2

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
            15H
           227

Wells: 7S4W- 2B1 - Irrigation
        6S4W-35Q2 - Irrigation

Interlocutory Judg. #30
Exhibit H.

-31-

Parcel 19-45-96 & 98

Exhibit No.  207D
15H

96 - Lot 43 & 46, Blk L, Rancho La Laguna, EXC SEly 528.64' of NEly 824'.
Also, NWly 33' of Lot 47, Blk L, Rancho La Laguna EXC NEly 824' thereof.
Also, NEly 50' of RR r/w adj SWly of sd por Lots 43, 46 & 47.

98 - Lot 47, Blk L, Rancho La Laguna EXC NWly 33' thereof. Also, NEly 50'
of RR r/w adj to sd por Lot 47 on SW.

Apparent Owner:   BEAVER, Otto & Grace V.

Gross Acreage     42.5

Irrigable Acreage  42.5                  Wells: 7S4W-2H1 - Domestic
                                                2H2 - Domestic

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-45-97 & 97A

Exhibit No.  207D
15H
246

97 - SEly ½ Lot 44, Blk L, Rancho La Laguna EXC por in road.
97A - SEly 25.39 Acres Lot 51, Blk L, Rancho La Laguna daf: All of Lot
51 EXC that por daf: Beg at pt on SWly li sd Lot dist 48 rods SEly fr
Wly cor thereof; th NWly alg sd SWly li 48 rods to most Wly cor; th
NEly alg NWly li sd Lot 80 rods, m/l to NEly li thereof; th SEly alg
sd NEly li 80 rods; th diag across sd Lot to pob.

Apparent Owner:   WILKS, Howard & Elsie
                  WILKS, Richard, Jr.

Gross Acreage     45.4

Irrigable Acreage  45.4                  Wells: 7S4W-2A1 - Irrigation

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-45-98    (See Parcel 19-45-96)

Interlocutory Judg. #30
Exhibit II.

-32-

486

Parcel 19-45-99                                          Exhibit No.  207D

Lot 45, & NWly 33.35 acres Lot 51, Blk L, Rancho La Laguna daf: Beg at pt
on SWly li sd Lot 51, dist 48 rods SEly fr most Wly cor thereof; th NWly
alg sd SWly li 48 rods to most Wly cor; th NEly alg NWly li sd Lot 51,
80 rods m/l to NEly li thereof; th SEly alg sd NEly li 80 rods; th diag
across sd Lot 51 to pob.

Apparent Owner:    CURTISS, Annie L. S.

Gross Acreage      74.7                               Wells:

Irrigable Acreage  74.7

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 19-45-100                                       Exhibit No.  207D

SEly 528.64' of NEly 824' of Lot 46, Blk L, Rancho La Laguna. Also NWly
33' of NEly 824' of Lot 47, Blk L, Rancho La Laguna.

Apparent Owner:    HUTSON, Wayne O. & Rose C.

Gross Acreage      10.7                               Wells:

Irrigable Acreage  10.7

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 19-45-191   (See Parcel 19-45-88)

Parcel 19-45-102                                       Exhibit No.  207D
                                                                    15H

NEly 25 acres Lots 48 & 49, & por Hand St now vacated, Blk L, Rancho
La Laguna, daf: Beg at most Ely cor sd Lot 49; th S. 36°32' W. alg SEly li
sd Lot 845.66'; th N. 49°54' W. & p/w NEly li sd Lots 48 & 49, 1290.22'
to pt in c/l Hand St.; th N 36°32' E. alg c/l Hand St., 845.66' to pt on
Sly li Palomar St.; th S. 49°54' E. alg Sly li Palomar St. (being NEly li
Lots 48 & 49) 1290.22' to pob.

Apparent Owner:    FREEMAN, Kenneth & Ida Mae

Gross Acreage      25.0                        Wells: 7S4W-1E1 - Domestic
                                                       1E2 - Irrigation
Irrigable Acreage  25.0

Irrigated Acreage  Unknown

Surface Diversions:                           Interlocutory Judg. #30
                                                   Exhibit H.

-33-
                                                              487

Parcel 19-45-103

Lot 50, Blk L, Rancho La Laguna, & NEly 50' of RR r/w adj to sd Lot 50 on SW.

Apparent Owner:   WOLFORD, Richard F. & Lucille G.

Gross Acreage        18.0

Irrigable Acreage    18.0

Wells: 7S4W-1L1 - Unused
                1L2 - Domestic

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-45-104

Por of Blk M, Rancho La Laguna daf: Beg at most Sly cor Lot 51, Blk L, of Rancho La Laguna; th SEly alg NEly li Palomar St., 1525'10"; th N. 30°30' E. & p/w NWly li sd Blk M to NEly li sd Blk M; th NWly alg sd NEly li to most Nly cor sd Blk M; th SWly alg NWly li Blk M to pob. EXC por daf: Beg at most Sly cor sd Lot 51, Blk L; th S. 49°47' E. alg NEly li Palomar St. 750'; th S. 36°40' E. 581.94'; th N. 49°47' W. 750' to SEly li sd Lot 51; th S. 36°40' W. 581.94' alg sd SEly li to pob.

Apparent Owner:   HINMAN, Arthur J. & Venita G.

Gross Acreage        28.0

Irrigable Acreage    28.0

Wells: 7S4W-1K1 - Domestic

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-45-105

Lots 8, 9 & 10, Blk M, Rancho La Laguna EXC por daf: Beg at inter of SWly li Palomar St. with NWly li prop con to Fletcher & Long (being most Ely cor sd Lot 10); th S. alg sd NWly li S 33°44' W. 452'; th NWly & p/w SWly li Palomar St. 386'; th NEly & p/w NWly li Fletcher & Long's prop to SWly li Palomar St.; th SEly alg sd SWly li Palomar St 386' to pob.

Apparent Owner:   SCHLEUNIGER, Arnold X. & Elsie B.
                  POTTER, Elmer & Lucile

Gross Acreage        19.0

Irrigable Acreage    19.0

Wells: 7S4W-1Q4 - Unused

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

Parcel 19-45-106                                    Exhibit No.  207D

Por Blk M, Rancho La Laguna, daf: Beg at most Sly cor Lot 51, Blk L; th
S. 49°47' E. alg NEly li Palomar St., .750'; th N. 36°40' E. & p/w SEly li
Lot 51, 581.94'; th N. 49°47' W. 750' to sd SEly li Lot 51; th S. 36°40'
W. alg sd SEly li 581.94' to pob.

Apparent Owner:      SIEGEL, Sam

Gross Acreage        10.0                           Wells:

Irrigable Acreage    10.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-45-107                                    Exhibit No.  207D
                                                              15H
Por Blk M, Rancho La Laguna, daf: Beg at pt in NEly li Palomar St. dist
SEly 1525'10" fr most Sly cor Lot 51, Blk L; th cont SEly alg sd NEly li
Palomar St., 689.42' m/l to iron stake set in cement monument being on
NWly li of land con to Fletcher & Long; th N. 32°55' E. alg NWly li of
land so con 1056.96' to another li monument located on Ely li of Rancho
La Laguna; th NWly alg sd Rancho li to pt on li running NEly fr pob &
p/w NWly li Blk M; th SWly & p/w sd NWly li to pob.

Apparent Owner:      MOUSER, JosephH. & Margaret H.

Gross Acreage        15.0                           Wells: 7S4W-1Q6 - Domestic
                                                          1Q7 - Domestic
Irrigable Acreage    15.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-45-108                                    Exhibit No.  207D

Por Blk M, Rancho La Laguna lying NEly of c/l RR r/w & SEly of fol des
prop li: Beg at pt on c/l sd RR r/w dist Nly 1724' fr its inter with most
Sly li sd Rho; th Ely 50' m/l to perm 3/4" pipe monument set in concrete
approx on Ely li sd r/w; th NEly at an interior angle of 113°8' 435' to
like monument; th NWly at an interior angle of 210°25' 365.9' to another
like monument; th NEly at an interior angle of 137°21' 568.4' to another
like monument; th NWly at an interior angle of 180°32'30" 1117.4' to
another like monument located approx on the Ely li sd Rho bearing S. 47° E.
EXC that por lying SWly of the NEly li of Palomar St, and that por lying
Wly of the Ely li of a certain 60' hwy conv to County of Riverside. Also
EXC any por in public hwys.

Apparent Owner:      MARSHALL, Richard H.
                     GREEN, Kathryn H.

Gross Acreage        39.1
Irrigable Acreage    39.1                           Wells:
Irrigated Acreage    Unknown
Surface Diversions:                                 Interlocutory Judg. #30
                                                    Exhibit H.   489

Parcel 19-45-109

Exhibit No.  207D

Por Blk M, Rancho La Laguna, lying NEly of c/l RR r/w & SEly of fol des li: Beg at pt on c/l sd RR r/w dist Nly 1724' fr its inter with most Sly li sd Rho; th Ely 50' m/l to permanent 3/4" pipe monument set in concrete approx on Ely li sd r/w; th NEly at an interior angle of 113°8' 435' to like monument; th NWly at an interior angle of 210°25' 365.9' to another like monument; th NEly at an interior angle of 137°21' 568.4' to another like monument; th NWly at an interior angle of 180°32'30" 1117.4' to another like monument located approx on Ely li sd Rho bearing S. 47° E. EXC that por lying NEly of SWly li Palomar St. & that por lying Ely of Wly li of certain 60' hwy conv to County of Riverside. Also EXC therefrom that por daf: Beg at Cor No. 13, Rancho La Laguna; th S. 50° W. 196.05' m/l to c/l of hwy con to County of Riverside the tpob; th S. 50° W. 546.35' to NEly li of AT&SFRR r/w; th N. 45°06'30" W. alg sd r/w 408.7'; th N. 50° E. 667.95' m/l to c/l sd County hwy; th on curve SEly with radius of 260.19' 234.56'; th S. 41°54'30" E. 200' to tpob.

Apparent Owner:   BROWN, Rudolph J. & Vita Elliott

Gross Acreage        50.0

Wells:

Irrigable Acreage    50.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-45-110

Exhibit No.  207D
15H

Por Blk M, Rancho La Laguna, daf:  Beg at Cor. No. 13, Rancho La Laguna; th S. 50° W. 196.85' m/l to c/l 60' hwy conv to County of Riverside, the tpob; th S. 50° W. 546.35' to NEly li of ATSFRR r/w; th N. 45°06'30" W. alg sd r/w 408.7'; th N. 50° E. 667.95' to c/l sd County Hwy; th alg curve SEly having radius of 260.19', 234.56'; th S. 41°54'30" E. 200' to tpob.

Apparent Owner:   FREEMAN, Verna & Edward

Gross Acreage        5.0

Wells: 7S4W-12H2 - Unused
         12H3 - Domestic

Irrigable Acreage    5.0

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

490

Parcel 19-45-111                                      Exhibit No.  207D

Por Blk M, Rancho La Laguna, lying Sly of ATSFRR r/w & NEly of Rancho
Santa Rosa li & Ely of Santa Rosa St.

Apparent Owner:    DILLON, Harry Jerome & Gertrude E.

Gross Acreage      90.0                          Wells:

Irrigable Acreage  90.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-45-112                                      Exhibit No.  207D
                                                                    15H
                        Blk M                                       250
Lots 5, 6 & 7,/Rancho La Laguna EXC por of Lot 7 daf: Beg at SEly
cor Lot 7; th NEly alg SEly li Lot 7, 712.27'; th NWly & p/w NEly
li AT&SFRR r/w 209' to SEly li Lot 6; th SWly alg SEly li Lot 6
ext. 712.27' to sd r/w; th SEly alg sd r/w 209' to pob.

Apparent Owner:    SHAW, Anna Maria

Gross Acreage      13.8                    Wells: 7S4W-1Q1 - Domestic
                                                        1Q2 - Domestic
Irrigable Acreage  13.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-45-113                                      Exhibit No.  207D
                                                                    15H
Por Lot 7, Blk M, Rancho La Laguna, daf: Beg at SEly cor Lot 7; th
NEly alg SEly li Lot 7, 712.27'; th NWly & p/w NEly li of AT&SFRR r/w
209' to SEly li Lot 6; th SWly alg SEly li of Lot 6 ext, 712.27' to sd
r/w; th SEly alg sd r/w 209' to pob.

Apparent Owner:    COOPER, Walter S. & Leona M.

Gross Acreage      3.41                    Wells: 7S4W-1Q3 - Unused

Irrigable Acreage  3.41

Irrigated Acreage  Unknown

Surface Diversions:

                                          Interlocutory Judg. #30
                                               Exhibit H.
                        -37-

                                                    491

Parcel 19-45-114

Exhibit No.   207D

Lots 1, 2, 3 & 4, Blk M, Rancho La Laguna & that por of AT&SFRR r/w 100' vide (now abandoned) lying in Blk M.

Apparent Owner:  BROWN, Rudolph J. & Vita Elliott

Gross Acreage      22.8                                    Wells:

Irrigable Acreage  22.8

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 19-45-115

Exhibit No.   207D
15H

Por of Lots 8, 9 & 10, Blk M, Rancho La Laguna daf: Beg at inter of SWly li Palomar St. with NWly li prop con to Fletcher & Long (being Ely cor Lot 10); th S alg sd NWly li S. 33°44' W. 452'; th NWly & p/w SWly li Palomar St., 386'; th NEly & p/w NWly li Fletcher & Long's prop to SWly li Palomar St.; th SEly alg sd SWly li Palomar St., 386' to pob.

Apparent Owner:  RANDOLPH, Randy & Barbara

Gross Acreage      4.0                            Wells: 7S4W-1C5 - Domestic

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 19-46-116, 19-23-136 & 137

Exhibit No. 207D
15H

116-  Lots 26 & 33, Blk L, Rancho La Laguna EXC por in Central Ave.
136-  Por Frac Sec. 35, T6S, R4W, daf: Beg at NEly cor Lot 26, Blk L, Rancho La Laguna; th NEly on Nly prol of Ely li sd Lot 26, 159.87'; th at r/a NWly 1331.15' to pt on Nly prol of Wly li sd Lot 26; th at r/a SWly alg sd Nly prol 3.52' to NWly cor sd Lot 26; th SEly alg Nly li sd Lot 26 to pob.
137-  Por Frac Sec. 35, T6S, R4W, daf: Beg at most Nly cor Lot 33, Blk L, Rancho La Laguna; th SEly alg N li sd Lot 33, 33.40' to tpob; th N. 36°26' E. alg Sly li Central Ave. ext 9.60 ch; th S. 53°34' E. to pt on ½ Sec. li of Frac. Sec. 35; th Sly alg sd ½ Sec. li to Nly li Rancho La Laguna; th NWly alg sd Rho li 16.11 ch to tpob.

Apparent Owner:  MEJIA, Arthur & Lupe M.

Gross Acreage      31.9                         Wells: 6S4W-35F1 - Destroyed
                                                      35F2 - Irrigation
Irrigable Acreage  31.9

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-38-

492

Parcel 19-46-117

Exhibit No. 207D
15H

Lot 27, Blk L, Rancho La Laguna, EXC SWly 495' thereof, Also EXC SEly 40' con for hwy.

Apparent Owner:   FLINN, Jewel H. & Dolores G.

Gross Acreage      21.5                          Wells: 6S4W-35E1 - Irrigation

Irrigable Acreage  21.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-46-118                                Exhibit No. 207D

Por Lot 27, Blk L, Rancho La Laguna, daf: Beg at most Wly cor sd Lot 27; th NEly alg NWly li thereof 295'; th SEly & p/w SWly li sd Lot, 295'; th SWly & p/w sd NWly li 295' to sd SWly li; th NWly alg sd SWly li 295' to pob.

Apparent Owner:   WILDOMAR CEMETARY ASSOCIATION OF WILDOMAR

Gross Acreage      2.0                           Wells:

Irrigable Acreage  2.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-46-119                                Exhibit No. 207D

SWly 495' Lot 27, Blk L, Rancho La Laguna, EXC por daf: Beg at most Wly cor sd Lot 27; th NEly alg NWly li 295'; th SEly & p/w sd NWly li 295' to sd SWly li; th SWly & p/w sd NWly li 295' to sd SWly li; th NWly alg sd SWly li 295' to pob.

Apparent Owner:   SLAMOVA, H. Valmar
                  HAWKINSON, William D.

Gross Acreage      14.4                          Wells:

Irrigable Acreage  14.4

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

493

Parcel 19-46-120                                          Exhibit No.  207D

Lot 32, Blk L, Rancho La Laguna, EXC NWly 40' thereof con for hwy. Also EXC por daf: Beg at inter of NEly li Palomar St. & SEly li Central Ave.; th NEly alg SEly li Central Ave., 150'; th SEly & p/w NEly li Palomar St., 150'; th SWly & p/w SEly li Central Ave., 150' to NEly li Palomar St; th NWly alg NEly li Palomar St. 150' to pob.

Apparent Owner:     WEBER, R. P.

Gross Acreage      39.5                        Wells:

Irrigable Acreage  39.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-46-121                                          Exhibit No.  207D
                                                                     15H
Por Lot 32, Blk L, Rancho La Laguna daf: Beg at inter of NEly li Palomar St. & SEly li Central Ave.; th NEly alg SEly li Central Ave., 150'; th SEly & p/w NEly li Palomar St 150'; th SWly & p/w SEly li Central Ave., 150' to NEly li Palomar St.; th NWly alg NEly li Palomar St., 150' to pob.

Apparent Owner:     CAGNON, Edward F. & Priscilla I.

Gross Acreage      .5                          Wells: 6S4W-35M5 - Domestic

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-24-122, 126, 127 & 130                         Exhibit No.  207D
                                                                     15H
122- Lots 1 through 11 & por of Sec. 6, T7S, R3W, known as Wenworth's Subdiv.
126- SW¼ of NE¼ Frac Sec. 6, T7S, R3W.
127- N½ of NW¼; SE¼ of NW¼; SW½ of NW¼ of NE¼; & NE¼ of NW¼ of NE¼ of Frac Sec. 6, T7S, R3W
130- Govt Lots 1, 7, 8 & 10, Frac Sec 1, T7S, R4W.

Apparent Owner:     BENNETT, Ernest W. & Emma Kathryn

Gross Acreage      484.3              Wells: 7S3W-6B1 - Stock
                                             6D1 - Irrigation
Irrigable Acreage  438.1                     6E1 - Domestic
                                             6K1 - Unused
Irrigated Acreage  Unknown            7S4W-1A1 - Unused
                                             1A2 - Irrigation
Surface Diversions:                          1 H1- Unused

Interlocutory Judg. #30
Exhibit H.   494

Parcel 19-24-123

Exhibit No.   207D

Frac Sec. 7, T7S, R3W.

Apparent Owner:   TOMPKINS, Franc B.

Gross Acreage   30.4                              Wells:

Irrigable Acreage   30.4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-24-124

Exhibit No.   207D

Lots 1, 5, 6, 7, 8 & 9 of Frac Sec. 6, T7S, R3W.

Apparent Owner:   RANCH DEVELOPMENT CORP.

Gross Acreage   59.7                              Wells:

Irrigable Acreage   30.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-24-125

Exhibit No.   207D

Lots 2, 3 & 4, Frac. Sec. 6, T7S, R3W.

Apparent Owner:   SUNNY-CAL RANCH CORP.

Gross Acreage   30.0                              Wells:

Irrigable Acreage   12.8

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

495

Parcel 19-24-126   (See Parcel 19-24-122)

---

Parcel 19-24-127   (See Parcel 19-24-122)

---

Parcel 19-24-128                                      Exhibit No.  207D

    NW¼ of NW¼ of NE¼ Frac Sec. 6, T7S, R3W.

Apparent Owner:   BIRCH, Jean E. V., Bremond Bernard & Charles Francis

Gross Acreage      10.0                        Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-24-129                                      Exhibit No.  207D

    SE¼ of NW¼ of NE¼ Frac Sec. 6, T7S, R3W.

Apparent Owner:   ROGERS, Addie A.

Gross Acreage      10.0                        Wells:

Irrigable Acreage   6.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-24-130   (See Parcel 19-24-122)

---

Parcel 19-24-131                                      Exhibit No.  207D

    For Frac Sec. 1, T7S, R4W, daf: Beg at NEly cor sd Frac Sec. 1; th W alg
N li thereof 1982.35' to tpob; th S 18°02' W. 632.8'; th N 87°02' W. 680';
th S. 57°01' W. 229.1'; th S. 4°38' W. 212'; th S. 70°10' W. 295.8'; th
S. 31°33' W. 371.9' to bdy li Rancho La Laguna; th NWly alg sd Rho li 1946.4' m/l
inter with N li sd Frac. Sec. 1; th E alg sd N li 2985.85' to tpob.

Apparent Owner:   CURTISS, William C. & Annie L. S.

Gross Acreage      53.8                        Wells:

Irrigable Acreage  53.8

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

436

Parcel 19-24-132

Exhibit No.  207D
227A

Frac Sec. 1, T7S, R4W, EXC Govt Lots 1, 7, 8 & 10, and EXC por daf:
Beg at NEly cor sd Frac. Sec. 1; th W. alg N li thereof 1982.35' to
tpob; th S. 18°02' W. 632.8'; th N. 87°03' W. 680'; th S. 57°01' W.
229.1'; th S. 4°38' W. 212'; th S. 70°10' W. 296.8'; th S. 31°33' W.
371.9' to bdy li Rancho La Laguna; th NWly alg sd Rho li 1946.4' m/l
to its inter with N. li sd Frac. Sec. 1; th E. alg sd N li 2985.85'
to tpob.

Apparent Owner:   WILKS, Thomas H. & Theresa

Gross Acreage       83.7                              Wells:

Irrigable Acreage   79.6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-23-133

Exhibit No.  207D

Frac E½ of Frac Sec. 35, T6S, R4W. Also por Frac NW¼ of sd Frac Sec 35
daf: Beg at ¼ Sec. Cor on S. Bdy Sec. 26; th W. alg sd S bdy 16.94
ch.; th S. 47° E. 19.43 ch.; th N. 36°30' E. 3¾ ch; th N. 0°08' E.
10.4 ch to pob.                                  3.94

Apparent Owner:   LEWIS, Walter K.
                  HARTMAN, Georgia Lewis

Gross Acreage       236.8                            Wells:

Irrigable Acreage   236.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-23-134

Exhibit No.  207D

For NW¼ of Frac Sec. 35, T6S, R4W daf: Beg at pt N. 36°26' E. 9.60 ch
fr most Nly cor Lot 33, Blk L, Rancho La Laguna; th N. 36°26' E. to ½
sec li of Sec. 35; th S alg sd ½ sec li to pt fr which pob bears N. 53°
34' W; th N. 53°34' W. to pob.

Apparent Owner:   STEVINSON, Solida

Gross Acreage       2.0                              Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-43-

497

Parcel 19-23-135 & 19-47-217

135- All of Frac. NW¼ of Frac. Sec. 35, T6S, R4W lying Nly of Central Ave as
ext through sd frac ¼ sec, EXC por daf: Beg at ¼ sec cor on S. Bdy of
Sec. 26; th W. alg sd S bdy 16.94 ch; th S. 47° E. 19.43 ch; th N. 35°30'
E. 3.94 ch; th N. 0°08' E. 10.4 ch to pob. Also EXC por daf: Beg at NEly
cor Lot 26, Blk L, Rancho La Laguna; th NEly on Nly prol of Ely li sd
Lot 26, 159.87'; th at r/a NWly 1331.15' to pt on Nly prol of Wly li sd
Lot 26; th at r/a SWly alg sd Nly prol 3.52' to NWly cor sd Lot 26; th
SSly alg Nly li sd Lot 26 to pob.
217-  Por Lot 25, Blk L, Rancho La Laguna lying Ely of County Road.

Exhibit No. 207D
15H

Apparent Owner:   WITHROW, Charles B. & Lola Fay

Gross Acreage        54.5

Irrigable Acreage    54.5

Wells: 6S4W-35D1 - Irrigation

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 19-23-136   (See Parcel 19-46-116)

Parcel 19-23-137   (See Parcel 19-46-116)

Parcel 19-23-146

N½ of SW¼ Sec. 36, T6S, R4W, EXC por daf: Beg at SE cor of NE¼ of SW¼;
th N. 09°09'12" W. 160.96'; th N. 35°52' W. 1672.63' to N. li of NE¼ of
SW¼; th alg sd N li S. 89°10'45" E. 1105.44' to NE cor of NE¼ of SW¼; th
S. 0°56'45" W. alg E. li of sd NE¼ of SW¼, 1323.72' to pob.

Exhibit No. 207D
15H

Apparent Owner:   HEALD, Charles F.

Gross Acreage        58.8

Irrigable Acreage    58.8

Wells: 6S/4W-36L1 - Domestic

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-44-

498

Parcel 19-23-147                                    Exhibit No.  207D

For of NE¼ of SW¼ Sec. 36, T9S, R4W, daf: Beg at SE cor of NE¼ of SW¼; th N 89°09'12" W. 160.96'; th N. 36°52' W. 1672.63' to N. li of NE¼ of SW¼; th alg sd N. li S. 89°10'45" E. 1185.44' to NE cor of NE¼ of SW¼; th S. 0°55'48" W. alg E. li sd NE¼ of SW¼, 1323.72' to pob.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage        14.5                          Wells:

Irrigable Acreage  14.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-23-148                                   Exhibit No.  207D
                                                                15H

Govt Lot 1, Sec. 36, T9S, R4W.

Apparent Owner:    BARRINGER, Wesley G. & Etta L.

Gross Acreage        38.9                          Wells: 6S4W-36N1 - Domestic

Irrigable Acreage  38.9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-23-149                                   Exhibit No.  207D

SE¼ of SW¼ Sec. 36, T9S, R4W.

Apparent Owner:    HEATH, Jane

Gross Acreage        37.6                          Wells:

Irrigable Acreage  37.6

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

499

Parcel 19-21-166                                      Exhibit No.   207D

    W½ of SE¼ of SW¼ Sec. 26, T6S, R4W.

Apparent Owner:    BLACK, Loraine L. & Everelda C.

Gross Acreage    19.3              Wells:

Irrigable Acreage  19.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-21-167                                      Exhibit No.   207D

    E½ of SE¼ of SW¼ Sec. 26, T6S, R4W.

Apparent Owner:    JENKINS, Geneva

Gross Acreage    19.3              Wells:

Irrigable Acreage  19.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-32-178                                      Exhibit No.   207D

    Lot 4, Sedco Tract No. 1.

Apparent Owner:    WAITE, Kenneth & Lucille W.

Gross Acreage    9.2              Wells:

Irrigable Acreage  2.2 in watershed
                      7.0 outside watershed

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-46-

500

Parcel 19-32-179

Lot 5, Sedco Tract No. 1

Exhibit No.  207D

Apparent Owner:   HEATHNER, Alonzo F., & Estella M.

Gross Acreage        9.2                              Wells:

Irrigable Acreage   7.2 in Watershed
                    2.0 outside Watershed

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-32-180

Lots 6, 7, 14, 15 & 23, Sedco Tract No. 1

Exhibit No.  207D

Apparent Owner:   PICKERING, Penn W. & Myra H.

Gross Acreage        41.9                             Wells:

Irrigable Acreage   37.9 in Watershed
                     4.0 outside Watershed

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-32-181

Lot 22, Sedco Tract No. 1

Exhibit No.  207D
             15H

Apparent Owner:   DAVIS, Harry M. & Fleda B.

Gross Acreage        9.5               Wells: 6S4W-26E1 - Irrigation

Irrigable Acreage   8.45 in Watershed
                    1.0  outside Watershed

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-47-

501

Parcel 19-32-182                                    Exhibit No.  207D

    N½ Lot 33, Sedco Tract No. 1

Apparent Owner:      HARRISON, Evelyn W.

Gross Acreage        4.7                            Wells:

Irrigable Acreage    0.5 in Watershed
                     4.21 outside Watershed

Irrigated Acreage    Unknown

Surface Diversions:

_____

Parcel 19-32-183                                    Exhibit No.  207D

    S½ Lot 33, Sedco Tract No. 1

Apparent Owner:      HARKER, James R. & Stelca A.

Gross Acreage        4.7                            Wells:

Irrigable Acreage    3.7 in Watershed
                     1.0 outside Watershed

Irrigated Acreage    Unknown

Surface Diversions:

_____

Parcel 19-32-184                                    Exhibit No.  207D

    Lot 13, Sedco Tract No. 1

Apparent Owner:      LEHR, Peter J. & Aida M.

Gross Acreage        6.8                            Wells:

Irrigable Acreage    1.0 in Watershed
                     5.8 outside Watershed

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-48-

502

Parcel 19-31-185                                    Exhibit No. 207D
                                                              15H
    E½ Lot 8 Sedco Tract No. 1

Apparent Owner:    CARTER, Louis M. & Nell F.

Gross Acreage      4.5                     Wells: 684W-26L1 - Domestic

Irrigable Acreage  4.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-31-185                                    Exhibit No.  207D

    Por of W½ Lot 8, Sedco Tract No. 1 daf: Beg at pt on N li Lot 8, dist
    10' E of NW cor thereof; th S. & p/w W. li sd Lot 100'; th E. & p/w
    N li Lot 8 40'; th N. & p/w W. li Lot 8 100' to N li sd Lot 8; th W.
    alg sd N li 40' to pob.

Apparent Owner:    COZINE, Edna E.

Gross Acreage       .1                     Wells:

Irrigable Acreage   .1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-31-185A                                   Exhibit No.  207D

    E 60' of W½ of Lot 8, Sedco Tract No. 1.

Apparent Owner:    SHELTON, Richard A. & Dorothy F.

Gross Acreage      1.0                     Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

503

Parcel 19-31-186B                                      Exhibit No.  207D

    W½ Lot 8, Sedco Tract No. 1 EXC E 60' thereof and EXC por dnf: Beg at
a pt on N li Lot 8, dist 10' E of NW cor thereof; th S & p/w W li of
sd Lot 100'; th E. & p/w N. li sd Lot 40'; th N. & p/w W li sd Lot 100'
to N. li sd Lot; th W. alg sd N. li 40' to pob.

Apparent Owner:        SHELTON, James H.

Gross Acreage      3.6                              Wells:

Irrigable Acreage  3.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-31-187                                       Exhibit No.  207D

    Lot 9, Sedco Tract No. 1, EXC Nly 35' of E½ sd Lot 9.

Apparent Owner:        HOFELDT, Earl W.

Gross Acreage      8.5                              Wells:

Irrigable Acreage  8.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-31-188                                       Exhibit No.  207D

    Nly 35' of E½ Lot 9, Sedco Tract No. 1

Apparent Owner:        REHNLUND, Bror R. & Eleanora M.

Gross Acreage      .3                               Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-50-

504

Parcel 19-31-189                                        Exhibit No.  207D

    Lot 16, Sedco Tract No. 1

Apparent Owner:     ALLMAN, Ralph D. & Helen A.

Gross Acreage      9.3                                  Wells:

Irrigable Acreage  9.3

Irrigated Acreage  Unknown

Surface Diversions:

------------------------------------------------------

Parcel 19-31-190                                        Exhibit No.  207D
                                                                     15H
    Lot 17, Sedco Tract No. 1

Apparent Owner:     MONTENEGRO, Seville, Esther P. & Elena

Gross Acreage      9.5                          Wells: 6S4W-26L2 - Domestic

Irrigable Acreage  9.5

Irrigated Acreage  Unknown

Surface Diversions:

------------------------------------------------------

Parcel 19-31-191                                        Exhibit No.  207D

    Lot 24, Sedco Tract No. 1 EXC Wly 128.47' thereof.

Apparent Owner:     MAUERHAN, Conrad J. & Sylvia W.

Gross Acreage      7.4                                  Wells:

Irrigable Acreage  7.4

Irrigated Acreage  Unknown

Surface Diversions:

                                          Interlocutory Judg. #30
                                              Exhibit H.

                        -51-

Parcel 19-31-192                                     Exhibit No.  207D
                                                                  15H
     Wly 128.47' of Lot 24 & E½ of Lot 34, Sedco Tract No. 1

Apparent Owner:     EDWARDS, Ben S. & Lyle W.

Gross Acreage       6.6                          Wells: 6S4W-26M1 - Domestic

Irrigable Acreage   6.6

Irrigated Acreage   Unknown

Surface Diversions:

--------

Parcel 19-31-193                                     Exhibit No.  207D
                                                                  15H
     Lot 25, Sedco Tract No. 1

Apparent Owner:     DE LEON, R. & Lucy Chaves

Gross Acreage       9.5                          Wells: 6S4W-26M2 - Unused

Irrigable Acreage   9.5

Irrigated Acreage   Unknown

Surface Diversions:

--------

Parcel 19-31-194                                     Exhibit No.  207D

     Lot 26, Sedco Tract No. 1

Apparent Owner:     BARNETT, William V. & Dorothy

Gross Acreage       9.5                          Wells:

Irrigable Acreage   9.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
          Exhibit H.

506

Parcel 19-31-195                                              Exhibit No.   207D
                                                                           15H
     Lot 27, Sedco Tract No. 1

Apparent Owner:     BAILEY, Paul T.

Gross Acreage       4.7                          Wells: 6S4W-26N1 - Unused

Irrigable Acreage   4.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-31-196                                             Exhibit No.   207D

     W½ Lot 35, Sedco Tract No. 1

Apparent Owner:     HANSON, John A. & Bertha E.

Gross Acreage       4.6                          Wells:

Irrigable Acreage   4.6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-31-197                                             Exhibit No.   207D
                                                                           15H
     Lot 35, Sedco Tract No. 1

Apparent Owner:     PFAFF, Henry W. & Elizabeth M. D.

Gross Acreage       9.5                          Wells: 6S4W-26M3 - Unused

Irrigable Acreage   9.5

Irrigated Acreage   Unknown

Surface Diversions:

                                              Interlocutory Judg. #30
                                                   Exhibit H.

                                                        507

Parcel 19-31-198                                        Exhibit No.  207D

    Lot 36, Sedco Tract No. 1

Apparent Owner:   BLACK, Loraine L. & Everelda C.

Gross Acreage      9.5                          Wells:

Irrigable Acreage  9.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-31-199                                        Exhibit No.  207D

    Lot 45, Sedco Tract No. 1

Apparent Owner:   PFAFF, Henry W. & Elizabeth M. D.

Gross Acreage      14.8                         Wells:

Irrigable Acreage  14.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-47-215                                        Exhibit No.  207D
                                                                    15H

    Por of Lot 24, Blk L, Rancho La Laguna lying NEly of County Road.

Apparent Owner:   STUART, William

Gross Acreage      1.5                          Wells: 6S4W-35D2 - Domestic

Irrigable Acreage  1.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-47-217   (See Parcel 19-23-135)

Parcel 19-48-219

Exhibit No. 207D

Por of SEly ½ Lot 14, Blk L, Rancho La Laguna lying SWly of AT&SFRR r/w

Apparent Owner:   RIBAUDO, John & Mary        ,

Gross Acreage      15.3

Wells:

Irrigable Acreage  15.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-220

Exhibit No. 207D

Por Lot 14, Blk L, Rancho La Laguna daf: Beg at NEly cor sd Lot 14; th S. 36°32' W. alg SEly li sd Lot 386.16' to NEly li AT&SFRR r/w; th N. 35°07' W. alg sd r/w 307.22'; th N. 36°32' E. & p/w SEly li sd Lot 289.44' to NEly li sd Lot; th S. 53°28' E. alg sd NEly li 291.60' to pob.

Apparent Owner:   CARINGELLA, Joe & Dora

Gross Acreage      2.3

Wells:

Irrigable Acreage  2.3

Irrigated Acreage  Unknown

Surface Diversions:

Riparian to Murrieta

---

Parcel 19-48-221

Exhibit No. 207D

Por Lot 14, Blk L, Rancho La Laguna daf: Beg at most Nly cor Lot 14; th SEly alg Palomar St. 180'; th at r/a SWly 250'; th at r/a NWly 180' to NWly li sd Lot 14; th NEly alg sd NWly li 250' to pob.

Apparent Owner:   CONLEY, James E.

Wells:

Gross Acreage      1.0

Wells:

Irrigable Acreage  .9 in Watershed
                   .1 outside Watershed

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

509

Parcel 19-48-222                                    Exhibit No.  207D

Por of NWly ½ Lot 14, Blk L, Rancho La Laguna, lying SWly of AT&SFRR r/w;
EXC por thereof daf: Beg at most Nly cor Lot 14; th SEly alg Palomar St.
180'; th at r/a SWly 250'; th at r/a NWly 180' to NWly li sd Lot 14; th
NEly alg sd NWly li 250' to pob.

Apparent Owner:      ROBISON, E. W. & Viola N.

Gross Acreage        7.0                            Wells:

Irrigable Acreage    3.0 in Watershed
                     4.0 outside Watershed

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-48-223                                    Exhibit No.  207D
                                                                 15H
For Lot 14, Blk L, Rancho La Laguna, daf: Beg at pt on NEly li sd Lot
14 dist NWly 291.6' fr most Ely cor thereof; th S. 36°32' W. 289.44'
m/l to NEly li of AT&SFRR r/w; th Nly alg NEly li of sd r/w to its inter
with NEly li sd Lot 14; th SEly alg sd NEly li Lot 14 630.76' m/l to pob.

Apparent Owner:      CACIA, Nick

Gross Acreage        2.3                            Wells: 6S4W-27N1 - Domestic

Irrigable Acreage    2.3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-48-224                                    Exhibit No.  207D

Lot 15, Blk L, Rancho La Laguna

Apparent Owner:      LEWIS, Walter K. & Carol
                     HARTMAN, Georgina Lewis

Gross Acreage        18.8                           Wells:

Irrigable Acreage    18.8

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.
510

Parcel 19-48-225

Exhibit No.   207D

Lot 15, Blk L, Rancho La Laguna, & NEly 50' of abandoned RR r/w adj to sd Lot on SW.

Apparent Owner:   MAZACRO, Filamena

Gross Acreage       19.8

Irrigable Acreage   19.8

Wells:

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-226

Exhibit No.   207D

For Lot 21, Blk L, Rancho La Laguna daf: Beg at inter of c/l AT&SFRR r/w, & SEly li Wesley St.; th NEly alg sd SEly li Wesley St., 229.5'; th SEly & p/w sd RR r/w 475'; th SWly & p/w SEly li Wesley St., 229.5' to c/l sd r/w; th NWly alg sd c/l 475' to pob.

Apparent Owner:   TURNER, Wyman E. & Elizabeth

Gross Acreage       2.5

Irrigable Acreage   2.5

Wells:

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-226A

Exhibit No.   207D
15H

For Lot 21, Blk L, Rancho La Laguna, daf: Beg at inter of SWly li Palomar St. & SEly li Wesley St.; th SWly alg SEly li Wesley St., 630.98' m/l to pt dist NEly 229.5' fr inter of sd SEly li Wesley St. & c/l AT&SFRR r/w; th SEly r/w c/l sd r/w 505'; th NEly 733' m/l to sd SWly li Palomar St at a pt which is 585' SEly of pob; th NWly alg sd SWly li 585' to pob.

Apparent Owner:   KRUGER, David N. & Carol A.

Gross Acreage       9.2

Irrigable Acreage   9.2

Wells: 6S4W-34B3 - Unused

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-57-

511

Parcel 19-48-226B

Exhibit No.  207D
15H

Lot 21, Blk L, Rancho La Laguna, EXC por daf: Beg at inter of c/l of
AT&SFRR r/w & SEly li Wesley St.; th NEly alg sd SEly li Wesley St., 229.5';
th SEly & p/w sd RR r/w 475'; th SWly & p/w SEly li Wesley St., 229.5' to
c/l sd r/w; th NWly alg sd c/l 475' to pob. Also EXC por daf: Beg at inter
of SWly li Palomar St. & SEly li Wesley St., 630.98' m/l to pt dist NEly 229.5' fr inter of sd SEly li Wesley St.
& c/l AT&SFRR r/w; th SEly & p/w c/l sd r/w 586'; th NEly 733' m/l to sd
SWly li Palomar St. at a pt which is 586' SEly of pob; th NWly alg sd SWly
li 585' to pob.

Apparent Owner:    MAZACRO, Filamena

Gross Acreage      12.6

Irrigable Acreage  12.6

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 6S4W-34G1 - Unused
                34G2 - Domestic
                34G3 - Unused

---

Parcel 19-48-227

Exhibit No.  207D

Lot 22, Blk L, Rancho La Laguna

Apparent Owner:    SPORE, C. J. & Jeanie

Gross Acreage      11.6

Irrigable Acreage  11.6

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

---

Parcel 19-48-228

Exhibit No.  207D

NWly 15 acres of Lot 23, Blk L, Rancho La Laguna, also des as Lot 23 EXC
T. Frame's 1st Add to Wildomar.

Apparent Owner:    BUCHANAN, William & Gloria F.

Gross Acreage      15.0

Irrigable Acreage  11.6

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

Interlocutory Judg. #30
Exhibit H.

512

Parcel 19-48-229

Blks 39 & 40, T. Frame's 1st Addi to Wildomar, being a por of Lot 23, Blk L, Rancho La Laguna

Apparent Owner:   MOSLEY, Wilburn & Dorothy Pauline

Gross Acreage        10.8                                   Wells:

Irrigable Acreage    10.8

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-48-230

Exhibit No.  207D

Lots 1 through 14 & 17 through 24, Blk 41, T. Frame's 1st Add to Wildomar, being a por of Lot 23,/Rancho La Laguna
                                        /Blk L,
Apparent Owner:   CORAZZA, Theodore R. & Doris J.

Gross Acreage        1.3                                    Wells:

Irrigable Acreage    1.3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-48-231

Exhibit No.  207D

Lots 15 & 16, Blk 41, T. Frame's 1st Add to Wildomar, being a por of Lot 23, Blk L, Rancho La Laguna

Apparent Owner:   ROSS, Iva

Gross Acreage        .3                                     Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

Parcel 19-48-232

Exhibit No.  207D

SWly ½ of SEly ½ Lot 13, Blk K, Rancho La Laguna

Apparent Owner:     WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC.

Gross Acreage        5.0                                    Wells:

Irrigable Acreage    5.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-233

Exhibit No.  207D

NEly ½ of SEly ½ Lot 13, Blk K, Rancho La Laguna

Apparent Owner:     LUTHER, Harold M. & Dorothy

Gross Acreage        5.0                                    Wells:

Irrigable Acreage    5.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-234

Exhibit No.  207D

1 or Lot 13, Blk K, Rancho La Laguna daf: Beg at pt of inter of SEly
li of NWly ½ sd Lot 13 with NEly li Grand Ave.; th NWly alg NEly li
Grand Ave. 265'; th NEly & p/w SEly li sd NWly ½, 821.9'; th SEly &
p/w NEly li Grand Ave. 265' to sd SEly li NWly ½; th SWly alg sd SEly
li 821.9' to pob.

Apparent Owner:     KATZ, Harry & Rosa

Gross Acreage        5.0                                    Wells:

Irrigable Acreage    5.0

Irrigated Acreage  Unknown

Surface Diversions:

-60-

Interlocutory Judg. #30
Exhibit H.

514

Parcel 19-48-235

Exhibit No.  207D

NWly ½ Lot 13, Blk K, Rancho La Laguna EXC por daf:  Beg at pt in inter of SEly li of NWly ½ of sd Lot 13 with NEly li Grand Ave.; th NWly alg NEly li Grand Ave. 265'; th NWly & p/w SEly li of sd NWly ½, 821.9'; th SEly & p/w NEly li Grand Ave., 265' to sd SEly li of NWly ½; th SWly alg sd SEly li 821.9' to pob.

Apparent Owner:   KENNEY, Mary Louise

Gross Acreage      5.0                              Wells:

Irrigable Acreage  4.0 in Watershed
                   1.0 outside Watershed

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-236

Exhibit No.  207D

SEly 4 acres of Lot 14, Blk K, Rancho La Laguna, th NWly li of sd SEly 4 acres being p/w SEly li sd Lot 14.

Apparent Owner:   MANTAY, Ethel G.

Gross Acreage      4.8                              Wells:

Irrigable Acreage  4.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-237

Exhibit No.  207D

Por of Lot 14, Blk K, Rancho La Laguna, daf:  Beg at pt on most Ely li of sd Lot 14, dist S. 54°24' E. 40' fr most Nly cor thereof; th S. 54°24' E. alg sd E. li 278.74' to a 2 inch pipe; th S 36°36' W. 542.16' to a 2 inch pipe on Rancho La Laguna li; th N. 53°15' W. alg sd Rho li 298.74' to a 2 inch pipe; th N. 36°36' E, 541.37' to pob.

Apparent Owner:   GRIFFIN, Otis L. & Frances A.

Gross Acreage      3.7                              Wells:

Irrigable Acreage  3.7

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

515

Parcel 19-48-238                                        Exhibit No.  207D

    Lot 15, Blk K, Rancho La Laguna

Apparent Owner:   LUTHER, Harold M. & Dorothy F.

Gross Acreage    20.0             Wells:

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-239                                        Exhibit No.  207D
                                                                     15H

    SEly rect. 4.12 acres Lot 16, Blk K, Rancho La Laguna

Apparent Owner:   RIZZO, Charles I.

Gross Acreage    4.0            Wells: 6S4W-33H1 - Domestic

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-240                                        Exhibit No.  207D

    For of Lot 16, Blk K, Rancho La Laguna, daf:  Beg at pt of SWly li Grand
    Ave., dist S. 53°30' E.,2.50 ch fr most Nly cor sd Lot 16; th S. 53°30'
    E. alg sd SWly li 2.50 ch; th S. 36°30' W. 8.25 ch to SWly li Lot 16; th
    N. 54° W. 2.50 ch; th N. 36°30' E. 8.25 ch to pob.

Apparent Owner:   ROMOCEAN, George & Goldie

Gross Acreage    2.1            Wells:

Irrigable Acreage  2.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

516

Parcel 19-48-241

Exhibit No.   207D
15H

NWly ½ of NWly ¼ Lot 16, Blk K, Rancho La Laguna

Apparent Owner:   BLAKE, Arthur V. & Retha Darline

Gross Acreage       2.1

Wells: G84W-33H7 - Unused

Irrigable Acreage   2.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-242

Exhibit No.   207D
15H

SEly 240' of SWly 545' of Lot 17, Blk K, Rancho La Laguna, EXC NWly 80' thereof.

Apparent Owner:   TRENARY, Donald G. & Irene

Gross Acreage       2.0

Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-243

Exhibit No.   207D

NWly rect. 80' of SEly 240' of SWly 545' of Lot 17, Blk K, Rancho La Laguna.

Apparent Owner:   DUNLAP, Andy E.

Gross Acreage       1.0

Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

517

Parcel 19-48-244

NEly ½ Lot 17, Blk K, Rancho La Laguna

Apparent Owner:  HARTMAN, Georgina Lewis
LEWIS, Walter K.

Gross Acreage        10.0                          Wells:

Irrigable Acreage    10.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-245

SWly ½ Lot 17, Blk K, Rancho La Laguna, EXC SEly 240' of SWly 545'.

Apparent Owner:  DOTY, Howard D. & Corene

Gross Acreage        3.7                          Wells:

Irrigable Acreage    3.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-246

NWly 101.75' of Lot 18, Blk K, Rancho La Laguna, as meas alg SWly
li Grand Ave.

Apparent Owner:  MORRISON, S. M. & Edith

Gross Acreage        1.3                    Wells: 6S4W-34E3 - Domestic

Irrigable Acreage    1.3

Irrigated Acreage   Unknown

Surface Diversions:

-64-

Interlocutory Judg. #30
Exhibit H.   518

Parcel 19-48-247                                    Exhibit No.   207D

   SEly 151.69' of NWly 253.44' of Lot 18, Blk K, Rancho La Laguna, as
   meas alg SWly li Grand Ave.

Apparent Owner:  MARKLEY, Earl & Robert E.

Gross Acreage      1.9                              Wells:

Irrigable Acreage  1.9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-248                                    Exhibit No.   207D

   SEly 3 acres of NWly 6.15 acres of Lot 18, Blk K, Rancho La Laguna

Apparent Owner:   GROW, Jacob C. & Betty J.

Gross Acreage      3.0                             Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-249                                    Exhibit No.   207D
                                                                  15H

   SEly 2 acres of Lot 18, Blk K, Rancho La Laguna

Apparent Owner:   GOODCASE, Otto R. & Gladys

Gross Acreage      2.0                      Wells: 6S4W-34E1 - Domestic

Irrigable Acreage  2.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 19-48-250                                          Exhibit No.  207D

   Lots 1, 2 & 4, Graham & Colliers Sub in Blk K, Rancho La Laguna

Apparent Owner:    ROTZ, Anna & George

Gross Acreage        4.0                          Wells:

Irrigable Acreage   4.0

Irrigated Acreage   Unknown

Surface Diversions:

-----

Parcel 19-48-251                                         Exhibit No.   207D

   Lot 3, Graham & Colliers Sub, Blk K, Rancho La Laguna

Apparent Owner:    ROTZ, Anna

Gross Acreage        2.0                          Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

-----

Parcel 19-48-252                                         Exhibit No.   207D
                                                                       15H
   Lot 5, Graham & Colliers Sub, Blk K, Rancho La Laguna

Apparent Owner:    GOVEIA, Dixie V.

Gross Acreage        2.0                          Wells: 6S4W-34F2 - Domestic

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

520

Parcel 19-48-253

Lot 6, Graham & Colliers Sub, Blk K, Rancho La Laguna. Also Lot 21, Blk K, Rancho La Laguna

Apparent Owner:   BAUER, Andrew W. & Mabel C.

Gross Acreage      4.0

Wells: 6S4W-34F1 - Domestic

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-254

Exhibit No.  207D

Lots 7 through 10, Graham & Colliers Sub, Blk K, Rancho La Laguna

Apparent Owner:   DILLON, Wayne L. & Alta D.

Gross Acreage      8.0

Wells:

Irrigable Acreage  8.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-255

Exhibit No.  207D

Lot 20, Blk K, Rancho La Laguna

Apparent Owner:   BIGGS, Chauncey P. & Susan C.

Gross Acreage      8.1

Wells:

Irrigable Acreage  8.1

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 19-48-256   (See Parcel 19-44-3)

---

Parcel 19-48-257                                    Exhibit No.  207D

One acre on SEly side Lot 22, all of Lot 24, Blk K, Rancho La Laguna

Apparent Owner:     BROWN, John F. & Addie B.
                    HODNETT, Robert & Emma Jean

Gross Acreage       9.0                        Wells:

Irrigable Acreage   9.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-258                                    Exhibit No. 207D
                                                              15H
Lot 23 & por of NWly ½ Lot 25 lying bet Union St. & Grand Ave, Blk K,
Rancho La Laguna

Apparent Owner:     FULK, Ray E.

Gross Acreage       30.2                        Wells: 6S4W-34L1 -

Irrigable Acreage   30.2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-48-259                                    Exhibit No.  207D
                                                              15H
Por of SEly ½ Lot 25, Blk K, Rancho La Laguna lying bet Union St. &
Grand Ave.

Apparent Owner:     PARRY, Glenn E. & Lucille

Gross Acreage       10.2                        Wells: 6S4W-34K1 - Domestic & Stock

Irrigable Acreage   10.2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

522

Parcel 19-48-260                                    Exhibit No.  207D

    For Lot 25, Blk K, Rancho La Laguna lying bet NEly li Union St. & SWly li AT&SFRR r/w

Apparent Owner:   SPORE, C. J. & Jeanie

Gross Acreage    3.8                       Wells:

Irrigable Acreage  3.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-261   (See Parcel 19-44-6)

---

Parcel 19-48-262                                    Exhibit No.  207D

    Lot 27, Blk K, Rancho La Laguna, EXC SWly 10 acres thereof.

Apparent Owner:   KATZ, Louis & Esther

Gross Acreage    9.7                       Wells:

Irrigable Acreage  9.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-48-263                                    Exhibit No.  207D
                                                                15H

    SWly 10 acres Lot 27, Blk K, Rancho La Laguna

Apparent Owner:   BITTIKOFER, C. E. & Rita S.

Gross Acreage    10.0                   Wells: 6S4W-3Q2 - Unused
                                                                3Q7 - Domestic

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-69-

523

Parcel 19-48-254

Exhibit No.   207D

Por Lot 28, Blk K, Rancho La Laguna daf: Beg at most Nly cor Lot 28; th SEly alg SWly ll Grand Ave., 162.22' to most Nly cor land conv to Copeland; th SWly al. NWly ll land so conv 519.77' to SWly ll sd Lot 28; th NWly alg sd SWly ll 162.22' to most Wly cor sd Lot 28; th NEly alg NWly ll sd Lot 28, 520.74' to pob.

Apparent Owner:      ROBIRDS, Ray M. & Happy C.

Gross Acreage         1.9                                    Wells:

Irrigable Acreage    1.9

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-48-255

Exhibit No.   207D

Lot 28, Blk K, Rancho La Laguna EXC por daf: Beg at most Nly cor Lot 28; th SEly alg SWly ll Grand Ave., 162.22' to most Nly cor land conv to Copeland; th SWly alg NWly ll of land so conv 519.77' to SWly ll sd Lot 28; th NWly alg sd SWly ll 162.22' to most Wly cor sd Lot 28; th NEly alg NWly ll of sd Lot 28, 520.74' to pob.

Apparent Owner:      COPELAND, Cecil A. & Wahnetta L.

Gross Acreage         5.9                                    Wells:

Irrigable Acreage    5.9

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 19-49-255

Exhibit No.   207D

Most SEly 4 acres of Lot 10, all of Lot 12, Blk K, Rancho La Laguna

Apparent Owner:      GORDON, Chris & Edna

Gross Acreage         12.7                                   Wells:

Irrigable Acreage    11.0 In Watershed
                     1.7 outside Watershed

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

524

Parcel 19-49-267                                              Exhibit No.  207D

   Lot 10, Blk K, Rancho La Laguna, EXC SEly 4 acres thereof.

Apparent Owner:   KINGSLAND, Josephine S. & Lloyd H.

Gross Acreage     3.3                                    Wells:

Irrigable Acreage  1.3 in Watershed
                   4.0 outside Watershed

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-49-268                                             Exhibit No.  207D
                                                                          158
   NWly ½ Lot 11, Blk K, Rancho La Laguna EXC NEly 30' for road

Apparent Owner:   TARR, John Earl & Elizabeth H.

Gross Acreage     10.0                          Wells: 6S4W-33A2 - Unused

Irrigable Acreage  1.0 in Watershed
                   9.0 outside Watershed

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 19-49-269                                             Exhibit No.  207D

   SEly ½ Lot 11, Blk K, Rancho La Laguna EXC NEly 30' for road

Apparent Owner:   KENNEY, Mary Louise

Gross Acreage     10.0                                   Wells:

Irrigable Acreage  4.0 in Watershed
                   6.0 outside Watershed

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #3.
Exhibit H.

525

Parcel 19-49-270          Exhibit No. 207D

SEly ½ Lot 9, Blk L, Rancho La Laguna

Apparent Owner:    <u>WRIGHT</u>, William

Gross Acreage     20.0            Wells:

Irrigable Acreage    1.0 in Watershed
                   19.0 outside Watershed

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-22-284          Exhibit No. 207D

Por of Sec. 33, T6S, R4W, daf: Beg at pt on Sly li Rancho La Laguna, N. 53° 15' W, 521.14' fr NW cor of Santa Rosa Grant; th N. 53°15' W. alg sd Rho La Laguna li 959.46'; th S. 37°10' W. 1352.34'; th S. 53°15' E. 344.08'; th S. 37°10' W. 370.92' to S. li Govt Lot 3; th W alg sd S. li 143.22'; th S. alg W li Govt Lot 5, 842.82'; th W. & p/w N. li Govt Lot 7, 463.98'; th S. & p/w sd W. li of Lot 5, 463.98' to N. li Govt Lot 7; th W. alg sd N. li 842.80'; th S. alg W. li sd Lot 7, 1320' to S. li Lot 7; th E. alg sd S. li 600' to Santa Rosa Grant li; th N. 40° E. alg sd Grant li 3295.03'; th N. 53°24' W. 504.47'; th N. 36°36' E. 1041.19' to pob.

Apparent Owner:    <u>GORDOUX</u>, Chris & Edna

Gross Acreage     88.5            Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 19-22-285          Exhibit No. 207D

Por Sec. 33, T6S, R4W daf: Beg at NW cor Santa Rosa Grant; th N. 53°15' W alg Rancho La Laguna li 521.14'; th S. 36°36' W. 1041.19'; th S. 53°24' E. 504.47' to Santa Rosa Grant li; th N. 40° E. alg sd Grant li 1041.17' to pob.

Apparent Owner:    <u>HOGYA</u>, John

Gross Acreage     11.5            Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.   526

Parcel 19-22-834                                           Exhibit No.  207D

For Sec. 33, T 8, R8W, dmf: Beg at pt on Rancho La Laguna li, sd pt being most Sly cor Lot 8, Blk K, Rancho La Laguna; th S. 35°30' W. 548.33'; th S. 53°15' E. 397.92'; th N. 37°10' E. 548.33' to Rho La Laguna li; th N. 53°15' W. 397.92' to pob.

Apparent Owner:      KIRKLAND, Lloyd H. & Josephine

Gross Acreage        5.0                               Wells:

Irrigable Acreage    None

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-73-

527

Parcel No. 20-4-1

Exhibit No.  207D
15H

Blk 4, Tem. L. & W. Co. EXC: Beg. at inter of c/l of Adams & Elm St; th NWly along c/l Adams St. 1320'; th SWly along NWly li of Lot 4 237'; th S. 16°(6'10" E. 1470.5' to c/l Elm St; th N. along c/l Elm St. 885' to pob.

Apparent Owner:  DUTTON, Cecil C. & Maudelene

Gross Acreage     24.5

Irrigable Acreage 20.8

Irrigated Acreage  Unknown

Surface Diversions:

Wells:  7S3W-27M3 - Unused
               27M4 - Destroyed
               27M5 - Domestic

---

Parcel 20-4-2

Exhibit No.  207D

Por. of Blk 4, Tem. L. & W. Co. daf:  Beg. at inter of c/l of Adams & Elm St; th NWly along c/l Adams St. 1320'; th SWly along NWly li of Lot 4, 237'; th S. 16°00'10" E. 1470.5' to c/l Elm St; th N. along c/l Elm St., 885' to pob, EXC: 50'x50' well lot desc. as Par. 20-4-3 below.

Apparent Owner:  FIKE, Charles & Mae E.

Gross Acreage     15.46

Irrigable Acreage  10.66

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

---

Parcel 20-4-3

Exhibit No.  207D
15H

50'x50' well lot in Blk 4, Tem. L. & W. Co. daf:  Beg at inter of Washington Ave. & Elm St c/l; th N. 47°45' E. 595.33'; th N 42°15' W 30' to NW li of Elm St and tpob; th N. 42°15' W 50'; th N 47°45' E. 50'; th S. 42°15' E. 50'; th S. 47°45' W. 50' to tpob.

Apparent Owner:  FIKE, Charles & Mae E.

Gross Acreage     .1

Irrigable Acreage  .1

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-27M5 - Unused

Interlocutory Judg. #30
Exhibit H.

Parcel 20-4-4

Exhibit No. 207D
15H

NW¼ of Blk 5 Tem. L & W Co.

Apparent Owner: MAYS, Fred G. & Carrie C.

Gross Acreage        20.0

Wells: 7S3W-28H1 - Unused

Irrigable Acreage    19.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-5

Exhibit No.  207D

SE¼ of Blk 5 Tem. L. & W. Co.

Apparent Owner: HATFIELD, Royal M. & Marjorie E.

Gross Acreage        20.0

Wells:

Irrigable Acreage    16.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-6, 8, 10, 56

Exhibit No.  207D
15H
240

6 - NEly ½ Blk 6, Tem. L. & W. Co.
8 - NEly ½ Blk 7, Tem. L. & W. Co.
10 - NEly ½ Blk 8, Tem. L. & W. Co.
56 - Blk 73, Tem. L. & W. Co.

Apparent Owner: CAIN, Carlington L. & Eunice

Gross Acreage        100.0

Wells: 7S3W-21L2 - Domestic
        21Q1 - Irrigation
        21P4 - Irrigation

Irrigable Acreage    93.6

        21K1 - Unused
        21M2 - Irrigation

Irrigated Acreage  Unknown

Surface Diversions:

-75-

Parcel 20-4-7, 9

Exhibit No.  207D
15H

7 - SW¼ Blk 6, Tem. L. & W. Co.
9 - SW¼ Blk 7, Tem. L. & W. Co.

Apparent Owner:  OWEN, Douglas E.

Gross Acreage        40.0

Wells: 7S3W-21P1 - Unused
20B2 - Unused

Irrigable Acreage   39.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-8  (See Parcel 20-4-6)

---

Parcel 20-4-9  (See Parcel 20-4-7)

---

Parcel 20-4-10  (See Parcel 20-4-6)

---

Parcel 20-4-11

Exhibit No.  207D
15H

SW¼ Blk 8, Tem. L. & W. Co.

Apparent Owner:  TORDOFF, Alfred W. & Mary E.

Gross Acreage        20.0

Wells: 7S3W-21N2 - Domestic
21P2 - Irrigation

Irrigable Acreage   15.2

Irrigated Acreage   Unknown

Surface Diversions:

Riparian to Murrieta

---

Parcel 20-4-12

Exhibit No.  207D
15H

Blk 9, Tem. L. & W. Co. EXC: SEly rectangular 40'

Apparent Owner:  MAYS, Fred G. & Carrie C.

Gross Acreage        37.5

Wells: 7S3W-21F3 - Domestic
21L1 - Irrigation
21M2 - Domestic
21M3 - Domestic

Irrigable Acreage   37.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
530

Parcel 20-4-13                                          Exhibit No. 207D
                                                                1
        SEly rectangular 40' Block 9, Tem. L. & W. Co.

Apparent Owner:   COUNTY OF RIVERSIDE

Gross Acreage       2.5                         Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 20-4-14,15                                      Exhibit No. 207D
                                                                15H
    14-  Blk 10, Tem. L. & W. Co.                                223
    15-  SEly ½ Blk 11, Tem. L. & W. Co.

Apparent Owner: NIELSEN, Walter R. & Alice E.

Gross Acreage      60.0                         Wells: 7S3W-20H2 - Domestic
                                                       20H3 - Irrigation
Irrigable Acreage  60.0

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 20-4-15  (See Parcel 20-4-14)
_____

Parcel 20-4-16                                     Exhibit No. 207D

    Por Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Ivy St. & Adams Ave;
    th S. 47°45' W. alg c/l Ivy St. 205'; th S. 42°15' E. 330' to tpob; th S.
    42°15' E. 145'; th N 47°45' E. 205'; th N. 42°15' W. 145'; th S. 47°45' W.
    205' to tpob.

Apparent Owner:  TIRK, Patricia

Gross Acreage      .6                           Wells:

Irrigable Acreage  .6

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-4-17                                        Exhibit No. 207D
                                                                15H
    SW¼ of NW¼ of Blk 11, Tem. L. & W. Co.

Apparent Owner:  ELSENPETER, Clinton & Gertrude Hazel

Gross Acreage       9.7                    Wells:  7S3W-20A9 - Domestic

Irrigable Acreage   9.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-18                                        Exhibit No. 207D

    Por Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Ivy St. & Washington
    Ave; th N. 48°45' E. 1155'; th S. 42°15' E. 30' to tpob; th S. 42°15' E.
    300'; th N. 47°45' E. 175'; th N. 42°15' W. 300'; th S. 47°45' W. 175' to
    tpob, EXC SEly 50'

Apparent Owner:  DAVIS, Nathaniel A. & Creela

Gross Acreage       1.0                    Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-19                                        Exhibit No. 207D
                                                                15H

    Por Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Ivy St. & Adams Ave;
    th S. 47°45' W. 205' to tpob; th cont. S 47°45' W. 100'; th S. 42°15' E.
    475'; th N. 47°45' E. 100' to a pt S. 42°15' E. fr tpob;  th N. 42°15' W.
    475' to tpob.

Apparent Owner:  DE LAITE, John E. & Dorothy K.

Gross Acreage       1.0                    Wells: 7S3W-20A2 - Unused

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-4-20                                    Exhibit No.  207D

For Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Adams Ave. & Ivy St; th S. 47°45' W. 610' to tpob; th cont. S. 47°45' W. 50' to pt in NWly ext. of SWly li of NEly ½ Blk 11; th SEly alg NWly ext. of SWly li of NEly ½ Blk 11 and alg SWly li of sd Blk 11, 475'; th N 47°45' E. 50' to pt in li S. 42°15' E. fr tpob; th N. 42°15' W. 475' to tpob.

Apparent Owner:  BROWN, Melvin H. & Margaret F.

Gross Acreage        .5                          Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-21                                    Exhibit No.  207D
                                                              15H

For Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Ivy St. & Adams Ave.; th S. 42°15' E. 475' to tpob; th S. 42°15' E. 185'; th S. 47°45' W. 660'; th N. 42°15' W. 185'; th N. 47°45' E. 660' to tpob.

Apparent Owner:  PERRY, Moses E. & Annette L.

Gross Acreage        2.8                          Wells: 7S3W-20A1 - Dry
                                                          20A7 - Domestic
Irrigable Acreage   2.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-22                                    Exhibit    207D

For Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Adams Ave. with Ivy St; th S. 47°45' W. 360' to tpob; th S. 47°45' W. 250'; th S. 42°15' E. 475' m/l to pt on NWly li of par. conv. to Clarylin G. Smith by deed recorded Mar. 24, 1950, Inst. No. 3597 OR of Riverside Co; th N. 47°45' E. alg NWly li of par conv to Smith, 250' m/l to pt which is S. 42°15' E. fr tpob; th N. 42°15' W. 475' m/l to tpob.

Apparent Owner:  MALONE, Irma M.

Gross Acreage        2.6                          Wells:

Irrigable Acreage   2.6

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #3833
Exhibit H

Parcel 20-4-23

Exhibit No. 207D

Por Blk 11, Tem. L. & W. Co. daf: Beg. at int. of c/l Ivy St. & Adams Ave; th S. 47°45' W. 305' to tpob; th S. 47°45' W. 70'; th S. 42°15' E. 475'; th N. 47°45" E. 70' to pt S. 42°15' E. fr tpob; th N. 42°15' W. 475' to tpob.

Apparent Owner:  MALONE, Irma M.

Gross Acreage        .7                          Wells:

Irrigable Acreage   .7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-24

Exhibit No. 207D

Por Blk 11, Tem. L. & W. Co. daf:  Beg. at int. of c/l Ivy St. & Washington Ave; th N. 47°45' E. 1155'; th S. 42°15' E. 30'; th S. 42°15' E. 250' to tpob; th S. 42°15' E. 50'; th N. 47°45' E. 175'; th N. 42°15' W. 50'; th S. 47°45' W. 175' to tpob.

Apparent Owner:  STAUFFER, Ivan

Gross Acreage        .2                          Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-25

Exhibit No.  207D
                   15H

Blk 26, Tem. L. & W. Co.

Apparent Owner:  HOUSE, Gordon D. & Virginia C.

Gross Acreage        46.3              Wells:  7S3W-20G2 - Domestic
                                                      20G3 - Domestic
Irrigable Acreage   46.3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-80-

534

Parcel 20-4-26

Exhibit No.   207D
                       15H

NWly 740.5' of Blk 27, Tem. L. & W. Co.

Apparent Owner:   BUCHANAN, Maude M. & James David

Gross Acreage          26.0

Wells:   7S3W-20H1 - Destroyed
              20H4 - Domestic

Irrigable Acreage   26.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-27

Exhibit No. 207D

SEly 539.5' of Block 27, Tem. L. & W. Co.

Apparent Owner:   WAGNON, Patricia Ruth

Gross Acreage       20.1

Wells:

Irrigable Acreage   20.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Number 28 not used.

---

Parcel 20-4-29

Exhibit No.   207D
                       15H

Blk 28 of Tem. L. & W. Co.

Apparent Owner:   CONTRERAS, George C. & Aveni M.

Gross Acreage          40.0

Wells:   7S3W-20R2 - Unused
              20R3 - Irrigation
              20R4 - Unused
              20R5 - Irrigation

Irrigable Acreage   31.7

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-4-30, 31, 39, 67

Exhibit No.   207D
15H
221

30 - Blk 29, Tem. L. & W. Co.
31 - Blk 30, Tem. L. & W. Co.
39 - Blk 40, Tem. L. & W. Co.
67 - Blk 203, Tem. L. & W. Co.

Apparent Owner:   HOWELL, George A. F. & Ada S.

Gross Acreage        202.9

Irrigable Acreage   174.4

Irrigated Acreage   Unknown

Surface Diversions

Wells: 7S3W-20K1 - Unused
20Q1 - Stock
20Q3 - Domestic
20R1 - Unused
28C1 - Stock
28C2 - Irrigation
28D1 - Unused
29B1 - Irrigation
29G1 - Unused

---

Parcel 20-4-31 (See Parcel 20-4-30)

---

Parcel 20-4-32, 33, 36

Exhibit No. 207D
15H

32 - Blk 31, Tem. L. & W. Co.
33 - NWly rectangular ½ Blk 32, Tem. L. & W. Co.
36 - Blks, 41, 42 & 43, Tem. L. & W. Co.

Apparent Owner:   TURNER, Charles W.

Gross Acreage        180.0

Irrigable Acreage   180.0

Irrigated Acreage   Unknown

Surface Diversions:

Wells: 7S3W-28E1 - Stock
28F1 - Stock
28F2 - Unused
28F3 - Unused
28G1 - Unused

---

Parcel 20-4-33 (See Parcel 20-4-32)

---

Parcel 20-4-34

Exhibit No.   207D
15H

SEly ½ Block 32, Tem. L. & W. Co.

Apparent Owner:   MAYS, Fred G. & Carrie C.

Gross Acreage        20.0

Irrigable Acreage   20.0

Irrigated Acreage   Unknown

Surface Diversions:

Wells: 7S3W-28J1 - Destroyed

Interlocutory Judg. #30
Exhibit B.

536

Parcel 20-4-35

Exhibit No. 207D
15H

Blks 33 & 40, Tem. L. & W. Co.

Apparent Owner:  GARLAND, Hugh W. & Frances Helen

Gross Acreage        80.0

Wells: 7S3W-28R3 - Irrigation

Irrigable Acreage  80.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-36 (See Parcel 20-4-32)

---

Parcel 20-4-37

Exhibit No.  207D

Blk 44, Tem. L. & W. Co.

Apparent Owner:  CONTRERAS, George C. & Aveni M.

Gross Acreage        46.5

Wells: 7S3W-21N1 - Destroyed
21N3 - Destroyed

Irrigable Acreage  46.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-38

Exhibit No.  207D
15H

Blk 45, Tem. L. & W. Co.

Apparent Owner: HATHAWAY, Silas M. & Shirley J.

Gross Acreage        40.0

Wells: 7S3W-20Q2 - Irrigation

Irrigable Acreage  37.1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-39 (See Parcel 20-4-30)

---

Interlocutory Judg. #30
Exhibit H.  537

Parcel 20-4-40

    Blk 47, Tem. L. & W. Co.

Apparent Owner:  GWINN, W. A. & Louise

Gross Acreage    33.8

Irrigable Acreage  23.2

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
             15H
             222

Wells: 7S3W-20L1 - Irrigation

---

Parcel 20-4-41

    NE 40 acres of Blk 48, Tem. L. & W. Co.

Apparent Owner:  WILLIAMS, Bertrand O.

Gross Acreage    40.0

Irrigable Acreage  39.3

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
          15H
       241

Wells: 7S3W-20E1 - Domestic
             20E2 - Domestic
             20E3 - Unused

---

Parcel 20-4-42

    Blk 48, Tem. L. & W. Co. EXC NE 40 acres

Apparent Owner:  WRIGHT, Lewis J. Jr., & Gloria A.

Gross Acreage    67.1

Irrigable Acreage  61.7

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D

Wells: 7S3W-19J1 - Unused
             19J2 - Irrigation

Interlocutory Judg. #30
Exhibit H.

-04-

538

Parcel 20-4-43

Exhibit No.   207D
15H
249

Por. of Blk 49, Tem. L. & W. Co. daf: Beg. at inter. of c/l of Juniper St. & Hayes Ave; th NWly alg c/l Hayes Ave 257'; th SWly p/w SEly li of sd blk 1980'; th at r/a SEly 257' to pt on c/l Juniper St; th NEly on c/l Juniper St. 1980' to pob. EXC por incl in Hayes Ave. & Juniper St.

Apparent Owner:   KERDRAON, Harry F. & Helen R.

Gross Acreage        11.67

Wells: 7S3W-19J3 - Domestic

Irrigable Acreage   11.67

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-44

Exhibit No.   207D
15H

Por of Blk 49, Tem. L. & W. Co. daf: Beg at inter of c/l of Juniper St. & Hayes Ave.; th NWly along c/l Hayes Ave 257' to tpob; th alg c/l Hayes Ave 403'; th SWly p/w SEly li of sd blk 1980'; th at r/a in Sly dir 403'; thence NEly p/w SEly li of sd blk 1980' to tpob. EXC por incl in Hayes Ave.

Apparent Owner:   LESLIE, Charles E. & Faye R.

Gross Acreage        18.3

Wells: 7S3W-19J4 - Destroyed

Irrigable Acreage   18.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-45

Exhibit No.   207D
15H

Por of Blk 49, Tem. L. & W. Co. daf: NWly rectangular 30 ac of NEly rectangular 60 ac of Blk 49, sd NWly 30 ac having a frontage on Hayes Ave of 660' by a depth fr cor of Hayes Ave of 1980 '.

Apparent Owner:   ANGUS, Franklin R. & Frances G.

Gross Acreage        30.0

Wells: 7S3W-19H1 - Stock
19H2 - Domestic
19H3 - Domestic

Irrigable Acreage   30.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
539

Parcel 20-4-46

Exhibit No.  207D
15H

SWly 47.49 ac Blk 49, Tem. L. & W. Co.

Apparent Owner:  CARR, Garey W. & Alice Harmon

Gross Acreage        47.5

Irrigable Acreage   42.1

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-19K1 - Irrigation
              19J5 - Domestic, Stock

---

Parcel 20-4-47

Exhibit No.  207D

SEly ½ Blk 50 Tem. L. & W. Co.

Apparent Owner:  MARGOLIS, Abraham & Pauline

Gross Acreage        52.7

Irrigable Acreage   50.5

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

---

Parcel 20-4-48

Exhibit No.  207D
15H

NEly 1320' of NWly ½ Blk 50, Tem. L. & W. Co.

Apparent Owner:  COMPARETTE, Homer L. & Leamel A.

Gross Acreage        20.0

Irrigable Acreage   18.5

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No

Wells: 7S3W-19A1 - Destroyed
              19A2 - Domestic
              19A3 - Unused

Interlocutory Judg. #30
Exhibit II.

-85-

540

Parcel 20-4-49

Exhibit No.   207D

NWly ½ Blk 50, Tem. L. & W. Co, EXC NEly 1320 ' thereof.

Apparent Owner:   MARGOLIS, Abraham & Pauline

Gross Acreage       32.7

Irrigable Acreage  23.3

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

-------

Parcel 20-4-50

Exhibit No.   207D
15H

Blk 53, Tem. L. & W. Co. EXC por lying NEly of c/l of 200' esmt conv to
Riverside Flood Control & Water Conservation Dist.

Apparent Owner:   FREEMAN, Russell O. & Gladys E.

Gross Acreage       75.5

Irrigable Acreage  73.3

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-18Q3 - Irrigation
19B1 - Domestic

-------

Parcel 20-4-51

Exhibit No.   207D

Por of Blk 53, Tem. L. & W. Co. lying NEly of c/l of 200' esmt conv. to
Riverside Flood Control & Water Conservation Dist.

Apparent Owner:   SCHWANN, Edward Dale & Effa Mae

Gross Acreage       11.5

Irrigable Acreage   9.3

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-18Q2 - Irrigation

Interlocutory Judg. #30
. Exhibit H.

541