Parcel 20-4-52                                    Exhibit No.   207D
                                                                15H

    Blks 54 & 57 Tem. L. & W. Co.

Apparent Owner:   SYKES, Dovie M.

Gross Acreage        122.3                  Wells: 7S3W-18L1 - Irrigation
                                                         18L2
Irrigable Acreage  114.8                                 18L3 - Domestic

Irrigated Acreage   Unknown

Surface Diversions:

--------

Parcel 20-4-53, 20-5-119, 126, 20-3-180, 181       Exhibit No.   207D
                                                                 15H
                                                                 255

  53- Blk 58, Tem. L. & W. Co.
 119- Blks 20, 21, 22 & 23 Tem. L. & W. Co.
 126- Blks 55, 56, 59, 60 & 61 Tem. L. & W. Co. EXC fr Blk 61 por daf: Beg.
      at most Nly cor thereof; th SEly alg NEly li sd Blk 2108.3'; th SWly at
      r/a 2326.24' to SWly li of sd blk; th NWly alg sd SWly li 2383.41' to NWly
      li of sd blk; th NEly alg sd NWly li 1320' to pob.
 180- Por of Blk 14, Tem. L. & W. Co. daf: Beg at pt on c/1 Kalmia St. at inter
      of NEly li Washington Ave; th NEly on c/1 Kalmia St. 660'; th NWly & p/w NEly
      li Washington Ave. 725.8'; th SWly and p/w NWly li Kalmia St. 660' to NEly
      li Washington Ave; th SEly on NEly li of Washington Ave. 725.8' to pob. EXC
      that por daf: Beg. at pt in c/1 of Kalmia St at inter of NEly li of Washing-
      ton Ave; th NWly on NEly li of Washington Ave. 260' to tpob; th at r/a NEly
      260'; th at r/a NWly 167.5'; th at r/a SWly 260' to a pt on NEly li of
      Washington Ave; th SEly alg NEly li of Washington Ave. 167.5' to tpob.
 181- Por of Blk 14, Tem. L. & W. Co. daf: Beg. at pt on NEly li of Washington
      Ave. 220' SEly fr Wly Cor of Blk 14; th SEly alg sd NEly li of Washington
      Ave. 374'; th NEly at r/a 330'; th at r/a NWly and p/w NEly li of Washington
      Ave. 374'; th at r/a SWly 330' to pob.

Apparent Owner:   THOMPSON, Willis A. & Nellie Thorne
                  THOMPSON, Willis A., Jr. & Frances F.

Gross Acreage        456.7                  Wells: 7S3W-17L3 - Destroyed
                                                         17L4 - Domestic
Irrigable Acreage  433.6                                 18A3 - Irrigation
                                                          7N1 - Irrigation
Irrigated Acreage   Unknown                               7N2 - Irrigation

Surface Diversions:

                                            Interlocutory Judg. #30
                                                 Exhibit H.
                          -88-                              542

Parcel 20-4-54

Exhibit No.   207D
15H

SW$\frac{1}{4}$ and N$\frac{1}{4}$, Block 72, Tem. L. & W. Co.

Apparent Owner:   OWEN, Douglas E.

Gross Acreage        29.4

Wells: 7S3W-21F1 - Unused

Irrigable Acreage   29.4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-55

Exhibit No.   207D
15H

SEly $\frac{1}{2}$ of NEly $\frac{1}{2}$, Blk 72, Tem. L. & W. Co.

Apparent Owner:   LLOYD, Nettie M.
MELTON, Mary M.

Gross Acreage        9.6

Wells: 7S3W-21F2 - Domestic

Irrigable Acreage   9.6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-56 (See Parcel 20-4-6)

---

Parcel 20-4-57

Exhibit No.   207D
15H

Blk 74 Tem. L. & W. Co.

Apparent Owner:   PROVOLT, Myrtle A.

Gross Acreage        40.0

Wells: 7S3W-21J1 - Domestic

Irrigable Acreage   39.6

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
543

Parcel 20-4-58                                    Exhibit No.  207D
                                                                  15π

     Blk 75, Tem. L. & W. Co. EXC: NEly 100' of SEly 130'

Apparent Owner:  PHILO, Frank A. & Kate D.

Gross Acreage        39.7                   Wells: 7S3W-21R1 - Destroyed
                                                          21R2 - Domestic
Irrigable Acreage   30.4

Irrigated Acreage   Unknown

Surface Diversions:

_____

Parcel 20-4-59                                    Exhibit No. 207D

     NEly 100' of SEly 130', Blk 75, Tem. L. & W. Co.

Apparent Owner:  CALIFORNIA ELECTRIC & POWER CO.

Gross Acreage        .3                     Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

_____

Parcel 20-4-60                                    Exhibit No. 207D

     Blks 76 & 77, Tem. L. & W. Co.

Apparent Owner:  TARWATER, Urban K. & Rose C.
                 TARWATER, Benjamin W. & Clara L.
                 SOUTHARD, Ray W. & Edna N.

Gross Acreage        80.0                   Wells:

Irrigable Acreage   75.1

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-4-61                                          Exhibit No.   207D

    Blk 198, Tem. L. & W. Co.

Apparent Owner:   GARLAND, Hugh W. & Frances Helen

Gross Acreage      84.9                         Wells:

Irrigable Acreage  64.2

Irrigated Acreage  Unknown

Surface Diversions:

--------

Parcel 20-4-62, 20-11-223 & 20-12-227                   Exhibit No.   207D
                                                                      15H
                                                                      183
62   -Blk 199, Tem. L. & W. Co.
223 -Lots 1 through 72, 81 through 88, & 97 through 100, Linda Rosa Sub.
227 - Blks 1 & 2 Tem. L. & W. Co.

Apparent Owner: LINCOLN, Ernest M. & Julia K.
                HAMILTON, Rhina

Gross Acreage      1152.1                   Wells: 7S3W-27P1 - Irrigation
                                                         27Q2 - Irrigation
Irrigable Acreage   785.7                                27Q3 - Irrigation
                                                         34C1 - Irrigation
Irrigated Acreage   Unknown

Surface Diversions:

--------

Parcel 20-4-63                                          Exhibit No. 207D

Blk 200, Tem. L. & W. Co.

Apparent Owner:   MANCE, Mike & Lillian L.

Gross Acreage      89.9                         Wells:

Irrigable Acreage  42.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-4-64                                    Exhibit No.  207D

    Blk 201, Tem. L. & W. Co. EXC por lying NWly of c/l of Lambert Road

Apparent Owner:  MANCE, Mike & Lillian L.

Gross Acreage        75.4                      Wells:

Irrigable Acreage   74.3

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 20-4-65 & 66                               Exhibit No.  207D
                                                              15H

65 - Por of Blk 201, Tem. L. & W. Co. lying NWly c/l of Lambert Road
66 - Blk 202, Tem. L. & W. Co.

Apparent Owner:  CECCHETTINI, Thomas V. Jr. & Adelaide

Gross Acreage        108.0              Wells: 7S3W-29A1 - Irrigation
                                                      29J1 -
Irrigable Acreage   66.4

Irrigated Acreage  Unknown

_____

Parcel 20-4-66 (See Parcel 20-4-65)

_____

Parcel 20-4-67 (See Parcel 20-4-30)

_____

Parcel 20-4-68                                    Exhibit No.  207D

    SEly ½ Blk 204, Tem. L. & W. Co.

Apparent Owner:  COBBIN, Albert A. & Ellen

Gross Acreage        49.2                       Wells

Irrigable Acreage  42.0

Irrigated Acreage  Unknown

Interlocutory Judg. #30
    Exhibit H. 546

Parcel 20-4-69

NWly ½ Blk 204 Tem. L. & W. Co.

Apparent Owner:  BALLARD, Robert H. & Mary Elizabeth

Gross Acreage      49.1

Irrigable Acreage  41.3                    Wells: 7S3W-29C1 - Destroyed
                                                  29C2 - Domestic
Irrigated Acreage  Unknown                        29D1 - Destroyed

Surface Diversions:

---

Parcel 20-4-70

NWly rectangular 50 acres Blk 205 Tem. L. & W. Co.

Apparent Owner:  GARRISON, John M. & Sadie F.

Gross Acreage      50.0

Irrigable Acreage  50.0                    Wells:

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-71

SWly 41.67 acres, Blk 205, Tem. L. & W. Co. EXC 10 ac daf: Beg at
pt in c/l of Ivy St, dist. S. 47°44' W, 1650' fr inter with c/l Hayes
Ave; th S. 42°16' E. 30' to tpob; th S. 42°16' E 630'; th S. 47°44' W.
660'; th N. 42°16' W. 630' to Ely li Ivy St; th N. 47°44' E. 660' to
tpob.

Apparent Owner:  SMALL, Eugene Lee

Gross Acreage      41.7

Irrigable Acreage  37.6                    Wells: 7S3W-20N1 - Unused

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-4-72                                          Exhibit No.  207D

For Blk 205 Tem. L. & W. Co. daf: Beg. at pt in c/l Ivy St. dist. S. 47°44'
W. 1650' fr inter with c/l Hayes Ave; th S. 42°16' E. 30' to tpob; tn S.
42°16' E. 630'; th S. 47°44' W. 660'; th N. 42°16' W. 630' to Ely li Ivy
St.; th N. 47°44' E. 660' to tpob.

Apparent Owner:  CEMETERY

Gross Acreage      10.0                          Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-73                                        Exhibit No.  207D
                                                                     15H

SWly ½ of NWly ½ of SWly ½ Blk 70 Tem. L. & W. Co.

Apparent Owner:  RIEDER, Karl & Ida G.

Gross Acreage      4.5                           Wells: 7S3W-21D1 - Domestic

Irrigable Acreage  4.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-74                                        Exhibit No.  207D

Nly rectangular ¼ Blk 70 Tem. L. & W. Co. EXC por conv to Co. of Riverside
by deed rec. Book 433, page 124 of Deeds.

Apparent Owner:  ABERNATHY, Daisy E.

Gross Acreage      9.1                           Wells:

Irrigable Acreage  9.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.          548

Parcel 20-4-1-75

NE ¼ of SE¼ Blk 70 Tem. L. & W. Co. EXC NWly rect. 396'.

Apparent Owner:  MC DANIEL, Roscoe & Lillie C.

Gross Acreage        4.0                          Wells: 7S3W-21D3 - Domestic

Irrigable Acreage   4.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-1-76                                  Exhibit No.  207D

Por of NEly ½ of SEly ½ of Blk 70 Tem. L. & W. Co. daf: Beg at pt on NWly li of SEly ½, 315' SWly fr inter sd NWly li & SWly li of Jefferson Ave; th SWly on sd NWly li of SEly ½ 315' to SWly li of sd NEly ½; th SEly on sd SWly li 396'; th NEly p/w NWly li of sd SEly ½ 315' to pt 315' SWly fr sd SWly li of Jefferson Ave; th NWly & p/w SWly li of Jefferson Ave 396' to pob.

Apparent Owner:  WILLIS, Arthur & Barbara
                 WILLIS, Richard & Ada
                 HOLT, William & Freda

Gross Acreage        3.0                          Wells:

Irrigable Acreage   3.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-4-1-77                                  Exhibit No.  207D

SW¼ of SE½ Blk 70 Tem. L. & W. Co.

Apparent Owner:  KING, R. W. & Minnie B.

Gross Acreage        10.0                         Wells:

Irrigable Acreage   10.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-4-1-78                                         Exhibit No.  207D

    NE½ of NW½ of SW½ Blk 70, Tem. L. & W. Co.

Apparent Owner:  CAMPBELL, Roscoe D. & Dorothy H.

Gross Acreage      4.5                          Wells:

Irrigable Acreage  4.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-79                                         Exhibit No.  207D
                                                                     15H

    Por. NEly ½ of SEly ½ Blk 70, Tem. L. & W. Co. daf: Beg. on SWly li of
Jefferson Ave. at NWly Cor. of SEly ½ Blk 70; th SWly on NWly li of sd SEly
½ 315'; th SEly p/w SWly li of Jefferson Ave 396'; th NEly p/w NWly li of
SEly ½ 315' to SWly li of Jefferson Ave; th NWly on sd SWly li of Jefferson
Ave. 396' to pob.

Apparent Owner:  RUSSELL, George D. & Audrey Darlene

Gross Acreage      3.0                          Wells: 7S3W-21D2 - Domestic

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-80                                         Exhibit No.  207D
                                                                     15H

    SW½ of NW½ Blk 71, Tem. L. & Wa Co.

Apparent Owner:  STONE, Mack & Hazel

Gross Acreage      10.0                         Wells: 7S3W-21D4 - Unused
                                                       21E1 - Domestic
Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-4-1-81                                    Exhibit No.  207D

   SW¼ of SE¼ Blk 71, Tem. L. & W. Co.

Apparent Owner:  COMPTON, Emma M.
                SMALL, Chester J., Albert H. & Edward T.

Gross Acreage     10.0            Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-82                                    Exhibit No.  207D

   Por of SEly ½ Blk 71, Tem. L. & W. Co. daf:  Beg. at pt in c/l Hawthorne
St. dist. SWly thereon 660' fr inter with c/l Jefferson Ave; th NWly &
p/w c/l Jefferson Ave. 536.25' to tpob; th NEly & p/w c/l Hawthorne St.
264'; th NWly & p/w c/l Jefferson Ave 41.25'; th SWly & p/w c/l Hawthorne
St. 264'; th SEly & p/w c/l Jefferson Ave. 41.25' to tpob.

Apparent Owner:  REVILL, Percival & Lily

Gross Acreage     .2            Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-83                                    Exhibit No.  207D

   Por of SEly ½ Blk 71, Tem. L. & W. Co. daf:  Beg. at c/l Hawthorne St.
dist SWly 660' fr intersec. c/l Jefferson Ave; th NWly & p/w c/l Jefferson
Ave. 495' to tpob; th NEly & p/w c/l Hawthorne St. 264'; th NWly & p/w c/l
Jefferson Ave. 41.25'; th SWly & p/w c/l Hawthorne St. 264'; th SEly & p/w
c/l Jefferson Ave. 41.25' to tpob.

Apparent Owner:  MC NEILL, John & Kate

Gross Acreage     .2            Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-97-

'551

Parcel 20-4-1-84                                    Exhibit No.  207D

Por of SEly ½ Blk 71 Tem. L. & W. Co. daf:  Beg at pt in c/l Hawthorne St.
dist. SWly 660' fr inter c/l Jefferson Ave.; th NWly & p/w c/l Jefferson
Ave. 412.5' to tpob; th NEly & p/w c/l Hawthorne St. 264'; th NWly & p/w
c/l Jefferson Ave. 82.5'; th SWly & p/w c/l Hawthorne St. 264'; th SEly
& p/w c/l Jefferson Ave. 82.5' to tpob.

Apparent Owner:  MILLER, M. M.

Gross Acreage      .4                          Wells:

Irrigable Acreage  .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-85                                    Exhibit No.  207D

Por of SEly ½ Blk 71 Tem. L. & W. Co. daf:  Beg at pt on c/l Hawthorne St.
dist 396' SWly of inter c/l Jefferson Ave; th NWly p/w c/l Jefferson Ave.
412.5'; th SWly & p/w c/l Hawthorne St. 264'; th SEly & p/w c/l Jefferson
Ave. 412.5' to pt in c/l Hawthorne St; th NEly on c/l Hawthorne St. 264'
to pob.

Apparent Owner:  WALLACE, Elsie Jean

Gross Acreage      2.3                         Wells:

Irrigable Acreage  2.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-86                                    Exhibit No.  207D

Por of SEly ½ Blk 71 Tem. L. & W. Co. daf:  Beg at inter of c/l Jefferson
Ave & Hawthorne St; th SWly alg c/l Hawthorne St. 309.23'; th NWly & p/w
c/l Jefferson Ave 30' to tpob; th SWly & p/w & 30' NWly c/l Hawthorne St.
86.77'; th NWly & p/w c/l Jefferson Ave 410'; th NEly & p/w c/l Hawthorne
St. 396' to pt which is 30' at r/a SWly fr c/l of Jefferson Ave; th SEly & p/w
& 30' SWly of c/l Jefferson Ave 20'; th SWly & p/w c/l Hawthorne St. 279.23'; th
SEly & p/w c/l Jefferson Ave 390' to tpob.

Apparent Owner:  CROSS, Harold C.

Gross Acreage      1.0                         Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30  552
Exhibit H.

Parcel 20-4-1-87                                    Exhibit No. 207D

For of SEly ½ Blk 71, Tem. L. & W. Co. daf: Beg at inter of c/l Jefferson Ave. & Hawthorne St.; th SWly on c/l Hawthorne St., 30'; th NWly & p/w c/l Jefferson Ave., 30' to tpob; th SWly, p/w & 30' fr c/l Hawthorne St., 279.23'; th NWly & p/w c/l Jefferson Ave., 390'; th NEly & p/w c/l Hawthorne St., 279.23' to pt dist 30' at r/a SWly fr c/l Jefferson Ave.; th SEly & p/w c/l Jefferson Ave., 390' to tpob.

Apparent Owner:       COUNTY OF RIVERSIDE

Gross Acreage     2.5                              Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

---

Parcel  20-4-1-88                                   Exhibit No. 207D

For SEly ½ Blk 71, Tem. L. & W. Co. daf: Beg at pt in c/l Jefferson Ave., dist NWly 440' fr its inter with c/l Hawthorne St.; th alg c/l Jefferson Ave., NWly 110'; th SWly & p/w c/l Hawthorne St., 395'; th SEly & p/w c/l Jefferson Ave., 110'; th NEly & p/w c/l Hawthorne St., 395' to pob.

Apparent Owner:       MILLER, M. M.

Gross Acreage      1.0                             Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

---

Parcel 20-4-1-89                                    Exhibit No. 207D

For of SEly ½ Blk 71, Tem. L. & W. Co. daf: Beg at pt in c/l Jefferson Ave., dist NWly 550' fr its inter with c/l Hawthorne St.; th NWly alg c/l Jefferson Ave., 110'; th SWly & p/w c/l Hawthorne St., 395'; th SEly & p/w c/l Jefferson Ave., 110'; th NEly & p/w c/l Hawthorne St., 395' to pob.

Apparent Owner:       EDVARLIDASON, Henry M.

Gross Acreage      1.0                             Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Interlocutory Judg. #30
Exhibit H.

-99-

553

Parcel 20-4-1-90

Por of NWly ½ Blk 71 Tem L. & W. Co. daf:  Beg at pt in c/l Jefferson Ave. dist. NWly 660' fr inter with c/l Hawthorne St.; th SWly & p/w c/l Hawthorne St. 396'; th NWly & p/w c/l Jefferson Ave. 137.5'; th NEly & p/w c/l Hawthorne St. 396'; th SEly alg c/l Jefferson Ave. 137.5' to pob.

Apparent Owner:   WALLACE, Elsie Jean

Gross Acreage      1.2                                    Wells:

Irrigable Acreage  1.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-91                                    Exhibit No.  207D

Por of NWly ½ Blk 71 Tem. L. & W. Co. daf:  Beg at inter of c/l Hawthorne St. & Jefferson Ave; th NWly alg c/l Jefferson Ave. 797.5' to pob; th SWly & p/w c/l Hawthorne St. 396'; th NWly & p/w c/l Jefferson Ave. 27.5'; th NEly & p/w c/l Hawthorne St. 396'; th SEly alg c/l Jefferson Ave. 27.5' to tpob.

Apparent Owner:   WILKINS, Hilda

Gross Acreage      .2                                     Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-92                                    Exhibit No.  207D

Por of NWly ½ Blk 71 Tem. L. & W. Co. daf:  Beg at inter of c/l Jefferson Ave. and Hawthorne St;  th NWly alg c/l Jefferson Ave 825' to tpob; th SWly & p/w c/l Hawthorne St. 396'; th NWly & p/w c/l Jefferson Ave. 110'; th NEly & p/w c/l Hawthorne St. 396' to pt in c/l Jefferson Ave.; th SEly alg c/l Jefferson Ave. 110' to tpob.

Apparent Owner:  HIBBERSON, Alice N.

Gross Acreage      1.0                                    Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-4-1-93                                      Exhibit No.  207D

    Por of NWly ½ Blk 71, Tem. L. & W. Co. daf:  Beg at inter of c/l Jefferson
Ave with NEly prol of NW boundy li sd Blk 71; th SEly alg c/l Jefferson Ave.
330' to tpob; th SEly alg c/l Jefferson Ave 55'; th SWly & p/w c/l Hawthorne
St. 396'; th NWly & p/w c/l Jefferson Ave. 55'; th NEly & p/w c/l Hawthorne
St. 396' to tpob.

Apparent Owner:  LAWSON, Mable
                HIBBERSON, Robert John & Amy
                PATERSON, Margaret Smith

Gross Acreage     .5                      Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversons:

---

Parcel 20-4-1-94                                      Exhibit No.  207D

    Por of NWly ½ Blk 71, Tem. L. & W. Co. daf:  Beg at inter of c/l Jefferson
Ave. with NEly prol of NW bdy sd Blk 71; th SEly alg c/l Jefferson Ave.
330'; th SWly & p/w c/l Hawthorne St. 132'; th NWly & p/w c/l Jefferson Ave.
330' to sd NW bdy li; th NEly alg NW bdy li 132' to pob.

Apparent Owner:  FARR, Walter L.

Gross Acreage     1.0                     Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-95                                      Exhibit No.  207D

    Por of NWly ½ Blk 71, Tem. L. & W. Co. daf:  Beg at pt in NWly bdy li sd
Blk 71 dist SWly thereon 132' fr inter of NEly prol of sd bdy li and c/l
Jefferson Ave; th SWly alg sd bdy li 528'; th SEly & p/w c/l Jefferson
Ave 330'; th NEly & p/w SWly bdy li 528'; th NWly & p/w c/l Jefferson Ave.
330' to pob.

Apparent Owner:  WALLACE, Elsie Jean

Gross Acreage     4.0                     Wells:

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-101-

555

Parcel 20-4-1-96                                    Exhibit No. 207D

    Por of NWly ½ Blk 71, Tem. L. & W. Co. daf:  Beg. at pt in NWly bdy li
sd Blk 71, dist. SWly 660' fr inter of NEly prol of sd NWly bdy li & c/l
Jefferson Ave; th SEly & p/w c/l Jefferson Ave 330' to tpob; th NEly &
p/w NWly bdy li 264'; th SEly & p/w c/l Jefferson Ave. 165'; th SWly & p/w sd
NWly bdy li 264'; th NWly & p/w c/l Jefferson Ave. 165' to tpob.

Apparent Owner:  STATE OF CALIFORNIA

Gross Acreage          1.0                          Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-97                                    Exhibit No. 207D

    Por of NWly ½ Blk 71, Tem. L. & W. Co. daf:  Beg. at pt in NWly bdy of
sd Blk 71 dist. SWly 660' fr inter of NEly prol of sd NWly bdy li & c/l
Jefferson Ave; th SEly & p/w c/l Jefferson Ave. 495' to tpob; th NEly &
p/w NWly bdy li 264'; th SEly & p/w c/l Jefferson Ave. 165'; th SWly &
p/w sd NWly bdy li 264'; th NWly & p/w c/l Jefferson Ave. 165' to tpob.

Apparent Owner:  FILMER, James W.

Gross Acreage          1.0                          Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-4-1-98                                    Exhibit No. 207D

    Por of SEly ½ Blk 71, Tem. L. & W. Co. daf:  Beg at pt in c/l Hawthorne St.
dist SWly 660' fr inter w c/l Jefferson Ave; th NWly & p/w c/l Jefferson
Ave. 577.5' to tpob; th NEly & p/w c/l Hawthorne St. 264'; th NWly & p/w
c/l Jefferson Ave. 82.5'; th SWly & p/w c/l Hawthorne St. 264'; th SEly
& p/w c/l Jefferson Ave. 82.5' to tpob.

Apparent Owner:  THOMAS, Frank & Gladys

Gross Acreage          .5                           Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.          556

Parcel 20-5-99

Exhibit No. 207D

N½ Blk 16, Tem. L. & W. Co.

Apparent Owner:  HEIM, Charles W. & Genevieve M.

Gross Acreage    10.0                                      Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-100

Exhibit No.  207D

For of Wly ¼ Blk 16, Tem. L. & W. Co. daf: Beg. at Wly Cor. sd Blk; th SEly
on SWly li of sd Blk 330' to tpob; th SEly alg SWly li sd Blk 330'; th
NEly at r/a 660': th NWly at r/a 330'; sd pt being 330' fr NWly li of sd
Blk: th SWly on li p/w NWly li of sd Blk 660' to tpob. EXC SEly 75'.

Apparent Owner:  GOODWIN, Walter Thomas & Mary Jane

Gross Acreage     3.6                                       Wells: 7S3W-12H1 - Unused

Irrigable Acreage  3.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-101

Exhibit No.  207D

NW¼ of SE¼ of SW¼ Blk 16, Tem. L. & W. Co. EXC SEly 330'
Por of Blk 16, Tem. L. & W. Co. daf:  Beg at most Wly Cor of sd Blk, sd
cor being loc on NEly li of Washington Ave; th SEly alg SWly li of sd Blk
660': th at r/a NEly & p/w NWly li of sd Blk 290' to tpob; th at r/a NWly
& p/w SWly li of sd Blk 75'; th at r/a NEly & p/w NWly li of sd Blk 370';
th at r/a SEly & p/w SWly li of sd Blk 75'; th at r/a SWly & p/w NWly li
of sd Blk 370' to tpob.

Apparent Owner:  THOMPSON, Paul H. & Mary M.

Gross Acreage     5.3                                       Wells

Irrigable Acreage  5.3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.     557

Parcel 20-5-102                                    Exhibit No.  207D

Por of SE¼ of S½ Blk 16, Tem. L. & W. Co. daf:  Beg at most Sly cor of
sd Blk 16; th NEly & p/w c/l Lemon St. 385' to tpob;  th NEly 150'; th
at r/a NWly 330'; th at r/a SWly 150'; th at r/a SEly 330' to tpob.

Apparent Owner:  RASCH, Erwin E. & Mary L.

Gross Acreage        1.1                          Wells:

Irrigable Acreage  1.1

Irrigated Acreage  xxx Unknown

Surface Diversions:

---

Parcel 20-5-103                                    Exhibit No.  207D
                                                              15H

Por of SEly ¼ Blk 16, Tem. L. & W. Co. daf:  Beg at inter of c/l Washington
Ave & Lemon St; th NEly on c/l Lemon St. 660' to pt 660' SWly fr inter of
c/l Lemon St. & Adams Ave., being tpob; th at r/a NWly 360'; th at r/a SWly
125'; th at r/a SEly 360' to c/l Lemon St; th NEly on c/l Lemon St. 125'
to tpob.

Apparent Owner:  POTTER, Charles D. & Esta Mae

Gross Acreage       .9                    Wells: 7S3W-17E2 - Domestic

Irrigable Acreage  .9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-104                                    Exhibit No.  207D
                                                              15H

Por of NWly ¼ Blk 16, Tem. L. & W. Co. daf:  Beg at Wly cor Blk 16; th
SEly on SWly li of sd Blk 330'; th NEly at r/a 660'; th NWly at r/a 330'
to NWly li of sd Blk; th SWly on NWly li of sd Blk 660' to pob. EXC por
thereof daf:  Beg at Wly cor of sd Blk; th SEly on SWly li of sd Blk 60';
th NEly & p/w NWly li of sd Blk 275'; th NWly & p/w SWly li of sd Blk 60';
th SWly on NWly li of sd Blk 275' to pob.

Apparent Owner:  ANDERSON, Paul H. & Helen I.

Gross Acreage       4.3                    Wells: 7S3W-18H2 - Domestic

Irrigable Acreage  4.3

Irrigated Acreage  Unknown

Surface Diversions:

558

Interlocutory Judg. #30
Exhibit H.

Parcel 20-5-105

Exhibit No.  207D
15H

For of NWly ½ Blk 16, Tem. L. & W. Co. daf:  Beg at pt on Sly li Blk 16, 535' SEly fr most Wly cor of sd Blk; th SEly on SWly li of sd Blk 75'; th at r/A NEly 290'; th at r/a NWly 75'; th at r/a SWly 290' to pob.

Apparent Owner  KORNITSKY, Katherine A. (also known as WEEKS)

Gross Acreage      .5                           Wells: 7S3W-18H4 - Domestic

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-106 & 112

Exhibit No.  207D

106-  For of NWly ½ Blk 16, Tem. L. & W. Co. daf:  Beg. at most Wly cor Blk 16; th SEly alg SWly li of sd Blk 1 , 60'; th NEly & p/w NWly li of sd Blk 275'; th NWly & p/w SWly li of sd Blk 60'; th SWly alg NWly li of sd Blk 275' to pob.

112-  For of Blk 17, Tem. L. & W. Co. daf:  Beg at Wly cor of SEly regtangular ½ of SEly rectangular ½ Blk 17; th SEly alg SWly li Blk 17, 330'; th NEly alg SEly li of Blk 17, 275'; th NWly & p/w SWly li Blk 17, 330'; th SWly 275' to pob.

Apparent Owner:  PRUETT, Jim R. & Eva O.

Gross Acreage      2.5                          Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-107

Exhibit No.  207D

NEly ½ of SEly ½ Blk 16, Tem. L. & W. Co.

Apparent Owner:  BURT, David H. & Hazel I.

Gross Acreage      10.0                          Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

559

Interlocutory Judg. #30
Exhibit H.

Parcel 20-5-108

Exhibit No.   207D
15H

SWly 385' of SE $\frac{1}{2}$ of S $\frac{1}{4}$ Blk 16, Tem L. & W. Co.

Apparent Owner:  LE FEVRE, Feron & Melissa M.

Gross Acreage        2.7                          Wells:  7S3W-17E1 - Domestic

Irrigable Acreage  2.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-109

Exhibit No. 207D
15H

SE $\frac{1}{2}$ of W $\frac{1}{4}$ Blk 17, Tem. L. & W. Co.

Apparent Owner:  GARRISON, John M. & Sadie F.

Gross Acreage        4.7                          Wells:  7S3W-18A2 - Unused

Irrigable Acreage  4.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-110

Exhibit No. 207D
15H

NE $\frac{1}{2}$ of NW $\frac{1}{2}$ of W $\frac{1}{4}$ Blk 17, Tem. L. & W. Co.

Apparent Owner:  SWAIN, Rex & Lottie

Gross Acreage        2.5                          Wells: 7S3W-18A1 - Domestic

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

560
Interlocutory Judg. #30
Exhibit H.

Parcel 20-5-111                              Exhibit No.  207D

    SWly ½ of NWly ½ of SWly ½ of NWly ½ Blk 17 Tem. L. & W. Co. EXC most Wly 181' x 181' sq.

Apparent Owner:  BROWN, Andrew J. & Myrtle

Gross Acreage     1.8                        Wells:

Irrigable Acreage  1.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-112 (See Parcel 20-5-106)

---

Parcel 20-5-113                              Exhibit No.  207D

    Wly 181' x 181' sq lot of SWly ½ of NWly ½ of SWly ½ of NWly ½ Blk 17, Tem. L. & W. Co.

Apparent Owner:  BROWN, Merritt H.

Gross Acreage     .7                        Wells:

Irrigable Acreage    .7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-114                              Exhibit No.  207D
                                             15H

    NEly ½ Blk 17, Tem. L. & W. Co.

Apparent Owner:  WHITTLESEY, Verne D. & Marie J.

Gross Acreage     19.9                   Wells:  7S3W-7R3 - Irrigation

Irrigable Acreage  19.9

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-5-115                       Exhibit No.  207D
                                                    15H

SW $\frac{1}{2}$ of NW $\frac{1}{2}$ of SE $\frac{1}{2}$ Blk 17, Tem. L. & W. Co.  Also, SW $\frac{1}{2}$ of SE $\frac{1}{2}$ of SE $\frac{1}{2}$ Blk 17, Tem. L. & W. Co. EXC SWly 275'

Apparent Owner: SCHMITZ, James N. & Josephine M.

Gross Acreage     7.4                        Wells: 7S3W-18A5 - Unused

Irrigable Acreage   7.4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-5-116                       Exhibit No.  207D
                                                    15H

Blk 18, Tem. L. & W. Co.

Apparent Owner: TERMINE, Sam & Sarah

Gross Acreage     38.8                     Wells: 7S3W-7R1 - Irrigation

Irrigable Acreage   38.8

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-5-117                       Exhibit No.  207D

Blk 19, Tem. L. & W. Co. EXC Wly $\frac{1}{4}$

Apparent Owner: MATZ, Joe & Agnes O.
                        DEERING, Mary

Gross Acreage     30.0                     Wells:

Irrigable Acreage   28.6

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit B.

Parcel 20-5-118                                          Exhibit No. 207D

    Wly ½ Blk 19, Tem. L. & W. Co.

Apparent Owner:  OGLE, Warren J. & Louise C.

Gross Acreage          10.0                        Wells:

Irrigable Acreage    9.3

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-5-119 (See Parcel 20-4-53)

Parcel 20-5-120                                          Exhibit No. 207D

    Blk 24, Tem. L. & W. Co.

Apparent Owner:  MIZE, Ray Verner

Gross Acreage          28.0                        Wells:

Irrigable Acreage   28.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-5-121                                          Exhibit No. 207D
                                                                    15H

    Por Blk 25, Tem. L. & W. Co. daf:  Beg at inter of SWly li Washington
    Ave & NWly li sd Blk 25; th S. 42°15' E. alg SWly li Washington Ave.
    629.82' to tpob; th S. 42°15' E. 222.24'; th S. 47°45' W. on li p/w
    Wly li sd Blk, 98'; th N. 42°15' W. 222.24'; th N. 47°45' E. 98' to
    tpob.

Apparent Owner:  MALNAR, Edward & Nellie B.

Gross Acreage          .5                          Wells: 7S3W-17P5 - Domestic

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
      Exhibit H.          563

Parcel 20-5-122                                    Exhibit No.  207D
                                                                1511
    Por Blk 25, Tem. L. & W. Co. dnf: Beg at NE cor Blk 25; th S. alg Wly li
    Kalmia St. 13.40 ch to pt on Nly li Calif. South RR Grounds; th Wly alg
    Nly li of sd RR Grounds 4.40 ch; th Sly alg Wly li of sd RR Grounds 3.78
    ch to pt on Nly li r/w sd NW; th Nly alg sd r/w 2.37 ch; th Nly & p/w Wly
    li Kalmia St. 16.53 ch to pt on Sly li Washington Ave; th Ely alg Sly li
    Washington Ave. 7.08 ch to pob.

Apparent Owner:  THOMPSON, Paul H. & Mary M.

Gross Acreage        10.2

                                          Wells: 7S3W-18H3 - Domestic
Irrigable Acreage  10.2

Irrigated Acreage  Unknown

Surface Diversions:



Parcel 20-5-123                                    Exhibit No.  207D
                                                                15H

    Por of Blk 25, Tem. L. & W. Co. daf:  Beg at Nly cor sd Blk 25; th Ely
    alg Sly li Washington Ave. 12.91 ch; th Sly on li sd Wly li sd Blk 25,
    16.53 ch to Nly li Southern Calif. RR limit; th Wly alg Nly li sd RR
    limit 12.98 ch to most Wly cor sd Blk 25; th Nly alg Wly li sd Blk 25,
    15.20 ch to pob. EXC, Beg at most Nly cor Blk 25; th S. 42°15' E. alg
    Sly side Washington Ave. 629.82' to tpob; th S. 42°15' E. 222.24'; th
    S. 47°45' W. 98'; th N. 42°15' W. 222.24'; th N. 47°45' E. 98' to tpob.

Apparent Owner:  THOMPSON, Raymond Ingraham & Octavia

Gross Acreage        20.6                   Wells: 7S3W-17L5 - Domestic
                                                          17M1 -
Irrigable Acreage  20.6

Irrigated Acreage  Unknown

Surface Diversions:



Parcel 20-5-124                                    Exhibit No.  207D

    Blk 51, Tem. L. & W. Co.

Apparent Owner:  MASON, Zalia K.

Gross Acreage        41.5                   Wells:

Irrigable Acreage  38.2

Irrigated Acreage  Unknown

Surface Diversions:                                       564

                                          Interlocutory Judg. #30
                                              Exhibit H.
                        -110-

Parcel 20-5-125                                    Exhibit No. 207D

    Blk 52 Tem. L. & W. Co.

Apparent Owner:  GARDNER, Bessie Mize

Gross Acreage        46.0                          Wells:

Irrigable Acreage    46.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-5-126 (See Parcel 20-4-53)

---

Parcel 20-5-126A                                   Exhibit No. 207D

    For Blk 61, Tem. L. & W. Co. daf:  Beg at most Nly cor sd Blk; th SEly
alg NEly li sd Blk, 2108.3'; th SWly at r/a 2326.24' to SWly li sd Blk;
th NWly alg sd SWly li 2383.41' to NWly li sd Blk; th NEly alg sd NWly
li 1320' to pob.

Apparent Owner:  BROWN, Elbert E. & Beulah W.

Gross Acreage        88.2                          Wells:

Irrigable Acreage    56.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-5-127                                    Exhibit No.  207D

    Blk 62, Tem. L. & W. Co.

Apparent Owner:  MATZ, Joe & Agnes
                DEERING, Mary

Gross Acreage        40.0                          Wells:

Irrigable Acreage    25.7

Irrigated Acreage   Unknown

Surface Diversions:

565

Interlocutory Judg. #30
Exhibit H.

Parcel 20-5-128

    SWly ½ Blk 63, Tem. L. & W. Co.

Apparent Owner: <u>MORROW</u>, Howard & Betty

Gross Acreage    20.0

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D
-15H

Wells: 7S3W-7R2 - Irrigation

---

Parcel 20-5-129

    SEly ½ of NEly ½ Blk 63, Tem. L. & W. Co.

Apparent Owner: <u>TREMBLAY</u>, Leo G. & Maryon

Gross Acreage    10.0

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D

Wells:

---

Parcel 20-5-130

    NW ½ of NE ½ Blk 63, Tem. L. & W. Co.

Apparent Owner: <u>BARNARD</u>, Neva L., Harriel L. Maryline, & Fred Gardner, Jr.

Gross Acreage    10.0

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D

Wells:

Interlocutory Judg. #30
Exhibit H.

566

Parcel 20-5-131

    Blks 64 & 65, Tem. L. & W. Co.

Apparent Owner: <u>OAKLEY, Michael J. & Monica V.</u>

Gross Acreage    80.0

Irrigable Acreage  78.1

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No. 207D
    15H
    561

Wells: 7S3W-17D1 - Irrigation

---

Parcel 20-5-132

Exhibit No. 207D
    15H

    Por Blk 209, Tem. L. & W. Co. daf: Beg. at inter of NEly li Washington
Ave ext. & c/l Nutmeg St.; th NEly on c/l Nutmeg St. 660'; th NWly & p/w
NEly li Washington Ave. 1320'; th SWly & p/w c/l Nutmeg St. 660' to NEly
li Washington Ave; th SEly on sd NEly li Washington Ave. 1320' to pob.

Apparent Owner: <u>HIGLEE, William J. & Merlyn S.</u>

Gross Acreage    18.8

Irrigable Acreage  18.8

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-7L1 - Domestic

---

Parcel 20-5-133

Exhibit No. 207D
    15H

    Por Blk 209, Tem. L. & W. Co. daf: Beg at pt where NEly li Washington Ave.
inter NWly li Tem. Rho; th SEly alg NEly li Washington Ave to its inter
with c/l Nutmeg St; th NEly alg c/l Nutmeg St to inter with c/l Jefferson
Ave; th NWly alg c/l of ext Jefferson Ave to inter with NWly bdy li sd Rho;
th SW alg sd bdy li to pob. EXC por daf: Beg at inter NEly li Washington
Ave & NWly bdy li Tem Rho; th NEly alg sd bdy li 1936'; th at r/a SEly
900'; th at r/a SWly & p/w sd bdy li 1936' to NE li Washington Ave; th
NWly alg sd NEly li Washington Ave 900' to pob. ALSO EXC por daf: Beg at
inter NEly li Washington Ave ext & c/l Nutmeg St; th NEly on c/l Nutmeg St.
660'; th NWly & p/w NEly li Washington Ave 1320'; th SWly & p/w c/l Nutmeg St 660' to
NEly li Washington Ave; th SEly on sd NEly li Washington Ave 230' to pob. th
    1320'

Apparent Owner: <u>BACHER, Frederick A. & Virginia Rogers</u>

Gross Acreage    138.0

Irrigable Acreage  87.3

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-7E1 - Unused
    7E2 - Irrigation
    7E3 - Destroyed
    7E4 - Destroyed

Interlocutory Judg. #30
Exhibit H.

567

Parcel 20-5-134                                    Exhibit No. 207D

For Blk 209 Tem. L. & W. Co. daf:  Beg at inter NEly li Washington Ave
& NWly bdy li Tem.Rd.; th N. 50° E. alg NWly bdy li sd rd 991' to tpob;
th SEly with ext. ang 105°18', 935' alg NEly li ld con Collier et al
to Stiffler ct ux to SEly bdy li 40 ac tract con to Collier & Carnahan;
th NEly alg SEly li sd tract con to Collier & Carnahan to NEly cor thf;
th NWly alg NEly li of ld con 900' to NWly bdy Tem. Rd; th SWly alg
NWly bdy li sd rd 945' to pob.

Apparent Owner: PACIFIC CLAY PRODUCTS, INC.

Gross Acreage        17.7                           Wells:

Irrigable Acreage    17.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-5-135                                    Exhibit No.  207D
                                                                15H

For Blk 209, Tem. L. & W. Co. daf:  Beg at inter NEly li Washington Ave
& NWly bdy li Tem. Rho; th alg sd bdy li NEly 991' to small stake driven
by fence post on sd li; th SEly at an interior angle of 105°18', 935' to
pt where sd li inter Sly bdy li of 40 ac tract of Collier & Carnahan; th
alg sd bdy li SWly & p/w sd NWly bdy li of Tem. Rho to pt of inter of
NE li of Washington Ave; th NWly alg NE li sd Ave 900' to pob.

Apparent Owner: BONNAR, Mariellen

Gross Acreage        22.7                           Wells: 7S3W-7E5 - Unused

Irrigable Acreage    22.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-136                                    Exhibit No.  207D

For Blk 12, Tem. L. & W. Co. daf:  Beg at inter of c/l Juniper St & Adams
Ave.; th SEly on c/l Adams Ave 370'; th at r/a SWly 705' to c/l Plum Ave; th
NWly on c/l Plum Ave 370' to c/l Juniper St.; th on c/l Juniper St. 705'
to pob.

Apparent Owner: HUNT, Inez M.

Gross Acreage        4.7                            Wells:

Irrigable Acreage    4.7

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.    568

-446-

Parcel 20-3-137                                         Exhibit No.  207D

   Por Blk 12, Tem. L. & W. Co. daf: Beg at pt on NEly li sd Blk, 441' NWly
fr most Ely cor sd Blk; th NWly on sd NEly li, 479'; th SWly p/w SEly li
sd Blk, 615'; th SEly p/w NEly li sd Blk, 479'; th NEly p/w SEly li 615'
to pob.

Apparent Owner:  PATZNER, John & Cecilia

Gross Acreage      6.9                          Wells:

Irrigable Acreage  6.9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-138                                         Exhibit No.  207D

   Por Blk 12, Tem. L. & W. Co. daf:  Beg at pt on c/l Ivy St., 234' NEly
c/l Plum Ave; th NWly p/w c/l Plum Ave., 471'; th NEly p/w Ivy St., 471'
to c/l Adams Ave; th SEly alg c/l Adams Ave., 471' to c/l Ivy St.; th
SWly on c/l Ivy St., 471' to pob.

Apparent Owner:  SMITH, Nancy Lee
                 WICKERD, R. R.

Gross Acreage      4.5                          Wells:

Irrigable Acreage  4.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-139                                         Exhibit No.  207D

   Por Blk 12, Tem. L. & W. Co. daf:  Beg at inter of c/l Ivy St. & Plum Ave;
th alg c/l Plum Ave. NWly 471'; th NEly & p/w c/l Ivy St., 234'; th SEly
p/w c/l Plum Ave, 471' to c/l Ivy St.; th SWly alg c/l Ivy St., 234' to pob.

Apparent Owner:  HAWES, Beverly & Hazel

Gross Acreage      2.1                          Wells:

Irrigable Acreage  2.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

569

Parcel 20-3-140                                        Exhibit No. 207D

    Lots 16 through 24, in por Blk 12, Tem. L & W. Co. known as Doolittle's Add.

Apparent Owner:    CREWS, Donald C. & Mable L.

Gross Acreage    1.5                    Wells:

Irrigable Acreage  1.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-141                                        Exhibit No. 207D

    Lots 14 & 15, in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:  HORSTMAN, Gerrit J. & Edith G.

Gross Acreage    .3                    Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-142                                        Exhibit No. 207D
                                                                    15H

    Lots 10 through 13, in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:  LLOYD, Frank & Charles W.

Gross Acreage    .6              Wells: 783W-20B5 - Domestic

Irrigable Acreage  .6

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

570

Parcel 20-3-143                                    **Exhibit No. 297D**

   Lots 8 & 9, in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:  CREWS, Donald C. & Mable L.

Gross Acreage        .3                        Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-144                                    Exhibit No. 207D

   Lot 7 in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:  BLAKE, George E. & Fern C.

Gross Acreage        .2                        Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-145                                    Exhibit No. 207D

   Lot 1 in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:  TARWATER, Urban               Wells:

Gross Acreage        .2

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-3-146                                       Exhibit No.   207D

   Lots 2 through 4 in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:   WINTER, Harry C. & Florence Warren

Gross Acreage        .5                                    Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-147                                           Exhibit No.   207D

   Lots 5 & 6 in por Blk 12, Tem. L. & W. Co. known as Doolittle's Add.

Apparent Owner:   HAMILTON, Rhina

Gross Acreage        .3                                    Wells:

Irrigable Acreage    .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-148                                           Exhibit No.   207D

   Por of SWly ¼ Blk 12, Tem. L. & W. Co. daf:  Beg. at pt on NEly li
   Washington Ave., 630' NWly fr inter sd NEly li of Washington Ave. &
   NWly li of Ivy St.; th NWly on sd NEly li of Washington Ave., 290' to
   inter with c/l "C" St.; th NEly on sd c/l "C" St., 645' to c/l Plum
   Ave.; th SEly on c/l Plum Ave., 290'; th at r/a SWly 645' to pob.
   EXC por incl in streets. ALSO EXC por daf: Beg. at pt in c/l "C" St.,
   210' NEly of inter of c/l "C" St. & NEly li Washington Ave.; th SELy
   at r/a to sd c/l "C" St., 290'; th at r/a in NEly dir 435' to c/l
   Plum Ave.; th at r/a NWly alg c/l Plum Ave., 290' to c/l "C" St.;
   th at r/a SWly alg c/l "C" St. 435' to pob.

Apparent Owner:   GARRISON, Victor A. & Arlene V.

Gross Acreage        1.2                                   Wells:

Irrigable Acreage    1.2

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-3-149                                  Exhibit No. 207D

    Lots 1 through 12 on both sides "D" St. of por Blk 12, Tem. L. & W. Co.
known as C. L. Morrill's Add.

Apparent Owner: UNDERLINE_WALTER, John M.

Gross Acreage       3.3                          Wells:

Irrigable Acreage   3.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-150                                  Exhibit No. 207D

    Por of SWly ½ Blk 12, Tem. L. & W. Co. daf:  Beg at inter of c/l Washington
Ave. & Ivy St.; th NEly alg c/l Ivy St., 650'; th NWly alg SWly li Plum
Ave., 220' to tpob; th NWly on sd SWly li Plum Ave., 100'; th S. 47°44'
W. 260'; th S. 42°16' E. 100'; th N. 47°44' E. 260' to SWly li Plum Ave.
& pob.

Apparent Owner: DUNHAM, Elmo & Ethel Marie

Gross Acreage       .6                           Wells:

Irrigable Acreage   .6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-151                                  Exhibit No. 207D

    Por of SWly ½ Blk 12, Tem. L. & W. Co. daf:  Beg at inter of c/l Ivy St.
& Washington Ave.; th NWly on c/l Washington Ave., 220'; th NEly & p/w
NWly li Ivy St., 340' to pob; th NWly & p/w Washington Ave., 100'; th
NEly 50'; th at r/a SEly 100'; th at r/a SWly 50' to pob.

Apparent Owner: BAGGENSTOS, Louis

Gross Acreage       .1                           Wells:

Irrigable Acreage   .1

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.      573

-118-

Parcel 20-3-152                                    Exhibit No. 207D

Por of SWly ½ Blk 12, Tem. L. & W. Co. daf:  Beg at inter os c/l Ivy
St. & Washington Ave.; th NWly alg c/l Washington Ave., 220'; th at
r/a NEly & p/w c/l Ivy St., 190' to tpob; th NWly & p/w c/l Washington
Ave., 100'; th NEly & p/w c/l Ivy St., 150'; th at r/a SEly & p/w c/l
Washington Ave., 100'; th SWly & p/w c/l Ivy St., 150' to tpob. EXC
por daf: Beg at SWly cor above des par; th SEly 46' to tpob; th NEly
& p/w c/l Ivy St., 50'; th at r/a SEly 45'; th at r/a SWly 50' to Sly
li above des par; th at r/a NWly 45' to tpob.

Apparent Owner:     FREEMAN, Thomas Asa & Thelma Lillian

Gross Acreage        .3                    Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-153                                    Exhibit No. 207D

Por of SWly ½ Blk 12, Tem. L. & W. Co. daf: Beg at pt on NWly li Ivy St.,
150' NEly of inter of NEly li Washington Ave. & sd NWly li Ivy St.; th
NEly alg sd NWly li 40'; th NWly & p/w Washington Ave., 148'; th NEly &
p/w Ivy St., 420' to Sly li Plum Ave.; th NWly alg sd SEly li Plum Ave.,
42'; th SEly & p/w Ivy St., 260'; th NWly & p/w Washington Ave., 100';
th SWly & p/w Ivy St., 5'; th SEly & p/w Washington Ave., 100'; th SWly
& p/w Ivy St. 200'; th SEly & p/w Washington Ave. to pob.

Apparent Owner:     SHANE, Eleck & Gussie

Gross Acreage        .5                    Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-154                                    Exhibit No. 207D

Por of SWly ½ Blk 12, Tem. L. & W. Co. daf:  Beg at inter of c/l Washington
Ave. & Ivy St.; th NEly alg c/l Ivy St., 430'; th N. 42°16' W. 30' to pt on
NWly li Ivy St, the tpob; th N. 42°16' W., 148'; th N. 47°16' E. 230' to pt
on Sly li Plum Ave.; th SEly alg Sly li Plum Ave., 148' to inter with Wly
li Ivy St.; th SWly alg Wly li Ivy St., 230' to tpob.

Apparent Owner:     RANCHERS TRACTOR & IMPLEMENT CORP.

Gross Acreage        .8                    Wells:

Irrigable Acreage   .8

Irrigated Acreage  Unknown

Surface Diversions:                        Interlocutory Judg. #30
                                           Exhibit H.

574

Parcel 20-3-155                                        Exhibit No. 207D
                                                                 15H
    Sly 200' of por of SWly ½ Blk 12, Tem. L. & W. Co. daf:  Beg at inter c/l
    Washington Ave. & Ivy St.; th NEly alg c/l Ivy St., 230'; th N. 42°16' W.
    30' to pt on NWly li Ivy St, the tpob; th N. 42°16' W. 148'; th N. 47°16'
    E. 420' to Sly li Plum Ave.; th SEly alg Sly li Plum Ave. 148' to Wly li
    Ivy St.; th SWly on Wly li Ivy St., 420' to tpob.

Apparent Owner:     ERDEL, Clayton S. & Nadine

Gross Acreage       .7                             Wells: 7S3W-20B3 - Domestic

Irrigable Acreage   .7

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 20-3-156                                        Exhibit No. 207D

    Por of SWly ½ Blk 12, Tem. L. & W. Co. daf: Beg at inter c/l Ivy St. &
    Washington Ave.; th NWly alg c/l Washington Ave., 275'; th NEly & p/w
    NWly li Ivy St., 40' to NEly li Washington Ave., the tpob, sd pt being
    most Wly cor par ld con by Dilts by deed rec Book 734, page 255 of Deeds
    Riverside Co; th NWly on sd NEly li Washington Ave., 46' to SWly cor par
    con to Southard by deed rec in Book 166 at page 68 Deeds Riverside Co;
    th NEly on NWly li sd land 150'; th SEly & p/w Washington Ave., 46' to
    NWly li sd Dilts ld; th SWly on NWly li sd Dilts ld 150' to tpob.

Apparent Owner:     BIAZO, John & Junnettie Ruth

Gross Acreage       .2                             Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 20-3-157                                        Exhibit No. 207D

    Por SWly ½ Blk 12, Tem. L. & W. Co. daf: Beg at inter c/l Ivy St. & Wash-
    ington Ave.; th NWly alg c/l Washington Ave., 230'; th at r/a NEly 40' to
    NEly li Washington Ave., the tpob; th NWly alg NEly li Washington Ave.,
    45'; th NEly & p/w Ivy Ave., 200'; th SEly & p/w Washington Ave., 45'; th
    SWly & p/w Ivy St., 200' to tpob.

Apparent Owner:     DILTZ, Joseph Francis

Gross Acreage       .2                             Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

                                            Interlocutory Judg. #30
                                                 Exhibit H.

                            -120-
                                                         575

Parcel 20-3-158

Por of SWly ½ Blk 12, Tem. L. & W. Co. daf: Beg at pt on NEly li Washington Ave., 150' NWly of inter NEly li Washington Ave. & NWly li Ivy St.; th NEly & p/w Ivy St., 150'; th at r/a NWly & p/w Washington Ave., 50'; th at r/a SWly & p/w Ivy St., 150' to NEly li Washington Ave.; th SEly alg NEly li Washington Ave., 50' to pob.

Apparent Owner:     VAIL, Jesse M. & Harriet M.

Gross Acreage      .2                                    Wells:

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-159

Por of SWly ½ Blk 12, Tem. L. & W. Co. daf: Beg at inter of NEly li Washington Ave. with NWly li Ivy St.; th NEly on NWly li Ivy St, 150'; th at r/a NWly 150'; th at r/a SWly 150' to NEly li of Washington Ave.; th SEly on NEly li Washington Ave., 150' to pob. EXC por con Co Riverside for streets.

Apparent Owner:     DEW, Isabella

Gross Acreage      .6                                    Wells:

Irrigable Acreage   .6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-160

Por of SWly ½ Blk 12, Tem. L. & W. Co, daf:  Beg at pt on c/1 "C" St., 210' NEly of inter of c/1 "C" St. & NEly li Washington Ave.; th SEly at r/a to c/1 "C" St, 290'; th at r/a NEly 435' to c/1 Plum Ave; th at r/a NWly alg c/1 Plum Ave., 290' to c/1 "C" St.; th at r/a SWly alg c/1 "C" St., 435' to pob. EXC por inc in streets. ALSO EXC por daf: Beg at pt on NEly li Washington Ave., 630' NWly fr inter sd NEly li & NWly li Ivy St.; th NWly on sd NEly li Washington Ave., 290' to inter c/1 "C" St.; th NEly on c/1 "C" St. 645' to c/1 Plum Ave, the tpob; th SEly on c/1 Plum Ave., 120'; th SWly & p/w c/1 "C" St., 165'; th NWly & p/w c/1 Plum Ave., 120' to c/1 "C" St.; th NEly on c/1 "C" St. 165' to tpob. ALSO EXC por daf: Beg at inter c/1 Washington Ave. & "C" St.; th NEly alg c/1 "C" St., 250'; th at r/a 40' to pt on SEly li "C" St. & tpob; th SEly & p/w Washington Ave., 100'; th at r/a NEly 100'; th at r/a NWly 100'; th at r/a SWly 100' to tpob.

Apparent Owner:     GARRISON, Victor A. & Arlean V.

Gross Acreage      1.8                                   Wells:

Irrigable Acreage  1.8

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30576
Exhibit H.

Parcel 20-3-161                                    Exhibit No. 207D

    Por of SWly ½ Blk 12, Tem. L. & W. Co. daf:  Beg at pt on NEly li Washing-
ton Ave., 630' NWly fr inter sd NEly li Washington Ave. & NWly li Ivy St.;
th NWly on sd NEly li Washington Ave., 290' to c/l "C" St.; th NEly alg
c/l "C" St., 645' to c/l Plum Ave, tpob; th SEly alg c/l Plum Ave., 120';
th SWly & p/w c/l "C" St., 165'; th NWly & p/w c/l Plum Ave., 120' to c/l
"C" St.; th NEly on c/l "C" St., 165' to tpob. EXC por inc in streets.

Apparent Owner:    WINTER, Harry C.

Gross Acreage        .2                        Wells:

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-162                                    Exhibit No. 207D

    Por SWly ½ Blk 12, Tem. L. & W. Co. daf: Beg at inter of c/l Washington
Ave. & "C" St.; th NEly alg c/l "C" St., 250'; th at r/a SEly 40' to SEly
li "C" St. & tpob; th SEly & p/w Washington Ave., 100'; th at r/a NEly
100'; th at r/a NWly 100' to SEly li "C" St.; th at r/a SWly alg SEly
li "C" St., 100' to tpob.

Apparent Owner:    MURRIETA VOLUNTEER FIRE DEPARTMENT

Gross Acreage        .2                        Wells:

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-163                                    Exhibit No. 207D

    Por of Blk 13, Tem. L. & W. Co. daf:  Beg at inter of c/l Kalma St. &
Adams Ave.; th S. 42°16' E., 470' alg c/l Adams Ave.; th S. 47°44' W.
1320' to NEly li Washington Ave.; th N. 42°16' W. 470' alg NEly li Wash-
ington Ave. to c/l Kalma St.; th N. 47°44' E. 1320' to pob. EXC par 42'
sq in N. cor con Calif. Electric Power Co. ALSO EXC par con to Calif.
Electric Power Co. by deed of June 30, 1952, book 1380, page 455 of OR,
Riverside Co. ALSO EXC por inc in Kalma St. & Adams Ave.

Apparent Owner:    PICK, Merrill & Alberta E.

Gross Acreage        14.0                       Wells:

Irrigable Acreage   14.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.

-122-                                              577

Parcel 20-3-163A                                           Exhibit No.   207D

   42' sq. parcel in most Nly cor Blk 13, Tem. L. & W. Co.

Apparent Owner:   CALIFORNIA ELECTRIC POWER CO.

Gross Acreage        .04                        Wells:

Irrigable Acreage    .04

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-164                                           Exhibit No.   207D
                                                                        15H

   Por of Blk 13, Tem. L. & W. Co. daf:  Beg at most Ely cor sd Blk 13;
   th NWly alg SWly li Adams Ave., 341'; th SWly & p/w NWly li Juniper
   St., 230'; th SEly & p/w SWly li Adams Ave., 341' to NWly li Juniper
   St; th NEly alg NWly li Juniper St., 230' to pob.

Apparent Owner:   SAMANICCO, Lola

Gross Acreage        1.7                        Wells: 7S3W-17Q2 - Domestic

Irrigable Acreage    1.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-165                                           Exhibit No.   207D

   Por Blk 13, Tem. L. & W. Co. daf: Beg at pt on NWly li Juniper St. dist
   SWly 230' fr its inter with SWly li Adams Ave.; th NWly & p/w SWly li
   Adams Ave., 341'; th SWly & p/w NWly li Juniper St., 364'; th SEly & p/w
   SWly li Adams Ave., 341' to NWly li Juniper St.; th NEly alg NWly li
   Juniper St., 364' to pob.

Apparent Owner:   EDMUND, Albert H.             Wells:

Gross Acreage        2.8                        Wells:

Irrigable Acreage    2.8

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-3-166                                 Exhibit No.   207D
                                                       15H

Por Blk 13, Tem. L. & W. Co. daf:  Beg at pt on NWly li Juniper St. dist
SWly 594' fr its inter with SWly li Adams Ave.; th NWly & p/w SWly li Adams Ave.,
200'; th SWly & p/w NWly li Juniper St., 125'; th SEly & p/w SWly li Adams
Ave., 200' to NWly li Juniper St.; th NEly alg NWly li Juniper St., 125' to
pob.

Apparent Owner:     BURNHAM, F. A. & Vera E.

Gross Acreage      .6                           Wells: 7S3W-17Q4 - Domestic

Irrigable Acreage  .6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-167                                 Exhibit No.   207D

Por Blk 13, Tem. L. & W. Co. daf: Beg at pt on NWly li Juniper St. dist
SWly 594' fr its inter with SWly li Adams Ave.; th NWly & p/w SWly li
Adams Ave., 200' to tpob; th SWly & p/w NWly li Juniper St., 125'; th
NWly & p/w SWly li Adams Ave., 141'; th NEly & p/w NWly li Juniper St.,
125'; th SEly & p/w SWly li Adams Ave., 141' to tpob.

Apparent Owner:     YOUNG, George B. & Lenora M.

Gross Acreage      .4                           Wells:

Irrigable Acreage  .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-168                                 Exhibit No.   207D
                                                       15H

Por Blk 13, Tem. L. & W. Co. daf: N. 20' of S. 220' of E. 341' of Blk
13, & N. 20' of S. 574' of E. 341' of Blk 13.

Apparent Owner:     SOUTHARD, Edna N.

Gross Acreage      .2                           Wells: 7S3W-17N1 - Domestic

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-3-169                                    Exhibit No.  207D

    N. 70' of S. 554' of E. 341' of Blk 13, Tem. L. & W. Co.

Apparent Owner:    BEZANSON, Ray & Joanne E.

Gross Acreage    .5                   Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 20-3-170                                    Exhibit No.  207D

    N. 64' of S. 484' of E. 341' of Blk 13, Tem. L. & W. Co. EXC NWly 160'

Apparent Owner:    FREEMAN, Ed.

Gross Acreage    .3                   Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

_____

Parcel 20-3-171                                    Exhibit No.  207D

    NWly 160' of N. 64' of S. 484' of E. 341' Blk 13, Tem. L. & W. Co.

Apparent Owner:    LEE, Harry L. & Rose M.

Gross Acreage    .3                   Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.

580

Parcel 20-3-172                                           Exhibit No.   207D

    N. 100' of S. 420' of E. 341' of Blk 13, Tem. L. & W. Co.

Apparent Owner:   LEE, John & Paulette V.

Gross Acreage      .8                          Wells:

Irrigable Acreage  .8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-173                                           Exhibit No.   207D

    N. 100' of S. 320' of E. 341' of Blk 13, Tem. L. & W. Co.

Apparent Owner:   DETWILER, Charles W. & Hilda N.

Gross Acreage      .7                          Wells:

Irrigable Acreage  .7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-174                                           Exhibit No.   207D
                                                                        227A

    Por Blk 13, Tem. L. & W. Co. daf: Beg at inter of NWly li Juniper St. &
NEly li Washington Ave.; th NEly alg NWly li Juniper St., 150'; th NWly
& p/w NEly li Washington Ave., 50'; th SWly & p/w NWly li Juniper St.,
150' to NEly li Washington Ave.; th SEly alg NEly li Washington Ave.,
50' to pob.

Apparent Owner:   WILKS, Thomas H. & Theresa

Gross Acreage      .2                          Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-3-175                                          Exhibit No.  207D

    Por Blk 13, Tem. L. & W. Co. daf: Beg at pt on NEly li Washington Ave.
dist NWly 50' fr inter with NWly li Juniper St.; th NWly alg NEly li
Washington Ave., 120'; th NEly & p/w NWly li Juniper St. 200'; th SEly
& p/w NEly li Washington Ave., 170' to NWly li Juniper St.; th SWly
alg NWly li Juniper St., 50'; th NWly & p/w NEly li Washington Ave.,
50'; th SWly & p/w NWly li Juniper St., 150' to pob.

Apparent Owner:     EILERS, Alwine L.

Gross Acreage        .7                        Wells:

Irrigable Acreage   .7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-176                                          Exhibit No. 207D

    S. 200' of E. 341' of Blk 13, Tem. L. & W. Co. EXC SEly 170'.

Apparent Owner:     RASH, W. S. Jr.

Gross Acreage        .7                        Wells:

Irrigable Acreage   .7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-176A                                         Exhibit No.  207D

    Por Blk 13, Tem. L. & W. Co. daf: Beg at pt in c/l Adams Ave. dist
470' SEly of inter with c/l Kalma St.; th SWly & p/w c/l Kalma St.,
1320' to c/l Washington Ave.; th SEly alg c/l Washington Ave., 440';
th NEly & p/w c/l Kalma St., 1320' to c/l Adams Ave.; th NWly alg c/l
Adams Ave., 440' to pob. EXC Nly 985' thereof.

Apparent Owner:     WINTER, Sidney J. & Velma B.

Gross Acreage        3.4                       Wells:

Irrigable Acreage   3.4

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

Parcel 20-3-176B                                    Exhibit No.  207D

    For Blk 13, Tem. L. & W. Co. daf: Beg. at pt in c/l Adams Ave. diat.
470' SEly of Inter with c/l Kalma St.; th SWly & p/w c/l Kalma St. 985';
th SEly & p/w c/l Adams Ave., 440'; th NEly & p/w c/l Kalma St., 985'
to c/l Adams Ave.; th NWly alg c/l Adams Ave., 440' to pob.

Apparent Owner:    <u>MURRIETA ELEMENTARY SCHOOL DISTRICT</u>

Gross Acreage      10.6                            Wells:

Irrigable Acreage  10.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-177                                    Exhibit No.  207D

    Por Blk 14, Tem. L. & W. Co. daf: Beg. at pt in c/l Kalmia St. at inter
NEly li Washington Ave; th NWly alg NEly li Washington Ave., 260' to tpob;
th at r/a NEly 260'; th at r/a NWly 167.5'; th at r/a SWly 260' to pt on
NEly li Washington Ave.; th SEly on NEly li Washington Ave., 167.5' to tpob.

Apparent Owner:    <u>THOMPSON, M. Walter & Sarah Elizabeth
THOMPSON, Clifford J. & Allie J.</u>

Gross Acreage      1.0                             Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-178                                    Exhibit No.  207D

    NW½ of NE½ Blk 14, Tem. L. & W. Co.

Apparent Owner:    <u>THOMPSON, Max D. & Nita A.</u>

Gross Acreage      10.0                            Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-3-179                                      Exhibit No.      207D

    Por Blk 14, Tem. L. & W. Co. daf: Beg at pt on NEly li Washington Ave
& most Wly cor sd Blk 14; th SEly alg NEly li Washington Ave., 220';
th at r/a NEly 660'; th at r/a NWly 220' to NWly li sd Blk 14; th at
r/a SWly alg sd NWly li Blk 14, 660' to pob.

Apparent Owner:      THOMPSON, Blanche
                     THOMPSON, Raymond I. & Octavia D.

Gross Acreage        3.3                             Wells:

Irrigable Acreage    3.3

Irrigated Acreage    Unknown

Surface Diversions:

-------

Parcel 20-3-180 (See Parcel 20-4-53)

Parcel 20-3-181 (See Parcel 20-4-53)

-------

Parcel 20-3-182                                      Exhibit No.   207D

    Ely ⅓ Blk 14, Tem. L. & W. Co. Also por sd Blk 14 daf: Beg on NEly li
Washington Ave., 220' SEly fr most Wly cor Blk 14; th NEly at r/a 330'
to tpob; th NEly 330'; th SEly at r/a 374'; th at r/a SWly 330' to pt 330'
NEly of NEly li Washington Ave; th at r/a NWly 374' to tpob.

Apparent Owner:      THOMPSON, Sarah Elizabeth
                     THOMPSON, Clifford J. & Allie J.

Gross Acreage        12.8                            Wells:

Irrigable Acreage    12.8

Irrigated Acreage    Unknown

Surface Diversions:

-------

Parcel 20-3-183                                      Exhibit No.   207D

    NWly rectangular ½ Blk 15, Tem. L. & W. Co.

Apparent Owner:      MATICH, Janet B.

Gross Acreage        20.0                            Wells:

Irrigable Acreage    20.0

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.      584

Parcel 20-3-184                                    Exhibit No.  207D
                                                                15H

     SEly ½ Blk 15, Tem. L. & W. Co.

Apparent Owner:     MARCH, Rose Mary

Gross Acreage     20.0                        Wells: 783W-17L7 -

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-185                                    Exhibit No.  207D
                                                                15H

     Sly ¼ Blk 66, Tem. L. & W. Co.

Apparent Owner:     THOMPSON, Curtis T. & Miles W.

Gross Acreage     10.0                        Wells: 783W-17F2 - Domestic

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-186                                    Exhibit No.  207D

     NEly ½ of NEly ½ Blk 66, Tem. L. & W. Co. EXC por daf: Beg at most Ely
     cor sd Blk 66; th NWly 208'; th at r/a SWly 208'; th at r/a SEly 208';
     th at r/a NEly 208' to pob.

Apparent Owner:     WICKERD, Harold R. & Phronia P.

Gross Acreage     9.0                         Wells:

Irrigable Acreage  9.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
                    Exhibit H.
                              585

Parcel 20-3-187

Exhibit No.  207D
15H

Beg at most Ely cor Blk 66, Tem. L. & W. Co.; th NWly 208'; th at r/a SWly 104'; th at r/a SEly 208'; th at r/a NEly 104' to pob.

Apparent Owner:   SHELD, Thomas L. & Jacqueline K.

Gross Acreage     .5                          Wells: 7S3W-17G1 - Domestic

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-188

Exhibit No.  207D
15H

NWly ½ of NEly ½ Blk 66, Tem. L. & W. Co.

Apparent Owner:   BASTIAN, Glenn
                  WICKERD, Bessie M., aka BASTIAN, Bessie M.

Gross Acreage     10.0                        Wells: 7S3W-17C1 - Domestic

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-189

Exhibit No.  207D
15H

NW¼ of NW¼ of SW¼ Blk 66, Tem. L. & W. Co.

Apparent Owner:   CLARK, Van Elmo & Regina W.

Gross Acreage     5.0                         Wells: 7S3W-17F3 - Domestic

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.        586

Parcel 20-3-190

Exhibit No.   207D<br>15H

SE½ of NW½ of SW½ Blk 66, Tem. L. & W. Co.

Apparent Owner:   ROUSE, Clayton W. & Margaret E.

Gross Acreage      5.0                          Wells: 7S3W-17F1 - Domestic

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-191

Exhibit No.   207D

For Blk 66, Tem. L. & W. Co. daf: Beg at most Ely cor Blk 66; th SWly
104' to tpob; th at r/a NWly 208'; th at r/a SWly 104'; th at r/a SEly
208'; th at r/a NEly 104' to tpob.

Apparent Owner:   SHELD, Thomas L. & Jacqueline K.

Gross Acreage      .5                           Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-3-192

Exhibit No. 207D

NWly ½ Blk 67, Tem. L. & W. Co.

Apparent Owner:   FLAGG, Georgia E.

Gross Acreage      20.0                          Wells:

Irrigable Acreage   20.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30<br>Exhibit H.<br>587

Parcel 20-3-193

Exhibit No.  207D
15H

 Beg. at most Wly cor of SWly‡ Blk 67, Tem. L. & W. Co.; th at r/a SEly on NEly li Adams Ave., 244'; th NEly & p/w Kalmia St. 135'; th NWly & p/w NEly li Adams Ave., 244'; th SWly on NWly li sd SWly‡ 135' to pob.

Apparent Owner:  BEZANSON, Ray & Joanne  Wells: 7S3W-17K2 - Domestic

Gross Acreage  .6

Irrigable Acreage .6

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-3-194

Exhibit No.  207D
15H

 Sly ‡ Blk 67, Tem. L. & W. Co. EXC por daf: Beg at most Wly cor sd Sly ‡; th SEly on NEly li Adams Ave., 244'; th NEly & p/w Kalmia St., 135'; th NWly & p/w Adams Ave., 244'; th SWly on NWly li sd Sly ‡, 135' to pob.

Apparent Owner:  BATSON, Nathanial P., Floyd S., Jesse, Joe Cletus,
        Roy Parmer, & Mary Louise
      STRANG, Eula
      ANDERSON, Myrtle

Gross Acreage  9.3      Wells: 7S3W/17K3 - Domestic

Irrigable Acreage 9.3

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-3-195

Exhibit No.  207D
15H

 NEly ½ of SEly ½ Blk 67, Tem. L. & W. Co.

Apparent Owner:  BRYANT, Nora

Gross Acreage  10.0

Irrigable Acreage 10.0    Wells: 7S3W-17G2 - Domestic
            17K1 - Domestic

Irrigated Acreage Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

588

Parcel 20-3-196                                    Exhibit No.  207D
                                                                 15H
      Blk 68, Tem. L. & W. Co.                                   248

Apparent Owner:    JONES, Robert P. & Jane E.
                                                   7S3W-17J1 - Irrigation
Gross Acreage      40.0                    Wells: 7S3W-17J4 - Domestic

Irrigable Acreage  40.0

Irrigated Acreage  Unknown

Surface Diversions:

----

Parcel 20-3-197                                    Exhibit No.  207D
                                                                 15H
      SWly ½ Blk 69, Tem. L. & W. Co.

Apparent Owner:    SYKES, Howard Henry & Nina Grace

Gross Acreage      20.0                    Wells: 7S3W-17R1 - Domestic
                                                   17J1 - Irrigation
Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

----

Parcel 20-3-198                                    Exhibit No.  207D
                                                                 15H
      NEly ½ of NWly ½ Blk 69, Tem. L. & W. Co.

Apparent Owner:    COOPER, Walter & Leona

Gross Acreage      10.0                    Wells: 7S3W-17J3 -
                                                   17J4 - Domestic
Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
      Exhibit H.
                    589

Parcel 20-3-199                                    Exhibit No. 207D

    NWly ¼ of NEly ½ of SEly ½ Blk 69, Tem. L. & W. Co.

Apparent Owner:    <u>KING</u>, Rollo Ward & Minnie B.

Gross Acreage    4.7                                    Wells:

Irrigable Acreage  4.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-200                                    Exhibit No. 207D

             of SEly ½
    SEly ½ of NEly ½/Blk 69, Tem. L. & W. Co.

Apparent Owner:    <u>RASH</u>, Winfield, Jr.
                    <u>INCHAUSTI</u>, John

Gross Acreage    4.7                                    Wells:

Irrigable Acreage  4.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-6-201                                    Exhibit No. 207D

    Blk 90, Tem. L. & W. Co.

Apparent Owner:    <u>GARRISON</u>, John M. & Sadie F.

Gross Acreage    40.0                                   Wells:

Irrigable Acreage  40.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-6-202

NEly 4½ ac of NWly rectangular 254' Blk 91, Tem. L. & W. Co.

Apparent Owner:     CUCCIO, Peter A.

Gross Acreage       4.5

Wells:

Irrigable Acreage   4.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-6-203

Exhibit No. 207D

NWly rectangular 254' Blk 91, Tem. L. & W. Co. EXC NEly 4.5 ac thereof.

Apparent Owner:     STEINBERG, Samuel
                    TONGWAY, John M.

Gross Acreage       3.2

Wells:

Irrigable Acreage   3.2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-6-204

Exhibit No.  207D

Beg. at SEly cor Blk 91, Tem. L. & W. Co. at pt of inter of c/l Jefferson
Ave. & SEly bdy sd blk; th NEly alg SEly bdy 660'; th at r/a NWly 660';
th SWly at r/a 660' to c/l Jefferson Ave.; th SEly alg c/l Jefferson Ave.
660' to pob.

Apparent Owner:     RAIL, Clarence Harold

Gross Acreage       10.0

Wells: 7S3W-21D5 - Unused

Irrigable Acreage   10.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-6-205                                         Exhibit No.  207D

    NEly ½ of SEly ½ Blk 91, Tem. L. & W. Co.

Apparent Owner:    RAIL, J. C.

Gross Acreage       10.0                          **Wells:**

Irrigable Acreage   10.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-6-206                                         Exhibit No.  207D

    Por of Blk 91, Tem. L. & W. Co. daf: Beg at inter c/l Ivy St. & Madison
Ave.; th alg c/l Madison Ave. S. 42°15' E. 254' to tpob; th S. 42°15' E.
406'; th S. 47°45' W. 690'; th N. 42°15' W. 406'; th N. 47°45' E. 690'
to tpob.

Apparent Owner:    KLYNE, A. F. & Temple Annie

Gross Acreage        6.9                          **Wells:**

Irrigable Acreage    6.9

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-6-207                                         Exhibit No.  207D

    Por Blk 91, Tem. L. & W. Co. daf: Beg at pt on c/l Madison Ave., 660'
SEly fr inter of c/l Ivy St. & Madison Ave; th at r/a SWly 1320' to c/l
Jefferson Ave. & tpob; th NWly alg c/l Jefferson Ave., 145'; th at r/a
NEly 630'; th at r/a SEly 145'; th at r/a SWly 630' to tpob.

Apparent Owner:    GRAH, Harry M. & Lucienne

Gross Acreage        2.0                          **Wells:**

Irrigable Acreage    2.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

532

Parcel 20-6-208

For Blk 91 Tem. L. & W. Co. daf: Beg. at inter of c/l Ivy St. & Jefferson Ave.; th SEly on c/l Jefferson Ave., 265' to tpob; th SEly on c/l Jefferson Ave., 250'; th NEly & p/w c/l Ivy St., 630'; th NWly & p/w c/l Jefferson Ave., 250'; th SWly & p/w c/l Ivy St., 630' to tpob.

Apparent Owner:    STONE, Mack & Hazel
                   INCHAUSTI, John

Gross Acreage      3.6

Irrigable Acreage  3.6

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-16N2 - Unused
              16N3 - Domestic

———

Parcel 20-6-209

NEly ½ Blk 92, Tem. L. & W. Co.

Apparent Owner:    RAIL, C. R. & Hazel F.

Gross Acreage      20.0

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-16M1 - Domestic

———

Parcel 20-6-210

SWly ½ Blk 92, Tem. L. & W. Co.

Apparent Owner:    BATES, Ralph & Effie Louise

Gross Acreage      20.0

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-16N1 - Domestic
              16N8 - Domestic
              16N9 - Unused
              16N10 - Domestic

Parcel 20-6-211

Exhibit No.   207D<br>15H<br>226

NWly ½ Block 93, Tem. L. & W. Co.

Apparent Owner:   BRYANT, Edward

Gross Acreage        20.0                          Wells: 7S3W-17H2 - Domestic

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-6-212

Exhibit No.   207D

SEly ½ Blk 93, Tem. L. & W. Co.

Apparent Owner:   HALLBERG, Donald H. & Soledad

Gross Acreage        20.0                          Wells:

Irrigable Acreage  20.0

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-6-213

Exhibit No.   207D<br>15H

Blk 94, Tem. L. & W. Co.

Apparent Owner:   ARTHUR, Herbert C. & Margaret L.

Gross Acreage        38.8                          Wells: 7S3W-17H1 - Dry<br>17H3 - Domestic

Irrigable Acreage  38.8

Irrigated Acreage  Unknown

Surface Diversions:

534

Interlocutory Judg. #30<br>Exhibit H.

Parcel 20-6-214

Exhibit No.   207D
15H

Blks 95 & 96, Tem. L. & W. Co.

Apparent Owner:   BLACKMORE, Harvey & Betty Jean

Gross Acreage        74.0

Wells: 7S3W-17A1 -

Irrigable Acreage   19.4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-6-215

Exhibit No.   207D

Blk 97, Tem. L. & W. Co. EXC por lying Ely c/l Antelope Rd.

Apparent Owner:   BLACKMORE, Harvey & Betty Jean

Gross Acreage        26.6

Wells:

Irrigable Acreage   11.2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-6-216

Exhibit No.   207D

Por of Blk 97 Tem. L. & W. Co. lying Ely c/l Antelope Rd.

Apparent Owner:   THOMPSON, Paul H. & Mary M.

Gross Acreage        9.1

Wells:

Irrigable Acreage   7.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H._

595

Parcel 20-6-217

Exhibit No.  207D
15H

    Blk 98, Tem. L. & W. Co.

Apparent Owner:    THOMPSON, Paul H. & Mary M.

Gross Acreage     34.3               Wells: 7S3W-16C2 - Destroyed

Irrigable Acreage  34.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-6-218

Exhibit No.  207D

    Blk 99, Tem. L. & W. Co.

Apparent Owner:    CANTACESSI, Joe & Theresa

Gross Acreage     33.0               Wells:

Irrigable Acreage  33.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-6-219

Exhibit No.  207D

    Blk 100, Tem. L. & W. Co.

Apparent Owner:    RAIL, O. R. Hazel F.

Gross Acreage     34.2               Wells: 7S3W-16K1 - Stock

Irrigable Acreage  34.2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

596

Parcel 20-6-220                                        Exhibit No.  207D

   Blk 101, Tem. L. & W. Co.

Apparent Owner:    GARRISON, John M. & Sadie F.

Gross Acreage      30.3                          Wells:

Irrigable Acreage  30.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-6-221                                        Exhibit No.  207D
                                                                      15H

   Por of Lots 80 & 81, Blk 210, Tem. L. & W. Co. lying SWly State Highway.

Apparent Owner:    WEINSTEIN, Robert

Gross Acreage      60.0                          Wells: 7S3W-7H1 Unused
                                                         7H2 Unused
Irrigable Acreage  26.4                                  7H3 Unused

Irrigated Acreage  Unknown

Surface Diversions:

Riparian to Murrieta

---

Parcel 20-6-222                                        Exhibit No.  207D

   Lots 76 through 79, & those por Lots 80 & 81, Blk 210, Tem. L. &
W. Co. lying NEly State Highway.

Apparent Owner:    BACHER, Frederick A. & Virginia Rogers

Gross Acreage      185.0                         Wells: 7S3W-6J1 - Unused
                                                         6J2 - Unused
Irrigable Acreage  12.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-11-223 (See Parcel 20-4-62)

Parcel 20-11-224

Exhibit No.  207D
15H
220

    Lots 73 through 80, 89 through 96, Linda Rosa Sub. Also, por Linda Rosa
Sub daf: 220' strip lying SWly Union St. fr NWly li Date St. to c/l
Olive St.

Apparent Owner:  PEARL, Roland E. & Patricia
                    CUSTER, William & Marilyn Moyer

Gross Acreage    80.0                      Wells: 7S3W-27N1 - Unused
                                                      27N2 - Unused
Irrigable Acreage  73.2                             28R1 - Stock, Irrigation
                                                        28R2 - Stock

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-12-225

Exhibit No.  207D
15H
166

    Por Tem. L. & W. Co .daf. Beg. on SWly li Temecula Rho where partition
li between Murrieta & Pujol por of sd rho inter sd SWly bdy li & dist
S. 41° E. 55.17 ch fr Cor. No. 5 of sd rho; th Nly on sd SWly bdy li
18 ch; th Ely 124 ch 65 links to pt in c/l Garfield Ave. 17 ch 16 links
Nly fr inter c/l Garfield Ave. with SEly bdy li Murrieta Reserve; th Sly
alg c/l Garfield Ave to inter with SEly bdy Murrieta Reserve, which pt
is also NW Cor. J. M. Gonzales Ranch; th Wly alg sd SEly bdy li 123 ch
84 links to pob. EXC NEly rectangular 30' adj Garfield Ave.

Apparent Owner:  BARNETT, Ralph O.

Gross Acreage    199.6                    Wells: 7S3W-35K1 - Domestic

Irrigable Acreage  169.7

Surface Diversions:

Exhibit No. 207D
15H
201

Parcel 20-12-226; 20-7-302, 304 m 306, 307, 313, 325B, 384, 385, 389,
390, 392, 395, 396; 20-7-1-434, 435, 444; 20-8-480, 485, 486, 522,
524, 532, 535, 545, 546, 547, 548, 549, 557, 562, 563, 574, 581,
583, 590, 609; and, 72N-20,21-155 of Lower Murr. & Santa Gertrudis.

226--For Tem. L. & W. Co. known as Murrieta Reserve, daf: Beg. 1132.56' NWly
of E cor sd Murr Res in c/l Garfield Ave; th NWly alg c/l Garfield Ave
to inter with c/l Cherry St; th SWly alg c/l Cherry St to inter with SWly
Bdy Temecula Rho; th S. 46°15' E. 20.06 ch to Cor. No. 5; th S. 47° E.
2453.22' to a pt dist N. 47° W. 1188' fr most Sly cor sd Murr Res; th
NEly 8226.9' to pob.

302--For Blk 109 Tem. L. & W. Co. lying NEly of NEly li State Highway.
304--SWly ½ & Ely ¼ Blk 110, Tem. L. & W. Co. EXC por con State for highway.
305--Blks 111 through 113, Tem. L. & W. Co.
307--Blk 114, Tem. L. & W. Co. EXC 1 sq ac in most Sly cor.
313--Blks 118 through 121, Tem. L. & W. Co.
325B-Por Blk 124, Tem. L. & W. Co. daf: Beg at pt in c/l Monroe Ave, dist. SEly
330' fr inter with c/l Fig St; th NEly & p/w c/l Fig St, 660'; th SEly &
p/w c/l Monroe Ave, 330'; th SWly & p/w c/l Fig St, 660' to c/l Monroe
Ave; th NWly alg c/l Monroe Ave, 330' to pob. EXC por in State Highway
& Monroe Ave.
384--Blk 137, Tem. L. & W. Co.
385--SEly ½ Blk 138, Tem. L. & W. Co.
389--For Blk 138 Tem. L. & W. Co. daf: Beg at inter of c/l Lincoln Ave. &
Cherry St.; th SWly alg c/l Cherry St., 990'; th SEly & p/w c/l Lincoln
Ave., 330' to tpob; th SWly & p/w c/l Cherry St., 330' to pt in c/l Jackson
Ave.; th SEly alg c/l Jackson Ave., 66'; th NEly & p/w c/l Cherry St.,
330'; th NWly & p/w c/l Lincoln Ave., 66' to tpob.
390--For Blk 138, Tem. L. & W. Co. daf: Beg at pt in c/l Jackson Ave. dist
SEly 396' fr inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
330'; th SEly & p/w c/l Jackson Ave., 99'; th SWly & p/w c/l Cherry
St., 330' to c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 99' to pob.
392--Blk 139, Tem. L. & W. Co.
395--For Blk 141, Tem. L. & W. Co. lying Wly of Temecula Rd.
396--Blk 142, Tem. L. & W. Co.
434--Blk 136, Tem. L. & W. Co.
Por Blk 146, Tem. L. & W. Co. daf: Beg at most Wly cor; th NEly alg NWly
li 330'; th SEly & p/w SWly li, 330'; th SWly & p/w NWly li 330' to SWly
li; th NWly alg SWly li 330' to pob.
Por Blk 146, Tem. L. & W. Co. daf: Beg. at pt on NWly li 660' NEly of
most Wly cor; th SEly & p/w SWly li sd blk 528'; th SWly & p/w NWly li
330'; th NWly & p/w SWly li 426'; th NEly & p/w NWly li 165'; th NWly
& p/w SWly li 102'; th NEly 165' to pob.
435--Blk 145, Tem. L. & W. Co.
For Blk 146, Tem. L. & W. Co. daf: Beg at pt on c/l Franklin Ave. dist
SEly 330' fr inter with c/l Elm St.; th SEly alg c/l Franklin Ave. 330';
th SWly & p/w c/l Elm St., 330'; th NWly & p/w c/l Franklin Ave., 330';
th NEly & p/w c/l Elm St., 330' to pob
444--Por Blk 147, Tem. L. & W. Co. daf: Beg at inter of Wly li Blk 147 ext
& c/l Lincoln Ave; th NEly alg sd Wly li 330'; th SEly & p/w c/l Lincoln
Ave., 264'; th SWly & p/w sd Wly li 330' to c/l Lincoln Ave.; th NWly
alg c/l Lincoln Ave., 264' to pob.
Also, Beg. at pt on c/l Lincoln Ave. dist SEly 396' fr inter with Wly li
Blk 147 ext; th NEly & p/w sd Wly li 330'; th SEly & p/w c/l Lincoln Ave.,
264'; th SWly & p/w sd Wly li 330' to c/l Lincoln Ave.; th NWly alg c/l
Lincoln Ave., 264' to pob.

Parcel 20-12-226 Etc., Continued

450--NW¼ Blk 158, Tem. L. & W. Co.
  Por Blk 158, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St. dist SWly 330'
  fr inter with c/l Hancock Ave.; th SWly alg c/l Elm St., 495'; th NWly &
  p/w c/l Hancock Ave., 660'; th NEly & p/w c/l Elm St., 495'; th SEly & p/w
  c/l Hancock Ave., 660' to c/l Elm St.
  Blk 159 Tem. L. & W. Co.
485--Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in NWly bdy li sd Blk 160
  dist NEly 495' fr inter sd NWly bdy li ext with c/l Franklin Ave.; th SEly
  & p/w c/l Franklin Ave., 264'; th SWly & p/w NWly bdy li 165'; th SEly &
  p/w c/l Franklin Ave., 66'; th NEly & p/w sd NWly bdy li 165'; th SEly &
  p/w c/l Franklin Ave., 198'; th NEly & p/w sd NWly bdy li 165'; th NWly &
  p/w c/l Franklin Ave., 132'; th NEly & p/w sd NWly bdy li 165'; th NWly &
  p/w c/l Franklin Ave., 396' to sd NWly bdy li; th SWly alg sd NWly bdy
  li 330' to pob.
  Also, por daf: Beg at pt in NWly bdy li sd Blk 160, dist SWly 165' fr inter
  sd NWly bdy li ext with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave.,
  264'; th SWly & p/w sd NWly bdy li 165'; th NWly & p/w c/l Hancock Ave.,
  264' to sd NWly bdy li; th NEly alg sd NWly bdy li 165' to pob.
  Also, por daf: Beg. at pt in c/l Hancock Ave., dist. NWly 792' fr inter with
  c/l Date St.; th SWly & p/w c/l Date St., 330' to tpob; th SWly & p/w c/l
  Date St., 165'; th NWly & p/w c/l Hancock Ave., 132'; th NEly & p/w c/l Date
  St., 165'; th SEly & p/w c/l Hancock Ave., 132' to tpob.
  Also, por daf: Beg at pt in c/l Date St., dist SWly 660' fr inter with c/l
  Hancock Ave.; th NWly & p/w c/l Hancock Ave., 264' to tpob; th SWly & p/w
  c/l Date St., 165'; th NWly & p/w c/l Hancock Ave., 264'; th NEly & p/w c/l
  Date St., 165'; th SEly & p/w c/l Hancock Ave., 264' to tpob.
466--Por Blk 160, Tem. L. & W. Co. daf: Beg at pt on c/l Hancock Ave. dist. NWly
  528' fr inter with c/l Date St; th SWly & p/w c/l Date St., 330'; th NWly &
  p/w c/l Hancock Ave., 132'; th NEly & p/w c/l Date St., 330' to c/l Hancock
  Ave.; th SEly alg c/l Hancock Ave., 132' to pob.
  Also, por daf: Beg at pt in c/l Hancock Ave., dist NWly 792' fr inter with
  c/l Date St; th SWly & p/w c/l Date St., 495' to tpob; th SWly & p/w c/l
  Date St., 165'; th NWly & p/w c/l Hancock Ave., 132'; th NEly & p/w c/l
  Date St., 165'; th SEly & p/w c/l Hancock Ave., 132' to tpob.
522--Blk 161, Tem. L. & W. Co.
  NW¼ Blk 162, Tem. L. & W. Co.
  Por of Blk 162, Tem. L. & W. Co. daf: Beg at inter c/l Franklin Ave. with
  SEly bdy li ext.; th NEly alg sd SEly bdy li 330'; th NWly & p/w c/l Franklin
  Ave., 264'; th NEly & p/w SEly bdy li 165'; th NWly & p/w c/l Franklin Ave.,
  264'; th SWly & p/w sd SEly bdy li 165'; th NWly & p/w c/l Franklin Ave., 132';
  th SWly & p/w sd SEly bdy li 330' to c/l Franklin Ave.; th SEly alg c/l Frank-
  lin Ave., 660' to pob.
  Blk 163, Tem. L. & W. Co.
  Blk 164, Tem. L. & W. Co. EXC por daf: Beg at inter of c/l Banana St. &
  Hancock Ave.; th SEly alg c/l Hancock Ave., 1320'; th SWly & p/w c/l Banana
  St., 661.1'; th NWly & p/w c/l Hancock Ave to c/l Banana St.; th NEly alg
  c/l Banana St., 661.1' to pob. ALSO EXC SWly 86.79' as measured fr c/l
  Franklin Ave., of sd Blk 164.
  Blks 165 & 166, Tem. L. & W. Co.
  Blk 167, Tem. L. & W. Co. EXC NWly 660' thereof.
  Blks 169 & 170, Tem. L. & W. Co.
524--Por Blk 162, Tem. L. & W. Co. daf: Beg. at pt in c/l Hancock Ave., dist. SEly
  660' fr inter with c/l Cherry St.; th SWly & p/w c/l Cherry St., 330'; th SEly
  & p/w c/l Hancock Ave., 396'; th NEly & p/w c/l Cherry St., 330' to c/l Hancock
  Ave.; th NWly alg c/l Hancock Ave., 396' to pob.
  Por. Blk 167, Tem. L. & W. Co. daf: Beg. at inter of c/l Cherry St. & John Jay
  Ave.; th SWly alg c/l Cherry St., 990'; th SEly & p/w c/l John Jay Ave., 660';
  th NEly & p/w c/l Cherry St., 990' to c/l John Jay Ave.; th NWly alg c/l John
  Jay Ave., 660' to pob.

                                        Interlocutory Judg. #30
                                        Exhibit H.

                                                           600

Parcel 20-12-226 Etc., Continued

532--For Blk 164, Tem. L. & W. Co. daf:  Beg at inter of c/l Banana St. &
Hancock Ave.; th SEly alg c/l Hancock Ave., 1122'; th SWly & p/w c/l Banana
St., 661.1'; th NWly & p/w c/l Hancock Ave. to pt in c/l Banana St.; th
NEly alg c/l Banana St., 661.1' to pob.                    Also por Blk 167
Also por daf: Beg. at inter of c/l Hancock Ave. & Cherry St.; th NEly
alg c/l Cherry St., 330'; th SEly & p/w c/l Hancock Ave., 528'; th SWly
& p/w c/l Cherry St., 330' to c/l Hancock Ave; th NWly alg c/l Hancock
Ave., 528' to pob.                              lying Sly of li
535--For or Blks 171 & 172, Tem. L. & W. Co./daf: Beg. at pt on c/l Hancock
Ave, dist SEly 660' fr inter c/l Fig St.; th N. 88°00'30" W. through Blks
171, 172, 176, 177, 187, 188, 190 & 191 to pt in c/l Webster Ave., dist
NWly 660' fr inter with c/l Cherry St.
545--Por Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist.
NWly 250' fr inter with c/l Elm St.; th NEly & p/w c/l John Jay Ave., 225';
th SEly & p/w c/l John Jay Ave., 120'; th NEly & p/w c/l Elm St., 70'; th
NWly & p/w c/l John Jay Ave., 120'; th NEly & p/w c/l Elm St., 70'; th
NWly & p/w c/l John Jay Ave to pt on a li run diag across sd Blk 176 daf:
Beg at pt in c/l Hancock Ave., dist. 660' SEly fr inter with c/l Fig St.;
th N. 88°00'30" W. through Blocks 171, 172, 176, 177, 187, 188, 190 & 191
to pt in c/l Webster Ave. dist. NWly 660' fr inter with c/l Cherry St;
th Wly alg sd diag li to pt of inter with c/l John Jay Ave.; th SEly alg
c/l John Jay Ave. to pob.
546--Also, por daf: Beg at pt in c/l Elm St. dist. NEly 295' fr its inter with
c/l John Jay Ave.; th NWly & p/w c/l John Jay Ave., 250'; th NEly & p/w
c/l Elm St., 70'; th SEly & p/w c/l John Jay Ave., 250' to c/l Elm St;
th SWly alg c/l Elm St., 70' to pob.
547--Por Blk 176, Tem. L. & W. Co. daf: Beg. at pt in c/l Elm St., dist NEly
395' fr inter with c/l John Jay Ave.; th NWly & p/w c/l John Jay Ave. to li
run diag across sd Blk 176 (& daf: Beg. at pt in c/l Hancock Ave. & dist
660' SEly fr its inter with c/l Fig St.; th N. 88°00'30" W. through
Blocks 171, 172, 176, 177, 187, 188, 190 & 191 to pt in c/l Webster Ave.
dist. NWly 660' fr its inter with c/l Cherry St); th Ely alg sd diagonal
li to pt of inter with c/l Elm St.; th SWly alg c/l Elm St. to pob.
548--Por Blk 177, Tem. L. & W. Co lying Sly of li daf: Beg at pt in c/l Hancock
Ave., dist. 660' SEly fr its inter with c/l Fig St.; th N. 88°90'30" W.
through Blocks 171, 172, 176, 177, 187, 188, 190, and 191 to a pt in c/l
Webster Ave dist NWly 660' fr its inter with c/l Cherry St.
549--NEly 330' Blk 176 Tem. L. & W. Co.
Also por Blk 178, Tem. L. & W. Co. daf: Beg. at pt in NWly bdy li ext.
of sd Blk 178, dist. NEly 528' fr its inter with c/l John Jay Ave.; th NEly
alg sd NWly bdy li 132'; th SEly & p/w c/l John Jay Ave., 330'; th SWly &
p/w sd NWly bdy li 132'; th NWly & p/w c/l John Jay Ave., 330' to pob.
Also por Blk 178, daf: Beg. at pt in c/l John Jay Ave., dist SEly 330' fr
its inter with NWly bdy li ext. of sd Blk 178; th NEly & p/w sd NWly bdy
li 132' to pob; th SEly & p/w c/l John Jay Ave., 330'; th NEly & p/w sd
NWly bdy li 132'; th NWly & p/w c/l John Jay Ave., 330'; th SWly & p/w sd
NWly bdy li 132' to tpob.
Also por Blk 178, daf: Beg. at pt in c/l John Jay Ave., dist NWly 330' fr
inter with c/l Date St; th NEly & p/w c/l Date St., 132'; th NWly & p/w c/l
John Jay Ave., 330'; th SWly & p/w c/l Date St., 132' to c/l John Jay Ave;
th SEly alg c/l John Jay Ave., 330' to pob. EXC por in John Jay Ave.
Also por Blk 178 daf: Beg. at pt in c/l John Jay Ave., dist NWly 330' fr
inter with c/l Date St.; th NEly & p/w c/l John Jay Ave., 264' to tpob; th NWly
& p/w c/l John Jay Ave., 330'; th NEly & p/w c/l Date St., 396'; th SEly
& p/w c/l John Jay Ave., 330'; th SWly & p/w c/l Date St., 396' to pob.
557--Por Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist.
SEly 330' fr inter with NWly bdy li ext. of sd Blk 178; th NEly & p/w sd
NWly bdy li 264' to tpob; th SEly & p/w c/l John Jay Ave., 330'; th NEly
& p/w sd NWly bdy li 132'; th NWly & p/w c/l John Jay Ave., 330'; th SWly
& p/w sd NWly bdy li 132' to tpob.

Interlocutory Judg. #30
Exhibit H.

601

-146-

562--Por Blk 179, Tem. L. & W. Co. daf: Beg. at inter of Hamilton Ave. & Date St.; th SEly alg c/l Hamilton Ave., 660'; th SWly & p/w c/l Date St., 330'; th SEly & p/w c/l Hamilton Ave., 220'; th SWly & p/w c/l Date St., 165'; th NWly & p/w c/l Hamilton Ave., 220'; th SWly & p/w c/l Date St., 165'; th NWly & p/w c/l Hamilton Ave., 660' to c/l Date St.; th NEly alg c/l Date St., 660' to pob.
Also, por Blk 179, Tem. L. & W. Co. daf: Beg. at inter of c/l John Jay Ave. & Date St.; th NEly alg c/l Date St., 330'; th SEly & p/w c/l John Jay Ave., 660'; th SWly & p/w c/l Date St., 330' to c/l John Jay Ave.; th NWly alg c/l John Jay Ave., 660' to pob.
Also, por Blk 179 Tem. L. & W. Co. daf: Beg. at pt in c/l Cherry St. dist. NEly 330' fr inter with c/l John Jay Ave.; th NWly & p/w c/l John Jay Ave., 660'; th NEly & p/w c/l Cherry St., 165'; th SEly & p/w c/l John Jay Ave., 660' to c/l Cherry St.; th SWly alg c/l Cherry St., 165' to pob.
Also, Blks 180, 181 & 182, Tem. L. & W. Co.
Also Por Blk 183 Tem. L. & W. Co. daf: Beg at pt in c/l Apricot St. dist. SWly 333.66' fr inter with c/l Clinton Ave.; th N. 69°28'25" W., 1408.22' to pt in c/l Banana St. dist. SWly 979.66' fr inter with c/l Clinton Ave.
Also, Por Blk 184 Tem. L. & W. Co. daf: Beg at inter of c/l Hamilton Ave. & Banana St.; th N. 42°13'W. alg c/l Hamilton Ave., 1192.11'; th S. 76°26' E. 317.10'; th S. 52°07' E. 943.7' to c/l Banana St.; th SWly alg c/l Banana St. 340/34' to pob.
Also. Blk 185, Tem. L. & W. Co. Exc por daf: Beg. at inter c/l Clinton Ave. with SEly bdy li ext. of sd Blk 185; th SWly alg sd SEly bdy li 395.2'; th N. 31°11'05" W. 364.2'; th N. 30°18'05" E. 341.9' to c/l Clinton Ave.; th S. 42°03'30" E. alg c/l Clinton Ave., 460.12' to pob.

563--Por. Blk 179, Tem. L. & W. Co. daf: Beg. at inter c/l Hamilton Ave. & Cherry St.; th SWly alg c/l Cherry St., 330'; th NWly & p/w c/l Hamilton Ave., 330'; th NEly & p/w c/l Cherry St., 330' to c/l Hamilton Ave.; th SEly alg c/l Hamilton Ave., 330' to pob.

574--Por Blk 186, Tem. L. & W. Co. daf: Beg. at inter c/l Hamilton Ave., & Cherry St.; th NWly alg c/l Hamilton Ave., 660'; th NEly & p/w c/l Cherry St., 825'; th SEly & p/w c/l Hamilton Ave., 660' to c/l Cherry St.,; th SWly alg c/l Cherry St., 825' to pob.
Also, por Blk 186 Tem. L. & W. Co. daf: Beg at inter of c/l Clinton Ave. & Date St.; th SEly alg c/l Clinton Ave., 660'; th SWly & p/w c/l Date St., 330'; th NWly & p/w c/l Clinton Ave., 660' to c/l Date St.; th NEly alg c/l Date St., 330' to pob.
Also. Por Blk 187, Tem. L. & W. Co. daf: Beg at inter of c/l Clinton Ave. & Date St.; th SWly alg c/l Date St., 660'; th NWly & p/w c/l Clinton Ave., 860'; th SWly & p/w c/l Date St., 440'; th NWly & p/w c/l Clinton Ave., 460' to NWly bdy li sd Blk 187; th NEly alg sd NWly bdy li to its inter with li running diag across sd Blk 187 daf: Beg at pt in c/l Hancock Ave., dist. SEly 660' fr its inter with c/l Fig St.; th N. 88°00'30" W. through Blks 171, 172, 176, 177, 187, 188, 190 & 191 to pt in c/l Webster Ave., dist. NWly 660' fr its inter with c/l Cherry St.; th NEly alg sd diag. li to its inter with c/l Clinton Ave.; th SEly alg c/l Clinton Ave to pob.

581--Por Blk 187 Tem. L. & W. Co. daf: Beg at pt in c/l Date St. dist. NEly 440' fr its inter with c/l Hamilton Ave.; th NWly & p/w c/l Hamilton Ave., 430'; th NEly & p/w c/l Date St., 220'; th SEly & p/w c/l Hamilton Ave., 430' to c/l Date St.; th SWly alg c/l Date St., 220' to pob.
Also, Por. Blk 187 Tem. L. & W. Co. daf: Beg. at a pt in c/l Hamilton Ave., dist. NWly 1075' fr its inter with C/l Date St.; th NEly & p/w c/l Date St., 220'; th NWly & p/w c/l Hamilton Ave., to NWly bdy li sd Blk 187; th SWly alg sd NWly bdy li ext 220' to c/l Hamilton Ave.; th SEly alg c/l Hamilton Ave to pob.
Also, por Blk 188 Tem. L. & W. Co. daf: Beg at pt on li running diag across sd Blk 188 daf: (Beg at pt in c/l Hancock Ave., dist. SEly 660' fr inter with c/l Fig St.; th N. 88°00'30" W. through Blks 171, 172, 176, 177, 187, 188, 190 & 191 to pt in c/l Webster Ave. dist NWly 660' fr inter with c/l Cherry St.) dist. Ely 665.5' fr its inter with c/l Hamilton Ave.; th SWly & p/w SEly bdy li sd Blk 188 to pt 270' NEly of and at r/a to c/l Hamilton Ave.; th SEly & p/w c/l Hamilton Ave. to sd SEly bdy li; th NEly alg sd SEly bdy li to its inter. with sd diag li; th Wly alg sd diag li to pob.
Por. Blk 188 Tem. L. & W. Co. daf: Beg at inter of SEly bdy li ext of sd Blk 188 & c/l Hamilton Ave.; th NEly alg sd SEly bdy li 200'; th NWly & p/w c/l Hamilton Ave., 100'; th SWly & p/w sd SEly bdy li 200' to c/l Hamilton Ave.; th SEly alg c/l Hamilton Ave., 100' to pob.

Parcel 20-12-226 Etc., Continued

583--Por. Blk 187, Tem. L. & W. Co. daf: Beg. at inter of c/l Hamilton Ave. & Date
St.; th NEly alg c/l Date St., 440'; th NWly & p/w c/l Hamilton Ave., 430'; th
NEly & p/w c/l Date St., 220'; th NWly & p/w c/l Hamilton Ave., 430'; th SWly
& p/w c/l Date St., 660' to c/l Hamilton Ave.; th SEly alg c/l Hamilton Ave.,
660' to pob.

590--Por Blk 191 Tem. L. & W. Co. daf: Beg at pt in c/l Date St. & Clinton Ave.;
th SEly alg c/l Clinton Ave., 430'; th NEly & p/w c/l Date St., 660'; tn SEly
& p/w c/l Clinton Ave., 215'; th NEly & p/w c/l Date St., 440'; th NWly & p/w
c/l Clinton Ave. to li running diag across sd Blk 191(sd li daf: Beg at pt in
c/l Hancock Ave, dist. SEly 660' fr inter with c/l Fig St.; th N. 88°00'30" W.
through Blks 171, 172, 176, 177, 187, 188, 190 & 191 to pt in c/l Webster Ave.
dist. NWly 660' fr its inter with c/l Cherry St.); th Wly alg sd diag. li to
its inter with c/l Date St.; th SWly alg c/l Date St. to pob.
Also, that por Blk 191 Tem. L. & W. Co. daf: Beg. at pt in c/l Cherry St. dist.
NEly 660' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave.,
215' to tpob; th NEly & p/w c/l Cherry St., 110'; th NWly & p/w c/l Clinton
Ave., 220'; th SWly & p/w c/l Cherry St., 110'; th SEly & p/w c/l Clinton
Ave., 220' to pob.

609--Lots 3 through 6, Hot Springs Add., lying Wly of County Road.

72W-20,21-151 -- N½ of N½ Sec. 20; All of Sec. 21, T 7 S., R 2 W.

| | | |
|---|---|---|
| Apparent Owner: | RORIPAUGH, Leo E. & Marian E. | |
| | CASS, Louis & Virginia N. | |

| | | | | |
|---|---|---|---|---|
| Gross Acreage | 2,983.8 | | Wells: | 7S2W-21E1 - Stock |
| | | | | 30D2 - Domestic |
| Irrigable Acreage | 2,659.8 | | 7S3W-23K1 - Unused |
| | | | | 24Q2 - Domestic |
| Irrigated Acreage | Unknown | | | 25E1 - Irrigation |
| | | | | 26J1 - Irrigation |
| Surface Diversions: | | | | 26N1 - Domestic |
| | | | | 34Q1 - Irrigation |
| | | | | 35B2 - Stock |
| | | | | 35C1 - Irrigation |
| | | | | 35P1 - Domestic |
| | | | | 35F2 - Irrigation |

Parcel 20-12-227 (See Parcel 20-4-62)

Parcel 20-12-228:

Exhibit No. 207D
15H

Ely ½ Blk 3, Tem. L. & W. Co. exc por inc in fol desc: Beg at inter of c/l Washington Ave. & Elm St.; th S. 42°15' E. 968' alg c/l Washington Ave.; th N. 17°19' W. 1067.48' to c/l Elm St.; th S. 47°45' W. 450' alg c/l Elm St to pob.

Apparent Owner:     USSERY, Orie A. & Edith M.

Gross Acreage       19.0                        Wells: 7S3W-27L2 - Domestic
                                                       27L1 - Irrigation
Irrigable Acreage   16.8

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-12-229

Exhibit No. 207D
15H

Por Blk 3, Tem. L. & W. Co. daf: Beg at inter of c/l Washington Ave. & Elm St.; th S. 42°15' E. 968' alg c/l Washington Ave.; th N. 17°19' W. 1067.48' to c/l Elm St.; th S. 47°15' W. 450' alg c/l Elm St. to pob.

Apparent Owner:     DUTTON, Cecil G. & Maudelene

Gross Acreage       5.0                         Wells: 7S3W-27M2 - Destroyed
                                                       27M3 - Unused
Irrigable Acreage   1.0                                27M4 - Destroyed
                                                       27M5 - Domestic
Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-12-230

Exhibit No. 207D
15H

Por. Blk 3, Tem. L. & W. Co., daf: Beg. at inter of c/l Adams Ave. & Elm St.; th S. 42°15' E. 660' alg c/l Adams Ave.; th S. 47°45' W. 1216.83' to li that bears N. 17°19' fr a pt in c/l Washington Ave that is S. 42°15' E. 968' fr inter of c/l Washington Ave. & Elm St.; th N. 17°19' W. 727.83' to c/l Elm St.; th NEly alg c/l Elm St. 910' to pob.

Apparent Owner:     KING, Charles & Mae E.      Wells: 7S3W-27M1 - Stock
Gross Acreage:      16.1
Irrigable Acreage:  14.1
Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
804

Parcel 20-12-231

Exhibit No. 207D
15N
547

Blk 78, Tem. L. & W. Co.

Apparent Owner: WILKS, Thomas H.
TARWATER, Urban K. & Rose C.

Gross Acreage 40

Wells:

Irrigable Acreage 40

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-12-232

Exhibit No. 207D

Blks 79 & 80, Tem. L. & W. Co.

Apparent Owner: SYKES, Dovie M.

Gross Acreage 80.0

Wells:

Irrigable Acreage 77.0

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-7-233

Exhibit No. 207D

Blk 81, Tem. L. & W. Co. EXC por daf: Beg at inter of NEly li of par con
to Cty Riverside by deed rec 23 July 1915 in Book 406, page 301 of Deeds,
and the SEly li of Date St.; th SEly on NEly li of sd par so con 417.42';
th NEly and p/w SEly li of Date St. 417.42'; th NWly & p/w NEly li of sd
par so con 417.42' to SEly li Date St.; th SWly on SEly li of Date St.,
417.42' to pob.

Apparent Owner: SYKES, Amos J. & Dovie M.

Gross Acreage 34.3

Wells:

Irrigable Acreage 34.3

Irrigated Acreage Unknown

Surface Diversions:

Parcel 20-7-234

Exhibit No.  207D
15E

For Blk 81, Tem. L. & W. Co. daf:  Beg at inter of NEly li par con Cty
of Riverside by deed rec 23 July 1915, Book 406, page 301 Deed, and the SEly li
of Date St.; th SEly on NEly li of sd par so con 417.42'; th NEly & p/w SEly
li Date St., 417.42'; th NWly and p/w NEly li of sd par so con 417.42' to
SEly li of Date St.; th SWly on SEly li of Date St., 417.42' to pob.

Apparent Owner:    PERRY, Jane A.                    Wells:  7S3W-27J1 - Domestic

Gross Acreage        4.0

Irrigable Acreage   4.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-235

Exhibit No.  207D

Blk 82, Tem. L. & W. Co.

Apparent Owner:    SYKES, Dovie M.

Gross Acreage       38.2                    Wells:

Irrigable Acreage   37.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-236

Exhibit No.  207D

Por. Blk 83, Tem. L. & W. Co. lying NEly of SWly li of Cty Hwy, EXC SEly 20'
of sd Blk. 83.

Apparent Owner:    JOY, Walter Lewis

Gross Acreage       22.3                    Wells:

Irrigable Acreage   18.3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-151-

606

Parcel 20-7-237

SEly 20' Blk 83, Tem. L. & W. Co.

Exhibit No.  207D

Apparent Owner:   SYKES, Dovie M.

Gross Acreage       .58

Irrigable Acreage   .56

Irrigated Acreage  Unknown

Surface Diversions:

Wells:  None

---

Parcel 20-7-238

Exhibit No.  207D

For Blk 83 Tem. L. & W. Co. lying SWly of SWly li of Cty Hwy, EXC SEly 20' thereof.  Also EXC por daf:  Beg. at Sly cor Blk 83; th N. 42°06'03" W. 553.18' alg c/l Jefferson Ave; th N. 47°53'30" E. 504.52' to Cty Hwy; th S. 19°39'30" E. 402.25' alg SWly li sd hwy to pt on curve; th alg curve to SE having rad 603' and arc length of 168.83'; th S. 35°43' E. 18.5' to pt on SEly li of sd Blk; th S. 47°53'30" W. alg sd SEly li 306.94' to pob.

Apparent Owner:   DUTTON, Cecil C. & Maudelene

Gross Acreage       16.3 (incl. Par. 20-7-241)        Wells:

Irrigable Acreage   16.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-239

Exhibit No.  207D

Por. Blk 83, Tem. L. & W. Co. daf: Beg at Sly cor Blk 83; th N. 42°06'30" W. 553.18' alg c/l Jefferson Ave.; th N. 47°53'30" E. 504.52' to Cty Hwy; th S 19°39'30" E. 402.25' alg SWly li sd hwy to a pt on a curve to the SE having a rad of 603' and an arc length of 168.83'; th S. 35°43' E. 18.5' to a pt on SEly li sd Blk; th S. 47°53'30" W. alg sd SEly li 306.94' to pob, EXC SEly 20'.

Apparent Owner:   HARRIS, Edison & Frances A.

Gross Acreage       5.0                                Wells:

Irrigable Acreage   5.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit B.

S07

Parcel 20-7-240

Exhibit No.  207D
15H

Blk 84, Tem. L. & W. Co. EXC por daf: Beg. at Sly cor sd Blk; th NWly on c/l Jefferson Ave., 474.4'; th N. 47°53'30" E. 412.34' to SWly li of 60' hwy; th SEly on SWly li sd hwy to c/l Elm St.; th SWly on c/l Elm St. 517.77' to pob.

Apparent Owner:    JOY, Walter Lewis

Gross Acreage       32.2                        Wells:  783W-27C2 - Unused
                                                        27C3 - Unused
Irrigable Acreage   23.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-241

Exhibit No.  207D

For Blk 84, Tem. L. & W. Co. daf: Beg at Sly cor sd blk; th NWly alg c/l Jefferson Ave., 474.4'; th N. 47°53'30" E. 412.34' to SWly li of 60' hwy; th SEly on SWly li sd hwy to c/l Elm St.; th SWly on c/l Elm St, 517.77' to pob.

Apparent Owner:    DUTTON, Cecil C. & Maudelene

Gross Acreage       16.3 (Incl. Par 20-7-238)     Wells:

Irrigable Acreage   16.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-242

Exhibit No.  207D

Blks 85 & 86 Tem. L. & W. Co.

Apparent Owner   TARWATER, Urban K. & Rose C.
                 TARWATER, Benjamine W. & Clara I.

Gross Acreage       76.3                        Wells: 7S3W-27C1 -

Irrigable Acreage   76.3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-153-

Parcel 20-7-243                                    Exhibit No. 207D

    Por Blk 87, Tem. L. & W. Co. daf:  Beg at a pt in c/l Jefferson Ave. dist.
thereon SEly 726' fr its inter with c/l Guava St.; th NEly & p/w c/l Guava
St., 1320' to c/l Madison Ave.; th SEly on c/l Madison Ave., 594' m/l to
Ely cor sd blk; th SWly on SEly li sd blk 1320' to most Sly cor sd blk; th
NWly on SWly li sd blk 594' m/l to pob.

Apparent Owner:     JORDAN, Wendell

Gross Acreage        17.6                          Wells:

Irrigable Acreage   17.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-244                                    Exhibit No. 207D

    Por Blk 87, Tem. L. & W. Co. daf:  Beg at NW cor sd Blk; th Ely on c/l
Guava St to NE cor sd Blk; th Sly on c/l Madison Ave., 726'; th Wly &
p/w c/l Guava St., 1320' to c/l Jefferson Ave.; th Nly on c/l Jefferson
Ave., 726' to pob. EXC any por inc in streets.

Apparent Owner:     ROSENBERG, Max & Betty

Gross Acreage        21.5                          Wells:

Irrigable Acreage   21.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-245                                    Exhibit No. 207D

    Blk 88, Tem. L. & W. Co.

Apparent Owner:     CHARNOCK, Edward B. & Ann

Gross Acreage        39.1                          Wells: 7S3W-21G8 - Stock

Irrigable Acreage   38.4

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-246                                    Exhibit No.  207D

    Blk 89, Tem. L. & W. Co.

Apparent Owner:    MASON, Zalia K.

Gross Acreage        39.1                          Wells:

Irrigable Acreage    38.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-247                                    Exhibit No.  207D

    Blk 102, Tem. L. & W. Co.

Apparent Owner:    MIZE, Verner

Gross Acreage        38.5                          Wells:

Irrigable Acreage    37.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-248                                    Exhibit No.  207D

    Blks 103 & 104, Tem. L. & W. Co.

Apparent Owner:    CHARNOCK, Edward B.

Gross Acreage        80.0                          Wells:

Irrigable Acreage  80.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-249                                    Exhibit No.  207D

    For Blk 105, Tem. L. & W. Co. daf:  Beg at inter of c/l Monroe Ave & NEly
prol of NWly bdy li sd Blk 105; th SEly alg c/l Monroe Ave., 660' to tpob;
th SWly & p/w c/l Fig St., 330'; th SEly & p/w c/l Monroe Ave., 660' m/l
to inter with c/l Fig St.; th NEly alg c/l Fig St., 330' m/l to inter with
c/l Monroe Ave; th NWly alg c/l Monroe Ave to tpob.

Apparent Owner:    STORY, Ida May
                STORY, Byron, aka B. F.
                STORY, Lucy May, aka Lucy Olsen

Gross Acreage    5.0                  Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-7-250                                    Exhibit No.  207D

    For Blk 105 Tem. L. & W. Co. daf:  Beg. at pt in c/l Monroe Ave., dist. NWly
fr inter of c/l Monroe Ave. & Fig St., 660'; th NWly alg c/l Monroe Ave., 264';
th SWly & p/w c/l Fig St., 330'; th SEly & p/w c/l Monroe Ave., 264'; th NEly
& p/w c/l Fig St., 330' to pob.

Apparent Owner:    BRUCE, Howard E. & Corinne B.

Gross Acreage    2.0                Wells:

Irrigable Acreage  2.0

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-7-251                                    Exhibit No.  207D

    For Blk 105, Tem. L. & W. Co. daf:  Beg at pt in c/l Monroe Ave., dist NWly
924' fr the inter of c/l Monroe Ave. & Fig St.; th NWly alg c/l Monroe Ave.,
132'; th SWly & p/w c/l Fig St., 330'; th SEly & p/w c/l Monroe Ave., 132';
th NEly & p/w c/l Fig St., 330' to pob.

Apparent Owner:    JOHNSON, C. C. & Velma        Wells:

Gross Acreage    1.0

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.   611

Parcel 20-7-252                                    Exhibit No. 207D

 Por Blk 105, Tem. L. & W. Co., daf: Beg at pt in c/l Monroe Ave., dist.
SEly 132' fr inter of c/l Monroe Ave & NEly prol of NWly bdy li sd Blk 105;
th SEly on c/l Monroe Ave., 132'; th SWly & p/w c/l Fig St., 330'; th NWly
& p/w c/l Monroe Ave., 132'; th NEly & p/w c/l Fig St., 330' to pob.

Apparent Owner: WEAVER, Cora P.

Gross Acreage 1.0     Wells:

Irrigable Acreage 1.0

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-7-253                                    Exhibit No. 207D

 Por Blk 105, Tem. L. & W. Co., daf: Beg at most Nly Cor Blk 105, being inter
of NWly bdy li sd Blk 105 and SWly li Monroe Ave.; th SEly alg the SWly li Monroe Av
th SWly & p/w NWly li sd Blk 105, 300'; th NWly & p/w SWly li Monroe Ave.,
132' to NWly li Blk 105; th NEly alg sd NWly li 300' to pob.

Apparent Owner: IRWIN, Leslie & Clara

Gross Acreage 1.0     Wells:

Irrigable Acreage 1.0

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-7-254                                    Exhibit No. 207D

 Por Blk 105, Tem. L. & W. Co., daf: Beg at a pt on NWly bdy li Blk 105,
dist SWly 330' fr inter of sd NWly bdy li as ext & c/l Monroe Ave.; th
SEly & p/w c/l Monroe Ave., 132'; th SWly & p/w c/l Fig St., 330'; th
NWly & p/w c/l Monroe Ave., 132' to NWly bdy li sd Blk 105; th NEly alg
sd NWly bdy 330' to pob.

Apparent Owner: BROWN, Robert J. & Blanche C.

Gross Acreage 1.0     Wells:

Irrigable Acreage 1.0

Irrigated Acreage Unknown

Surface Diversions:

Parcel 20-7-255                                          Exhibit No.  207D

Por Blk 105, Tem. L. & W. Co., daf: Beg. at inter of c/l Monroe Ave. with NEly prol of NWly bdy li Blk 105; th SWly alg sd NWly bdy 330'; th SEly alg li p/w c/l Monroe Ave., 132' to tpob; th SEly alg li p/w c/l Monroe Ave., 264'; th SWly & p/w c/l Fig St. 330'; th NWly & p/w c/l Monroe Ave., 264'; th NEly & p/w c/l Fig St., 330' to tpob.

Apparent Owner:     STOUT, Ralph & Marie

Gross Acreage       2.0                          Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-256                                          Exhibit No.  207D

Por Blk 105, Tem. L. & W. Co., daf: Beg at pt on NWly bdy li Blk 105 dist SWly 300' fr SWly li Monroe Ave.; th SEly & p/w Monroe Ave., 396' to tpob; th SEly & p/w Monroe Ave., 132'; th SWly & p/w NWly bdy Blk 105, 330'; th NWly & p/w Monroe Ave., 132'; th NEly & p/w NWly bdy Blk 105, 330' to tpob.

Apparent Owner:     WELCH, Laura

Gross Acreage       1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-257                                          Exhibit No.  207D

Por Blk 105, Tem. L. & W. Co., daf:  Beg at inter of c/l Monroe Ave & NWly bdy li Blk 105 ext.; th SWly alg NWly bdy li 330'; th SEly & p/w c/l Monroe Ave., 528' to tpob; th SEly & p/w c/l Monroe Ave., 132'; th SWly & p/w NWly bdy Blk 105, 330'; th NWly & p/w c/l Monroe Ave., 132'; th NEly & p/w NWly bdy li Blk 105, 330' to tpob.

Apparent Owner:     CLARK, Charlotte S.

Gross Acreage       1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.        613

Parcel 20-7-258                                          Exhibit No. 207D

For Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/l Monroe Ave & NWly
bdy li Blk 105 ext; th SWly alg sd NWly bdy li 330'; th SEly & p/w c/l
Monroe Ave., 660' to tpob: th SEly & p/w c/l Monroe Ave., 132'; th SWly
& p/w c/l Fig St., 330'; th NWly & p/w c/l Monroe Ave., 132'; th NEly &
p/w c/l Fig St., 330' to tpob.

Apparent Owner:      BROWN, John C.
                     IRVING, Charles H.

Gross Acreage        1.0                        Wells:

Irrigable Acreage    1.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-259                                          Exhibit No. 207D

For Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/l Monroe Ave & NWly
bdy li Blk 105 ext; th SWly alg sd NWly bdy li, 330'; th SEly & p/w c/l
Monroe Ave., 792' to tpob; th SEly & p/w c/l Monroe Ave., 264'; th SWly
& p/w c/l Fig St., 330'; th NWly & p/w c/l Monroe Ave., 264'; th NEly
& p/w c/l Fig St., 330' to tpob.

Apparent Owner:      SANDERS, Henry

Gross Acreage        2.0                        Wells:

Irrigable Acreage    2.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-260                                          Exhibit No. 207D

For Blk 105, Tem. L. & W. Co., daf: Beg at inter of c/l Monroe Ave & NWly
bdy li Blk 105 ext; th SWly alg sd NWly bdy li, 330'; th SEly & p/w c/l
Monroe Ave., 1056' to tpob; th SEly & p/w c/l Monroe Ave., 132'; th SWly
& p/w c/l Fig St. 330'; th NWly & p/w c/l Monroe Ave., 132'; th NEly & p/w
c/l Fig St., 330' to tpob.

Apparent Owner:      SHARP, Mildred A.

Gross Acreage        1.0                        Wells:

Irrigable Acreage    1.0

Irrigated Acreage    Unknown

Surface Diversions:
                                        Interlocutory Judg. #30
                                            Exhibit H.

-150-                                                            614

Parcel 20-7-261                                    Exhibit No.  207D

    For Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/1 Monroe Ave &
    NWly li Blk 105 ext; th SWly alg NWly bdy li 330'; th SEly & p/w c/1
    Monroe Ave., 1188' to tpob; th SEly & p/w c/1 Monroe Ave., 132' to c/1
    Fig St; th SWly alg c/1 Fig St., 330'; th NWly & p/w c/1 Monroe Ave., 132';
    th NEly & p/w c/1 Fig St., 330' to tpob.

Apparent Owner:    SMITH, Prosper D. & Mabel E.

Gross Acreage        1.0                            Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

———

Parcel 20-7-262                                    Exhibit No.  207D

    For Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/1 Monroe Ave & NWly
    bdy li Blk 105 ext; th SWly alg sd NWly bdy li 660'; th SEly & p/w c/1
    Monroe Ave. 1188' to tpob; th SWly & p/w c/1 Fig St., 330'; th SEly &
    p/w c/1 Monroe Ave., 132' to c/1 Fig St.; th NEly alg c/1 Fig St., 330';
    th NWly & p/w c/1 Monroe Ave, 135' to tpob.

Apparent Owner:    CAMMACK, Dorothy E.
                   RICKER, Hilma J.

Gross Acreage        1.0                            Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

———

Parcel 20-7-263                                    Exhibit No.  207D

    For Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/1 Monroe Ave & NWly
    bdy li Blk 105 ext; th SWly alg sd NWly bdy li 660'; th SEly & p/w c/1
    Monroe Ave., 1056' to tpob; th SEly & p/w c/1 Monroe Ave., 132'; th SWly
    & p/w c/1 Fig St, 330'; th NWly & p/w c/1 Monroe Ave., 132'; th NEly & p/w
    c/1 Fig St., 330' to tpob.

Apparent Owner:    TAYLOR, Olive L.

Gross Acreage        1.0                            Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

                                          Interlocutory Judg. #30
                                               Exhibit H.
                                                            615

-150-

Parcel 20-7-264                                  Exhibit No. 207D

       Por Blk 105, Tem. L. & W. Co. daf:  Beg at inter of c/l Monroe Ave & NWly
       bdy li Blk 105 ext; th SWly alg sd NWly bdy li 660'; th SEly & p/w c/l
       Monroe Ave., 924' to tpob; th SEly & p/w c/l Monroe Ave 132'; th SWly &
       p/w c/l Fig St., 330'; th NWly & p/w c/l Monroe Ave 132'; th NEly & p/w
       c/l Fig St. 330' to tpob.

Apparent Owner:     ROSS, Ruth A. Mooney

Gross Acreage       1.0                  Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-265                                  Exhibit No. 207D

       Por Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/l Monroe Ave & NWly
       bdy li Blk 105 ext; th SWly alg sd NWly bdy li 660'; th SEly & p/w c/l
       Monroe Ave., 792' to tpob; th SEly & p/w c/l Monroe Ave., 132'; th SWly
       & p/w c/l Fig St., 330'; th NWly & p/w c/l Monroe Ave., 132'; th NEly &
       p/w c/l Fig St., 330' to tpob.

Apparent Owner:     COLEMAN, Lewis & Clara

Gross Acreage       1.0                  Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-266                                  Exhibit No. 207D

       Por Blk 105, Tem. L. & W. Co. daf:  Beg at inter of c/l Monroe Ave & NWly
       bdy li Blk 105 ext; th SWly alg sd NWly bdy li, 660'; th SEly & p/w c/l
       Monroe Ave., 660' to tpob; th SEly & p/w c/l Monroe Ave., 132'; th SWly
       & p/w c/l Fig St., 330'; th NWly & p/w c/l Monroe Ave., 132'; th NEly &
       p/w c/l Fig St., 330' to tpob.

Apparent Owner:     HAVENS, Ida Emma LuPont

Gross Acreage       1.0                  Wells:

Irrigable Acreage   1.0

Irrigated Acreage Unknown

Surface Diversions:

                                       Interlocutory Judg. #30
                                         Exhibit H.

616

Parcel 20-7-267                                         Exhibit No.   207D

   Por Blk 105, Tem. L. & W. Co. daf: Beg at a pt on NWly bdy li Blk 105 ext,
dist SWly 660' fr inter with c/l Monroe Ave.; th SEly & p/w c/l Monroe Ave.,
660'; th SWly & p/w c/l Fig St., 660' to c/l Madison Ave.; th NWly alg c/l
Madison Ave., 660' to SWly ext of sd NWly bdy li; th NEly alg sd NWly bdy
li ext 660' to pob.

Apparent Owner:     GARDNER, J. H., E. J., & J. O.

Gross Acreage       10.0                                Wells:

Irrigable Acreage   10.0

Irrigated Acreage   Unknown

Surface Diversions:

-------------------------

Parcel 20-7-268                                         Exhibit No.  207D

   Por Blk 105 Tem. L. & W. Co., daf: Beg at inter of c/l Monroe Ave & NWly
bdy li Blk 105 ext.; th SWly alg sd NWly bdy li 990'; th SEly & p/w c/l
Madison Ave., 660' to tpob; th SEly & p/w c/l Madison Ave., 132'; th SWly
& p/w c/l Fig St., 330' to c/l Madison Ave.; th NWly alg c/l Madison Ave.
132'; th NEly & p/w c/l Fig St., 330' to tpob.

Apparent Owner:     BRITTON, William J., Jr. & Cristina W.

Gross Acreage       1.0                                 Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

-------------------------

Parcel 20-7-269                                         Exhibit No.  207D

   Por Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/l Monroe Ave & NWly
bdy li Blk 105 ext; th SWly alg NWly bdy li 990'; th SEly & p/w c/l Madison
Ave., 792' to tpob; th SEly & p/w c/l Madison Ave., 132'; th SWly & p/w
c/l Fig St., 330' to c/l Madison Ave.; th NWly alg c/l Madison Ave., 132';
th NEly & p/w c/l Fig St., 330' to tpob.

Apparent Owner:     GILBERT, Margaret T.

Gross Acreage       1.0                                 Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

                                          Interlocutory Judg. #30
                                              Exhibit H.
                        -162-                                617

Parcel 20-7-270                                    Exhibit No.  207D

    For Blk 105, Tem. L. & W. Co. daf: Beg at inter of c/l Monroe Ave & NWly
bdy li Blk 105 ext; th SWly alg sd NWly bdy li 990'; th SEly & p/w c/l
Madison Ave., 924' to tpob; th SEly & p/w c/l Madison Ave., 396' to c/l
Fig St.: th SWly alg c/l Fig St., 330' to c/l Madison Ave.; th NWly alg
c/l Madison Ave., 395'; th NEly & p/w c/l Fig St., 330' to tpob.

Apparent Owner:    GILBERT, Margaret T.

Gross Acreage          3.0                        Wells:

Irrigable Acreage      3.0

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 20-7-271                                    Exhibit No.  207D

    Por Blk 106, Tem. L. & W. Co. daf: Beg at inter of c/l Madison Ave &
Fig St; th NEly alg c/l Fig St, 1056' to tpob; th NEly alg c/l Fig St., 264'
to c/l Monroe Ave; th SEly alg c/l Monroe Ave., 330'; th SWly & p/w c/l
Fig St., 264'; th NWly & p/w c/l Monroe Ave., 330' to tpob.

Apparent Owner:    MILLER, M. M.

Gross Acreage          2.0                        Wells:

Irrigable Acreage      2.0

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 20-7-272                                    Exhibit No.  207D

    Por Blk 106, Tem. L. & W. Co. daf: Beg at inter of c/l Madison Ave. & Fig
St.; th NEly alg c/l Fig St., 792' to tpob; th NEly alg c/l Fig St., 264';
th SEly & p/w c/l Monroe Ave., 330'; th SWly & p/w c/l Fig St., 264'; th
NWly & p/w c/l Monroe Ave., 330' to tpob.

Apparent Owner:    FARR, Walter L.

Gross Acreage          2.0                        Wells:

Irrigable Acreage      2.0

Irrigated Acreage      Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

618

-153-

Parcel 20-7-273                                    Exhibit No.  207D

For Blk 106, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist NEly
725' fr inter with c/l Madison Ave.; th NEly alg c/l Fig St. 66'; th SEly
& p/w c/l Madison Ave., 330'; th SWly & p/w c/l Fig St., 66'; th NWly &
p/w c/l Madison Ave., 330' to pob.

Apparent Owner:    MASON, John William

Gross Acreage        .5                            Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-274                                    Exhibit No.  207D

For Blk 106, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist NEly 660'
fr its inter with c/l Madison Ave.; th NEly alg c/l Fig St., 66'; th SEly
& p/w c/l Madison Ave., 330'; th SWly & p/w c/l Fig St., 66'; th NWly &
p/w c/l Madison Ave., 330' to pob.

Apparent Owner:    SALMON, Ernest & Muriel

Gross Acreage        .5                            Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-275                                    Exhibit No.  207D

For Blk 106 Tem. L. & W. Co. daf:  Beg at pt in c/l Madison Ave. dist SEly
535.25' fr its inter with c/l Fig St: th SEly alg c/l Madison Ave., 41.25';
th NEly & p/w c/l Fig St., 264'; th NWly & p/w c/l Madison Ave., 41.25';
th SWly & p/w c/l Fig St., 264' to pob.

Apparent Owner:    MILLER, M. M.

Gross Acreage        .3                            Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-154-

819

Parcel 20-7-276                                            Exhibit No.  207D

    Por Blk 106, Tem. L. & W. Co. daf:  Beg. at inter of c/l Monroe Ave. & Fig
St.; th SEly alg c/l Monroe Ave., 330' to tpob; th SEly alg c/l Monroe Ave.,
330'; th SWly & p/w c/l Fig St., 396'; th NWly & p/w c/l Monroe Ave., 330';
th NEly & p/w c/l Fig St., 396' to tpob.

Apparent Owner:    <u>SAUNDERS</u>, Mary Elizabeth

Gross Acreage    3.0              Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-277                                            Exhibit No.  207D

    Por Blk 106, Tem. L. & W. Co. daf:  Beg at pt on c/l Madison Ave. dist SEly
577.5' fr its inter with c/l Fig St; th SEly alg c/l Maditon Ave., 82.5';
th NEly & p/w c/l Fig St., 264'; th NWly & p/w c/l Madison Ave., 82.5';
th SWly & p/w c/l Fig St., 264' to pob.

Apparent Owner:    <u>HASTINGS</u>, Charles Earl

Gross Acreage    .5              Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-278                                            Exhibit No.  207D

    Por Blk 106, Tem. L. & W. Co., daf:  Beg at pt in c/l Madison Ave. dist NWly
495' fr its inter with SWly prol of SEly bdy li Blk 106; th NWly alg c/l
Madison Ave., 165'; th NEly & p/w c/l Fig St., 264'; th SEly & p/w c/l Madison
Ave., 165'; th SWly & p/w c/l Fig St., 264' to pob.

Apparent Owner:    <u>WATSON</u>, Ray Dodds

Gross Acreage    1.0              Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-279                                          Exhibit No. 207D

    Por Blk 106, Tem. L. & W. Co., daf: Beg at inter of c/1 Monroe Ave. & Fig
St.; th SEly alg c/1 Monroe Ave., 660' to tpob; th SEly alg c/1 Monroe Ave.,
330'; th SWly & p/w c/l Fig St., 396'; th NWly & p/w c/l Monroe Ave., 330';
th NEly & p/w c/l Fig St., 396' to tpob.

Apparent Owner:   ELLIS, Fred

Gross Acreage    3.0                          Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-280                                          Exhibit No. 207D

    Por Blk 106, Tem. L. & W. Co., daf: Beg. at pt in c/1 Madison Ave. dist.
NWly 330' fr its inter with the SWly prol of the SEly bdy li sd Blk 106;
th NWly alg c/1 Madison Ave., 165'; th NEly & p/w c/l Fig St., 264'; th
SEly & p/w c/l Madison Ave., 165'; th SWly & p/w c/l Fig St., 264' to pob.

Apparent Owner:   AUNE, Ornulf

Gross Acreage    1.0                          Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-281                                          Exhibit No. 207D

    Por Blk 106, Tem. L. & W. Co., daf: Beg at a pt on c/1 Fig St. dist SWly
660' fr its inter with c/1 Monroe Ave.; th SEly & p/w c/l Monroe Ave., 330'
to tpob; th SEly & p/w c/l Monroe Ave., 247.5'; th NEly & p/w c/l Fig St.,
264'; th NWly & p/w c/l Monroe Ave., 247.5'; th SWly & p/w c/l Fig St.,
264' to tpob.

Apparent Owner:   SALMON, Ernest & Muriel C.

Gross Acreage    1.5                          Wells:

Irrigable Acreage  1.5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.