Parcel 20-7-282                                          Exhibit No.  207D

    For Blk 106, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist SWly
660' fr its inter with c/l Monroe Ave.; th SEly & p/w c/l Monroe Ave.,
577.5' to tpob; th SEly & p/w c/l Monroe Ave., 247.5'; th NEly & p/w c/l
Fig St., 264'; th NWly & p/w c/l Monroe Ave., 247.5'; th SWly & p/w c/l
Fig St., 264' to tpob.

Apparent Owner:     SALMON, Ernest & Muriel

Gross Acreage       1.5                              Wells:

Irrigable Acreage   1.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-283                                          Exhibit No.  207D

    For Blk 106, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist SWly
660' fr its inter with c/l Monroe Ave.; th SEly & p/w c/l Monroe Ave. 825'
to tpob; th SEly & p/w c/l Monroe Ave., 165'; th NEly & p/w c/l Fig St., 264';
th NWly & p/w c/l Monroe Ave., 165'; th SWly & p/w c/l Fig St., 264' to tpob.

Apparent Owner:     INRIG, Alexander             Wells:

Gross Acreage       1.0

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-284                                          Exhibit No.  207D

    For Blk 106, Tem. L. & W. Co., daf: Beg at inter of c/l Fig St. & Monroe
Ave.; th SEly alg c/l Monroe Ave., 990' to tpob; th SEly alg c/l Monroe
Ave., 330'; th SWly & p/w c/l Fig St., 264'; th NWly & p/w c/l Monroe Ave.,
330'; th NEly & p/w c/l Fig St., 264' to tpob.

Apparent Owner:     ELLIS, Fred

Gross Acreage       2.0                              Wells:

Irrigable Acreage   2.00

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

622

Parcel 20-7-285                                             Exhibit No.   207D

For Blk 106, Tem. L. & W. Co., daf: Beg at pt in SEly bdy li Blk 106
dist SWly 264' fr inter with c/l Monroe Ave. with sd SEly bdy li ext.;
th NWly & p/w c/l Monroe Ave., 330'; th SWly & p/w sd SEly bdy li, 198';
th SEly & p/w c/l Monroe Ave., 330' to sd SEly bdy li; th NEly alg sd
SEly bdy li 198' to pob.

Apparent Owner:      FILMER, James W.

Gross Acreage         1.5                        Wells:

Irrigable Acreage   1.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-286                                            Exhibit No.   207D

For Blk 106, Tem. L. & W. Co., daf: Beg at pt on SEly bdy li sd Blk 106
dist SWly 462' fr inter of c/l Monroe Ave. & sd SEly bdy li ext; th NWly &
p/w c/l Monroe Ave., 330'; th SWly & p/w sd SEly bdy li 66'; th SEly &
p/w c/l Monroe Ave., 330' to sd SEly bdy li; th NEly alg sd SEly bdy li
66' to pob.

Apparent Owner:      SCEATS, Hubert J.

Gross Acreage         .5                         Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-287                                            Exhibit No.   207D

For Blk 106, Tem. L. & W. Co., daf:  Beg at pt on SEly bdy li sd Blk 106
dist. SWly 528' fr inter of c/l Monroe Ave. and sd SEly bdy li ext; th
NWly & p/w c/l Monroe Ave., 330'; th SWly & p/w sd SEly bdy li 264'; th
SEly & p/w c/l Monroe Ave., 330' to sd SEly bdy; th NEly alg sd SEly bdy
li 264' to pob.

Apparent Owner:      BARRETT, Fred S.

Gross Acreage        2.0                         Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-168-

623

Parcel 20-7-288          Exhibit No.  207D

Por Blk 106, Tem. L. & W. Co. daf: Beg at pt in SEly bdy li sd Blk 106 dist. NEly 264' fr the inter of c/l Madison Ave. with sd SEly bdy li ext; th NEly alg sd SEly bdy li 264'; th NWly & p/w c/l Madison Ave., 330'; th SWly & p/w sd SEly bdy li 264'; th SEly & p/w c/l Madison Ave., 330' to pob.

Apparent Owner:      <u>FILMER</u>, James W.

Gross Acreage      2.0           Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-289          Exhibit No.  207D

Por Blk 106, Tem. L. & W. Co. daf: Beg at pt on SEly bdy li sd Blk 106 dist. 132' NEly fr inter of c/l Madison Ave with sd SEly bdy li ext; th NEly alg sd SEly bdy li 132'; th NWly and p/w c/l Madison Ave., 330'; th SWly & p/w sd SEly bdy li, 132'; th SEly & p/w c/l Madison Ave., 330' to pob.

Apparent Owner:      <u>PAYNE</u>, J. M.

Gross Acreage      1.0           Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-290          Exhibit No.  207D

Por Blk 106, Tem. L. & W. Co. daf: Beg at inter of c/l Madison Ave., with SEly bdy li sd Blk 106 ext; th NWly alg c/l Madison Ave., 330'; th NEly & p/w sd SEly bdy li, 132'; th SEly & p/w c/l Madison Ave., 330' to sd SEly bdy li; th SWly alg sd SEly bdy li 132' to pob.

Apparent Owner:      <u>CROSS</u>, Harold C.

Gross Acreage      1.0           Wells:

Irrigable Acreage 1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.    624

Parcel 20-7-291                                    Exhibit No.  207D

Por Blk 106, Tem. L. & W. Co., daf: Beg at inter of c/1 Fig St. with
Fig St.; th NEly alg c/1 Fig St., 660'; th SEly & p/w c/1 Madison Ave.,
th SWly & p/w c/1 Fig St., 396'; th NWly & p/w c/1 Madison Ave., 550';
SWly & p/w c/1 Fig St., 264' to c/1 Madison Ave., th NWly alg c/1 Madison
Ave., 330' to pob.

Apparent Owner:    BARRETT, Fred S.

Gross Acreage         2.0                          Wells:

Irrigable Acreage 2.0

Irrigated Acreage  Unknown

Surface Diversions:

———————

Parcel 20-7-292                                    Exhibit No.  207D

Por Blk 106, Tem. L. & W. Co., daf: Beg at pt on c/1 Fig St. dist. NEly 264'
fr its inter with c/1 Madison Ave.; th SEly & p/w c/1 Madison Ave., 550' to
tpob; th NEly & p/w c/1 Fig St., 396'; th SEly & p/w c/1 Madison Ave., 110';
th SWly & p/w c/1 Fig St., 396'; th NWly & p/w c/1 Madison Ave., 110' to
tpob.

Apparent Owner:    MILLS, John A. & Ellen A.

Gross Acreage         1.0                          Wells:

Irrigable Acreage 1.0

Irrigated Acreage  Unknown

Surface Diversions:

———————

Parcel 20-7-293                                    Exhibit No.  207D

Por Blk 106 of Temecula L. & W. Co., daf: Beg. at a pt in SEly bdy li of
Blk 106 dist NEly 264' fr its inter with c/1 Madison Ave.; th NWly & p/w
c/1 Madison Ave., 550' to tpob; th NEly & p/w c/1 Fig St., 396'; th NWly
& p/w c/1 Madison Ave., 110'; th SWly & p/w c/1 Fig St., 396'; th SEly &
p/w c/1 Madison Ave., 110' to tpob.

Apparent Owner:    SALMON, Ernest & Muriel C.

Gross Acreage         1.0                          Wells:

Irrigable Acreage 1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-170-

625

Parcel 20-7-294                              Exhibit No. 207D

     Por Blk 106, Tem. L. & W. Co. daf: Beg at pt in c/1 Madison Ave., dist
NWly 330' fr its inter with SEly bdy li sd Blk 106 ext.; th NEly & p/w
c/1 Fig St., 264'; th NWly & p/w c/1 Madison Ave., 110' to tpob.; th
NEly & p/w c/1 Fig St., 396'; th NWly & p/w c/1 Madison Ave., 110';
th SWly & p/w c/1 Fig St., 396'; th SEly & p/w c/1 Madison Ave., 110'
to tpob.

Apparent Owner:    ELLIS, Fred

Gross Acreage      1.0                              Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-295                              Exhibit No. 207D

     Por Blk 106, Tem. L. & W. Co. daf: Beg at pt in c/1 Madison Ave., dist
NWly 330' fr its inter with SEly bdy li sd Blk 106 ext.; th NEly & p/w
c/1 Fig St., 264' to tpob; th NEly & p/w c/1 Fig St., 396'; th NWly &
p/w c/1 Madison Ave., 110'; th SWly & p/w c/1 Fig St., 396'; th SEly & p/w
c/1 Madison Ave., 110' to tpob.

Apparent Owner:    INRIO, Alexander

Gross Acreage      1.0                              Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

626

Parcel 20-7-296                                          Exhibit No.  207D

    Por Blk 106, Tem. L. & W. Co. daf: Beg at inter of c/l Fig St. &
Madison Ave.; th SEly alg c/l Madison Ave., 330' to tpob; th NEly
& p/w c/l Fig St., 264'; th SEly & p/w c/l Madison Ave., 165'; th
SWly & p/w c/l Fig St., 264' to c/l Madison Ave.; th NWly alg c/l
Madison Ave., 165' to tpob.

Apparent Owner:    BAWDEN, Marietta Eleanor

Gross Acreage       1.0                              Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-297                                          Exhibit No.  207D

    Por Blk 106 Tem. L. & W. Co. daf: Beg at pt in c/l Madison Ave., dist.
SEly 495' fr its inter with c/l Fig St.; th SEly alg c/l Madison Ave.
41.25'; th NEly & p/w c/l Fig St., 264'; th NWly & p/w c/l Madison Ave.,
41.25'; th SWly & p/w c/l Fig St., 264' to c/l Madison Ave., & pob.

Apparent Owner:    WILKINS, Hilda

Gross Acreage       .3                               Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

627

Parcel 20-7-298                                    Exhibit No.  207D

    Blk 107, Tem. L. & W. Co.,

Apparent Owner:  SPRAGER, Evelyn K., Sam O., Isobel Tanya & Harva Kaaren

Gross Acreage       40.0                      Wells:

Irrigable Acreage   40.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-299                                    Exhibit No.  207D

    Por Blk 108, Tem. L. & W. Co., daf: Beg at inter of c/l Elm St. & Monroe
    Ave.; th S. 42°03'30" E. alg c/l of Monroe Ave., 217.85' to SWly li of
    par con State of Calif; th SEly alg sd SWly li 396.39' to NWly li of SEly
    20 ac of sd Blk 108; th SWly alg sd NWly li 1232.2' to SWly li Blk 108;
    th NWly alg sd SWly li Blk 108, 603.85' to c/l Elm St; th NEly alg c/l Elm
    St., 1322.4' to pt of beg.

Apparent Owner:   BERGMAN, Nathan & Ann

Gross Acreage       19.8                      Wells: 7S3W-27A2 - Unused

Irrigable Acreage   19.8

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-300                                    Exhibit No.  207D

    SEly ½ Blk 108, Tem. L. & W. Co, EXC por con to State of Calif. daf: Beg.
    at Ely cor sd Blk 108; th alg SEly li sd Blk S. 47°56'43" W. 214.67'; th
    N. 28°41'00" W. 689.89' to NWly li of SEly 20 ac; th NEly alg NWly li sd
    SEly 20 ac N. 47°56'43" E., 59.42'; th alg NEly li sd Blk S. 41°44'48" E.,
    668.28' to pob.

Apparent Owner:   SYKES, Dovie M.

Gross Acreage       17.9                      Wells:

Irrigable Acreage   12.4

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

628

Parcel 20-7-301

For Blk 109, Tem. L. & W. Co. daf: Beg at inter of c/l Date St. & Madison Ave.; th N. 47°20'04" E. alg c/l Date St., 735.65' to SWly li State Hwy; th alg SWly li sd hwy N. 28°41' W. 114.44' to an angle pt; th N. 16°19' E. 35.35'; th N. 28°41' W. on SWly li sd hwy 278.98'; th S. 47°20'04" W. & p/w c/l Date St., 854.64' to c/l Madison Ave; th S. 41°45'12" E. alg c/l Madison Ave., 400.25' to pob.
Also, Beg. at inter of c/l Date St. & Madison Ave; th N. 41°45'12" W. alg c/l Madison Ave., 400.25 to tpob; th cont alg c/l Madison Ave., 200'; th N. 47°20'02" E. & p/w c/l Date St. to SWly li State hwy con to State of Calif by deed rec Book 1188 at page 478 OR; th S. 28°41' E. on SWly li sd hwy to most Nly cor land conv to Cantarini & wife,(being pt N. 47°20'02" E. 854.64' fr tpob); th S. 47°20'02" W. 854.64' to tpob.

Apparent Owner:   CANTARINI, Dan E. & Rose W.

Gross Acreage      11.0                          Wells: 7S3W-27J2 - Irrigation

Irrigable Acreage  11.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-302(See Parcel 20-12-226)

---

Parcel 20-7-303

Blk 109, Tem. L. & W. Co. EXC por lying NEly of NEly li State Hwy. Also EXC that por lying Sly of li daf: Beg. at pt in c/l Madison Ave. dist NWly 600.25' fr inter of c/l Date St & Madison Ave; th N. 47°20'02" E. & p/w c/l Date St. to SWly li of State Hwy con to State of Calif by deed July 13, 1950, rec in Book 1188, page 478, OR.

Apparent Owner:   HALL, George T. & Bertha

Gross Acreage      18.61                         Wells: 7S3W-27H2 - Domestic

Irrigable Acreage  18.61

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-304 (See Parcel 20-12-226)

Parcel 20-7-305                                              Exhibit No. 207D

   North ½ Blk 110, Tem. L. & W. Co. EXC por con to State of Calif for hwy

Apparent Owner:     FARR, Walter L.

Gross Acreage       6.7                            Wells:

Irrigable Acreage   6.7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-306 (See Parcel 20-12-226)

---

Parcel 20-7-307 (See Parcel 20-12-226)

---

Parcel 20-7-308                                              Exhibit No. 207D

   1 acre sq parcel in most Sly cor Blk 114, Tem. L. & W. Co.

Apparent Owner:     MC CLINTOCK, Charles H. & Ruth F.

Gross Acreage       1.0                            Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-309 & 310                                        Exhibit No. 207D

   Blk 115 & 116, Tem. L. & W. Co. EXC por of Blk 116 lying SWly of
   freeway right of way.

Apparent Owner:     RORIPAUGH, John E. & Pearl A.

Gross Acreage       54.6                           Wells: 783W-35B1 - Irrigation

Irrigable Acreage   54.6

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-311                                          Exhibit No.  207D

    Por Blk 116, Tem. L. & W. Co. daf: That por of Blk 116 lying SWly of freeway

Apparent Owner:  RAMSAY, Margaret Roripaugh

Gross Acreage      21.4                                  Wells:

Irrigable Acreage  21.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-312, 20-7-393, 20-7-394 & 20-8-531          Exhibit No.  207D
                                                                     15H
                                                                     218

312--Blk 117, Tem. L. & W. Co.
393--Blk 140, Tem. L. & W. Co.
394--Blk 141, Tem. L. & W. Co. EXC por lying Wly of Temecula Rd.
531--SWly 86.79' of Blk 164, Tem. L. & W. Co. as meas fr c/l Franklin Ave.

Apparent Owner:  SHAMEL, Jennings B. & Ruth T.

Gross Acreage      164.7                        Wells: 7S3W-25M1 - Stock
                                                          25M2 - Irrigation
Irrigable Acreage  158.6                                  26R1 - Domestic
                                                          26R2 - Irrigation
Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-313 (See Parcel 20-12-226)

---

Parcel 20-7-314                                          Exhibit No.  207D

    Blk 122, Tem. L. & W. Co.

Apparent Owner:  WILKS, Thomas H.
                 TARWATER, Urban K. & Rose C.

Gross Acreage      37.5                                  Wells:

Irrigable Acreage  32.6

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

631

Parcel 20-7-315                                      Exhibit No.  207D

   Por of Blk 123, Tem. L. & W. Co. lying Ely of hwy.

Apparent Owner:   <u>WINTER</u>, Harry C. & Florence Warren

Gross Acreage    25.0                        Wells: 7S3W-22R1 -

Irrigable Acreage  18.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-316                                      Exhibit No.  207D

   Por Blk 123, Tem. L. & W. Co. lying Wly of hwy.

Apparent Owner:   <u>SPRAGER</u>, Evelyn K., Sam O., Isobel Tanya & Harva Kaaren

Gross Acreage    8.0                         Wells:

Irrigable Acreage  6.9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-317                                      Exhibit No.  207D

   Por Blk 124, Tem. L. & W. Co. daf: Beg at inter of c/l Fig St. & Jackson
Ave; th SWly alg c/l Fig St., 132'; th at r/a SEly 330'; th at r/a NEly
132' to c/l Jackson Ave; th NWly alg c/l Jackson Ave., 330' to pob, EXC
por lying in Jackson Ave. & Fig St.

Apparent Owner:   <u>DORRER</u>, Walter B. & Ruth

Gross Acreage    1.0                         Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-177-

632

Parcel 20-7-316                                      Exhibit No.  207D

For Blk 124, Tem. L. & W. Co daf: Beg at pt on c/l Fig St., 132' SWly fr its inter with c/l Jackson Ave; th SWly alg c/l Fig St., 132'; th at r/a SEly 330'; th at r/a NEly, 132'; th at r/a NWly 330' to pob EXC that por in Fig St.

Apparent Owner:     SAUNDERS, Edward C. & Ida L.

Gross Acreage       1.0                             Wells:

Irrigable Acreage   1.0

Irrigated Acreage   3x0 Unknown

Surface Diversions:


Parcel 20-7-319                                     Exhibit No.  207D

For Blk 124, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist SWly 528' fr its inter with c/l Jackson Ave; th SEly & p/w c/l Jackson Ave., 330'; th SWly & p/w c/l Fig St., 132'; th NWly & p/w c/l Jakkson Ave., 330' to c/l Fig St.; th NEly alg c/l Fig St., 132' to pob.

Apparent Owner:     STATE OF CALIFORNIA

Gross Acreage       1.0                             Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 20-7-320                                     Exhibit No.  207D

For Blk 124, Tem. L. & W. Co. daf: Beg at pt in c/l Jackson Ave., dist SEly 330' fr its inter with c/l Fig St.; th SWly & p/w c/l Fig St., 132'; th at r/a SEly 330'; th NEly at r/a 132' to c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 330' to pob. EXC por in Jackson Ave. & strip 30' wide alg SEly side for road purposes.

Apparent Owner:     FRULEIGH, Margaret E.

Gross Acreage       1.0                             Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:


Interlocutory Just. #30
Exhibit H.

636

Parcel 20-7-321 & 322

321--Por Blk 124, Tem. L. & W. Co. daf: Beg. at pt on c/l Jackson Ave., 660' SEly
fr its inter with c/l Fig St.; th SWly & p/w c/l Fig St., 132'; th at r/a
NWly 330'; th at r/n SWly 132'; th at r/a SEly 660'; th at r/a NEly 264'
to c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 330' to pob. EXC such
parts as public holds for rds or pt in NWly rect 30', SEly rect 30' of NWly
330'; and NWly rect 30' of SEly 330'; and NEly 30' in Jackson Ave.
322--Por of Blk 124, Tem. L. & W. Co. daf: Beg at pt on c/l Jackson Ave. dist.
990' SEly fr its inter with c/l Fig St.; th SWly & p/w c/l Fig St., 132'
to pob; th SWly & p/w c/l Fig St., 132'; th at r/a SEly 330'; th at r/a
NEly 132'; th at r/a NWly 330' to tpob. EXC strip 30' wide alg SEly side
for street.

Apparent Owner:      BROWN, Leslie S.
                     ELIASON, Hjalmar H.

Gross Acreage        4.0                          Wells: 783W-22K1 - Domestic

Irrigable Acreage    4.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-323

Por Blk 124, Tem. L. & W. Co. daf: Beg at inter of c/l Monroe Ave. & Fig
St; th NEly alg c/l Fig St., 660'; th SEly & p/w c/l Monroe Ave., 330';
th SWly & p/w c/l Fig St., 660' to c/l Monroe Ave.; th NWly alg c/l Monroe
Ave., 330' to pob. EXC por in Monroe Avenue & Fig St.
Also, Beg. at pt in c/l Jackson Ave., dist SEly 990' fr its inter with c/l
Fig St.; th SWly & p/w c/l Fig St., 132'; th SEly & p/w c/l Jackson Ave.,
330'; th NEly & p/w c/l Fig St., 132' to c/l Jackson Ave.; th NWly alg c/l
Jackson Ave., 330' to pob. EXC por in Jackson Ave.
Also, Beg. at pt in c/l Monroe Ave. dist SEly 660' fr its inter with c/l
Fig St; th NEly & p/w c/l Fig St., 503.08' to SWly li of State Hwy; th Sly
alg SWly li State Hwy 675.92' to SEly bdy li sd Blk 124; th SWly alg sd
SEly bdy li 327.50' to c/l Monroe Ave; th NWly alg c/l Monroe Ave., 660' to
pob. EXC por in Monroe Ave.
Also, Beg at pt in c/l Jackson Ave., dist SEly 660' fr its inter with c/l
Fig St.; th SWly & p/w c/l Fig St., 264' to tpob; th SEly & p/w c/l Jackson
Ave., 660'; th SWly & p/w c/l Fig St., 396'; th NWly & p/w c/l Jackson Ave., 660'
th NEly & p/w c/l Fig St., 396' to tpob, EXC por in State Hwy.

Apparent Owner:      BUGGERE, William H. & Esther V.

Gross Acreage        3.3                          Wells:

Irrigable Acreage    3.3

Irrigated Acreage    Unknown

Surface Diversions:

634

Parcel 20-7-324                                    Exhibit No.  207D

　　　Por Blk 124, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist. SWly
264' fr its inter with c/l Jackson Ave; th SEly & p/w c/l Jackson Ave.,
660'; th SWly,& p/w c/l Fig St., 264'; th NWly & p/w c/l Jackson Ave., 195.97'
to NEly li State Hwy; th Nly alg NEly li State Hwy 492.44' m/l to c/l Fig
St.; th NEly alg c/l Fig St. to pob. EXC por in Fig St.

Apparent Owner:      BORUCHIN, John & Dora
                     GANCARSKI, Leon & Bella

Gross Acreage        3.2                           Wells:

Irrigable Acreage    3.2

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-325                                    Exhibit No.  207D

　　　Por Blk 124, Tem. L. & W. Co. daf: Beg at pt in c/l Fig St. dist. SWly
528' fr its inter with c/l Jackson Ave.; th SEly & p/w c/l Jackson Ave.,
434.03' to tpob; th SEly & p/w c/l Jackson Ave., 195.97'; th SWly & p/w c/l
Fig St., 61.52' to NEly li State Hwy; th NWly alg NEly li State Hwy 205.41'
to tpob.

Apparent Owner:      FULTON, Frances Orendorff

Gross Acreage        .2                            Wells:

Irrigable Acreage    .2

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 207-7-325A                                  Exhibit No.  207D

　　　Por of SEly ½ of SWly ½ Blk 124, Tem. L. & W. Co. lying NEly of State Hwy.

Apparent Owner:      WINTER, Harry C. & Florence Warren

Gross Acreage        .8                            Wells:

Irrigable Acreage    .8

Irrigated Acreage    Unknown

Surface Diversions:

S35

Parcel 207-7-325B (See Parcel 22x4x 20-12-226)     Interlocutory Judg. #30
                                                   Exhibit H.

Parcel 20-7-326                                         Exhibit No. 207D

    NE¼ Blk 125, Tem. L. & W. Co.

Apparent Owner:    BURGESS, William H. & Esther V.

Gross Acreage      .2                          Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-7-327                                        Exhibit No. 207D

    NE¼ Blk 125, Tem. L. & W. Co. EXC por lying NEly of State Hwy. Also, EXC
    por daf: Beg at most Wly cor of sd NE¼; th S. 41°44'10" E. 1172.12'; th
    N. 30°37'37" W. 687.95'; th alg a curve concave SWly having rad of 1900'
    through ang of 15°03'46", a dist of 499.50' to NWly li sd Blk 125, dist
    NEly 163.63' fr pob; th SWly alg sd NWly li 163.63' to pob.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage      4.7                         Wells:

Irrigable Acreage  4.7

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-7-328                                        Exhibit No. 207D

    Por of NE¼ Blk 125, Tem. L. & W. Co. daf: Beg. at most Wly cor sd NE¼;
    th S. 41°44'10" E. 1172.12'; th N. 30°37'37" W. 687.95'; th alg curve concave
    SWly having rad of 1900' through an angle of 15°03'46" a dist of 499.5' to
    NWly li sd Blk 125, dist NEly 163.63' fr pob; th SWly alg sd NWly li 163.63'
    to pob.

Apparent Owner:    COLEMAN, Fay & Fern

Gross Acreage      3.3                         Wells:

Irrigable Acreage  2.6

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

636

Parcel 20-7-329                                             Exhibit No.  207D

    For NE½ Blk 125, Tem. L. & W. Co. lying NEly of State Hwy.

Apparent Owner:    GREGORY, Alfred A. & Irma L.

Gross Acreage      3.0                          Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

----

NUMBER 330 NOT USED

----

Parcel 20-7-331                                             Exhibit No.  207D

    Lots 1 & 2, Blk 126, Tem. L. & W. Co.

Apparent Owner:    SCHENCK, Emil & Cecilia E.

Gross Acreage      1.5                          Wells:

Irrigable Acreage  1.5

Irrigated Acreage  Unknown

Surface Diversions:

----

Parcel 20-7-332                                             Exhibit No.  207D

    Lots 3 through 5, Blk 126, Tem. L. & W. Co.

Apparent Owner:    MADZOEFF, Marderos & Victoria

Gross Acreage      3.0                          Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

637

Parcel 20-7-333                                                    Exhibit No.  207D

    Lot 6, Blk 126, Tem. L. & W. Co.

Apparent Owner:    MC KENNA, Mollie A.

Gross Acreage    1.0            Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-334                                                   Exhibit No.  207D

    Lots 7 & 8, Block 126, Tem. L. & W. Co.

Apparent Owner:    EBERHARDT, Neoma, aka Hackenburg

Gross Acreage    2.0            Wells:

Irrigable Acreage  2.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-335                                                   Exhibit No.  207D

    Lots 9 & 10, Blk 126, Tem. L. & W. Co.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage    2.0            Wells:

Irrigable Acreage  2.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.

-183-

638

Parcel 20-7-335                                          Exhibit No.  207D

    Lots 11 through 14, Blk 126, Tem. L. & W. Co.

Apparent Owner:   MADZOEFF, Marderos & Victoria

Gross Acreage       4.0                                 Wells:

Irrigable Acreage   4.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-337                                          Exhibit No.  207D

    Lot 15, Blk 126, Tem. L. & W. Co.

Apparent Owner:   WITZELL, Herman J. & Virginia L.
                SAPERO, Kalmen C.

Gross Acreage       1.0                                 Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-338                                          Exhibit No.  207D

    Lot 16, Blk 126, Tem. L. & W. Co.

Apparent Owner:   MADZOEFF, Marderos & Victoria

Gross Acreage       1.0                                 Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-339                                          Exhibit No.  207D

   Lot 17, Blk 126, Tem. L. & W. Co.

Apparent Owner:   WINTER, Georgella N., aka Campbell
                   WINTER, Fred G.
                   MADZOEFF, John

Gross Acreage     .5                              Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-340                                          Exhibit No.  207D

   Lots 18 through 21, Blk 126, Tem. L. & W. Co.

Apparent Owner:   MADZOEFF, Marderos & Victoria

Gross Acreage    3.0                             Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-341                                          Exhibit No.  207D

   NEly $\frac{1}{2}$ of SEly $\frac{1}{2}$ Blk 126, Tem. L. & W. Co.

Apparent Owner:   COLEMAN, Cora V.

Gross Acreage    5.8                             Wells:

Irrigable Acreage  5.8

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

640

Parcel 20-7-342                                    Exhibit No. 207D

　　　SWly ½ of SEly ½ Blk 126, Tem. L. & W. Co.

Apparent Owner:　　COLEMAN, Fern & Fay

Gross Acreage　　　10.0                           Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-343                                    Exhibit No. 207D

　　　Blk 127, Tem. L. & W. Co.

Apparent Owner:　　CHARNOCK, Edward B. & Ann

Gross Acreage　　　34.5                           Wells:

Irrigable Acreage  34.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-344                                    Exhibit No. 207D

　　　For Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
　　　Monroe Ave.; th NEly alg c/l Hawthorne St., 1188' to tpob; th SEly & p/w
　　　c/l Monroe Ave., 165'; th NEly & p/w c/l Hawthorne St., 132' to c/l Jackson
　　　Ave.; th NWly alg c/l Jackson Ave., 165' to its inter with c/l Hawthorne St.;
　　　th SWly alg c/l Hawthorne St., 132' to tpob.

Apparent Owner:　　SMILEY, Emma M.

Gross Acreage　　　.5                             Wells:

Irrigable Acreage　.25

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-186-

641

Parcel 20-7-345 Exhibit No. 207D

That por Blk 128 Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. & Monroe Ave.; th NEly alg c/l Hawthorne St., 1188'; th SEly & p/w c/l Monroe Ave., 165' to tpob; th SEly & p/w c/l Monroe Ave., 165'; th NEly & p/w c/l Hawthorne St., 132' to c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 165'; th SWly & p/w c/l Hawthorne St., 132' to tpob.

Apparent Owner:   DINSMORE, James A.

Gross Acreage       .5                          Wells:

Irrigable Acreage  None

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-346 Exhibit No. 207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. & Monroe Ave.; th NEly alg c/l Hawthorne St., 1056' to tpob; th SEly & p/w c/l Monroe Ave., 330'; th NEly & p/w c/l Hawthorne St., 132'; th NWly & p/w c/l Monroe Ave., 330' to c/l Hawthorne St.; th SWly alg c/l Hawthorne St., 132' to tpob.

Apparent Owner:   PAYNE, J. M. (Trustee)

Gross Acreage      1.0                          Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-347 Exhibit No. 207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. & Monroe Ave.; th NEly alg c/l Hawthorne St., 924' to tpob; th SEly & p/w c/l Monroe Ave., 330'; th NEly & p/w c/l Hawthorne St., 132'; th NWly & p/w c/l Monroe Ave., 330' to c/l Hawthorne St.; th SWly alg c/l Hawthorne St., 132' to tpob.

Apparent Owner:   MITCHARD, Herbert & Bessie

Gross Acreage      1.0                          Wells:

Irrigable Acreage  .9

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-187-

S42

Parcel 20-7-348                                           Exhibit No.  207D

    For Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
Jackson Ave.; th SEly alg c/l Jackson Ave., 440' to tpob; th SEly alg c/l
Jackson Ave., 220'; th SWly & p/w c/l Hawthorne St., 396'; th NWly & p/w
c/l Jackson Ave., 220'; th NEly & p/w c/l Hawthorne St., 396' to tpob.

Apparent Owner:     BARTLET, Henry James & Isabella Margaret

Gross Acreage       2.0                           Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-349                                           Exhibit No.  207D

    Por Blk 128, Tem. L. & W. Co. daf: Beg at c/l Hawthorne St. & Jackson
Ave.; th SEly alg c/l Jackson Ave., 660' to tpob; th SWly & p/w c/l
Hawthorne St., 271.5'; th SEly & p/w c/l Jackson Ave., 80.22'; th NWly
& p/w c/l Hawthorne St., 271.5' to c/l Jackson Ave; th NWly alg c/l
Jackson Ave., 80.22' to tpob.

Apparent Owner:     CRABB, William & Marian Grace

Gross Acreage        .5                           Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-350                                           Exhibit No.  207D

    Por Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
Jackson Ave.; th SEly alg c/l Jackson Ave., 740.22' to tpob; th SWly &
p/w c/l Hawthorne St 271.5'; th SEly & p/w c/l Jackson Ave., 80.22';
th NEly & p/w c/l Hawthorne St., 271.5' to c/l Jackson Ave.; th NWly
alg c/l Jackson Ave., 80.22' to tpob.

Apparent Owner:     INRIG, Alexander

Gross Acreage        .5                           Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-351                                    Exhibit No.  207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at inter c/l Hawthorn St. & Jackson
Ave; th SEly alg c/l Jackson Ave., 820.44' to tpob; th SWly & p/w c/l
Hawthorne St., 271.5'; th SEly & p/w c/l Jackson Ave., 80.22'; th NEly
& p/w c/l Hawthorne St., 271.5' to c/l Jackson Ave.; th NWly alg c/l
Jackson Ave., 80.22' to tpob.

Apparent Owner:      HIBBERSON, Mabel
                     FARMER, Doris Maywood

Gross Acreage        .5                         Wells:

Irrigable Acreage    None

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-352                                    Exhibit No.  207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at c/l Hawthorne St. & Jackson
Ave; th SEly alg c/l Jackson Ave., 900.66' to tpob; th SWly & p/w c/l
Hawthorne St., 271.5'; th SEly & p/w c/l Jackson Ave., 80.22'; th NEly
& p/w c/l Hawthorne St., 271.5' to c/l Jackson Ave.; th NWly alg c/l Jackson
Ave., 80.22' to tpob.

Apparent Owner:      HIBBERSON, Alice N.

Gross Acreage        .5                         Wells:

Irrigable Acreage    None

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-353                                    Exhibit No.  207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
Jackson Ave.; th SEly alg c/l Jackson Ave., 980.88' to tpob; th SWly &
p/w c/l Hawthorne St., 271.5'; th SEly & p/w c/l Jackson Ave., 86.34',
m/l, to c/l Riverside Cty Hwy; th Ely alg c/l Cty Hwy to its inter with
c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 230.8' to tpob.

Apparent Owner:      BARRETT, Fred S.

Gross Acreage        1.0                         Wells:

Irrigable Acreage    None

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-189-                                              844

Parcel 20-7-354                                   Exhibit No.  207D

For Blk 126, Tem. L. & W. Co. daf: Beg at pt on c/l Jackson Ave., 660'
SEly of its inter with c/l Hawthorne St.; th SWly & p/w Hawthorne St., 271.5'
to tpob; th SEly & p/w c/l Jackson Ave., 406.5', m/l, to c/l Riverside Cty
Hwy; th SWly alg c/l Cty Hwy to pt dist 390' SWly at r/a fr c/l Jackson
Ave; th NWly & p/w c/l Jackson Ave., 330' to pt dist. 660' SEly fr c/l
Hawthorne St.; th NEly & p/w c/l Hawthorne St., 118.5' to tpob.

Apparent Owner:    WALLACE, Elsie Jean

Gross Acreage       1.0                            Wells:

Irrigable Acreage  None

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-355                                   Exhibit No.  207D

For Blk 128, Tem. L. & W. Co. daf: Beg at inter c/l Hawthorne St. & Monroe
Ave.; th NEly alg c/l Hawthorne St., 792' to tpob; th SEly & p/w c/l Monroe
Ave., 330'; th NEly & p/w Hawthorne St., 132'; th NWly & p/w Monroe Ave.,
330' to c/l Hawthorne St.; th SWly alg c/l Hawthorne St., 132' to tpob.

Apparent Owner:    HAZLEWOOD, Helen Adelaide

Gross Acreage       1.0                            Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-356                                   Exhibit No.  207D

For Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
Monroe Ave.; th NEly alg c/l Hawthorne St., 726' to tpob; th SEly & p/w
c/l Monroe Ave., 330'; th NEly & p/w Hawthorne St., 66'; th NWly & p/w c/l
Monroe Ave., 330' to c/l Hawthorne St.; th SWly alg c/l Hawthorne St., 66'
to tpob.

Apparent Owner:    MITCHARD, Herbert & Bessie

Gross Acreage       .5                             Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

645

Parcel 20-7-357                                                    Exhibit No.  207D

For Blk 134, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
Monroe Ave.; th NEly alg c/l Hawthorne St., 660'; th SEly & p/w c/l Monroe
Ave., 330' to tpob; th SEly & p/w c/l Hawthorne St. 354' to pt SWly 396'
fr c/l Jackson Ave.; th SEly & p/w c/l Monroe Ave., 165'; th SWly & p/w
c/l Hawthorne St., 354' to pt NEly 660' fr c/l Monroe Ave.; th NWly
& p/w c/l Monroe Ave., 165' to tpob.

Apparent Owner:    CROSSLEY, H. L. & Margaret Eleanor

Gross Acreage       1.0                            Wells:

Irrigable Acreage    .9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-358                                                    Exhibit No.  207D

For Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St. &
Monroe Ave.; th NEly alg c/l Hawthorne St., 660'; th SEly & p/w c/l Monroe
Ave., 495' to tpob; th SEly & p/w c/l Monroe Ave., 165'; th NEly & p/w c/l
Hawthorne St., 264' to a pt dist SWly 396' fr c/l Jackson Ave.; th NWly
& p/w c/l Monroe Ave., 165'; th SWly & p/w c/l Hawthorne St., 264' to tpob.

Apparent Owner:    MILLS, John A., aka Adolphus & Ellen A.

Gross Acreage       1.0                            Wells:

Irrigable Acreage    .75

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-359                                                    Exhibit No.  207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in c/l Jackson Ave., dist
SEly 660' fr its inter with c/l Hawthorne St.; th SWly & p/w c/l Hawthorne
St., 390' to tpob; th SEly & p/w c/l Hawthorne St., 270'; th SEly & p/w
c/l Jackson Ave., 99' to c/l Riverside Cty Hwy; th Ely alg c/l sd cty hwy
to pt dist. 390' SWly at r/a fr c/l Jackson Ave; th NWly & p/w c/l Jackson
Ave., 330' to tpob.

Apparent Owner:    NAUDEN, Marietta Eleanor

Gross Acreage       1.0                            Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-360                                    Exhibit No.   207D

Por Blk 128, Tem. L. & W. Co. daf: beg at inter of c/l Hawthorne St. &
Monroe Ave.; th NEly alg c/l Hawthorne St., 377.4'; th SEly & p/w c/l
Monroe Ave., 304.3' to tpob; th SEly & p/w c/l Monroe Ave. to inter with
c/l Riverside Cty Hwy; th Ely alg c/l sd cty hwy to pt dist NEly at r/a
345' fr c/l Monroe Ave.; th NWly & p/w c/l Monroe Ave., to pt dist SEly
366.3' fr c/l Hawthorne St.; th SWly & p/w c/l Hawthorne St., 167.6' to
tpob.

Apparent Owner:     CROSSLEY, Margaret Eleanor & H. L.

Gross Acreage       1.1                           Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-361                                    Exhibit No.   207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at inter c/l Monroe Ave. & Hawthorne
St.; th NEly alg c/l Hawthorne St., 377.4'; th SEly & p/w c/l Monroe Ave.,
115.32'; th SWly & p/w c/l Hawthorne St., 377.4' to c/l Monroe Ave.; th
NWly alg c/l Monroe Ave., 115.32' to pob.

Apparent Owner:     TAYLOR, Clara L.

Gross Acreage       1.0                           Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-362                                    Exhibit No.   207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at inter of c/l Hawthorne St.
& Monroe Ave.; th NEly alg c/l Hawthorne St., 377.4'; th SEly & p/w c/l
Monroe Ave., 235.5' to tpob; th SWly & p/w c/l Hawthorne St., 317.4' to
inter with c/l Riverside Cty Hwy; th Ely alg c/l sd cty hwy to pt dist
at r/a NEly 377.4' fr c/l Monroe Ave.; th NWly & p/w c/l Monroe Ave to tpob.

Apparent Owner:     STEWART, Stanley & Adelaide

Gross Acreage       1.1                           Wells:

Irrigable Acreage   1.1

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

847

Parcel 20-7-363                                    Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at inter c/l Jackson Ave. with c/l
Riverside Cty Hwy; th SEly alg c/l Jackson Ave., 108' to inter with SEly bdy
li sd Blk 128, ext; th SWly alg sd SEly bdy ext 252'; th NWly & p/w c/l
Jackson Ave., 240' to inter with c/l Cty Hwy; th Ely alg c/l Cty Hwy to
pob.

Apparent Owner:     SALMON, Ernest (In trust)

Gross Acreage       1.0                        Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-364                                    Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in SEly bdy li sd Blk 128
dist 252' SWly fr its inter, as ext., with c/l Jackson Ave.; th SWly
alg sd SEly bdy 75'; th NWly & p/w c/l Jackson Ave., to its inter with
c/l Riverside Cty Hwy; th Ely alg c/l sd cty hwy to pt dist at r/a SWly
252' fr c/l Jackson Ave.; th SEly & p/w c/l Jackson Ave., 240' to pob.

Apparent Owner:     PAYNE, J. M. (Trustee)

Gross Acreage       .5                         Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-365                                    Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in SEly bdy li sd Blk 128,
dist SWly 327' fr its inter, as ext, with c/l Jackson Ave.; th SWly alg sd
SEly bdy li 75'; th NWly & p/w c/l Jackson Ave., 342' to inter with c/l
Riverside Cty Hwy; th Ely alg c/l sd cty hwy to pt 327' SWly at r/a fr c/l
Jackson Ave; th SEly & p/w c/l Jackson Ave. to pob.

Apparent Owner:     BARTLET, Isabella

Gross Acreage       .5                         Wells:

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

-193-

648

Parcel 20-7-366                  Exhibit No. 207D

For Blk 128, Tem. L. & W. Co., daf: Beg at pt in SEly bdy li sd Blk 128 SWly 402' fr its inter, as ext., with c/l Jackson Ave.; th SWly alg sd SEly bdy li 114'; th NWly & p/w c/l Jackson Ave., 425' to inter with c/l Riverside Cty Hwy; th Ely alg c/l sd cty hwy to pt dist SWly at r/a fr c/l Jackson Ave., 402'; th SEly & p/w c/l Jackson Ave., 342' to pob.

Apparent Owner:    ELLIS, Fred

Gross Acreage      1.2                 Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-367                  Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in SEly bdy li sd Blk 128 dist 516' SWly fr its inter, as ext, with c/l Jackson Ave.; th SWly alg sd bdy li 87'; th NWly & p/w c/l Jackson Ave., 242'; th NEly & p/w sd SEly bdy li, 87'; th SEly & p/w c/l Jackson Ave., 242' to pob.

Apparent Owner:    DINSMORE, James A.

Gross Acreage      .5                 Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-368                  Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in SEly bdy li sd Blk 128, dist SWly 690' fr its inter, as ext, with c/l Jackson Ave.; th NWly & p/w c/l Jackson Ave., 270' to tpob; th NWly & p/w c/l Jackson Ave., 270'; th SWly & p/w sd SEly bdy li 242'; th SEly & p/w c/l Jackson Ave., 270'; th NEly & p/w sd SEly bdy li 242' to tpob.

Apparent Owner:    BARRETT, Fred S.

Gross Acreage      1.5               Wells:

Irrigable Acreage   1.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

S49

Parcel 20-7-369                                              Exhibit No. 207D

For Blk 128, Tem. L. & W. Co., daf: Beg at pt on SEly bdy li sd Blk 128,
dist SWly 690' fr its inter, an exten, with c/l Jackson Ave., th NWly & p/w
c/l Jackson Ave., 180' to tpob; th NWly & p/w c/l Jackson Ave., 90'; th
SWly & p/w sd SEly bdy li 242'; th SEly & p/w c/l Jackson Ave., 90'; th
NEly & p/w sd SEly bdy li, 242' to pob.

Apparent Owner:     MILLS, John A. & Ellen A.

Gross Acreage          .5                          Wells:

Irrigable Acreage      .35

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-370                                              Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in SEly bdy li sd Blk 128,
dist SWly 690' fr its inter, as ext, with c/l Jackson Ave.; th NWly & p/w
c/l Jackson Ave., 90' to tpob; th NWly & p/w c/l Jackson Ave., 90'; th
SWly & p/w sd SEly bdy 242'; th SEly & p/w c/l Jackson Ave., 90'; th NEly
& p/w sd SEly bdy li 242' to tpob.

Apparent Owner:     FILMER, James W.

Gross Acreage          .5                          Wells:

Irrigable Acreage      .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-371                                              Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf:  Beg at pt in SEly bdy li sd Blk 128
dist SWly 690' from its inter, as ext, fr c/l Jackson Ave.; th NWly & p/w c/l
Jackson Ave., 90'; th SWly & p/w sd SEly bdy li 242'; th SEly & p/w c/l
Jackson Ave. 90' to sd SEly bdy; th NEly alg sd SEly bdy 242' to pob.

Apparent Owner:     SCEATS, Hubert J.

Gross Acreage          .5                          Wells:

Irrigable Acreage  None

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

650

Parcel 20-7-372                                      Exhibit No. 207D

For Blk 128, Tem. L. & W. Co. daf: Beg at pt in c/l Monroe Ave. dist NWly
540' fr its inter with SEly bdy li sd Blk 128, as ext.; th NEly & p/w sd SEly
bdy li 242' to tpob; th NWly & p/w c/l Monroe Ave. to its inter with c/l
Riverside Cty Hwy; th NEly alg sd c/l sd cty hwy 520'; th SEly & p/w c/l
Monroe Ave., 50'; th at r/a SWly & p/w sd SEly bdy li 388' to tpob.
Also, por of sd Blk 128 daf: Beg at pt in c/l Monroe Ave. dist NWly 792'
fr its inter with SEly bdy li sd Blk 128 ext.; th NEly & p/w sd SEly bdy 242';
th NWly & p/w c/l Monroe Ave., 110' to c/l Riverside Cty Hwy; th SWly alg
sd c/l sd cty hwy to its inter with c/l Monroe Ave.; th SEly alg c/l Monroe
Ave., 335' to pob.
Also, that por of sd Blk 128, daf: Beg at pt in c/l Monroe Ave. dist SEly
115.32' fr its inter with c/l Hawthorne St.; th NEly & p/w Hawthorne St.,
377.4'; th SEly & p/w c/l Monroe Ave., 120.18'; th SWly & p/w c/l Hawthorne
St., 317.4' to inter with c/l Riverside Cty Hwy; th Wly alg c/l sd Cty Hwy
75' to inter with c/l Monroe Ave.; th NWly alg c/l Monroe Ave to pob.
Also, that por sd Blk 128, daf: Beg at pt of inter of c/l Monroe Ave.
with SEly bdy li sd Blk 128, as ext; th NWly alg c/l Monroe Ave. 792';
th NEly & p/w sd SEly bdy 101.18'; th S. 57°55' E. 93.70'; th NEly & p/w sd
SEly bdy li 114.74'; th SEly & p/w c/l Monroe Ave., 162'; th NEly & p/w sd
SEly bdy li 145'; th SEly & p/w c/l Monroe Ave., 540' to sd SEly bdy li;
th SWly alg sd SEly bdy as ext 388' to pob.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage      9.9                        Wells:

Irrigable Acreage  9.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-373                                      Exhibit No. 207D

Por Blk 128, Tem. L. & W. Co. daf: Beg at pt on c/l Monroe Ave dist. NWly
702' fr its inter with SEly bdy li sd Blk 128, ext; th NWly alg c/l Monroe
Ave., 90'; th NEly & p/w SEly bdy 242'; th SEly & p/w c/l Monroe Ave.,
90'; th SWly & p/w SEly bdy 242' to pob. EXC therefrom that por conv to
State of California for freeway purposes.

Apparent Owner:    CROWE, Stanley B. & Cornelia A.

Gross Acreage      .3                         Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

651

Parcel 20-7-375

Exhibit No. 207D

For Blk 125, Tem. L. & W. Co. daf: Beg at inter c/l Hawthorne St. & Jackson Ave; th SEly alg c/l Jackson Ave., 330' to tpob; th SEly alg c/l Jackson Ave., 110'; th NWly & p/w c/l Hawthorne St 330'; th NWly & p/w c/l Jackson Ave., 110'; th NEly & p/w c/l Hawthorne St., 330' to tpob.
Also, Beg at inter of c/l Hawthorne St. & Monroe Ave.; th NWly alg c/l Hawthorne St. 660' to tpob; th SEly & p/w c/l Monroe Ave., 330'; th NEly & p/w c/l Hawthorne St., 66'; th NWly & p/w c/l Monroe Ave., 330' to c/l Hawthorne St.; th SWly alg c/l Hawthorne St., 66' to tpob.
Also, Beg at inter of c/l Hawthorne St & Monroe Ave; th NEly alg c/l Hawthorne St., 545'; th SEly & p/w c/l Monroe Ave., 308.3' to tpob; th SEly & p/w c/l Monroe Ave. to inter with c/l Riverside Cty Hwy; th Ely alg c/l sd Cty Hwy to pt dist NE at r/a 660' fr c/l Monroe Ave.; th NWly & p/w c/l Monroe Ave. to a pt SEly at r/a 308.3' fr c/l Hawthorne St.; th SWly & p/w c/l Hawthorne St., 115' to tpob.
Also, Beg. at inter c/l Hawthorne St. & Monroe Ave.; th NEly alg c/l Hawthorne St., 377.4' to tpob; th NEly alg c/l Hawthorne St., 141.3'; th SEly & p/w c/l Monroe Ave., 308.3'; th SWly & p/w c/l Hawthorne St., 141.3'; th NWly & p/w c/l Monroe Ave., 308.3' to tpob.
Also, Beg at pt on SEly bdy li Blk 125, dist SWly 690' fr its inter, as ext, with c/l Jackson Ave.; th NWly & p/w c/l Jackson Ave., 628' to c/l Riverside Cty Hwy; th Ely alg c/l sd cty hwy to pt dist at r/a 516' SWly fr c/l Jackson Ave.; th SEly & p/w c/l Jackson Ave., 184' to pt dist at r/a 242' NWly of SEly bdy li sd Blk 126; th SWly & p/w sd SEly bdy li 87'; th SEly & p/w c/l Jackson Ave., 242' to sd SEly bdy li; th SWly alg sd SEly bdy li 87' to pob.

Apparent Owner:    SALMON, Ernest & Muriel C.

Gross Acreage        5.28                        Wells:

Irrigable Acreage    5.28

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-7-375                                 Exhibit No. 207D

For Blk 126, Tem. L. & W. Co. daf: Beg at pt in c/l Hawthorne St., dist NEly 518.7' fr its inter with c/l Monroe Ave; th SEly & p/w c/l Monroe Ave., 308.3'; th NEly & p/w c/l Hawthorne St., 141.3'; th NWly & p/w c/l Monroe Ave., 308.3' to c/l Hawthorne St.; th SWly alg c/l Hawthorne St., 141.3' to pob.

Apparent Owner:    SALMON, Ernest & Muriel

Gross Acreage        1.0                        Wells:

Irrigable Acreage    1.0

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-197-

Parcel 20-7-376, 377, 380, 404, 20-8-467, 537, & 20-9-610          Exhibit No. 207D
                                                                                    15H
                                                                                    200

376- Blk 129, Tem. L. & W. Co. EXC por lying Sly of Murrieta Hot Springs Road.
377- Blk 130, Tem. L. & W. Co. EXC por of SWly ½ of NW½ lying Sly of Murrieta
     Hot Springs Road.
380- Blk 131, Tem. L. & W. Co.
404- Blks 140, 151, 152, Tem. L. & W. Co.
467- Blks 153, 154 & 155, Tem. L. & W. Co, EXC por daf: Beg at E. cor Blk 155;
     th S. 47°44'30" W. 659.89' to E. li Hot Springs Road; th NWly alg curve
     Wly having radius of 5030' a dist of 125.95'; th N. 13°31' E. 81.09'; th
     N. 47°54'30" E. 660' to c/l Hancock Ave.; th S. 42°24'30" E. 150' to pob.
537- Blks 173 & 174, Tem. L. & W. Co.
610- Lots 1 through 8, Blk A, Murrieta Eucalyptus Co's Tract, EXC fr Lot 7 por
     daf: Beg at pt in c/l Hamilton Ave., dist. SEly 330' fr its inter with c/l
     Juniper St.; th SWly & p/w c/l Juniper St., 660'; th SEly & p/w c/l Hamilton
     Ave., 330'; th NEly & p/w c/l Juniper St., 660' to c/l Hamilton Ave.; th
     NWly alg c/l Hamilton Ave., 330' to pob. EXC that por in Lots 6 & 7 in State
     Hwy.
     Wly 330' of Ely 660' & Ely 165' of Wly 660' of Lot 9, Blk A, Murrieta Euca-
     lyptus Co's Tract.
     All of Lot 10, Blk A, Murrieta Eucalyptus Co's Tract.
     Lots 20, 21 & 22, Blk A, Murrieta Eucalyptus Co's Tract, EXC fr Lot 22 the
     SEly½ of SWly½ and that por of Lot 22 in State Hwy.
     SEly ½ & NWly ½ of NEly ½, Lot 23, Blk A, Murrieta Eucalyptus Co's Tract.
     Also, that por of Lot 23 daf: Beg at pt on c/l Juniper St., dist NEly
     550.66' fr its inter with c/l Hamilton Ave.; th NEly alg c/l Juniper St.,
     109.41'; th S. 41°36'59" E. 331.01'; th S. 48°40'40" W. 422.91'; th N.
     0°23'04" E. 389.96' to SEly li Juniper St.; th N. 11°19'30" E. 65.86'
     to pob.
     Lots 24 through 38, Blk A, Murrieta Eucalyptus Co's Tract EXC fr Lot 24 the
     NWly ½ of SWly ½.
     Lots 13 through 18, Blk B, Murrieta Eucalyptus Co's Tract
     Lot 35, the most NWly 165' & SEly ½ of Lot 36; and all of Lots 38, 39 & 40,
     Blk B, Murrieta Eucalyptus Co's Tract EXC por of Lots 39 & 40 in State Hwy.
     SWly ½ & Ely 240' of NEly ½ Lot 37, Blk B, Murrieta Eucalyptus Co's Tract.
     That por of Temecula Rho lying between NEly li sd Rho & NEly li Murrieta
     Eucalyptus Co's Tract and SEly of NWly bdy li ext of Lot 20, Blk A, Murrieta
     Eucalyptus Co's Tract EXC por in State Hwy.

Apparent Owner:    YODER, M. J. & Anita S.

Gross Acreage      1724.5                              Wells: 7S3W-15Q1 - Domestic
                                                             15Q2 - Irrigation
Irrigable Acreage  1651.3                                     15Q3 - Irrigation

Irrigated Acreage  Unknown

Surface Diversions:

                                                  Interlocutory Judg. #30
                                                       Exhibit R.
                         -198-

                                                                        653

Parcel 20-7-377 (See Parcel 20-7-376)

Parcel 20-7-378          Exhibit No. 207D

    Por Blk 130, Tem. L. & W. Co. daf: Beg at inter of c/l Guava St. & Jackson Ave.; th NWly alg c/l Jackson Ave., 660'; th NEly & p/w c/l Guava St., 275' to tpob; th NWly & p/w c/l Jackson Ave to inter with S li Murrieta Hot Springs Road; th Ely alg Sly li Murrieta Hot Springs Road to NEly li of SWly ½ of NWly ½ sd Blk 130; th SEly alg sd NEly li to most Ely cor sd SWly ½ of NWly ½; th SWly on SEly li sd NWly ½ 385' to tpob.

Apparent Owner:      BOOBAR, Jack & Esther

Gross Acreage     4.3                Wells:

Irrigable Acreage   4.3

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-379          Exhibit No. 207D

    Por Blk 130, Tem. L. & W. Co daf: Beg at inter of SEly bdy li Blk 130 with c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 660' to tpob; th NEly & p/w sd SEly bdy li 275'; th NWly & p/w c/l Jackson Ave. tointer with S. li Murrieta Hot Springs Road; th SWly alg Sly li sd Murrieta Hot Springs Road to inter with c/l Jackson Ave.; th alg c/l Jackson Ave. to tpob.

Apparent Owner:      MILICH, Frederick W.

Gross Acreage     4.0                Wells:   7S3W-15N1 - Unused

Irrigable Acreage   4.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-7-380 (See Parcel 20-7-376)

Parcel 20-7-381          Exhibit No. 207D

    SE½ of SW½ of SE½ of Blk 132, Tem. L. & W. Co.

Apparent Owner:      SHIELDS, Mary L.

Gross Acreage     5.0                Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

654

Parcel 20-7-382                                            Exhibit No.  207D

Blk 132, Tem. L. & W. Co. EXC SW$\frac{1}{4}$ of SE$\frac{1}{4}$ thereof.

Apparent Owner:     PAYNE, J. M.

Gross Acreage        28.9                       Wells:

Irrigable Acreage   28.9

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-383                                            Exhibit No.  207D

NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Blk 132, Tem. L. & W. Co.

Apparent Owner:     DUDLEY, Theodore S. & Gladys M.

Gross Acreage        5.0                        Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-384 (See Parcel 20-12-226)

---

Parcel 20-7-385 (See Parcel 20-12-226)

---

Parcel 20-7-386                                            Exhibit No.  207D

Por Blk 138, Tem. L. & W. Co. daf: Beg at inter of c/l Lincoln Ave. & Cherry
St.; th SWly alg c/l Cherry St., 660'; th SEly & p/w c/l Lincoln Ave., 660';
th NEly & p/w c/l Cherry St., 660' to c/l Lincoln Ave; th NWly alg c/l
Lincoln Ave., 660' to pob.

Apparent Owner:     ANDERSON, Ossian, Edward, Karl, Olaf & Arthur N.

Gross Acreage        10.0                       Wells:

Irrigable Acreage   10.0

Irrigated Acreage   Unknown

Surface Diversions:

For Blk 138, Tem. L. & W. Co., daf: Beg at inter of c/l Lincoln Ave. & Cherry St.; th SWly alg c/l Cherry St., 990' to tpob; th SEly & p/w c/l Lincoln Ave., 990'; th SWly & p/w c/l Cherry St., 330'; th NWly & p/w c/l Lincoln Ave., 990' to pt in c/l Cherry St.; th NEly alg c/l Cherry St., 330' to tpob.

Apparent Owner:   NIEMI, Oscar & Ethel

Gross Acreage    5.0                          Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-388                              Exhibit No.  207D

For Blk 138, Tem. L. & W. Co., daf: Beg at inter c/l Lincoln Ave., & Cherry St.; th SWly alg c/l Cherry St., 990' to tpob; th SEly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Cherry St., 330' to c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 330' to inter with c/l Cherry St.; th NEly alg c/l Cherry St., 330' to tpob.

Apparent Owner:   HART, Jessie R.
                  WILSON, Freeman & Florence R.

Gross Acreage    2.5                          Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-389 (See Parcel 20-12-226)

---

Parcel 20-7-390 (See Parcel 20-12-226)

---

Parcel 20-7-391                              Exhibit No.  207D

For Blk 138, Tem. L. & W. Co. daf: Beg at inter of c/l Lincoln Ave. & Cherry St.; th SWly alg c/l Cherry St., 990'; th SEly & p/w c/l Lincoln Ave., 495' to tpob; th SWly & p/w c/l Cherry St., 330' to c/l Jackson Ave.; th SEly alg c/l Jackson Ave., 165'; th NEly & p/w c/l Cherry St., 330'; th NWly & p/w c/l Lincoln Ave., 165' to pob.

Apparent Owner:   STOCKMAR, Robert A.
                  NELSON, Dorothy Stockmar

Gross Acreage    1.3                          Wells:

Irrigable Acreage  1.3

Irrigated Acreage  Unknown
Surface Diversions:                    Interlocutory Judg. #30
                                           Exhibit H.

656

Parcel 20-7-392 (See Parcel 20-12-226)

---

Parcel 20-7-393 (See Parcel 20-7-312)

---

Parcel 20-7-394 (See Parcel 20-7-312)

---

Parcel 20-7-395 (See Parcel 20-12-226)

---

Parcel 20-7-396 (See Parcel 20-12-226)

---

Parcel 20-7-397                                          Exhibit No.  207D

    Blk 143, Tem. L. & W. Co.

Apparent Owner:   SECURITY FIRST NATIONAL BANK OF LOS ANGELES, in
                   trust for Bond, Barry Murray

Gross Acreage      40.0                        Wells:

Irrigable Acreage  40.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-398                                          Exhibit No.  207D

    Blk 144, Tem. L. & W. Co.

Apparent Owner:   ALLEN, Loftus, H.

Gross Acreage      40.0                        Wells:

Irrigable Acreage  40.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-399                                          Exhibit No.  207D

    Blk 149, Tem. L. & W. Co. EXC SEly $\frac{1}{2}$ of SE $\frac{1}{2}$ thereof.

Apparent Owner:   GARRISON, John M. & Sadie F.

Gross Acreage      30.0                        Wells:

Irrigable Acreage  30.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

657

Parcel 20-7-400   Exhibit No.   207D

For Blk 149, Tem. L. & W. Co. daf: SEly ½ of SEly ½ sd blk EXC SW¼ of SWly ¼ thereof.

Apparent Owner:   CARPER, Charles C. & Ada W.

Gross Acreage   7.6   Wells:-

Irrigable Acreage   5.9

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-401   Exhibit No.   207D

For Blk 149, Tem. L. & W. Co. daf: NEly ½ of NEly ½ of SWly ½ of SW ½ of SEly ½ of SEly ½ sd Blk 149.

Apparent Owner:   PAGE, Mabel & Gertrude
PINKHAM, Clarence I. & Annie E.

Gross Acreage   .6   Wells:

Irrigable Acreage   .4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-402   Exhibit No.   207D

For Blk 149, Tem. L. & W. Co. daf: SWly ½ of NEly ½ of SWly ½ of SWly ½ of SEly ½ of SEly ½ sd Blk 149

Apparent Owner   PAGE, Mabel & Gertrude

Gross Acreage   .6   Wells:

Irrigable Acreage   .41

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

658

Parcel 20-7-403                                          Exhibit No. 207D

   For Blk 149, Tem. L. & W. Co. daf: SWly ½ of SWly ¼ of SWly ½ of SEly ½
   of SEly ½ sd Blk 149.

Apparent Owner:      CHAFFEY, Robert P. & Lucille H.

Gross Acreage      1.25                          Wells:

Irrigable Acreage   1.07

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-404 (See Parcel 20-7-376)

Parcel 20-7-1-405                                        Exhibit No. 207D
   Blk 133, Tem. L. & W. Co. EXC por daf: Beg at most Ely cor; th NWly on NEly
   li sd Blk, 417.42'; th SWly & p/w SEly li sd Blk, 626.43'; th SEly & p/w
   sd NEly li, 417.42' to SEly li sd Blk; th NEly alg sd SEly li 626.43' to pob.

Apparent Owner:      HAMILTON, Rhina

Gross Acreage       34.0                          Wells:

Irrigable Acreage   30.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-406                                        Exhibit No. 207D

   For Blk 133, Tem. L. & W. Co. daf: Beg at most Ely cor; th NWly on NEly
   li of sd blk, 417.42'; th SWly & p/w SEly li sd blk, 626.43'; th SEly &
   p/w sd NEly li, 417.42' to SEly li sd blk; th NEly alg sd SEly li 626.43'
   to pob.

Apparent Owner:      JAMES, William C. & Irma

Gross Acreage        6.0                          Wells:

Irrigable Acreage    5.4

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
659

Parcel 20-7-1-407                                      Exhibit No.   207D

Por Blk 134, Tem. L. & W. Co., daf: Beg at inter c/l Lincoln Ave., with NWly bdy li sd Blk 134 ext; th SEly alg c/l Lincoln Ave., 330'; th SWly & p/w sd NWly bdy li, 1320' to c/l Jackson Ave.; th NWly alg c/l Jackson Ave., 330' to inter with NWly bdy li sd Blk ext.; th NEly alg sd NWly bdy ext. 1320' to pob.

Apparent Owner:     ELLIS, Fred

Gross Acreage       10.0                            Wells:

Irrigable Acreage    8.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-408                                      Exhibit No.   207D

Por Blk 134, Tem. L. & W. Co. daf: Beg at inter of c/l Lincoln Ave., with NWly bdy li ext.; th SEly alg c/l Lincoln Ave., 330' to tpob; th SWly & p/w sd NWly bdy li, 396'; th SEly & p/w c/l Lincoln Ave., 275'; th NEly & p/w sd NWly bdy li, 396' to c/l Lincoln Ave.; th NWly alg c/l Lincoln Ave., 275' to tpob.

Apparent Owner:     SALMON, Ernest & Muriel

Gross Acreage       2.5                             Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-409                                      Exhibit No.   207D

Por Blk 134, Tem. L. & W. Co. daf: Beg at inter of c/l Lincoln Ave. & NEly prol of Wly bdy li sd Lot 134; th SEly alg c/l Lincoln Ave., 605' to tpob; th SWly & p/w sd Wly bdy li 396'; th SEly & p/w c/l Lincoln Ave., 55'; th NEly & p/w sd Wly bdy 396' to c/l Lincoln Ave.; th NWly alg c/l Lincoln Ave., 55' to tpob.

Apparent Owner:     SCEATS, Hubert J.

Gross Acreage        .5                             Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

660

Parcel 20-7-1-410                                        Exhibit No. 207D

    Por Blk 134, Tem. L. & W. Co., daf: Beg at pt in c/l Lincoln Ave. dist NWly
550' fr its inter with c/l Elm St.; th SWly & p/w c/l Elm St., 396'; th
NWly & p/w c/l Lincoln Ave., 110'; th NEly & p/w c/l Elm St., 396' to c/l
Lincoln Ave.; th SEly alg c/l Lincoln Ave., 110' to pob.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage      1.0                                   Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-411                                        Exhibit No. 207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Lincoln Ave. dist NWly
440' fr its inter with c/l Elm St.; th SWly & p/w c/l Elm St., 396'; th
NWly & p/w c/l Lincoln Ave., 110'; th NEly & p/w c/l Elm St., 396' to c/l
Lincoln Ave.; th SEly alg c/l Lincoln Ave., 110' to pob.
Also, Beg at pt on c/l Elm St. dist. SWly 396' fr its inter with c/l Lincoln
Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 66';
th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm
St. 66' to pob.

Apparent Owner:    GOODAIR, Enoch

Gross Acreage      1.5                                   Wells:

Irrigable Acreage  1.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-412                                        Exhibit No. 207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Lincoln Ave. dist NWly
330' fr its inter with c/l Elm St.; th SWly & p/w c/l Elm St., 396'; th NWly
& p/w c/l Lincoln Ave., 110'; th NEly & p/w c/l Elm St., 396' to c/l Lincoln
Ave.; th SEly alg c/l Lincoln Ave., 110' to pob.

Apparent Owner:    INKSTER, Edward Burton & Leone

Gross Acreage      1.0                                   Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.    661

Parcel 20-7-1-413                                              Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St., dist. SWly
33' fr its inter with c/l Lincoln Ave., th NWly & p/w c/l Lincoln Ave., 330';
th SWly & p/w c/l of Elm St., 33'; th SEly & p/w c/l Lincoln Ave., 330' to c/l
Elm St.; th NEly alg c/l Elm St., 33' to pob.

Apparent Owner:   FROST, Percival H.
               GAVIN, Frank

Gross Acreage          .3                          Wells:

Irrigable Acreage      .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-414                                              Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg. at pt in c/l Elm St. dist SWly
66' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330';
th SWly & p/w c/l Elm St., 33'; th SEly & p/w c/l Lincoln Ave., 330' to c/l
Elm St.; th NEly alg c/l Elm St, 33' to pob.

Apparent Owner:   MAC ADAM, Edward H.

Gross Acreage          .3                          Wells:

Irrigable Acreage      .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-415                                              Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist. SWly 99'
fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330';
th SWly & p/w c/l Elm St., 66'; th SEly & p/w c/l Lincoln Ave., 330' to c/l
Elm St.; th NEly alg c/l Elm St., 66' to pob.
Also, Beg at pt on c/l Elm St. dist SWly 330' fr its inter with c/l Lincoln
Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 66';
th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm
St., 66' to pob.

Apparent Owner:   NORMAN, Lew G.
Gross Acreage          1.0                          Wells:
Irrigable Acreage      1.0
Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

662

Parcel 20-7-1-416                                              Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist. SWly
    193' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave.,
    330'; th SWly & p/w c/l Elm St., 33'; th SEly & p/w c/l Lincoln Ave., 330'
    to c/l Elm St1; th NEly alg c/l Elm St., 33' to pob.

Apparent Owner:   FROST, Percy Howard (Aka Percival H.)

Gross Acreage     .3                            Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-417                                             Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist SWly
    195' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave.,
    330'; th SWly & p/w c/l Elm St., 33'; th SEly & p/w c/l Lincoln Ave., 330'
    to c/l Elm St.; th NEly alg c/l Elm St., 33' to pob.

Apparent Owner:   BURUCHIN, John & Dora
                  ZAFRAN, Leo & Ann

Gross Acreage     .3                            Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-418                                             Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist. SWly
    231' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave.,
    330'; th SWly & p/w c/l Elm St., 33'; th SEly & p/w c/l Lincoln Ave., 330'
    to c/l Elm St.; th NEly alg c/l Elm St., 33' to pob.

Apparent Owner:   BLITCH, William J.

Gross Acreage     .3                            Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
663

-208-

Parcel 20-7-1-419                                            Exhibit No. 207D

For Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist 294' NWly fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 66'; th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm St., 66' to pob.

Apparent Owner:    PERDUE, Adoline E.

Gross Acreage     .5                        Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-420                                            Exhibit No. 207D

For Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Lincoln Ave., dist. SEly 330' fr its inter with NEly prol of Wly bdy li sd Blk 134; th SWly & p/w sdWly bdy 394' to tpob; th SEly & p/w c/l Lincoln Ave., 165'; th SWly & p/w Wly bdy 264'; th NWly & p/w c/l Lincoln Ave., 165'; th NEly & p/w sd Wly bdy 264' to tpob.

Apparent Owner:    POLLARD, Arthur Vivian & Hilda

Gross Acreage     1.0                       Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-421                                            Exhibit No. 207D

For Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist. SWly 394' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 742.5' to tpob; th SWly & p/w c/l Elm St., 264'; th NWly & p/w c/l Lincoln Ave., 82.5'; th NEly & p/w c/l Elm St. 264'; th SEly & p/w c/l Lincoln Ave., 82.5' to tpob.

Apparent Owner:    PEARCE, William John

Gross Acreage     .5                        Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
664

Parcel 20-7-1-422                                    Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Lincoln Ave. dist SEly 330' fr its inter with NEly prol of Wly bdy li sd Blk 134; th SWly & p/w sd Wly bdy 396'; th SEly & p/w c/l Lincoln Ave., 247.5' to tpob; th SWly & p/w sd Wly bdy 264'; th SEly & p/w c/l Lincoln Ave., 82.5'; th NEly & p/w sd Wly bdy 264'; th NWly & p/w c/l Lincoln Ave., 82.5' to tpob.

Apparent Owner:    <u>ALDERSON</u>, Douglas & Ingered

Gross Acreage    .5                    Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-423                                    Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Lincoln Ave. dist SEly 330' fr its inter with NEly prol of Wly bdy li sd Blk 134; th SWly & p/w sd Wly bdy 396'; th SEly & p/w c/l Lincoln Ave., 330' to tpob; th SWly & p/w sd Wly bdy 264'; th SEly & p/w c/l Lincoln Ave., 288.75'; th NEly & p/w sd Wly bdy 264'; th NWly & p/w c/l Lincoln Ave., 288.75' to tpob.

Apparent Owner:   BAWDEN, Marietta Eleanor

Gross Acreage    1.8                  Wells:

Irrigable Acreage  1.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-424                                    Exhibit No.  207D

    Por Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist SWly 396' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330' to tpob; th SWly & p/w c/l Elm St., 264'; th NWly & p/w c/l Lincoln Ave., 41.25'; th NEly & p/w c/l Elm St., 264'; th SEly & p/w c/l Lincoln Ave., 41.25' to tpob.

Apparent Owner:    <u>INRIG</u>, Stanley

Gross Acreage    .3                   Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H
665

Parcel 20-7-1-425

For Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St. dist SWly 462' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 66'; th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm St., 66' to pob.

Apparent Owner:     LAWSON, Marion Bidge

Gross Acreage          .5                                    Wells:

Irrigable Acreage      .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-426

For Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St., dist SWly 528' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 66'; th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm St., 66' to pob.

Apparent Owner:     PHILLIPS, John William

Gross Acreage          .5                                    Wells:

Irrigable Acreage      .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-427

For Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St. dist SWly 660' from its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 264'; th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm St., 264' to pob.

Apparent Owner:     TURNER, James & Ada M.

Gross Acreage         2.0                                    Wells:

Irrigable Acreage     1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

S66

Parcel 20-7-1-428                                   Exhibit No.  207D

Por Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St. dist NEly
204' fr its inter with c/l Jackson Ave.; th NWly & p/w c/l Jackson Ave.,
330'; th NEly & p/w c/l Elm St., 132'; th SEly & p/w c/l Jackson Ave.,
330' to c/l Elm St.; th SWly alg c/l Elm St., 132' to pob.
Also, Beg at inter c/l Jackson Ave. & Elm St.; th NEly alg c/l Elm St.,
132'; th NWly & p/w c/l Jackson Ave., 330'; th SWly & p/w c/l Elm St.,
132' to c/l Jackson Ave.; th SEly alg c/l Jackson Ave., 330' to pob.

Apparent Owner:    MAC ADAM, Edward H. & Rhea F.

Gross Acreage      2.0                          Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-429                                   Exhibit No.  207D

Por Blk 134, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St. dist NEly
132' fr its inter with c/l Jackson Ave.; th NWly & p/w c/l Jackson Ave.,
330'; th NEly & p/w c/l Elm St., 132'; th SEly & p/w c/l Jackson Ave.,
330' to c/l Elm St.; th SWly alg c/l Elm St., 132' to pob.

Apparent Owner:    HARVEY, Leonard N.

Gross Acreage      1.0                          Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-430                                   Exhibit No.  207D

Por Blk 134, Tem. L. & W. Co. daf: Beg at pt of inter between SWly prol.
of Ely Bdy li sd Blk 134 & SEly prol of Sly bdy li sd Blk; th NWly alg Sly
bdy li 792' to tpob; th NEly & p/w Ely bdy 660'; th NWly & p/w Sly bdy 198';
th SWly & p/w Ely bdy 660' to Sly bdy; th SEly alg sd Sly bdy 198' to tpob.

Apparent Owner:    HUMMEL, Gerald Murray Watson & Ida Winifred

Gross Acreage      3.0                          Wells:

Irrigable Acreage  2.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-212-

S67

Exhibit No. 207D

For Blk 134, Tem. L. & W. Co. daf: Beg at inter of SWly prol of Ely bdy lt nd Blk 134 & SEly prol Sly bdy lt nd blk; th Wly alg nd Sly bdy 330' to tpob; th NEly & p/w Ely bdy 660'; th NWly & p/w Sly bdy 462'; th SWly & p/w Ely bdy 660' to Sly bdy; th SEly alg Sly bdy 462' to tpob.

Apparent Owner:  SIGAUT, Etienne & Agnes Virginie

Gross Acreage      7.0                          Wells:

Irrigable Acreage  3.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-432                              Exhibit No. 207D

For Blk 134, Tem. L. & W. Co. daf: Beg at pt on c/l Elm St. dist SWly 594' fr its inter with c/l Lincoln Ave.; th NWly & p/w c/l Lincoln Ave., 330'; th SWly & p/w c/l Elm St., 66'; th SEly & p/w c/l Lincoln Ave., 330' to c/l Elm St.; th NEly alg c/l Elm St. 66' to pob.

Apparent Owner:   INGLIS, Herbert

Gross Acreage      .5                          Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-433                              Exhibit No. 207D

All of Blk 135, Tem. L. & W. Co.

Apparent Owner:   LOGAN, F. M. T.

Gross Acreage      40.0                         Wells:

Irrigable Acreage  32.9

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

668

Parcel 20-7-1-434 (See Parcel 20-12-226)            Exhibit No.  207D

Parcel 20-7-1-435 (See Parcel 20-12-226)

Parcel 20-7-1-436                                    Exhibit No.  207D

    NEly ¼ Blk 146, Tem. L. & W. Co., Also, Blk 147, Tem. L. & W. Co. EXC NWly 660' of SWly 330' thereof.

Apparent Owner:   <u>SECURITY FIRST NATIONAL BANK OF LOS ANGELES</u>, in
                       trust for Bond, Barry Murray

Gross Acreage     45.0                     Wells:

Irrigable Acreage  45.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-1-437                                    Exhibit No.  207D

    Por Blk 146, Tem. L. & W. Co. daf: Beg at inter of c/l Franklin Ave. & Elm St.; th SEly alg c/l Franklin Ave., 330'; th SWly & p/w c/l Elm St., 330'; th NWly & p/w c/l Franklin Ave., 330' to c/l Elm St.; th NEly alg c/l Elm St., 330' to pob.

Apparent Owner:   <u>MAC CANN</u>, John Reginald
                 <u>OBERMEYER, Carl Joseph</u>

Gross Acreage     2.5                      Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-1-438                                    Exhibit No.  207D

    Por Blk 146, Tem. L. & W. Co., daf: Beg at pt in c/l Elm St. dist. SWly 330' fr its inter with c/l Franklin Ave.; th SEly & p/w c/l Franklin Ave., 660'; th SWly & p/w c/l Elm St., 165'; th NWly & p/w c/l Franklin Ave., 660' to c/l Elm St.; th NEly alg c/l Elm St., 165' to pob.

Apparent Owner:   <u>KOLL</u>, Walter A.
                 <u>WRIGHT, Marie</u>

Gross Acreage     2.5                      Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30 669
Exhibit H.

Parcel 20-7-1-439                                          Exhibit No.   207D

    Por Blk 146, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St. dist SWly 495'
fr its inter with c/l Franklin Ave.; th SEly & p/w c/l Franklin Ave., 660';
th SWly & p/w c/l Elm St., 165'; th NWly & p/w c/l Franklin Ave., 660' to
c/l Elm St.; th NEly alg c/l Elm St., 165' to pob.

Apparent Owner:   SEVIER, John A.

Gross Acreage     2.5                                       Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-440                                          Exhibit No.   207D

    Por Blk 146, Tem. L. & W. Co., daf: Beg at pt in c/l Elm St., dist. 825'
SWly fr its inter with c/l Franklin Ave.; th SEly & p/w c/l Franklin Ave.,
102'; th SWly & p/w c/l Elm St., 165'; th NWly & p/w c/l Franklin Ave.,
102' to c/l Elm St.; th NEly alg c/l Elm St., 165' to pob.

Apparent Owner:   PAGE, Mabel & Gertrude

Gross Acreage     .4                                        Wells:

Irrigable Acreage  .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-441                                          Exhibit No.   207D

    Por Blk 146, Tem. L. & W. Co. daf: Beg at pt on c/l Franklin Ave., dist
SEly 660' fr its inter with c/l Elm St.; th SWly & p/w c/l Elm St., 660'
to tpob; th SWly & p/w c/l Elm St., 330'; th NWly & p/w c/l Franklin Ave.,
132'; th NEly & p/w c/l Elm St., 330'; th SEly & p/w c/l Franklin Ave.,
132' to tpob.

Apparent Owner:   THOMPSON, Owen C.

Gross Acreage     1.0                                       Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

670

Parcel 20-7-1-442                                    Exhibit No. 207D

    For Blk 146, Tem. L. & W. Co. daf: Beg at pt on c/1 Lincoln Ave., dist.
SEly 330' fr its inter with c/1 Elm St.; th NEly & p/w c/1 Elm St., 330';
th SEly & p/w c/1 Lincoln Ave., 330'; th SWly & p/w c/1 Elm St., 330'
to c/1 Lincoln Ave.; th NWly alg c/1 Lincoln Ave., 330' to pob.

Apparent Owner:     GARROWAY, L. Reba
                 PHELAN, Olivia

Gross Acreage      2.5                        Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-443                                    Exhibit No. 207D

    SEly ¼ Blk 146, Tem. L. & W. Co.

Apparent Owner:     FRIEDMAN, E. Christine

Gross Acreage      10.0                       Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-444 (See Parcel 20-12-226)

---

Parcel 20-7-1-445                                    Exhibit No. 207D

    For Blk 147, Tem. L. & W. Co. daf: Beg at pt on c/1 Lincoln Ave., dist.
SEly 264' fr its inter with Wly li sd Blk 147 ext.; th NEly & p/w Wly li
330'; th SEly & p/w c/1 Lincoln Ave., 132'; th SWly & p/w sd Wly li 330'
to c/1 Lincoln Ave.; th NWly alg c/1 Lincoln Ave., 132' to pob.

Apparent Owner:     BARNETT, Francis L.
                 TARWATER, Benjamin Wylie

Gross Acreage      1.0                        Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

671

Parcel 20-7-1-446                                    Exhibit No.  207D

Blk 148, Tem. L. & W. Co. EXC: SE$\frac{1}{4}$ of S$\frac{1}{4}$ of E$\frac{1}{4}$; SE 2/5 of E$\frac{1}{4}$ of N$\frac{1}{4}$; SE 3/4 of W$\frac{1}{4}$ of N$\frac{1}{4}$; NW$\frac{1}{2}$ of S$\frac{1}{4}$ of N$\frac{1}{4}$; NW$\frac{1}{2}$ of S$\frac{1}{4}$ of W$\frac{1}{4}$; SE$\frac{1}{2}$ of S$\frac{1}{4}$ of W$\frac{1}{4}$; SW$\frac{1}{2}$ of NW 4/5 of NW$\frac{1}{2}$ of E$\frac{1}{4}$ of S$\frac{1}{4}$; NE$\frac{1}{2}$ of NW 4/5 of NW$\frac{1}{2}$ of E$\frac{1}{4}$ of S$\frac{1}{4}$; SE 4/5 of SE$\frac{1}{2}$ of E$\frac{1}{4}$ of S$\frac{1}{4}$; NW$\frac{1}{2}$ of NW$\frac{1}{2}$ of W$\frac{1}{4}$ of S$\frac{1}{4}$; SE$\frac{1}{2}$ of NW$\frac{1}{2}$ of W$\frac{1}{4}$ of S$\frac{1}{4}$; SE$\frac{1}{2}$ of S$\frac{1}{4}$ of S$\frac{1}{4}$; SE 2/5 of W$\frac{1}{4}$ of E$\frac{1}{4}$.

Apparent Owner:    CARTER, Charles C.

Gross Acreage      26.3                          Wells:

Irrigable Acreage  18.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-447                                    Exhibit No.  207D

SE$\frac{1}{2}$ of S$\frac{1}{4}$ of E$\frac{1}{2}$ of Blk 148, Tem. L. & W. Co.

Apparent Owner:    CHAFFEY, Robert P. & Lucile H.

Gross Acreage      1.25                          Wells:

Irrigable Acreage  .85

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20- 7-1-448                                   Exhibit No.  207D

SE 2/5 of E$\frac{1}{4}$ of N$\frac{1}{4}$ Blk 148, Tem. L. & W. Co.

Apparent Owner:    NICHOLSON, Harold E. & Laura M.

Gross Acreage      1.0                           Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-217-

672

Parcel 20-7-1-449                                         Exhibit No. 207D

    W 3/4 of W¼ of E¼ & NW¼ of SW¼ of W¼, Blk 148, Tem. L. & W. Co.

Apparent Owner:    VELLACLET, Roy T.

Gross Acreage    3.5                          Wells:

Irrigable Acreage  3.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-450                                         Exhibit No. 207D

    NW¼ of S¼ of W¼ Blk 148, Tem. L. & W. Co.

Apparent Owner:    DITTMER, Charles A. & Margie E.

Gross Acreage    1.3                          Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-7-1-451                                         Exhibit No. 207D

    SE¼ of S¼ of W¼ Blk 148, Tem. L. & W. Co.

Apparent Owner:    MOISANTI, Matilde

Gross Acreage    1.25                       Wells:

Irrigable Acreage  .85

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-7-1-452                                    Exhibit No.  207D

   SW$\frac{1}{2}$ of NW 4/5 of NW$\frac{1}{2}$ of E$\frac{1}{4}$ of S$\frac{1}{4}$ Blk 148, Tem. L. & W. Co.

Apparent Owner:   <u>DIMM</u>, Dorothy L.

Gross Acreage         .5                          Wells:

Irrigable Acreage     .5

Irrigated Acreage   Unknown

Surface Diversions:

_____

Parcel 20-7-1-453                                    Exhibit No.  207D

   NE$\frac{1}{2}$ of NW 4/5 of NW$\frac{1}{2}$ of E$\frac{1}{4}$ of S$\frac{1}{4}$ Blk 148, Tem. L. & W. Co.

Apparent Owner:   <u>HAGLAND</u>, Phyllis L.
                  <u>ANDERSON</u>, Jack E.

Gross Acreage         .5                          Wells:

Irrigable Acreage     .3

Irrigated Acreage   Unknown

Surface Diversions:

_____

Parcel 20-7-1-454                                    Exhibit No.  207D

   SE 4/5 of SE$\frac{1}{2}$ of E$\frac{1}{4}$ of S$\frac{1}{4}$ Blk 148, Tem. L. & W. Co.

Apparent Owner:   <u>ERHART</u>, Eva M.

Gross Acreage        1.1                          Wells:

Irrigable Acreage     .6

Irrigated Acreage   Unknown

Surface Diversions:

_____

Parcel 20-7-1-455                                    Exhibit No. 207D

   NW$\frac{1}{2}$ of NW$\frac{1}{2}$ of W$\frac{1}{4}$ of S$\frac{1}{4}$ Blk 148, Tem. L. & W. Co.

Apparent Owner:   <u>THOMPSON</u>, Robert K.

Gross Acreage      .7                             Wells:
Irrigable Acreage  .7
Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.   674

Parcel 20-7-1-456                                          Exhibit No. 207D

   SE½ of NW¼ of W½ of E½ Blk 148, Tem. L. & W. Co.

Apparent Owner:    PAGE, Mabel
                   PINGHAM, Annie E.

Gross Acreage        .7                      Wells:

Irrigable Acreage    .7

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-457                                         Exhibit No.  207D

   SE½ of S¼ of S¼ Blk 148, Tem. L. & W. Co.

Apparent Owner:    ZIEGLER, Olivia M.

Gross Acreage        1.3                     Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-7-1-458                                         Exhibit No.  207D

   SE 2/5 of W½ of E½ Blk 148, Tem. L. & W. Co.

Apparent Owner:    HAPPE, Carrie

Gross Acreage        1.1                     Wells:

Irrigable Acreage    .7

Irrigated Acreage   Unknown

Surface Diversions:

---

NUMBERS 459 through 466 not used

---

Parcel 20-8-467 (See Parcel 20-7-376)

---

Interlocutory Judg. #30
Exhibit H.

-220-

675

Parcel 20-8-468

For Blk 155, Tem. L. & W. Co. daf: Beg at E. Cor. Blk 155; th S. 47°44'30" W. 659.89' to E. 11 Hot Springs Rd.; th NWly alg curve Wly having rad of 5030' a dist of 125.95'; th N. 13°31' E. 81.09'; th N. 47°54'30" E. 660' to c/l Hancock Ave.; th S. 42°24'30" E. 150' to pob.

Apparent Owner:     FISCH, Hyman & Hattie

Gross Acreage        2.4                                    Wells:

Irrigable Acreage   2.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-469

For Blk 156, Tem. L. & W. Co. lying Sly & adj to Hot Springs Road Tract, EXC por daf: Beg at inter of c/l Fig St. & Hancock Ave.; th N. 42°24'30" W. 33.84' alg c/l Hancock Ave; th N. 75°19'30" W. 364.16'; th N. 40°14'30" W. 179.55'; th S. 47°45'30" W. 180' to tpob; th alg curve Wly having rad 132.54', the chord of sd curve running N. 45°38'40" W. a dist of 25'; th S. 49°45'30" W. 100'; th S. 40°14'30" E. 50'; th N. 49°45'30" E. 102.35' to SWly li Lot 9, Hot Springs Road Tract; th N. 40°14'30" W. 25.11' to tpob.
Also, Blk 157, Tem. L. & W. Co.

Apparent Owner:     DAVIS, Nathaniel A. & Creela

Gross Acreage        63.0                              Wells: 7S3W-23D1 - Unused
                                                                      23D2 - Domestic
Irrigable Acreage   63.0                                       23D3 - Unused

Surface Diversions:

---

Parcel 20-8-470

For Blk 156, Tem. L. & W. Co. daf: Beg at inter of c/l Fig St. & Hancock Ave.; th N. 42°24'30" W. 33.84' alg c/l Hancock Ave.; th N. 75°19'30" W. 364.16'; th N. 40°14'30" W. 179.55'; th S. 49°45'30" W. 180' to tpob; th alg curve Wly having a radius of 132.54', the chord of sd curve running N. 45°38'40" W. a dist. of 25'; th S. 49°45'30" W. 100'; th S. 40°14'30" E. 50'; th N. 49°45'30" E. 102.35' to SWly li Lot 9, Hot Springs Road Tract; th N. 40°14'30" W. 25.11' to tpob.

Apparent Owner:     GACH, Joseph B., Jerome G., Eugene H., & Theodore I.

Gross Acreage        .1                                    Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H
676

Parcel 20-8-471

Exhibit No.  207D
15H

For Blk 156, Tem. L. & W. Co. daf: Beg at most Nly cor Blk 156, sd pt being in c/l Hancock Ave.; th S. 42°24'30" E. alg c/l Hancock Ave., 170.94' to most Nly cor of land con to H. H. Eliasen & wife by deed, Aug. 18, 1948, rec Book 1004, page 231 OR; th S. 47°35'30" W. alg NWly li of land so con 475.09', m/l to c/l Old Murrieta Hot Spring Road; th N. 70°12'30" W. alg c/l Old Murrieta Hot Springs Rd to pt on NWly li sd Blk 156; th NEly alg sd NWly li to pob. EXC all lands in public roads.

Apparent Owner:     RECORD, Edward C. & Madge

Gross Acreage        2.0                    Wells: 7S3W-14N1 - Domestic

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-472                              Exhibit No.  207D

For Blk 156, Tem. L. & W. Co. daf: Beg at pt on c/l Hancock Ave., dist. S. 42°24'30" E. 170.94' fr its inter with NWly li Blk 156 ext; th S. 42°24'30" E., 206.64' alg c/l Hancock Ave. to NW Cor par con to Coleman; th S. 47°35'30" W. alg NWly li land so con 377.14' to c/l Old Murrieta Hot Springs Road; th N. 70°12'30" W. 233.60' to pt which is S. 47°35'30" W. fr pob; th N. 47°35'30" E. 476.09' to pob. EXC por in Hancock Ave.

Apparent Owner:     LEVINE, Abraham, Laura, Charles W. & Saul

Gross Acreage        2.5                    Wells: 7S3W-14N2 - Domestic

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-473                              Exhibit No.  207D

For Blk 156, Tem. L. & W. Co. daf: that por lying NEly of Old Murrieta Hot Springs Road & SEly of li drawn fr a pt on c/l Hancock Ave., dist. 942.42' NWly fr its inter with c/l Fig St.; th S. 47°35'30" W. 367.14' to c/l Old Murrieta Hot Springs Road. EXC that por lying SEly of li drawn fr a pt in c/l Hancock Ave. dist. 638.10' NWly fr its inter with c/l Fig St.; th S. 47°35'30" W. 218.21' to c/l Old Murrieta Hot Springs Road. Also EXC por in Hancock Ave.

Apparent Owner      COLEMAN, Chester T. & Norma

Gross Acreage        2.4                    Wells:

Irrigable Acreage   2.4

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

677

Parcel 20-8-474

Exhibit No. 207D

For Blk 156, Tem. L. & W. Co. lying NEly of c/l Old Murrieta Hot Springs Road & SEly of li drawn fr pt in c/l Hancock Ave., dist. 638.10' NWly fr its inter with c/l Fig St; th S. 47°35'30" W. 218.21' to c/l Old Murrieta Hot Springs Road. EXC any por in Hancock Ave.

Apparent Owner:   TANGWAY, John M. & Alice E.
                  STEINBERG, Samuel

Gross Acreage      2.3                         Wells:

Irrigable Acreage  2.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-475

Exhibit No. 207D

Blks 1 & 2 Hot Springs Road Tract, being por Blk 156, Tem. L. & W. Co.

Apparent Owner:   SACKNOVITZ, Irving

Gross Acreage      .4                          Wells:

Irrigable Acreage  .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-476

Exhibit No. 207D

Blks 3 through 6 Hot Springs Road Tract, being por Blk 156, Tem. L. & W. Co.

Apparent Owner    DAVIS, David

Gross Acreage      .8                          Wells:

Irrigable Acreage  .8

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

Parcel 20-8-477                                    Exhibit No.   207D

Blks 7 through 21, & 23 through 25, Hot Springs Road Tract, being por Blk 153, Tem. L. & W. Co.

Apparent Owner:    DAVIS, Nathaniel & Creela

Gross Acreage      3.4                             Wells:

Irrigable Acreage  3.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-478                                    Exhibit No.   207D

Blk 22 Hot Springs Road Tract, being por Blk 156, Tem. L. & W. Co.

Apparent Owner:    DAVIS, Nathaniel, Creela & Estella

Gross Acreage      .2                              Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-479                                    Exhibit No.   207D

Por Blk 158, Tem. L. & W. Co. daf: Beg at inter of c/l Hancock Ave. & Elm St.; th SWly alg c/l Elm St., 330'; th NWly & p/w c/l Hancock Ave., 660'; th NEly & p/w c/l Elm St., 330' to c/l Hancock Ave.; th SEly alg c/l Hancock Ave., 660' to pob.

Apparent Owner:    SECURITY FIRST NATIONAL BANK OF LOS ANGELES,
                   in trust for Bond, Barry Murray

Gross Acreage      5.0                             Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-480 (See Parcel 20-13-226)

---

Interlocutory Judg. #30
Exhibit H.

-224-

679

Parcel 20-8-481

Exhibit No.  207D

Por Blk 158, Tem. L. & W. Co. daf: Beg at inter of c/l Elm St. & Franklin Ave.; th NWly alg c/l Franklin Ave., 330'; th NEly & p/w c/l Elm St., 330'; th SEly & p/w c/l Hancock Ave., 330' to c/l Elm St.; th SWly alg c/l Elm St., 330' to pob.

Apparent Owner:     THOMAS, M. C.

Gross Acreage     2.5                              Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-8-482

Exhibit No.  207D

Por Blk 158, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist. NWly 330' fr its inter with c/l Elm St.; th NWly alg c/l Franklin Ave., 330'; th NEly & p/w c/l Elm St., 330'; th SEly & p/w c/l Franklin Ave., 330'; th SWly & p/w c/l Elm St., 330' to pob.

Apparent Owner:     COOK, Leo

Gross Acreage     2.5                              Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-8-483

Exhibit No.  207D

Por Blk 158, Tem. L. & W. Co., daf: Beg at pt in c/l Elm St., dist. SWly 825' fr its inter with c/l Hancock Ave.; th SWly alg c/l Elm St., 82.5'; th NWly & p/w c/l Hancock Ave., 660'; th NEly & p/w c/l Elm St., 82.5'; th SEly & p/w c/l Hancock Ave., 660' to pob.

Apparent Owner:     SCOTT, Richard M. & Lenora G.

Gross Acreage     1.3                              Wells:

Irrigable Acreage  1.3

Irrigated Acreage  Unknown

Surface Diversions:

EXHIBIT No. 207D

for Blk 160, Tem. L. & W. Co. dsf: Beg at pt in c/l Elm St., dist. SWly 215' fr its inter with c/l Hancock Ave.; th SWly nlg c/l Elm St., 66.5'; th NWly & p/w c/l Hancock Ave., 660'; th NEly & p/w c/l Elm St., 66.5'; th SEly & p/w c/l Hancock Ave., 660' to pob.

Apparent Owner:    CURTISS, Geraldine

Gross Acreage      1.3                               Wells:

Irrigable Acreage  1.3

Irrigated Acreage  Unknown

Surface Diversions:

--------------------

Parcel 20-8-405 (See Parcel 20-12-225)

--------------------

Parcel 20-8-406 (See Parcel 20-12-226)

--------------------

Parcel 20-8-467                                  Exhibit No.   207D

for Blk 160, Tem. L. & W. Co. dsf: Beg at pt in c/l Date St., dist. SWly 330' fr its inter with c/l Hancock Ave.; th NWly & p/w c/l Hancock Ave., 330' to pob; th SWly & p/w c/l Date St., 330'; th NWly & p/w c/l Hancock Ave., 330'; th NEly & p/w c/l Date St., 330'; th SEly & p/w c/l Hancock Ave., 330' to pob.

Apparent Owner:    EDDY, John R. & Alice

Gross Acreage      1.0                               Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

--------------------

Parcel 20-8-468                                  Exhibit No.   207D

for Blk 160, Tem. L. & W. Co. dsf: Beg at pt in c/l Date St., dist SWly 990' fr its inter with c/l Hancock Ave.; th NWly & p/w c/l Hancock Ave., 990' to pob; th NWly & p/w c/l Date St., 165'; th NWly & p/w c/l Hancock Ave., 66'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Hancock Ave., 66' to pob.

Apparent Owner:    MOLLE, Louis V.

Gross Acreage      .3                               Wells:
Irrigable Acreage  .3
Irrigated Acreage  Unknown

Surface Diversions:                          Interlocutory Judg. #30
                                                  Exhibit H.

                                                            681

-225-

Parcel 20-8-489                                                    Exhibit No.  207D

   For Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist.
   NWly 792' fr its inter with c/l Date St.; th SWly & p/w c/l Date St.,
   330'; th NWly & p/w c/l Hancock Ave., 264'; th NEly & p/w c/l Date
   St., 330' to c/l Hancock Ave.; th SEly alg c/l Hancock Ave., 264' to pob.

Apparent Owner        BEATTY, Vance
                      OLDER, Kenneth J.

Gross Acreage         2.0                          Wells:

Irrigable Acreage     2.0

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 20-8-490                                                    Exhibit No.  207D

   For Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist.
   NWly 660' fr its inter with c/l Date St.; th NEly & p/w c/l Date St.,
   330' to tpob; th NEly & p/w c/l Date St., 330'; th SEly & p/w c/l Franklin
   Ave., 132'; th SWly & p/w c/l Date St., 330'; th NWly & p/w c/l Franklin
   Ave., 132' to tpob.

Apparent Owner        WEEKS, Arthur Benson

Gross Acreage         1.0                          Wells:

Irrigable Acreage     1.0

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 20-8-491                                                    Exhibit No.  207D

   For Blk 160, Tem. L. & W. Co. daf: Beg at pt in NWly bdy li sd Blk 160
   dist. 330' SWly fr inter of sd NWly bdy li ext & c/l Hancock Ave.; th
   SWly alg sd NWly bdy li 165'; th SEly & p/w c/l Hancock Ave., 264'; th
   NEly & p/w sd NWly bdy li 165'; th NWly & p/w c/l Hancock Ave., 264' to pob.

Apparent Owner:       BOLANDER, Ralph S. & Virginia S.

Gross Acreage         1.0                          Wells:

Irrigable Acreage     1.0

Irrigated Acreage     Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

-227-

682

Parcel 20-8-492                                    Exhibit No. 207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist.
NWly 660' fr its inter with c/l Date St.; th SWly & p/w c/l Date St.,
330'; th NWly & p/w c/l Hancock Ave., 132'; th NEly & p/w c/l Date St.,
330' to c/l Hancock Ave., th SEly alg c/l Hancock Ave., 132' to pob.

Apparent Owner:    BODINE, Harry T. & Peggy

Gross Acreage    1.0                              Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-493                                    Exhibit No. 207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist NEly
330' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin Ave.,
264' to tpob; th NEly & p/w c/l Date St., 165'; th NWly & p/w c/l Franklin
Ave., 132'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin
Ave., 132' to tpob.

Apparent Owner:    STRUDER, Bernard E.

Gross Acreage    .5                               Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-494                                    Exhibit No. 207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist.
NWly 264' fr its inter with c/l Date St.; th NEly & p/w c/l Date St., 165'
to tpob; th NWly & p/w c/l Franklin Ave., 264'; th NEly & p/w c/l Date
St., 165'; th SEly & p/w c/l Franklin Ave., 264'; th SWly & p/w c/l Date
St., 165' to tpob.

Apparent Owner:    YOUNG, R. G.

Gross Acreage    1.0                              Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

683

Parcel 20-8-495                                              Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St. dist NEly
330' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin
Ave., 396' to tpob; th NEly & p/w c/l Date St., 165'; th NWly & p/w c/l
Franklin Ave., 132'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l
Franklin Ave., 132' to tpob.

Apparent Owner:     SIMM, Harold B. & Elsie H.

Gross Acreage        .5                              Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-496                                             Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist.
NWly 528' fr its inter with c/l Date St.; th NEly & p/w c/l Date St.,
330'; th NWly & p/w c/l Franklin Ave., 132'; th SWly & p/w c/l Date St.,
330' to c/l Franklin Ave.; th SEly alg c/l Franklin Ave., 132' to pob.

Apparent Owner:     BERRIDGE, W. W.

Gross Acreage        1.0                             Wells:

Irrigable Acreage    1.0

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-497                                             Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist.
NWly 660' fr its inter with c/l Date St.; th NEly & p/w c/l Date St., 330';
th NWly & p/w c/l Franklin Ave., 132'; th SWly & p/w c/l Date St., 330'
to c/l Franklin Ave.; th SEly alg c/l Franklin Ave., 132' to pob.

Apparent Owner:     HEWITT, D. G.

Gross Acreage        1.0                             Wells:

Irrigable Acreage    1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.        684

Parcel 20-8-498                                          Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist.
NWly 792' fr its inter with c/l Date St.; th NEly & p/w c/l Date St., 330';
th NWly & p/w c/l Franklin Ave., 264'; th SWly & p/w c/l Date St., 330' to
c/l Franklin Ave.; th SEly alg c/l Franklin Ave., 264' to pob.

Apparent Owner:     MC CALMANT, R. M.

Gross Acreage          2.0                          Wells:

Irrigable Acreage      2.0

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 20-8-499                                          Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt of inter of NWly bdy li ext.
of sd Blk 160 with c/l Franklin Ave.; th NEly alg sd NWly bdy li 165';
th SEly & p/w c/l Franklin Ave., 264'; th SWly & p/w sd NWly bdy li 165'
to c/l Franklin Ave.; th NWly alg c/l Franklin Ave., 264' to pob.

Apparent Owner:     MOORE, M. S., also known as Milo S. Moore

Gross Acreage          1.0                          Wells:

Irrigable Acreage      1.0

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 20-8-500                                          Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist. NEly
990' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin
Ave., 264' to tpob; th SWly & p/w c/l Date St., 165'; th NWly & p/w c/l Franklin
Ave., 264'; th NEly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin
Ave., 264' to tpob.

Apparent Owner:     MC ASH, Charlotte

Gross Acreage          1.0                          Wells:

Irrigable Acreage      1.0

Irrigated Acreage      Unknown

Surface Diversions:

Interlocutory  Judg. #30
Exhibit H.

685

Parcel 20-8-501                                          Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in NWly bdy li ext of sd Blk 160 dist SWly 660' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave., 528' to tpob; th SWly & p/w NWly bdy li 330'; th SEly & p/w c/l Hancock Ave., 132'; th NEly & p/w sd NWly bdy li, 330'; th NWly & p/w c/l Hancock Ave., 132' to tpob.

Apparent Owner:     LANNAN, Harry M.

Gross Acreage       1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-8-502                                          Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist. NEly 495' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin Ave., 132'; th NEly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin Ave., 132' to c/l Date St.; th SWly alg c/l Date St., 165' to pob.

Apparent Owner:     BROWN, Fred
                    MARTIN, William Seeds

Gross Acreage       .5                           Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-8-503                                          Exhibit No.  207D

    Por. Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist NEly 330' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin Ave., 264'; th NEly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin Ave., 264' to c/l Date St.; th SWly alg c/l Date St., 165' to pob.

Apparent Owner:     NEIMI, Oscar

Gross Acreage       1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

686

Parcel 20-8-504                                    Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at inter of c/l Date St. & Franklin
Ave.; th NWly alg c/l Franklin Ave., 264'; th NEly & p/w c/l Date St.,
165'; th SEly & p/w c/l Franklin Ave., 264' to c/l Date St.; th SWly alg
c/l Date St., 165' to pob.

Apparent Owner:   COO, W. J.

Gross Acreage      1.0                          Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-505                                    Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Franklin Ave., dist.
NWly 264' fr its inter with c/l Date St.; th NEly & p/w Date St., 165';
th NWly & p/w c/l Franklin Ave., 264'; th SWly & p/w c/l Date St., 165'
to c/l Franklin Ave.; th SEly alg c/l Franklin Ave., 264' to pob.

Apparent Owner:   HOLCHAK, Victor A. & Norma P.

Gross Acreage      .8                          Wells:

Irrigable Acreage  .8

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-506                                    Exhibit No.  207D

    Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St. dist. NEly
165' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin
Ave., 264'; th NEly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin
Ave., 264' to c/l Date St.; th SWly alg c/l Date St., 165' to pob.

Apparent Owner:   WHITEHURST, Robert C. & Virginia

Gross Acreage      1.0                          Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

687

Parcel 20-8-507

Exhibit No.  207D

Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in Date St., dist NEly 660' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin Ave., 264'; th NEly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin Ave., 264' to c/l Date St.; th SWly alg c/l Date St., 165' to pob.

Apparent Owner:    HOLT, Harold

Gross Acreage        1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-508

Exhibit No.  207D

Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist SWly 330' fr its inter with c/l Hancock Ave.; th NWly & p/w c/l Hancock Ave., 264'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Hancock Ave., 264' to c/l Date St.; th NEly alg c/l Date St., 165' to pob.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage        1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-509

Exhibit No.  207D

Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist NEly 660' fr its inter with c/l Franklin Ave.; th NEly & p/w c/l Franklin Ave., 264' to tpob; th NWly & p/w c/l Date St., 165'; th NWly & p/w c/l Franklin Ave., 264'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin Ave., 264' to tpob.

Apparent Owner:    FINLEY, Catherine McArthur

Gross Acreage        1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

688

Parcel 20-8-510

Exhibit No.  207D

For Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist.
NWly 264' fr its inter with c/l Date St.; th NWly alg c/l Hancock Ave.,
264'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Hancock Ave.,
264'; th NEly & p/w c/l Date St., 165' to pob.

Apparent Owner:     LANNING, Clarence Ray & Leona

Gross Acreage        1.0                                    Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-511

Exhibit No.  207D

For Blk 160, Tem. L. & W. Co. daf: Beg at inter of c/l Date St. & Hancock
Ave.; th SWly alg c/l Date St., 165'; th NWly & p/w c/l Hancock Ave., 264';
th NEly & p/w c/l Date St., 165' to c/l Hancock Ave.; th SEly alg c/l
Hancock Ave., 264' to pob.

Apparent Owner:     ALLEN, Frances R.

Gross Acreage        1.0                                    Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-512

Exhibit No.  207D

For Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist.
NWly 660' fr its inter with c/l Date St., 330' to tpob; th NWly & p/w c/l Hancock Ave., 132'; th SWly & p/w c/l Date St.,
330'; th SEly & p/w c/l Hancock Ave., 132'; th NEly & p/w c/l Date St.,
330' to tpob.

Apparent Owner:     HAMMER, C. E.

Gross Acreage        1.0                                    Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

-234-

689

Parcel 20-8-513

Exhibit No. 207D

For Blk 160, Tem. L. & W.Co., daf: Beg at pt in NWly bdy li ext of sd Blk 160, dist SWly 825' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave., 264'; th SWly & p/w sd NWly bdy li 165'; th NWly & p/w c/l Hancock Ave., 264' to sd NWly bdy li; th NEly alg sd NWly bdy li 165' to pob.

Apparent Owner:     LALANNE, Alex & Ruth

Gross Acreage        1.0                              Wells:

Irrigable Acreage    1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-514

Exhibit No. 207D

For Blk 160, Tem. L. & W. Co., daf: Beg at pt in NWly bdy li ext of sd Blk 160, dist SWly 990' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave., 264'; th SWly & p/w sd NWly bdy li 165'; th NWly & p/w c/l Hancock Ave., 264' to sd NWly bdy li; th NEly alg sd NWly bdy li 165' to pob.

Apparent Owner:     GRIFFITH, Walter T.

Gross Acreage        1.0                              Wells:

Irrigable Acreage    1.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-515

Exhibit No. 207D

For Blk 160, Tem. L. & W. Co. daf: Beg at pt in NWly bdy li ext of sd Blk 160, dist SWly 990' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave., 396' to tpob; th NEly & p/w sd NWly bdy li 165'; th SEly & p/w c/l Hancock Ave., 66'; th SWly & p/w sd NWly bdy li 165'; th NW'y & p/w c/l Hancock Ave., 66' to tpob.

Apparent Owner:     HAND, L. M. & Tecla

Gross Acreage        .3                              WELLS:

Irrigable Acreage    .3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-235-

690

Parcel 20-8-516          Exhibit No. 207D

Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in NWly bdy li ext of sd Blk 160, dist. SWly 330' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave., 264' to tpob; th SEly & p/w c/l Hancock Ave., 132'; th SWly & p/w sd NWly bdy li 165'; th NWly & p/w c/l Hancock Ave., 132'; th NEly & p/w sd NWly bdy li, 165' to tpob.

Apparent Owner      LANNAN, James Stewart & Belva

Gross Acreage        .5                    Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-517          Exhibit No. 207D

Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist NEly 495' fr its inter with c/l Franklin Ave.; th NWly & p/w c/l Franklin Ave., 132' to tpob; th NEly & p/w c/l Date St., 165'; th NWly & p/w c/l Franklin Ave., 132'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Franklin Ave., 132' to tpob.

Apparent Owner:     ALLEN, Loftus H.

Gross Acreage        .5                    Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-518          Exhibit No. 207D

Por Blk 160, Tem. L & W. Co. daf:  Beg at pt in c/l Date St., dist SWly 165' fr its inter with c/l Hancock Ave; th NWly & p/w c/l Hancock Ave., 264' to tpob; th NWly & p/w c/l Hancock Ave., 264'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Hancock Ave., 264'; th NEly & p/w c/l Date St., 165' to tpob.

Apparent Owner:     AITKEN, J. S.

Gross Acreage        1.0                    Wells:

Irrigable Acreage    1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Interlocutory Judg. #30
Exhibit H.

991

Parcel 20-8-519                                          Exhibit No.  207D

 Por Blk 160, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist SWly
165' fr its inter with c/l Hancock Ave.; th NWly & p/w c/l Hancock Ave.,
264'; th SWly & p/w c/l Date St., 165'; th SEly & p/w c/l Hancock Ave.,
264' to c/l Date St.; th NEly alg c/l Date St., 165' to pob.

Apparent Owner: <u>TRETHEWEY</u>, Les

Gross Acreage  1.0      Wells:

Irrigable Acreage 1.0

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-8-520                                          Exhibit No.  207D

 Por Blk 160, Tem. L. & W. Co. daf: Beg at inter of c/l Hancock Ave with
NWly bdy li sd Blk 160 ext.; th SWly alg sd NWly bdy li 165'; th SEly
& p/w c/l Hancock Ave., 264'; th NEly & p/w sd NWly bdy li 165' to c/l
Hancock Ave.; th NWly alg c/l Hancock Ave., 264' to pob.

Apparent Owner: <u>TRAYNOR</u>, Harold J.

Gross Acreage  1.0      Wells:

Irrigable Acreage 1.0

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-8-521                                          Exhibit No.  207D

 Por Blk 160, Tem. L. & W. Co., daf: Beg at pt in NWly li ext of sd Blk
160, dist SWly 990' fr its inter with c/l Hancock Ave.; th SEly & p/w
c/l Hancock Ave., 330' to tpob; th NEly & p/w sd NWly bdy li 165'; th
SEly & p/w c/l Hancock Ave., 66'; th SWly & p/w sd NWly bdy li 165';
th NWly & p/w c/l Hancock Ave., 66' to tpob.

Apparent Owner: <u>STOUT</u>, Ralph     Wells:

Gross Acreage  .3

Irrigable Acreage .3

Irrigated Acreage Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

692

Parcel 20-8-522 (See Parcel 20-12-226)

Parcel 20-8-523                           Exhibit No. 207D

       Por Blk 162, Tem. L. & W. Co. daf: Beg at pt in c/1 Hancock Ave., dist
SEly 1056' fr its inter with c/1 Cherry St.; th SWly & p/w c/1 Cherry
St., 330'; th SEly & p/w c/1 Hancock Ave., 264' to SEly bdy li sd Blk
162; th NEly alg sd Bdy li & p/w c/1 Cherry St., 330' to c/1 Hancock
Ave.; th NWly alg c/1 Hancock Ave., 264' to pob.
       Also, por Blk 162, Tem. L. & W. Co. daf: Beg at pt in c/1 Cherry St.,
dist 660' SWly fr its inter with c/1 Hancock Ave.; th SEly & p/w c/1
Hancock Ave., 660' to tpob; th SWly & p/w c/1 Cherry St., 330'; th
SEly & p/w c/1 Hancock Ave., 132'; th NEly & p/w c/1 Cherry St., 330';
th NWly & p/w c/1 Hancock Ave., 132' to tpob.

Apparent Owner:     COLTON, Ralph

Gross Acreage      2.0                    Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-8-524 (See Parcel 20-12-226)

Parcel 20-8-525                           Exhibit No. 207D

       Por Blk 162, Tem. L. & W. Co., daf: Beg at pt in c/1 Hancock Ave., dist.
SWly 1056' fr its inter with c/1 Cherry St.; th SWly & p/w c/1 Cherry St.
330' to tpob; th SEly & p/w c/1 Hancock Ave., 264' to SEly bdy li sd Blk
162; th SWly alg sd SEly bdy li & p/w c/1 Cherry St., 330;' th NWly & p/w
c/1 Hancock Ave. 264'; th NEly & p/w c/1 Cherry St., 330' to tpob.

Apparent Owner:     HOLCHAK, Victor A. & Norma P.

Gross Acreage      2.0                    Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

                                           Interlocutory Judg. #30
                                                 Exhibit H.

                                                             693

Parcel 20-8-526                                         Exhibit No.  207D

    For Blk 162 Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist.
    SEly 660' fr its inter with c/l Cherry St.; th SWly & p/w c/l Cherry St.,
    330' to tpob; th SEly & p/w c/l Hancock Ave., 396'; th SWly & p/w c/l Cherry
    St., 330'; th NWly & p/w c/l Hancock Ave., 396'; th NEly & p/w c/l Cherry
    St., 330' to tpob.

Apparent Owner:     TRETHEWEY, L.

Gross Acreage       3.0                          Wells:

Irrigable Acreage   3.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-527                                        Exhibit No.  207D

    For Blk 162, Tem. L. & W. Co., daf: Beg at pt in c/l Cherry St. dist. SWly
    660' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave.,
    1056' to tpob; th SWly & p/w c/l Cherry St., 330'; th SEly & p/w c/l Han-
    cock Ave., 264' to SEly bdy ll sd Blk 162; th NEly alg sd SEly bdy ll &
    p/w c/l Cherry St., 330'; th NWly & p/w c/l Hancock Ave., 264' to tpob.

Apparent Owner:     STATE OF CALIFORNIA

Gross Acreage       2.0                          Wells:

Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-528                                        Exhibit No.  207D

    For Blk 162, Tem. L. & W. Co., daf: Beg at pt in c/l Cherry St. dist SWly
    660' fr its inter with c/l Hancock Ave.; th SEly & p/w c/l Hancock Ave.,
    792' to tpob; th SWly & p/w c/l Cherry St., 165'; th SEly & p/w c/l Hancock
    Ave., 264'; th NEly & p/w c/l Cherry St., 165'; th NWly & p/w c/l Hancock
    Ave., 264' to tpob.

Apparent Owner:     DITTNER, Charles A. & Margie E.

Gross Acreage       1.0                          Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:

                                            Interlocutory Judg. #30
                                                Exhibit H.

                        -239-

Parcel 20-8-529                                    Exhibit No.   207D

    For Blk 164, Tem. L. & W. Co., daf: Beg at pt in c/l Hancock Ave., dist. SEly 1254' fr its inter with c/l Banana St.; th SWly & p/w c/l Banana St., 661.1'; th SEly & p/w c/l Hancock Ave., 66'; th NEly & p/w c/l Banana St., 661.1' to c/l Hancock Ave.; th NWly alg c/l Hancock Ave., 66' to pob.

Apparent Owner:       BAWDEN, E. J. & Marrieta

Gross Acreage        1.0
                                Wells:

Irrigable Acreage    1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-530                                    Exhibit No.   207D

    For Blk 164, Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist 1122' SEly fr its inter with c/l Banana St.; th SWly & p/w Banana St., 661.1'; th SEly & p/w c/l Hancock Ave., 132'; th NEly & p/w c/l Banana St., 661.1' to c/l Hancock Ave.; th NWly alg c/l Hancock Ave., 132' to pob.

Apparent Owner:       ELLIS, Fred

Gross Acreage        2.0
                                Wells:

Irrigable Acreage   2.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-531    (See parcel 20-7-312)

---

Parcel 20-8-532    (See parcel 20-12-226)

---

Parcel 20-8-533                                    Exhibit No.   207D

    For Blk 167, Tem. L. & W. Co. daf: Beg at pt in c/l Hancock Ave., dist SEly 528' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St., 330'; th SEly & p/w c/l Hancock Ave., 132'; th SWly & p/w c/l Cherry St., 330' to c/l Hancock Ave.; th NWly alg c/l Hancock Ave., 132' to pob.

Apparent Owner:       SWEET, Agnes

Gross Acreage        1.0
                                Wells:

Irrigable Acreage   1.0

Irrigated Acreage  Unknown

Surface Diversions:                       Interlocutory Judg. #30
                                     Exhibit H.

Parcel 20-8-534

Blk 198, Tem. L. & W. Co.

Exhibit No.  207D

Apparent Owner:   ALLEN, Loftus H.

Gross Acreage      40.0                              Wells:

Irrigable Acreage  40.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-535    (See Parcel 20-12-226)

---

Parcel 20-8-536

Exhibit No.  207D
15H
191

All of Blks 175 & 189, Tem. L. & W. Co.
Also, those por of Blks 171, 172, 176, 177, 187, 188, 190 & 191, Tem. L.
& W. Co. lying Nly of li running diag across sd blks & daf: Beg at pt in
c/l Hancock Ave., dist. SEly 660' fr its inter with c/l Fig St.; th N.
85°29'30" W. through aforementioned blks to pt in c/l Webster Ave., dist.
NWly 660' fr its inter with c/l Cherry St.
Also, por of Tem. L. & W. Co. known as Murrieta Hot Springs, daf: Beg at
inter of c/l Hamilton Ave. & Fig St; th SEly alg c/l Hamilton Ave., 1320'
to c/l Webster Ave.; th Ely & SEly alg c/l Webster Ave. to its inter with
c/l Cherry St.; th NEly alg c/l Cherry St. 600.8' to exterior of Ely bdy
li of Temecula Rancho; th NWly alg sd ext of Ely bdy li to c/l Hot Spring
Creek; th meandering in SWly, SEly & Sly dir alg c/l sd Hot Spring Creek
to pob.

Apparent Owner:   CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE

Gross Acreage      514.1                              Wells: 7S3W-14J1 - Public Supply -
                                                             Outside Murrieta Ground
Irrigable Acreage  441.9                                     Water Area as defined by
                                                             Court.
Irrigated Acreage  Unknown                                  7S3W-23A1 - Public Supply
                                                             23A2 - Public Supply
Surface Diversions:                                          23A3 - Unused.

---

Parcel 20-8-537    (See Parcel 20-7-376)

Interlocutory Judg. #30
Exhibit H.

-241-

689

Parcel 20-8-538                                    Exhibit No.   207D

    Por Blk 176, Tem. L. & W. Co. daf: Beg at inter of c/l Elm St. & John Jay
Ave.; th NWly alg c/l John Jay Ave., 130'; th NEly & p/w c/l Elm St., 85';
th SEly & p/w c/l John Jay Ave., 130' to its inter with c/l Elm St.; th SWly
alg c/l Elm St., 85' to pob.

Apparent Owner:    <u>SMITH</u>, Stuart

Gross Acreage      .3                                    Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-539                                    Exhibit No.   207D

    Por Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St., dist. NEly
85' fr its inter with c/l John Jay Ave.; th NWly & p/w c/l John Jay Ave.,
130'; th NEly & p/w c/l Elm St., 70'; th SEly & p/w c/l John Jay Ave.,
130' to c/l Elm St.; th SWly alg c/l Elm St., 70' to pob.

Apparent Owner:    <u>FIDELITY REALTY CORP., LTD.</u>

Gross Acreage      .2                                    Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-540                                    Exhibit No.   207D

    Por Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St., dist. NEly
155' fr its inter with c/l John Jay Ave.; th NEly alg c/l Elm St., 70'; th NWly
& p/w c/l John Jay Ave., 130'; th SWly & p/w c/l Elm St., 70'; th SEly & p/w
c/l John Jay Ave., 130' to pob.

Apparent Owner:    <u>DIXON</u>, Ida L.

Gross Acreage      .2                                    Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-242-

697

Parcel 20-3-541

Exhibit No.  207D

Por Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l Elm St., dist NEly 225' fr its inter with c/l John Jay Ave.; th NEly alg c/l Elm St., 70'; th NWly & p/w c/l John Jay Ave., 130'; th SWly & p/w c/l Elm St., 70'; th SEly & p/w c/l John Jay Ave., 130' to pob.

Apparent Owner:   HAFNER, Gwendolyn Virginia

Gross Acreage        .2

Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-542

Exhibit No.  207D

Por Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist. NWly 250' fr its inter with c/l Elm St.; th NEly & p/w c/l Elm St., 85'; th SEly & p/w c/l John Jay Ave., 120'; th SWly & p/w c/l Elm St., 85' to c/l John Jay Ave.; th NWly alg c/l John Jay Ave., 120' to pob.

Apparent Owner:   TAYLOR, Olive L.

Gross Acreage        .2

Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-3-543

Exhibit No.  207D

Por Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist. NWly 250' fr its inter with c/l Elm St., 85' to tpob; th NEly & p/w c/l Elm St., 70'; th SEly & p/w c/l John Jay Ave., 120'; th SWly & p/w c/l Elm St., 70'; th NWly & p/w c/l John Jay Ave., 120' to tpob.

Apparent Owner:   JOHNSON, C. C.

Gross Acreage        .2

Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

608

Exhibit No. 2ⁿ

For Blk 176, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist NWly 250' fr its inter with c/l Elm St.; th NEly & p/w c/l Elm St., 155' to tpob; th NEly & p/w c/l Elm St., 70'; th SEly & p/w c/l John Jay Ave., 120'; th SWly & p/w c/l Elm St., 70'; th NWly & p/w c/l John Jay Ave., 120' to tpob.

Apparent Owner:    ROLANDER, Ralph S. & Virginia S.

Gross Acreage        .2                           Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 20-8-545    (See Parcel 20-12-226)

Parcel 20-8-546    (See Parcel 20-12-226)

Parcel 20-8-547    (See Parcel 20-12-226)

Parcel 20-8-548    (See Parcel 20-12-226)

Parcel 20-8-549    (See Parcel 20-12-226)

Parcel 20-8-550                              Exhibit No.   207D

For Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist. NEly 660' fr its inter with c/l John Jay Ave.; th NWly & p/w c/l John Jay Ave., 396'; th NEly & p/w c/l Date St., 330'; th SEly & p/w c/l John Jay Ave., 396' to c/l Date St.; th SWly alg c/l Date St., 330' to pob.

Apparent Owner:    GILBERT, George Robert

Gross Acreage        3.0                          Wells:

Irrigable Acreage    3.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
699

Parcel 20-8-551

Exhibit No.  207D

For Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist.
NEly 660' fr its inter with c/l John Jay Ave.; th NWly & p/w c/l John Jay
Ave., 390' to tpob; th NEly & p/w c/l Date St., 330'; th NWly & p/w c/l
John Jay Ave., 264'; th SWly & p/w c/l Date St., 330'; th SEly & p/w c/l
John Jay Ave., 264' to tpob.

Apparent Owner:     WEBB, Gerald B. & Joel A. H.

Gross Acreage       2.0
                                                Wells:
Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-552

Exhibit No.  207D

SWly ½ of most Nly ¼ Blk 178, Tem. L. & W. Co.

Apparent Owner:     SCHIERZ, J. H.

Gross Acreage       5.0
                                                Wells:
Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-553

Exhibit No.  207D

For Blk 178, Tem. L. & W. Co. daf: Beg at inter of NWly bdy li ext of sd
Blk 178 with c/l John Jay Ave.; th NEly alg sd NWly bdy li 264'; th SEly
& p/w c/l John Jay Ave., 330'; th SWly & p/w NWly bdy li 264' to c/l John
Jay Ave.; th NWly alg c/l John Jay Ave., 330' to pob.

Apparent Owner:     HAVENS, Ida Emma LaPont

Gross Acreage       2.0
                                                Wells:
Irrigable Acreage   2.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

700

Parcel 20-8-554

Exhibit No. 207D

    Por Blk 178, Tem. L. & W. Co. daf: Beg at pt in NWly bdy li ext of sd Blk 178 dist NEly 264' fr its inter with c/l John Jay Ave.; th SEly & p/w c/l John Jay Ave., 330'; th NEly & p/w sd NWly bdy li 132'; th NWly & p/w c/l John Jay Ave., 330' to sd NWly bdy li; th SWly alg sd NWly bdy li 132' to pob.

Apparent Owner:    MYERS, W. D.

Gross Acreage    1.0                    Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-555

Exhibit No. 207D

    Por. Blk 178, Tem. L. & W. Co. daf: Beg at pt on NWly bdy li ext sd Blk 178 dist NEly 396' fr its inter with c/l John Jay Ave.; th SEly & p/w c/l John Jay Ave., 330'; th NEly & p/w sd NWly bdy li 132'; th NWly & p/w c/l John Jay Ave., 330' to sd NWly bdy li; th SWly alg sd NWly bdy li 132' to pob.

Apparent Owner:    WILLIAMS, Milton A.

Gross Acreage    1.0                    Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

----

Parcel 20-8-556

Exhibit No. 207D

    Por Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist. SEly 330' fr its inter with NWly bdy li ext sd Blk 178; th NEly & p/w sd NWly bdy li 132'; th SEly & p/w c/l John Jay Ave., 330'; th SWly & p/w sd NWly bdy li 132' to c/l John Jay Ave.; th NWly alg c/l John Jay Ave., 330' to pob.

Apparent Owner:    HOAGLAND, Lucille Questa & Mary TALBOT, Grace

Gross Acreage    1.0                    Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

701

Parcel 20-8-557    (See Parcel 20-12-228)

Parcel 20-8-558

Exhibit No.  207D

For Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist
NWly 660' fr its inter with c/l Date St.; th NEly & p/w c/l Date St., 396'
to tpob; th NWly & p/w c/l John Jay Ave., 330'; th NEly & p/w c/l Date
St., 132'; th SEly & p/w c/l John Jay Ave., 330'; th SWly & p/w c/l Date
St., 132' to tpob.

Apparent Owner:    TRAYNOR, Harold J.

Gross Acreage       1.0                             Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-8-559

Exhibit No.  207D

For Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist NEly
660' fr its inter with c/l John Jay Ave.; th NWly & p/w c/l John Jay Ave.,
660' to tpob; th SWly & p/w c/l Date St., 132'; th NWly & p/w c/l John
Jay Ave., 330'; th NEly & p/w c/l Date St., 132'; th SEly & p/w c/l John
Jay Ave., 330' to tpob.

Apparent Owner:    GREEN, Prudence V.

Gross Acreage       1.0                             Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-8-560

Exhibit No.  207D

For Blk 178, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist
NWly 330' fr its inter with c/l Date St.; th NEly & p/w c/l Date St., 132'
to tpob; th NWly & p/w c/l John Jay Ave., 330'; th NEly & p/w c/l Date St.,
132'; th SEly & p/w c/l John Jay Ave., 330'; th SWly & p/w c/l Date St.,
132' to tpob.

Apparent Owner:    HAINES, Janie C.

Gross Acreage       1.0                             Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

702

Parcel 20-8-561                                         Exhibit No.  207D

   SEly ½ of most Sly ¼ Blk 178, Tem. L. & W. Co.

Apparent Owner:     BLAKELY, P. Hoyt, J. Ward & Camilla J.

Gross Acreage       5.0                      Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-562     (See Parcel 20-12-226)

Parcel 20-8-563     (See Parcel 20-12-226)

---

Parcel 20-8-564                                         Exhibit No.  207D

   Por Blk 179, Tem. L. & W. Co. daf: Beg at pt in c/l Hamilton Ave., dist
   NWly 330' fr its inter with c/l Cherry St.; th SWly & p/w c/l Cherry St.
   330'; th NWly & p/w c/l Hamilton Ave., 330'; th NEly & p/w c/l Cherry St.,
   330' to c/l Hamilton Ave.; th SEly alg c/l Hamilton Ave., 330' to pob.

Apparent Owner:     FORTIN, C. E.

Gross Acreage       2.5                      Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-565                                         Exhibit No.  207D

   Por Blk 179, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St., dist
   SWly 330' fr its inter with c/l Hamilton Ave.; th NWly & p/w c/l Hamilton
   Ave., 440'; th SWly & p/w c/l Cherry St., 165'; th SEly & p/w c/l Hamilton
   Ave., 440' to c/l Cherry St.; th NEly alg c/l Cherry St., 165' to pob.

Apparent Owner:     SWEET, Agnes

Gross Acreage       1.7                      Wells:

Irrigable Acreage   1.7

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
-248-                                        703

Parcel 20-0-564

For 179, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St., dist SWly 495' fr its inter with c/l Hamilton Ave.; th NWly & p/w c/l Hamilton Ave., 660'; th SEly & p/w c/lCherry St., 165'; th SEly & p/w c/l Hamilton Ave., 660' to c/l Cherry St.; th NEly alg c/l Cherry St., 165' to pob.

Apparent Owner:    WILLIAMS, Marie Claire
                   O'BRIEN, Richard J. & Patricia Anne

Gross Acreage      2.5                           Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-0-567

For Blk 179, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St. dist. SWly 990' fr its inter with c/l Hamilton Ave.; th NWly & p/w c/l Hamilton Ave., 660'; th SWly & p/w c/l Cherry St., 165'; th SEly & p/w c/l Hamilton Ave., 660' to c/l Cherry St.; th NEly alg c/l Cherry St., 165' to pob.

Apparent Owner:    GILBERT, William Burton

Gross Acreage       2.5                          Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-0-568

For Blk 179, Tem. L. & W. Co. daf: Beg at inter of c/l Cherry St. & John Jay Ave.; th NWly alg c/l John Jay Ave., 330'; th NEly & p/w c/l Cherry St., 330'; th SEly & p/w c/l John Jay Ave., 330' to c/l Cherry St.; th SWly alg c/l Cherry St., 330' to pob.

Apparent Owner:    TROEGER, Richard Henry

Gross Acreage       2.5                          Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

704

Parcel 20-8-569                                         Exhibit No.  207D

    For Blk 179, Tem. L. & W. Co. daf: Beg at pt in c/l John Jay Ave., dist.
NWly 330' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
330'; th NWly & p/w c/l John Jay Ave., 330'; th SWly & p/w c/l Cherry St.,
330' to c/l John Jay Ave.; th SEly alg c/l John Jay Ave., 330' to pob.

Apparent Owner:     WALTON, Ralph E.

Gross Acreage       2.5                          Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-570                                         Exhibit No.  207D

    For Blk 179, Tem. L. & W. Co. daf: Beg at pt in c/l Date St., dist SWly
660' fr its inter with c/l Hamilton Ave.; th SEly & p/w c/l Hamilton Ave.,
660'; th SWly & p/w c/l Date St., 330'; th NWly & p/w c/l Hamilton Ave.,
660' to c/l Date St.; th NEly alg c/l Date St., 330' to pob.

Apparent Owner:     GRETHER, E. F. & Maude O.

Gross Acreage       5.0                          Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Interlocutory Judg. #30
Exhibit H.

705

Parcel 20-8-571,600 & 600A

Exhibit No. 207D
172

571--For Blk 183, Tem. L. & W. Co. daf: Beg at inter of c/l Clinton Ave. & Apricot
St.; th SWly alg c/l Apricot St., 333.66'; th N. 69°28'25" W. 1408.22' to
pt in c/l Banana St., dist. SWly 979.66' fr its inter with c/l Clinton Ave.;
th NEly alg c/l Banana St., 979.66' to c/l Clinton Ave.; th SEly alg c/l
Clinton Ave., to pob.  EXC por in Clinton Ave., Apricot St. & Banana St.
Also, por Blk 184, Tem. L. & W. Co. daf: Beg at inter of c/l Banana St.
& Clinton Ave.; th SWly alg c/l Banana St., 979.66'; th N. 52°07' W. 943.7';
th N. 78°20' W. 317.10'; th N. 56°56' E. 554.2'; th N. 4°16' W. 624.62'
to NWly bdy li sd Blk 184; th NEly alg sd NWly bdy li ext 395.20' to c/l
Clinton Ave.; th SEly alg c/l Clinton Ave., to pob.
Also, por Blk 185, Tem. L. & W. Co. daf: Beg. at inter of c/l Clinton Ave.,
with SEly bdy li ext sd Blk 185; th SWly alg sd SEly bdy li 395.20'; th
N. 31°11'05" W. 354.20'; th N. 30°18'05" E. 341.90' to c/l Clinton Ave.;
th SEly alg c/l Clinton Ave. 460.12' to pob.
600--Lots 1 & 2, and Lots 7 through 22, Hot Springs Addition.
600A-For Lots 3 - 6, Hot Springs Addition lying Ely of Cty Rd.

Apparent Owner:    CEAS, Albert N. & Maxine

Gross Acreage    260.7                    Wells: 7S3W-24A1 - Irrigation &
                                                          Domestic
Irrigable Acreage  260.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-572

Exhibit No. 207D
15H

For Blk 184, Tem. L. & W. Co. daf: Beg at inter of c/l Hamilton Ave. with
NWly bdy li ext of sd Blk 184; th SEly alg c/l Hamilton Ave., 615.5'; th
N. 34°56'15" E. 554.20'; th N. 04°15'15" W. 624.62' to pt on NWly bdy li
ext, dist SWly 395.20' fr its inter with c/l Clinton Ave.; th SWly alg sd
NWly bdy li ext 924.70' to pob. EXC por in Hamilton Ave. ALSO EXC por lying
Wly of Ely li Cty Road.

Apparent Owner:    REID, Herbert K. & Rose V.

Gross Acreage    7.0                     Wells: 7S3W-24Q1 - Domestic

Irrigable Acreage  7.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-573

Exhibit No. 207D

For Blk 184, Tem. L. & W. Co. lying Wly of Ely li Cty Road.

Apparent Owner:    COUNTY OF RIVERSIDE

Gross Acreage    1.3                     Wells:
Irrigable Acreage  1.3

Irrigated Acreage  Unknown
Surface Diversions:

706

Parcel 29-8-574    (See Parcel 20-12-226)

Parcel 20-8-575                                                Exhibit No.  207D

For Blk 166, Tem. L. & W. Co. daf: Beg at inter of c/l Clinton Ave. & Cherry
St.; th NWly alg c/l Clinton Ave., 660'; th SWly & p/w c/l Cherry St., 330';
th SEly & p/w c/l Clinton Ave., 660' to c/l Cherry St.; th NEly alg c/l
Cherry St., 330' to pob.

Apparent Owner:    SECURITY FIRST NATIONAL BANK OF LOS ANGELES
                   (in trust for Bond, Barry Murray)

Gross Acreage      5.0                         Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-576                                                Exhibit No.  207D

For Blk 166, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St. dist. SWly
330' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave., 660';
th SWly & p/w c/l Cherry St., 165'; th SEly & p/w c/l Clinton Ave., 660' to
c/l Cherry St.; th NEly alg c/l Cherry St., 165' to pob.

Apparent Owner:    BELLER, Morris & Lena

Gross Acreage      2.5                         Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-577                                                Exhibit No.  207D

For Blk 166, Tem. L. & W. daf: Beg at inter of c/l Hamilton Ave. & Date St.;
th NEly alg c/l Date St., 330'; th SEly & p/w c/l Hamilton Ave., 660'; th
SWly & p/w c/l Date St., 330' to c/l Hamilton Ave.; th NWly alg c/l Hamilton
Ave., 660' to pob.

Apparent Owner:    STEKETTE, Elcee H.

Gross Acreage      5.0                         Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-8-578

For Blk 186, Tem. L. & W. Co. daf: Beg at pt in c/1 Date St., dist. NEly 330' fr its inter with c/1 Hamilton Ave.; th SEly & p/w c/1 Hamilton Ave., 660'; th NEly & p/w c/1 Date St., 330' th NWly & p/w c/1 Hamilton Ave., 660' to c/1 Date St.; th SWly alg c/1 Date St. 330' to pob.

Apparent Owner:       LUX, Charles A. & Edna T.

Gross Acreage      5.0                                    Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-579

For Blk 186, Tem. L. & W. Co., daf: Beg at pt in c/1 Date St. dist SWly 330' fr its inter with c/1 Clinton Ave.; th SEly & p/w c/1 Clinton Ave., 660'; th SWly & p/w c/1 Date St., 165'; th NWly & p/w c/1 Clinton Ave., 660' to c/1 Date St.; th NEly alg c/1 Date St., 165' to pob.

Apparent Owner:       ROSS, Thomas B.
                      DULL, Harry J.

Gross Acreage:      2.5                                    Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-580

For Blk 186, Tem. L. & W. Co. daf: Beg at pt in c/1 Date St., dist SWly 495' fr its inter with c/1 Clinton Ave.; th SEly & p/w c/1 Clinton Ave., 660'; th SWly & p/w c/1 Date St., 165'; th NWly & p/w c/1 Clinton Ave., 660' to c/1 Date St.; th NEly alg c/1 Date St., 165' to pob.

Apparent Owner:       MAXWELL, A. Addison

Gross Acreage      2.5                                    Wells:

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

708

Parcel 20-8-581   (See Parcel 20-12-226)

Parcel 20-8-582                                                Exhibit No. 207D

For Blk 187, Tem. L. & W. Co. daf: Beg at pt in c/l Hamilton Ave., dist
NWly 660' fr its inter with c/l Date St.; th NEly & p/w c/l Date St., 220';
th NWly & p/w c/l Hamilton Ave., 215'; th SWly & p/w c/l Date St., 220'
to c/l Hamilton Ave.; th SEly alg c/l Hamilton Ave., 215' to pob.

Apparent Owner:   SWEET, Agnes

Gross Acreage      1.1

Irrigable Acreage  1.1                          Wells:

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-583   (See Parcel 20-12-226)

Parcel 20-8-584                                                Exhibit No. 207D

For Blk 188, Tem. L. & W. Co. daf: Beg at inter of c/l Hamilton Ave &
a li running diag across sd Blk 188 (daf: Beg at pt in c/l Hancock Ave.
dist SEly 660' fr its inter with c/l Fig St.; th N. 88°00'30" W. through
Blks 171, 172, 176, 177, 187, 188, 190, 191 to pt in c/l Webster Ave. dist
NWly 660' fr its inter with c/l Cherry St); th Ely alg sd diag li 665.5';
th SWly & p/w SEly bdy li sd Blk 188 to pt dist NEly 270' fr c/l Hamilton
Ave. & tpob; th SWly & p/w sd SEly bdy li 95'; th SEly & p/w c/l Hamilton
Ave. to pt NWly 100' fr SEly bdy li; th NEly & p/w sd SEly bdy li 25'; th
SEly & p/w c/l Hamilton Ave 100' to sd SEly bdy li; th NEly alg sd SEly bdy
li 70'; th NWly & p/w c/l Hamilton Ave to tpob.

Apparent Owner:   WILSON, Lee Charles

Gross Acreage      .4

Irrigable Acreage  .4                           Wells:

Irrigated Acreage  Unknown

Surface Diversions:


Interlocutory Judg. #30
Exhibit H.

-254-

709

Parcel 20-8-588    (Number not used)

Parcel 20-8-589                                        Exhibit No.  207D

For Blk 190, Tem. L. & W. Co. lying Sly of ll daf: Beg at pt in c/l Hancock
Ave. dist SEly 660' fr its inter with c/l Fig St.; th N. 88°00'30" W. through
Lots 171, 172, 176, 177, 187, 188, 190 & 191 to a pt in c/l Webster Ave.,
dist NWly 660' fr its inter with c/l Cherry St.

Apparent Owner:    TRAYNOR, Harold J.

Gross Acreage     6.9                        Wells:

Irrigable Acreage  6.9

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-590   (See Parcel 20-12-226)


Parcel 20-8-591                                        Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave. dist NWly
645' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St., 440';
th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w c/l Cherry St., 440'
to c/l Clinton Ave.; th SEly alg c/l Clinton Ave., 215' to pob.

Apparent Owner:    LUNDSTEDT, Huldah J., Earl W., & Harold E.
                   SVEINSON, M. Eleanor
                   GRAHAM, Mildred E.
                   WEISZ, Lydia M.

Gross Acreage     2.2                        Wells:

Irrigable Acreage  2.2

Irrigated Acreage  Unknown

Surface Diversions:


Parcel 20-8-592                                        Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave., dist
NWly 645' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
440' to tpob; th NWly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l
Cherry St., 220'; th SEly & p/w c/l Clinton Ave., 215'; th SWly & p/w
c/l Cherry St., 220' to tpob.

Apparent Owner:    ANDERSON, Ossian, Edward, Karl, Olaf & Arthur N.

Gross Acreage     1.0                        Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:                          Interlocutory Judg. #30
                                                  Exhibit H.

-256-

711

Exhibit No. 207D

Per Blk 191, Tem. L. & W. Co. dnf: Beg at pt in c/l Cherry St., dist. NEly 1100'
fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave., 430'
to tpob; th SEly & p/w c/l Clinton Ave. to its inter with ll running diag.
across sd Blk 191 (sd ll dnf: Beg at pt in c/l Hancock Ave., dist. SEly
50' fr it a inter with c/l Fig St.; th N. 83°00'30" W. through Blks 171,
172, 173, 177, 187, 188, 190 & 191 to a pt in c/l Webster Ave., dist NEly
50' fr its inter with c/l Cherry St.); th SEly alg sd diag ll to its inter
with SWly bdy ll of sd Blk 191; th SEly alg NEly bdy ll to a pt dist
NWly 430' fr its inter with c/l Cherry St.; th SWly & p/w c/l Cherry St
to tpob.

Apparent Owner:   TURNER, Fred A.

Gross Acreage        1.5                                    Wells:

Irrigable Acreage    1.5

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-8-594                                            Exhibit No.   207D

Per Blk 191, Tem. L. & W. Co. dnf: Beg at inter c/l Clinton Ave & Cherry
St.; th NWly alg c/l Clinton Ave., 215'; th NEly & p/w c/l Cherry St., 660';
th SEly & p/w c/l Clinton Ave., 215' to c/l Cherry St.; th SWly alg c/l
Cherry St., 660' to pob.
Also. Beg at pt in c/l Cherry St., dist. NEly 1100' fr its inter with c/l
Clinton Ave.; th NWly & p/w c/l Clinton Ave., 215' to tpob; th NEly & p/w
c/l Cherry St. to its inter with SWly ll Webster Ave.; th NWly alg sd
SWly ll Webster Ave., 215'; th SWly & p/w c/l Cherry St. to a pt dist.
NEly 1100' fr c/l Clinton Ave.; th SEly & p/w c/l Clinton Ave., 215' to
tpob.

Apparent Owner:   FARR, Walter Lester

Gross Acreage        4.34                                   Wells:

Irrigable Acreage    4.34

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

712

Parcel (No......)                                    Exhibit No. 207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St. dist. NEly 1140' fr inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l Cherry St to SWly li Webster Ave.; th SEly alg SWly li Webster Ave., 215' to its inter with c/l Cherry St.; th SWly alg c/l Cherry St.; to pob.

Apparent Owner:    PENNIKE, Wallace Beaver

Gross Acreage      1.1                    Wells:

Irrigable Acreage  1.1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-596                                    Exhibit No. 207D

For Blk 191, Tem. L. & W. Co., daf: Beg at pt in c/l Clinton Ave. dist NWly 945' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St., 220' to tpob; th SEly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l Cherry St., 220'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w c/l Cherry St., 220' to tpob.

Apparent Owner:    LANNING, E. G., Henrietta, C. G., & Paul

Gross Acreage      1.1                    Wells:

Irrigable Acreage  1.1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-597                                    Exhibit No. 207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St dist. NEly 680' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave., 215' to tpob; th NEly & p/w c/l Cherry St., 220'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w c/l Cherry St., 220'; th SEly & p/w c/l Clinton Ave., 215' to tpob.

Apparent Owner:    ALLEN, Loftus H. & Frances R.

Gross Acreage      1.1                    Wells:

Irrigable Acreage  1.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.                 713

Parcel 20-8-598                                          Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St., dist. NEly
1000' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave.,
215'; th NEly & p/w c/l Cherry St., 74'; th SEly & p/w c/l Clinton Ave.,
215' to c/l Cherry St.; th SWly alg c/l Cherry St., 74' to pob.

Apparent Owner:     MC NICHOL, John

Gross Acreage       .36                          Wells:

Irrigable Acreage   .36

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-599                                          Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St., dist NEly
953' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave.,
215'; th NEly & p/w c/l Cherry St., 73'; th SEly & p/w c/l Clinton Ave.,
215' to c/l Cherry St.; th SWly alg c/l Cherry St., 73' to pob.

Apparent Owner:     MC ADAM, Edward D.

Gross Acreage       .36                          Wells:

Irrigable Acreage   .36

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-600                                          Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St. dist NEly
880' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave.,
215'; th NEly & p/w c/l Cherry St., 73'; th SEly & p/w c/l Clinton Ave.,
215' to c/l Cherry St.; th SWly alg c/l Cherry St., 73' to pob.

Apparent Owner:     BACON, Fulton S.

Gross Acreage       .36                          Wells:

Irrigable Acreage   .36

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-259-

714

Parcel 20-8-601                                    Exhibit No.  207D

    Por Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Cherry St., dist NEly
660' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l Clinton Ave.,
215'; th NEly & p/w c/l Cherry St., 220';
    ; th SEly & p/w c/l Clinton Ave., 215' to c/l Cherry St; th SWly alg
c/l Cherry St., 220' to pob.

Apparent Owner:    ALLEN, Loftus H.

Gross Acreage      1.1                              Wells:

Irrigable Acreage  1.1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-602                                    Exhibit No.  207D

    Por Blk 191, Tem. L. & W. Co. daf:  Beg at pt in c/l Clinton Ave., dist.
NWly 215' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
110' to tpob; th NWly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l
Cherry St., 110'; th SEly & p/w c/l Clinton Ave., 215'; th SWly & p/w
c/l Cherry St., 110' to tpob.

Apparent Owner:    BERRY, H. A.

Gross Acreage      .54                             Wells:

Irrigable Acreage  .54

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-8-603                                    Exhibit No.  207D

    Por Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave., dist.
NWly 430' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
550' to tpob; th SEly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l
Cherry St., 110'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w
c/l Cherry St., 110' to pob.

Apparent Owner:    WARD, Harry J.

Gross Acreage      .54                             Wells:

Irrigable Acreage  .54

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

715

Parcel 20-8-604                                          Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave., dist.
NWly 430' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
440' to tpob; th SEly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l
Cherry St., 110'; th NWly & P/w c/l Clinton Ave., 215'; th SWly & p/w
c/l Cherry St., 110' to tpob.
Also, that por Blk 191, Tem. L. & W. Co. daf: Beg at a pt in c/l Cherry
St. dist NEly 440' fr its inter with c/l Clinton Ave.; th NWly & p/w c/l
Clinton Ave., 430' to tpob; th SWly & p/w c/l Cherry St., 220'; th NWly
& p/w c/l Clinton Ave., 215'; th NEly & p/w c/l Cherry St., 220'; th
SEly & p/w c/l Clinton Ave., 215' to tpob.

Apparent Owner:     WARD, Stanley E. & Marvella

Gross Acreage       1.6                         Wells:

Irrigable Acreage   1.6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-605                                         Exhibit No.  207D

For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave., dist.
NWly 645' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
440' to tpob; th SEly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l
Cherry St., 220'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w
c/l Cherry St., 220' to tpob.
Also, that por Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton
Ave., dist NWly 645' fr its inter with c/l Cherry St.; th NEly & p/w c/l
Cherry St., 805' to tpob; th SEly & p/w c/l Clinton Ave., 215'; th NEly
& p/w c/l Cherry St., 75'; th NWly & p/w c/l Clinton Ave., 215'; th SWly
& p/w c/l Cherry St., 75' to tpob.

Apparent Owner:     GRYDE, Herbert

Gross Acreage       1.5                         Wells:

Irrigable Acreage   1.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-261-

716

Parcel 20-8-905                                          Exhibit No.  207D

    For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave., dist
NWly 215' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry
St., 440'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w c/l Cherry
St., 220'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w c/l Cherry
St., 220' to c/l Clinton Ave.; th SEly alg c/l Clinton Ave., 430' to pob.

Apparent Owner:    LANNING, Clarence Ray & Leona

Gross Acreage       3.3                          Wells:

Irrigable Acreage   3.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-607                                          Exhibit No.  207D

    For Blk 191, Tem. L. & W. Co. daf: Beg at pt in c/l Clinton Ave., dist.
NWly 645' fr its inter with c/l Cherry St.; th NEly & p/w c/l Cherry St.,
650' to tpob; th SEly & p/w c/l Clinton Ave., 215'; th NEly & p/w c/l
Cherry St., 145'; th NWly & p/w c/l Clinton Ave., 215'; th SWly & p/w
c/l Cherry St., 145' to tpob.

Apparent Owner:    MOON, Earl L.

Gross Acreage       .71                          Wells:

Irrigable Acreage   .71

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-8-608     (See Parcel 20-8-571)              XXXXXXXXXXXXXXXX

---

Parcel 20-8-609     (See Parcel 20-12-226)

---

Parcel 20-8-609A    (See Parcel 20-8-571)

---

Parcel 20-9-610     (See Parcel 20-7-376)

Interlocutory Judg. #30
Exhibit H.
717

Parcel 20-9-611                                    Exhibit No.  207D

    Lots 11 though 14, & 17 through 19, Blk A, Murrieta Eucalyptus Co. Tct.
Lots 19 through 22, and 31 through 34, Blk B. Murrieta Eucalyptus Co. Tct.
Por of Tem. Rho lying between NEly li sd Rho & NEly li Murrieta Eucalyptus
Co. Tct, & SEly of NWly bdy li ext of Lot 14, Blk A, Murrieta Eucalyptus
Co. Tct. & NWly of NWly bdy li ext of Lot 20, Blk A, Murrieta Eucalyptus
Co. Tct.

Apparent Owner:     THOMPSON, Paul H. & Mary M.

Gross Acreage       546.9                          Wells:

Irrigable Acreage   298.09

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-9-612     (OUT OF BASIN)

---

Parcel 20-9-613                                    Exhibit No. 207D

    Ely 330', Lot 9, Blk A, Murrieta Eucalyptus Co TCT.

Apparent Owner:     TARWATER, Urban K. & Rose C.

Gross Acreage       10.0                           Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-9-614                                    Exhibit No.  207D

    Por Lot 9, Blk A, Murrieta Eucalyptus Co. Tct. daf: Beg at pt in c/l
Hamilton Ave., dist SEly 330' fr its inter with NWly bdy li sd Lot 9 ext.;
th S. 33°11' W. & p/w sd NWly bdy li 1320' to c/l John Jay Ave.; th SEly
alg c/l John Jay Ave., 165'; th N. 33°11' E. & p/w sd NWly bdy li 1320'
to c/l Hamilton Ave.; th NWly alg c/l Hamilton Ave., 165' to pob.

Apparent Owner:     KNOTT, G. Eldon & Vern E.

Gross Acreage       5.0                            Wells:

Irrigable Acreage   5.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30<br>Exhibit H.

Exhibit No.  207D

For Lot 9, Blk A, Murrieta Eucalyptus Co. Tct. daf: Beg at pt in c/l Hamilton Ave., dist SEly 165' fr its inter with NWly bdy ll sd lot 9 ext; th S. 33°11' W. & p/w sd NWly bdy ll 1320' to c/l John Jay Ave.; th NWly alg c/l John Jay Ave., 165'; th N. 33°11' E. & p/w sd NWly bdy ll 1320' to c/l Hamilton Ave.; th NWly alg c/l Hamilton Ave., 165' to pob.

Apparent Owner:    GRAY, Lloyd A. & Winifred

Gross Acreage      5.0                              Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-9-616                            Exhibit No.  207D

NWly 165' Lot 9, Blk A, Murrieta Eucalyptus Co. Tct.

Apparent Owner:    RAIL, Otis R. & Hazel F.

Gross Acreage      5.0                              Wells:

Irrigable Acreage  5.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-9-617                            Exhibit No.  207D

For Lot 7, Blk A, Murrieta Eucalyptus Co. Tct, daf: Beg at pt in c/l Hamilton Ave., dist SEly 330' fr its inter with c/l Juniper St.; th SWly & p/w c/l Juniper St., 660'; th SEly & p/w c/l Hamilton Ave., 330'; th NEly & p/w c/l Juniper St., 660' to c/l Hamilton Ave.; th NWly alg c/l Hamilton Ave., 330' to pob. EXC por in Hamilton Ave. & State Hwy.

Apparent Owner:    MC GILBRA, Hattie G.

Gross Acreage      4.1                              Wells:

Irrigable Acreage  4.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-254-

719

Parcel 20-9-622

Exhibit No.  207D

SW¼ of NW¼, Lot 24, Blk A, Murrieta Eucalyptus Co Tct.

Apparent Owner:   DE KNOBLOUGH, Minerva

Gross Acreage      10.0                        Wells:

Irrigable Acreage   6.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-9-623

Exhibit No.  207D
                  15H
                  196

Lots 1 through 12, Blk B, Murrieta Eucalyptus Co. Tct.

Apparent Owner:   YODER, Charles E. & Margery Bernice

Gross Acreage      413.0            Wells: 7S3W-16C1 - Domestic
                                           16G1 - Domestic
Irrigable Acreage   394.0                  16H1 - Unused

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-9-624

Exhibit No.  207D
                  15H

Lots 24 through 27, Blk B, Murrieta Eucalyptus Co. Tct.

Apparent Owner:   BORENSTEIN, Julius & Bella

Gross Acreage      160.0            Wells: 7S3W-5L1 - Unused
                                           5L2 - Domestic
Irrigable Acreage   160.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

729

Parcel 20-9-625                                          Exhibit No.  207D

    Por Lot 36, Blk B, Murrieta Eucalyptus Co Tct daf: Beg at pt in c/1
John Jay Ave., dist SEly 495' fr its inter with NWly bdy li sd Lot 36
ext.; th SWly p/w sd NWly bdy li 1320' to c/1 Hancock Ave.; th SEly
alg c/1 Hancock Ave., 165'; th NEly & p/w sd NWly bdy li 1320' to c/1
John Jay Ave.; th NWly alg c/1 John Jay Ave., 165' to pob.

Apparent Owner:    MARTINEZ, Marie J.

Gross Acreage      5.0                              Wells:

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-9-626                                          Exhibit No.  207D

    Por Lot 36, Blk B, Murrieta Eucalyptus Co Tct daf: Beg at pt in c/1 John
Jay Ave., dist SEly 330' fr its inter with NWly bdy li sd Lot 36 ext;
th SWly & p/w sd NWly bdy li, 1320' to c/1 Hancock Ave.; th SEly alg c/1
Hancock Ave., 165'; th NEly & p/w sd NWly bdy li 1320' to c/1 John Jay Ave.;
th NWly alg c/1 of John Jay Ave., 165' to pob.

Apparent Owner:    LLOYD, Hollie C. & Nettie M.

Gross Acreage      5.0                              Wells:

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-9-627                                          Exhibit No.  207D

    Por Lot 36, Blk B, Murrieta Eucalyptus Co Tct daf: Beg at pt in c/1 John
Jay Ave., dist SEly 165' fr its inter with NWly bdy li of sd Lot 36 ext;
th SWly & p/w sd NWly bdy li 1320' to c/1 Hancock Ave.; th SEly alg c/1
Hancock Ave., 165'; th NEly & p/w sd NWly bdy li 1320' to c/1 John Jay
Ave.; th NWly alg c/1 John Jay Ave., 165' to pob.

Apparent Owner:    LLOYD, Charles W.

Gross Acreage      5.0                              Wells:

Irrigable Acreage  4.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
721

Parcel 20-9-628

Exhibit No.  207D

N'ly ½ Lot 37, Blk B, Murrieta Eucalyptus Co Tct. EXC most Ely 240' thereof.

Apparent Owner:  SMITH, Norman W. & Fleda O.

Gross Acreage    16.5

Wells:

Irrigable Acreage  16.5

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-1-629

Exhibit No.  207D

Lot 1, Blk 1, Townsite of Murrieta. Also, 40' strip adj sd Lot 1 on NW, being a por of "D" St, now vacated.

Apparent Owner:   STOLLAR, Cora B.

Gross Acreage      .3

Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-1-630

Exhibit No.  207D

Lot 2, Blk 1, Townsite of Murrieta

Apparent Owner:   THOMPSON, Paul H. & Mary M.

Gross Acreage      .2

Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

------

Parcel 20-1-631

Exhibit No.  207D

Lot 3, Blk 1, Townsite of Murrieta

Apparent Owner:   CALIFORNIA WATER & TELEPHONE CO.

Gross Acreage      .2

Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-267-

722

Parcel 20-1-632

Exhibit No.   207D

Lots 4 - 17 inclusive, Blk 1, Townsite of Murrieta

Apparent Owner:    THOMPSON, C. J., Allie J. & H. C.

Gross Acreage      2.2                           Wells:

Irrigable Acreage  2.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-633                              Exhibit No.   207D

NE 90' of Lots 18-20 incl, Blk 1, Townsite of Murrieta. Also, a 40' strip
adj. NE por Lot 20 on NW, being por of "D" St., now vacated.

Apparent Owner:    JONES, William C. & Irma L.

Gross Acreage      .4                            Wells:

Irrigable Acreage  .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-634                              Exhibit No.   207D

SW 50' of Lots 18-20 inc, Blk 1, Townsite of Murrieta. Also 40' strip adj
SW pr Lot 20 on NW, being por of "D" St., now vacated.

Apparent Owner:    JONES, WILLIAM.C. & IRMA.L.

Gross Acreage      .2                            Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-635                              Exhibit No.   207D

Lots 1 - 3 incl, Blk 2, Townsite of Murrieta

Apparent Owner:    TARWATER, U. K. & Rose O.

Gross Acreage      .5                            Wells:

Irrigable Acreage  .5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

723

Parcel 20-1-636

Lots 4 & 5, Blk 2, Townsite of Murrieta

Exhibit No.   207D

Apparent Owner:   RICHMOND, James A.
                  YOUNG, Violet M.
                  MYERS, Harry A.

Gross Acreage        .3                          Wells:

Irrigable Acreage    .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-637

Lots 6 & 7, Blk 2, Townsite of Murrieta, Also 40' strip adj sd Lot 6 & 7
on th NE, being por of "D" St, now vacated.

Exhibit No.   207D

Apparent Owner:   MURRIETA UNION CHURCH

Gross Acreage        .6                          Wells:

Irrigable Acreage    .6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-638

Lots 8 & 9, Blk 2, Townsite of Murrieta

Exhibit No.   207D
                   15H

Apparent Owner:   MC CRACKEN, Newell

Gross Acreage        .3

Irrigable Acreage    .3                          Wells: 7S3W-20B4 - Domestic

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-639

Lot 10, Blk 2, Townsite of Murrieta

Exhibit No.   207D

Apparent Owner:   DE MUND, William P. & Ione

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

724

Parcel 20-1-640

Exhibit No.  207D

Lot 11, Blk 2, Townsite of Murrieta

Apparent Owner:  WINTER, Harry C. & Florence W.

Gross Acreage        .2                                   Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-641

Exhibit No.  207D

Lot 12, Blk 2, Townsite of Murrieta

Apparent Owner:  JENSEN, Murrel C. & Victoria

Gross Acreage        .2                                   Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-642

Exhibit No.  207D

Lots 1 & 2, Blk 3, Townsite of Murrieta

Apparent Owner:  WINTER, Harry C. & Florence W.

Gross Acreage        .3                                   Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-643

Exhibit No.  207D

Lot 3, Blk 3, Townsite of Murrieta

Apparent Owner:  GAGNON, Louis D. & Catherine I.

Gross Acreage        .2                                   Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

Parcel 20-1-644

Exhibit No.  207D

Lot 4, Blk 3, Townsite of Murrieta

Apparent Owner:   BUSH, Lavern G.

Gross Acreage        .2

Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-645

Exhibit No.  207D

Lots 5 & 6, Blk 3, Townsite of Murrieta

Apparent Owner:   HAMILTON, Rhina

Gross Acreage        .3

Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-646

Exhibit No.  207D

Lots 7-12 incl, Blk 3, Townsite of Murrieta

Apparent Owner:   GAGNON, Robert R.

Gross Acreage        1.0

Wells:

Irrigable Acreage  1.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-647

Exhibit No.  207D

Lots 1 & 2, Blk 4, Townsite of Murrieta

Apparent Owner:   WATKINS, John H. & Laura Trout

Gross Acreage        .3

Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H

726

Parcel 20-1-648 & 649

Exhibit No.  207D
15H
224

Lots 3 to 10 incl, Blk 4, Townsite of Murrieta

Apparent Owner:   SMALL, Eugene L.

Gross Acreage     1.2

Wells: 7S3W-20C1 - Domestic

Irrigable Acreage  1.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-650

Exhibit No.  207D

For, Lots 11 & 12, Blk 4, Townsite of Murrieta daf: Beg on NWly li sd Lot 12 at a pt 92' fr most Wly cor thereof; th NEly on NWly li of sd Lot 12, 48' to most Nly cor thereof; th SEly on NEly li sd Lots 11 & 12, 100' to most Ely cor sd Lot 11; th SWly on SEly li sd Lot 11, 48' to pt 92' NEly fr most Sly cor sd Lot 11; th NWly p/w SWly li sd Lots 11 & 12, 100' to pob.

Apparent Owner:   YOUNG, Jerry & Alice Elma

Gross Acreage     .1

Wells:

Irrigable Acreage  .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-651

Exhibit No.  207D

NEly 67' of SWly 92' Lots 11 & 12, Blk 4, Townsite of Murrieta.

Apparent Owner:   WILLIAMS, Genie E.

Gross Acreage     .2

Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

727

Parcel 20-1-652               Exhibit No. 207D

     Por Lots 11 & 12, Blk 4, Townsite of Murrieta, daf: beg at most Wly cor sd Lot 12, sd pt being the inter of SEly li of B St., & NEly li 1st Ave.; th NEly alg sd SEly li of B St., 25'; th at r/a SEly, 100' to SEly li sd Lot 11; th SWly alg sd SEly li Lot 11, 25' to NEly li 1st Ave.; th NWly alg sd NEly li 1st Ave., 100' to pob.

Apparent Owner:     <u>MARTIN</u>, Wanda L. & Francis D.
                   <u>KAUFMAN</u>, Hattie

Gross Acreage      .1                    Wells:

Irrigable Acreage    .1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-653               Exhibit No. 207D

     Lot 1 - 3 incl, Blk 5, Townsite of Murrieta

Apparent Owner:     <u>CROW</u>, Reuven R. & Lydia M.

GrOss Acreage      .5                   Wells:

Irrigable Acreage    .5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-654               Exhibit No. 207D

     NEly 90' por Lots 4-6 incl, Blk 5, Townsite of Murrieta

Apparent Owner:     <u>TARWATER</u>, Urban K. & Rose C.

Gross Acreage      .3                   Wells:

Irrigable Acreage    .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-655               Exhibit No. 207D

     Lots 7 & 8, Blk 5, Townsite of Murrieta

Apparent Owner:     <u>FREEMAN</u>, Thomas A. & Thelma Lillian

Gross Acreage      .3                   Wells:

Irrigable Acreage    .3

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30   728
Exhibit H.

Parcel 20-1-656                                          Exhibit No.  207D

    Lot 9, Blk 5, Townsite of Murrieta

Apparent Owner:   DUNHAM, Sarah A.

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-657                                          Exhibit No.  207D

    Lot 10, Blk 5, Townsite of Murrieta

Apparent Owner:   YOUNG, Jerry & Alice

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-658                                          Exhibit No.  207D

    Lot 11, Blk 5, Townsite of Murrieta

Apparent Owner:   FIRTH, Berdell
                PADDOCK, George H.

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-659                                          Exhibit No.  207D

    Por Lots 4-6 incl, Blk 5, Townsite of Murrieta, daf: Beg at pt 100' SW
of inter of Washington & B St.; th NWly 150'; th at r/a SWly 50' & p/w B
St; th at r/a SEly 150' to SEly cor Lot 6; th NEly alg NWly li B St., 50'
to pob.

Apparent Owner:   HISTORICAL SOCIETY OF MURRIETA

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown
Surface Diversions:

Interlocutory Judg. #30
     Exhibit H.            729

Parcel 20-1-660

Exhibit No.  207D

    Lot 12, Blk 5, Townsite of Murrieta

Apparent Owner:    SCHROEDER, Anna P.

Gross Acreage    .2            Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown
Surface Diversions:

---

Parcel 20-1-661

Exhibit No.  207D

    Lots 1-5 incl; Lots 16-20 incl, Blk 6, Townsite of Murrieta

Apparent Owner:    MC CUTCHEN, James R. & Bessie M.

Gross Acreage    1.6          Wells:

Irrigable Acreage  1.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-662

Exhibit No.  207D
    15H

    Lots 6-8, & 15, W½ Lot 14, Blk 6, Townsite of Murrieta

Apparent Owner:    BARNES, Finnis Samuel & Ethel I.

Gross Acreage    .7          Wells: 7S3W-17P2 - Domestic

Irrigable Acreage    .7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-663
    Blk 6,
  Lots 9 & 10,/Townsite of Murrieta

Exhibit No.  207D

Apparent Owner:    METHODIST EPISCOPAL CHURCH OF MURRIETA

Gross Acreage    .3          Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
730

-275-