Parcel 20-1-664

Lots 11-13 incl & E½ Lot 14, Blk 6, Townsite of Murrieta

Apparent Owner:   COTTER, Nora

Gross Acreage      .6

Irrigable Acreage   .6

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D
15H

Wells: 7S3W-17P3 - Domestic

---

Parcel 20-1-665

Lot 11, Blk 7, Townsite of Murrieta

Apparent Owner:   WINTER, Warren S.

Gross Acreage      .2

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

---

Parcel 20-1-666

Lots 12-14 incl, Blk 7, Townsite of Murrieta

Apparent Owner:   BARNES, William E.
                  JENNINGS, Ida J.
                  BARNES, Kate

Gross Acreage      .5

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

---

Parcel 20-1-667

Lot 15, Blk 7, Townsite of Murrieta

Apparent Owner:   GATSON, Peter J. & Etta H.

Gross Acreage      .2

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

Interlocutory Judg. #30
Exhibit H.

731

Parcel 20-1-668

Exhibit No.  207D

Lot 16, Blk 7, Townsite of Murrieta

Apparent Owner:   ROWDEN, E. W. & Eunice L.

Gross Acreage         .2

Wells:

Irrigable Acreage     .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-669 & 671

Exhibit No.  207D
15H

669--Lots 1-10 incl, Blk 7, Townsite of Murrieta
671--Lots 1-4 incl, Blk 8, Townsite of Murrieta

Apparent Owner:   RAIL, Ira O. & Marion O.

Gross Acreage         .8

Wells: 7S3W-17P1 - Unused

Irrigable Acreage     .8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-670

Exhibit No.  207D
15H

Lots 17-20, Blk 7, Townsite of Murrieta

Apparent Owner:   JOHNSON, Hazel Irene & Raymond F.

Gross Acreage         .6

Wells: 7S3W-17P6 - Domestic

Irrigable Acreage     .6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-671 (See Parcel 20-1-669)

---

Parcel 20-1-672

Exhibit No.  207D

Lots 5 & 6, Blk 8, Townsite of Murrieta

Apparent Owner:   MC GHEE, Patricia

Gross Acreage         .3

Wells:

Irrigable Acreage     .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

732

Parcel 20-1-673                                          Exhibit No.  207D

    Lots 7-10 incl. Blk 8, Townsite of Murrieta

Apparent Owner:    MARTIN, Nettie Annette
                  WITCHER, Cora May

Gross Acreage    .6                Wells:

Irrigable Acreage    .6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-674                                          Exhibit No.  207D

    Lots 11 & 12, Blk 8, Townsite of Murrieta

Apparent Owner:    SAYER, Stanley & Ruth

Gross Acreage    .3                Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-675                                          Exhibit No.  207D

    Lot 1, Blk 9, Townsite of Murrieta

Apparent Owner:    MATTESON, Lotta M.

Gross Acreage    .2                Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-676                                          Exhibit No.  207D

    Lot 2, Blk 9, Townsite of Murrieta

Apparent Owner:    BATSON, Jessee & Helen

Gross Acreage    .2                Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

733

Parcel 20-1-677

Exhibit No.  207D

Lot 3, Blk 9, Townsite of Murrieta

Apparent Owner:   WINTER, Florence

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-678

Exhibit No.  207D

Lot 4, Blk 9, Townsite of Murrieta

Apparent Owner:   WINTER, Warren S.

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-679

Exhibit No.  207D

Lots 5 & 6, Blk 9, Townsite of Murrieta

Apparent Owner:   LLOYD, Harold C. & Nettie M.

Gross Acreage        .3                          Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-680

Exhibit No.  207D

Lots 7 & 8, Blk 9, Townsite of Murrieta

Apparent Owner:   YOUNG, Jerry & Alice

Gross Acreage        .3                          Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

Parcel 20-1-681

Exhibit No.   207D

Lots 9 & 10, Blk 9, Townsite of Murrieta

Apparent Owner:   STRANG, Joseph & Eula V.

Gross Acreage        .3

Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-682

Exhibit No.   207D

Lots 11 & 12, Blk 9, Townsite of Murrieta

Apparent Owner:   MAC LEOD, Norman

Gross Acreage        .3

Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-683

Exhibit No.   207D

Lots 1-12 incl., Blk 10, Townsite of Murrieta

Apparent Owner:   SMOHL, Leonard O. & Ethel L.

Gross Acreage       1.9

Wells:

Irrigable Acreage   1.9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-684

Exhibit No.   207D

Lots 1-12 incl Blk 11, Townsite of Murrieta. Also, 40' strip adj sd lots on NE, being por of "D" St., now vacated.  Also, Lots 1-5 incl, Blk 12, Townsite of Murrieta & 40' stip adj sd Lot 1 on NW being por of "D" St., now vacated.

Apparent Owner:   HOUSTON, Scottie E. & Marjorie

Gross Acreage       2.2

Wells:

Irrigable Acreage   2.2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-280-

735

Parcel 20-1-685                                    Exhibit No.  207D

    Lots 6 & 7, Blk 12, Townsite of Murrieta

Apparent Owner:   DYESS, I. M. & Frieda

Gross Acreage       .3                          Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-686                                    Exhibit No.  207D
                                                              15H
    Lots 8-10 incl, Blk 12, Townsite of Murrieta

Apparent Owner:   GEHRING, Henry E. & Loretta M.

Gross Acreage       .5                          Wells: 7S3W-20G1 - Domestic

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-687                                    Exhibit No.  207D

    Lots 11-15 incl., Blk 12, Townsite of Murrieta

Apparent Owner:   VOSE, Raymond S. & Alice

Gross Acreage       .8                          Wells:

Irrigable Acreage   .8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-688                                    Exhibit No.  207D

    Lots 16-20 incl, Blk 12, Townsite of Murrieta, & 40' strip adj. sd Lot
    20 on NW, being por of "D" St., now vacated.

Apparent Owner:   HOUSTON, Scottie E. & Marjorie

Gross Acreage       .9                          Wells:

Irrigable Acreage   .9

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit K.

736

Parcel 20-1-689                                    Exhibit No.  207D

    Lots 1-7 incl, Blk 13, Townsite of Murrieta, & Lots 14-20 incl, Blk 13,
Townsite of Murrieta, also 40' strip adj sd Lots 1 & 20 on NW, being
por of "D" St., now vacated.

Apparent Owner:   SOTELLO, Alfred

Gross Acreage     2.5                          Wells:

Irrigable Acreage  2.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-690                                    Exhibit No.   207D
                                                                241

    Lots 6-13 incl, Blk 13, Townsite of Murrieta

Apparent Owner:   WILLIAMS, B. O., D. W., & Gladys K.
                  YEZDAN, Jo Alice

Gross Acreage     .96                          Wells:

Irrigable Acreage  .96

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-691                                    Exhibit No.  207D

    Lots 1 & 2, Blk 14, Townsite of Murrieta

Apparent Owner:   TAUBER, Nellie K.

Gross Acreage     .3                           Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-1-692                                    Exhibit No.  207D

    Lots 3 & 4, Blk 14, Townsite of Murrieta

Apparent Owner:   FROHLICK, Elbert S. & Josie V.

Gross Acreage     .3                           Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.                  737

Parcel 20-1-693

Exhibit No.  207D

Lots 5-9 incl, Blk 14, Townsite of Murrieta, also 40' strips adj. sd Lots 6 & 7 on NE, being por of "D" St., now vacated.

Apparent Owner:   DUNHAM, Lawrence & Lucy A.

Gross Acreage        1.1

Irrigable Acreage    1.1        Wells:

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-694

Exhibit No.  207D

Lots 10 & 12, Blk 14, also Lots 7 & 8, Blk 15, Townsite of Murrieta

Apparent Owner:   OLIVERA, Joseph L. & Josie H.

Gross Acreage        .6

Irrigable Acreage    .6        Wells:

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-695

Exhibit No.  207D

Lot 11, Blk 14, Townsite of Murrieta

Apparent Owner:   CARRILLO, Refugia
                  UTT, Florence C.

Gross Acreage        .2                      Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-1-696

Exhibit No.  207D

Lots 1, 2, 10, 11, 12, Blk 15, Townsite of Murrieta

Apparent Owner    COOPER, Jessie C.

Gross Acreage        .6                      Wells:

Irrigable Acreage    .6

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-1-697                                    Exhibit No.  207D

    Lots 3, 4 & 9, Blk 15, Townsite of Murrieta

Apparent Owner:   COY, Alfred H. & Anna

Gross Acreage    .3                          Wells:

Irrigable Acreage   .3

Irrigated Acreage  Unknown

Surface Diversions:

-----

Parcel 20-1-698                                    Exhibit No.  207D

    Lots 5 & 6, Blk 15, Townsite of Murrieta

Apparent Owner:   COY, Walter A. & Oleta S.

Gross Acreage    .1                          Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

-----

Parcel 20-1-699                                    Exhibit No.  207D

    Lots 1 & 2, Blk 16, Townsite of Murrieta

Apparent Owner:   THROOP, George E. & Rosaline

Gross Acreage    .4                          Wells:

Irrigable Acreage   .4

Irrigated Acreage  Unknown

Surface Diversions:

-----

Parcel 20-1-700                                    Exhibit No.  207D

    Lot 3, Blk 16, Townsite of Murrieta

Apparent Owner:   BARTH, L. V. & Francis Marion

Gross Acreage    .2                          Wells:

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

739

Parcel 20-1-701

Exhibit No.  207D

Lots 4, 5 & 6, exc NEly 80' Lots 4 & 5, Blk 16, Townsite of Murrieta

Apparent Owner:   YOUNG, Jerry & Alice E.

Gross Acreage          .4

Irrigable Acreage      .4

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

---

Parcel 20-1-702

Exhibit No.  207D

NEly 80' Lots 4 & 5, Blk 16, Townsite of Murrieta

Apparent Owner:   WETZEL, Winona
                  JOHNSON, Mabel L.

Gross Acreage          .2

Irrigable Acreage      .2

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

---

Parcel 20-1-703

Exhibit No.  207D

Lots 1 & 4, Blk 17, Townsite of Murrieta

Apparent Owner:   POSTEL, Waldo F.

Gross Acreage          .3

Irrigable Acreage      .3

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

---

Parcel 20-1-704

Exhibit No.  207D

Lots 2 & 3, Blk 17; also, Lots 1, 2 & 3, Blk 18, Townsite of Murrieta

Apparent Owner:   MURRIETA SCHOOL DISTRICT

Gross Acreage          .8

Irrigable Acreage      .8

Irrigated Acreage  Unknown

Surface Diversions:

Wells:

Interlocutory Judg. #30
Exhibit H.

740

Parcel 20-1-705                                    Exhibit No.  207D

    Lots 5 & 6, Blk 17, Townsite of Murrieta

Apparent Owner:    DYESS, Freeda A. & Ishum

Gross Acreage        .3                        Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

--------

Parcel 20-1-706                                    Exhibit No.  207D

    Lots 4 & 5, Blk 18, Townsite of Murrieta

Apparent Owner:    TRUSTEES, MURRIETA SCHOOL DIST.

Gross Acreage        .4                        Wells:

Irrigable Acreage    .4

Irrigated Acreage  Unknown

Surface Diversions:

--------

Parcel 20-2-707                                    Exhibit No.  207D

    Lots 1-12 incl., Blk 19, Townsite of Murrieta

Apparent Owner:    BARNETT, B. H. & Leone
                 HOWARD, A. T. & Lula Grace

Gross Acreage        1.8                       Wells:

Irrigable Acreage    1.8

Irrigated Acreage  Unknown

Surface Diversions:

--------

Parcel 20-2-708                                    Exhibit No.  207D

    Lots 13-20 incl., Blk 19, Townsite of Murrieta

Apparent Owner:    MARTIN, Thomas & Lee

Gross Acreage        1.6                       Wells:

Irrigable Acreage    1.6

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
741

Parcel 20-2-709                                    Exhibit No.  207D

For Blk 20, Townsite of Murrieta, daf: Beg at most Nly cor sd Blk, being
inter of SEly li of "A" St. with SWly line Clay Ave.; th SWly on sd SEly
li "A" St., 251' to inter with NEly li 4th Ave.; th SEly on sd NEly li
4th Ave., 131'; th NEly 238' to pt on SWly li Clay Ave, 145' SEly fr pob;
th NWly alg sd SWly li Clay Ave., 145' to pob. EXC por daf: Beg at most Nly
cor sd Blk, being inter of SEly li "A" St., with SWly li Clay Ave.; th SWly
on SEly li "A" St, dist of 143'6"; th SEly p/w SWly li Clay Ave., dist of
40'5"; th in a dir li NEly 143'6" to pt on SWly li Clay Ave., dist 60'4"
in fr most Nly cor sd Lot; th NWly on sd SWly li Clay St., 60'4" to pob.

Apparent Owner:    MANCE, Mike & Lillian L.

Gross Acreage        .6

Irrigable Acreage    .6                              Wells: .

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-2-710                                    Exhibit No.  207D

For Blk 20, Townsite of Murrieta, daf: Beg at most Nly cor sd Blk, being
inter of SEly li "A" St. with SWly li Clay Ave.; th SWly on SEly li "A"
St, a dist of 143'6"; th SEly p/w SWly li Clay Ave., dist of 46'5"; th
in direct li NEly 143'6" to pt on SWly li Clay Ave., dist 60'4" fr most
Nly cor sd lot; th NWly on sd SWly li Clay Ave., 60'4" to pob.

Apparent Owner:    RIEDER, Karl & Ida G.

Gross Acreage        .2

Irrigable Acreage    .2                              Wells:

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-2-711                                    Exhibit No.  207D
                                                               15H
Exx Blk 20, Townsite of Murrieta EXC por daf: beg at most Nly cor sd
Blk 20, at inter of "A" St. & Clay Ave.; th SWly on SEly li of "A" St.,
251' to its inter with NEly li 4th Ave.; th SEly on NWly li 4th Ave.,
131'; th NEly 238' to pt on SEly li Clay Ave., 145' SEly fr most Nly
cor sd Blk 20; th NWly on SWly li Clay Ave., 145' to pob.

Apparent Owner:    CURRAN, Marvin Duane & Kay Louise

Gross Acreage        .9

Irrigable Acreage    .9                              Wells: 7S3W-20C4 - Domestic

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
742

Parcel 20-2-712 & 716

Exhibit No. 207D
15H

Lots 1-12, Blk 21; Lots 1-6, Blk 22; Lots 1-6, Blk 25; Lots 1-12, Blk 26; Blks 27, 28, 29, 30; Lots 1-10, Blk 31; Lots 1-6, Block 32; Lots 1-6, Blk 33; Lots 1-6, Block 34, Townsite of Murrieta

Apparent Owner:    YOUNG, Jerry & Alice E.

Gross Acreage      16.3

Irrigable Acreage  12.2

Irrigated Acreage  Unknown

Surface Diversions:

Wells: 7S3W-20D1 - Domestic
20D2 - Irrigation
20E5 - Irrigation
20C2 - Unused

---

Parcel 20-2-713

Exhibit No. 207D

Lots 1-6, Blk 23, Townsite of Murrieta & 40' strip adj sd Lot 6 on NE, being por of "D" St., now vacated.

Apparent Owner:    SAMANIEGO, Pat F. & Vera D.

Gross Acreage      .9                          Wells:

Irrigable Acreage  .9

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-714

Exhibit No. 207D

Lots 1-6, Blk 24, Townsite of Murrieta & 40' strip adj sd Lot 1 on NW, being por of "D" St., now vacated.

Apparent Owner:    SOTELLO, Alfred

Gross Acreage      1.2                          Wells:

Irrigable Acreage  1.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-715

Exhibit No. 207D

Lots 7-10, Blk 24, Townsite of Murrieta

Apparent Owner:    SOTELLO, Jessie

Gross Acreage      .8                           Wells:
Irrigable Acreage  .8
Irrigated Acreage  Unknown
Surface Diversions:

Interlocutory Judg. #30
Exhibit H.          743

Parcel 20-2-716   (See Parcel 20-2-712)

---

Parcel 20-2-717                                    Exhibit No.  207D

Lots 11, 12, 14, 15 & 17, Blk 31; Lots 7, 11 & 12, Blk 32, Townsite of Murrieta

Apparent Owner:   WILLIAMS, H. E.

Gross Acreage     2.3                    Wells:

Irrigable Acreage  1.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-718                                    Exhibit No.  207D

Lot 13, Blk 31, Townsite of Murrieta

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage      .3                    Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-719                                    Exhibit No.  207D

Lot 16, Blk 31, Townsite of Murrieta

Apparent Owner:    RANCH DEVELOPMENT CORP.,

Gross Acreage       .3                   Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-720                                    Exhibit No.  207D

Lot 18, Blk 31, Townsite of Murrieta

Apparent Owner:    KREIS, Laura Bella

Gross Acreage       .3                   Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown
Surface Diversions:

Interlocutory Judg. #30
Exhibit H.      744

Parcel 20-2-721                                      Exhibit No.   207D

   Lots 19 & 20, Blk 31, Townsite of Murrieta

Apparent Owner:   PLAM, Bertha

Gross Acreage        .6                          Wells:

Irrigable Acreage    .15

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-2-722                                      Exhibit No.   207D

   Lot 8, Blk 32, Townsite of Murrieta

Apparent Owner:   SLAGLE, Myron G.

Gross Acreage        .3                          Wells:

Irrigable Acreage    .22

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-2-723                                      Exhibit No.   207D
                                                                    15H

   Lots 9 & 10, Blk 32, Townsite of Murrieta

Apparent Owner:   VANHOY, Carl M. & Maude J.

Gross Acreage        .6                          Wells: 7S3W-20E5 - Domestic
                                                          20F2 - Destroyed
Irrigable Acreage    .4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-2-724                                      Exhibit No.   207D
                                                                    15H

   Lots 7-12, Blk 33, Lots 9-12, Blk 34, Townsite of Murrieta

Apparent Owner:   YOUNG, Ted

Gross Acreage        2.9                         Wells: 7S3W-20E4 - Stock

Irrigable Acreage   2.5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit N.

745

Parcel 20-2-724                                        Exhibit No.  207D

    Lots 7 & 8, Blk 34; Lots 1-12, Block 35, Townsite of Murrieta

Apparent Owner:    WILLIAMS, B. D., D. W., Gladys K.
                   SMITH, Jo Alice

Gross Acreage      4.02
                                              Wells:
Irrigable Acreage  3.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-725                                        Exhibit No.  207D

    Lots 1-12, Blk 36; Lots 15-20, Blk 36, Townsite of Murrieta

Apparent Owner:    POSTEL, Waldo F.

Gross Acreage      5.2
                                              Wells:
Irrigable Acreage  5.2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-727                                    Exhibit No.  207D
                                                              15H
    Lots 13 & 14, Blk 36, Townsite of Murrieta

Apparent Owner:    ZIMARIK, Emil & Alda

Gross Acreage      .6
                                        Wells: 7S3W-20L2 - Domestic
Irrigable Acreage  .6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-2-728                                    Exhibit No.  207D
                                                              15H
    Lots 1-10, Blk 37, Townsite of Murrieta

Apparent Owner:    BRICKNELL, Maureen

Gross Acreage      2.6
                                        Wells: 7S3W-20F1 - Domestic
Irrigable Acreage  2.6

Irrigated Acreage  Unknown

Surface Diversions:

                                        Interlocutory Judg. #30
                                            Exhibit II.

                                                            746

Parcel 20-2-729                                    Exhibit No.  207D

    Lots 11-20, Blk 37, Townsite of Murrieta

Apparent Owner:        MUNOA, Louis John

Gross Acreage        2.3                          Wells:

Irrigable Acreage    .2

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-6-730                                    Exhibit No.  207D
                                                                15H
    For Lots 1, 2 & 6, San Francisco Savings Union Sub., lying Wly of c/l
of Antelope Rd. Also, NEly triang por Lot 5. Also, Lots 3,4,7&8 of San
Francisco Savings Union Sub, EXC fr od Lot 4 the SEly ½ of NEly ½.

Apparent Owner:        BLACKMORE, Harvey & Betty Jean

Gross Acreage        842.5               Wells: 7S3W-5P1 - Stock
                                                      8J1 - Domestic
Irrigable Acreage    115.5                            8M1 - Unused
                                                      8R1 - Unused
Irrigated Acreage    Unknown                          9M1 - Unused
                                                      9M2 - Unused
Surface Diversions:

---

Parcel 20-6-731                                    Exhibit No.  207D

    For Lots 1, 2 & 6, San Francisco Savings Union Sub lying Ely of c/l
Antelope Road.

Apparent Owner:        THOMPSON, Paul H. & Mary M.

Gross Acreage        264.9                         Wells:

Irrigable Acreage    242.3

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

747

Parcel 20-6-732                                                    Exhibit No.  207D

NE¼ Lot 4, San Francisco Savings Union Sub. Also Wly ½ Lot 5.

Apparent Owner:     <u>WATT DEVELOPMENT CORP.</u>

Gross Acreage        40.0                              Wells:

Irrigable Acreage    5.0

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

748

Parcel 20-13-1, 19, 52,  20-14-94, 105,  20-15-108,  20-17-116,  20-18-122,
       20-19-125,  20-20-126,  20-21-127,  20-32-128, 72W-28-152

                                                    Exhibit    207D
                                                               15H
                                                               Vail-BK

1 - Lots 1-14, Blk 1;  Blks 2 & 3, EXC those por of Lots 13 through 19 lying
    in State Hwy;  Lots 6, 9, 10, 22, 23, 24, 29 & 30, Blk 4;  Lots 7, 8, 9,
    15 & 16, Blk 5;  Lots 1 through 6, 11 through 20 & 25 through 30, Blk 6;
    Lots 11, 12, 17 through 26, Blk 7, Townsite of Temecula.

19 - Blk 17; Lots 7 through 14, Blk 19;  Lots 13, 14, 17 & 18, Blk 20;  Lots
     13 & 14, Blk 21;  Lots 15 through 22, 25 through 30, Blk 22;  Lots 7
     through 28, 31 & 32, Blk 23, Townsite of Temecula.

52 - Blks 24, 25; Lots 1 through 8, Blk 26;  Lots 12 through 14, & 16 through
     22, Blk 27;  Lots 5 through 8, Blk 29;  Lots 1, 4, 5, 7 through 11, 17,
     19 & 22, Blk 30, Townsite of Temecula.

94 - Lots 6 through 8, Blk 37;  Lots 1, 3 & 5, Blk 39;  Blk 40, Townsite of
     Temecula.

105 - SEly Half of Temecula Station Grounds, daf:  Beg at most Sly cor Lot 1,
      Blk 30, Townsite of Temecula;  th SWly to most Ely cor Lot 1, Blk 34;
      th NWly to most Nly cor Lot 10, Blk 35;  th NEly to most Wly cor Lot 22,
      Blk 28;  th SEly to pob. EXCEPT those por in River & Pujol Streets.
      Also that portion of railroad r/w lying between Blks 32 & 33 of Townsite
      of Temecula.

108 - Nly ½ Blk 9;  Blks 11 through 15, Townsite of Temecula.

116 - Lots 23 through 26, 29, Blk 1, Pauba Land & Water Co. EXCEPT SWly 75.52
      acres of Lot 25;  SWly 79 acres Lot 26 and those por of Lots 23, 24 & 25
      in State Highway;  Lots 1 through 23, Blk 19;  Blks 21, 22 & 23, Pauba
      Land & Water Company.

122 - Lots 1 through 22, Blk 1, EXCEPT SWly 2 acres of following:  Lot 16 & SEly
      ½ Lot 15, Blk 1;  NEly li of sd SWly 2 acres being p/w NEly li sd Lots 15
      & 16;  Also, Lots 1 through 11, Blk 2, EXCEPT those por of Lots 7 through
      10 in State Highway, all in Pauba Land & Water Co.

125 - Blks 3, 4, 16 & 18, Pauba Land & Water Co.

126 - Blks 5 through 10, Pauba Land & Water Co.

127 - Blks 11 through 15, 17, 20 & Lots 24 through 30, Blk 19, Pauba Land &
      Water Co.

128 - Blks A, B, C, & D, Little Temecula Rancho.

152 - All of Frac. Sec. 28 & 33, T7S, R2W.
      Lot 3, Sec. 22, T8S, R2W.
      Lots 1 & 2 & SW¼ of SE¼ of Sec. 13, and Lot 3 and SE¼ of NE¼ of Frac. Sec.
      23, T8S, R2W.
      Lot 1, E½ of NW¼, & SW¼ of NE¼, Sec. 24, T8S, R2W.
      Lots 3 & 4, Sec. 13, T8S, R2W,
      All of Tracts "A" and "E", and that por of Tract "B" lying North of Pala
      Road, as shown on Judicial Map of the lands of Machada Bros & Wolf in
      Sections 28 & 29, Township 8 South, Range 2 West.
      NW¼ of NW¼ of Sec. 27.  Lot 1 & E ½ of NE¼;  SW¼ of NE¼;  SE¼ of NW¼;  NE¼ of
      SW¼;  NW¼ of SE¼ of Sec. 28, T8S, R2W
      Lot 1 & 2, Sec. 21, and Lot 2, Sec. 28, T8S, R2W.
      All of the Pauba Rancho as described in Patent 1-45-S-D and as shown in
      Map Book 13, Page 601, Records of San Diego County
      That portion of the Santa Rosa Rancho within the Murrieta Creek Watershed
      except the Santa Rosa Addition to Wildomar Tract.


Apparent Owner:    <u>VAIL COMPANY</u>


                                              Interlocutory Judg. #30
                                                    Exhibit H.

VAIL COMPANY, con't.

Wells:
| | | |
|---|---|---|
| 7S1W-30N1 | - | Stock |
| 7S2W-24F1 | - | Stock |
| 26N1 | - | Stock |
| 27R1 | - | Stock |
| 30D1 | - | Unused |
| 30D3 | - | Stock |
| 33E1 | - | Stock |
| 34N1 | - | Stock |
| 7S3W-18M1 | - | Stock |
| 25R1 | - | Stock |
| 35P1 | - | Unused |
| 35P2 | - | Unused |
| 8S1W- 6B1 | - | |
| 8S2W- 2J1 | - | Destroyed |
| 3K1 | - | |
| 7A1 | - | Stock |
| 10K1 | - | |
| 11H1 | - | Stock |
| 11J1 | - | Irrigation |
| 11J2 | - | Unused |
| 11J4 | - | Destroyed |
| 11L1 | - | Irrigation |
| 11P1 | - | Domestic |
| 12F1 | - | Destroyed |
| 12H1 | - | Stock |
| 12H2 | - | Destroyed |
| 12J1 | - | Irrigation |
| 12K1 | - | Irrigation |
| 15C1 | - | Stock |
| 15D1 | - | Irrigation |
| 16A1 | - | Irrigation |
| 16G1 | - | Irrigation |
| 17F1 | - | Destroyed |

| | | |
|---|---|---|
| 8S2W-17G1 | - | Irrigation |
| 17M1 | - | Irrigation |
| 17Q1 | - | Destroyed |
| 18M1 | - | Destroyed |
| 18R1 | - | Domestic, Stock |
| 19J1 | - | Destroyed |
| 20B1 | - | Domestic |
| 20B2 | - | Irrigation |
| 20B3 | - | Destroyed |
| 20B4 | - | Irrigation |
| 20C1 | - | Irrigation |
| 20C2 | - | Destroyed |
| 20E1 | - | Unused |
| 20L1 | - | Unused |
| 21G1 | - | Destroyed |
| 28C1 | - | Unused |
| 28K1 | - | Destroyed |
| 8S3W- 1P1 | - | Unused |
| 1P2 | - | Stock |
| 1P3 | - | Destroyed |
| 1Q1 | - | Destroyed |
| 12C1 | - | Domestic |
| 12Q1 | - | Unused |
| 12Q2 | - | Irrigation |
| 13F2 | - | Unused |
| 13F3 | - | Unused |
| 18N1 | - | Destroyed |
| 18N2 | - | Destroyed |
| 24A1 | - | Domestic |
| 24H1 | - | Unused |

Gross Acreage        52,369.0

Irrigable Acreage    33,333.0

Irrigated Acreage    Unknown

Surface Diversions:

Parcel 20-13-2                                          Exhibit No.  207D

    Lots 15 through 32, Blk 1, EXC por of Lots 15 & 16 lying SWly of SWly li
of State Highway; Lots 15 through 17, Blk 2; Lots 13 through 19, Blk 3;
Lots 11 through 21, Blk 4; Lots 10 through 14, & 17 through 22, Blk 5;
Lots 7 through 10, & 21 through 24, Blk 6; and Lots 1 through 4 & 27
through 32, Blk 7, Townsite of Temecula.

Apparent Owner:   STATE OF CALIFORNIA

Gross Acreage     5.4                               Wells:

Irrigable Acreage  5.4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-3                                          Exhibit No.  207D

    Por Lots 15 & 16, Blk 1, Townsite of Temecula, lying SWly of SWly li
of State Highway.

Apparent Owner:   CALIFORNIA ELECTRIC POWER CO.

Gross Acreage     .2                                Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-4                                          Exhibit No.  207D

    Lots 1 & 2, Blk 4, Townsite of Temecula

Apparent Owner:   BASQUEZ, Arthur & Frances

Gross Acreage     .16                               Wells:

Irrigable Acreage  .16

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

751

Parcel 20-13-5                                      Exhibit No.  207D

    Lots 3 through 5, Blk 4, Townsite of Temecula

Apparent Owner:   RAMIREZ, Federico

Gross Acreage        .24                        Wells:

Irrigable Acreage    .24

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-6                                      Exhibit No.  207D

    Lot 7, Blk 4, Townsite of Temecula

Apparent Owner:   MURPHY, John J. & Mrs. John J.

Gross Acreage        .08                        Wells:

Irrigable Acreage    .08

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-7                                      Exhibit No.  207D

    Lot 8, Blk 4, Townsite of Temecula

Apparent Owner:   GOVEIA, Dixie V.

Gross Acreage        .08                        Wells:

Irrigable Acreage    .08

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

752

20-13-8                                                     Exhibit No.  207D

    Lots 25 & 26, Blk 4, Townsite of Temecula.

Apparent Owner:    MUÑOZ, Sam C. & Angie R.

Gross Acreage    .16                              Wells:

Irrigable Acreage  .16

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-9                                             Exhibit No.  207D

    Lots 27 & 28, Blk 4, Townsite of Temecula.

Apparent Owner:    RAMIREZ, Albert & Geraldine Rose

Gross Acreage    .16                              Wells:

Irrigable Acreage  .16

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-10                                            Exhibit No.  207D

    Lots 31 & 32, Blk 4, Townsite of Temecula

Apparent Owner:    FREEMAN, Margaret

Gross Acreage    .16                              Wells:

Irrigable Acreage  .16

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-298-

755

Parcel 20-13-11

Lots 1 through 6, Blk 5, Townsite of Temecula

Apparent Owner:   FLORES, Francisco & Louise

Gross Acreage      .56

Irrigable Acreage   .56

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

---

Parcel 20-13-12

Lots 23 through 30, Blk 5, Townsite of Temecula

Apparent Owner:   ESCALLIER, Peter Jr.,
                  COUNTY OF RIVERSIDE

Gross Acreage      .64

Irrigable Acreage   .64

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D
             15H

Wells: 8S3W-12P1 - Domestic

---

Parcel 20-13-13

Lots 31 & 32, Blk 5, Townsite of Temecula

Apparent Owner:   KATZ, Mary

Gross Acreage      .16

Irrigable Acreage   .16

Irrigated Acreage   Unknown

Surface Diversions:

Exhibit No.  207D
             15H

Wells:

Interlocutory Judg. #30
Exhibit H.

-299-

754

Parcel 20-13-14                                    Exhibit No.  207D

    Lot 31, Blk 6, Townsite of Temecula

Apparent Owner:    KERR, A. J. & Hattie J.

Gross Acreage    .08                Wells:

Irrigable Acreage    .08

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-15                                    Exhibit No.  207D

    Lot 32, Blk 6, Townsite of Temecula

Apparent Owner:    DITTNER, Charles A. & Margie E.

Gross Acreage    .08                Wells:

Irrigable Acreage    .08

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-16                                    Exhibit No.  207D

    Lots 5 through 10, Blk 7, Townsite of Temecula

Apparent Owner:    RAND, Marie Terese

Gross Acreage    .48                Wells:

Irrigable Acreage    .48

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

755

Parcel 20-13-17

Exhibit No.  207D

    Lots 13 & 14, Blk 7, Townsite of Temecula

Apparent Owner:   NETTLESON, Merritt G. & Laura H.

Gross Acreage      .16                     Wells:

Irrigable Acreage    .16

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-13-18

Exhibit No.  207D

    Lots 15 & 16, Blk 7, Townsite of Temecula

Apparent Owner:   NETTLESON, Merritt G. & Laura H.

Gross Acreage      .16                     Wells:

Irrigable Acreage    .16

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-13-19  (See Parcel 20-13-1)

Parcel 20-13-19A

    Lots 17 & 18, Blk 19, Townsite of Temecula.

Apparent Owner:   CALIFORNIA WATER & TELEPHONE CO.

Gross Acreage      .16                     Wells:

Irrigable Acreage    .16

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

756

Parcel 20-13-19B

    Lots 9 & 10, Blk 20, Townsite of Temecula

Apparent Owner:    <u>SALVADOR</u>, Lopez

Gross Acreage      .16                 Wells:

Irrigable Acreage    .16

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-20                        Exhibit No.  207D

    Lots 1 through 30, Blk 18;  Lots 21 through 28,  SEly 34' Lots 29
    through 32, Blk 19, Townsite of Temecula

Apparent Owner:    <u>ANDERSEN</u>, Harold A., Jr. & Florence R.

Gross Acreage      3.2                Wells:

Irrigable Acreage    3.2

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-13-21                                    Exhibit No.  207D

    Lots 31 & 32, Blk 18, Townsite of Tem. EXC Ely rect ½ thereof.

Apparent Owner:   ANDERSEN, Harold A. Jr., & Florence

Gross Acreage    .08                          Wells:

Irrigable Acreage   .08

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-22                                    Exhibit No.  207D

    Lots 1 through 6, Blk 19, Townsite of Temecula

Apparent Owner:   ANDERSEN, Harold A., Jr. & Florence

Gross Acreage    .48                          Wells:

Irrigable Acreage   .48

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-23                                    Exhibit No.  207D

    Ely rect ½ Lots 31 & 32, Blk 18, Townsite of Temecula

Apparent Owner:   WOLVERTON, LeRoy E. & Elsie W.

Gross Acreage    .08                          Wells:

Irrigable Acreage   .08

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-303-

758

Parcel 20-13-24                               Exhibit No. 207D

Lots 15 & 16, Blk 19, Townsite of Temecula

Apparent Owner:    COHEN, Max
                    KATZ, Mary

Gross Acreage     .16                     Wells:

Irrigable Acreage   .16

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-13-25                               Exhibit No. 207D

Lots 19 & 20, Blk 19; Lot 24, Blk 22, Townsite of Temecula

Apparent Owner:    GOVEIA, Dixie V., Paul E. Jr., & Phillip E.

Gross Acreage     .24                     Wells:

Irrigable Acreage   .24

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-13-26                               Exhibit No. 207D

Lots 29 through 32, Blk 19, Townsite of Temecula, EXC SEly 34' thereof.

Apparent Owner:    SCHROEDER, Walter A. Jr., & Jeanette H.

Gross Acreage     .2                     Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

759

Parcel 20-13-27                                    Exhibit No.  207D

    Lots 1 through 3, Blk 20, EXC SEly 49' thereof; Lots 31 & 32, Blk 20;
    Lots 29 & 30, Blk 20, Townsite of Temecula

Apparent Owner:    <u>KENNISON</u>, Raymond Arthur &  Marcelle

Gross Acreage        .5                        Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-28                                    Exhibit No.  207D

    SEly 49' Lots 1 through 3, Blk 20, Townsite of Temecula.

Apparent Owner:    <u>COPPEL</u>, Jacob Frank

Gross Acreage        .1                        Wells:

Irrigable Acreage    .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-29                                    Exhibit No.  207D

    Lots 4 through 6, Blk 20, Townsite of Temecula

Apparent Owner:    <u>ELSINORE UNION HIGH SCHOOL DISTRICT</u>

Gross Acreage        .2                        Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.   760

Parcel 20-13-30                                    Exhibit No.  207D

    Lots 7 & 8, Blk 20, Townsite of Temecula

Apparent Owner:    FLORES, Paul N. & Mary B.

Gross Acreage        .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-13-31                                    Exhibit No.  207D

    Lot 11, Blk 20, Townsite of Temecula

Apparent Owner:    BOOTH, Alberta Evanell

Gross Acreage        .1                          Wells:

Irrigable Acreage    .1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-13-32                                    Exhibit No.  207D

    Lot 12, Blk 20, Townsite of Temecula

Apparent Owner:    RUSH, Mary C.
                 CAYAS, Joseph
                 MAGEE, Louisa
                 FREEMAN, Essefana

Gross Acreage        .1                          Wells:

Irrigable Acreage    .1

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

761

Parcel 20-13-33

    Lots 15 & 16, Blk 20, Townsite of Temecula       Exhibit No.  207D

Apparent Owner:    ESCALLIER, Alex J. & Blanche

Gross Acreage    .2              Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-34

    Lots 19 & 20, Blk 20, Townsite of Temecula       Exhibit No.  207D

Apparent Owner:    HEATH, James B.

Gross Acreage    .2              Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-35                   Exhibit No.  207D

    Lots 21, 22, 23, Blk 20, Townsite of Temecula

Apparent Owner:    SALAS, Frank R. & Mae

Gross Acreage          .2        Wells:

Irrigable Acreage        .2

Irrigated Acreage       Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-307-

Parcel 20-13-36                                  Exhibit No.  207D

    Lot 24, Blk 20, Townsite of Temecula

Apparent Owner:   DELGADA, Andrew & Lydia

Gross Acreage        .1                          Wells:

Irrigable Acreage    .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-37                                  Exhibit No.  207D

    Lots 25 through 28, Blk 20, Townsite of Temecula

Apparent Owner:   ESCALLIER, Fernando C. & Francisco L.

Gross Acreage        .3                          Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-38                                  Exhibit No.  207D

    Lots 1, 2 & SEly ½ Lots 31 & 32, Blk 21; Also NWly 70' of Lots 1 through
4, and all of Lots 31 & 32, Blk 22, Townsite of Temecula.

Apparent Owner:   KIMBALL, Carolyn

Gross Acreage        .4                          Wells:

Irrigable Acreage    .4

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

783

Parcel 20-13-39

    Lots 3 through 8, Blk 21, Townsite of Temecula,

Apparent Owner:   KNOTT, Alfred & Freda

Gross Acreage     .5

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

---

Parcel 20-13-40

    Lots 9 & 10, Blk 21, Townsite of Temecula

Apparent Owner:   DELGADO, Francisco

Gross Acreage     .2

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

---

Parcel 20-13-41

    Lots 11 & 12, Blk 21, Townsite of Temecula

Apparent Owner:   THE TEMECULA SAMARITAN SOCIETY

Gross Acreage     .2

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D

Wells:

Parcel 20-13-42                                      Exhibit No.  207D

    Lots 15 & 16, Blk 21, Townsite of Temecula

Apparent Owner:   ARVISO, Rose

Gross Acreage       .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-43                                      Exhibit No.  207D

    Lots 17 through 22, Blk 21, Townsite of Temecula

Apparent Owner:    <u>KNOTT</u>, Vernon C. & Annie J.

Gross Acreage       .5                          Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-44                                      Exhibit No.  207D

    Lots 23 & 24, Blk 21, Townsite of Temecula

Apparent Owner:    <u>RAIL</u>, J. C.

Gross Acreage       .2                          Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

765

Parcel 20-13-45

Exhibit No.  207D

    Lots 25 through 30, Blk 21, Townsite of Temecula

Apparent Owner:   KNOTT, Alfred

Gross Acreage    .5                      Wells:

Irrigable Acreage   .5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-46

Exhibit No.  207D

    NWly ½ Lots 31 & 32, Blk 21, Townsite of Temecula

Apparent Owner:   WELLS, Orvea E. & Leona W.

Gross Acreage    .1                      Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-13-47

Exhibit No.  207D

    Lots 1 through 12, Blk 22, Townsite of Temecula, Except NWly 70' of Lots 1 through 4.

Apparent Owner:   SHIRLEY, Winston Hale

Gross Acreage    1.1                   Wells:

Irrigable Acreage   1.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

766

Parcel 20-13-48

Lots 13 & 14, Blk 22, Townsite of Temecula

Apparent Owner:   ESCALLIER, Joe L. & Grace

Gross Acreage   .2

Wells: 8S3W-12M5 - Domestic

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-13-49

Lots 23, Blk 22, Townsite of Temecula

Exhibit No.   207D

Apparent Owner:   PLAM, Bertha

Gross Acreage   .1

Wells:

Irrigable Acreage   .1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-13-50

Lots 1 through 6, Blk 23, Townsite of Temecula

Exhibit No.   207D

Apparent Owner:   THE ROMAN CATHOLIC BISHOP OF MONTEREY & LOS ANGELES

Gross Acreage   .5

Wells:

Irrigable Acreage   .5

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-312-

767

Parcel 20-13-51

Exhibit No.  207D

   Lots 29 & 30, Blk 23, Townsite of Temecula

Apparent Owner:   <u>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO</u>

Gross Acreage    .2                   Wells:

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-52    (See Parcel 20-13-1)

---

Parcel 20-14-53

Exhibit No.  207D

   Lots 9, 10 & 11, Blk 26, Townsite of Temecula; EXC SEly 30' & NWly 25' thereof.

Apparent Owner:   <u>BENNIS</u>, K. V. & Nina

Gross Acreage    .1                   Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-54

Exhibit No.  207D

   Lots 12 through 20, Blk 26, Townsite of Temecula

Apparent Owner:   <u>KNOTT</u>, Alfred & Freda

Gross Acreage    .7                   Wells:

Irrigable Acreage   .7

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

766

Parcel 20-14-55                                    Exhibit No.  207D

    Lots 21 & 22, Blk 24, Townsite of Temecula

Apparent Owner:   MACHADO, M.

Gross Acreage    .1            Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-56                                    Exhibit No.  207D

    SEly 30' Lots 9 through 11, Blk 26, Townsite of Temecula

Apparent Owner:   HARTMAN, Jessie B.
                  ALLEN, Mamie

Gross Acreage    .1            Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-57                                    Exhibit No.  207D

    NWly 25' Lots 9 through 11, Blk 26, Townsite of Temecula

Apparent Owner:   KNOTT, Vernon C. & Annie J.

Gross Acreage    .1            Wells:

Irrigable Acreage   .1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

769

Parcel 20-14-58

Exhibit No. 207D

Lots 1 & 2, Blk 27, Townsite of Temecula

Apparent Owner:   LARSEN, Ole E. & Naomi

Gross Acreage       .2                                    Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-59

Exhibit No. 207D

Lots 3 through 6, Blk 27, Townsite of Temecula

Apparent Owner:   DE ARMOND, Nathaniel S. & Katherine M.

Gross Acreage       .2                                    Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-60

Exhibit No. 207D

Lots 7 & 8, NWly ½ Lot 9, NWly 75' Lots 10 & 11, all of Lot 15, Blk 27, Townsite of Temecula

Apparent Owner:   SWANGUEN, Carl R. & Edna C.

Gross Acreage       .4                                    Wells:

Irrigable Acreage    .4

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

770

Parcel 20-14-61

SEly ½ Lot 9, Blk 27, Townsite of Temecula

Apparent Owner:   UNION TITLE INS. & TRUST CO.

Gross Acreage         .04

Wells:

Irrigable Acreage     .04

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-62

SEly 65' Lots 10 & 11, Blk 27; Lots 12 through 14, Blk 28, Townsite of Temecula

Apparent Owner:   LEATHAM, Herbert

Gross Acreage         .3

Wells:

Irrigable Acreage     .3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-63

Lots 1, 2, 3, Blk 28, Townsite of Temecula

Apparent Owner:   COCKERLINE, Matthew J. & Nettie

Gross Acreage         .2

Wells:

Irrigable Acreage     .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

771

Parcel 20-14-64

Exhibit No.  207D

    Lots 4, 5, 6, 20, 21, 22, Blk 28; Lots 1, 2, 3, & 4, Blk 29; Lots 2, 3, 6, 18, 20 & 21, Blk 30, Townsite of Temecula

Apparent Owner:    LE CLARE, Francis J. & Grace

Gross Acreage    1.3             Wells:

Irrigable Acreage  1.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-65

Exhibit No.  207D

    Lots 7, 15, 16, Blk 28, Townsite of Temecula

Apparent Owner:    YOST, Forest Lee

Gross Acreage    .2             Wells:

Irrigable Acreage  .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-66

Exhibit No.  207D

    Lots 8, 9, 10, 11, Blk 28, Townsite of Temecula

Apparent Owner:    AVERILL, A. S. & Cecilia V.

Gross Acreage    .3             Wells:

Irrigable Acreage  .3

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 20-14-67                                         Exhibit No.  207D

    Lots 17, 18, 19, Blk 28, Townsite of Temecula

Apparent Owner: FRIEDMAN, William R. & Patricia

Gross Acreage    .2                         Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-68                                         Exhibit No.  207D

    Lots 9, 10, 11, Blk 29, Townsite of Temecula

Apparent Owner:   TARWATER, U. K. & Rose E.

Gross Acreage    .2                         Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-69                                         Exhibit No.  207D
                                                                      169

    Lots 12 & 13, Blk 29, Townsite of Temecula

Apparent Owner:   BOREL, A. F. & Louise

Gross Acreage    .2                         Wells:

Irrigable Acreage    .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.

-318-

Parcel 20-14-70

Exhibit No.   207D
169

 Lots 14, 15 & 16, Blk 29, Townsite of Temecula

Apparent Owner: BOREL, Alexander F. & Louise

Gross Acreage  .24      Wells:

Irrigable Acreage .24

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-14-71

Exhibit No.   207D

 Lots 17 through 22, Blk 29, Townsite of Temecula

Apparent Owner: TALLEY, Jack & Mary

Gross Acreage  .5      Wells:

Irrigable Acreage .5

Irrigated Acreage Unknown

Surface Diversions:

---

Parcel 20-14-72

Exhibit No.   207D

 Lots 12 through 16, Blk 30, Townsite of Temecula

Apparent Owner: HATHAWAY, S. J. & Edithe H.

Gross Acreage  .4      Wells:

Irrigable Acreage .4

Irrigated Acreage Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

774

Parcel 20-14-73                                    Exhibit No.  207D

   Lots 1 & 2, Blk 34, Townsite of Temecula

Apparent Owner:    ALVARAJ, Domingo & Mary M.

Gross Acreage        .4                      Wells:

Irrigable Acreage    .4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-74                                    Exhibit No.  207D

   Lots 3 through 6, Blk 34, Townsite of Temecula

Apparent Owner:    RAMIREZ, Federico & Josephine

Gross Acreage        .8                      Wells:

(Irrigable Acreage   .8

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-75                                    Exhibit No. 207D

   Lots 7 & 8, Blk 34, Townsite of Temecula

Apparent Owner:    OTTO, Albert & J. Christine

Gross Acreage        .4                      Wells:

Irrigable Acreage    .4

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

775

Parcel 20-14-76                                          Exhibit No.  207D

    Lot 9, Blk 34, Townsite of Temecula

Apparent Owner:    DI MAGGIO, Giovannina

Gross Acreage        .2                              Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-77                                         Exhibit No.  207D

    Lot 10, Blk 34, Townsite of Temecula

Apparent Owner:    DI MAGGIO, Ruggiero & Giovannina

Gross Acreage        .2                              Wells:

Irrigable Acreage    .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-78                                         Exhibit No.  207D

    Lots 1, 2 & 3, Blk 35, Townsite of Temecula

Apparent Owner:    FREEMAN, Farel L.

Gross Acreage        .6                              Wells:

Irrigable Acreage    .6

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

-321-

776

Parcel 20-14-79                                          Exhibit No.   207D

    Lot 4, Blk 35, Townsite of Temecula

Apparent Owner:     STUBBLEFIELD, Augusta

Gross Acreage       .2                                  Wells:

Irrigable Acreage   .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-80                                         Exhibit No.   207D

    Lots 5 & 6, Blk 35, Townsite of Temecula

Apparent Owner:     CRUM, Lee

Gross Acreage       .4                                  Wells:

Irrigable Acreage   .4

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-81                                         Exhibit No.   207D

    Lots 7 & 8, Blk 35, Townsite of Temecula

Apparent Owner:     FERGUSON, Malvern

Gross Acreage       .4                                  Wells:

Irrigable Acreage   .4

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit II.

777

Parcel 20-14-82                                    Exhibit No.  207D

    Lots 9 & 10, Blk 35, Townsite of Temecula

Apparent Owner:    HANKS, Robert M. & Virginia M.

Gross Acreage    .4                  Wells:

Irrigable Acreage    .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-83                                    Exhibit No.  207D

    Lot 1, & SEly $\frac{1}{2}$ Lot 2, Blk 36, Townsite of Temecula

Apparent Owner:    FREEMAN, Phillip C.
                      FREEMAN, James L.
                      MOBLEY, Elizabeth P.
                      HONBERGER, Agnes F.
                      FREEMAN, Harvey
                      PARKER, Dorothy F.

Gross Acreage    .3                  Wells:

Irrigable Acreage    .3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-84                                    Exhibit No.  207D

    NWly $\frac{1}{2}$ Lot 2, Lots 3 & 4, Blk 36, Townsite of Temecula

Apparent Owner:    MAC DONALD, Leonard

Gross Acreage    .5                  Wells:

Irrigable Acreage    .5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

778

Parcel 20-14-85

Exhibit No.  207D

    Lots 5 & 6, Blk 36, Townsite of Temecula

Apparent Owner:   MILLER, Jack C.

Gross Acreage     .4                Wells:

Irrigable Acreage   .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-86

Exhibit No.  207D

    Lots 7 & 8, Blk 36, Townsite of Temecula

Apparent Owner:   GREGORY, Alfred A.

Gross Acreage     .4                Wells:

Irrigable Acreage   .4

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-87

Exhibit No.  207D

    Lot 9, Blk 36, Townsite of Temecula

Apparent Owner:   DAWES, Robert & Constance

Gross Acreage     .2                Wells:

Irrigable Acreage   .2

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

779

Parcel 20-14-88

Exhibit No.   207D

Lot 10, Blk 36, Townsite of Temecula

Apparent Owner:    KELLY, James P.

Gross Acreage          .2

Wells:

Irrigable Acreage     .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-89

Exhibit No.   207D

Lot 1, Blk 37, Townsite of Temecula

Apparent Owner:    ANTHONY, Donald C. & Charlotte

Gross Acreage          .2

Wells:

Irrigable Acreage     .2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-14-90

Exhibit No.   207D

Lot 2, Blk 37, Townsite of Temecula

Apparent Owner:    FREEMAN, Dorothy, aka Hotchkiss

Gross Acreage          .2

Wells:

Irrigable Acreage     .2

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

760

Parcel 20-14-91                                          Exhibit No.  207D

    NEly rect. 144' of Lot 3, Blk 37, Townsite of Temecula

Apparent Owner:    WHITE, Forrest Lynn & Mabel Irene

Gross Acreage:    .2                Wells:

Irrigable Acreage    .2

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-14-92                                          Exhibit No.  207D

    NEly rect. 144' of Lot 4, NEly rect. 144' of SEly 28' of Lot 5, Blk 37, Townsite of Temecula

Apparent Owner:    OTTO, Vernon A. & Elizabeth J.

Gross Acreage    .3                Wells:

Irrigable Acreage    .3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 20-14-93                                          Exhibit No.  207D

    Lots 3, 4, 5, Blk 37, Townsite of Temecula, EXC NEly 144' Lots 3 & 4 and NEly 144' of SEly 28' of Lot 5.

Apparent Owner:    PETERSON, Linden W. & Velma H.

Gross Acreage    .2                Wells:

Irrigable Acreage    .2

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

781

Parcel 20-14-94   (See Parcel 20-13-1)

Parcel 20-14-95                                    Exhibit No.  207D

    Lots 9 & 10, Blk 37, Townsite of Temecula

Apparent Owner:   ANDERSEN, Ruth

Gross Acreage          .4                          Wells:

Irrigable Acreage      .4

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-14-96                                    Exhibit No.  207D

    SEly 155' Lots 1 & 2, Blk 38, Townsite of Temecula

Apparent Owner:   MUNOA, Louis J.

Gross Acreage          .6                          Wells:

Irrigable Acreage      .6

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-14-97                                    Exhibit No.  207D

    NWly 145' Lots 1 & 2, Blk 38, Townsite of Temecula

Apparent Owner:   HALEY, William Howard & Isabel F.

Gross Acreage          .6                          Wells:

Irrigable Acreage      .6

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-14-98                                    Exhibit No.   207D

     Lots 3 & 4, Blk 38, & Lots 2, 4 & 6, Blk 39, Townsite of Temecula

Apparent Owner:   DAILY, Ross & Helen

Gross Acreage      1.6                        Wells:

Irrigable Acreage  1.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-99                                   Exhibit No.   207D

     NWly 170' of NWly ½ of Temecula Station Grounds, Townsite of Temecula, sd
     NWly ½ daf: Beg at most Sly cor Lot 1, Blk 27; th SWly to most Ely cor
     Lot 1, Blk 36; th NWly to most Nly Cor Lot 10, Blk 37; th NEly to most
     Wly cor Lot 22, Blk 25; th SEly to pob, EXC those por in River & Pujol
     Streets.

Apparent Owner:   FRIEDMAN, William M. & Jessie E.

Gross Acreage      1.8                        Wells:

Irrigable Acreage  1.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-100                                  Exhibit No.   207D

     SEly 85' of NWly 255' of NWly ½ of Temecula Station Grounds, Townsite
     of Temecula, sd NWly ½ daf: Beg. at most Sly cor Lot 1, Blk 27; th SWly
     to most Ely cor Lot 1, Blk 36; th NWly to most Nly cor Lot 10, Blk 37;
     th NEly to most Wly cor Lot 22, Blk 25; th SEly to pob, EXC those por in
     River & Pujol Streets.

Apparent Owner:   IRWIN, Leslie & Clara O.

Gross Acreage      .9                         Wells:

Irrigable Acreage  .7

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

Parcel 20-14-101                                Exhibit No. 207D

SEly 85' of NWly 340' of NWly ½ of Temecula Station Grounds, Townsite of Temecula, sd NWly ½ daf: Beg at most Sly cor Lot 1, Blk 27; th SWly to most Ely cor Lot 1, Blk 36; th NWly to most Nly cor Lot 10, Blk 37; th NEly to most Wly cor Lot 22, Blk 25; th SEly to pob, EXC those por in River & Pujol Streets.

Apparent Owner:    OTTO, Vernon & Elizabeth

Gross Acreage          .9                    Wells:

Irrigable Acreage      .7

Irrigated Acreage   Unknown

Surface Diversions:

—

Parcel 20-14-102                                Exhibit No.  207D

SEly 85' of NWly 425' of NWly ½ of Temecula Station Grounds, Townsite of Temecula, sd NWly ½ daf: Beg at most Sly cor Lot 1, Blk 27; th SWly to most Ely cor Lot 1, Blk 36; th NWly to most Nly cor Lot 10, Blk 37; th NEly to most Wly cor Lot 22, Blk 25; th SEly to pob, EXC those por in River & Pujol Streets.  Also EXC por thereof daf: Beg at pt in NEly li of Pujol St, dist SEly 340' fr its inter with SEly li of 6th St.; th NEly & p/w sd SEly li of 6th St., 190'; th SEly & p/w NEly li Pujol St., 75'; th SWly & p/w SEly li Sixth St., 190' to sd NEly li Pujol St.; th NWly alg NEly li Pujol St., 75' to pob.

Apparent Owner:    MARTIN, John E. & Mary A.

Gross Acreage          .6                    Wells:

Irrigable Acreage      .4

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 20-14-103                                Exhibit No.  207D

For of NWly ½ Temecula Station Grounds, Townsite of Temecula daf: Beg at point on NEly li Pujol St., dist SEly 340' fr its inter with SEly li of 6th St.; th NEly & p/w SEly li 6th St., 190'; th SEly & p/w NEly li Pujol St., 75'; th SWly & p/w SEly li 6th St., 190' to NEly li Pujol St.; th NWly alg NEly li Pujol St., 75' to pob.

Apparent Owner:    LIEFER, R. Ray & Cleo M.

Gross Acreage          .3                    Wells:

Irrigable Acreage      .3

Irrigated Acreage   Unknown
Surface Diversions:

784

Interlocutory Judg. #30
Exhibit H.

Parcel 20-14-104                                             Exhibit No. 207D
                                                                      15H

    NWly ¼ of Temecula Station Grounds, Townsite of Temecula, daf: Beg at most
Sly cor Lot 1, Blk 27; th SWly to most Ely cor Lot 1, Blk 36; th NWly to
most Nly cor Lot 10, Blk 37; th NEly to most Wly cor Lot 22, Blk 25; th
SEly to pob. EXC those por in River & Pujol St. Also, EXC NWly 425' thereof.

Apparent Owner:    TAYLOR, Howard A. & Elinore E.

Gross Acreage     6.2                     Wells:  8S3W-12N5 - Domestic

Irrigable Acreage   4.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-14-105   (See Parcel 20-13-1)

---

Parcel 20-15-106                                             Exhibit No. 207D

    Blks 8 & 16, Townsite of Temecula

Apparent Owner:    CANTARINI, John Alvarez & Beatrice

Gross Acreage     7.3                     Wells:

Irrigable Acreage   7.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-15-107                                             Exhibit No. 207D

    Sly ½ Blk 9, Townsite of Temecula

Apparent Owner:    SEARS, David P. & Carolyn J.

Gross Acreage     4.0                     Wells:

Irrigable Acreage  Unknown

Surface Diversions:

---

Parcel 20-15-108  (See Parcel 20-13-1)

Interlocutory Judg. #30
Exhibit H.

785

Parcel 20-15-109                                    Exhibit No.  207D

Blk 10, Townsite of Temecula, EXC por daf: Beg at most Nly cor sd Blk
10: th SWly alg NWly li thereof 100'; th SEly & p/w NEly li sd Blk 10,
200'; th SWly & p/w NWly li sd Blk 10, 150'; th SEly & p/w NEly li sd
Blk 10, 100' to SEly li thereof; th NEly alg SEly li sd Blk 10, 250' to
most Ely cor thereof; th NWly alg NEly li sd Blk 10, 300' to pob. Also
EXC that por thereof daf: Beg at most Wly cor sd Blk 10, th NEly alg NWly
li sd Blk 10, 150'; th SEly & p/w SWly li sd Blk 10, 150'; th SWly & p/w
NWly li sd Blk 10, 150' to SWly li sd Blk 10; th NWly alg SWly li sd Blk
10, 150' to pob.

Apparent Owner:     NETTLESON, Merritt G. & Laura H.

Gross Acreage       1.0                             Wells:

Irrigable Acreage   1.0

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 20-15-110                                    Exhibit No.  207D

Por Blk 10, Townsite of Temecula daf: Beg at most Nly cor sd Blk 10; th
SWly alg NWly li thereof 100'; th SEly & p/w NEly li sd Blk 10, 200'; th
SWly & p/w NWly li sd Blk 10, 150'; th SEly & p/w NEly li sd Blk 10, 100'
to SEly li thereof; th NEly alg SEly li sd Blk 10, 250' to most Ely cor
thereof; th NWly alg NEly li sd Blk 10, 300' to pob.

Apparent Owner:     SCHROEDER, Walter A.

Gross Acreage       1.3                             Wells:

Irrigable Acreage   1.3

Irrigated Acreage   Unknown

Surface Diversions:


Parcel 20-15-111                                    Exhibit No.  207D

Por Blk 10, Townsite of Temecula daf: Beg at most Wly cor sd Blk 10;
th NEly alg NWly li sd Blk 10, 150'; th SEly & p/w SWly li sd Blk 10,
150'; th SWly & p/w NWly li sd Blk 10, 150' to SWly li sd Blk 10; th NWly
alg SWly li sd Blk 10, 150' to pob.

Apparent Owner:     LEGAYE, Albert R.

Gross Acreage       .3                              Wells:

Irrigable Acreage   .3

Irrigated Acreage   Unknown

Surface Diversions:

                                        Interlocutory Judg. #30
                    -331-                    Exhibit H.

                                                        786

Parcel 20-15-112                                    Exhibit No.  207D

    Blk 31, Townsite of Temecula

Apparent Owner:   MUNOA, Lena C. & Louis John

Gross Acreage     1.6                              Wells:

Irrigable Acreage  1.6

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-16-113                                   Exhibit No.  207D

    Lots 1 through 4, Blk 32, Also Blk 33, Townsite of Temecula

Apparent Owner:   FREEMAN, Phillip C., James L., & Harvey
                 MOBLEY, Elizabeth F.
                 HONBERGER, Agnes F.
                 PARKER, Dorothy F.

Gross Acreage     39.2                             Wells:

Irrigable Acreage  35.7

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-16-114                                   Exhibit No.  207D

    Lots 5 through 9, Blk 32, Townsite of Temecula

Apparent Owner:   BETSCHART, Joe F.

Gross Acreage     22.0                             Wells:

Irrigable Acreage  18.5

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

787

Parcel 20-13-115

Lots 10 & 11, Blk 32, Townsite of Temecula

Apparent Owner:   EVANS, Dick & Audrey

Gross Acreage    0.2

Irrigable Acreage . 0.2

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
15H

Wells:8S3W-13K1 - Domestic

---

Parcel 20-17-116   (See Parcel 20-13-1)

---

Parcel 20-17-117                          Exhibit No.  207D

Lots 27 & 28, Blk 1, Fauba Land & Water Co.; Also, SWly 79 acres of Lot
28, Blk 1, Pauba Land & Water Co EXC por in State Hwy; Also EXC por daf:
Beg at pt in NWly li sd Lot 28, dist SWly 1320' fr most Nly cor sd Lot
28; th SWly alg sd NWly li 371.37' m/l to Ely li State Highway; th Sly
alg sd Ely li 136.36' to an angle pt; th N. 78°57'56" E. alg sd Hwy li
90' to an angle pt; th Sly alg sd Ely Hwy li 337.58'; th N. 48°53'28" E.
594.55' m/l to NEly li of SWly 79 acres Lot 28; th NWly alg sd NEly li
464' m/l to pob. Also EXC por daf: Beg at pt on NWly li Lot 28, dist SWly
1320' fr most Nly cor sd Lot 28; th S. 45°06'32" E. 464'; th S. 48°53'28"
W. 131' to pob; th S. 41°06'32" E. 15'; th S. 48°53'28" E. 15'; th N.
41°06'32" W. 15'; th N. 48°53'28" E. 15' to pob.

Apparent Owner:   RODRIGUEZ, Rudolph & Edna W.

Gross Acreage     68.6                     Wells:

Irrigable Acreage  16.8

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 20-17-118                          Exhibit No.  207D

Lot 25, Blk 1, Pauba Land & Water Co. EXC NEly 40 acres thereof & EXC
por in State Hwy

Apparent Owner:   CHRISTOPHER, Llewellyn F.

Gross Acreage     71.2                     Wells:

Irrigable Acreage  19.04

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.        788

Parcel 20-17-119                                    Exhibit No.  207D

    For Lot 26, Blk 1, Pauba Land & Water Co. daf: Beg at pt on NWly li sd Lot 26, dist SWly 1320' fr most Nly cor sd Lot; th S. 45°06'32" E. 227.73'; th S. 44°49'06" W. 249.10'; th N. 45°06'32" W. 227.73'; to NWly li sd Lot 26; th N. 44°49'06" E. 249.10' to pob.

Apparent Owner:     TRENT, Charles E. & Joni J.

Gross Acreage        1.3                            Wells:

Irrigable Acreage   1.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-17-120                                    Exhibit No.  207D

    Por Lot 26, Blk 1, Pauba Land & Water Co. daf: Beg. at pt on NWly li sd Lot 26, dist SWly 1320' fr most Nly cor sd Lot 26; th S. 45°06'32" E. 227.73' to tpob; th S. 45°06'32" E. 236.27'; th S. 48°53'28" W. 239.68'; th N. 45°06'32" W. 219.25'; th N. 44°49'06" E. 239.10' to pob. Also, that por Lot 26, Blk 1, Pauba Land & Water Co. daf: Beg at pt on NWly li sd Lot 26, dist. SWly 1320' fr most Nly cor sd Lot 26; th S. 45°06'32" E. 464'; th S. 48°53'28" W. 131' to tpob; th S. 41°06'32" E. 15'; th S. 48°53'28" E. 15'; th N. 41°06'32" W. 15'; th N. 48°53'28" W. 15' to tpob.

Apparent Owner:     LEAK, Herbert J. & Gennell M.

Gross Acreage        1.3                            Wells:

Irrigable Acreage   1.3

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 20-17-121                                    Exhibit No.  207D

    Por Lot 26, Blk 1, Pauba Land & Water Co. daf: Beg at pt on NWly li sd Lot 26, dist SWly 1569.10' fr most Nly cor sd Lot 26; th continuing alg sd NWly li 122.27' m/l to NEly bdy li State Hwy; th Sly alg sd NEly bdy 136.36' to an angle pt; th N. 78°57'56" E. 60', to an angle pt; th Sly alg sd NEly bdy li 337.58'; th N. 48°53'28" E. 354.87' m/l to a pt dist S. 48°53'28" W. 239.68' fr SWly li of Nly 40 acres of sd Lot 26; th N. 45°06'32" W. 219.25'; th S. 44°49'06" W. 10'; th N. 45°06'32" W. 227.73' to pob.

Apparent Owner:     STAPP, Derald R. & Billie J.

Gross Acreage        2.09                           Wells:

Irrigable Acreage   2.09

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

789

Parcel 20-18-122   (See Parcel 20-13-1)

Parcel 20-18-124

Exhibit No.   207D
15H
219

That unnumbered lot lying Wly of Lot 10 & Nly of Lot 11, Blk 2,
Pauba Land & Water Co. & labeled "Gonzales" on Assessor's Maps.

Apparent Owner:   WADDELL, Malcolm M. & Margaret M.

Gross Acreage       60.0

Irrigable Acreage   53.2

Irrigated Acreage   Unknown

Surface Diversions:

Wells: 7S3W-35P3 - Unused
35Q1 - Domestic

Parcel 20-19-125   (See Parcel 20-13-1)

Parcel 20-20-126   (See Parcel 20-13-1)

Parcel 20-21-127   (See Parcel 20-13-1)

Parcel 20-32-128   (See Parcel 20-13-1)

Parcel 20-32-129

Exhibit No.   207D
15H

Blk E, Little Temecula Rancho

Apparent Owner:   PECHANGA INDIAN RESERVATION

Gross Acreage

Irrigable Acreage

Irrigated Acreage   Unknown

Surface Diversions:

Wells: 6S2W-29F1 - Destroyed
29G1 - Stock

Parcel 20-32-130

Exhibit No.   207D

Por of Blk "F", Little Temecula Rancho, daf: Beg at Wly cor sd Blk "F";
th SEly alg SWly li sd Blk "F", 1151.15'; th NEly & p/w NWly li sd Blk "F",
1176'; th NWly & p/w SWly li sd Blk "F", 1151.15' to NWly li sd Blk "F";
th SWly alg sd NWly li 1176' to pob.

Apparent Owner:   WOLFF, Pauline K.
Gross Acreage       31.0
Irrigable Acreage   8.6
Irrigated Acreage   Unknown
Surface Diversions:

Wells:

-335-

Interlocutory Judg. #30   790
Exhibit E.

Parcel 20-32-131

Exhibit No.  207D
15H
187

All of Blk F, Little Temecula Rancho EXC that por daf: Beg at most
Wly cor sd Blk F; th SEly alg SWly li sd Blk F., 1151.15'; th NEly &
p/w NWly li sd Blk F., 1170'; th NWly & p/w SWly li sd Blk F, 1151.15'
to NWly li sd Blk F; th SWly alg sd NWly li 1170' to pob.

Apparent Owner:   QUERRY, Frank O. & Odessa D.

Gross Acreage                           Wells:  8S2W-19J2 - Irrigation

Irrigable Acreage

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.

791

Parcel 82W-33-1

Exhibit No.  207D

NE¼ of SE¼, S½ of E½, EXC Lot 7 (SW¼ of SW¼ of SE¼), SE¼ of SW¼ Sec. 33, T8S, R2W.

Parcel 82W-34-1

Sec. 34, T8S, R2W, EXC Lot 16

Parcel 82W-35-1

Sec. 35, T8S, R2W.

Parcel 82W-25-1

Sec. 25, T8S, R2W.

Parcel 82W-26-1

Sec. 26, T8S, R2W.

Parcel 82W-27-1

Sec. 27, T8S, R2W, EXC NW¼ of NW¼.

Parcel 82W-36-1

Sec. 36, T8S, R2W, EXC SW¼ of NW¼

Parcel 82W-29-1

Blk E, Little Temecula Rancho, T8S, R2W.

Apparent Owner:   <u>PECHANGA INDIAN RESERVATION</u>

Gross Acreage         3787

Irrigable Acreage   1694 in Watershed

Irrigated Acreage   Unknown

Surface Diversions:

Wells: 8S2W-34B1 – Destroyed
        34M1 – Unused
        35C1 – Domestic
        26K1 – Unused
        26N1 – Unused
        27E1 – Unused

Parcel 82W-23-1

Govt Lots 4 & 5 (NE¼ of SW¼), S½ of SW¼, & SE¼ Sec. 23, T8S, R2W.

Apparent Owner:   <u>UNITED STATES OF AMERICA</u> (Public Domain)

Gross Acreage         300

Irrigable Acreage   None

Irrigated Acreage   Unknown

Surface Diversions:

Wells:

-337-

Interlocutory Judg. #30
Exhibit H.         792

Parcel 82W-33-22                                    Exhibit No.  207D

    NE¼ of SE¼ Sec. 33, T8S, R2W.

Apparent Owner:    ASHMAN, A. R. & Mary

Gross Acreage      40.0                      Wells:

Irrigable Acreage   9.3

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 82W-33-23                                    Exhibit No.  207D

    SE¼ of NE¼, Sec. 33, T8S, R2W.

Apparent Owner:    STEVINSON, Salida

Gross Acreage      40.0                      Wells:

Irrigable Acreage  40.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 82W-33-24                                    Exhibit No.   207D
                                                                  15H
    Por of SW¼ of NE¼, Sec. 33, T8S, R2W, lying Ely of Pala Road.

Apparent Owner:    HAIRE, Edward L. & Mary E.

Gross Acreage      31.0                      Wells: 8S2W-33C1 - Domestic

Irrigable Acreage  31.0

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30 793
Exhibit H.

Parcel 82W-33-31

Por of NW¼ of SE¼, and SE¼ of SE¼, Sec. 33, T8S, R2W, lying Ely of Pala-
Tem. Rd, daf: Beg at SE cor sd NW¼ of SE¼, th S. 0°26'50" E. alg sd Ely
li of NW¼ of SE¼ & SE¼ of SE¼ 2513.23' to SE cor of SW¼ of SE¼; th S. 89°
55' W. alg S. li sd SW¼ of SE¼ 561.50' to c/l Pala-Temecula Rd; th alg
c/l sd rd as fol: N. 3°23' E. 489.49' to beg of curve concave Wly having
radius of 1200'; th Nly alg sd curve 385.77' to the end; th on tangent
N. 12°05' W. 718.20' to beg of curve concave Ely having radius of 3000';
th Nly alg sd curve 409.28'; th on tangent N. 4°16' W. 512.01' to beg of
curve concave SWly having radius of 1300'; th NWly alg sd curve to N li
sd NW¼ of SE¼; th N. 89°26' E. alg sd N li to pob. EXC por in Pala-Temecula
Road.


Apparent Owner:      PAULSON, Louis R. & Edith M.

Gross Acreage        39.0                          Wells:

Irrigable Acreage    3.00

Irrigated Acreage

Surface Diversions:


---

Parcel 82W-33-31

N½ of N½; SW¼ of NW¼, & NW¼ of SW¼, Sec. 33, T8S, R2W.
NE¼ Sec. 32, T8S, R2W.
SW¼ of SW¼, Frac. Sec. 28, T8S, R2W, EXC por lying within Tracts A & B,
Judicial Map of Survey of lands of Machado Brothers & Wolf on file in
office of County Clerk, San Diego County.
SE¼ of SE¼ & Govt. Lot 4, Sec. 29, T8S, R2W, EXC por thereof lying within
Tract B, Judicial Map of Survey of lands of Machado Brothers & Wolf.
Those por of E½ of E½ of Sec. 29, and W½ of SW¼, & SW¼ of NW¼ of Sec. 28,
T8S, R2W incl in Tract B, Judicial Map of Survey of lands of Machado Brothers
& Wolf EXC fr sd Tract B por thereof lying NEly of SWly li of Pala Road;
sd prop daf: Beg at SW Cor sd Sec. 28; th N. 89°47' E. 1329.2' to 1/8 Sec
Cor; th N. 0°03½' W. 1321.7' to a 4"x4" redwood post; th S. 64° W. 356.4'
to tpob; th fol bdy li sd Tract B S. 64° W. 920.04'; th N. 74°30' W. 368.28';
th N. 19°30' W. 725'; th N. 71°W. 784.04'; th N. 18°30' W. 237.66', m/l to
pt on SEly li Little Temecula Rancho; th N 52°45' E. on sd SEly li of Little
Temecula Rancho to SWly li Pala Road; th S. 50°34½' E. on SWly li Pala Road
715.5'; th leaving SWly li Pala Rd S. 11°45' E. 1486.5' to pt of beg. EXC
NWly part daf: Beg at pt desc at inter of SEly li Little Temecula Rancho &
SWly li Pala Road; th S. 50°34½' E. on SWly li Pala Road 660'; th leaving
SWly li Pala Road S. 52°45' W. 1452'; th N. 37°15' W. 642' m/l to pt on
SEly li Little Temecula Rancho; th N. 52°45' E. alg sd Rho li 1300' m/l to
pob.


Apparent Owner:      GARDNER, Erle Stanley

Gross Acreage        563.1                    Wells: 8S2W-28M1 - Domestic
                                                            28M2 - Unused
Irrigable Acreage    246.9

Irrigated Acreage    Unknown

Surface Diversions:
                                          Interlocutory Judg. #30
                                          Exhibit H.   704

Parcel 82W-29-32                                    Exhibit No.  207D
                                                                164

Por of E½ of E½ Sec. 29, & W½ of SW¼, & SW¼ of NW¼ Sec. 28, T8S, R2W,
incl in Tract B, Judicial Map of Survey of lands of Machado Brothers & Wolf,
that por thereof lying NEly of SWly li Pala Road, sd prop being daf: Beg
at most Nly cor sd Tract, being pt of inter of SEly li Little Tem Rho &
SWly li Pala Road; th S. 50°34½' E. on SWly li Pala Road 660'; th leaving
SWly li Pala Road S. 52°45' W. 1452'; th N. 37°15' W. 642' m/l to pt in SEly
li Little Temecula Rho; th N. 52°45' E. alg sd Rho li 1300' m/l to pob.

Apparent Owner:    BETHELL, Agnes H.

Gross Acreage      20.3                             Wells:

Irrigable Acreage  18.5

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 82W-28-33                                    Exhibit No.  207D

NW 3 acres Govt Lot 7, Sec. 28, T8S, R2W, being in square form, NW cor of
which is NW cor sd Lot 7.

Apparent Owner:    LOPEZ, Angel

Gross Acreage      3.0                              Wells:

Irrigable Acreage  3.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 82W-28-34                                    Exhibit No.  207D

Govt Lot 7 (SW¼ of SW¼ of SE¼) Sec. 28, T8S, R2W, EXC NW 3 acres

Apparent Owner:    MIRANDA, Bessie

Gross Acreage      7.1                              Wells:

Irrigable Acreage  7.1

Irrigated Acreage  Unknown

Surface Diversions:

Interlocutory Judg. #30
Exhibit H.
795

Parcel 82W-34-35

Lot 16, Sec. 34, T8S, R2W.

Apparent Owner:   MOORE, Walter E. & Ruth S.

Gross Acreage      20.1

Irrigable Acreage  16.6                    Wells: 8S2W-34F1 - Domestic

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 82W-22-36

Govt. Lots 1 & 2, NW¼ of SE¼, S½ of SE¼, S½ of SW¼, & Tract "D" of lands of Machado Bros. & Wolfs Judicial Maps, Sec. 22, T8S, R2W.

Apparent Owner:   GARDNER, Erle Stanley

Gross Acreage      313.0

Irrigable Acreage  198.1                   Wells: 8S2W-22L1 - Stock

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 82W-24-38

SW¼ of NW¼, N½ of SW¼, NW¼ of SE¼, Sec. 24, T8S, R2W.

Apparent Owner:   EMERSON, Harvey & Gertrude

Gross Acreage      160.0                    Wells:

Irrigable Acreage  9.6

Irrigated Acreage  Unknown

Surface Diversions:

796

-341-

Parcel 82W-24-39                                          Exhibit No.  207D

    N$\frac{1}{2}$ of NE$\frac{1}{4}$ & SE$\frac{1}{4}$ of NE$\frac{1}{4}$, Sec. 24, T8S, R2W.

Apparent Owner:   JAMES, Robert

Gross Acreage      120.0                                  Wells:

Irrigable Acreage    0.0

Irrigated Acreage  Unknown

Surface Diversions:

Parcel 72W-19-149

    Frac. Wly ½ Sec. 19, T7S, R2W.

Apparent Owner:    SERVEL, Leon J. & Clementine
                      PRIEST, Carl & Leona J.

Gross Acreage    195.0

Irrigable Acreage    144.0

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
               15H

Wells: 7S2W-19C1 - Irrigation
          19C2 - Irrigation
          19C3 - Unused

---

Parcel 72W019,20,29,30 - 150

    NE¼ & Frac SE¼ Sec. 19, S½ Sec. 20, S½ of N½ Sec. 20, Frac Sec 29 & 30, T7S, R2W.

Apparent Owner:    NICOLAS, Seraphina

Gross Acreage    1,134.6

Irrigable Acreage    900.2

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
               15H
              180

Wells: 7S2W-20P1 - Domestic - Stock

---

Parcel 72W-20-151  (See Parcel 20-12-226)

Parcel 72W-28-152  (See Parcel 20-13-1)

---

Parcel 73W-13-24 - 153A

    Por of Frac Sec. 13 & 24, 7S, R3W, lying E of Winchester Road.

Apparent Owner:    SHAMEL, Jennings B. & Ruth T.

Gross Acreage    59.8

Irrigable Acreage

Irrigated Acreage  Unknown

Surface Diversions:

Exhibit No.  207D
               15H

Wells: 7S3W-24A2 - Irrigation

798

## ALPHABETICAL INDEX

### APPARENT OWNERS WITHIN MURRIETA-TEMECULA GROUND WATER AREA

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|------------------------|
| Abernathy, Daisy E. | 20-4-1-74 | A & H | 94 |
| Ackman, Dell | 19-42-48 | A & H | 16 |
| Aitken, J. S. | 20-8-518 | H | 236 |
| Alderson, Douglas & Ingered | 20-7-1-422 | D & H | 210 |
| Allan, Anne N. | 19-42-68 | A & H | 22 |
| Allen, Loftus H. & Frances R. | 20-7-398 | H | 202 |
| | 20-8-511 | H | 234 |
| | 20-8-517 | H | 236 |
| | 20-8-534 | H | 241 |
| | 20-8-597 | H | 258 |
| | 20-8-601 | H | 260 |
| Allen, Mamie | 20-14-56 | A & H | 314 |
| Allman, Ralph B. & Helen A. | 19-31-189 | H | 51 |
| Almaraz, Domingo & Mary N. | 20-14-73 | A & H | 320 |
| Andersen, Ruth | 20-14-95 | A & H | 327 |
| Andersen, Harold A. Jr., & Florence | 20-13-20 | A & H | 302 |
| | 20-13-21 | A. & H | 303 |
| | 20-13-22 | A & H | 303 |
| Anderson, Arthur N. | 20-7-386 | H | 200 |
| | 20-8-592 | H | 256 |
| Anderson, Edward | 20-7-386 | H | 200 |
| | 20-8-592 | H | 256 |
| Anderson, Jack E. | 20-7-1-453 | D & H | 219 |
| Anderson, Karl | 20-7-386 | H | 200 |
| | 20-8-592 | H | 256 |
| Anderson, Myrtle | 20-3-194 | H | 133 |
| Anderson, Olaf | 20-7-386 | H | 200 |
| | 20-8-592 | H | 256 |
| Anderson, Ossian | 20-7-386 | H | 200 |
| | 20-8-592 | H | 256 |
| Anderson, Paul H. & Helen I. | 20-5-104 | A & H | 104 |

Interlocutory Judg. #30
Exhibit I.    799

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|--------------|----------------|----------------------|
| Andrews, Raymond D. & Loraine N. | 19-43-26 | A & H | 9 |
| Angus, Franklin R. & Frances G. | 20-4-45 | A & H | 85 |
| Anthony, Donald C. & Charlotte | 20-14-89 | A & H | 325 |
| Arnold, Floris | 19-42-46 | A & H | 15 |
| Arthur, Herbert C. & Margaret L. | 20-6-213 | A & H | 139 |
| Arviso, Rose | 20-13-42 | A & H | 310 |
| Ashman, A. R. & Mary | 82W-33-22 | H | 338 |
| Aune, Ornulf | 20-7-280 | H | 166 |
| Averill, A. S. & Cecelia V. | 20-14-66 | A & H | 317 |
| Bacher, Frederick A. & Virginia Rogers | 20-5-133 / 20-6-222 | A & H / H | 113 / 142 |
| Bacon, Fulton S. | 20-8-600 | H | 259 |
| Baggenstos, Louis | 20-3-151 | H | 118 |
| Bailey, Paul T. | 19-31-195 | H | 53 |
| Ballard, Robert H. & Mary Elizabeth | 20-4-69 | A & H | 93 |
| Barnard, Fred Gardner Jr. | 20-5-130 | A & H | 112 |
| Barnard, Harriet L. Maryline | 20-5-130 | A & H | 112 |
| Barnard, Neva L. | 20-5-130 | A & H | 112 |
| Barnes, Finnis E. & Theresa Marie | 20-1-662 | A & H | 275 |
| Barnes, Kate | 20-1-666 | A & H | 276 |
| Barnes, William E. | 20-1-666 | A & H | 276 |
| Barnett, B. H. & Leone | 20-1-707 | A & H | 286 |
| Barnett, Francis L. | 20-7-1-445 | D & H | 216 |
| Barnett, Ralph O. | 20-12-225 | A, C & H | 143 |
| Barnett, William V. & Dorothy | 19-31-194 | H | 52 |

600

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|--------------|----------------|----------------------|
| Barrett, Fred S. | 20-7-287 | H | 168 |
| | 20-7-291 | H | 170 |
| | 20-7-353 | H | 189 |
| | 20-7-368 | H | 194 |
| Barringer, Wesley G. & Etta L. | 19-23-148 | H | 45 |
| Barth, L. V. & Francis Marion | 20-1-700 | A & H | 284 |
| Bartlet, Henry James & Isabella Margaret | 20-7-348 | H | 188 |
| | 20-7-365 | H | 193 |
| Basquez, Arthur & Frances | 20-13-4 | H | 296 |
| Bastian, Glenn | 20-3-188 | H | 131 |
| Bates, Ralph & Effie Louise | 20-6-210 | A & H | 138 |
| Batson, Floyd S. | 20-3-194 | H | 133 |
| Batson, Jesse & Helen | 20-3-194 | H | 133 |
| | 20-1-676 | A & H | 278 |
| Batson, Joe Cletus | 20-3-194 | H | 133 |
| Batson, Mary Louise | 20-3-194 | H | 133 |
| Batson, Nathanial P. | 20-3-194 | H | 133 |
| Batson, Roy Parmer | 20-3-194 | H | 133 |
| Bauer, A. W. & Mabel C. | 19-48-253 | H | 67 |
| Bawden, Marietta Eleanor | 20-7-296 | H | 172 |
| | 20-7-359 | H | 191 |
| | 20-7-1-423 | D & H | 210 |
| | 20-8-529 | H | 240 |
| Beatty, Vance | 20-8-489 | H | 227 |
| Beaver, Otto E. & Grace V. | 19-45-96 | A & H | 32 |
| | 19-45-98 | A & H | 32 |
| Beller, Morris & Lena | 20-8-576 | H | 252 |
| Bennett, E. W. & Emma K. | 19-24-122 | H | 40 |
| | 19-24-126 | H | 40 |
| | 19-24-127 | H | 40 |
| | 19-24-130 | H | 40 |

-3-

801

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Bennis, K. V. & Nina | 20-14-53 | A & H | 313 |
| Bergman, Nathan & Ann | 20-7-299 | H | 173 |
| Berridge, Wallace Weaver | 20-8-595 | H | 256 |
| Berridge, W. W. | 20-8-496 | H | 229 |
| Berry, H. A. | 20-8-602 | H | 260 |
| Bethel, Agnes H. | 82W-29-32 | G & H | 340 |
| Betschart, Joe F. | 20-16-114 | A & H | 332 |
| Bezanson, Ray & Joanne E. | 20-3-169 | H | 125 |
| | 20-3-193 | H | 133 |
| Biazo, John & Junnettie Ruth | 20-3-156 | H | 120 |
| Biggs, Chauncey P. & Susan C. | 19-48-255 | H | 67 |
| Birch, Bremond Bernard | 19-24-128 | H | 42 |
| Birch, Charles Francis & Jean E. V. | 19-24-128 | H | 42 |
| Bittikofer, C. E. & Rita S. | 19-48-263 | A & H | 69 |
| Black, Loraine L. & Everelda C. | 19-21-166 | H | 46 |
| | 19-31-198 | H | 54 |
| Blackford, Henry E. & Eleanor P. | 19-42-78 | A & H | 26 |
| Blackmore, Harvey & Betty Jean | 20-6-214 | A & H | 140 |
| | 20-6-215 | H | 140 |
| | 20-6-730 | H | 292 |
| Blake, Arthur V. & Retha Darlene | 19-48-241 | H | 63 |
| Blake, George E. & Fern C. | 20-3-144 | H | 116A |
| Blakely, Camilla J. | 20-8-561 | H | 248 |
| Blakely, J. Ward | 20-8-561 | H | 248 |
| Blakely, P. Hoyt | 20-8-561 | H | 248 |

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Blitch, William J. | 20-7-1-418 | H | 208 |
| Bodine, Harry T. & Peggy | 20-8-492 | H | 228 |
| Boffa, Armand | 19-43-19 | A & H | 7 |
| Bolander, Ralph S. & Virginia S. | 20-8-491 | H | 227 |
| | 20-8-544 | H | 244 |
| Bonnar, Mariellen | 20-5-135 | H | 114 |
| Boobar, Jack & Esther | 20-7-378 | H | 199 |
| Booth, Alberta Evanell | 20-13-31 | A & H | 306 |
| Borel, A. F. & Louise | 20-14-69 | A & H | 318 |
| | 20-14-70 | A & H | 319 |
| Borenstein, Julius & Bella | 20-9-624 | H | 265 |
| Boruchin, John & Dora | 20-7-324 | H | 180 |
| | 20-7-1-417 | H | 208 |
| Boscacci, Richard, aka Ricardo & Julia | 19-42-74 | A & H | 24 |
| | 19-42-77 | A & H | 25 |
| Bricknell, Maureen | 20-2-728 | A & H | 291 |
| Britton, William J. Jr. & Cristina W. | 20-7-268 | H | 162 |
| Brown, Andrew J. & Myrtle | 20-5-111 | A & H | 107 |
| Brown, David A. & Nancy Jane | 19-44-11 | H | 4 |
| | 19-45-89 | A & H | 4 |
| Brown, Elbert E. & Beulah W. | 20-5-126A | A & H | 111 |
| Brown, Fred | 20-8-502 | H | 231 |
| Brown, John F. & Addie B. | 19-48-257 | H | 68 |
| Brown, John G. | 20-7-258 | H | 159 |
| Brown, Leslie S. | 20-7-321 | H | 179 |
| | 20-7-322 | H | 179 |
| Brown, Melvin H. & Marbaret F. | 20-4-20 | A & H | 79 |

-5-

803

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|------------------------|
| Brown, Merritt H. | 20-5-113 | A & H | 107 |
| Brown, Robert J. & Blanche C. | 20-7-254 | H | 157 |
| Brown, Rudolph J. & Vita Elliott | 19-45-109 | H | 36 |
| | 19-45-114 | A & H | 38 |
| Bruce, Howard E. & Corinne B. | 20-7-250 | H | 156 |
| Bryant, Edward | 20-6-211 | A & H | 139 |
| Bryant, Nora | 20-3-195 | H | 133 |
| Buchanan, James David | 20-4-26 | A & H | 81 |
| Buchanan, Maude M. | 20-4-26 | A & H | 81 |
| Buchanan, William F. & Gloria F. | 19-46-228 | A & H | 50 |
| Buggere, William H. & Esther V. | 20-7-323 | H | 179 |
| | 20-7-326 | H | 181 |
| Burnham, F. A. & Vera E. | 20-3-166 | H | 124 |
| Burt, David H. & Hazel I. | 20-5-107 | A & H | 105 |
| Bush, Lavern G. | 20-1-644 | A & H | 271 |
| Cacia, Nick | 19-48-223, | A & H | 56 |
| Cain, Carlington L. & Eunice | 20-4-6 | A & H | 75 |
| | 20-4-8 | A & H | 75 |
| | 20-4-10 | A & H | 75 |
| | 20-4-56 | A & H | 75 |
| California Electric & Power Co. | 20-4-59 | H | 90 |
| | 20-3-163A | H | 123 |
| | 20-13-3 | H | 296 |
| California, State of | 19-23-147 | H | 45 |
| | 20-4-1-96 | H | 102 |
| | 20-7-319 | H | 178 |
| | 20-7-327 | H | 181 |
| | 20-7-335 | H | 183 |
| | 20-7-372 | H | 196 |
| | 20-7-1-410 | D & H | 206 |
| | 20-8-508 | H | 233 |
| | 20-8-527 | H | 239 |
| | 20-2-718 | A & H | 289 |
| | 20-13-2 | H | 296 |

-6-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| California Water & Telephone Co. | 20-1-631 | A & H | 267 |
| | 20-13-19A | A & H | 301 |
| Carmack, Dorothy E. | 20-7-262 | H | 160 |
| Campbell, Roscoe D. & Dorothy H. | 20-4-1-78 | A & H | 96 |
| Candido, Leonard & Frances M. | 19-42-36 | H | 12 |
| Cantacessi, Joe & Theresa | 20-6-218 | H | 141 |
| Cantarini, Dan E. & Rose W. | 20-7-301 | H | 174 |
| Cantarini, John Alvarez & Beatrice | 20-15-106 | A & H | 330 |
| Cantrell, Edith M. | 19-42-71 | A & H | 23 |
| Caringella, Joe & Dora | 19-48-220 | A & H | 55 |
| Carlson, Conrad H. | 19-42-53 | A & H | 18 |
| Carr, Carey W. & Alice Harmon | 20-4-46 | H | 86 |
| Carrillo, Refugia | 20-1-695 | A & H | 283 |
| Carter, Charles C. & Ada B. | 20-7-400 | H | 203 |
| | 20-7-446 | D & H | 217 |
| Carter, Louis M. & Nell F. | 19-31-185 | H | 49 |
| Cass, Louis & Virginia N. | 20-12-226 | A,C&H | 144 |
| | 20-7-302 | D & H | 144 |
| | 20-7-304 | H | 144 |
| | 20-7-306 | C & H | 144 |
| | 20-7-307 | C & H | 144 |
| | 20-7-313 | C,D&H | 144 |
| | 20-7-325B | H | 144 |
| | 20-7-334 | H | 144 |
| | 20-7-385 | H | 144 |
| | 20-7-389 | H | 144 |
| | 20-7-390 | H | 144 |
| | 20-7-392 | C & H | 144 |
| | 20-7-395 | C & H | 144 |
| | 20-7-396 | C & H | 144 |
| | 20-7-1-434 | H | 144 |
| | 20-7-1-435 | H | 144 |
| | 20-7-1-444 | D & H | 144 |
| | 20-8-480 | H | 145 |
| | 20-8-485 | H | 145 |

-7-

805

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT S |
|------|--------------|----------------|----------------------|
| Cass, Louis & Virginia N (cont.) | 20-8-486 | H | 145 |
| | 20-8-522 | C & H | 145 |
| | 20-8-524 | H | 145 |
| | 20-8-532 | H | 146 |
| | 20-8-535 | D & H | 146 |
| | 20-8-545 | H | 146 |
| | 20-8-546 | H | 146 |
| | 20-8-547 | H | 146 |
| | 20-8-548 | H | 146 |
| | 20-8-549 | H | 146 |
| | 20-8-557 | H | 146 |
| | 20-8-562 | C & H | 147 |
| | 20-8-563 | H | 147 |
| | 20-8-574 | H | 147 |
| | 20-8-581 | H | 147 |
| | 20-8-583 | H | 148 |
| | 20-8-590 | H | 148 |
| | 20-8-609 | H | 148 |
| | 72W-20-151 | C & H | 148 |
| Cass & Roripaugh | 20-7-390 | H | 144 |
| Caras, Joseph | 20-13-38 | A & H | 306 |
| Cass, Albert N. & Maxine | 20-8-571 | C & H | 251 |
| | 20-8-608 | C & H | 251 |
| | 20-8-609A | H | 251 |
| Cavagnetti, Thomas V. Jr. & Adelaide | 20-4-65 | H | 9 |
| | 20-4-66 | A & H | 9 |
| Cemetery | 20-4-72 | H | 9 |
| Chaffey, Robert P. & Lucille M. | 20-7-403 | H | 204 |
| | 20-7-1-447 | D & H | 217 |
| Chernosk, Edward B. & Ann | 20-7-245 | A & H | 155 |
| | 20-7-248 | H | 155 |
| | 20-7-343 | H | 196 |
| Christopher, Llewellyn F. | 20-17-118 | H | 303 |
| Citizens National Trust & Savings Bank of Riverside | 20-8-536 | D & H | 241 |
| Clark, Charlotte S. | 20-7-257 | H | 158 |
| Clark, Doris Isabelle | 19-42-41 | A & H | 14 |
| | 19-42-54 | A & H | 14 |
| Clark, Van Elmo & Regina W. | 20-3-189 | H | 131 |

-8-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|------|------|------|
| Cobbin, Albert A. & Ellen | 20-4-68 | A & H | 92 |
| Cockerline, Matthew J. & Nettie | 20-14-63 | A & H | 316 |
| Cohen, Max | 20-13-24 | A & H | 304 |
| Coleman, Chester T. & Norma | 20-8-473 | H | 229 |
| Coleman, Cora V. | 20-7-341 | H | 185 |
| Coleman, Fern & Fay | 20-7-328 | H | 181 |
|  | 20-7-342 | H | 186 |
| Coleman, Lewis & Clara | 20-7-265 | H | 161 |
| Collier, Frank Elliott & Flora E. | 19-43-21 | A & H | 7 |
| Colton, Ralph | 20-8-523 | H | 238 |
| Combs, Jack LeRoy | 19-42-48 | A & H | 16 |
| Comparette, Homer L. & Leamel A. | 20-4-48 | A & H | 86 |
| Compton, Emma M. | 20-4-1-81 | H | 97 |
| Conley, James E. | 19-48-221 | H | 55 |
| Conley, Joseph D. & Lena May | 19-42-87 | H | 18 |
| Conover, Geraldine | 20-8-484 | H | 226 |
| Contreras, George C. & Avani M. | 20-4-29 | A & H | 81 |
|  | 20-4-37 | A & H | 83 |
| Coo, W. J. | 20-8-504 | H | 232 |
| Cook, Leo | 20-8-482 | H | 225 |
| Cook, Raymond P. & Lois E. | 19-42-76 | A & H | 25 |
| Cooper, Jessie C. | 20-1-696 | A & H | 281 |
| Cooper, Walter & Leona | 20-3-198 | H | 134 |
|  | 19-45-113 | A & H | 37 |

-9-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Copeland, Cecil & Wahnetta | 19-44-7 | H | 3 |
| | 19-42-81 | H | 3 |
| | 19-48-265 | H | 70 |
| Coppel, Jacob Frank | 20-13-28 | A & H | 305 |
| Corazza, Bennett M. & Jean C. | 19-48-230 | H | 59 |
| Cotter, Nora | 20-1-664 | A & H | 276 |
| Coy, Alfred H. & Anna | 20-1-697 | A & H | 284 |
| Coy, Walter A. & Oleta S. | 20-1-698 | A & H | 284 |
| Cozine, Edna E. | 19-31-186 | H | 49 |
| Crabb, William & Marian Grace | 20-7-349 | H | 188 |
| Crews, Donald C. & Mable | 20-3-140 | H | 116 |
| | 20-3-143 | H | 116A |
| Cross, Harold C. | 20-4-1-86 | H | 98 |
| | 20-7-290 | H | 169 |
| Crossley, H. L. & Margaret Eleanor | 20-7-357 | H | 191 |
| | 20-7-360 | H | 192 |
| Crow, Reuben R. & Lydia M. | 20-1-653 | A & H | 275 |
| Crowe, Stanley B. & Cornelice A. | 20-7-373 | H | 196 |
| Crum, Lee | 20-14-80 | A & H | 322 |
| Cuccio, Peter A. | 20-6-202 | A & H | 156 |
| Curran, Marvin Duane & Kay Louise | 20-2-711 | A & H | 287 |
| Curtiss, Annie L. S. & William C. | 19-45-99 | A & H | 33 |
| | 19-24-131 | H | 42 |
| Custer, William & Marilyn Moyer | 20-11-224 | A & H | 143 |
| Daily, Ross & Helen | 20-14-98 | A & H | 328 |
| Davis, David A. | 20-8-476 | H | 223 |
| Davis, Estella | 20-8-478 | H | 224 |

-10-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Davis, Harry M. & Fleda B. | 19-32-181 | H | 47 |
| Davis, Nathaniel A. & Creela | 20-4-18 | A & H | 78 |
| | 20-8-469 | D & H | 221 |
| | 20-8-477 | H | 224 |
| | 20-8-478 | H | 224 |
| Dawes, Robert & Constance | 20-14-87 | A & H | 324 |
| De Armond, Nathaniel E. & Katherine M. | 20-14-59 | A & H | 315 |
| Deering, Mary | 20-5-117 | A & H | 108 |
| | 20-5-127 | A & H | 111 |
| De Knoblough, Minerva | 20-9-622 | H | 265 |
| De Laite, John E. & Dorothy K. | 20-4-19 | A & H | 78 |
| De Leon, R. & Lucy Chaves | 19-31-193 | H | 52 |
| Delgado, Andrew & Lydia | 20-13-36 | A & H | 308 |
| Delgado, Francisco | 20-13-40 | A & H | 309 |
| De Mund, William P. & Ione | 20-1-639 | A & H | 269 |
| Detwiler, Charles W. & Hilda N. | 20-3-173 | H | 126 |
| Dew, Isabella | 20-3-159 | H | 121 |
| Dillon, Harry Jerome & Gertrude E. | 19-45-111 | A,F&H | 37 |
| Dillon, Wayne L. & Alta D. | 19-48-254 | H | 67 |
| Diltz, Joseph Francis | 20-3-157 | H | 120 |
| Di Maggio, Giovannina & Ruggiers | 20-14-76 | A & H | 321 |
| | 20-14-77 | A & H | 321 |
| Dimm, Dorothy L. | 20-7-1-452 | D & H | 219 |
| Dinsmore, James A. | 20-7-345 | H | 187 |
| | 20-7-367 | H | 194 |
| Dittner, Charles A. & Margie E. | 20-7-1-450 | H | 218 |
| | 20-8-528 | H | 239 |
| | 20-13-15 | H | 300 |

-11-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|------|------|------|
| Dixon, Ida L. | 20-8-540 | H | 242 |
| Dorr, John R. & Alice | 20-8-487 | H | 226 |
| Dorrer, Walter B. & Ruth | 20-7-317 | H | 177 |
| Doty, Howard D. & Corene | 19-48-245 | H | 64 |
| Dudley, Theodore S. & Gladys M. | 20-7-383 | H | 200 |
| Dukes, Harry & Margaret | 20-8-585 | H | 255 |
| Dull, Harry J. | 20-8-579 | H | 253 |
| Dunham, Elmo & Ethel Marie | 20-3-150 | H | 118 |
| Dunham, Lucy A. & Lawrence | 20-1-693 | A & H | 283 |
| Dunham, Sarah A. | 20-1-656 | A & H | 274 |
| Dunlap, Andy E. | 19-48-243 | H | 63 |
| Durst, Moe & Agnes | 19-43-16 | A & H | 6 |
|  | 19-42-52 | A & H | 17 |
| Durst, Esther | 19-42-52 | A & H | 17 |
| Dutton, Cecil C. & Maudelene | 20-4-1 | A & H | 74 |
|  | 20-12-229 | A & H | 149 |
|  | 20-7-238 | A & H | 152 |
|  | 20-7-241 | A & H | 153 |
| Dyess, I. M. & Frieda | 20-1-685 | A & H | 281 |
|  | 20-1-705 | A & H | 286 |
| Eberhardt, Neoma, aka Hackenberg | 20-7-334 | H | 183 |
| Edmund, Albert H. | 20-3-165 | H | 123 |
| Edwards, Ben S. | 19-31-192 | H | 52 |
| Eilers, Alwine L. | 20-3-175 | H | 127 |
| Eliasen, Hjalmar H. | 20-7-321 | H | 179 |
|  | 20-7-322 | H | 179 |

-12-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|--------------|----------------|----------------------|
| Ellis, Fred | 20-7-279 | H | 166 |
|  | 20-7-284 | H | 167 |
|  | 20-7-294 | H | 171 |
|  | 20-7-366 | H | 194 |
|  | 20-7-1-407 | D & H | 205 |
|  | 20-8-530 | H | 240 |
| Elsenpeter, Clinton & Gertrude Hazel | 20-4-17 | A & H | 78 |
| Elsinore Union High School Dist. | 20-13-29 | A & H | 305 |
| Emerson, Harvey & Gertrude | 82W-24-38 | H | 341 |
| Eppard, William T. & Nancy N. | 19-43-12 | A & H | 4 |
|  | 19-42-43 | A & H | 4 |
| Erdel, Clayton S. & Nadine | 20-3-155 | H | 120 |
| Erhart, Eva M. | 20-7-1-454 | D & H | 219 |
| Escallier, Alex J. & Blanche | 20-13-33 | A & H | 307 |
| Escallier, Fernando C. & Francisco L. | 20-13-37 | A & H | 308 |
| Escallier, Joe L. & Grace | 20-13-48 | A & H | 312 |
| Escallier, Peter Jr. | 20-13-12 | H | 299 |
| Evans, Dick & Audrey | 20-16-115 | A & H | 333 |
| Farmer, Doris Maywood | 20-7-351 | H | 189 |
| Farr, Walter L. | 20-4-1-94 | H | 101 |
|  | 20-7-272 | H | 163 |
|  | 20-7-305 | H | 175 |
|  | 20-8-594 | H | 247 |
| Ferguson, Malvern | 20-14-81 | A & H | 322 |
| Fidelity Realty Corp., Ltd. | 20-8-539 | H | 242 |
| Filmer, James W. | 20-4-1-97 | H | 102 |
|  | 20-7-285 | H | 168 |
|  | 20-7-288 | H | 169 |
|  | 20-7-370 | H | 195 |
| Finlay, Catherine McArthur | 20-8-509 | H | 233 |
| Firth, Berdell | 20-1-658 | A & H | 274 |

-13-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|------|------|------|
| Fisch, Hyman | 20-8-468 | H | 221 |
| Flagg, Georgia E. | 20-3-192 | H | 132 |
| Fletcher, Mary Elizabeth | 19-42-86 | H | 28 |
| Flinn, Jewel H. & Dolores G. | 19-46-117 | H | 39 |
| Flores, Francisco & Louise | 20-13-11 | H | 299 |
| Flores, Mary B. & Paul N. | 20-13-30 | A & H | 306 |
| Fortin, C. E. | 20-8-564 | H | 248 |
| Francisco, M. Robi E. | 19-43-27 | A & H | 9 |
| Freeman, Bessie L. | 19-42-40 | A & H | 14 |
| Freeman, Dorothy, aka Hotchkiss | 20-14-90 | A & H | 325 |
| Freeman, Ed. | 20-3-170 | H | 125 |
| Freeman, Estefana | 20-13-32 | H | 306 |
| Freeman, Farel L. | 20-14-78 | A & H | 301 |
| Freeman, Harvey | 20-14-83 | A & H | 303 |
|  | 20-16-113 | A & H | 332 |
| Freeman, James L. | 20-14-83 | A & H | 303 |
|  | 20-16-113 | A & H | 332 |
| Freeman, Kenneth & Ida Mae | 19-45-102 | A & H | 33 |
| Freeman, Margaret | 20-13-10 | H | 298 |
| Freeman, Phillip C. | 20-14-83 | A & H | 303 |
|  | 20-16-113 | A & H | 332 |
| Freeman, Russell O. & Gladys E. | 20-4-50 | A & H | 87 |
|  | 19-42-61 | A & H | 20 |
|  | 19-42-65 | A & H | 21 |
| Freeman, Thomas Asa & Thelma Lillian | 20-3-152 | H | 119 |
|  | 20-1-655 | A & H | 273 |
| Freeman, Verna & Edward | 19-45-110 | H | 36 |
| Friedman, E. Christine | 20-7-1-443 | H | 216 |
| Friedman, William M. & Jessie E. | 20-14-99 | A & H | 328 |

-14-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT B |
|------|--------------|----------------|----------------------|
| Friedman, William R. & Patricia | 20-14-67 | A & H | 318 |
| Frohlick, Elbert S. | 20-1-692 | A & H | 282 |
| Frohlick, Josie V. | 20-1-692 | A. & H | 282 |
| Frontino, Frank & Nellie R. | 19-43-25 | A & H | 9 |
| Frost, Ryron O. | 19-42-85 | H | 26 |
| Frost, Percy Howard aka Percival H. | 20-7-1-413 | H | 207 |
|  | 20-7-1-416 | H | 208 |
| Fruleigh, Margaret E. | 20-7-320 | H | 178 |
| Fulk, Ray E. | 19-48-258 | A & H | 68 |
| Fulton, Frances Orendorff | 20-7-325 | H | 180 |
| Gach, Eugene H. | 20-8-470 | H | 221 |
| Gach, Jerome G. | 20-8-470 | H | 221 |
| Gach, Joseph B. | 20-8-470 | H | 221 |
| Gach, Theodore I. | 20-8-470 | H | 221 |
| Gagnon, Edward F. & Priscilla I. | 19-46-121 | A & H | 40 |
| Gagnon, Louis D. & Catherine I. | 20-1-643 | A & H | 270 |
| Gagnon, Robert R. | 20-1-646 | A & H | 271 |
| Gancarski, Leon & Bella | 20-7-324 | H | 180 |
| Gardner, Bessie Mize | 20-5-125 | A & H | 111 |
| Gardner, E. J. | 20-7-267 | H | 162 |
| Gardner, Erle Stanley | 82W-33-31 | G & H | 339 |
|  | 82W-22-36 | H | 341 |
| Gardner, J. H. | 20-7-267 | H | 162 |
| Gardner, J. O. | 20-7-267 | H | 162 |
| Garland, Hugh W. & Frances Helen | 20-4-35 | A & H | 83 |
|  | 20-4-61 | H | 91 |
| Garrison, John M. & Sadie F. | 20-4-70 | A & H | 93 |
|  | 20-5-109 | A & H | 106 |
|  | 20-6-201 | H | 135 |
|  | 20-6-220 | H | 142 |
|  | 20-7-399 | H | 202 |

813

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|------|------|------|
| Garrison, Victor A. & Arlene V. | 20-3-148 | H | 117 |
| | 20-3-160 | H | 121 |
| Garroway, L. Reba | 20-7-1-442 | H | 216 |
| Gatson, Peter J. & Etta H. | 20-1-667 | A & H | 276 |
| Gavin, Frank | 20-7-1-413 | H | 207 |
| Gehring, Henry E. & Loretta M. | 20-1-686 | A & H | 281 |
| Gheen, Kathryn H. | 19-45-108 | H | 35 |
| Gibson, James Laurence & Ethel Doolittle | 19-42-66 | A & H | 22 |
| Gilbert, George Robert | 20-8-550 | H | 244 |
| Gilbert, Margaret T. | 20-7-269 | H | 162 |
| | 20-7-270 | H | 163 |
| Gilbert, William Burton | 20-8-567 | H | 249 |
| Gleason, Charles A. & Lena L. | 19-42-62 | A & H | 20 |
| | 19-42-63 | A & H | 21 |
| Goodair, Enoch | 20-7-1-411 | H | 206 |
| Goodcase, Otto R. & Gladys | 19-48-249 | H | 65 |
| Goodwin, Walter Thomas & Mary Jane | 20-5-100 | A & H | 103 |
| Gordoux, Chris & Edna | 19-49-266 | H | 70 |
| | 19-22-284 | H | 72 |
| Goveia, Dixie V. | 19-48-252 | H | 66 |
| | 20-13-7 | H | 297 |
| | 20-13-25 | A & H | 304 |
| Goveia, Paul E., Jr. & Phillip E. | 20-13-25 | A & H | 304 |
| Grah, Harry M. & Lucienne | 20-6-207 | A & H | 137 |
| Graham, Mildred E. | 20-8-591 | H | 256 |
| Gray, Lloyd A. & Winifred | 20-9-615 | H | 264 |
| Green, Prudence V. | 20-8-559 | H | 247 |

-16-

814

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | NUMBER EXHIBIT H |
|------|------|------|------|
| Gregory, Alfred A. & Irma L. | 20-7-329 | H | 182 |
|  | 20-14-66 | A & H | 324 |
| Grether, E. F. & Maude G. | 20-8-570 | H | 246 |
| Griffin, Otis L. & Frances A. | 19-48-237 | H | 61 |
| Griffith, Walter T. | 20-8-514 | H | 235 |
| Grow, Jacob C. & Betty J. | 19-48-248 | H | 63 |
| Grow, Orville T. & Della V. | 19-43-12 | A & H | 4 |
|  | 19-42-43 | A & H | 4 |
| Gryde, Herbert | 20-8-605 | H | 251 |
| Gwinn, W. A. & Louise | 20-4-40 | A & H | 84 |
| Hafner, Gwendolyn Virginia | 20-8-541 | H | 243 |
| Hagland, Phyllis L. | 20-7-1-453 | D & H | 209 |
| Haines, Janie C. | 20-8-560 | H | 247 |
| Haire, Edward L. & Mary E. | 82W-33-24 | H | 338 |
| Haley, William Howard & Isabel F. | 20-14-97 | A & H | 327 |
| Hall, George T. & Bertha | 20-7-303 | D & H | 174 |
| Hallberg, Donald H. & Solidad | 20-6-212 | A & H | 139 |
| Hamilton, Rhina | 20-4-62 | H | 75 |
|  | 20-3-147 | H | 127 |
|  | 20-12-227 | A,D&H | 91 |
|  | 20-7-1-405 | D & H | 204 |
|  | 20-1-645 | A & H | 271 |
| Hammer, C. E. | 20-8-512 | H | 234 |
| Hand, L. M. & Tecla | 20-8-515 | H | 235 |
| Hanks, Robert M. & Virginia M. | 20-14-82 | A & H | 323 |
| Hanson, John A. & Bertha E. | 19-31-196 | H | 53 |
| Rappe, Carrie | 20-7-1-458 | D & H | 220 |

615

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Hardeman, J. H. & Dora D. | 19-45-91 | A & H | 30 |
| Harker, James H. & Stelca A. | 19-32-183 | H | 48 |
| Harris, Edison & Frances A. | 20-7-239 | A & H | 152 |
| Harrison, Evelyn W. | 19-32-182 | H | 48 |
| Hart, Jessie R. | 20-7-388 | H | 201 |
| Hartman, Georgina Lewis | 19-23-133 19-48-224 19-48-244 | H A & H A & H | 43 56 64 |
| Hartman, Jessie B. | 20-14-56 | A & H | 314 |
| Harvey, Leonard N. | 20-7-1-429 | D & H | 212 |
| Hastings, Charles Earl | 20-7-277 | H | 165 |
| Hatfield, Royal M. & Marjorie E. | 20-4-5 | A & H | 75 |
| Hathaway, S. J. & Edith H. | 20-14-72 | A & H | 319 |
| Hathaway, Silas M. & Shirley J. | 20-4-38 | A & H | 83 |
| Havens, Ida Emma LePont | 20-7-266 20-8-553 | H H | 161 245 |
| Hawes, Beverly & Hazel | 20-3-139 | H | 115 |
| Hawkinson, William D. | 19-46-119 | H | 39 |
| Hazard, Edward J. & Ellen T. | 19-42-60 | A & H | 20 |
| Hazelwood, Helen Adelaide | 20-7-355 | H | 190 |
| Heald, Charles F. | 19-23-146 | H | 44 |
| Heath, James B. | 20-13-34 | A & H | 307 |
| Heath, Jane | 19-23-149 | H | 45 |
| Heathner, Alonzo F. & Estella M. | 19-32-179 | H | 47 |
| Heim, Charles W. & Genevieve M. | 19-45-92 20-4-99 | A & H A & H | 30 103 |
| Hewitt, D. G. | 20-8-497 | H | 229 |

316

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|----------------------|
| Hibberson, Alice N. | 20-4-1-92 | H | 100 |
| | 20-7-352 | H | 189 |
| Hibberson, Mabel | 20-7-351 | H | 189 |
| Hibberson, Robert John & Amy | 20-4-1-93 | H | 101 |
| Higlee, William J. & Merlyn S. | 20-5-132 | A & H | 113 |
| Hinman, Arthur J. & Venita G. | 19-45-104 | H | 34 |
| Historical Society of Murrieta | 20-1-659 | A & H | 274 |
| Hoagland, Mary | 20-8-556 | H | 246 |
| Hoagland, Lucille Questa | 20-8-556 | H | 246 |
| Hodnett, Robert & Emma Jean | 19-48-257 | H | 68 |
| Hofeldt, Earl W. | 19-31-187 | H | 50 |
| Hogya, John | 19-22-285 | H | 72 |
| Holchak, Victor A. & Norma P. | 20-8-505 | H | 232 |
| | 20-8-525 | H | 236 |
| Holt, Harold | 20-8-507 | H | 233 |
| Holt, William & Freda | 20-4-1-76 | H | 95 |
| Honberger, Agnes F. | 20-14-83 | A & H | 323 |
| | 20-16-113 | A & H | 332 |
| Horstman, Gerrit J. & Edith G. | 20-3-141 | H | 116 |
| House, Gordon D. & Virginia C. | 20-4-25 | A & H | 80 |
| Houston, Scottie E. & Marjorie | 20-1-684 | A & H | 280 |
| | 20-1-688 | A & H | 281 |
| Howard, A. T. & Lula Grace | 20-1-707 | A & H | 286 |
| Howell, Ada S. & George A. F. | 20-4-30 | A & H | 82 |
| | 20-4-31 | A & H | 82 |
| | 20-4-39 | A & H | 82 |
| | 20-4-67 | A & H | 82 |
| Howell, Kenneth L. & Nellie J. | 19-44-10 | H | 4 |

-19-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Hudson, Dale H. | 19-44-9 | H | 3 |
| Hudson, Grace A. | 19-44-8 | H | 3 |
| Hummel, Gerald Murray Watson & Ida Winifred | 20-7-1-430 | D & H | 212 |
| Hunt, Inez M. | 20-3-136 | H | 114 |
| Hunter, Viola M. | 19-42-67 | A & H | 22 |
| Hutson, Wayne O. & Rose C. | 19-45-98 | A & H | 33 |
|  | 19-45-100 | A & H | 33 |
| Inchausti, John | 20-3-200 | H | 135 |
|  | 20-6-208 | A & H | 138 |
| Inglis, Herbert | 20-7-1-432 | H | 213 |
| Inkster, Edward Burton & Leone | 20-7-1-412 | H | 206 |
| Inrig, Alexander | 20-7-283 | H | 167 |
|  | 20-7-295 | H | 171 |
|  | 20-7-350 | H | 188 |
| Inrig, Stanley | 20-7-1-424 | D & H | 210 |
| Irving, Charles H. | 20-7-258 | H | 159 |
| Irwin, Leslie & Clara | 20-7-253 | H | 157 |
|  | 20-14-100 | A & H | 328 |
| James, Reinhold R. & Velma F. | 19-48-261 | H | 2 |
|  | 19-44-6 | H | 8 |
| James, Robert | 82W-24-39 | H | 342 |
| James, William C. & Irma | 20-7-1-406 | D & H | 204 |
| Jenkins, Geneva | 19-21-167 | H | 46 |
| Jennings, Ida J. | 20-1-666 | A & H | 278 |
| Jensen, Murrel C. & Victoria | 20-1-641 | A & H | 270 |
| Johnson, C. C. & Velma | 20-7-251 | H | 156 |
|  | 20-8-543 | H | 243 |
| Johnson, Mabel L. | 20-1-702 | A & H | 285 |
| Johnson, Raymond & Hazel Irene | 20-1-670 | A & H | 277 |

818

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Jones, Cassie E. & Lorraine L. | 19-43-13 | A & H | 5 |
| Jones, Robert P. & Jane E. | 20-3-196 | H | 134 |
| Jones, William C. & Irma L. | 20-1-633 | A & H | 263 |
|  | 20-1-634 | A & H | 268 |
| Jordan, Wendell | 20-7-243 | H | 154 |
| Joy, Walter Lewis | 20-7-236 | D & H | 151 |
|  | 20-7-240 | A & H | 153 |
| Kaser, Frank L. & Elizabeth M. | 19-42-56 | A & H | 18 |
| Katz, Harry & Rosa | 19-48-234 | H | 60 |
| Katz, Louis & Esther | 19-48-262 | A & H | 69 |
| Katz, Mary | 20-13-13 | H | 299 |
|  | 20-13-24 | A & H | 304 |
| Kaufman, Hattie | 20-1-652 | A & H | 273 |
| Kelly, James P. | 20-14-88 | A & H | 325 |
| Kenney, Mary Louise | 19-48-235 | H | 61 |
|  | 19-49-269 | H | 71 |
| Kennison, Raymond Arthur aka Ray A. & Marcelle | 20-13-27 | A & H | 305 |
| Kerdraon, Harry F. & Helen R. | 20-4-43 | A & H | 85 |
| Kerr, A. J. & Hattie J. | 20-13-14 | H | 300 |
| Kimball, Carolyn | 20-13-38 | A & H | 308 |
| King, Charles & Mae E. | 20-4-2 | A & H | 74 |
|  | 20-4-3 | A & H | 74 |
|  | 20-12-230 | A,D&H | 149 |
| King, R. W. & Minnie B. | 20-4-1-77 | H | 95 |
|  | 20-3-199 | H | 135 |
| Kingsland, Lloyd H. & Josephine S. | 19-49-267 | H | 71 |
|  | 19-22-286 | H | 73 |

-21-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Klyne, A. F. & Temple Annie | 20-6-206 | A & H | 137 |
| Knott, Alfred & Freda | 20-13-39 | A & H | 309 |
| | 20-13-45 | A & H | 311 |
| | 20-14-54 | A & H | 313 |
| Knott, G. Eldon | 20-9-614 | H | 263 |
| Knott, Vern E. | 20-9-614 | H | 263 |
| Knott, Vernon C. & Annie J. | 20-13-43 | A & H | 310 |
| | 20-14-57 | A & H | 314 |
| Koll, Walter A. | 20-7-1-438 | H | 214 |
| Konkle, Charles F. & Barbara | 19-42-77 | A & H | 25 |
| Kornitsky, Katherine A. aka Weeks | 20-5-105 | A & H | 105 |
| Kreis, Laura Bella | 20-2-720 | A & H | 289 |
| Kruger, David N. & Carol A. | 19-48-226A | H | 57 |
| Krupka, August J. | 19-42-82 | H | 27 |
| LaFevre, Feron & Melissa | 20-5-108 | A & H | 106 |
| LaLanne, Alex & Ruth | 20-8-513 | H | 235 |
| Langstraat, Henry P. & Margaret E. | 19-43-22 | H | 8 |
| Lannan, Harry M. | 20-8-501 | H | 231 |
| Lannan, James Stewart & Belva | 20-8-516 | H | 236 |
| Lanning, C. G. | 20-8-596 | H | 258 |
| Lanning, Clarence Roy & Leona | 20-8-510 | H | 234 |
| | 20-8-606 | H | 262 |
| Lanning, E. G. & Henrietta | 20-8-596 | H | 258 |
| Lanning, Paul | 20-8-596 | H | 258 |
| Larsen, Ole E. & Naomi | 20-14-58 | A & H | 315 |

-22-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Katz, Clarence E. & Margaret E. | 19-43-35 | A & H | 12 |
| Lawson, Mable | 20-4-1-93 | H | 101 |
| Lawson, Marion Budge | 20-7-1-425 | H | 211 |
| Leak, Herbert J. & Gennell M. | 20-17-120 | B & H | 334 |
| Leatham, Herbert | 20-14-62 | A & H | 316 |
| LeClare, Grace & Francis J. | 20-14-64 | A & H | 317 |
| Lee, Harry L. & Rose M. | 20-3-171 | H | 125 |
| Lee, John & Paulette V. | 20-3-172 | H | 126 |
| LeGaye, Albert R. | 20-15-111 | H | 331 |
| Lehr, Peter J. & Aida M. | 19-32-184 | H | 48 |
| Leslie, Charles E. & Faye R. | 20-4-44 | A & H | 85 |
| Levine, Abraham & Laura | 20-8-472 | H | 201 |
| Levine, Charles W. | 20-8-472 | H | 202 |
| Levine, Saul | 20-8-472 | H | 202 |
| Lewis, Mary E. | 19-42-39 | H | 11 |
| Lewis, Walter K. & Carol | 19-23-133 | H | 43 |
|  | 19-48-224 | A & H | 58 |
|  | 19-48-244 | A. & H | 64 |
| Liefer, R. Ray & Cleo M. | 20-14-103 | A & H | 329 |
| Lincoln, Earnest & Julia | 20-4-62 | H | 91 |
|  | 20-11-223 | A & H | 91 |
|  | 20-12-227 | A,D&H | 91 |
| Lincoln, Rhina | 20-11-223 | A & H | 91 |
| Lloyd, Charles W. | 20-3-142 | H | 116 |
|  | 20-9-627 | H | 266 |
| Lloyd, Frank | 20-3-142 | H | 116 |
| Lloyd, Nettie M. & Hollie C. | 20-4-55 | A & H | 89 |
|  | 20-9-626 | H | 266 |
|  | 20-1-679 | A & H | 279 |

-23-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Logan, F. M. T. | 20-7-1-433 | D & H | 215 |
| Lopez, Angel | 82W-28-33 | H | 340 |
| Lopez, Salvador | 20-13-198 | A & H | 302 |
| Lundstedt, Earl W. | 20-8-591 | H | 256 |
| Lundstedt, Harold E. | 20-8-591 | H | 256 |
| Lundstedt, Huldah J. | 20-8-591 | H | 256 |
| Luther, Harold M. & Dorothy | 19-48-233 | H | 60 |
|  | 19-48-238 | A & H | 62 |
| Lux, Charles A. & Edna T. | 20-8-578 | H | 253 |
| Lyell, George E. & Helen A. | 19-43-22 | A & H | 8 |
| Mc Adam, Edward D. | 20-8-599 | H | 259 |
| Mc Ash, Charlotte | 20-8-500 | H | 250 |
| Mc Calmant, R. M. | 20-8-498 | H | 250 |
| Mc Clintock, Charles H. & Ruth F. | 20-7-308 | H | 175 |
| McCracken, Newell | 20-1-638 | A & H | 269 |
| Mc Cutchen, James R. & Bessie M. | 20-1-661 | A & H | 275 |
|  | 19-42-45 | H | 18 |
| Mc Daniel, Roscoe & Lillie C. | 20-4-1-75 | H | 95 |
| Mc Ghee, Patricia | 20-1-672 | A & H | 277 |
| Mc Gilvra, Hattie G. | 20-9-617 | H | 164 |
| Mc Kenna, Mollie A. | 20-7-333 | H | 183 |
| Mc Neill, John & Kate | 20-4-1-83 | H | 97 |
| Mc Nichol, John | 20-8-598 | H | 259 |
| Mac Adam, Edward H. & Rhea F. | 20-7-1-414 | H | 207 |
|  | 20-7-1-428 | D & H | 213 |
| Mac Cann, John Reginald | 20-7-1-437 | H | 214 |
| Mac Donald, Leonard | 20-14-84 | A & H | 303 |

-24-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT B |
|---|---|---|---|
| Machado, M. | 20-14-55 | A & H | 314 |
| Mac Leod, Norman | 20-1-682 | A & H | 280 |
| Macy, Alda A. | 19-43-24 | A & H | 8 |
| Macy, Amorita N. | 19-43-15 | A & H | 5 |
| | 19-43-23 | A & H | 8 |
| Madzoeff, John | 20-7-339 | H | 185 |
| Madzoeff, Marderos & Victoria | 20-7-332 | H | 183 |
| | 20-7-336 | H | 184 |
| | 20-7-338 | H | 184 |
| | 20-7-340 | H | 185 |
| Magee, Louisa | 20-13-32 | A & H | 306 |
| Makin, Robert B. | 19-42-83 | H | 27 |
| Malnar, Edward & Nellie B. | 20-5-121 | A & H | 109 |
| Malone, Irma M. | 20-4-22 | A & H | 79 |
| | 20-4-23 | A & H | 80 |
| Mance, Mike & Lillian L. | 20-4-63 | H | 92 |
| | 20-4-64 | H | 92 |
| | 20-2-709 | A & H | 287 |
| Mansfield, J. C. | 19-42-72 | A & H | 24 |
| Mantay, Ethel G. | 19-48-236 | H | 62 |
| March, Rose Mary | 20-3-184 | H | 119 |
| Margolis, Abraham & Pauline | 20-4-47 | A & H | 86 |
| | 20-4-49 | H | 87 |
| Markley, Earl & Robert E. | 19-48-247 | H | 65 |
| Marshall, Richard H. | 19-45-108 | H | 35 |
| Martin, John & Mary A. | 20-14-102 | A & H | 329 |
| Martin, Lee | 20-2-708 | H | 286 |
| Martin, Nettie Annette | 20-1-673 | A & H | 278 |
| Martin, Thomas | 20-2-708 | A & H | 286 |
| Martin, Wanda L. & Francis D. | 20-1-652 | A & H | 273 |

823

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Martin, William Seeds | 20-8-502 | H | 231 |
| Martinez, Marie J. | 20-9-625 | H | 266 |
| Mason, John William | 20-7-273 | H | 164 |
| Mason, Zalia K. | 20-5-124 | A & H | 110 |
|  | 20-7-246 | A & H | 155 |
| Matich, Janet B. | 20-3-163 | H | 129 |
| Matteson, Lotta M. | 20-1-675 | A & H | 278 |
| Matz, Joe & Agnes O. | 20-5-117 | A & H | 108 |
|  | 20-5-127 | A & H | 111 |
| Mauerhan, Conrad & Sylvia K. | 19-31-191 | H | 51 |
| Maxwell, A. Addison | 20-8-580 | H | 253 |
| Mays, Fred G. & Carrie C. | 20-4-4 | A & H | 75 |
|  | 20-4-12 | A & H | 76 |
|  | 20-4-34 | A & H | 82 |
| Mazsero, Filamena | 19-48-225 | A & H | 57 |
|  | 19-48-226B | A & H | 58 |
| Mejia, Lupe M. & Arthur | 19-46-116 | H | 38 |
|  | 19-23-136 | H | 38 |
|  | 19-23-137 | H | 38 |
| Melton, Mary M. | 20-4-55 | A & H | 89 |
| Messer, Nicholas | 19-44-5 | H | 2 |
| Methodist Episcopal Church of Murrieta | 20-1-663 | A & H | 275 |
| Milich, Frederick W. | 20-7-379 | H | 199 |
| Miller, Jack C. | 20-14-85 | A & H | 324 |
| Miller, M. M. | 20-4-1-84 | H | 98 |
|  | 20-4-1-88 | H | 99 |
|  | 20-7-271 | H | 163 |
|  | 20-7-275 | H | 164 |
| Mills, John A. & Ellen A. | 20-7-292 | H | 170 |
|  | 20-7-358 | H | 191 |
|  | 20-7-369 | H | 195 |
| Miranda, Bessie | 82W-28-34 | H | 340 |

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Mitchard, Herbert & Bessie | 20-7-347 | H | 187 |
| | 20-7-356 | H | 190 |
| Mitnick, Louis & Rose | 19-42-52 | A & H | 17 |
| Mize, Ray Verner | 20-5-120 | A & H | 109 |
| Mize, Verner | 20-7-247 | H | 155 |
| Mobley, Elizabeth P. | 20-14-83 | A & H | 323 |
| | 20-16-113 | A & H | 332 |
| Moffitt, Sharon | 19-42-42 | H | 14 |
| Moisanti, Matilde | 20-7-1-451 | H | 218 |
| Molle, Louis V. | 20-8-488 | H | 226 |
| Montenegro, Elena | 19-31-190 | H | 51 |
| Montenegro, Seville & Esther P. | 19-31-190 | H | 51 |
| Moon, Earl L. | 20-8-607 | H | 262 |
| Moore, Mrs. C. Belle | 19-42-59 | A & H | 19 |
| Moore, M. S. aka Milo S. | 20-8-499 | H | 230 |
| Moore, Walter E. & Ruth S. | 82W-34-35 | G & H | 341 |
| Morrison, S. M. & Edith | 19-48-246 | H | 64 |
| Morrow, Howard & Betty | 20-5-128 | A & H | 112 |
| Mosley, Wilburn & Dorothy Pauline | 19-48-229 | A & H | 59 |
| Mowser, Joseph H. & Margaret H. | 19-45-107 | H | 35 |
| Munoa, Louis John | 20-2-729 | A & H | 292 |
| | 20-14-96 | A & H | 327 |
| | 20-15-112 | H | 332 |
| Munoz, Sam C. & Angie R. | 20-13-8 | H | 298 |
| Murphy, John J. & Mrs. John J. | 20-13-6 | H | 297 |
| Murrieta Elementary School District | 20-3-176B | H | 128 |

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|----------------------|
| Murrieta School District | 20-1-704 | A & H | 285 |
|  | 20-1-706 | A & H | 286 |
| Murrieta Union Church | 20-1-637 | A & H | 269 |
| Murrieta Volunteer Fire Dept. | 20-3-162 | H | 122 |
| Myers, Harry A. | 20-1-636 | A & H | 269 |
| Myers, W. D. | 20-8-554 | H | 246 |
| Nelson, Dorothy Stockmar | 20-7-391 | H | 201 |
| Nettleton, Merritt G. & Laura H. | 20-13-17 | H | 301 |
|  | 20-13-18 | H | 301 |
|  | 20-15-109 | H | 331 |
| Nicholson, Harold E. & Laura M. | 20-7-1-448 | D & H | 217 |
| Nicolas, Seraphina | 72W-19, 20, 29, 30 - 150 | C & H | 343 |
| Nieder, Peter J. | 19-42-55 | A & H | 18 |
| Nielsen, Walter R. & Alice E. | 20-4-14 | H | 77 |
|  | 20-4-15 | A & H | 77 |
| Niemi, Oscar & Ethel | 20-7-387 | H | 201 |
|  | 20-8-503 | H | 231 |
| Norman, Lew G. | 20-7-1-415 | H | 207 |
| Oakley, Michael J. & Monica V. | 20-5-131 | A & H | 113 |
| Obermeyer, Carl Joseph | 20-7-1-437 | H | 214 |
| O'Brien, Patricia Anne | 20-8-566 | H | 249 |
| O'Brien, Richard J. | 20-8-566 | H | 249 |
| Ogle, Warren J. & Louise C. | 20-5-118 | A & H | 109 |
| Older, Kenneth J. | 20-8-489 | H | 227 |
| Olivera, Joseph G. & Josie H. | 20-1-694 | A & H | 283 |
| Otto, Albert & J. Christine | 20-14-75 | A & H | 320 |
| Otto, Vernon A. & Elizabeth J. | 20-14-92 | A & H | 326 |
|  | 20-14-101 | A & H | 329 |

-28-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Own. Douglas B. | 20-4-7 | A & H | 76 |
|  | 20-4-9 | A & H | 76 |
|  | 20-4-54 | A & H | 89 |
| Pacific Clay Products, Inc. | 20-5-154 | H | 114 |
| Paddock, George H. | 20-1-658 | A & H | 274 |
| Page, Gertrude | 20-7-401 | H | 203 |
|  | 20-7-402 | H | 203 |
|  | 20-7-1-440 | H | 215 |
| Page, Mabel | 20-7-401 | H | 203 |
|  | 20-7-402 | H | 203 |
|  | 20-7-1-440 | H | 215 |
|  | 20-7-1-456 | D & H | 220 |
| Palmer, O. J. | 19-42-51 | A & H | 17 |
| Pantages, George & Marietta | 20-8-586 | H | 255 |
| Parker, Dorothy F. | 20-14-83 | A & H | 323 |
|  | 20-16-113 | A & H | 332 |
| Parry, Glenn E. & Lucille | 19-48-259 | A & H | 68 |
| Paterson, Margaret Smith | 20-4-1-93 | H | 101 |
| Patzner, John & Cecilia | 20-3-137 | H | 115 |
| Paulson, Louis R. & Edith M. | 82W-33-25 | H | 339 |
| Payne, J. M. | 20-7-289 | H | 169 |
| Payne, J. M. (Tr) | 20-7-346 | H | 187 |
|  | 20-7-364 | H | 193 |
|  | 20-7-382 | H | 200 |
| Pearce, William John | 20-7-1-421 | D & H | 209 |
| Pearl, Roland E. & Patricia | 20-11-224 | A & H | 143 |
| Pechanga Indian Reservation | 20-32-129 | G & H | 335 |
|  | 82W-28-1 | G & H | 337 |
|  | 82W-34-1 | G & H | 337 |
|  | 82W-35-1 | G & H | 337 |
|  | 82W-25-1 | G & H | 337 |
|  | 82W-26-1 | G & H | 337 |
|  | 82W-27-1 | G & H | 337 |
|  | 82W-36-1 | G & H | 337 |
|  | 82W-29-1 | G & H | 337 |
| Perry, Jane A. | 20-7-234 | A,D&H | 151 |

-29-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT B |
|------|------|------|------|
| Perry, Moses E. & Annette L. | 20-4-21 | A & H | 79 |
| Peterson, Linden W. & Velma H. | 20-14-93 | A & H | 326 |
| Pfaff, Henry W. & Elizabeth M. D. | 19-31-197 19-31-199 | H H | 53 54 |
| Phelan, Olivia | 20-7-1-442 | H | 218 |
| Phillian, Alexander John | 19-44-3 19-48-256 | H H | 1 1 |
| Phillips, John William | 20-7-1-426 | H | 215 |
| Phillips, Robert & Leah | 19-43-14 | A & H | 5 |
| Philo, Frank A. & Kate D. | 20-4-48 | A & H | 90 |
| Pick, Merrill & Alberta E. | 20-3-163 | H | 122 |
| Pickering, Penn W. & Myra H. | 19-32-180 | H | 47 |
| Pinkham, Clarence I. & Annie E. | 20-7-401 20-7-1-456 | H D & H | 197 219 |
| Plam, Bertha | 19-42-47 19-42-69 20-13-49 20-7-721 | A & H A & H A & H A & H | 3 3 322 295 |
| Pollard, Arthur Vivian & Hilda | 20-7-1-420 | D & H | 209 |
| Postel, Waldo F. | 20-1-703 20-2-726 | A & H A & H | 285 294 |
| Potter, Charles D. & Reta Mae | 20-5-103 | A & H | 104 |
| Potter, Elmer & Lucille | 19-45-105 | A & H | 34 |
| Prebus, Adaline E. | 20-7-1-419 | H | 209 |
| Preest, Carl & Leona J. | 72W-19-149 | H | 343 |
| Provolt, Myrtle A. | 20-4-57 | A & H | 80 |
| Pruett, Jim R. & Eva O. | 20-5-106 20-5-112 | A & H A & H | 105 105 |

-30-

828

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Publix Title Co. | 19-42-80 | A & H | 26 |
| Querry, Frank O. & Odessa D. | 20-32-131 | G & H | 336 |
| Rail, Clarence Harold | 20-6-204 | H | 136 |
| Rail, Ira O. & Marion O. | 20-1-669 | A & H | 277 |
|  | 20-1-671 | A & H | 277 |
| Rail, J. C. | 20-6-205 | H | 137 |
|  | 20-13-44 | A & H | 310 |
| Rail, O. R. & Hazel F. | 20-6-209 | A & H | 138 |
|  | 20-6-219 | H | 141 |
|  | 20-9-616 | H | 264 |
| Ramirez, Albert & Geraldine Rose | 20-13-9 | H | 298 |
| Ramirez, Federico & Josephine | 20-13-5 | H | 297 |
|  | 20-14-74 | A & H | 320 |
| Ramsay, Margaret Roripaugh | 20-7-311 | C & H | 176 |
| Ranch Development Corp., | 20-2-719 | A & H | 289 |
|  | 19-24-124 | H | 41 |
| Ranchers Tractor & Implement Corp. | 20-3-154 | H | 119 |
| Rand, Marie Terese | 20-13-16 | H | 300 |
| Randolph, Randy & Barbara | 19-45-115 | A & H | 28 |
| Rasch, Erwin E. & Mary L. | 20-5-102 | A & H | 104 |
| Rash, W. S. Jr. | 20-3-176 | H | 117 |
|  | 20-3-200 | H | 135 |
| Record, Edward C. & Madge | 20-8-471 | H | 222 |
| Redman, Ralph W. & Walter H. | 19-42-51 | A & H | 17 |
| Rehnlund, Bror R. & Eleanora | 19-31-188 | H | 50 |
| Reid, Herbert K. & Rose V. | 20-8-572 | H | 251 |
| Reiman, Verne D. & Marie J. | 19-45-93 | A & H | 30 |

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Revill, Percival & Lily | 20-4-1-82 | H | 97 |
| Ribaudo, John & Mary | 19-42-37 | H | 13 |
| | 19-45-94 | A & H | 31 |
| | 19-48-219 | A & H | 55 |
| Richmond, James A. | 20-1-636 | A & H | 269 |
| Ricker, Hilma J. | 20-7-262 | H | 160 |
| Rieder, Karl & Ida G. | 20-4-1-73 | A & H | 94 |
| | 20-2-710 | A & H | 287 |
| Riverside, County of | 20-4-13 | A & H | 77 |
| | 20-4-1-87 | H | 99 |
| | 20-8-573 | H | 251 |
| | 20-13-12 | H | 299 |
| Rizzo, Charles | 19-44-2 | H | 1 |
| | 19-48-239 | H | 62 |
| Rizzo, Mary | 19-42-37 | H | 13 |
| Robirds, Ray M. & Happy C. | 19-48-264 | H | 70 |
| Robison, E. W. & Viola N. | 19-48-222 | H | 56 |
| Rodriquez, John R. & Socorro | 19-43-34 | A & H | 12 |
| Rodriquez, Rudolph & Edna | 20-17-117 | H | 333 |
| Rogers, Addie A. | 19-24-129 | H | 42 |
| Roman Catholic Bishop of Monterey & Los Angeles | 20-13-50 | A & H | 312 |
| Roman Catholic Bishop of San Diego | 20-13-51 | A & H | 313 |
| Romocean, George & Goldie | 19-44-1 | H | 1 |
| | 19-48-240 | H | 62 |
| Roripaugh, John W. & Pearl A. | 20-7-309 | C & H | 175 |
| | 20-7-310 | C & H | 175 |
| Roripaugh, Leo E. & Marian E. | 20-12-226 | A,C&H | 144 |
| | 20-7-302 | D & H | 144 |
| | 20-7-304 | H | 144 |
| | 20-7-306 | C & H | 144 |
| | 20-7-307 | C & H | 144 |

-32-

830

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|----------------------|
| Roripaugh, Leo E. & Marian E. (cont.) | 20-7-313 | C,D&H | 144 |
| | 20-7-325B | H | 144 |
| | 20-7-384 | H | 144 |
| | 20-7-385 | H | 144 |
| | 20-7-389 | H | 144 |
| | 20-7-390 | H | 144 |
| | 20-7-392 | C & H | 144 |
| | 20-7-395 | C & H | 144 |
| | 20-7-396 | C & H | 144 |
| | 20-7-1-434 | H | 144 |
| | 20-7-1-435 | H | 144 |
| | 20-7-1-444 | D & H | 144 |
| | 20-8-480 | H | 145 |
| | 20-8-485 | H | 145 |
| | 20-8-486 | H | 145 |
| | 20-8-522 | C & H | 145 |
| | 20-8-524 | H | 145 |
| | 20-8-532 | H | 146 |
| | 20-8-535 | D & H | 146 |
| | 20-8-545 | H | 146 |
| | 20-8-546 | H | 146 |
| | 20-8-547 | H | 146 |
| | 20-8-548 | H | 146 |
| | 20-8-549 | H | 146 |
| | 20-8-557 | H | 146 |
| | 20-8-562 | C & H | 147 |
| | 20-8-563 | H | 147 |
| | 20-8-574 | H | 147 |
| | 20-8-581 | H | 147 |
| | 20-8-583 | H | 148 |
| | 20-8-590 | H | 148 |
| | 20-8-609 | H | 148 |
| | 72W-20-151 | C & H | 148 |
| Rosenberg, Max & Betty | 20-7-244 | H | 154 |
| Ross, Iva | 19-48-231 | H | 59 |
| Ross, Ruth A. Mooney | 20-7-264 | H | 161 |
| Ross, Thomas B. | 20-8-579 | H | 258 |
| Rotz, George & Anna | 19-48-250 | H | 66 |
| | 19-48-251 | H | 66 |
| Rouse, Clayton W. & Margaret E. | 20-3-190 | H | 132 |
| Rowden, E. W. & Eunice L. | 29-1-668 | A & H | 277 |
| Rubbert, Martin A. & Loretta E. | 19-42-49 | A & H | 16 |
| | 19-45-88 | A & H | 29 |
| | 19-45-101 | A & H | 29 |
| Rush, Mary C. | 20-13-32 | A & H | 306 |

-33-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT B |
|---|---|---|---|
| Russell, De Etta, aka De Etta Carlin | 19-42-58 | A & H | 19 |
| Russell, George D. & Audrey Darlene | 20-4-1-79 | H | 96 |
| Sacknovitz, Irving | 20-8-475 | D & H | 243 |
| Sager, Thomas L. & Joanna A. | 19-43-28 | A & H | 10 |
| Salas, Frank R. & Mae | 20-13-35 | A & H | 307 |
| Salmon, Ernest & Muriel | 20-7-274 | H | 164 |
|  | 20-7-281 | H | 166 |
|  | 20-7-282 | H | 167 |
|  | 20-7-293 | H | 170 |
|  | 20-7-363 | H | 192 |
|  | 20-7-1-408 | D & H | 205 |
|  | 20-7-374 | H | 197 |
|  | 20-7-375 | H | 197 |
| Samaniego, Lola | 20-3-164 | H | 123 |
| Samaniego, Pat F. & Vera D. | 20-2-713 | A & H | 288 |
| Sanders, Henry | 20-7-259 | H | 159 |
| San Pedro, Robert & Marjorie Doris Latz | 19-43-35 | A & H | 12 |
| Sapero, Kalmen C. | 20-7-337 | H | 184 |
| Saunders, Edward C. & Ida L. | 20-7-318 | H | 178 |
| Saunders, Mary Elizabeth | 20-7-276 | H | 165 |
| Sayer, Stanley & Ruth | 20-1-674 | A & H | 278 |
| Sceats, Hubert J. | 20-7-286 | H | 168 |
|  | 20-7-371 | H | 195 |
|  | 20-7-1-409 | D & H | 205 |
| Schenk, Emil & Cecilia E. | 20-7-331 | H | 182 |
| Schierz, J. H. | 20-8-552 | H | 245 |
| Schleuniger, Arnold & Elsie B. | 19-45-105 | A & H | 34 |
| Schmitz, James N. & Josephine M. | 20-5-115 | A & H | 108 |

-34-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Schroeder, Anna P. | 20-1-660 | A & H | 275 |
| Schroeder, Walter A. Jr. & Jeanette H. | 20-13-26 | A & H | 304 |
| Schroeder, Walter A. | 20-15-110 | H | 331 |
| Schwann, Edward Dale & Effa Mae | 20-4-51 | A & H | 87 |
| Scott, Richard M. & Lenora G. | 20-8-483 | H | 225 |
| Sears, David P. & Carolyn J. | 20-15-107 | H | 330 |
| Security First Nat'l Bank of Los Angeles in Trust for Bond, Barry Murray | 20-7-397 20-7-1-436 20-8-479 20-8-575 | H D & H H H | 202 214 224 252 |
| Seed, Erla L. | 19-42-73 | A & H | 24 |
| Sertic, Luke | 19-43-18 | H | 6 |
| Servel, Leon J. & Clementine | 72W-19-149 | H | 343 |
| Sevier, John A. | 20-7-1-439 | H | 215 |
| Shamel, Jennings B. & Ruth T. | 20-7-312 20-7-393 20-7-394 20-8-531 73W-13, 24-153A | C & H C & H C & H H H | 176 176 176 176 343 |
| Shane, Eleck & Gussie | 20-3-153 | H | 119 |
| Sharp, Mildred A. | 20-7-260 | H | 159 |
| Shaw, Anna Marea | 19-45-112 | A & H | 37 |
| Sheld, Thomas L. & Jaqueline K. | 20-3-187 20-3-191 | H H | 131 133 |
| Shelton, James H. | 19-31-186B | H | 50 |
| Shelton, Richard A. & Dorothy F. | 19-31-186A | H | 49 |
| Shields, Mary L. | 20-7-381 | H | 199 |

-35-

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|--------------|----------------|----------------------|
| Shirley, Winston Hale | 20-13-47 | A & H | 311 |
| Siegel, Sam | 19-45-106 | H | 35 |
| Sigaut, Etienne & Aganes Virginia | 20-7-1-431 | D & H | 213 |
| Simm, Harold B. & Elsie H. | 20-8-495 | H | 229 |
| Simmons, Margaret | 19-42-44 | H | 15 |
| Slagle, Myron G. | 20-7-722 | A & H | 290 |
| Slamova, H. Valmar | 19-46-119 | H | 39 |
| Small, Albert H. | 20-4-1-81 | H | 97 |
| Small, Chester J. | 20-4-1-81 | H | 97 |
| Small, Edward T. | 20-4-1-81 | H | 97 |
| Small, Eugene Lee | 20-4-71 | H | 93 |
|  | 20-1-648 | A & H | 272 |
|  | 20-1-649 | A & H | 272 |
| Smiley, Emma | 20-7-344 | H | 186 |
| Smith, G. A. | 19-42-64 | A & H | 21 |
| Smith, Nancy Lee | 20-3-138 | H | 115 |
| Smith, Norman W. & Fleda G. | 20-9-628 | H | 267 |
| Smith, Prosper D. & Mabel E. | 20-7-261 | H | 160 |
| Smith, Stuart | 20-8-538 | H | 242 |
| Smohl, Leonard O. & Ethel L. | 20-1-683 | A & H | 280 |
| Sotello, Alfred | 20-1-689 | A & H | 282 |
|  | 20-2-714 | A & H | 288 |
| Sotello, Jessie | 20-2-715 | A & H | 288 |
| Southard, Roy W. & Edna N. | 20-4-60 | A & H | 90 |
|  | 20-3-168 | H | 124 |
| Spore, C. J. & Jeanie | 19-42-70 | A & H | 23 |
|  | 19-48-227 | A & H | 58 |
|  | 19-48-260 | A & H | 69 |
| Sprager, Evelyn K. | 20-7-298 | H | 173 |
|  | 20-7-316 | H | 177 |

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|---|---|---|---|
| Sprager, Harva Karren | 20-7-298 | H | 173 |
| | 20-7-316 | H | 177 |
| Sprager, Isobel Tanya | 20-7-298 | H | 173 |
| | 20-7 316 | H | 177 |
| Sprager, Sam O. | 20-7-398 | H | 173 |
| | 20-7-316 | H | 177 |
| Stapp, Derald R. & Billie J. | 20-17-121 | H | 334 |
| Stauffer, Ivan | 20-4-24 | A & H | 80 |
| Steinberg, Samuel | 20-6-203 | H | 136 |
| | 20-8-474 | A & H | 223 |
| Stekette, Elcie H. | 20-8-577 | H | 252 |
| Stephens, Sydney T. & Anna Josephine | 19-43-29 | A & H | 10 |
| Stevinson, Solida | 19-23-134 | H | 45 |
| | 82W-33-23 | H | 338 |
| Stewart, Stanley & Adelaide | 20-7-362 | H | 192 |
| Stockmar, Robert A. | 20-7-391 | H | 201 |
| Stollar, Cora B. | 20-6-629 | A & H | 267 |
| Stone, Mack & Hazel | 20-4-1-80 | H | 95 |
| | 20-6-208 | A & H | 138 |
| Story, Bryon, aka B. T. | 20-7-249 | H | 156 |
| Story, Ida May | 20-7-249 | H | 156 |
| Story, Lucy May aka Olsen, Lucy | 20-7-249 | H | 156 |
| Stout, Ralph & Marie | 20-7-255 | H | 158 |
| | 20-8-521 | H | 237 |
| Strang, Eula | 20-3-194 | H | 133 |
| Strang, Joseph & Eula | 20-1-681 | A & H | 280 |
| Streeter, Ernest F. & Helen M. | 19-44-6 | H | 2 |
| | 19-48-261 | H | 2 |
| Strobel, Ruth Johnson | 19-43-32 | A & H | 11 |
| Struder, Bernard E. | 20-8-493 | H | 228 |

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT F |
|---|---|---|---|
| Stuart, William | 19-47-215 | H | 54 |
| Stubblefield, Augusta | 20-14-79 | A & H | 322 |
| Stuhr, Carl C. & Helen I. | 19-44-4 | H | 2 |
| Sumarlidason, Henry M. | 20-4-1-89 | H | 99 |
| Sunny-Cal Ranch Corp. | 19-24-125 | H | 41 |
| Sveinson, M. Eleanor | 20-8-591 | H | 256 |
| Swain, Rex & Lottie | 20-5-110 | A & H | 106 |
| Swanguen, Carl R. & Edna C. | 20-14-60 | A & H | 315 |
| Sweet, Agnes | 20-8-533 | H | 240 |
|  | 20-8-565 | H | 248 |
|  | 20-8-582 | H | 254 |
| Sykes, Amos J. & Dovie M. | 20-4-52 | A,E&H | 88 |
|  | 20-12-232 | A,D&H | 150 |
|  | 20-7-233 | A,D&H | 150 |
|  | 20-7-235 | A,D&H | 151 |
|  | 20-7-237 | D&H | 152 |
|  | 20-7-300 | D & H | 173 |
| Sykes, Howard Henry & Nina Grace | 20-3-197 | H | 134 |
| Talbot, Grace | 20-8-556 | H | 246 |
| Talley, Jack & Mary | 20-14-71 | A & H | 319 |
| Tangvay, John M. & Alice E. | 20-8-474 | D & H | 223 |
| Tarr, John Earl & Elizabeth H. | 19-49-268 | H | 71 |
| Tarwater, Benjamin W. & Clara I. | 20-4-60 | A & H | 90 |
|  | 20-7-242 | A & H | 153 |
|  | 20-7-1-445 | D & H | 216 |
| Tarwater, Urban K. & Rose C. | 20-4-60 | A & H | 90 |
|  | 20-3-145 | H | 116A |
|  | 20-12-231 | A,D&H | 150 |
|  | 20-7-242 | A & H | 153 |
|  | 20-7-314 | D & H | 176 |
|  | 20-9-613 | H | 263 |
|  | 20-1-635 | A & H | 268 |
|  | 20-1-654 | A & H | 273 |
|  | 20-14-68 | A & H | 318 |

836

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|--------------|----------------|----------------------|
| Tauber, Nellie K. | 20-1-691 | A & H | 282 |
| Taylor, Burt | 19-45-90 | A & H | 29 |
| Taylor, Clara L. | 20-7-361 | H | 192 |
| Taylor, Howard A. & Elinore E. | 20-14-104 | A & H | 330 |
| Taylor, Olive L. | 20-7-263 | H | 160 |
| | 20-8-542 | H | 243 |
| Temecula Rancho, a partnership | 20-8-532 | H | 146 |
| | 20-8-535 | D & H | 146 |
| | 20-8-547 | H | 146 |
| | 20-8-583 | H | 148 |
| Temecula Samaritan Society | 20-13-41 | A & H | 309 |
| Termine, Sam & Sarah | 20-5-116 | A & H | 108 |
| Thomas, Frank & Gladys | 20-4-1-98 | H | 102 |
| Thomas, M. C. | 20-8-481 | H | 225 |
| Thompson, Blanche M. | 20-3-179 | H | 129 |
| Thompson, Clifford J. & Allie J. | 20-3-177 | H | 128 |
| | 20-3-182 | H | 129 |
| | 20-1-632 | A & H | 268 |
| Thompson, Curtis T. | 20-3-185 | H | 130 |
| Thompson, H. C. | 20-1-632 | A & H | 268 |
| Thompson, Max D. & Nita A. | 20-3-178 | H | 128 |
| Thompson M. Walter & Sarah Elizabeth | 20-3-177 | H | 128 |
| Thompson, Miles W. | 20-3-185 | H | 130 |
| Thompson, Owen C. | 20-7-1-441 | H | 215 |
| Thompson, Paul H. & Mary M. | 20-5-101 | A & H | 103 |
| | 20-5-122 | A & H | 110 |
| | 20-6-216 | H | 140 |
| | 20-6-217 | H | 141 |
| | 20-9-611 | H | 263 |
| | 20-1-630 | A & H | 267 |
| | 20-6-731 | H | 292 |

837

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|--------|--------|--------|
| Thompson, Raymond I. & Octavia | 20-5-123 | A & H | 110 |
| | 20-3-179 | H | 129 |
| Thompson, Sarah E. | 20-3-182 | H | 129 |
| Thompson, Robert K. | 20-7-1-455 | D & H | 219 |
| Thompson, Willis A. Jr. & Frances F. | 20-4-53 | A,E&H | 88 |
| | 20-5-119 | A & H | 88 |
| | 20-5-126 | A & H | 88 |
| Thompson, Willis A. & Nellie Thorne | 20-4-53 | A,E&H | 88 |
| | 20-5-119 | A & H | 88 |
| | 20-5-126 | A & H | 88 |
| | 20-3-180 | H | 88 |
| | 20-3-181 | H | 88 |
| Throop, George E. & Rosaline | 20-1-699 | A & H | 284 |
| Tirk, Patricia | 20-4-16 | A & H | 77 |
| Tompkins, Franc B. | 19-24-123 | H | 41 |
| Tongway, John M. | 20-6-203 | A & H | 136 |
| Tordoff, Alfred W. & Mary E. | 20-4-11 | A & H | 76 |
| Traynor, Harold J. | 20-8-520 | H | 237 |
| | 20-8-558 | H | 247 |
| | 20-8-589 | H | 256 |
| Tremblay, Leo G. & Maryon | 20-5-129 | A & H | 111 |
| Trenary, Donald G. & Irene | 19-48-242 | H | 63 |
| Trent, Charles E. & Joni J. | 20-17-119 | H | 334 |
| Trethwey, Les | 20-8-519 | H | 237 |
| | 20-8-526 | H | 239 |
| Troeger, Richard Henry | 20-8-568 | H | 249 |
| Trumbo, Charles L. | 19-42-84 | H | 27 |
| Turner, Charles W. | 20-4-32 | A & H | 82 |
| | 20-4-33 | A & H | 82 |
| | 20-4-36 | A & H | 82 |
| Turner, Fred A. | 20-8-593 | H | 257 |
| Turner, James & Ada M. | 20-7-1-427 | D & H | 211 |

838

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|------------------------|
| Turner, Wyman E. & Elizabeth M. | 19-43-33 | A & H | 11 |
| | 19-48-226 | A & H | 57 |
| Union Title Ins. & Trust Co. | 20-14-61 | A & H | 316 |
| U. S. A. | 82W-23-1 | H | 337 |
| Ussery, Edith M. & Orie A. | 20-12-228 | A,D&H | 149 |
| Utt, Florence G. | 20-1-695 | A & H | 283 |
| Vail Co. Inc. | 20-13-1 | H | 294 |
| | 20-13-19 | A & H | 294 |
| | 20-14-52 | A & H | 294 |
| | 20-14-94 | A & H | 294 |
| | 20-14-105 | A & H | 294 |
| | 20-15-108 | A & H | 294 |
| | 20-17-116 | A,B,G&H | 294 |
| | 20-18-122 | A & H | 294 |
| | 20-19-125 | C & H | 294 |
| | 20-20-126 | C & H | 294 |
| | 20-21-127 | B & H | 294 |
| | 20-32-128 | B,G&H | 294 |
| | 72W-20-151 | H | 294 |
| | Santa Rosa Rancho | A,E,F&H | 294 |
| | Pauba Rancho | B&H | 294 |
| | Por of Sec. 28, T8S, R1W within Vail Ranch | G & H | 294 |
| Vail, Jesse M. & Harriet M. | 20-3-158 | H | 121 |
| Van Hoy, Carl M. & Maude J. | 20-2-723 | A & H | 290 |
| Vellacott, Roy T. | 20-7-1-449 | D & H | 218 |
| Vose, Raymond S. & Alice | 20-1-687 | A & H | 281 |
| Waddell, Malcolm M. & Margaret M. | 20-18-124 | A & H | 335 |
| Wagnon, Patricia Ruth | 20-4-27 | A & H | 81 |
| Waite, Kenneth & Lucille W. | 19-32-178 | H | 46 |
| Wallace, Elsie Jean | 20-4-1-85 | H | 98 |
| | 20-4-1-90 | H | 100 |
| | 20-4-1-95 | H | 101 |
| | 20-7-354 | H | 190 |

839

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|----------------------|
| Walter, John M. | 20-3-149 | H | 118 |
| Walton, Ralph E. | 20-8-569 | H | 250 |
| Ward, Harry J. | 20-8-603 | H | 260 |
| Ward, Marvella | 20-8-604 | H | 261 |
| Ward, Stanley E. | 20-8-604 | H | 261 |
| Watchtower Bible & Tract Society of New York, Inc. | 19-48-232 | H | 60 |
| Watkins, John H. & Laura Trout | 20-1-647 | A & H | 271 |
| Watson, Roy Dodds | 20-7-278 | H | 165 |
| Watt Development Corp. | 20-6-732 | H | 293 |
| Watts, Rena | 19-43-17 | A & H | 6 |
| Weaver, Cora P. | 20-7-252 | H | 157 |
| Webb, Gerald B. | 20-8-551 | H | 245 |
| Webb, Joel A. H. | 20-8-551 | H | 245 |
| Weber, R. P. | 19-46-120 | A & H | 40 |
| Webster, Edward L. & Helen B. | 19-42-79 | A & H | 26 |
| Weeks, Arthur Benson | 20-8-490 | H | 227 |
| Weinstein, Robert | 20-6-221 | H | 142 |
| Weisz, Lydia M. | 20-8-591 | H | 256 |
| Welch, Laura | 20-7-256 | H | 158 |
| Wells, Orven E. & Leona W. | 20-13-46 | A & H | 311 |
| Wetzel, Winona | 20-1-702 | A & H | 285 |
| White, Forrest Lynn & Mabel Irene | 20-14-91 | A & H | 326 |
| Whitehurst, Robert C. & Virginia | 20-8-506 | H | 233 |
| Whittlesey, Verne D. & Marie J. | 20-5-114 | A & H | 107 |
| Wickerd, Bessie M. aka Bastian, Bessie M. | 20-3-188 | H | 131 |
| Wickerd, Cora R. | 19-42-57 | A & H | 19 |

840

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|------|------|------|
| Wickerd, Harold R. & Phronia P. | 20-3-186 | H | 130 |
| | 19-42-75 | A & H | 25 |
| Wickerd, R. R. | 20-3-138 | H | 115 |
| Windomar Cemetary Association of Wildomar | 19-46-118 | H | 39 |
| Wildomar School Distrist | 19-43-31 | A & H | 11 |
| Wiley, Eleanore | 20-8-587 | H | 255 |
| Wilkins, Hilda | 20-4-1-91 | H | 100 |
| | 20-7-297 | H | 172 |
| Wilks, Howard & Elsie | 19-45-97 | A & H | 32 |
| | 19-45-97A | A & H | 32 |
| Wilks, Richard J.r | 19-45-97 | A & H | 32 |
| Wilks, Thomas E. & Luella M. | 19-45-95A | A & H | 31 |
| Wilks, Thomas H. & Theresa | 19-43-30 | A & H | 10 |
| | 19-45-95 | A & H | 31 |
| | 19-24-132 | H | 43 |
| | 20-3-174 | H | 126 |
| | 20-12-231 | A,D&H | 150 |
| | 20-7-314 | D & H | 176 |
| Williams, Bertrand O. | 20-4-41 | A & H | 84 |
| | 20-1-690 | A & H | 282 |
| | 20-2-725 | A & H | 291 |
| Williams, Clarence F. Jr. | 19-42-38 | A & H | 13 |
| Williams, D. W. | 20-1-690 | A & H | 282 |
| | 20-2-725 | A & H | 291 |
| Williams, Genie E. | 20-1-651 | A & H | 272 |
| Williams, Gladys K. aka Gladys K. Walker | 20-1-690 | A & H | 282 |
| | 20-2-725 | A & H | 291 |
| Williams, H. E. | 20-2-717 | A & H | 289 |
| Williams, Marie Claire | 20-8-566 | H | 249 |
| Williams, Milton A. | 20-8-555 | H | 246 |
| Willis, Arthur & Barbara | 20-4-1-76 | H | 95 |
| Willis, Richard & Ada | 20-4-1-76 | H | 95 |

841

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|------|------|------|
| Wilson, John E. & Pauline C. | 19-43-20 | A & H | 7 |
| Wilson, Lee Charles | 20-8-504 | H | 234 |
| Wilson, Freeman & Florence R. | 20-7-388 | H | 201 |
| Winter, Fred G. | 20-7-339 | H | 195 |
| Winter, Georgella N. aka Campbell | 20-7-339 | H | 195 |
| Winter, Harry C. & Florence Warren | 20-3-146 | H | 117 |
| | 20-3-161 | H | 122 |
| | 20-7-315 | D & H | 177 |
| | 20-7-325A | H | 180 |
| | 20-1-680 | A & H | 279 |
| | 20-1-682 | A & H | 279 |
| | 20-1-677 | A & H | 279 |
| Winter, Sidney J. & Velma B. | 20-3-176A | H | 127 |
| Winter, Warren S. | 20-1-678 | A & H | 279 |
| | 20-1-665 | A & H | 279 |
| Witcher, Cora May | 20-1-673 | A & H | 279 |
| Withrow, Charles B. & Lola Fay | 19-23-135 | H | 44 |
| | 19-47-217 | H | 44 |
| Witzell, Herman J. & Virginia L. | 20-7-337 | H | 194 |
| Wolff, Pauline K. | 20-32-130 | H | 335 |
| Wolford, Richard F. & Lucille G. | 19-45-103 | A & H | 34 |
| Wolverton, LeRoy E. & Elsie W. | 20-13-23 | A & H | 303 |
| Wool, Mildred Bellamy | 19-42-50 | A & H | 17 |
| Wright, Lewis J. Jr. & Gloria A. | 20-4-42 | A & H | 84 |
| Wright, Marie | 20-7-1-438 | H | 214 |
| Wright, William | 19-49-270 | H | 72 |
| Yerdon, Jo Alice | 20-1-690 | A & H | 282 |
| | 20-2-725 | A & H | 291 |
| Yoder, Charles E. & Margery Bernice | 20-9-623 | H | 265 |

842

| NAME | PARCEL NUMBER | EXHIBIT NUMBER | PAGE NUMBER EXHIBIT H |
|------|---------------|----------------|----------------------|
| Yoder, M. J. & Anita S. | 20-7-376 | H | 198 |
| | 20-7-377 | H | 198 |
| | 20-7-380 | H | 198 |
| | 20-7-404 | H | 198 |
| | 20-7-404 | H | 198 |
| | 20-8-467 | H | 198 |
| | 20-8-537 | D & H | 198 |
| | 20-9-610 | H | 198 |
| Yost, Forest Lee | 20-14-65 | A & H | 317 |
| Young, George B. & Lenora M. | 20-3-167 | H | 124 |
| Young, Jerry & Alice Elma | 20-1-650 | A & H | 272 |
| | 20-1-657 | A & H | 274 |
| | 20-1-680 | A & H | 279 |
| | 20-1-701 | A & H | 285 |
| | 20-2-712 | A & H | 288 |
| | 20-2-716 | A & H | 288 |
| Young, R. G. | 20-8-494 | H | 228 |
| Young, Ted | 20-2-724 | A & H | 290 |
| Young, Violet M. | 20-1-636 | A & H | 269 |
| Zafran, Leo & Ann | 20-7-1-417 | H | 208 |
| Ziegler, Olivia M. | 20-7-1-457 | D & H | 220 |
| Zimarik, Emil & Alda | 20-2-727 | A & H | 291 |

843

455