CARTER
3-6-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

    vs.

FALLBROOK, etc., et al

)
)
)
)
)
)

No. _ _ 1247-SD-C _ _ _ Civil

MINUTES OF THE COURT

Dated: _ _ March 8, 1962

At San Diego, California

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ District Judg

Deputy Clerk: WILLIAM W. LUDDY _ _ _ _ _ Reporter JOHN SWADER _ _ _ _ _ _ _ _

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD _ _ _

Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD, AND FRANZ SACHSE

Proceedings:  FURTHER COURT TRIAL

      COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
      IT IS ORDERED cause is continued to April 3, 1962, at 10 A.M.
for further court trial herein.

JOHN A. CHILDRESS, Clerk

by _____
                 Deputy

6806