UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C _____ Civil
vs.  )  MINUTES OF THE COURT
FALLBROOK, etc., et al  )  Dated: _____ April 3, 1962
 )  At San Diego, California

PRESENT: Hon. __ JAMES M. CARTER _____ District Judge
  Deputy Clerk WILLIAM W. LUDDY __ Reporter __ JOHN SWADER
  Counsel for Plaintiff: RAMSEY CLARK, WILLIAM VEEDER AND DONALD REDD

  Counsel for Defendant: FRED GIRARD, FRANZ SACHSE, GEORGE STAHLMAN

Proceedings:   FURTHER COURT TRIAL

   Court and counsel hold informal discussion.
   IT IS ORDERED case is continued to April 4, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by William W. Luddy
                Deputy                         6807