UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C  Civil
vs.  )  MINUTES OF THE COURT
FALLBROOK, etc., et al  )  Dated: April 4, 1962
 )  At San Diego, California

PRESENT: Hon. JAMES M. CARTER  District Judg

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

Proceedings:   FURTHER COURT TRIAL

At 10:05 A.m. reconvene herein.
Filed Agenda for hearing.
Court signs amendment to Interloc Judgment No. 23.
Court and counsel discuss various findings, etc.
IT IS ORDERED cause is continued to April 5, 1962, at 10 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk,
by _____