LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1184

FILED
APR 4 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

LODGED
APR 4 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

Attorneys for Defendants

ENTERED
APR 4 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )
   vs. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
          Defendants. )

No. 1247-SD-C

AMENDMENT TO INTERLOCUTORY
JUDGMENT No. 23

    There was entered by this Court on April 7, 1961, Interlocutory Judgment No. 23, concerning the appropriative rights of the Fallbrook Public Utility District.

    GOOD CAUSE APPEARING THEREFORE, and in order to further clarify the rulings of this Court as to the powers of the Fallbrook Public Utility District to appropriate waters for irrigation, domestic and municipal uses,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Conclusions of Law contained in said Interlocutory Judgment No. 23 be amended by adding thereto the following additional Conclusion of Law:

III

    That it is within the power of a public utility district under the laws of California to appropriate waters for irrigation, domestic and municipal purposes, and that each of the Permits and Licenses of Fallbrook described in these Findings

- 1 -

AMENDMENT TO INTER.
JUDGMENT No. 23

1 was a proper exercise of its power under California law.
2 Dated: ~~February~~ April 4, 1962

James M. Carter, Judge
United States District Court

- 2 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

AMENDMENT TO INTER.
JUDGMENT No. 23
316