**FILED**
APR 4 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) No. 1247-SD-C
           Plaintiff,      )
                           ) AGENDA FOR HEARING
     v.                    )
                           ) COMMENCING
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          ) APRIL 3, 1962
                           )
           Defendants.     )

At the hearing in regard to the above entitled case, commencing April 3, 1962, at 10:00 A.M., in Court Room No. 1, United States Court House, San Diego, California, the following matters will be considered:

1. Interlocutory Judgment No. 39A, Santa Margarita River Watershed, Below Temecula Gorge and Above the DeLuz Creek Confluence with the Santa Margarita River.

2. Amendment to Interlocutory Judgment No. 23, Findings of Fact, Conclusions of Law and Interlocutory Judgment, Fallbrook Public Utility District.

3. Revised Naval Enclave, Interlocutory Judgment No. 37, Findings of Fact, Conclusions of Law and Interlocutory Judgment.

4. Interlocutory Judgment No. 35, Findings of Fact, Conclusions of Law and Interlocutory Judgment for Vail Company.

-1-

6809

5. Interlocutory Judgment No. 34, Aguanga Ground Water Area. Note—should there be included Interlocutory Judgment No. 26, Oviatt; Interlocutory Judgment No. 27, Knox; and Star Dust Ranch; Gibbon and Cottle.

6. Interlocutory Judgment No. 33, Anza Valley, Coahuilla Creek, Wilson Creek and Ground Water Basins in that drainage system above Aguanga Ground Water Area.

7. Interlocutory Judgment No. 36, Diamond and Domenigoni Valley.

The several items set forth above will not ncessarily be considered in the order in which they appear.

Dated: April 3, 1962

JAMES M. CARTER
Judge, United States District Court