CARTER
4-5-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C  Civil

MINUTES OF THE COURT

Dated: April 5, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER  District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter  JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, AND FRED GIRARD

Proceedings: FURTHER COURT TRIAL

Court and counsel discuss various finding.
Ex. No. 277A is received.
IT IS ORDERED cause is continued to April 6, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
            Deputy

6811