UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C _____ Civil

MINUTES OF THE COURT

Dated: April 6, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER _____ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter   JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN

Proceedings:   FURTHER COURT TRIAL

    Court and counsel discuss various findings, etc.
    Court signs Interloc Judgment No. 37.
    IT IS ORDERED cause is continued to May 15, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
Deputy