LODGED

APR 17 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | AMENDMENT TO INTERLOCUTORY |
| vs. ) | JUDGMENT No. 30, (MURIETTA-TEMECULA GROUND WATER AREA) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

There was entered by this Court on March 8, 1962, Interlocutory Judgment No. 30, concerning the Murietta-Temecula Ground Water Area.

GOOD CAUSE APPEARING THEREFORE, and in order to further clarify the Findings of Fact appearing in said Interlocutory Judgment No. 30,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Finding of Fact number 49, appearing on pages 25 and 26 of Interlocutory Judgment 30, be amended by adding additional sentence at the end of said Finding 49, on line 7, page 26, as follows:

"However, evidence offered by the United States of America and ~~contained in~~ of these United States Exhibits 17 and 18 ~~in this proceeding~~ shows, and the Court finds, states that within the Murietta-Temecula Ground Water Area, and comprising only a portion thereof,

\*\*\*\*\*\*\*\*

- 1 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

AMENDMENT TO INTER.
JUDGMENT No. 30

16482

there are ground water storage units containing 418,000 acre feet of water available for use."

Dated:

            _____
            James M. Carter, Judge
            United States District Court

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

AMENDMENT TO INTER.
JUDGMENT No. 30

16483