UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. _ _ _1247-SD-C_ _ _ _ Civil
MINUTES OF THE COURT
Dated: May 15, 1962
At San Diego, California

PRESENT: Hon._ _ _ _JAMES M. CARTER _ _ _ _ _ _ _ _ _ _ _ _ District Jud

Deputy Clerk: WILLIAM W. LUDDY _ _ Reporter  JOHN SWADER

Counsel for Plaintiff: _ WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: _ _ _ FRANZ SACHSE, AND GEORGE STAHLMAN

Proceedings: FURTHER COURT TRIAL

   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
   IT IS ORDERED cause is continued to May 15, 1962, at 10 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk       6820
by _____
                      Deputy