UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C  Civil

MINUTES OF THE COURT

Dated: May 16, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER  District Jud

Deputy Clerk: WILLIAM W. LUDDY  Reporter  JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD AND ARTHUR LITTLEWORTH

Proceedings: FURTHER COURT TRIAL.

Court and counsel discuss governments motion re form on final decree, etc.

IT IS ORDERED cause is continued to May 17, 1962, at 10 A.M. for further court trial.

6821

JOHN A. CHILDRESS, Clerk
by _____
                    Deputy