CARTER
5-17-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated: May 17, 1962

At San Diego, California

PRESENT: Hon. JAMES M. ~~MARRIED~~ CARTER District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REED.

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD AND ARTHUR LITTLEWORTH.

Proceedings: FURTHER COURT TRIAL

COURT AND COUNSEL FURTHER DISCUSS ~~MEMORANDUM~~ GOVERNMENTS MOTION RE FINAL DECREE.
IT IS ORDERED that cause is continued to June 12, 1962, at 10 A.M. for further court trial.

6822

JOHN A. CHILDRESS, Clerk
by _____
Deputy