This unnamed creek flows Westerly for approximately 5 and ½ miles, originating on lands of Vail Company on Pauba Rancho then crossing lands of Vail Company in Section 28, Township 7 South, Range 2 West, then through lands of Vail Company in Temecula Rancho to its confluence with Murrieta Creek on said Temecula Rancho.

LONG CANYON CREEK

27

Long Canyon Creek is an intermittent stream. The drainage area of said creek lies wholly on the lands of Vail Company.

The headwaters of said creek originate on Pauba Rancho Southwesterly from Buck Mesa flowing Westerly across Temecula Rancho for a total distance of about 6 miles to its confluence with Murrieta Creek.

Long Canyon Creek is underlain with younger alluvium for a distance of approximately 5 miles before its confluence with Murrieta Creek as shown on U. S. Exhibit 15 L.

SANTA ROSA CREEKS

28

The Santa Rosa Rancho is the headwaters for both the DeLuz and Sandia Creek, said creeks join the Santa Margarita River downstream from the lands of Vail Company. The drainage area of DeLuz and Sandia Creeks on the Santa Rosa Rancho is shown by Vail Company Exhibits "BI" and "BJ". There are located along the course of both DeLuz and Sandia Creeks on Vail Company property of Santa Rosa Rancho stringers of younger alluvial fill as shown on U. S. Exhibits "67" and "69".

Also on the Santa Rosa Rancho are various unnamed creeks and watercourses which drain directly, without joining any named tributaries, into the main stem of the Santa Margarita River.

29

Certain portions of the lands of the Vail Company as described herein, are within the "Ground Water Area", as found in Findings and Interlocutory Judgement Number 30, as depicted therein on United States Exhibits "277" and "277A", said Exhibits, Findings, and Judgement are incorporated herein by reference.

PAUBA VALLEY

30

Located on Vail Company lands throughout the Pauba Valley (and Nigger Canyon), there are deposits of younger alluvium, as shown on U. S. Exhibits 15 L and 275. The material comprising the younger alluvial fill of Nigger Canyon and the Easternmost portion of the Pauba Valley is coarse detritus of a highly permiable nature. Underlying the younger alluvial fill of the Pauba Valley are substantially impervious lenticular deposits of indurated alluvium, intersperced with aquifers of porous alluvium.

A portion of the subsurface waters flowing from the mouth of Nigger Canyon, at the Easterly end of the Pauba Valley, are trapped beneath or confined as to their vertical movement by the impervious lenticular bodies of indurated alluvium. Waters moving or percolating downstream in the vertically confined but porous aquifers of the Pauba Valley, toward the semi-barrier of the Wildomar Fault, produce an area of artesian pressure upstream from said fault. Said area of artesian pressure and/or vertical confinement is below the level of all irrigation wells but the Navy (8S, 2W, 17M1, S.B.B.M.) Well in the Pauba Valley, and is pierced only by wells over 400 feet in depth. Water from said confined aquifer are identified by their characteristic high sodium content as compared to the low sodium content as is found in the waters from the shallower aquifers in the younger alluvium above the confining, lenticular bodies of indurated alluvium.

31

The waters in the Murrieta Creek drainage area do not recharge the gound waters of the Temecula Creek drainage area and the waters of the Temecula Creek drainage area do not recharge the ground waters of the Murrieta Creek drainage area, as explained more fully in Findings 38 and 43 of Interlocutory Judgement Number 30.

VAIL DAM

32

Vail Company is the owner of a concrete structure known as Vail Dam located on the Rancho Pauba across the bed of Temecula Creek at the head of Nigger Canyon within the Northwest one-quarter of the Northwest one-quarter of projected Section 10, Township 8 South, Range 1 West, of San Bernardino Base Meridian in the County of Riverside. This structure is 132.5 feet high (sea level datum 1482.5) with the spillway crest at a guage height of 120 feet (sea level datum 1470.0), the length at its crest is 750 feet and the spillway crest is 510 feet.

33

Behind Vail Dam is a storage reservoir which at guage height 120 has 1,080 surface acres, capable of storing at said guage height 49,500 acre feet of water all on Vail property. Vail Dam has been in operation since November 13, 1948.

34

Vail Dam was built pursuant to Permit Number 7032 duly issued by the State of California on February 13, 1948, approving an application to appropriate, store and divert waters of Temecula Creek tributary to the Santa Margarita being Application Number 11518, duly filed August 16, 1946, by Vail Company.

35

Vail Company, under said permit, may appropriate, divert and impound 40,000 acre feet of water from the flow of Temecula Creek and streams tributary thereto from about November 1st of

16470

each year to about April 30th of the succeeding year, to be used for irrigation and domestic purposes.

36

Said permit issued by the State of California has a priority date as of August 16, 1946, and provides that waters appropriated pursuant to said permit may be used on Vail Company lands as described in Application Number 11518, Vail Company Exhibit "A".

37

Pursuant to said permit issued by the State of California and in compliance therewith, Vail Company has, since November 13, 1948, impounded, stored and put to reasonable and beneficial use surplus waters of Temecula Creek when said waters were available. Impoundments have been made in varying amounts and the maximum amount in any one year since the operation of Vail Dam was 12,500 acre feet. Due to lack of rainfall and subsequent run-off in the years since Vail Dam has been in operation, Vail Company has been unable to impound at Vail Dam the 40,000 acre feet annual storage as provided for in said permit as found herein.

38

The rights granted by the foregoing permit are subject and junior to prior vested rights in and to the waters of the Santa Margarita-Temecula River as such rights are, in these proceedings, determined to exist.

39

There have been at times, prior to the construction of Vail Dam, surplus waters sufficient to provide the 40,000 acre feet of annual storage as provided and set forth in the permit, subject to the conditions therein contained. The Court makes no finding that such surplus waters will be available in the future and reserves continuing jurisdiction of this cause and the parties thereto to prohibit, restrict or control, upon proper

showing, any extraction, diversion, or use of water under said rights to appropriate. The right to appropriate surplus waters of said Creek is subject to the jurisdiction of Water Rights Board of the State of California and the laws of said State.

40

Vail Company is the owner of all rights granted under said permit and have, insofar as physically possible, heretofore complied with all terms and conditions of same and such rights are valid and in good standing.

41

Waters discharged from Vail Dam are metered and then flow through Nigger Canyon in an open earthen channel within the stream bed of Temecula Creek for a distance of 6,000 feet where said waters are measured and diverted into a concrete distribution system for use downstream therefrom on Vail Company lands.

42

A portion of the waters so released from Vail Dam and flowing in the open channel of Temecula Creek, which is composed of gravels and other porous materials, percolate into the sub-surface of said creek and recharge the underground basin of Pauba Valley.

43

Vail Company also makes use of water stored in the reservoir behind Vail Dam for stock watering, fishing and recreational purposes.

44

The construction of Vail Dam has been a benefit to the Santa Margarita River Stream System, in that the structure has conserved substantial quantities of water. The capture of flood waters and the subsequent release thereof has made available an additional quantity of water to owners situated downstream from Vail Company lands. In the water years 1952 and 1958 a total of

78,000 acre feet of water, entering the stream system below Vail Dam was wasted into the ocean at Ysidora.

DIVERSION AND DISTRIBUTION

45

MAIN IRRIGATION SYSTEM

Vail Company lands are irrigated, by flooding between borders, or in furrows (and to a minor extent by sprinklers), said methods or irrigation are in common use for similarly grown crops and are accepted and proper farming practices.

Vail Company has installed and used a system for transporting water, to the place of use, consisting of concrete main and lateral pipes interconnected with various wells and reservoirs all of which are shown on Vail Company Exhibit "L".

Water can be, and is, supplied to this system by releases from Vail Dam or by pumping from irrigation wells in the Pauba Valley.

All waters pumped, or released from Vail Dam are metered before entering said system.

The reservoirs connected with this distributing system are used to provide temporary and non-seasonal storage and head for irrigation, watering stock and recreational purposes.

All land heretofore irrigated by the Vail Company Southerly and Easterly of the Townsight of Temecula, as shown on Vail Company Exhibit "J", have been supplied by water from this main irrigation system.

46

OTHER IRRIGATION SYSTEMS

In addition to the main irrigation system, hereinabove described, there are, on Vail Company lands, three other irrigation systems for furnishing water to lands heretofore irrigated. Said lands are shown on Vail Company Exhibit "J" as plots 1, 2, 3 and 4, Northerly of the Townsight of Temecula, as shown thereon.

16473

47

Vail Company has installed on their overlying land as shown on Vail Company Exhibit "J", plot (1), a system of concrete irrigation pipes for flood and furrow irrigation of said land. Water for said land has been supplied for 30 years from a well located on overlying adjoining land. Waters entering this system are metered.

48

Vail Company has installed on their land as shown on Vail Company exhibit "J", plot (2), an irrigation system consisting of two wells and concrete pipes for flood and furrow irrigation of said land. There are, on said land, two reservoirs connected with said system used to establish temporary storage and head for irrigation and stock watering. The hereinabove described system has not been in operation for the past ten years.

49

Vail Company has installed on their land as shown on Vail Company Exhibit "J", plots (3) and (4), an irrigation system consisting of one well and concrete pipes for flood and furrow irrigation of said land. There are, on said lands two reservoirs connected with said system used to establish temporary storage and head for irrigation and stock watering. The quantity of water supplied to this system is measured.

OTHER WELLS AND IMPOUNDMENTS

50

There exist, throughout Vail Company lands, numerous wells and necessary appurtenances for supplying domestic water. Domestic wells on Vail Company lands, excepting those on the Santa Rosa Rancho, are listed and located on Vail Company Exhibits "L" and "M".

51

Throughout Vail Company lands, numerous wells and necessary appurtenances thereto, exist for the purpose of watering stock. With the exception of the Santa Rosa Rancho, said wells are listed and located on Vail Company Exhibit "L" and "M".

52

It has been the practice, in the historical past, to construct upon Vail Company lands structures for the impoundment of surface run-off for watering cattle and other beneficial purposes. Such structures are of the character as more fully described in Interlocutory Judgement 28 and made a part hereof.

53

All means and methods of diversion and abstraction of surface and ground waters of the Santa Margarita River stream system by the Vail Company, and uses thereof, are reasonable, beneficial and proper.

RIPARIAN STATUS

54

Lands of the Vail Company in the Pauba, Little Temecula, and Temecula Ranchos (findings 5, 6, 7, 8, 9, 10, herein) are riparian to Temecula Creek within the watershed of said creek.

Lands of the Vail Company in the Temecula Rancho (findings 7, 8, herein) are riparian to the Murrieta Creek and Santa Margarita River within the watershed of said creek and river.

Lands of the Vail Company in the Pauba Rancho (findings 5, 6, herein) are riparian to Tucalota, Santa Gertrudis, Long Canyon, Wilson, Arroyo Seco, and Kolb Creeks, within the watersheds of said creeks.

Lands of the Vail Company in the Temecula Rancho (findings 7, 8, herein) are riparian to Santa Gertrudis and Long Canyon Creeks, within the watershed of said creeks.

16475

Lands of the Vail Company in the Nueva portion and the Murrieta Tract of the Santa Rosa Rancho (findings 11, 12, 13, herein) are riparian to Murrieta Creek, Slaughterhouse Canyon, Cole Canyon, Miller Canyon and DeLuz Creeks, within the watersheds of said creeks.

Lands of the Vail Company in the Vieja portion of the Santa Rosa Rancho (findings 11, 14, 15, 16, herein, excepting therefrom lands heretofore described in finding 16 herein) are riparian to the Santa Margarita River, DeLuz Creek, and Sandia Creek, within the watersheds of said river and creeks.

Lands of the Vail Company in Sections 23 and 24, of Township 8 South, 2 West, (finding 18 - 3, 4, herein), are riparian to the Santa Margarita River.

Lands of the Vail Company, consisting of the Northeast 40 acres of Lot 25, Block 1 of the Pauba Land and Water Company (finding 17 -2, herein) are riparian to Temecula Creek.

Lands of the Vail Company in Lots 6 and 7, Block 3 of the Pauba Land and Water Company (finding 17 - 1, 12, herein), are riparian to Long Canyon and Murrieta Creeks.

Lands of the Vail Company, as described in finding 17, item 11, herein, are riparian to Pechanga Creek.

Vail Company has numerous parcels of land in the Township of Temecula (finding 18, herein), as shown on Exhibit "A" attached hereto, the riparian status of which is shown on U. S. Exhibit 277 and determined in Interlocutory Judgement Number 30, which is made a part hereof.

In addition to the streams which have been set forth herein, there are other unnamed streams, tributaries, and water-courses that abut on or traverse Vail Company lands and, to such extent, Vail Company has riparian rights thereto.

IRRIGABLE ACRES

55

Lands of the Vail Company in the Pauba Rancho, as described in Findings 5, and 6, herein, contain 27,617.1 acres riparian to Temecula Creek. Of said lands, 18,499.4 acres are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

56

Lands of the Vail Company in the Little Temecula Rancho as described in Findings 9, and 10, herein, contain 1,726.7 acres riparian to Temecula Creek. Of said lands, 1,608.7 acres are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

57

Lands of the Vail Company in the Temecula Rancho, as described in Findings 7, and 8, herein, contain 10,282.1 acres riparian to Murrieta and Temecula Creeks. Of said lands, 9,587.3 acres are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

58

Vail Company lands, described in Finding 17 (1 to 12 inclusive) herein, are listed as to acreage of the parcels and the amount of land in said parcels which is susceptible to practical and profitable irrigation and upon which water may be beneficially used, as follows:

| Finding 17 | Total Acres | Irrigable Acres |
|---|---|---|
| 1 | 130.2 | 112.2 |
| 2 | 40.0 | 17.0 |
| 3 | 139.2 | Undetermined |
| 4 | 96.2 | Undetermined |
| 5 | 40.0 | 32.0 |
| 6 | 127.8 | 112.8 |
| 7 | 18.5 | Undetermined |
| 8 | 140.2 | Undetermined |
| 9 | 13.0 | Undetermined |
| 10 | 336.6 | Undetermined |
| 11 | 444.9 | 419.2 |
| 12 | 1.5 | 1.5 |

59

Lands of the Vail Company in the Township of Temecula as described in Finding 18, herein, contain an undetermined acreage susceptible to practical and profitable irrigation and it is probable that any future beneficial use of water on said lands will be for purposes other than agriculture.

60

Lands of the Vail Company on the Santa Rosa Rancho, within the drainage area of DeLuz Creek, contain 9,859.7 acres riparian to said creek, 830.5 acres of which are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

61

Lands of the Vail Company on the Santa Rosa Rancho, within the drainage area of Sandia Creek and the main stem of the Santa Margarita River, contain 13,771.6 acres which are [illegible] riparian, within their respective watersheds to said creek and river. Contained within said lands, there are 2,674.1 acres which are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

62

Lands of the Vail Company on the Santa Rosa Rancho, within the drainage area of Murrieta Creek, contain 13,928.7 acres riparian to said creek, 3,286.7 acres of which are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

63

Within the Tucalota Creek sub-watershed on the lands of Vail Company on the Pauba Rancho, there are 627.4 acres riparian to said creek, of which 295.8 acres are susceptible to practical and profitable irrigation and upon which water may be beneficially used.

16478

OVERLYING STATUS

64

Vail Company lands of the Pauba Rancho within the exterior boundaries of the Murrieta-Temecula ground water area and the Aguanga ground water area as shown on U. S. Exhibit 277 and determined in Interlocutory Judgements 30 and ____, said Judgements being made a part hereof, have such overlying rights to the use of water from said area as were determined in said Judgements.

65

Vail Company lands of the Little Temecula Rancho within the exterior boundaries of the Murrieta-Temecula ground water area, as shown on U. S. Exhibit 277 and contained in Interlocutory Judgement Number 30, have such overlying rights to the use of water from said area, as were in said finding so determined.

66

Vail Company lands of the Temecula Rancho within the exterior boundaries of the Murrieta-Temecula ground water area, as shown on U. S. Exhibit 277 and contained in finding Interlocutory Judgement Number 30, have such overlying rights to the use of water from said area, as were in said finding so determined.

67

Vail Company lands, described in finding 17 (1 to 12 inclusive) herein, within the exterior boundaries of the Murrieta-Temecula ground water area as contained in Interlocutory Judgement Number 30, have such overlying rights to the use of water from said area, as were in said findings so determined.

68

Lands of the Vail Company in the Township of Temecula as described in finding 18 herein and further described in Exhibit "A", attached, are in the Murrieta-Temecula ground water area, as shown on U. S. Exhibit 277 and contained in Interlocutory Judgement Number 30, have such overlying rights to the use of water from said area, as were in said finding so determined.

16479

69

Vail Company lands on the Santa Rosa Rancho which overlie the Murrieta-Temecula ground water area as shown on U. S. Exhibit 277, have such overlying rights to the use of water from said area, as were determined in Interlocutory Judgement Number 30, which is made a part hereof.

70

Vail Company lands on the Pauba Rancho, within the Tucalota sub-watershed, have overlying rights to Tucalota Creek and the waters in the younger alluvium of Tucalota Valley as determined in Interlocutory Judgement Number 31, which is made a part hereof.

71

Vail Company lands on the Santa Rosa Rancho, within the drainage area of DeLuz Creek, have overlying rights to the use of water from said area, as was determined in Interlocutory Judgement Number 32 which is made a part hereof.

72

Vail Company lands on the Santa Rosa Rancho, within the drainage area of Sandia Creek and the main stem of the Santa Margarita River have overlying rights to the use of water from the areas within their respective watersheds. Interlocutory Judgement Number 29, for Sandia Creek, is made a part hereof.

73

Vail Company lands on the Santa Rosa Rancho, within the drainage area of Murriete Creek, have overlying rights to the use of water from said area as was determined in Interlocutory Judgement Number 30 which is made a part hereof.

74

Waters underlying Vail Company lands, not within the Murrieta-Temecula Ground Water Area (Interlocutory Judgement Number 30) and not within the Aguanga Ground Water Area (Interlocutory Judgement ___), and not contained within the younger

alluvial material within the beds and banks of the creeks which traverse Vail Company lands are local vagarent percolating waters not part of the stream system. Said areas, lands, and younger alluvial material, hereinabove mentioned are graphically depicted on Vail Company Exhibits "U", "BM", and U. S. Exhibits 15, 277, 210C, 15L, 275, 206C.

That within the boundaries of the Murrieta-Temecula Ground Water Area there are ground-water storage units, as shown on United States Exhibits 17 and 18 and made a part hereof, containing 418,000 acre feet of water available for use.

75

Attached to these findings is a copy of Vail Company Exhibit "BM", titled "Lands of Vail Company in Riverside County", said map is for general orientation and descriptive purposes only, due to the small scale.