UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                    )   No._ _1247-SD-C_ _Civil
                                          )
v.                                        )   MINUTES OF THE COURT
                                          )
FALLBROOK, etc., et al                    )   Dated:_ June 12, 1962 _
                                          )
                                          )   At San Diego, California
                                          )

PRESENT:  Hon._ _ _JAMES M. CARTER_ _ _ _ _ _ _ _District Jud

Deputy Clerk WILLIAM W. LUDDY _ Reporter_ _ _JOHN SWADER _

Counsel for Plaintiff:_ _XXXXXXXXXX WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant:_ GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD

PROCEEDINGS:   FURTHER XXXXXXXXXX COURT TRIAL

    IT IS ORDERED cause is continued to June 13, 1962, at 10 A.M. for
further court trial.

JOHN A. CHILDRESS, Clerk

by _ _ _ _ _ _ _ _ _ _ _ _ _
                    Deputy

6828