6-13-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

Dated June 13, 1962

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, AND FRED GIRARD.

PROCEEDINGS:   FURTHER COURT TRIAL

At 3:15 P.M. reconvene.
COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.

IT IS ORDERED at 4:20 P.M., cause is continued to June 14, 1962, at 10 A.M for the further court trial herein.

JOHN A. CHILDRESS, Clerk
by _____
Deputy

6829