CARTER
6-14-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C   Civil
) MINUTES OF THE COURT
vs. )
) Dated: June 14, 1962
FALLBROOK, etc., et al ) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER   District Jud

Deputy Clerk WILLIAM W. LUDDY   Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD

PROCEEDINGS:   FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
IT IS ORDERED cause is continued to July 2, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
Deputy