UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              ) No. 1247-SD-C Civil
                                    )
v.                                  ) MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              ) Dated: July 2, 1962
                                    )
                                    ) At San Diego, California
                                    )

PRESENT: Hon. JAMES M. CARTER                District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter  JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL

IT IS ORDERED cause is continued to July 3, 1962, at 10 A.M. for the further court trial herein.

JOHN A. CHILDRESS, Clerk
by _____
                    Deputy