UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
v. ) MINUTES OF THE COURT
)
) Dated: July 3, 1962
FALLBROOK, etc., et al )
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD.

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

PROCEEDINGS: FURTHER COURT TRIAL

IT IS ORDERED that the original Stipulation re Govts Intention to build dam, etc may be withdrawn, and that the Statment of Govt re intention to build dam, etc. may be withdrawn.
Court and counsel discuss various findings.
IT IS ORDERED that all proposed interloc. judgments that have been lodged and in which Judgments have been signed may be destroyed.
IT IS ORDERED cause is montin continued to August 7, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
Deputy