LAW OFFICES
SACHSE AND PRICE
MAIN STREET
OK, CALIFORNIA

ENTERED
JUL 3 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LODGED
JUN 22 1962
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Attorneys for _____ Defendants

FILED
JUL 3 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
Plaintiff,
)
)    No. 1247-SD-C
v.
)
)    AMENDMENT TO INTERLOCUTORY
FALLBROOK PUBLIC UTILITY    )    JUDGMENT No. 30, (MURRIETA-
DISTRICT, et al.,    )    TEMECULA GROUND WATER AREA)
)
Defendants.    )

There was entered by this Court on March 8, 1962 Interlocutory Judgment No. 30 concerning the Murrieta-Temecula Ground Water Area.

GOOD CAUSE APPEARING THEREFOR, and in order to further clarify the Findings of Fact appearing in said Interlocutory Judgment No. 30,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Finding of Fact Number 49, appearing on pages 25 and 26 of Interlocutory Judgment No. 30, be amended by adding additional sentence at the end of said Finding 49, on line 7, page 26, as follows:

"However, evidence offered by the United States of America and United States Exhibits 17 and 18 of these proceedings shows and the Court finds that storage units 1, 2, 3 and 4, as shown on Exhibits 17 and 18, located wholly within the Murrieta-Temecula Ground Water area, but comprising only a portion thereof, contain approximately 418,000 acre feet of water.

Dated:

James M. Carter, Judge
United States District Court