FRS
12/18/61

(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

ENTERED

JUL 3 - 1962

**LODGED**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Attorneys for _Defendants_ By _____
Deputy Clerk

**DEC 18 1961**

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

**FILED**

SOUTHERN DISTRICT OF CALIFORNIA

JUL 3 - 1962

SOUTHERN DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY

UNITED STATES OF AMERICA,                    )
                              Plaintiff,     )
                                             )
        vs.                                  )
                                             )
FALLBROOK PUBLIC UTILITY                     )
DISTRICT, et al.,                            )
                                             )
                              Defendants.    )

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS
OF LAW, AND INTERLOCUTORY
JUDGMENT No. 36, WARM SPRINGS
CREEK SUB-WATERSHED.

FINDINGS OF FACT

I

Warm Springs Creek, a tributary of Murrieta Creek, rises
in Sections nine (9) and fifteen (15), Township six (6) South,
Range one (1) West, S.B.M., and flows in a generally southwesterly
direction through areas known as Diamond and Domenigoni Valleys.
It leaves Domenigoni Valley at a point near the Southeast (SE)
corner of the Southwest Quarter (SW 1/4) of the Southwest Quarter
(SW 1/4) of Section nine (9), Township six (6) South, Range two
West, S.B.M. From that point Warm Springs Creek proceeds in a
generally south and westerly direction throughout a rather deeply
incised valley to its point of confluence with Murrieta Creek in
Section twenty-four (24), Township seven (7) South, Range three
West, S.B.M. The course and location of Warm Springs Creek are
delineated upon U. S. Exhibits 274, and 208-F, made a part here

- 1 -

1847

by reference.

II

Warm Springs Creek is an intermittent stream both as to time and place, flowing only during and immediately after periods of heavy precipitation and run-off. There is no evidence as to the amount or rate of flow of Warm Springs Creek, or as to the average, maximum, minimum, normal or anticipated flow of Warm Springs Creek, and the Court expressly makes no findings thereon because of such lack of evidence.

III

Warm Springs Creek has its source in and flows through Diamond and Domenigoni Valleys. These valleys comprise a ground water basin filled with sedimentary material described herein as younger alluvium. The extent and location of said ground water basin is delineated upon United States Exhibits 274 and 208-F, made a part hereof by reference.

The ground water basin referred to herein is part of a continuous body of younger alluvium which extends from within the San Jacinto River watershed in Sections 33 and 34, T5S, R 1 W, and Section 3, T6S, R 1 W, across the watershed divide in Sections 3 and 4, T6S, R 1 W, and Sections 32 and 33, T 6 S, R 2 W, S.B.M. into the Santa Margarita River watershed; thence continuing in a generally westerly and southwesterly direction as delineated on United States Exhibits 274 and 208-F; thence crossing the water-shed divide out of the Santa Margarita River watershed and into the San Jacinto River watershed in Sections 8 and 9, T6S, R 2 W, S.B.M.

IV

The southerly limit of said ground water basin is in the general vicinity of the south line of Section 9, T 6 S, R 2 W, S.B.M. At that point the said ground water basin is enclosed by a lip of basement complex material rising to elevation 1400',

LAW OFFICES
SACHSE AND PRICE
1002 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

1848
8

1 which lip prevents the movement of ground water from said basin

2 southwesterly into the remainder of Warm Springs Creek sub-

3 watershed and the Santa Margarita River watershed, excepting at

4 such times as the ground waters north of said lip exist at or above

5 elevation 1400'.

6   The presence of said basement complex lip is a barrier

7 to the movement of all ground waters within said basin below

8 elevation 1400', and causes such ground waters to move out of

9 said basin and out of the Santa Margarita River watershed and into

10 Menifee Valley of the San Jacinto River watershed in Section 8,

11 T 6 S, R 2 W, S.B.M.

12         V

13   Due to the relatively low permeability of the alluvium

14 underlying Warm Springs Creek at and near said basement complex

15 lip, the quantities of ground water which can percolate through

16 it are small. At such times as the ground water level in said

17 basin is above elevation 1400', the larger proportion of such

18 ground waters move westerly out of the Santa Margarita River

19 watershed and into Menifee Valley of the San Jacinto River water-

20 shed; and the smaller proportion of such ground waters move over

21 the basement complex lip and on down Warm Springs Creek. The

22 ground waters which do move down Warm Springs Creek downstream from

23 the south line of Section 9, T6S, R 2 W, S.B.M. are consumed

24 almost in their entirety by evaporation and transpiration losses

25 within a relatively short distance downstream.

26         VI

27   United States Exhibit 208-F, incorporated herein by

28 reference delineates the sub-watershed of Warm Springs Creek,

29 and its relation to the Murrieta-Temecula Ground Water Area,

30 subject of Interlocutory Judgment 30 herein. On said map are

31 delineated the geologic formations found in said sub-watershed,

32 including the areas of younger alluvium that comprise Diamond and

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 6-1184

1849

4

Domenigoni Basin.  There are also delineated thereon the exterior
boundaries of all land ownerships in said sub-watershed, indicated
by parcel numbers, as said land ownerships appeared at the date
of recordation of Notice of Lis Pendens, April 9, 1958, in Book
2252, page 17, Official Records of Riverside County.

Attached hereto, marked Exhibit A, and made a part
hereof by reference, is a tabulation of the land ownerships
delineated upon United States Exhibit 208-F, which tabulation
indicates property descriptions and apparent ownerships, and in
addition thereto may contain factual statements concerning the
following matters:

1.  Wells.

2.  Surface diversions.

3.  Gross acreages.

4.  Irrigated acreages.

5.  Irrigable acreages.

6.  Water duty.

The factual statements contained in said Exhibit which
pertain to well and surface diversions are true as of the date of
this Interlocutory Judgment.  The factual statements as to apparent
ownerships are set forth for convenience only, and are not neces-
sarily correct and are not intended to be determinative or probative
on the issue of ownership of any real property described in said
Exhibit.

The factual statements contained in said exhibits which
pertain to gross acreages, irrigated acreages, irrigable acreages
and water duty almost without exception are based on evidence
introduced in this case by the United States of America with an
express assurance by its counsel that apportionment was not being
sought at this stage of the litigation; because of this fact and
the fact that this Court is not at this time making any order
apportioning or regulating the use of the waters involved herein,

LAW OFFICES
SACHSE AND PRICE
1008 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

1850

5

1   said facts pertaining to gross acreages, irrigated acreages,

2   irrigable acreages and water duty are not material to any issue

3   decided by Interlocutory Judgment No. 36 entered herewith; that

4   in the exercise of this Court's continuing jurisdiction in this

5   cause said facts may well be material to an issue presented to

6   this Court in the future; therefore, this Court finds that such

7   factual statements which are contained in said Exhibit A which

8   pertain to gross acreages, irrigated acreages, irrigable acreages

9   and water duty are supported by the evidence in this case and

10  such factual statements shall be prima facie evidence as to gross

11  acreages, irrigated acreages, irrigable acreages and water duty

12  in any subsequent proceeding before this Court in this cause;

13  as used herein prima facie evidence is that which suffices for

14  the proof of a particular fact until contradicted or overcome by

15  other evidence.

16                          VII

17          Certain defendants are presently extracting waters from

18  the ground water basins of Diamond and Domenigoni Valleys and are

19  using such waters for domestic and agricultural purposes upon

20  their lands.

21          All of the uses to which such defendants are putting

22  water upon their lands, and all of the methods of use of water by

23  defendants are reasonable and beneficial and within the limitations

24  imposed upon the use of water by the Constitution and Statutes of

25  the State of California.  Under present conditions it would be

26  wasteful and unreasonable and contrary to the Constitution and

27  Statutes of the State of California to require that the water

28  level in Diamond and Domenigoni Basins be maintained at elevation

29  1400' or above, and any such requirement would interfere with the

30  reasonable use of the said ground waters by overlying landowners.

31                          VIII

32          That the issue of apportionment as to the quantity of

LAW OFFICES
BACHBE AND PRICE
1008 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 5 -

1851
6

the ground waters of Diamond or Domenigoni basins to which any
overlying landowners may be entitled has not been reached at
this stage in this case, and the Court has taken no evidence
directed to this issue.  This issue is left open, is not decided
herein and shall be litigated by this Court if and when in the
future it becomes necessary to do so.

                              IX

          That because of the fact that the movement of ground
waters within Diamond and Domenigoni Basins is westerly and out
of the Santa Margarita River watershed and into the San Jacinto
watershed it would be impossible for this Court at this time to
make an allocation of said waters among all owners of lands over-
lying said basins in that those persons who own lands which over-
lie said basin within the San Jacinto watershed are not parties
to this suit.

                              X

          The course of Warm Springs Creek downstream from the
south line of Section 9, T 6 S, R 2W, S.B.M. to the boundary of
the Murrieta-Temecula Ground Water area which is more particularly
described in Interlocutory Judgment No. 30 herein, is delineated
upon United States Exhibit No. 208-F, made a part hereof by
reference.  Throughout most of this area there are areas of
younger alluvium, the location and extent of which is delineated
upon United States Exhibit 208-F.  These younger alluvial deposits
are water-bearing when saturated, and rest upon and are confined
laterally by deposits of consolidated rock described on said
Exhibit 208-F as "basement complex" or "basement complex (weathered)".
These deposits of consolidated rock are essentially non-water-
bearing, and the materials of which they are composed are con-
siderably more compacted and less permeable than the alluvial
deposits.  As a result thereof, any ground waters found within
said alluvial deposits do not move laterally or vertically into

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

1852
7

the consolidated rocks, but on the contrary move down the

hydraulic gradient through the younger alluvial deposits.

XI

At such times as there is surface flow of Warm Springs

Creek, the location of such surface flow fluctuates considerably

and shifts its position upon the younger alluvial deposits from

season to season and even within each rainy season.

XII

The deposits of consolidated rock on either side of the

younger alluvial deposits and upon which said younger alluvial

deposits rest, impede any ground waters within said younger

alluvial deposits from moving out of the younger alluvial deposits

and into the consolidated rock, and do in fact act in the same

manner as substantially impermeable bed and banks of a surface

stream. The ground waters within said younger alluvial deposits

are in fact in a known and defined channel and do constitute the

underground stream of Warm Springs Creek. The ground waters, if

any, contained within said alluvial deposits are a part of the

waters of the Santa Margarita River system.

XIII

Attached hereto marked Exhibit B, and incorporated

herein, are descriptions of the smallest tract of land held

under one chain of title, a portion of which abuts upon Warm

Springs Creek as herein described.

XIV

The ground waters, if any, contained within areas of

basement complex, basement complex (weathered), volcanic rock

or older continental deposits as delineated on Exhibit 208-F

within the sub-watershed of Warm Springs Creek are the subject

of Interlocutory Judgment 36-A in these proceedings.

*****

*****

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

1953

8

CONCLUSIONS OF LAW

I

All surface waters upon lands depicted on United States Exhibits 274 and 208-F within the sub-watershed of Warm Springs Creek are a part of the Santa Margarita River and are subject to the continuing jurisdiction of this Court.

II

All ground waters found within areas of younger alluvium downstream from the south line of Section 9, T 6 S, R 2 W, S.B.M. as such areas of younger alluvium are depicted upon United States Exhibit 274 and 208-F, are a part of the Santa Margarita River system and are subject to the continuing jurisdiction of this Court.

III

At the present time, and so long as the ground waters contained within areas of younger alluvium immediately north of the south line of Section 9, T 6 S, R 2 W, S.B.M. remain below elevation 1400', all ground waters contained within areas of younger alluvium north of said line, as the same are depicted upon United States Exhibits 274 and 208-F, are not a part of the Santa Margarita River system and do not contribute to the waters of said river system downstream from said south line of Section 9, T 6 S, R 2 W, S.B.M.

IV

That it would be wasteful and unreasonable, and contrary to the provisions of Article XIV, Section 3, California Constitution, to require the maintenance of a water level in Diamond and Domenigoni Valleys at elevation 1400' or above for the purpose of supporting a ground water movement southwesterly past the south line of Section 9, T 6 S, R 2 W, S.B.M. and down Warm Springs Creek, and for that reason the extractions of ground water from within Diamond and Domenigoni Basins will not be

- 8 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

1    presently regulated or restricted in these proceedings for the
2    purpose of maintaining such a flow.  However, the Court will
3    retain continuing jurisdiction of this cause for the purpose
4    of reviewing or reconsidering possible control of future ground
5    water extractions should substantial changes in circumstances so
6    require.

7                                    V

8            Those lands described in Exhibit A attached hereto and
9    incorporated herein which in whole or in part overlie Diamond
10   and Domenigoni Basins north of the south line of Section 9,
11   T 6 S, R 2 W, S.B.M., as the same are delineated upon United States
12   Exhibits 274 and 208-F have correlative overlying rights to the
13   use of the ground waters contained within the younger alluvial
14   deposits of said basins.

15                                   VI

16           All lands described in Exhibit B attached hereto and
17   incorporated herein have a correlative riparian right to the use
18   of the waters of Warm Springs Creek as the  same have been
19   defined herein.

20                                  VII

21           That at the present status of this case the issue of
22   apportionment or the quantity of proportion of waters to which any
23   lands are entitled has not been presented and this Court has taken
24   no evidence directed to establishing whether any water uses pursuant
25   to riparian or overlying rights are reasonable or unreasonable as to
26   amount of water used in the light of the correlative rights which may
27   exist as to such waters, and this issue is left open, is not decided
28   herein and shall be litigated by this Court if and when in the fu-
29   ture it becomes necessary to do so; in the exercise of this contin-
30   uing jurisdiction this Court will judge and pass upon the exercise
31   of such riparian or overlying right based on the facts as they
32   may then appear and pursuant to California law.

LAW OFFICES
BACHSE AND PRICE
1005 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

                            - 9 -

## INTERLOCUTORY JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all
surface waters which flow over or upon the lands depicted on
United States Exhibits 274 and 208-F within the Santa Margarita
River watershed, which exhibits are incorporated herein by
reference, are a part of the Santa Margarita River and subject
to the continuing jurisdiction of this Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
ground waters contained within areas of younger alluvium down-
stream from the south line of Section 9, T 6 S, R 2 W, S.B.M.,
as such areas of younger alluvium are depicted upon United States
Exhibits 274 and 208-F, which Exhibits are incorporated herein
by reference, are a part of the Santa Margarita River and subject
to the continuing jurisdiction of this Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
ground waters contained in areas of younger alluvium located
north of the south line of Section 9, T 6 S, R 2 W, S.B.M.,
as such areas of younger alluvium are depicted on United States
Exhibits 274 and 208-F, incorporated herein by reference are not
a part of the waters of the Santa Margarita River system at
this date, but this Court retains continuing jurisdiction of this
cause to further consider such question at such time as the
elevation of such ground waters may change.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
lands described in Exhibit A attached hereto and incorporated
herein, which overlie in whole or in part younger alluvial deposits
of Diamond and Domenigoni Basins as the same are delineated upon
United States Exhibits 274 and 208-F, incorporated herein, have
correlative overlying rights to the use of the ground waters con-
tained in the younger alluvial deposits on said lands.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
lands described on Exhibit B attached hereto and incorporated

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

1  herein have correlative riparian rights to the use of the waters

2  of Warm Springs Creek.

3       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

4  correlative overlying rights and correlative riparian rights

5  described in this Interlocutory Judgment shall be and are subject

6  to the continuing jurisdiction of this Court.

7       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

8  issue of apportionment has not been presented and this Court

9  has taken no evidence directed to establishing whether the use

10  of any waters herein adjudged to be subject to the continuing

11  jurisdiction of this Court are reasonable or unreasonable as to

12  amount of water used in the light of correlative rights which

13  may exist as to such waters and this issue is left open, is not

14  decided herein and shall be litigated by this Court if and when

15  in the future it becomes necessary to do so.

16       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

17  Interlocutory Judgment is not appealable, is not final and shall

18  not be operative until made a part of the final judgment, and this

19  Court expressly reserves jurisdiction to modify or vacate it,

20  either upon its own motion or upon motion of any party to this

21  proceeding until such time as final judgment in this case is

22  entered.

23  Dated:_____7/3_____, 1962

24

25                                    _____
                                          JUDGE

26

27

28

29

30

31

32

LAW OFFICES
BACHSE AND PRICE
1066 S. MAIN STREET
FALLBROOK, CALIF.
RANdolph 8-1154

- 11 -

1857
12

PARCELS RIPARIAN TO WARM SPRINGS CREEK OR MAJOR TRIBUTARIES

Parcel 51W-29-2                                          Exhibit No. 208F
    SW¼; W½ of SE¼; and, Govt. Lot 2 (SW¼ of NE¼) of Sec. 29, T5S, R1W          231

Apparent Owner:   Searl Bros.

Gross Acreage                                           Wells:

Irrigable Acreage

Irrigated Acreage

Surface Diversions:

---

Parcel 51W-31-4                                          Exhibit No. 208F
    SE¼ of SE¼ of Sec. 31, T5S, R1W                                        231

Apparent Owners:  Searl Brothers

Gross Acreage          40.0                             Wells:

Irrigable Acreage      40.0

Irrigated Acreage      40.0 (Est. by owner)

Surface Diversions:

51W-31R1 - Reservoir, Capacity 4 a.c.

---

Parcel 51W-31-5                                          Exhibit No. 208F
    S½ of Sec. 31, T5S, R1W, EXC SE¼ of SE¼                                 231

Apparent Owners:  Searl Brothers

Gross Acreage          280.8                            Wells:

Irrigable Acreage      150.5

Irrigated Acreage      150.0 (Est. by owner)

Surface Diversions:

1858

13

-1-

Interlocutory Judg. #36
Exhibit A.

Parcel 51W-32-7        Exhibit No. 208F
                  231

   Sec. 32, T5S, R1W EXC S. 600' of Govt. Lot 2.

Apparent Owners:   Searl Brothers

Gross Acreage    614.6*       Wells: 51W-32Q1 - Irrigation

Irrigable Acreage   495.0

Irrigated Acreage   485.0(Est. by Owner)

*Portion outside watershed not included

Surface Diversions:

   51W-32J - Reservoir - Capacity 3 a.f.
   51W-32Q - Sump

---

Parcel 51W-32-8        Exhibit No. 208F

   S. 600' Govt. Lot 2, Sec. 32, T5S, R1W.

Apparent Owners:   Searl, Lorena G. &
         Gerald Ernest, aka G. E.

Gross Acreage    5.4        Wells:

Irrigable Acreage   5.4

Irrigated Acreage   4.0 (Est. by Owner)

Surface Diversions:

---

Parcel 51W-33-9        Exhibit No. 208F
                  231

   Sec. 33, T5S, R1W.

Apparent Owners:   Searl Bros.

Gross Acreage    185.3*       Wells: 51W-33R1 - Irrigation

Irrigable Acreage   114.1

Irrigated Acreage   140.0 (Est. by Owner)

*Portion outside watershed not included.

Surface Diversions:

1859
14

      Interlocutory Judg. #36
                Exhibit A.

Parcel 52W-34-13 & 52W-35-15                          Exhibit No. 208F

    S½ of Sec. 34, T5S, R2W, EXCEPT N½ of SW¼
    S½ of Sec. 35, T5S, R2W.

Apparent Owners:  Young, Kenneth W. &
                 Julia M.

Gross Acreage     386.6*                Wells: 52W-34P1
                                          35Q1 - Stock

Irrigable Acreage  168.1                         35K1 - Stock

Irrigated Acreage  Unknown

*Portion outside watershed not included

Surface Diversions:

---

Parcel 52W-36-18                                      Exhibit 208F

    Govt. Lot 5 (SW¼ of SW¼) of Sec. 36, T5S, R2W

Apparent Owners:    Denton, Gerald R. &
                   Fredonia F.

Gross Acreage     42.0                 Wells:

Irrigable Acreage  10.1

Irrigated Acreage

Surface Diversions:

---

Parcel 61W-3-20

    W 20.10 acres of Lot 4; Lot 5; E½ of NW¼ of SW¼; and, W½ of W½ of NE¼ of
  SE¼ of Sec. 3, T6S, R1W.

Apparent Owners:    Baatz, Elmer
                   Shumate, Olive O.

Gross Acreage     4.6*                 Wells:

Irrigable Acreage  4.6

Irrigated Acreage

*Portion outside watershed not included

Surface Diversions:

                                   1860

                                  15

Parcel 61W-3-21                                        Exhibit 208F

    E$\frac{1}{2}$ of SE$\frac{1}{4}$ of SW$\frac{1}{4}$; E$\frac{1}{2}$ of W$\frac{1}{2}$ of SE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 3, T6S, R1W

Apparent Owner     Wilhelm, Theresia

Gross Acreage     6.4*                     Wells:

Irrigable Acreage   6.4

Irrigated Acreage

*Portion outside watershed not included

Surface Diversions:

---

Parcel 61W-3-22                                        Exhibit 208F

    SW$\frac{1}{4}$ of SW$\frac{1}{4}$; W$\frac{1}{2}$ of NW$\frac{1}{4}$ of SW$\frac{1}{4}$; and W$\frac{1}{2}$ of W$\frac{1}{2}$ of SE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 3, T6S, R1W.

Apparent Owners:    Horning, Chester Z. &
                       Ruth E.

Gross Acreage     25.7*                Wells:

Irrigable Acreage   18.4

Irrigated Acreage

*Portion outside watershed not included

Surface Diversions:

---

Parcel 61W-4-23                                        Exhibit 208B

    S$\frac{1}{2}$ of SE$\frac{1}{4}$; E$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$; SE$\frac{1}{4}$ of SW$\frac{1}{4}$; and, Govt. Lots 2 & 3 of Sec. 4, T6S, R1W.

Apparent Owners:    Horning, Chester Z. &
                       Ruth E.

Gross Acreage     188.8              Wells: 61W-4J1 - Irrigation
                                        4J2 - Domestic
Irrigable Acreage   138.3

Irrigated Acreage   Unknown

Surface Diversions:

186116

Parcel 61W-4-24                                                    Exhibit 208F

    Govt. Lot 4, Sec. 4, T6S, R1W

Apparent Owners:    Searl, Harry O. &
                    Hazeldell

Gross Acreage                                                     Wells:

Irrigable Acreage

Irrigated Acreage

Surface Diversions:

------

Parcel 61W-4-25 & 26

    W½ of NE¼ of SE¼ of Sec. 4, T6S, R1W, and por daf: Beg at SE Cor of
NE¼ of sd Sec. 4; th W alng Quar. Sec. li to intersection of li of
San Jacinto Rho; th alng li of sd Rho N 68°11' E to intersection of W
li of Diamond School Dist. Lot; th S. 7.80 rods to SW Cor of sd School
Dist. Lot; th E alng li of sd School Dist Lot 25 rods; th S 17.80 rods
to pob.

Apparent Owners:   Allert, Lawrence H. &
                  Bessie R.

Gross Acreage                                                     Wells:

Irrigable Acreage

Irrigated Acreage

Surface Diversions

------

Parcel 61W-4-27                                                   Exhibit 208F
                                                 231
    Por of Lot 1, Sec. 4, T6S, R1W daf:  Beg at intersection of E li of
sd Sec. 4 with Sly li Rho San Jacinto Viejo; th S on E li of sd Sec.
4 17.80 rods; th W 25 rods; th N 7.80 rods to Sly li of sd Rho; th
NEly on sd Sly li to pob.

Apparent Owners:   Searl, Edgar L. &
                  Emmeline

Gross Acreage    2.0                                          Wells:

Irrigable Acreage  2.0

Irrigated Acreage  Incl. in Par. 28

Surface Diversions

                                                1862
                                                    17

                  Interlocutory Judg. #36
                              Exhibit A.

Parcel 61W-4-28

Exhibit 208F
231

Por of Rho San Jacinto Viejo in Sec. 4, T6S, R1W lying Nly of li daf:
Beg on W li of Sec. 4, dist Nly 16.37 ch fr SW Cor of sd Sec. 4; th
N 68°11' E to pt on E li of sd Sec. 4 dist. Sly 32.25 ch fr NE Cor of
sd Sec. 4.

Apparent Owners:     Searl Bros.

| | | |
|---|---|---|
| Gross Acreage | 412.6 | Wells: 61W-4G1 - Irrigation |
| | | 4H1 - Domestic |
| Irrigable Acreage | 376.2 | 4H2 - Domestic |
| | | 4K1 - Irrigation |
| Irrigated Acreage | 380.0 (Est. by owner) | |

Surface Diversions:

61W-4M - Reservoir, Capacity 10 a.f.

---

Parcel 61W-5-28A

Exhibit 208F
231

Por of Rho San Jacinto Viejo in Sec. 5, T6S, R1W. daf: Beg at NE Cor
of Sec. 5; th W alng N li of sd Sec. 5 13.68 ch to NE Cor of Govt Lot
4; th S alng E li of Govt Lots 4, 5, 6 & 7, 69.20 ch; th N 68°11' E
14.96 ch to E li of Sec. 5; th N alng sd E li of Sec 5 to pob.

Apparent Owners:     Searl Bros.

| | | |
|---|---|---|
| Gross Acreage | 90.4 | Wells: |
| Irrigable Acreage | 65.8 | |
| Irrigated Acreage | 60.0 (Est. by owner) | |

Surface Diversions:

---

Parcel 61W-5-29

Exhibit 208F

Govt. Lots 1 through 7; S½ of NW¼; SW¼; W½ of SE¼; and SW¼ of NE¼ of
Sec. 5, T6S, R1W.

Apparent Owners:     Garbani, Fred, James and Jocondo E.
                     Salgado, Valentina

| | | |
|---|---|---|
| Gross Acreage | 550.1 | Wells: 61W-5G1 - Irrigation |
| | | 5H1 - Irrigation |
| Irrigable Acreage | 369.1 | 5H2 - Irrigation |
| Irrigated Acreage | Unknown | |

Surface Diversions:

61W-5H - Reservoir (abandoned - plans to enlarge)
     5G - Reservoir, Capacity 3 a.f.

1863
18

Interlocutory Judg. #36
Exhibit A.

Parcel 61W-6-30                                      Exhibit 208F

   N½ of SE¼ and SE¼ of SE¼ of Sec. 6, T6S, R1W

Apparent Owner:   Oxley, Abner S.

Gross Acreage     120.0                          Wells:

Irrigable Acreage   66.6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 61W-6-31                                      Exhibit 208F

   Ely rectangular 142 acres of the NE¼ of Sec. 6, T6S, R1W, EXCEPT N 30'

Apparent Owners:   Garbani, Fred & Jocondo E.

Gross Acreage     142.0                   Wells: 61W-6A1 - Irrigation

Irrigable Acreage   142.0

Irrigated Acreage   None

Surface Diversions:

61W-6B - Check Dam - small

---

Parcel 61W-6-32                                      Exhibit 208F

   Lots 3, 4 & 5 (N½ of NW¼ and SW¼ of NW¼) of Sec. 6, T6S, R1W; Also,
SE¼ of NW¼ of sd Sec. 6 and Nly 10 acres of NW¼ of SW¼ and Wly 20.64
acres of NE¼ of sd Sec. 6 EXCEPT 30' strip fr Nly side Lots 3 & 4, 30'
strip fr Wly side Lot 4 and 25' strip fr Ely side Lot 4.

Apparent Owner:   Bantle, Claire Pierce

Gross Acreage     193.9                          Wells:

Irrigable Acreage   185.6

Irrigated Acreage   None

Surface Diversions

1864
19

Parcel 61W-6-33                                                          Exhibit 208F

   S 30 acres of Govt. Lot 6, being the NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 6, T6S, R1W;
NE$\frac{1}{4}$ of SW$\frac{1}{4}$ and E 25' of Govt Lot 4 (NW$\frac{1}{4}$ of NW$\frac{1}{4}$) of sd Sec. 6.

Apparent Owners:      Garbani, Joe E. &
                        Ruth S.

Gross Acreage         70.8                              Wells:

Irrigable Acreage     3.7

Irrigated Acreage     None

Surface Diversions:

---

Parcel 61W-9-39                                                          Exhibit 208F

   NE$\frac{1}{4}$ and SE$\frac{1}{4}$ of Sec. 9, T6S, R1W.

Apparent Owners:      Horning, Chester Z. &
                        Ruth E.

Gross Acreage         320.0                             Wells:

Irrigable Acreage     85.8

Irrigated Acreage     10.0

Surface Diversions:

---

Parcel 61W-10-41                                                        Exhibit 208F

   NW$\frac{1}{4}$ of Sec. 10, T6S, R1W.

Apparent Owners:      Horning, Chester Z. &
                        Ruth E.

Gross Acreage         152.7*          Wells: 61W-10D1 - Domestic
                                     10D2 - Domestic &

Irrigable Acreage     125.2                                    Stock
                                     10D3 - Domestic

Irrigated Acreage     60.0                              10E1 - Stock

*Portion outside watershed not included

Surface Diversions:

61W-10D - Reservoir - small.                              1865

                                                20

Interlocutory Judg. #36

Parcel 61W-10-42                                Exhibit 208F

  SW¼ of Sec. 10, T6S, R1W

Apparent Owner:     Wilhelm, Harold O.

Gross Acreage       160.0                Wells: 61W-10L1 - Windmill
                                                 10L2 - Unused
Irrigable Acreage   126.9                        10L3 - Unused

Irrigated Acreage   None

Surface Diversions:

---

Parcel 61W-15-46                                Exhibit 208F

  Sec. 15, T6S, R1W

Apparent Owners:    Whaley, Russell &
                    Ruth E.

Gross Acreage       640.0                Wells:

Irrigable Acreage   263.5

Irrigated Acreage

Surface Diversions:

---

Parcel 62W-1-59                                Exhibit 208F
                                                        231
  Sec. 1, T6S, R2W

Apparent Owners:    Searl Brothers

Gross Acreage       660.9                Wells: 62W-1A1 - Windmill-Stock

Irrigable Acreage   474.3

Irrigated Acreage   450.0

Surface Diversions:

62W-1N - Reservoir, Capacity 10 A.F. MWD water

Parcel 62W-2-60 & 61                                    Exhibit 208F

   Govt Lots 1 & 2 (N½ of NE¼); SW¼ of NE¼; and SE¼ of NW¼ of Sec. 2, T6S, R2W

| | | |
|---|---|---|
| Apparent Owner: | Young, Julia M. | |
| Gross Acreage | 160.9 | Wells: 62W-2E1 - Unused |
| | | 2G1 - Unused |
| Irrigable Acreage | 123.1 | 2A1 - Stock |
| | | 2B2 - Stock |
| Irrigated Acreage | None | |

Surface Diversions:

---

Parcel 62W-2-62                                         Exhibit 208F

   S½; W½ of NW¼; NE¼ of NW¼; and, SE¼ of NE¼ of Sec. 2, T6S, R2W.

| | | |
|---|---|---|
| Apparent Owners: | Domenigoni, Francis N. & Jean | |
| Gross Acreage | 470.2 | Wells: 62W-2J1 - Abandoned |
| | | 2J2 - Irrigation |
| Irrigable Acreage | 367.3 | 2N1 - Windmill, Stock |
| Irrigated Acreage | 100.0 (Est. by owner) | 2P1 - Irrigation |

Surface Diversions:

62W-2N - Reservoir - 50'x100'x5'

---

Parcel 62W-3-63                                         Exhibit 208F
                                                        254

   Sec. 3, T6S, R2W.

| | | |
|---|---|---|
| Apparent Owner: | Domenigoni, Rita | |
| Gross Acreage | 642.6 | Wells: 62W-3J1 - Domestic |
| | | 3R8 - Domestic |
| Irrigable Acreage | 578.2 | |
| Irrigated Acreage | None | |

Surface Diversions:

1867
22

Interlocutory Judg. #36
                         Exhibit A.

Parcel 62W-4-64                                          Exhibit 208F

   $SE\frac{1}{4}$ of $NE\frac{1}{4}$ and $SE\frac{1}{4}$ of Sec. 4, T6S, R2W.

Apparent Owners:      Domenigoni, Frederick E., Angelo O. & Francis N.
                      Young, Julia M.
                      Barton, Elsa E.

Gross Acreage         195.8                      Wells: 62W-4B1 - Abandoned

Irrigable Acreage     174.5

Irrigated Acreage     None

Surface Diversions:

---

Parcel 62W-4-65                                          Exhibit 208F

   Govt. Lot 1 ($NE\frac{1}{4}$ of $NE\frac{1}{4}$) and $E\frac{1}{2}$ of Govt. Lot 2 ($E\frac{1}{2}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$)
   of Sec. 4, T6S, R2W.

Apparent Owners:      McElwee, Georgia P. as Admin.
                              of Est. of Martha E. Bissett.

Gross Acreage         60.8                       Wells:

Irrigable Acreage     29.4

Irrigated Acreage

Surface Diversions:

---

Parcel 62W-8-70                                          Exhibit 208F

   $SE\frac{1}{4}$ of Sec. 8, T6S, R2W

Apparent Owners:      Miller, Albert C. &
                              Madeline

Gross Acreage         158.2*                     Wells:

Irrigable Acreage     158.2

Irrigated Acreage

Surface Diversions:

*Portion outside watershed not included.

1868
23

Parcel 62W-8-71                                          Exhibit 208F

   SW¼ of Sec. 8, T6S, R2W

Apparent Owners:   Hallberg, D. H. &
                    Sally

Gross Acreage     82.9*                           Wells:

Irrigable Acreage   81.1

Irrigated Acreage

*Portion outside watershed not included

Surface Diversions:

---

Parcel 62W-8-71A                                         Exhibit 208F

   NE¼ of Sec. 8, T6S, R2W

Apparent Owner:   Domenigoni, Angelo

Gross Acreage     48.7*                           Wells:

Irrigable Acreage   48.7

Irrigated Acreage

*Portion outside watershed not included

Surface Diversions:

---

Parcel 62W-9-72                                          Exhibit 208F

   W½ of NE¼; and NW¼ of Sec. 9, T6S, R2W.

Apparent Owners:   Miller, Albert C.
                  Garrett, Paul

Gross Acreage     237.0*                          Wells:

Irrigable Acreage   214.0

Irrigated Acreage   None

*Portion outside watershed not included

Surface Diversions:

1869
24

Parcel 62W-9-73                                                    Exhibit 208F

   E½ of NE¼ of Sec. 9, T6S, R2W.

Apparent Owner:   Domenigoni, Frederick E.

Gross Acreage      77.5             Wells: 62W-9A1 - Windmill,
                                                     Domestic &
Irrigable Acreage   77.5                      Stock
                                             9A2 - Domestic
Irrigated Acreage   None

Surface Diversions:

---

Parcel 62W-9-74                                                    Exhibit 208F

   S½ of Sec. 9, T6S, R2W EXCEPT Beg. at a pt 1350' W of SE¼ of sd Sec. 9;
th N 805'; th W 1082.23'; th S 805' to S li of sd Sec; th E 1082.23' to
pob.

Apparent Owner:   Garrett, Paul

Gross Acreage      299.8            Wells: 62W-9J1 - Irrigation
                                            9K1 - Irrigation
Irrigable Acreage   294.3                     (Dry)
                                         9K2 - Domestic
Irrigated Acreage   80.0

Surface Diversions:

---

Parcel 62W-9-75                                                    Exhibit 208F

   Beg at a pt 1350' W of the SE Cor of Sec 9, T6S, R2W; th N 805': th
W 1082.23'; th S 805'; th E 1082.23' to pob, EXCEPT that por daf: Beg
at a pt 1518' W and 661.4' N of SE Cor of sd Sec. 9; th N 100'; th
W 100'; th S 100' th E 100' to pob.

Apparent Owner:   Connell, Dolores

Gross Acreage      20.0             Wells: 62W-9J1 - Irrigation
                                           9K1 - Irrigation
Irrigable Acreage   18.0                      9K2 - Domestic
                                           9Q3 - Domestic
Irrigated Acreage   None

Surface Diversions:

                                                           1870
                                                        25

Interlocutory Judg. #36
Exhibit A

Parcel 62W-9-75A                                    Exhibit 208F

   Beg at a pt 1518' W and 661.4' N of the SE Cor of Sec. 9, T6S, R2W;
   th N 100'; th W 100'; th S 100'; th E 100' to pob.

Apparent Owners:     Miller, Albert C. &
                           Lena

Gross Acreage        0.2                    Wells: 62W-9Q1 - Domestic

Irrigable Acreage    0.2

Irrigated Acreage    None

Surface Diversions:

---

Parcel 62W-10-76                                    Exhibit 208F
                                                         254

   N$\frac{1}{2}$ of NE$\frac{1}{4}$ of Sec. 10, T6S, R2W

Apparent Owner:      Domenigoni, Rita

Gross Acreage        80.0                   Wells:

Irrigable Acreage    71.5

Irrigated Acreage    None

Surface Diversions:

---

Parcel 62W-10-77                                    Exhibit 208F

   SE$\frac{1}{4}$ and SW$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 10, T6S, R2W

Apparent Owners:     Garbani, Richard &
                           Ida

Gross Acreage        200.0                  Wells: 62W-10K1 - Domestic

Irrigable Acreage    131.7

Irrigated Acreage    None

Surface Diversions:

1871

26

-14-                          Interlocutory Judg. #36
                                   Exhibit A

Parcel 62W-10-78

Exhibit 208F
253

SE¼ of NE¼ of Sec. 10, T6S, R2W.

| Apparent Owners: | Domenigoni, Margherita & Domenica |
|---|---|

Gross Acreage          40.0                          Wells:

Irrigable Acreage      40.0

Irrigated Acreage      None

Surface Diversions:

---

Parcel 62W-10-79                                      Exhibit 208F

E½ of NW¼; SW¼ of NW¼ and, SW¼ of Sec. 10, T6S, R2W.

| Apparent Owners: | Domenigoni, Frederick E., Angelo O. & Francis N. Young, Julia M. Barton, Elsa E. |
|---|---|

Gross Acreage        274.9          Wells: 62W-10E1 - Windmill
                                                          Stock
Irrigable Acreage    251.0

Irrigated Acreage     40.0

Surface Diversions:

---

Parcel 62W-10-80                                      Exhibit 208F

NW¼ of NW¼ of Sec. 10, T6S, R2W.

| Apparent Owners: | Domenigoni, Francis N. & Jean H. |
|---|---|

Gross Acreage         39.4          Wells: 62W-10D1 - Domestic
                                                   10D2 - Irrigation
Irrigable Acreage     39.4

Irrigated Acreage     39.4

Surface Diversions:

1872
27

Interlocutory Judg. #36
Exhibit A

Parcel 62W-11-81                                    Exhibit 208F
                                                              231

   Sec. 11, T6S, R2W.

Apparent Owners:   Searl Bros.

Gross Acreage      640.9                Wells: 62W-11A1 - Windmill
                                                   Stock

Irrigable Acreage   396.5                     11B1 - Stock

Irrigated Acreage   400.0 (Est. by owner)

Surface Diversions:

------

Parcel 62W-12-82                                    Exhibit 208F
                                                              231

   Govt. Lots 1 and 3 through 16 (Entire Sec 12 Except NW$\frac{1}{4}$ of NW$\frac{1}{4}$) of
   Sec. 12, T6S, R2W.

Apparent Owners:   Searl Bros.

Gross Acreage      615.0                Wells:

Irrigable Acreage   83.6

Irrigated Acreage   70.0 (Est. by owner)

Surface Diversions:

------

Parcel 62W-16-100                                   Exhibit 208F

   NW$\frac{1}{4}$ of Sec. 16, T6S, R2W.

Apparent Owners:   Domenigoni, Francis N.,
                          Frederick E.
                          Angelo O.

Gross Acreage      160.0                Wells: 62W-16C1 - Windmill
                                                   Stock

Irrigable Acreage   140.7                     16C2 - Stock
                                           16D1 - Windmill
                                           Stock

Irrigated Acreage   None                      16D2 - Abandoned

Surface Diversions:

Interlocutory Judg. #36
Exhibit A.

Parcel 62W-16-101                                    Exhibit 208F

   SW¼ of Sec. 16, T6S, R2W

Apparent Owner:       Christensen, Hans Jr.

Gross Acreage         160.0                    Wells:

Irrigable Acreage     144.4

Irrigated Acreage     None

Surface Diversions:

---

Parcel 62W-17-103                                    Exhibit 208F

   N½ of Sec. 17, T6S, R2W

Apparent Owners:      Domenigoni, Angelo O.,
                      Francis N.
                      Frederick E.

Gross Acreage         320.0              Wells: 62W-17G1 - Windmill
                                                          Stock
Irrigable Acreage     320.0                     17H1

Irrigated Acreage     None

Surface Diversions:

---

Parcel 62W-17-104                                    Exhibit 208F

   SW¼ of Sec. 17, T6S, R2W.

Apparent Owners:      Pourroy, Fred J. & Frances

Gross Acreage         160.0              Wells: 62W-17N1
                                                17N2 - Windmill
Irrigable Acreage     149.0                             Stock

Irrigated Acreage     None

Surface Diversions:

1874
29

Parcel 62W-17-105                                    Exhibit 208F

  SE¼ of Sec. 17, T6S, R2W.

Apparent Owners:      Christensen, Hans Jr. & Hans.

Gross Acreage         160.0                 Wells: 62W-17R1 - Windmill
                                                   17R2 - Windmill
Irrigable Acreage     160.0

Irrigated Acreage     None

Surface Diversions:

62W-17K - Reservoir, 300' Diam, 15' Deep.

---

Parcel 62W-18-106                                    Exhibit 208F

  SE¼ of Sec. 18, T6S, R2W

Apparent Owners:      Stearns, Gilbert &
                                Zelma E.

Gross Acreage         160.0                 Wells: 62W-18R1 - Windmill
                                                           Domestic
Irrigable Acreage     160.0

Irrigated Acreage     None

Surface Diversions:

---

Parcel 62W-19-113                                    Exhibit 208F

  Govt Lots 3 & 4 (W½ of SW¼); E½ of SW¼ and W½ of SE¼ of Sec. 19, T6S, R2W
  EXCEPT fr sd Lots 3 & 4 that por daf: Beg.at pt 750' N of SW Cor of sd
  Lot 4; th E 250'; th N 594'; th W 250' to W li of sd Sec. 19; th S on W li
  594' to pob

Apparent Owners:      MC ELHINNEY, Dorothy

Gross Acreage         244.6                 Wells: 62W-19N1 - Domestic
                                                   19N2 - Domestic
Irrigable Acreage     244.6                         19N3 - Windmill
                                                           Domestic &
Irrigated Acreage     None                                 Stock

Surface Diversions:

                                                         1875
                                                          30

                          -18-           Interlocutory Judg. #36
                                               Exhibit A.

Parcel 62W-19-114                                    Exhibit 208F

NE¼; E½ of SE¼ of Sec. 19, T6S, R2W EXCEPT por daf: Beg at SW Cor
of SE¼ of SE¼ of sd Sec 19; th Ely on Sly li of sd Sec 19 300'; th
Nly at r/a to sd Sly li 1000'; th Wly p/w sd Sly li to W li of E½
of SE¼; th Sly alng sd W li 1000' to pob.

Apparent Owners:      Pourroy, Fred J. &
                          Frances

Gross Acreage         237.7                    Wells: 62W-19H1 - Domestic

Irrigable Acreage     209.5

Irrigated Acreage     None

Surface Diversions:

---

Parcel 62W-20-118                                    Exhibit 208F

NW½ of Sec. 20, T6S, R2W

Apparent Owners:      Pourroy, Fred J. &
                          Frances

Gross Acreage         160.0                    Wells:

Irrigable Acreage     149.9

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 62W-23-128                                    Exhibit 208F

Sec. 23, T6S, R2W

Apparent Owners:      Rawson, Tommy
                      (Shipley & Shipman)

Gross Acreage                                  Wells:

Irrigable Acreage

Irrigated Acreage

Surface Diversions:

1876

31

Interlocutory Judg. #36
                                          Exhibit A.

Parcel 62W-24-129                                                  Exhibit 208F

E½ of SE¼; SW¼ of SE¼; E½ of SW¼; NW¼ of SW¼; S½ of NW¼; NE¼ of NW¼
and NE¼ of Sec. 24, T6S, R2W EXCEPT 1 acre to School Dist daf: Beg
at SE Cor of NE¼ of NE¼ of sd Sec. 24; th W 12 rods; th N 13 rods;
th E 12 rods; th S 13 rods to pob.

Apparent Owner:   Rawson, Tommy
                  (Shipley & Shipman)

Gross Acreage                                       Wells:

Irrigable Acreage

Irrigated Acreage

Surface Diversions:

---

Parcel 62W-26-133                                                  Exhibit 208F

N½ of NW¼ and SW¼ of NW¼ of Sec. 26, T6S, R2W

Apparent Owners:     Domenigoni, Frederick E.
                     Jean
                     Francis N.

Gross Acreage      120.0                             Wells:

Irrigable Acreage  101.6

Irrigated Acreage

Surface Diversions

---

Parcel 62W-27-139                                                  Exhibit 208F

Sec. 27, T6S, R2W.

Apparent Owner:  Vial, Arthur Joseph

Gross Acreage      576.6               Wells: 62W-27N1 - Domestic
                                                         & Stock
Irrigable Acreage  263.2

Irrigated Acreage  None

Surface Diversions

1877
32

Parcel 62W-28-142                                    Exhibit 208F

$S\frac{1}{2}$ of $SW\frac{1}{4}$; and, that por of $S\frac{1}{2}$ of $SE\frac{1}{4}$ lying Wly of State Hwy as located on 22 Oct. 1940, Sec. 28, T6S, R2W.

Apparent Owners:      Pourroy, Pierre Jr., &<br>
                            Catherine B.

Gross Acreage      140.0                           Wells:

Irrigable Acreage    125.0

Irrigated Acreage    None

Surface Diversions:

---

Parcel 62W-30-151                                    Exhibit 208F

Govt Lot 1 ($NW\frac{1}{4}$ of $NW\frac{1}{4}$) and $N\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 30, T6S, R2W.

Apparent Owners:      McElhinney, Dorothy

Gross Acreage      64.7                            Wells:

Irrigable Acreage    64.7

Irrigated Acreage    None

Surface Diversions:

---

Parcel 62W-31-157                                    Exhibit 208F

$E\frac{1}{2}$ of $NW\frac{1}{4}$ of Sec. 31, T6S, R2W.

Apparent Owners:      Cummins, Robert M. &<br>
                            Pearl D.

Gross Acreage      494.0                           Wells:

Irrigable Acreage    443.8

Irrigated Acreage    None

Surface Diversions:

1878<br>
33

                         Interlocutory Judg. #36<br>
                                                 Exhibit A.

Parcel 62W-32-161                                          Exhibit 208F

   Sec. 32, T6S, R2W

Apparent Owners:     Pourroy, Pierre Jr., &
                         Catherine B.

Gross Acreage        625.1              Wells: 62W-32A1 - Irrigation
                                                             & Stock
Irrigable Acreage    625.1                     32B1 - Windmill
                                                             Stock
Irrigated Acreage    None                      32L1 - Windmill
                                                             Stock
Surface Diversions:                            32Q2 - Stock

---

Parcel 62W-33-162                                          Exhibit 208F

   S½ of Sec. 33, T6S, R2W

Apparent Owners:     Streeter, Edwin W. &
                         Bertha R.

Gross Acreage        320.0              Wells:

Irrigable Acreage    279.6

Irrigated Acreage    None

Surface Diversions:

---

Parcel 62W-33-163                                          Exhibit 208F

   N½ of Sec. 33, T6S, R2W

Apparent Owners:     Pourroy, Pierre Jr. &
                         Catherine B.

Gross Acreage        320.0              Wells: 62W-33E1 - Domestic
                                                             & Stock
Irrigable Acreage    221.9

Irrigated Acreage    None

Surface Diversions:

16849

Interlocutory Judg. #36
                                        Exhibit A.

Parcel 62W-34-164                                    Exhibit 208F

   NW¼ & N½ of SW¼ of Sec. 34, T6S, R2W

Apparent Owners:   Pourroy, Pierre Jr. &
                     Catherine B.

Gross Acreage     208.9                 Wells: 62W-34C1 - Stock

Irrigable Acreage  200.1

Irrigated Acreage  None

Surface Diversions:

---

Parcel 62W-34-166                                    Exhibit 208F

   NE¼ of Sec. 34, T6S, R2W

Apparent Owners:   Gottula, Theodore A. &
                     Ginger Mae

Gross Acreage     160.0                 Wells: 62W-34G2 - Domestic

Irrigable Acreage   30.3

Irrigated Acreage  None

Surface Diversions:

---

Parcel 62W-34-167                                    Exhibit 208F

   SE¼ of Sec. 34, T6S, R2W

Apparent Owners:   Peterson, Holger M. &
                     Madga M.

Gross Acreage     160.0                 Wells:

Irrigable Acreage   51.4

Irrigated Acreage  None

Surface Diversions:

3880

Parcel 63W-25-182                                      Exhibit 208F

   Sec. 25, T6S, R3W

Apparent Owners:     Kraushaar, I. N. &
                                Beth L.

Gross Acreage        640.0                 Wells: 63W-25A1 – Domestic
                                                        25A2 – Irrigation
Irrigable Acreage    425.1                               25B1 – Irrigation
                                                        25L1 – Stock &
Irrigated Acreage    15.0                                       Irrigation

Surface Diversions:

63W-25H – Pond 100' Dia, 10" Depth

---

Parcel 63W-36-236                                     Exhibit 208F

   Sec. 36, T6S, R3W, EXCEPT NE¼ of NE¼

Apparent Owners:     Kraushaar, I. N. &
                                Beth

Gross Acreage        600.0                 Wells:

Irrigable Acreage    229.9

Irrigated Acreage    None

Surface Diversions:

---

Parcel 63W-36-237                                     Exhibit 208F

   NE¼ of NE¼ of Sec. 36, T6S, R3W

Apparent Owners:  Nelson, A. J. & Wilma

Gross Acreage        40.0                  Wells:

Irrigable Acreage    14.5

Irrigated Acreage    None

Surface Diversions:

1881

36

Interlocutory Judg. #36
                                                Exhibit A

Parcel 72W-3-385                                         Exhibit 208F

   NW$\frac{1}{4}$ of Sec. 3, T7S, R2W

Apparent Owners:   Nicolas, Marius A. &
                 Mary

Gross Acreage     160.5            Wells:

Irrigable Acreage  160.5

Irrigated Acreage  None

Surface Diversions:

---

Parcel 72W-4-388                                         Exhibit 208F

   S$\frac{1}{2}$ of N$\frac{1}{2}$ of Sec. 4, T7S, R2W

Apparent Owners:   Cummins, Robert M. &
                 Pearl Dickinson

Gross Acreage     155.2            Wells: 72W-4E1 - Windmill
                                                      Stock

Irrigable Acreage  155.2

Irrigated Acreage  None

Surface Diversions:

---

Parcel 72W-4-389                                         Exhibit 208F

   N$\frac{1}{2}$ of N$\frac{1}{2}$ of Sec. 4, T7S, R2W

Apparent Owners:   Pourroy, Fred J. &
                 Frances

Gross Acreage     162.4            Wells: 72W-4C2 - Domestic
                                                     4D1 - Domestic

Irrigable Acreage  162.4

Irrigated Acreage  None

Surface Diversions:

1882

37

     Interlocutory Judg. #36
                                 Exhibit A.

Parcel 72W-5-391                                      Exhibit 208F

NW¼ and S½ of Sec. 5, T7S, R2W EXCEPT por daf: Beg at NE Cor of sd
S½ of Sec. 5; th S 417.42'; th W 417.42'; th N 417.42'; th E 417.42'
to pob

Apparent Owners:     Pourroy, Fred J. &
                     Frances

Gross Acreage        471.3                    Wells: 72W-5C1 - Stock

Irrigable Acreage    381.8

Irrigated Acreage    None

Surface Diversions:

---

Parcel 72W-5-393                                      Exhibit 208F

NE¼ of Sec. 5, T7S, R2W

Apparent Owners:     Cummins, Robert M. &
                     Pearl Dickinson

Gross Acreage        159.5                    Wells: 72W-5H1 - Irrigation
                                                             & Domestic
Irrigable Acreage    159.5

Irrigated Acreage     15.0

Surface Diversions:

---

Parcel 72W-6-394                                      Exhibit 208F

E½ of E½ of SE¼ of Sec. 6, T7S, R2W

Apparent Owners:     Pourroy, Fred J. &
                     Frances

Gross Acreage        40.0                     Wells:

Irrigable Acreage    38.0

Irrigated Acreage    None

Surface Diversions:

1883
38

Parcel 72W-6-395            Exhibit 208F

    $W\frac{1}{2}$ of $SE\frac{1}{4}$; $W\frac{1}{2}$ of $E\frac{1}{2}$ of $SE\frac{1}{4}$; $N\frac{1}{2}$ of $NW\frac{1}{4}$; and, $SW\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 6, T7S, R2W.

| | | |
|---|---|---|
| Apparent Owners: | Smohl, Leonard O. & Ethel L. | |
| Gross Acreage | 254.2 | Wells: 72W-6C1 - Unused |
| | | 6C2 - Domestic |
| Irrigable Acreage | 231.7 | 6Q1 - Windmill Stock |
| Irrigated Acreage | None | |

Surface Diversions:

72W-6Q - Reservoir and dam, capacity 35 a.f.

---

Parcel 72W-6-396            Exhibit 208F

    $NE\frac{1}{4}$ of Sec. 6, T7S, R2W.

| | | |
|---|---|---|
| Apparent Owners: | Marquis, Raoul & Minerva | |
| Gross Acreage | 152.4 | Wells: 72W-6A3 - Domestic & Stock |
| Irrigable Acreage | 152.4 | |
| Irrigated Acreage | None | |

Surface Diversions:

---

Parcel 72W-6-397            Exhibit 208F

    $SE\frac{1}{4}$ of $NW\frac{1}{4}$ and $SW\frac{1}{4}$ of Sec. 6, T7S, R2W.

| | | |
|---|---|---|
| Apparent Owners: | Borel, A. F. & Louise | |
| Gross Acreage | 214.8 | Wells: 72W-6Q3 - Stock |
| Irrigable Acreage | 148.1 | |
| Irrigated Acreage | None | |

Surface Diversions:

39 1884

Interlocutory Judg. #36
Exhibit A.

Parcel 72W-7-401                                    Exhibit 208F

W½ of W½ of Sec. 7, T7S, R2W lying W of County Road

Apparent Owners:     Servel, Leon J. &
                     Clementine C.

Gross Acreage        66.8                           Wells:

Irrigable Acreage    66.8

Irrigated Acreage

Surface Diversions:

---

Parcel 73W-1-410                                    Exhibit 208F

N1/3 of N½ of Sec. 1, T7S, R3W.

Apparent Owner:      Ceas, Etienne

Gross Acreage        107.1                          Wells:

Irrigable Acreage    86.9

Irrigated Acreage    None

Surface Diversions:

---

Parcel 73W-1-411                                    Exhibit 208F

S 1/3 of N½ of N½ and N 1/3 of S½ of N½ of Sec. 1, T7S, R3W.

Apparent Owners:     Ceas, Albert N. &
                     Maxine R.

Gross Acreage        107.1                          Wells:

Irrigable Acreage    58.4

Irrigated Acreage    None

Surface Diversions:

1885
40

Interlocutory Judg. #36
                     Exhibit A.

Parcel 73W-1-412                                          Exhibit 208F

   8 1/3 of N½ of Sec. 1, T7S, R3W.

Apparent Owner:    Cess, Emelie

Gross Acreage      107.1                    Wells:

Irrigable Acreage   55.7

Irrigated Acreage   None

Surface Diversions:

---

Parcel 73W-1-413                                          Exhibit 208F

   S½ of Sec. 1, T7S, R3W

Apparent Owners:   Frenchmen's Valley Farm & Development Corp.

Gross Acreage      320.0                    Wells:

Irrigable Acreage   79.4

Irrigated Acreage   None

Surface Diversions:

---

Parcel 73W-11-447                                         Exhibit 208F

   Por of E½ of SW¼ of Frac Sec 11, T7S, R3W lying NEly of Rho Temecula li
running through said Sec. 11 EXCEPT therefrom the Nly 13.93 Acrea.  Also,
SW¼ of SE¼ of sd Frac Sec. 11 lying NEly of Rho Temecula Li EXCEPT there-
from the Ely 10 acres (being the E½ of E½ of SW¼ of SE¼ of sd Sec. 11)

Apparent Owners:   Gagnon, George W.

Gross Acreage      51.7                     Wells:

Irrigable Acreage   15.0

Irrigated Acreage   None

Surface Diversions:

1886
41

Interlocutory Judg. #36
Exhibit A.

Parcel 73W-11-450                                    Exhibit 208F

   NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Frac Sec. 11, T7S, R3W

Apparent Owners:   Magnes, Charles Lorenzo

Gross Acreage     40.0                          Wells:

Irrigable Acreage   4.2

Irrigated Acreage   None

Surface Diversions:

---

Parcel 73W-11-458                                    Exhibit 208F

   S$\frac{1}{2}$ of S$\frac{1}{2}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Frac. Sec. 11, T7S, R3W.

Apparent Owner:   Layburn, George R.

Gross Acreage     10.0                          Wells:

Irrigable Acreage   2.7

Irrigated Acreage   None

Surface Diversions:

---

Parcel 73W-11-459                                    Exhibit 208F

   NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of NE$\frac{1}{4}$; S$\frac{1}{2}$ of SW$\frac{1}{4}$ of NE$\frac{1}{4}$; and, N$\frac{1}{2}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Frac.
Sec. 11, T7S, R3W.

Apparent Owner:   Gagnon, George W.

Gross Acreage     50.0                          Wells:

Irrigable Acreage   0.0

Irrigated Acreage   None

Surface Diversions:

1887

42

          Interlocutory Judg. #36
                      Exhibit A.

Parcel 73W-11-460                                    Exhibit 208F

   N$\frac{1}{2}$ of SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Frac. Sec. 11, T7S, R3W.

Apparent Owners:      Novak, Frank J. &
                        Martha Ruth

Gross Acreage         5.0                             Wells:

Irrigable Acreage     None

Irrigated Acreage     None

Surface Diversions:

---

Parcel 73W-11-461                                    Exhibit 208F

   N$\frac{1}{2}$ of SW$\frac{1}{4}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Frac. Sec. 11, T7S, R3W.

Apparent Owners:      Hodding, Walford M. &
                        Beatrice L.

Gross Acreage         5.00                            Wells:

Irrigable Acreage     None

Irrigated Acreage     None

Surface Diversions:

---

Parcel 73W-11-462                                    Exhibit 208F

   SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Frac Sec. 11, T7S, R3W.

Apparent Owners:      Welch, Alberta P.
                      Angeloty, Achilles

Gross Acreage         40.0                            Wells:

Irrigable Acreage     None

Irrigated Acreage     None

Surface Diversions:

1888
43

Parcel 73W-12-463                                    Exhibit 205F

$N\frac{1}{2}$; $E\frac{1}{2}$ of $SE\frac{1}{4}$; $NW\frac{1}{4}$ of $SE\frac{1}{4}$; and $NW\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 12, T7S, R3W

Apparent Owner:      Frenchmen's Valley Farm & Development Corp.

Gross Acreage        40.0                        Wells:

Irrigable Acreage    None

Irrigated Acreage    None

Surface Diversions:

1889

44

Interlocutory Judg. #36
                 Exhibit A

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 51W-29 - 1

Lot 1, Section Twenty-nine (29), Township Five (5) South, Range
One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.  Also, the East Half of the
Southeast Quarter of Section Twenty-nine (29), Township Five
(5) South, Range One (1) West, San Bernardino Base and Meri-
dian, in the County of Riverside, State of California.

OWNERS:          SEARL, Edgar L.

                 SEARL, Emmaline

                 SEARL, Harry O.

                 SEARL, Hazel D.

                 SEARL, Lorena G.

                 SEARL, Gerald E.

                 SEARL, Floyd L.


Parcel 51W-29 - 2

The Southwest Quarter of Section Twenty-nine (29), Township Five
(5) South, Range One West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.  Also, the
West Half of the Southeast Quarter of Section Twenty-nine (29),
Township Five (5) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.  Also, Government Lot Two (2) in the Southwest Quarter
of the Northeast Quarter of Section Twenty-nine (29), Township
Five (5) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:           SEARL BROTHERS


Parcel 51W-30 - 3

The South Half of Section Thirty (30), Township Five (5) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:          SEARL BROTHERS

1890

45

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 51W-31 - 4

The Southeast Quarter of the Southeast Quarter of Section Thirty-One (31), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:
SEARL, Edgar L.
SEARL, Emmaline
SEARL, Harry O.
SEARL, Hazel D.
SEARL, Lorena G.
SEARL, Gerald E.
SEARL, Floyd L.

Parcel 51W-31 - 5

The South Half of Section Thirty-one (31), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. EXCEPTING therefrom The Southeast Quarter of the Southeast Quarter of said Section 31.

OWNERS:      SEARL BROTHERS

Parcel 51W-31 - 6

The North Half of Section Thirty-one (31), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:      BOSWELL, Roy V.

Parcel 51W-32 - 7

All of Section Thirty-two (32), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. EXCEPTING the South 600 feet of Government Lot Two (2).

OWNERS:      SEARL BROTHERS

1891
f 46

-2-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 51W-32 - 8

The South 600 feet of Government Lot Two (2), Section Thirty-two (32), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        SEARL, Lorena G. (wife)

                    SEARL, Gerald Ernest, aka G. E. (hus)


### Parcel 51W-33 - 9

All of Section Thirty-three (33), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        SEARL BROTHERS


### Parcel 52W-33 - 10

The North 30 acres of the Southwest Quarter of the Southeast Quarter, and the South Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter, and the East Half of the Southeast Quarter of Section Thirty-three (33), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Angelo (hus)

                    DOMENIGONI, Marie (wife)


### Parcel 52W-33 - 11

The South Half of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter of Section Thirty-three (33), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        BISSETT, Ernest R. (s/m)

                    TITLE INS. & TRUST CO. (TDTr.)

1892

47

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 52W-33 - 11 (cont'd)

> LOVEBERG, Esther (wid) (TDBen)
>
> LOVEBERG, A. Godfrey Jr. (m/m) (TDBen)
>
> KELLEY KAR CO. dba Les Kelley Leasing Co (TDBen)

Parcel 52W-33 - 12

The East Half of the Northeast Quarter of the Southwest Quarter, and the East Half of the Southeast Quarter of the Southwest Quarter of Section Thirty-three (33), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          BROSS, Robert K. (hus)

BROSS, Frances K. (wife)

RAUSCHILBACH, John F. (hus) (TDBen)

RAUSCHILBACH, Jennie Belle (wife) (TDBen)

FREITAG, Rufus (TDTr)

THE NORTHWESTERN MUTUAL LIFE INS. CO. (TDBen)

Parcel 52W-34 - 13

The South Half of Section Thirty-four (34), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  EXCEPTING the North Half of the Southwest Quarter of said Section Thirty-four (34).

OWNERS:          YOUNG, Kenneth W. (hus)

YOUNG, Julia M. (wife)

Parcel 52W-34 - 14

The North Half of the Southwest Quarter of Section Thirty-four (34), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

1893
48

-4-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 52W-34-14 (cont'd)

OWNERS:    MORRIS, Charles H. (hus)

        MORRIS, Florence N. (wife)

        MORRIS, Robert C. (s/m)


Parcel 52W-35 - 15

The South Half of Section Thirty-five (35), Township Five
(5) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:      YOUNG, Kenneth W. (hus)

         YOUNG, Julia M. (wife)


Parcel 52W-36 - 16

Government Lots One (1), Two (2), Seven (7) and Eight (8),
being the Southeast Quarter of Section Thirty-six (36),
Township Five (5) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:      HARRIS, Minnie A. (wid)


Parcel 52W-36 - 17

The Southeast Quarter of the Northeast Quarter of Section
Thirty-six (36), Township Five (5) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.  Also, Government Lots
Three (3), Four (4) and Six (6), being the North Half of the
Southwest Quarter and the Southeast Quarter of the Southwest
Quarter of Section Thirty-six (36), Township Five (5) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:      VAN WERT, Alexia R. (m/w, sep prop.)

49

-5-

1894

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 52W-36 - 18

Government Lot Five (5), being the Southwest Quarter of the
Southwest Quarter of Section Thirty-six (36), Township Five
(5) South, Range Two (2) West, San Bernardino Base and Meri-
dian, in the County of Riverside, State of California.

OWNERS:       DENTON, Gerald R. (hus)

              DENTON, Fredonia F. (wife)

Parcel 61W-3 - 19

Portion of the Rancho San Jacinto Viejo, being part of the North
Half of Section Three (3), Township Six (6) South, Range One
(1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, lying Northerly of line des-
cribed as follows:  Beginning at a point in the West line of
said Section Three (3) distant 32.25 chains South from the
Northwest Corner; thence North 68°11' East to the Northeast
Corner of said Section Three (3).

OWNERS:       SEARL BROTHERS

Parcel 61W-3 - 20

The West 20.10 acres of Lot 4;  All of Lot 5;  The East Half
of the Northwest Quarter of the Southwest Quarter;  And, the
West Half of the West Half of the Northeast Quarter of the
Southwest Quarter of Section Three (3), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:       BAATZ, Elmer (s/m)

              SHUMATE, Olive O. (m/w)

Parcel 61W-3 - 21

The East Half of the Southeast Quarter of the Southwest Quarter
of Section Three (3);  Also, The East Half of the West Half of

1895       50

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

**Parcel 61W-3 - 21 (cont'd)**

the Southeast Quarter of the Southwest Quarter of Section Three
(3), Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.

OWNERS:      WILHELM, Theresia L.

**Parcel 61W-3 - 22**

The Southwest Quarter of the Southwest Quarter, and the West
Half of the Northwest Quarter of the Southwest Quarter, and
the West Half of the West Half of the Southeast Quarter of the
Southwest Quarter of Section Three (3), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:      HORNING, Chester Z. (hus)

HORNING, Ruth E. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
        BANK OF RIVERSIDE (TDBen)

LAND TITLE INS. CO. (TDTr)

**Parcel 61W-4 - 23**

The South Half of the Southeast Quarter;  and the East Half
of the Northeast Quarter of the Southeast Quarter;  and the
Southeast Quarter of the Southwest Quarter;  and Government
Lots Two (2) and Three (3) of Section Four (4), Township
Six (6) South, Range One (1) West,  San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:      HORNING, Chester Z. (hus)

HORNING, Ruth E. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
        BANK OF RIVERSIDE (TDBen)

LAND TITLE INS. CO. (TDTr)

1896

51

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-4 - 24

Government Lot Four (4), Section Four (4), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:          SEARL, Harry O. (hus)
                 SEARL, Hazeldell (wife)


Parcel 61W-4 - 25

The West Half of the Northeast Quarter of the Southeast Quarter
of Section Four (4), Township Six (6) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:          ALLERT, Lawrence H. (hus)
                 ALLERT, Bessie D. (wife)


Parcel 61W-4 - 26

Commencing at the Southeast Corner of the Northeast Quarter
of Section Four (4), Township Six (6) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California; thence West along Quarter
Section line to intersection of line of San Jacinto Rancho;
thence along the line of said Rancho North 68°11' East to
the intersection of the West line of Diamond School District
Lot; thence South 7.80 rods to the Southwest Corner of said
Diamond School District Lot; thence East along the line of
said School District Lot 25 rods; thence South 17.80 rods
to point of beginning, said tract containing 6.16 acres plus.
RESERVING along East and South line 40 feet for streets and
roads.

OWNERS:          ALLERT, L. H. (hus)
                 ALLERT, Bessie D. (wife)

1897

52

-8-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-4 - 27

That portion of Lot One (1), Section Four (4), Township Six
(6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
described as follows: Beginning at the intersection of the
East line of Section Four (4) with Southerly line of Rancho
San Jacinto Viejo; thence South on East line of said Section
Four (4) 17.80 rods; thence West 25 rods; thence North 7.80
rods to said southerly line of said Rancho; thence North-
easterly on said Southerly line to point of beginning.

OWNERS:     SEARL, Edgar L. (hus)
            SEARL, Emmeline (wife)


Parcel 61W-4 - 28

That portion of Rancho San Jacinto Viejo in Section Four (4)
Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California lying Northerly of a line described as follows:
Beginning on the West line of Section Four (4) distant
Northerly 16.37 chains from the Southwest Corner of Section
Four (4); thence North 68°11' East to point on East line
of Section Four (4) distant Southerly 32.25 chains from North-
east Corner of said Section Four (4).

OWNERS:     SEARL BROTHERS


Parcel 61W-5 - 28A

That portion of the Rancho San Jacinto Viejo in Section Five
(5), Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia described as follows: Beginning at the Northeast Corner
of said Section Five (5); thence West along North line of
Section Five (5) 13.68 chains to Northeast Corner of Government

1898

53

-9-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 61W-5 - 28A (cont'd)

Lot Four (4); thence South along East line of Government Lots
Four (4), Five (5), Six (6) and a portion of Seven (7), 69.20
chains; thence North 68°11' East 14.96 chains to the East line
of Section Five (5); thence North along said East line of
Section Five (5) to point of beginning.

OWNERS:        SEARL BROTHERS


### Parcel 61W-5 - 29

Government Lots One (1) through Seven (7);  The South Half of
the Northwest Quarter;  All of the Southwest Quarter;  The
West Half of the Southeast Quarter;  All of the Southwest
Quarter of the Northeast Quarter of Section Five (5), Town-
ship Six (6) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:        GARBANI, Fred (m/m)  und. $\frac{1}{4}$ int.

GARBANI, James A. (m/m)  und. $\frac{1}{4}$ int.

GARBANI, Jocondo E. (m/m)  und. $\frac{1}{4}$ int.

SALGADO, Valentina (wid),  und. $\frac{1}{4}$ int.


### Parcel 61W-6 - 30

The North Half of the Southeast Quarter, and the Southeast Quarter
of the Southeast Quarter of Section Six (6), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        OXLEY, Abner S.


### Parcel 61W-6 - 31

Easterly rectangular 142 acres of the Northeast Quarter of
Section Six (6), Township Six (6) South, Range One (1) West
San Bernardino Base and Meridian, in the County of Riverside,
State of California.  EXCEPTING THEREFROM the North 30 feet.

OWNERS:        GARBANI, Fred (m/m)
               GARBANI, Jocondo E. (m/m)
                    -10-

1899   54

<u>UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED</u>

<u>Parcel 61W-6 - 32</u>

Lots Three (3), Four (4) and Five (5), being the North Half
of the Northwest Quarter and the Southwest Quarter of the
Northwest Quarter of Section Six (6), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California;  Also, the Southeast
Quarter of the Northwest Quarter of said Section Six (6), and
the Northerly 10 acres of the Northwest Quarter of the South-
west Quarter and the Westerly 20.64 acres of the Northeast
Quarter of said Section Six (6),  EXCEPTING THEREFROM a strip
of land 30 feet in width off the Northerly side of said Lots
Three (3) and Four (4), and a strip 30 feet in width off the
Westerly side of said Lot Four (4) conveyed to the County
of San Diego for road purposes;  ALSO EXCEPTING a strip of
land 25 feet in width off the Easterly side of said Lot
Four (4).

OWNERS:        BANTLE, Claire Pierce (m/w)

<u>Parcel 61W-6 - 33</u>

South 30 acres of Government Lot Six (6), being the Northwest
Quarter of the Southwest Quarter of Section Six (6), Township
Six (6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California;
And the Northeast Quarter of the Southwest Quarter;  And the
East 25 feet of Government Lot Four (4) (being the Northwest
Quarter of the Northwest Quarter of said Section Six (6).

OWNERS:        GARBANI, Joe E. (hus)

               GARBANI, Ruth S. (wife)

1900    55

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-9 - 38

The West Half of Section Nine (9), Township Six (6) South,

Range One (1) West, San Bernardino Base and Meridian, in

the County of Riverside, State of California.

OWNERS:  RAWSON, Tommy (s/m)

    FEDERAL LAND BANK OF BERKELEY (TDTr. and TDBen)


Parcel 61W-9 - 39

The Northeast Quarter and the Southeast Quarter of Section

Nine (9), Township Six (6) South, Range One (1) West, San

Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNERS:  HORNING, Chester Z. (hus)

    HORNING, Ruth E. (wife)

    LAND TITLE COMPANY OF RIVERSIDE (TDTr)

    CITIZENS NATIONAL TRUST AND SAVINGS
      BANK OF RIVERSIDE (TDBen)


Parcel 61W-10 - 40

The South Half of the Southeast Quarter; the Northwest

Quarter of the Southeast Quarter; and, the Southwest

Quarter of the Northeast Quarter of Section Ten (10),

Township Six (6) South, Range One (1) West, San Bernardino

Base and Meridian, in the County of Riverside, State of

California.

OWNERS:  U. S. A.


Parcel 61W-10 - 41

The Northwest Quarter of Section Ten (10), Township Six (6)

South, Range One (1) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:  HORNING, Chester Z. (hus)

    HORNING, Ruth E. (wife)

1901

56

-13-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-10 - 41 (cont'd)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDBen)

LAND TITLE INS. CO. (TDTr)


Parcel 61W-10 - 42

The Southwest Quarter of Section Ten (10), Township Six

(6) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:      WILHELM, Harold O. (m/m)


Parcel 61W-14 - 43

Lots Thirteen (13) and Fourteen (14) (Being the South Half

of the Southwest Quarter) of Section Fourteen (14), Town-

ship Six (6) South, Range One (1) West, San Bernardino Base

and Meridian, in the County of Riverside, State of Calif-

ornia.

OWNERS:      WHALEY, Russell (hus)

             WHALEY, Ruth E. (wife)


Parcel 61W-14 - 44

Lots Eleven (11) and Twelve (12) (Being the North Half of the

Southwest Quarter) of Section Fourteen (14), Township Six

(6) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:      SEVIER, John H. & Donald C. (Trustors)

             SEVIER, Robert M., as Administrator of Estate of
                  Lucille D. Sevier (Dec'd). (Trust Benef)

             TITLE INS. & TRUST CO. (Trustee)


Parcel 61W-14 - 45

The Northwest Quarter of Section Fourteen (14), Township Six

(6) South, Range One (1) West, San Bernardino Base and

1902

57

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

~~Parcel 61W-14 - 45 (cont'd)~~

Meridian, in the County of Riverside, State of California.

OWNERS: SWARTHOUT, Ernest (hus)

SWARTHOUT, Ada (wife)

## Parcel 61W-15 - 46

All of Section Fifteen (15), Township Six (6) South, Range
One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS: WHALEY, Russell (hus)

WHALEY, Ruth E. (wife)

GOODHART, George E. (hus) (TDBen)

GOODHART, Gladys E. (wife) (TDBen)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr)

## Parcel 61W-16 - 47

The South Half and the West Half of the Northwest Quarter of
Section Sixteen (16), Township Six (6) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS: RAWSON, Tommy (s/m)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

## Parcel 61W-16 - 48

The Northeast Quarter of Section Sixteen (16), Township Six
(6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS: LILLY REALTY CORPORATION

## Parcel 61W-16 - 49

The East Half of the Northwest Quarter of Section Sixteen (16),

1803

-15-

58

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-23 - 57

Lots Three (3) and Six (6) (being the East Half of the
Northwest Quarter, and Lots Nine (9), Ten (10), and Eleven
(11), (being the North Half of the Southeast Quarter and
the Northeast Quarter of the Southwest Quarter) of Section
Twenty-three, Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:      HUFFACKER, John G. (hus.)

             HUFFACKER, Eleanore F. (wife)


Parcel 61W-23 - 58

Lots Four (4) and Five (5) (Being the West Half of the
Northwest Quarter) of Section Twenty-three (23), Town-
ship Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:      HILL, Victor C.

             HILL, Helen Durr


Parcel 62W-1 - 59

Lots One (1) and Two (2) of Amended Map of Riverside
Fig Farms, Unit No. 1 on file Book 19, page 73 of Maps,
Riverside County Records, and Governments Lots Three (3)
through Six (6) and Nine (9) through Sixteen (16), being
all of Section One (1), Township Six (6) South, Range Two
(2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:      SEARL BROTHERS

1904
59

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-2 - 60

Government Lots One (1) and Two (2) (being the North Half
of the Northeast Quarter) of Section Two (2), Township Six
(6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        YOUNG, Julia M.


Parcel 62W-2 - 61

The Southwest Quarter of the Northeast Quarter, and the
Southeast Quarter of the Northwest Quarter of Section Two
(2), Township Six (6) South, Range Two (2) West, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        YOUNG, Kenneth W. (hus)

               YOUNG, Julia M. (wife)

               SECURITY TITLE INS. & GUARANTEE CO. (TDTr)

               DOMENIGONI, Margherita C. (s/w) (TDBen)

               DOMENIGONI, Domenica (s/w) (TDBen)


Parcel 62W-2 - 62

The South Half, and the West Half of the Northwest Quarter, and
the Northeast Quarter of the Northwest Quarter, and the South-
east Quarter of the Northeast Quarter of Section Two (2), Town-
ship Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Francis N. (s/m)

               DOMENIGONI, Jean


Parcel 62W-3 - 63

All of Section Three (3), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of

1905

60

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-3 - 63 (cont'd)

Riverside, State of California, EXCEPT strip of land on Westerly
line conveyed to County of Riverside for road purposes.

OWNERS:        DOMENIGONI, Rita (s/w)


Parcel 62W-4 - 64

The Southeast Quarter of the Northeast Quarter, and the South-
east Quarter of Section Four (4), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               YOUNG, Julia M.

               BARTON, Elsa E.


Parcel 62W-4-65

Government Lot One (1) (being the Northeast Quarter of the
Northeast Quarter) and the East Half of Government Lot Two
(2) (being the East Half of the Northwest Quarter of the
Northeast Quarter) of Section Four (4), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        MC ELWEE, Georgia P., as Administratrix of
               Estate of Martha E. Bissett


Parcel 62W-4 - 66

The Southwest Quarter of the Northeast Quarter, and the
South Half of the Northwest Quarter, and Government Lot
Four (being the Northwest Quarter of the Northwest
Quarter) of Section Four (4), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian,

1906

61

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-7-69 (cont'd)

OWNERS:         WRIGHT, Cameron (hus)

                WRIGHT, Jean M. (wife)


Parcel 62W-8 - 70

    The Southeast Quarter of Section Eight (8), Township Six (6)

    South, Range Two (2) West, San Bernardino Base and Meridian,

    in the County of Riverside, State of California.

OWNERS:         MILLER, Albert C. (hus)

                MILLER, Madeline (wife)


Parcel 62W-8 - 71

    The Southwest Quarter of Section Eight (8), Township Six

    (6), South, Range Two (2) West, San Bernardino Base and

    Meridian, in the County of Riverside, State of California.

OWNERS:         HALLBERG, D. H. (hus)

                HALLBERG, Sally (wife)


Parcel 62W-8 - 71A

    The Northeast Quarter of Section Eight (8), Township

    Six (6), South, Range Two (2) West, San Bernardino Base

    and Meridian, in the County of Riverside, State of California.

OWNERS:         DOMENIGONI, Angelo


Parcel 62W-9 - 72

    The West Half of the Northeast Quarter, and the Northwest

    Quarter of Section Nine (9), Township Six (6) South, Range

    Two (2) West, San Bernardino Base and Meridian, in the

    County of Riverside, State of California.

OWNERS:         MILLER, Albert C.

                GARRETT, Paul

1907
62

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-9 - 73

The East Half of the Northeast Quarter of Section Nine (9),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:        DOMENIGONI, Frederick E.


Parcel 62W-9 - 74

The South Half of Section Nine (9), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT beginning
at a point 1350 feet West of the Southeast Quarter of said
Section Nine (9); thence North 805 feet; thence West 1082.23
feet; thence South 805 feet to South line of said Section;
thence East 1082.23 feet to point of beginning.

OWNERS:        GARRETT, Paul


Parcel 62W-9 - 75

That portion of the Southeast Quarter of Section Nine (9),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California described as follows:  Beginning at a point 1350
feet West of the Southeast Corner of said Section Nine (9);
thence North 805 feet; thence West 1082.23 feet; thence
South 805 feet; thence East 1082.23 feet to point of be-
ginning.  EXCEPTING therefrom that portion thereof described
as follows:  Beginning at a point 1518 feet West and 661.4
feet North of the Southeast Corner of said Section Nine (9);
thence North 100 feet; thence West 100 feet; thence South
100 feet; thence East 100 feet to point of beginning.

OWNERS:        CONNELL, Dolores

1909

63

-23-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-9 - 75A

That portion of the Southeast Quarter of Section Nine (9),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, County of Riverside, State of California
described as follows:  Beginning at a point 1518 feet West
and 661.4 feet North of Southeast Corner of said Section;
thence North 100 feet; thence West 100 feet; thence South
100 feet; thence East 100 feet to the point of beginning.

OWNERS:        MILLER, Albert C. (hus)

               MILLER, Lena aka Madeline (wife)


Parcel 62W-10 - 76

The North Half of the Northeast Quarter of Section Ten (10),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, State of California.

OWNERS:        DOMENIGONI, Rita (s/w)


Parcel 62W-10 - 77

The Southeast Quarter, and the Southwest Quarter of the
Northeast Quarter of Section Ten (10), Township Six (6)
South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        GARBANI, Richard (u/m)

               GARBANI, Ida (un/w)


Parcel 62W-10 - 78

The Southeast Quarter of the Northeast Quarter of Section
Ten (10), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        DOMENIGONI, Margherita (s/w)

               DOMENIGONI, Domenica (s/w)

1909
64

-24-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-10 - 79

The East Half of the Northwest Quarter, and the Southwest
Quarter of the Northwest Quarter, and the Southwest Quarter
of Section Ten (10), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               YOUNG, Julia M.

               BARTON, Elsa E.


Parcel 62W-10 - 80

The Northwest Quarter of the Northwest Quarter of Section
Ten (10), Township Six (6) South, Range Two (2) West, San
Bernardino Base & Meridian, County of Riverside, State
of California.

OWNERS:        DOMENIGONI, Frances N. (hus)

               DOMENIGONI, Jean H. (wife)

               COUNTY OF RIVERSIDE


Parcel 62W-11-81

All of Section Eleven (11), Township Six (6) South, Range
Two (2) West, San Bernardino Base & Meridian, County of
Riverside, State of California.

OWNERS:        SEARL BROTHERS


Parcel 62W-12 - 82

Government Lots One (1) and Three (3) through Sixteen (16)
(being entire Section except the Northwest Quarter of the
Northeast Quarter) of Section Twelve (12), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,

1910

65

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 62W-12 - 82 (cont'd)

in the County of Riverside, State of California.

OWNERS:      SEARL BROTHERS

### Parcel 62W-12 - 83

Government Lot Two (2) (being the Northwest Quarter of the
Northeast Quarter) of Section Twelve (12), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:      SEARL, Edgar L.

SEARL, Harry O.

SEARL, Gerald E.

SEARL, Floyd L.

### Parcel 62W-13 - 84

The North Half of the Northwest Quarter, EXCEPTING the
Northeast Quarter of the Northeast Quarter of the Northwest
Quarter of Section Thirteen (13), Township Six (6) South,
Range Two (2) West, San Bernardino Base & Meridian, in the
County of Riverside, State of California.

OWNERS:      ROGERS, Frank P. Jr.

### Parcel 62W-13 - 85

The West Half of the Southwest Quarter of the Northwest
Quarter of Section Thirteen (13), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:      McDONALD, William (un/m)

### Parcel 62W-13 - 86

The Southeast Quarter of the Northwest Quarter, and the
East Half of the Southwest Quarter of the Northwest Quar-
ter, and the North Half of the Southwest Quarter of Sec-

1911  66

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-13 - 97 (cont'd)

Quarter of the Northwest Quarter of the Northeast Quarter of
Section Thirteen (13), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        SIBRIAN, Josephine M.


Parcel 62W-14 - 98

Section Fourteen (14) Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        U. S. A.


Parcel 62W-15 - 99

All of Section Fifteen (15), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               YOUNG, Julia M.

               BARTON, Elsa E.


Parcel 62W-16 - 100

All of the Northwest Quarter of Section Sixteen (16), Town-
ship Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Francis N. (s/m)

               DOMENIGONI, Frederick E. (s/m)

               DOMENIGONI, Angelo O. (s/m)

1912 67

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-16 - 101

All of the Southwest Quarter of Section Sixteen (16), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      CHRISTENSEN, Hans Jr.

Parcel 62W-16 - 102

All of the East Half of Section Sixteen (16), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      DOMENIGONI, Francis N. (un/m)

DOMENIGONI, Frederick E. (un/m)

DOMENIGONI, Jean

Parcel 62W-17 - 103

All of the North Half of Section Seventeen (17), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      DOMENIGONI, Angelo O.

DOMENIGONI, Francis N.

DOMENIGONI, Frederick E.

Parcel 62W-17 - 104

The Southwest Quarter of Section Seventeen (17), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      POURROY, Fred J. (hus)

POURROY, Frances (wife)

Parcel 62W-17 - 105

The Southeast Quarter of Section Seventeen (17), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

1913   68

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-17 - 105 (cont'd)

OWNERS:          CHRISTENSEN, Hans, Jr.

                 CHRISTENSEN, Hans (m/m)


Parcel 62W-18 - 106

   The Southeast Quarter of Section Eighteen (18), Township Six

   (6) South, Range Two (2) West, San Bernardino Base and

   Meridian, in the County of Riverside, State of California.

OWNERS:          STEARNS, Gilbert (hus)

                 STEARNS, Zelma E. (wife)


Parcel 62W-18 - 107

   The North Half, and the Northwest Quarter of the Southwest

   Quarter of Section Eighteen (18), Township Six (6) South,

   Range Two (2) West, San Bernardino Base and Meridian, in

   the County of Riverside, State of California.

OWNERS:          CHRISTENSEN, Hans (hus)

                 CHRISTENSEN, Zora E. (wife)


Parcel 62W-18 - 108

   The East Half of the Southwest Quarter of Section Eighteen

   (18), Township Six (6) South, Range Two (2) West, San Bernar-

   dino Base and Meridian, in the County of Riverside, State

   of California.

OWNERS:          CUMMINS, Robert M.

                 CUMMINS, Pearl D.


Parcel 62W-18 - 109

   Government Lot Four (4) (being the Southwest Quarter of the

   Southwest Quarter) of Section Eighteen (18), Township Six

   (6) South, Range Two (2) West, San Bernardino Base and Meridian,

   in the County of Riverside, State of California.

OWNERS:          WOOD, Margaret M. (Trustee)

-32-

1914 69

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-19 - 113

    Government Lots Three (3) and Four (4) (being the West

Half of the Southwest Quarter), and the East Half of the

Southwest Quarter, and the West Half of the Southeast

Quarter of Section Nineteen (19), Township Six (6) South,

Range Two (2) West, San Bernardino Base and Meridian, be-

ing in the County of Riverside, State of California.

EXCEPTING from the said Lots Three (3) and Four (4) the

following described portion:  Beginning at a point 750 feet

North of the Southwest Corner of said Lot Four (4); thence

East 250 feet; thence North 594 feet; thence West 250 feet

to the West line of Section Nineteen (19); thence South on

West line 594 feet to point of beginning.

OWNERS:        McELHINNEY, Dorothy (sep prop)


Parcel 62W-19 - 114

    The Northeast Quarter of Section Nineteen (19), Township Six

(6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California;

and the East Half of the Southeast Quarter of said Section

Nineteen (19).  EXCEPT from the Southeast Quarter of the

Southeast Quarter that portion described as follows:

Beginning at the Southwest Corner of said Southeast Quarter

of the Southeast Quarter; thence Easterly on Southerly line

of said Section Nineteen (19) 300 feet; thence Northerly

at right angles to said Southerly line a distance of 1000 feet;

thence Westerly parallel with said Southerly line to West line

of the East Half of the Southeast Quarter; thence Southerly

along said West line 1000 feet to point of beginning.

OWNERS:        POURROY, Fred J. (hus)

                POURROY, Frances (wife)

1915  70

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-20 - 117 (cont'd)

in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E. (s/m)

Parcel 62W-20 - 118

The Northwest Quarter of Section Twenty (20), Township Six

(6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        POURROY, Fred J. (hus)

POURROY, Frances (wife)

Parcel 62W-20 - 119

The West Half of the Southwest Quarter;  The Southeast Quar-

ter of the Southwest Quarter; and, the Southwest Quarter

of the Southeast Quarter of Section Twenty (20), Township

Six (6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        ENDRES, Frank H. (m/m-sep prop)

RICHARDSON, John M. (hus) (TDBen)

RICHARDSON, Vivian B. (wife) (TDBen)

CITIZENS NATIONAL TRUST AND SAVINGS
        BANK OF RIVERSIDE (TDTr)

Parcel 62W-30 - 120

The Northeast Quarter of the Southwest Quarter, and the

Northwest Quarter of the Southeast Quarter of Section

Twenty (20), Township Six (6) South, Range Two (2) West,

San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:        U.S.A.

-36-

1916  71

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-22 - 127 (cont'd)

OWNERS:     DOMENIGONI, Francis N. (s/m)

            DOMENIGONI, Jean

            DOMENIGONI, Frederick E. (m/m)


Parcel 62W-23 - 128

All of Section Twenty-three (23), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:     RAWSON, Tommy (s/m)

            FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 62W-24 - 129

The East Half of the Southeast Quarter; the Southwest
Quarter of the Southeast Quarter; the East Half of the
Southwest Quarter; the Northwest Quarter of the South-
west Quarter; the South Half of the Northwest Quarter,
and the Northeast Quarter of the Northwest Quarter of
Section Twenty-four (24), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.  Also, the
Northeast Quarter of said Section Twenty-four (24)
EXCEPTING THEREFROM one acre to School District, des
cribed as follows:  Beginning at the Southeast Corner
of the Northeast Quarter of the Northeast Quarter of
said Section Twenty-four (24); thence West 12 rods;
thence North 13 rods; thence East 12 rods; thence South
13 rods to point of beginning, containing approximately
one acre.

OWNERS:     RAWSON, Tommy (s/m)

            FEDERAL LAND BANK OF BERKELEY (TDBen & TDTr)

1917
72

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-24 - 130

A portion of the Northeast Quarter of Section Twenty-four
(24), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning at
the Southeast Corner of the Northeast Quarter of the North-
east Quarter of said Section Twenty-four (24); thence West
12 rods; thence North 13 rods; thence East 12 rods; thence
South 13 rods to point of beginning, containing approximately
one acre.

OWNERS:        RAWSON, Tommy (s/m)

               RAWSON SCHOOL DISTRICT

               FEDERAL LAND BANK OF BERKELEY (TDBen & TDTr)


Parcel 62W-24 - 131

The Northwest Quarter of the Northwest Quarter; the
Southwest Quarter of the Southwest Quarter, and the
Northwest Quarter of the Southeast Quarter of Section
Twenty-four (24), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:        U. S. A.


Parcel 62W-25 - 132

All of Section Twenty-five (25), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:        RAWSON, Tommy (s/m)

               FEDERAL LAND BANK OF BERKELEY (TDBen & TDTr)


Parcel 62W-26 - 133

The North Half of the Northwest Quarter, and the Southwest

1918   73

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-26 - 133 (cont'd)

Quarter of the Northwest Quarter of Section Twenty-six (26),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS: DOMENIGONI, Frederick E.

DOMENIGONI, Jean

DOMENIGONI, Francis N.


Parcel 62W-26 - 134

The Southeast Quarter of the Northwest Quarter of Section
Twenty-six (26), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS: RAWSON, Tommy (s/m)

Assessed to: Cunningham, R. J.


Parcel 62W-26 - 135

The South Half of the Southwest Quarter of Section Twenty-
six (26), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS: SPEZIALI, John


Parcel 62W-26 - 136

The Southeast Quarter of the Northeast Quarter of Section
Twenty-six (26), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS: RAWSON, Lewis

1919
74

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-26 - 137

The Southeast Quarter, the North Half of the Northeast

Quarter, and the Southwest Quarter of the Northeast

Quarter of Section Twenty-six (26), Township Six (6)

South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Jean

               DOMENIGONI, Francis N.


Parcel 62W-26 - 138

The North Half of the Southwest Quarter of Section Twenty-

six (26), Township Six (6) South, Range Two (2) West,

San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:        SPEZIALI, John P. (s/m)


Parcel 62W-27 - 139

All of Section Twenty-seven (27), Township Six (6) South,

Range Two (2) West, San Bernardino Base and Meridian, in

the County of Riverside, State of California.

OWNERS:        VIAL, Arthur Joseph


Parcel 62W-28 - 140

The Northeast Quarter; the North Half of the Northwest

Quarter, and the Southeast Quarter of the Northwest Quarter

of Section Twenty-eight (28), Township Six (6) South, Range

Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.  EXCEPTING the

Northeast Quarter of the Northeast Quarter;  ALSO EXCEPTING

from the Northeast Quarter that portion described as follows:

Beginning at the Southeast Corner of the Northeast Quarter

1920   75

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-28 - 140(cont'd)

of said Section Twenty-eight (28); thence North along the
East line of said Section 1335.2 feet to center line of the
County Road; thence South 46°48'30" West along said center
line 349.47 feet; thence to the left on a curve having a
radius of 120 feet, a tangent of 57.33 feet, a distance of
107.29 feet; thence South 04°25' East along the center line
of said County Road, 1004.67 feet to South line of the North-
east Quarter of said Section; thence North 89°23' East along
the South line of the Northeast Quarter of said Section, 215
feet to point of beginning.

OWNERS:          FRICK, Carl aka Karl (s/m)

                 FRICK, Tempe C. nee Tribbett (s/w)


Parcel 62W-28 - 141

The Southwest Quarter of the Northwest Quarter, and the
Northwest Quarter of the Southeast Quarter; and the North
Half of the Southwest Quarter of Section Twenty-eight (28),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:          CANTARINI, John A.

                 CANTARINI, Beatrice


Parcel 62W-28 - 142

The South Half of the Southwest Quarter, and that portion
of the South Half of the Southeast Quarter lying Westerly
of the State Highway as located on 22 October 1940, in
Section Twenty-eight (28), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

1921

76

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-28 - 142 (cont'd)

OWNERS:　　　POURROY, Pierre, Jr. (hus)

POURROY, Catherine B. (wife)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 62W-28 - 143

The Northeast Quarter of the Southeast Quarter, and that
portion of the South Half of the Southeast Quarter lying
Easterly of the State Highway as located 22 October 1940,
in Section Twenty-eight (28), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:　　　VIAL, August L.

VIAL, Arthur

VIAL, Rosa A.

VIAL, Olga

VIAL, Jennie J.

VIAL, Francis

VIAL, Joseph

Parcel 62W-28 - 144

The West 330 feet of the North 660 feet of the Northeast
Quarter of the Northeast Quarter of Section Twenty-eight
(28), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:　　　SCHAIN, Robert L. (hus)

SCHAIN, Marie (wife)

SECURITY TITLE INS. CO. (TDTr)

FARMERS AND MERCHANTS BANK OF HEMET (TDBen)

1922

-44-

77

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-29 - 147 (cont'd)

OWNERS:    SCHAIN, Robert L.

SCHAIN, Marie

FARMERS & MERCHANTS BANK OF HEMET (TDBen)

SECURITY TITLE INS. CO. (TDTr)

### Parcel 62W-29 - 148

The West Half of Section Twenty-nine (29), Township Six (6)

South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:    POURROY, Fred J. (hus)

POURROY, Frances (wife)

### Parcel 62W-29 - 149

The Northeast Quarter of Section Twenty-nine (29), Township

Six (6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:    CUMMINS, Robert M.

CUMMINS, Pearl D.

### Parcel 62W-29 - 150

The Southeast Quarter of Section Twenty-nine (29), Township

Six (6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:    CANTARINE, John A.

CANTARINE, Beatrice

### Parcel 62W-30 - 151

Government Lot One (1) (being the Northwest Quarter of the

Northwest Quarter) and the North Half of the Northeast Quar-

ter of the Northwest Quarter of Section Thirty (30), Town-

ship Six (6) South, Range Two (2) West, San Bernardino Base

1923

78

Case 3:51-cv-01247-GPC-RBB Document 4409 Filed 07/03/62 PageID.17985 Page 78 of 98

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-30 - 151 (cont'd)

and Meridian, in the County of Riverside, State of California.

OWNERS: McELHINNEY, Dorothy (m/w - sep prop)


Parcel 62W-30 - 152

The South Half of the Northwest Quarter, and the East Half

of the Southwest Quarter of Section Thirty (30), Township

Six (6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS: MOORE, Mary Frances (s/w)


Parcel 62W-30 - 153

Government Lots Three (3) and Four (4) (being the West

Half of the Southwest Quarter) of Section Thirty (30),

Township Six (6) South, Range Two (2) West, San Bernardino

Base and Meridian, in the County of Riverside, State of

California.

OWNERS: BEAVER, Enice Alsie

JOHNSON, Virginia Zeruah


Parcel 62W-30 - 154

The East Half of the Southeast Quarter; and the West Half

of the East Half of Section Thirty (30), Township Six (6)

South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS: ENDRES, Frank H. (m/m)(Sep prop)

RICHARDSON, John M. (hus) (TDBen)

RICHARDSON, Vivian B. (wife) (TDBen)

CITIZENS NATIONAL TRUST AND SAVINGS

BANK OF RIVERSIDE (JDTr.)

1924

79

-47-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-30 - 155

The East Half of the Northeast Quarter of Section Thirty
(30), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:          ENDRES, Frank H. (hus)

                 ENDRES, Annie K. (wife)


Parcel 62W-30 - 156

The South Half of the Northeast Quarter of the Northwest
Quarter of Section Thirty (30), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:          HOOPES, Gertrude, F.

                 HOOPES, Leslie W.


Parcel 62W-31 - 157

The East Half of the Northwest Quarter of Section Thirty-
one (31), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:          CUMMINS, Robert M.

                 CUMMINS, Pearl D.


Parcel 62W-31 - 158

All of the Southwest Quarter of Section Thirty-one (31),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California EXCEPTING therefrom the South 58 acres thereof,
containing approximately 117.60 acres.

1925.  80

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-31 - 158 (cont'd)

OWNERS:    FONTANA, Tony E.

FONTANA, Clement

FONTANA, Josephine

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 62W-31 - 159

The South 17.301 acres of the South 58 acres of the South-
west Quarter of Section Thirty-one (31), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:    SMOHL, Leonard O. (hus)

SMOHL, Ethel L. (wife)

Parcel 62W-31 - 160

The North 41 acres more or less of the South 58 acres of
the Southwest Quarter of Section Thirty-one (31), Town-
ship Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:    COLLINS, Wesley T. (hus)

COLLINS, Betty J. (wife)

Parcel 62W-32 - 161

All of Section Thirty-two (32), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:    POURROY, Catherine B.

POURROY, Pierre, Jr.

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

1926  81

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-33 - 162

The South Half of Section Thirty-three (33), Township
Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:  STREETER, Edwin W. (hus)

STREETER, Bertha R. (wife)

ALLEN, Beulah W. (TDBen)

UNION TITLE INS. & TRUST CO. (TDTr)

Parcel 62W-33 - 163

The North Half of Section Thirty-three (33), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:  POURROY, Pierre, Jr. (hus)

POURROY, Catherine B. (wife)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 62W-34 - 164

The Northwest Quarter, and the North Half of the Southwest
Quarter of Section Thirty-four (34), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:  POURROY, Catherine B. (wife)

POURROY, Pierre, Jr. (hus)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 62W-34 - 165

The South Half of the Southwest Quarter of Section Thirty-
four (34), Township Six (6) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

-50-

1927 82

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-34 - 165 (cont'd)

OWNERS:        NICHOLAS, Marius A. (hus)

               NICHOLAS, Mary (wife)

               FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 62W-34 - 166

The Northeast Quarter of Section Thirty-four (34), Township
Six (6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        GOTTULA, Theodore A. (hus)

               GOTTULA, Ginger Mae (wife)

               CITIZENS NATIONAL TRUST AND SAVINGS BANK (TDTr)

               SMITH, Jessie T. (hus) (TDBen)

               SMITH, Bessie Mae (wife) (TDBen)


Parcel 62W-34 - 167

The Southeast Quarter of Section Thirty-four (34), Town-
ship Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:        PETERSON, Holger M. (hus)

               PETERSON, Madga M. (wife)


Parcel 62W-35 - 168

All of Section Thirty-five (35), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:        GREGORY, Alfred A.


Parcel 63W-13 - 169

The North Half of the Northeast Quarter of the Southeast
Quarter, and the North Half of the Southeast Quarter of

1928 ┊ 83

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-24 - 180 (cont'd)

OWNERS:       WALKER, Paul E. (hus)

WALKER, Helen H. (wife)

SECURITY TITLE INS. CO. (TDTr)

DRAKE, Alden T. (TDBen)


Parcel 63W-24 - 181

The North Half of the Northeast Quarter of Section Twenty-
four (24), Township Six (6) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California, EXCEPTING THEREFROM the Northerly
30 feet and the Easterly 30 feet conveyed to the County of
Riverside.

OWNERS:       MORRISON, Chester W. (hus)

MORRISON, Rosamond B. (wife)

SECURITY TITLE INS. CO. (TDTr)

EVANS, Leta E. (m/w) (TDBen)


Parcel 63W-25 - 182

All of Section Twenty-five (25), Township Six (6) South,
Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:       KRAUSHAAR, I. N. (hus)

KRAUSHAAR, Beth L. (wife)


Parcel 63W-26 - 183

The East 50 acres of the South Half of the Northwest
Quarter of Section Twenty-six (26), Township Six (6)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:       VAN GUNDY, Bertha L. (m/w) (sep-prop)

1929 84

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-35 - 234

The South Half of the Northwest Quarter of Section
Thirty-five (35), Township Six (6) South, Range Three
(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT the
South Half of the South Half of the South Half of
the South Half of the Northwest Quarter; also EXCEPT
the Northerly 66 feet of the Westerly 660 feet of the
South Half of the Northwest Quarter; also EXCEPT
roads.

OWNERS:         MINNICK, William A. (hus)
                MINNICK, Nellie P. (wife)


Parcel 63W-35 - 235

A portion of the Northwest Quarter of Section Thirty-
five (35), Township Six (6) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as follows:
Beginning at the Northwest Corner; thence South on
West line 660 feet; thence East on line parallel with
North line of said Section THirty-five (35), 990 feet;
thence North on line parallel with West line of said
Section Thirty-five (35), 660 feet to North line of
said Section Thirty-five (35); thence West on North
line 990 feet to point of beginning.  EXCEPT roads.

OWNERS:         EVANS, George Deeves (hus)
                EVANS, Leta Ella (wife)


Parcel 63W-36 - 236

All of Section Thirty-six (36), Township Six (6)
South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of

1930   85

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-36 - 236 (cont'd)

California, EXCEPT the Northeast Quarter of the North-
east Quarter of said Section Thirty-six (36).

OWNERS:          KRAUSHAAR, Isaac N. (hus)

                 KRAUSHAAR, Beth L. (wife)


Parcel 63W-36 - 237

The Northeast Quarter of the Northeast Quarter of
Section Thirty-six (36), Township Six (6) South,
Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:          NELSON, A. J. (hus)

                 NELSON, Wilma (wife)

                 STATE BOARD OF EQUALIZATION (Tax Lien)


Parcel 64W-13 - 238

All of Section Thirteen (13), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:          BEHRENS, Samuel (hus)

                 BEHRENS, Florence A. (wife)


Parcel Numbers 240 through 250 not used.


Parcel 64W-24 - 251

The Northwest Quarter of the Northwest Quarter of Sec-
tion Twenty-four (24), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:          U. S. A.

1931
86

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-3 - 384

That portion of the East Half of Fractional Section
Three (3), Township Seven (7) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as
follows:  Beginning at a point in the East Half of
said Section from which the West Quarter Section Corner
of said Section bears South 89°52' West 3692.20 feet;
thence North 89°52' East, 450.40 feet; thence South
402.40 feet; thence South 76°02' West, 101.62 feet;
thence North 74°05' West, 90.10 feet; thence North
64°59' West, 275.85 feet; thence North 03°03' West,
284.92 feet to point of beginning.

OWNERS:          SEWELL, Harold (hus)

                 SEWELL, Mabel (wife)

                 AULD, William K. (s/m-sep prop)

                 AULD, Thelma F.

                 SECURITY TITLE INS. CO. (TDTr)

                 WILSON, Mary C. (wife) (TDBen)

                 WILSON, Samuel R. (hus) (TDBen)


Parcel 72W-3 - 385

The Northwest Quarter of Section Three (3), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:          NICOLAS, Marius A. (hus)

                 NICOLAS, Mary (wife)

                 FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

1932   87

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-3 - 386

 The Southwest Quarter of Section Three (3), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:   NICOLAS, Marius A. (hus)

      NICOLAS, Mary (wife)

      FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 72W-4 - 387

 The Southeast Quarter of Section Four (4), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:   NICOLAS, Marius A. (hus)

      NICOLAS, Mary (wife)

      FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 72W-4 - 388

 The South Half of the North Half of Section Four (4),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:   CUMMINS, Robert M. (hus)

      CUMMINS, Pearl Dickinson (wife)


Parcel 72W-4 - 389

 The North Half of the North Half of Section Four (4),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of River-
side, State of California.

1933 88

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-4 - 389 (cont'd)

OWNERS:     POURROY, Fred J. (hus)

            POURROY, Frances (wf)


Parcel 72W-4 - 390

The Southwest Quarter of Section Four (4), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:     CEAS, Albert N. (hus)

            CEAS, Maxine R. (wife)

            BANK OF AMERICA (TDTr)

            SERVEL, Leon J. (hus) (TDBen)

            SERVEL, Clementine C. (wife) (TDBen)


Parcel 72W-5 - 391

The Northwest Quarter of Section Five (5), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California;  Also the South Half of said Section
Five (5), EXCEPT therefrom that portion described as
follows:  Beginning at the Northeast Corner of said
South Half of Section Five (5); thence South 417.42
feet; thence West 417.42 feet; thence North 417.42
feet; thence East 417.42 feet to point of beginning.

OWNERS:     POURROY, Fred J.

            POURROY, Frances


Parcel 72W-5 - 392

That portion of Section Five (5), Township Seven (7)
South, Range Two (2) West, San Bernardino Base and

1934 89

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-5 - 392 (cont'd)

Meridian, in the County of Riverside, State of
California, described as follows: Beginning at the
Northeast Corner of the South Half of Section Five
(5); thence South 417.42 feet; thence West 417.42
feet; thence North 417.42; thence East 417.42 feet
to point of beginning.

OWNERS:          TRUSTEES OF ALIMOS SCHOOL DISTRICT

Parcel 72W-5 - 393

The Northeast Quarter of Section Five (5), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:          CUMMINS, Robert M.
                 CUMMINS, Pearl Dickinson

Parcel 72W-6 - 394

The East Half of the East Half of the Southeast Quarter
of Section Six (6), Township Seven (7) South, Range Two
(2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:          POURROY, Fred J.
                 POURROY, Frances

Parcel 72W-6 - 395

The West Half of the Southeast Quarter, and the West
Half of the East Half of the Southeast Quarter of
Section Six (6), Township Seven (7) South, Range Two
(2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also,
the North Half of the Northwest Quarter and the

1935    90

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-6 - 395 (cont'd)

Southwest Quarter of the Northwest Quarter of said

Section Six (6).

OWNERS:          SMOHL, Leonard O. (hus)

                 SMOHL, Ethel L. (wife)
                      (formerly Ethel L. Russell)


Parcel 72W-6 - 396

The Northeast Quarter of Section Six (6), Township

Seven (7) South, Range Two (2) West, San Bernardino

Base and Meridian, in the County of Riverside, State

of California.

OWNERS:          MARQUIS, Raoul (hus)

                 MARQUIS, Minerva (wife)

                 LAND TITLE CO. (TDTr)

                 AUBERT, Ernest (s/m) (TDBen)


Parcel 72W-6 - 397

The East 40 acres of Lot One (1) in the Northwest

Quarter of Section Six (6), Township Seven (7) South,

Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California, (be-

ing the Southeast Quarter of the Northwest Quarter);

Also, Lots One (1) and Two (2) in the Southwest Quarter

(being the Southwest Quarter) of said Section Six (6).

OWNERS:          BOREL, A. F. (hus)

                 BOREL, Louise (wife)


Parcel 72W-7 - 398

The Southeast Quarter of the Southeast Quarter of

Section Seven (7), Township Seven (7) South, Range

Two (2) West, San Bernardino Base and Meridian, in

1936    91

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-7 - 398 (cont'd)

the County of Riverside, State of California.

OWNERS:        HILLIARD, C. S. (m/w)


Parcel 72W-7 - 399

The North Half of the Southeast Quarter of Section
Seven (7), Township Seven (7) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:        CEAS, Etienne


Parcel 72W-7 - 400

The Northeast Quarter of Section Seven (7), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, and that portion of the Northwest Quarter
of said Section Seven (7) lying East of County Road.

OWNERS:        BOREL, A. F. (hus)

               BOREL, Louise (wife)

               BREEDEN, Kathryn K. (TDBen)

               SECURITY TITLE INS. CO. (TDTr)


Parcel 72W-7 - 401

The West Half of the West Half of Section Seven (7),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of
Riverside, State of California lying West of the
County Road.

OWNERS:        SERVEL, Leon J. (hus)

               SERVEL, Clementine C. (wife)

1937 92

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

~~Parcel 72W-18 - 409~~

The Northwest Quarter of Section Eighteen (18),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:          BOREL, A. F. (m/m)

          BOREL, Louise

Parcel 73W-1 - 410

The North one-third (1/3) of the North Half of Section
One (1), Township Seven (7) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:          CEAS, Etienne

Parcel 73W-1 - 411

The South one-third (1/3) of the North Half of the
North Half, and the North one-third (1/3) of the
South Half of the North Half of Section One (1),
Township Seven (7) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:          CEAS, Albert N. (hus)

          CEAS, Maxine R. (wife)

Parcel 73W-1 - 412

The South one-third (1/3) of the North Half of
Section One (1), Township Seven (7) South, Range
Three (3) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:          CEAS, Emelie

1938   93

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 73W-1 - 413

The South Half of Section One (1), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:    FRENCHMEN'S VALLEY FARM & DEVELOPMENT CORP.

           SECURITY TITLE INS. CO. (TDTr)

           SERVEL, Leon J. (hus) (TDBen)

           SERVEL, Clementine (wife) (TDBen)

### Parcel 73W-2 - 414

Lot Two (2) in the Northeast Quarter (being the North
Half of the Northeast Quarter) of Section Two (2),
Township Seven (7) South, Range Three (3) West, San
Bernardino Base and Meridian, in theCounty of River-
side, State of California.

OWNERS:    JONES, David L.

           JONES, Joseph E.

### Parcel 73W-2 - 415

The West Half of Lot One (1) in the Northeast Quarter
(being the Southwest Quarter of the Northeast Quarter)
of Section Two (2), Township Seven (7) South, Range
Three (3) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:    RICHMOND, James A. (hus) (Life Est)

           RICHMOND, Julia A. (wife) (Life Est)

           BARNES, Garland I. (m/m)

           HARTZOG, Hazel B. (m/w)

           NIELSON, Lucy B. (m/w)

           SALLADIN, Paul M. (hus)

           SALLADIN, Lydia (wife)

1939  94

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

~~Parcel 73W-10 - 446 (cont'd)~~

(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, lying
Northwesterly of Los Almos Road.

OWNERS:         NEGEN, Eli (un/m)

                 LAND TITLE INS. CO. (TDTr)

                 COLEMAN, William B. (hus) (TDBen)

                 COLEMAN, Nannie May (wife) (TDBen)


Parcel 73W-11 - 447

Portion of the East Half of the Southwest Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian lying Northeasterly of Rancho Temecula line
running through said Section Eleven (11), EXCEPT
therefrom the Northerly 13.93 acres. Also: The South-
west Quarter of the Southeast Quarter of said fractional
Section Eleven (11) lying Northeasterly of Rancho Temecula
line, EXCEPT therefrom the Easterly 10 acres (being the
East Half of the East Half of the Southwest Quarter of
the Southeast Quarter of Section Eleven (11)).

OWNERS:         GAGNON, George W. (un/m)


Parcel 73W-11 - 448

The South 6.25 acres of the East Half of the East Half
of the Southwest Quarter of the Southeast Quarter of
fractional Section Eleven (11), Township Seven (7) South,
Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:         SCHMOYER, Luther A. (hus)

                 SCHMOYER, Dorothy A. (wife)

184095

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 449

The Southeast Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:            CEAS, Albert N. (hus)

                   CEAS, Maxine R. (wife)


Parcel 73W-11 - 450

The Northeast Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:            MAGNES, Charles Lorenzo


Parcel 73W-11 - 451

The Northeast Quarter of the Northeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:            LEIDBERG, Edwin P. (hus)

                   LEIDBERG, Lydia E. (wife)

                   PACIFIC COAST TITLE OF RIVERSIDE (TDTr)

                   LAPPIN, Pauline H. (m/w) (TDBen)

                   MEIER, Ada E. (m/w) (TDBen)


Parcel 73W-11 - 452

The North Half of the Northwest Quarter of the Northeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 455 (cont'd)

OWNERS:      TAFT, Walter S. (widower)

              WARD, Abbie T. (widow)


Parcel 73W-11 - 456

The North 13.93 acres of the Northeast Quarter of the Southwest Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      CALLAN, Thomas J. (hus)

              CALLAN, Bridgie E. (wife)


Parcel 73W-11 - 457

The North 3.75 acres of the East Half of the East Half of the Southwest Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      FEGSTAD, Sam


Parcel 73W-11 - 458

The South Half of the South Half of the Northwest Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      LAYBOURN, George R.

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 459

The Northeast Quarter of the Southwest Quarter of
the Northeast Quarter, and the South Half of the
Southwest Quarter of the Northeast Quarter, and the
North Half of the Northwest Quarter of the South-
east Quarter of fractional Section Eleven (11),
Township Seven (7) South, Range Three (3) West,
San Bernardino Base and Meridian.

OWNERS:       GAGNON, George W. (un/m)


Parcel 73W-11 - 460

The North Half of the Southeast Quarter of the
Northwest Quarter of the Southeast Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:       NOVAK, Frank J. (hus)
              NOVAK, Martha Ruth (wife)


Parcel 73W-11 - 461

The North Half of the Southwest Quarter of the
Northwest Quarter of the Southeast Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:       HODDING, Walford M. (hus)
              HODDING, Beatrice L. (wife)

1943  98

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 462

The Southeast Quarter of the Northeast Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:       WELCH, Alberta P. (widow)

              ANGELOTY, Achilles (widower)

              BANK OF AMERICA (TDTr)

              GRANA, George (hus) (TDBen)

              GRANA, Jennie (wife) (TDBen)


Parcel 73W-12 - 463

The North Half, and the East Half of the Southeast
Quarter, and the Northwest Quarter of the Southeast
Quarter, and the Northwest Quarter of the Southwest
Quarter of Section Twelve (12), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:       FRENCHMEN'S VALLEY FARM & DEVELOPMENT CORP.

              SECURITY TITLE INS. CO. (TDTr)

              SERVEL, Leon J. (hus) (TDBen)

              SERVEL, Clementine (wife) (TDBen)


Parcel 73W-12 - 464

The East Half of the Southwest Quarter, and the
Southwest Quarter of the Southwest Quarter, and
the Southwest Quarter of the Southeast Quarter of
Section Twelve (12), Township Seven (7) South, Range
Three (3) West, San Bernardino Base and Meridian, in

1944   99