CARTER
8-7-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C  Civil
vs.  )  MINUTES OF THE COURT
FALLBROOK, etc., et al  )  Dated: August 7, 1962
  )  At San Diego, California

PRESENT: Hon. JAMES M. CARTER  District Jud[ge]

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER, DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

PROCEEDINGS: FURTHER COURT TRIAL

Court and counsel discuss various findings.
IT IS ORDERED cause is continued to August 8, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _William Luddy_
Deputy

6842