FILED
AUG 7 - 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | AGENDA FOR HEARING |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | COMMENCING |
| | ) | AUGUST 7, 1962 |
| Defendants. | ) | |

At the hearing in regard to the above entitled case, commencing August 7, 1962, at 10:00 A.M., in Court Room No. 1, United States Court House, San Diego, California, the following matters will be on the agenda:

1. Statement by the United States of America respecting, and a request, that at the next hearing the "Motion For Consideration as To Form and Content of Final Decree, Including Provisions For Physical Solution and Appointment of River Master," filed May 14, 1962, be placed on the agenda with the objective of formulating a decree in conformity with the principles expressed in that motion.

2. Consideration of Findings of Fact, Conclusions of Law and Interlocutory Judgment in regard to rights to the use of water of the Indians within the watershed of the Santa Margarita River.

3. Consideration of:

    a. Findings of Fact, Conclusions of Law and Interlocutory Judgment for Wilson Creek;

- 1 -

6840

      b. Proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment for Coahuilla Creek;

      c. Proposed Findings of Fact, Conclusions of Law and Interlocutory Judgment for Anza Basin.

      (Note: Mr. Stark, representing Gibbon and Cottle, requests that no action be taken in regard to the Aguanga Groundwater Area at this time.)

4. Consideration of:

      a. Findings of Fact, Conclusions of Law and Interlocutory Judgment for Rainbow Creek;

      b. Correlation with those findings and conclusions for Rainbow Creek with those of the Special Master.

5. Consideration of Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 39A, below Temecula Canyon and above the Naval Enclave.

      The several items set forth above will not necessarily be considered in the order in which they appear.

Dated: August 7, 1962,

                                      *JAMES M. CARTER*
                                Judge, United States District Court