CARTER
8-8-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                        ) No. 1247-SD-C  Civil
                              )
vs.                           ) MINUTES OF THE COURT
                              )
FALLBROOK, etc., et al        ) Dated:  August 8, 1962
                              )
                              ) At San Diego, California
                              )

PRESENT: Hon. JAMES M. CARTER           District Jud

Deputy Clerk WILLIAM W. LUDDY Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, FRED GIRARD, GEORGE STAHLMAN

PROCEEDINGS: FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS, ETC.

IT IS ORDERED cause is continued to August 9, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
    Deputy

6843