CARTER
8-9-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              ) No. 1247-SD-C    Civil
                                    )
V.                                  ) MINUTES OF THE COURT
                                    )
FALLBROOK, etc., et al              ) Dated: August 9, 1962
                                    )
                                    ) At San Diego, California
                                    )

PRESENT: Hon.        JAMES M. CARTER              District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter  JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: FRANZ SACHSE, FRED GIRARD, GEORGE STAHLMAN

PROCEEDINGS:    FURTHER COURT TRIAL


   At 10 A.M. reconvene herein.
   Court and counsel discuss various findings, etc.
   IT IS ORDERED that cause is continued to September 18, 1962,
at 10 A.M. for further court trial.










                                    JOHN A. CHILDRESS, Clerk
                                    by _____
                                                        Deputy