*State*

*Original*

1
2

Draft
9/14/62  #33
Girard

3

4

# LODGED

5

SEP 14 1962

6

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

7                IN THE UNITED STATES DISTRICT COURT

DEPUTY.

8                     SOUTHERN DISTRICT OF CALIFORNIA

9                          SOUTHERN DIVISION

10

11

12   UNITED STATES OF AMERICA,          )   No. 1247-SD-C

13                      Plaintiff,      )

14        vs.                          )   FINDING OF FACT, CONCLUSIONS
                                        )   OF LAW, AND INTERLOCUTORY
15   FALLBROOK PUBLIC UTILITY          )   JUDGMENT NO. ___ PERTAINING
     DISTRICT, et al.,                 )   TO ANZA AND CAHUILLA GROUND
16                                      )   WATER BASINS AND CAHUILLA
                                        )   AND WILSON CREEKS.
17                      Defendants.     )

18

19                          FINDINGS OF FACT

20                     ANZA GROUND WATER BASIN

21                               1.

22        That in the upper northeasterly portion of the Santa

23   Margarita River Watershed there is a ground water body herein

24   referred to as Anza Ground Water Basin.  That said ground water

25   basin is located in general in the southeasterly portion of

26   Riverside County and is designated as Anza Valley on United

27   States Exhibit 278 incorporated herein by reference.

28                               2.

29        That the ground waters which comprise said ground

30   water basin are those ground waters which underlie the areas of

31   younger and older alluvial deposits depicted on United

16540

1   States Exhibit 278 within Anza Valley and upstream of that line

2   depicted on United States Exhibit 278 in the approximate center

3   of section 29, Township 7 South, Range 3 East, S.B.B.M.   That

4   the ground waters which are contained within said deposits

5   are not within a known and definite channel but are percolating

6   waters.

7                                    3.

8            That said ground waters consist of two parts or units.

9   One part or unit being those contained within the shallow aquifer

10  which extends to a maximum but variable depth of approximately

11  100 feet below ground surface elevation.   Said shallow aquifer

12  underlies the entire area of younger and older alluvial deposits

13  within the Anza Ground Water Basin.

14           The other part or unit are those waters contained

15  within the deep aquifer which is located primarily in the

16  southeast $\frac{1}{4}$ of section 17, the southwest $\frac{1}{4}$ of section 16,

17  section 21, the northeast $\frac{1}{4}$ of section 28 and the northwest

18  $\frac{1}{4}$ of section 27, all in Township 7 South, Range 3 East, S.B.B.M.

19                                   4.

20           The shallow aquifer is composed of alluvial deposits

21  and with the exception of the upper slope area of said ground

22  water basin layers of clay and silt with the result that its

23  permeability is low and its water bearing capacity poor.   The

24  ground waters within the shallow aquifer move in a general

25  southwesterly direction.   At that point in section 29, Township

26  7 South, Range 3 East, which marks the downstream boundary of

27  the Anza Ground Water Basin, there is a shallow bedrock bench

28  overlain by a thin layer of younger alluvial deposits approxi-

29  mately 20 feet in depth. That a small portion of the ground

30  waters contained in the shallow aquifer of the Anza Ground

31  Water Basin pass over said bedrock bench but are in fact

-2-

16541

1  consumed almost in their entirety by phreatophytes, and

2  particularly wire grass, or by evaporation immediately down-

3  stream from that point where said ground waters move out of

4  said shallow aquifer as found herein.

5                              5.

6        That the ground waters contained within the deep

7  aquifer of the Anza Ground Water Basin are contained within

8  an ancient stream channel which is composed primarily of gravel

9  deposits and underlies said shallow aquifer primarily in the

10  sections referred to hereinabove in Finding 3.  That there

11  exists a fault drawn on United States Exhibit 206c by a

12  witness which is located in a general northwest line in

13  sections 17, 20, 21 and quite possibly 28 of Township 7

14  South, Range 3 East and that said deep aquifer lies immedi-

15  ately northeast of said fault and extends easterly along

16  said fault for an area of approximately one-half mile.

17        That due to this fault, and the layers of clay and

18  silt which are contained within the shallow aquifer, the ground

19  waters within the deep aquifer are contained and cannot move

20  up into the shallow aquifer deposits nor move westerly toward

21  the Santa Margarita River.  That in the state of nature all

22  ground water  movement of the waters contained within the

23  deep aquifer was in a southeasterly direction out of the Santa

24  Margarita River Watershed and into another watershed (Desert

25  Drainage Watershed).  This natural movement of the ground

26  waters contained within the deep aquifer of the Anza Ground

27  Water Basin resulted from the fact that the elevation of a

28  bedrock lip between the Santa Margarita River Watershed and

29  the Desert Drainage Watershed is slightly lower than the

30  elevation of the fault referred to in this finding and also

31  lower than the bedrock bench or lip in section 29, Township

-3-

1 7 South, Range 3 East which marks the downstream boundary of
2 the Anza Ground Water Basin.

3                              6.

4          That the source of the ground waters contained within
5 said deep aquifer is runoff from the surface areas within the
6 Santa Margarita River Watershed which occurs during or immedi-
7 ately following periods of percipitation.  That the major por-
8 tion of the runoff into said deep aquifer arises from the
9 Thomas Mountain area which lies north of Anza Valley and is
10 depicted on United States Exhibit 278.  That said runoff waters
11 enter the ground primarily in sections 4, 5, 6, the north $\frac{1}{2}$ of
12 section 8 and the northwest $\frac{1}{4}$ of section 9, all in Township 7
13 South, Range 3 East.  That the layers of clay and silt within
14 the shallow aquifer as found hereinabove, become thinner and
15 eventually pinch out in the upper slope area of the ground
16 water basin and in sections 4, 5, 6, north $\frac{1}{2}$ of section 8 and
17 northwest $\frac{1}{4}$ of section 9, Township 7 South, Range 3 East,
18 no clay or silt layers exist.  That said waters which enter
19 the ground in those sections move in a southwestly direction,
20 pass under the silt and clay layers in the shallow aquifer and
21 upon reaching the fault referred to in Finding 5 above, are
22 contained within the gravels which lie immediately east of
23 said fault and which, as found hereinabove, contain the waters
24 which are within the deep aquifer of the Anza Ground Water Basin.

25                              7.

26          That primarily in section 21, Township 7 South, Range
27 3 East, substantial numbers of wells have been drilled into the
28 gravels within the deep aquifer.  That pumping from these wells
29 has extracted the ground waters from the deep aquifer and
30 they have been used for irrigation with the result that some
31 of the waters originally contained within the deep aquifer have

-4-

16543

1  by this act of pumping  and use recharged the shallow aquifer.
2  Also, as a result of the pumping of the waters contained within
3  the deep aquifer, the ground water elevation of those waters
4  contained in those gravel deposits has decreased with the
5  result that a reverse gradient has resulted and under present
6  conditions no ground waters contained within the deep aquifer
7  move out of the Santa Margarita River Watershed but said ground
8  waters are in fact contained within the gravel deposits of the
9  ancient stream channel.

10                              8.

11        That the ground waters contained within the shallow
12  aquifer of the Anza Ground Water Basin add to, support and
13  contribute to the Santa Margarita River stream system.

14                              9.

15        That the ground waters contained within the deep
16  aquifer do not add to, contribute or support the Santa Margarita
17  River or any tributary thereto, and are not a part of said
18  Santa Margarita River stream system.

19                             10.

20        That attached hereto is United States Exhibit 211a
21  which is a list setting forth the apparent owners of the lands
22  which comprise the Anza Ground Water Basin.  That attached
23  hereto is United States Exhibit 211b which designated by parcel
24  number and legal descriptions all lands which overlie said
25  Anza Ground Water Basin.  That said United States Exhibit 211b
26  specifically designates therein the lands which overlie the
27  deep aquifer of the Anza Ground Water Basin.

28                             11.

29        That all lands described in United States Exhibit
30  211b have a correlative overlying right to the use of the
31  ground waters contained within the shallow aquifer of the
32  Anza Ground Water Basin.

                              -5-

12.

That all lands described in United States Exhibit 211b and designated therein as overlying the deep aquifer of the Anza Ground Water Basin have correlative overlying rights to the use of the ground waters contained within the deep aquifer of that basin.

13.

Attached hereto marked Exhibit _____ is a compilation setting forth certain factual matters such as wells and data concerned therewith, irrigated and irrigable acreage and other relevant factual matters which pertain to the lands described in United States Exhibit 211b. The factual statements contained therein shall be prima facie evidence as to such matters in any subsequent proceedings before this court in this cause. As used herein prima facia evidence is that which suffices for the proof of a particular fact until contradicted or overcome by other evidence.

CAHUILLA CREEK

14.

That Cahuilla Creek is intermittent both as to time and place and flows, except for extremely limited areas, only during and immediately following periods of heavy precipitation. Said creek rises on the western slope of Thomas Mountain and there are several named and unnamed small tributary creeks (including Hamilton Creek) which contribute to the main stream of Cahuilla Creek. It is sufficient for these findings to state that Cahuilla Creek proceeds across the Anza Ground Water Basin in a general southwesterly direction. Said creek passes over the bedrock bench in section 29, Township 7 South, Range 3 East and then flows over a thin or shallow constricted

-6-

16545

1  area of younger alluvial deposits in sections 29 and 30,

2  Township 7 South, Range 3 East, and sections 25, 26, and 27,

3  Township 7 South, Range 2 East, whereupon it enters Cahuilla

4  Valley.  Said thin or shallow constricted area of younger

5  alluvial deposits is depicted on United States Exhibit 278.

6  Cahuilla Creek then proceeds across Cahuilla Valley in a

7  general southwest direction and after leaving said valley

8  in section 31, Township 7 South, Range 2 East; it passes

9  over primarily basement complex or bedrock in section 36,

10  Township 7 South, Range 1 East, proceeds across the northwest

11  $\frac{1}{4}$ of section 1, Township 8 South, Range 1 East and then across

12  section 2 and into the southeast $\frac{1}{4}$ of section 3, Township 8

13  South, Range 1 East, whereupon it joins Wilson Creek.

14                              15.

15          Cahuilla Creek does in fact contribute to the ground

16  waters contained within the shallow aquifer of the Anza Ground

17  Water Basin and those ground waters contained within the

18  Cahuilla Ground Water Basin and the Santa Margarita River

19  stream system.

20                              16.

21          As found hereinabove in Finding 14, Cahuilla Creek

22  passes over the bedrock bench in section 29, Township 7 South,

23  Range 3 East and flows over a thin constricted area of younger

24  alluvial deposits in sections 29 and 30, Township 7 South,

25  Range 3 East and sections 25, 26 and 27, Township 7 South,

26  Range 2 East, whereupon it enters Cahuilla Valley.  That the

27  ground waters contained within the thin  or shallow constricted

28  younger alluvial deposits in these sections are in direct hydro-

29  logic contact with the surface flow of Cahuilla Creek when in

30  fact said surface flow exists.  That ground water contained

31  within said thin or shallow constricted areas of younger alluvial

16546

1   deposits are in fact in a known and definite channel, to

2   wit: the younger alluvial deposits, in that said younger

3   alluvial deposits are surrounded by and contained within

4   deposits of virtually impervious basement complex.  Said

5   ground waters do in fact move in the identical direction

6   as the surface flow of Cahuilla Creek and are a part of

7   that Creek.

8          Except as found hereinabove in this Finding; Cahuilla

9   Creek consists solely of those waters which flow as surface

10  waters in that the ground waters which are contained within

11  the shallow aquifer of the Anza Ground Water Basin and the

12  ground waters contained within the Cahuilla Ground Water

13  Basin are not in a known and definite channel but are perco-

14  lating waters and in the other reaches of Cahuilla Creek, it

15  flows over basement complex or bedrock and no ground waters

16  exist.

17         The ground waters contained within the thin or shallow

18  constricted area of younger alluvial deposits in sections 29

19  and 30, Township 7 South, Range 3 East and sections 25, 26,

20  and 27, Township 7 South, Range 2 East and which as found

21  hereinabove, are a part of Cahuilla Creek, are of relative

22  minor amounts and do not contribute to any substantial degree

23  to the waters of the Santa Margarita River.  The surface waters

24  of Cahuilla Creek throughout its course exist for practical

25  purposes only during periods of substantial rainfall, and

26  therefore any riparian rights to such surface waters are

27  of relatively little value in that there is no substantial

28  need for such surface flow during the limited times that it

29  is available.  Because of the illusory nature of the riparian

30  rights to the surface flow of Cahuilla Creek and the limited

31  amounts of ground water which have in this Finding been found

-8-

16547

1 to be a part of Cahuilla Creek, this Court is not at this time

2 making specific findings as to what lands are riparian to

3 Cahuilla Creek.

4        If in fact in the future determinations as to the

5 riparian status of lands to Cahuilla Creek are necessary, this

6 Court in the exercise of its continuing jurisdiction can and

7 will make such determinations based on these Findings of Fact,

8 and evidence to be introduced as to what land is held under

9 one chain of title and part of which abuts upon or is traversed

10 by Cahuilla Creek.

11

12                    CAHUILLA GROUND WATER BASIN

13                         17.

14        The Cahuilla Ground Water Basin is composed of the

15 younger and older alluvial deposits which are contained within

16 Cahuilla Valley and are depicted on United States Exhibit 278.

17 The ground waters contained within the younger and older

18 alluvial deposits of Cahuilla Ground Water Basin are not in a

19 known and definite channel but do add to, contribute and support

20 Cahuilla Creek, a tributary of the Santa Margarita River stream

21 system.  That in the most westerly portion of the Cahuilla

22 Ground Water Basin there is a constricted thin deposit of

23 younger alluvium.  That said constricted thin younger alluvial

24 deposit is located in the southeast $\frac{1}{4}$ of section 30 and the

25 northeast $\frac{1}{4}$ of section 31, Township 7 South, Range 2 East, and is

26 depicted on United States Exhibit 278.  That at this point

27 there is a lip of bedrock which extends almost to ground surface.

28 The ground waters contained within the Cahuilla Ground Water

29 Basin move generally in a southwesterly direction and it

30 is only when the constricted thin layer of younger alluvium

31 which overlie said bedrock lip is saturated that any of said

1   ground waters contained within the Cahuilla Ground Water

2   Basin pass over said bedrock lip and move westerly toward

3   the Santa Margarita River.  That when said younger alluvial

4   deposits which overlie said bedrock lip in the southeast $\frac{1}{4}$

5   of section 30 and the northeast $\frac{1}{4}$ of section 31, Township 7

6   South, Range 2 East, are saturated, there is a flow of water

7   over said bedrock lip.  That except for periods of substantial

8   rainfall the amount of water which does in fact move over said

9   lip, either on the surface or within the constricted, thin,

10  shallow alluvial deposit, is slight and is consumed almost

11  entirely within a short distance downstream by evapo-transpor-

12  tation losses.

13                      18.

14          That attached hereto marked Exhibit _____ are descrip-

15  tions of all lands which overlie the Cahuilla Ground Water

16  Basin.

17                      19.

18          That the ground waters contained within the lands

19  described on Exhibit _____ are a part of the Santa Margarita

20  River system.

21                      20.

22          That the owners of the lands described in Exhibit _____

23  have correlative overlying rights  to the use of the ground

24  waters contained within those lands.

25

26                  WILSON CREEK

27                      21.

28          Wilson Creek is an intermittent stream both as to

29  time and place and flows, except in extremely limited areas,

30  only during or after period of substantial inundation.  Wilson

31  Creek has its headwaters primarily in the Red and Little Cahuilla

-10-

16549

1    Mountains.  It flows across Reed Valley and proceeds almost
2    in a direct southerly direction across sections 13, 24, 23, 26,
3    35, the southeast $\frac{1}{4}$ of section 34, Township 7 South, Range 1
4    East, and across the east $\frac{1}{2}$ of section 3, Township 8 South,
5    Range 1 East to that point where it is joined by Cahuilla Creek.
6    It then crosses Wilson Valley in a southwesterly direction and
7    flows generally westerly until it enters what is now Vail
8    Reservoir.  Throughout its course Wilson Creek traverses
9    constricted and shallow areas of younger alluvial deposits.
10                                22.
11            That all ground waters contained within the younger
12   alluvial deposits over which Wilson Creek flows are in fact
13   in direct hydrologic contact with the surface flows of Wilson
14   Creek when in fact it does exist.  That said ground waters
15   contained within said limited areas of younger alluvial deposits
16   are in a known and definite channel in that they are contained
17   within and surrounded by deposits of basement complex.  That
18   the ground waters contained within said younger alluvial deposits
19   do move in the identical direction of Wilson Creek and are in
20   fact a part of Wilson Creek.  Said younger alluvial deposits
21   are depicted on United States Exhibit _____, incorporated herein
22   by reference.
23                                23.
24            That except for those areas in Lancaster Valley, the
25   amounts of ground waters contained in said younger alluvial
26   deposits are limited and this Court is not at this time (except
27   as to Lancaster Valley) making findings of fact specifically
28   delineating which lands have riparian rights to the surface
29   and ground waters of Wilson Creek.
30                            - - - - -
31                            - - - - -

24.

Lancaster Valley is located just upstream from Vail Reservoir and is primarily in sections 16, 17, 18, and 7, Township 8 South, Range 1 East and section 12, Township 8 South, Range 1 West.  As found hereinabove, the ground waters contained within the younger alluvial deposits of Lancaster Valley, as said deposits are depicted on United States Exhibit ____, are in a known and definite channel and are a part of Wilson Creek.

25.

That attached hereto and designated Exhibit ____ are descriptions of those lands which overlie the younger alluvial deposits in Lancaster Valley.

26.

That all lands described in Exhibit ____ have correlative riparian rights to the use of the ground waters and surface waters of Wilson Creek.

27.

That the waters of Wilson Creek, both surface and sub-surface are a part of the Santa Margarita River stream system.

MISCELLANEOUS FINDINGS

28.

That all surface waters which flow over and upon any of the lands within the sub-watersheds of Cahuilla and Wilson Creeks are a part of the Santa Margarita River stream system.

29.

That all ground waters contained within the deposits of basement complex or weathered basement complex within the sub-watersheds of Cahuilla and Wilson Creeks as said deposits are depicted on United States Exhibits 278 and ____, are vagrant, local, percolating waters which do not add to, contribute or support the Santa Margarita River or any tributary thereto.

16551

1                              30.

2          That except as to ground waters contained within the
3  younger and older alluvial deposits within the shallow aquifer
4  of the  Anza Ground Water Basin, those contained within the
5  Cahuilla Ground Water Basin and those which are a part of Cahuilla
6  Creek and Wilson Creek, all ground waters contained within the
7  lands within the sub-watersheds of Wilson and Cahuilla Creeks,
8  are vagrant, local, percolating waters which do not add to,
9  contribute to or support the Santa Margarita River stream system.
10                             31.

11         That certain lands within the sub-watersheds of Wilson
12 Creek and Cahuilla Creek are Indian Reservation lands.  That
13 separate findings of fact, conclusions of law and interlocutory
14 judgments concerning said Indian lands are set forth in Inter-
15 locutory Judgment No. ____.

16                             32.

17         That no surface diversion or use of the waters of
18 Cahuilla or Wilson Creeks, or their tributaries or extraction
19 or use of the ground waters contained within the Anza Ground
20 Water Basin or the Cahuilla Ground Water Basin have been open,
21 notorious,  adverse or hostile to any party in this cause and
22 no prescriptive rights to the use of the surface or ground
23 waters from any such diversion or extraction or use exists.

24                             33.

25         That on certain of the exhibits attached to these
26 Findings of Fact there appear  factual statements concerning
27 applications to appropriate specific waters of Wilson and
28 Cahuilla Creeks or their tributaries filed with the California
29 State Water Rights Board.  That because said applications to
30 appropriate said waters involve relatively small amounts of
31 water, this Court has no made specific findings on each of these

                              -13-

1   applications nor has any party requested that such findings
2   be made.  This Court finds that such factual statements are
3   true and that the applicants to appropriate said waters as
4   appears on said exhibits have such water right as such stated
5   facts warrant under the pursuant to the laws of the State of
6   California concerned with the appropriation of water.
7           Jurisdiction is reserved to enter specific findings
8   of fact and judgments as to said applications to appropriate
9   said water should any party so request, either prior or
10  subsequent to the entry of final judgment in this cause.
11          That in other Findings of Fact and Interlocutory
12  Judgments in this cause certain parties have been adjudged to
13  have appropriative rights to the use of the waters of the
14  Santa Margarita River and/or its tributaries.
15          That except as to those appropriative rights as
16  exist from the factual statements which appear on certain
17  exhibits attached to these Findings of Fact, and other
18  appropriative rights specifically adjudged by other Findings
19  of Fact and Interlocutory Judgments in this cause, there are
20  no appropriative rights to the use of the waters which flow
21  over and upon any of the lands within the sub-watersheds of
22  Wilson and Cahuilla Creeks or to ground waters contained
23  within any of said lands.
24
25                  CONCLUSIONS OF LAW
26                 ANZA GROUND WATER BASIN
27                         1.
28          That all ground waters contained within the shallow
29  aquifer of the Anza Ground Water Basin add to, support and
30  contribute to the Santa Margarita River stream system.
31                      - - - - -


                            -14-

                                        16553

2.

That all lands described in the United States Exhibit 211b have a correlative overlying right to the use of the ground waters contained within the shallow aquifer of the Anza Ground Water Basin.

3.

That this Court has continuing jurisdiction over the use of all ground waters contained within the shallow aquifer of the Anza Ground Water Basin.

4.

That all ground waters contained within the deep aquifer of the Anza Ground Water Basin  do not add to, support or contribute to the Santa Margarita River stream system and are not a part of the Santa Margarita River or any tributary thereto.

5.

That the owners of all lands described in United States Exhibit 211b and designated therein as overlying the deep aquifer of the Anza Ground Water Basin have correlative overlying rights to the use of the ground waters contained within the deep aquifer of that Basin.

6.

This Court has no jurisdiction over the exercise of the correlative overlying rights  to the waters contained within the deep aquifer of the Anza Ground Water Basin.


CAHUILLA CREEK

7.

Both the surface and sub-surface waters of Cahuilla Creek add to, contribute to and support the Santa Margarita River stream system and the use of said waters is subject to the continuing jurisdiction of this Court.

-15-

16554

8.

Lands riparian to Cahuilla Creek have not been defined in these Findings of Fact but this Court reserves jurisdiction to enter such findings either before or after the entry of final judgment in this cause.

CAHUILLA GROUND WATER BASIN

9.

All ground waters contained within the younger and older alluvial deposits which comprise the Cahuilla Ground Water Basin add to, contribute to and support the Santa Margarita River stream system and the use of said waters is subject to the continuing jurisdiction of this Court.

10.

That all lands described on Exhibit ____ have a correlative overlying right to the use of the ground waters contained within the Cahuilla Ground Water Basin.

WILSON CREEK

11.

Both the surface and sub-surface waters of Wilson Creek are a part of the Santa Margarita River stream system and the use of said waters is subject to the continuing jurisdiction of this Court.

12.

That except as to lands within Lancaster Valley, no findings have been made in these Findings of Fact specifically delineating those lands riparian to Wilson Creek. Jurisdiction is reserved to enter said findings at any time either before or after entry of final judgment in this cause should the need for said findings occur.

16555

13.

That those lands described in Exhibit ____ are located
in Lancaster Valley and have correlative riparian rights to
the use of waters of Wilson Creek.

## MISCELLANEOUS CONCLUSIONS OF LAW

14.

That all surface waters which flow over and upon any
of the lands within the sub-watersheds of Cahuilla and Wilson
Creeks as said sub-watersheds are depicted on United States
Exhibits 278 and ____, are a part of the Santa Margarita River
stream system and the use of said waters is subject to the
continuing jurisdiction of this Court.

15.

That all ground waters contained within the deposits
of basement complex or weathered basement complex within the
sub-watersheds of Cahuilla and Wilson Creeks as said deposits
are depicted on United States Exhibits 278 and ____, are vagrant,
local, percolating waters which do not add to, contribute to,
or support the Santa Margarita River or any tributary thereto,
and the use of said waters is not subject to the continuing
jurisdiction of this Court.

16.

That except as to ground waters contained within the
shallow aquifer of the Anza Ground Water Basin and ground waters
contained within the Cahuilla Ground Water Basin, and the waters
of Cahuilla Creek and Wilson Creek, all ground waters contained
within the lands within the sub-watersheds of Wilson and Cahuilla
Creeks are vagrant, local, percolating waters which do not add
to, contribute to or support the Santa Margarita River stream
system and the use of said waters is not subject to the continuing
jurisdiction of this Court.

-17-

16556

17.

That no prescriptive right to the use of the waters of Cahuilla Creek or Wilson Creek or their tributaries or to the use of waters contained within the Cahuilla Ground Water Basin or the shallow aquifer of the Anza Ground Water Basin exists.

18.

That except as provided in Finding of Fact 33 herein there are no appropriative rights to the use of the waters which flow over and upon or are contained within any lands within the sub-watersheds of Wilson and Cahuilla Creeks.

19.

Specific Conclusions of Law concerned with the rights to the use of the waters subject to this Interlocutory Judgment upon Indian Reservation lands are set forth in Interlocutory Judgment No. _____.

INTERLOCUTORY JUDGMENT

ANZA GROUND WATER  BASIN

1.

IT IS ORDERED, ADJUDGED AND DECREED that all ground waters contained within the shallow aquifer of the Anza Ground Water Basin add to, support and contribute to the Santa Margarita River stream system;  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said lands are described in United States Exhibit 211b, incorporated herein by reference; that the owners of the lands described in said United States Exhibit 211b have a correlative overlying right to the use of the ground waters contained within the shallow aquifer of the Anza Ground Water Basin;  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court has continuing jurisdiction over the use of all of said ground

-18-

16557

1    waters contained within the shallow aquifer of the Anza

2    Ground Water Basin.

3                              2.

4            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

5    ground waters contained within the deep aquifer of the Anza

6    Ground Water Basin do not add to, support or contribute to the

7    Santa Margarita River stream system and are not a part of the

8    Santa Margarita River or any tributary thereto and that this

9    court has no jurisdiction over the use of said waters contained

10   within the deep aquifer of the Anza Ground Water Basin; that

11   said lands which overlie the deep aquifer are described and

12   designated on United States Exhibit 211b and IT IS ORDERED,

13   ADJUDGED AND DECREED that all ground waters contained within

14   said lands below 100 feet in elevation from land surface are

15   ground waters contained within said deep aquifer.

16                             3.

17           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

18   the rights of the owners of said lands referred to in paragraph 2

19   of this Interlocutory Judgment and their heirs, successors and

20   assigns to the use of the ground waters contained within the

21   deep aquifer are forever quieted in them and against the United

22   States of America and all other parties having rights to the

23   use of the waters of the Santa Margarita River and its tributaries,

24   and their heris, successors and assigns.

25                             4.

26           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

27   owners of the lands referred to in paragraph 2 of this Interlocu-

28   tory Judgment and their heirs, successors and assigns are

29   forever restrained from asserted rights in or to the waters

30   of the Santa Margarita River or its tributaries excepting

31   rights to waters which in a natural state would recharge the

-19-

1  ground waters contained within the deep aquifer of the Anza
2  Ground Water Basin.

3                           5.

4          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
5  rights inter se of the owners of said lands referred to in
6  paragraph 2 of this Interlocutory Judgment to the use of the
7  ground waters contained within the deep aquifer of the Anza
8  Ground Water Basin have not been adjudged, determined or decreed
9  in these proceedings.

10

11                      CAHUILLA CREEK
12                           6.

13          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that both
14  the surface and sub-surface waters of Cahuilla Creek as deter-
15  mined in the Findings of Fact to this Interlocutory Judgment
16  add to, contribute to and support the Santa Margarita River
17  stream system and the use of said waters is subject to the
18  continuing jurisdiction of this Court.

19                           7.

20          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
21  because of the fact that the waters of Cahuilla Creek do not
22  under present conditions, except during flood stages, contri-
23  bute substantial amounts of water to the Santa Margarita River
24  stream system downstream, no specific findings of fact have
25  been entered at this stage specifically delineating which
26  lands are riparian to said Cahuilla Creek.  Jurisdiction is
27  hereby expressly reserved to enter such findings of fact,
28  conclusions of law and judgment provisions in the future,
29  either before or after entry of final judgment in this cause,
30  specifically delineating by description lands riparian to
31  Cahuilla Creek or any tributary thereto.

16559

1               CAHUILLA GROUND WATER BASIN

2                     8.

3         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

4 ground waters contained within the younger and older alluvial

5 deposits which comprise the Cahuilla Ground Water Basin add to,

6 contribute to and support the Santa Margarita River stream system

7 and the use of said ground waters is subject to the continuing

8 jurisdiction of this Court; that said lands which comprise the

9 Cahuilla Ground Water Basin are described in Exhibit ____, and

10 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the owners of

11 said lands described in Exhibit ____ have correlative overlying

12 rights to the use of the ground waters contained within those

13 described lands.

14

15                   WILSON CREEK

16                     9.

17         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

18 surface and sub-surface waters of Wilson Creek as determined

19 in the Findings of Fact to this Interlocutory Judgment are a

20 part of the Santa Margarita River stream system and all uses

21 of said waters are subject to the continuing jurisdiction of

22 this Court; except as to Lancaster Valley no specific findings

23 have been entered specifically delineating by description those

24 lands which are riparian to Wilson Creek.  Jurisdiction is

25 hereby expressly reserved to determine and enter said findings

26 of fact and conclusions of law and intelocutory judgment

27 provisions designating which lands are riparian to Wilson Creek

28 either prior to or after entry of final judgment in this cause.

29                    10.

30         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that those

31 lands described in Exhibit ____, located in Lancaster Valley,

-21-

1   have correlative riparian rights to the use of the surface and

2   sub-surface waters of Wilson Creek.

3

4                    MISCELLANEOUS JUDGMENT PROVISIONS

5                                   11.

6           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

7   surface waters which flow over and upon any of the lands within

8   the sub-watersheds of Cahuilla and Wilson Creeks as said water-

9   sheds are depicted on United States Exhibits 278 and ____,

10  incorporated herein by reference, are a part of the Santa

11  Margarita River stream system and the use of said waters is

12  subject to the continuing jurisdiction of this Court.

13                                  12.

14          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

15  ground waters contained within the deposits of basement complex

16  and weathered basement complex within the sub-watersheds of

17  Cahuilla and Wilson Creeks as depicted on said United States

18  Exhibits 278 and ____, are vagrant, local, percolating waters

19  which do not add to, contribute to, or support the Santa

20  Margarita River or any tributary thereto and the use of said

21  waters is not subject to the continuing jurisdiction of this

22  Court.

23                                  13.

24          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

25  rights of the owners of said lands referred to in paragraph 12

26  of this Interlocutory Judgment and their heirs, successors and

27  assigns to the use of said ground waters are forever quieted

28  in them and against the United States of America and all other

29  parties having rights to the use of the waters of the Santa

30  Margarita River or its tributaries and their heirs, successors

31  and assigns.

                                   -22-

                                              16561

14.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the owners of said lands referred to in paragraph 12 of the Interlocutory Judgment, their heirs, successors and assigns are forever restrained from asserting rights in to to the waters of the Santa Margarita River or its tributaries excepting rights to surface waters which flow over and upon said lands.

15.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights inter se of the owners of said lands referred to in paragraph 12 of this Interlocutory Judgment to the use of the underlying vagrant, local, percolating ground waters have not been adjudged, determined or decreed in these proceedings.

16.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters contained within older or younger alluvial deposits and not contained within the shallow aquifer of the Anza Ground Water Basin or the younger and older alluvial deposits which comprise the Cahuilla Ground Water Basin and not in the Findings of Fact to this Interlocutory Judgment found to be a part of Cahuilla Creek or Wilson Creek, and within the lands within the sub-watersheds of Wilson and Cahuilla Creeks, are vagrant, local, percolating waters which do not add to, contribute to or support the Santa Margarita River stream system and the use of said ground waters is not subject to the continuing jurisdiction of this Court.

17.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the owners of said lands referred to in paragraph 16 of this Interlocutory Judgment and their heirs, successors and assigns are forever restrained from asserting rights in or to the

-23-

16562

1   waters of the Santa Margarita River or its tributaries

2   excepting rights to surface waters which flow over and

3   upon said lands.

4                          18.

5          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

6   the rights of the owners of said lands referred to in para-

7   graph 16 of this Interlocutory Judgment and their heirs,

8   successors and assigns to the use of the ground waters con-

9   tained within said younger and older alluvial deposits are

10  forever quieted in them and against the United States of

11  America and all other parties having rights to the use of

12  the waters of the Santa Margarita River and its tributaries,

13  and their heirs, successors and assigns.

14                         19.

15         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

16  the rights *inter se* of the owners of said lands referred to in

17  paragraph 16 of this Interlocutory Judgment to the use of the

18  underlying vagrant, local, percolating ground waters have

19  not been adjudged, determined or decreed in these proceedings.

20                         20.

21         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there

22  are no prescriptive rights to the use of the waters of Cahuilla

23  Creek or Wilson Creek or to their tributaries or to the use

24  of waters contained within the Cahuilla Ground Water Basin or

25  the shallow aquifer of the Anza Ground Water Basin.

26                         21.

27         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

28  except as may be provided in factual statements set forth on

29  the Exhibits attached to this Interlocutory Judgment or

30  specifically adjudged in other Findings of Fact and Interlocutory

31  Judgments in this cause, there are no appropriative rights to

-24-

16563

1   the use of any surface waters which flow over and upon any

2   of the lands within the sub-watersheds of Wilson and Cahuilla

3   Creeks or ground waters which are contained within the shallow

4   aquifer of the Anza Ground Water Basin or contained within any

5   of the younger or older alluvial deposits which comprise the

6   Cahuilla Ground Water Basin.

7                                22.

8               IT IS FURTHER ORDERED ADJUDGED AND DECREED that

9   notwithstanding any Interlocutory Judgment provisions entered

10  hereinabove, this Court does have jurisdiction over the use

11  of any waters insofar as the United States of America, on behalf

12  of any Indians, asserts rights to such waters which were ad-

13  judged in Findings of Fact and Interlocutory Judgment No.____;

14  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in any judg-

15  ment provision entered hereinabove quieting rights against the

16  United States of America, the use of the term United States of

17  America does not apply when the United States of America

18  asserts rights on behalf of any Indians which rights were

19  adjudged in Interlocutory Judgment No. ____.

20                               23.

21              IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based

22  upon the decision of the United States Court of Appeals for

23  the 9th Circuit, California v. United States, 235 F.2d 647,

24  that this is not a final decree but is interlocutory in

25  character and by reason of the order by this Court that all

26  parties are adverse one to the other, thus dispensing with

27  cross-pleadings, all parties to this proceeding may object

28  to these Findings of Fact, Conclusions of Law and Interlocutory

29  Judgment and will be given full opportunity upon due notice

30  to interpose their objection prior to entry of final judgment

31  in this cause.

16564

1                              24.

2              IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

3     Interlocutory Judgment is not appealable, is not final, and

4     shall not be operative until made a part of the final judgment,

5     and this Court expressly reserves jurisdiction to modify or

6     vacate it either upon its own motion or upon motion of any

7     party to this proceeding until such time as final judgment in

8     this cause is entered.

9              Dated:_____.

10

11

12                              _____

13                                        JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

16565