CARTER
9-18-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C Civil
)
vs. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: September 18, 1962
) At San Diego, California
)

PRESENT: Hon. JAMES M. CARTER District Jud

Deputy Clerk WILLIAM W. LUDDY   Reporter JOHN SWADER

Counsel for Plaintiff: NONE APPEARING

Counsel for Defendant: NONE APPEARING

PROCEEDINGS:   FURTHER COURT TRIAL

IT IS ORDERED cause is continued to September 24, 1962, at 10 A.M. for said proceedings.

JOHN A. CHILDRESS, Clerk
by _____
Deputy

6845