*LODGED*

~~FILED~~

SEP 1 9 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Draft
9/14/62
Girard

#41

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>             Defendants. | No. 1247-SD-C<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT NO. 41 CONCERNING THE RIGHTS TO THE USE OF WATERS OF SANTA MARGARITA RIVER STREAM SYSTEM HELD IN TRUST BY THE U.S.A. IN CONNECTION WITH THE RAMONA, CAHUILLA AND PECHANGA INDIAN RESERVATIONS. |

FINDINGS OF FACT

RAMONA INDIAN RESERVATION

1.

The Ramona Indian Reservation was established by Executive Order dated December 29, 1891, and is situated in Riverside County, State of California and comprised of lands described as follows:

North Half of the Southwest Quarter (N½ of SW¼), Southeast Quarter of the Southwest Quarters (SE¼ of SW¼), and the South Half of the Southeast Quarter (S½ of SE¼) of Section Thirty-two (32); the Southwest Quarter of the Southwest Quarter (SW¼ of SW¼) of Section Thirty-three (33) all in Township Six (6) South, Range Three (3) East, San Bernardino Base & Meridian.

Northwest Quarter of the Northwest Quarter (NW¼ of NW¼) of Section Four (4); Northeast Quarter of the Northeast

16566

1     Quarter (NE$\frac{1}{4}$ of NE$\frac{1}{4}$) of Section Five (5); all in
Township Seven (7) South, Range Three (3) East,
2     San Bernardino Base & Meridian.

3                           2.

4          The Ramona Indian Reservation is located in the most

5 northeasterly portion of the Santa Margarita River watershed

6 and in fact the Santa Margarita River watershed line traverses

7 the Ramona Indian Reservation roughly on a line extending

8 diagonally from the southwest to the northeast across the

9 North Half (N$\frac{1}{2}$) of the Southwest Quarter (SW$\frac{1}{4}$) of Section 32,

10 Township 6 South, Range 3 East, S.B.B.M.

11                        3.

12          The lands of the Ramona Indian Reservation within

13 the Santa Margarita River watershed are as follows: Those lands

14 within the North Half (N$\frac{1}{2}$) of the Southwest Quarter (SW$\frac{1}{4}$) of

15 Section Thirty-two (32) lying south and west of the watershed

16 line as above described; the Southeast Quarter of the Southwest

17 Quarter (SE$\frac{1}{4}$ of SW$\frac{1}{4}$) of Section Thirty-two (32); Southwest

18 Quarter of the Southwest Quarter (SW$\frac{1}{4}$ of SW$\frac{1}{4}$) of Section 33,

19 all in Township 6 South, Range 3 East, S.B.B.M.; Northwest

20 Quarter of the Northwest Quarter (NW$\frac{1}{4}$ of NW$\frac{1}{4}$), Section 4;

21 Northeast Quarter of Northeast Quarter (NE$\frac{1}{4}$ of NE$\frac{1}{4}$) of Section 5,

22 all in Township 7 South, Range 3 East, S.B.B.M.

23                        4.

24          The Ramona Indian Reservation consists of approxi-

25 mately 560 acres of which approximately 321 acres lie within

26 the Santa Margarita River watershed.

27                        5.

28          Within the Santa Margarita River watershed there are

29 approximately 104 acres of irrigable land within the Ramona

30 Indian Reservation.

31        - - -

16567

6.

At the present time the Indians residing on the Ramona Indian Reservation make little use of any waters in that their primary use consists of the domestic requirements for approximately _____ Indians and extremely limited stock raising.

7.

All thelands of the Ramona Indian Reservation within the watershed of the Santa Margarita River with the exception of the area of basement complex in the Southwest Quarter of Section 33, Township 6 South, Range 3 East overlie the shallow aquifer of the Anza Ground Water Basin as discussed more fully in Findings of Fact, Conclusions of Law and Interlocutory Judgment No.____. All ground waters contained in the older alluvial deposits on the Ramona Indian Reservation within the Santa Margarita River watershed are a part of the shallow aquifer of the Anza Ground Water Basin, and do in fact add to, contribute to and support the Santa Margarita River stream system.

8.

All ground waters contained within the deposits of basement complex in the Southwest Quarter (SW$\frac{1}{4}$) of Section 33 Township 6 South, Range 3 East and within the Ramona Reservation are vagrant, local, percolating waters, not a part of the Santa Margarita River stream system, and said ground waters do not add to, contribute to nor support the Santa Margarita River or any tributary thereto.

9.

There is a spring situated in the Northwest Quarter (NW$\frac{1}{4}$) of the Northwest Quarter (NW$\frac{1}{4}$) of Section 4, Township 7 South, Range 3 East.

-3-

16568

10.

Climate in the Ramona Indian Reservation is semi-arid, with warm to hot, dry summers and generally moist winters.  Rainfall usually occurs during the period from November 1 to April 1.  Freezing temperatures or below freezing temperatures may be expected during that period.

11.

The amount of surface waters which flow over and upon the Ramona Indian Reservation within the Santa Margarita River watershed is extremely limited in that such surface waters only exist during or immediately after periods of substantial rainfall.

12.

The United States of America when it established said Ramona Indian Reservation on December 29, 1891, intended to reserve rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of ground waters, sufficient for the present or future needs of the Indians residing thereon.

There is no issue presently presented which requires this Court to make findings of fact, conclusions of law or interlocutory judgment provisions concerned with the amount of water required for the Indians' use, the rights of any future assignees or successors in interest to said lands, and other related factors.  As this Court will keep continuing jurisdiction of this cause, this Court can, if the occasion should arise in the future, make such findings and judgment provisions as may then be required on these issues.

- - -

- - -

16569

1   CAHUILLA INDIAN RESERVATION

2                                   13.

3        The Cahuilla Indian Reservation was established pur-

4   suant to Executive Order dated December 27, 1875, and

5   is situated in Riverside County, State of California, and

6   comprised of the following described lands:

7        Section Twenty-five (25), Section Twenty-six (26),
         Section Twenty-seven (27), Section Twenty-eight (28),
8        Section Thirty-three (33), Section Thirty-four (34),
         Section Thirty-five (35) and Section Thirty-six (36),
9        all in Township Seven (7) South, Range Two (2) East,
         SBBM;

10       Section Twenty-six (26), Section Twenty-seven (27),
11       Section Twenty-eight (28), Section Twenty-nine (29),
         Section Thirty (30), Section Thirty-one (31), Section
12       Thirty-two (32), Section Thirty-three (33), Section
         Thirty-four (34) and Section Thirty-five (35), all in
13       Township Seven (7) South, Range Three (3) East, SBBM;

14       Section One (1), Section Two (2), Section Three (3) and
         Section Four (4), all in Township Eight (8) South,
15       Range Two (2) East, SBBM;

16       Section Two (2), Section (3), Section Four (4), Section
         Five (5), Section Six (6), all in Township Eight (8)
17       South, Range Three (3) East, SBBM.

18       In addition to the above-described lands there was

19   added to the Cahuilla Indian Reservation by Executive Order

20   dated March 14, 1887, the following lands:

21       Section 23, Township 7 South, Range 2 East.

22       On December 29, 1891, by Executive Order there was

23   likewise added to the Cahuilla Indian Reservation the South

24   Half (S$\frac{1}{2}$) of Section 14, Township 7 South, Range 2 East.

25       On_____day of _____, 1927, the North Half (N$\frac{1}{2}$) of

26   Lot 3, in Section 8, Township 8 South, Range 3 East, S.B.B.M.

27   was acquired by the Secretary of Interior by deed, and added

28   to the Cahuilla Indian Reservation.  Said deed is recorded in

29   Book 703 of Deeds page 133, Riverside County, California.

30       - - - -

31       - - - -

16570

14.

By Findings of Fact, Conclusions of Law and Interlocu-
tory Judgment No.___ the nature and extent of the shallow and
deep aquifers of the Anza Ground Water Basin have been deter-
mined.  Said Anza Ground Water Basin consists of the younger
and older alluvial deposits within Anza Valley upstream from
a line which is drawn on U. S. Exhibit 278 in Section 29,
Township 7 South, Range 3 East.  The surface extent of said
younger and older alluvial deposits which comprise the Anza
Ground Water Basin is depicted on said U. S. Exhibit 278
incorporated herein by reference.

As determined in Findings of Fact, Conclusions of
Law and Interlocutory Judgment No.___ the ground waters con-
tained within the shallow aquifer of the Anza Ground Water
Basin are percolating waters and add to, contribute to and
support the Santa Margarita River stream system.  To the
extent that any lands of the Cahuilla Indian Reservation con-
sist of the younger or older alluvial deposits of the shallow
aquifer of the Anza Ground Water Basin as determined in
Findings of Fact, Conclusions of Law and Interlocutory Judg-
ment No.___ said lands are a part of the shallow aquifer of
the Anza Ground Water Basin.

16.

Those lands of the Cahuilla Indian Reservation which
overlie the deep aquifer of theAnza Ground Water Basin as deter-
mined in Findings of Fact, Conclusions of Law and Interlocutory
Judgment No.___ do in fact contain ground waters which are a
part of the deep aquifer of the Anza Ground Water Basin.  Said
lands of the Cahuilla Indian Reservation which do in fact
overlie the deep aquifer of the Anza Ground Water Basin are
located in the Northeast Quarter of Section 28, and the

-6-

16571

1 the West One-Half of Section 27, Township 7 South, Range 3

2 East, S.B.B.M. and are depicted on U. S. Exhibit 278.

3            17.

4    All ground waters contained within the deep aquifer

5 of the Anza Ground Water Basin and within the Cahuilla Indian

6 Reservation are not a part of the Santa Margarita stream system

7 nor do said ground waters add to, contribute to nor support

8 the Santa Margarita River or any tributary thereto.

9            18.

10    Cahuilla Creek does flow over lands which comprise a

11 portion of the Cahuilla Indian Reservation and there is a

12 perennial flow of Cahuilla Creek in the Southwest Quarter (SW$\frac{1}{4}$)

13 of Sections 23 and 27, Township 7 South, Range 2 East.  All

14 surface waters of Cahuilla Creek and its tributaries within

15 the Cahuilla Reservation are a part of the Santa Margarita

16 River stream system.

17            19.

18    There are a total of 18,292 acres in the Cahuilla

19 Indian Reservation of which 17,312 acres are within the water-

20 shed of the Santa Margarita River.  Of these, 12,998 acres

21 are under present conditions irrigable.

22            20.

23    At present the waters contained upon or within the

24 lands which comprise the Cahuilla Indian Reservation are

25 primarily used for limited domestic use and livestock purposes.

26 There are at the present time approximately _____ Indians

27 residing on the Cahuilla Indian Reservation.

28            21.

29    There is situated in the Southwest Quarter of the

30 Southwest Quarter (SW$\frac{1}{4}$ of SW$\frac{1}{4}$) of Section 14, Township 7

31 South, Range 3 East, sixteen (16) acres which overlie the

-7-

16572

1    Cahuilla Ground Water Basin and which have been irrigated with

2    waters from a spring situated slightly north and east of the

3    irrigated land.

4                      22.

5        There are within the Cahuilla Indian Reservation in

6    the North Half of the Northwest Quarter ($N\frac{1}{2}$ of $NW\frac{1}{4}$) of Section

7    26, Township 7 South, Range 2 East, thirty-five (35) acres

8    of land which have been irrigated.  The waters for this irriga-

9    tion come from a spring located slightly north and east of

10    the irrigated lands and both the lands irrigated and the

11    spring are located in the Cahuilla Ground Water Basin, as

12    said basin is defined in Findings of Fact, Conclusions of Law

13    and Interlocutory Judgment No.____.

14                     23.

15        In the East Half of the Northeast Quarter ($E\frac{1}{2}$ of $NE\frac{1}{2}$)

16    of Section 6, Township 8 South, Range 3 East, within the

17    Cahuilla Indian Reservation approximately 20 acres of lands

18    have been irrigated with waters from a spring situated near

19    the West Quarter corner of Section 5 Township 8 South, Range 3

20    East.

21                     24.

22        Climate in the Cahuilla Indian Reservation is similar

23    to that which exists in the Ramona Indian Reservation, and ex-

24    cept where springs or perennial flow of surface waters exist

25    as found hereinabove, surface water is apparent only during or

26    immediately after periods of rainfall.

27                     25.

28        That a portion of the lands which comprise the

29    Cahuilla Indian Reservation overlie the Cahuilla Ground Water

30    Basin as said basin has been determined in Findings of Fact,

31    Conclusions of Law and Interlocutory Judgment No.____; said

16573

1   ground water basin and said Indian Reservation are depicted

2   on U. S. Exhibit 278 incorporated herein by reference. All

3   ground waters contained within the lands of the Cahuilla Indian

4   Reservation which are a part of the Cahuilla Ground Water Basin

5   add to, contribute to and support the Santa Margarita River

6   stream system.

7                              26.

8          The United States of America, when it created the

9   Cahuilla Indian Reservation by Executive Orders dated Decem-

10  ber 27, 1875, March 14, 1887, and December 29, 1891, intended

11  to reserve rights to the use of the waters of the Santa Mar-

12  garita River streamsystem which under natural conditions

13  would be physically available on the Indian Reservation, in-

14  cluding rights to the use of the ground waters, sufficient

15  for the present or future needs of the Indians residing

16  thereon.  There is no issue presently presented which requires

17  this Court to make findings of fact, conclusions of law or

18  judgment provisions concerning the amount of water required

19  for the Indians' use on said lands or the rights of any future

20  assignees or successors in interest to said lands.  As this

21  Court will keep continuing jurisdiction of this cause, this

22  Court can, if the occasion should arise in the future, make

23  such findings of fact, conclusions of law and interlocutory

24  judgment provisions as may be required on those issues.

25  PECHANGA INDIAN RESERVATION

26                             27.

27         In the Executive Orders and related documents

28  establishing the Pechanga Indian Reservation, the reservation

29  is sometimes referred to as the Temecula Indian Reservation

30  and the Indians residing thereon referred to as the Temecula

31  Indian Mission Band.

                              -9-

28.

The Pechanga Indian Reservation was established by an Executive Order, dated June 27, 1882. The lands which presently comprise that Reservation are situated in Riverside County, State of California, described as follows:

Section Twenty-six (26), Section Twenty-seven (27) except for the Northwest Quarter of the Northwest Quarter (NW$\frac{1}{4}$ of NW$\frac{1}{4}$) Section Thirty-four (34), except for Lot 16, Section Thirty-five (35), Lot 7 and Southeast Quarter of the Southwest Quarter (SE$\frac{1}{4}$ of SW$\frac{1}{4}$) of Section Twenty-eight (28), all in Township Eight (8) South, Range Two (2) West, SBBM.

29.

There was added to the Pechanga Indian Reservation:

Section Twenty-five (25), Township Eight (8) South, Range Two (2) West, SBBM,

by Executive Order, dated January 9, 1907, of the Secretary of the Interior.

30.

In addition to the lands comprising the Pechanga Indian Reservation as above described, there was added on August 29, 1893, to that Reservation by an unnumbered Patent:

The North Half of the Northwest Quarter (N$\frac{1}{2}$ of NW$\frac{1}{4}$), Southeast of the Northwest Quarter (SE$\frac{1}{4}$ of NW$\frac{1}{4}$), Northwest Quarter of the Northeast Quarter (NW$\frac{1}{4}$ of NE$\frac{1}{4}$) of Section Thirty-six (36), Township Eight (8) South, Range Two (2) West, SBBM.

There was likewise added to the Pechanga Indian Reservation

Southwest Quarter of the Northeast Quarter (SW$\frac{1}{4}$ of NE$\frac{1}{4}$), East Half of the Northeast Quarter (E$\frac{1}{2}$ of NE$\frac{1}{4}$), South Half (S$\frac{1}{2}$) of Section Thirty-six (36), Township Eight (8) South, Range Two (2) West, SBBM,

by a patent dated May 25, 1931.

Also added to the Pechanga Indian Reservation is the so-called Kelsey Tract, Lot E of the Little Temecula Grant, by a deed dated March 11, 1907.

-10-

1                          31.

2    Pechanga Creek.

3              Pechanga Creek is an intermittent stream which rises in

4    the Cleveland National Forest, Section 30, Township 8 South,

5    Range 1 West, SBBM.  It proceeds in a generally northwesterly

6    direction, entering the Pechanga Indian Reservation in the

7    Northeast Quarter (NE$\frac{1}{4}$) of Section 25, Township 8 South,

8    Range 2 West, SBBM, and leaves the Reservation near the

9    Northwest corner of the Southeast Quarter of the Southwest

10   Quarter (SE$\frac{1}{4}$ of SW$\frac{1}{4}$) of Section 28, Township 8 South, Range 2

11   West, SBBM.  Continuing its general course as above described,

12   the stream proceeds across lands in private ownership for a

13   distance of approximately one-half (1/2) mile where it enters

14   the so-called Kelsey Tract, described as Lot E of the Little

15   Temecula Rancho, which is part of the Pechanga Reservation.

16   Proceeding across that tract of Reservation Land, the stream

17   continues its course to the point where it enters Temecula

18   Creek approximately one (1) mile east from where the stream

19   last mentioned joins Murrieta Creek to form the Santa Margarita

20   River.  Said Pechanga Creek is a tributary to Temecula Creek

21   one of the two principal tributaries of the Santa Margarita

22   River.  Pechanga Creek is intermittent and flows only during and
     immediately after periods of rainfall.
23                         32.

24   Murrieta-Temecula Ground Water Area

25             The exterior boundaries of the Murrieta-Temecula

26   Ground Water Area was established by the Findings of Fact,

27   Conclusions of Law and Interlocutory Judgment No. 30,

28   entered the 8th day of March, 1962.

29                         33.

30             The following described lands situated within the

31   Pechanga Indian Reservation are part of the Murrieta-Temecula

                         -11-

                                            16576

1  Ground Water Area and those lands have been found to overlie

2  ground waters within that area:

3      All of Section Twenty-six (26), all of Section Thirty-
        five (35), NorthHalf of the South Half ($N\frac{1}{2}$ of $S\frac{1}{2}$),
4      North Half ($N\frac{1}{2}$) of Section Thirty-four (34), all of
        Section Twenty-seven (27) within Pechanga Indian
5      Reservation, all of Section Twenty-eight (28) within
        Pechanga Indian Reservation, and Lot E of Little
6      Temecula Rancho within Pechanga Indian Reservation.

7                              34.

8  Geology of Murrieta-Temecula Ground Water
   Within Pechanga Indian Reservation
9

10         The lands within the Pechanga Indian Reservation above

11 described which are part of the Murrieta-Temecula Ground Water

12 Area are comprised of older continental alluvium and conform

13 generally to the description of the ground water area which

14 is more fully described in the Findings of Fact, Conclusions

15 of Law and Interlocutory Judgment No. 30 and entered March 8,

16 1962.  In the general area through which Pechanga Creek has

17 its course, the older continental alluvium is overlain with

18 a thin layer of younger alluvium.  The younger alluvium is

19 the erosion from and redistribution of the older alluvium as

20 well as erosion from the surrounding basement complex.

21                              35.

22         There is a complex of faults through the Pechanga

23 Indian Reservation intersecting and traversing the alluvial

24 fill above described.  Result of that faulting has been to

25 control in some but undetermined degree the movement of the

26 ground water within the Reservation. Generally, however, it

27 is found that those ground waters are moving towards the

28 mouth of Temecula Canyon through which flows the Santa Mar-

29 garita River.

30         - - -

31         - - -

                            -12-

16577

1                                    36.

2        Ground waters, if any, found in the basement complex

3   or weathered basement complex within the Pechanga Indian

4   Reservation are vagrant, local and percolating, not a part of

5   the Santa Margarita River stream system.  Said deposits of

6   basement complex or weathered basement complex are depicted

7   on U. S. Exhibit_____.

8                                    37.

9   Climate, Crops, Duty of Water, Irrigable
    Acreage Within Pechanga Indian Reservation
10

11           Climate in the Pechanga Indian Reservation is semi-

12  arid, with warm to hot, dry summers, and cool and generally

13  moist winters.  Rainfall usually occurs during the period from

14  the first of November to the first of April.  There are

15  occasional rain showers during the irrigation season which

16  is roughly from April to October.  As a consequence, the

17  period of the greatest demand for water is the period of

18  shortest supply, whereas the period of greatest supply occurs

19  when the demands are very slight.  The irrigable portions of

20  the Pechanga Indian Reservation are subject to frost damage.

21                                   38.

22        There are a total of 3787 acres of land in the

23  Pechanga Indian Reservation within Santa Margarita River water-

24  shed.  Of these 3787 acres, 1694 acres are irrigable.  Of

25  these 1694 acres, 559 are Class VI lands which are not suitable

26  for cultivation but because of their other characteristics are

27  suitable for irrigated but non-cultivated crops.

28                                   39.

29        At the present time, the waters contained in the

30  Pechanga Indian Reservation are used largely for stock raising

31  and domestic purposes and the extent of the water use is

                                   -13-

1   negligible in that there are at the present time only

2   approximately six (6) Indians residing on the Reservation.

3               40.

4        The United States of America when it withdrew the

5   Indian lands above described to form the Pechanga Indian

6   Reservation intended to reserve rights to the use of the waters

7   of the Santa Margarita River streamsystem which under natural

8   conditions would be physically available on the Indian Reserva-

9   tion, including rights to the use of ground waters sufficient

10  for the present or future needs of the Indians residing thereon.

11  There is no issue presently presented which requires this Court

12  to make findings of fact, conclusions of law and interlocutory

13  judgment provisions concerned with the amount of water required

14  for the Indians' use or the rights of any future assignees or

15  successors in interest to said lands.  As this Court will keep

16  continuing jurisdiction of this cause this Court can, if the

17  occasion should arise in the future, make such findings of fact,

18  conclusions of law and interlocutory judgment provisions as may

19  be required on those issues.

20              41.

21  <u>Water Duty</u>

22        Under present conditions and generally on the Ramona,

23  Cahuilla and Pechanga Indian Reservations and throughout this

24  area a reasonable water duty for crops is as follows:

| | Irrigation Requirements Acre-Feet Per Acre Per Year |
|---|---|
| Row Crops | 4.00 |
| Irrigated Pasture | 3.83 |
| Alfalfa | 3.00 |
| Deciduous Fruit | 1.07 |
| Small Grains | 1.75 |
| Avocados | 2.35 |
| Citrus | 1.86 |

30

31  - - -

-14-

16579

1   To the irrigation requirements shown above, there should be

2   added 10% for delivery losses.  That type of loss occurs between

3   the point of supply and the point of use.

4        This Court finds that the above set forth general water

5   duty requirements and all findings herein concerned with

6   irrigable acreage are supported by the evidence in this case.

7   However, in this case there was no issue of apportionment

8   presented and such findings concerning water duty and irrigable

9   acreage as set forth in these findings shall be *prima facie*

10  evidence as to these facts in any future proceedings wherein

11  the question of water duty or irrigable acreage is relevant.

12  As used herein, *prima facie* evidence shall mean that which

13  suffices for the proof of a particular fact until contradicted

14  or overcome by other evidence.

15                      42.

16       That no use of any surface waters which flow over and

17  upon any of the lands within the Santa Margarita River water-

18  shed and within the Ramona, Cahuilla and Pechanga Indian Reser-

19  vations has been open, notorious or adverse, and there are no

20  prescriptive rights to the use of any waters of the Santa Mar-

21  garita River stream system on any lands which comprise said

22  Indian Reservations.

23                      43.

24       That no appropriative rights exist to the use of the

25  waters of the Santa Margarita River stream system or waters

26  which add to and support said Santa Margarita River stream

27  system on any of the lands which comprise the Ramona,Cahuilla

28  and Pechanga Indian Reservations.

29                      44.

30       That except as expressly provided hereinabove there

31  are no rights to the use of the waters of the Santa Margarita

-15-

16580

1  River and its tributaries or waters which add to and support

2  said River and its tributaries owned or held by the United

3  States of America in trust for the Indians or in trust as to

4  said Indian Reservations.

5

6

7                    CONCLUSIONS OF LAW

8  RAMONA INDIAN RESERVATION

9                         1.

10      The United States of America when it established the

11 Ramona Indian Reservation intended to reserve, and did reserve,

12 rights to the use of the waters of the Santa Margarita River

13 stream system which under natural conditions would be available

14 on the Ramona Indian Reservation, including rights to the use

15 of ground waters, sufficient for the present and future needs

16 of the Indians residing thereon with a priority date of

17 December 29, 1891.

18                         2.

19      All lands of the Ramona Indian Reservation within the

20 watershed of the Santa Margarita River with the exception of an

21 area of basement complex in the Southwest Quarter (SW$\frac{1}{4}$) of

22 Section 33, Township 6 South, Range 3 East, overlie the

23 shallow aquifer of the Anza Ground Water Basin and the ground

24 waters contained within said lands add to, contribute to and

25 support the Santa Margarita River stream system.

26                         3.

27      All ground waters contained within the deposits of

28 basement complex in the Southwest Quarter (SW$\frac{1}{4}$) of Section 33,

29 Township 6 South, Range 3 East and within the Ramona Indian

30 Reservation are vagrant, local, percolating waters not a part

31 of the Santa Margarita River stream system and said ground

-16-

16581

1 waters do not add to, contribute to nor support the Santa

2 Margarita River or any tributary thereto.

3 <u>CAHUILLA INDIAN RESERVATION</u>

4                                         4.

5          The United States of America intended to reserve, and

6 did reserve, rights to the use of the waters of the Santa Mar-

7 garita River stream system which under natural conditions would

8 be physically available on theCahuilla Indian Reservation, in-

9 cluding rights to the use of ground waters, sufficient for the

10 present and future needs of the Indians residing thereon with

11 priority dates of December 27, 1875, for lands transferred by

12 the Executive Order of that date; March 14, 1887, for lands

13 transferred by Executive Order of that date; December 29, 1891,

14 for lands transferred by Executive Order of that date.

15                                         5.

16          Ground waters contained within the lands of Cahuilla

17 Indian Reservation and within the younger or older alluvial

18 deposits which are a part of the shallow aquifer of the Anza

19 Ground Water Basin are percolating waters and add to, contribute

20 to and support the Santa Margarita River stream system.

21                                         6.

22          Ground waters contained within the deep aquifer of the

23 Anza Ground Water Basin in the Northeast Quarter (NE$\frac{1}{4}$) of

24 Section 28, and the West One-half (W$\frac{1}{2}$) of Section 27, Town-

25 ship 7 South, Range 3 East, and within the Cahuilla Indian

26 Reservation, are a part of the deep aquifer of the Anza Ground

27 Water Basin, and said ground waters do not add to, support nor

28 contribute to the Santa Margarita River stream system.

29                                         7.

30          Ground waters contained within the lands of the

31 Cahuilla Indian Reservation which were determined to be a part

-17-

16582

1 of the Cahuilla Ground Water Basin in Findings of Fact, Con-

2 clusions of Law and Interlocutory Judgment No.___ add to,

3 contribute to and support the Santa Margarita River stream

4 system.

5 PECHANGA INDIAN RESERVATION

6                              8.

7        United States of America intended to reserve and did

8 reserve rights to the use of the waters of the Santa Margarita

9 River stream system and the waters of the deep aquifer of the

10 Anza Ground Water Basin which under natural conditions would

11 be physically available on the Pechanga Indian Reservation

12 including rights to the use of ground waterssufficent for the

13 present and future needs of the Indians residing thereon with

14 priority dates of June 27, 1882, for those lands established

15 by Executive Order of that date; January 9, 1907 for those

16 lands transferred by the Executive Order of that date; August 29,

17 1893 for those lands added to the reservation by Patent on that

18 date; May 25, 1931, for those lands added to the reservation

19 by Patent of that date.

20                              9.

21        That those lands specifically described in Findings

22 of Fact No. 33  are within the Murrieta-Temecula Ground Water

23 Area as said ground water area has been determined in Findings

24 of Fact, Conclusions of Law and Interlocutory Judgment No. 30,

25 and said ground waters add to, contribute to and support the

26 Santa Margarita River stream system.

27                             10.

28        That all surface waters which flow over and upon any

29 of the lands within the Santa Margarita River watershed and which

30 are a part of the Ramona, Cahuilla and Pechanga Indian Reserva-

31 tions are a part of the Santa Margarita River stream system.

-18-

16583

1                    11.

2         That there are no prescriptive rights to the use

3  of the waters of the Santa Margarita River and its tributaries

4  or to the use of the waters which add to and support said

5  River and its tributaries owned or held in trust by the United

6  States of America for the Indians' use or in trust as to said

7  Indian Reservations.

8                    12.

9         That there are no appropriative rights to the use

10  of the waters of the Santa Margarita River and its tributaries

11  or to the use of the waters which add to and support said

12  River and its tributaries owned or held in trust by the United

13  States of America for the Indians' use or in trust as to said

14  Indian Reservations.

15                    13.

16         That except as provided in Findings of Fact __12__,

17  __26__ and __40__, there are no rights to the use of the Santa

18  Margarita River or its tributaries or waters which add to and

19  support said River and its tributaries owned by the United

20  States in trust for the Indians' use or in trust for use upon

21  the said Indian Reservations.

22             <u>INTERLOCUTORY JUDGMENT</u>

23                    1.

24         IT IS ORDERED, ADJUDGED AND DECREED that the United

25  States of America when it established the Ramona Indian Reser-

26  vation intended to reserve and did reserve rights to the use of

27  the waters of the Santa Margarita River stream system which

28  under natural conditions would be physically available on

29  the Ramona Indian Reservation, including rights to the use

30  of ground waters, sufficient for the present and future needs

31  of the Indians residing thereon with a priority date of Decem-

     ber 29, 1891.

16584

2.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all lands of the Ramona Indian Reservation within the watershed of the Santa Margarita River with the exception of the area of basement complex in the Southwest Quarter (SW$\frac{1}{4}$) of Section 33 Township 6 South,Range 3 East, which is depicted on U. S. Exhibit 278 incorporated herein by reference, overlie the shallow aquifer of the Anza Ground Water Basin as determined in Findings of Fact, Conclusions of Law and Interlocutory Judgment No.___ and the ground waters contained therein add to, contribute to and support the Santa Margarita River stream system.

CAHUILLA INDIAN RESERVATION

3.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America intended to reserve and did reserve rights to the use of the waters of the Santa Margarita River which under natural conditions would be physically available on the Cahuilla Indian Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with priority dates of December 27, 1875, for lands transferred by the Executive Order of that date, March 14, 1887, for lands transferred by the Executive Order of that date, December 29, 1891 for lands transferred by the Executive Order of that date.

4.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that ground waters contained within the lands of the Cahuilla Indian Reservation and within the younger or older alluvial deposits which are a part of the shallow aquifer of the Anza Ground Water Area are percolating waters and add to contribute to and support the Santa Margarita stream system.

-20-

16585

5.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that ground waters contained within the deep aquifer of the Anza Ground Water Basin, in the Northeast Quarter (NE$\frac{1}{4}$) of Section 28 and the West One-half (W$\frac{1}{2}$) of Section 27, Township 7 South, Range 3 East, and within the Cahuilla Indian Reservation, are a part of the deep aquifer of the Anza Ground Water Basin and said ground waters do not add to, support nor contribute to the Santa Margarita River stream system.

6.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that ground waters contained within the lands of the Cahuilla Indian Reservation which are a part of the Cahuilla Ground Water Basin add to, contribute to and support the Santa Margarita River stream system.

PECHANGA INDIAN RESERVATION

7.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Pechanga Indian Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with priority dates of June 27, 1882, for those lands established by the Executive Order of that date; January 9, 1907 for those lands transferred by the Executive Order of that date; August 29, 1893 for those lands added to the Reservation by Patent on that date, and May 25, 1931, for those lands added to the Reservation by Patent of that date.

- - -

-21-

16586

8.

2      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
3   those lands specifically described in Findings of Fact No. 33
4   are within the Murrieta-Temecula Ground Water Area as said
5   ground water area has been determined in Findings of Fact,
6   Conclusions of Law and Interlocutory Judgment No. 30.

9.

8      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
9   all surface waters which flow over and upon any of the lands
10  within the Santa Margarita River watershed and which are a
11  part of the Ramona, Cahuilla or Pechanga Indian Reservations
12  are a part of the Santa Margarita River streamsystem.

10.

14     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
15  the use of any waters, surface or ground, by the Indians on
16  the Ramona, Cahuilla and Pechanga Reservations is subject  to the
17  continuing jurisdiction of this Court.

11.

19     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
20  ground waters contained within deposits of basement complex or
21  weathered basement complex and within the Santa Margarita River
22  watershed and within the Ramona, Cahuilla and Pechanga Indian
23  Reservations as said deposits are depicted on U. S. Exhibit 278
24  and U. S. Exhibit ____ are vagrant, local, percolating waters
25  not a part of the Santa Margarita River or any tributary thereto.
26  It is further ordered, adjudged and decreed that the rights of
27  the United States of America as the owner in trust of said lands
28  are forever quieted against all parties claiming rights to the
29  waters of the Santa Margarita River and/or its tributaries.
30  It is further ordered, adjudged and decreed that the United States
31  of America as owner in trust of said lands is forever restrained

-22-

16587

1 from asserting rights in or to the waters of the Santa Margarita

2 River or its tributaries concerning said lands excepting rights

3 to surface waters which flow over and upon saidlands.

4                                    12.

5            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

6 there are no prescriptive rights owned by the United States of

7 America in trust for the Indians or Indian lands to the use

8 of the waters of the Santa Margarita River or its tributaries

9 or waters which add to and support said River and its tribu-

10 taries.

11                                    13.

12            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

13 there are no appropriative rights owned by the United States

14 of America in trust for the Indians or Indian lands to the

15 use of the waters of the Santa Margarita River or its tribu-

16 taries or waters which add to and support said River and its

17 tributaries.

18                                    14.

19            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

20 except as expressly provided in Paragraphs 1, 4 and 8 of this

21 Interlocutory Judgment there are no rights to the use of the

22 waters of the Santa Margarita River and its tributaries or to

23 the waters which add to and support said River and its tributa-

24 ries owned by the United States of America in trust for the

25 Indians or Indian lands on the Ramona, Cahuilla and Pechanga

26 Reservations.

27                                    15.

28            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

29 based upon the decision of the United States Court of Appeal,

30 Ninth Circuit, California v. United States, 235 Fed.2d 647,

31 that this is not a final decree but is interlocutory in nature

     and by reason of the order by this Court that all parties are

16588

1 adverse one to the other, thus dispensing with cross

2 pleadings, all parties to this proceeding may object to these

3 findings of fact, conclusions of law and interlocutory judg-

4 ments and will be given full opportunity upon due notice to

5 interpose their objections to these findings of fact, con-

6 clusions of law and interlocutory judgments prior to the

7 entry of final judgment in this case.

8                                   16.

9          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

10 Interlocutory Judgment is not appealable, is not final and

11 shall not be operative until made a part of the final judgment

12 in this case and this Court expressly reserves jurisdiction

13 to modify or vacate it either upon its own motion or upon

14 motion of any party to this proceeding until such time as

15 final judgment in this cause is entered.

16 Dated:

17

18          _____

19                          JUDGE

20

21

22

23

24

25

26

27

28

29

30

31

-24-

16589