CARTER
9-24-62

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

U.S.A.                                )   No._ _ _1247-SD-C_Civil

                                      )   MINUTES OF THE COURT

vs.                                    )   Dated:_ _ _September_24, 1962

FALLBROOK, etc., et al                 )   At San Diego, California

                                      )

    PRESENT:  Hon._ _ JAMES M. CARTER _ _ _ _ _ _ _District Jud

      Deputy ClerWILLIAM W. LUDDY _ ReporterJOHN SWADER _ _ _

      Counsel for Plaintiff:_RAMSEY CLARK, WILLIAM VEEDER, DONALD REDD

      Counsel for Defendant:_GEORGE STAHLMAN, FRED GIRARD, FRANZ SACHSE

    PROCEEDINGS: FURTHER COURT TRIAL

  COURT AND COUNSEL IN CONFER.

  IT IS ORDERED cause is continued to September 25, 1962, at 9 A.M.
for further court trial.

JOHN A. CHILDRESS, Clerk

by _____
              Deputy