CARTER
9-25-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C  Civil
 )
   vs. ) MINUTES OF THE COURT
 )
FALLBROOK, etc., et al ) Dated: September 25, 1962
 )
 ) At San Diego, California

PRESENT: Hon. JAMES M CARTER District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: RAMSEY CLARK, WILLIAM VEEDER, DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD

PROCEEDINGS:   FURTHER COURT TRIAL

COURT AND COUNSEL CONFER.

IT IS ORDERED cause is continued to Oct. 9, 1962, at 10 A.M. for further court trial herein.

JOHN A. CHILDRESS, Clerk

by _____
               Deputy

6847