CARTER
10-9-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C Civil
  )  MINUTES OF THE COURT
v.  )  Dated: Oct. 9, 1962
FALLBROOK, etc., et al  )  At San Diego, California
  )

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk WILLIAM W. LUDDY Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD.

Counsel for Defendant: FRANZ SACHSE: WALTER GOULD LINCOLN: LORIN WRIGHT, WILLIAM DENNIS: JOS. KASE, JR. TILDEN BROOKS, GEORGE STAHLMAN, ARTHUR LITTLEWORTH, FRED GIRARD, DONALD STARKE, AND PHIL SWING.

PROCEEDINGS: FURTHER COURT TRIAL.

COURT AND COUNSEL HOLD DISCUSSION.
IT IS ORDERED cause is continued to October 10, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
  Deputy

6849