CARTER
10-10-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C Civil
        )
  vs.   )  MINUTES OF THE COURT
FALLBROOK, etc., et al )  Dated: Oct. 10, 1962
        )
        )  At San Diego, California
        )

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter_ _ JOHN SWADER _

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANZ SACHSE, FRED GIRARD, JOSEPH KASE, TILDEN BROOKS.

PROCEEDINGS:  FURTHER COURT TRIAL

Court and counsel discuss various findings.
Court signs findings no. 42 (Rainbow Creek)
IT SIT ORDERED cause is continued to Nov. 7, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
           Deputy