LAW OFFICES
SACHSE AND PRICE
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
OCT 10 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

    FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants hereby substitute FRANZ R. SACHSE, 1092 South Main Street, Fallbrook, California, as their attorney in place of SACHSE & PRICE.

Dated: October 1, 1962

                FALLBROOK PUBLIC UTILITY DISTRICT

                By /s/ _____, Pres.
                    Defendants

    We consent to the above substitution.

Dated: October 1, 1962

                SACHSE & PRICE

                By /s/ Franz R. Sachse

    The above substitution is accepted.

Dated: October 1, 1962

                /s/ Franz R. Sachse
                Franz R. Sachse

Approved
/s/ _____
United States District Judge

SUBSTITUTION OF ATTORNEYS

E850