(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
BACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

ENTERED

OCT 10 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Attorneys for ____Defendants____

FILED

OCT 10 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

  vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS OF
LAW AND INTERLOCUTORY JUDGMENT:
RAINBOW CREEK SUB-WATERSHED

INTERLOCUTORY JUDGMENT NO. 42

FINDINGS OF FACT

1

Rainbow Creek:

   A.   Rainbow Creek is a tributary of the Santa Margarita
River, having its headwaters in Section 4, T 9 S, R 2 W, S. B. M.
and thence flows in a generally westerly direction across Sections
5 and 6, T 9 S, R 2 W, and across Sections 1, 9, 10 and 11, T 9 S,
R 3 W to its confluence with the Santa Margarita River in the
northeast quarter of Section 8, T 9 S, R 3 W, S. B. M.

   B.   An un-named branch or fork of Rainbow Creek has its
headwaters in Section 36, T 8 S, R 3, W, S. B. M. and flows in a
generally southerly direction to its confluence with Rainbow Creek
in the Southwest quarter of Section 1, T 9 S, R 3 W, S. B. M.

2

Surface Flow of Rainbow Creek.

   A.   In a state of nature and under present conditions,

- 1 -

3273

FINDINGS OF FACT

1  Rainbow Creek is an intermittent stream both as to time and place
2  of flow, and generally flows on the surface only during and after
3  periods of precipitation and run-off.  Excepting for a substantial
4  area of younger alluvium in Rainbow Valley, described in paragraphs
5  4 and 5 of these Findings, Rainbow Creek flows generally through
6  areas of basement complex and residuum and in those areas is under-
7  lain by occasional shallow stringers of younger alluvium.   The
8  location and surface area of the deposits of younger alluvium in the
9  Rainbow Creek sub-watershed are delineated upon United States
10  Exhibit 70 and 213-C in these proceedings.

11      B.   That portion of Rainbow Creek described in sub-
12  paragraph 1, B, of these Findings is not included within the
13  younger alluvium of Rainbow Valley described in paragraphs 4 and 5
14  hereof.

15                                3.

16  Ground Waters of Rainbow Creek.

17      Excepting for deposits of younger alluvium in Rainbow
18  Valley, which are described in paragraphs 4 and 5 of these Findings,
19  the younger alluvial deposits underlying Rainbow Creek and referred
20  to in Finding 2, above, rest upon and are confined laterally by
21  deposits of basement complex and residuum.  There are ground waters
22  within said alluvial deposits, the source and recharge of which is
23  the surface flow of Rainbow Creek.  During the times when there is
24  surface flow of Rainbow Creek, the ground waters within the said
25  alluvial deposits are in direct contact with the surface flow, and
26  the said ground waters and surface flow constitute the waters of
27  Rainbow Creek.  The said ground waters are in a known and defined
28  channel, to wit the younger alluvial deposits contained within
29  basement complex or residuum.

30                                4

31  Rainbow Valley.

32      Rainbow Valley is located in Sections 1, 11 and 12,

LAW OFFICES
CHBE AND PRICE
18 8. MAIN STREET
LLBROOK, CALIF.
ANDOLPH 8-1184

- 2 -

3274

FINDINGS OF FACT

1  T 9 S, R 3 W, and in Sections 6 and 7, T 9 S, R 2 W, S. B. M., and

2  is a generally level area of younger alluvial deposits surrounded by

3  hills of basement complex and weathered basement complex.  The

4  watershed line dividing the Santa Margarita River watershed and

5  the San Luis Rey River watershed runs through Rainbow Valley, and

6  its location is delineated upon United States Exhibit 70 and 213-C

7  in these proceedings.  Due to the generally level terrain of

8  Rainbow Valley, the watershed divide is not readily identifiable

9  from surface inspection, and its exact location can only be de-

10  termined by engineering means.

11                    5

12  Rainbow Valley.

13          The Rainbow Valley alluvial deposits extend across the

14  surface divide separating Santa Margarita River drainage and San

15  Luis Rey River drainage, in Section 12, Township 9 South, Range

16  3 West, S. B. M.  At the surface divide ground water is enclosed

17  by a lip of basement complex material rising to elevation 1,015

18  feet m.s.l., which lip prevents the movement of ground water

19  southerly from the alluvial basin into the San Luis Rey River

20  watershed, excepting at such times as the ground waters north of

21  said lip exist at or above elevation 1,015 feet.

22          The presence of said basement complex lip is a barrier

23  to the movement of all ground waters within the alluvial deposits

24  below elevation 1,015 feet, and causes such ground waters to move

25  out of the alluvial basin in the general direction of the gradient

26  of Rainbow Creek toward the Santa Margarita River.

27                    6

28  Interconnection Between Ground Waters and
   Surface Waters in Rainbow Valley.

29

30          At such times as there is surface flow in Rainbow Creek

31  throughout its course in Rainbow Valley, the ground waters within

32  the alluvial deposits in Rainbow Valley are in direct physical

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

1    contact with such surface flow, and are a part of the waters of
2    the Santa Margarita River System.  During such times as there is no
3    surface flow in Rainbow Creek throughout its course in Rainbow
4    Valley, the ground waters contained in the alluvial deposits in
5    Rainbow Valley are confined by the surrounding hills of basement
6    complex and Residuum and are not in direct physical contact with
7    other waters of the Santa Margarita River system, but are neverthe-
8    less a part of the waters of the Santa Margarita River system in
9    the sense that they maintain and support the surface flow of
10   Rainbow Creek across Rainbow Valley when such surface flows exist,
11   and the pumping of such ground waters does affect the surface flow
12   of Rainbow Creek and the Santa Margarita River.

13                                7

14   Contact Line Between Alluvial Deposits
15   and Basement Complex.

16             The contact line on the surface between alluvial deposits
17   and basement complex and Residuum has not been determined with abso-
18   lute exactness.  The determination of such line was sufficient for
19   the United States to prepare maps and exhibits showing such contact
20   line, and the said contact line as established by United States
21   Exhibits No. 70 and 213-C has been accepted by the Court as being
22   the contact between alluvial deposits and basement complex or
23   Residuum on the surface.

24                                8

25   Un-named Creeks and Watercourses.

26             In addition to Rainbow Creek, there are within the Rainbow
27   Creek watershed numerous small creeks, gullies and watercourses,
28   named and un-named.  All of such watercourses are intermittent, and
29   flow only during and immediately after periods of heavy precipita-
30   tion and run-off.  All surface waters of such watercourses are a
31   part of the waters of the Santa Margarita River system.

32                              *****

                               - 4 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

FINDINGS OF FACT

3276

9

**Vagrant, Local Waters.**

All ground waters, if any, found within areas of basement complex or residuum, as the same have been delineated on United States Exhibits 70 and 213-C are vagrant, local, percolating waters, not a part of the Santa Margarita River system.  No party to this cause has requested that a specific exhibit be prepared describing and locating the boundaries of such lands with exactness.  In the event it becomes necessary so to do, or in the event any party to this cause makes such a request before entry of final judgment herein, the Court can direct the preparation of such an exhibit; but in the event no such request is made, such lands can be identified and located with sufficient exactness by referral to United States Exhibits 70 and 213-C.

10

**Land Ownerships.**

Attached hereto, marked Exhibit A, and made a part hereof by reference is an alphabetical index of the apparent owners of all parcels of land within the Rainbow Creek sub-watershed, together with the parcel numbers of the lands owned by the respective parties and the page number in Exhibit B in which the legal description of the respective parcel may be found.

Attached hereto marked Exhibit B and made a part hereof by reference is a tabulation setting forth the exact legal descriptions of all parcels of land within the Rainbow Creek sub-watershed, abutting upon the stream or overlying younger alluvium.  The parcel numbers set forth in Exhibits A and B are explained as follows:

The first number refers to the Township; the second number refers to the Range; the next number or numbers refers to the Section; and the final number or numbers, separated from the preceding by a dash is the numerical designation assigned to the parcel.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

FINDINGS OF FACT
3277

11

Lands Riparian to Rainbow Creek.

C-1 and C-2

Attached hereto marked Exhibit C and made a part hereof by reference is a list of apparent owners and parcel numbers concerning the smallest tract of land under one chain of title which abuts upon or is traversed by Rainbow Creek.

12

Overlying lands.

Attached hereto marked Exhibit D and made a part hereof by reference is a list of apparent owners and parcel numbers concerning all lands overlying areas of younger alluvium in Rainbow Valley, but which lands are not traversed by or do not abut upon Rainbow Creek.

13

Uses of Water.

Except as may be expressly found to the contrary herein, all uses of water within the Rainbow Creek sub-watershed are in their character reasonable and beneficial. At the present time the issue of apportionment has not been presented, and the Court has taken no evidence directed to the determination of whether such water uses are reasonable as to the amount of water used in the light of the rights which may exist thereto. This issue is left open, is not decided herein, and shall be litigated in the future when and if it becomes necessary so to do.

14

Prima Facie Evidence.

On Exhibits C and D attached to and made a part of these Findings there appear certain factual statements concerning lands within Rainbow Creek sub-watershed which concern such matters as wells, surface diversions, gross acreages, irrigable acreages and water duty. Said factual statements which pertain to wells and surface diversions are as of the date of this Interlocutory Judgment

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 6 -

3278
FINDINGS OF FACT

1   true.  The factual statements contained in said Exhibits C and D

2   which pertain to gross acreages, irrigable acreages and water duty

3   are based on evidence introduced in this case by the United States

4   of America with an express assurance by its counsel that apportion-

5   ment was not being sought at this stage of the litigation.  Because

6   of this fact and the fact that this Court is not at this time making

7   any Order apportioning or regulating the use of the waters involved

8   herein, said facts pertaining to gross acreages, irrigable acreages

9   and water duty are not material to any issue decided by this Inter-

10  locutory Judgment.  In the exercise of this Court's continuing

11  jurisdiction in this cause said facts may well be material to an

12  issue presented to this Court in the future:  therefore, this Court

13  finds that such factual statements which are contained in said

14  Exhibit B which pertain to gross acreages, irrigable acreages and

15  water duty are supported by the evidence in this case and such

16  factual statements shall be _prima facie_ evidence as to gross

17  acreages, irrigable acreages and water duty in any subsequent pro-

18  ceedings before this Court in this cause; as used herein _prima_

19  _facie_ evidence is that which suffices for the proof of the particu-

20  lar fact until contradicted or overcome by other evidence.

21                          15

22  Minor Surface Impoundments.

23        There are within the Rainbow Creek Sub-watershed many

24  structures used for the impoundment of surface runoff for the pur-

25  pose of providing stock water, or to encourage ground water recharge,

26  or for purposes of soil conservation, recreation or other benefi-

27  cial purposes.  There is no evidence that any of such structures or

28  impoundments presently constitute an unreasonable, wasteful or non-

29  beneficial use of water.  None of such structures or impoundments

30  have been constructed or are maintained under the authority of any

31  Permit or License of the State of California, and none of such

32  structures or impoundments have been maintained adversely to any

LAW OFFICES
HBE AND PRICE
8 S. MAIN STREET
LLBROOK, CALIF.
NDOLPH 8-1184

- 7 -

FINDINGS OF FACT

3279

party to this cause.

That these minor surface impoundments as described in this Finding are among those considered in Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 28. (Miscellaneous Surface Impoundments, which is made a part hereof by reference.

16

Effect of such Minor Surface Impoundments.

That all such structures and impoundments as are described in Finding 15 above intercept surface runoff of waters of the Santa Margarita River System, which runoff would in a state of nature contribute to the Santa Margarita River; that while the impact of any such individual impoundment on the available water supply of the Santa Margarita River is at present de minimis, the cumulative effect of such structures and impoundments may at a future date become substantial and require regulation or control.

17

Appropriative Rights to Waters of
Rainbow Creek Sub-watershed.

Excepting for such appropriative rights as are owned by the Fallbrook Public Utility District which are the subject of Interlocutory Judgment No. 23 herein, and such appropriative rights as the United States of America has in Lake O'Neill which are the subject of Interlocutory Judgment No. 24 herein, there are no presently vested or inchoate appropriative rights to any of the waters of the Rainbow Creek sub-watershed.

18

Prescriptive Rights to Waters of Rainbow Creek.

There are no presently vested prescriptive rights or rights based upon adverse user to any of the waters of the Rainbow Creek sub-watershed.

\*\*\*\*\*

\*\*\*\*\*

LAW OFFICES
:NGE AND PRICE
.E S. MAIN STREET
.LBROOK, CALIF.
NDOLPH 8-1184

- 8 -

FINDINGS OF FACT

3280

## CONCLUSIONS OF LAW

1

All ground waters found within deposits of basement complex or residuum within the Rainbow Creek sub-watershed do not add to, support nor contribute to the Santa Margarita River, and are vagrant, local percolating waters not a part of the Santa Margarita River system.

2

All surface waters which flow over and upon lands within the Rainbow Creek sub-watershed are a part of the Santa Margarita River system and are subject to the continuing jurisdiction of this Court.

3

All ground waters found within areas of younger alluvium within the Rainbow Creek watershed are a part of the Santa Margarita River system and are subject to the continuing jurisdiction of this Court.

4

All lands listed by parcel number in Exhibit C, attached hereto and made a part hereof by reference, have a correlative riparian right to the use of the waters of Rainbow Creek.

5

All lands listed by parcel number in Exhibit D attached hereto and made a part hereof by reference, have a correlative overlying right to the use of the ground waters.

6

All lands listed by Parcel number in Exhibit B, attached hereto and made a part hereof by reference, which abut upon or are traversed by any named or un-named creek, gully or watercourse within the Rainbow Creek watershed, have a correlative riparian right to the use of the surface waters flowing in such creek, gully or watercourse.

LAW OFFICES
SACHSE AND PRICE
088 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 9 -

7

The exercise of the riparian rights to the use of waters described in Conclusions of Law 4 and 5 above is subject to the continuing jurisdiction of this Court.

8

Except as found in Finding of Fact 17 herein, there are no appropriative rights to the use of surface waters which flow over and upon any lands within the Rainbow Creek sub-watershed, or to ground waters found within said sub-watershed.

9

No prescriptive right exists to the use of the waters of Rainbow Creek or any of its tributaries within the Rainbow Creek sub-watershed or to any ground waters found within said sub-water-shed.

10

That at the present status of this case the issue of apportionment or the quantity or proportion of waters to which any lands are entitled has not been presented, and this Court has taken no evidence directed to establishing whether any water uses pursuant to riparian or overlying rights are reasonable or un-reasonable; and rights which may exist as to such waters and this issue is left open, is not decided herein, and shall be litigated by this Court if and when in the future it becomes necessary to do so; in the exercise of this continuing jurisdiction this Court will judge and pass upon the exercise of such riparian or overlying right based on the facts as they may then appear and pursuant to California law.

INTERLOCUTORY JUDGMENT

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all ground waters within deposits of basement complex or residuum within the Rainbow Creek sub-watershed are vagrant, local perco-

- 10 -

lating waters which do not add to, support nor contribute to the
Santa Margarita River system.

2

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
rights of the owners of the lands referred to in paragraph 1 of
this Interlocutory Judgment, and their heirs, successors and
assigns to the use of the said ground waters are forever quieted
in them and against the rights of the United States of America
and all other parties having rights to the use of the waters of
the Santa Margarita River system.

3

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
owners of said lands referred to in paragraph 1 of this Interlocu-
tory Judgment, their heirs, successors and assigns, are forever
restrained from asserting rights in or to the waters of the Santa
Margarita River or its tributaries, excepting rights to surface
waters which flow over and upon said lands.

4

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
rights _inter sese_ of the owners of said lands referred to in para-
graph 1 of this Interlocutory Judgment to the use of the underlying
vagrant, local, percolating ground waters have not been adjudged,
determined or decreed in these proceedings.

5

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
surface waters flowing over or upon lands within the Rainbow Creek
sub-watershed are a part of the Santa Margarita River system and
are subject to the continuing jurisdiction of this Court.

6

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
ground waters found within areas of younger alluvium in the Rainbow
Creek sub-watershed, as the same are delineated on United States

LAW OFFICES
CHOE AND PRICE
8 S. MAIN STREET
LLBROOK, CALIF.
NDOLPH 8-1184

- 11 -

FINDINGS OF FACT
3283

1  Exhibit 70 and 213-A, are a part of the Santa Margarita River

2  system and are subject to the continuing jurisdiction of this Court.

7

4  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

5  lands listed by parcel numbers in Exhibit C, attached hereto and

6  made a part hereof by reference, have a correlative riparian right

7  to the use of the waters of Rainbow Creek.

8

9  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

10  lands listed by parcel numbers in Exhibit A, attached hereto and

11  made a part hereof by reference, which abut upon or are traversed

12  by any named or un-named creek, gully or watercourse within the

13  Rainbow Creek sub-watershed, have a correlative riparian right to

14  the use of the waters of such creek, gully or watercourse.

9

16  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

17  correlative riparian rights to the use of waters within the

18  Rainbow Creek sub-watershed which are set forth in paragraphs 7

19  and 8 of this Interlocutory Judgment, and all uses of ground waters

20  found within areas of younger alluvium with the Rainbow Creek

21  sub-watershed are subject to the continuing jurisdiction of this

22  Court.

10

24  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

25  issue of apportionment has not been presented and this Court has

26  taken no evidence directed to establishing whether the use of

27  any waters herein adjudged to be subject to the continuing juris-

28  diction of this Court are reasonable or unreasonable as to amount

29  of water used in the light of correlative rights which may exist

30  as to such waters, and this issue is left open, is not decided

31  herein, and shall be litigated by this Court if and when in the

32  future it becomes necessary to do so.

- 12 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

FINDINGS OF FACT

3284

11

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights inter sese of the owners of said lands within the Rainbow Creek sub-watershed to the use of the ground waters contained therein have not been adjudged, determined or decreed in this proceedings.

12

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that except as found in Finding of Fact 17 herein, there are no appropriative rights to the use of waters within the Rainbow Creek sub-watershed.

13

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there are no prescriptive rights to the use of any of the ground waters or surface waters found within the Rainbow Creek sub-watershed.

14

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the construction or maintenance of any structure for the impoundment of surface run off of the waters of Rainbow Creek or its tributaries as the same are defined herein has not resulted in the acquisition of any prescriptive right or any right by reason of adverse user against any party to this cause, and the continued maintenance of such structures, or the impoundment of water therein shall not in the future give rise to any prescriptive right or right by adverse user against any party to this cause, his heirs, successors or assigns.

15

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. U. S., 235 F2d 647, that this is not a final decree, but is interlocutory in character and by reason of the Order by this Court that all parties are adverse, one to the other, thus dispensing with cross pleadings, all parties to

LAW OFFICES
SACHSE AND PRICE
908 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 13 -

FINDINGS OF FACT

3285

1  this proceeding may object to these Findings of Fact, Conclusions
2  of Law and Interlocutory Judgment, and will be given full opportunity
3  upon due notice to interpose their objections to these Findings of
4  Fact, Conclusions of Law and Interlocutory Judgment prior to the
5  entry of final judgment in this cause.

16

7      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that  this
8  Interlocutory Judgment is not appealable, is not final and shall
9  not be operative until made a part of the final judgment, and
10 this Court expressly reserves jurisdiction to modify or vacate it,
11 either upon its own motion or upon motion of any party to this
12 proceeding until such time as final judgment in this case is
13 entered.

14 Dated:   10/10/62

16                          James M Carter
                            Judge

- 14 -

FINDINGS OF FACT

3286

## ALPHABETICAL INDEX OF
## RAINBOW CREEK WATERSHED

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Adkins, Merle C. & Juanita L. | 83W - 36, 32 | 16 |
| American Trust Co. | 93W-1, 141 (Trustee) | |
| Anderson, Martin A. & Elizabeth | 83W-36, 45 (TD Ben) | 24 |
| Badger, Ray E. & Ruth C. | 93W-3, 55 | |
| Baldwin, Donald P. & Florence L. | 93W-12, 179 | 119 |
| Bank of America | Various Parcels as TD Tr & TD Ben | |
| Barkow, Harold W. & Marcella C. R. | 93W-1, 150 | 101 |
| Barnes, Clerk Caldwell & Betty Bell | 83W-36, 38 | 20 |
| Barnes, Franklin L. & Alice G. | 93W-3, 55 | |
| Barnes, Robert D. & Patricia A. | 93W-12, 165D | 110 |
| Barr, Matt | 93W-9 & 16, 69B | |
| Bateman, Emma (aka Perry) | 82W-31 & 83W-36, 7 | 5 |

-1-

Interlocutory Judg. No. 42
Exhibit A.

3287

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Beattie, Lloyd & Alma | 93W-9, 94 | 71 |
| Beausoleil, George & Nina | 93W-11, 117 (TD Ben) | |
| Beck, Justina R. | 83W-36, 35 (TD Ben) | 18 |
| Berry, Charles H & Carlotta | 93W-17, 81 | |
| Boosing, Albert D. & Petrona Delgado | 93W-16, 88 | |
| Boren, Jesse Sheldon & Ida | 93W-40, 132 | 89 |
| Bouslog, Houston H. | 93W-4, 8 & 9, 58 | |
| Brady, Forest J. | 93W-1, 149 | 100 |
| Brazil, Andrew V. & Ida M. | 93W-40, 131A | 89 |
| Bremseth, Loren S. & Lois J. | 93W-12, 170A, 171 | 113 |
| Bremseth, Richard A. | 93W-1, 133<br>93W-12, 170A | 89<br>113 |
| Brittingham, Donald Harris | 93W-40, 131 | 88 |
| Brittingham, Dora Belle | 93W-40, 131 | 88 |
| Brittingham, Kenneth Marion | 93W-40, 131 | 88 |

-2-

Interlocutory Judg. No. 42
Exhibit A.

3288

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|-------------------|
| Brown, John E. | 93W-17, 82A (TD Ben) | |
| Brown, Kenneth O. & Helen L. | 93W-12, 168 | 111 |
| Brown, Rollin & Dorothy S. F. | 93W-12, 169 (TD Ben) | 111 |
| | 93W-12, 179 (TD Ben) | 118 |
| | 93W-12, 179A | 118 |
| | 93W-12, 182 | 120 |
| Brunson, Robert M. | 93W-2 & 11, 53 | 30 |
| Burbank, Albert G. | 83W-36, 46 | 25 |
| Burch, Ora L. & Adele | 83W-36, 34 | 17 |
| Burley, Ernest P. & Alice M. | 83W-36, 47 | 25 |
| Buttner, J. C. Sr., & Clara Judy | 93W-11, 115 | |
| Buttress, Hilda R. | 93W-10, 54 | |
| Byer, A. C. | 93W-11, 127 | 86 |
| California, State of | 83W-36, 32 | 16 |
| Capra, Frank R. & Lucille W. | 93W-9, 10, 15, & 16 101 | 74 |
| Carlile, Levi L. & Grace F. | 93W-10, 103 (TD Ben) | |
| Carter, Lawrence R. & Paula Gillett | 82W-30, 2 | |

-3-

Interlocutory Judg. No. 42
Exhibit A.

3289

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Caughlin, Arthur B. & Helen Murphy | 93W-16, 86 | |
| Chandler, Clarence C. & Alice | 93W-11, 115 (TD Ben) | |
| Chapman, Harry A. & Sybil E. | 93W-1, 157 | 105 |
| Chess, James R. & Kathleen P. | 93W-2, 50, 93W-2, 51 (TD Ben) | |
| Cianfrini, John & Carol Joan | 92W-4, 16 | |
| Clemons, James F. & Dorothy B. | 93W-1, 152 | 102 |
| Cleveland, Lewis M. & Helen Whelan | 93W-12, 178 | |
| Clouse, E. E. & Edna E. | 82W-30, 5 | |
| Clugage, F. Robert | 82W-33, 14 | |
| Clugage, Ima L. | 92W-3, 4 & 5, 15 | 8 |
| Clugage, John Lucien | 82W-32 & 92W-5, 12 92W-3, 4 & 5, 15 (Mtgee) | 8 |
| Coast, Charles J. & Carrol June | 93W-10, 103 | |
| Connecticut Mutual Life Insurance Co. | Various Parcels as TD Ben | |

-4-

Interlocutory Judg. No. 42
Exhibit A.

3290

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Connely, Theodore | 93W-11, 123<br>93W-11, 124 (TD Ben)<br>93W-12, 164 | 85<br>86<br>108 |
| Continental Auxiliary Co. | Various Parcels as TD Tr & TD Ben | |
| Corporation of America | 93W-16, 89B (TD Tr) | |
| Costello, Roy H. & Flora H. | 93W-11, 126 | 86 |
| Crabtree, Orice & Gertrude | 82W-30, 3<br>82W-31 & 36, 7 | 2<br>5 |
| Crawford, David S. & Constance L. | 93W-16, 83 | |
| Culling, Herbert H. | 93W-1, 156 | 104 |
| Culling, Louis Turley | 82W-31, 10 | 7 |
| Daily, Ross W. & Helen | 93W-12, 165A & 165B (TD Ben) | 108 |
| Dameri, James L. | 93W-12, 181 | 120 |
| Dameri, Robert L. | 93W-12, 181 | 120 |
| Davis, LeCompte & Edythe G. | 93W-1, 152 (TD Ben) | 102 |
| Davis, William N. | 92W-7 & 93W-12, 21 (TD Ben)<br>93W-12 & 92W-6 & 7, 175 | 115 |
| Dean, Clare P. & Pearl E. | 93W-1, 144 | |

-5-

Interlocutory Judg. No. 42
Exhibit A.

3291

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Deniston, William H. | 93W-8, 69A<br>93W-9 & 16, 69B (TD Ben)<br>93W-9, 69C | |
| Dennler, Edward R. &<br> Florence L. | 93W-11, 124 | 85 |
| Dennler, Everett S. &<br> Darlene M. | 93W-12, 165A & 165B | 109 |
| Dept. of Veterans Affairs of<br> The State of California | 93W-12, 119 | |
| Dethlefs, Walter E. &<br> Mary E. | 93W-8, 65 | 38 |
| Ehrig, Arno H. &<br> Data | 93W-1, 151 | |
| Emery, Harry E. &<br> Charlotte Mary Ellen | 83W-36, 44 | 23 |
| Farmers Home Administration<br> State Director | Various Parcels as TD Tr<br> & TD Ben | |
| Farmers Home Administration<br> United States of America | Various Parcels as TD Tr<br> & TD Ben | |
| Fallbrook Public Utility<br> District | 93W-8, 67<br>93W-16, 90<br>93W-16, 98 | 39 |
| Farmer, Howard N. &<br> Hildegard T. | 83W-36, 39 (TD Ben) | 20 |
| Fowler, Frank W. &<br> Ellen T. | 83W-36, 36 | 19 |
| Frick, Tempe C. | 93W-1, 139B | 92 |

-6-

Interlocutory Judg. No. 42
Exhibit A.

3292

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Fuller, Alvin R. & Lillian E. | 93W-1, 157A | 105 |
| Frye, Nettie E. | 93W-1, 155 | 103 |
| Gagliano, Ernie & Florence | 93W-17, 74A | |
| Gagliano, Ray & Florene | 93W-17, 74A | |
| Gallacher, Margaret Laurette Eachel, as Trustee under the Will of Margaret Laura Eachel, deceased | 93W-17, 75 93W-16, 100 (TD Ben) | 74 |
| Gallacher, Mark & Margaret Laurette | 93W-17, 76 | |
| Gardner, Clarence H. & Kathryn S. | 93W-12, 176 (TD Ben) | |
| Garner, Johnnie & Elizabeth S. | 83W-36, 35 | 18 |
| Ghika de Arocha, Alexander | 93W-15, 107 | |
| Glindset, Arnold | 92W-5, 18 92W-6, 19 | 9 |
| Goodwin, Gordon & Anne C. | 93W-12, 176 | |
| Gossman, Clifford T. & Hilda I. | 83W-36, 45 | 24 |
| Graham, Agnes Bell | 93W-1 & 12, 160 | 107 |

Interlocutory Judg. No. 42
Exhibit A.

3293

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Greer, William Clark & Anita A. | 93W-1, 138 | 92 |
| Gudman, William F. | 93W-1 & 12, 160 | 107 |
| Gurney, Thomas & Alice K. | 93W-17, 80 | |
| Gustin, John M. & Dorothy B. | 93W-1, 155 | 103 |
| Halde, Carl N. & Hester M. | 93W-12, 121 | 84 |
| Hamberger, E. W. | 93W-16, 96 | |
| Hamilton, E. W. & Nellie M. | 93W-17, 78 | |
| Hampton, John A. & Bessie P. | 93W-1, 143 | 96 |
| Hanes, C. C. & Viva | 93W-8, 65 (TD Ben) | 38 |
| Hanes, William F. & Bertie B. | 93W-4, 8 & 9, 58 (TD Ben) | |
| Haney, W. B. | 93W-9, 62 | 36 |
| Harris, George R. & Zurlene | 93W-16, 91 93W-16, 98 93W-16, 99 | 74 |
| Harris, S. H. & Mabelle E. | 93W-17, 79 | |

8

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|-------------------|
| Harvey, Dawn Ann | 93W-9 & 16, 69B (TD Ben)<br>93W-9, 69C | |
| Hass, Elizabeth M. | 93W-8 & 17, 70, 71 (TD Ben) | |
| Hathaway, Stephen J. | 93W-12, 171 (TD Ben) | 114 |
| Hayes, William D. &<br>    Erna G. | 83W-36, 39<br>93W-9, 61 | 20 |
| Heary, George C. &<br>    Gertrude B. | 93W-1, 155 (TD Ben) | 104 |
| Hitt, Benjamin Alexander | 93W-12, 113 | |
| Hitt, Robert Thomas | 93W-12, 113 | |
| Hitt, William Henry | 93W-12, 113 | |
| Hitt, William Henry &<br>    Ruth A. | 93W-12, 119 | |
| Homes, Violet P., Guardian of<br>    Ardyth Louise Lattimer &<br>    Eugene Neal Swearingen | 93W-9 & 16, 92 | |
| Hook, L. Neal &<br>    Frances K. | 93W-9, 95 | |
| Hostetter, Annie | 82W-31 & 36, 7 | 5 |
| Hovenden, Glenn E. &<br>    Helen R. | 93W-1, 133 (TD Ben)<br>93W-1, 135 (TD Ben) | 89<br>91 |
| Howard, Clentie G. &<br>    Birdie M. | 93W-12, 162 | |

9

Interlocutory Judg. No. 42
Exhibit A

3295

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Howell, Ida E. | 93W-8, 66 | 38 |
| Huber, Albert J. & Eunice M. | 92W-6, 20 | 10 |
| Hudspeth, James L. & Lottie Jane | 83W-36, 37 | |
| Ingalls, William E. & Vera E. | 93W-10, 102 | |
| Inhelder, Bianca | 93W-17, 80 (TD Bem) | |
| Jago, Herbert E. & Gertrude A. | 92W-7, 28 | |
| Johnson, Clarence E. | 93W-16, 85 | |
| Johnson, Henrietta May | 92W-6, 24 | 12 |
| Johnson, Vendit L. & Genevieve S. | 93W-12, 128<br>93W-12, 181 (TD Bem) | 87<br>120 |
| Johnson, Walfred E. & Selma A. | 93W-12, 128<br>93W-12, 181 (TD Bem) | 87 |
| Keller, Robert H. | 93W-4, 8 & 9, 58 | |
| Kennedy, Eveline | 93W-17, 82A (TD Bem) | |
| Kercsak, Stephan & Maria | 93W-12, 178A | 118 |
| Kipp, Byron S. & Margaret | 93W-9 & 16, 97 | |

Interlocutory Judg. No. 42
Exhibit A

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Kirk, Lawrence & Marguerite | 93W-17, 73 | |
| Knight, M. W. & Helena | 82W-31 & 36, 7 | 5 |
| Knight, T. Gale & Mildred I. | 82W-31 & 36, 7 | 5 |
| Knight, W. E. | 82W-31 & 36, 7 | 5 |
| Krafft, Charles L. & Lenora G. | 93W-9, 94 (TD Ben) | 71 |
| Kraushaar, Isaac N. & Beth L. | 93W-9, 93 | 71 |
| Kriegel, Thomas A. & Edna C. | 93W-1, 153 | 102 |
| Laguna Federal Savings & Loan Association | 93W-12, 165C (TD Ben) | 109 |
| Land Title Insurance Co. | Various Parcels as TD Tr & TD Ben. | |
| Lanterman, Blaine W. | 83W-36, 31 | |
| Larsen, Isabelle Zora | 93W-1, 139A, 139B | 92 |
| Lattimer, Ardyth Louise | 93W-9 & 16, 92 | |
| Lillie, Harry F. | 92W-7, 26 | |
| Lincoln, Ernest M. & Julia K. | 93W-11, 126 (TD Ben)<br>93W-1, 158 (TD Ben) | 86<br>106 |

Interlocutory Judg. No. 42
Exhibit A

11

3297

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Lindell, Orville A. & Charlotte L. | 93W-2, 51 | |
| Ludy, Edward & Rhoda | 93W-12, 161 | |
| Ludy, John C. | 93W-1 & 12, 160 | 107 |
| Ludy, Rhoda Ann | 93W-1 & 12, 160 | 107 |
| Lutze, Alfred E. & Sadie C. | 83W-36 & 93W-1, 48 (TD Bem) | 26 |
| McClintock, Arch H. & Elizabeth A. | 93W-12, 128A | 88 |
| McCracken, F. V., Executor of Estate of Frank C. McCracken, deceased | 93W-10, 104 | 76 |
| McDonald, B. Morse, Jr. | 93W-9, 95 (TD Bem) | |
| McKathmie, Jacob A. & Alice Louise | 83W-36, 40 | 21 |
| McKetham, Geddie W., Jr. | 93W-11, 112 | |
| MacDonald, Clara E. | 93W-1, 139A | 92 |
| Madden, Edward Andrew & Melba Ruth | 83W-36 & 93W-1, 48 | 27 |
| Maher, Joseph D., Jr., & Joseph D., Sr., (guardian) | 83W-36, 41 | 22 |
| Maher, Richard C. | 83W-36, 42 | 22 |
| Malette, Arthur C. & Radee | 93W-11, 111 | |

12

Interlocutory Judg.No. 42
Exhibit A

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Marshall, Drain M. | 83W-36, 31A | 15 |
| Martin, Ben G. & Blanche E. | 93W-10, 102 (TD Ben) 93W-12, 118 (TD Ben) | |
| Martin, K. I. & Eulilla | 93W-9, 64 | |
| Medearis, Mary C. | 93W-1, & 12, 160 | 107 |
| Metropolitan Water Dist. of Southern California | 82W-30, 4 93W-1, 142 | 2 95 |
| Meyer, Edward & Minnie M. | 82W-30 & 31, 6 (TD Ben) 82W-31 & 83W-36, 8 (TD Ben) | 6 |
| Minton, Reuel B. & Halcyon A. | 93W-11, 52 | 29 |
| Moffat, Dorothy | 93W-1, 129 | 88 |
| Monfort, Gordon W. | 93W-4, 8 & 9, 58 | |
| Moore, Roberta P., Jr. | 93W-12, 167 | 110 |
| Morgan, James C. & Mildred A. | 92W-6, 25 | 12 |
| Morris, Alfred & Julia V. | 92W-4, 16 & TD Ben | |
| Morris, Billie | 93W-9, 59 | |
| Morris, Diana | 93W-9, 59 | |
| Morris, Dorothy | 93W-9, 59 | |

Interlocutory Judg. No. 42
Exhibit A

3299

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|-------------------|
| Morris, Harold W. | 93W-9, 59 | |
| Mortz, Paul D. | 93W-3 & 4, 56 | |
| Moulton, Luther H. | 93W-16, 85 | |
| Nay, Edwin F. & Barbara J. | 93W-11, 114 (TD Ben) | |
| Needham, George & Mildred L. | 93W-11, 117 | |
| Nemeth, Steven & Mabel L. | 93W-12, 120 | |
| Nicholas, Geneva B. | 93W-17, 74 | |
| Nicholas, William Harry, Heirs and Devissees of | 93W-17, 74A (TD Ben) | |
| Nighohossian, Ardashes & Anita Juanita | 93W-11, 116 | |
| Noguchi, Ichiko | 93W-11, 117 (TD Ben) | |
| Oceanside Federal Savings & Loan Association | 92W-6, 19 (TD Tr) 83W-36, 33 (TD Tr) | 9 |
| Oceanside Finance Co. | 92W-6, 19 (TD Ben) 83W-36, 33 (TD Ben) | 9 |
| Olmsted, William P. | 93W-16, 89A, 89B | |
| Osborne, Donald K. & Maxine K. | 92W-7 & 93W-12, 21 | |

14

Interlocutory Judg. No. 42
Exhibit A

3300

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Palomar Savings & Loan Association | 93W-12, 179 (TD Bem) | 119 |
| Paulson, Thomas V. | 82W-30, 84 | |
| Paulson, Victor J. & Alma E. | 82W-30, 84 | |
| Pearson, Earl O. | 93W-11, 112 (TD Bem) | |
| Pellanda, Vincent P. & Marian V. | 93W-12, 180 | 119 |
| Pepple, Granville G. & Ethel S. | 93W-9, 63 | 36 |
| Perigo, Delmar I. | 92W-7, 27 | |
| Perry, Mitchell & Emma | 82W-31 & 36, 7 | 5 |
| Peterson, Herbert J. | 93W-2, 3 & 11, 53 | 30 |
| Peterson, Katherine K. | 93W-17, 73 | |
| Phillips, Grant K. & Beatrice W. | 93W-17, 77 | |
| Plante, Arthur J. & Emilienne | 93W-11, 114 | |
| Porter, Benjamin F. & Dorothy K. | 93W-17, 82A<br>93W-16, 82B | |

15

Interlocutory Judg. No. 42
Exhibit A

3301

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Poxon, John P. | 93W-12, 167 | 110 |
| Poxon, Leo J. | 93W-12, 167 | 110 |
| Poxon, Roberta P. | 93W-12, 167 | 110 |
| Poxon, Vincent R. | 93W-12, 167 | 110 |
| Prudden, Adelaide | 93W-2 & 11, 53 (TD Ben) | 30 |
| Pyron, Harley C. & Roberta L. | 93W-8 & 17, 70 | |
| Radcliffe, Jonathan Stickney | 93W-1, 151 (TD Ben) | |
| Ragland, Jack R. & Dorsey W. | 93W-12, 177 | |
| Rail, Floyd W. & Isabella | 93W-1, 158 | 106 |
| Rainbow Mutual Water District | 93W-10, 106 | |
| Ramsey, George H. & Nellie L. | 93W-12, 170, 172, 173<br>93W-12, 171 (TD Ben) | 112<br>114 |
| Ray, A. W. | 93W-9 & 16, 69B | |
| Reynolds, G. R. & Jean M. | 93W-1, 140 | 93 |
| Richards, Edgar A. Jr., & Ruth M. | 93W-11, 110 | 78 |

Interlocutory Judg. No. 42
Exhibit A

3302

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Riggle, O. Lester & Maude A. | 93W-1, 154 | 103 |
| Rodeck, Fred C. & Ruby F. | 93W-1, 136 | 91 |
| Ross, Henrietta Eliet | 93W-16, 89A (TD Ben) | |
| Royal, Verne & Nancy | 93W-1, 135 | 91 |
| Royal, Zana A. | 93W-1, 130<br>93W-1, 134<br>93W-1, 136 (TD Ben) | 88<br>90<br>91 |
| Rusmisell, Madeline | 83W-36, 31 | 15 |
| Rusmisell, Merle | 83W-36, 31 | 15 |
| Sachse, Franz R. & Rowena | 93W-16, 100 | 74 |
| San Diego Gas & Electric Co. | 93W-1, 147 | |
| Schneider, Joseph | 82W-31, & 36, 7 (TD Ben) | 5 |
| Schneider, Max | 82W-31, 11 | |
| Schultz, Rowland W. & Daisy D. | 93W-12, 118 | |
| Scott, Hugh & Myrtle Harris | 93W-16, 90, 91 | |
| Scott, John C. & Virginia R. | 83W-36 & 82W-31, 9 | 7 |

17

Interlocutory Judg. No. 42
Exhibit A

3303

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Security First National Bank of Los Angeles | Various Parcels as TD Tr. | |
| Security Title Insurance Co. | Various Parcels as TD Tr & TD Ben | |
| Security Trust & Savings Bank of San Diego | 93W-16, 89A (TD Tr) 93W-11, 112 (TD Tr) | |
| Semans, John L. & Eva M. | 93W-1, 156 (TD Ben) | 104 |
| Shears, Jessie L. | 93W-1, 148 | 99 |
| Shears, Robert V. & Ruth S. | 93W-1, 148 | 99 |
| Shipley, Verne G. & Luella G. | 93W-9, 61 (TD Ben) | |
| Shoudy, George Elmer & Dorothy L. | 93W-1, 154 | 103 |
| Sim, William A. & Dorothy A. | 93W-8, & 17, 71 | |
| Simpson, Vernon D. & Anna B. | 83W-36, 43 | 22 |
| Snodgrass, T. C. & Lorene | 93W-1, 145 (TD Ben) | |
| Snow, Clarence W. & Naomi G. | 93W-1, 145 | |

18

Interlocutory Judg. No. 42
Exhibit A

3304

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Soudan, Earle E. & Dorothy | 93W-15, 108 | |
| Southern Counties Gas Company of California | 93W-1, 141 | 94 |
| Speed, Katharine | 82W-31 & 36, 7 | 5 |
| State of California | 83W-36, 32 | 16 |
| Steinberg, Robert & Alyne | 93W-1, 159 | 107 |
| Steinhoff, John | 93W-1, 145 (TD Ben) | |
| Stenton, Fred J. | 93W-8 & 17, 68 | |
| Stites, George Arthur & Katherine Jean | 82W-32 & 92W-5, 13 | |
| Stubblefield, Charles E., Sr. | 93W-1 & 2, 49 | 28 |
| Suderman, Ed. M. & Doris Lucille | 93W-11 & 12, 125 | 85 |
| Swanson, Martin H. & Margaret B. | 93W-12, 163 | 108 |
| Swearingen, Eugene Neal | 93W-9 & 16, 92<br>93W-16, 92A | |
| Tanana, Marjorie L. | 93W-12, 168 (TD Ben) | 111 |
| Teel, Gertrude J. | 92W-6, 23 | |

19

Interlocutory Judg. No. 42
Exhibit A

3305

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| The Church of Thelma | 92W-5, 17 | |
| Thompson, Glenn M. & Mary Taylor | 93W-4, 8 & 9, 58 (TD Ben) | |
| Thompson, Max D. & Mattie | 82W-31 & 36, 7 | 5 |
| Title Investment Service | 93W-8 & 17, 71 (TD Tr) | |
| Townsend, James H. & Julianna M. | 82W-31 & 83W-36, 8 | 6 |
| Traylor, Wilfred L. & Laura Howell | 93W-8, 66 | 38 |
| Tuttle, Ray M. & Juanita | 93W-12, 122 | 84 |
| Umino, Albert, also known as Masao Umino | 93W-10, 105 | |
| Union Title Ins. & Trust Company | Various Parcels as TD Tr & TD Ben. | |
| United Concrete Pipe Corporation | 93W-12, 174 | 114 |
| United States of America | Parcel 1 - 83W-25, 83W-26, 82W-31, 82W-32, 92W-4, 92W-6, 93W-1, 93W-10 & 93W-15 | 1 |
| Vallecitos School District of San Diego County | 93W-12, 166 | |
| Varney, Fred W. & Lucille | 93W-11, 115 (TD Ben) | |

Interlocutory Judg. No. 42
Exhibit A

3306

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Vaughan, Patrick A. & Margaret P. | 93W-12, 165C | 109 |
| Vinzant, John & Rosa | 82W-30 & 31, 6 | |
| Wade, Floyd E. | 92W-7, 30 | |
| Walker, Floyd C. & Grace N. | 93W-10, 54 | |
| Walters, Jessie May | 93W-1 & 12, 160 | 107 |
| Ware, W. Roy & Hazel I. | 93W-12, 169 | 111 |
| Ware, Walker M. & Althea O. | 92W-7 & 8, 29 | |
| Warner, James M., Jr. & Marion W. | 93W-16, 87 | |
| Warren, Iris Dixie | 93W-4, 57 | |
| Warren, James & Dorothy Culling | 92W-6, 22 | |
| Williams, W. H. & Elizabeth Steward | 93W-1, 146 | |
| Wilson, Ellen Ludy | 93W-1 & 12, 160 | 107 |
| Wisdom, Margaret R. | 93W-17, 72 | |
| Woodrow, H. C. & Lillian L. | 83W-36, 39A | 21 |

21

Interlocutory Judg. No. 42
Exhibit A

3307

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Woods, Elmer E. | 93W-12, 166A | |
| Wyatt, Charles C. & Emma Phoebe | 93W-11, 110 (TD Bem) | 78 |
| Yaple, Harold D. & Nellie E. | 93W-9, 60 | |
| Yaras, Herbert J. | 93W-2 & 11, 53 | 30 |
| Yomuschot, Gene R. | 83W-36, 45 | 24 |
| Yomuschot, Louise | 83W-36, 45 (TD Bem) | 24 |
| Young, Chaffee & Lois M. | 93W-3, 55 | |
| Zagore, Frank & Anna | 82W-31 & 83W-36 8 (TD Bem) | 6 |
| Zinn, George H. & Maude M. | 93W-14, 108 (TD Bem) | |

Interlocutory Judg. No. 42
Exhibit A

3308

RIPARIAN AND OVERLYING LANDS WITHIN

RAINBOW CREEK WATERSHED

LEGAL DESCRIPTIONS AND OWNERSHIP

Parcel 1 - Rainbow Creek Watershed

Parcel 83W-25, and 83W-26

Section Twenty-five (25), (EXCEPT the East Half of the Northeast Quarter); and the East Half of the Northeast Quarter and the Northeast Quarter of the Southeast Quarter of Section Twenty-six (26), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 82W-31, and 82W-32

The East Half;  the East Half of the Southwest Quarter;  the Southwest Quarter of the Southwest Quarter; and the Southeast Quarter of the Northwest Quarter of Section Thirty-one (31); and the Northwest Quarter; the Northeast Quarter of the Southwest Quarter, and the North Half of the Southeast Quarter of Section Thirty-two (32), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 92W-4, and 92W-6

The North Half of the Southwest Quarter, and the Southeast Quarter of the Northwest Quarter of Section Four (4).  Also Lots 2, 3, 5, and 6 of Section Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Parcel 93W-1,  93W-10, and 93W-15

The Northwest Quarter of the Northwest Quarter of Section One (1); the Southwest Quarter of the Northeast Quarter, and the Southwest Quarter of the Southeast Quarter of Section Ten (10); and the North-west Quarter of the Northwest Quarter, and the Northwest Quarter of the Northeast Quarter of Section Fifteen (15), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNER:

UNITED STATES OF AMERICA

-1-

<u>RAINBOW CREEK WATERSHED</u>

~~Parcel 82W-30,    2~~

Lots 6 and 7 (Southwest Quarter of the Northwest Quarter, and Northwest Quarter of the Southwest Quarter), and that portion of Lot 4 (Northeast Quarter of the Southwest Quarter) lying Westerly of the right of way described as Parcel 83 in Decree of Condemnation recorded October 27, 1949 in Book 1118 at page 369, Official Records of Riverside County, of Section Thirty (30), Township Eight (8) South, Range T w o (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Owners:          CARTER, Lawrence R. (hus)
                 ~~CARTER, Paula Gillett (wf)~~


## Parcel 82W-30.    3

Lot 8 (Southwest Quarter of the Southwest Quarter) of Section Thirty (30), Township Eight (8) South, Range T w o (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, <u>EXCEPT</u> that portion in the County Highway, and <u>EXCEPT</u> that portion lying Southeasterly of the Northwesterly line of right of way described as Parcel 85 in Judgment recorded in Book 1118 at page 165 of Official Records of Riverside County.

Owners:          CRABTREE, Orice (hus) (deceased)
                 CRABTREE, Gertrude (wf)


## Parcel 82W-30,    4

That portion of Lot 8 (the Southwest Quarter of the Southwest Quarter) of Section Thirty (30), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, lying Southeasterly of the Northwesterly line of that certain easement 120 feet wide described as Parcel 85 in Judgment recorded in Book 1118 at page 165 of Official Records of Riverside County.

Owner:           METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA.

3310

Parcel 82W-31 & 83W-36,   7

The Northeast Quarter of the Southeast Quarter of the Northeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. ALSO, Lot 1 (the Northwest Quarter of the Northwest Quarter) of Section Thirty-one (31); and the North Half of Lot 2 (Southwest Quarter of the Northwest Quarter) of Section Thirty-one (31), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion described as follows:  BEGINNING at the intersection of the South line of the North Half of Lot 2 and the East line of County Highway; thence East 240 feet; thence North 10°41' East 295.39 feet; thence North 77°10' West 199.44 feet; thence Southwesterly along the East line of County Highway to the point of beginning.  ALSO EXCEPT the South 25 feet of the North Half of Lot 2 West of said Highway.  ALSO EXCEPT the County Highway and one acre (approximately) of land deeded to Kolb family for burial purposes.

OWNERS:

      KNIGHT, W. E. (sep prop)

      KNIGHT, T. Gale (hus)

      KNIGHT, Mildred I. (wf)

      SPEED, Katharine (s/w)

      KNIGHT, M. W. (hus)

      KNIGHT, Helena (wf)

      THOMPSON, Max D. (hus)

      THOMPSON, Mattie (wf)

      HOSTETTER, Annie (s/w)

      BATEMAN, Emma, also known as PERRY (wf)

      PERRY, Mitchell (hus)

      CRABTREE, Orice (hus)(deceased)

      CRABTREE, Gertrude (wf)

      SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

      SCHNEIDER, Joseph (TDBen)

3311

RAINBOW CREEK WATERSHED

Parcel 82W-31, and 83W-36.    8

    The South Half of Lot 2 (Southwest Quarter of the Northwest Quarter)

EXCEPT that portion lying Westerly of the State Highway, and that portion

of the North Half of Lot 2 of Section Thirty-one (31), Township Eight (8)

South, Range Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California, described as follows:  BEGINNING

on the Southerly line of the North Half of Lot 2 at a point 240 feet Easterly

from the Easterly line of Highway; thence North 10°41' East 295.39 feet;

thence North 77°10' West 199.49 feet to the Easterly line of Highway;

thence Southerly on the Easterly line of said Highway to the Southerly

line of the North Half of Lot 2; thence Easterly on said Southerly line

240 feet to the point of beginning.

ALSO, a strip of land 25 feet wide lying along the Southerly line of

the Northeast Quarter of the Southeast Quarter of the Northeast Quarter

lying Easterly of the Easterly line of land conveyed to the State of

California in Section Thirty-six(36), Township Eight South, Range Three (3) West, and a strip of land 25 feet wide

lying along the Southerly line of the Northwest Quarter of the Southwest

Quarter of the Northwest Quarter, West of the Westerly line of State

Highway, in Section Thirty-one (31), Township Eight (8) South, Range Two

(2) West, San Bernardino Base and Meridian, in the County of Riverside,

State of California.

Owners:          TOWNSEND, James H. (hus)

                   TOWNSEND, Julianna M. (wf)

                   SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

                   ZAGORC, Frank (hus)(TDBen)

                   ZAGORC, Anna (wf)(TDBen)

                   SECURITY TITLE INSURANCE COMPANY (TDTr)

                   MEYER, Edward (hus)(TDBen)

                   MEYER, Minnie M. (formerly Minnie M. Tesch)(wf)(TDBen)

3312

RAINBOW CREEK WATERSHED

Parcel 83W-36, and 82W-31,   9

The North 10 feet of the South Half of the Southeast Quarter of the North-
east Quarter of Section Thirty-six (36), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California; and the South Half of Government Lot 2 (the Southwest
Quarter of the Northwest Quarter) lying Westerly of the State Highway,
in Section Thirty-one (31), Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

Owners:          SCOTT, John C. (hus)
                 SCOTT, Virginia R. (wf)


Parcel 82W-31,   10

The North Half of Lot 3 (the Northwest Quarter of the Southwest Quarter)
of Section Thirty-one (31), Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California, EXCEPT that portion included in highway.

Owner:           CULLING, Louis Turley


82W-31,   11

The South Half of Lot 3 (the Northwest Quarter of the Southwest Quarter) of
Section Thirty-one (31), Township Eight (8) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside, State of California.

Owner:           SCHNEIDER, Max


Parcel 82W-32, and 92W-5,   12

The West Half of the Southwest Quarter and the Southeast Quarter of the South-
west Quarter of Section Thirty-two (32), Township Eight (8) South, Range Two
(2) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California; and the Northeast Quarter of the Northwest Quarter of
Section Five (5), Township Nine (9) South, Range Two (2) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California.

Owner:           GLUGAGE, John Lucien (sep prop)

3313

7

RAINBOW CREEK WATERSHED

Parcel 82W-32, and 92W-5,    13

The South Half of the Southeast Quarter of Section Thirty-two (32),
Township Eight (8) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California; and

Lots 1 and 2 (North Half of Northeast Quarter) of Section Five (5),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

Owners:            STITES, George Arthur (hus)

                   STITES, Katherine Jean (wf)


Parcel 82W-33,    14

The South Half of the Southwest Quarter of Section Thirty-three (33),
Township Eight (8) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

Owner:            CLUGAGE, F. Robert (m/m)


Parcel 92W-3, 4 and 5,    15

Lots 3 and 4 (North Half of Northwest Quarter), and the Southwest Quarter of
the Northwest Quarter of Section Four (4); the Southeast Quarter of the
Northeast Quarter, the West Half of the Northwest Quarter, and the South Half
of Section Five (5), Township Nine (9) South, Range Two (2) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California.

Owner:            CLUGAGE, Ina L. (widow)

                  CLUGAGE, John L. (s/m)(Mtgee)


Parcel 92W-4,    16

The South Half of the Southwest Quarter of Section Four (4), Township Nine
(9) South, Range Two (2) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Owners:           MORRIS, Alfred (hus)
                  MORRIS, Julia V. (wf)        Undivided one-half interest

                  CIANFRINI, John (hus)
                  CIANFRINI, Carol Joan (wf)   Undivided one-half interest

                  BANK OF AMERICA (TDTr)
                  MORRIS, Alfred (hus)(TDBen)
                  MORRIS, Julia V. (wf)(TDBen)

8

3314

RAINBOW CREEK WATERSHED

Parcel 92W-5,   17

The Southwest Quarter of the Northeast Quarter of Section Five (5), Township

Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the

County of San Diego, State of California.

OWNER:                    The Church of Thelema.


Parcel  92W-5,   18

The Southeast Quarter of the Northwest Quarter of Section Five (5), Township

Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the

County of San Diego, State of California.

OWNER:                    GLINDSET, Arnold


Parcel 92W-6,   19

The Southeast Quarter, and the East Half of the Southwest Quarter of Section

Six (6), Township Nine (9) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California, EXCEPT that portion

described as follows:  BEGINNING at the Northeast Corner of the Southeast Quar-

ter of the Southeast Quarter of Section One (1), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian;  thence South 85°42' East

700.35 feet;  thence South 4°18' West 193.64 feet;  thence North 80°48' East

104.98 feet;  thence South 83°09' East 260.67 feet;  thence North 71°36' East

200.19 feet;  thence North 79°46' East 283.15 feet to the true point of beginning;

thence North 50°02'40" East 56.27 feet;  thence North 56°20'30" East 83.29 feet;

thence North 23°32'10" East 230.26 feet;  thence North 1°28' East 77.93 feet;

thence due North 340 feet;  thence due West to the West line of said East Half;

thence Southerly along said West line to the North line of the South Half of

said Southwest Quarter;  thence Easterly along said North line to the North-

easterly corner of land conveyed to Huber by deed recorded in Book 4092 at

page 233 of Official Records of San Diego County;  thence South 1°06' East

along the East line of said Huber's land to the point of beginning.

ALSO EXCEPT that portion of the South Half of the Southwest Quarter of

Section Six (6), described as follows:  Beginning at the Northeast Corner

9

3315

RAINBOW CREEK WATERSHED

Parcel 92W-6,   19 (cont'd)

of the Southeast Quarter of the Southeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian; thence South 85°42' East 700.35 feet to the true point of
beginning.  Thence South 4°18' West 193.64 feet; thence North 80°48' East
104.98 feet; thence South 83°09' East 260.67 feet; thence North 71°36' East
200.19 feet; thence North 79°46' East 283.15 feet; thence North 1°06' West
to a point in the North line of the South Half of the Southwest Quarter of
Section Six (6); thence Westerly along the North line to a point North
4°18' East from the true point of beginning; thence South 4°18' West to
the true point of beginning.

Owners:          GLINDSET, Arnold (s/m)

                 OCEANSIDE FINANCE COMPANY (TDTr)

                 OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 92W-6,   20

That portion of the East Half of the Southwest Quarter of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and Mer-
idian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Northeast corner of the Southeast Quarter of
the Southeast Quarter of Section One (1), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian; thence South 85°42' East
700.35 feet; thence South 4°18' West 193.64 feet; thence North 80°48' East
104.98 feet; thence South 83°09' East 260.67 feet; thence North 71°36' East
200.19 feet; thence North 79°46' East 283.15 feet to the true point of
beginning.  Thence North 50°02'40" East 56.27 feet; thence North 56°20'30"
East 83.29 feet; thence North 23°32'10" East 230.26 feet; thence North
1°28' East 77.93 feet; thence due North 340 feet; thence due West to West
line of said East Half; thence Southerly along said West line to the
North line of the South Half of said Southwest Quarter ; thence Easterly
along said North line to the Northeasterly corner of land conveyed  Huber
by deed recorded in Book 4092 at page 233 of Official Records of San Diego
County; thence South 1°06' East along the East line of said Huber's land to
the true point of beginning.

10

3316

RAINBOW CREEK WATERSHED

Parcel 92W-6,   20 (cont'd)

    ALSO, that portion of the South Half of the Southwest Quarter of Section
Six (6), Township Nine (9) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Northeast corner of the Southeast Quarter
of the Southeast Quarter of Section One (1), Township Nine (9)  South,
Range Three (3) West, San Bernardino Base and Meridian; thence South 85°42'
East 700.35 feet to the true point of beginning.  Thence South 4°18' West
193.64 feet;  thence North 80°48' East 104.98 feet; thence South 83°09'
East 260.67 feet; thence North 71°36' East 200.19 feet; thence North 79°46',
East 283.15 feet; thence North 1°06' West to a point in the North line of
the South Half of the Southwest Quarter of Section Six (6); thence Westerly
along the North line to a point North 4°18' East from the above mentioned
point of beginning; thence South 4°18' West to the true point of beginning.

Owners:        HUBER, Albert J. (hus)

              HUBER, Eunice M. (wf)

Parcel 92W-7, and 93W-12,   21

    That portion of Section Seven (7), Township Nine (9) South, Range Two
(2) West, San Bernardino Base and Meridian, and that portion of Section
Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, de-
scribed as follows:  BEGINNING at the West quarter corner of Section Seven
(7), Township Nine (9) South, Range Two (2) West, being the Easterly termi-
nus of Eighth Street as said street is shown on Map No. 880 of Rainbow;
thence North 26°01' West 66.67 feet; thence North 17°37' East 179.12 feet;
thence North 40°37' East 137.20 feet; thence North 11°03' West 103.97 feet;
thence North 52°59' West 208.00 feet; thence North 09°44' West 99.78 feet;
thence South 22°29' West 329.44 feet; thence South 50°05' West 565.48 feet
to the center line of said Eighth Street; thence along said center line North
89°23'30" East 648.33 feet to the point of beginning.

OWNERS:        OSBORNE, Donald K. (hus)
              OSBORNE, Maxine K. (wf)
              BANK OF AMERICA (TDTr)
              DAVIS, W. N. (un/m) (TDBen)

3317

RAINBOW CREEK WATERSHED

Parcel 92W-6, 22

The Northwest Quarter of the Southwest Quarter of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNERS:          WARREN, James (hus)

                 WARREN, Dorothy Culling (wf)


Parcel 92W-6,   23

Lot 12 (the Southwest Quarter of the Northwest Quarter) of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNER:           TEEL, Gertrude J.


Parcel 92W-6,   24

Lots 1 and 8 (the Northeast Quarter of the Northeast Quarter), and Lot 4
(the Northwest Quarter of the Northwest Quarter) of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNER:           JOHNSON, Henrietta May (m/w)(sep prop)


Parcel 92W-6,   25

Lot 7 (Northwest Quarter of the Northeast Quarter), Lot 9 (Southeast Quarter
of the Northeast Quarter), Lot 10 (Southwest Quarter of the Northeast
Quarter), and Lot 11 (Southeast Quarter of the Northwest Quarter) of Section
Six (6), Township Nine (9) South, Range Two (2) West, San Bernardino  Base
and Meridian, in the  County of San Diego, State of California.

OWNERS:          MORGAN, James C. (hus)

                 MORGAN, Mildred A. (wf)


Parcel 92W-7,   26

The Northeast Quarter of the Northwest Quarter; the Northwest Quarter of
the Northeast Quarter, and the West Half of the Southwest Quarter of
Section Seven (7), Township Nine (9) South, Range Two (2) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California.

OWNER:           LIDDLE, Harry P.

3318

RAINBOW CREEK WATERSHED

Parcel 92W-7 and 8, 29

The East Half of the East Half of the Northeast Quarter of Section Seven (7), and the North Half and the North Half of the Southwest Quarter of Section Eight (8), Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:          WARE, Walker M. (hus)

                 WARE, Althea O. (wf)

Parcel 92W-7,  30

The West Half of the East Half of the Northeast Quarter of Section Seven (7), Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNER:                   WADE, Floyd D.

Parcel 83W-36,  31

The Southwest Quarter of the Southeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPTING therefrom the Northerly 352 feet thereof, and also EXCEPTING that portion thereof described as follows:  BEGINNING at the Southwest corner of said Southeast Quarter; thence North on the West line of said Southeast Quarter 392 feet; thence in a straight line Southeasterly to a point in the East line of the Southwest Quarter of the Southeast Quarter 90 feet North of the Southeast corner of the Southwest Quarter of the Southeast Quarter; thence South on said East line 90 feet; thence West on the South line of said Southeast Quarter to the point of beginning.  ALSO EXCEPTING therefrom that portion conveyed to the State of California described as follows:  BEGINNING at a point in the East line of said Southwest Quarter of the Southeast Quarter of Section Thirty-six (36), distant thereon North $1°13'50"$ East 89.85 feet from the Southeast corner of said Southwest Quarter, said point of beginning the Northeast corner of land conveyed to Alfred E. Lutze; thence North $76°43'03"$ West along the Northerly line of said land of Lutze

14

3319

RAINBOW CREEK WATERSHED

Parcel 83W-36, 31 (cont'd)

45.52 feet; thence from a tangent bearing North $39°43'41"$ East along a curve to the left with a radius of 2950 feet through a central angle of $1°24'40"$ a distance of 72.65 feet to a point on the Easterly line of said Southwest Quarter; thence South $1°13'50"$ West along the East line of said Southwest Quarter 66.92 feet to the point of beginning. ALSO: The Southeast Quarter of the Southeast Quarter of said Section Thirty-six (36) EXCEPTING therefrom that portion thereof being on the Easterly line of said Southeast Quarter of the Southeast Quarter of said Section 800 feet Southerly from the Northeast Corner thereof; thence North $70°15'$ West 1386.15 feet to a point on Westerly line of said Southeast Quarter of the Southeast Quarter 352 feet Southerly from the Northwest Corner thereof; thence Northerly on the Westerly line of said Southeast Quarter of the Southeast Quarter, 352 feet to the Northwest Corner thereof; thence Easterly on the Northerly line of said Southeast Quarter of the Southeast Quarter, 1321.10 feet to the Northeast Corner thereof; thence Southerly on Easterly line of said Southeast Quarter of the Southeast Quarter, 800 feet to point of beginning.

OWNERS:

LANTERMAN, Blaine W. (widow)

RUSMISELL, Merle (widow)

RUSMISELL, Madeline (s/w)

Parcel 83W-36, 31A

The Southeast Quarter of the Southeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPTING therefrom that portion described as follows: BEGINNING at a point on the Easterly line of said Southeast Quarter of the Southeast Quarter 800 feet Southerly from the Northeast Corner thereof; thence North $70°15'$ West 1386.15 feet to a point on the

-15-

RAINBOW CREEK WATERSHED

### Parcel 83W-36, 31A Continued

Westerly line of said Southeast Quarter of the Southeast Quarter
352 feet Southerly from the Northwest Corner thereof; thence
Northerly on the Westerly line of said Southeast Quarter of the
Southeast Quarter 352 feet to the Northwest Corner thereof;
thence Easterly on the Northerly line of said Southeast Quarter
of the Southeast Quarter 1321.10 feet to the Northeast Corner
thereof; thence Southerly on the Easterly line of said South-
east Quarter of the Southeast Quarter 800 feet to the point of
beginning. ALSO EXCEPT the Northeasterly 330 feet thereof as
conveyed to Becker. ALSO EXCEPT any portion thereof in the
County Highway. ALSO EXCEPT that portion thereof lying Easterly
of the Westerly line of parcel conveyed to the State of Cali-
fornia.

OWNER:

MARSHALL, Drain M. (also spelled Drian) (widow)

-15A-

3321

~~Parcel 83W-36, ___32___~~

The Northwest Quarter, and the West Half of the Northeast Quarter of
Section Thirty-six (36), Township Eight (8) South, Range Three (3), West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

~~OWNER: _____STATE OF CALIFORNIA_____~~

Parcel 83W-36, ___33___

The Southerly 106 feet, measured at right angle to the Southerly line
of the following described property:  That portion of the Southeast
Quarter of the Southeast Quarter of Section 36, Township 8 South, Range
3 West, San Bernardino Meridian, described as follows:  BEGINNING at a
point on the East line of said Southeast Quarter of the Southeast Quarter,
800 feet South of the Northeast corner of said Southeast Quarter of the
Southeast Quarter; thence North 70°15' West 1386.15 feet, to a point on
the West line of said Southeast Quarter of the Southeast Quarter 352
feet South of the Northwest corner of said Southeast Quarter of the South-
east Quarter; thence South, on said West line, to a point distant at right
angles 330 feet from said course, "North 70°15' West 1386.15 feet;" thence
Southeasterly, in a straight line, to a point in the East line of said
Southeast Quarter of the Southeast Quarter, distant at right angles 330
feet from said course, "North 70°15' West 1386.15 feet", produced; thence
North, on said East line, to the point of beginning;  EXCEPTING therefrom
that portion of said Southerly 106 feet which lies East of the following
described line:  BEGINNING at a point on the Southerly line of the herein
described property, distant thereon 281.06 feet Southeasterly from the
Southwest corner thereof; thence Northerly, on a curve concave to the
East, and having a radius of 448 feet, the radial line of which bears
14°27' Northerly of said Southerly line 107.19 feet, to the Northerly
line of said Southerly 106 feet;  ALSO EXCEPTING therefrom that portion
conveyed to the State of California by deed recorded April 6, 1948 in
Book 905 Page 197 of Official Records, Riverside County Records.  (Marc'
[illegible] Containing One Acre more or Less.

16

RAINBOW CREEK WATERSHED

OWNERS:    ADKINS, Merle C. (hus)

ADKINS, Juanita L. (wf)

3323

RAINBOW CREEK WATERSHED

**Parcel 83W-36,   34**

That portion of the Southeast Quarter of the Southeast Quarter of Section
Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of Riverside, State of California,
described as follows:  BEGINNING at a point on the East line of said
Southeast Quarter of the Southeast Quarter distant 800 feet South of the
Northeast corner thereof; thence North 70°15' West 1386.15 feet to a point
on the West line of said Southeast Quarter of the Southeast Quarter 352 feet
South of the Northwest corner thereof; thence South on said West line 330
feet measured at right angles from last mentioned course; thence Southeast
to a point on the East line of the Southeast Quarter of the Southeast Quarter
distant 330 feet from above mentioned course measured at right angles;
thence North on the East line to the point of beginning.
EXCEPT that portion of the North 100 feet thereof which lies Westerly of the
Highway.  ALSO EXCEPT that portion of the South 106 feet thereof which lies
Westerly of the Highway.  ALSO EXCEPT that portion included in the Highway
and that portion conveyed to the State of California.

All that portion of the Southeast Quarter of Section Thirty-six (36), Town-
ship Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California, described as follows:
BEGINNING on the East line of Section Thirty-six (36), distant North
0°52'23" West 566.00 feet from 6x8 granite boulder marking the Southeast
corner of said section, said point of beginning being also the Southeast
corner of parcel conveyed to the State of California; thence along the
Southerly line of said parcel North 69°36'33" West 755.00 feet; thence North
33°07'00"East 966.46 feet; thence along a tangent curve concave Northwesterly
with a radius of 2,110 feet through an angle of 16°20'12" a distance of
601.62 feet to said East line of Section Thirty-six (36), distant along
said East line North 2°35'28" East 1623.18 feet from the point of beginning;
thence along said East line South 2°35'28" West 1623.18 feet to the point of
beginning.  Containing 12.17 acres.

OWNERS:          BURCH, Ora L. (hus)                    3324

                 BURCH, Adele (wf)

RAINBOW CREEK WATERSHED

Parcel 83W-36,   35

The Northerly 100 feet, measured at right angles to the Northerly line of that portion of the Southeast Quarter of the Southeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:  BEGINNING at a point on the East line of the Southeast Quarter of the Southeast Quarter of said section, 800 feet South of the Northeast corner thereof; thence North 70°15' West 1386.15 feet to a point on the West line of said Southeast Quarter of the Southeast Quarter 352 feet South of the Northwest corner of said Southeast Quarter of the Southeast Quarter; thence South on the West line to a point distant at right angles 330 feet from the above mentioned course (North 70°15' West 1386.15 feet); thence Southeast in a straight line to a point in the East line of said Southeast Quarter of the Southeast Quarter distant at right angles 330 feet from said course (North 70°15' West 1386.15 feet); thence North on said East line to the point of beginning.

EXCEPT that portion of the Northerly 100 feet which lies East of the following described by metes and bounds:  BEGINNING at a point on the Northerly line of the above property distant thereon 418.58 feet Southeasterly from the Northwest corner thereof; thence Southerly on an angle to the right of 102°44'30", a distance of 102.52 feet to the Southerly line of said Northerly 100 feet (being that portion lying Easterly of the highway).

OWNERS:          GARNER, Johnnie (hus)

                 GARNER, Elizabeth S. (wf)

                 BANK OF AMERICA (TDTr)

                 BECK, Justina R. (widow)(TDBen)

18

3325

RAINBOW CREEK WATERSHED

Parcel 83W-36,   36

That portion of the Southwest Quarter of the Southeast Quarter of Section
Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of Riverside, State of California,
described as follows:  BEGINNING on the West line of said Southwest Quarter
of the Southeast Quarter of said section, distant 352 feet South of the
Northwest corner thereof; thence East 1320 feet; thence Southeasterly to a
point on the East line of the of the Southeast Quarter of the Southeast
Quarter, 800 feet South of the Northeast corner of the South Half of the
Southeast Quarter; thence North 180 feet; thence Northwesterly to a point
172 feet South of the North line of the South Half of the Southeast Quarter;
thence West to a point on the West line 172 feet South from the Northwest
corner of the Southwest Quarter of the Southeast Quarter; thence South
180 feet to the point of beginning.  EXCEPT that portion lying Easterly
of the highway.

OWNERS:              FOWLER, Frank W. (hus)
                     FOWLER, Ellen T. (wf)


Parcel 83W-36,   37

The North 172 feet of the Southwest Quarter of the Southeast Quarter of
Section Thirty-six (36), Township Eight (8) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:              HUDSPETH, James L. (hus)
                     HUDSPETH, Lottie Jane (wf)

3326

Parcel 83W-36.   38

The Northwest Quarter of the Southeast Quarter, and that portion of the
Southeast Quarter of the Southeast Quarter of Section Thirty-six (36),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California, described as
follows:  BEGINNING at the Northwest corner of the Southeast Quarter of the
Southeast Quarter; thence Southerly on the Northerly line of the Southeast
Quarter of the Southeast Quarter 172 feet; thence Southeasterly to a point
on the Easterly line of the Southeast Quarter of the Southeast Quarter
620 feet Southerly from the Northeast corner thereof; thence Northerly on
the Easterly line of said Southeast Quarter of the Southeast Quarter to the
Northeast corner thereof; thence Westerly on the Northerly line of the
Southeast Quarter of the Southeast Quarter to the point of beginning.
EXCEPT that portion conveyed to the State of California on May 13, 1948
by deed recorded in Book 912 at page 601 of Official Records of Riverside
County, and EXCEPT that portion lying Easterly of the highway.

OWNERS:            BARNES, Clerk Caldwell (hus)

                   BARNES, Betty Bell (wf)


Parcel 83W-36,   39

The Southerly 350 feet of the Northeast Quarter of the Southeast Quarter of
Section Thirty-six (36), Township Eight (8) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of Riverside, State of Cali-
fornia, EXCEPT that portion lying Easterly of the Westerly line of the
highway.  ALSO, EXCEPT the Westerly 240 feet thereof and that portion de-
scribed as follows:  BEGINNING at a point on the South line of said North-
east Quarter of the Southeast Quarter, 286 feet along said South line West
from the West line of State Highway 77; thence North at right angles to
said South line a distance of 24 feet; thence West at right angles to said
last mentioned line a distance of 37 feet; thence Southwest to a point on
the South line of said Northeast Quarter of the Southeast Quarter, said
point being 91 feet West of the point of beginning; thence East 91 feet to
the point of beginning.

OWNERS:                  HAYES, William D. (hus)
                         HAYES, Erna G. (wf)
                         SECURITY TITLE INSURANCE COMPANY (TDTr)    20
                         FARMER, Howard N. (hus)(TDBen)
                         FARMER, Hildegard T. (wf)(TDBen)          3327

Parcel 83W-36,   39A

The West 240 feet of the South 350 feet of the Northeast Quarter of the
Southeast Quarter of Section Thirty-six (36); and that portion of the
Northeast Quarter of the Southeast Quarter of Section Thirty-six (36),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California, described as
follows:  BEGINNING at a point on the South line of said Northeast Quarter
of the Southeast Quarter distant 286 feet West along said South line from
the West line of State Highway 77; thence North at right angles to said
South line a distance of 24 feet; thence West at right angles to said last
mentioned line a distance of 37 feet; thence Southwest to a point on the
South line of said Northeast Quarter of the Southeast Quarter, said point
being 91 feet West of the point of beginning; thence East 91 feet to the
point of beginning.

OWNERS:               WOODROW, H. C. (hus)
                      WOODROW, Lillian L. (wf)


Parcel 83W-36,   40

The North 600 feet of the South 950 feet of the Northeast Quarter of the
Southeast Quarter of Section Thirty-six (36), Township Eight (8) South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, EXCEPT that portion lying Easterly of the
Westerly line of the highway.

OWNERS:               McKATHNIE, Jacob A. (hus)
                      McKATHNIE, Alice Louise (wf)

21

3328

RAINBOW CREEK WATERSHED

Parcel 83W-36,   41

The North 131.98 feet of the South 1081.98 feet of the Northeast Quarter
of the Southeast Quarter of Section Thirty-six (36), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, EXCEPT that portion lying Easterly of
the Westerly line of the highway.

OWNERS:                    MAHER, Joseph D., Jr. (minor)

                           MAHER, Joseph D., Sr. (guardian)


Parcel 83W-36,   42

The North 131.98 feet of the South 1213.96 feet of the Northeast Quarter of
the Southeast Quarter of Section Thirty-six (36), Township Eight (8) South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, EXCEPT that portion lying Easterly of the
Westerly line of the highway, and EXCEPT any portion lying within the North
Half of the North Half of the North Half of the Northeast Quarter of the
Southeast Quarter of said Section Thirty-six (36).

OWNER:                    MAHER, Richard C. (s/m)


Parcel 83W-36,   43

That portion of the Southerly 50 feet of the Southeast Quarter of the North-
east Quarter, and of the North Half of the North Half of the North Half of
the Northeast Quarter of the Southeast Quarter of Section Thirty-six (36),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California, described as
follows:  BEGINNING at the Southeast corner of the Northeast Quarter of said
section; thence Northerly along the Easterly line of said Northeast Quarter
50 feet; thence Westerly along the Northerly line of the Southerly 50 feet
of the Northeast Quarter of said section 442.96 feet, more or less, to the
Northeast corner of that certain parcel conveyed to Emery and wife March
11, 1947 by deed recorded as document 1318 of the Official Records of River-
side County, the true point of beginning.  Thence Southerly along the Easter-
ly line of said parcel 215 feet, more or less, to the Southerly line of

Parcel 83W-36, 43 (cont'd)

the North Half of the North Half of the North Half of the Northeast Quarter of the Southeast Quarter of said section; thence Easterly along said Southerly line of said North Half of the North Half of the North Half of the Northeast Quarter of the Southeast Quarter to the Westerly line of the State Highway; thence Northerly along said Westerly line to the Northerly line of the Southerly 50 feet of the Northeast Quarter of said section; thence Westerly along said Northerly line of said Southerly 50 feet of the Northeast Quarter to the point of beginning. EXCEPT that portion conveyed to the State of California August 20, 1948, recorded as instrument No. 2858 in the Official Records of Riverside County.

OWNERS:                      SIMPSON, Vernon D. (hus)

                             SIMPSON, Anna B. (wf)


Parcel 83W-36, 44

The Westerly 898 feet of the Southerly 50 feet of the Southeast Quarter of the Northeast Quarter, and the Westerly 898 feet of the North Half of the North Half of the North Half of the Northeast Quarter of the Southeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:                      EMERY, Harry E. (hus)

                             EMERY, Charlotte Mary Ellen (wf)

3330

RAINBOW CREEK WATERSHED

Parcel 83W-36,  45

The South 100 feet of the North 410 feet, and the North 200 feet of the
South 250 feet of the South Half of the Southeast Quarter of the Northeast
Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT that portion conveyed to the State of California
by deed recorded in Book 907 at page 391 of Official Records of Riverside
County.

ALSO, that portion of the South 100 feet of the North 310 feet of the
South Half of the Southeast Quarter of the Northeast Quarter of Section
Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of Riverside, State of California,
described as follows: BEGINNING at a point in the North line of the South
350 feet of the Southeast Quarter of the Northeast Quarter of said section
809.18 feet Westerly along the North line from the Westerly right of way;
thence from said point of beginning along said North line North 89°34'51"
West 5.51 feet; thence North 24°28'51" West 50.24 feet; thence North
52°28'51" West 5.75 feet; thence South 37°31'09" West 5.00 feet; thence
North 52°28'51" West 20.00 feet; thence North 37°31'09" East 20.00 feet;
thence South 52°28'51" East 20.00 feet; thence South 37°31'09" West 5.00
feet; thence South 52°28'51" East 8.25 feet; thence South 24°28'51" East
57.38 feet to aforesaid North line; thence along said North line North
89°34'51" West 5.51 feet to the point of beginning.

OWNERS:                    GOSSMAN, Clifford T. (hus)
                           GOSSMAN, Hilda I. (wf)
                           YONUSCHOT, Gene R. (s/m)
                           LAND TITLE INSURANCE COMPANY (TDTr)
                           ANDERSEN, Martin A. (hus)(TDBen)
                           ANDERSEN, Elizabeth (wf)(TDBen)
                           SECURITY TITLE INSURANCE COMPANY (TDTr)
                           YONUSCHOT, Louise (s/w)(TDBen)

3331

RAINBOW CREEK WATERSHED

**Parcel 83W-36,   46**

The South 300 feet of the North 310 feet of the South Half of the South-
east Quarter of the Northeast Quarter of Section Thirty-six (36), Township
Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California, EXCEPT that portion de-
scribed as follows:  That portion of the South 100 feet of the North
310 feet of the South Half of the Southeast Quarter of the Northeast Quarter
of Section Thirty-six (36), described by metes and bounds as follows:
BEGINNING at a point on the North line of the South 350 feet of the South-
east Quarter of the Northeast Quarter of said section, 809.18 feet Wester-
ly along the North line from the Westerly right of way; thence from said
point of beginning along said North line North 89°34'51" West 5.51 feet;
thence North 24°28'51" West 50.24 feet; thence North 52°28'51" West 5.75
feet; thence South 37°31'09" West 5.00 feet; thence North 52°28'51" West
20.00 feet; thence North 37°31'09" East 20.00 feet; thence South
52°28'51" East 20.00 feet; thence South 37°31'09" West 5.00 feet; thence
South 52°28'51" East 8.25 feet; thence South 24°28'51" East 57.38 feet to
aforesaid North line; thence along said North line North 89°34'51" West
5.51 feet to the point of beginning.  EXCEPT any portion in State Highway.

OWNER:                    BURBANK, Albert G. (sep prop)


**Parcel 83W-36,   47**

The Northeast Quarter of the Northeast Quarter, and the Northwest Quarter
of the Southeast Quarter of the Northeast Quarter of Section Thirty-six
(36), Township Eight (8) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:                   BURLEY, Ernest P. (hus)
                          BURLEY, Alice M. (wf)

3332

RAINBOW CREEK WATERSHED

Parcel 83W-36, and 93W-1.   48

Parcel 1 - That portion of the Southwest Quarter of the Southeast Quarter
of Section Thirty-six (36), Township Eight (8) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of Riverside, State
of California, described as follows: BEGINNING at the Southwest corner of
said Southeast Quarter; thence North on the West line of said Southeast
Quarter 392 feet; thence on a straight line Southeasterly to a point on the
East line of the Southwest Quarter of the Southeast Quarter of said section,
90 feet North from the Southeast corner of the Southwest Quarter of the
Southeast Quarter; thence South on the East line 90 feet; thence West on the
South line of said Southeast Quarter to the point of beginning.

EXCEPTING therefrom that portion described as follows: BEGINNING at the
Southeast corner of the Southwest Quarter of the Southeast Quarter of said
Section Thirty-six (36); thence North 89°40'39" West, along the South line
of the Southeast Quarter/
of said Southwest Quarter/128.96 feet; thence from a tangent bearing North
42°17'27" East along a curve to the left with a radius of 2950 feet,
through an angle of 2°33'46", a distance of 131.95 feet to a point on the
Northerly line of land conveyed to Lutze; thence North 0°43'03" East along
the Northerly line of said Lutze land 45.52 feet to the East line of said
Southwest Quarter of the Southeast Quarter; thence South 1°13'50" West
along the East line of said Southwest Quarter of the Southeast Quarter
89.85 feet to the point of beginning.

Parcel 2 - The Southwest Quarter of Section Thirty-six (36), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California. EXCEPTING therefrom one-sixteenth of all
coal, oil, gas and other mineral deposits in said land as reserved in
Patent from the State of California to F. A. Jinquist, recorded August 10,
1946 in Book 764 at page 504 of Official Records of Riverside County.

ALSO EXCEPT from Parcels 1 and 2 hereinabove described one-third of all
oil and mineral rights as reserved in deed from Alfred E., & Sadie C. Lutze,
husband and wife, to Harold E., and Hazel M. Cumberland, husband and wife,
recorded February 14, 1956 as Instrument No. 18500 of the Official Records
of Riverside County.

26

3333

RAINBOW CREEK WATERSHED

Parcel 83W-36, and 93W-1,  48 (cont'd)

Parcel 3 - That portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point on the North line of Section One (1), distant North 89°45' East 180.70 feet from the Northwest corner of said Lot 1; thence South 0°15' East 5 feet; thence parallel with the North line of Section One (1), North 89°45' East 165 feet; thence North 0°15' West 5 feet to the North line of Section One (1); thence thereon South 89°45' West 165 feet to the point of beginning. EXCEPT one-third of all oil and mineral rights.

OWNERS:

    MADDEN, Edward Andrew (hus)

    MADDEN, Melba Ruth (wf)

    SECURITY TITLE INSURANCE COMPANY (TDTr)

    LUTZE, Alfred E. (hus)(TDBen)

    LUTZE, Sadie C. (wf)(TDBen)

3334

RAINBOW CREEK WATERSHED

Parcel 93W-1 and 2,   49

All that real property in Sections One (1) and Two (2), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of San Diego, State of California, described as follows:

The South Half of the Northwest Quarter of Section One (1), and the
Northwest Quarter of the Southwest Quarter of Section One (1), EXCEPT that
portion lying Easterly of the State Highway; also that portion of the
Northeast Quarter of the Southwest Quarter of Section One (1) lying Westerly
of the State Highway.  Also, Lot 3 (the Northeast Quarter of the Northwest
Quarter) of Section One(1).  Also the Southeast Quarter of the Northeast
Quarter, and the Northeast Quarter of the Southeast Quarter of Section
Two (2).

OWNER:                STUBBLEFIELD, Charles E., Sr.

Parcel 93W-2       50

The Southwest Quarter of the Northeast Quarter, the Northwest Quarter of
of the Southeast Quarter, and the South Half of the Southeast Quarter of
Section Two (2), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
together with 15 feet following the Old Trail through the Northwest Quarter
of the Northeast Quarter of the Northeast Quarter, and the North 20 rods
of the Northeast Quarter of the Northeast Quarter of the Northeast Quarter
of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian.  EXCEPTING therefrom all that portion of the
Southeast Quarter of the Southeast Quarter of said Section Two (2) described
as follows:  BEGINNING at the Southeast corner of said Southeast Quarter of
the Southeast Quarter of Section Two (2); thence along the South line thereof
West 440 feet; thence North parallel with the East line 990 feet; thence
East parallel with the South line 440 feet to the East line of Section Two
(2); thence South along the East line 990 feet to the point of beginning.
ALSO EXCEPTING therefrom that portion in Section Two (2) lying within the
boundary of State Highway XI-SD-77G.

OWNERS:                CHESS, James R. (hus)
                       CHESS, Kathleen F. (wf)

28

3335

RAINBOW CREEK WATERSHED

Parcel 93W-9, Q~~~~~~~~~ 41

That portion of the Southeast Quarter of the Southeast Quarter of Section
Two (2), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Southeast corner of said Section Two (2); thence
West along the South line thereof 440 feet; thence North parallel with the
East line 990 feet; thence East parallel with the South line 440 feet to
the East line of Section Two (2); thence South along the East line 990 feet
to the point of beginning.  EXCEPTING therefrom that portion lying within
the boundary of State Highway XI-SD-77G, as conveyed to the State of Cali-
fornia by deed recorded in  Book 2528 at page 176 of Official Records of
San Diego County.

OWNERS:                         LINDELL, Orville A. (hus)

                                LINDELL, Charlotte L. (wf)

                                BANK OF AMERICA (TDTr)

                                CHESS, James R. (hus)(TDBen)

                                CHESS, Kathleen P. (wf)(TDBen)


Parcel 93W-11,  52

The Northwest Quarter of the Northeast Quarter; the North 20 rods of the
Northeast Quarter of the Northeast Quarter; and
the Northwest Quarter of the Northeast Quarter of the Northeast Quarter of
Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California,
EXCEPTING from said Northwest Quarter of the Northeast Quarter of the
Northeast Quarter of Section Eleven (11) an easement for road purposes
on and over the North 15 feet of said property adjacent to the Old Trail.

OWNERS:                         MINTON, Reuel B. (hus)

                                MINTON, Halcyon A. (wf)

29

3336

RAINBOW CREEK WATERSHED

Parcel 93W-2, 3, and 11,   53

~~Lots 9 and 1, (the Northwest Quarter of the Northwest Quarter, and the~~
~~Northwest Quarter of the Northwest Quarter), the Southwest Quarter of the~~
~~Northwest Quarter, and the Southwest Quarter of Section Two (2); the~~
~~Southeast Quarter of Section Three (3)~~; and the Northwest Quarter, and the
East Half of the Southwest Quarter of Section Eleven (11), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, EXCEPTING from said East Half of
the Southwest Quarter of Section Eleven (11) that portion lying Southeasterly
of a line described as follows:  BEGINNING at a point on the Northwesterly
line of Department of Public Works Survey between Moosa Canyon and River-
side County line, said point being a point in the South line of Section
Eleven (11)distant thereon South 89°47'54" West 1178.21 feet from the South
quarter corner of said Section Eleven (11); thence North 39°39' East
1645.50 feet; thence North 50°21' West 30 feet; thence North 39°39' East
240.59 feet to a point on the East line of said East Half of the Southwest
Quarter, said point being the ending of the line described herein.
ALSO EXCEPTING therefrom all that portion of the Southeast Quarter of the
Southwest Quarter of Section Eleven (11), described as follows:  BEGINNING
at the Southwest corner of the Southeast Quarter of the Southwest Quarter;
thence along the West line of said Southeast Quarter of the Southwest Quarter
North 0°23'50" East 764.10 feet; thence South 89°48' East 295.66 feet; thence
parallel with the West line of said Southeast Quarter of the Southwest
Quarter South 0°23'50" West 348.77 feet; thence South 89°48' East 194.82
feet to the Northwesterly line of a strip of land 160 feet in width conveyed
to the State of California by deed recorded in Book 2203 at page 460 of
Official Records of San Diego County; thence along said Northwesterly line
South 39°39' West 536.50 feet to the South line of said Southeast Quarter
of the Southwest Quarter; thence along said South line South 89°48' West
151.02 feet to the point of beginning.  Containing 688 acres.

OWNERS:           BRUNSON, Robert M.
                  PETERSON, Herbert J.
                  YARAS, Herman
                  SECURITY TITLE INSURANCE COMPANY (TDTr)            3337
                  PRUDDEN, Adelaide (widow)(TDBen)
                  30

~~Parcel 93W-9,   61   The Northwest Quarter of the Southwest Quarter of the Northeast~~
~~Quarter; And.~~

The South Half of the Southwest Quarter of the Northeast Quarter of Section

Nine (9); Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California

OWNERS:              HAYES, W. D  (hus)

~~HAYES, Erna G. (wf)~~

~~BANK OF AMERICA (TDTr)~~

~~SHIPLEY, Verne G. (hus)(TDBen)~~

~~SHIPLEY, Luella G. (wf)(TDBen)~~


Parcel 93W-9,   62

The Southeast Quarter of the Northwest Quarter of Section Nine (9), Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in

the County of San Diego, State of California.  Also, the North 330 feet of

the Northeast Quarter of the Southwest Quarter, and the South 150 feet of

the North 480 feet of the West 660 feet of the Northeast Quarter of the

Southwest Quarter of Section Nine (9), Township Nine (9) South, Range Three

(3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California.

OWNER:              HANEY, W  B  (m/m)(sep prop)


Parcel 93W-9,   63

The Southwest Quarter of the Northwest Quarter of Section Nine (9), Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in

the County of San Diego, State of California EXCEPT that portion described

as follows:  Beginning at a point in the West line of said Southwest Quarter

219.0 feet from the Southwest Corner thereof;  thence South $89°51'40"$ East,

426.23 feet;  thence North $53°26'15"$ East, 95.71 feet;  thence North

$27°56'40"$ West, 147.82 feet;  thence North $72°38'50"$ West, 313.84 feet;

thence North $20°32'40"$ West  251.04 feet;  thence North $39°53'30"$ West,

73.69 feet to said West line;  thence South $0°06'10"$ East along said West

-36-

Parcel 93W-9, 63 Continued

line, 571.45 feet to point of beginning

OWNERS:

PEPPLE, Granville G. (hus)

PEPPLE, Ethel S (wf)

L. Stewart HINCKLEY, State Director of Farmers Home
Administration for the State of California, or
his successors in office (TDTr)

UNITED STATES OF AMERICA, acting through the Farmers
Home Administration, U S. Department of Agriculture,
and duly authorized representatives (TDBen)

-36A-

3339

Parcel 93W-8.   65

The Southeast Quarter of the Northeast Quarter of Section Eight (8),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, EXCEPTING
therefrom that portion described as follows:  BEGINNING at the Southwest
corner of said Southeast Quarter of the Northeast Quarter; thence North
0°45'40" West along said West line 1301.25 feet to the Northwest corner
thereof; thence along the North line North 89°05' East 496.18 feet; thence
South 30°09' West 531.81 feet; thence South 30°09' East 343.70 feet; thence
North 69°12'05" East 951.10 feet; thence South 39°53'30" East 125.61 feet
to the East line of said Section Eight (8); thence South 0°06'10" East
along said East line 571.45 feet; thence North 89°51'40" West 262.23
feet; thence South 31°17'35" West 258.23 feet to a point in the South line
of the Southeast Quarter of the Northeast Quarter distant thereon 396.75
feet Westerly from the Southeast corner thereof; thence along said
Southerly line 958.71 feet to the point of beginning.

OWNERS:                    DETHLEFS, Walter E., Sr. (hus)

                           DETHLEFS, Mary E. (wf)

                           UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

                           HANES, C. C. (hus)(TDBen)

                           HANES, Viva (wf)(TDBen)


Parcel 93W-8.   66

That portion of the Southwest Quarter of the Northeast Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described as
follows:  COMMENCING at the Northwest corner of said Southwest Quarter of
the Northeast Quarter of said section; running East 20 chains; thence South
20 chains; thence West 6.33 chains; thence North 18° East 13 chains to a
live oak tree; thence North 66-3/4° West 19.25 chains to the point of
beginning.

OWNERS:                    TRAYLOR, Wilfred L. (hus)
                           TRAYLOR, Laura Howell (wf)
                           HOWELL, Ida E.                          3340

RAINBOW CREEK WATERSHED

Parcel 93W-8, 67

All those portions of Section Eight (8), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of San

Diego, State of California, described as follows:

Parcel 1 - That portion of the East 30 acres of the Northeast Quarter of the

Southeast Quarter of Section Eight (8), described as follows: BEGINNING

at a point in the North line of the East 30 acres distant thereon 396.75

feet West from the Northeast corner thereof; thence South 24°56'10" West

366.17 feet; thence South 19°18'10" West 791.82 feet; thence South 17°27'57"

West 207.97 feet; thence North 37°00'20" West 149.43 feet to the West line

of the East 30 acres; thence along said West line North 00°03'40" West

1157.35 feet to the Northwest corner thereof; thence along the North line

of said East 30 acres 369.67 feet to the point of beginning.

Parcel 2 - That portion of the Northwest Quarter of the Southeast Quarter,

and of the Northeast Quarter of the Southeast Quarter of Section Eight (8)

described as follows: BEGINNING at the Northwest corner of said Southeast

Quarter; thence along the Westerly line thereof South 1°25'10" East

1219.08 feet; thence North 32°20'10" East 877.90 feet; thence South

86°37'55" East 667.11 feet; thence South 54°41'45" East 260.68 feet;

thence South 37°00'20" East 610.15 feet to the West line of the East 30

acres of the Northeast Quarter of the Southeast Quarter; thence along said

West line North 0°03'40" West 1157.35 feet to the North line of said

Southeast Quarter; thence along said North line 1744.49 feet to the point

of beginning.

Parcel 3 - The East 300 feet of the South 30 feet of the Northwest Quarter

of the Northeast Quarter; the West 300 feet of the South 30 feet of the

Northeast Quarter of the Northeast Quarter; and all that portion of the

Southeast Quarter of the Northeast Quarter of Section Eight (8) described as

follows: BEGINNING at the Southwest corner of said Southeast Quarter of

the Northeast Quarter; thence North 0°45'40" West along the West line thereof

1301.25 feet to the Northwest corner thereof; thence along the North line

North 89°05' East 496.18 feet; thence South 30°09' West 531.81 feet;

3341

Parcel 93W-8, 67 (cont'd)

thence South 30°09' East 343.70 feet; thence North 69°12'05" East 951.10
feet; thence South 39°53'30" East 125.61 feet to the East line of said
Section Eight (8); thence South 0°06'10" East along said line 571.45
feet; thence North 89°51'40" West 262.23 feet; thence South 31°17'35" West
258.23 feet to a point on the South line of said Southeast Quarter of the
Northeast Quarter distant thereon 396.75 feet Westerly from the Southeast
corner thereof; thence along said Southerly line 958.71 feet to the point
of beginning.  Save and except all riparian rights which are retained and
reserved for grantor's use upon the remainder of his land.

Parcel 4 -  All that portion of the Southwest Quarter of the Northeast
Quarter of Section Eight (8), described as follows:  BEGINNING at the
Southwest corner of the Southwest Quarter of the Northeast Quarter; thence
East along the South line thereof 902.22 feet to the Southwest corner of
tract of land conveyed by J. E., and Irene Morgan to Wm. O. Howell by deed
recorded September 11, 1882 in Book 42 of Deeds at page 495, in the Office
of the County Recorder of San Diego County; thence North 18° East along the
Westerly line of land of Howell 13 chains; thence North 66-3/4° West along
the Southwesterly line of land so conveyed to Howell 19.25 chains to the
Northwest corner of the Southwest Quarter of the Northeast Quarter of
Section Eight (8); thence South along the West line of said Southwest Quarter
of the Northeast Quarter of said section to the point of beginning.

Parcel 5 - That portion of the South Half of the North Half of the Northeast
Quarter of Section Eight (8), described as follows:  BEGINNING at the North-
west corner of the South Half of the North Half of the Northeast Quarter;
thence along the North line thereof North 88°40' East 1414.00 feet to the
true point of beginning.  Thence South 50°38'40" West 153.12 feet; thence
South 19°04'40" West 560.27 feet to the North line of the South 30.00 feet
of said North Half of the Northeast Quarter; thence along said North line
North 89°05' East 573.51 feet to the East line of the West 300 feet of the
Northeast Quarter of the Northeast Quarter; thence South 0°45'40" East
along said East line 30.00 feet to the South line of the North Half of the

3342

RAINBOW CREEK WATERSHED

Parcel 93W-8,  67 (cont'd)

Northeast Quarter; thence along said South line North 89°05' East 196.18

feet; thence North 30°09' East 633.93 feet; thence North 50°51' East

184.72 feet, more or less, to the North line of said South Half of the

Northeast Quarter; thence Westerly along said North line 930.53 feet,

more or less, to the true point of beginning.

Parcel 6 - That portion of the Southeast Quarter of the Northwest Quarter

of Section Eight (8) described as follows:  BEGINNING at the Northeast corner

of the Southeast Quarter of the Northwest Quarter; thence South 44°36'20"

West 139.81 feet; thence South 31°38'50" West 856.01 feet; thence South

71°30'50" West 443.18 feet; thence South 57°20'50" West 406.29 feet to the

West line of the Southeast Quarter of the Northwest Quarter; thence along

said West line South 1°02'50" East 98.47 feet to the Southwest corner

thereof; thence along the South line thereof 1340.25 feet to the Southeast

corner of the Southeast Quarter of the Northwest Quarter; thence along the
                                                            North/
East line thereof 1282.63 feet to the point of beginning.

OWNER:                    FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W-8, and 17,  68

Those portions of the Northwest Quarter of the Northeast Quarter of Section

Seventeen (17), and the Southeast Quarter and the Southwest Quarter of the

Northeast Quarter of Section Eight (8), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California, described as follows:  BEGINNING at the Northwest corner

of said Northeast Quarter of Section Seventeen (17); thence along the West

line thereof South 1°12'40" West 375.08 feet; thence parallel with the North

line of Section Seventeen (17) South 89°58'40" East 737.37 feet; thence

North 57°45'50" East 702.62 feet to the Northeast corner of said Northwest

Quarter of the Northeast Quarter of Section Seventeen (17); thence along the

West line of the Southeast Quarter of the Southeast Quarter of Section

Eight (8), North 0°41' West 1051.33 feet to a point distant South 0°41' East

300 feet from the Northwest corner of said Southeast Quarter of the Southeast

41

3343

Parcel 93W-6, 92A

All that portion of the Northeast Quarter of the Northwest Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, lying
Westerly of a line described as follows:  BEGINNING at a point on the South
line of said Northeast Quarter of the Northwest Quarter, distant thereon
743.82 feet Easterly from the Southwest corner thereof; thence North 4°00'
West 66 feet; thence North 27°30' West 145.20 feet; thence North 15°00' West
132 feet; thence North 12°00' East 66 feet; thence North 16°00' East 184.80
feet; thence North 74°00' East to the center line of County Road; thence
North 6°51'50" West 39.58 feet; thence North 20°43' West 127.85 feet; thence
North 69°26'40" West 234.99 feet; thence North 35°20' West 254.70 feet;
thence North 45°53'10" East 85.67 feet; thence North 0°44'50" West to the
North line of Section Sixteen (16).

OWNER:                    SWEARINGEN, Eugene N.

Parcel 93W-9,  93

The Northwest Quarter of the Southwest Quarter of Section Nine (9), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:            KRAUSHAAR, Isaac N.
                   KRAUSHAAR, Beth L. (m/w)

Parcel 93W-9,  94

The West 660 feet of the Northeast Quarter of the Northwest Quarter of Section
Nine (9), EXCEPTING therefrom the Northerly 480 feet thereof; and the South
990 feet of the Northeast Quarter of the Southwest Quarter of Section Nine
(9), EXCEPTING therefrom the West 660 feet thereof, in Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

OWNERS:            BEATTIE, Lloyd (hus)
                   BEATTIE, Alma (wf)
                   BANK OF AMERICA (TDTr)
                   KRAFFT, Charles L. (hus)(TDBen)
                   KRAFFT, Lenora G. (wf)(TDBen)        71      3344

RAINBOW CREEK WATERSHED

Parcel 93W-16, 22

The East Half of the Southwest Quarter of the Northeast Quarter of Section Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:              HARRIS, George R. (hus)

                     HARRIS, Zurlene (wf)


Parcel 93W-16,   100

The Southeast Quarter of the Northeast Quarter of Section Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:              SACHSE, Franz R. (hus)

                     SACHSE, Rowena (wf)

                     BANK OF AMERICA (TDTr)

                     GALLACHER, Margaret Laurette Eachel,
                     Trustee of the Estate of Margaret Laura
                     Eachel, deceased (TDBen)


Parcel 93W-9,   10,   15, and 16,   101

All those portions of Section Nine (9), Section Ten (10), Section Fifteen (15), and Section Sixteen (16), in Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  The East Half of the Northeast Quarter and the North Half of the Southeast Quarter of Section Nine (9); the West Half and the Northwest Quarter of the Northeast Quarter of Section Ten (10); the Southwest Quarter of the Northeast Quarter, the East Half of the Northwest Quarter, and the Southwest Quarter of the Northwest Quarter of Section Fifteen (15), EXCEPT that portion described as follows:  BEGINNING at the Southeast corner of the Northwest Quarter of said Section Fifteen (15); thence North 26°50' West 2051 feet; thence to a point on the South line of said Northwest Quarter which is South 89°01' West 1830 feet from the Southeast corner of the Northwest Quarter; thence along the South line of

74

3345

RAINBOW CREEK WATERSHED

Parcel 93W-10, 103 (cont'd)

parallel with the East line of said Section Ten (10) 60 feet; thence

Easterly parallel with said Northerly line of said Southeast Quarter of

the Northeast Quarter 150 feet; thence Northerly parallel with said East

line of Section Ten (10) 60 feet to the point of beginning.

OWNERS:                COAST, Charles J. (hus)

                       COAST, Carrol June (wf)

                       BANK OF AMERICA (TDTr)

                       CARLILE, Levi L. (hus)(TDBen)

                       CARLILE, Grace F. (wf)(TDBen)

                       BANK OF AMERICA (TDTr)

                       CARLILE, Levi L (hus)(TDBen)

                       CARLILE, Grace F. (wf)(TDBen)


Parcel 93W-10, 104

The Northwest Quarter of the Southeast Quarter and the East Half of the

Southeast Quarter of Section Ten (10), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of San

Diego, State of California, EXCEPT the South 30 acres of the Southeast

Quarter of the Southeast Quarter of said Section Ten (10).

OWNER:                 McCRACKEN, Frank C. (deceased)


Parcel 93W-10, 105

The South 30 acres of the Southeast Quarter of the Southeast Quarter of

Section Ten (10), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, the

North line of said South 30 acres being parallel with the South line of

said Section Ten (10). EXCEPT the Southwest Quarter of the Northeast Quarter

of the Southeast Quarter of the Southeast Quarter of said Section Ten (10),

and EXCEPT the Northwest Quarter of the Southeast Quarter of the Southeast

Quarter of the Southeast Quarter of said Section Ten (10).

OWNER:                 UMINO, Albert, also known as Masao Umino

3347

Parcel 93W-9, 10, 15, and 16, 101 (cont'd)

of the Northwest Quarter is the point of beginning.  And the Northeast

Quarter of the Southeast Quarter of Section Sixteen (16).

OWNERS:                     CAPRA, Frank R. (hus)

                            CAPRA, Lucille W. (wf)


Parcel 93W-10, 102

    The North Half of the Southeast Quarter of the Northeast Quarter of Section

Ten (10), Township Nine (9) South, Range Three (3) West, San Bernardino Base

and Meridian, in the County of San Diego, State of California, EXCEPT that

portion described as follows:  BEGINNING at a point in the Northerly line of

said Southeast Quarter of the Northeast Quarter, distant Westerly 155 feet

from the Northeast corner of said Southeast Quarter of the Northeast Quarter;

thence continuing Westerly along said Northerly line 150 feet; thence South-

erly parallel with the East line of said Section Ten (10), 60 feet; thence

Easterly parallel with said Northerly line of the Southeast Quarter of the

Northeast Quarter 150 feet; thence Northerly parallel with said East line of

Section Ten (10), 60 feet to the point of beginning.

OWNERS:                     INGALLS, William E. (hus)

                            INGALLS, Vera E. (wf)

                            BANK OF AMERICA (TDTr)

                            MARTIN, Ben G. (hus)(TDBen)

                            MARTIN, Blanche E. (wf)(TDBen)


Parcel 93W-10, 103

    The South Half of the Southeast Quarter of the Northeast Quarter, and that

portion of the North Half of the Southeast Quarter of the Northeast Quarter

of Section Ten (10), Township Nine (9) South, Range Three (3) West, San Ber-

nardino Base and Meridian, in the County of San Diego, State of California,

described as follows:  BEGINNING at a point in the Northerly line of the

Southeast Quarter of the Northeast Quarter distant Westerly 155 feet from the

Northeast corner of said Southeast Quarter of the Northeast Quarter; thence

continuing Westerly along said Northerly line 150 feet; thence Southerly

3346

RAINBOW CREEK WATERSHED

Parcel 93W-11.  110

The West Half of the Southwest Quarter of Section Eleven (11), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

OWNERS:                RICHARDS, Edgar A., Jr. (hus)

                       RICHARDS, Ruth M. (wf)

                       BANK OF AMERICA (TDTr)

                       WYATT, Charles C. (hus)(TDBen)

                       WYATT, Emma Phoebe (wf)(TDBen)

Parcel 93W-11.  111

All that portion of the Southeast Quarter of the Southwest Quarter of Section
Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southwest corner of said Southeast Quarter of
the Southwest Quarter; thence North 0°23'50" East 764.10 feet; thence South
89°48' East 295.66 feet; thence parallel with said West line of the Southeast
Quarter of the Southwest Quarter South 0°23'50" West 348.77 feet; thence
South 89°48' East 194.82 feet to the Northwesterly line of State Highway
XI-SD-77-G, being a strip of land 60 feet in width conveyed to the
State of California by deed recorded in Book 2203 at page 460 of Official
Records of San Diego County; thence along said Northwesterly line South
39°39' West 536.50 feet to the South line of said Southeast Quarter of the
Southwest Quarter; thence along said South line South 89°48' West 151.02
feet to the point of beginning.

OWNERS:                MALETTE, Arthur C. (hus)

                       MALETTE, Radee (wf)

                       CONTINENTAL AUXILIARY COMPANY (TDTr)

                       BANK OF AMERICA (TDBen)

3348

RAINBOW CREEK WATERSHED

~~Parcel 93W-12, 120~~

The North 435.60 feet of the East 300 feet of the Southwest Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS: NEMETH, Steven (hus)

~~NEMETH, Mabel L. (wf)~~

Parcel 93W-11, 121

The Southwest Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS: HALDE, Carl N. (hus)

HALDE, Hester M. (wf)

Parcel 93W-11, 122

All that portion of the Southeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, lying Northerly and Northwesterly of the Northwesterly/line of land conveyed to the State of California for highway XI-SD-77-G by deed recorded in Book 2522 at page 110 of Official Records of San Diego County.

OWNERS: TUTTLE, Ray M. (hus)

TUTTLE, Juanita (wf)

Parcel 93W-11, 123

The Southeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT the Easterly 300 feet of the Southeast Quarter of the Northeast Quarter, and EXCEPT that portion of the Southeast Quarter of the Northeast Quarter of said Section Eleven (11) lying Northerly and Northwesterly of the Northwesterly line of land conveyed

84

3349

Parcel 93W-11, <u>123</u> (cont'd)

    to the State of California for highway XI-SD-77-G by deed recorded in Book

2522 at page 110 of Official Records of San Diego County.

<u>OWNER:</u>               CONNELY, Theodore (s/m)


Parcel 93W-11, <u>124</u>

    The Easterly 300 feet of the Southeast Quarter of the Northeast Quarter of

Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Ber-

nardino Base and Meridian, in the County of San Diego, State of California,

<u>EXCEPT</u> the following:  BEGINNING at the Northeast corner of the Southeast

Quarter of the Northeast Quarter of Section Eleven (11); thence Westerly

50 feet; thence Southerly 100 feet; thence Easterly 50 feet; thence Northerly

100 feet to the point of beginning.

<u>OWNERS:</u>              DENNLER, Edward R. (hus)

                        DENNLER, Florence L. (wf)

                        BANK OF AMERICA (TDTr)

                        CONNELY, Theodore (s/m)(TDBen)


Parcel 93W-11, and 12, <u>125</u>

    The Southwest Quarter of the Northwest Quarter of Section Twelve (12), Town-

ship Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California, <u>EXCEPT</u> the Easterly 750 feet

thereof.  Also, that portion of the Southeast Quarter of the Northeast Quarter

of Section Eleven, Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, described

as follows:  BEGINNING at the Northeast corner of the Southeast Quarter of the

Northeast Quarter of said Section Eleven (11); thence Westerly along the North

line of said Southeast Quarter of the Northeast Quarter 50 feet; thence

Southerly and parallel with the Easterly boundary 100 feet; thence Easterly

parallel with the North boundary line 50 feet to the Easterly boundary of the

Southeast Quarter of the Northeast Quarter; thence Northerly along the Easterly

line 100 feet to the point of beginning.

<u>OWNERS:</u>              SUDERMAN, Ed M. (hus)

                        SUDERMAN, Doris Lucille (wf)

3350

RAINBOW CREEK WATERSHED

### Parcel 93W-11, 126

Those portions of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  The Northeast Quarter of the Northeast Quarter of the Northeast Quarter of Section Eleven (11), EXCEPT the North 20 rods thereof, and the South Half of the Northeast Quarter of the Northeast Quarter of Section Eleven (11), EXCEPTING from the above described parcels that portion thereof conveyed to the State of California for a freeway by deed recorded in Book 2535 at page 114 of Official Records of San Diego County.  ALSO EXCEPTING that portion of the above described parcels lying Northwesterly of the Northwesterly line of land so deeded to the State of California for a freeway.

OWNERS:

COSTELLO, Roy H. (hus)

COSTELLO, Flora H. (wf)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LINCOLN, Earnest M. (hus)(TDBen)

LINCOLN, Julia K. (wf)(TDBen)

### Parcel 93W-11, 127

That portion of the following described property lying Northwesterly of the Northwesterly line of land deeded to the State of California for a freeway by deed recorded in Book 2535 at page 114 of Official Records of San Diego County:  The Northeast Quarter of the Northeast Quarter of the Northeast Quarter of Section Eleven, EXCEPT the North 20 rods thereof; and the South Half of the Northeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNER:

BYER, A. C. (widower)

3351

Parcel 93W-12,   128

The West Half of the Northwest Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT that portion described as follows:  BEGINNING at a point in the North line of Section Twelve (12), distant North 89°31' East 331.77 feet from the Northwest corner thereof; thence along the North line North 89°31' East 331.78 feet to the Northeast corner of the West Half of the Northwest Quarter of the Northwest Quarter; thence along the East line of said West Half of the Northwest Quarter of the Northwest Quarter South 0°19'40" East 660.00 feet; thence parallel with the North line of Section Twelve (12) South 89°31' West 331.78 feet to a line which bears South 0°19'40" East from the point of beginning; thence North 0°19'40" West 660 feet to the point of beginning.

ALSO, all of the West Half of Lot 41 of Rainbow Tract, according to Map 447 on file in the Office of the County Surveyor of San Diego County, State of California,  and that portion of the North 10 feet of Second Street adjoining said West Half of Lot 41 on the South as closed, EXCEPTING therefrom that portion of the West Half of Lot 41 and said North 10 feet of Second Street deeded to Arch H. McClintock and wife by deed recorded in Book 6725 at page 76 of Official Records of San Diego County, described as follows:  That portion of the West Half of Lot 41, Rainbow Tract, lying Southeasterly of the Southeasterly line of a strip of land 160 feet in width conveyed to the State of California for highway purposes; also that portion of the North 10 feet of Second Street adjoining the above described property as closed.

OWNERS:                    JOHNSON, Walfred E. (hus)
                           JOHNSON, Selma A. (wf)

                           JOHNSON, Vendit L. (hus)
                           JOHNSON, Genevieve S. (wf)

3352

RAINBOW CREEK WATERSHED

**Parcel 93W-12.  128A**

That portion of the West Half of Lot 41 of Rainbow Tract, according to Map 447 on file in the Office of the County Surveyor of San Diego County, State of California, lying Southeasterly of the Southeasterly line of a strip of land 160 feet in width conveyed to the State of California for highway purposes.  Also that portion of the North 10 feet of Second Street adjoining the above described property, as closed.

OWNERS:               McCLINTOCK, Arch H. (hus)

                      McCLINTOCK, Elizabeth A. (wf)

**Parcel 93W-1.  129**

Lot 40, and the  East Half of Lot 41 of Rainbow Tract in the County of San Diego, State of California, EXCEPTING  that portion of said Lot 41 consisting of approximately 1.07 acres deeded to the Highway Department of the State of California.

OWNER:                MOFFAT,  Dorothy

**Parcel 93W-1,  130**

Lot 39 of Rainbow Tract in the County of San Diego, State of California

OWNER:                ROYAL, Zana A.

**Parcel 93W-40,  131**

All of Lot 38 of Rainbow Tract in the County of San Diego, State of California, EXCEPT that portion thereof lying Northerly of a line described as follows: BEGINNING at a point on the North-South center line of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, distant thereon 331.13 feet Northerly from the South quarter corner of said Section One (1); thence South 89°28'30" West 663.60 feet to the West line of Lot 38.

OWNERS:               BRITTINGHAM, Donald Harris
                      BRITTINGHAM, Kenneth Marion
                      BRITTINGHAM, Dora Belle (Life Estate)

88

3353

RAINBOW CREEK WATERSHED

**Parcel 93W-40.  131A**

That portion of Lot 38 of Rainbow Tract, in the County of San Diego, State of
California, lying Northerly of a line described as follows:  BEGINNING at a
point on the North-South center line of Section One (1), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, distant there-
on 331.13 feet Northerly from the South quarter-corner of said Section One
(1); thence South 89°28'30" West 663.60 feet to the Westerly line of said
Lot 38.

OWNERS:                 BRAZIL, Andrew V.

                        BRAZIL, Ida M.


**Parcel 93W-40,  132**

Lots 44 and 45 of Rainbow Tract in the County of San Diego, State of
California.

OWNERS:                 BOREN, Jesse Sheldon (hus)

                        BOREN, Ida (wf)


**Parcel 93W-1.  133**

That portion of Lots 42 and 43 in Rainbow Tract, in the County of San Diego,
State of California, together with that portion of the Westerly 10.00 feet
of Huffstatler Street lying Easterly of and adjoining Lot 43 as said portion
was vacated and closed to public use by Order dated November 7, 1924 recorded
in Book 1050 at page 243 of Deeds of San Diego County, described as follows:
BEGINNING at the point of intersection of the Easterly line of the West 10.00
feet of Huffstatler Street with the Easterly prolongation of the Southerly
line of Lot 43; thence North 0°23'35" East along the Easterly line of the
West 10.00 feet, distant 150.00 feet; thence South 89°33'42" West to the
Southeasterly line of State Highway XI-SD-77-G; thence South 31°25' West
along said Southeasterly line 177.86 feet to the Southerly line of Lot 42;
thence North 89°33'42" East along the Southerly line and along the Southerly
line of Lot 43 and along the Easterly prolongation of the Southerly line
to the point of beginning. Reserving therefrom ingress and egress for
maintaining pipe line crossing Northeast corner of above described property.

OWNERS:                 BREMSETH, Richard A. (s/m)
                        BANK OF AMERICA (TDTr)                    3354
                        HOVENDEN, Glenn E. (hus)(TDBen)
                        HOVENDEN, Helen R. (wf)(TDBen)      89

RAINBOW CREEK WATERSHED

Parcel 93W-1.   134

That portion of Lots 42 and 43 of Rainbow Tract, in the County of San Diego,
of/                       right of way line/
State of California, lying Easterly/the Southeasterly/of that certain 160-foot
strip of land described in deed to State of California for highway purposes
recorded in Book 2535 at page 228 of Official Records of San Diego County.
EXCEPT  that portion of Lots 42 and 43 of Rainbow Tract, together with a
portion of the Westerly 10.00 feet of Huffstatler Street lying Easterly of
and adjoining Lot 43 as said portion was vacated and closed to public use
by order dated November 7, 1924, recorded in Book 1050 at page 243 of
Deeds of San Diego County, described as follows:  BEGINNING at the point of
intersection of the Easterly line of the West 10.00 feet of Huffstatler
Street with the Easterly prolongation of the Southerly line of Lot 43;
thence North 0°23'35" East along the Easterly line of the West 10.00 feet
a distance of 150.00 feet; thence South 89°33'42" West to the Southeasterly
line of State Highway XI-SD-77-G; thence South 31°25' West along said
Southeasterly line 177.86 feet to the Southerly line of Lot 42; thence
North 89°33'42" East along the Southerly line and along the Southerly line
of Lot 43 and along the Easterly prolongation of the Southerly line to
the point of beginning.  Reserving therefrom ingress and egress for main-
taining pipe line crossing the Northeast corner of the above described
property.  ALSO EXCEPT that portion of the North 110 feet of Lot 43 of
of/
Rainbow Tract lying Easterly/the Southeasterly right of way line
of that certain 160 foot strip of land described in deed to the State
of California for highway purposes, dated November 5, 1947, recorded in
Book 2535 at page 228 of Official Records of San Diego County.

OWNER:                    ROYAL, Zana A. (widow)

90

3355

RAINBOW CREEK WATERSHED

Parcel 93W-1.  135

That portion of the North 110 feet of Lot 43 of Rainbow Tract, in the
County of San Diego, State of California, lying Easterly of the Southeasterly
right of way line of that certain 160-foot strip of land described in deed
to the State of California for highway purposes dated November 5, 1947,
recorded in Book 2535 at page 228 of Official Records of San Diego County.

OWNERS:                    ROYAL, Verne (hus)

                           ROYAL, Nancy (wf)

                           BANK OF AMERICA (TDTr)

                           HOVENDEN, Glenn E. (hus)(TDBen)

                           HOVENDEN  Helen  R. (wf)(TDBen)


Parcel 93W-1.  136

That portion of Lots 42 and 43 of Rainbow Tract, in the County of San Diego,
State of California and that portion of the South 10 feet of First Street
in said Rainbow Tract lying Westerly/the Northwesterly ~~strike~~ right of
way line of that certain 160-foot strip of land described in deed to the
State of California for highway purposes, recorded in Book 2535 at page 228
of Official Records of San Diego County.

OWNERS:                    RODECK, Fred C. (hus)

                           RODECK, Ruby F. (wf)

                           BANK OF AMERICA (TDTr)

                           ROYAL, Zana A. (widow)(TDBen)


Parcel 93W-1.  137

Number not used.

3356

### Parcel 93W-1.   138

That portion of the Northwest Quarter of the Southwest Quarter of Section
One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, lying
Easterly of the State Highway.  Also, that portion of the  Northeast
Quarter of the Southwest Quarter of Section One (1), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, described as
follows:  BEGINNING at the Southwest corner of said Northeast Quarter of the
Southwest Quarter; thence North 88°59' East along the Southerly line of said
Northeast Quarter of the Southwest Quarter 663.75 feet; thence North
0°27'15" West 1314 feet to the Northerly line of said Northeast Quarter of
the Southwest Quarter; thence South 89°48'10" West along the Northerly line
of said Northeast Quarter of the Southwest Quarter to the Easterly line of
State Highway right of way; thence Southwesterly along said State Highway
right of way to the West line of said Northeast Quarter of the Southwest
Quarter; thence South 0°26' East along said West line to the point of beginning.

OWNERS:                          GREER, William Clark (hus)

                                 GREER, Anita A. (wf)


### Parcel 93W-1.   139A

The North Half of the East Half of the Northeast Quarter of the Southwest
Quarter of Section One (1), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California.

OWNER:                           MacDONALD, Clara E.  (m/w)

                                 LARSEN, Isabelle Zora


### Parcel 93W-1.   139B

The South Half of the East Half of the Northeast Quarter of the Southwest Quar-
ter of Section One (1), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:                          FRICK, Tempe C. (m/w)

                                 LARSEN, Isabelle Zora

3357

Parcel 93W-1. 140

    That portion of Lot 2 (the Northwest Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Northwest corner of said Lot 2; thence along the North line thereof North 89°06' East 376.50 feet to the Northwesterly corner of tract of land conveyed to G. Reynolds and wife by deed recorded in Book 4525 at page 257 of Official Records of San Diego County; thence along the Northwesterly line of said land of Reynolds South 35°54'23" East 898.92 feet to the Northwesterly line of strip of land conveyed to the State of California by deed recorded in Book 2522 at page 470 of Official Records of San Diego County; thence Southwesterly along said Northwesterly line to the West line of said Lot 2; thence along said West line North 1°24' East to the point of beginning.

ALSO, that portion of Lot 2 (the Northwest Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Northeast corner of said Lot 2; thence along the East line thereof South 3°39'30" West 499.29 feet to the Northwesterly line of State Highway right of way conveyed to the State of California by deed recorded in Book 2522 at page 470 of Official Records of San Diego County, said point being in a curve concave Northwesterly having a radius of 2914 feet, the radial line through said point bears South 31°19' East; thence Southwesterly along said curve and right of way 24.10 feet to the end of said curve; thence on a tangent to said curve South 58°12'34" West 428.00 feet; thence leaving said right of way North 35°54'23" West 898.92 feet to the North line of said Section One (1); thence along said North line North 89°06' East 380 feet and North 89°45' East 563.31 feet to the point of beginning.

  ALSO, that portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California,

8358

RAINBOW CREEK WATERSHED

**Parcel 93W-1,  140**

described as follows:  BEGINNING at the Northwest corner of said Lot 1;

thence along the West line thereof South $3^\circ39'30''$ West 566.38 feet; thence

parallel with the North line of said Lot 1 North $89^\circ45'$ East 296.30 feet;

thence North $8^\circ16'30''$ East 145.42 feet; thence North $89^\circ45'$ East 53.10 feet;

thence North $21^\circ08'30''$ East 225.82 feet; thence North $7^\circ06'$ East 167.07 feet

to a point in the South line of the North 45.30 feet of said Lot 1; thence

along the South line of said North 45.30 feet North $89^\circ45'$ East 507.33 feet

to the center line of U. S. Highway 395; thence Northerly thereon 47.86

feet to the North line of said Lot 1; thence thereon South $89^\circ45'$ West

958.70 feet to the point of beginning.

OWNERS:                    REYNOLDS, G. R. (hus)

REYNOLDS, Jean M. (wf)


**Parcel 93W-1,  141**

That portion of the North 45.30 feet of Lot 1 (the Northeast Quarter of the

Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three

(3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California, lying Northwesterly of the Northwesterly right of way

line of U. S. Highway 395, 60 feet wide, said right of way line on Record

of Survey Map 1008, County of San Diego, and lying Southeasterly of a line

described as follows:  BEGINNING at a point on the North line of said Lot 1,

distant thereon North $89^\circ50'40''$ East 827.02 feet from the Northwest corner

of Lot 1, said point being also distant along the North line North $89^\circ50'40''$

East 145.68 feet from Engineer Station 753 + 68.73 on the center line of

Department of Public Works Survey from Moosa Canyon to Riverside County line

Road XI-SD-77-G; thence from a tangent which bears South $39^\circ00'18''$ West

along a curve to the right with a radius of 3100 feet through an angle of

$1^\circ05'17''$/ ~~distant 58.87~~ a distance of 58.87 feet/ to the South line of said North 45.30 feet of Lot 1,

distant along said South line North $89^\circ50'40''$ East 148.42 feet from

Engineer Station 753 + 08.08 on the center line of said survey.  Containing

0.10 acres.

OWNERS:                    SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA
                           AMERICAN TRUST COMPANY (Trustee)                    2359

**Parcel 93W-1,  142**

That portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Northwest corner of Lot 1; thence South 3°39'30" West 566.38 feet; thence North 89°45' East 296.3 feet; thence North 8°16'30" East 145.42 feet; thence North 89°45' East 53.10 feet, being the true point of beginning.  Thence North 21°08'30" East 225.82 feet; thence North 7°06' East 167.07 feet to a point in the South line of the North 45.30 feet of said Lot 1; thence North 89°45' East 507.33 feet to the center line of U. S. Highway 395; thence Southwesterly 521.93 feet; thence North 75°56'30" West 416.76 feet to the true point of beginning.

**EXCEPT** that portion conveyed to the State of California by deed recorded in Book 2534 at page 450 of Official Records of San Diego County, being that portion of the property above described which lies Northwesterly of a line described as follows:  BEGINNING at a point on the West line of said Lot 1 distant thereon South 3°45'10" West 744.90 feet from the Northwest corner of said Lot 1, said point being distant along said West line South 3°45'10" West 139.12 feet from Engineers Station 744 + 22.90 on the center line of the Department of Public Works Survey between Moosa Canyon and Riverside County line Road XI-SD-77-G; thence from said point of beginning North 58°18'14" East 112.33 feet; thence along a curve to the left having a radius of 3100.00 feet through an angle of 3°59'35" a distance of 216.05 feet; thence North 89°50'46" East 32.69 feet to an angle point in the Westerly line of land described in deed to John A. Hampton and wife recorded in Book 2225 at page 223 of Official Records of San Diego County; thence along the last mentioned line North 8°22'10" East 26.90 feet; thence leaving said last mentioned line from a tangent which bears North 53°38'24" East along a curve to the left having a radius of 3100 feet through an angle of 13°22'49", a distance of 723.94 feet to the South line of the North 45.30 feet of said Lot 1, distant along said South line North 89°50'40" East 148.42 feet from Engineers Station 753 + 08.08 on the center line of said survey.

**OWNER:**                    THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

3360

RAINBOW CREEK WATERSHED

## Parcel 93W-1.  143

That portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of
Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, accord-
ing to U. S. Government Survey approved September 11, 1879, described as
follows:  BEGINNING at the Southwest corner of Lot 1; thence along the West
line of said Lot 1 North 3°39'30" East 898.58 feet to a point distant South
3°39'30" West 566.38 feet from the Northwest corner of said Lot 1; thence
parallel with the North line of said Lot 1 North 89°45' East 296.30 feet to
the Southeasterly corner of tract of land described as Parcel 1 in deed
to Elizabeth Steward Williams, dated April 24, 1942 and recorded in Book
1360 at page 55 of Official Records of San Diego County; thence along the
boundary line of said Williams land North 8°16'30" East 7.84 feet to the
true point of beginning.  Thence continuing North 8°16'30" East 137.58 feet
and North 89°45' East 53.10 feet; thence leaving said Williams land and
along the Northerly line of tract of land conveyed to John A. Hampton and
wife by deed recorded in Book 2225 at page 223 of Official Records of San
Diego County, South 75°56'30" East 416.76 feet to the center line of said
U. S. Highway 395, as same existed on June 2, 1942; thence Southerly
along the center line of said highway 152.07 feet to intersection with a
line bearing South 75°56'30" East from the true point of beginning; thence
North 75°56'30" West 429.32 feet to the true point of beginning.
EXCEPTING therefrom that portion conveyed to the State of California by
deed dated October 23, 1947 and recorded in Book 2533 at page 324 of
Official Records of San Diego County.

OWNERS:                    HAMPTON, John A. (hus)

                          HAMPTON, Bessie P. (wf)

3361

RAINBOW CREEK WATERSHED

Parcel 93W-1,   148

The North 15 acres of the Southeast Quarter of the Northeast Quarter of
Section One (1), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
EXCEPT that portion of the Northerly 365 feet measured at right angles
to the Northerly line of said Southeast Quarter of the Northeast Quarter,
lying Easterly of the center line of Mission Road 1-C and Westerly of the
location and Northerly prolongation of a line which is parallel with and
35 feet West at a right angle from the Westerly line of that portion of the
80-foot right of way of the San Jacinto-San Vicente Aqueduct, as said
right of way is described in Parcel No. 260 in Final Judgment and Decree
of Condemnation, Case No. 687, in the United States District Court for the
Southern District of California, Southern Division, recorded November
15, 1949 as Document No. 105295 in Book 3386 at page 228 of Official Records
of San Diego County.

OWNERS:                      SHEARS, Jessie L. (undivided one-fourth interest)
                             SHEARS, Robert V. (undivided one-half interest)
                             SHEARS, Ruth S. (undivided one-fourth interest)


Parcel 93W-1,   149

The Southeast Quarter of the Northeast Quarter of Section One (1), Town-
ship Nine (9) South, Range Three (3) West, San Bernardino Base and Meri-
dian, in the County of San Diego, State of California, EXCEPT the North
15 acres thereof, and also EXCEPTING that portion of the Southeast
Quarter of the Northeast Quarter of said Section One (1), described as
follows:  BEGINNING at the Southwest corner of said Southeast Quarter of
the Northeast Quarter; thence along the West line North 0°40'40" West
156 feet to the true point of beginning.  Thence continuing along said
West line North 0°40'40" West 699.70 feet to the South line of the North
15 acres of said Southeast Quarter of the Northeast Quarter as conveyed to
Frank Boren by deed recorded in Book 854 at page 63 of Deeds of San Diego
County; thence along the South line of said Boren land North 89°25' East
474.88 feet to the center line of Mission Road 1-C; thence along said

3362

99

RAINBOW CREEK WATERSHED

Parcel 93W-1,  149  (cont'd)

center line South 18°54' West 89.53 feet to the beginning of a curve
concave Easterly, having a radius of 1000 feet; thence Southerly along said
curve 180.35 feet to the end thereof; thence on a tangent to said curve
South 8°34' West 425.55 feet to the beginning of a curve concave Westerly
having a radius of 700 feet; thence Southerly along said curve 23.21
feet to a line which bears from the true point of beginning parallel with
the South line of said Southeast Quarter of the Northeast Quarter North
89°48'10" East; thence along said parallel line South 89°48'10" West
327.60 feet to the true point of beginning.   ALSO EXCEPTING therefrom
that portion of the Southeast Quarter of the Northeast Quarter of said
Section One (1), described as follows:  BEGINNING at the Southwest corner
of said Southeast Quarter of the Northeast Quarter; thence along the West
line of said Southeast Quarter of the Northeast Quarter North 0°40'40"
West 156 feet; thence parallel with the South line of said Southeast
Quarter of the Northeast Quarter North 89°48'10" East 327.60 feet to the
center line of Mission Road 1-C, said point being in a curve concave West-
erly having a radius of 700 feet, the radial line through which point
bears South 79°22'28" East; thence Southerly along said curve 163.98 feet
to the South line of said Southeast Quarter of the Northeast Quarter; thence
along said South line South 89°48'10" West 277.00 feet to the point of
beginning.

OWNER:                 BRADY, Forest J.

3363

Parcel 93W-1.   150

That portion of the Southeast Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southwest corner of the Southeast Quarter of the Northeast Quarter; thence along the Westerly line thereof North 0°40'40" West 156 feet to the true point of beginning.  Thence, continuing along said West line North 0°40'40" West 699.70 feet to the South line of the North 15 acres of said Southeast Quarter of the Northeast Quarter as conveyed to Frank Boren by deed recorded in Book 854 at page 63 of Deeds of San Diego County; thence along the South line of land of Boren North 89°25' East 474.88 feet to the center line of Mission Road 1-C; thence along said center line South 18°54' West 89.53 feet to the beginning of a curve concave Easterly having a radius of 1000 feet; thence Southerly along said curve 180.35 feet to the end thereof; thence on a tangent to said curve South 8°34' West 425.55 feet to the beginning of a curve concave Westerly having a radius of 700 feet; thence Southerly along said curve 23.21 feet to a line which bears from the true point of beginning parallel with the South line of the Southeast Quarter of the Northeast Quarter North 89°48'10" East; thence along said parallel line South 89°48'10" West 327.60 feet to the true point of beginning.

ALSO, that portion of the Southeast Quarter of the Northeast Quarter of said Section One (1) described as follows:  BEGINNING at the Southwest corner of the Southeast Quarter of the Northeast Quarter of said section; thence along the West line thereof North 0°40'40" West 156 feet; thence parallel with the South line thereof North 89°48'10" East 327.60 feet to the center line of Mission Road 1-C, said point being in a curve concave Westerly and having a radius of 700 feet, the radial line through said point bears South 79°22'28" East; thence Southerly along said curve 163.98 feet to the South line of the Southeast Quarter of the Northeast Quarter; thence along said South line South 89°48'10" West 277.00 feet to the true point of beginning.

OWNERS:              BARKOW, Harold W. (hus)
                     BARKOW, Marcella C. R. (wf)                        3364

101

RAINBOW CREEK WATERSHED

~~Parcel 93W-1.   151~~

That portion of Lot 2 (the Northwest Quarter of the Northeast Quarter)
and of the Southwest Quarter of the Northeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, lying
Southeasterly of parcel of land conveyed to the State of California by
deed recorded in Book 2522 at page 470 of Official Records of San Diego
County.

OWNERS:
    EHRIG, Arno H. (hus)
    EHRIG, Data (wf)
    BANK OF AMERICA (TDTr)
    ~~RADCLIFFE, Jonathan Stickney (s/m)(TDBen)~~

Parcel 93W-1.   152

The Northwest Quarter of the Southeast Quarter of Section One (1), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, EXCEPT that portion conveyed
to the State of California by deed recorded in Book 769 at page 368 of
Deeds of San Diego County. Also EXCEPT the interest of Horatio & Nellie G.
Phillips, husband and wife, in a 20-foot driveway leaving the County Road
and running through the above described property, as described in deed
recorded in Book 620 at page 291 of Deeds of San Diego County.

OWNERS:
    CLEMONS, James F. (hus)
    CLEMONS, Dorothy B. (wf)
    BANK OF AMERICA (TDTr)
    DAVIS, Le Compte (hus)(TDBen)
    DAVIS, Edythe G. (wf)(TDBen)

Parcel 93W-1.   153

The Northeast Quarter of the Southeast Quarter of Section One (1), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:
    KRIEGEL, Thomas A. (hus)
    KRIEGEL, Edna C. (wf)

3365

RAINBOW CREEK WATERSHED

### Parcel 93W-1.  154

That portion of the South Half of the Southeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, lying Northerly
of a line drawn parallel with the South line of Section One (1) and dis-
tant 465.8 feet at right angles Northerly from said South line, and lying
Easterly of a line drawn parallel with the East line of said Section One (1),
distant 611.95 feet at right angles Westerly from said Easterly line of
said Section One (1).

OWNERS:                    RIGGLE, O. Lester (hus)

RIGGLE, Maude A. (wf)

SHOUDY, George Elmore (hus)(Agmt to Convey)

SHOUDY, Dorothy L. (wf)(Agmt to Convey)

### Parcel 93W-1.  155

All that portion of the Southeast Quarter of the Southeast Quarter of
Section One (1), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California,
lying North of a line drawn parallel with the South line of Section One
(1) and distant 465.80 feet North at right angles from said South line,
described as follows:  BEGINNING at the Southeast corner of said Section
One (1); thence along the South line of Section One (1) South 89°31' West
859.75 feet; thence North 0°25'40" West 465.80 feet to the North line of
the South 465.80 feet of said Section One (1), being the true point of
beginning.  Thence North 0°25'40"/West 865.31 feet to the North line of said
Southeast Quarter of the Southeast Quarter; thence along said North line
North 89°50' East 234.91 feet to a point distant South 89°50' West 611.95
feet from the Northeast corner of said Southeast Quarter of the Southeast
Quarter; thence along a line parallel with the East line of said Section
One (1) South 0°54'40" East 864.05 feet to the North line of the South
465.80 feet of said Section One (1); thence along said North line South
89°31' West 242.30 feet to the true point of beginning.

3366

Parcel 93W-1,  155  (cont'd)

OWNERS:

GUSTIN, John M. (hus)        )
                             )
GUSTIN, Dorothy B. (wf)      )    Joint Tenants
                             )
FRYE, Nettie E. (widow)      )

BANK OF AMERICA (TDTr)

HENRY, George C. (hus)(TDBen)

HENRY, Gertrude B. (wf)(TDBen)


Parcel 93W-1,  156

That portion of the South Half of the Southeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, according to
U. S. Government Survey approved September 11, 1879, described as follows:
BEGINNING at the Southeast corner of Section One (1); thence along the
South line of said section South 89°31' West 859.75 feet; thence North
0°25'40" West 902.22 feet to the Northeast corner of tract of land
conveyed to Harry A. Chapman and wife by deed recorded in Book 3917 at
page 474 of Official Records of San Diego County and the true point of
beginning.  Thence, continuing North 0°25'40" West 428.89 feet to the
North line of said South Half of the Southeast Quarter; thence along said
North line South 89°50' West 500 feet; thence South 0°25'40" East 433.13
feet to the Northwest corner of land of Chapman; thence North 89°20'50"
East 500 feet to the true point of beginning.

OWNERS:

CULLING, Herbert H. (widower)

SECURITY FIRST NATIONAL BANK (TDTr)

SEMANS, John L. (hus)(TDBen)

SEMANS, Eva M. (wf)(TDBen)

3367

RAINBOW CREEK WATERSHED

Parcel 93W-1,    157

 That portion of the South Half of the Southeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Southeast corner of Section One (1); thence along
the South line thereof South 89°31' West 859.75 feet; thence North 0°25'40"
West 465.80 feet to the North line of the South 465.80 feet of said Sec-
tion One (1); thence along said North line of the South 465.80 feet of said
Section One (1) South 89°31' West 242 feet to the true point of beginning.
Thence continuing along said North line of the South 465.80 feet, 258 feet;
thence North 0°25'40" West 420.9 feet to a point 14 feet South of the
North line of the South Half of the Southeast Quarter; thence North
89°20'50" East 258 feet; thence South 0°25'40" East 421.66 feet to the
true point of beginning.

OWNERS:     CHAPMAN, Harry A. (hus)

        CHAPMAN, Sybil E. (wf)

        CONTINENTAL AUXILIARY COMPANY (TDTr)

        BANK OF AMERICA (TDBen)


Parcel 93W-1,    157A

 That portion of the South Half of the Southeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Southeast corner of Section One (1); thence
along the South line South 89°31' West 859.75 feet; thence North 0°25'40"
West 465.80 feet to the North line of the South 465.80 feet of Section
One (1) and the true point of beginning.  Thence continuing along said North
line of the South 465.80 feet of Section One (1) South 89°31' West 500 feet;
thence North 0°25'40" West 434.90 feet; thence North 89°20'50" East 500
feet to the West line of land conveyed to William James and wife by deed
recorded October 14, 1949 in Book 3350 at page 449 of Official Records of

3368

RAINBOW CREEK WATERSHED

Parcel 93W-1, 157A (cont'd)

San Diego County; thence along said West line South 0°25'40" East 436.42 feet to the true point of beginning. EXCEPTING therefrom that portion described as follows: BEGINNING at the Southeast corner of the Southeast Quarter of Section One (1); thence along the South line thereof South 89°31' West 859.75 feet; thence North 0°25'40" West 465.80 feet to the North line of the South 465.80 feet of Section One (1); thence along said North line of the South 465.80 feet of Section One (1) South 89°31' West 242 feet to the true point of beginning; thence continuing along said North line of the South 465.80 feet 258 feet; thence North 0°25'40" West 420.9 feet to a point 14 feet South of the North line of the South Half of the Southeast Quarter; thence North 89°20'50" East 258 feet; thence South 0°25'40" East 421.66 feet to the true point of beginning.

OWNERS:                    FULLER, Alvin R. (hus)

                           FULLER, Lillian E. (wf)


Parcel 93W-1, 158

All that portion of the Southwest Quarter of the Southeast Quarter of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Northwest corner of the Southwest Quarter of the Southeast Quarter of Section One (1); running thence East along the North line of said Southwest Quarter of the Southeast Quarter 411.7 feet, more or less, to a point on the Northwesterly line of County Road, Mission Road 1-C; thence Southwesterly along the Northwesterly line of said road to its intersection with the West line of the Southwest Quarter of the Southeast Quarter; thence North along said West line 329.25 feet, more or less, to the point of beginning.

OWNERS:                    RAIL, Floyd W. (hus)

                           RAIL, Isabella (wf)
                           BANK OF AMERICA (TDTr)
                           LINCOLN, Earnest M. (hus)(TDBen)
                           LINCOLN, Julia K. (wf)(TDBen)

3369

RAINBOW CREEK WATERSHED

Parcel 93W-1,   159

All of the Southwest Quarter of the Southeast Quarter of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPTING therefrom the South 465.80 feet thereof, the East 16.04 feet thereof, and that portion lying Northwesterly of the Northwesterly line of the county road, Mission Road 1-C.

OWNERS:                    STEINBERG, Robert (hus)

STEINBERG, Alyne (wf)


Parcel 93W-1, and 12,   160

The South 465.80 feet of the South Half of the Southeast Quarter of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California. Also, the North Half of the Northeast Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPTING therefrom the South 26.96 acres in the Northwest Quarter of the Northeast Quarter of Section Twelve (12).

OWNERS:                    LUDY, John C.        )
                                                )
                           GRAHAM, Agnes Bell   )
                                                )
                           WALTERS, Jessie May  )
                                                )   Share and share alike
                           GUDMAN, William F.   )
                                                )
                           LUDY, Rhoda Ann      )
                                                )
                           MEDEARIS, Mary C.    )
                                                )
                           WILSON, Ellen Ludy   )

Parcel 93W-12,   461

Blocks G and H of Rainbow Tract, in the County of San Diego, State of California.

OWNERS:                    LUDY, Rhoda  (wife)

LUDY, Edward  (hus)

3370

RAINBOW CREEK WATERSHED

Parcel 93W-12,  162

Lot 6 of Rainbow Tract in the County of San Diego, State of California.

OWNERS:                 HOWARD, Clentie G. (hus)

                        HOWARD, Birdie M. (wf)


Parcel 93W-12,  163

Lot 7 of Block B of Rainbow Tract in the County of San Diego, State of California, being further described as the East 126 feet of the South 75 feet  of Block B.

OWNERS:                 SWANSON, Martin H. (hus)

                        SWANSON, Margaret B. (wf)


Parcel 93W-12,  164

Tracts 25 and 26, and the North Half of Tract 24 of Rainbow Tract in the County of San Diego, State of California, and Blocks A and B of Rainbow Tract in the County of San Diego, State of California, EXCEPT the East 126 feet of the South 75 feet of said Block B.

OWNER:                  CONNELY, Ted


Parcel 93W-12,  165A and 165B

A – The South Half of Tract 24 of Rainbow Tract in the County of San Diego, State of California.

B – That portion of Lot C of Rainbow Tract, in the County of San Diego, State of California, lying Westerly of a line described as follows: BEGINNING at a point on the South line of the Northeast Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, in the County of San Diego, State of California, distant 396.42 feet Westerly from the Southeast corner thereof; thence North 0°09'25" West to the North line of said Lot C.

ALSO, that portion of Lot D of Rainbow Tract in the County of San Diego, State of California, described as follows:  BEGINNING at the North quarter corner of Section Twelve (12), Township Nine (9) South, Range Three (3) West,

3371

RAINBOW CREEK WATERSHED

Parcel 93W-12,   165A, and 165B  (cont'd)

San Bernardino Base and Meridian, in the County of San Diego, State of
California; thence along the North and South center line of said Section
Twelve (12) South 0°09'25" East 1164.16 feet to the true point of beginning.
Thence South 89°27'15" West 264.42 feet; thence North 0°09'25" West
164.81 feet to the North line of Lot D; thence along said North line
North 89°27'15" East 264.42 feet to said center line of Section Twelve
(12); thence South 0°09'25" East to the true point of beginning.

OWNERS:                    DENNLER, Everett S. (hus)

                           DENNLER, Darlene M. (wf)

                           BANK OF AMERICA (TDTr)

                           DAILY, Ross W. (hus)(TDBen)

                           DAILY, Helen (wf)(TDBen)


Parcel 93W-12,   165C

That portion of Block D of Rainbow Tract, in the County of San Diego,
State of California, described as follows:  BEGINNING at the North quarter
corner of Section Twelve (12), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California; thence along the North and South center line of said Section
Twelve (12) South 0°09'25" East 1164.16 feet to the true point of beginning.
Thence along said North and South center line South 0°09'25" East 164.74
feet to the center line of Fifth Street in said Rainbow Tract; thence
along said center line South 89°27'15" West 264.42 feet; thence North
0°09'25" West 164.74 feet to a line which bears South 89°27'15" West from
the true point of beginning; thence North 89°27'15" East 264.42 feet to
the true point of beginning.

OWNERS:                    VAUGHAN, Patrick A. (hus)

                           VAUGHAN, Margaret P. (wf)

                           SECURITY TITLE INSURANCE COMPANY (TDTr)

                           LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

3372

Parcel 93W-12, __165D__

That portion of Lots C and D of Rainbow Tract, in the County of San Diego, State of California, described as follows:  BEGINNING at a point on the South line of the Northeast Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, distant thereon 264.42 feet Westerly from the Southeast corner thereof; thence continuing Westerly along said South line 132 feet; thence North 0°09'25" West to the North line of said Lot C; thence Easterly along said North line of Lot C and the North line of Lot D 132 feet; thence South 0°09'25" East 329.55 feet to the point of beginning.

OWNERS:                BARNES, Robert D. (hus)

                           BARNES, Patricia A. (wf)

Parcel 93W-12, __166__

Blocks E, I, and J of Rainbow Tract.  Also Block F of Rainbow Tract, EXCEPT Lots 7 and 8 thereof, in the County of San Diego, State of California.

OWNERS:                VALLECITOS SCHOOL DISTRICT OF
                           SAN DIEGO COUNTY, CALIFORNIA

Parcel 93W-12, __166A__

Lots 7 and 8 of Block F of Rainbow Tract in the County of San Diego, State of California.

OWNERS:                WOODS, Elmer E.

Parcel 93W-12, __167__

The East Half of Lot 1 of Rainbow Tract in the County of San Diego, State of California.

OWNERS:                MOORE, Roberta P., Jr. (3/4ths interest)

                           POXON, Leo J.       )

                                     )

                           POXON, John P.     )   (1/4th interest)

                                   )

                           POXON, Vincent R.   )

                                   )

                           POXON, Roberta P.   )

3373

RAINBOW CREEK WATERSHED

Parcel 93W-12,   168

    The North Half of the West Half of Lot 1 of Rainbow Tract, in the County of San Diego, State of California.

OWNERS:

                BROWN, Kenneth O. (hus)

                BROWN, Helen L. (wf)

                BANK OF AMERICA (TDTr)

                TANANA, Marjorie L. (m/w)(TDBen.)

Parcel 93W-12,   169

    The South 500 feet of the East Half of the Northwest Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

                WARE, W. Roy (hus)

                WARE, Hazel I. (wf)

                BANK OF AMERICA (TDTr)

                BROWN, Rollin (hus)(TDBen)

                BROWN, Dorothy S. F. (wf)(TDBen)

Parcel 93W-12,   170,   172, and 173

    All that portion of the Northwest Quarter of the Northeast Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California  described as follows:   BEGINNING at the Southwest corner of the Northwest Quarter of the Northeast Quarter of said Section Twelve (12); thence North along the center line thereof 899 feet; thence South 89°34' East 1320 feet to a point in the East line of said Northwest Quarter of the Northeast Quarter; thence South along said East line 882 feet to the Southeast corner of said Northwest Quarter of the Northeast Quarter; thence South 89°42' West along the South line of said Northwest Quarter of the Northeast Quarter 1320 feet to the point of beginning. EXCEPT that portion of the Northwest Quarter of the Northeast Quarter of said Section

3374

RAINBOW CREEK WATERSHED

Parcel 93W-12, 170, 172, and 173 (cont'd)

Twelve (12), described as follows: BEGINNING at a point in the West line
of the Northwest Quarter of the Northeast Quarter of said section, distant
North 0°09'25" West 503.02 feet from the Southwest corner of said North-
west Quarter of the Northeast Quarter; thence continuing along said West
line North 0°09'25" West 115 feet; thence parallel with the South line
of said Northwest Quarter of the Northeast Quarter North 89°27'15" East
357.29 feet to the West line of tract of land conveyed to Dean Ramsey and
wife by deed recorded in Book 4210 at page 84 of Official Records of San
Diego County; thence along said West line South 0°05'40" East 115 feet
to a line which is drawn North 89°27'15" East parallel with the South
line of said Northwest Quarter of the Northeast Quarter from the point of
beginning; thence South 89°27'15" West 357.15 feet to the point of beginning.
ALSO EXCEPT that portion of the Northwest Quarter of the Northeast Quarter
of said Section Twelve (12) described as follows: BEGINNING at the South-
west corner of the Northwest Quarter of the Northeast Quarter; thence
Northerly along the center line of Section Twelve (12) North 0°09'25" West
394.02 feet to the Northwest corner of land conveyed to United Concrete
Pipe Corporation by deed recorded in Book 2267 at page 149 of Official
Records of San Diego County, the true point of beginning. Thence, con-
tinuing along said center line North 0°09'25" West 109 feet; thence North
89°27'15" East 357.15 feet; thence South 0°05'40" East 109 feet; thence
South 89°27'15" West 357.03 feet to the true point of beginning.

ALSO EXCEPT the South 394.02 feet thereof.

OWNERS:                    RAMSEY, George H. (hus)

                           RAMSEY, Nellie L. (wf)

3375

Parcel 93W-12,  170A

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, de-
scribed as follows:  BEGINNING at the Southwest corner of the Northwest
Quarter of the Northeast Quarter of said Section Twelve (12); thence
Northerly along the North-South center line of Section Twelve (12) North
0°09'25" West 394.02 feet to the Northwest corner of land conveyed to
United Concrete Pipe Corporation by deed recorded in Book 2267 at page 149
of Official Records of San Diego County, the true point of beginning.
Thence continuing along said North-South center line North 0°09'25" West
109 feet; thence North 89°27'15" East 357.15 feet; thence South 0°05'40"
East 109 feet; thence South 89°27'15" West 357.03 feet to the true point of
beginning.

OWNERS:              BREMSETH, Loren S. (hus)  )
                                               )(Und. ½ int.)
                     BREMSETH, Lois J. (wf)    )

                     BREMSETH, Richard A. (s/m) (Und. ½ int.)


Parcel 93W-12,  171

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the West line of said Northwest Quar-
ter of the Northeast Quarter distant North 0°09'25" West 503.02 feet from
the Southwest corner of said Northwest Quarter of the Northeast Quarter;
thence continuing along said West line North 0°09'25" West 115 feet; thence
parallel with the South line of said Northwest Quarter of the Northeast
Quarter North 89°27'15" East 357.29 feet to the West line of tract of land
conveyed to Dean Ramsey and wife by deed recorded in Book 4210 at page 84
of Official Records of San Diego County; thence along said West line
South 0°05'40" East 115 feet to a line which is drawn North 89°27'15" East

3376

Parcel 93W-12, 171 (cont'd)

parallel with the South line of said Northwest Quarter of the Northeast
Quarter from the point of beginning; thence South 89°27'15" West 357.15
feet to the point of beginning.

OWNERS:                 BREMSETH, Loren S. (hus)

                        BREMSETH, Lois J. (wf)

                        BANK OF AMERICA (TDTr)

                        RAMSEY, George H. (hus)(TDBen)

                        RAMSEY, Nellie L. (wf)(TDBen)

                        HATHAWAY, Stephen J. (TDBen)


Parcel 93W-12, 172, and 173

See Parcel 93W-12, 170.


Parcel 93W-12, 174

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, de-
scribed as follows:  BEGINNING at the Southwest corner of said Northwest
Quarter of the Northeast Quarter; thence North along the North-South
center line of Section Twelve (12) 394.02 feet; thence North 89°27'15" East
1320 feet, more or less, to a point on the East line of the Northwest
Quarter of the Northeast Quarter; thence South along said East line
394.02 feet, more or less, to the Southeast corner of said Northwest
Quarter of the Northeast Quarter; thence South 89°27'15" West along the
South line of said Northwest Quarter of the Northeast Quarter 1320 feet,
more or less, to the point of beginning.

OWNER:                  UNITED CONCRETE PIPE CORPORATION

3377

RAINBOW CREEK WATERSHED

Parcel 93W-12; and 92W-6, and 7.   175.

Parcel 1 - The Southeast Quarter of the Southeast Quarter of Section Twelve
(12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California; and the West Half
of the Northwest Quarter of Section Seven (7), Township Nine (9) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, EXCEPT that portion conveyed to Donald K Osborne and
wife described as follows:  BEGINNING at the West quarter-corner of Section
Seven (7), being the East terminus of Eighth Street as said street is shown
on Map No. 880 of Rainbow  thence North 26°01' West 66.67 feet;  thence North
17°37' East 179.12 feet;  thence North 40°37' East 137.20 feet;  thence North
11°03' West 103.97 feet;  thence North 52°49' West 208.00 feet;  thence North
09°44' West 99.78 feet;  thence South 22°29' West 329.44 feet;  thence South
50°05' West 565.48 feet to the center line of said Eighth Street;  thence along
said center line North 59°23' West 643.33 feet to the point of beginning.

Parcel 2 - The Southwest Quarter of the Southwest Quarter of Section Six (6);
Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, EXCEPTING that portion thereof
conveyed to Albert J. Huber and wife by deed recorded in Book 4092 at page 233
of Official Records of San Diego County, described as follows:  Beginning at
the Northeast Corner of the Southeast Quarter of the Southeast Quarter of Sec-
tion One (1), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian;  thence South 85°42' East 700.35 feet to the true point of
beginning;  thence South 4°18' West 193.64 feet;  thence North 80°48' East
104.98 feet;  thence South 83°09' East 260.67 feet;  thence North 71°36' East
200.19 feet;  thence North 79°46' East 283.15 feet;  thence North 1°06' West
to a point on the North line of the South Half of the Southwest Quarter of
Section Six (6);  thence Westerly along said North line to a point being
North 4°18' East from above mentioned point of beginning;  thence South 4°18'
West to the true point of beginning.

OWNER:                    DAVIS, William N.

3378

**Parcel 93W-12,   178A**

Lot 2 of Rainbow Tract in the County of San Diego, State of California.

OWNERS:                 KERCSAK, Stephan (hus)

                        KERCSAK, Maria (wf)


**Parcel 93W-12,   179**

The North 131.82 feet, measured along the East-West lines of that portion
of the East Half of the Northwest Quarter of the Northwest Quarter of
Section Twelve (12), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  BEGINNING at the Northeast corner of the
Northwest Quarter of the Northwest Quarter of said Section Twelve (12);
thence West along the North line 333.55 feet to the Northeast corner of
land conveyed to A. W. Bruce and wife by deed October 29, 1942 recorded
in Book 1417 at page 348 of Official Records of San Diego County; thence
South along the East line of Bruce's land 429 feet to the Southeast cor-
ner thereof; thence East, parallel with the North line of the Northwest
Quarter of the Northwest Quarter 333.22 feet, more or less, to the East
line of the Northwest Quarter of the Northwest Quarter; thence North along
said East line 429 feet to the point of beginning.  EXCEPTING therefrom
the well site, being the West 20 feet of the East 61.47 feet of the
South 20 feet thereof.

ALSO, that portion of the East Half of the Northwest Quarter of the
Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of San
Diego, State of California, described as follows:  BEGINNING at the
Northeast corner of the Northwest Quarter of the Northwest Quarter of
said Section Twelve (12); thence West along the North line 333.55 feet,
more or less, to the Northeast corner of land conveyed to A. W. Bruce and
wife October 29, 1942 by deed recorded in Book 1417 at page 348 of
Official Records of San Diego County; thence South along the East line of
Bruce's land 429 feet to the Southeast corner thereof; thence East parallel

3379

Parcel 93W-12,  179  (cont'd)

with the North line 333.22 feet, more or less, to the East line of said

Northwest Quarter of the Northwest Quarter; thence North along said East

line 429 feet to the point of beginning.  EXCEPTING therefrom the North

131.82 feet measured along the East and West line thereof.

OWNERS:               BALDWIN, Donald B. (hus)

                      BALDWIN, Florence L. (wf)

                      LAND TITLE INSURANCE COMPANY (TDTr)

                      BROWN, Rollin (hus)(TDBen)

                      BROWN, Dorothy S. F. (wf)(TDBen)

                      LAND TITLE INSURANCE COMPANY (TDTr)

                      PALOMAR SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 93W-12,  179A

A well site described as follows:  The West 20 feet of the East 61.47

feet of the South 20 feet of the North 131.82 feet of the East Half of

the Northwest Quarter of the Northwest Quarter of Section Twelve (12),

Township Nine (9) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California.

OWNERS:               BROWN, Rollin (hus)

                      BROWN, Dorothy S. F. (wf)


Parcel 93W-12,  180

The West 330 feet of the North 429 feet of the East Half of the Northwest

Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9)

South, Range Three (3) West, San Bernardino Base and Meridian, in the

County of San Diego, State of California.

OWNERS:               PELLANDA, Vincent P. (hus)

                      PELLANDA, Marian V. (wf)

3380

RAINBOW CREEK WATERSHED

**Parcel 93W-12,   181**

That portion of the West Half of the Northwest Quarter of the Northwest
Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California, described as follows:  BEGINNING at a point in the North
line of Section Twelve (12), distant North 89°31' East 331.77 feet
from the Northwest corner thereof; thence along the North line North
89°31' East 331.78 feet to the Northeast corner of the West Half of the
Northwest Quarter of the Northwest Quarter; thence along the East line of
the West Half of the Northwest Quarter of the Northwest Quarter South
0°19'40" East 660.00 feet; thence parallel with the North line of Section
Twelve (12) South 89°31' West 331.78 feet to a line which bears South
0°19'40" East from the point of beginning; thence North 0°19'40" West
660 feet to the point of beginning.

OWNERS:

DAMERI, James L. (s/m)

DAMERI, Robert L. (s/m)

BANK OF AMERICA (TDTr)

JOHNSON, Walfred E. (hus)(TDBen)   )  Joint tenants,
                                   )  undivided one-half int.
JOHNSON, Selma A. (wf)(TDBen)      )

JOHNSON, Vendit L. (hus)(TDBen)    )  Joint tenants
                                   )  undivided one-half int.
JOHNSON, Genevieve S. (wf)(TDBen)  )

**Parcel 93W-12,   182**

The East Half of the Northwest Quarter of the Northwest Quarter of Section
Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California,
EXCEPTING  therefrom the North 429 feet thereof and the South 500 feet
thereof.

OWNERS:

BROWN, Rollin (hus)

BROWN, Dorothy S. F. (wf)

3381

## LANDS RIPARIAN TO MAIN STEM OF RAINBOW CREEK

Parcel 1

    N½ of SW¼ & SE¼ of NW¼, Sec. 4, T9S, R2W
    SW¼ of SE¼, Sec. 10, T9S, R3W

Apparent Owner:   UNITED STATES OF AMERICA

Gross Acreage                                Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - -

Parcel 92W-3, 4 & 5 - 15

    Lots 3 & 4 (N½ of NW¼), and SW¼ of NW¼ of Sec. 4, T9S, R2W
    SE¼ of NE¼; W½ of NW¼, and S½ of Sec. 5, T9S, R2W

Apparent Owner:   CLUGGAGE, Ina L.

Gross Acreage                                Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - -

Parcel 92W-6-19

    SE¼ and W½ of SW¼ of Sec. 6, T9S, R2W, EXC Beg. at NE Cor of SE¼ of
SE¼ of Sec. 1, T9S, R3W; th S 85°42' E, 700.35'; th S 4°18' W, 193.64';
th N 80°48' E, 104.98'; th S 83°09' E, 260.67'; th N 71°36' E, 200.19';
th N 70°46' E, 283.15' to true pob; th N 50°02'40" E, 56.27'; th N 56°
20'30" E, 83.29'; th N 23°32'10" E, 230.26'; th N 1°28' E, 77.93'; th
due N 340'; th due W to W li of sd E½; th Sly alng W li to N li of S½
of sd SW¼; th Ely alng sd N li to NEly Cor of land conv to Huber by
deed recorded 4092/233 OR of San Diego County; th S 1°06' E alng E li
of sd Huber's land to true pob.  Also, that por of S½ of SW¼ of Sec 6,
T9S, R2W, daf: Beg at NE Cor of SE¼ of SE¼ of Sec. 1, T9S, R3W; th S
85°42' E, 700.35' to true pob;  th S 4°18' W, 193.64'; th N 80°48' E,
104.98'; th S 83°09' E, 260.67'; th N 71°36' E, 200.19'; th N 79°46'
E, 283.15'; th N 1°06' W to a pt in N li of S½ of SW¼ of Sec. 6; th
Wly alng N li to a pt N 4° 18' E fr above men pob; th S 4°18' W to
true pob.

                                               -1-            Interlocutory Judg No. 42
                                                       Exhibit C-1

Parcel 92W-6-19 Cont.

Apparent Owner:   GLINDSET, Arnold

Gross Acreage      243.5

Irrigable Acreage   40.0

Wells: 9S/2W-6F1 - Domestic
          6F2 -        "
          6F3 -        "

Surface Diversions:

   Reservoir formed by dam, earth filled.

------------------------------

Parcel 92W-6-20

   That por of the E½ of SW¼ of Sec. 6, T9S, R2W, daf: Beg at NE Cor of SE¼ of SE¼ of Sec. 1, T9S, R3W; th S 85° 42' E, 700.35'; th S 4°18' W, 193.64'; th N 80°48' E, 104.98'; th S 83°09' E, 260.67'; th N 71° 36' E, 200.19' th N 79°46' E, 283.15' to true pob; th N 50°02'40" E, 56.27'; th N 56°20'30" E, 83.29'; th N 23°32'10" E, 230.26'; th N 1° 28' E, 77.93'; th due N 340'; th due W to W li of sd E½; th Sly alng W li to N li of S½ of sd SW¼; th Ely alng sd N li to NEly Cor of land conv. to Huber by deed recorded 4092/233 OR of San Diego Cnty; th S 1°06' E alng E li of sd Huber's land to true pob.
   Also, that por of the S½ of SW¼ of Sec. 6, T9S, R2W, daf:  Beg at NE Cor of SE¼ of SE¼ of Sec. 1, T9S, R3W;  th S 85°42' E, 700.35' to true pob; th S 4°18' W, 193.64'; th N 80°48' E, 104.98'; th S 83°09' E, 260.67' th N 71°36' E, 200.19'; th N 79°46' E, 283.15';  th N 1° 06' W to a pt in N li of S½ of SW¼ of Sec. 6; th Wly alng N li to a pt N 4°18' E fr above men. pob; th S 4°18' W to true pob.

Apparent Owners:  HUBER, Albert J. & Eunice M.

Gross Acreage      9.4

Irrigable Acreage   3.6

Wells:  None

Surface Diversions:  None

------------------------------

Parcel 92W-6-24

   Lots 1 & 8 of Sec. 6, T9S, R2W

Apparent Owners:  JOHNSON, Henrietta May

Gross Acreage

Irrigable Acreage

Wells:

Surface Diversions:

Interlocutory Judg. No. 42
                Exhibit C-1

6383

Parcel 92W-6-25

Lots 7, 9, 10 & 11, of Sec. 6, T9S, R2W

Apparent Owners:  MORGAN, James C. & Mildred A.

Gross Acreage                                          Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-11-53

NW¼ & E½ of SW¼ of Sec. 11, T9S, R3W EXC fr sd E½ of SW¼ that por
lying SEly of Hwy, and EXC that por of SE¼ of SW¼ of Sec. 11 daf:Beg.
at SW Cor. of sd SE¼ of SW¼;  th alng W li of sd SE¼ of SW¼ N
0°23'50" E, 764.10';  th S 89°48' E, 295.66';  th p/w W li of sd
SE¼ of SW¼ S 0°23'50" W, 348.77';  th S 89°48' E, 194.82' to NWly
li of strip of land 160' in width conv to State of Calif by deed
recorded 2203/460 OR of San Diego Cnty;  th alng sd NWly li S
39°39' W, 536.0' to S li of sd SE¼ of SW¼;  th alng sd S li S
89°48' W, 151.02' to pob.

Apparent Owners:  BRUNSON, Robert M.
                  PETERSON, Herbert J.
                  YARAS, Herman

| | | Wells: | |
|---|---|---|---|
| Gross Acreage | 374.8 | 9S/3W-11D1 - Domestic | |
| | | 11D2 - | " |
| Irrigable Acreage | 156.7 | 11E1 - | " |
| | | 11C1 - | " |
| | | 11F1 - | " |

Surface Diversions:

Ground storage reservoir, app. cap. 39,600 gal.
Storage Tank 2,000 gal
Swimming pool, app. cap. 32,300 gal.

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-9-62

SE¼ of NW¼; N 330' of NE¼ of SW¼, and S 150' of N 480' of W 660'
of NE¼ of SW¼ of Sec. 9, T9S, R3W.

Apparent Owner:  HANEY, W. B.

Gross Acreage     52.3                  Wells: 9S/3W-9F1 - Domestic

Irrigable Acreage  33.4

Surface Diversions:

Reservoir, earth filled dam, app. cap 3 acre feet.

                              -3-        Interlocutory Judg. No. 42
                                              Exhibit C-1

3334

**Parcel 93W-9-63**

SW¼ of NW¼ of Sec. 9, T9S, R3W, EXC por daf:  Beg at a pt in W li of sd SW¼, 219.0' fr SW Cor thereof; th S 89°51'40" E, 426.23'; th N 53°26'15" E, 95.71'; th N 27°56'40" W, 147.82'; th N 72°38' 50" W, 313.84'; th N 20°32'40" W, 251.04'; th N 39°53'30" W, 73.69' to sd S li; th S 0°06'10" E, alng sd W li, 571.45' to pob.

Apparent Owners:  PEPPLE, Granville G. & Ethel S.

| | |
|---|---|
| Gross Acreage        40.0 | Wells: 9S/3W-9E1 - Dug |
| | Dom. & Irr. |
| Irrigable Acreage  15.5 | |

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

**Parcel 93W-8-65**

SE¼ of NE¼ of Sec. 8, T9S, R3W, EXC por daf:  Beg at SW Cor of sd SE¼ of NE¼; th N 0°45'40" W alng sd W li 1301.25' to NW Cor thereof; th alng N li N 89°05' E, 496.18'; th S 30°09' W, 531.81'; th S 30°09' E, 343.70'; th N 69°12'05" E, 951.10'; th S 39°53'30" E, 125.61' to E li of sd Sec. 8; th S 0°06'10" E alng sd E li, 571.45'; th N 89°51'40" W, 262.23'; th S 31°17'35" W, 258.23' to a pt in S li of SE¼ of NE¼ dist thereon 396.75' Wly fr SE Cor thereof; th alng sd Sly li 958.71' to pob.

Apparent Owners:  DETHLEFS, Walter E., Sr., & Mary E.

| | |
|---|---|
| Gross Acreage | Wells: |
| Irrigable Acreage | |

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

**Parcel 93W-8-66**

Por of SW¼ of NE¼ of Sec. 8, T9S, R3W, daf:  Beg at NW Cor of sd SW¼ of NE¼;  th E 20 ch; th S 20 ch; th W 6.33 ch; th N 18° E, 13 ch to a live oak tree; th N 66 3/4° W, 19.25 ch to pob.

Apparent Owners:  TRAYLOR, Wilfred L. & Laura Howell
                 HOWELL, Ida E.

| | |
|---|---|
| Gross Acreage | Wells: |
| Irrigable Acreage | |

Surface Diversions:

8385

Parcel 93W-8-67

That por of The Survey Condemnation of Fallbrook Public Utility
District in Sec. 8, T9S, R3W.

Apparent Owner:   FALLBROOK PUBLIC UTILITY DISTRICT

Gross Acreage                                          Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-9-93

NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 9, T9S, R3W

Apparent Owners:  KRAUSHAAR, Isaac N. & Beth L.

Gross Acreage                                          Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-9-94

W 660' of NE$\frac{1}{4}$ of NW$\frac{1}{4}$, EXC Nly 480'; and,
S 990' of NE$\frac{1}{4}$ of SW$\frac{1}{4}$, EXC Wly 660' of Sec. 9, T9S, R3W.

Apparent Owners:  BEATTIE, Lloyd & Alma

Gross Acreage                                          Wells:

Irrigable Acreage

Surface Diversions:

3386

Parcel 93W-9, 10 - 101

E½ of NE¼ and N½ of SE¼ of Sec. 9, T9S, R3W
W½ & NW¼ of NE¼ of Sec. 10, T9S, R3W.

Apparent Owners:  CAPRA, Frank R. & Lucille W.

Gross Acreage     671.3                    Wells:

Irrigable Acreage  37.8

Surface Diversions:

Reservoir 9S/3W-9G, earth filled dam, app. cap. 4 acre feet.

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-10-104

NW¼ of SE¼ and E½ of SE¼ of Sec. 10, T9S, R3W EXC S 30 acres
of SE¼ of SE¼ of sd Sec. 10.

Apparent Owners:  MC CRACKEN, Frank C.

Gross Acreage     90.0                     Wells: 9S/3W-10J1 - Domestic

Irrigable Acreage  11.9

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-11-110

W½ of SW¼ of Sec. 11, T9S, R3W

Apparent Owners:  RICHARDS, Edgar A., Jr., & Ruth M.

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

-6-            Interlocutory Judg. No. 42
Exhibit C-1

3387

Parcel 93W-11-121

SW¼ of NE¼ of Sec. 11, T9S, R3W

Apparent Owners:  HALDE, Carl N. & Hester M.

Gross Acreage        40.0                          Wells: 98/3W-11G1 - Domestic
                                                          11G2 -    "
Irrigable Acreage   19.8

Surface Diversions:  There are four ground storage reservoirs and two

swimming pools.

98/3W-11G -  Swimming pool, approx. cap. 34,700 gals.
             Swimming pool,   "    "   30,000 gals.
             Earth dam        "    "        2 acre feet
             Earth dam        "    "    75,000 gals
             Earth dike       "    "    Unknown
             Reinforced Concrete Dam, approx. cap.     3.2 acre feet
             Steel tank, approx. cap.  10,400 gals.
             Steel tank,     "    "     6,300 gals.

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-11-122

That por of the SE¼ of NE¼ of Sec. 11, T9S, R3W, lying Nly & NWly
of the NWly li of land conv to State of Calif for hwy X1-SD-77-G
by deed recorded 2522/110 OR San Diety Cnty.

Apparent Owners:  TUTTLE, Ray M. & Juanita

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-11-123

SE¼ of NE¼ of Sec. 11, T9S, R3W, EXC Ely 300' thereof, and EXC
that por lying Nly & NWly of NWly li of land conv to State of
Calif. for Hwy X1-SD-77-G by deed recorded 2522/110 OR of San
Diego Cnty.

Apparent Owner:  CONNELY, Theodore

Gross Acreage        4.0                           Wells:  None

Irrigable Acreage    1.0

Surface Diversions:    None

                              -7-        Interlocutory Judg. No. 42
                                              Exhibit C-1

3388

Parcel 93W-11-124

    Ely 300' of SE¼ of NE¼ of Sec. 11, T9S, R3W, EXC, Beg at NE Cor of SE¼ of NE¼ of Sec. 11; th Wly 50'; th Sly 100'; th Ely 50'; th Nly 100' to pob.

Apparent Owners:  DENNLER, Edward R. & Florence L.

Gross Acreage    8.0                  Wells:

Irrigable Acreage 8.0

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-11 & 12 - 125

    SW¼ of NW¼ of Sec. 12, T9S, R3W.
    Also that por of Sec. 11, T9S, R3W, daf:  Beg at NE Cor of SE¼ of NE¼ of sd Sec. 11; th Wly alng N li of sd SE¼ of NE¼ 50'; th Sly and p/w Ely bdy 100'; th Ely p/w N bdy li 50' to Ely bdy of SE¼ of NE¼; th Nly alng Ely li 100' to pob.

Apparent Owners:  SUDERMAN, Ed M. & Doris Lucille

Gross Acreage    17.1            Wells: 9S/3W-12E1 - Domestic

Irrigable Acreage  11.6

Surface Diversions:

    9S/3W-12E, Reservoir, app. Cap. 45,000 gals.

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-128

    W½ of NW¼ of NW¼ of Sec. 12, T9S, R3W, EXC that por daf:  Beg at a pt in the N li of sd Sec. 12, dist N 89°31' E, 331.77' fr NW Cor thereof; th alng N li N 89°31' E, 331.78' to NE Cor of W½ of NW¼ of NW¼; th alng E li of sd W½ of NW¼ of NW¼ S 0°19'40" E, 660.0'; th p/w N li of Sec. 12 S 89°31' W, 331.78' to a li which bears S 0°19'40" E fr pob; th N 0°19'40" W, 660' to pob.
    Also, all of the W½ of Lot 41 of Rainbow Tract according to Map 447 on file in Office of Cnty Sur of San Diego Cnty, and that por of the N 10' of Second St. adj. sd W½ of Lot 41 on the S as closed, EXC that por of W½ of Lot 41 lying SEly of SEly li of strip of land 160' in width conv. to State of Calif for hwy; also that por of N 10' of Second St. adj. above desc. prop.

-8-       Interlocutory Judg. No. 42
               Exhibit C-1

3389

Parcel 93W-12-128 Cont.

Apparent Owners:   JOHNSON, Walfred E. & Selma A.
                   JOHNSON, Vendit L. & Genevieve S.

Gross Acreage                                   Wells:

Irrigable Acreage

Surface Diversions:

— — — — — — — — — — — — — — — — — —

Parcel 93W-1-130

    Lot 39 of Rainbow Tract

Apparent Owner:   ROYAL, Zana A.

Gross Acreage        14.6              Wells: 9S/3W-1P1 - Domestic
                                              1N2 - Domestic
Irrigable Acreage    14.6

Surface Diversions:

— — — — — — — — — — — — — — — — — —

Parcel 93W-40-131

    Lot 38 of Rainbow Tract, EXC that por lying Nly of li daf:  Beg
at a pt on N-S cent. li of Sec. 1, T9S, R3W, dist thereon 331.13'
Nly fr S Quarter Cor of sd Sec. 1;  th S 89°28'30" W, 663.60' to
W li of Lot 38.

Apparent Owners:   BRITTINGHAM, Donald Harris
                   BRITTINGHAM, Kenneth Marion
                   BRITTINGHAM, Dora Belle

Gross Acreage                                   Wells:

Irrigable Acreage

Surface Diversions:

Interlocutory Judg. No. 42
          Exhibit C-1

3390

Parcel 93W-1-154

That por of SE¼ of SE¼ of Sec. 1, T9S, R3W, lying N of li p/w S li of Sec. 1 and dist 465.80' N at r/a fr sd S li daf: Beg at SE Cor of sd Sec. 1; th alng S li of sd Sec S 89°31' W 859.75'; th N 0°25'40" W 465.80' to N li of S 465.80' of sd Sec. 1, being true pob; th N 0°25'40" W 865.31' to N li of sd SE¼ of SE¼; th alng sd N li N 89°50' E, 234.91' to a pt dist. S 89°50' W, 611.95' fr NE Cor of sd SE¼ of SE¼; th alng a li p/w E li of sd Sec. 1 S 0°54'40" E, 864.05' to N li of S 465.8' of sd Sec. 1; th alng sd N li S 89°31' W 242.30' to true pob.

Apparent Owners:   RIGGLE, O. Lester & Maude A.

| | | |
|---|---|---|
| Gross Acreage | 12.0 | Wells: 9S/3W-1R1 - Domestic |
| | | 1R3 - |
| Irrigable Acreage | 12.0 | 1R4 |
| | | 1R5 |

Surface Diversions:   None

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-157

Por of S½ of SE¼ of Sec. 1, T9S, R3W, daf: Beg at SE Cor of Sec. 1; th alng S li thereof S 89°31' W, 859.75'; th N 0°25'40" W, 465.80' to N li of S 465.80' of sd Sec. 1; th alng sd N li S 89°31' W, 242' to true pob; th cont. alng sd N li 258'; th N 0°24'40" W, 420.9' to a pt 14' S of N li of S½ of SE¼; th N 89°20'50" E, 258'; th S 0°25'40" E, 421.66' to true pob.

Apparent Owners:   CHAPMAN, Harry A. & Sybil E.

| | | |
|---|---|---|
| Gross Acreage | 2.5 | Wells: 9S/3W-1R6 - Domestic |
| Irrigable Acreage | 2.5 | |

Surface Diversions:   None

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-157A

Por of S½ of SE¼ of Sec. 1, T9S, R3W daf:  Beg at SE Cor of Sec. 1; th alng S li S 89°31' W, 859.75'; th N 0°25'40" W, 465.80' to N li of S 465.80' of Sec. 1 and true pob; th cont alng sd N li S 89°31' W, 500'; th N 0°25'40" W, 434.90'; th N 89°20'50" E, 500' to W li of land conv. to William James and wife by deed recorded Oct. 14, 1949, 3350/449 OR San Diego Cnty; th alng sd W li S 0°25'40" E, 436.42' to true pob.  EXC Parcel 93W-1-157.

Apparent Owners:   FULLER, Alvin R. & Lillian E.

| | | |
|---|---|---|
| Gross Acreage | 2.5 | Wells:  None |
| Irrigable Acreage | 2.5 | |

Surface Diversions:   None

Parcel 93W-1-160

S 465.80' of S½ of SE¼ of Sec. 1, T9S, R3W

Apparent Owners:   LUDY, John C.
                   GRAHAM, Agnes Bell
                   WALTERS, Jessie May
                   GUDMAN, William F.
                   LUDY, Rhoda Ann
                   MEDEARIS, Mary C.
                   WILSON, Ellen Ludy

Gross Acreage        24.2                          Wells:

Irrigable Acreage    24.2

Surface Diversions:

    Storage tank, app. cap. 1,000 gal.

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-164

    Tracts 25 & 26 and N½ of Tract 24; and Blocks A & B of Rainbow
    Tract EXC E 126' of S 75' of sd Block B.

Apparent Owner:    CONNELY, Ted

Gross Acreage        32.0                          Wells:  None

Irrigable Acreage    8.0

Surface Diversions:  None

- - - - - - - - - - - - - - - - - - - -

Parcel 92W-6-175

    SW¼ of SW¼ of Sec. 6, T9S, R2W, EXC that por conv to Albert J.
    Huber and wife by deed recorded 4092/233 OR of San Diego Cnty
    and described herein as Parcel 92W-6-20

Apparent Owner:    DAVIS, William N.

Gross Acreage        34.9                          Wells: 9S/2W-6N1 - Irri.

Irrigable Acreage    33.4

Surface Diversions:

                              -11-      Interlocutory Judg. #42
                                              Exhibit C-1

                                                              3392

Parcel 93W-12-181

    Por of W½ of NW¼ of NW¼ of Sec. 12, T9S, R3W, daf:  Beg at a pt in N li of sd Sec. 12, dist. N 89°31' E, 331.77' fr NW Cor thereof; th alng N li N 89°31'E, 331.78' to NE Cor of sd W½; th alng E li of sd W½ S 0°19'40" E, 660.0'; th p/w N li of sd Sec. 12 S 89°31' W 331.78' to a li which bears S 0°19'40" E fr pob; th N 0°19'40" W 660' to pob.

Apparent Owners:  DAMERI, James L. & Robert L.

Gross Acreage                                        Wells:

Irrigable Acreage

Surface Diversions:

— — — — — — — — — — — — — — — — — — — — — —

Parcel 93W-12-182

    E½ of NW¼ of NW¼ of Sec. 12, T9S, R3W, EXC N 429' thereof and S 500' thereof.

Apparent Owners:  BROWN, Rollin & Dorothy S. F.'

Gross Acreage      6.1                            Wells: 9S/3W-12D1 - Domestic

Irrigable Acreage    4.7

Surface Diversions:

    Two concrete reservoirs combined capacity 28,000 gal.

<u>LANDS RIPARIAN TO NORTH FORK OF RAINBOW CREEK</u>

Parcel 82W-30-3

Lot 8 (SW¼ of SW¼) of Sec. 30, T8S, R2W, EXC that por in Cnty Hwy and EXC that por lying SEly of NWly li of r/w desc as Par. 85 in Judg. recorded in Book 1118 at page 165 of OR of Riverside Cnty.

Apparent Owners:  CRABTREE, Orice & Gertrude

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:


- - - - - - - - - - - - - - - - - -

Parcel 82W-30-4

That por of Lot 8 (SW¼ of SW¼) of Sec. 30, T8S, R2W lying SEly of NWly li of that certain easement 120' wide desc. as Par. 85 in Judg. recorded in Book 1118 at page 165 of OR of Riverside Cnty.

Apparent Owner:   METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:


- - - - - - - - - - - - - - - - - -

Parcel 82W-31 & 83W-36 - 7

NE¼ of SE¼ of NE¼ of Sec. 36, T8S, R3W, Also, Lot 1 (NW¼ of NW¼) and N½ of Lot 2 (SW¼ of NW¼) of Sec. 31, T8S, R2W, EXC that por daf:  Beg at inter of S li of N½ of Lot 2 and the E li of Cnty Hwy; th E 240'; th N 10°41' E, 295.39'; th N 77°10'W, 199.44'; th SWly alng E li of Cnty Hwy to pob.  Also EXC S 25' of N½ of Lot 2 W of sd Hwy.  Also EXC Cnty Hwy and 1 acre (approx) of land deeded to Kolb family for burial purposes.

Apparent Owners:  KNIGHT, W. E., T. Gale, Mildred I, M. W. & Helena
                  SPEED, Katharine
                  THOMPSON, Max D. & Mattie
                  HOSTETTER, Annie
                  BATEMAN, Emma, aka Perry
                  PERRY, Mitchell
                  CRABTREE, Orice & Gertrude

                        -1-     Interlocutory Judg. #42
                                Exhibit C-2

3394

Parcel 82W-31 & 83W-36 - 7 Cont.

Gross Acreage          93.4                    Wells:

Irrigable Acreage      37.2

Surface Diversions:

    Cylindrical Tank, approx. capacity 10,000 gal.

- - - - - - - - - - - - - - - - - - - - - -

Parcel 82W-31 & 83W-36 - 8

    S$\frac{1}{2}$ of Lot 2 (SW$\frac{1}{4}$ of NW$\frac{1}{4}$) EXC that por lying Wly of State Highway, and that por of N$\frac{1}{2}$ of Lot 2, Sec 31, T8S, R2W, daf: Beg on Sly li of N$\frac{1}{2}$ of Lot 2 at a pt 240' Ely fr the Ely li of Hwy; th N 10°41' E, 295.39'; th N 77°10' W, 199.49' to Ely li of Hwy; th Sly on Ely li of sd Hwy to Sly li of N$\frac{1}{2}$ of Lot 2; th Ely on sd Sly li 240' to pob.

    Also, strip of land 25' wide lying alng the Sly li of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ lying Ely of Ely li of land conv. to State of Calif in Sec. 36, T8S, R3W and a strip of land 25' wide lying alng Sly li of NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of NW$\frac{1}{4}$, W of Wly li of State Hwy in Sec. 31, T8S, R2W.

Apparent Owners:  TOWNSEND, James H. & Julianna M.

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36 & 82W-31 - 9

    N 10' of S$\frac{1}{2}$ of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 36, T8S, R3W, and S$\frac{1}{2}$ of Govt. Lot 2 (SW$\frac{1}{4}$ of NW$\frac{1}{4}$) lying Wly of State Hwy in Sec. 31, T8S, R2W.

Apparent Owners:  SCOTT, John C. & Virginia R.

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

-2-        Interlocutory Judg. #42
                    Exhibit C-2

3395

Parcel 82W-31-10

N½ of Lot 3 (NW¼ of SW¼) of Sec. 31, T8S, R2W, EXC that por incl.
in Hwy.

Apparent Owner:   CULLING, Louis Turley

Gross Acreage         5.0                     Wells:  None

Irrigable Acreage     5.0

Surface Diversions:  None

- - - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-31

SW¼ of SE¼ of Sec. 36, T8S, R3W, EXC Nly 352' thereof.  Also EXC
por daf:  Beg at SW Cor of sd SE¼; th N on W li of sd SE¼, 392';
th in a straight li SEly to a pt in E li of SW¼ of SE¼, 90' N of
SE Cor of SW¼ of SE¼; th S on sd E li 90'; th W on S li of sd
SE¼ to pob.  Also EXC por conv to State of Calif. daf:  Beg at
a pt in the E li of sd SW¼ of SE¼ dist thereon N 1°13'50" E,
89.85' fr SE Cor of sd SW¼, sd pt being the NE Cor of land conv
to Alfred E. Lutze; th N 76°43'30" W alng Nly li of sd land of
Lutze 45.52'; th fr a tangent bearing N 39°43'41" E alng a curve
to the left w/rad of 2950' thru a cent/ang of 1°24'40" a dist of
72.65' to a pt on Ely li of sd SW¼; th S 1°13'50" W alng E li
of sd SW¼ 66.92' to pob.

Apparent Owners:  LANTERMAN, Blaine W.
                  RUSMISELL, Merle & Madeline

Gross Acreage        23.1                Wells: 8S/3W-36Q1 - Domestic
                                                36Q2 -      "
Irrigable Acreage     9.6                       36Q3 - Not in use
                                                36Q4 - Not in use

Surface Diversions:  None

- - - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-31A

SE¼ of SE¼ of Sec. 36, T8S, R3W, EXC that por daf:  Beg at a pt
on Ely li of sd SE¼ of SE¼ 800' Sly fr NE Cor thereof; th N 70°
15' W, 1386.15' to a pt on Wly li of sd SE¼ of SE¼, 352' Sly
fr NW Cor thereof; th Nly on Wly li of sd SE¼ of SE¼, 352' to
NW Cor thereof;  th Ely on Nly li of sd SE¼ of SE¼ 1321.10' to
NE Cor thereof; th Sly on Ely li of sd SE¼ of SE¼ 800' to pob.
Also EXC NEly 330' thereof as conv to Becker.  Also EXC any por
thereof in Cnty Hwy.  Also EXC that por lying Ely of Wly li of
parcel conv to State of Calif.

                         -3-      Interlocutory Judg. #42
                                        Exhibit C-2

                                                    3396

Par 83W-36-31A Cont.

Apparent Owner:   MARSHALL, Drain M. (also spelled Drian)

Gross Acreage                          Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-33

    Sly 106' meas at r/a to Sly li of prop daf:  Beg at a pt on E li
of SE¼ of SE¼ of Sec. 36, T8S, R3W,800' S of NE Cor of sd SE¼ of
SE¼; th N 70°15' W, 1386.15' to a pt on W li of sd SE¼ of SE¼,
352' S of NW Cor of sd SE¼ of SE¼; th S on sd W li to a pt dist
at r/a 330' fr sd course, "N70°15'W, 1386.15'"; th SEly, in a
str li to a pt in E li of sd SE¼ of SE¼, dist at r/a 330' fr
sd course "N 70°15' W, 1386.15'" produced; th N on said E li
to pob.  EXC that por of sd Sly 106' which lies E of li daf:
Beg at a pt on Sly li of herein desc prop dist thereon 281.06'
SEly fr the SW Cor thereof;  th Nly, on a curve concave to the E
having a rad of 448', the radial li of which bears 14°27' Nly of
sd Sly li 107.19' to the Nly li of sd Sly 106'.  Also EXC that
por conv to State of Calif by deed recorded Apr 6, 1948, 905/197
Or, Riverside Cnty.

Apparent Owners: ADKINS, Merle C. & Juanita L.

Gross Acreage       0.6                Wells: 8S/3W 36R1 - Domestic

Irrigable Acreage   0.6

Surface Diversions:   None

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-34

    Por of SE¼ of SE¼ of Sec. 36, T8S, R3W, daf:  Beg at a pt on E
li of sd SE¼ of SE¼, dist 800' S of NE Cor thereof;  th N 70°15'
W, 1386.15' to a pt on the W li of sd SE¼ of SE¼ 352' S of NW
Cor thereof; th S on sd W li 330' meas at r/a fr last men course;
th SE to a pt on E li of SE¼ of SE¼, dist 330' fr above men
course meas. at r/a; th N on E li to pob.  EXC that por of N. 100'
thereof which lies Wly of Hwy.  Also EXC that por of S 106' thereof
which lies Wly of Hwy.  Also EXC that por incl in the Hwy and that
por conv to State of Calif.
Also, all that por of SE¼ of Sec. 36, T8S, R3W, daf: Beg on E li
of Sec. 36, dist N 0°52'23" W 566.0 fr 6x8 granite marker marking
SE Cor of sd Sec., sd pob being also the SE Cor of por conv. to
State of Calif; th alng Sly li of sd N 69°36'33" W, 755.0';
th N 33°07'00" E, 966.46'; th alng a tang curve conc NWly with a

Parcel 83W-36-34 Cont.

    rad of 2,110' thru an ang of 16°20'12" a dist of 601.62' to sd
E li of Sec. 36, dist along sd E li N 2°35'28" E, 1623.18' fr
pob; th alng sd E li S 2°35'28" W, 1623.18' to pob.

Apparent Owners:  BURCH, Ora L. & Adele

Gross Acreage                             Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-35

    Nly 100', meas at r/a to Nly li of that por of SE¼ of SE¼ of
Sec. 36, T8S, R3W, daf:  Beg at a pt on E li of SE¼ of SE¼
of sd Sec. 800' S of NE Cor thereof; th N 70°15' W, 1386.15'
to a pt on W li of sd SE¼ of SE¼, 352' S of NW Cor of sd SE¼
of SE¼; th S on W li to a pt dist at r/a 330' fr above men
course (N 70°15' W, 1386.15'); th SE in a straight li to a
pt in E li of sd SE¼ of SE¼ dist at r/a 330' fr sd course (N
70°15'W, 1386.15'); th N on sd E li to pob.  EXC that por of
Nly 100' which lies E of por daf:  Beg at a pt on Nly li of
above prop dist thereon 418.58' SEly fr NW Cor thereof; th
Sly on an angle to the right of 102°44'30", a dist of 102.52'
to Sly li of sd Nly 100' (being por lying Ely of Hwy).

Apparent Owners:  GARNER, Johnnie & Elizabeth S.

| | | | |
|---|---|---|---|
| Gross Acreage | 3.6 | Wells: 8S/3W-36R1 Domestic | |
| | | 36R2 Domestic | |
| Irrigable Acreage | 0.9 | | |
| Surface Diversions: | None | | |

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-36

    Por of SW¼ of SE¼ of Sec. 36, T8S, R3W, daf: Beg. on W li of
sd SW¼ of SE¼, dist 352' S of NW Cor thereof; th E 1320'; th
SEly to a pt on E li of SE¼ of SE¼, 800' S of NE Cor of S½
of SE¼; th N 180'; th NWly to a pt 172' S of N li of S½ of
SE¼; th W to pt on W li 172' S fr NW Cor of SW¼ of SE¼; th
S 180' to pob.  EXC that por lying Ely of Hwy.

Apparent Owners:  FOWLER, Frank W. & Ellen T.

| | | | |
|---|---|---|---|
| Gross Acreage | 7.3 | Wells: 8S/3W 36R | |
| | | 36R | |
| Irrigable Acreage | 1.3 | | |
| Surface Diversions: | None | -5- | Interlocutory Judg #42 |
| | | | Exhibit C-2 |

Parcel 83W-36-37

  N 172' of SW¼ of SE¼ of Sec. 36, T8S, R3W

Apparent Owners:  HUDSPETH, James L. & Lottie Jane

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-38

  NW¼ of SE¼ and that por of SE¼ of SE¼ of Sec. 36, T8S, R3W daf:
  Beg at NW Cor of SE¼ of SE¼; th Sly on Wly li of SE¼ of SE¼,
  172'; th SEly to a pt on Ely li of SE¼ of SE¼, 620' Sly fr NE
  Cor thereof; th Nly on Ely li of sd SE¼ of SE¼ to NE Cor thereof;
  th Wly on Nly li of said SE¼ of SE¼ to pob. EXC that por conv.
  to State of Calif on May 13, 1948 by deed recorded 912/601 OR
  of Riverside Cnty, and EXC that por lying Ely of hwy.

Apparent Owners:  BARNES, Clerk Caldwell & Betty Bell

Gross Acreage         43.7              Wells: 8S/3W/36R

Irrigable Acreage      2.4

Surface Diversions:  None

- - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-39

  Sly 350' of NE¼ of SE¼ of Sec. 36, T8S, R3W EXC por lying Ely of
  Wly li of hwy.  Also EXC Wly 240' thereof and that por daf:  Beg
  at a pt on S li of sd NE¼ of SE¼, 286' alng sd S li W fr W li of
  State Hwy 77; th N at r/a to sd S1i a dist of 24'; th W at r/a a
  dist of 37'; th SW to a pt on S li of sd NE¼ of SE¼, sd pt being
  91' W of pob; th E 91' to pob.

Apparent Owners:  HAYES, William D. & Erna G.

Gross Acreage         4.3              Wells: 8S/3W-36J5 - Domestic

Irrigable Acreage     3.1

Surface Diversions:  None

                              -6-        Interlocutory Judg #42
                                              Exhibit C-2

                                                          3399

Parcel 83W-36-39A

W 240' of S 350' of NE¼ of SE¼ and por of NE¼ of SE¼ of Sec. 36,
T8S, R3W, daf:  Beg at a pt on S li of sd NE¼ of SE¼ dist 286'
W alng sd S li fr W li of State Hwy 77; th N at r/a to sd S li
a dist of 24'; th W at r/a a dist of 37'; th SW to a pt on S li
of sd NE¼ of SE¼, sd pt being 91' W of pob; th E 91' to pob.

Apparent Owners:  WOODROW, H. C. & Lillian

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-40

N 660' of S 950' of NE¼ of SE¼ of Sec. 36, T8S, R3W, EXC that
por lying Ely of Wly li of hwy.

Apparent Owners:  MC KATHNIE, Jacob A. & Alice Louise

Gross Acreage         13.4            Wells: 8S/3W-36J2 - not in use
                                             36J3
Irrigable Acreage      6.7

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-41

N 131.98' of S 1081.98' of NE¼ of SE¼ of Sec. 36, T8S, R3W,
EXC that por lying Ely of Wly li of hwy.

Apparent Owners:  MAHER, Joseph D., Jr. (minor)
                  MAHER, Joseph D., Sr., (guardian)

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

3400

Parcel 83W-36-42

    N 131.98' of S 1213.96' of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 36, T8S, R3W, EXC that por lying Ely of Wly li of hwy, and EXC any por lying within the N$\frac{1}{2}$ of N$\frac{1}{2}$ of N$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of sd Sec. 36

Apparent Owner:   MAHER, Richard C.

Gross Acreage                                   Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-43

    Por of Sec. 36, T8S, R3W daf:  Beg at SE Cor of NE$\frac{1}{4}$ of sd Sec; th Nly alng Ely li of sd NE$\frac{1}{4}$ 50'; th Wly alng Nly li of Sly 50' of sd NE$\frac{1}{4}$, 442.96', m/l to NE Cor of parcel conv to Emery et ux March 11, 1947 by deed recorded as docu. 1318 of OR of Riverside County, the true pob; th Sly alng Ely li of sd parcel 215' m/l to Sly li of N$\frac{1}{2}$ of N$\frac{1}{2}$ of N$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of sd Sec; th Ely alng sd Sly li of sd N$\frac{1}{2}$ of N$\frac{1}{2}$ of N$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ to Wly li of State Hwy; th Nly alng sd Wly li to Nly li of Sly 50' of NE$\frac{1}{4}$ of sd Sec.; th Wly alng sd Nly li of sd Sly 50' of NE$\frac{1}{4}$ to pob.  EXC that por conv to State of Calif Aug 20, 1948 recorded as instru No. 2858 OR of Riverside Cnty

Apparent Owners:  SIMPSON, Vernon D. & Anna B.

Gross Acreage     2.2                         Wells:  8S/3W-36J1 - Domestic

Irrigable Acreage 2.2

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - - -

Parcel 83W-36-44

    Wly 898' of Sly 50' of SE$\frac{1}{4}$ of NE$\frac{1}{4}$, andWly 898' of N$\frac{1}{2}$ of N$\frac{1}{2}$ of N$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 36, T8S, R3W.

Apparent Owners:  EMERY, Harry E. & Charlotte Mary Ellen

Gross Acreage     4.2                         Wells: 8S/3W-36J4 - Domestic

Irrigable Acreage    2.0

Surface Diversions:  None

3401

Parcel 83W-36-45

S 100' of N 410' & N 200' of S 250' of S½ of SE¼ of NE¼ of Sec. 36, T8S, R3W EXC that por conv to State of Calif by deed recorded 907/391 OR, Riverside Cnty.

Also, Por of S 100' of N 310' of S½ of SE¼ of NE¼ of sd Sec. 36 daf: Beg at a pt in N li of S 350' of SE¼ of NE¼ of sd Sec, 809.18' Wly alng N li fr Wly r/w li of State Hwy; th alng sd N li N 89°34'51" W, 5.51'; th N 24°28'51" W, 50.24'; th N 52°28'51" W, 5.75'; th S 37°31'09" W, 5.00'; th N 52°28'51" W, 20.0'; th N 37°31'09" E, 20.0'; th S 52°28'51" E, 20.0'; th S 37°31'09" W, 5.0'; th S 52° 28'51" E, 8.25'; th S 24°28'51" E, 57.38' to aforesaid N li; th alng sd N li N 89°34'51" W, 5.51' to pob.

Apparent Owners:   GOSSMAN, Clifford T. & Hilda I.
                   YONUSCHOTT, Gene R.

Gross Acreage                                  Wells:

Irrigable Acreage

Surface Diversions:

--------------------------------

Parcel 83W-36-46

S 300' of N 310' of S½ of SE¼ of NE¼ of Sec. 36, T8S, R3W, EXC that por daf:  Beg at a pt on N li of S 350' of SE¼ of the NE¼ of sd Sec. 809.18' Wly alng N li fr Wly r/w; th fr sd pob alng sd N li N 89°34'51" W 5.51'; th N 24°28'51" W 50.24'; th N 52°28'51" W 5.75'; th S 37°31'09" W, 5.00'; th N 52°28'51" W, 20.0'; th N 37°31'09" E, 20.0'; th S 52°28'51" E, 20.0'; th S 37°31'09" W, 5.00'; th S 52°28'51" E, 8.25'; th S 24°28'51" E, 57.38' to aforesaid N li; th alng sd N li N 89°34'51" W, 5.51' to pob. EXC any portion in State Hwy.

Apparent Owners:  BURBANK, Albert G.

Gross Acreage

Irrigable Acreage                              Wells:

Surface Diversions:

--------------------------------

Parcel 83W-36-47

NE¼ of NE¼ & NW¼ of SE¼ of NE¼ of Sec. 36, T8S, R3W.

Apparent Owners:  BURLEY, Ernest P. & Alice M.

Gross Acreage                                  Wells:

Irrigable Acreage

Surface Diversions:

Parcel 83W-36 & 93W-1-48

Por of SW¼ of SE¼ of Sec. 36, T8S, R3W, daf:  Beg at SW Cor of
sd SE¼; th N on W li of sd SE¼, 392'; th on a straight li SEly
to a pt on E li of SW¼ of SE¼ of sd Sec. 90' N fr SE Cor of SW¼
of SE¼; th S on E li 90'; th W on S li of sd SE¼ to pob.  EXC
por daf:  Beg at SE Cor of SW¼ of SE¼ of sd Sec; th N 89°40'39"
W alng S li of sd SW¼ of SE¼, 128.96'; th fr a tang bearing
N 42°17'27" E alng a curve to the left with a rad of 2950', thru
an angle of 2°33'46", a dist of 131.95' to a pt on Nly li of
land conv to Lutze; th N 0°43'03" E alng the Nly li of sd Lutze
land 45.52' to E li of sd SW¼ of SE¼; th S 1°13'50" W alng E li
of sd SW¼ of SE¼, 89.95' to pob.
Also, SW¼ of Sec. 36, T8S, R3W.
Also, Por of Sec. 1, T9S, R3W daf:  Beg at a pt on N li of Sec.
1, dist N 89°45' E 180.70' fr the NW Cor of sd Lot 1; th S 0°
15' E 5'; th p/w N li of Sec 1, N 89°45' E, 165'; th N 0°15' W,
5' to N li of Sec. 1; th thereon S 89°45' W 165' to pob.

Apparent Owners:  MADDEN, Edward Andrew & Melba Ruth


Gross Acreage                              Wells:

Irrigable Acreage


Surface Diversions:


– – – – – – – – – – – – – – – – – – – – – – –

Parcel 93W-1 & 2-49

S½ of NW¼; NW¼ of SW¼ EXC por lying Ely of State Hwy; Por of NE¼
of SW¼ lying Wly of State Hwy; and, Lot 3 (NE¼ of NW¼) of Sec. 1,
T9S, R3W.
Also SE¼ of NE¼ and NE¼ of SE¼ of Sec. 2, T9S, R3W.

Apparent Owner:  STUBBLEFIELD, Charles E. Sr.

Gross Acreage        193.5           Wells: 9S/3W-1L1 ~~Domestic~~
                                            1M1 -     "
Irrigable Acreage     36.3                  1F1 - Dom. & Irr.
                                            1F2
Surface Diversions:                         1F3

Reservoir 9S/3W-1F.  Concrete Tank, approx. 24 feet square and
6 feet deep.  Capacity approx 26,000 gal.

3403

Parcel 93W-1-130

Lot 39 of Rainbow Tract

Apparent Owner:   ROYAL, Zana A.

Gross Acreage        14.6                      Wells: 9S/3W-1P1 - Domestic
                                                       1N2        "
Irrigable Acreage    14.6

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-40-131

Lot 38 of Rainbow Tract EXC that por lying Nly of li daf:  Beg
at a pt on N-S cent li of Sec. 1, T9S, R3W, dist thereon 331.13'
Nly fr S Quarter Cor of sd Sec 1; th S 89°28'30" W, 663.60' to
W li of Lot 38.

Apparent Owners:  BRITTINGHAM, Donald Harris, Kenneth Marion & Dora Belle

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-40-131A

That por of Lot 38 of Rainbow Tract lying Nly of a line daf:
Beg at a pt on N-S cent li of Sec. 1, T9S, R3W, dist thereon
331.13' Nly fr S Quarter Cor of sd Sec. 1; th S 89°28'30" W
663.60' to Wly li of sd Lot 38

Apparent Owners:  BRAZIL, Andrew V. & Ida M.

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

3404

Parcel 93W-40-132

    Lots 44 & 45 of Rainbow Tract

Apparent Owners:  BOREN, Jesse Sheldon & Ida

| | | |
|---|---|---|
| Gross Acreage | 20.0 | Wells: 9S/3W-1P2 - Domestic |
| Irrigable Acreage | 20.0 | 1P3 - " |

Surface Diversions:  None

— — — — — — — — — — — — — — — — — — — —

Parcel 93W-1-138

    That por of the NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 1, T9S, R3W lying Ely of State Hwy.
    Also, that por of the NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 1, T9S, R3W daf: Beg at SW Cor of sd NE$\frac{1}{4}$ of SW$\frac{1}{4}$; th N 88°59' E alng Sly li of sd NE$\frac{1}{4}$ of SW$\frac{1}{4}$, 663.75'; th N 0°27'15" W, 1314' to Nly li of sd NE$\frac{1}{4}$ of SW$\frac{1}{4}$; th S 89°48'10" W alng Nly li of sd NE$\frac{1}{4}$ of SW$\frac{1}{4}$ to Ely li of State Hwy r/w; th SWly alng sd State Hwy r/w to W li of sd NE$\frac{1}{4}$ of SW$\frac{1}{4}$; th S 0°26' E alng sd W li to pob.

Apparent Owners:  GREER, William Clark & Anita A.

Gross Acreage                Wells:

Irrigable Acreage

Surface Diversions:

— — — — — — — — — — — — — — — — — — — —

Parcel 93W-1-139A

    N$\frac{1}{2}$ of E$\frac{1}{2}$ of NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 1, T9S, R3W

Apparent Owners:  MAC DONALD, Clara E.
                    LARSEN, Isabelle Zora

| | | |
|---|---|---|
| Gross Acreage | 10.0 | Wells: 9S/3W-1L1 - Not in use |
| Irrigable Acreage | 10.0 | 1L2 - |

Surface Diversions:

    Ground Reservoir, cap 25,000 gal.

    Interlocutory Judg #42
             Exhibit C-2

3405

Parcel 93W-1-140

That por of Lot 2 (NW¼ of NE¼) of Sec. 1, T9S, R3W, daf: Beg at NW Cor of sd Lot 2; th alng N li thereof N 89°06' E, 376.50' to NWly Cor of Tract of land conv to G. Reynolds et ux by deed recorded 4525/257 OR of San Diego Cnty; th alng NWly li of sd land S 35°54'23" E, 898.92' to NWly li of strip of land conv to State of Calif by deed recorded 2522/470 OR of San Diego Cnty; th SWly alng sd NWly li to W li of sd Lot 2; th alng sd W li N 1°24' E to pob.

Also, that por of sd Lot 2 daf: Beg at NE Cor of sd Lot 2; th alng E li thereof S 3°39'30" W, 499.29' to NWly li of State Hwy conv to State of Calif by deed recorded 2522/470 OR of San Diety Cnty, sd pt being in a curve concave NWly having a rad of 2914'; the radial line through sd pt bears S 31°19' E; th SWly alng sd curve and r/w 24.10' to end of sd curve; th on a tangent to sd curve S 58°12'34" W 428.0'; th leaving sd r/w N 35°54'23" W, 898.92 to N li of sd Sec. 1; th alng sd N li 89°06' E, 380' & N 89°45' E, 563.31' to pob.

Also, that por of Lot 1 (NE¼ of NE¼) of sd Sec. 1 daf:  Beg at NW Cor of sd Lot 1; th alng W li thereof S 3°39'30" W, 566.38'; th p/w N li sd Lot 1 N 89°45' E, 296.30'; th N 8°16'30" E, 145.42'; th N 89°45' E, 53.10'; th N 21°08'30" E, 225.82'; th N 7°06' E, 167.07' to pt in S li of N 45.30' of sd Lot 1; th alng sd S li N 89°45' E, 507.33' to c/l of US Hwy 395; th Nly thereon 47.86' to N li sd Lot 1; th thereon S 89°45' W, 958.70' to pob.

Apparent Owners:  REYNOLDS, G. R. & Jean M.

Gross Acreage      27.7                    Wells: 9S-3W-1A1 - Domestic

Irrigable Acreage  4.0

Surface Diversions:

   Steel storage tank capacity 2,000 gal.

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-141

That por of the N 45.30' of Lot 1 (NE¼ of NE¼) of Sec. 1, T9S, R3W lying NWly of the NWly r/w li of U. S. Hwy 395, 60' wide.

Apparent Owners:  SOUTHERN COUNTIES GAS CO. OF CALIFORNIA

Gross Acreage                            Wells:

Irrigable Acreage

Surface Diversions:

Parcel 93W-1-142

That por of Lot 1 (NE¼ of NE¼) of Sec. 1, T9S, R3W daf:  Beg
at NW Cor of Lot 1; th S 3°39'30" W, 566.38'; th N 89°45' E,
296.3'; th N 8°16'30" E, 145.42'; th N 89°45' E, 53.10' to true
pob; th N 21°08'30" E, 225.82'; th N 7°06' E, 167.07' to a pt
in S li of N 45.30' of sd Lot 1; th N 89°45' E, 507.33' to c/l
of U. S. Hwy; th SWly 521.93'; th N 75°56'30" W, 416.76' to
true pob. EXC por conv to State of Calif by deed recorded
2534/450 OR of San Diego Cnty

Apparent Owner:   METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-143

That por of Lot 1 (NE¼ of NE¼) of Sec. 1, T9S, R3W daf: Beg
at SW Cor of Lot 1; th alng W li of sd Lot 1 N 3°39'30" E,
898.58' to a pt dist S 3°39'30" W, 566.38' fr NW Cor of sd
Lot 1; th p/w N li of sd Lot 1 N 89°45' E, 296.30' to SEly cor
of tract of land desc as Par. 1 in deed to Elizabeth Steward
Williams, dated April 24, 1942 and recorded 1360/55 OR of
San Diego County; th alng bdy li sd Williams land N 8°16'30"
E, 7.84' to true pob; th cont. N 8°16'30" E, 137.58' & N 89°
45' E, 53.10'; th leaving sd Williams land and alng Nly li
of tract of land conv to John A. Hampton and wife by deed
recorded 2225/223 OR of San Diego County, S 75°56'30" E,
416.76' to c/l of sd U. S. Hwy 395, as same existed on June
2, 1942; th Sly alng c/l of sd hwy 157.07' to inter with a
li bearing S 75°56'30" E fr true pob; th N 75°56'30" W, 429.32'
to true pob. EXC por conv to State of Calif. by deed dated
Oct. 23, 1947 & recorded 2533/324 OR of San Diego County

Apparent Owners:  HAMPTON, John A. & Bessie P.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

-14-        Interlocutory Judg #42
            Exhibit C-2

3407

## LANDS OVERLYING YOUNGER ALLUVIUM

### IN RAINBOW CREEK WATERSHED

Parcel 93W-11-52

$NW\frac{1}{4}$ of $NE\frac{1}{4}$; N 20 rods of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$; and, $NW\frac{1}{4}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 11, T9S, R3W.

Apparent Owners:  MINTON, Reuel B. & Halcyon A.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

— — — — — — — — — — — — — — — — — — — — —

Parcel 93W-11-126

$NE\frac{1}{4}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 11, T9S, R3W, EXC N 20 rods thereof. Also, $S\frac{1}{2}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of sd Sec. 11, EXC that por conv to State of Calif. for freeway by deed recorded 2535/114 OR San Diego Cnty.  Also EXC that por lying NWly of NWly li of land so deeded for freeway.

Apparent Owners:  COSTELLO, Roy H. & Flora H.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

— — — — — — — — — — — — — — — — — — — — —

Parcel 93W-11-127

That por of fol desc prop lying NWly of NWly li of land deeded to State of Calif. for freeway by deed recorded 2535/114 OR of San Diego Cnty:  $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 11, T9S, R3W, EXC N 20 rods thereof;  Also, $S\frac{1}{2}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of sd Sec. 11

Apparent Owner:  BEYER, A. C.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

Parcel 93W-12-128A

That por of W½ of Lot 41 of Rainbow Tract, lying SEly of SEly li of a strip of land 160' in width conv to State of Calif for hwy purposes. Also that por of the N 10' of Second St., adj above desc prop, as closed.

Apparent Owners: MC CLINTOCK, Arch H. & Elizabeth A.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-129

Lot 40 and the E½ of Lot 41 of Rainbow Tract EXC that por of sd Lot 41 deeded to State of Calif for hwy.

Apparent Owner:  MOFFAT, Dorothy

Gross Acreage        56.0              Wells: 9S/3W-1N1 - Domestic
                                              1N2 - Domestic
Irrigable Acreage    56.0                     1N3 - Domestic

Surface Diversions:

Reservoir 9S/3W/1N - Capacity 5,000 gal.

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-133

That por of Lots 42 & 43 in Rainbow Tract, together with that por of the Wly 10.0' of Huffstatler St lying Ely of & adj to Lot 43 daf: Beg at the pt of inter of Ely li of the W 10.0' of Huffstatler St with Ely prol of Sly li of Lot 43; th N 0°23'35" E alng Ely li of the W 10.0', dist 150.0'; th S 89°33'42" W to SEly li of State Hwy XI-SD-77-G; th S 31°25' W alng sd SEly li 177.86' to Sly li of Lot 42; th N 89°33'42" E alng Sly li and alng Sly li of Lot 43 & alng Ely prol of Sly li to pob.

Apparent Owner:  BREMSETH, Richard A.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

-2-        Interlocutory Judg #42
                    Exhibit D

3409

Parcel 93W-1-134

That por of Lots 42 & 43 of Rainbow Tract lying Ely of the SEly r/w of that certain 160' strip of land described in deed to State of Calif. for hwy purposes in 2535/228 OR of San Diego Cnty EXC that por of Lots 42 & 43 together with a por of the Wly 10.0' of Huffstatler St lying Ely of and Adj Lot 43 as said por was vacated & closed, daf: Beg at the pt of intersection of Ely li of W 10.0' of Huffstatler St with Ely prol of Sly li of Lot 43; th N 0°23'35" E alng Ely li of W 10.0' a dist of 150'; th S 89°33'42" W to SEly li of State Hwy; th S 31°25' W alng sd SEly li 177.86' to Sly li of Lot 42; th N 89°33'42" E alng Sly li and alng Sly li of Lot 43 and alng Ely prol of Sly li to pob. Also EXC that por of N 110' of Lot 43 of Rainbow Tract lying Ely of SEly r/w li of that certain 160' strip of land desc in deed to State of Calif for hwy dated Nov. 5, 1947 and recorded 2535/228 OR of San Diego Cnty.

Apparent Owner:   ROYAL, Zana A

Gross Acreage        58.4                          Wells:  None

Irrigable Acreage    14.6

Surface Diversions:    None

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-135

That por of the N 110' of Lot 43 of Rainbow Tract lying Ely of SEly r/w line of that certain 160' strip of land desc in deed to State of Calif for hwy purposes dated Nov. 5, 1947 and recorded 2535/228 OR of San Diego Cnty.

Apparent Owners:  ROYAL, Verne & Nancy

Gross Acreage                                     Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-136

That por of Lots 42 & 43 of Rainbow Tract & that por of S 10' of First Street lying Wly of NWly r/w li of that certain 160' strip of land desc in deed to State of Calif for hwy purposes recorded 2535/228 OR of San Diego Cnty

3410

Parcel 93W-1-136 Cont

Apparent Owners:  RODECK, Fred C. & Ruby F.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-139B

    S$\frac{1}{2}$ of E$\frac{1}{2}$ of NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 1, T9S, R3W

Apparent Owners:  FRICK, Tempe C
                  LARSEN, Isabelle Zora

Gross Acreage          10.0                  Wells:  None

Irrigable Acreage      10.0

Surface Diversions:    None

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-148

    N 15 acres of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 1, T9S, R3W EXC that por of
the Nly 365' measured at r/a to Nly li of sd SE$\frac{1}{4}$ of NE$\frac{1}{4}$ lying
Ely of c/l of Mission Road 1-C and Wly of the location and Nly
prol of a li which is p/w and 35' W at a r/a fr the Wly li of
that por of the 80' r/w of San Jacinto - San Vicente Aqueduct,
as sd r/w is desc in Par. No. 260 in Final Judg & Decree of
Condemnation, Case No. 687, in the U S Dist Court for Southern
Div. of Calif., Southern Div, recorded Nov. 15, 1949 as Document
No. 105295, 3386/288 OR of San Diego Cnty

Apparent Owners:  SHEARS, Jessie L., Robert V. & Ruth S.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions

                         -4-          Interlocutory Judg #42
                                    Exhibit D

Parcel 93W-1-149

SE¼ of NE¼ of Sec. 1, T9S, R3W EXC N 15 acres and EXC por daf:
Beg at SW Cor of sd SE¼ of NE¼; th alng W li N 0°40'40" W, 156'
to true pob; th cont alng sd W li N 0°40'40" W, 699.70' to S
li of N 15 acres of SE¼ of NE¼ as conv to Frank Boren by deed
recorded 854/63 of Deeds of San Diego Cnty; th alng S li of
sd Boren land N 89°25' E, 474.88' to c/l of Mission Road 1-C;
th alng sd c/l S 18°54' W, 89.53' to beg of curve concave Ely,
having a rad of 1000'; th Sly alng sd curve 180.35' to end
thereof; th on a tangent to sd curve S 8°34' W, 425.55' to beg
of curve concave Wly having a rad of 700'; th Sly alng sd curve
23.21' to a li which bears from true pob p/w S li of sd SE¼ of
NE¼ N 89°48'10" E; th alng sd p/li S 89°48'10" W, 327.60' to
true pob.  Also EXC therefrom that por of SE¼ of NE¼ of sd Sec
1 daf; Beg at SW Cor of sd NE¼ of NE¼, th alng W li of NE¼
of NE¼ N 0°40'40" W, 156'; th p/w S li of sd SE¼ of NE¼ N 89°
48'10" E, 327.60' to c/l of Mission Road 1-C, sd pt being in
a curve concave Wly having a rad of 700'; the radial li through
which pt bears S 79°22'28" E; th Sly alng sd curve 163.98' to
S li of sd SE¼ of NE¼; th alng sd S li S 89°48'10" W, 277.00'
to the pt of beg.


Apparent Owner:   BRADY, Forest J.


Gross Acreage                              Wells:

Irrigable Acreage


Surface Diversions:


- - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-150

Por of SE¼ of NE¼ of Sec. 1, T9S, R3W daf:  Beg at SW Cor of SE¼
of NE¼, th alng Wly li thereof N 0°40'40" W, 156' to true pob; th
cont alng sd W li N 0°40'40" W, 699.70' to S li of N 15 acres of
sd SE¼ of NE¼ as conv to Frank Boren by deed recorded 854/63 of
Deeds of San Diego Cnty; th alng S li of land of Boren N 89°25' E,
474.88' to c/l of Mission Road 1-C; th alng sd c/l S 18°54' W,
89.53' to beg of curve concave Ely having a rad of 1000'; th Sly
alng sd curve 180.35' to end thereof; th on a tangent to sd curve
S 8°34' W, 425.55' to the beg of a curve concave Wly having a rad
of 700'; th Sly alng sd 23.21' to a li which bears from true
pob p/w S li of SE¼ of NE¼ N 89°48'10" E; th alng sd p/li S 89°
48'10" W, 327.60' to true pob.
Also, that por of SE¼ of NE¼ of sd Sec. 1 daf:  Beg at SW Cor
of the SE¼ of NE¼ of sd Sec, th alng W li thereof N 0°40'40" W,
156'; th p/w S li thereof N 89°48'10" E, 327.60' to c/l of Mission
Road 1-C, sd pt being in a curve concave Wly and having a rad of
700'; the radial line through sd pt bears S 79°22'28" E, thence
Sly alng sd curve 163.98' to S li of SE¼ of NE¼; th alng sd S li
S 89°48'10" W, 277.0 to true pob.


                    -5-         Interlocutory Judg #42
                                     Exhibit D

                                              3412

Parcel 93W-1-150 Cont

Apparent Owners:  BARKOW, Harold W. & Marcella C. R.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-152

NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 1, T9S, R3W, EXC that por conv to State of Calif by deed recorded 769/368 of Deeds of San Diego Cnty

Apparent Owners:  CLEMONS, James F. & Dorothy B.

Gross Acreage          37.6                      Wells:  None

Irrigable Acreage      23.9

Surface Diversions:  None.

- - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-153

NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 1, T9S, R3W

Apparent Owners:  KRIEGEL, Thomas A. & Edna C.

Gross Acreage                                    Wells:

Irrigable Acreage

Surface Diversions:

Parcel 93W-1-155

 Por of SE¼ of SE¼ of Sec. 1, T9S, R3W lying N of a li drawn p/w S li of sd Sec. 1 and dist 465.80' N at r/a fr sd S li.

Apparent Owners: GUSTIN, John M. & Dorothy B.
      FRYE, Nettie E.

Gross Acreage   4.7       Wells: 9S/3W-1R2

Irrigable Acreage  4.7

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-156

 Por of S½ of SE¼ of Sec. 1, T9S, R3W daf: Beg at SE Cor of Sec. 1; th alng S li of sd Sec. S 89°31' W, 859.75'; th N 0°25'40" W, 902.22' to NW Cor of tract of land conv to Harry A Chapman & wife by deed recorded 3917/474 OR of San Diego Cnty and true pob; th cont N 0°25'40" W, 428.89' to N li of sd S½ of SE¼; th alng sd N li S 89°50' W, 500'; th S 0°25'40" E, 433.13' to the NW Cor of land of Chapman; th N 89°20'50" E, 500' to true pob.

Apparent Owners: CULLING, Herbert H.

Gross Acreage   20.0      Wells: None

Irrigable Acreage  5.0

Surface Diversions: None

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1-158

 That por of SW¼ of SE¼ of Sec. 1, T9S, R3W daf: Beg at NW Cor of SW¼ of SE¼ of sd Sec, th E alng N li of sd SW¼ of SE¼, 411.7', m/l, to a pt on NW'ly li of Cnty Road, Mission Road 1-C; th SW'ly alng NW'ly li of sd rd to its intersection with W li of SW¼ of SE¼; th N alng sd W li 329.25', m/l, to pob.

Apparent Owners: RAIL, Floyd W. & Isabella

Gross Acreage           Wells:

Irrigable Acreage

Surface Diversions:

3414

Parcel 93W-1-159

    SW¼ of SE¼ of Sec. 1, T9S, R3W, EXC therefrom the S 465.80' thereof, the E 16.04' thereof and that portion lying NWly of NWly li of Cnty Road, Mission Road 1-C.

Apparent Owners:  STEINBERG, Robert & Alyne

| | | |
|---|---|---|
| Gross Acreage | 23.5 | Wells:9S/3W-1Q1 - Domestic |
| | | 1Q2 - " |
| Irrigable Acreage | 23.5 | |

Surface Diversions:  None

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-1 & 12-160

    N½ of NE¼ of Sec. 12, T9S, R3W, EXC S 26.96 acres in NW¼ of NE¼ of sd Sec.

Apparent Owners:  LUDY, John C.
                    GRAHAM, Agnes Bell
                    WALTERS, Jessie May
                    GUDMAN, William F.
                    LUDY, Rhoda Ann
                    MEDEARIS, Mary C.
                    WILSON, Ellen Ludy

| | | |
|---|---|---|
| Gross Acreage | 53.1 | Wells: 9S/3W-12B1 |
| | | 12B2 |
| Irrigable Acreage | 53.1 | |

Surface Diversions:

    Storage tank, approximate capacity 1,000 gal.

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-163

    Lot 7 of Block B of Rainbow Tract

Apparent Owners:  SWANSON, Martin H. & Margaret B.

Gross Acreage                            Wells:

Irrigable Acreage

Surface Diversions:

3415

Parcel 93W-12-165A & 165B

A - 8½ of Tract 24 of Rainbow Tract
B - Por of Lot C of Rainbow Tract lying Wly of li daf: Beg at
a pt on S li of NE¼ of NW¼ of Sec. 12, T9S, R3W, dist 396.42'
Wly fr SE Cor thereof; th N 0°09'25" W to N li of Lot C.  Also,
por of Lot D of Rainbow Tract daf:  Beg at N Quarter Cor of Sec.
12, T9S, R3W; th alng N-S c/l of sd Sec. 12, S 0°09'25" E 1164.16'
to true pob; th S 89°27'15" W 264.42'; th N 0°09'25" W, 164.81'
to N li of Lot D; th alng sd N li N 89°27'15" E, 264.42' to sd
c/l of Sec. 12; th S 0°09'25" E to pob.


Apparent Owners:  DENNLER, Everett S & Darlene M.


Gross Acreage        32.0              Wells:  None

Irrigable Acreage     8.0


Surface Diversions:    None


– – – – – – – – – – – – – – – – – –

Parcel 93W-12-165C

Por of Block D of Rainbow Tract daf: Beg at N Quarter Cor of
Sec. 12, T9S, R3W; th alng N & S c/l of sd Sec. 12 S 0°09'25"
E, 1164.16' to true pob; th alng sd N-S c/l S 0°09'25" E, 164.74'
to c/l of 5th St; th alng sd c/l S 89°27'15" W, 264.42'; th N
0°09'25" W, 164.74' to a li which bears S 89°27'15" W fr true
pob; th N 89°27'15" E, 264.42' to true pob.

Apparent Owners:  VAUGHAN, Patrick A. & Margaret P.


Gross Acreage    32.0              Wells:  None

Irrigable Acreage 8.0


Surface Diversions:


– – – – – – – – – – – – – – – – – –

Parcel 93W-12-165D

Por of Lots C & D of Rainbow Tract daf: Beg at a pt on S li of
NE¼ of NW¼ of Sec. 12, T9S, R3W, dist thereon 264.42' Wly fr
SE Cor thereof; th cont Wly alng sd S li, 132'; th N 0°09'25" W
to N li of sd Lot C; th Ely alng sd N li of Lot C and N li of
Lot D, 132'; th S 0°09'25" E, 329.55' to pob.

Apparent Owners:  BARNES, Robert D. & Patricia A.


-9-        Interlocutory Judg #42
           Exhibit D

3416

Parcel 93W-12-165D Cont

Gross Acreage        4.0                          Wells: None

Irrigable Acreage    1.0

Surface Diversions:    None

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-167

    E$\frac{1}{2}$ of Lot 1 of Rainbow Tract

Apparent Owners:  MOORE, Roberta P. Jr.,
                  POXON, Leo J., John P., Vincent R., & Roberta P.

Gross Acreage                                     Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-168

    N$\frac{1}{2}$ of W$\frac{1}{2}$ of Lot 1 of Rainbow Tract

Apparent Owners:  BROWN, Kenneth O. & Helen

Gross Acreage                                     Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-169

    S 500' of E$\frac{1}{2}$ of NW$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 12, T9S, R3W

Apparent Owners:  WARE, W. Roy and Hazel I.

Gross Acreage        7.0                          Wells: 9S/3W-12D2 - Not in use

Irrigable Acreage    6.4

Surface Diversions:  None

-10-      Interlocutory Judg #42
                    Exhibit D

3417

Parcel 93W-12-170, 172 & 173

Por of Sec. 12, T9S, R3W daf: Beg at SW Cor of NW¼ of NE¼ of sd Sec. 12; th N alng c/l thereof 899'; th S 89°34' E, 1320' to pt in E li of sd NW¼ of NE¼; th S alng E li, 882' to SE Cor of sd NW¼ of NE¼; th S 89°42' W alng S li of sd NW¼ of NE¼ 1320' to pob, EXC that por of NW¼ of NE¼ of sd Sec. 12, daf: Beg at a pt in W li of sd NW¼ of NE¼, dist N 0°09'25" W, 503.02' fr SW Cor of sd NW¼ of NE¼; th cont. alng sd W li N 0°09'25" W, 115'; th p/w S li of sd NW¼ of NE¼ N 89°27'15" E, 357.29' to W li of land conv to Dean Ramsey and wife by deed recorded 4210/84 OR of San Diego Cnty; th alng sd W li S 0°05'40" E, 115' to a li N 89°27'15" E p/w S li of sd NW¼ on NE¼ fr pob; th S 89°27'15" W, 357.15' to pob.  Also EXC por of NE ¼ of NW¼ of sd Sec. 12 daf: Beg at the SW Cor of sd NE¼ of NW¼; th Nly alng c/l of sd Sec 12 N 0°09'25" W, 394.02' to NW Cor of land conv to United Concrete Pipe Corp by deed recorded 2267/149 OR of San Diego Cnty, the true pob; th cont alng sd c/l N 0°09'25" W, 109'; th N 89°27'15" E, 357.15'; th S 0°05'40" E, 109'; th S 89°27'15" W, 357.03' to true pob.  Also EXC the S 394.02' thereof.

Apparent Owners:  RAMSEY, George H. & Nellie L.

Gross Acreage                                  Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-170A

Por of NW¼ of NE¼ of Sec. 12, T9S, R3W daf:  Beg at SW Cor of NW¼ of NE¼ of sd Sec. 12; th Nly alng N-S c/l of sd Sec. 12 N 0°09'25" W, 394.02' to NW li of land conv to United Concrete Pipe Corporation by deed recorded 2267/149 OR of San Diego Cnty, the true pob; th cont alng sd c/l N 0°09'25" W, 109'; th N 89° 27'15" E, 357.15'; th S 0°05'40" E, 109'; th S 89°27'15" W, 357.03' to true pob.

Apparent Owners:  BREMSETH, Loren S., Lois J. & Richard A.

Gross Acreage                                  Wells:

Irrigable Acreage

Surface Diversions:

3418

Parcel 93W-12-171

Por of NW¼ of NE¼ of Sec. 12, T9S, R3W, daf:  Beg at a pt in W li of sd NW¼ of NE¼ dist N 0°09'25" W, 503.02' fr SW Cor of sd NW¼ of NE¼; th cont alng sd W li N 0°19'25" W, 115'; th p/w S li of sd NW¼ of NE¼ N 89°27'15" E, 357.29' to W li of tract of land conv to Dean Ramsey & wife by deed recorded 4210/84 OR of San Diego Cnty; th alng sd W li S 0°05'40" E, 115' p/w S li of sd NW¼ of NE¼ fr pob; th S 89°27'15" W, 357.15' to pob.

Apparent Owners:  BREMSETH, Loren S. & Lois J.

Gross Acreage                                        Wells:

Irrigable Acreage

Surface Diversions:


- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-174

Por of NW¼ of NE¼ of Sec. 12, T9S, R3W, daf: Beg at SW Cor of sd NW¼ of NE¼, th N alng N-S c/l of sd Sec. 12, 394.02'; th N 89°27'15" E, 1320', m/l, to pt on E li of NW¼ of NE¼; th S alng sd E li 394.02', m/l, to SE Quarter Cor of sd NW¼ of NE¼; th S 89°27'15" W alng S li of sd NW¼ of NE¼, 1320', m/l to pob.

Apparent Owner:   UNITED CONCRETE PIPE CORPORATION

Gross Acreage                                        Wells:

Irrigable Acreage

Surface Diversions:


- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12, 92W-7-175

SE¼ of NE¼, Sec. 12, T9S, R3W
Also, W½ of NW¼ of Sec. 7, T9S, R2W EXC that por daf: Beg at W Quarter Cor of sd Sec. 7; th N 26°01' W, 66.67'; th N 26°01' W, 66.67'; th N 17°37' E, 179.12'; th N 40°37' E, 137.20'; th N 11°03'W, 103.97'; th N 52°49' W, 208.0'; th N 09°44' W, 99.78'; th S 22°29' W, 329.44'; th S 50°05' W, 565.48' to c/l of 8th St; th alng sd c/l N 89°23'30" E, 648.33' to pob.

Apparent Owner:  DAVIS, William N.

-12-        Interlocutory Judg #42
               Exhibit D

3419

Parcel 93W-12, 93W-7-175 Cont

Gross Acreage       110.7                          Wells:

Irrigable Acreage    71.6

Surface Diversions:      None

– – – – – – – – – – – – – – – – – – – –

Parcel 93W-12-178A

    Lot 2 of Rainbow Tract

Apparent Owners:  KERCSAK, Stephan & Maria

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:

– – – – – – – – – – – – – – – – – – – –

Parcel 93W-12-179

    That por of the $E\frac{1}{2}$ of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 12, T9S, R3W daf:
Beg at NE Cor of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of sd Sec. 12; th W alng N li
333.55' to NE Cor of land conv to A. W. Bruce & wife by deed
of Oct. 29, 1942 recorded 1417/348 OR of San Diego Cnty; th
S alng E li of Bruce land 429' to SE Cor thereof; th E p/w
N li of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ 333.22', m/l to E li of $NW\frac{1}{4}$ of $NW\frac{1}{4}$; th N
alng sd E li 429' to pob, EXC therefrom a well site (hereinafter
desc as Parcel 93W-12-179A)

Apparent Owners:  BALDWIN, Donald B. & Florence L.

Gross Acreage    12.4                              Wells:

Irrigable Acreage  3.1

Surface Diversions:      None

3420

Parcel 93W-12-179A

    A well site daf: W 20' of E 61.47' of S 20' of N 131.82' of $E\frac{1}{2}$ of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 12, T9S, R3W.

Apparent Owners:  BROWN, Rollin & Dorothy S. F.

Gross Acreage        .01               Wells: 9S/3W-12D3

Irrigable Acreage    .01

Surface Diversions:

- - - - - - - - - - - - - - - - - - - -

Parcel 93W-12-180

    W 330' of N 429' of $E\frac{1}{2}$ of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 12, T9S, R3W

Apparent Owners:  PELLANDA, Vincent P. & Marian V.

Gross Acreage        3.3               Wells: 9S/3W/12D

Irrigable Acreage  3.0

Surface Diversions:  None