FILED
OCT 24 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

vs

FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants

No. 1247-SD-C

AFFIDAVIT

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN DIEGO )

Donald W. Redd, having first been duly sworn, upon his oath deposes and swears:

1. That he has been advised by employees of the California Electric Power Company, whose main office is located at 2885 Foothill Blvd., San Bernardino, California, that this company has in its possession records of pump tests and water analysis conducted on wells within the Murrieta-Temecula-Wildomar areas of Riverside County, California by employees of the California Electric Power Company.

2. That the information contained in these records is of vital importance in the preparation of findings of fact, conclusions of law and judgment in the above entitled action.

3. That the deponent has been advised by employees of the California Electric Power Company that these records can be released or made available for esamination only upon a court order or express permission of the individual land owners.

4. The large number of land owners involved, plus the number of recent transfers of title to property within the Murrieta-Temecula-Wildomar Area makes it impractical and virtually impossible to obtain the express consent of the individual owners.

Donald W. Redd
Donald W. Redd

Subscribed and sworn to before me this 24th day of October, 1962

Notary Public in and for said County and State

(SEAL)

My commission expires:

Subscribed and sworn to before me this date of 10/24/62
John A. Childress, Clerk, U. S. District Court, Southern District of California

By [signature] Deputy



6853