FILED

OCT 24 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| vs | )) | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants | ) | |

Good cause having been shown,

IT IS HEREBY ORDERED that the California Electric Power Company and

its employees make available to duly authorized representatives of the

United States of America in the above entitled action, for examination and

copying, all records pertaining to pump tests and water analysis of wells

located in the Murrieta-Temecula-Wildomar areas of Riverside County, California.

Dated: Oct 24, 1962

_____
James M. Carter
United States District Judge

6851