CARTER
11-7-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD-C Civil |
| v. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | Dated: Nov. 7, 1962 |
| | At San Diego, California |

PRESENT: Hon. JAMES M. CARTER District Jud

Deputy Clerk WILLIAM W. LUDDY   Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRED GIRARD, FRANZ SACHSE, GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL

COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
   Attorney Girard moves to have all evidence and exhibits introduced before Special Master admitted in this court, and IT IS ORDERED said motion is granted.
   IT IS ORDERED cause is continued to Nov. 8, 1962, at 3:30 P.M. for further court trial

JOHN A. CHILDRESS, Clerk
by _____
           Deputy