CARTER
11-8-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                          ) No. 1247-SD-C  Civil
                                )
vs.                             ) MINUTES OF THE COURT
                                )
FALLBROOK, etc., et al          ) Dated: Nov. 8, 1962
                                )
                                ) At San Diego, California
                                )

   PRESENT: Hon.   JAMES M CARTER              District Jud

      Deputy Clerk WILLIAM W. LUDDY  Reporter  JOHN SWADER

      Counsel for Plaintiff:  WILLIAM VEEDER AND DONALD REDD


      Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD.

      PROCEEDINGS:   FURTHER COURT TRIAL

   Exs. No. 292 is marked for identification, and received.
   Witness Bowen testifies further.
   IT IS ORDERED that all Masters Findings be filed Nunc Pro Tunc 8-21-61.
   Court and counsel discuss various findings.
   IT IS ORDERED cause is continued to Dec. 11, 1962, at 10 A.M. for further court trial.

                                    JOHN A. CHILDRESS, Clerk
                                    by _____
                                                    Deputy

6854