1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

FILED

NOV ° - 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

LODGED

NOV - 1 1962

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ENTERED

NOV  - 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

                    Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS
OF LAW AND INTERLOCUTORY JUDG-
MENT NO. 41 CONCERNING THE
RIGHTS TO THE USE OF WATERS OF
SANTA MARGARITA RIVER STREAM
SYSTEM HELD IN TRUST BY THE
U.S.A. IN CONNECTION WITH THE
RAMONA, CAHUILLA AND PECHANGA
INDIAN RESERVATIONS.

FINDINGS OF FACT

RAMONA INDIAN RESERVATION

1.

        The Ramona Indian Reservation was established by

Executive Order dated December 29, 1891, and is situated in

Riverside County, State of California and comprised of lands

described as follows:

        North Half of the Southwest Quarter (N½ of SW¼), South-
        east Quarter of the Southwest Quarter (SE¼ of SW¼), and
        the South Half of the Southeast Quarter (S½ of SE¼) of
        Section Thirty-two (32); the Southwest Quarter of the
        Southwest Quarter (SW¼ of SW¼) of Section Thirty-three
        (33) all in Township Six (6) South, Range Three (3)
        East, San Bernardino Base & Meridian.

3249

7

1      Northwest Quarter of the Northwest Quarter (NW¼ of NW¼)
of Section Four (4); Northeast Quarter of the Northeast
2      Quarter (NE¼ of NE¼) of Section Five (5); all in
Township Seven (7) South, Range Three (3) East,
3      San Bernardino Base & Meridian.

4                       2.

5         The Ramona Indian Reservation is located in the most

6  northeasterly portion of the Santa Margarita River watershed

7  and in fact the Santa Margarita River watershed line traverses

8  the Ramona Indian Reservation roughly on a line extending

9  diagonally from the southwest to the northeast across the

10  North Half (N½) of the Southwest Quarter (SW¼) of Section 32,

11  Township 6 South, Range 3 East, S.B.B.M.

12                     3.

13         The lands of the Ramona Indian Reservation within

14  the Santa Margarita River watershed are as follows:  Those lands

15  within the North Half (N½) of the Southwest Quarter (SW¼) of

16  Section Thirty-two (32) lying south and west of the watershed

17  line as above described; the Southeast Quarter of the Southwest

18  Quarter (SE¼ of SW¼) of Section Thirty-two (32); Southwest

19  Quarter of the Southwest Quarter (SW¼ of SW¼) of Section Thirty-

20  three (33), all in Township 6 South, Range 3 East, S.B.B.M.;

21  Northwest Quarter of the Northwest Quarter (NW¼ of NW¼),

22  Section 4; Northeast Quarter of Northeast Quarter (NE¼ of NE¼)

23  of Section 5, all in Township 7 South, Range 3 East, S.B.B.M.

24                     4.

25         The Ramona Indian Reservation consists of approxi-

26  mately 560 acres of which approximately 321 acres lie within

27  the Santa Margarita River watershed.

28                     5.

29         Within the Santa Margarita River watershed there are

30  approximately 104 acres of irrigable land within the Ramona

31  Indian Reservation.

-2-

3250

6.

At the present time no Indians reside on the Ramona Indian Reservation, but Indians of the Cahuilla Indian Reservation are using said lands for stock raising purposes.

7.

All the lands of the Ramona Indian Reservation within the watershed of the Santa Margarita River with the exception of the area of basement complex in the Southwest Quarter of Section 33, Township 6 South, Range 3 East, overlie the shallow aquifer of the Anza Ground Water Basin as discussed more fully in Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 33. All ground waters contained in the older alluvial deposits on the Ramona Indian Reservation within the Santa Margarita River watershed are a part of the shallow aquifer of the Anza Ground Water Basin, and do in fact add to, contribute to and support the Santa Margarita River stream system.

8.

All ground waters contained within the deposits of basement complex in the Southwest Quarter (SW¼) of Section 33 Township 6 South, Range 3 East and within the Ramona Reservation are vagrant, local, percolating waters, not a part of the Santa Margarita River stream system, and said ground waters do not add to, contribute to nor support the Santa Margarita River or any tributary thereto.

9.

There is a spring situated in the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of Section 4, Township 7 South, Range 3 East.

10.

Climate in the Ramona Indian Reservation is semi-arid, with warm to hot, dry summers and generally moist winters.

-3-

3251

9

1    Rainfall usually occurs duing the period from November 1 to
2    April 1.  Freezing temperatures or below freezing temperatures
3    may be expected during that period.

4                                    11.

5           The amount of surface waters which flow over and
6    upon the Ramona Indian Reservation within the Santa Margarita
7    River watershed is extremely limited in that such surface
8    waters only exist during or immediately after periods of
9    substantial rainfall.

10                                   12.

11          The United States of America when it established
12   said Ramona Indian Reservation on December 29, 1891, intended
13   to reserve rights to the use of the waters of the Santa Mar-
14   garita River stream system which under natural conditions
15   would be physically available on the Ramona Reservation, in-
16   cluding rights to the use of ground waters, sufficient for
17   the present or future needs of the Indians residing thereon.
18          There is no issue presently presented which requires
19   this Court to make findings of fact, conclusions of law or
20   interlocutory judgment provisions concerned with the amount
21   of water required for the Indians' use, the rights of any
22   future assignees or successors in interest to said lands, and
23   other related factors.  As this Court will keep continuing
24   jurisdiction of this cause, this Court can, if the occasion
25   should arise in the future, make such findings and judgment
26   provisions as may then be required on these issues.

27   CAHUILLA INDIAN RESERVATION

28                                   13.

29          The Cahuilla Indian Reservation was established
30   pursuant to Executive Order dated December 27, 1875, and is
31   situated in Riverside County, State of California, and

                                -4-

                                                  3252.

                                                  10

1    comprised of the following described lands:

2         Section Twenty-five (25), Section Twenty-six (26),
          Section Twenty-seven (27), Section Twenty-eight (28),
3         Section Thirty-three (33), Section Thirty-four (34),
          Section Thirty-five (35) and Section Thirty-six (36),
4         all in Township Seven (7) South, Range Two (2) East,
          SBBM;

5
          Section Twenty-six (26), Section Twenty-seven (27),
6         Section Twenty-eight (28), Section Twenty-nine (29),
          Section Thirty (30), Section Thirty-one (31), Section
7         Thirty-two (32), Section Thirty-three (33), Section
          Thirty-four (34) and Section Thirty-five (35), all
8         in Township 7 South, Range Three (3) East, SBBM;

9         Section One (1), Section Two (2), Section Three (3)
          and Section Four (4) all in Township Eight (8) South,
10        Range Two (2) East, SBBM;

11        Section Two (2), Section Three (3), Section Four (4),
          Section Five (5), Section Six (6), all in Township
12        Eight (8) South, Range Three (3) East, SBBM.

13            In addition to the above-described lands there was

14   added to the Cahuilla Indian Reservation by Executive Order

15   dated March 14, 1887, the following lands:

16            Section 23, Township 7 South, Range 2 East.

17            On December 29, 1891, by Executive Order there was

18   likewise added to the Cahuilla Indian Reservation the South

19   Half ($S\frac{1}{2}$) of Section 14, Township 7 South, Range 2 East.

20            On or about January 25, 1927, the North Half ($N\frac{1}{2}$)

21   of Lot 3, in Section 8, Township 8 South, Range 3 East, S.B.B.M.

22   was acquired by the Secretary of Interior by deed, and added

23   to the Cahuilla Indian Reservation.  Said deed is recorded in

24   Book 703 of Deeds, page 133, Riverside County, California.

25                                14.

26            By Findings of Fact, Conclusions of Law and Inter-

27   locutory Judgment No. 33 the nature and extent of the shallow and

28   deep aquifers of the Anza Ground Water Basin have been deter-

29   mined.  Said Anza Ground Water Basin consists of the younger

30   and older alluvial deposits within Anza Valley upstream from

31   a line which is drawn on U. S. Exhibit 278 in Section 29,

                              -5-

                                        3253

                                        11

1  Township 7 South, Range 3 East. The surface extent of said
2  younger and older alluvial deposits which comprise the Anza
3  Ground Water Basin is depicted on said U. S. Exhibit 278
4  incorporated herein by reference.

5          As determined in Findings of Fact, Conclusions of
6  Law and Interlocutory Judgment No. 33 the ground waters con-
7  tained within the shallow aquifer of the Anza Ground Water
8  Basin are percolating waters and add to, contribute to and
9  support the Santa Margarita River stream system.  To the
10  extent that any lands of the Cahuilla Indian Reservation con-
11  sist of the younger or older alluvial deposits of the shallow
12  aquifer of the Anza Ground Water Basin as determined in
13  Findings of Fact, Conclusions of Law and Interlocutory Judg-
14  ment No. 33 said lands are a part of the shallow aquifer of
15  the Anza Ground Water Basin.

16                          16.

17          Those lands of the Cahuilla Indian Reservation which
18  overlie the deep aquifer of the Anza Ground Water Basin as
19  determined in Findings of Fact, Conclusions of Law and Inter-
20  locutory Judgment No. 33 do in fact contain ground waters which
21  are a part of the deep aquifer of the Anza Ground Water Basin.
22  Said lands of the Cahuilla Indian Reservation which do in
23  fact overlie the deep aquifer of the Anza Ground Water Basin
24  are located in the Northeast Quarter of Section 28, and the
25  West One-Half ($W\frac{1}{2}$) of the Northwest Quarter ($NW\frac{1}{4}$) of Section 27,
26  Township 7 South, Range 3 East, S.B.B.M. and are depicted on
27  U. S. Exhibit 278.

28                          17.

29          All ground waters contained within the deep aquifer
30  of the Anza Ground Water Basin and within the Cahuilla Indian
31  Reservation are not a part of the Santa Margarita River stream

3254

12

1    system nor do said ground waters add to, contribute to or

2    support the Santa Margarita River or any tributary thereto.

3                    18.

4        Cahuilla Creek does flow over lands which comprise

5    a portion of the Cahuilla Indian Reservation and there is a

6    perennial flow of Cahuilla Creek in the Southwest Quarter

7    (SW¼) of Sections 23 and 27, Township 7 South, Range 2 East.

8    All surface waters of Cahuilla Creek and its tributaries within

9    the Cahuilla Reservation are a part of the Santa Margarita

10    River stream system.

11                   19.

12        There are a total of 18,292 acres in the Cahuilla

13    Indian Reservation of which 17,312 acres are within the

14    watershed of the Santa Margarita River.  Of these, 12,998 acres

15    are under present conditions irrigable.

16                   20.

17        At present the waters contained upon or within the

18    lands which comprise the Cahuilla Indian Reservation are

19    primarily used for limited domestic use and livestock purposes.

20    There are at the present time approximately 94 Indians in

21    the Cahuilla Tribe of which 32 are now residing on the Cahuilla

22    Indian Reservation.

23                   21.

24        There is situated in the Southwest Quarter of the

25    Southwest Quarter (SW¼ of SW¼) of Section 14, Township 7

26    South, Range 3 East, sixteen (16) acres which overlie the

27    Cahuilla Ground Water Basin and which have been irrigated with

28    waters from a spring situated slightly north and east of the

29    irrigated land.

30                   22.

31        There are within the Cahuilla Indian Reservation in

3255

1  the North Half of the Northwest Quarter (N½ of NW¼) of

2  Section 26, Township 7 South, Range 2 East, thirty-five

3  (35) acres of land which have been irrigated.  The waters

4  for this irrigation come from a spring located slightly north

5  and east of the irrigated lands and both the lands irrigated

6  and the spring are located in the Cahuilla Ground Water Basin

7  as said basin is defined in Findings of Fact, Conclusions of

8  Law and Interlocutory Judgment No. 33.

9                              23.

10              In the East Half of the Northeast Quarter (E½ of NE¼)

11  of Section 6, Township 8 South, Range 3 East, within the

12  Cahuilla Indian Reservation approximately 20 acres of lands

13  have been irrigated with waters from a spring situated near

14  the West Quarter corner of Section 5 Township 8 South, Range 3

15  East

16                              24.

17              Climate in the Cahuilla Indian Reservation is similar

18  to that which exists in the Ramona Indian Reservation, and ex-

19  cept where springs or perennial flow of surface waters exist

20  as found hereinabove, surface water is apparent only during or

21  immediately after periods of rainfall.

22                              25.

23              That a portion of the lands which comprise the

24  Cahuilla Indian Reservation overlie the Cahuilla Ground Water

25  Basin as said basin has been determined in Findings of Fact,

26  Conclusions of Law and Interlocutory Judgment No. 33; said

27  ground water basin and said Indian Reservation are depicted

28  on U. S. Exhibit 278 incorporated herein by reference.  All

29  ground waters contained within the lands of the Cahuilla

30  Indian Reservation which are a part of the Cahuilla Ground

31  Water Basin add to, contribute to and support the Santa Mar-

garita River stream system.

                              -8-

                                              3256

                                              14

1          26.

2          The United States of America, when it created the

3  Cahuilla Indian Reservation by Executive Orders dated Decem-

4  ber 27, 1875, March 14, 1887, and December 29, 1891, intended

5  to reserve rights to the use of the waters of the Santa Mar-

6  garita River stream system which under natural conditions would

7  be physically available on the Indian Reservation, including

8  rights to the use of the ground waters, sufficient for the

9  present or future needs of the Indians residing thereon.

10 There is no issue presently presented which requires this

11 Court to make findings of fact, conclusions of law or judg-

12 ment provisions concerning the amount of water required for

13 the Indians' use on said lands or the rights of any future

14 assignees or successors in interest to said lands.  As this

15 Court will keep continuing jurisdiction of this cause, this

16 Court can, if the occasion should arise in the future, make

17 such findings of fact, conclusions of law and interlocutory

18 judgment provisions as may be required on those issues.

19 <u>PECHANGA INDIAN RESERVATION</u>

20          27.

21          In the Executive Orders and related documents

22 establishing the Pechanga Indian Reservation, the reservation

23 is sometimes referred to as the Temecula Indian Reservation

24 and the Indians residing thereon referred to as the Temecula

25 Indian Mission Band.

26          28.

27          The Pechanga Indian Reservation was established by

28 an Executive Order, dated June 27, 1882. The lands which

29 presently comprise that Reservation are situated in Riverside

30 County, State of California, described as follows:

31      Section Twenty-six (26), Section Twenty-seven (27)
        except for the Northwest Quarter of the Northwest
        Quarter (NW¼ of NW¼) Section Thirty-Four (34)

3257

15

1    except for Lot 16, Section Thirty-five (35), Lot 7
2    and Southeast Quarter of the Southwest Quarter
     (SE¼ of SW¼) of Section Twenty-eight (28), all in
     Township Eight (8) South, Range Two (2) West, SBBM.

3

4                              29.

5         There was added to the Pechanga Indian Reservation:

6    Section Twenty-five (25), Township Eight (8) South,
     Range Two (2) West, SBBM,

7

8  by Executive Order dated January 9, 1907, of the Secretary of

9  the Interior.

10                             30.

11        In addition to the lands comprising the Pechanga Indian

12 Reservation as above described, there was added on August 29,

13 1893, to that Reservation by an unnumbered Patent:

14   The North Half of the Northwest Quarter (N½ of NW¼),
     Southeast of the Northwest Quarter (SE¼ of NW¼),
15   Northwest Quarter of the Northeast Quarter (NW¼ of
     NE¼) of Section Thirty-six (36), Township Eight (8)
16   South, Range Two (2) West, SBBM.

17        There was likewise added to the Pechanga Indian

18 Reservation

19   Southwest Quarter of the Northeast Quarter (SW¼ of NE¼),
     East Half of the Northeast Quarter (E½ of NE¼), South
20   Half (S½) of Section Thirty-six (36), Township Eight (8)
     South, Range Two (2) West, SBBM,
21
22 by a patent dated May 25, 1931.

23        Also added to the Pechanga Indian Reservation is the

24 so-called Kelsey Tract, Lot E of the Little Temecula Grant, by

25 a deed dated March 11, 1907.

26                             31.

27 Pechanga Creek

28        Pechanga Creek is an intermittent stream which rises

29 in the Cleveland National Forest, Section 30, Township 8 South,

30 Range 1 West, SBBM. It proceeds in a generally northwesterly

31 direction, entering the Pechanga Indian Reservation in the

                              -10-

                                      16

1  Northeast Quarter (NE¼) of Section 25, Township 8 South,

2  Range 2 West SBBM, and leaves the Reservation near the North-

3  west corner of the Southeast Quarter of the Southwest Quarter

4  (SE¼ of SW¼) of Section 28, Township 8 South, Range 2 West,

5  SBBM. Continuing its general course as above described, the

6  stream proceeds across lands in private ownership for a dis-

7  tance of approximately one-half (1/2) mile where it enters

8  the so-called Kelsey Tract, described as Lot E of the Little

9  Temecula Rancho, which is part of the Pechanga Reservation.

10  Proceeding across that tract of Reservation Land, the stream

11  continues its course to the point where it enters Temecula

12  Creek approximately one (1) mile east from where the stream

13  last mentioned joins Murrieta Creek to form the Santa Mar-

14  garita River  Said Pechanga Creek is a tributary to Temecula

15  Creek one of the two principal tributaries of the Santa Mar-

16  garita River. Pechanga Creek is intermittent and flows only

17  during and immediately after periods of rainfall.

18  Murrieta-Temecula Ground Water Area

19      The exterior boundaries of the Murrieta-Temecula

20  Ground Water Area was established by the Findings of Fact,

21  Conclusions of Law and Interlocutory Judgment No. 30, entered

22  the 8th day of March, 1962.

23                 33.

24      The following described lands situated within the

25  Pechanga Indian Reservation are part of the Murrieta-Temecula

26  Ground Water Area and those lands have been found to overlie

27  ground waters within that area:

28      All of Section Twenty-six (26) all of Section Thirty-
        five (35), North Half of the South Half (N½ of S½),
29      North Half (N½) of Section Thirty-four (34), all of
        Section Twenty-seven (27), within Pechanga Indian
30      Reservation, all of Section Twenty-eight (28) within
        Pechanga Indian Reservation, and Lot E of Little
31      Temecula Rancho within Pechanga Indian Reservation.

-11-

1                            34.

2   Geology of Murrieta-Temecula Ground
    Water Area Within Pechanga Indian
3   Reservation

4          The lands within the Pechanga Indian Reservation above

5   described which are part of the Murrieta-Temecula Ground Water

6   Area are comprised of older continental alluvium and conform

7   generally to the description of the ground water area which

8   is more fully described in the Findings of Fact, Conclusions

9   of Law and Interlocutory Judgment No. 30 and entered March 8,

10  1962. In the general area through which Pechanga Creek has

11  its course, the older continental alluvium is overlain with

12  a thin layer of younger alluvium. The younger alluvium is

13  the erosion from and redistribution of the older alluvium as

14  well as erosion from the surrounding basement complex.

15                           35.

16         There is a complex of faults through the Pechanga

17  Indian Reservation intersecting and traversing the alluvial

18  fill above described. Result of that faulting has been to

19  control in some but undetermined degree the movement of the

20  ground water within the Reservation. Generally, however, it

21  is found that those ground waters are moving towards the mouth

22  of Temecula Canyon through which flows the Santa Margarita

23  River.

24                           36.

25         Ground waters, if any, found in the basement complex or

26  weathered basement complex within the Pechanga Indian Reserva-

27  tion are vagrant, local and percolating, not a part of the

28  Santa Margarita River streamsystem. Said deposits of basement

29  complex or weathered basement complex are depicted on

30  U. S. Exhibit 15L.

31          -  -  -

3260

18

1                                    37.

2   Climate, Crops, Duty of Water,
    Irrigable Acreage Within Pechanga
3   Indian Reservation

4          Climate in the Pechanga Indian Reservation is semi-

5   arid, with warm to hot, dry summers, and cool and generally

6   moist winters.  Rainfall usually occurs during the period from

7   the first of November to the first of April.  There are

8   occasional rain showers during the irrigation season which

9   is roughly from April to October.  As a consequence, the

10  period of the greatest demand for water is the period of

11  shortest supply, whereas the period of greatest supply occurs

12  when the demands are very slight.  The irrigable portions of

13  the Pechanga Indian Reservation are subject to frost damage.

14                                   38.

15         There are a total of 3787 acres of land in the

16  Pechanga Indian Reservation within Santa Margarita River water-

17  shed.  Of these 3787 acres, 1694 acres are irrigable.  Of

18  these 1694 acres, 559 are Class VI lands which are not suitable

19  for cultivation but because of their other characteristics are

20  suitable for irrigated but non-cultivated crops.

21                                   39.

22         At the present time, the waters contained in the

23  Pechanga Indian Reservation are used largely for stock raising

24  and domestic purposes and the extent of the water use is negli-

25  gible in that there are at the present time only approximately

26  six (6) Indians residing on the Reservation.  The Pechanga

27  Indian Tribe consists of 194 Indians.

28                                   40.

29         The United States of America when it withdrew the

30  Indian Lands above described to form the Pechanga Indian

31  Reservation, intended to reserve rights to the use of the

3261

17.

1  waters of the Santa Margarita River stream system which under

2  natural conditions would be physically available on the

3  Indian Reservation, including rights to the use of ground

4  waters sufficient for the present or future needs of the

5  Indians residing thereon.  There is no issue presently pre-

6  sented which requires this Court to make findings of fact,

7  conclusions of law and interlocutory judgment provisions

8  concerned with the amount of water required for the Indians'

9  use or the rights of any future assignees or successors in

10 interest to said lands.  As this Court will keep continuing

11 jurisdiction of this cause this Court can, if the occasion

12 should arise in the future, make such findings of fact,

13 conclusions of law and interlocutory judgment provisions as

14 may be required on those issues.

15                                    41.

16 Water Duty

17         Under present conditions and generally on the

18 Ramona, Cahuilla and Pechanga Indian Reservations and through-

19 out this area a reasonable water duty for crops is as follows:

20                                    Irrigation Requirements
                                      Acre-Feet Per Acre Per Year
21

22    Row Crops                             4.00
      Irrigated Pasture                     3.83
23    Alfalfa                               3.00
      Deciduous Fruit                       1.07
24    Small Grains                          1.75
      Avocados                              2.35
25    Citrus                                1.86

26         To the irrigation requirements shown above, there

27 should be added 10% for delivery losses.  That type of loss occurs

28 between the point of supply and the point of use.

29         This Court finds that the above set forth general

30 water duty requirements and all findings herein concerned with

31 irrigable acreage are supported by the evidence in this case.

                              -14-

1   However, in this case there was no issue of apportionment

2   presented and such findings concerning water duty and

3   irrigable acreage as set forth in these findings shall be

4   prima facie evidence as to these facts in any future pro-

5   ceedings wherein the question of water duty or irrigable

6   acreage is relevant. As used herein, prima facie evidence

7   shall mean that which suffices for the proof of a particular

8   fact until contradicted or overcome by other evidence.

9                       42.

10       That no use of any surface waters which flow over

11  and upon any of the lands within the Santa Margarita River

12  watershed and within the Ramona, Cahuilla and Pechanga

13  Indian Reservations has been open, notorious or adverse,

14  and there are no prescriptive rights to the use of any

15  waters of the Santa Margarita River stream system on any

16  lands which comprise said Indian Reservations

17                       43.

18       That no appropriative rights exist to the use of

19  the waters of the Santa Margarita River stream system or

20  waters which add to and support said Santa Margarita River

21  stream system on any of the lands which comprise the Ramona,

22  Cahuilla and Pechanga Indian Reservations.

23                       44.

24       That except as expressly provided hereinabove there

25  are no rights to the use of the waters of the Santa Margarita

26  River and its tributaries or waters which add to and support

27  said River and its tributaries owned or held by the United

28  States of America in trust for the Indians or in trust as to

29  said Indian Reservations

30  - - -

31  - - -

3263

21

CONCLUSIONS OF LAW

RAMONA INDIAN RESERVATION

1.

The United States of America when it established the Ramona Indian Reservation intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be available on the Ramona Indian Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with a priority date of December 29, 1891.

2.

All lands of the Ramona Indian Reservation within the watershed of the Santa Margarita River with the exception of an area of basement complex in the Southwest Quarter (SW¼) of Section 33, Township 6 South, Range 3 East, overlie the shallow aquifer of the Anza Ground Water Basin and the ground waters contained within said lands add to, contribute to and support the Santa Margarita River stream system.

3.

All ground waters contained within the deposits of basement complex in the Southwest Quarter (SW¼) of Section 33, Township 6 South, Range 3 East, and within the Ramona Indian Reservation are vagrant, local, percolating waters not a part of the Santa Margarita River stream system and said ground waters do not add to, contribute to nor support the Santa Margarita River or any tributary thereto.

CAHUILLA INDIAN RESERVATION

4.

The United States of America intended to reserve, and did reserve, rights to the use of the waters of the Santa

-16-

3264

2 2

1  Margarita River stream system which under natural conditions
2  would be physically available on the Cahuilla Indian Reserva-
3  tion including rights to the use of the ground waters, suf-
4  ficient for the present and future needs of the Indians re-
5  siding thereon with priority dates of December 27, 1875, for
6  lands transferred by the Executive Order of that date;
7  Marh 14, 1887, for lands transferred by Executive Order of that
8  date; December 29, 1891, for lands transferred by Executive
9  Order of that date

10                              5.

11              Ground waters contained within the lands of Cahuilla
12  Indian Reservation and within the younger or older alluvial
13  deposits which are a part of the shallow aquifer of the Anza
14  Ground Water Basin are percolating waters and add to, contribute
15  to and support the Santa Margarita River stream system.

16                              6.

17              Ground waters contained within the deep aquifer of the
18  Anza Ground Water Basin in the Northeast Quarter (NE$\frac{1}{4}$) of
19  Section 28, and the West One-half (W$\frac{1}{2}$) of the Northwest Quarter
20  (NW$\frac{1}{4}$) of Section 27, Township 7 South, Range 3 East, and within
21  the Cahuilla Indian Reservation, are a part of the deep aquifer
22  of the Anza Ground Water Basin, and said ground waters do not
23  add to, support nor contribute to the Santa Margarita River
24  stream system.

25                              7.

26              Ground waters contained within the lands of the
27  Cahuilla Indian Reservation which were determined to be a
28  part of the Cahuilla Ground Water Basin in Findings of Fact,
29  Conclusions of Law and Interlocutory Judgment No. 33 add to,
30  support and contribute to the Santa Margarita River stream.
31  system.

                              -17-

                                        3265

                                        23

1  PECHANGA INDIAN RESERVATION

2                                  8.

3        United States of America intended to reserve and did

4  reserve rights to the use of the waters of the Santa Margarita

5  River stream system which under natural conditions would be

6  available on the Pechanga Indian Reservation including rights

7  to the use of ground waters sufficient for the present and

8  future needs of the Indians residing thereon with priority

9  dates of June 27, 1882, for those lands established by Execu-

10 tive Order of that date; January 9, 1907 for those lands

11 transferred by the Executive Order of that date; August 29,

12 1893 for those lands added to the reservation by Patent on

13 that date; May 25, 1931, for those lands added to the reserva-

14 tion by Patent of that date.

15                                 9.

16        That those lands specifically described in Findings

17 of Fact No. 33 are within the Murrieta-Temecula Ground Water

18 Area as said ground water area has been determined in Findings

19 of Fact, Conclusions of Law and Interlocutory Judgment No. 30,

20 and ground waters contained therein, add to, contribute to

21 and support the Santa Margarita River stream system.

22                                10.

23        That all surface waters which flow over and upon any

24 of the lands within the Santa Margarita River watershed and

25 which are a part of the Ramona, Cahuilla and Pechange Indian

26 Reservations are a part of the Santa Margarita River stream

27 system.

28                                11.

29        That there are no prescriptive rights to the use of

30 the waters of the Santa Margarita River and its tributaries or to

31 - - -

                                 -18-

1  the use of the waters which add to and support said River and

2  its tributaries owned or held in trust by the United States

3  for the Indians' use or in trust as to said Indian Reservations.

4                              12.

5        That there are no appropriative rights to the use of

6  the waters of the Santa Margarita River and its tributaries or

7  to the use of the waters which add to and support said River and

8  its tributaries owned or held in trust by the United States of

9  America for the Indians' use or in trust as to said Reservations.

10                             13.

11       That except as provided in Findings of Fact 12, 26,

12  and 40 herein, there are no rights to the use of the Santa Mar-

13  garita River or its tributaries or waters which add to and sup-

14  port said River and its tributaries owned by the United States

15  in trust for the Indians' use or in trust for use upon the

16  said Indian Reservations.

17                    INTERLOCUTORY JUDGMENT

18                              1.

19       IT IS ORDERED, ADJUDGED AND DECREED that the United

20  States of America when it established the Ramona Indian Reserva-

21  tion intended to reserve and did reserve rights to the use of

22  the waters of the Santa Margarita River stream system which

23  under natural conditions would be physically available on the

24  Ramona Reservation, including rights to the use of ground waters,

25  sufficient for the present and future needs of the Indians re-

26  siding thereon with a priority date of December 29, 1891.

27                              2.

28       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

29  lands of the Ramona Indian Reservation within the watershed

30  of the Santa Margarita River with the exception of the area

31  of basement complex in the Southwest Quarter (SW$\frac{1}{4}$)

                            -19-

3267

25

1   of Section 33, Township 6 South, Range 3 East, which is de-

2   picted on U. S. Exhibit 278 incorporated herein by reference,

3   overlie the shallow aquifer of the Anza Ground Water Basin

4   as determined in Findings of Fact, Conclusions of Law and

5   Interlocutory Judgment No. 33, and the ground waters con-

6   tained therein add to, contribute to and support the Santa

7   Margarita River stream system.

8   <u>CAHUILLA INDIAN RESERVATION</u>

9                   3.

10      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

11   United States of America intended to reserve and did reserve

12   rights to the use of the waters of the Santa Margarita River

13   which under natural conditions would be physically available

14   on the Cahuilla Indian Reservation, including rights to the

15   use of ground waters, sufficient for the present and future

16   needs of the Indians residing thereon with priority dates of

17   December 27, 1875, for lands transferred by the Executive

18   Order of that date; March 14, 1887, for lands transferred by

19   the Executive Order of that date; December 29, 1891 for lands

20   transferred by the Executive Order of that date.

21                   4.

22      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

23   ground waters contained within the lands of the Cahuilla

24   Indian Reservation and within the younger or older alluvial

25   deposits which are a part of the shallow aquifer of the Anza

26   Ground Water Area are percolating waters and add to, contribute

27   to and support the Santa Margarita River stream system.

28                   5.

29      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

30   ground waters contained within the deep aquifer of the Anza

31   Ground Water Basin, in the Northeast Quarter (NE$\frac{1}{4}$) of

3268

2C

1  Section 28 and the West One-half (W½) of the Northwest

2  Quarter (NW¼) of Section 27, Township 7 South, Range 3

3  East, and within the Cahuilla Indian Reservation, are a

4  part of the deep aquifer of the Anza Ground Water Basin and

5  said ground waters do not add to, support nor contribute to

6  the Santa Margarita River stream system.

7                              6.

8         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

9  ground waters contained within the lands of the Cahuilla

10  Indian Reservation which are a part of the Cahuilla Ground

11  Water Basin add to, contribute to and support the Santa Mar-

12  garita River stream system.

13  PECHANGA INDIAN RESERVATION

14                              7.

15         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

16  the United States of America intended to reserve, and did re-

17  serve, rights to the use of the waters of the Santa Margarita

18  River stream system which under natural conditions would be

19  physically available on the Pechanga Indian Reservation,

20  including rights to the use of ground waters sufficient for

21  the present and future needs of the Indians residing thereon

22  with priority dates of June 27, 1882, for those lands

23  established by the Executive Order of that date; January 9,

24  1907 for those lands transferred by the Executive Order of

25  that date; August 29, 1893 for those lands added to the

26  Reservation by Patent on that date; and May 25, 1931, for

27  those lands added to the Reservation by Patent of that date.

28                              8.

29         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

30  those lands specifically described in Findings of Fact No. 33

31  are within the Murrieta-Temecula Ground Water Area as said

3269

27

1  ground water area has been determined in Findings of Fact,

2  Conclusions of Law and Interlocutory Judgment No.30.

3                         9.

4      IT IS FURTHER ORDERED, ADJUDGED AND DECREED That

5  all surface waters which flow over and upon any of the lands

6  within the Santa Margarita River watershed and which are a

7  part of the Ramona, Cahuilla and Pechanga Indian Reservations

8  are a part of the Santa Margarita River stream system.

9                        10

10     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

11  the use of any waters, surface or ground, by the Indians on

12  the Ramona, Cahuilla and Pechanga Reservations is subject to

13  the continuing jurisdiction of this Court.

14                       11.

15     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

16  ground waters contained within deposits of basement complex

17  or weathered basement complex and within the Santa Margarita

18  River watershed and within the Ramona, Cahuilla and Pechanga

19  Indian Reservations as said deposits are depicted on U. S. Ex-

20  hibit 278 and U. S. Exhibit 15L are vagrant, local, percola-

21  ting waters not a part of the Santa Margarita River or any

22  tributary thereto. It is further ordered, adjudged and

23  decreed that the rights of the United States of America as

24  the owner in trust of said lands are forever quieted against

25  all parties claiming rights to the waters of the Santa Mar-

26  garita River and/or its tributaries. It is further ordered,

27  adjudged and decreed that the United States of America as

28  owner in trust of said lands is forever restrained from

29  asserting rights in or to the waters of the Santa Margarita

30  River or its tributaries concerning said lands excepting

31  rights to surface waters which flow over and upon said lands.

3270

12.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
there are no prescriptive rights owned by the United States of
America in trust for the Indians or Indian lands to the use
of the waters of the Santa Margarita River or its tributaries
or waters which add to and support said River and its tri-
butaries.

13.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
there are no appropriative rights owned by the United States
of America in trust for the Indians or Indian lands to the
use of the waters of the Santa Margarita River or its tri-
butaries or waters which add to and support said River and
its tributaries

14.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
except as expressly provided in Paragraphs 1, 4 and 7 of
this interlocutory Judgment there are no rights to the use
of the waters of the Santa Margarita River and its tribu-
taries or to the waters which add to and support said River
and its tributaries owned by the United States of America
in trust for the Indians or Indian lands on the Ramona,
Cahuilla and Pechanga Reservations.

15.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
based upon the decision of the United States Court of Appeal,
Ninth Circuit, California v. United States, 235 Fed.2d 647
that this is not a final decree but is interlocutory in
nature and by reason of the order by this Court that all
parties are adverse one to the other, thus dispensing with
cross pleadings, all parties to this proceeding may object to

-23-

3271

29

1  these findings of fact, conclusions of law and interlocutory

2  judgments and will be given full opportunity upon due notice

3  to interpose their objections to these findings of fact,

4  conclusions of law and interlocutory judgments prior to the

5  entry of final judgment in this case.

6                   16

7       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there

8  is no issue presently presented which requires this Court to

9  make findings of fact, conclusions of law or interlocutory

10  judgment provisions concerned with the amount of water required

11  for the Indians use, the rights of any future assignees or

12  successors in interest to said lands, and other related factors.

13  Jurisdiction is reserved by this Court to make such findings of

14  fact, conclusions of law and judgment provisions in the future

15  should the need occur.

16                   17

17       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

18  Interlocutory Judgment is not appealable, is not final and

19  shall not be operative until made a part of the final judgment

20  in this case, and this Court expressly reserves jurisdiction

21  to modify or vacate it either upon its own motion or upon

22  motion of any party to this proceeding until such time as

23  final judgment in this cause is entered.

24       Dated:

25           11.8.62

26

27

28                        _JUDGE_

29

30

31

3272

70