ENTERED

NOV  – 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

FILED            LODGED

NOV 7 – 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )      No. 1247-SD-C
                Plaintiff,         )
                                   )   SANTA MARGARITA RIVER WATERSHED
        v.                         )   BELOW TEMECULA GORGE AND ABOVE
                                   )   THE NAVAL ENCLAVE
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )      INTERLOCUTORY JUDGMENT
                                   )
                Defendants.        )         No. 39A
_____)

FINDINGS OF FACT, CONCLUSIONS OF LAW AND
INTERLOCUTORY JUDGMENT NO. 39A, RESPECTING
LANDS IN SANTA MARGARITA RIVER WATERSHED,
BELOW TEMECULA GORGE AND ABOVE THE NAVAL
ENCLAVE, WHICH DO NOT OVERLIE ANY GROUND
WATERS WHICH FEED OR CONTRIBUTE TO THE
SANTA MARGARITA RIVER OR ITS TRIBUTARIES

This Court, based upon the record before it in the

subject case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that: "The only proper

method of adjudicating the rights on a stream, whether riparian

or appropriative or mixed, is to have all owners of land on the

watershed and all appropriators who use water from the stream

involved in another watershed in court at the same time."

II

Proceeding in accordance with that mandate, the Complaint

and Amendatory and Supplementary Complaint in this cause was served

2325

LAW OFFICES
ACHOR AND PRICE
102 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1194

1   upon the owners of the lands within the watershed of the Santa
2   Margarita River and all appropriators who used water from that
3   stream in any other watershed.  Moreover, those parties named in
4   the cause who could not be  served personally were served by
5   publication.

6                                    III

7           The subject matter of this case, based upon the pleadings
8   and the issues joined in it, relates only to the rights to the
9   use of the waters of the Santa Margarita River, its tributaries and
10  to the ground waters which feed, add to, support and contribute to
11  the waters of the Santa Margarita River and its tributaries.

12                                    IV

13          There are situated within the watershed of the Santa
14  Margarita River, below Temecula Gorge and above the Naval Enclave
15  as the same is described in Interlocutory Judgment 37 herein,
16  certain parcels or tracts of lands which do not overlie any of
17  the ground waters which feed, add to, support or contribute to
18  the waters of the Santa Margarita River or its tributaries.  Those
19  lands are comprised of basement complex or weathered basement
20  complex, the ground waters of which, if any, are vagrant, local
21  and percolating, not a part  of the surface or sub-surface flow or
22  sub-surface basins of the Santa Margarita River, below Temecula
23  Gorge and above the Naval Enclave, nor do these ground waters feed,
24  add to, support or contribute to the waters of the Santa Margarita
25  River or any of its tributaries.

26              a.  Attached to this Interlocutory Judgment marked
27                  Exhibit A and made a part hereof by reference is
28                  an alphabetical list of the apparent owners of all
29                  parcels of land referred to in these Findings.
30              b.  Attached to this Interlocutory Judgment marked
31                  Exhibit B and made a part hereof by reference are
32                  land descriptions of all parcels of land referred

LAW OFFICES
SACHSE AND PRICE
1002 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

2326

1   to in these Findings.

2   c.   Attached hereto marked Exhibit C and made a part

3   hereof by reference is a map, U.S.A. Exhibit 212-C

4   in these proceedings, on which map are located all

5   of the lands referred to in these Findings.  There

6   are set forth on said Map, Exhibit C hereunto

7   attached, lands, the ground waters of which add to,

8   contribute and support the Santa Margarita River and

9   its tributaries and are a part of the waters of

10   that stream system.  References to those lands have

11   been deleted from the tabulation of names (Exhibit A)

12   and the legal descriptions (Exhibit B) referred to

13   above, and although the exterior boundaries of such

14   lands appear on said map Exhibit C, this Interlocutory

15   Judgment does not relate to them.

16   d.   All of the lands referred to in "a" "b" and "c"

17   above appear in the Notices of Lis Pendens, recorded

18   April 6, 1956, in Book 7028, page 159, Official

19   Records, San Diego County, California; and recorded

20   April 9, 1956, in Book 2252, page 17, Official

21   Records, Riverside County, California.  The apparent

22   owners referred to in this Interlocutory Judgment

23   were the owners of record on the dates last mentioned,

24   unless specific information has been received of the

25   transfer of a particular parcel, then the change is

26   reflected in the name of the apparent owners.

27   V

28   This Court retains continuing jurisdiction over all

29   surface waters within the drainage area of the watershed of the

30   Santa Margarita River and its tributaries, below Temecula Gorge

31   and above the Naval Enclave.

32   ※※※※※

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 3 -

2327

3

CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting the lands referred to in Finding IV above and which are described in Exhibit B:

I

The defendants referred to in Finding IV, their successors, heirs, executors, administrators and assigns, have no rights to the use of ground waters which feed, add to, support or contribute to the waters of the Santa Margarita River or its tributaries, below Temecula Gorge and above the Naval Enclave, in connection with the lands referred to in Finding IV, which are described with particularity in Exhibit B.

II

There is not at issue before this Court in this cause and there is not decreed, determined or adjudged, _inter sese_, as to the lands or owners of land referred to in Finding IV in this cause, the rights, if any, to the use of the vagrant, local, percolating waters which may underlie any of the lands referred to in the above set forth Finding IV and which are described with particularity in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

III

The United States of America, and all other parties to this action, having rights to the use of waters of the Santa Margarita River or its tributaries, as those rights are or may hereafter be determined by the final judgment of this Court, are entitled to have quieted their title in and to those rights against any and all adverse claims of the defendants referred to in Finding IV, who are listed in Exhibit A of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors executors, administrators and assigns, asserted by reason of their ownership of the lands described with particularity in Exhibit B

LAW OFFICES
SACHSE AND PRICE
1002 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

2328

1  of these Findings of Fact, Conclusions of Law and Interlocutory

2  Judgment.

3                              IV

4        The defendants referred to in Finding IV, whose names

5  are listed in Exhibit A and whose lands are described with par-

6  ticularity in Exhibit B of these Findings of Fact and Conclusions

7  of Law, their heirs, successors, administrators, executors and

8  assigns, are entitled to have quieted their titles in and to their

9  rights to the use of the vagrant, local, and percolating ground

10  waters, if any, underlying those lands described in Exhibit B,

11  against the adverse claims, if any, of the United States of

12  America and all parties to this cause, their heirs, successors,

13  administrators, executors and assigns, by reason of rights asserted

14  by the United States of America and all parties to this cause, their

15  heirs, successors, administrators, executors and assigns, in and to

16  the use of the waters of the Santa Margarita River and its tribu-

17  taries.

18                              V

19        This Court retains continuing jurisdiction with respect

20  to surface waters, if any, found on those lands described on

21  Exhibit B of these Findings of Fact, Conclusions of Law and Inter-

22  locutory Judgment.

23                              VI

24        The preceding Findings of Fact and Conclusions of Law

25  do not in any way pertain to surface waters which arise upon, flow

26  across or which are diverted or  are impounded upon the lands, to

27  which they have application.

28                    INTERLOCUTORY JUDGMENT

29        IT IS HEREBY

30        ORDERED, ADJUDGED AND DECREED, that:

31                              I

32        The defendants referred to in Finding IV and listed in

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 5 -

2329

Exhibit A of these Findings, the apparent owners of the lands des-
cribed with particularity in Exhibit B of these Findings of Fact,
Conclusions of Law and Interlocutory Judgment, their heirs,
successors, executors, administrators and assigns, by reason of
their ownership of those lands, have no right, title or interest in
or to the ground waters which feed, add to, support or contribute
to the waters of Santa Margarita River and its tributaries, below
Temecula Gorge and above the Naval Enclave.

II

The titles to the rights of the United States of America
and all other parties in this action having rights in and to the
surface and ground waters of the Santa Margarita River and its
tributaries, as they are adjudicated, decreed and determined by
the final judgment of this Court, shall be and they are forever
quieted against any and all adverse claims of the defendants
referred to in Finding IV, and who are listed in Exhibit A, their
heirs, successors, administrators, executors and assigns, who
assert rights by reason of their ownership of the lands described
in Exhibit B of these Findings of Fact, Conclusions of Law and
Interlocutory Judgment; and those defendants, and each of them,
and their heirs, successors, executors, administrators and assigns,
who by reason of their ownership of the lands described in Exhibit
B assert rights in the vagrant, local, percolating waters therein,
are forever restrained from asserting, claiming or setting up any
right, title or interest in or to the waters of the Santa Marga-
rita River or its tributaries, by reason of their ownership of
those lands described in Exhibit B.

III

The ground waters, if any, which underlie the lands re-
ferred to in Finding IV, and described with particularity in
Exhibit B of these Findings of Fact, Conclusions of Law and Inter-
locutory Judgment, are vagrant, local and percolating, not a part

LAW OFFICES
SACHSE AND PRICE
1088 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 6 -

2330

6

1  of the waters of the Santa Margarita River or its tributaries,

2  below Temecula Gorge and above the Naval Enclave, and are not in

3  this cause adjudged, determined or decreed among the defendants

4  listed in Exhibit A of these Findings of Fact, Conclusions of Law

5  and Interlocutory Judgment, their heirs, executors, administrators,

6  successors or assigns, inter sese.

IV

8  The titles to the rights of the defendants listed in

9  Exhibit A, their heirs, executors, administrators, successors or

10  assigns, in and to the vagrant, local percolating ground waters,

11  if any, to which these Findings of Fact, Conclusions of Law and

12  Interlocutory Judgment pertain, which are not a part of the waters

13  of the Santa Margarita River and its tributaries, underlying the

14  lands described in Exhibit B of these Findings of Fact, Conclusions

15  of Law and Interlocutory Judgment, shall be and they are forever

16  quieted against any and all adverse claims, if any, of the United

17  States of America and all parties to this cause, their heirs,

18  successors, administrators, executors and assigns, having or

19  claiming rights in and to the surface and ground waters of the

20  Santa Margarita River and its tributaries, and the United States

21  of America and all other parties to this cause, their heirs,

22  successors, administrators, executors and assigns, having or

23  claiming rights in and to the surface and ground waters of the

24  Santa Margarita River and its tributaries, are forever restrained

25  from asserting, claiming or setting up any right, title or interest

26  in or to those vagrant, local, percolating ground waters.

V

28  This Court retains continuing jurisdiction with respect

29  to surface waters, if any, found on those lands described on

30  Exhibit B of these Findings of Fact, Conclusions of Law and Inter-

31  locutory Judgment.

32

LAW OFFICES
BACHSE AND PRICE
1002 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 7 -

2331

1

## VI

This Interlocutory Judgment neither relates to waters which arise upon, flow across, or are diverted or impounded upon the lands to which it relates, nor does it purport to adjudicate those rights.

## VII

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California vs. United States, 235 F.2d 647 (C.A.9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity  upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated:  _11-8-62_

_James M. Carter_
JAMES M. CARTER
Judge, United States District  Court

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF,
RANDOLPH 8-1154

2332

NON-RIPARIAN AND NON-OVERLYING PARCELS WITHIN

SANTA MARGARITA RIVER WATERSHED BELOW TEMECULA GORGE
NAVAL ENCLAVE
AND ABOVE ~~RXXXXXXXXXXXXXXXXXXX~~


Parcel 83W, 84W & 93W -- 1

The following described property in Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California:

The Southeast Quarter of the Southeast Quarter of Section Twenty-three (23).

Lots One (1), Two (2), Three (3); and the South Half of the Southwest Quarter of Section Twenty-four (24).

The West Half; and the West Half of the Northeast Quarter; and the Southwest Quarter of Section Twenty-five (25).

The East Half of the Northeast Quarter; and the Northeast Quarter of the Southeast Quarter of Section Twenty-six (26).

Lots One (1) and Two (2) of Section Thirty-one (31).

The South Half of the Northwest Quarter;  the West Half of the Northeast Quarter;  the Southeast Quarter of the Northeast Quarter; the Northeast Quarter of the Southeast Quarter; and the South Half of the Southwest Quarter of Section Thirty-three (33)


The following described property in Township Eight (8) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California:

The South Half of the Southeast Quarter; and the South Half of the Southwest Quarter of Section Twenty-six (26).

The South Half of the Northwest Quarter;  the North Half of the Southwest Quarter;  the East Half of the Northeast Quarter; and the Southeast Quarter of Section Twenty-seven (27).

The Northeast Quarter of the Northeast Quarter of Section Thirty-four (34)

The North Half;  the North Half of the Southwest Quarter;  the North Half of the Southeast Quarter; and the Southeast Quarter of the Southeast Quarter of Section Thirty-five (35).

Interlocutory Judg. #30A
Exhibit D.

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  83W & 93W - 4 Continued

~~east Quarter;  thence North 02°06'50" East 403.24 feet;  thence North~~

76°44'45" East, 224.85 feet;  thence South 07°00'50" West, 312.69

feet;  thence South 19°06'40" West, 147.62 feet to South line of said

Northeast Quarter of the Northeast Quarter;  thence South 88°38'50"

~~West along said South line, 147.12 feet to point of beginning~~

OWNERS:

      MURRAY SCHLOSS FOUNDATION, TRUSTEES OF

           BEALE, W  M.

           DE LUCE, Robert

           GIBSON, Axel Emil

           HESSERT, Fred

           LINCOLN, Walter G.

           LOVELL, Leah P.

           RICHTER, Vera W.

           SHEPARD, S. A.

           REINHOLD, Fred S

           WITCHNER, Otto

~~Parcel:  83W-26-4A~~

The Northwest Quarter of the Northwest Quarter of Section Twenty-six

(26), Township Eight (8) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

OWNERS:

      SHANE, E. (hus)

      SHANE, Gussie (wife)

Parcel:  83W-27-5

The Southwest Quarter of the Northeast Quarter; and the Northwest

~~Quarter of the Southeast Quarter of Section Twenty-seven (27),~~

-4-

## Santa Margarita River Watershed Below Temecula Gorge

### And Above Deluz Creek Confluence

Parcel:  83W-27-5 Continued

Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

BOGART, Guy

Parcel:  83W-27-6

The Southwest Quarter of the Southeast Quarter of Section Twenty-seven
(27), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

GILLILAND, Margaret Ellen

Parcel:  83W-34 & 35 - 7

The South Half of the Northwest Quarter of Section Thirty-five (35),
Township Eight (8) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.  Also
the Northeast Quarter of the Southeast Quarter, and the Southeast
Quarter of the Northeast Quarter of Section Thirty-four (34), said
Township and Range.

OWNERS:

RIDENOUR, Ralph O. (hus)

RIDENOUR, Myrtle E  (wife)

Parcel:  83W-35-8

The Northeast Quarter of the Southwest Quarter of Section Thirty-five
(35), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

CARTER, John T. (hus)

CARTER, Helen C. (wife)

**Santa Margarita River Watershed Below Temecula Gorge**

**And above Delux Creek Confluence**

Parcel:  83W-35-9

 The Southeast Quarter of the Southwest Quarter of Section Thirty-five

 (35), Township Eight (8) South, Range Three (3) West, San Bernardino

 Base and Meridian, in the County of Riverside, State of California.

 OWNERS:

   DITTMAN, Edwin C. (hus)

   DITTMAN, Theresa C. (wife)


Parcel:  83W-35-10

 The West Half of the Southeast Quarter of Section Thirty-five (35),

 Township Eight (8) South, Range Three (3) West, San Bernardino Base

 and Meridian, in the County of Riverside, State of California.

 OWNERS:

   JURKOSKY, Frank S. (hus)

   JURKOSKY, Betty (wife)


Parcel:  83W-36-11

 The Southwest Quarter of Section Thirty-six (36), Township Eight (8)

 South, Range Three (3) West, San Bernardino Base and Meridian, in the

 County of Riverside, State of California.  Also, that portion of the

 Southeast Quarter of said Section Thirty-six (36) described as follows:

 Beginning at the Southwest Corner of the Southeast Quarter;  thence

 North 392 feet;  thence Southeasterly to point in East line of the

 Southwest Quarter of the Southeast Quarter distant 90 feet North of

 Southeast Corner;  thence South on said East line 90 feet;  thence

 West along South line of said Southeast Quarter to point of beginning.

 OWNERS:

   MADDEN, Edward Andrew (hus)

   MADDEN, Melba Ruth (wife)

   SECURITY TITLE INS. CO (TDTr)

2337

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: <u>83W-36-11 Continued</u>

        LUTZE, Alfred E. (hus)(TDBen)

        LUTZE, Sadie C. (wife)(TDBen)

Parcel: <u>93W-2-12</u>

    Lot One (1), (being the Northeast Quarter of the Northeast Quarter)
of Section Two (2), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State
of California.

    <u>OWNERS:</u>

        BERTRAND, Esther Amelia

Parcel: <u>93W-1&2-13</u>

    The South Half of the Northwest Quarter, and the Northwest Quarter
of the Southwest Quarter of Section One (1), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, EXCEPT that portion
of said Northwest Quarter of the Southwest Quarter East of the
Highway;  Also, the Northeast Quarter of the Northwest Quarter of
said Section One (1);  Also, the Southeast Quarter of the Northeast
Quarter, and the Northeast Quarter of the Southeast Quarter of
Section Two (2), said Township and Range.

    <u>OWNERS:</u>

        STUBBLEFIELD, Charles Edward.

Parcel: <u>93W-2-14</u>

    The Southwest Quarter of the Northeast Quarter; and the South Half
of the Southeast Quarter;,and the Northwest Quarter of the Southeast
Quarter of Section Two (2), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, EXCEPT the South 990 feet of the East 440 feet

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-2-14 Continued

of the Southeast Quarter of the Southeast Quarter.

OWNERS:

CHESS, James R. (hus)

CHESS, Kathleen P (wife)

Parcel:  93W-2-15

Lot Two (2) (being the Northwest Quarter of the Northeast Quarter) of
Section Two (2), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of
California.

OWNERS:

CARLIN, John J. (hus)

CARLIN, Julia (wife)

Parcel:  93W-2-16

The Southeast Quarter of the Northwest Quarter of Section Two (2),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

OWNERS:

CARTER, John T.

CARTER, Helen C.

Parcel:  93W-2&3-17

The West Half of Section Two (2), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, EXCEPT the Southeast Quarter of the
Northwest Quarter.  Also the Southeast Quarter of Section Three,
said Township and Range.

2339

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-2&3-17 Continued

   OWNERS:

       BRUNSON, Robert M.

       PETERSON, Hubert J.

       YARAS, Herman

Parcel:  93W-3-18

   The South Half of the Northeast Quarter of Section Three (3), Township

   Nine South, Range Three (3) West, San Bernardino Base and Meridian,

   in the County of San Diego, State of California.

   OWNERS:

       OLSEN, Christina Marie (widow)

Parcel:  93W-3-19

   The Northwest Quarter of the Northeast Quarter of Section Three (3),

   Township Nine (9) South, Range Three (3) West, San Bernardino Base

   and Meridian, in the County of San Diego, State of California.

   OWNERS:

       STROSNIDER, Orville (hus)

       STROSNIDER, Alta (wife)

Parcel:  93W-3-20

   The Southwest Quarter of Section Three (3), Township Nine (9) South,

   Range Three (3) West, San Bernardino Base and Meridian, in the County

   of San Diego, State of California.

   OWNERS:

       BADGER, Roy E. (hus)

       BADGER, Ruth C. (wife)

       YOUNG, Chaffee (hus)

       YOUNG, Lois M. (wife)

2340

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

Parcel:  <u>93W-3-20 Continued</u>

        BARNES, Franklin L. (hus)

        BARNES, Alice G. (wife)

Parcel:  <u>93W-3&4-21</u>

The South Half of the Northwest Quarter of Section Three (3), Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California.  Also, ~~that portion of~~

~~the South Half of the Northeast Quarter of Section Four (4), said Town-~~

~~ship and range, described as follows: Beginning at the Northeast Corner~~

~~of said South Half; thence South 88°38'50" West 1236.35 feet; thence~~

~~South 19°06'40" West, 245.69 feet; thence South 53°49' East, 1612.97~~

~~feet to East line of said South Half; thence North 0°41'10" East~~

~~along said East line 1213.65 feet to point of beginning.~~

OWNERS:

        MORTZ, Paul D.

~~Parcel:  93W-4-22~~

Lots Two (2) and Three (3) (being the Northwest Quarter of the Northeast

Quarter and the Northeast Quarter of the Northwest Quarter), of Section

Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, EXCEPT

that portion of Lot Two (2) described as follows:  Beinning at the South-

east Corner of said Lot Two (2);  thence North 02°06'50" East, 402.23 feet;

thence South 76°44'45" West 259.63 feet;  thence South 29°49'05" East,

205.14 feet;  thence South 73°26'30" East, 657.41 feet to South line of

said Lot Two (2);  thence North 88°38'50" West, 970.31 feet to point of

beginning.

OWNERS:

    ~~MARSHALL, John W. (widower)~~

2341

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-4-23

That portion of the South Half of the Northeast Quarter of Section Four
(4), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described
as follows:  Beginning at the Southeast Corner of said Northeast Quarter;
thence South 89°03' West, 2186.68 feet;  thence North 32°45'50" West,
845.75 feet;  thence North 56°40'30" East, 172.28 feet;  thence North
83°59'30" East 226.15 feet;  thence South 76°09'30" East, 108.12 feet;
thence South 68°55'40" East, 109.56 feet;  thence North 53°33' East,
167.68 feet;  thence North 67°42'40" East, 390.42 feet;  thence North
55°17'45" East, 316.70 feet;  thence North 19°06'40" East, 37.89 feet;
thence South 53°49' East, 1612.97 feet to East line of said Section
Four (4);  thence South 0°41'10" West 239.61 feet to point of beginning.

OWNERS:

> FREEMAN, Robert L. (hus)
>
> FREEMAN, Margaret W. (wife)
>
> FREEMAN  Frank A. (hus)
>
> FREEMAN  Norma J. (wife)

Parcel:  93W-4-24

That Portion of the North Half of Section Four (4), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:
Beginning at a point in the South line of said North Half distant
South 89°03' West, 2186.68 feet from the Southeast Corner of said
North Half;  thence North 32°45'50" West, 845.75 feet;  thence South
56°40'30" West 32.30 feet;  thence South 58°54' West 194.21 feet;
thence South 58°54' West 180.29 feet;  thence South 58°09'50" East
947.96 feet to point of beginning.

-11-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:   93W-4-24 Continued

OWNERS:

NIELSON, Jack W. (hus)

NIELSON, Mae F. (wife)

UNION TITLE INS. & TRUST CO (TDTr)

DURKAN, Edward J., aka Ed. J. (hus)(TDBen)

DURKAN, Edna M. (wife)(TDBen)


Parcel:   93W-4-25

That portion of the Northwest Quarter of the Northwest Quarter of

Section Nine (9), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, in the County of San Diego, State

of California, described as follows:  Beginning at a point on the

West line of Section Nine (9), distant South $0^\circ06'10''$ East 481.15

feet from the Northwest Corner;  thence North $87^\circ47'30''$ East 330.22

feet to point in East line of West 330 feet of Section Nine (9),

distant along East line South $0^\circ06'10''$ East 468.30 feet from North

line of Section Nine (9);  thence along East line of West 330 feet

South $0^\circ06'10''$ East 191.70 feet;  thence parallel with North line of

Section Nine (9) North $89^\circ58'40''$ West 330 feet to West line of Section

Nine (9);  thence North $0^\circ06'10''$ West 178.85 feet to point of beginning.

OWNERS:

PEPPLE, Roger C. (hus)

PEPPLE, Patsy J. (wife)

MC GILL, William N. (hus)(TDBen)

MC GILL, Allaire F. (wife)(TDBen)

BANK OF AMERICA (TDTr)

2343

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-4-26

That portion of Section Four (4), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, described as follows: Beginning at a point in
the South line of the North Half of Section Four (4) distant South 89°
03' West 2186.68 feet from the Southeast Corner of said North Half;
thence North 58°09'50" West 947.96 feet; thence South 37°47'20" West
311.44 feet; thence South 25°24' West 146.49 feet; thence South 60°
18' East 88.70 feet; thence South 65°42' East 380.55 feet; thence
North 39°36' East 345.40 feet; thence North 25°26' East 101.37 feet;
thence North 01°18'40" East 53.62 feet to a point on South line of
said North Half distant 595.46 feet from point of beginning; thence
South 89°03' West 595.46 feet to point of beginning.

OWNERS:

PETERS, Ray G. (hus)

PETERS, Gladys P. (wife)

Parcel: 93W-4-27

The North Half of the Southeast Quarter of Section Four (4), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California. Also, that portion
of said Section Four (4) described as follows: Beginning at a point on
the West line of the Southeast Quarter of Section Four (4) distant
North 01°18'40" East 450.56 feet from the South line of the North Half
of said Southeast Quarter; thence North 77°10'50" West 641.08 feet;
thence North 45°26'10" West 205.72 feet; thence North 15°25'45" East
183.19 feet; thence North 39°49'15" East 204.90 feet; thence South
65°42' East 380.55 feet; thence North 39°36' East 345.40 feet; thence
North 25°26' East 101.37 feet to West line of said Southeast Quarter;
thence South 01°18'40" East 821.86 feet more or less along said West
line to point of beginning.

2344

Santa Margarita Rivert Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-4-27 Continued

OWNERS:

WARREN, Iris Dixie (widow)

Parcel: 93W-4,8&9-28

The South Half of the Southeast Quarter of Section Four (4), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

~~Also, that portion of the South Half of the Northeast Quarter of Sec-~~
~~tion Eight (8), said Township and Range, described as follows: Be-~~
~~ginning at the Southeast Corner of the Northeast Quarter of Section~~
~~Eight (8), thence South 89°57'53" West, 874.38 feet; thence North~~
~~30°09' West, 633.93 feet; thence North 50°51' East 184.72 feet;~~
~~thence North 88°41'40" East, 411.63 feet to the Northeast Corner of~~
~~the South Half of the Northeast Quarter; thence South 0°06'10" East~~
~~along East line of said Northeast Quarter, 600 feet to point of~~
~~beginning.~~

Also, the Northwest Quarter of the Northeast Quarter, and the North-
east Quarter of the Northwest Quarter of Section Nine (9), said Town-
ship and Range.

Also, a strip of land 20 feet in width through the Northwest Quarter
of the Northwest Quarter of said Section Nine (9), the Southerly line
of which is described as follows: Beginning at a point on the West
line of the Northwest Quarter of the Northwest Quarter, distant North
0°06'10" West 155.07 feet from the Southwest Corner thereof; thence
North 85°30' East 351.34 feet; thence North 42°38' East 164.83 feet;
thence South 71°21' East 227.28 feet; thence North 54°09' East
385.57 feet; thence North 80°16'30" East 372.49 feet to East line of
said Northwest Quarter of the Northwest Quarter, said 20 foot strip
beginning in Westerly line of said Northwest Quarter of the Northwest
Quarter and ending in the Easterly line thereof.

-24-

2345

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-4,8&9-28 Continued

OWNERS:

BOUSLOG, Houston H. (m/m-sep.prop)

KELLER, Robert H. (m/m-sep. prop)

MONFORT, Gordon W. (m/m-sep. prop)

UNION TITLE INS. & TRUST CO (TDTr)

THOMPSON, Glenn M. (hus)(TDBen)

THOMPSON, Mary Traylor (wife)(TDBen)

UNION TITLE INS. & TRUST CO (TDTr)

HANES, William F. (hus)(TDBen)

HANES, Bertie B. (wife)(TDBen)

Parcel:  93W-4-29

That portion of the Northeast Quarter of the Southwest Quarter of Sec-
tion Four (4), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
described as follows:  Beginning at a point on the South line of the
Northeast Quarter of the Southwest Quarter, distant North 89°32'20"
East, 179.84 feet from the Southwest Corner;  thence along said South
line North 89°32'20" East 1179.74 feet to the Southeast Corner of said
Northeast Quarter of the Southwest Quarter;  thence along Easterly line
of said Northeast Quarter, North 01°18'40" East, 450.56 feet;  thence
North 77°10'50" West, 641.08 feet;  thence South 60°56' West, 154.38
feet;  thence South 27°16'25" West 309.0 feet;  thence South 50°36'
West, 345.13 feet;  ~~thence South West 386 West 19°22°0 West~~;  thence South
34°03' West, 39.46 feet to point of beginning.

OWNERS:

MARTIN, C T. (no status)

2346

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-9-30

    The Southeast Quarter of the Southwest Quarter of Section Four
(4), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California,
EXCEPT that portion described as follows: Beginning at the Northwest
Corner thereof; thence along North line South $89^\circ 32'30''$ East, 179.84
feet; thence South $34^\circ 03'$ West, 334.03 feet to West line of said
Southeast Quarter; thence North $01^\circ 29'50''$ East along said West line,
275.41 feet to point of beginning.

OWNERS:

        JENNINGS, Theodore F. (hus)

        JENNINGS, Janice B. (wife)

        TITLE INS. & TRUST CO (TDTr)

        LOS ANGELES DEPARTMENT OF CHARITIES (TDBen)

Parcel: 93W-9-31

    The Northwest Quarter of the Northwest Quarter of Section Nine (9),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California,
EXCEPT that portion described as follows: Beginning at a point in
the West line of said Northwest Quarter at a point 660 feet North of
the Southwest Corner of said Northwest Quarter of the Northwest Quar-
ter; thence North $89^\circ 58'40''$ East 330 feet; thence North $0^\circ 06'10''$
East, 419.26 feet; thence North $63^\circ 26'$ East, 163.39 feet; thence
North $03^\circ 09'$ East, 67.71 feet to North line of said Northwest Quarter;
thence North $89^\circ 58'40''$ West, 480.11 feet/to the Northwest Corner of said
Northwest Quarter; thence South $0^\circ 06'10''$ East 660 feet to point of
beginning.

OWNERS:

        MARTIN, K I. (hus)

        MARTIN, Eulilia (wife)

-16-

2347

## Santa Margarita River Watershed Below Temecula Gorge

### And Above Deluz Creek Confluence

Parcel:  93W-9-32

    The Southwest Quarter of the Northwest Quarter of Section Nine (9),

Township Nine (9) South, Range Three (3) West, San Bernardino Base

and Meridian, in the County of San Diego, State of Utah, EXCEPT that

portion described as follows:  Beginning at a point in the West line

of said Southwest Quarter, 219.0 feet from the Southwest Corner thereof;

thence South 89°51'40" East, 426.23 feet;  thence North 53°26'15" East,

95.71 feet;  thence North 27°56'40" West, 147.82 feet;  thence North

72°38'50" West, 313.84 feet;  thence North 20°32'40" West, 251.04 feet;

thence North 39°53'30" West, 73.69 feet to said West line;  thence South

0°06'10" East along said West line 571.45 feet to point of beginning.

OWNERS:

        PEPPLE, Granville C. (hus)

        PEPPLE, Ethel S. (wife)

        HINKLEY, L. Stewart, State Director of the F.H.A.
           for the State of California, or his successor
           in office (TDTr)

        U.S.A. acting through F  H  A , U.S. Dept. of
           Agriculture (TEBEn)

Parcel:  93W-8-33

    The Southeast Quarter of the Northeast Quarter of Section Eight (8), Town-

ship Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California EXCEPT that portion des-

cribed as follows:  Beginning at the Southwest Corner of said Southeast

Quarter of the Northeast Quarter;  thence North 0°45'40" West along

West line thereof 1301.25 feet to the Northwest Corner thereof;  thence

along North line North 89°05' East, 496.18 feet;  thence South 30°09'

West, 531.81 feet;  thence South 30°09' East, 343.70 feet;  thence North

69°12'05" East, 951.10 feet;  thence South 39°53'30" East, 125.61 feet

to East line of said Section Eight (8);  thence North 89°51'40" West

262.23 feet;  thence South 32°17'35" West 258.23 feet to a point in the

2348

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-9-33 Continued

South line of the Southeast Quarter of the Northeast Quarter, distant

thereon 396.75 feet from the Southeast Corner thereof; thence along

said South line 958.71 feet to point of beginning.

OWNERS:

DETHLEFS, Walter E  Sr. (hus)

DETHLEFS, Mary E. (wife)

UNION TITLE INS. & TRUST CO (TDTr)

HANES, C  C. (hus)(TDBen)

HANES, Vera (wife)(TDBen)

Parcel:  93W-9-34

That portion of the Northwest Quarter of the Northwest Quarter

of Section Nine (9), Township Nine (9) South, Range Three (3)

West, San Bernardino Base and Meridian, described as follows:

Beginning at the Northwest Corner of Section Nine (9);  thence

Easterly along North line of said Section 251.13 feet;  thence

South $29^\circ20'20''$ East, 161.48 feet;  thence South $0^\circ06'10''$ East

327.56 feet;  thence South $87^\circ47'30''$ West 330.22 feet to West

line of said Section;  thence Northerly along said West line

481.15 feet to point of beginning.

OWNERS:

LANGE, George August (hus)

LANGE, Alice Minerva (wife)

OCEANSIDE FEDERAL SAVINGS & LOAN ASS'N (TDBen)

OCEANSIDE FINANCE COMPANY (TDTr)

-18-

2349

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 84w. 93R4W - 35

The Survey Condemnation Area of Fallbrook Public Utility District being those portions of Section Thirty-six (36), Township Eight (8) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California,  Sections Four (4), Five (5), Eight (8), Nine (9), and Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, and Sections One (1), Six (6), Seven (7) and Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, bounded and described as follows:

Beginning at the point in Township Nine (9) South, Range Three (3) West where the Southeast Corner of Section Seven (7), the Southwest Corner of Section Eight (8), the Northwest Corner of Section Seventeen (17), and the Northeast Corner of Section Eighteen (18) meet;  thence South $89°53'20''$ East, 65 feet;  thence North $02°35'$ East, 451.19 feet;  thence North $49°00'10''$ East, 179.63 feet; thence North $65°19'$ East, 347.21 feet;  thence South $64°36'50''$ East, 152.84 feet;  thence South $08°50'30''$ East, 657.24 feet to the North line of Section Seventeen (17);  thence South $09°19'20''$ West, 529.0 feet;  thence North $46°54'20''$ East, 613.66 feet;  thence North $30°59'40''$ East, 118.53 feet to South line of Section Eight (8);  thence South $89°53'20''$ East, 1498.31 feet;  thence North $01°25'10''$ West, 1480.76 feet;  thence North $32°20'10''$ East, 877.90 feet;  thence South $86°37'55''$ East, 667.11 feet;  thence South $54°41'45''$ East, 260.68 feet;  thence South $37°00'20''$ East, 759.58 feet;  thence North $17°27'15''$ East, 207.97 feet;  thence North $19°18'10''$ East, 731.82 feet;  thence North $24°56'10''$ East, 366.17 feet to North line of the Southeast Quarter of Section Eight (8);  thence North $31°17'35''$ East, 258.23 feet;  thence South $89°51'40''$ East, 688.46 feet into Section

2350

-19-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 8NW, 9S4W - 59 Continued

Nine (9); thence North 53°26'15" East, 95.71 feet; thence North
27°56'40" West, 147.82 feet; thence North 72°38'50" West, 313.84
feet; thence North 20°32'40" West, 251.04 feet; thence North 39°
53'30" West, 199.30 feet, into Section Eight (8); thence South
69°12'05" West, 951.10 feet; thence South 30°09' West, 343.70 feet;
thence North 30°09' East, 1165.74 feet; thence North 50°51' East,
184.72 feet; thence North 88°41'40" East, 411.63 feet to East line
of Section Eight (8); thence North 0°06'10" West, along said East line
660 feet to the Northeast Corner of Section Eight (8), (also the North-
west Corner of Section Nine (9); thence South 89°58'40" East, along
North line of Section Nine (9), 251.13 feet; thence South 29°20'20"
East, 161.48 feet; thence North 63°26' East, 163.39 feet; thence
North 03°09' East, 67.71 to the North line of Section Nine (9); thence
South 89°58'40" East along said North line, 213.38 feet; thence North
01°29'50" East, 306.91/ in Section Four (4); thence North 57°32'42"
feet
East, 80.63 feet; thence North 54°27' East, 179.95 feet; thence North
60°44'20" East, 295.09 feet; thence North 14°18'30" East, 218.28 feet;
thence North 34°03' East, 650.20 feet; thence North 50°36' East, 345.13
feet; thence North 27°16'25" East, 309.00 feet; thence North 60°36'
East, 154.38 feet; thence North 45°26'10" West, 205.72 feet; thence
North 15°25'45" East, 183.19 feet; thence North 39°49'15" East, 204.90
feet; thence North 33°18' East, 410 feet; thence North 60°18' West,
88.70 feet; thence North 25°24' East, 146.49 feet; thence North 37°
47'20" East, 311.44 feet; thence North 58°54' East, 180.29 feet;
thence North 58°54' East, 194.21 feet; thence North 56°40'30" East,
204.58 feet; thence North 83°59'30" East, 226.15 feet; thence South
76°09'30" East, 108.12 feet; thence South 68°55'40" East, 109.56 feet;
thence North 53°33' East, 167.68 feet; thence North 67°42'40" East,
320.42 feet; thence North 55°47'45" East, 316.70 feet; thence North

2351

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: SW, SWNW, 35 Continued

19°06'40" East, 431.15 feet;  thence North 07°00'50" East, 312.89

feet;  thence South 76°44'45" West, 484.48 feet;  thence South 29°

49'05" West 205.14 feet;  thence South 73°26'30" West, 657.41 feet

to the South line of the North Half of the Northeast Quarter of

Section Four (4);  thence South 88°38'50" West, along said line

413.23 feet;  thence South 88°58'40" West, 1351.13 feet;  thence

South 01°29'50" West, 1001.25 feet;  thence South 27°55'05" West,

652.16 feet;  thence South 17°30'30" East, 213.45 feet;  thence

South 24°47'10" West, 312.41 feet;  thence South 42°45'25" East,

252.40 feet;  thence South 32°44'40" West, 594.73 feet;  thence

South 68°13'10" West, 807.47 feet;  thence South 42°07'05" West,

364.36 feet into Section Five (5);  thence South 52°12' West, 182.11

feet;  thence South 58°51'25" West, 205.60 feet;  thence North 82°44'35"

West, 298.85 feet;  thence North 80°01'50" West, 498.81 feet;  thence

South 42°22' West, 1411.75 feet, into Section Eight (8);  thence South

28°31'55" East, 350.16 feet;  thence South 35°13' West, 764.10 feet;

thence South 83°58' West, 334.62 feet to North and South center line

of Section Eight (8);  thence South 31°38'50" West, 856.01 feet;

thence South 71°30'50" West, 443.18 feet;  thence South 57°20'50" West,

479.84 feet;  thence South 79°09'10" West, 325.39 feet to East and West

center line of Section Eight (8);  thence South 89°52'20" West along

said East and West Center line 959.47 feet to West line of Section

Eight (8);  thence North 28°35'25" East, 399.35 feet;  thence North

38°07'40" East, 489.21 feet;  thence North 55°01'40" East, 294.31 feet;

thence North 0°12'45" West, 464.17 feet;  thence North 77°23'35" West,

769.41 feet to West line of Section Eight (8) and East line of Section

Seven (7);  thence North 77°23'35" West, 645.00 feet; in Section Seven

(7);  thence South 34°01' West, 296.80 feet;  thence North 30°31'30"

West, 199.71 feet;  thence South 66°36'30" West, 389.96 feet;  thence

2359

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 84W 93&4W 35 Continued

South 84°32'30" West, 236.76;  thence South 43°14' West, 204.20 feet

to South line of North Half of the Northeast Quarter of Section Seven

(7);  thence South 88°15' West along said South line 77.05 feet;

thence North 34°29' East, 202.80 feet;  thence North 26°11'40" West,

221.83 feet;  thence North 40°11" East, 214.51 feet;  thence South

88°52' East, 166.14 feet;  thence North 23°01'40" West, 520.54 feet;

thence South 38°07'30" West, 296.14 feet;  thence South 59°25'20"

West, 249.38 feet;  thence North 82°47'35" West, 165.71 feet;  thence

North 20°59' West, 376.39 feet;  thence North 58°48'50" East, 590.30

feet;  thence North 37°28'15" West, 159.90 feet, into Section Six (6);

thence North 05°40'15" East, 364.86 feet;  thence North 30°30'45" East,

198.14 feet;  thence North 47°02'10" West, 370.15 feet;  thence North

30°24'45" East, 631.56 feet;  thence North 83°26'35" West, 708.46 feet;

thence South 52°53'20" West, 193.29 feet;  thence South 32°36' West,

86.33 feet to North and South Center Line of Section Six (6);  thence

South 01°47'27" West, along said North and South Center Line 530.92

feet;  thence South 27°47'15" West, 150.30 feet;  thence North 87°03'

25" West, 263.54 feet;  thence South 5°19'45" East, 289.25 feet;  thence

South 22°19'40" West, 145.22 feet;  thence South 59°41'45" West, 533.70

feet to South line of Section Six (6);  thence North 89°25'40" West

along said South line 130.34 feet;  thence North 31°12' West, 337.04 feet;

thence North 0°55'30" East, 824.68 feet;  thence South 83°02'35" West,

751.68 feet;  thence South 44°18'40" West, 1103.01 feet to West line of

Section Six (6), and East line of Section One (1), at a point distant

North 02°23'40" East, 215.84/ feet from Southwest Corner of Section Six (6)

and Southeast Corner of Section One (1);  thence North 02°23'40" East

along said East line of Section One (1), 2213.99 feet;  thence South

24°35'40" West, 1090.44 feet;  thence North 15°09' West, 524.58 feet;

thence North 05°24'20" West, 398.15 feet;  thence North 48°36' East,

-22-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 84W, 93&4W 35 Continued

474.09 feet to East and West center line of Section One (1); thence
South 89°56'32" West along said East and West center line, 379.22
feet; thence North 09°33'45" West, 314.65 feet; thence North 36°19'
10" West, 341.32 feet; thence North 01°04'30" East, 194.48 feet;
thence North 85°20'50" East, 230.10 feet; thence North 21°45'05"
West, 200.30 feet; thence North 33°34'40" West, 263.06 feet; thence
South 89°17'05" West, 181.60 feet; thence North 50°31'50" West, 175.09
feet; thence North 47°51'30" East, 312.45 feet; thence North 52°06'05"
East, 143.82 feet; thence South 87°47'30" East, 126.29 feet; thence
North 07°41' East, 174.46 feet; thence North 29°51' East, 107.98 feet;
thence North 60°59'35" East, 220.51 feet; thence North 69°08'40" East,
273.77 feet; thence North 37°02'05" East, 511.25 feet; thence North
22°40'05" East, 82.74 feet to East line of Section One (1); thence
North 02°37'40" East along said East line, 364.78 feet to Northeast
Corner of Section One (1); thence South 54°36'25" West, 665.40 feet;
thence North 88°28'45" West, 215.87 feet; thence North 27°08'35" West,
405.85 feet to North line of Section One (1), and South line of Section
Thirty-six (36); thence North 27°08'35" West, 84.65 feet in Section
Thirty-six (36); thence North 15°52'25" West, 549.59 feet; thence
North 11°41' East, 336.27 feet; thence North 13°13' West, 218.75 feet;
thence South 45°33'40" West, 316.25 feet; thence North 81°24'30" West,
370.79 feet; thence North 33°17' West, 501.44 feet; thence South 89°
22'25" West, 426.37 feet; thence South 24°32'15" East, 327.49 feet;
thence South 29°46'50" East, 1279.37 feet to South line of Section
Thirty-six (36) and North line of Section One (1); thence South 89°07'06"
West along said North line, 997.87 feet to North and South center line of
Section One (1); thence South 01°41'44" West along said North and South
center line, 2280.36 feet; thence South 89°56'32" West, 660 feet; thence
South 01°41'44" West, 1129.16 feet; thence North 89°56'32" East, 660 feet
to North and South center line of Section One (1); thence South 01°41'44"

2354

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 8NW - 9S4W - 35 Continued

West, 800 feet to North line of the South Half of the Southeast Quarter

of Section One (1); thence North 89°53'16" East along said North line,

1035.05 feet; thence South 02°02'42" West, 1328.61 feet to South line

of Section One (1); thence South 89°50' West along South line of Sec-

tion One (1) and North line of Section Twelve (12), 1027.41 feet to

North and South center line of Section Twelve (12); thence South 0°

33'25" West along said North and South center line, 1434.28 feet to South

line of the North Half of the Northeast Quarter of Section Twelve (12);

thence North 89°17'18" East along said South line, 1276.67 feet to West

line of East Half of the Northeast Quarter of Section Twelve (12); thence

South 0°35'44" West along said West line, 1004.87 feet; thence South 89°

24'16" East, 313.06 feet; thence South 0°35'54" West, 407.33 feet to East

and West center line of Section Twelve (12); thence South 48°41'20" East,

522.33 feet; thence South 45°25'50" East, 86.47 feet; thence South 31°14"

East, 72.30 feet; thence South 85°56'50" East, 415.84 feet; thence North

06°13' East, 520.77 feet to East line of Section Twelve (12) and West line

of Section Seven (7); thence North 12°06'30" East, 445.46 feet, in Sec-

tion Seven; thence North 25°36' East, 159.01 feet; thence North 38°31'

East, 125.02 feet; thence North 36°52'30" East, 140.86 feet; thence

North 33°23' East, 123.10 feet; thence North 71°29'East, 129.03 feet;

thence South 64°19' East, 236.17 feet; thence South 31°24' East, 587.85

feet; thence South 17°10' East, 228.07 feet; thence South 09°13'30" West,

70.97 feet; thence South 01°27' West, 452.10 feet; thence South 33°52'

East, 453.89 feet to East line of the West Half of the Southwest Quarter

of Section Seven (7); thence South 0°14'38" East, 422.15 feet along said

East line to the North line of the South Half of the Southwest Quarter of

Section Seven (7); thence South 34°58'30" East, 810.93 feet; thence

South 33°06'20" East, 540.50 feet; thence North 71°44'20" East, 629.13

feet; thence North 15°26'40" East, 710.11 feet; thence North 10°34'30"

2355

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 84W, 93&4W - 35 Continued

East, 354.11 feet;  thence North 33°24'30" East, 74.0 feet;  thence North
26°29'25" East, 440.98 feet;  thence North 43°06'45" East, 111.18 feet;
thence South 61°19'55" East, 294.12 feet;  thence South 11°45'35" East,
322.42 feet;  thence South 70°52' East, 847.25 feet;  thence South 80°
39'35" East, 175.42 feet;  thence South 68°51'48" East, 504.10 feet;
thence North 44°36'10" East, 298.78 feet to East line of Section Seven
(7) and West line of Section Eight (8);  thence South 89°01' East,
122.33 feet in Section Eight (8);  thence South 68°20'15" East, 116.40
feet;  thence South 17°32'50" West, 293.43 feet;  thence South 35°55'40"
West, 70.01 feet;  thence South 76°44'40" West, 151.01 feet into Section
Seven (7);  thence South 14°33'20" West, 222.55 feet;  thence South 04°
56' East, 567.05 feet to Southeast Corner of Section Seven (7) and point
of beginning.

OWNERS:

FALLBROOK PUBLIC UTILITY DISTRICT

2356

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-8-36

That portion of the South Half of the North Half of the Northeast Quarter
of Section Eight (8), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  Beginning at the Northwest Corner of said
South Half of the North Half of the Northeast Quarter;  thence North
88°41'40" East along North line of said South Half, 789.28 feet;  thence
South 35°13' West, 764.10 feet;  thence South 83°58' West, 334.62 feet
to the Southwest Corner of the North Half of the Northeast Quarter;  thence
Northerly along West line of Northeast Quarter, 641.32 feet to point of
beginning.

OWNERS:

        PANKONIEN, Herman C. (hus)

        PANKONIEN, Alma C. (wife)


Parcel:  93W-8-37

The Northeast Quarter of the Northwest Quarter of Section Eight (8), Town-
ship Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

OWNERS:

        BUCKLEY, William A. (hus)

        BUCKLEY,  Eileen S. (wife)

        BANK OF AMERICA (TDTr)

        TRAYLOR, Wilfred L. (hus)(TDBen)

        TRAYLOR, Laura Howell (wife)(TDBen)

        GALLACHER, Margaret Laurette Eachel,
          Trustee of Estate of Margaret Laura
          Eachel, dec'd.  (TDBen)

2357

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-8-38

That portion of the North Half of the North Half of the Northeast Quarter
of Section Eight (8), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  Beginning at the Northwest Corner of said
Northeast Quarter, thence Southerly along West line of said Northeast
Quarter, 641.31 feet to South line of said North Half of the North Half;
thence North 88°41'40" East, 789.28 feet;  thence North 28°31'55" West,
350.16 feet;  thence North 42°22' East, 464.97 feet to North line of
said Northeast Quarter;  thence South 88°18'40" West along said North
line 951.46 feet to point of beginning.

OWNERS:

> BENNETT, Samuel W. (hus)
>
> BENNETT, Mary Stockdale (wife)

Parcel:  94W-10-39

That portion of Lot One (1), Section Ten (10), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, described as follows:  Beginning at the
Southeast Corner of said Lot One (1);  thence Westerly along South line
thereof 484.81 feet;  thence North 50°33'10" West 65.75 feet to beginning
of 300 foot radius curve concave Southwesterly;  thence Northwesterly along
said curve 83.43 feet;  thence North 66°29'10" West 89.08 feet to beginning
of 150 foot radius curve concave Northeasterly;  thence Northwesterly
along said curve 76.67 feet;  thence North 39°29'40" West 80.91 feet to
beginning of 200 foot radius curve Southwesterly;  thence Northwesterly
along said curve 176.22 feet;  thence North 89°59'40" West 31.31 feet;
thence North 05°21'10" East 1114.78 feet to a point on North line of
said Lot One (1) distant South 87°55'19" East 316 feet from the Northwest
Corner thereof;  thence East along said North line to Northeast Corner

-27-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 94W-10-39 Continued

of said Lot One (1);  thence Southerly along East line thereof

to point of beginning.

OWNERS:

POWELL, William C.

POWELL, Frances L.

Parcel: 93W-4-40

That portion of the Southwest Quarter of the Southwest Quarter

of Section Four (4), Township Nine (9) South, Range Three (3)

West, San Bernardino Base and Meridian, in the County of San

Diego, State of California, described as follows: Beginning at

the Southeast Corner of said Southwest Quarter of the Southwest

Quarter;  thence North $36^{\circ}38'40''$ West, 615.69 feet;  thence

North $60^{\circ}44'20''$ East 212.92 feet;  thence North $14^{\circ}18'30''$ East

218.28 feet;  thence North $34^{\circ}03'$ East 276.71 feet to the East

line of the Southwest Quarter of the Southwest Quarter;  thence

South $01^{\circ}29'50''$ West, 1059.22 feet to point of beginning.

OWNERS:

SINGLETON, Louis J. (m/m)

Parcel: 94W-10-41

Lot Four (4), Section Ten (10), Township Nine (9) South, Range

Four (4) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California, and that portion of Lot One

(1), said Section Ten (10), lying Southerly of a line described

as follows: Beginning at a point on the Southerly line of said

Lot One (1), distant North $87^{\circ}55'19''$ West 484.81 feet from the

Southeast Corner of Lot One (1);  thence North $50^{\circ}33'10''$ West

65.75 feet to beginning of 300 foot curve concave Southwesterly;

-28-

Santa Margarita River Watershed Below Temecula Gorge and Above Deluz

Creek Confluence

Parcel:  94W-10-41 Continued

thence Northwesterly along said curve 83.43 feet;  thence North
66°29'10" West 88.08 feet to beginning of 150 foot radius curve
concave Northeasterly;  thence Northwesterly along said curve
76.67 feet;  thence North 39°29'40" West 80.91 feet to beginning
of 200 foot radius curve Southwesterly;  thence Northwesterly
along said curve 176.22 feet;  thence North 89°59'40" West, 136.19
feet to beginning of 500 foot radius curve to the left;  thence
along said curve 133 feet;  thence South 74°43'50" West 86.52
feet to Westerly line of said Lot One (1).

OWNERS:

POWER, Roscoe M.

POWER, Barbara E.

Parcel:  94W-10-41A

That portion of Lot One (1), Section Ten (10), Township Nine (9)
South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, described as
follows:  Beginning at the Northwest Corner of said Lot One (1);
thence South 87°55'19" East along North line thereof 316 feet;
thence South 05°21'10" West 1114.78 feet;  thence North 89°59'40"
West 104.88 feet;  thence Westerly along 500 foot radius curve to the
left 133.44 feet;  thence South 74°43'50" West 86.52 feet to Westerly
line of said Lot One (1);  thence along said Westerly line North
05°22'51" East 1166.96 feet to point of beginning.

OWNERS:

ROBERTS, M. J.

ROBERTS, Evelyn

-28A-

2360

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-4-42

That portion of the Southwest Quarter of the Southwest Quarter of Section
Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the
Southwest Quarter;  thence North 89°58'40" West along South line thereof 660
feet;  thence North 01°29'50" East, 306.91 feet;  thence North 57°32'42"
East, 80.63 feet;  thence North 54°27' East 177.93 feet;  thence North
60°44'20" East, 82.17 feet;  thence South 36°38'40" East, 615.69 feet to
point of beginning.

OWNERS:

SMITH, Roy L  (s/m)


Parcel: 93W-5-43

That portion of the South Half of the Southeast Quarter of Section Five (5),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  Beginning at a point in North line of the South Half of the
Southeast Quarter, distant South 89°25'50" West 134.32 feet from the North-
east Corner of the South Half of the Southeast Quarter;  thence Westerly
along said North line 741.21 feet;  thence South 33°40' East, 723.04 feet;
thence South 80°01'50" East, 82.86 feet;  thence South 82°44'35" East 298.85
feet;  thence North 58°51'25" East 205.60 feet;  thence North 52°12' East,
182.11 feet;  thence North 42°07'05" East, 109.18 feet;  thence North 11°49'
West, 490.42 feet to point of beginning.

OWNERS:

LYTHNER, Carolina J. (widow)

CREGO, Thomas H. (hus)

CREGO, Dora M. (wife)

-29-

2361

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-5-44

That portion of the South Half of the Southeast Quarter of Section Five
(5), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described
as follows: Beginning at the Southwest Corner of said South Half of the
Southeast Quarter, thence along South line thereof North 88°18'40" East,
951.46 feet; thence North 42°22' East, 947.28; thence South 80°01'50"
East, 415.95 feet; thence North 5°33'40" West, 723.04 feet to North line
of said South Half; thence South 89°25'50" West along said North line, 1888.61
feet to Northwest Corner of said South Half; thence along West line of said
Southeast Quarter, South 01°44'25" West, 1359.05 feet to point of beginning.

OWNERS:

      PANKONIEN, Herman C. (hus)

      PANKONIEN, Alma C. (wife)

      HELMS, Edward G. (hus)

      HELMS, Lottie L. (wife)

      MELONE, Earl T. (hus)(TDBen)

      MELONE, Marion E. (wife)(TDBen)

      BANK OF AMERICA (TDTr)

Parcel: 93W-5&6-45

The Southeast Quarter of the Southwest Quarter of Section Five (5), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California. Also that portion of the West
Half of the Southwest Quarter of said Section Five (5), and the Northeast
Quarter of the Southeast Quarter of Section Six (6), said Township and Range,
described as follows: Beginning at the Southwest Corner of the Northwest
Quarter of the Southwest Quarter of said Section Five (5), thence along South
line of said Northwest Quarter of the Southwest Quarter, South 88°49'37" East,
250 feet; thence North 22°17' East 452.48 feet; thence North 1°38' East,
245.28 feet; thence North 9°12'30" West, 147.83 feet; thence North 21°19'
West 100 feet; thence North 50°53' West, 100 feet; thence North 65°18'30"

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-5&6-45 Continued

West, 100 feet;  thence South $84^\circ39'$ West, 100 feet;  thence South $51^\circ12''$ West, 112.28 feet;  thence South $29^\circ56'30''$ West, 26.64 feet;  thence North $88^\circ17'$ West, 231.40 feet;  thence North $5^\circ11'20''$ East to North line of said Southeast Quarter of Section Six;  thence Easterly along said North line to Quarter Section Corner common to said Sections Five (5) and Six (6);  thence along North line of said Southwest Quarter of Section Five (5), South $89^\circ$ $25'02''$ East. 1344.99 feet to Northeast Corner of said West Half of the Southwest Quarter;  thence South $01^\circ17'17''$ West, 2690.18 feet to South line of Section Five (5);  thence along said South line, North $88^\circ13'10''$ West 1323.58 feet to Southeast Corner of Section Five (5);  thence along West line of Section Five (5), North $0^\circ49'50''$ East, 1331.12 feet to point of beginning.

OWNERS:

GAVILAN DEVELOPMENT CORP.

HAYES, Joseph H. (hus)(TDBen)

HAYES, Lydia C. (wife)(TDBen)

BANK OF AMERICA (TDTr)


Parcel: 93W-5-46

The Northeast Quarter of the Southwest Quarter; and the South Half of the Southwest Quarter of the Northwest Quarter of Section Five (5), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

RUZICKA, Victor S. (hus)

RUZICKA, Frances (wife)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

MARSHALL, John W. (widower)(TDBen)

2363

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-5-47

The Northwest Quarter of the Southeast Quarter of Section Five (5),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

OWNERS:

RUZICKA, Elmer V. (hus)

RUZICKA, Gloria (wife)

RUZICKA, Stanley O. (hus)

RUZICKA, Judith A. (wife)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

MARSHALL, John W. (widower)(TDBen)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

RUZICKA, Victor S. (hus)(TDBen)

RUZICKA, Frances (wife)(TDBen)

Parcel:  93W-4&5-48

The Southwest Quarter of the Northwest Quarter of Section Four (4),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California. EXCEPT
THAT PORTION DESCRIBED AS FOLLOWS:  Beginning at the Southeast Corner
of the Southwest Quarter of the Northwest Quarter;  thence along South
line of said Southwest Quarter, South 89°03' West, 219.24 feet;  thence
North 27°55'05" East, 492.27 feet to East line of said Southwest Quarter;
thence South 1°29'50" West, 431.49 feet to point of beginning.  Also,
the Northeast Quarter of the Southeast Quarter, and the South Half of
the Southeast Quarter of the Northeast Quarter of Section Five (5),
said Township and Range.

OWNERS:

DOEHRING, Paul C., Jr., (m/m-sep.prop)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

-32-

2364

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

And Above Deluz Creek Confluence

Parcel:   93W-4&5-48 Continued

        MARSHALL, John W. (widower)(TDBen)

        SECURITY FIRST NATIONAL BANK OF LOS ANGELES (2nd TDTr)

        RUZICKA, Victor S. (hus)(TDBen)

        RUZICKA, Frances (wife)(TDBen)

Parcel:   93W-5-49

The North Half of the Southeast Quarter of the Northwest Quarter;

and the Southwest Quarter of the Northeast Quarter; and the North

Half of the Southeast Quarter of the Northeast Quarter of Section

Five (5), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California.

OWNERS:

        CLEM, Richard T. (hus)

        CLEM, Catherine B. (wife)

        SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

        MARSHALL, John W. (widower)(TDBen)

        SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

        RUZICKA, Victor S. (hus)(TDBen)

        RUZICKA, Frances (wife)(TDBen)

Parcel:   93W-5-50

Lots Two and Three (2&3), (being the Northwest Quarter of the Northeast Quar-

ter and the Northeast Quarter of the Northwest Quarter), of Section Five

(5), Township Nine (9) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California.

OWNERS:

        HARMON, Bryant M. (hus)

        HARMON, S. Jane (wife)

        SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

        MARSHALL, John W. (widower)(TDBen)

2365

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-5-50 Continued

>           SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

>           RUZICKA, Victor S. (hus)(TDBen)

>           RUZICKA, Frances (wife)(TDBen)

Parcel:  83W-32-51

The Southwest Quarter of the Southeast Quarter of Section Thirty-two (32),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

>           HARMON, Dorothy (s/w)

>           SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

>           RUZICKA, Victor S. (hus)(TDBen)

>           RUZICKA, Frances (wife)(TDBen)

>           MARSHALL, John W. (widower)(TDBen)

Parcel:  93W-4&5-52

Lot Four (4) (being the Northwest Quarter of the Northwest Quarter) of
Section Four (4), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of
California;  Also, Lot One (1) (being the Northeast Quarter of the North-
east Quarter) of Section Five (5), said Township and Range.

OWNERS:

>           BLEIMAN, Henry (hus)

>           BLEIMAN, Dinah (wife)

>           SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

>           MARSHALL, John T. (widower)(TDBen)

>           SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

>           RUZICKA, Victor S. (hus)(TDBen)

>           RUZICKA, Frances (wife)(TDBen)

-34-

2366

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

Parcel: 83W-32-53

The Southeast Quarter of the Southeast Quarter of Section Thirty-two (32),

Township Eight (8) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:

CONKLE, Phillip M. (hus)

CONKLE, Elda W. (wife)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

RUZICKA, Victor S. (hus)(TDBen)

RUZICKA, Frances (wife)(TDBen)

MARSHALL, John W. (widower)(TDBen)


Parcel: 83W-29,31,32&33-54

Lots One (1) and Two (2),(being entire fractional Section) of Section

Twenty-nine (29), Township Eight (8) South, Range Three (3) West, San

Bernardino Base and Meridian, in the County of Riverside, State of

California;  Also, the Northeast Quarter of the Southeast Quarter of

Section Thirty-one (31), said Township and Range;  Also, Lots One (1)

and Two (2), (being the North Half of Fractional Northwest Quarter);

the South Half of the Northwest Quarter;  the North Half of the South-

east Quarter; the North Half of the Southwest Quarter, and the North-

east Quarter of Section Thirty-two (32), said Township and Range;  Also,

the North Half of the Northwest Quarter of Section Thirty-three (33),

said Township and Range.

OWNERS:

STARK & CHAMPLIN, a partnership

CHAMPLIN, Malcolm M. (hus)

CHAMPLIN, Virginia P (wife)

STARK, Franklin C. (hus)

STARK, Alice C. (wife)


-35-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-33&34-55

The Northwest Quarter of the Southeast Quarter;  the South Half of the Southeast Quarter, and the South Half of the Southwest Quarter of Section Thirty-three (33), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the Southwest Quarter of the Southwest Quarter of Section Thirty-four (34), said Township and Range.

OWNERS:

HENDERSON, Max M. (hus)

HENDERSON, Aurelie S. (wife)

Parcel:  93W-4&5-56

That portion of the West Half of the Southwest Quarter of Section Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California; and the Southeast Quarter of the Southeast Quarter of Section Five (5), said Township and Range, described as follows:  Beginning at the Northwest Corner of the Southwest Quarter of said Section Four (4); thence North 89°03' East, 1136.50 feet;  thence South 27°55'05" West, 159.89 feet;  thence South 17°36'30" East, 213.45 feet;  thence South 24°47'10" West, 313.41 feet;  thence South 42°45'25" East 252.40 feet; thence South 32°44'40" West, 594.73 feet;  thence South 68°13'10" West, 807.47 feet;  thence South 42°07'05" West, 291.76 feet;  thence North 11°49' West, 490.42 feet;  thence North 89°25'50" East, 134.32 feet to Northeast Corner of the Southeast Quarter of the Southeast Quarter of Section Five (5);  thence North 01°06'40" East, 1303.27 feet to point of beginning.

OWNERS:

JONES, Alex N. (hus)

JONES, Marilyn M. (wife)

-36-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:   93W-485-56 Continued

        JEFFRIES, George T. (hus)

        JEFFRIES, Eleanor (wife)

        BANK OF AMERICA (TDTr)

        ROBECHAUD, Gerald C. (hus)(TDBen)

        ROBECHAUD, Ruth E. (wife)(TDBen)

        WANETICK, Israel (hus)(TDBen)

        WANETICK, Rose (wife)(TDBen)

        PORTENY, Jaime (hus)(TDBen)

        PORTENY, Tillie (wife)(TDBen)

Parcel:  83W-34-57

    The East Half of the Northeast Quarter of the Northwest Quarter of the
    Southeast Quarter of Section Thirty-four (34), Township Eight (8) South,
    Range Three (3) West, San Bernardino Base and Meridian, in the County of
    Riverside, State of California.

    OWNERS:

        TODD, Wallace M.

        TODD, LaDoria M.

Parcel:  83W-31-58

    The Southwest Quarter of the Northeast Quarter of Section Thirty-one (31),
    Township Eight (8) South, Range Three (3) West, San Bernardino Base and
    Meridian, in the County of Riverside, State of California.

    OWNERS:

        FRAKES, Dwight R. (m/m)

        FRAKES, Josephine

-37-

2369

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  83W-31-59

The Southeast Quarter of the Northeast Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

GOODWIN, Edward H. (m/m sep.prop)

Parcel:  83W-31 & 93W-6 - 60

~~The West Half of the Southeast Quarter;~~ ~~the South Half of the South~~
west Quarter;  the Northeast Quarter of the Southwest Quarter; and
the Southeast Quarter of the Northwest Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California
EXCEPT the ~~Westerly 165 feet of the Northeast Quarter of the South~~
~~west Quarter~~.  Also, Lots Two (2), Three (3), Five (5), Six (6) and
Seven (7), and the Southeast Quarter of the Northwest Quarter of
Section Six (6), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of
California EXCEPT therefrom that portion of Lot Seven (7) described
as follows:  Beginning at the Southwest Corner of said Lot Seven (7)
(being the Southwest Quarter of the Southwest Quarter of said Section
Six (6));  thence Northerly along West line of said Lot Seven (7),
215.84 feet;  thence North 44°18'40" East, 1103.01 feet;  thence North
83°02'35" East, 588.21 feet to East line of said Lot Seven (7);  thence
Southerly along said East line 1090.0 feet to the Southeast Corner of
said Lot Seven (7);  thence along Southerly line thereof 1327.97 feet
to point of beginning.

OWNERS:

SAWDAY, Charles F. (hus)

SAWDAY, Ruth Cornell (wife)

CAREY, Arthur W. (hus)

-38-

2370

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-31 & 93W-6 - 60 Continued

    CAREY, Inez Wagner (wife)

    GOODWIN, Ewart W. (hus)

    GOODWIN, Mary Alice (wife)

    BRADSHAW, Paul D. (hus)

    BRADSHAW, Margaret (wife)

    CONNECTICUT MUTUAL LIFE INSURANCE CO (TDBen)

    SOUTHERN TITLE & TRUST CO (TDTr)

Parcel: 83W-31-61

The South Ten acres of Lot Three (3), (being the South Half of the South
Half of the Northeast Quarter of the Northwest Quarter), of Section Thirty-
one (31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    DI SILVESTRO, I. (s/m)

    LONG, C. R. (m/m)

Parcel: 83W-31-62

The East Half of the North Half of the South Half of Government Lot Three
(3), (being the Northeast Quarter of the Northwest Quarter), of Section
Thirty-one (31), Township Eight (8) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

    CASERTA, Anna (m/w)

Parcel: 83W-31-63

The East Half of the North Half of the Northeast Quarter of the Northwest
Quarter of Section Thirty-one (31), Township Eight (8) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

-39-

2371

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-31-63 Continued

OWNERS:

IVEY, W. H. (m/m)

Parcel: 83W-31-64

The Northwest Quarter of Government Lot Three (3) of Section Thirty-one (31), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BIECK, Elmer P (hus)

BIECK, Grace E. (wife)

Parcel: 83W-31-65

The West Half of the North Half of the South Half of Government Lot Three (3) of Section Thirty-one (31), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SHAFER, Madelyn (s/w)

Parcel: 83W-30&31, 8W-25-66

Lot One (1), Section Thirty (30), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, Lots Four (4) and Five (5), (being the Northwest Quarter of the Northwest Quarter, and the Southwest Quarter of the Northwest Quarter) of Section Thirty-one (31), said Township and Range. Also, Lots One (1), Two (2), Three (3), Four (4), Five (5) and the South Half of the Southwest Quarter of Section Twenty-five (25), Township Eight (8) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

-40-

2372

<u>Santa Margarita River Watershed Below Temecula Gorge</u>
<u>And Above Delux Creek Confluence</u>

Parcel: <u>83W-30 & 31 - 66</u>

    Lot One (1), Section Thirty (30), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California. Also, Lots Four (4) and Five (5),
(being the Northwest Quarter of the Northwest Quarter, and the South-
west Quarter of the Northwest Quarter) of Section Thirty-one (31),
said Township and Range.

OWNERS:

    LEISSNER, Richard

    LEISSNER, Faith

Parcel: <u>84W-25-66A</u>

    Lots One (1), Two (2), Four (4), Five (5), and the South Half of
the Southwest Quarter of Section Twenty-five (25), Township Eight
(8) South, Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

    YACKEY, George F.

    YACKEY, Alma H.

Parcel: <u>84W-25-66B</u>

    Lot Three (3), Section Twenty-five (25), Township Eight (8) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

    MARCHANT, John

    MARCHANT, Mignon C.

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

~~Parcel: 83W-30-31, 84W-25-66 Continued~~

OWNERS:

MARCHANT, John (hus)

MARCHANT, Mignon C. (wife)

Parcel: 83W-31-67

Government Lot Six (6) and the Westerly 165 feet of the Northeast Quarter
of the Southwest Quarter of Section Thirty-one (31), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

SHIPPEE, Shirley R. (hus)

SHIPPEE, Kathryn E. (wife)

BANK OF AMERICA (TDTr)

~~FAULKNER, Raymond (TDBen)~~

Parcel: 84W-26-68

Fractional Southeast Quarter of the Northeast Quarter; Fractional South-
west Quarter of the Northeast Quarter; and the North Half of the Southeast
Quarter of Section Twenty-six (26), Township Eight (8) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

SILVA, Alfred W. (hus)

SILVA, Isaura M. (wife)

BANK OF AMERICA (TDTr)

HALLER, Raymond J. (s/m)(TDBen)

-41-

2374

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  84W-26-69

The South Half of the Northwest Quarter and the North Half of the South-
west Quarter of Section Twenty-six (26), Township Eight (8) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

DODGE, Mildred E. (sep prop)

FARMERS & MERCHANTS TRUST CO OF LONG BEACH (TDTr)

DOVILLE, Laura (wife)(TDBen)

DOVILLE, Paul (hus)(TDBen)

Parcel:  84W-26-70

Lots Three (3) and Four (4), Section Twenty-six (26), Township Eight
(8) South, Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

CARTER, Allan Ray (s/m)

~~Parcel:  84W-36-71~~

Section Thirty-six (36), Township Eight (8) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California, EXCEPT for that portion of the Southerly Half, described as
follows:  Beginning at a point in the South line of said Section, dis-
tant 1779.85 feet Westerly from the Southeast Corner of said Section
Thirty-six (36);  thence North 27°08'35" West, 84.65 feet;  thence
North 15°52'25" West, 949.59 feet;  thence North 11°41' East, 336.27
feet;  thence North 13°13' West, 218.75 feet;  thence South 45°33'40"
West, 318.25 feet;  thence North 81°24'30" West, 370.79 feet;  thence
North 33°17' West, 501.44 feet;  thence South 89°22'25" West, 426.37
~~feet;  thence South 64°20'15" East, 327.49 feet;  thence South 89°46'50"~~

-42-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

~~Parcel: 8WW-36-71 Continued~~

East, 1279.37 feet to said South line of said Section; thence Easterly

along said South line 693.50 feet to point of beginning.

OWNERS:

TAYLOR, Millicent Y. (widow)

BANK OF AMERICA (TDTr)

~~HANSEN, Alex F. decld.; Heirs or devisees (TDTee)~~

Parcel: 9&W-1&2-72

Lots Three (3) and Four (4), Section One (1), Township Nine (9) South,

Range Four (4) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California. Also, Lots One (1) and Two (2),

Section Two (2), said Township and Range.

OWNERS:

WILDIN, William H.

LUBIC, Frank J.

GUTHRIE, Suzanne

CALKINS, Leon Clifton

Parcel: 9&W-1-73

The South Half of the Northwest Quarter of Section One (1), Township

Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California, EXCEPT that portion

described as follows: Beginning at the Southeast Corner of said South

Half of the Northwest Quarter; thence South 89°56'32" West along South

line thereof 660 feet; thence North 1°41'44" East, 600 feet; thence

North 89°56'32" East, 660 feet to East line of said Northwest Quarter;

thence South 1°41'44" West, 600 feet to point of beginning.

OWNERS:

DAY, John W.

-43-

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

Parcel:  <u>84W-35 & 94W-2&3-74</u>

The South Half of the Southwest Quarter, and the Southwest Quarter of the
Southeast Quarter of Section Thirty-five (35), Township Eight (8) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.  Also, the West Half;and the South Half
of the Northeast Quarter of Section Two (2), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California  Also, the Northeast Quarter of the South-
east Quarter of Section Three (3), Township Nine (9) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of San Diegi, State
of California

<u>OWNERS:</u>

      BAKER  Robert Hammond (hus)

      BAKER  Ethel D. (wife)

      OCEANSIDE FINANCE COMPANY (TDTr)

      OCEANSIDE FEDERAL SAVINGS & LOAN ASSOCIATION (TDBen)

Parcel:  <u>94W-2-75</u>

The West Half of the Southeast Quarter of Section Two (2), Township Nine
(9) South, Range Four (4) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California

<u>OWNERS:</u>

      HOVELMAN, Joseph W.

      HOVELMAN, Grace E.

Parcel:  <u>94W-1,2&12-76</u>

The East Half of the Southeast Quarter of Section Two (2), Township Nine
(9) South, Range Four (4) West, San Bernardino Base & Meridian, in the
County of San Diego, State of California.  Also, the Southwest Quarter of
Section One, said Township and Range, EXCEPT that portion described as

2377

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

Parcel: 9⅘W-1,2&12-76 Continued

follows: Beginning at the Northeast Corner of said Southwest Quarter; thence along Northerly line thereof South 89°56'32" West 660 feet; thence South 1°41'44" West, 529.16 feet; thence North 89°56'32" East, 660 feet to West line of said Southwest Quarter; thence North 1°41'44" East, 529.16 feet to point of beginning Also, the Southwest Quarter of the Southeast Quarter of Section One (1), said Township and Range. EXCEPT the Easterly 250 feet thereof. Also, the North Half of the Northwest Quarter of Section Twelve (12), said Township and Range, EXCEPT the Southwest Quarter of the Northeast Quarter of the said Northwest Quarter; Also the Southeast Quarter of the Northwest Quarter of said Section Twelve (12)

OWNERS:

BUCKNER, Wilbur G. (hus)

BUCKNER, Beulah E (wife)

Parcel: 9⅘W-1-77

The East Half of the Northeast Quarter of Section One (1), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California EXCEPT that portion conveyed to Fallbrook Public Utility District described as follows: Beginning at the Southwest Corner of said East Half of the Northeast Quarter; thence along South line thereof North 89°56'32" East, 631.27 feet; thence North 09°33'45" West 314.65 feet; thence North 36°19'10" West, 341.32 feet; thence North 01°04'30" East, 194.48 feet; thence North 85°20'50" East, 230.10 feet; thence North 21°45'05" West, 200.30 feet; thence North 33°34'40" West, 263.06 feet; thence South 89°17'05" West, 181.60 feet; thence North 50°31'50" West, 175.09 feet; thence North 47°51'30" East, 312.45 feet; thence North 52°06'05" East, 143.82 feet; thence South 87°47'30" East, 126.29 feet; thence North 07°41' East, 174.46 feet; thence North 29°51' East, 107.98 feet; thence North 60°59'35" East, 220.51 feet; thence North 69°08'40"

-45-

2379

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:   93W-1-77  Continued

East, 273.77 feet;  thence North 37°02'05" East, 511.25 feet;  thence North

22°40'05" East, 82.74 feet to East line of said Northeast Quarter;  thence

North 02°37'40" East along said East line, 364.29 feet to the Northeast Corner

of said Northeast Quarter;  thence South 54°56'25" West, 665.40 feet;  thence

North 88°28'45" West, 215.87 feet;  thence North 27°08'35" West, 405.85 feet

to North line of said Northeast Quarter;  thence South 88°52'34" West along

said North line 374.09 feet to the Northwest Corner of said East Half of

the Northeast Quarter;  thence South 02°10'15" West along West line of said

East Half, 2902.35 feet to point of beginning.  Also, the North Half of the

Southeast Quarter of said Section One (1) EXCEPT that portion conveyed to

Fallbrook Public Utility District, described as follows:  Beginning at the

Northeast Corner of said Southeast Quarter;  thence South 02°37'40" West

along East line of said Southeast Quarter, 225.23 feet;  thence South 24°

35'40" West, 1090.44 feet;  thence North 15°09' West, 524.58 feet;  thence

North 05°24'20" West, 398.15 feet;  thence North 48°36' East, 474.09 feet

to North line of the North Half of the Southeast Quarter;  thence North

89°56'32" East along said North line 262.21 feet to point of beginning .

OWNERS:

       SILL, Charles F.  (hus)

       SILL, Pauline H  (wife)


Parcel:   93W-6-78

Lot Four (4) (being the Northwest Quarter of the Northwest Quarter) of

Section Six, Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California

OWNERS:

       MASON, Roland G  (hus)

       MASON, Marion R.  (wife)

       BANK OF AMERICA (TDrs)

Santa Margarita River Watershed Below Temecula

Gorge And Above Deluz Creek Confluence

~~Parcel:  93W-6-78 Continued~~

TIPTON, Everett H. (hus)(TDBen)

~~TIPTON, Alpha B. (wife)(TDBen)~~

Parcel:  93W-6-79

The Northeast Quarter of the Southwest Quarter of Section Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.  Also, that portion of the Northwest Quarter of the Southeast Quarter of said Section Six (6) lying Westerly of the center line of presently traveled road located within said Northwest Quarter of the Southeast Quarter as said road existed on Sept. 13, 1956, EXCEPTING that portion of said Northwest Quarter of the Southeast Quarter conveyed to the Fallbrook Public Utility District lying Westerly of said road, the portion so conveyed being described as follows:  Beginning at the Southwest Corner of said Northwest Quarter of the Southeast Quarter;  thence North 32°36' East, 86.33 feet;  thence North 52°53'20" East, 193.29 feet;  thence South 83°26'35" East, 708.45 feet;  thence South 30°24'45" West to South line of said Northwest Quarter of the Southeast Quarter;  thence Westerly along said South line to point of beginning.

OWNERS:

QUA, Wallace C  (hus)

QUA, Dorothy Chandler (wife)

CHANDLER, Lyndol E  (hus)

CHANDLER, Margaret H  (wife)

SANTA MARGARITA RIVER WATERSHED BELOW TEMECULA GORGE

AND ABOVE DELUZ CREEK CONFLUENCE

Parcel:  94W-11-80

Par. 1.  That portion of Section Eleven (11), Township Nine (9)
South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, lying Northerly
of County Road Survey 130 (being a 40 foot road  the center line
of which is described as follows:  Beginning at a point on the
West line of said Section Eleven (11), 188.52 feet Northerly from
the Southwest Corner thereof;  thence South $42^\circ56'40''$ East, 119.68 feet;
thence along curve concave Northerly having a radius of 200 feet, a
distance of 201.20 feet;  thence North $79^\circ25'$ East, 358.75 feet;
thence along curve concave Northwesterly having a radius of 500
feet, a distance of 140.11 feet;  thence North $63^\circ21'40''$ East, 73.88 feet;
thence along curve concave Southerly having a radius of 100 feet, a
distance of 79.14 feet;  thence South $71^\circ17'50''$ East 189.41 feet;
thence along curve concave Southwesterly having a radius of 120 feet
a distance of 118.14 feet;  thence South $14^\circ53'30''$ East 628.37 feet;
thence along curve concave Northerly having a radius of 50 feet,
a distance of 88.18 feet;  thence North $64^\circ04'30''$ East 254.68 feet;
thence along curve concave Southerly having a radius of 150 feet,
a distance of 103.86 feet;  thence South $75^\circ51'40''$ East 230.95 feet
to end of survey) and Westerly and Northwesterly of Center Line of
Harris Spur Truck Trail as per deed 120676 recorded in Book 6236,
Page 157, Official Records, County of San Diego.  EXCEPT therefrom
the Northwest Quarter of the Northwest Quarter of said Section
Eleven (11)

Par. 2.  That portion of said Section Eleven (11) lying Easterly
and Southeasterly of Center Line of Harris Spur Truck Trail as
per deed 120676 recorded in Book 6236, page 157, Official Records
County of San Diego, and Easterly of a line which begins at a point
on Southerly line of said Section Eleven (11) and runs thence North
$02^\circ26'20''$ West 491.07 feet to end of County Road Survey 130, EXCEPT-
ING therefrom that portion of the Northeast Quarter of the Southeast

-48-

**Santa Margarita River Watershed Below Temecula Gorge**

**And Above Deluz Creek Confluence**

Parcel:  94W-11-80 Continued:

Quarter of Section Eleven (11) described as follows:  Beginning at
the Southeast Corner of Section Eleven (11);  thence Westerly along
Southerly line 1245.72 feet;  thence Northerly parallel with West
line of the Northeast Quarter of the Southeast Quarter to North
line of said Northeast Quarter of the Southeast Quarter;  thence
Easterly along said North line 1220 feet more or less to East line
thereof;  thence Southerly along said East line to point of be-
ginning.

OWNERS:

CLARK, Jean H.

CLARK, Mildred C.


Parcel:  94W-11-81

The Northwest Quarter of the Northwest Quarter of Section Eleven
(11), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

OWNERS:

GATES, Raymond D.

GATES, Patricia A.


Parcel:  94W-3&10-82

Fractional Section Three (3), Township Nine (9) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of San
Diego, State of California, EXCEPT the Northeast Quarter of the
Southeast Quarter thereof.  Also, Lots Two (2) and Three (3), Sec-
tion Ten (10), said Township and Range.

OWNERS:

GILLETT, Daun I. (hus)

GILLETT, Dorothy D. (wife)

2382

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  94W-11-83

That portion of Section Eleven (11), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California lying Southerly of
County Road Survey 130 (being a 40 foot road, the center line of
which is described as follows:  Beginning at a point on the
West line of Section Eleven (11), 188.52 feet Northerly from the
Southwest Corner thereof;  thence South $42^\circ 56'40''$ East 119.68 feet;
thence along curve concave Northerly having a radius of 200 feet
a distance of 201.20 feet;  thence North $79^\circ 25'$ East 358.75 feet;
thence along a curve concave Northwesterly, having a radius of
500 feet, a distance of 140.11 feet;  thence North $63^\circ 21'40''$ East
73.88 feet;  thence along curve concave Southerly having a radius
of 100 feet, a distance of 79.14 feet;  thence South $71^\circ 17'50''$
East, 189.41 feet;  thence along curve concave Southwesterly having
a radius of 120 feet, a distance of 128.14 feet; thence South
$14^\circ 53'30''$ East 628.37 feet;  thence along curve concave Northerly
having a radius of 50 feet, a distance of 88.18 feet;  thence
North $04^\circ 05'30''$ East 254.68 feet;  thence along curve concave
Southerly having a radius of 150 feet a distance of 103.86 feet;
thence South $75^\circ 51'40''$ East 230.95 feet to end of survey) and
Westerly of a line which begins at a point on Southerly line of
Section Eleven (11), distant thereon 267 feet East from Corner
No. 62 of Rancho Santa Margarita y Las Flores and runs thence
North $02^\circ 26'20''$ East 491.07 feet to end of County Road Survey 130.

OWNERS:

CATRON, Kenneth C.

CATRON, Margaret W.

-49A-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 94W-11-84

That portion of Section Eleven (11), Township Nine (9) South, Range
Four (4) West, San Diego Base and Meridian, in the County of San
Diego, State of California, described as follows:  Beginning at
the Southeast Corner of Fractional Section Eleven (11),  thence
Westerly along Southerly line thereof 1245.72 feet;  thence North-
erly parallel with West line of the Northeast Quarter of the South-
east Quarter to North line of said Northeast Quarter of the South-
east Quarter;  thence Easterly along Northerly line thereof 1220
feet more or less to East line thereof;  thence Southerly along
East line to point of beginning.

OWNERS:

SCHIER, Samuel S.

2384

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 94W-12-85

The Southwest Quarter of the Northwest Quarter, and Lot Three (3) of Section

Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California.

OWNERS:

SCHIEK, Samuel S.


Parcel: 94W-12-86

The Southwest Quarter of the Northeast Quarter of the Northwest Quarter of

Section Twelve (12), Township Nine (9) South, Range Four (4) West, San

Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

DAY, John W


Parcel: 94W-12-87

Lot Two (2), Section Twelve (12), Township Nine (9) South, Range Four (4)

West, San Bernardino Base and Meridian, in the County of San Diego, State

of California;  Also, the Southerly 20 feet of the Westerly 104 feet of the

Southeast Quarter of the Northeast Quarter of said Section Twelve (12).

OWNERS:

BRAY, Richard (hus)

BRAY, Cora B. (wife)


Parcel: 94W-12-88

The Northwest Quarter of the Southeast Quarter; and the Southwest Quarter

of the Northeast Quarter of Section Twelve (12), Township Nine (9) South,

Range Four (4) West, San Bernardino Base and Meridian, in the County of

San Diego, State of California.

OWNERS:

WAGENAAR, John L  (hus)

WAGENAAR, Mary Agenes (wife)

2385

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 94W-12-88 Continued

TITLE INSURANCE AND TRUST COMPANY (TDTr)

WAGENAAR, Gerardus (TDBen)

Parcel: 94W-12-89

All of the Southeast Quarter of the Southwest Quarter of Section Twelve (12)
Township Nine (9) South, Range Four (4) West, San Bernardino Base and Merid-
ian, in the County of San Diego, State of California, lying Easterly of the
U. S. Naval Reservation (formerly the Rancho Santa Margarita y Las Flores).
Also, all of the South Half of the Southeast Quarter, and all of the North-
east Quarter of the Southeast Quarter of said Section Twelve (12), EXCEPTING
therefrom that portion conveyed to Fallbrook Public Utility District by deed
recorded in Book 6170 at page 149, Official Records of San Diego County,
described as follows:  Beginning at the Northeast Corner of the Northeast
Quarter of the Southeast Quarter of said Section Twelve (12);  thence South
$88^{\circ}25'50''$ West  962.84 feet;  thence South $48^{\circ}41'20''$ East, 522.33 feet;
thence South $45^{\circ}25'50''$ East, 86.47 feet;  thence South $31^{\circ}14'$ East, 72.30
feet;  thence South $85^{\circ}56'50''$ East, 415.84 feet;  thence North $6^{\circ}13'$ East
520.77 feet to the point of beginning.

OWNERS:

MOTT, Milton (hus)

MOTT, Edith (wf)

HILBERT, William R. (hus)

HILBERT, Lucile M. (wife)

BANK OF AMERICA (TDTr)

LEADBEATER, Mavis L. (formerly Mavis L. Mount) (TDBen)

Parcel: 94W-12-90

The South 417.42 feet of the West 313.06 feet of the Southeast Quarter
of the Northeast Quarter of Section Twelve (12), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of

-51-

?386

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

~~Parcel: 9lW-12-96 Continued~~

San Diego, State of California, EXCEPT the Southerly 20 feet of the Westerly

104 feet of the said Southeast Quarter of the Northeast Quarter.

OWNERS:

      TURNBULL, James O. (hus)

      TURNBULL, Betty Lucille (wife)

      BANK OF AMERICA (TDTr)

      BRAY, Richard (hus)(TDBen)

      ~~BRAY, Cora B (wife)(TDBen)~~


Parcel: 83W-31&32 & 93W-5&6- 91

The Southeast Quarter of the Southeast Quarter of Section Thirty-one (31),

Township Eight (8) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California. Also, the

Southwest Quarter of the Southwest Quarter of Section Thirty-two (32),

said Township and Range. Also that portion of Lot Four (4), (being the

Northwest Quarter of the Northwest Quarter) of Section Five (5). Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,

in the County of San Diego, State of California, described as follows:

Beginning at the Northwest Corner of Section Five (5); thence along West

line South $0°57'$ West, 437.75 feet; thence South $83°58'$ East, 1366.62

feet to East line of Lot Four (4); thence along said East line North

$1°20'40"$ East, 593.07 feet to Northeast Corner of Lot Four (4); thence

along North line of Lot Four (4) South $89°30'50"$ West, 1366.75 feet to

point of beginning. Also, that portion of Lot One (1), (being the North-

east quarter of the Northeast Quarter) of Section Six, said Township and

Range, described as follows: Beginning at the Northeast Corner of said

Lot One (1); thence along East line South $0°57'$ West, 437.75 feet;

thence North $83°58'$ West, 125.25 feet; thence parallel with East line of

Lot One (1), North $0°57'$ East. 423.50 feet to North line of Lot One (1);

thence along said North line North $89°31'20"$ East, 125.04 feet to point

of beginning.

2387

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W-31&32 & 93W-5&6 - 91 Continued

OWNERS:

        PATTON, Gerald R. (hus)

        PATTON, Blanche (wife)

        BANK OF AMERICA (TDTr)

        ADAMS, H. H. (m/m-sep.prop)(TDBen)

Parcel: 83W-32-92

The Southeast Quarter of the Southwest Quarter of Section Thirty-two (32),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

        RUZICKA, Elmer V. (hus)

        RUZICKA, Gloria (wife)

        RUZICKA, Stanley O (hus)

        RUZICKA, Judith A (wife)

        SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

        RUZICKA, Victor S. (hus)(TDBen)

        RUZICKA, Frances (wife)(TDBen)

        MARSHALL, John W (widower)(TDBen)

Parcel: 93W-5&6-93

That portion of Lot Four (4), (being the Northwest Quarter of the Northwest
Quarter), of Section Five (5), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  Beginning at a point in the West line of
Lot Four (4), distant South $0^{\circ}57'$ West, 437.75 feet from the Northwest
Corner of Lot Four (4);  thence continuing along said West line South $0^{\circ}57'$
West, 1093.92 feet to the Southwest Corner of Lot Four (4);  thence along
South line of Lot Four (4) North $89^{\circ}55'58''$ East, 130.02 feet;  thence North
$0^{\circ}57'$ East parallel with West line of Lot Four (4), 453.99 feet;  thence

-53-

2388

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-5&6-93 Continued

South 89°42'30" East, 88.67 feet;  thence North 42°03' East, 114.60 feet;
thence North 14°37'30" East, 279 09 feet;  thence North 14°11'20" East,
248.86 feet;  thence North 83°58' West. 415.85 feet to point of beginning.
Also, The East Half of Lot One (1), (being the Northeast Quarter of the North-
east Quarter) of Section Six (6), said Township and Range, EXCEPT that por-
tion described as follows:  Beginning at the Northeast Corner of Lot One (1);
thence along East line of Lot One (1) South 0°57' West, 437.75 feet;  thence
North 83°58' West, 125.25 feet;  thence North 0°57' East parallel with East
line of Lot One (1) 423.50 feet to point on North line of Lot One (1);
thence Easterly along said North line North 89°31'20" East, 125.04 feet
to point of beginning.

OWNERS:  PATTON, Gerald R. (hus)

PATTON, Blanche (wife)

UNION TITLE INS. & TRUST CO (TDTr)

GAVILAN DEVELOPMENT CORP (TDBen)

SECURITY TITLE INS. CO. (TDTr)

LINDQUIST, Roy F (hus)(TDBen)

LINDQUIST, NELLIE (wife)(TDBen

Parcel:  93W-5-94

That portion of Lot Four (4), (being the Northwest Quarter of the Northwest
Quarter) of Section Five (5), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  Beginning at the Southwest Corner of Lot Four
(4);  thence along South line of said Lot Four (4) North 89°55'28" East,
130.02 feet to Southwest Corner of land conveyed to O'Laughlin, in Book
5670 page 254 Official Records;  thence along West line of O'Laughlin
Land North 0°57' East, 453.99 feet to Northwest Corner of O'Laughlin land;
thence along North line of O'Laughlin land South 89°42'30" East 88.67 feet
to true point of beginning;  thence continuing along said North line

-54-

2385

**Santa Margarita River Watershed Below Temecula Gorge**

**And Above Deluz Creek Confluence**

Parcel:  93W-5-94 continued

South 89°42'30" East, 1139.15 feet to East line of Lot Four (4);  thence

along said East line North 1°40'20" East 502.43 feet to the Northeast

Corner of Land conveyed to Gallacher at Book 4996, page 361 Official Records;

thence along Northerly line of Gallacher land North 83°58' West, 950.77

feet;  thence South 14°11'20" West 248.86 feet;  thence South 14°37'30"

West 279.09 feet;  thence South 42°03' West 114.60 feet to true point of

beginning

OWNERS:

Q          FREDY, Augustine (hus)

           FREDY  Frances M. (wife)

           BANK OF AMERICA (TDTr)

           GAVILAN DEVELOPMENT CORP (TDBen)


Parcel:  93W-5-95

That portion of Lot Four (4), (being the Northwest Quarter of the North-

west Quarter) of Section Five (5), Township Nine (9) South, Range Three

(3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California, described as follows:  Beginning at a point in the

South line of Lot Four (4), distant North 89°55'28" East, 130.02 feet

from the Southwest Corner;  thence parallel with West line of Lot Four

(4) North 0°57' East 453.99 feet;  thence South 89°42'30" East 1227.82

feet to a point in East line of Lot Four (4);  thence along South line

of Lot Four (4) South 89°55'28" West, 1224.85 feet to point of beginning.

OWNERS:

           O'LAUGHLIN, Joseph F. (hus)

           O'LAUGHLIN, Janet A  (wife)

2390

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-5&6-96

The Southwest Quarter of the Northwest Quarter of Section Five (5),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California.
Also  the East Half of the Southeast Quarter of the Northeast Quarter
of Section Six (6), said Township and Range. EXCEPT that portion lying
Southerly of line described as follows:  Beginning at the Southwest
Corner of the East Half of the Southeast Quarter of the Northeast Quar-
ter;  thence North 01°10' West  27.18 feet;  thence North 37°37'40"
East, 237.80 feet;  thence South 85°57'50" East. 305.13 feet;  thence
South 05°11'20" West 200 feet more or less to the South line of said
Southeast Quarter of the Northeast Quarter.

OWNERS:

HAYES, Joseph H. (hus)

HAYES, Lydia C  (wife)


Parcel:  93W-6-97

The West Half of the Northeast Quarter of the Northeast Quarter;  And,
The Southwest Quarter of the Northeast Quarter;  And  the West Half of
the Southeast Quarter of the Northeast Quarter of Section Six (6),
Township Nine (9) South, Range Three (3) West  San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNERS:

BULLOCK. Delbert H. (widower)

BULLOCK, Glenn C


Parcel:  93W-6-98

That portion of the Northwest Quarter of the Southeast Quarter of Sec-
tion Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California. lying

-56-

<u>Santa Margarita River Watershed Below Temecula Gorge</u>

<u>And Above Deluz Creek Confluence</u>

<u>Parcel:  93W-6-98 Continued</u>

Easterly of the center line of presently traveled road located within the
said Northwest Quarter of the Southeast Quarter as said road existed on
September 13, 1956, EXCEPTING that portion of said Northwest Quarter of
the Southeast Quarter conveyed to Fallbrook Public Utility District ly-
ing easterly of said road, the portion so conveyed being described as
follows:  Beginning at the Southwest Corner of said Northwest Quarter of
the Southeast Quarter;  thence North 32°36' East 86.33 feet;  thence
North 52°53'20" East 193.29 feet;  thence South 83°26'35" East, 708.45
feet;  thence South 30°24'45" West to South line of Northwest Quarter
of the Southeast Quarter;  thence Westerly along said South line to point
of beginning.

Also, that portion of the Southwest Quarter of the Southeast Quarter
of Section Six (6), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  Beginning at a point in North line of said
Southwest Quarter of the Southeast Quarter distant 120 feet Westerly from
the Northeast Corner thereof;  thence South 48°12'40" West, 533.92 feet;
thence South 89°08'14" West, 142.56 feet;  thence North 30°24'45" East to
North line of said Southwest Quarter of the Southeast Quarter;  thence
Easterly along said North line to point of beginning.

Also,  that portion of the West Half of the Northeast Quarter of the
Southeast Quarter of said Section Six lying Westerly of a straight line
described as follows:  Beginning on the North line of said West Half of
the Northeast Quarter of the Southeast Quarter distant Westerly 100 feet
from the Northeast Corner thereof;  thence in a straight line Southwesterly
to a point on the West line of said Northeast Quarter of the Southeast
Quarter distant 400 feet Northerly of the Southwest Corner thereof.

2392

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-6-98 Continued

OWNERS:

    PERINICH  Paul G  (hus)

    PERINICH, Nancy T  (wife)

    BANK OF AMERICA (TDTr)

    GRACEY, Clara E. (widow)(TDBen)


Parcel:  93W-6-99

The West Half of the Northeast Quarter of the Southeast Quarter of Section
Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, EXCEPT
that portion lying Westerly of a line described as follows:  Beginning
at a point on the North line of the Northeast Quarter of the Southeast
Quarter, distant Westerly 100 feet from the Northeast Corner of the West
Half of the Northeast Quarter of the Southeast Quarter;  thence Southwesterly
in a straight line to a point on West line of said Northeast Quarter of the
Southeast Quarter distant Northerly 400 feet from the Southwest Corner of
said Northeast Quarter of the Southeast Quarter.

OWNERS:

    TOWNE, Russell D. (hus)

    TOWNE, Imogene (wife)

    BEACH, Allen W. (TDBen)

    BEACH, Elizabeth S  (TDBen)

    BANK OF AMERICA (TDTr)


Parcel:  93W-5&6-100

Those portions of the Northwest Quarter of the Southwest Quarter of Section
Five (5), and the Northeast Quarter of the Southeast Quarter, and the South-
east Quarter of the Northeast Quarter of Section Six (6), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County

9393

**Santa Margarita River Watershed Below Temecula Gorge**

**And Above Deluz Creek Confluence**

Parcel:  93W-5&6-100 Continued

of San Diego, State of California, described as follows: Beginning at the Southwest Corner of the Northwest Quarter of the Southwest Quarter of said Section Five (5);  thence along South line of said Northwest Quarter of the Southwest Quarter South $88^\circ49'37''$ East 250 feet;  thence North $22^\circ17'$ East, 452.48 feet;  thence North $01^\circ38'$ East, 245 28 feet;  thence North $09^\circ12'30''$ West, 147.83 feet;  thence North $21^\circ19'$ West, 100 feet;  thence North $50^\circ53'$ West, 100 feet;  thence North $65^\circ18'30''$ West 100 feet;  thence South $84^\circ39'$ West, 100 feet;  thence South $51^\circ12'$ West, 112.28 feet;  thence South $29^\circ56'30''$ West, 26.64 feet;  thence North $88^\circ17'$ West, 231.40 feet;  thence North $05^\circ11'20''$ East, 615.55 feet;  thence North $85^\circ57'30''$ West, 305.13 feet;  thence South $37^\circ37'40''$ West, 237.80 feet to a point in West line of East Half of said Southeast Quarter of the Northeast Quarter of Section Six (6), which is distant along said West line North $01^\circ10'$ West, 27.18 feet to said Northwest Corner of the East Half of the Northeast Quarter of the Southeast Quarter of Section Six (6);  thence along West line of the East Half of the Northeast Quarter of the Southeast Quarter South $01^\circ03'40''$ West, 1335.84 feet to South line of the Northeast Quarter of the Southeast Quarter;  thence along South line North $89^\circ06'40''$ East, 651.04 feet to point of beginning.

OWNERS:

HOFFMAN, Lincoln J. M. (m/m-sep.prop)

BANK OF AMERICA (TDTr)

HAYES, Joseph H. (hus)(TDBen)

HAYES, Lydia C  (wife)(TDBen)

TITLE INS. & TRUST CO (TDTr)

LOS ANGELES TIMES FED. CREDIT UNION (TDBen)


Parcel:  93W-6-101

The Southeast Quarter of the Southwest Quarter of Section Six (6), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in

-59-

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel:  93W-6-101 Continued

the County of San Diego, State of California, EXCEPT that portion des-

cribed as follows:  Beginning at the Southwest Corner of said Southeast

Quarter of the Southwest Quarter;  thence North 01°52' East, 1090 feet

along West line of said Southeast Quarter of the Southwest Quarter;

thence North 83°02'35" East, 163.47 feet;  thence South 0°55'30" West,

824.68 feet;  thence South 31°12' East, 337.04 feet to South line of

the Southeast Quarter of the Southwest Quarter;  thence Westerly along

said South line 359.04 feet to point of beginning.  ALSO EXCEPT that

portion described as follows:  Beginning at the Southeast Corner of

said Southeast Quarter of the Southwest Quarter;  thence along East

line thereof North 01°47'27" East, 819.44 feet;  thence South 27°47'15"

West, 150.30 feet;  thence North 87°03'25" West, 263.54 feet;  thence

South 5°19'45" East, 289.25 feet;  thence South 22°19'40" West, 145.22

feet;  thence South 59°41'45" West, 533.70 feet to South line of said

Southeast Quarter of the Southwest Quarter;  thence Easterly along said

South line 796.79 feet to point of beginning.

OWNERS:

GLASS, Howard L. (hus)

GLASS, Elsie J. (wife)

GALLACHER, Mark (hus)

GALLACHER, Margaret Laurette (wife)

HARRISON, Howard V. (un/m)(TDBen)

BANK OF AMERICA (TDTr)


Parcel:  93W-6&7-102

The South Half of the Southeast Quarter of Section Six (6), and the North

Half of the Northeast Quarter of Section Seven (7), Township Nine (9) South,

Range Three (3) West, San Bernardino Base and Meridian, in the County of

San Diego, State of California, EXCEPT that portion described as follows:

Beginning at the Northwest Corner of the South Half of the Southeast Quarter

**Santa Margarita River Watershed Below Temecula Gorge**

**And Above Deluz Creek Confluence**

Parcel:   93W-6&7-102 Continued

of said Section Six (6);   thence Easterly along North line of said South

Half, 1182.55 feet to a point distant 120 feet from the Northeast Corner

of the Southwest Quarter of the Southeast Quarter;   thence South $48^{\circ}12'40''$

West, 533.92 feet;   thence South $89^{\circ}08'14''$ East, 142.56 feet;   thence

South $30^{\circ}24'45''$ West, 111.41 feet;   thence South $47^{\circ}02'10''$ East, 370.15

feet;   thence South $30^{\circ}30'45''$ West, 198.14 feet;   thence South $05^{\circ}40'15''$

West, 364.86 feet;   thence South $37^{\circ}28'15''$ East, 159.90 feet;   thence

South $38^{\circ}48'50''$ West, 590.30 feet;   thence South $20^{\circ}59'$ East, 376.39 feet;

thence South $82^{\circ}47'35''$ East, 165.71 feet;   thence North $59^{\circ}25'20''$ East,

249.38 feet;   thence North $38^{\circ}07'30''$ East, 296.14 feet;   thence South

$23^{\circ}01'40''$ East, 520.54 feet;   thence North $88^{\circ}52'$ West, 166.14 feet;

thence South $40^{\circ}11'$ West, 214.51 feet;   thence South $26^{\circ}11'40''$ East,

221.83 feet;   thence South $34^{\circ}29'$ West, 202.80 feet to South line of the

North Half of the Northeast Quarter of Section Seven (7);   thence South

$88^{\circ}17'$ West along said South line 940.47/to the Southwest Corner of said
feet

North Half of the Northeast Quarter;   thence Northerly along West line of

said North Half of the Northeast Quarter of Section Seven (7), and South Half

of the Southeast Quarter of Section Six (6), 2698.2 feet to point of be-

ginning.   ALSO EXCEPT that portion of the North Half of the Northeast Quarter

of Section Seven (7) described as follows:  Beginning at the Southeast

Corner of said North Half of the Northeast Quarter;   thence Northerly along

East line thereof, 210.17 feet;   thence North $77^{\circ}23'35''$ West, 645.00 feet;

thence South $34^{\circ}01'$ West, 296.80 feet;   thence North $30^{\circ}31'30''$ West,

199.71 feet;   thence South $66^{\circ}36'30''$ West, 389.96 feet;   thence South

$84^{\circ}32'30''$ West, 236.76 feet;   thence South $43^{\circ}14'$ West, 204.20 feet to

the South line of said North Half of the Northeast Quarter;   thence North

$88^{\circ}17'$ East, 2633.73 feet to point of beginning.

OWNERS:

CALLAWAY, Richard W. (hus)

CALLAWAY, Mildred C. (wife)

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 93W-8-103

The Northwest Quarter of the Northwest Quarter, and the Southwest Quarter
of the Northwest Quarter of Section Eight (8), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California EXCEPT that portion described as follows:
Beginning at the Southwest Corner of the Southwest Quarter of the North-
west Quarter;  thence North 28°35'35" East, 399.35 feet;  thence North
38°07'40" East, 489.21 feet;  thence North 55°01'40" East, 294.31 feet;
thence North 0°12'45" West, 464.17 feet;  thence North 77°23'35" West,
769.41 feet to West line of said Northwest Quarter;  thence South 0°40'36"
East along said West line 1536.71 feet to point of beginning.  ALSO EXCEPT
that portion of the Southwest Quarter of the Northwest Quarter described
as follows:  Beginning at the Southeast Corner of said Southwest Quarter of
the Northwest Quarter;  thence North 0°02'50" West, 98.47 feet;  thence
South 57°20'50" West, 70.55 feet;  thence South 79°09'10" West, 325.39
feet to South line of said Northwest Quarter;  thence North 89°52'20"
East along said South line, 380.78 feet to point of beginning.

OWNERS:

    LINDSAY, Frank R. (hus)

    LINDSAY, Virginia B (wife)

    BANK OF AMERICA (TDTr)

    TRAYLOR, Wilfred L. (hus)(TDBen)

    TRAYLOR, Laura Howell (wife)(TDBen)

Parcel: 93W-8-104

The Southeast Quarter of the Northwest Quarter of Section Eight (8), Town-
ship Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California EXCEPT that portion described
as follows:  Beginning at the Southwest Corner of said Southeast Quarter of
the Northwest Quarter;  thence North 01°02'50" West along West line thereof
98.47 feet;  thence North 57°20'50" East, 406.29 feet:  thence North 71°30'50"
East, 443.18 feet;  thence North 31°38'50" East, 856.01 feet;  thence North

-62-

2397