ENTERED
NOV 21 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY
Deputy Clerk

FILED
NOV 21 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br>　　　　Defendants. | No. 1247-SD-C<br><br>AMENDMENT TO INTER-<br>LOCUTORY JUDGMENT No. 2 |

There was entered by this Court on April 7, 1961, Interlocutory Judgment 2, concerning certain named defendants, landowners within the Santa Margarita River watershed.

IT APPEARS TO THE SATISFACTION OF THE COURT AS FOLLOWS:

1. Through inadvertence and error the following named defendants are included with Interlocutory Judgment No. 2:

　　HARRY A. and SYBIL E. CHAPMAN

　　ROY H. and FLORA H. COSTELLO

　　MERLE C. and JUANITA L. ADKINS

　　LESTER O. and MAUDE A. RIGGLE and GEORGE ELMORE and DOROTHY L. SHOUDY.

2. The lands of the above-named defendants are not properly the subject of Interlocutory Judgment No. 2, but are properly included within Interlocutory Judgment 42, Rainbow Creek Sub-Watershed, and have been included therein.

3. Counsel of record for each of the above-named

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 1 -

161

AMENDMENT TO INTER-
LOCUTORY JUDGMENT No. 2

defendants has stipulated in open Court to the deletion of the above named defendants from Interlocutory Judgment No. 2 and the inclusion of the above named defendants in Interlocutory Judgment No. 42.

BY REASON OF THE FOREGOING AND GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The preamble to Interlocutory Judgment No. 2 herein is amended by deleting therefrom the names of the following defendants:

>    HARRY A. and SYBIL E. CHAPMAN
>    ROY H. and FLORA H. COSTELLO
>    MERLE C. and JUANITA L. ADKINS
>    LESTER O. and MAUDE A. RIGGLE and GEORGE ELMORE and DOROTHY L. SHOUDY.

2. Exhibit A, attached to said Interlocutory Judgment No. 2 is amended by deleting therefrom the legal descriptions of the lands owned by the defendants named in paragraph 1 hereof.

3. In all other respects Interlocutory Judgment No. 2 herein remains unchanged.

Dated: 11-21-62

James M. Carter
Judge, United States District Court

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

162

AMENDMENT TO INTER-
LOCUTORY JUDGMENT No. 2