UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.     )   No. 1247-SD-C    Civil
           )
vs.        )   MINUTES OF THE COURT
           )
           )   Dated: Dec. 11, 1962
FALLBROOK, etc., et al )
           )   At San Diego, California
           )

PRESENT: Hon. _ _ _ _ JAMES M. CARTER _ _ _ _ _ District Jud

Deputy Clerk WILLIAM W. LUDDY Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD

PROCEEDINGS: FURTHER COURT TRIAL

At 10 A.M. convene herein.
IT IS ORDERED that all exhibits received in evidence before the Master be received in evidence herein as to August 21, 1961.
   Ex. No. AS -1 (California) is marked and received.
   Court and counsel discuss various findings, etc.
   Court signs Interloc Judgments Nos. 35A, 32, 39, and 33.
   IT IS ORDERED cause is continued to Dec. 12, 1962, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
                Deputy