ORIGINAL

1

2 **FILED**

3 DEC 11 1962

4

5 CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

6 By _____ DEPUTY

**LODGED**

OCT 24 1962

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

7 IN THE UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 SOUTHERN DIVISION

**ENTERED**

DEC 11 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy Clerk

10

11 UNITED STATES OF AMERICA,

12                     Plaintiff,

13           vs.

14 FALLBROOK PUBLIC UTILITY
   DISTRICT, et al.,

15                     Defendants.

16 _____

)
)
)
)
)
)
)
)
)
)
)

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS
OF LAW, AND INTERLOCUTORY
JUDGMENT NO. 33 PERTAINING
TO ANZA AND CAHUILLA GROUND
WATER BASINS AND CAHUILLA
AND WILSON CREEKS

17

18                    FINDINGS OF FACT

19                ANZA GROUND WATER BASIN

20                          1.

21      That in the upper northeasterly portion of the Santa

22 Margarita River Watershed there is a ground water body herein

23 referred to as Anza Ground Water Basin. That said ground water

24 basin is located in general in the southeasterly portion of

25 Riverside County and is designated as Anza Valley on United

26 States Exhibit 278 incorporated herein by reference.

27                          2.

28      That the ground waters which comprise said ground

29 water basin are those ground waters which underlie the areas of

30 younger and older alluvial deposits depicted on United States

31 Exhibit 278 within Anza Valley and upstream of that line

1092

1  depicted on United States Exhibit 278 in the approximate center

2  of section 29, Township 7 South, Range 3 East, S.B.B.M.  That

3  the ground waters which are contained within said deposits are

4  not within a known and definite channel but are percolating

5  waters.

6                                    3.

7          That said ground waters consist of two parts or units,

8  one part or unit being those contained within the shallow aquifer

9  which extends to a maximum but variable depth of approximately

10  100 feet below ground surface elevation. Said shallow aquifer

11  underlies the entire area of younger and older alluvial deposits

12  within the Anza Ground Water Basin.

13          The other part or unit are those waters contained within

14  the deep aquifer. The deep aquifer is approximately one-half

15  (1/2) mile in width and approximately two (2) miles in length,

16  trending diagonally in a northwest direction from the West

17  Half ($W\frac{1}{2}$) of Northwest Quarter ($NW\frac{1}{4}$) of Section twenty-seven (27),

18  the Northeast Quarter of the Southeast Quarter ($NE\frac{1}{4}$ $SE\frac{1}{4}$); the

19  East Half of the Northeast Quarter ($E\frac{1}{2}$ $NE\frac{1}{4}$) and Northwest

20  Quarter of Northeast Quarter ($NW\frac{1}{4}$ $NE\frac{1}{4}$) of Section twenty-eight

21  (28); the East Half of the Southwest Quarter ($E\frac{1}{2}$ $SW\frac{1}{4}$); the

22  Southeast Quarter ($SE\frac{1}{4}$); the East Half of the Northwest Quarter

23  ($E\frac{1}{2}$ $NW\frac{1}{4}$); the Northwest Quarter of the Northwest Quarter

24  ($NW\frac{1}{4}$ $NW\frac{1}{4}$); the West Half of the Northeast Quarter ($W\frac{1}{2}$ $NE\frac{1}{4}$),

25  all in Section twenty-one (21), Township Seven South, Range

26  Three East; into the Southwest Quarter ($SW\frac{1}{4}$) and Southwest $\frac{1}{4}$

27  of Northwest Quarter ($SW\frac{1}{4}$ $NW\frac{1}{4}$) of Section Sixteen (16), and

28  East Half of Southeast Quarter($E\frac{1}{2}$ of $SE\frac{1}{4}$) and South Half of

29  Northeast Quarter ($S\frac{1}{2}$ $NE\frac{1}{4}$) of Section seventeen (17); all

30  in Township Six (6) South, Range three (3) East, S.B.M.  Said

31  deep aquifer is depicted in general on Hamilton Exhibit A

                                    2.

1   incorporated herein by reference.

2                                4.

3           The shallow aquifer is composed of alluvial deposits,

4   and with the exception of the upper slope area of said ground

5   water basin, of layers of clay and silt, with the result that

6   its permeability is low and its water bearing capacity poor.

7   The ground waters within the shallow aquifer move in a general

8   southwesterly direction.  At that point in section 29, Town-

9   ship 7 South, Range 3 East which marks the downstream boundary

10  of the Anza Ground Water Basin, there is a shallow bedrock

11  bench overlain by a thin layer of younger alluvial deposits

12  approximately 20 feet in depth.  That a small portion of the

13  ground waters contained in the shallow aquifer of the Anza

14  Ground Water Basin pass over said bedrock bench but are in

15  fact consumed almost in their entirety by phreatophytes, and

16  particularly wire grass, or by evaporation immediately down-

17  stream from that point where said ground waters move out of

18  said shallow aquifer as found herein.

19                               5.

20          That the ground waters contained within the deep

21  aquifer of the Anza Ground Water Basin are contained within

22  an ancient stream channel which is composed primarily of gravel

23  deposits and underlies said shallow aquifer primarily in the

24  sections referred to hereinabove in Finding 3.  There exists

25  a fault drawn on Hamilton Exhibit A which strikes Northwest

26  to Southeast beginning about the center of Section 17, Town-

27  ship 6 South, Range 3 East, continuing through the northeast

28  corner of Section 20 and the south quarter corner of Section 21

29  to the Northeast Quarter of Southeast Quarter of Section 28,

30  all in Township 7 South, Range 3 East.  The deep aquifer lies

31  immediately northeast of said fault and extends easterly

                             3.



1   along said fault for an area of approximately one-half mile.

2         That due to this fault, and the layers of clay and

3   silt which are contained within the shallow aquifer, the ground

4   waters within the deep aquifer are contained and cannot move

5   up into the shallow aquifer deposits nor move westerly toward

6   the Santa Margarita River.  That in the state of nature all

7   ground water movement of the waters contained within the

8   deep aquifer was in a southeasterly direction out of the

9   Santa Margarita River Watershed and into another watershed

10   (Desert Drainage Watershed).  This natural movement of the

11   ground waters contained within the deep aquifer of the Anza

12   Ground Water Basin resulted from the fact that the elevation of

13   a bedrock lip between the Santa Margarita River Watershed and

14   the Desert Drainage Watershed is slightly lower than the

15   elevation of the fault referred to in this finding and also

16   lower than the bedrock bench or lip in section 29, Township

17   7 South, Range 3 East which marks the downstream boundary of

18   the Anza Ground Water Basin.

19                 6.

20         That the source of the ground waters contained within

21   said deep aquifer is runoff from the surface areas within the

22   Santa Margarita River Watershed which occurs during or imme-

23   diately following periods of precipitation.  That the major

24   portion of the runoff into said deep aquifer arises from the

25   Thomas Mountain area which lies north of Anza Valley and is

26   depicted on United States Exhibit 278.  That said runoff

27   waters enter the ground primarily in sections 4, 5, 6, the

28   north half ($N\frac{1}{2}$) of section 8 and the northwest quarter ($NW\frac{1}{4}$)

29   of section 9, all in Township 7 South, Range 3 East.  That

30   the layers of clay and silt within the shallow aquifer as

31   found hereinabove, become thinner and eventually pinch out

1  in the upper slope area of the ground water basin and in
2  sections 4, 5, 6, north half (N½) of section 8 and north-
3  west quarter (NW¼) of section 9, Township 7 South, Range 3
4  East, no clay or silt layers exist.  That said waters which
5  enter the ground in those sections move in a southwesterly
6  direction, pass under the silt and clay layers in the shallow
7  aquifer and upon reaching the fault referred to in Finding 5
8  above, are contained within the gravels which lie immediately
9  east of said fault and which, as found hereinabove, contain
10  the waters which are within the deep aquifer of the Anza
11  Ground Water Basin.

12                            7.

13          That primarily in section 21, Township 7 South,
14  Range 3 East, substantial numbers of wells have been drilled
15  into the gravels within the deep aquifer. That pumping from
16  these wells has extracted the ground waters from the deep
17  aquifer and they have been used for irrigation with the result
18  that some of the waters originally contained within the deep
19  aquifer have by this act of pumping and use recharged the
20  shallow aquifer.  Also, as a result of the pumping of the
21  waters contained within the deep aquifer, the ground water
22  elevation of those waters contained in those gravel deposits
23  has decreased with the result that a reverse gradient has re-
24  sulted and under present conditions no ground waters con-
25  tained within the deep aquifer move out of the Santa Margarita
26  River Watershed but said ground waters are in fact contained
27  within the gravel deposits of the ancient stream channel.

28                            8.

29          That the ground waters contained within the shallow
30  aquifer of the Anza Ground Water Basin add to, support and
31  contribute to the Santa Margarita River stream system.

                             5.

9.

That the ground waters contained within the deep aquifer do not add to, contribute to nor support the Santa Margarita River or any tributary thereto, and are not a part of said Santa Margarita River stream system.

10.

That attached hereto is Exhibit A which is a list setting forth the apparent owners of the lands which comprise the Anza Ground Water Basin. That attached hereto is Exhibit B which designates by parcel number and legal descriptions all lands which overlie said Anza Ground Water Basin. That said Exhibit B specifically designates therein the lands which overlie the deep aquifer of the Anza Ground Water Basin.

11.

That all lands described in Exhibit B have a correlative overlying right to the use of the ground waters contained within the shallow aquifer of the Anza Ground Water Basin.

12.

That all lands described in Exhibit B and designated therein as overlying the deep aquifer of the Anza Ground Water Basin have correlative overlying rights to the use of the ground waters within the deep aquifer of that basin.

13.

Attached hereto marked Exhibit C is a compilation setting forth certain factual matters such as wells and data concerned therewith, irrigated and irrigable acreage and other relevant factual matters which pertain to the lands described in  Exhibit B.  The factual statements contained therein shall be prima facie evidence as to such matters in any subsequent proceedings before this Court in this cause. As used herein prima facie evidence is that which suffices for the proof of

6.

1   a particular fact until contradicted or overcome by other

2   evidence.

3   CAHUILLA CREEK

4                              14.

5           That Cahuilla Creek (sometimes referred to as

6   Coahuilla Creek) is intermittent both as to time and place

7   and flows, except for extremely limited areas, only during

8   and immediately following periods of heavy precipitation.

9   Said creek rises on the western slope of Thomas Mountain and

10  there are several named and unnamed small tributary creeks

11  (including Hamilton Creek) which contribute to the main stream

12  of Cahuilla Creek.  It is sufficient for these findings to

13  state that Cahuilla Creek proceeds across the Anza Ground

14  Water Basin in a general southwesterly direction.  Said creek

15  passes over the bedrock bench in section 29, Township 7 South,

16  Range 3 East and then flows over a thin or shallow constricted

17  area of younger alluvial deposits in sections 29 and 30,

18  Township 7 South, Range 3 East, and sections 25, 26 and 27,

19  Township 7 South, Range 2 East, whereupon it enters Cahuilla

20  Valley.  Said thin or shallow constricted area of younger

21  alluvial deposits is depicted on United States Exhibit 278.

22  Cahuilla Creek then proceeds across Cahuilla Valley in a

23  general southwest direction and after leaving said Valley

24  in section 31, Township 7 South, Range 2 East; it passes over

25  primarily basement complex or bedrock in section 36, Township 7

26  South, Range 1 East, proceeds across the northwest quarter (NW$\frac{1}{4}$)

27  of section 1, Township 8 South, Range 1 East and then across

28  section 2 and into the southeast quarter (SE$\frac{1}{4}$) of the south-

29  east quarter (SE$\frac{1}{4}$) of section 3, Township 8 South, Range 1 East

30  whereupon it joins Wilson Creek.

31           - - -

                              7.

51.

1                                 15.

2              Cahuilla Creek does in fact contribute to the ground

3  waters contained within the shallow aquifer of the Anza Ground

4  Water Basin and those ground waters contained within the Cahuilla

5  Ground Water Basin and the Santa Margarita River stream system.

6                                 16.

7              As found hereinabove in Finding 14, Cahuilla Creek

8  passes over the bedrock bench in section 29, Township 7 South,

9  Range 3 East and flows over a thin constricted area of younger

10 alluvial deposits in sections 29 and 30, Township 7 South,

11 Range 3 East and sections 25, 26 and 27 Township 7 South,

12 Range 2 East, whereupon it enters Cahuilla Valley.  That the

13 ground waters contained within the thin or shallow constricted

14 younger alluvial deposits in these sections are in direct hydro-

15 logic contact with the surface flow of Cahuilla Creek when in

16 fact said surface flow exists.  That ground water contained

17 within said thin or shallow constricted areas of younger alluvial

18 deposits are in fact in a known and definite channel, to wit,

19 the younger alluvial deposits, in that said younger alluvial

20 deposits are surrounded by and contained wtihin deposits of

21 virtually impervious basement complex.  Said ground waters

22 do in fact move in the identical direction as the surface flow

23 of Cahuilla Creek and are a part of that Creek.

24              Except as found hereinabove in this Finding, Cahuilla

25 Creek consists solely of those waters which flow as surface

26 waters in that the ground waters which are contained within the

27 shallow aquifer of the Anza Ground Water Basin and the ground

28 waters contained within the Cahuilla Ground Water Basin are not

29 in a known and definite channel but are percolating waters and

30 in the other reaches of Cahuilla Creek, it flows over basement

31 complex or bedrock and no ground waters exist.

                                  8.

                                              1099

                                              52

1      The ground waters contained within the thin or shal-
2 low constricted area of younger alluvial deposits in sections
3 29 and 30, Township 7 South, Range 3 East and sections 25, 26
4 and 27, Township 7 South, Range 2 East and which as found here-
5 inabove, are a part of Cahuilla Creek, are of relative minor
6 amounts and do not contribute to any substantial degree to the
7 waters of the Santa Margarita River. The surface waters of
8 Cahuilla Creek throughout its course exist for practical pur-
9 poses only during periods of substantial rainfall, and there-
10 fore any riparian rights to such surface waters are of relatively
11 little value in that there is no substantial need for such
12 surface flow during the limited times that it is available.
13 Because of the illusory nature of the riparian rights to the
14 surface flow of Cahuilla Creek and the limited amounts of ground
15 water which have in this Finding been found to be a part of
16 Cahuilla Creek, this Court is not at this time making specific
17 findings as to what lands are riparian to Cahuilla Creek.

18      If in fact in the future determinations as to the
19 riparian status of lands to Cahuilla Creek are necessary, this
20 Court in the exercise of its continuing jurisdiction can and
21 will make such determinations based on these Findings of Fact,
22 and evidence to be introduced as to what land is held under one
23 chain of title and part of which abuts upon or is traversed
24 by Cahuilla Creek.'

25 CAHUILLA GROUND WATER BASIN

26                          17.

27      The Cahuilla Ground Water Basin is composed of the
28 younger and older alluvial deposits which are contained within
29 Cahuilla Valley and are depicted on United States Exhibit 278.
30 The ground waters contained within the younger and older alluvial
31 deposits of Cahuilla Ground Water Basin are not in a known and

9.

53

1 definite channel but do add to, contribute to and support

2 Cahuilla Creek, a tributary of the Santa Margarita River

3 stream system.  That in the most westerly portion of the

4 Cahuilla Ground Water Basin there is a constricted thin

5 deposit of younger alluvium.  That said constricted thin

6 younger alluvial deposit is located in the southeast quarter

7 of section 30 and the northeast quarter of section 31,

8 Township 7 South, Range 2 East, and is depicted on United

9 States Exhibit 278.  That at this point there is a lip of

10 bedrock which extends almost to ground surface.  The ground

11 waters contained within the Cahuilla Ground Water Basin move

12 generally in a southwesterly direction and it is only when

13 the constricted thin layer of younger alluvium which overlies

14 said bedrock lip is saturated that any of said ground waters

15 contained within the Cahuilla Ground Water Basin pass over

16 said bedrock lip and move westerly toward the Santa Margarita

17 River.  That when said younger alluvial deposits which overlie

18 said bedrock lip in the southeast quarter ($SE\frac{1}{4}$) of section 30

19 and the northeast quarter ($NE\frac{1}{4}$) of section 31, Township 7

20 South, Range 2 East, are saturated, there is a flow of water

21 over said bedrock lip.  That except for periods of substantial

22 rainfall the amount of water which does in fact move over said

23 lip, either on the surface or within the constricted, thin,

24 shallow alluvial deposit, is slight and is consumed almost

25 entirely within a short distance downstream by evapo-

26 transportation losses.

27                          18.

28          That attached hereto is Exhibit D which is a list

29 setting forth the apparent owners of the lands which overlie

30 the Cahuilla Ground Water Basin.  That attached hereto is

31 Exhibit E, which designates by parcel number and legal descrip-

tions all lands which overlie said Cahuilla Ground Water Basin.

                          10.

54

1                           19.

2          That all lands described in Exhibit E have a correla-
3 tive overlying right to the use of the ground waters contained
4 within the Cahuilla Ground Water Basin.  That all ground waters
5 contained within the lands described in Exhibit E add to and
6 support the Santa Margarita River stream system.

7                           20.

8          That attached hereto marked Exhibit F is a compilation
9 setting forth certain factual matters, such as wells and data
10 concerned therewith, irrigated and irrigable acreage and other
11 relevant factual matters which pertain to the lands described
12 in Exhibit E.  The factual statements contained therein shall be
13 prima facie evidence as to such matters in any subsequent pro-
14 ceedings before this Court in this cause.  As herein used, prima
15 facie evidence is that which suffices for the proof of a parti-
16 cular fact until contradicted or overcome by other evidence.

17    WILSON CREEK

18                          21.

19          Wilson Creek is an intermittent stream both as to time
20 and place and flows, except in extremely limited areas,
21 only during or after periods of substantial inundation. Wilson
22 Creek has its headwaters primarily in the Red and Little Ca-
23 huilla Mountains.  It flows across Reed Valley and proceeds
24 almost in a direct southerly direction across sections 13, 24,
25 23, 26, 35 and the southeast quarter (SE$\frac{1}{4}$) of section 34, Town-
26 ship 7 South, Range 1 East, and across the east half (E$\frac{1}{2}$) of
27 section 3, Township 8 South, Range 1 East, to that point where
28 it is joined by Cahuilla Creek.  It then crosses Wilson Valley
29 in a southwesterly direction and flows generally westerly until
30 it enters what is now Vail Reservoir.  Throughout its course
31 Wilson Creek traverses constricted and shallow areas of younger
   alluvial deposits.                    11.

55

22.

That all ground waters contained within the younger
alluvial deposits over which Wilson Creek flows are in fact
in direct hydrologic contact with the surface flows of Wilson
Creek when in fact it does exist.  That said ground waters
contained within said limited areas of younger alluvial de-
posits are in a known and definite channel in that they are
contained within and surrounded by deposits of basement complex.
That the ground waters contained within said younger alluvial
deposits do move in the identical direction of Wilson Creek
and are in fact a part of Wilson Creek.  Said younger alluvial
deposits are depicted on United States Exhibits 275 incor-
porated herein by reference.

23.

That except for those areas in Lancaster Valley, the
amounts of ground waters contained in said younger alluvial
deposits are limited and this Court is not at this time making
findings of fact specifically delineating which lands have
riparian rights to the surface and ground waters of Wilson
Creek.  Findings of Fact, Conclusions of Law and Interlocutory
Judgment No. 40 are concerned specifically with the Aguanga
Ground Water Area and detailed findings of fact concerned with
Wilson Creek within the Aguanga Ground Water Area are set forth
therein.  That part of Wilson Creek which is within the
Aguanga Ground Water Area is just downstream from that point
in the southeast quarter (SE$\frac{1}{4}$) of the southeast quarter (SE$\frac{1}{4}$)
of Section 3 Township 8 South Range 1 East where Wilson Creek
and Cahuilla Creeks have their point of confluence.

24.

That the smallest tracts of land held under one chain
of title a portion of which abut upon or are traversed by

12.

1   Wilson Creek have correlative riparian rights to the use

2   of the surface and sub-surface waters of Wilson Creek.

3                       25.

4       That the waters of Wilson Creek, both surface and

5   sub-surface, are a part of the Santa Margarita River stream

6   system.

7               MISCELLANEOUS FINDINGS

8                     26.

9       That all surface waters which flow over and upon any

10  of the lands within the sub-watersheds of Cahuilla and Wilson

11  Creeks are a part of the Santa Margarita River stream system.

12                   27.

13      That all ground waters contained within the deposits

14  of basement complex or weathered basement complex within the

15  sub-watershed of Cahuilla and Wilson Creeks as said deposits

16  are depicted on United States Exhibits 275 and 278, are vagrant

17  local, percolating waters which do not add to, contribute to

18  or support the Santa Margarita River or any tributary thereto.

19                   28.

20      That except as to ground waters contained within the

21  younger and older alluvial deposits within the shallow aquifer

22  of the Anza Ground Water Basin those contained within the

23  Cahuilla Ground Water Basin and those which are a part of

24  Cahuilla Creek and Wilson Creek, all ground waters contained

25  within the lands within the sub-watersheds of Wilson and

26  Cahuilla Creeks, are vagrant, local, percolating waters which

27  do not add to, contribute to nor support the Santa Margarita

28  River stream system.

29                 29.

30      That certain lands within the sub-watersheds of Wilson

31  Creek and Cahuilla Creek are Indian Reservation Lands. That

1  separate findings of fact, conclusions of law and inter-
2  locutory judgment provisions concerning said Indian lands
3  are set forth in Interlocutory Judgment No. 41.

4                          30.

5          That no surface diversion or use of the waters of
6  Cahuilla or Wilson Creeks, or their tributaries or extraction
7  or use of the ground waters contained within the Anza Ground
8  Water Basin or the Cahuilla  Ground Water Basin have been
9  open, notorious, adverse or hostile to any party in this cause
10  and no prescriptive rights to the use of the surface or ground
11  waters from any such diversion or extraction or use exists.

12                          31.

13         That on certain of the exhibits attached to these
14  Findings of Fact there appear factual statements concerning
15  applications to appropriate specific waters of Wilson and
16  Cahuilla Creeks or their tributaries filed with the California
17  State Water Rights Board.  That because said applications to
18  appropriate said waters involve relatively small amounts of
19  water, this Court has not made specific findings on each of
20  these applications nor has any party requested that such
21  findings be made. This Court finds that such factual statements
22  are true and the applicants to appropriate said waters as appear
23  on said exhibits have such water right as such stated facts war-
24  rant under and pursuant to the laws of the State of California
25  concerned with the appropriation of water.

26         Jurisdiction is reserved to enter specific findings
27  of fact and judgments as to said applications to appropriate
28  said water should any party so request, either prior or sub-
29  sequent to the entry of final judgment in this cause.

30         That in other Findings of Fact and Interlocutory
31  Judgments in this cause certain parties have been adjudged to

                          14.

                                    1105

                                        58

1 have appropriative rights to the use of the waters of the
2 Santa Margarita River and/or its tributaries.

3        That except as to those appropriative rights as
4 exist from the factual statements which appear on certain
5 exhibits attached to these Findings of Fact, and other
6 appropriative rights specifically adjudged in other Findings
7 of Fact and Interlocutory Judgments in this cause, there are
8 no appropriative rights to the use of the waters which flow
9 over and upon any of the lands within the sub-watersheds of
10 Wilson and Cahuilla Creeks or to ground waters contained
11 within any of said lands.

12                    CONCLUSIONS OF LAW

13 ANZA GROUND WATER BASIN        1.

14        That all ground waters contained within the shallow
15 aquifer of the Anza Ground Water Basin add to, support and
16 contribute to the Santa Margarita River stream system.

17                         2.

18        That all lands described in Exhibit B have a cor-
19 relative overlying right to the use of the ground waters con-
20 tained within the shallow aquifer of the Anza Ground Water
21 Basin.

22                         3.

23        That this Court has continuing jurisdiction over the
24 use of all ground waters contained within the shallow aquifer
25 of the Anza Ground Water Basin.

26                         4.

27        That all ground waters contained within the deep
28 aquifer of the Anza Ground Water Basin do not add to, support
29 nor contribute to the Santa Margarita River stream system and
30 are not a part of the Santa Margarita River or any tributary
31 thereto.

15.

59

1                       5.

2        That the owners of all lands described in Exhibit B

3  and designated therein as overlying the deep aquifer of the

4  Anza Ground Water Basin have correlative overlying rights

5  to the use of the ground waters contained within the deep

6  aquifer of that Basin.

7  <u>CAHUILLA CREEK</u>

8                       6.

9        Both the surface and subsurface waters of Cahuilla

10  Creek add to, contribute to and support the Santa Margarita

11  River stream system and the use of said waters is subject to

12  the continuing jurisdiction of this Court.

13                      7.

14        Lands riparian to Cahuilla Creek have not been

15  defined in these Findings of Fact but this Court reserves

16  jurisdiction to enter such findings either before or after

17  the entry of final judgment in this cause.

18  <u>CAHUILLA GROUND WATER BASIN</u>

19                      8.

20       All ground waters contained within the younger and

21  older alluvial deposits which comprise the Cahuilla Ground

22  Water Basin add to, contribute to and support the Santa Mar-

23  garita River stream system and the use of said waters is sub-

24  ject to the continuing jurisdiction of this Court.

25                      9.

26        That all lands described on Exhibit E have a cor-

27  relative overlying right to the use of the ground waters con-

28  tained within the Cahuilla Ground Water Basin.

29  <u>WILSON CREEK</u>           10.

30        Both the surface and sub-surface waters of Wilson

31  Creek are a part of the Santa Margarita River stream system

1   and the use of said waters is subject to the continuing
2   jurisdiction of this Court.

3                               11.

4           That no findings have been made in these Findings
5   of Fact specifically delineating those lands riparian to
6   Wilson Creek.   Jurisdiction is reserved to enter said
7   findings at any time either before or after entry of
8   final judgment in this cause should the need for said
9   findings occur.

10                              12.

11          That detailed findings of fact, conclusions of law
12  and interlocutory judgment provisions have been entered
13  concerning that portion of Wilson Creek which is within the
14  Aguanga Ground Water Area (Interlocutory Judgment No. 40).

15

16

17

18              MISCELLANEOUS CONCLUSIONS OF LAW

19                              13.

20          That all surface waters which flow over and upon
21  any of the lands within the sub-watersheds of Cahuilla and
22  Wilson Creeks as said sub-watersheds are depicted on United
23  States Exhibits 275 and 278 are a part of the Santa Margarita
24  River stream system and the use of said waters is subject to
25  the continuing jurisdiction of this Court.

26                              14.

27          That all ground waters contained within the deposits
28  of basement complex or weathered basement complex within the
29  sub-watersheds of Cahuilla and Wilson Creeks as said deposits
30              - - -
31              - - -

                              17.

1   are depicted on United States Exhibits 275 and 278, are

2   vagrant, local, percolating waters which do not add to,

3   contribute to nor support the Santa Margarita River or any

4   tributary thereto, and the use of said waters is not subject

5   to the continuing jurisdiction of this Court.

6                          15.

7        That except as to ground waters contained within the

8   shallow aquifer of the Anza Ground Water Basin and ground

9   waters contained within the Cahuilla Ground Water Basin, and

10   the waters of Cahuilla and Wilson Creeks, all ground waters

11   contained within the lands within the sub-watersheds of Wilson

12   and Cahuilla Creeks are vagrant, local, percolating waters

13   which do not add to, contribute to nor support the Santa Mar-

14   garita River stream system.

15                         16.

16        That no prescriptive right to the use of the waers

17   of Cahuilla Creek or Wilson Creek or their tributaries or to

18   the use of waters contained within the Cahuilla Ground Water

19   Basin or the shallow aquifer of the Anza Ground Water Basin

20   exists.

21                        17.

22        That except as provided in Finding of Fact 31 herein

23   there are no appropriative rights to the use of the waters

24   which flow over and upon or are contained within any lands

25   within the sub-watersheds of Wilson and Cahuilla Creeks.

26                       18.

27        Specific Conclusions of Law concerned with the rights

28   to the use of the waters subject to this Interlocutory Judgment

29   uponIndian Reservation lands are set forth in Interlocutory

30   Judgment No. 41.

31        - - - -

1                    INTERLOCUTORY JUDGMENT

2  ANZA GROUND WATER BASIN

3                         1.

4      IT IS ORDERED, ADJUDGED AND DECREED that all ground

5  waters contained within the shallow aquifer of the Anza Ground

6  Water Basin add to, support and contribute to the Santa Mar-

7  garita River stream system; it is further ordered, adjudged

8  and decreed that said lands are described in Exhibit B in-

9  corporated herein by reference; that the owners of the lands

10  described in said Exhibit B have a correlative overlying right

11  to the use of the ground waters contained within the shallow

12  aquifer of the Anza Ground Water Basin; it is further ordered,

13  adjudged and decreed that this Court has continuing juris-

14  diction over the use of all of said ground waters contained

15  within the shallow aquifer of the Anza Ground Water Basin.

16                        2.

17      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

18  ground waters contained within the deep aquifer of the Anza

19  Ground Water Basin do not add to, support nor contribute to

20  the Santa Margarita River stream system and are not a part of

21  the Santa Margarita River or any tributary thereto, and that

22  this Court has no jurisdiction over the use of said waters con-

23  tained within the deep aquifer of the Anza Ground Water Basin;

24  that said lands which overlie the deep aquifer are described

25  and designated on Exhibit B, and it is ordered, adjudged and

26  decreed that all ground waters contained within said lands

27  below 100 feet in elevation from land surface are ground waters

28  contained within said deep aquifer.

29                        3.

30      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

31  rights of the owners of said lands referred to in paragraph 2

1110

63

1  of this Interlocutory Judgment and their heirs, successors

2  and assigns to the use of the ground waters contained within

3  the deep aquifer are forever quieted in them and against the

4  United States of America and all other parties having rights

5  to the use of the waters of the Santa Margarita River and its

6  tributaries, and their heirs, successors and assigns.

7                                4.

8          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

9  rights of the owners of said lands referred to in paragraph 2

10  of this Interlocutory Judgment and their heirs, successors

11  and assigns are forever restrained from asserting rights

12  in or to the waters of the Santa Margarita River or its

13  tributaries excepting rights to waters which in a natural

14  state would recharge the ground waters contained within the

15  deep aquifer of the Anza Ground Water Basin.

16                                5.

17          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

18  rights inter se of the owners of said lands referred to in

19  paragraph 2 of this Interlocutory Judgment to the use of the

20  ground waters contained within the deep aquifer of the Anza

21  Ground Water Basin have not been adjudged, determined or de-

22  creed in these proceedings.

23  CAHUILLA CREEK

24                                6.

25          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that both

26  the surface and sub-surface waters of Cahuilla Creek as deter-

27  mined in the Findings of Fact to this Interlocutory Judgment

28  add to, contribute to and support the Santa Margarita River

29  stream system and the use of said waters is subject to the

30  continuing jurisdiction of this Court.

31          - - -

20.

1111

6 4

7.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that because of the fact that the waters of Cahuilla Creek do not under present conditions, except during flood stages, contribute substantial amounts of water to the Santa Margarita River stream system downstream, no specific findings of fact have been entered at this stage specifically delineating which lands are riparian to said Cahuilla Creek.  Jurisdiction is hereby expressly reserved to enter such findings of fact, conclusions of law and judgment provisions in the future, either before or after entry of final judgment in this cause, specifically delineating by description lands riparian to Cahuilla Creek or any tributary thereto.

CAHUILLA GROUND WATER BASIN

8.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters contained within the younger and older alluvial deposits which comprise the Cahuilla Ground Water Basin add to, contribute to and support the Santa Margarita River stream system and the use of said ground waters is subject to the continuing jurisdiction of this Court; that said lands which comprise the Cahuilla Ground Water Basin are described in Exhibit E, and it is hereby ordered, adjudged and decreed that the owners of said lands described in Exhibit E have correlative overlying rights to the use of the ground waters contained within those described lands.

WILSON CREEK

9.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the surface and sub-surface waters of Wilson Creek as determined in the Findings of Fact to this Interlocutory Judgment are a part

21.

69

1    of the Santa Margarita River stream system and all uses

2    of said waters are subject to the continuing jurisdiction of

3    this Court; no specific findings have been entered speci-

4    fically delineating by description those lands which are

5    riparian to Wilson Creek.  Jurisdiction is hereby expressly

6    reserved to determine and enter said findings of fact and

7    conclusions of law and interlocutory judgment provisions

8    designating which lands are riparian to Wilson Creek either

9    prior to or after entry of final judgment in this cause.

10                   10.

11        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

12    all lands riparian to Wilson Creek have a correlative riparian

13    right to the use of surface and sub-surface waters of Wilson

14    Creek; detailed findings of fact, conclusions of law and inter-

15    locutory judgment provisions have been entered which concern

16    Wilson Creek within the Aguanga Ground Water Area (see Inter-

17    locutory Judgment No. 40).

18    <u>MISCELLANEOUS JUDGMENT PROVISIONS</u>

19                   11.

20        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

21    surface waters which flow over and upon any of the lands within

22    the sub-watersheds of Cahuilla and Wilson Creeks as said water-

23    sheds are depicted on United States Exhibits 275 and 278, in-

24    corporated herein by reference, are a part of the Santa Mar-

25    garita River stream system and the use of said waters is sub-

26    ject to the continuing jurisdiction of this Court.

27                   12.

28        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

29    ground waters contained within the deposits of basement complex

30    and weathered basement complex within the sub-watersheds of

31    Cahuilla and Wilson Creeks as depicted on said United States

1113

66

1    Exhibits 275 and 278, are vagrant, local, percolating waters

2    which do not add to, contribute to nor support the Santa Mar-

3    garita River or any tributary thereto and the use of said

4    waters is not subject to the continuing jurisdiction of this

5    Court.

6                                13.

7         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

8    rights of the owners of said lands referred to in paragraph 12

9    of this Interlocutory Judgment and their heirs, successors and

10   assigns to the use of said ground waters are forever quieted

11   in them and against the United States of America and all other

12   parties having rights to the use of the waters of the Santa

13   Margarita River or its tributaries and their heirs, successors

14   and assigns.

15                               14.

16        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

17   owners of said lands referred to in paragraph 12 of the

18   Interlocutory Judgment, their heirs, successors and assigns

19   are forever restrained from asserting rights in and to the

20   waters of the Santa Margarita River or its tributaries ex-

21   cepting rights to surface waters which flow over and upon said

22   lands.

23                               15.

24        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

25   rights inter se of the owners of said lands referred to in

26   paragraph 12 of this Interlocutory Judgment to the use of the

27   underlying vagrant, local, percolating ground waters have not

28   been adjudged, determined nor decreed in these proceedings.

29                               16.

30        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

31   ground waters contained within older or younger alluvial

                                 23.

                                              1114

                                              67

1  deposits and not contained within the shallow aquifer of the
2  Anza Ground Water Basin or the younger and older alluvial
3  deposits which comprise the Cahuilla Ground Water Basin and
4  not in the Findings of Fact to this Interlocutory Judgment
5  found to be a part of Cahuilla Creek or Wilson Creek, and
6  within the lands within the sub-watersheds of Wilson and
7  Cahuilla Creeks, are vagrant, local, percolating waters which
8  do not add to, contribute to nor support the Santa Margarita
9  River stream system and the use of said ground waters is not
10  subject to the continuing jurisdiction of this Court.

11                          17.

12         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
13  the owners of said lands referred to in paragraph 16 of this
14  Interlocutory Judgment and their heirs, successors and assigns
15  are forever restrained from asserting rights in or to the
16  waters of the Santa Margarita River or its tributaries ex-
17  cepting rights to surface waters which flow over and upon
18  said lands.

19                          18.

20         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
21  rights of the owners of said lands referred to in paragraph 16
22  of this Interlocutory Judgment and their heirs, successors and
23  assigns to the use of the ground waters contained within said
24  younger and older alluvial deposits are forever quieted in
25  them and against the United States of America and all other
26  parties having rights to the use of the waters of the Santa
27  Margarita River and its tributaries, and their heirs, suc-
28  cessors and assigns.

29                          19.

30         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
31  the rights inter se of the owners of said lands referred to

                          24.

                                    1115

                                    6 %

1   in paragraph 16 of this Interlocutory Judgment to the use

2   of the underlying vagrant, local, percolating ground waters

3   have not been adjudged, determined or decreed in these

4   proceedings.

5                  20.

6      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

7   there are no prescriptive rights to the use of the waters

8   of Cahuilla Creek or Wilson Creek or to their tributaries

9   or to the use of waters contained within the Cahuilla Ground

10  Water Basin or the shallow aquifer of the Anza Ground Water

11  Basin.

12                 21.

13     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

14  except as may be provided in factual statements set forth

15  on the Exhibits attached to this Interlocutory Judgment or

16  specifically adjudged in other Findings of Fact and Inter-

17  locutory Judgments in this cause, there are no appropriative

18  rights to the use of any surface waters which flow over and

19  upon any of the lands within the sub-watersheds of Wilson

20  and Cahuilla Creeks or ground waters which are contained

21  within the shallow aquifer of the Anza Ground Water Basin

22  or contained within any of the younger or older alluvial

23  deposits which comprise the Cahuilla Ground Water Basin.

24                22.

25     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

26  notwithstanding any Interlocutory Judgment provisions

27  entered hereinabove, this Court does have jurisdiction over

28  the use of any waters insofar as the United States of America,

29  on behalf of any Indians, asserts rights to such waters which

30  were adjudged in Findings of Fact and Interlocutory Judg-

31  ment No. 41; it is further ordered, adjudged and decreed that

69

1   in any judgment provision entered hereinabove quieting

2   rights against the United States of America, the use of

3   the term 'United States of America' does not apply when the

4   United States of America asserts rights on behalf of any

5   Indians which rights were adjudged in Interlocutory Judg-

6   ment No. 41.

7                          23.

8        IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based

9   upon the decision of the United States Court of Appeals for

10  the Ninth Circuit, California v. United States 235 F.2d 647

11  that this is not a final decree but is interlocutory in

12  character and by reason of the order by this Court that all

13  parties are adverse one to the other, thus dispensing with

14  cross-pleadings, all parties to this proceeding may object

15  to these Findings of Fact, Conclusions of Law and Inter-

16  locutory Judgment and will be given full opportunity upon

17  due notice to interpose their objection prior to entry of

18  final judgment in this cause.

19                         24.

20       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

21  this Interlocutory Judgment is not appealable, is not final,

22  and shall not be operative until made a part of the final

23  judgment, and this Court expressly reserves jurisdiction to

24  modify or vacate it either upon its own motion or upon motion

25  of any party to this proceeding until such time as final

26  judgment in this cause is entered.

27       Dated: 12/11/62

28                                    _____

29                                           JUDGE

30

31

                          26.

                                              1116A
                                              70

## ALPHABETICAL LIST OF APPARENT OWNERS OF LANDS

### WHICH COMPRISE THE ANZA GROUND WATER BASIN

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| ALEXANDER, Ivan D. | 73E-16-320 | 41 | 39 |
| ALLISON, Raymond B. & Naomi V. | 73E-15-289 | 28 | 29 |
| ANZA ELECTRIC COOPERATIVE, INC. | 73E-14-283 | 27 | 27 |
| ANZA VALLEY LANDS, INC | 73E-16-315 | 38 | 37 |
| ARNAIZ, Beatriz | 73E-20-352 | 45 | 43 |
| ASHJIAN, Charles M. & Araxie | 73E-8-232 | 10 | 10 |
| BAKER, Marie | 73E-7-220 | 7 | 7 |
| BARBER, Robert William & Ruth Emily | 73E-8-245 | 14 | 15 |
| BERGMAN, Harry H. & Alice D. | 73E-16-312 | 36 | 36 |
| BERTHOLD, George H. | 73E-15-287 | 28 | 28 |
| BLACK, Hazel | 73E-8-248 | 15 | 16 |
| BOHLEN, John H. | 73E-17-328 | 44 | 42 |
| BOHLEN, Nan A. | 73E-9, 10 & 16 - 260<br>73E-15-284 | 18A<br>27 | 19A<br>27 |
| BRINGS, Donald A. & Beryl F. | 73E-8-247 | 15 | 15 |
| BROWN, Harold G. & Lola I. | 73E-16-305 | 34 | 34 |

-1-

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|-------------------------|-------------------------|
| BURNETT, Leonard A. | 73E-10-275 | 23 | 25 |
| BURR, Winston T. & Dorothy | 73E-15-292 | 29 | 30 |
| CALIFORNIA, State of | 73E-16-300 | 31 | 32 |
| CAMPBELL, Etta B. | 73E-10-268A | 20 | 22 |
| CAMPBELL, Oliver B. | 73E-10-268 | 20 | 22 |
| CARLTON, Coy R. & Ruby Lou | 73E-15-286 | 27 | 28 |
| CARTIER, Jacques E. & Beaulah | 73E-4-200 | 2 | 1 |
| CHENEY, Bryant L. & Avis B. | 73E-7-211 | 5 | 5 |
| CHUCK, George Thomas | 73E-23-369 | 50 | 47 |
| CLOTHIER, Russell W. & Sara L. | 73E-23-369A | 50 | 48 |
| COCHRAN, Huffman H. & Ivaleah M. | 73E-8-225 | 8 | 8 |
| CONTARANO, David | 73E-9-254 | 17 | 17A |
| CONTARANO, David F. | 73E-16-322 | 42 | 40 |
| DANIELS, Elfie Elizabeth | 73E-8-234 | 11 | 11 |
| DAVIS, George E. & Kathleen | 73E-15-286 | 27 | 28 |
| DAVIS, Jack A. C. & Ida Marie | 73E-7-215 | 5 | 5 |

Interlocutory Judg. #33
Exhibit "A"

41118

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|-------------------------|-------------------------|
| DAVIS, Morgan M. & Madalena | 73E-15-286 | 27 | 28 |
| DE VANA, Eula | 73E-22-367 | 50 | 47 |
| DICKSON, Barry Richard | 73E-9-258 | 18 | 19 |
| DICKSON, David M. | 73E-9-257 | 18 | 18 |
| DICKSON, Joseph H. & Pauline | 73E-9-256 | 17 | 18 |
| DOTY, R. A. | 73E-4-199 | 2 | 1 |
| DOUTHIT, Shirley I. | 73E-10-266 | 20 | 21 |
| DRAKE, Murl W. & Evelyn D. | 73E-16-308 | 35 | 35 |
| DUNHAM, Dewey & Carolyn | 73E-8-224 | 8 | 8 |
| ELDRED, Andrew J. & Elsie L. | 73E-8-229 | 9 | 9 |
| EMERY, William H. Jr. & Bonnie Lee | 73E-6-209 | 4 | 4 |
| EMERY, William H. Sr. | 73E-6-207 | 4 | 4 |
| EVERETT, Elmer E. & Olga C. | 73E-14, 22 & 23 - 278 | 24 | 25 |
| FISHER, Jack M. & Frances | 73E-8-240 | 13 | 13 |
| FLOYD, Allen R. & Fern A. | 73E-8-241 | 13 | 13 |

Interlocutory Judg. #33
Exhibit "A"    1119

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| FRANCIS, Clyde & | | | |
| Pearl M. | 73E-16-311 | 36 | 36 |
| GILBREATH, Raymond Woodard & | | | |
| Nadine Janet | 73E-14-279 | 25 | 26 |
| GRAHAM, Claude H. Jr. | 73E-9-255 | 17 | 18 |
| GRAHAM, Claude H. Sr. | 73E-9-255 | 17 | 18 |
| GREENWALD, Alvin G. | 73E-16-313 | 36 | 37 |
| | 73E-17-327 | 44 | 42 |
| HAMILTON SCHOOL DISTRICT | | | |
| OF RIVERSIDE COUNTY | 73E-10-270 | 21 | 23 |
| | 73E-21-357 | 46 | 44 |
| HAMILTON, Lincoln J. & | | | |
| | 73E-15-286 | 27 | 28 |
| Louise Phebe | 73E-22-365 | 49 | 46 |
| | 73E-21-366 | 49 | 47 |
| HEACOCK, Edwin E. & | | | |
| Ruth B. | 73E-17-328 | 44 | 42 |
| HERRING, Edmund G. & | | | |
| Laura M. | 73E-4-201 | 2 | 2 |
| HITTSON, Paul A. & | | | |
| | 73E-8-244 | 14 | 14 |
| Sandra W. | 73E-8-246 | 15 | 15 |
| HOLCOMB, Robert L. & | | | |
| Clara V. | 73E-15-297 | 30 | 32 |
| HOLCOMB, W. H. & | | | |
| Mary Ann | 73E-15-297 | 30 | 32 |
| HUBBARD, Fred W. & | | | |
| Berniece I. | 73E-16-303 | 33 | 33 |

Interlocutory Judg. #33
Exhibit "A"

1120

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| HUBBELL, Gladys | 73E-8-235 | 11 | 11 |
| HURST, Jerry R. & Marie M. | 73E-10-261 | 18A | 18A |
| JAMES, Ernest E. | 73E-10-262 | 19 | 20 |
| JOHNSON, Charles T. | 73E-21 & 22 - 362 | 47 | 45 |
| JOHNSON, Irving & Hazel P. | 73E-7-219 | 6 | 7 |
| JOHNSON, Okey F. & Edna L. | 73E-9-253 | 17 | 17A |
| JUNKIN, Gertrude D. | 73E-15-296 | 30 | 31 |
| KELLOG, Richard E. | 73E-5-206 | 4 | 3 |
| KING, Lydia B. | 73E-18-330 | 45 | 42 |
| LAPP, Edwin Walter & Mabel Catherine | 73E-10-263 | 19 | 20 |
| LARSON, Ray & Elizabeth | 73E-9-249 | 16 | 16 |
| LEICHTFUSS, W. A. & Helene | 73E-10-273 | 22 | 24 |
| LEONARD, Claude & Alice | 73E-16-319 | 40 | 39 |
| LICHTWALD, Henry R. | 73E-16-301 73E-22-364 | 33 48 | 33 46 |
| LIGER, John M. & Beverly | 73E-23-369A | 50 | 48 |

Interlocutory Judg. #33
Exhibit "A"

1121

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| LIPP, Fred L. & | | | |
|    Martha M. | 73E-8-223 | 7A | 7 |
| | 73E-9-250 | 16 | 16 |
| | 73E-15-288 | 28 | 28 |
| | 73E-15-293 | 29 | 30 |
| | 73E-17-326 | 44 | 41 |
| LOBB, Thomas Jr., & | | | |
|    Janet | 73E-21 & 22 - 360 | 47 | 45 |
| MACY, Roy W. & | | | |
|    Mary T. | 73E-8-239 | 12 | 13 |
| MARTEL, Hazel A. & | | | |
|    Marcel A. | 73E-15-281 | 26 | 26 |
| | 73E-15-285 | 27 | 28 |
| MARTS, Ralph H. & | | | |
|    Hazel H. C. | 73E-7-217 | 6 | 6 |
| MATTIS, Louis | 73E-5-204 | 3 | 3 |
| MEYER, David & | | | |
|    Amelia | 73E-8-233 | 11 | 11 |
| MILLER, Charles A. & | | | |
|    Marie E. | 73E-7-213 | 5 | 5 |
| | 73E-7-216 | 5 | 6 |
| MILLER, Linus W. & | | | |
|    Helen M. | 73E-17-324 | 43 | 41 |
| MINOR, James & | | | |
|    Jessie Fay | 73E-21-361 | 47 | 45 |
| MOON, Charles & | | | |
|    Emily M. | 73E-16-307 | 34 | 35 |
| MOORE, Howard W. & | | | |
|    Frances L. | 73E-16-318 | 39 | 38 |

Interlocutory Judg. #33
Exhibit "A"

1122

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| MORGON, Ralph C. & Muriel | 73E-9-252 | 16 | 17 |
| MOSSBERG, Clarence E. & Edith R. | 73E-16-304 | 33 | 34 |
| NICKLE, June M. | 73E-8-231 | 10 | 10 |
| OSTRIN, Herman & Lillian | 73E-10-264 | 19 | 20 |
| OWENS, Maxine | 73E-6-208 | 4 | 4 |
| PALM RANCH CO | 73E-14-282 | 26 | 27 |
| PENA, John & Elsie | 73E-15-294 | 30 | 31 |
| PLACE, Albert E. & Bernice | 73E-8-236 | 12 | 12 |
| PLUEGER, Donald N. & Lorraine F. | 73E-21-356 | 46 | 44 |
| PORTREY, P. I. & Ruby | 73E-22-363 | 48 | 46 |
| PRATER, George L. & Rachel M. | 73E-10-268B | 21 | 22 |
| PURSCHE, Harry A. & Helen B. | 73E-20-355 | 45 | 43 |
| RABAGO, Fred & Edna | 73E-10-274 | 23 | 24 |
| REGISTER, Ernest G. | 73E-16-302 73E-16-323 | 33 42 | 33 40 |

Interlocutory Judg. #33
Exhibit "A"   1123

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| Register, William W. | 73E-16-306 | 34 | 34 |
| RICK, Faye C. | 73E-8-243 | 14 | 14 |
| RIDDLE, Fern | 73E-8-227 | 9 | 9 |
| RIVERSIDE, County of | 73E-15-298 | 31 | 32 |
| ROALFE, Marjorie G. | 73E-8-226 | 9 | 8 |
| ROBBINS, Lonnie J. & Marjorie M. | 73E-16-307 | 35 | 35 |
| ROMKEE, Howard D. & Evelyn A. | 73E-15-291 | 29 | 30 |
| ROSS, William L. | 73E-15-290 | 29 | 29 |
| SCHENK, William A. | 73E-4-202 | 3 | 2 |
| SCHENK, Evelyn Anna | 73E-4-202 | 3 | 2 |
| SCHENK, William Boone | 73E-4-202 | 3 | 2 |
| SCHMOLL, George Martin & Marguerite | 73E-10-267 | 20 | 21 |
| SCHULTZ, Carl E. & Carrie May | 73E-10-271 | 21 | 23 |
| SEARS, Dale M. & Shirley A. | 73E-17-325 | 44 | 41 |
| SGOBASSI, Louis J. | 73E-10-275 | 23 | 25 |
| SHERMAN, Jasper Dewey | 73E-10-265 73E-10-269 | 19 21 | 21 23 |
| SHERMAN, Laura | 73E-14-280 | 25 | 26 |

Interlocutory Judg. #33
Exhibit "A"

1124

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| SKAGGS, Roy G. & Mabel J. | 73E-16-317 | 39 | 38 |
| SMITH, Irene | 73E-8-238 | 12 | 12 |
| SMITH, Zacheus A. & Faith Y. | 73E-8-237 | 12 | 12 |
| SMOLIER, Diana | 73E-20-353 | 45 | 43 |
| SMOLIER, S. M. | 73E-16-316 | 39 | 38 |
| SNOW, R. W. | 73E-7-221 | 7 | 7A |
| SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD | 73E-16-314 | 38 | 37 |
| SOUTHERN PACIFIC LAND CO | 73E-5-203 73E-11-276 | 3 24 | 2 25 |
| SPARKS, Anna D. | 73E-8-228 | 9 | 9 |
| STEWART, Theodore R. & Marian E. | 73E-16-309 | 35 | 35 |
| STONE, Yuma T. & Evelyn | 73E-16-310 | 35 | 36 |
| STRADER, Thomas P. | 73E-10-266 | 20 | 21 |
| STULTZ, Allan C. & Avis B. | 73E-7-211 | 5 | 5 |
| STULTZ, Allan C. Jr., & Helen D. | 73E-7-211 | 5 | 5 |
| SUNNY CAL RANCH CORP | 73E-9-251 | 16 | 17 |

Interlocutory Judg. #33
Exhibit "A"
1125

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| TAYLOR, Merle A. & Yvonne J. | 73E-16-320A | 41 | 39 |
| TUNNELL, Olga V. | 73E-8-230 | 10 | 10 |
| UNITED STATES OF AMERICA | Par. 2 | 1 | 1 |
| VAN WINKLE, L. | 73E-9-259 | 18 | 19 |
| VEALE, Melvin E. & Katherine M. | 73E-7-218 | 6 | 6 |
| VENEGAS, Ignacio M. & Carmelita | 73E-15-295 | 30 | 31 |
| WAGNER, Raymond N. Jr., & Alice | 73E-5-205 | 3 | 3 |
| WESTPHALEN, Hugo G. & Vera B. | 73E-21-358 | 46 | 44 |
| WHEELER, Ella | 73E-10-272 | 22 | 24 |
| WHETSTINE, Frederick E. & Jeanne C. | 73E-16-321 | 42 | 40 |

Interlocutory Judg. #33
Exhibit "A"
1126

## LEGAL DESCRIPTION AND OWNERSHIP OF LANDS

## OVERLYING ANZA GROUND WATER BASIN

PARCEL 2:

Southeast Quarter, and Southeast Quarter of Southwest Quarter of
Section Thirty-two (32), Township Six (6) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of River-
side, State of California.

Southwest Quarter of Southwest Quarter of Section Thirty-three (33),
Township Six (6) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

Southwest Quarter, and the Southwest Quarter of the Northwest
Quarter of Section Three (3), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

Northwest Quarter of the Northeast Quarter;  Northwest Quarter;
and, the Southwest Quarter of the Southeast Quarter of Section
Four (4), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

Northeast Quarter of the Northeast Quarter of Section Five (5),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of Cali-
fornia.

Northeast Quarter of the Northeast Quarter of Section Eight (8),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of Cali-
fornia.

West Half of Section Twenty-seven (27), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

East Half and Northwest Quarter of Section Twenty-eight (28),
Township Seven (7) South, Range Three (3) East, San Bernardino

Interlocutory Judg. #33
                    Exhibit "B"      1127

PARCEL 2 Continued:

Base and Meridian, in the County of Riverside, State of California.
Northeast Quarter and West Half of Northwest Quarter of Section
Twenty-nine (29), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNER:

UNITED STATES OF AMERICA

PORTIONS OF SAID PARCEL WITHIN WEST HALF OF NORTHWEST QUARTER OF
SECTION 27, NORTH HALF AND SOUTHEAST QUARTER OF NORTHEAST QUARTER
OF SECTION 28 OVERLIE DEEP AQUIFER.

PARCEL 73E-4-199:

The South Half of the Southeast Quarter of the Southeast Quarter of
Section Four (4), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNER:

DOTY, R. A.

PARCEL 73E-4-200:

The North Half of the Southeast Quarter;  the North Half of the
Southeast Quarter of the Southeast Quarter; and, the Southwest
Quarter of the Northeast Quarter, Section Four (4), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

CARTIER, Jacques E. & Beulah

PARCEL 73E-4-201:

The Southeast Quarter of the Northeast Quarter; and, the North-
east Quarter of the Northeast Quarter of Section Four (4), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

PARCEL 73E-4-201  Continued:

OWNERS:

      HERRING, Edmund G. & Laura M.

PARCEL 73E-4-202:

    The Southwest Quarter of Section Four (4), Township Seven(7)

    South, Range Three (3) East, San Bernardino Base and Meridian,

    in the County of Riverside, State of California.

OWNERS:

      SCHENK, William A. & Evelyn Anna

      SCHENK, William Boone

PARCEL 73E-5-203:

    The Northwest Quarter;  the North Half of the Southwest Quarter;

    the Northwest Quarter of the Northeast Quarter;  the South Half

    of the Northeast Quarter; and, the Southeast Quarter of Section

    Five (5), Township Seven (7) South, Range Three (3) East, San

    Bernardino Base and Meridian, in the County of Riverside, State

    of California.

OWNER:

      SOUTHERN PACIFIC LAND COMPANY

PARCEL 73E-5-204:

    The East Half of the Southeast Quarter of the Southwest Quarter

    of Section Five (5), Township Seven (7) South, Range Three (3)

    East, San Bernardino Base and Meridian, in the County of River-

    side, State of California.

OWNER:

      MATTIS, Louis

PARCEL 73E-5-205:

    The East 5.26 acres of Government Lot Ten (10)(Southwest Quarter

    of the Southwest Quarter), Section Five (5), Township Seven (7)

    South, Range Three (3) East, San Bernardino Base and Meridian,

PARCEL 73E-5-205 Continued:

in the County of Riverside, State of California.  Also, the West Half of the Southeast Quarter of the Southwest Quarter of said Section Five (5).

OWNERS:

WAGNER, Raymond N. Jr., & Alice

PARCEL 73E-5-206:

The West Thirty (30) Acres of Government Lot Ten (10)(Southwest Quarter of the Southwest Quarter), Section Five (5), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

KELLOGG, Richard E.

PARCEL 73E-6-207:

The North Half of the Southeast Quarter; and, the Southeast Quarter of the Southeast Quarter of Section Six (6), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

EMERY, William Howard, Sr.

PARCEL 73E-6-208:

The West Half of Lot Fifteen (15)(Southwest Quarter of the Southeast Quarter), Section Six (6), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

OWENS, Maxine

PARCEL 73E-6-209:

The East Half of Lot Fifteen (Southwest Quarter of the Southeast Quarter) of Section Six (6), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in

Interlocutory Judg. #33
Exhibit "B"                    1130

PARCEL 73E-6-209 Continued:

the County of Riverside, State of California.

OWNERS:

William
EMERY / Howard Jr., & Bonnie Lee

PARCEL 73E-7-211:

The South Half of the Southeast Quarter of the Southeast Quarter,
Section Seven (7), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

STULTS, Allan C. & Avis B.
STULTS, Allan C. Jr., & Helen D.
CHENEY, Bryant L. & Avis B.

PARCEL 73E-7-213:

The South Half of the South Half of the Northeast Quarter of the
Southeast Quarter; and, the North Half of the Southeast Quarter
of the Southeast Quarter of Section Seven (7), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

MILLER, Charles A. & Marie E.

PARCEL 73E-7-215:

The North Half of the South Half of the Northeast Quarter
of the Southeast Quarter of Section Seven (7), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

DAVIS, Jack A. C. & Ida Marie

PARCEL 73E-7-216:

The South 240 feet of the North Half of the North Half of the

Interlocutory Judg. #33
Exhibit "B"

1131

PARCEL 73E-7-216 Continued:

Southeast Quarter of Section Seven (7), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

MILLER, Charles August & Marie E.

PARCEL 73E-7-217:

The North 210 feet of the South 450 feet of the North Half of
the North Half of the Southeast Quarter of Section Seven (7),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MARTS, Ralph H. & Hazel H. C.

PARCEL 73E-7-218:

The North Half of the North Half of the Southeast Quarter of
Section Seven (7), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT the Southerly 450 feet thereof.

OWNERS:

VEALE, Melvin E. & Katherine M.

PARCEL 73E-7-219:

Government Lots Three (3), Four (4), Nine (9), and Ten (10)
(Northeast Quarter) of Section Seven (7), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, EXCEPT that
portion described as follows:  Beginning at the Northeast
Corner of said Lot Three (3); thence Westerly along the Northerly
line of said Lot Three (3), 466 feet;  thence Southerly and
parallel with the Easterly line of said Lot Three (3), 466
feet;  thence Easterly and parallel with the Northerly line

-6-                     Interlocutory Judg. #33
                              Exhibit "B"
                                        1132

PARCEL 73E-7-219 Continued:

of said Lot Three (3), 466 feet to a point on the Easterly line
of said Lot Three (3);  thence Northerly 466 feet to the point
of beginning.

OWNERS:

JOHNSON, Irving & Hazel P.

PARCEL 73E-7-220:

Beginning at the Northeast Corner of Lot Three (3)(Northeast
Quarter of the Northeast Quarter) of Section Seven (7), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of Cali-
fornia;  thence Westerly along the Northerly line of said Lot
Three (3), 466 feet;  thence Southerly and parallel with the
Easterly line of said Lot Three (3), 466 feet;  thence Easterly
and parallel with the Northerly line of said Lot Three (3),
466 feet to a point on the Easterly line of said Lot Three (3);
thence Northerly 466 feet to the point of beginning.

OWNER:

BAKER, Marie

PARCEL 73E-7-221:

The Northwest Quarter of Section Seven (7), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:

SNOW, R. W.

PARCEL 73E-8-223:

The Southwest Quarter of Section Eight (8), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
EXCEPT that portion thereof described as follows:  Beginning

Interlocutory Judg. #33
                Exhibit "B"     1133

PARCEL 73E-8-223 Continued:

at the Southeast Corner of the Northwest Quarter of the South-
west Quarter of said Section Eight (8);  thence West 330 feet;
thence North 660 feet;  thence East 330 feet;  thence South
660 feet to the point of beginning.  Also EXCEPT that portion
thereof described as follows:  Beginning at the Northeast
Corner of the Southwest Quarter of said Section Eight (8);
thence West along the North line of said Section Eight (8),
1390 feet;  thence South 660 feet;  thence East 1390 feet;
thence North 660 feet to the point of beginning.

OWNERS:

LIPP, Fred L.

PARCEL 73E-8-224:

That portion of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described as
follows:  Beginning at the Southeast Corner of the Northwest
Quarter of the Southwest Quarter of said Section Eight (8);
thence West 330 feet;  thence North 660 feet;  thence East
330 feet;  thence South 660 feet to the point of beginning.
EXCEPT the South 30 feet to be used for road or utilities.

OWNERS:

DUNHAM, Dewey

DUNHAM, Carolyn

PARCEL 73E-8-225:

That portion of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described as
follows:  Beginning at the Northeast Corner of the Southwest
Quarter of said Section Eight (8);  thence West along the
North line of said Section Eight (8), 1390 feet;  thence

Interlocutory Judg. #33
Exhibit "B"          1134

PARCEL 73E-8-225 Continued:

South 660 feet;  thence East 1390 feet;  thence North 660
feet to the point of beginning.

OWNERS:

COCHRAN, Huffman H. & Ivaleah M.

PARCEL 73E-8-226:

South Half of the Northwest Quarter of Section Eight (8),
Township Seven (7) South, Range Three (3) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California, EXCEPT the Northwest Quarter of the Southwest
Quarter of the Northwest Quarter of said Section Eight (8).

OWNER:

ROALFE, Marjorie G.

PARCEL 73E-8-227:

The Northwest Quarter of the Southwest Quarter of the North-
west Quarter of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNER:

RIDDLE, Fern

PARCEL 73E-8-228:

The Southwest Quarter of the Northwest Quarter of the North-
west Quarter of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNER:

SPARKS, Anna D.

PARCEL 73E-8-229:

That portion of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in

PARCEL 73E-8-229 Continued:

the County of Riverside, State of California, described as
follows:  Beginning at the Northwest Corner of said Section
Eight (8);  thence East along North line of said Section Eight
(8), 660 feet;  thence South, parallel with West line, 660
feet;  thence West, parallel with North line, 660 feet;  thence
North along West line 660 feet to the point of beginning.

OWNERS:

ELDRED, Andrew J. & Elsie L.

PARCEL 73E-8-230:

The East Half of the Northwest Quarter of the Northwest Quarter
of Section Eight (8), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNER:

TUNNELL, Olga V.

PARCEL 73E-8-231:

The Northwest Quarter of the Northeast Quarter of the Northwest
Quarter; and, the North Half of the Southwest Quarter of the
Northeast Quarter of the Northwest Quarter of Section Eight (8),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNER:

NICKLE, June M.

PARCEL 73E-8-232:

All that portion of Lot Three (3) (Northeast Quarter of the North-
west Quarter) of Section Eight (8), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:  The Easterly
portion of said Lot Three (3), being a rectangular parcel of land

PARCEL 73E-8-232 Continued:

825 feet wide by 1320 feet long, estimated to contain Twenty-
five (25) acres, more or less.

OWNERS:

ASHJIAN, Charles M. & Araxie

PARCEL 73E-8-233:

The South Half of the Southwest Quarter of the Northeast
Quarter of the Northwest Quarter of Section Eight (8), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MEYER, David & Amelia

PARCEL 73E-8-234:

Government Lots Two (2), Seven (7), and Eight (8), (West Half
of the Northeast Quarter and the Southeast Quarter of the North-
east Quarter), Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:

DANIELS, Elfie Elizabeth

PARCEL 73E-8-235:

The West Forty (40) Acres of Lot Ten (10)(Northwest Quarter
of the Southeast Quarter;, and the West Forty (40) Acres of
Lot Eleven (11) (Southwest Quarter of the Southeast Quarter)
of Section Eight (8), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California

OWNER:

HUBBELL, Gladys

PARCEL 73E-8-236:

The West Half of Lot Nine (9) (Northeast Quarter of the South-
east Quarter); and, Lot Ten (10) (Northwest Quarter of the
Southeast Quarter;, Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT the West Forty
(40) Acres of said Lot Ten (10).

OWNERS:

PLACE, Albert E. & Bernice

PARCEL 73E-8-237:

The East Half of Lot Nine (9) (Northeast Quarter of the South-
east Quarter), Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

SMITH, Zacheus A. & Faith Y.

PARCEL 73E-8-238:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside, State
of California, shown as Parcel 24 on Record of Survey 27/29.

OWNER:

SMITH, Irene

PARCEL 73E-8-239:

That portion of the West Half of Government Lot Twelve (12),
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Two (2) on Record of

Interlocutory Judg. #33
                                      Exhibit "B"
                                                    1138

PARCEL 73E-8-239 Continued:

Survey 27/29.

OWNERS:

MACY, Roy W. & Mary T.

PARCEL 73E-8-240:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Three (3) on Record
of Survey 27/29.

OWNERS:

FISHER, Jack M. & Frances

PARCEL 73E-8-241:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Six (6) on Record of
Survey 27/29.

OWNERS:

FLOYD, Allen R. & Fern A.

PARCEL 73E-8-242:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Twenty (20) on Record
of Survey 27/29

OWNERS:

ROGERS, Hettie J.

PARCEL 73E-8-243:

That portion of the West Half of Government Lot Twelve (12),
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Twenty-two (22) on
Record of Survey 27/29.

OWNER:

RICK, Faye C.

PARCEL 73E-8-244:

That portion of Government Lot Eleven (11), (Southwest
Quarter of the Southeast Quarter), Section Eight (8),
Township Seven (7) South, Range Three (3) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California shown as Parcels One (1), Four (4), Seven (7),
Ten (10), Thirteen (13), Sixteen (16), and Nineteen (19)
on Record of Survey 27/29.  Also that portion of the West
Half of Government Lot Twelve (12), (Southeast Quarter of
the Southeast Quarter) of said Section Eight (8), shown
as Parcels Five (5), Eight (8), Nine (9), Eleven (11),
Twelve (12), Fourteen (14), Fifteen (15), Seventeen (17),
Eighteen (18), Twenty-one (21) and Twenty-three (23) on
Record of Survey 27/29.

OWNERS:

HITTSON, Paul A. & Sandra W.

PARCEL 73E-8-245:

The East Half of Government Lot Twelve (12)(Southeast Quarter
of the Southeast Quarter), Section Eight (8), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
EXCEPT those portions thereof shown as Parcels Five (5),

-14-     Interlocutory Judg. #33
Exhibit "B"                1140

PARCEL 73E-8-245 Continued:

Seven (7), Eight (8) and Ten (10) on Record of Survey 26/99.

OWNERS:

BARBER, Robert William & Ruth Emily

PARCEL 73E-8-246:

That portion of the East Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcels Seven (7) and Eight
(8) on Record of Survey 26/99.

OWNERS:

HITTSON, Paul A. & Sandra W.

PARCEL 73E-8-247:

That portion of the East Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Five (5) on Record
of Survey 26/99.

OWNER:

BRINGS, Donald A. & Beryl F.

PARCEL 73E-8-248:

That portion of the East Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Ten (10) on Record
of Survey 26/99.

OWNER:

BLACK, Hazel

PARCEL 73E-9-249:

The East Half of the East Half of Lot One (1)(Southwest
Quarter of the Southwest Quarter, Section Nine (9), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:

LARSON, Ray and Elizabeth

PARCEL 73E-9-250:

The West Half of the East Half of Lot One (1) (Southwest
Quarter of the Southwest Quarter), Section Nine (9), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNER:

LIPP, F. L.

PARCEL 73E-9-251:

The Southwest Quarter of Lot One (1) (Southwest Quarter of
the Southwest Quarter), Section Nine (9), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNER:

SUNNY CAL RANCH CORP.

PARCEL 73E-9-252:

The Northwest Quarter of Lot One (1) (Southwest Quarter of
the Southwest Quarter), Section Nine (9), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

MORGON, Ralph C. & Muriel

PARCEL 73E-9-253:

    The Northwest Quarter of the Southwest Quarter of Section
Nine (9), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

        JOHNSON, Okey F. & Edna L.

PARCEL 73E-9-254:

    The Southwest Quarter of the Northwest Quarter, Section
Nine (9), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNER:

        CONTARANO, David

PARCEL 73E-9-255:

    The Northwest Quarter of the Northwest Quarter of Section
Nine (9), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

        GRAHAM, Claude H. Sr.,

        GRAHAM, Claude H. Jr.,

PARCEL 73E-9-256:

    The Northeast Quarter of the Southeast Quarter; and, the
Northwest Quarter of the Northeast Quarter of Section Nine
(9), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

        DICKSON, Joseph H. & Pauline

Interlocutory Judg. #33
Exhibit "B"

1143

PARCEL 73E-9-257:

The East Half of the Northeast Quarter, Section Nine (9),
Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNER:

DICKSON, David M.

PARCEL 73E-9-258:

The Southwest Quarter of the Northeast Quarter;  the East
Half of the Northwest Quarter;  the Northeast Quarter of
the Southwest Quarter;  Lot Two (2) (Southeast Quarter of
the Southwest Quarter); and, the Northwest Quarter of the
Southeast Quarter, Section Nine (9), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:

DICKSON, Barry Richard

PARCEL 73E-9-259:

The Southwest Quarter of the Southeast Quarter of Section
Nine (9), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNER:

VAN WINKLE, L.

PARCEL 73E-9, 10, 16 - 260:

The Southeast Quarter of the Southeast Quarter of Section
Nine (9), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California.  Also,  Lots One (1) and Two
(2) (South Half of the Southwest Quarter) of Section Ten (10),

PARCEL 73E-9, 10, 16 - 260 Continued:

said Township and Range, EXCEPT the Southeast Quarter of
the Southeast Quarter of the Southwest Quarter of said
Section Ten (10). Also, the Northeast Quarter of the
Northeast Quarter of Section Sixteen (16), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:

BOHLEN, Nan A.

PARCEL 73E-10-261:

The Northwest Quarter of the Southwest Quarter of Section
Ten (10), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California, EXCEPT the Northerly 330 feet
thereof.

OWNERS:

HURST, Jerry R. & Marie M.

PARCEL 73E-10-262:

The Westerly 660 feet of the Northerly 330 feet of the North-
west Quarter of the Southwest Quarter of Section Ten (10),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNER:

JAMES, Ernest E.

PARCEL 73E-10-263:

The Easterly 660 feet of Northerly 330 feet of the Northwest
Quarter of the Southwest Quarter of Section Ten (10), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, EXCEPT the Easterly 60 feet thereof.

OWNERS:

LAPP, Edwin Walter & Mabel Catherine

PARCEL 73E-10-264:

The Southwest Quarter of the Northwest Quarter of Section
Ten (10), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

OSTRIN, Herman and Lillian

PARCEL 73E-10-265

The North Half of the Northwest Quarter of Section Ten (10),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNER:

SHERMAN, Jasper Dewey

Interlocutory Judg. #33
Exhibit "B"

1146

PARCEL 73E-10-266:

The Southeast Quarter of the Northwest Quarter of Section Ten (10), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

DOUTHIT, Shirley I.

STRADER, Thomas P.

PARCEL 73E-10-267:

The Northeast Quarter of the Southwest Quarter of Section Ten (10), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SCHMOLL, George Martin and Marguerite

PARCEL 73E-10-268:

The North Half of the West Half of the Northeast Quarter of Section Ten (10), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the West 30 feet to County Road.  Also, the South Half of the Southwest Quarter of the Northeast Quarter of said Section Ten (10) EXCEPT the West Half of the Southwest Quarter of the Southwest Quarter of the Northeast Quarter of said Section Ten (10).

OWNER:

CAMPBELL, Oliver B.

PARCEL 73E-10-268A

The North Half of the Southwest Quarter of the Northeast Quarter of Section Ten (10), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian,

PARCEL 73E-10-268A Continued:

in the County of Riverside, State of California.

OWNER:

CAMPBELL, Etta B.

PARCEL 73E-10-268B:

The West Half of the Southwest Quarter of the Southwest Quarter
of the Northeast Quarter of Section Ten (10),  Township Seven
(7) South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

PRATER, George L. & Rachel M.

PARCEL 73E-10, 11-269:

The East Half of the Northeast Quarter; and, the North Half of
the Southeast Quarter of Section Ten (10), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.  Also, the
South Half of the South Half of Section Eleven (11), said
Township and Range.

OWNER:

SHERMAN, Jasper Dewey

PARCEL 73E-10-270:

The Southeast Quarter of the Southeast Quarter of the South-
west Quarter of Section Ten (10), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNER:

HAMILTON SCHOOL DISTRICT OF RIVERSIDE COUNTY.

PARCEL 73E-10-271:

Lot Three (3)(Southwest Quarter of the Southeast Quarter)
of Section Ten (10), Township Seven (7) South, Range Three

Interlocutory Judg. #33
Exhibit "B"

1148

PARCEL 73E-10-271 Continued

(3) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

SCHULTZ, Carl E. & Carrie May

PARCEL 73E-10-272:

The Westerly 208 feet of Lot Four (4)(Southeast Quarter of the
Southeast Quarter) of Section Ten (10), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNER:

WHEELER, Ella

PARCEL 73E-10-273:

That portion of Government Lot Four (4)(Southeast Quarter of
the Southeast Quarter) of Section Ten (10), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, described as
follows:  Commencing at the Southeast Corner of said Lot Four
(4);  thence Northerly on Easterly line 1361.2 feet to the
Northeast Corner of said Lot Four (4);  thence Westerly on
Northerly line 640.2 feet to the Northwest Corner of parcel
conveyed to Frank D. Sixta, widower, by deed April 18, 1957,
Filing #28318, being true point of beginning;  thence Southerly
on Westerly line of Sixta parcel 1362.98 feet to a point in
Southerly line of Lot Four (4);  thence Westerly on said
Southerly line 486.03 feet, more or less, to the Southeast
Corner of parcel conveyed to Newman, March 11, 1955, Filing
#15916;  thence at right angles Northerly on Easterly line
of said Newman parcel, and Easterly line of parcel conveyed
to Newman et ux, January 18, 1956, Filing #3855, 1364.2
feet to North line of Lot Four (4);  thence Easterly on said

-22-          Interlocutory Judg. #33
Exhibit "B"

1149

PARCEL 73E-10-273 Continued:

Northerly line 498.8 feet, more or less, to point of beginning.

OWNERS:

LEICHTFUSS, W. A. & Helene

PARCEL 73E-10-274:

That portion of Government Lot Four (4) (Southeast Quarter of the Southeast Quarter) Section Ten (10), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Commencing at the Southeast Corner of said Lot Four (4);  thence Northerly on Easterly line of Lot Four (4), 1361.2 feet to the Northeast Corner thereof;  thence Westerly on Northerly line of Lot Four (4), 320.1 feet to true point of beginning;  thence Southerly, parallel with the East line of Lot Four (4), 1361.2 feet to a point in Southerly line of said Lot Four (4);  thence Westerly on Southerly line 320.1 feet;  thence Northerly, parallel with Easterly line, 1362.98 feet to Northerly line of said Lot Four (4);  thence Easterly on Northerly line of Lot Four (4), 320.1 feet to the true point of beginning.

OWNERS:

RABAGO, Fred and Edna

PARCEL 73E-10-275:

Beginning at the Southeast Corner of Lot Four (4)(Southeast Quarter of the Southeast Quarter), Section Ten (10), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California; thence Northerly along the Easterly line of Lot Four (4), 1361.2 feet to the Northeast Corner thereof;  thence Westerly on Northerly line 320.1 feet;  thence Southerly 1361.2 feet to the Southerly line thereof;  thence Easterly 320.1 feet to the point of beginning.

Interlocutory Judg. #33
Exhibit "B"    1150

PARCEL 73E-10-275 Continued:

OWNERS:

       SGOBASSI, Louis J.

       BURNETT, Leonard A.

PARCEL 73E-11-276:

    The South Half of the Northwest Quarter; and, the North Half

    of the Southwest Quarter, Section Eleven (11), Township Seven

    (7) South, Range Three (3) East, San Bernardino Base and

    Meridian, in the County of Riverside, State of California.

OWNERS:

       SOUTHERN PACIFIC LAND COMPANY.

PARCEL 73E-13, 14, 22, 23, 24, 74E-19-278:

    The Northwest Quarter;  the Northwest Quarter of the South-

    west Quarter;  the North Half of the Northeast Quarter of

    the Southwest Quarter of Section Thirteen (13), Township

    Seven (7) South, Range Three (3) East, San Bernardino Base

    and Meridian, in the County of Riverside, State of California.

    The East Half of Section Fourteen (14), said Township and Range,

    EXCEPT that portion described as follows:  Beginning at the

    Southwest Corner of the East Half of the East Half of said

    Section Fourteen (14);  thence West along the South line of

    said Section Fourteen (14), 132 feet;  thence North 495 feet;

    thence East 792 feet;  thence South 495 feet;  thence West 660

    feet, more or less, to point of beginning.  Also EXCEPT the

    South 30 feet of the West Half of said property.  Also, The

    East Half of the Northeast Quarter of Section Twenty-two (22),

    said Township and Range, EXCEPT the Northerly 30 feet thereof;

    the North Half of the Southeast Quarter of said Section Twenty-

    two (22); and, all that portion of the West Half of the North-

    east Quarter of said Section Twenty-two (22), described as

    follows:  Beginning at the Southeast Corner of the West Half

PARCEL 73E-13, 14, 22, 23, 24, 74E-19-278 Continued:

of said Northeast Quarter;  thence Northerly along the East-

erly line of said West Half of the Northeast Quarter, 792

feet;  thence Westerly, parallel with Southerly line of the

Northeast Quarter, 660 feet;  thence Southerly, parallel

with the Easterly line, 792 feet to the Southerly line

thereof;  thence Easterly along Southerly line of said

West Half of the Northeast Quarter, 660 feet to point of

beginning.  Also, the Northwest Quarter;/ the North Half of
                                and

the Northeast Quarter of Section Twenty-three (23), said

Township and Range

OWNERS:

      EVERETT, Elmer E. & Olga C.

PARCEL 73E-14-279:

Beginning at the Southwest Corner of the East Half of the

East Half of Section Fourteen (14), Township Seven (7)

South, Range Three (3) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California;  thence West

along the South line, 132 feet;  thence North 495 feet;

thence East 792 feet;  thence South 495 feet;  thence West

660 feet, more or less, to the point of beginning.

OWNERS:

      GILBREATH, Raymond Woodard and Nadine Janet

PARCEL 73E-14-280:

The East Half of the Northwest Quarter of Section Fourteen

(14), Township Seven (7) South, Range Three (3) East, San

Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNER:

      SHERMAN, Laura

PARCEL 73E-14-281:

The Northwest Quarter of the Northwest Quarter of Section Fourteen (14), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MARTEL, Marcel A.

MARTEL, Hazel A.

PARCEL 73E-14-282:

The Southwest Quarter of the Northwest Quarter; Also, the Southwest Quarter of Section Fourteen (14), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the South 30 feet of the said Southwest Quarter; ALSO EXCEPT County road; ALSO EXCEPT that portion of the Southeast Quarter of the Southwest Quarter of said Section Fourteen (14) described as follows: Beginning at the intersection of the East line of the Southwest Quarter of said Section Fourteen (14) and Northwesterly line of parcel conveyed to County of Riverside; thence North on East line of said Southwest Quarter, 410 feet; thence West 210 feet; thence South to Northwesterly line of parcel conveyed to County of Riverside; thence Northeasterly on said Northwesterly line to point of beginning.

OWNERS:

PALM RANCH COMPANY

PARCEL 73E-14-283:

Portion of the Southeast Quarter of the Southwest Quarter of Section Fourteen (14), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning

Interlocutory Judg. #33
Exhibit "B" 1153

PARCEL 73E-14-283:

at the intersection of the East line of the Southwest Quarter of said Section Fourteen (14) and Northwesterly line of parcel conveyed to County of Riverside;  thence North on East line of said Southwest Quarter, 410 feet;  thence West 210 feet; thence South to Northwesterly line of parcel conveyed to County of Riverside;  thence Northeasterly on said Northwest line to point of beginning.

OWNERS:

ANZA ELECTRIC COOPERATIVE, INC.

PARCEL 73E-15-284:

The South Half of the Southeast Quarter; and, the Southeast Quarter of the Southwest Quarter, Section Fifteen (15), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

BOHLEN, Nan A.

PARCEL 73E-15-285:

The Northeast Quarter of the Southeast Quarter of Section Fifteen (15), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

MARTEL, Hazel A.

PARCEL 73E-15-286:

The Northwest Quarter of the Southeast Quarter; and, the Northeast Quarter of the Southwest Quarter of Section Fifteen (15), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

PARCEL 73E-15-286 Continued:

OWNERS:

      DAVIS, Morgan M. & Maddalena G.

      DAVIS, George E. & Kathleen J.

      CARLTON, Coy R. & Ruby Lou

      HAMILTON, Lincoln J. & Louise Phebe

PARCEL 73E-15-287:

The East Half of the Southwest Quarter of the Northeast Quarter of Section Fifteen (15), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

      BERTHOLD, George H.

PARCEL 73E-15-288:

The Southeast Quarter of the Northeast Quarter of Section Fifteen (15), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

      LIPP, Fred L. & Martha M.

PARCEL 73E-15-289:

The Northeast Quarter of the Northeast Quarter, Section Fifteen (15), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Easterly 330 feet of the Northerly 660 feet thereof.

OWNERS:

      ALLISON, Raymond B. & Naomi V.

Interlocutory Judg. #33
Exhibit "B"

1155

PARCEL 73E-15-290:

The Easterly 330 feet of the Northerly 660 feet of the
Northeast Quarter of the Northeast Quarter of Section Fifteen
(15), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNER:

ROSS, William L.

PARCEL 73E-15-291:

The East Half of the Northwest Quarter of the Northeast
Quarter of Section Fifteen (15), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

ROMKEE, Howard D. & Evelyn A.

PARCEL 73E-15-292:

The West Half of the Northwest Quarter of the Northeast
Quarter of Section Fifteen (15), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

BURR, Winston T. and Dorothy.

PARCEL 73E-15-293:

The Northeast Quarter of the Northwest Quarter; and, the
West Half of the Southwest Quarter of the Northeast Quarter
of Section Fifteen (15), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

LIPP, Fred L. & Martha M.

Interlocutory Judg. #33
Exhibit "B"

1156

PARCEL 73E-15-294:

The East Half of the Northwest Quarter of the Northwest Quarter
of Section Fifteen (15), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

PENA, John and Elsie

PARCEL 73E-15-295:

The North Half of the West Half of the Northwest Quarter of the
Northwest Quarter of Section Fifteen (15), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

VENEGAS, Ignacio M. & Carmelita

PARCEL 73E-15-296:

The Southwest Quarter of the Northwest Quarter of the North-
west Quarter of Section Fifteen (15), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNER:

JUNKIN, Gertrude D.

PARCEL 73E-15-297:

The South Half of the Northwest Quarter; and, the West Half
of the Southwest Quarter of Section Fifteen (15), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,
EXCEPT a portion of the Southwest Quarter of the Southwest
Quarter of said Section Fifteen (15) described as follows:
Beginning at the Southeast Corner of said Southwest Quarter
of the Southwest Quarter of Section Fifteen (15);  thence
Northerly on the Easterly boundary of said tracts a distance

Interlocutory Judg. #33
                           Exhibit "B"

1157

PARCEL 73E-15-297 Continued:

of 417.42 feet;  thence Westerly, parallel with Southerly line
of said Section Fifteen (15), 208.71 feet;  thence Southerly,
parallel with Easterly boundary of said Southwest Quarter of
the Southwest Quarter of Section Fifteen (15), 417.42 feet;
thence Easterly on Southerly boundary of said Section Fifteen
(15), 208.71 feet to point of beginning.

OWNERS:

       HOLCOMB, W. H. & Mary Ann

       HOLCOMB, Robert L. & Clara V.

PARCEL 73E-15-298:

A portion of the Southwest Quarter of the Southwest Quarter
of Section Fifteen (15), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as
follows:  Beginning at the Southeast Corner of the said
Southwest Quarter of the Southwest Quarter of Section Fifteen
(15);  thence Northerly on the Easterly boundary of said
tracts a distance of 417.42 feet;  thence Westerly, parallel
with the Southerly line of said Section Fifteen (15), 208.71
feet;  thence Southerly, parallel with the Easterly boundary
of said Southwest Quarter of the Southwest Quarter of Section
Fifteen (15), 417.42 feet;  thence Easterly on the Southerly
boundary of said Section Fifteen (15), 208.71 feet to the
point of beginning.

OWNER:

       COUNTY OF RIVERSIDE.

PARCEL 73E-16-300:

That portion of the Southwest Quarter of the Southeast Quarter
of Section Sixteen, Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of

Interlocutory Judg. #33
Exhibit "B"

1158

PARCEL 73E-16-300 Continued:

Riverside, State of California, described as follows:  Beginning
at the Southwest Corner of the Southeast Quarter of said Section
Sixteen (16);  thence North along Quarter Section line a distance
of 40 feet to North boundary of County Road right of way;  thence
South 89°33' East 30 feet along North boundary of County Road
right of way to true point of beginning;  thence North 242
feet;  thence South 89°33' East, 180 feet;  thence South 242
feet to a point on North boundary of said County Road right of
way;  thence North 89°33' West, 180 feet to point of beginning.

OWNER:

STATE OF CALIFORNIA.

PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-301:

The Northwest Quarter of the Northeast Quarter;  the South
Half of the Northeast Quarter;  and, the Southeast Quarter of
Section Sixteen (16), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of River-
side, State of California, EXCEPT that portion of the Southeast
Quarter of said Section Sixteen (16), described as follows:
Beginning at the Southwest Corner of the Southeast Quarter of
said Section Sixteen (16);  thence North along West line of
the Southeast Quarter, 40 feet;  thence East, parallel with
the Southerly line of the Southeast Quarter, 760 feet to true
point of beginning;  thence North, parallel with West line of
Southeast Quarter, 242 feet;  thence East, parallel with South
line of Southeast Quarter, 180 feet;  thence South, parallel
with West line of Southeast Quarter, 242 feet;  thence West,
parallel with South line of Southeast Quarter, 180 feet to
point of beginning.  ALSO EXCEPT that portion of the Southwest
Quarter of the Southeast Quarter of Section Sixteen (16),
described as follows:  Beginning at the Southwest Corner
of the Southeast Quarter of said Section Sixteen (16);

Interlocutory Judg. #33
Exhibit "B"    1159

PARCEL 73E-16-301 Continued:

thence North along Quarter Section line a distance of 40 feet
to North boundary of County Road right of way;  thence South
89°33' East 30 feet along North boundary of County Road right
of way to true point of beginning;  thence North 242 feet;
thence South 89°33' East, 180 feet; thence South 242 feet to
a point on North boundary of said County Road right of way;
thence North 89°33' West, 180 feet to point of beginning.

OWNER:

LICHTWALD, Henry R.

PORTION OF SOUTHWEST QUARTER OF SOUTHEAST QUARTER OF SAID
SECTION 16 OVERLIES DEEP AQUIFER.

PARCEL 73E-16-302:

The East Thirty-three Acres of the North seventy-three acres
of the North Half of the Northwest Quarter of Section Sixteen
(16), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNER:

REGISTER, Ernest G.

PARCEL 73E-16-303:

The North Twenty Acres of the West Forty Acres of the North
Seventy-three Acres of the North Half of the Northwest Quarter
of Section Sixteen (16), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:

HUBBARD, Fred W. & Berniece I.

PARCEL 73E-16-304:

The South Twenty Acres of the West Forty Acres of the North

PARCEL 73E-16-304 Continued:

Seventy-three Acres of the North Half of the Northwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MOSSBERG, Clarence E. & Edith R.

PARCEL 73E-16-305:

The South Eighty-seven Acres of the Northwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

BROWN, Harold G. & Lola I.

PORTION OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-306:

The Northeast Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

REGISTER, William W.

PORTION OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-307:

The Easterly 300 feet of the North Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Interlocutory Judg. #33
Exhibit "B"

1161

PARCEL 73E-16-307 Continued:

OWNERS:

        MOON, Charles & Emily M.

        ROBBINS, Lonnie J. & Marjorie M.

        ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-308:

    The North Half of the Northeast Quarter of the Southeast
Quarter of the Southwest Quarter of Section Sixteen (16),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, EXCEPT the Easterly 300 feet thereof.

OWNERS:

        DRAKE, Murl W. & Evelyn D.

        ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-309:

    That portion of the Southwest Quarter of Section Sixteen,
(16), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California, described as Parcel Six (6) on Record
of Survey 26/98.

OWNERS:

        STEWART, Theodore R. & Marian E.

        ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-310:

    The South Half of the Northeast Quarter of the Southeast
Quarter of the Southwest Quarter of Section Sixteen (16),
Township seven (7) South, Range Three (3) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California, EXCEPT the Easterly 300 feet thereof.

Interlocutory Judg. #33
Exhibit "B"

1162

PARCEL 73E-16-310 Continued:

OWNERS:

STONE, Yuma T. & Evelyn

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-311:

The Easterly 300 feet of the South Half of the Northeast
Quarter of the Southeast Quarter of the Southwest Quarter
of Section Sixteen (16), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

FRANCIS, Clyde & Pearl M.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-312:

The Easterly 200 feet of the South Half of the East Half
of the Southeast Quarter of the Southwest Quarter of
Section Sixteen (16), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:

BERGMAN, Harry H. & Alice D.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-313:

That portion of the Southwest Quarter of Section Sixteen
(16), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of River-
side, State of California, described as follows:  Beginning
at a point in the Southerly line of said Section Sixteen
(16), distant thereon 250 feet West from the Southeast
Corner of said Southwest Quarter of said Section Sixteen
(16);  thence North, parallel with the East line of said

Interlocutory Judg. #33
                                        Exhibit "B"
                                                   1163

PARCEL 73E-16-313 Continued:

Quarter Section, 240 feet;  thence East, parallel with the
Southerly line of said Quarter Section, 50 feet to a point
which is 240 feet North from the Southerly line of said
Quarter Section;  thence North, parallel with the East line
of said Quarter Section, 420 feet;  thence West, parallel
with the South line of said Quarter Section, 200 feet;
thence South, parallel with said East line of said Quarter
Section, 420 feet to a point which is 240 feet North from
the South line of said Quarter Section;  thence East,
parallel with the South line of said Quarter Section, 100
feet;  thence South, parallel with the said East line of
said Quarter Section, 240 feet to a point in the South line
of said Quarter Section, said point being West 50 feet
measured along the said South line from the point of beginning;
thence East, along said South line, 50 feet to the point of
beginning, EXCEPTING therefrom the South 30 feet granted to
the County of Riverside by Deed from W. M. Litchwald and
wife, recorded Nov. 20, 1928, in Book 789, Page 327 of Deeds,
Riverside County of California.

OWNER:

GREENWALD, Alvin G.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-314:

That portion of the Southwest Quarter of Section Sixteen (16),
Township Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of Cali-
fornia, described as follows:  Beginning 200 feet West of the
Southeast Corner of the Southwest Quarter of said Section
Sixteen (16);  thence West, on Southerly line of said Section,
50 feet;  thence North, parallel with Easterly line of said
Section, 240 feet;  thence East 50 feet, thence South 240 feet

Interlocutory Judg. #33
Exhibit "B"  1164

PARCEL 73E-16-314 Continued:

to the point of beginning.

OWNER:

SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD(Corp.)

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-315:

The Westerly 100 feet of the Southerly 240 feet of the fol-
lowing described property:  That portion of the Southwest
Quarter of Section Sixteen (16), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described as
follows:  Beginning 200 feet West of the Southeast Corner of
the Southwest Quarter of said Section Sixteen (16);  thence
North, parallel with the East line of said Section, 660 feet;
thence West, parallel with the South line of said Section,
200 feet;  thence South, parallel with the East line of said
Section, 660 feet, to the South line of said Southwest Quarter;
thence East along said South line 200 feet to point of beginning,
EXCEPTING therefrom the Southerly 30 feet granted to County of
Riverside.

OWNER:

ANZA VALLEY LANDS, INC.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-316:

That portion of the Southwest Quarter of Section Sixteen (16),
Township Seven (7) South,Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of Cali-
fornia, described as follows:  Beginning 400 feet West of the
Southeast Corner of said Southwest Quarter;  thence North,
parallel with the East line of said Quarter Section, 660 feet;
thence West, parallel with the South line of said Quarter

PARCEL 73E-16-316:

Section, 100 feet;  thence South, parallel with the East line
of said Quarter Section, 660 feet to the South line of said
Southwest Quarter;  thence East along the South line 100 feet
to point of beginning.

OWNER:

SMOLIER, S. M.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-317:

That portion of the East Half of the Southeast Quarter of
the Southwest Quarter of Section Sixteen (16), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
described as follows:  Beginning at a point in the South
line of said Southwest Quarter, 500 feet West of the
Southeast Corner;  thence North, parallel with the East
line of said Quarter Section, 660 feet;  thence West 130
feet;  thence South 660 feet;  thence East 130 feet to
the point of beginning.

OWNERS:

SKAGGS, Roy G. & Mabel J.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-318:

That portion of the Southeast Quarter of the Southwest
Quarter of Section Sixteen (16), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California, described
as follows:  Beginning at a point in the South line of said
Southwest Quarter, 180 feet West of the Southeast Corner
of the West Half of the Southeast Quarter of said Southwest
Quarter;  thence continuing West on South line 100 feet;

-39-                    Interlocutory Judg. #33
                            Exhibit "B"
                                            1166

PARCEL 73E-16-318 Continued:

thence North, parallel with East line of said Quarter Section, 475 feet;  thence East, parallel with South line of said Quarter Section, 100 feet;  thence South, parallel with East line of said Quarter, 475 feet to the point of beginning.

OWNERS:

MOORE, Howard W. & Frances L.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

Parcel 73E-16-319:

The Northwest Quarter of the Southwest Quarter;  the East Half of the Southwest Quarter of the Southwest Quarter; the West Half of the Southeast Quarter of the Southwest Quarter of Section Sixteen (16), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion thereof described as Parcel Six (6) on Record of Survey 26/98, ALSO EXCEPT that portion thereof described as follows:  Beginning at a point in the South line of the Southwest Quarter of said Section Sixteen (16), 180 feet West of the Southeast Corner of the West Half of the Southeast Quarter of said Southwest Quarter;  thence continuing West on South line 100 feet;  thence North, parallel with East line of said Quarter Section, 475 feet;  thence East, parallel with South line of said Quarter Section, 100 feet;  thence South, parallel with East line of said Quarter, 475 feet to the point of beginning.

OWNERS:

LEONARD, Claude & Alice

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-320:

That portion of the West Half of the Southwest Quarter of
the Southwest Quarter of Section Sixteen (16), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,
described as follows:  Beginning at a point on the West line
of the Southwest Quarter of the Southwest Quarter, 205 feet
South of the Northwest Corner;  thence East, parallel with
North line of said Southwest Quarter, 660 feet to East line
of the West Half of the Southwest Quarter of said Southwest
Quarter;  thence South, along East line of West Half, 205
feet;  thence West, parallel with North line of said South-
west Quarter, 660 feet to West line of the Southwest Quarter
of the Southwest Quarter;  thence North on said West line,
205 feet to point of beginning.

OWNER:

ALEXANDER, Ivan D.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

Parcel 73E-16-320A:

The North 205 feet of the West Half of the Southwest Quarter
of the Southwest Quarter of Section Sixteen (16), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:

TAYLOR, Merle A. & Yvonne J.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-321:

All that portion of the West Half of the Southwest Quarter
of the Southwest Quarter of Section Sixteen (16), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,

Interlocutory Judg. #33
                     Exhibit "B"
                                            1168

PARCEL 73E-16-321 Continued:

described as follows:  Beginning at the Southeast Corner of
said West Half of the Southwest Quarter of the Southwest
Quarter;  thence North along East line of said West Half,
475 feet;  thence West, parallel with South line of said
Southwest Quarter, 230 feet;  thence South, parallel with
East line of said West Half, 475 feet;  thence East, along
South line of said Southwest Quarter,  230 feet to point
of beginning.

OWNERS:

WHETSTINE, Frederick E. & Jeanne C.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.


PARCEL 73E-16-322:

All that portion of the West Half of the Southwest Quarter
of the Southwest Quarter of Section Sixteen, (16), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,
described as follows:  Beginning at a point in the South line
of said Section Sixteen (16), 230 feet West of the Southeast
Corner of the West Half of the Southwest Quarter of the South-
west Quarter;  thence continuing along the South line of said
Section Sixteen (16), 200 feet;  thence North, parallel with
the West line of said Section, 435 feet;  thence East, parallel
with the South line of said Section, 200 feet;  thence South,
parallel with the West line of said Section, 435 feet to the
point of beginning.

OWNER:

CONTARANO, David F.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-16-323:

The West Half of the Southwest Quarter of the Southwest
Quarter, Section Sixteen (16), Township Seven (7) South,

Interlocutory Judg. #33
Exhibit "B"
1169

PARCEL 73E-16-323 Continued:

Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the North 410 feet thereof, ALSO EXCEPT the South 475 feet of the East 230 feet thereof,  ALSO EXCEPT that portion thereof described as follows:  Beginning at a point in the South line of said Section Sixteen (16), 230 feet West of the Southeast Corner of the West Half of the Southwest Quarter of the Southwest Quarter;  thence continuing along the South line of said Section Sixteen (16), 200 feet;  thence North, parallel with the West line of said Section, 435 feet;  thence East, parallel with the South line of said Section, 200 feet;  thence South, parallel with the West line of said Section, 435 feet to the point of beginning.

OWNER:

REGISTER, Ernest G.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-17-324

The Southeast Quarter of Section Seventeen, Township Seven(7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Easterly rectangular 30 feet thereof conveyed to  the County of Riverside.

OWNERS:

MILLER, Linus W. & Helen M.

A PORTION OF THE EAST HALF OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-17-325:

That portion of the West Half of the Northeast Quarter of Section Seventeen (17), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as

-43-                    Interlocutory Judg. #33
                            Exhibit "B"

1170

PARCEL 73E-17-325 Continued:

Parcel Five (5) of Record of Survey 24/61.

OWNERS:

SEARS, Dale M. & Shirley A.

A PORTION OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-17-326:

The Northeast Quarter of Section Seventeen (17), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,
EXCEPT that portion thereof described as Parcel Five(5)
of Record of Survey 24/61.

OWNER:

LIPP, Fred L.

A PORTION OF THE SOUTHEAST QUARTER OF SAID PARCEL OVERLIES
DEEP AQUIFER.

PARCEL 73E-17-327:

The Northwest Quarter of Section Seventeen (17), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNER:

GREENWALD, Alvin G.

PARCEL 73E-17-328:

~~The Northeast Quarter of~~ The Southwest Quarter of Section Seventeen
(17), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:

BOHLEN, John H.

HEACOCK, Edwin E. & Ruth B.

Interlocutory Judg. #33
Exhibit "B"

1171

PARCEL 73E-18-330:

    The East Half of the Northeast Quarter of Section Eighteen
(18), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNER:

        KING, Lydia B.

PARCEL 73E-20-352:

    The East Half of the Northeast Quarter of the Northwest
Quarter of the Northwest Quarter;  the South Half of the
Northwest Quarter of the Northwest Quarter; and, the South-
west Quarter of the Northwest Quarter of Section Twenty (20),
Township Seven (7) South, Range Three (3) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California.

OWNER:

        ARNAIZ, Beatriz

PARCEL 73E-20-353:

    The West Half of the Southwest Quarter of Section Twenty
(20), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT the Southerly 10 acres thereof.

OWNER:

        SMOLIER, Diana

PARCEL 73E-20-355:

    The East Half; and, the East Half of the West Half of
Section Twenty (20), Township Seven (7) South, Range
Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

        PURSCHE, Harry A. & Helen B.

        Interlocutory Judg. #33
                        Exhibit "B"
                             1172

PARCEL 73E-21-356:

The Northwest Quarter of Section Twenty-one (21), Township
Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California,
EXCEPT a Two Acre square in the Northeast Corner thereof.

OWNERS:

PLUEGER, Donald N. & Lorraine F.

PORTION OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-21-357:

A Two Acre square in the Northeast Corner of the Northwest
Quarter of Section Twenty-one (21), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

HAMILTON SCHOOL DISTRICT OF RIVERSIDE COUNTY.

ALL OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-21-358:

The Southwest Quarter of the Northeast Quarter; and, the
North Half of the Northeast Quarter of Section Twenty-one
(21), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT that portion thereof described
as follows:  Beginning at the Northeast Corner of said
Section Twenty-one (21);  thence West along the North line
of said Section 100 feet;  thence South, parallel with East
line of said Section, 150 feet;  thence East, parallel with
North line of said Section, 100 feet;  thence North 150 feet
to the point of beginning.

OWNERS:

WESTPHALEN, Hugo G. & Vera B.

A PORTION OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-21, 22 - 360:

The Southeast Quarter of the Northeast Quarter, Section Twenty-one (21), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the Southwest Quarter of the Northwest Quarter of Section Twenty-two (22), said Township and Range.

OWNERS:

LOBB, Thomas, Jr., & Janet

THAT POR OF SAID PARCEL IN SECTION 21 OVERLIES DEEP AQUIFER.

PARCEL 73E-21-361:

The West Half of the Southeast Quarter of Section Twenty-one (21), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MINOR, James & Jessie Faye

SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-21, 22 - 362:

The East Half of the Southeast Quarter of Section Twenty-one (21), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the Southwest Quarter of Section Twenty-two (22), said Township and Range.

OWNER:

JOHNSON, Charles T.

THAT PORTION OF SAID PARCEL IN SECTION 21, AND THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 22 OVERLIES DEEP AQUIFER.

PARCEL 73E-22-363:

Portion of the Northwest Quarter of the Northwest Quarter, Section Twenty-two (22), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at a point on the North line of said Section Twenty-two (22), 392 feet 10 inches West of the Northeast Corner of said Northwest Quarter of the Northwest Quarter; thence West on said North line 300 feet; thence at right angles South, a distance of 185 feet; thence at right angles East, a distance of 300 feet on a line parallel with the North line of said Section Twenty-two (22); thence at right angles North, a distance of 185 feet to the point of beginning.

OWNERS:

PORTREY, P. I. & Ruby

PARCEL 73E-22-364:

The Northwest Quarter of the Northwest Quarter of Section Twenty-two (22), Township Seven (7) South, Range Three(3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion described as follows: Beginning at a point on the North line of said Northwest Quarter of the Northwest Quarter of said Section Twenty-two (22), 329 feet, 10 inches West of the Northeast Corner thereof; thence West on said North line 300 feet; thence at right angles South 185 feet; thence at right angles East 300 feet; thence at right angles North to the point of beginning. ALSO EXCEPT the Northerly rectangular 30 feet of the West Half of the Northwest Quarter of said Section Twenty-two (22). ALSO EXCEPT a right of way over the Northerly rectangular 40 feet of the West Half of the Northwest Quarter of said Section.

Interlocutory Judg. #33
Exhibit "B"                1175

PARCEL 73E-22-364 Continued:

OWNER:

      LICHTWALD, Henry R.

PARCEL 73E-22-365:

    The East Half of the Northwest Quarter; and, the West Half

of the Northeast Quarter of Section Twenty-two (22), Township

Seven (7) South, Range Three (3) East, San Bernardino Base

and Meridian, in the County of Riverside, State of California,

EXCEPT from said West Half of the Northeast Quarter that

portion described as follows:  Beginning at the Southeast

Corner of said West Half of the Northeast Quarter;  thence

Northerly on Easterly line of said West Half, 792 feet;  thence

Westerly, parallel with South line of said West Half 660 feet;

thence Southerly, parallel with East line of said West Half,

792 feet to the South line thereof;  thence Easterly on said

South line to point of beginning,  ALSO EXCEPT the Northerly

40 feet as conveyed to County of Riverside.

OWNERS:

      HAMILTON, Lincoln J. & Louise Phebe

PARCEL 73E-21-366:

    The Southwest Quarter of Section Twenty-one (21), Township

Seven (7) South, Range Three (3) East, San Bernardino Base

and Meridian, in the County of Riverside, State of California.

OWNERS:

      HAMILTON, Lincoln J. & Louise P.

    PORTION OF EAST HALF OF SAID PARCEL OVERLIES DEEP AQUIFER.

PARCEL 73E-22, 23 - 367:

    The South Half of the Southeast Quarter of Section Twenty-

two (22), Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian, in the County of River-

side, State of California.  Also, the West Half of the

                -49-        Interlocutory Judg. #33
                                  Exhibit "B"

PARCEL 73E-22, 23 - 367 Continued:

Southwest Quarter of Section Twenty-three (23), said Township and Range.

OWNER:

DE VANA, Eula

PARCEL 73E-23-369:

The East Half of the Southwest Quarter of Section Twenty-three (23), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

CHUCK, George Thomas.

PARCEL 73E-23-369A:

The Northwest Quarter of the Southeast Quarter; and, the Southwest Quarter of the Northeast Quarter, Section Twenty-three (23), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

CLOTHIER, Russell W. & Sara L.

LIGER, John M. & Beverly

Interlocutory Judg. #33
Exhibit "B"

1177

## LANDS OVERLYING ANZA GROUND WATER BASIN

PARCEL 2:

> SE¼; &, SE¼ of SW¼, Sec 32, T6S, R3E
> SW¼ of SW¼, Sec 33, T6S, R3E
> SW¼; &, SW¼ of NW¼, Sec. 3, T7S, R3E
> NW¼ of NE¼; NW¼; &, SW¼ of SE¼, Sec 4, T7S, R3E
> NE¼ of NE¼, Sec 5, T7S, R3E
> NE¼ of NE¼, Sec 8, T7S, R3E
> W½ Sec 27, T7S, R3E
> E½: &, NW¼, Sec 28, T7S, R3E
> NE¼; &, W½ of NW¼, Sec 29, T7S, R3E.

Apparent Owner:   UNITED STATES OF AMERICA

Gross Acreage                                        Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-4-199

> S½ of SE¼ of SE¼ of Sec. 4, T7S, R3E.

Apparent Owner:   DOTY, R. A.

Gross Acreage       20.0                             Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-4-200

> N½ of SE¼; N½ of SE¼ of SE¼; &, SW¼ of NE¼, Sec. 4, T7S, R3E.

Apparent Owner:   CARTIER, Jacques E. & Beulah

Gross Acreage       140.0                            Wells: 73E-4J1 - Gas
                                                             Domestic
Irrigable Acreage   50.2                             4J2 - Open Pit

Surface Diversions:

73E-4J - Concrete Reservoir, 12'x12'x5'

                              -1-            Interlocutory Judg. #33
                                                Exhibit "C"
                                                        1178

PARCEL 73E-4-201

    SE$\frac{1}{4}$ of NE$\frac{1}{4}$; &, NE$\frac{1}{4}$ of NE$\frac{1}{4}$, Sec 4, T7S, R3E

Apparent Owners:  HERRING, Edmund G. & Laura M.

| | | |
|---|---|---|
| Gross Acreage | 85.4 | Wells: 73E-4H1 - Dom. |
| | | 4H2 - Dom. |
| Irrigable Acreage | 1.1 | |

Surface Diversions:

73E-4H  Reservoir, 25'x20'x10'
         Reservoir, 90'x90'x10'
         Reservoir, 50'x40'x6'

- - - - - - - - - - - - - - - - -

PARCEL 73E-4-202

    SW$\frac{1}{4}$, Sec 4, T7S, R3E

Apparent Owners:  SCHENK, William A, Evelyn Anna & William Boone

| | | |
|---|---|---|
| Gross Acreage | 191.1 | Wells: |
| Irrigable Acreage | 98.8 | |

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-5-203

    NW$\frac{1}{4}$; N$\frac{1}{2}$ of SW$\frac{1}{4}$; NW$\frac{1}{4}$ of NE$\frac{1}{4}$; S$\frac{1}{2}$ of NE$\frac{1}{4}$; &, SE$\frac{1}{4}$, Sec. 5,
T7S, R3E.

Apparent Owner:  SOUTHERN PACIFIC LAND CO

| | | |
|---|---|---|
| Gross Acreage | 521.2 | Wells: |
| Irrigable Acreage | None | |

Surface Diversions:

         Interlocutory Judg. #33
                  Exhibit "C"

PARCEL 73E-5-204

    E½ of SE¼ of SW¼, Sec 5, T7S, R3E

Apparent Owner:    MATTIS, Louis

Gross Acreage    20.0                  Wells:

Irrigable Acreage  None

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-5-205

    E 5.26 acres of Govt Lot 10 (SW¼ of SW¼), Sec. 5, T7S, R3E.
    Also, W½ of SE¼ of SW¼ of sd Sec. 5.

Apparent Owners:  WAGNER, Raymond N., Jr. & Alice

Gross Acreage    25.3                  Wells:

Irrigable Acreage  None

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-5-206

    W 30 acres of Govt Lot 10 (SW¼ of SW¼), Sec. 5, T7S, R3E.

Apparent Owner:    KELLOGG, Richard E.

Gross Acreage    30.0                  Wells:

Irrigable Acreage  None

Surface Diversions:

PARCEL 73E-6-207

$N\frac{1}{2}$ of $SE\frac{1}{4}$; &, $SE\frac{1}{4}$ of $SE\frac{1}{4}$, Sec. 6, T7S, R3E.

Apparent Owner:   EMERY, William Howard, Sr.

Gross Acreage      121.2                    Wells:

Irrigable Acreage  None

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-6-208

$W\frac{1}{2}$ of Lot 15 ($SW\frac{1}{4}$ of $SE\frac{1}{4}$), Sec 6, T7S, R3E

Apparent Owner:   OWENS, Maxine

Gross Acreage      20.1                     Wells:

Irrigable Acreage  None

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-6-209

$E\frac{1}{2}$ of Lot 15 ($SW\frac{1}{4}$ of $SE\frac{1}{4}$), Sec 6, T7S, R3E

                         William
Apparent Owner:   EMERY,/Howard Jr., & Bonnie Lee

Gross Acreage      20.1                     Wells:

Irrigable Acreage  None

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"   1181

PARCEL 73E-7-211

 $S\frac{1}{2}$  of  $SE\frac{1}{4}$  of  $SE\frac{1}{4}$ , Sec. 7, T7S, R3E.

Apparent Owners:   STULTZ, Allan C. & Avis B.
                   STULTZ, Allan C Jr., & Helen D.
                   CHENEY, Bryant L. & Avis B.

Gross Acreage      20.0                      Wells: 73E-7R1 - Wind-
                                                            mill
Irrigable Acreage  20.0                                     Dom.

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-7-213

 $S\frac{1}{2}$  of  $S\frac{1}{2}$  of  $NE\frac{1}{4}$  of  $SE\frac{1}{4}$ ; &,  $N\frac{1}{2}$  of  $SE\frac{1}{4}$  of  $SE\frac{1}{4}$  of Sec. 7,
T7S, R3E.

Apparent Owners:   MILLER, Charles A. & Marie E.

Gross Acreage      30.0                      Wells: 73E-7R2 - Dom.

Irrigable Acreage  None

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-7-215

 $N\frac{1}{2}$  of  $S\frac{1}{2}$  of  $NE\frac{1}{4}$  of  $SE\frac{1}{4}$ , Sec 7, T7S, R3E

Apparent Owners:   DAVIS, Jack A. C. & Ida Marie

Gross Acreage      10.0                      Wells:

Irrigable Acreage  10.0

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"
1182

PARCEL 73E-7-216

    S 240' of N½ of N½ of SE¼, Sec. 7, T7S, R3E

Apparent Owners:  MILLER, Charles August & Marie E.

Gross Acreage    14.6                    Wells:

Irrigable Acreage  14.6

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-7-217

    N 210' of S 450' of N½ of N½ of SE¼, Sec. 7, T7S, R3E

Apparent Owners:  MARTS, Ralph H. & Hazel H. C.

Gross Acreage    12.7                    Wells:

Irrigable Acreage  12.7

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-7-218

    N½ of N½ of SE¼ of Sec. 7, T7S, R3E, EXC Sly 450'

Apparent Owners:  VEALE, Melvin E. & Katherine M.

Gross Acreage    12.7                    Wells:

Irrigable Acreage  12.7

Surface Diversions:

PARCEL 73E-7-219:

    Govt Lots 3, 4, 9 & 10 (NE¼) of Sec 7, T&S, R3E, EXC Beg at
NE Cor of sd Lot 3; th Wly alng Nly li sd lot, 466'; th Sly
& p/w Ely li sd lot, 466'; th Ely & p/w Nly li sd Lot, 466'
to a pt on Ely li sd lot; th Nly 466' to pob

Apparent Owners:    JOHNSON, Irving & Hazel P.

Gross Acreage    160.4        Wells: 73E-7H1 - Dom

Irrigable Acreage    75.8

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL 73E-7-220

    Beg at NE Cor Lot 3 (NE¼ of NE¼) Sec 7, T7S, R3E; th Wly
alng Nly li sd Lot 3, 466'; th Sly & p/w Ely li sd Lot 3,
466'; th Ely & p/w Nly li sd Lot 3, 466' to pt on Ely li
sd Lot 3; th Nly 466' to pob.

Apparent Owners:    BAKER, Marie

Gross Acreage    5.0.        Wells:

Irrigable Acreage    None

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"

1184

PARCEL 73E-7-221:

NW¼, Sec 7, T7S, R3E

Apparent Owner:        SNOW, R. W.

Gross Acreage          176.0                        Wells:

Irrigable Acreage       35.3

Surface Diversions:

- - - - - - - - - - - - - - -

PARCEL 73E-8-223:

SW¼, Sec 8, T7S, R3E EXC por daf:  Beg at SE Cor of NW¼ of
SW¼ sd Sec 8; th W 330'; th N 660'; th E 300'; th S 660' to
pob.  Also EXC, Beg at NE Cor of SW¼ of sd Sec 8; th W alng
N li sd Sec 8, 1390'; th S 660'; th E 1390'; th N 660' to
pob.

Apparent Owner:        LIPP, Fred L.

Gross Acreage          134.0                Wells: 73E-8E2 - Wind
                                                          Dom
Irrigable Acreage      125.1

Surface Diversions:

PARCEL 73E-8-224

    Beg at SE Cor of NW¼ of SW¼ Sec. 8, T7S, R3E; th W 330';
th N 660'; th E 330'; th S 660' to pob.

Apparent Owners:   DUNHAM, Dewey & Carolyn

Gross Acreage     5.0                Wells: 73E-8M2 - Dom

Irrigable Acreage  3.8

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-225

    Beg at NE Cor of SW¼ of Sec 8, T7S, R3E; th W alng N li
of sd SW¼, 1390'; th S 660'; th E 1390'; th N 660' to pob.

Apparent Owners:   COCHRAN, Huffman H. & Ivaleah M.

Gross Acreage     21.0              Wells: 73E-8M1 - Dom

Irrigable Acreage  16.8

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-226

    S½ NW¼ Sec 8, T7S, R3E EXC NW¼ of SW¼ of NW¼

Apparent Owner:   ROALFE, Marjorie G.

Gross Acreage     81.6              Wells: 73E-8E1 - Dom

Irrigable Acreage  61.5

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"

1186

PARCEL 73E-8-227

NW¼ of SW¼ of NW¼ of Sec 8, T7S, R3E

Apparent Owner:   RIDDLE, Fern

Gross Acreage      10.0                          Wells: 73E-8E3 - Wind.
                                                               Dom
Irrigable Acreage  10.0

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-228

SW¼ of NW¼ of NW¼ of Sec 8, T7S, R3E

Apparent Owner:   SPARKS, Anna D.

Gross Acreage      10.0                          Wells:

Irrigable Acreage  10.0

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-229

Beg at NW Cor of Sec 8, T7S, R3E; th E alng N li of sd Sec,
660'; th S, p/w W li of sd Sec, 660'; th W, p/w N li of sd
Sec 660'; th N alng W li of sd Sec 660' to pob.

Apparent Owners:   ELDRED, Andrew J. & Elsie L.

Gross Acreage      10.0                          Wells:

Irrigable Acreage  10.0

Surface Diversions:

Interlocutory Judg. #33
                                         Exhibit "C"
                                                  1187

PARCEL 73E-8-230

E½ NW¼ of NW¼ of Sec 8, T7S, R3E

Apparent Owner:    TUNNELL, Olga V.

Gross Acreage    25.9                        Wells:

Irrigable Acreage  25.9

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-231

NW¼ of NE¼ of NW¼; &, N½ of SW¼ of NE¼ of NW¼ of Sec 8, T7S, R3E

Apparent Owner:    NICKLE, June M.

Gross Acreage    15.7                        Wells:

Irrigable Acreage  7.9

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-232

Ely por of Lot 3 (NE¼ of NW¼) of Sec 8, T7S  R3E, being a rectangular parcel of land 825' wide by 1320'long.

Apparent Owners:   ASHJIAN, Charles M. & Araxie

Gross Acreage    25.0                        Wells:

Irrigable Acreage  6.8

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"
1188

PARCEL  73E-8-233

$S\frac{1}{2}$ of $SW\frac{1}{4}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$, Sec 8, T7S, R3E

Apparent Owners:   MEYER, David & Amelia

Gross Acreage       5.0                        Wells:

Irrigable Acreage  4.0

Surface Diversions:


- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-234

Govt Lots 2, 7 & 8 ($W\frac{1}{2}$ of $NE\frac{1}{4}$ & $SE\frac{1}{4}$ of $NE\frac{1}{4}$), Sec 8, T7S, R3E

Apparent Owner:    DANIELS, Elfie Elizabeth

Gross Acreage       120.5                      Wells:

Irrigable Acreage    53.1

Surface Diversions:


- - - - - - - - - - - - - - --- - -

PARCEL 73E-8-235

W 40 acres of Lot 10 ($NW\frac{1}{4}$ of $SE\frac{1}{4}$); &, W 40 acres of Lot 11
($SW\frac{1}{4}$ of $SE\frac{1}{4}$) of Sec 8, T7S, R3E

Apparent Owner:    HUBBELL, Gladys

Gross Acreage       80.0                        Wells: 73E-8Q2 - Wind
                                                              Dom
Irrigable Acreage  80.0                                8Q1 -

Surface Diversions:


Interlocutory Judg. #33
                                        Exhibit "C"            1189

PARCEL 73E-8-236

 W½ Lot 9 (NE¼ of SE¼); &, Lot 10 (NW¼ of SE¼) of Sec 8, T7S, R3E, EXC W 40 acres of sd Lot 10.

Apparent Owners: PLACE, Albert E. & Bernice

Gross Acreage  27.7       Wells: 73E-8J1 - Wind
                      Dom
Irrigable Acreage 25.6

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL  73E-8-237

 E½ Lot 9 (NE¼ of SE¼), Sec 8, T7S, R3E

Apparent Owners: SMITH, Zacheus A. & Faith Y.

Gross Acreage  22.6       Wells:

Irrigable Acreage 21.2

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL 73E-8-238

 That por of W½ of Govt Lot 12 (SE¼ of SE¼) of Sec. 8, T7S, R3E, shown as Par. 24 on ROS 27/29

Apparent Owner: SMITH, Irene

Gross Acreage  1.0       Wells:

Irrigable Acreage 1.0

Surface Diversions:

     Interlocutory Judg. #33
           Exhibit "C"
              1130

PARCEL 73E-8-239

That por of W½ Govt Lot 12 (SE¼ of SE¼), Sec 8, T7S, R3E shown as Par. 2 on ROS 27/29

Apparent Owners:   MACY, Roy W. & Mary T.

Gross Acreage        1.2                          Wells:

Irrigable Acreage    1.2

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-8-240

That por of W½ of Govt Lot 12 (SE¼ of SE¼) of Sec. 8, T7S, R3E, shown as Par. 3 on ROS 27/29

Apparent Owners:   FISHER, Jack M. & Frances

Gross Acreage        1.2                          Wells:

Irrigable Acreage    1.2

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-8-241

That por of W½ of Govt Lot 12 (SE¼ of SE¼) of Sec. 8, T7S, R3E, shown as Par 6 on ROS 27/29

Apparent Owners:   FLOYD, Allen R. & Fern A.

Gross Acreage        1.1                          Wells:

Irrigable Acreage    1.1

Surface Diversions:

Interlocutory Judg. #33
                                          Exhibit "C"

                                              1191

PARCEL  73E-8-242

That por of W½ of Govt Lot 12 (SE¼ of SE¼) Sec 8, T7S, R3E
shown as Par. 20 on ROS 27/29

Apparent Owner:     ROGERS, Hettie J.

Gross Acreage        1.0                          Wells:

Irrigable Acreage   1.0

Surface Diversions:

- - - - - - - - - - - - - - - - - - -

PARCEL 73E-8-243

That por of W½ of Govt Lot 12 (SE¼ of SE¼), Sec 8, T7S,
R3E, shown as Par 22 on ROS 27/29

Apparent Owner:     RICK, Faye C.

Gross Acreage        1.0                          Wells:

Irrigable Acreage   1.0

Surface Diversions:

- - - - - - - - - - - - - - - - - - -

PARCEL 73E-8-244

That por of Lot 11 (SW¼ of SE¼), Sec 8, T7S, R3E shown as
Par 1, 4, 7, 10, 13, 16 & 19 on ROS 27/29
Also, that por of Lot 12 (SE¼ of SE¼), sd Sec 8, shown as
Par 5, 8, 9, 11, 12, 14, 15, 17, 18, 21 & 23 on ROS 27/29

Apparent Owners:   HITTSON, Paul A. & Sandra W.

Gross Acreage        19.6                         Wells:

Irrigable Acreage   19.6

Surface Diversions:

PARCEL 73E-8-245

E½ of Govt Lot 12 (SE¼ of SE¼), Sec 8, T7S, R3E EXC those por shown as Par 5, 7, 8 & 10 on ROS 26/99

Apparent Owners:   BARBER, Robert William & Ruth Emily

Gross Acreage      17.1                          Wells:

Irrigable Acreage  17.1

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-8-246

That por of E½ of Govt Lot 12 (SE¼ of SE¼), Sec 8, T7S, R3E, shown as Par 7 & 8 on ROS 26/99

Apparent Owners:   HITTSON, Paul A. & Sandra W.

Gross Acreage      2.1                           Wells:

Irrigable Acreage  2.1

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-8-247

That por of E½ of Govt Lot 12 (SE¼ of SE¼), Sec 8, T7S, R3E shown as Par 5 on ROS 26/99

Apparent Owners:   BRINGS, Donald A. & Beryl F.

Gross Acreage      1.0                           Wells:

Irrigable Acreage  1.0

Surface Diversions:

Interlocutory Judg. #33
                                 Exhibit "C"   1193

PARCEL 73E-8-248

That por of E½ of Govt Lot 12 (SE¼ of SE¼), Sec 8, T7S, R3E shown as Par 10 on ROS 26/99

Apparent Owner:   BLACK, Hazel

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:


- - - - - - - - - - - - - - - - -

PARCEL 73E-9-249

E½ of E½ of Lot 1 (SW¼ of SW¼), Sec 9, T7S, R3E.

Apparent Owners:   LARSON, Ray & Elizabeth

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:


- - - - - - - - - - - - - - - - -

PARCEL 73E-9-250

W½ of E½ of Lot 1 (SW¼ of SW¼), Sec 9, T7S, R3E.

Apparent Owner:   LIPP, F. L.

Gross Acreage       10.0                           Wells:

Irrigable Acreage    3.0

Surface Diversions:


Interlocutory Judg. #33
                                      Exhibit "C"
                                                1194

PARCEL 73E-9-251:

    SW$\frac{1}{4}$ of Lot 1 (SW$\frac{1}{4}$ of SW$\frac{1}{4}$), Sec 9, T7S, R3E.

Apparent Owner:    SUNNY CAL RANCH CORP.

Gross Acreage      11.3             Wells:

Irrigable Acreage    5.0

Surface Diversions:

- - - - - - - - - - - - - - -

PARCEL 73E-9-252:

    NW$\frac{1}{4}$ of Lot 1 (SW$\frac{1}{4}$ of SW$\frac{1}{4}$), Sec 9, T7S, R3E

Apparent Owners:    MORGON, Ralph C. & Muriel

Gross Acreage      10.4             Wells:

Irrigable Acreage    None

Surface Diversions:

PARCEL 73E-9-253:

NW¼ of SW¼ of Sec 9, T7S, R3E.

Apparent Owners:      JOHNSON, Okey F. & Edna L.

Gross Acreage         40.0                    Wells: 73E-9E1 - Dom.

Irrigable Acreage     33.8

Surface Diversions:


- - - - - - - - - - - - - - -

PARCEL 73E-9-254

SW¼ of NW¼ of Sec 9, T7S, R3E

Apparent Owner:       CONTARANO, David

Gross Acreage         40.0                    Wells:

Irrigable Acreage     30.0

Surface Diversions:

PARCEL 73E-9-255

NW¼ of NW¼, Sec 9, T7S, R3E

Apparent Owner:    GRAHAM, Claude H. Sr.
                   GRAHAM, Claude H. Jr.

Gross Acreage      40.0                    Wells: 73E-9D1 - Gas
                                                              Dom
Irrigable Acreage  34.7

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-9-256

NE¼ of SE¼; &, NW¼ of NE¼, Sec 9, T7S, R3E

Apparent Owners:   DICKSON, Joseph H. & Pauline

Gross Acreage      80.0                    Wells:

Irrigable Acreage  72.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-9-257

E½ of NE¼ of Sec 9, T7S, R3E

Apparent Owner:    DICKSON, David M.

Gross Acreage      80.0                    Wells:

Irrigable Acreage  27.1

Surface Diversions:

Interlocutory Judg. #33
                           Exhibit "C"
                                         1197

PARCEL 73E-9-258:

SW¼ of NE¼; E½ of NW¼; NE¼ of SW¼; Lot 2 (SE¼ of SW¼); &,
NE¼ of SE¼, Sec 9, T7S, R3E.

Apparent Owner:     DICKSON, Barry Richard

Gross Acreage       241.8                     Wells: 73E-9L1 - Wind.

Irrigable Acreage    67.1

Surface Diversions:

- - - - - - - - - - - - - - -

PARCEL 73E-9-259:

SW¼ of SE¼, Sec 9, T7S, R3E.

Apparent Owner:     VAN WINKLE, L.

Gross Acreage       41.8                      Wells: 73E-9P1 - Stock

Irrigable Acreage   31.4

Surface Diversions:

PARCEL 73E-9, 10, 16 - 260:

SE¼ of SE¼, Sec 9, T7S, R3E.  Also, Lots 1 & 2 (S½ of SW¼),
Sec 10, T7S, R3E EXC SE¼ of SE¼ of SW¼ of sd Sec 10.
Also, NE¼ of NE¼ of Sec 16, T7S, R3E.

Apparent Owner:        BOHLEN, Nan A.

Gross Acreage          154.8                    Wells:

Irrigable Acreage      131.5

Surface Diversions:


- - - - - - - - - - - - - - -


PARCEL 73E-10-261:

NW¼ of SW¼, Sec 10, T7S, R3E, EXC Nly 330' thereof.

Apparent Owners:       HURST, Jerry R. & Marie M.

Gross Acreage          30.0                     Wells: 73E-10M1 - Wind
                                                                Dom
Irrigable Acreage      28.9

Surface Diversions:

Reservoir - Concrete 20'x10'x8'

PARCEL 73E-10-262

Wly 660' of Nly 330' of NW¼ of SW¼, Sec 10, T7S, R3E.

Apparent Owner:   JAMES, Ernest E.

Gross Acreage      5.0                        Wells:

Irrigable Acreage  4.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-263

Ely 660' of Nly 330' of NW¼ of SW¼ of Sec 10, T7S, R3E,
EXC Ely 60' thereof.

Apparent Owners:  LAPP, Edwin Walter & Mabel Catherine

Gross Acreage      4.6                        Wells: 73E-10M2 - Dom

Irrigable Acreage  4.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-264

SW¼ of NW¼, Sec 10, T7S, R3E

Apparent Owners:  OSTRIN, Herman & Lillian

Gross Acreage      40.0                       Wells: 73E-10E1 - Wind
                                                              Dom
Irrigable Acreage  27.3

Surface Diversions:

Interlocutory Judg. #33
                            Exhibit "C"

                                                          1200

PARCEL 73E-10-265

   N½ of NW¼ of Sec 10, T7S, R3E

Apparent Owner:    SHERMAN, Jasper Dewey

Gross Acreage     80.0              Wells: 73E-10C1 - Dom

Irrigable Acreage  38.1

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-266

   SE¼ of NW¼ of Sec 10, T7S, R3E

Apparent Owner:    DOUTHIT, Shirley I.
                  STRADER, Thomas P.

Gross Acreage     39.1              Wells:

Irrigable Acreage  23.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-267

   NE¼ of SW¼ of Sec 10, T7S, R3E

Apparent Owners:   SCHMOLL, George Martin & Marguerite

Gross Acreage     39.1              Wells: 73E-10L1 - Dom

Irrigable Acreage  39.1

Surface Diversions:

Interlocutory Judg #33
Exhibit "C"

1201

PARCEL 73E-10-268

N½ of W½ of NE¼ of Sec 10, T7S, R3E, EXC W 30'
Also, S½ of SW¼ of NE¼ sd Sec 10, EXC W½ of SW¼ of SW¼ of
NE¼ of sd Sec.

Apparent Owner:    CAMPBELL, Oliver B.

Gross Acreage        54.8                          Wells: 73E-10B1 - Dom
                                                          10B2 - Aband.
Irrigable Acreage  22.4

Surface Diversions:

    73E-10B Reservoir 11'x11'x4'

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-268A

    N½ of SW¼ of NE¼ of Sec 10, T7S, R3E

Apparent Owner:    CAMPBELL, Etta B.

Gross Acreage        19.8                          Wells: 73E-10G1 - Dom.

Irrigable Acreage  18.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-268B

    W½ of SW¼ of SW¼ of NE¼ of Sec 10, T7S, R3E

Apparent Owners:   PRATER, George L. & Rachel M.

Gross Acreage        5.0                           Wells:

Irrigable Acreage  5.0

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"   1202

PARCEL 73E-10, 11 - 269

E½ of NE¼; &, N½ of SE¼ of Sec 10, T7S, R3E
Also, S½ of S½ of Sec 11, T7S, R3E

Apparent Owner:    SHERMAN, Jasper Dewey

Gross Acreage      323.7                    Wells: 73E-11Q1 - Dest.

Irrigable Acreage  210.1

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-10-270

SE¼ of SE¼ of SW¼ of Sec 10, T7S, R3E

Apparent Owner:    HAMILTON SCHOOL DISTRICT OF RIVERSIDE COUNTY

Gross Acreage      9.5                      Wells: 73E-10P1 - Dom.

Irrigable Acreage  9.5

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-10-271

Lot 3 (SW¼ of SE¼) of Sec. 10, T7S, R3E

Apparent Owners:   SCHULTZ, Carl E. & Carrie May

Gross Acreage      39.8                     Wells:

Irrigable Acreage  35.0

Surface Diversions:

PARCEL 73E-10-272

Wly 208' of Lot 4 (SE¼ of SE¼) of Sec. 10, T7S, R3E

Apparent Owner:     WHEELER, Ella

Gross Acreage       6.1                          Wells:

Irrigable Acreage   6.1

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-10-273

Beg at SE Cor of Lot 4 (SE¼ of SE¼) Sec 10, T7S, R3E; th
Nly on Ely li sd Lot, 1361.2' to NE Cor sd Lot 4; th Wly
on Nly li sd Lot, 640.2' to NW Cor of par conv to Frank
D. Sixta, widower, by deed Apr. 18, 1957, filing #28318
being true pob; th Sly on Wly li Sixta par, 1362.98' to
pt in Sly li Lot 4; th Wly on sd Sly li, 486.03', m/l,
to SE Cor of par conv to Newman, Mar 11, 1955, filing
#15916; th at r/a Nly on Ely li sd Newman par & Ely li
of par conv to Newman, et ux, Jan. 18, 1956, Filing #3855,
1364.2' to N li Lot 4; th Ely on sd Nly li, 498.8' m/l
to pob.

Apparent Owners:    LEICHTFUSS, W. A. & Helene

Gross Acreage       14.1                         Wells: 73E-10R2 - Dom.

Irrigable Acreage   14.1

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-10-274

Beg at SE Cor Lot 4 (SE¼ of SE¼), Sec 10, T7S, R3E; th
Nly on Ely li Lot 4, 1361.2' to NE Cor thereof; th Wly
on Nly li Lot 4, 320.1' to true pob; th Sly & p/w E li Lot
4, 1361.2' to pt in Sly li sd Lot 4; th Wly on Sly li,
320.1'; th Nly, p/w Ely li, 1362.98' to Nly li sd Lot 4;
th Ely on Nly li Lot 4, 320.1' to true pob.

Apparent Owners:    RABAGO, Fred & Edna

Gross Acreage       9.8                          Wells: 73E-10R1 - Dom

Irrigable Acreage   9.8

Surface Diversions:

Interlocutory Judg. #33
                                    Exhibit "C"

                                            1204

PARCEL 73E-10-275:

Beg at SE Cor of Lot 4 (SE¼ of SE¼), Sec 10, T7S, R3E; th
Nly alng Ely li of Lot 4, 1361.2' to NE Cor thereof; th
Wly on Nly li, 320.1'; th Sly 1361.2' to Sly li thereof;
th Ely 320.1' to pob.

| | |
|---|---|
| Apparent Owners: | SGOBASSI, Louis J.<br>BURNETT, Leonard A. |

Gross Acreage        9.8                              Wells:

Irrigable Acreage    9.8

Surface Diversions:

- - - - - - - - - - - - - - -

PARCEL 73E-11-276:

S½ of NW¼; &, N½ of SW¼, Sec 11, T7S, R3E

Apparent Owner:      SOUTHERN PACIFIC LAND CO.

Gross Acreage                                        Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - -

PARCEL 73E-13, 14, 22, 23, 24, 74E-19-278:

NW¼; NW¼ of SW¼; N½ of NE¼ of SW¼, Sec 13, T7S, R3E.
E½ of Sec 14, T7S, R3E EXC por daf: Beg at SW Cor of E½ of
E½ of sd Sec 14; th W alng S li sd Sec 14, 132'; th N 495';
th E 792'; th S 495'; th W 660', m/1 to pob. Also EXC S 30'
of W½ of sd prop. Also, E½ of NE¼, Sec 22, T7S, R3E EXC Nly
30' thereof; N½ of SE¼ sd Sec 22; and, all that por of W½
of NE¼ of sd Sec 22 daf: Beg at SE Cor of W½ of sd NE¼;
th Nly alng Ely li of sd W½ of NE¼, 792'; th Wly, p/w Sly li
of NE¼, 660'; th Sly, p/w Ely li, 792' to Sly li thereof;
th Ely alng Sly li of sd W½ of NE¼, 660' to pob.  Also, NW¼
& N½ of NE¼ of Sec 23, T7S, R3E.

Apparent Owners:     EVERETT, Elmer E. & Olga C.

Gross Acreage                          Wells: 73E-13D1 - Stock
                                              13D3 - Dom
Irrigable Acreage                             22J1 - Stock
                                              23D1 - Stock

Surface Diversions:

17E-13D - Reservoir, 200'x75'x6'

                        -25-    Interlocutory Judg. #33
                                    Exhibit "C"

PARCEL 73E-14-279

Beg at SW Cor of E½ of E½ of Sec 14, T7S, R3E; th W alng S
li, 132'; th N 495'; th E 792'; th S 495'; th W 660' m/l
to pob

Apparent Owners:   GILBREATH, Raymond Woodard & Nadine Janet

Gross Acreage          8.0                          Wells: 73E-14R1 - Dom
                                                            14R2 - Dom
Irrigable Acreage  6.9

Surface Diversions:

    73E-14R Storage Tank 5'x10'

- - - - - - - - - - - - - - - - -

PARCEL 73E-14-280

    E½ of NW¼ of Sec 14, T7S, R3E

Apparent Owners:   SHERMAN, Laura

Gross Acreage          80.0                         Wells: 73E-14C1 - Dom

Irrigable Acreage  80.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-14-281

    NE¼ of NW¼ of Sec 14, T7S, R3E

Apparent Owners:   MARTEL, Hazel A. & Marcel A.

Gross Acreage          40.0                         Wells:

Irrigable Acreage  33.6

Surface Diversions:

Interlocutory Judg #33.
                                            Exhibit "C"

                                                    1206

PARCEL 73E-14-282

SW¼ of NW¼; Also, SW¼ of Sec 14, T7S, R3E EXC S 30' of sd
SW¼; Also EXC County Road; Also EXC Beg at intersec. of
E li of SW¼ of sd Sec 14 & NWly li of par conv to County
of Riverside; th N on E li of sd SW¼, 410'; th W 210'; th
S to NWly li of par conv to County of Riverside; th NEly
on sd NWly li to pob.

Apparent Owner:     PALM RANCH CO

Gross Acreage       191.6                    Wells: 73E-14E1

Irrigable Acreage   171.6

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-14-283

Beg at intersec of E li of SW¼ of Sec 14, T7S, R3E & NWly
li of par conv to County of Riverside; th N on E li of sd
SW¼, 410'; th W 210'; th S to NWly li of par conv to County
of Riverside; th NEly on sd NWly li to pob.

Apparent Owner:     ANZA ELECTRIC COOPERATIVE, INC.

Gross Acreage       2.0                      Wells: 73E-14P1 - Dom.

Irrigable Acreage   2.0

Surface Diversions:

- - - - - - - - - - - - - - - - - -

PARCEL 73E-15-284

S½ of SE¼; &, SE¼ of SW¼, Sec 15, T7S, R3E.

Apparent Owner:     BOHLEN, Nan A.

Gross Acreage       120.0                    Wells: 73E-15P1 - Dom
                                                    15Q1 - Dom
Irrigable Acreage   120.0                            15Q3 - Dom
                                                    15Q4 - Irri
                                                    15Q5 - Hand
Surface Diversions:                                         Pump

-27-                    Interlocutory Judg #33
                             Exhibit "C"
                                          1207

PARCEL  73E-15-285

NE¼ of SE¼ of Sec 15, T7S, R3E

Apparent Owner:    MARTEL, Hazel A.

Gross Acreage        40.0                        Wells: 73E-15J1 - Not in
                                                                      use
Irrigable Acreage   40.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-286

NW¼ of SE¼; &, NE¼ of SW¼ of Sec 15, T7S, R3E

Apparent Owners:   DAVIS, Morgan M. & Maddalina
                   DAVIS, George E. & Kathleen
                   CARLTON, Coy R. & Ruby Lou
                   HAMILTON, Lincoln J. & Louise Phebe

Gross Acreage        80.0                        Wells: 73E-15K1 - Irri
                                                        15K2      "
Irrigable Acreage   80.0                                15K3      "

Surface Diversions:

    73E-K1 - Sump, Capacity 2 A.F.

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-287

E½ of SW¼ of NE¼ of Sec 15, T7S, R3E

Apparent Owner:    BERTHOLD, George H.

Gross Acreage        20.0                        Wells:

Irrigable Acreage   20.0

Surface Diversions:

Interlocutory Judg. #33
                                           Exhibit "C"

1208

PARCEL 73E-15-288

SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec 15, T7S, R3E

Apparent Owners:   LIPP, Fred L. & Martha M.

Gross Acreage        40.0                          Wells: 73E-15H1

Irrigable Acreage   33.4

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-289

NE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec 15, T7S, R3E EXC Ely 330' of Nly 660'
thereof.

Apparent Owners:   ALLISON, Raymond B. & Naomi V.

Gross Acreage        33.9                          Wells:

Irrigable Acreage   33.9

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-290

Ely 330' of Nly 660' of NE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec 15, T7S, R3E

Apparent Owners:   ROSS, William L.

Gross Acreage        4.3                           Wells:

Irrigable Acreage   4.3

Surface Diversions:

Interlocutory Judg. #33
                           Exhibit "C"
                                              1209

PARCEL 73E-15-291

E½ of NW¼ of NE¼ of Sec. 15, T7S, R3E.

Apparent Owners:   ROMKEE, Howard D. & Evelyn A.

Gross Acreage        19.6                            Wells:

Irrigable Acreage  19.6

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-292

W½ of NW¼ of NE¼ of Sec. 15, T7S, R3E.

Apparent Owners:   BURR, Winston T. & Dorothy

Gross Acreage        19.6                            Wells:

Irrigable Acreage  19.6

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-293

NE¼ of NW¼; &, W½ of SW¼ of NE¼ of Sec. 15, T7S, R3E

Apparent Owners:   LIPP, Fred L. & Martha M.

Gross Acreage        58.2                            Wells:

Irrigable Acreage  46.8

Surface Diversions:

Interlocutory Judg. #33
                                   Exhibit "C"
                                              1210

PARCEL 73E-15-294

E½ of NW¼ of NW¼ of Sec. 15, T7S, R3E.

Apparent Owners:   PENA, John & Elsie

Gross Acreage        20.0                          Wells: 73E-15D1 - Dom

Irrigable Acreage  20.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-295

N½ of W½ of NW¼ of NW¼ of Sec. 15, T7S, R3E

Apparent Owners:   VENEGAS, Ignacio M. & Carmelita

Gross Acreage        9.1                           Wells: 73E-15D2 - Dom

Irrigable Acreage  9.1

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-15-296

SW¼ of NW¼ of NW¼ of Sec. 15, T7S, R3E

Apparent Owner:    JUNKIN, Gertrude D.

Gross Acreage        9.6                           Wells:

Irrigable Acreage  9.6

Surface Diversions:

Interlocutory Judg. #33
                                          Exhibit "C"
                                                    1211

PARCEL 73E-15-297

S½ of NW¼ & W½ of SW¼ of Sec 15, T7S, R3E EXC por daf: Beg at SE Cor of SW¼ of SW¼ of sd Sec 15; th Nly on Ely bdry of sd tracts a dist of 417.42'; th Wly p/w Sly li of sd Sec 15, 208.71'; th Sly p/w Ely bdry of sd SW¼ of SW¼ of Sec 15, 417.42'; th Ely on Sly bdry of sd Sec 15, 208.71' to pob.

Apparent Owners:   HOLCOMB, W. H. & Mary Ann
                   HOLCOMB, Robert L. & Clara V.

Gross Acreage        158.8                    Wells: 73E-15N1 - Dom

Irrigable Acreage    123.4

Surface Diversions:
   73E-15N1 - Reservoir - 50'x12'

- - - - - - - - - - - - - - - - - -

PARCEL 73E-15-298

Beg at the SE Cor of SW¼ of SW¼ of Sec 15, T7S, R3E; th Nly on Ely bdry of sd tracts a dist of 417.42';  th Wly p/w Sly li of sd Sec 15, 208.71'; th Sly p/w Ely bdry of sd SW¼ of SW¼, 417.42'; th Ely on Sly bdry of sd Sec 15, 208.71' to pob.

Apparent Owner:    COUNTY OF RIVERSIDE

Gross Acreage        2.0                      Wells: 73E-15N2 - Dom

Irrigable Acreage    2.0

Surface Diversions:

- - - - - - - - - - - - - - --- - -

PARCEL 73E-16-300

Beg at SW Cor of SE¼ of Sec 16, T7S, R3E; th N alng Quarter Sec li a dist of 40' to N bdry of Cnty Rd r/w; th S 89°33' E, 30' alng N bdry of Cnty Rd r/w to true pob; th N 242'; th S 89°33' E, 180'; th S 242' to pt on N bdry of sd Cnty Rd r/w; th N 89°33' W, 180' to true pob.

Apparent Owner:    STATE OF CALIFORNIA

Gross Acreage        1.0                      Wells: 73E-16Q1 - Dom

Irrigable Acreage    1.0

Surface Diversions:

   73E-16Q - Wooden Storage Tank, 8'x10'
                                      -32-

PARCEL 73E-16-301

NW¼ of NE¼; S½ of NE¼; &, SE¼ of Sec 16, T7S, R3E EXC por daf:
Beg at SW Cor of SE¼ of sd Sec 16; th N alng W li of SE¼, 40';
th E, p/w Sly li of SE¼, 760' to true pob; th N, p/w W li of
SE¼, 242'; th E, p/w S li of SE¼, 180'; th S, p/w W li of SE¼
242'; th W, p/w S li of SE¼, 180' to pob.  Also EXC por daf:
Beg at SW Cor of SE¼ of sd Sec 16; th N alng Quarter Sec li
a dist of 40' to N bdry of Cnty Rd r/w; th S 89°33' E 30'
alng N bdry of Cnty Rd r/w to true pob; th N 242'; th S 89°33'
E, 180'; th S 242' to a pt on N bdry sd Cnty Rd r/w; th N 89°33'
W, 180' to pob.

Apparent Owner:   LICHTWALD, Henry R.

Gross Acreage      278.0                    Wells: 73E-16K2
                                                   16K3
Irrigable Acreage  124.5

Surface Diversions:

    73E-16B - Earth Pond - 25'x25'x3

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-302

    E 33 acres of N 73 acres of N½ of NW¼ of Sec 16, T7S, R3E

Apparent Owner:   REGISTER, Ernest G.

Gross Acreage      33.0                     Wells: 73E-16C1 - Dom

Irrigable Acreage  13.1

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-303

    N 20 acres of W 40 acres of N 73 acres of N½ of NW¼ of Sec
    16, T7S, R3E

Apparent Owners:  HUBBARD, Fred W. & Berniece I.

Gross Acreage      20.0                     Wells: 73E-16D1 - Dom. &
                                                   Stock
Irrigable Acreage  17.8

Surface Diversions:

    73E-16D - Swimming Pool, 10'x20'x8'

PARCEL 73E-16-304

S 20 acres of W 40 acres of N 73 acres of N½ of NW¼ of Sec. 16, T7S, R3E.

Apparent Owners:   MOSSBERG, Clarence E. & Edith R.

Gross Acreage        20.0                    Wells:

Irrigable Acreage   20.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-305

S 87 acres of NW¼ of Sec 16, T7S, R3E

Apparent Owners:   BROWN, Harold G. & Lola I.

Gross Acreage        87.0                    Wells: 73E-16F1 - Dom

Irrigable Acreage   70.8

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-306

NE¼ of SW¼ of Sec 16, T7S, R3E

Apparent Owners:   REGISTER, William W.

Gross Acreage        40.0                    Wells: 73E-16L1 - Dom.
                                                        16F1 - Dom

Irrigable Acreage   40.0

Surface Diversions:

Interlocutory Judg. #33
                                           Exhibit "C"   1214

PARCEL 73E-16-307

Ely 300' of N½ of NE¼ of SE¼ of SW¼ of Sec 16, T7S, R3E

Apparent Owners:   MOON, Charles & Emily M
                   ROBBINS, Lonnie J. & Marjorie M.

Gross Acreage      2.7                    Wells:

Irrigable Acreage  2.7

Surface Diversions:


- - - - - - - - - - - - - - - - -

PARCEL 73E-16-308

N½ of NE¼ of SE¼ of SW¼ of Sec 16, T7S, R3E EXC Ely 300'

Apparent Owners:   DRAKE, Murl W. & Evelyn D.

Gross Acreage      2.6                    Wells:

Irrigable Acreage  2.6

Surface Diversions:


- - - - - - - - - - - - - - - - -

PARCEL 73E-16-309

That por of SW¼ of Sec 16, T7S, R3E desc as Par 6 on ROS 26/98

Apparent Owners:   STEWART, Theodore R. & Marian E.

Gross Acreage      3.4                    Wells:

Irrigable Acreage  3.4

Surface Diversions:


Interlocutory Judg. #33
                        Exhibit "C"    1215

PARCEL 73E-16-310

S$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec 16, T7S, R3E, EXC Ely 300'

Apparent Owners:   STONE, Yuma T. & Evelyn

Gross Acreage       2.6                          Wells:

Irrigable Acreage   2.6

Surface Diversions:


- - - - - - - - - - - - - - - - -

PARCEL  73E-16-311

Ely 300' of S$\frac{1}{2}$ of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec 16, T7S, R3E

Apparent Owners:   FRANCIS, Clyde & Pearl M.

Gross Acreage       2.3                          Wells:

Irrigable Acreage   2.3

Surface Diversions:


- - - - - - - - - - - - - - - - -

PARCEL 73E-16-312

Ely 200' of S$\frac{1}{2}$ of E$\frac{1}{2}$ of SE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec 16, T7S, R3E

Apparent Owners:   BERGMAN, Harry H. & Alice D.

Gross Acreage       3.0                          Wells:

Irrigable Acreage   3.0

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"                 1216

PARCEL 73E-16-313

That por of SW¼ of Sec 16, T7S, R3E, daf: Beg at a pt in Sly
li of sd Sec 16, dist thereon 250' W fr SE Cor of sd SW¼; th
N p/w E li of sd ¼Sec, 240'; th E p/w Sly li sd ¼Sec, 50' to
a pt which is 240' N fr Sly li of sd ¼Sec; th N p/w E li of
sd ¼Sec, 420'; th W, p/w S li of sd ¼Sec 200'; th S, p/w sd
E li of sd ¼Sec, 420' to a pt 240' N fr S li of sd ¼Sec; th
E, p/w S li of sd ¼Sec, 100'; th S p/w sd E li of sd ¼Sec
240' to pt in S li of sd ¼Sec, sd pt being W 50' meas alng
sd S li fr pob; th E alng sd S li 50' to pob. EXC therefrom
the S 30' granted to Cnty of Riverside by deed fr W. M.
Lichtwald & wife recorded Nov. 20, 28 in Book 789, Page 327
of Deeds of Riverside Cnty of California.

Apparent Owner:     GREENWALD, Alvin G.

Gross Acreage       2.2                    Wells: 73E-16P2 - Dom

Irrigable Acreage   2.2

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-314

Beg 200' W of SE Cor of SW¼ of Sec 16, T7S, R3E; th W, on
Sly li of sd Sec, 50'; th N p/w Ely li of sd Sec, 240';
th E 50'; th S 240' to pob.

Apparent Owner:     SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD

Gross Acreage       0.3                    Wells:

Irrigable Acreage   0.3

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-315

Wly 100' of Sly 240' of fol desc prop: That por of SW¼ of
Sec 16, T7S, R3E daf:  Beg 200' W of SE Cor of SW¼ of sd
Sec 16; th N, p/w E li of sd Sec, 660'; th W, p/w S li of
sd Sec, 200'; th S, p/w E li of sd Sec, 660' to S li of sd
SW¼; th E alng sd S li 200' to pob, EXC Sly 30' granted to
Cnty of Riverside.

Apparent Owner:     ANZA VALLEY LANDS, INC.

Gross Acreage       0.6                    Wells:

Irrigable Acreage   0.6

Surface Diversions:

-37-                Interlocutory Judg. #33
                    Exhibit "C"

1217

PARCEL 73E-16-316

Beg 400' W of SE Cor of SW¼ of Sec 16, T7S, R3E; th N p/w
E li sd ¼Sec, 660'; th W p/w S li sd ¼Sec, 100'; th S p/w
E li sd ¼Sec, 660' to S li of sd SW¼; th E alng sd S li
100' to pob.

Apparent Owner:   SMOLIER, S. M.

Gross Acreage      1.5                         Wells:

Irrigable Acreage  1.5

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL 73E-16-317

Beg at a pt in S li of SW¼ of Sec 16, T7S, R3E, 500' W of
SE Cor; th N p/w E li sd ¼Sec, 660'; th W 130'; th S 660';
th E 130' to pob.

Apparent Owners:   SKAGGS, Roy G. & Mabel J.

Gross Acreage      1.9                         Wells: 73E-16P2 - Dom

Irrigable Acreage  1.9

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCELPARCEL 73E-16-318

Beg at a pt in S li of SW¼ of Sec 16, T7S, R3E 180' W of SE
Cor of W½ of SE¼ of sd SW¼; th cont W on S li 100'; th N p/w
E li of sd ¼Sec, 475'; th E p/w S li of sd ¼Sec, 100'; th S
p/w E li of sd ¼Sec, 475' to pob.

Apparent Owners:   MOORE, Howard W. & Frances L.

Gross Acreage      1.0                         Wells: 73E-16P2 - Dom

Irrigable Acreage  1.0

Surface Diversions:

-38-                    Interlocutory Judg. #33
                              Exhibit "C"
                                      1218

PARCEL 73E-16-319

NW¼ of SW¼; E½ of SW¼ of SW¼; W½ of SE¼ of SW¼ of Sec 16, T7S, R3E, EXC por thereof desc as Par 6 in ROS 26/98, Also EXC that por thereof daf; Beg at a pt in S li of SW¼ of sd Sec 16, 180' W of SE Cor of W½ of SE¼ of sd SW¼; th cont W on S li 100'; th N p/w E li of sd SW¼, 475'; th E p/w S li of sd SW¼, 100'; th S p/w E li of sd SW¼, 475' to pob

Apparent Owners:   LEONARD, Claude & Alice

Gross Acreage       76.0                    Wells:

Irrigable Acreage   76.0

Surface Diversions:

- - - - - - - - - - - - - - - -- -

PARCEL 73E-16-320

Beg at a pt on W li of SW¼ of SW¼ of Sec 16, T7S, R3E, 205' S of NW Cor; th E p/w N li of sd SW¼, 660' to E li of W½ of SW¼ of sd SW¼; th S alng E li of W½, 205'; th W p/w N li of sd SW¼, 660' to W li of SW¼ of SW¼; th N on sd W li, 205' to pob.

Apparent Owner:   ALEXANDER, Ivan D.

Gross Acreage       3.0          Wells: 73E-16P1 - Dom

Irrigable Acreage   3.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-16-320A

N 205' of W½ of SW¼ of SW¼ of Sec 16, T7S, R3E.

Apparent Owners:   TAYLOR, Merle A. & Yvonne J.

Gross Acreage       3.0          Wells: 73E-16M1 - Dom

Irrigable Acreage   3.0

Surface Diversions:

Interlocutory Judg. #33
                                        Exhibit "C"

1219

PARCEL 73E-16-321

    Beg at SE Cor of W½ of SW¼ of SW¼ of Sec 16, T7S, R3E; th N alng E li of sd W½, 475'; th W p/w S li of sd SW¼, 230'; th S p/w E li of sd W½, 475'; th E alng S li of sd SW¼, 230' to pob.

Apparent Owners:   Whetstine, Frederick E. & Jeanne C.

Gross Acreage    2.3                 Wells: 73E-16Q1 - Dom

Irrigable Acreage  2.3

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL 73E-16-322

    Beg at a pt in S li of Sec 16, T7S, R3E, 230' W of SE Cor of W½ of SW¼ of SW¼; th cont alng S li of sd Sec 16, 200'; th N p/w W li of sd Sec, 435'; th E p/w S li of sd Sec, 200'; th S p/w W li of sd Sec, 435' to pob.

Apparent Owner:   CONTARANO, David F.

Gross Acreage    2.0                 Wells:

Irrigable Acreage  2.0

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL 73E-16-323

    W½ of SW¼ of SW¼, Sec 16, T7S, R3E EXC N 410' thereof, Also EXC S 475' of E 230' thereof, Also EXC por daf: Beg at pt in S li of sd Sec 16, 230' W of SE Cor of W½ of SW¼ of SW¼; th cont alng S li of sd Sec 16, 200'; th N p/w W li sd Sec, 435'; th E p/w S li sd Sec, 200'; th S p/w W li sd Sec, 435' to pob.

Apparent Owner:   REGISTER, Ernest G.

Gross Acreage    9.6                 Wells: 73E-16N1 - Dom
                                               16N2 - Dom

Irrigable Acreage  9.6

Surface Diversions:

PARCEL 73E-17-327

NW¼ of Sec 17, T7S, R3E

Apparent Owner:   GREENWALD, Alvin G.

Gross Acreage      159.1                    Wells: 73E-17C1 - Dom

Irrigable Acreage  157.8

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-17-328

SW¼ Sec 17, T7S, R3E

Apparent Owners:   BOHLEN, John H.
                   HEACOCK, Edwin E. & Ruth B.

Gross Acreage      160.0                    Wells: 73E-17M1 - Dom
                                                   17N1 - Dom
Irrigable Acreage   28.8

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-18-330

E½ of NE¼ Sec 18, T7S, R3E

Apparent Owner:   KING, Lydia B.

Gross Acreage      80.0                     Wells: 73E-18A1

Irrigable Acreage  20.2

Surface Diversions:

-42-                    Interlocutory Judg. #33
                              Exhibit "C"

PARCEL 73E-20-352

    E½ of NE¼ of NW¼ of NW¼; S½ of NW¼ of NW¼; &, SW¼ of NW¼ of Sec 20, T7S, R3E.

Apparent Owner:   ARNAIZ, Beatriz

Gross Acreage                               Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-20-353

    W½ of SW¼ of Sec 20, T7S, R3E, EXC Sly 10 acres thereof.

Apparent Owner:   SMOLIER, Diana

Gross Acreage                               Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-20-355

    E½; &, E½ of W½ of Sec 20, T7S, R3E

Apparent Owners:   PURSCHE, Harry A. & Helen B.

| | | |
|---|---|---|
| Gross Acreage | 476.0 | Wells: 73E-20B1 - Unused |
| | | 20B2 -      " |
| Irrigable Acreage | 418.2 | 20C1 -      " |
| | | 20G1 - Stock |
| | | 20H1 -      " |
| Surface Diversions: | | 20J1 - |
| | | 20J2 - Unused |
| | | 20J3 - Dom |
| | | 20J5 - Irri. |
| | | 20Q2 |
| | | 20Q3 |
| | | 20R1 |

Interlocutory Judg. #33
Exhibit "C"

1223

PARCEL 73E-21-356

NW¼ of Sec 21, T7S, R3E, EXC a 2 acre square in NE Cor thereof

Apparent Owners:   PLUEGER, Donald N. & Lorraine F.

Gross Acreage       156.2                          Wells: 73E-21C2 -
                                                          21F2 - Dom.
Irrigable Acreage   156.2                                 21F3 - Dom
                                                          21E3 -

Surface Diversions:

   73E-21H Sump - 60'x60'x5'


- - - - - - - - - - - - - - - - - -

PARCEL 73E-21-357

2 acre square in NE Cor of NW¼ of Sec 21, T7S, R3E

Apparent Owner:   HAMILTON SCHOOL DISTRICT OF RIVERSIDE COUNTY

Gross Acreage       2.0                            Wells: 73E-21C1 - Dom

Irrigable Acreage   2.0

Surface Diversions:



- - - - - - - - - - - - - - - - - -

PARCEL 73E-21-358

SW¼ of NE¼; &, N½ of NE¼ of Sec 21, T7S, R3E, EXC por daf:
Beg at NE Cor of sd Sec 21; th W alng N li of sd Sec 100';
th S p/w E li of sd Sec 150'; th E p/w N li of sd Sec 100';
th N 150' to pob.

Apparent Owners:   WESTPHALEN, Hugo G. & Vera B.

Gross Acreage       115.7                          Wells: 73E-21B1 - Unused

Irrigable Acreage   98.8

Surface Diversions:


Interlocutory Judg. #33
                                              Exhibit "C"   1224

PARCEL 73E-21, 22 - 360

    SE¼ of NE¼ of Sec 21, T7S, R3E
    SW¼ of NW¼ of Sec 22, T7S, R3E

Apparent Owners:   LOBB, Thomas Jr. & Janet

Gross Acreage    80.0              Wells:

Irrigable Acreage  73.0

Surface Diversions:

    73E-21H - Reservoir - capacity 500 gal.

- - - - - - - - - - - - - - - - -

PARCEL 73E-21-361

  W½ of SE¼ of Sec 21, T7S, R3E

Apparent Owners:   MINOR, James & Jessie Faye

Gross Acreage    80.0             Wells: 73E-21K3 -
                                         21Q1 - Irri.
Irrigable Acreage  80.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-21, 22 - 362

    E½ of SE¼ of Sec 21, T7S, R3E
    SW¼ of Sec 22, T7S, R3E

Apparent Owner:   JOHNSON, Charles T.

Gross Acreage    240.0           Wells: 73E-21J1 - Dom
                                      21J2 - Irri
Irrigable Acreage  240.0                    21J3 - Unused
                                      21N1 - Irri
                                      22M1 - Dom &
Surface Diversions:                                          Stock

    73E-21R- - Sump - 1 AF

                Interlocutory Judg #33
                             Exhibit "C"

PARCEL 73E-22-363

Por of NW¼ of NW¼, Sec 22, T7S, R3E daf:  Beg at a pt on N li
of sd Sec 22, 392'10" W of NE Cor of sd NW¼ of NW¼; th W on sd
N li 300'; th at r/a S a dist of 185'; th at r/a E a dist of
300' on a li p/w N li of sd Sec 22; th at r/a N a dist of 185'
to pob.

Apparent Owners:   PORTREY, P. I. & Ruby

Gross Acreage        1.0                    Wells: 73E-22D1 - Dom

Irrigable Acreage  1.0

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-22-364

NW¼ of NW¼ of Sec 22, T7S, R3E EXC Beg at a pt on N li of sd
NW¼ of NW¼ 329'10" W of NE Cor thereof; th W on sd N li 300';
th at r/a S 185'; th at r/a E 300'; th at r/a N to pob.

Apparent Owner:   LICHTWALD, Henry R.

Gross Acreage        37.8                   Wells: 73E-22D2 -
                                                   22D3 -
Irrigable Acreage  24.2

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL  73E-22-365

E½ of NW¼; &, W½ of NE¼ of Sec 22, T7S, R3E EXC por daf:
Beg at SE Cor of sd W½ of NE¼; th Nly on Ely li sd W½, 792';
th Wly p/w S li of sd W½, 660'; th Sly p/w E li of sd W½,
792' to S li thereof; th Ely on sd S li to pob.  Also EXC
Nly 40' as conv to Cnty of Riverside.

Apparent Owners:   HAMILTON, Lincoln J. & Louise Phebe

Gross Acreage        144.9                  Wells: 73E-22B1 - Irri
                                                   22B5 -   "
Irrigable Acreage  144.9                            22B6 -   "
                                                   22B7 -   "
                                                   22B8 -   "
Surface Diversions:                                22B9 - Unused
                                                   22C1 - Stock
    73E-22F1 - Sump, Cap 1 AF                       22C2 - Irri
        22C1 - Sump, Cap 2 AF

                              -46-        Interlocutory Judg. #33  1226
                                              Exhibit "C"

PARCEL 73E-21-366

    SW¼ of Sec 21, T7S, R3E

Apparent Owners:   HAMILTON, Lincoln J. & Louise P.

| | | | |
|---|---|---|---|
| Gross Acreage | 160.0 | Wells: 73E-21L1 – | Dom |
| | | 21L2 – | Dry |
| Irrigable Acreage | 160.0 | 21L3 – | Unused |
| | | 21L5 – | Irri |
| | | 21P1 – | " |
| Surface Diversions: | | 21P2 – | " |
| | | 21P3 – | " |

    73E-21P3 – Sump, Capacity 2 a.f.

- - - - - - - - - - - - - - - - -

PARCEL 73E-22,23 – 367

    SW¼ of Sec 23, T7S, R3E.

Apparent Owner:   DEVANA, Eula

Gross Acreage                Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - - -

PARCEL 73E-23-369:

    E½ of SW¼, Sec 23, T7S, R3E

Apparent Owner:   CHUCK, George Thomas

Gross Acreage   80.0           Wells:

Irrigable Acreage   80.0

Surface Diversions:

Interlocutory Judg. #33
Exhibit "C"
1227

PARCEL 73E-23-369A:

NW$\frac{1}{4}$ of SE$\frac{1}{4}$, and SW$\frac{1}{4}$ of NE$\frac{1}{4}$, Sec 23, T7S, R3E

Apparent Owners:   CLOTHIER, Russell W. & Sara L.
                   LIGER, John M. & Beverly

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

## LIST OF APPARENT OWNERS WITHIN

## CAHUILLA GROUND WATER BASIN

| NAME | PARCEL NUMBER |
|------|---------------|
| COATES, Stanley K. &<br>    Rissa Intha | 72E-20, 21 - 167 |
| JONES, Sidney B. | 72E-30, 31, 82E-6,<br>7 - 151 |
| KLEEMANN, Patricia | 72E-30, 31, 82E-6,<br>7 - 151 |
| MC KINLEY, Ivan E. &<br>    Mathea A. | 72E-29, 31, 32, 82E-<br>5 - 150<br>72E-20, 31, 32 - 152 |
| UNITED STATES OF AMERICA | PARCEL 2 |
| WESTERN BRASS WORKS | 72E-29, 31, 32, 82E-<br>5 - 150<br>72E-20, 31, 32 - 152 |
| WILLIAMS, Colmer J. | 72E-30, 31, 82E-6,<br>7 - 151 |

Interlocutory Judg. #33
Exhibit "D"

1229

## LEGAL DESCRIPTION AND OWNERSHIP OF LANDS

## OVERLYING CAHUILLA GROUND WATER BASIN

PARCEL 2:

West Half, and Southeast Quarter, Section Twenty-eight (28), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

West Half; North Half of Southeast Quarter; and, Northeast Quarter, Section Thirty-three (33), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Northwest Quarter; North Half of Southwest Quarter; and, Southwest Quarter of Southwest Quarter, Section Four (4), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

UNITED STATES OF AMERICA

PARCEL 72E - 29, 31, 32, 82E - 5 - 150:

Northeast Quarter, and Southeast Quarter EXCEPT West Half of Southwest Quarter of Southeast Quarter, Section Twenty-nine (29), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

West Half of Northeast Quarter; East Half of Northwest Quarter; Southwest Quarter of Northwest Quarter; Northwest Quarter of Southeast Quarter; North Half of Southwest Quarter; North Half of Southwest Quarter; and, Southwest Quarter of Southwest Quarter, Section Thirty-two (32), Township Seven (7) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Section Five (5), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian in the County of Riverside, State of California, EXCEPT that portion of the Southwest Quarter of said Section lying Southeasterly of County Road.

-1-        Interlocutory Judg. #33
             Exhibit "E"

1230

PARCEL 72E-29, 31, 32, 82E-5 - 150 Continued:

OWNERS:

        MC KINLEY, Ivan E. & Mathea A.

        WESTERN BRASS WORKS

PARCEL 72E-30, 31, 82E-6, 7 - 151:

    South Half of Southeast Quarter, Section Thirty (30), Township

    Seven (7) South, Range Two (2) East, San Bernardino Base and

    Meridian, in the County of Riverside, State of California.

OWNERS:

        WILLIAMS, Colmer J.

        KLEEMAN, Patricia

        JONES, Sidney B.

PARCEL 72E-29, 31, 32 - 152:

    West Half of Southwest Quarter of Southeast Quarter;  Southwest

    Quarter; and, Northwest Quarter, Section Twenty-nine (29), Town-

    ship Seven (7) South, Range Two (2) East, San Bernardino Base

    and Meridian, in the County of Riverside, State of California.

    North Half of Northeast Quarter; Southwest Quarter of Northeast

    Quarter; and, West Half of Southeast Quarter, Section Thirty-one

    (31), Township Seven (7) South, Range Two (2) East, San Bernardino

    Base and Meridian, in the County of Riverside, State of California.

    Northwest Quarter of Northwest Quarter;  East Half of Northeast

    Quarter;  East Half of Southeast Quarter;  Southwest Quarter of

    Southeast Quarter; and, Southeast Quarter of Southwest Quarter

    of Section Thirty-two (32), Township Seven (7) South, Range Two

    (2) East, San Bernardino Base and Meridian, in the County of

    Riverside, State of California.

OWNERS:

        WESTERN BRASS WORKS, a Corp.

        MC KINLEY, Ivan E. & Mathea A.

Interlocutory Judg. #33
Exhibit "E"

1231

PARCEL 72E-20, 21 - 167:

South Half of Southeast Quarter of Section Twenty (20), Township

Seven (7) South, Range Two (2) East, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

South Half of Southwest Quarter of Section Twenty-one (21),

Township Seven (7) South, Range Two (2) East, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

OWNERS:

COATES, Stanley K. & Rissa Intha

## LANDS OVERLYING CAHUILLA GROUND WATER BASIN

PARCEL 2:

 W½, & SE¼, Sec. 28, T7S, R2E.
 W½; N½ SE¼; & NE¼, Sec 33, T7S, R2E
 NW¼; N½SW¼; & SW¼ SW¼, Sec 4, T8S, R2E

Apparent Owner:   UNITED STATES OF AMERICA

Gross Acreage          Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - -

PARCEL 72E, 29, 31, 32, 82E-5 - 150:

 NE¼ & SE¼ EXC W½ SW¼ SE¼, Sec 29, T7S, R2E
 W½ NE¼; E½ NW¼; SW¼ NW¼; NW¼ SE¼; N½ SW¼; N½ SW¼; & SW¼ SW¼,
 Sec 32, T7S, R2E
 Sec 5, T8S, R2E, EXC por of SW¼ sd Sec lying SEly of Cnty Rd.

Apparent Owners:   MC KINLEY, Ivan E. & Mathea A.
         WESTERN BRASS WORKS

Gross Acreage          Wells: 72E-29R1
                  32E1
Irrigable Acreage          32F1
                  32F2
              82E- 5A1
Surface Diversions:        5C1

- - - - - - - - - - - - - - - - -

PARCEL 72E-30, 31, 82E-6, 7 - 151:

 S½ SE¼, Sec 30, T7S, R2E.

Apparent Owners:   WILLIAMS, Colmer J.
         KLEEMANN, Patricia
         JONES, Sidney B.

Gross Acreage          Wells:

Irrigable Acreage

Surface Diversions:

PARCEL 72E-29, 31, 32 - 152:

W½ of SW¼ of SE¼;  SW¼; and NW¼, Sec 29, T7S, R2E
N½ NE¼;  SW¼ of NE¼; and W½ of SE¼, Sec 31, T7S, R2E
NW¼ NW¼;  E½ NE¼;  E½ SE¼;  SW¼ SE¼;  &, SE¼ SW¼, Sec 32, T7S, R2E

Apparent Owners:      WESTERN BRASS WORKS, a Corp.
                      MC KINLEY, Ivan E. & Mathea A.

Gross Acreage         817.0                    Wells: 72E-29P1
                                                       32A1
Irrigable Acreage     662.3                            32J1
                                                       32J2
                                                       32P1
Surface Diversions:

72E-31G1 - Dam, 1700' Long,  40' Deep at Dam
                   100' Wide at Dam

- - - - - - - - - - - - - - -

PARCEL 72E-20, 21 - 167:

S½ SE¼, Sec 20, T7S, R2E
S½ SW¼, Sec 21, T7S, R2E

Apparent Owners:    COATES, Stanley K. & Rissa Intha

Gross Acreage       161.2                    Wells:

Irrigable Acreage    89.4

Surface Diversions: