M^cFLMD

*Original*

ENTERED

DEC 11 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
            Deputy Clerk

FILED

DEC 11 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| vs. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT No. 32. |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | DE LUZ CREEK WATERSHED |
| Defendants. | |

FINDINGS OF FACT

I

DE LUZ CREEK AND TRIBUTARIES:

    A.  DE LUZ CREEK:

        De Luz Creek rises in the Nueva portion of Rancho Santa Rosa of the Vail Ranch in Riverside County, California, approximately 3½ miles North of the point where the south boundary line of Rancho Santa Rosa intersects the boundary between Fractional Sections 20 and 21, Township 8 South, Range 4 West, San Bernardino Base and Meridian. De Luz Creek proceeds in a Southerly direction through Rancho Santa Rosa and crosses the South boundary of the Vail Ranch and Riverside County into San Diego County, entering the Northeast Quarter of the Northeast Quarter of Fractional Section 20, Township 8 South, Range 4 West. It then continues in a Southwesterly direction across the said Section 20

- 1 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

FINDINGS OF FACT
DE LUZ CREEK

1017

8

and proceeds in a Southerly direction through the West Half of
Sections 29 and 32, Township 8 South, Range 4, West.  De Luz Creek
proceeds in a Southeasterly direction through Section 5, Township
9 South, Range 4 West and in a Southerly direction through the
East Half of Sections  8, 17, 20 and 29, Township 9 South, Range
4 West to its confluence with the Santa Margarita River near the
Northeast  Corner of the Southeast Quarter of the Southwest Quarter
of Section 29, Township 9 South, Range 4, West, San Bernardino
Base and Meridian.  A stringer of alluvium extends upstream along
De Luz Creek from its confluence with the Santa Margarita River
to approximately one-half mile above the south boundary of Rancho
Santa Rosa.  This alluvium varies in depth from approximately 125
feet at the confluence of De Luz Creek and Santa Margarita River
to several feet in Section 32, Township 8 South, Range 4 West,
and varies in width from more than one-fourth mile to less than
100 feet.

B.  EAST FORK DE LUZ CREEK:

        The East Fork of De Luz Creek rises in the Nueva
portion of the Santa Rosa Rancho on the Western slopes of Mesa De
Burro.  It proceeds Southwesterly through Rancho Santa Rosa for
approximately 8 miles and intersects the south boundary of Rancho
Santa Rosa and Riverside County at a point near the Northwest
Corner of Govt. Lot 2 (SW¼ of SE¼) of Fractional Section 22,
Township 8 South, Range 4 West.  The East Fork of De Luz Creek
continues Southwesterly across said Lot 2, across the Northwest
Quarter of the Northeast Quarter of Section 27 and then proceeds
Northwesterly through the Northeast Quarter of the Northwest Quarter
of said Section 27, touching Lot 3, of Section 22, all in Township
8 South, Range 4, West.  It then proceeds  Southwesterly across the
Northwest Quarter of the Northwest Quarter of said Section 27,
across Section 28 and through the Southeast Quarter of Section 29,
all in Township 8 South, Range 4 West.  It continues Southwesterly

LAW OFFICES
BACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 2 -

FINDINGS OF FACT
DE LUZ CREEK

1018   9

1  and Westerly to its confluence with De Luz Creek in the extreme

2  Eastern portion of the Southwest Quarter of the Northwest Quarter

3  of Section 32, Township 8 South, Range 4 West.  A stringer of

4  alluvium extends upstream along the East Fork of De Luz Creek from

5  its confluence with De Luz Creek to a point approximately one and

6  one-fourth miles upstream from the south boundary of Rancho Santa

7  Rosa.  This Stringer of alluvium varies in  width from approximately

8  one-fourth mile to less than 100 feet and at no place is deeper

9  than 50 feet.  A stringer of alluvium extends for approximately

10  three-fourths of a mile up an unnamed tributary to the East Fork

11  of De Luz Creek from its confluence with the East Fork in the

12  Southwest Quarter of the Southeast Quarter of Section 29, Township

13  8 South, Range 4 West.  This stringer of alluvium is approximately

14  1000 feet wide and is less than 50 feet in depth.

15       C. COTTONWOOD CREEK:

16            Cottonwood Creek rises in the Southeast Quarter of

17  the Southeast Quarter of Section 13, Township 8 South, Range 5

18  West, San Bernardino Base and Meridian.  It proceeds Southeasterly

19  through the Southeast Quarter of the Southeast Quarter of said

20  Section 13, across the Northeast Quarter of the Northeast Quarter

21  of Section 24, Township 8 South, Range 5 West, through Section 19

22  and the Northeast Quarter of Section 30, both in Township 8 South,

23  Range 4 West.  It then proceeds Easterly and Northeasterly

24  through the southern portion of the Southwest Quarter of the

25  Northwest Quarter of Section 29,  Township 8 South, Range 4, West

26  to its confluence with De Luz Creek near the Eastern boundary of

27  the said Southwest Quarter of the Northwest Quarter of Section 29.

28  A stringer of alluvium extends upstream along Cottonwood Creek

29  from its confluence with De Luz Creek to approximately the center

30  of the Northeast Quarter of the Southwest Quarter of Section 19,

31  Township 8 South, Range 4 West.  This stringer of alluvium varies

32  in width from approximately one-fourth mile at the confluence of

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

FINDINGS OF FACT
DE LUZ CREEK
1019
10

Cottonwood and De Luz Creek to less  than 50 feet at its point of
beginning upstream.  At no place does the alluvium along Cottonwood
Creek reach a depth greater than 50 feet.

D.  CAMPS CREEK:

Camps Creek rises in the Northwest quarter of the
Northwest Quarter of Section 25, Township 8 South, Range 5 West,
and proceeds Southeasterly across said Section 25.  It then pro-
ceeds Northeasterly and Easterly through the Southwest Quarter of
Section 30, Township 8 South, Range 4, West, and Southeasterly
through the Southwest Quarter of the Southeast Quarter of said
Section 30, the Northeast Quarter of Section 31  and the Northwest
Quarter of the Southwest Quarter of Section 32, Township 8 South,
Range 4 West to its confluence with De Luz Creek near the center of
the said Northwest Quarter of the Southwest Quarter of Section 32.
There are no appreciable deposits of alluvium along Camps Creek.

E.  FERN CREEK:

Fern Creek rises within the Southwest Quarter of
the Northeast Quarter of Section 36, Township 8 South, Range 4
West, San Bernardino Base and Meridian a nd proceeds Southeasterly
across said Section 36.  It then proceeds Easterly through the
North Half of the South Half of Section 31, Township 8 South,
Range 4, West to its confluence with Camps Creek at a point just
a few yards down stream from where Fern Creek intersects the
East Boundary of said Section 31.  There are no appreciable
deposits of alluvium along Fern Creek.

2.

Surface Flow of De Luz Creek and Named Tributaries:

In a state of nature and under present conditions,
De Luz Creek and those tributaries named and described in paragraph
1 of these Findings of Fact  are intermittent streams both as to
time and place of flow, and  generally flow on the surface through-
out their courses only during and after periods of precipitation

- 4 -

LAW OFFICES
BACHSE AND PRICE
1095 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

FINDINGS OF FACT
DE LUZ CREEK

//

1    and run-off.

2                               3.

3    Ground Waters of De Luz Creek:

4           Throughout a large portion of their courses De Luz Creek,

5    Cottonwood Creek and the East Fork of De Luz Creek are underlain

6    by deposits of younger alluvium which rest upon and are confined

7    laterally by deposits of basement complex and residuum. The said

8    younger alluvial deposits are water-bearing, and at such times as

9    there is surface flow of said streams the ground waters within

10   said alluvial deposits are in direct contact with the surface flow,

11   and the said ground waters and surface flow constitute the waters

12   of said streams. The said ground waters are in known and defined

13   channels, to wit  the younger alluvial deposits contained within

14   basement complex or residuum. All ground waters found within

15   such alluvial deposits are a part of the Santa Margarita River

16   system. The location and extent of the deposits of younger

17   alluvium in the De Luz Creek watershed are delineated on United

18   States Exhibits 67 and 216-C in these proceedings.

19                              4.

20   Contact Line between Alluvial Deposits
     and Basement Complex:
21

22          The contact line on the surface between alluvial deposits

23   and basement complex and residuum has not been determined with

24   absolute exactness. The determination of such line was sufficient

25   for the United States to prepare maps and exhibits showing such

26   contact line, and the said contact line as established by the

27   United States and shown upon United States Exhibits 67 and 216-C

28   has been accepted by the Court as being the contact between alluvial

29   deposits and basement complex or residuum on the surface.

30                              5.

31   Un-named Creeks and Watercourses:

32          In addition to the streams described in paragraph 1 of

                               - 5 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

                                    FINDINGS OF FACT
                                    DE LUZ CREEK

                                         1021

                                              12

1    these Findings, there are within the De Luz Creek Watershed
2    numerous small creeks,  gullies and watercourses, named and
3    un-named.  All of such watercourses are intermittent, and flow on
4    the surface only during and immediately after periods of heavy
5    precipitation and run-off.  All surface waters of such watercourses
6    are a part of the waters of the Santa Margarita River system.

                                    6.

8    Vagrant, Local Waters:

9             All ground waters, if any, found within areas of basement
10   complex or residuum, as the same have been delineated on United
11   States Exhibit 67 in these proceedings are vagrant, local, per-
12   colating waters, not a part of the Santa Margarita River system.
13   No party to this cause has requested that a specific exhibit be
14   prepared describing and locating the boundaries of such lands
15   with exactness,  and such lands can be sufficiently identified by
16   reference to United States Exhibits 67 and 216-C herein.

                                    7.

18   Land Ownership:

19             Attached hereto, marked Exhibit A, and made a part
20   hereof by reference is an alphabetical index of the apparent owners
21   of all parcels of land included in this Interlocutory Judgment,
22   together with the parcel numbers of the lands owned by the respect-
23   ive parties and the page number in Exhibit B in which the legal
24   description of the respective parcel may be found.  Attached hereto
25   marked Exhibit B, and made a part hereof by reference is a tabula-
26   tion setting forth the legal description of all parcels of land
27   included in this Interlocutory Judgment together with certain other
28   information relating to said lands.

                                    8.

30            Riparian Lands:

31            Attached hereto marked Exhibit C and made a part hereof
32   by reference is an alphabetical list of apparent owners and parcel

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

                              - 6 -

                                        FINDINGS OF FACT
                                        DE LUZ CREEK 1022

                                                    (3)

1  numbers concerning the smallest tract of land under one chain of
2  title which abuts upon or is traversed by those streams listed
3  in paragraph 1 of these Findings.
4                                9.
5  Appropriative Rights:
6         Attached hereto marked Exhibit D and made a part hereof
7  by reference is a tabulation of all appropriative rights both
8  vested and inchoate to the use of waters of De Luz Creek or its
9  tributaries existing as of the date of this interlocutory judgment.
10 There are no appropriative rights to the use of the waters of DeLuz
11 Creek and its tributaries, either vested or inchoate, other than
12 those listed in Exhibit D attached hereto.
13                               10.
14 Prescriptive Rights:
15        The apparent owners of Parcel 14, the exact legal
16 description of which is set forth in Exhibit B attached hereto,
17 are Richard F. Matthews and Rosabel L. Matthews, defendants in
18 these proceedings.  Since January 1, 1953, said defendants have
19 diverted from De Luz Creek for storage in reservoirs located in
20 an un-named canyon in the NE¼ of the NE¼ of Section 20, Township 8
21 South, Range 4 West S.B.M., fifty (50) acre feet of water per year.
22 Said waters have been impounded and used for recreational  purposes
23 and for irrigation upon the lands of said defendants.  Said di-
24 versions have been open, notorious and adverse to all riparian
25 owners located down-stream from the lands of said defendants, and
26 said defendants have acquired a prescriptive right against all
27 lower owners excepting the United States of America to divert and
28 store waters of De Luz Creek in the amount of not to exceed fifty
29 (50) acre feet per year.  There are no prescriptive rights to the
30 use of the waters of De Luz Creek and its tributaries other than
31 that described above.
32                            *****
                              - 7 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

FINDINGS OF FACT
DE LUZ CREEK

1023   14

11.

Uses of water:

Except as may be expressly found to be the contrary
herein, all uses of water within the De Luz Creek watershed are
in their character reasonable and beneficial. At the present time
the issue of apportionment has not been presented, and the Court
has taken no evidence directed to the determination of whether such
water uses are reasonable as to the amount of water used in the
light of the rights that exist thereto. This issue is left open,
is not decided herein, and shall be litigated in the future when
and if it becomes necessary so to do.

12.

Prima Facie Evidence:

On Exhibit B attached to and made a part of these
Findings, there appear certain factual statements concerning lands
within De Luz Creek watershed which concern such matters as wells,
surface diversions, gross acreages, irrigable acreages and water
duty. Said factual statements which pertain to wells and surface
diversions are as of the date of this Interlocutory Judgment true.
The factual statements contained in said Exhibit B which pertain
to gross acreages, irrigable acreages and water duty are based on
evidence introduced in this case by the United States of America
with an express assurance by its counsel that apportionment was
not being sought at this stage of the litigation. Because of this
fact and the fact that this Court is not at this time making any
Order apportioning or regulating the use of the waters involved
herein, said facts pertaining to gross acreages, irrigable acreages
and water duty are not material to any issue decided by this Inter-
locutory Judgment. In the exercise of this Court's continuing
jurisdiction in this cause said facts may well be material to an
issue presented to this Court in the future; therefore, this Court
finds that such factual statements which are contained in said

- 8 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

FINDINGS OF FACT
DE LUZ CREEK

1024   15

1  Exhibit B which pertain to gross acreages, irrigable acreages and

2  water duty are supported by the evidence in  this case and such

3  factual statements shall be _prima facie_ evidence as to gross

4  acreages, irrigable acreages and water duty in any subsequent pro-

5  ceedings before this Court in this cause; as used herein _prima_

6  _facie_ evidence is that which suffices for the proof of the parti-

7  cular fact until contradicted or overcome by other evidence.

                            13.

9  Minor Surface Impoundments:

10            In addition to the impoundments described in  Exhibit D

11  hereunto attached, there are within the De Luz Creek Watershed

12  many structures used for the impoundments of surface runoff for

13  the purpose of providing stock water, or to encourage ground water

14  recharge, or for purposes of soil conservation, recreation or

15  other beneficial purposes.  There is no evidence that any of such

16  structures or impoundments presently constitute an unreasonable,

17  wasteful or non-beneficial use  of water.  None of such structures

18  or impoundments have been constructed or are maintained under the

19  authority of any Permit or License of the  State of California,

20  and none of such structures or impoundments have been maintained

21  adversely to any party to this cause.

22            That these minor surface impoundments as described in

23  this Finding are among those considered in Findings of Fact,

24  Conclusions of Law, and Interlocutory Judgment No. 28.  (Miscellan-

25  eous Surface Impoundments), which is made a part hereof by reference.

                            14.

27  Effect of such Minor Surface Impoundments.

28            That all such structures and impoundments as are des-

29  cribed in Finding 13 above intercept surface runoff of waters of

30  the Santa Margarita River System, which runoff would in a state of

31  nature contribute to the Santa Margarita River; that while the

32  impact of any such individual impoundment on the available water

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLSBROOK, CALIF.
RANDOLPH 8-1184

- 9 -

FINDINGS OF FACT
DE LUZ CREEK

1025

1  supply of the Santa Margarita River is at present de minimis, the
2  cumulative effect of such structures and impoundments may at a
3  future date become substantial and require regulation or control.

4  <u>CONCLUSIONS OF LAW</u>

5  1.

6  All ground waters found within deposits of basement
7  complex or residuum within the De Luz Creek watershed do not add
8  to, support nor contribute to the Santa Margarita River, and are
9  vagrant, local percolating waters not a part of the Santa
10  Margarita River system.

11  2.

12  All surface waters which flow over and upon lands within
13  the De Luz Creek watershed are a part of the Santa Margarita
14  River system and are subject to the continuing jurisdiction of
15  this Court.

16  3.

17  All ground waters found within areas of younger alluvium
18  within the De Luz Creek watershed are a part of the Santa Margarita
19  River system and are subject to the continuing jurisdiction of
20  this Court.

21  4.

22  All lands listed by parcel number in Exhibit C, attached
23  hereto and made a part hereof by reference, have a correlative
24  riparian right to the use of the waters of De Luz Creek and its
25  tributaries.

26  5.

27  All lands listed by Parcel Number in Exhibit A, attached
28  hereto and made a part hereof by reference, which abut upon or are
29  traversed by any named or un-named creek, gully or watercourse
30  within the De Luz Creek watershed, have a correlative riparian
31  right to the use of the surface waters flowing in such creek,
32  gully or watercourse.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 10 -

FINDINGS OF FACT
DE LUZ CREEK

6.

The exercise of the riparian rights to the use of waters
described in Conclusions of Law 4 and 5 above is subject to the
continuing jurisdiction of this Court.

7.

Those owners listed on Exhibit D attached hereto and made
a part hereof by reference each are the owners of appropriative
rights to the use of waters of De Luz Creek and its tributaries,
or inchoate appropriative rights to such waters, in the amounts,
for the purposes, with the priorities and as described in said
Exhibit D.

8.

The owners of Parcel 14 have acquired and now possess
the prescriptive right as against lower riparian owners on
De Luz Creek, excepting the plaintiff United States of America, to
divert from De Luz Creek and store 50 acre feet of water per year,
said water to be stored in existing reservoirs on Parcel 14, and
to be used for recreational and irrigation purposes upon said
parcel.

9.

Excepting as set forth in Exhibit D hereunto attached,
there are no appropriative rights to the use of surface waters
which flow over and upon any lands within the De Luz Creek water-
shed, or to ground waters found within said watershed.

10.

Excepting as set forth in Finding of Fact 10 and
Conclusion of Law 8 herein, no prescriptive right exists to the
use of the waters of De Luz Creek or any of its tributaries, or
to any of the ground waters found within De Luz Creek watershed.

11.

That at the present status of this case the issue of
apportionment or the quantity or proportion of waters to which any

LAW OFFICES
SACHSE AND PRICE
1082 S. MAIN STREET
FALLBROOK. CALIF.
RANDOLPH 8-1154

- 11 -

FINDINGS OF FACT
DE LUZ CREEK

1027

18

1  lands are entitled has not been presented, and this Court has
2  taken no evidence directed to establishing whether any water uses
3  pursuant to riparian or overlying rights are reasonable or un-
4  reasonable; and rights which may exist as to such waters and this
5  issue is left open, is not decided herein, and shall be litigated
6  by this Court if and when in the future it becomes necessary to
7  do so; in the exercise of this continuing jurisdiction this Court
8  will judge and pass upon the exercise of such riparian or overlying
9  right based on the facts as they may then appear and pursuant to
10  California law.

11  <u>INTERLOCUTORY JUDGMENT</u>

12  1.

13  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all
14  ground waters within deposits of basement complex or residuum
15  within the De Luz Creek watershed are vagrant, local percolating
16  waters which do not add to, support, nor contribute to the Santa
17  Margarita River system.

18  2.

19  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
20  rights of the owners of the lands referred to in paragraph 1 of
21  this Interlocutory Judgment, and their heirs, successors and
22  assigns to the use of the said ground waters are forever quieted
23  in them and against the rights of the United States of America
24  and all other parties having rights to the use of the waters of
25  the Santa Margarita River system.

26  3.

27  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
28  owners of said lands referred to in paragraph 1 of this Interlocu-
29  tory Judgment, their heirs, successors and assigns, are forever
30  restrained from asserting rights in or to the waters of the Santa
31  Margarita River or its tributaries, excepting rights to surface
32  waters which flow over and upon said lands.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 12 -

INTERLOCUTORY JUDGMENT
DE LUZ CREEK

1028

19

4.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights _inter sese_ of the owners of said lands referred to in paragraph 1 of this Interlocutory Judgment to the use of the underlying vagrant, local, percolating ground waters have not been adjudged, determined or decreed in these proceedings.

5.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all surface waters flowing over or upon lands within the De Luz Creek watershed are a part of the Santa Margarita River system and are subject to the continuing jurisdiction of this Court.

6.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters found within areas of younger alluvium within the De Luz Creek watershed, as the same are delineated upon United States Exhibits 67 and 216-C in these proceedings, are a part of the Santa Margarita River system and subject to the continuing jurisdiction of this Court.

7.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all lands listed by parcel numbers in Exhibit D, attached hereto and made a part hereof by reference, have a correlative riparian right to the use of the waters of De Luz Creek or its tributaries.

8.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all lands listed by parcel numbers in Exhibit A, attached hereto and made a part hereof by reference, which abut upon or are traversed by any named or un-named creek, gully or watercourse within the De Luz Creek watershed, have a correlative riparian right to the use of the waters of such creek, gully or watercourse.

9.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 13 -

INTERLOCUTORY JUDGMENT
DE LUZ CREEK

1029

20

1  correlative riparian rights to the use of waters within the De Luz

2  Creek watershed as adjudged in paragraphs 6, 7 and 8 of this

3  Interlocutory Judgment are subject to the continuing jurisdiction

4  of this Court.

5                              10.

6         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

7  issue of apportionment has not been presented and this Court has

8  taken no evidence directed to establishing whether the use of

9  any waters herein adjudged to be subject to the continuing juris-

10  diction of this Court are reasonable or unreasonable as to amount

11  of water used in the light of correlative rights which may  exist

12  as to such waters, and this issue is left open, is not decided

13  herein, and shall be litigated by this Court if and when in the

14  future it becomes necessary to do so.

15                              11.

16         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

17  rights inter-sese of the owners of said lands within the De Luz

18  Creek watershed to the use of the ground waters contained therein

19  have not been adjudged, determined or decreed in this proceedings.

20                              12.

21         IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that

22  appropriative rights to the use of the waters of the De Luz Creek

23  watershed, in the amounts, for the purposes and with the priorities,

24  and owned by the parties, all as set forth in Exhibit D hereunto

25  attached and made a part hereof by reference.

26                              13.

27         IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that

28  excepting as set forth in paragraph 12 of this Interlocutory

29  Judgment, no appropriative rights, either vested or inchoate,

30  to the use of waters of the De Luz Creek watershed now exist.

31                              14.

32         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 14 -

INTERLOCUTORY JUDGMENT
DE LUZ CREEK

1030

2)

owners of Parcel 14, their heirs, successors and assigns have

acquired and now possess the prescriptive right as against lower

riparian owners on De Luz Creek, excepting the United States of

America, to divert from De Luz Creek and store for irrigation

and recreational purposes in existing reservoirs on said Parcel

14, not to exceed 50 acre feet of water per year.

15.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that

excepting as set forth in paragraph 14 of this Interlocutory

Judgment, no prescriptive rights to the use of any of the waters

of the De Luz Creek watershed now exist.

16.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

construction or maintenance of any structure for the impoundment of

surface run off of the waters of De Luz Creek or its tributaries

as the same are defined herein has not resulted in the acquisition

of any prescriptive right or any right by reason of adverse user

against any party to this cause, and the continued maintenance of

such structures, or the impoundment of water therein shall not in

the future give rise to any prescriptive right or right by adverse

user against any party to this cause, his heirs, successors or

assigns.

17.

IT IS FURTHER ORDERED, ADJUDGED  AND DECREED, based upon

the decision of the United States Court of Appeals for the

Ninth Circuit, California v. U. S., 235 F2d 647, that this is not

a final decree, but is interlocutory in character and by reason

of the Order by this Court that all parties are adverse, one to

the other, thus dispensing with cross pleadings, all parties to

this proceeding may object to these Findings of Fact, Conclusions

of Law and Interlocutory Judgment, and will be given  full oppor-

tunity upon due notice to interpose their objections to these

LAW OFFICES
BACHBE AND PRICE
1082 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 15 -

INTERLOCUTORY JUDGMENT
DE LUZ CREEK

1031

22

1  Findings of Fact, Conclusions of Law and Interlocutory Judgment

2  prior to the entry of final judgment in this cause.

3  　　　　　　　　　18.

4  　　　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

5  Interlocutory Judgment is not appealable, is not final and shall

6  not be operative until made a part of the final judgment, and

7  this Court expressly reserves jurisdiction to modify or vacate it,

8  either upon its own motion or upon motion of any party to this

9  proceeding until such time as final judgment in this case is

10  entered.

11  Dated:

12

13  　　　　12/11/62

14  　　　　　　　　　Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

INTERLOCUTORY JUDGMENT
DE LUZ CREEK

1032　2 3

ALPHABETICAL LIST OF APPARENT OWNERS

OF RIPARIAN AND OVERLYING LANDS IN

DE LUZ CREEK WATERSHED

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|---|---|---|
| ANDERSON, Earl L. & Frankie N. | 82 | 20 |
| ANDERSON, Nina B. | 48 | 16 |
| BERG, Carles, aka Burg, Carl | 47 | 16 |
| BLEEKER, Robert B. | 30 | 8 |
| BRYANT, Newton T. & Willie Mae | 69 | 18 |
| BUTLER, Lawrence Wm. & Mary C. | 49 | 16 |
| CLICK, Alma F. & Veria V. | 31 | 9 |
| COUCH, Frank E. & Anna J. | 47 | 16 |
| DE LUZ SCHOOL DISTRICT OF SAN DIEGO COUNTY | 53 | 17 |
| ECKERMAN, Daniel W. & Gladys M. | 82 | 20 |
| ELLEDGE, Marion Foss | 19A | 6 |
| EMMES, Samuel H. & Alice R. | 70 | 18 |
| EVERETT, Rose Amelia | 78 | 19 |

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|---|---|---|
| FOSNAUGH, Aileen Isabell | 82 | 20 |
| FOSS, David R. & Olia | 19A 19B | 6 6 |
| FOSS, Herbert C. & Ruby E. | 19A 19B | 6 6 |
| FOSS, Rudolph C. | 5 | 2 |
| FRAKES, Samuel F. & Frances | 82 | 20 |
| FRANK, Agnes M. | 51 | 17 |
| GARNSEY, Felix R. & Theodora L. | 37A 37B 37C | 12 12 12 |
| GARNSEY, Louis J. | 37A 37C | 12 12 |
| GAULDIN, Richard R. & Gladys R. | 82 | 20 |
| GILES, Mary L. | 18 | 6 |
| GOODCHAP, William A. & Roberta L. | 41 | 14 |
| HODGES, Kenneth V. & Kathleen Diana | 33 | 10 |
| HOLDAWAY, E. Marie | 18 | 6 |
| HUNT, Pearl R. | 18 | 6 |
| HUTSON, George Donald & Opal | 80 | 20 |

1034

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|------|---------------|--------------------------|
| HUTSON, Robert H. & Irene | 80 | 20 |
| JAVE, Georgia F. | 44 | 15 |
| JAVE, Minna | 45 | 15 |
| JONES, Fred M. & Grace R. | 55 | 18 |
| KLEIN, Lewis J. & Eleanor | 42 | 14 |
| KLEIN, Lloyd E. & Elizabeth | 39 | 13 |
| KRAUSE, Howard A. & Lila Foss | 19A 19B | 6 6 |
| KUHNIS, John | 26 | 7 |
| LE VACK, Mart J. & Rosamond E. | 29 | 8 |
| LEWIS, Burton David | 12 | 4 |
| LONG, Thomas & Ruth C. | 4 | 1 |
| MC DOWELL, Homer C. & Marion J. | 36 | 12 |
| MC DOWELL, Wilmore & Lucienne | 8 | 3 |
| MATTHEWS, Richard F. & Rosabel L. | 14 | 5 |

1035

Interlocutory Judg. #32
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|------|---------------|-------------------------|
| MITCHELL, Arthur & Edith Tittle | 38 | 13 |
| MOSHER, Bennie R. & Lura G. | 91 | 21 |
| MYERS, Cora H. | 32 | 10 |
| OLIVOS, Lewis R. & Phoebe | 85B | 21 |
| PARKER, John & Marjery L. | 20 | 7 |
| PETERSON, Richard A. & Mabel A. | 82 | 20 |
| PIERCE, Frank B. & Edna Earle | 15 | 5 |
| PRIOR, Stanley W. & Marva | 27 | 7 |
| REID, Diana | 34 | 11 |
| RISSMAN, Maurice & Irene | 35 | 11 |
| ROBERTS, Frank & Florence Foss | 19A 19B | 6 6 |
| ROWLEY, Truman C. & Beatrix | 7A 7B 7C | 2 2 2 |
| SCHRYER, Wilfred L. & Julia H. | 82 | 20 |

1036

Interlocutory Judg. #32
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|------|---------------|-------------------------|
| SCHWARTZ, Arthur C. | 82 | 20 |
| SEARES, Harry & Laura Foss | 19A 19B | 6 6 |
| SHAVER, Gaius Ray & Stella C. | 11 | 4 |
| SHAVER, Herbert E. & Joan B. | 13 | 4 |
| SMELSER, Obed E. & Marguerite | 10 | 3 |
| STINSON, Dale L. & Emma G. | 77 | 19 |
| STONER, Winifred, Deceased, Estate of | 76 | 19 |
| STROUD, Robert A. & Irene K. | 82 | 20 |
| TAYLOR, Michael | 12 | 4 |
| TITTLE, Marjorie | 38 | 13 |
| TITTLE, Reese Day & Mary | 38 43 | 13 15 |
| TOWNE, George W. & Rose G. | 40 | 14 |
| UNITED STATES OF AMERICA | 81 83 92 | 20 21 22 |
| VAIL COMPANY | 1 | 1 |

1037

Interlocutory Judg. #32
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|---|---|---|
| WESTON, Claude & Lorraine | 80 | 20 |
| WILSON, Samuel M. & Hazel A. | 50 | 17 |

Interlocutory Judg. #32
Exhibit "A"  1038

## RIPARIAN AND OVERLYING LANDS

## IN DE LUZ   CREEK WATERSHED

Parcel 1:

    Por of Santa Rosa Rho within DeLuz Creek Watershed

Apparent Owner:    VAIL COMPANY, Inc.

Gross Acreage                  Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - -

Parcel 4:

    SE$\frac{1}{4}$ of SE$\frac{1}{4}$, Sec. 13, T8S, R5W
    Lot 6 (SW$\frac{1}{4}$ of SW$\frac{1}{4}$); &, SE$\frac{1}{4}$ of SW$\frac{1}{4}$, Sec 18, T8S, R4W

Apparent Owners:    LONG, Thomas & Ruth C.

Gross Acreage                  Wells: Unknown

Irrigable Acreage

Surface Diversions:

  Unknown

Interlocutory Judg. #32
Exhibit "B"

1039

Parcel 5:

NW¼ of SE¼; N½ of SW¼ of SE¼; N½ of N½ of S½ of SW¼ of SE¼ of
Sec. 19, T8S, R4W
NW¼ of NE¼; &, W½ of SE¼ of NE¼ of Sec. 19, T8S, R4W
SW¼ of SE¼; & Lot 2 (NW¼ of SE¼) of Sec. 18, T8S, R4W
E½ of NE¼; SE¼ of NE¼; S½ of NW¼; &, SE¼ of Sec. 24, T8S, R5W.
Lots 1(NW¼ of NW¼) & 2 (SW¼ of NW¼); &, E½ of NW¼ of Sec 19,
T8S, R4W
Lots 3 (NW¼ of SW¼) & 4 (SW¼ of SW¼); NE¼ of SW¼; &, N½ of SE¼
of SW¼; &, SW¼ of NE¼ of Sec 19, T8S, R4W.

Apparent Owner:      FOSS, Rudolph C.

Gross Acreage        889.8            Wells: Developed Spring - Dom.

Irrigable Acreage    26.5

Surface Diversions:

                None


- - - - - - - - - - - - - - -


Parcel 7:

SW¼ of SW¼ of SE¼ of Sec 20, T8S, R4W
W½ of SE¼ of SE¼ of Sec 19, T8S, R4W
SE¼ of SW¼ of Sec 20, T8S, R4W, EXC E 330' of S 660';
Also EXC S 20' of W 500' of E 830'.
S 20' of W 500' of E 830'; &, E 330' of S 660' of SE¼ of SW¼
of Sec 20, T8S, R4W
SW¼ of SW¼ of Sec 20; &, E½ of SE¼ of SE¼ of Sec 19, T8S,
R4W.

Apparent Owners:     ROWLEY, Truman C. & Beatrix

Gross Acreage        130.0            Wells: 8S4W-20P - Dom
                                            20P - Irr
Irrigable Acreage    46.4

Surface Diversions:

8S4W-20P Concrete Reservoir, Cap 1 acre foot
         Earth Dam, Cap, approx 3 acre feet
         Earth Dam, Cap, approx 3 acre feet
         Sump(undeveloped) Cap, approx 1/6 acre foot


-2-                     Interlocutory Judg. #32
                             Exhibit "B"
                                          1040

Parcel 8:

Lot 1 (SE¼ of SW¼) of Sec. 1, T8S, R4W.
NE¼ of NW¼; Lot 1 (NE¼ of NE¼), & Lot 2 (NW¼ of NE¼) of Sec.
20, T8S, R4W EXC fr sd Lots 1 & 2 that por daf: Beg at SW Cor
Lot 1; th E alng S bdry sd Lot 1 to SE Cor of sd Lot; th N
alng E bdry sd Lot to San Diego-Riverside County line, which
pt is NE Cor sd Lot; th NWly alng Cnty li to a pt 380' SEly
fr NW Cor sd Lot 1; th SWly to pt on S bdry li Lot 2, 100'
W of SW Cor of sd Lot 1; th E to starting pt on SW Cor sd
Lot 1.  Also EXC that por of Lot 2 daf: Beg at pt in S li
sd Lot 2, 435' E of SW Cor thereof; th E alng Sly li of Lot
2, 536'; th N 19° E 103' to a pt; th NWly to a pt 340' N of
pob; th S 340' to pob.

Apparent Owners:    MC DOWELL, Wilmore & Lucienne

Gross Acreage        85.9            Wells: None

Irrigable Acreage    35.4

Surface Diversions:
    884W-20B - DeLuz Creek Dam
            Three storage reservoirs, cap 1 acre foot
            Conservation Dam, cap. 1 acre foot

- - - - - - - - - - - - - - - - -

Parcel 10:

SE¼ of NW¼; &, SW¼ of NE¼ of Sec. 20, T8S, R4W

Apparent Owners:    SMELSER, Obed E. & Marguerite

Gross Acreage        80.0            Wells: None

Irrigable Acreage    35.0

Surface Diversions:

    None

Interlocutory Judg. #32
                                  Exhibit "B"
                                      1041

Parcel 11:

    NE¼ of SW¼ of Sec. 20, T8S, R4W.

Apparent Owners:    SHAVER, Gaius Ray & Stella C.

Gross Acreage    40.0            Wells: None

Irrigable Acreage   13.4

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 12:

    NW¼ of SE¼ of Sec. 20, T8S, R4W.

Apparent Owners:    LEWIS, Burton David
                       TAYLOR, Michael

Gross Acreage    40.0            Wells: None

Irrigable Acreage   31.9

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 13:

    N½ of SW¼ of SE¼; &, SE¼ of SW¼ of SE¼ of Sec 20, T8S, R4W.

Apparent Owners:    SHAVER, Herbert E. & Joan B.

Gross Acreage    30.0            Wells: 8S4W-20Q - Dom & Irri
                                            Dom & Irri

Irrigable Acreage   27.3

Surface Diversions:

    Reservoir, 8S4W20, Capacity 225,000 gal.
    Reservoir, 8S4W20, Under construction Nov. 56

Interlocutory Judg. #32
Exhibit "B"

1042

Parcel 14:

Beg. at the SW Cor of Lot 1 (NE¼ of NE¼) of Sec. 20, T8S, R4W;
th E alng S bdry sd Lot 1 to SE Cor sd Lot 1; th N alng E bdry
sd Lot 1 to San Diego-Riverside Cnty li, which pt is NE Cor sd
Lot 1; th NWly alng Cnty li to a pt 380' SEly fr NW Cor sd Lot
1; th SWly to a pt on S bdry Lot 2 (NW¼ of NE¼) sd Sec 20,
100' W of SW Cor sd Lot 1; th E to starting point on SW Cor
Lot 1.
SE¼ of NE¼ of Sec. 20, T8S, R4W,
Lot 5 (SW¼ of NW¼) of Sec 21, T8S, R4W

Apparent Owners:   MATTHEWS, Richard F. & Rosabel L.

| | | | |
|---|---|---|---|
| Gross Acreage | 96.0 | Wells: 8S4W-20A – Dom | |
| | | 20A | |
| Irrigable Acreage | 42.4 | 20H | |
| | | 20H | |
| | | 20H | |
| Surface Diversions: | | 20H | |

8S4W-20A Concrete Dam        )
        20H Concrete Lined Pond  )   46 acre feet
        20H Four earth Dams         )

- - - - - - - - - - - - - - - -

Parcel 15:

NE¼ of SE¼ of Sec. 20, T8S, R4W
SW¼ of SW¼, Sec 21, T8S, R4W

Apparent Owners:   PIERCE, Frank B. & Edna Earle

Gross Acreage    80                  Wells: None

Irrigable Acreage 20

Surface Diversions:

    None

Interlocutory Judg. #32
Exhibit "B"
1043

Parcel 18:

Lot 4 (NW$\frac{1}{4}$ of SW$\frac{1}{4}$) &, SW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 22, T8S, R4W

Apparent Owners:     HUNT, Pearl R.
                     HOLDAWAY, E. Marie
                     GILES, Mary L.
                     CALDWELL, Vilate

Gross Acreage                        Wells: None

Irrigable Acreage

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 19:

NE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 28, T8S, R4W
Lot 3 (SE$\frac{1}{4}$ of SW$\frac{1}{4}$) of Sec. 22, T8S, R4W
N$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 27, T8S, R4W

Apparent Owners:     KRAUSE, Lila Foss & Howard A.
                     FOSS, Herbert C. & Ruby E.
                     FOSS, David R. & Olia
                     ROBERTS, Florence Foss & Frank
                     SEARES, Laura Foss & Harry
                     ELLEDGE, Marion Foss

Gross Acreage        157.2           Wells: None

Irrigable Acreage    57.9

Surface Diversions:

    None

-6-

Parcel 20:

 Lot 2 (SW¼ of SE¼) of Sec. 22, T8S, R4W
 NW¼ of NE¼ of Sec. 27, T8S, R4W

Apparent Owners: PARKER, John & Margery

Gross Acreage 62.6   Wells: 8S4W-20B

Irrigable Acreage 22.5

Surface Diversions:

 8S4W-20B Reservoir, capacity 10,000 gal.

- - - - - - - - - - - - - - -

Parcel 26:

 SE¼ of NE¼; N½ of SE¼; &, NE¼ of SW¼ of Sec. 28, T8S, R4W

Apparent Owners: KUHNIS, John

Gross Acreage 160   Wells: 8S4W-28L - Dom & Irri

Irrigable Acreage 31

Surface Diversions:

 8S4W-28L - 11,000

- - - - - - - - - - - - - - -

Parcel 27:

 Ely 330' of SW¼ of NE¼ of Sec 28, T8S, R4W EXC Nly 330'

Apparent Owners: PRIOR, Stanley W. & Marva

Gross Acreage 7.5   Wells: 8S4W-28G - Dom.

Irrigable Acreage 4.5

Surface Diversions:

 None

Interlocutory Judg. #32
Exhibit "B"

1045

Parcel 29:

SW¼ of NE¼ EXC Ely 330' thereof; S½ of NW¼; NW¼ of SW¼ of Sec 28, T8S, R4W.

Apparent Owners:     LE VACK, Mart J. & Rosamond E.

Gross Acreage          152.5              Wells: 8S4W-28M - Dom & Stock

Irrigable Acreage       89.0

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 30:

SE¼ of SE¼ of Sec. 20, T8S, R4W
NW¼ of NW¼ of Sec. 28, T8S, R4W
NE¼ of SW¼; N½ of SE¼; &, that por of SE¼ of SE¼ and SE¼ of Sec 29, T8S, R4W daf:  Beg at NE Cor of SE¼ of SE¼ sd Sec. 29; th S alng E li sd Sec. 80 rods, m/l, to SE Cor sd Sec; th W alng S li sd Sec. 60 rods, m/l, to pt dist 20 rods E of SW Cor of SE¼ of SE¼; th N 40 rods; th W 40 rods; th N 40 rods, m/l, to a pt 20 rods W of NE Cor of SW¼ of SE¼; th E alng N li of SW¼ of SE¼ and SE¼ of SE¼ 100 rods to pob. EXC por lying NWly of Old Survey 77 as shown on records in Office of County Surveyor of San Diego Cnty.

Apparent Owner:      BLEEKER, Robert B.

Gross Acreage          390               Wells: 8S4W-29A - irr, unused
                                                29H - Dom.
Irrigable Acreage      287.4                     29J - unused
                                                29J - Irr

Surface Diversions:

    8S4W-29J - Wooden storage tank, capacity 2500 gal

-8-                          Interlocutory Judg. #32
                                  Exhibit "B"
                                              1046

**Parcel 31:**

All that por of Sec. 29 & 32, T8S, R4W, daf:  Beg at SW Cor of SW¼ of SE¼ of Sec 29; th E 100 rods to SW Cor of lands conv to Lena B. Wilmot by deed recorded in Book 275 of Deeds at page 34, records of San Diego Cnty; th N alng W li of lands so conv to Wilmot 40 rods to a pt; th at r/a W, 40 rods; th at r/a N, 40 rods to inter with N li of SW¼ of SE¼ of sd Sec; th W alng N li 60 rods to NW Cor thereof; th S 80 rods to pob.

Also, Beg at NW Cor of NE¼ of NE¼ of Sec. 32, T8S, R4W; th E alng N li sd NE¼ of NE¼ of Sec. 32, 60 rods; th at r/a S, 35 rods; th at r/a W, 60 rods to inter with W li of NE¼ of NE¼ sd Sec; th at r/a N alng sd W li 35 rods to pob.

Also, NW¼ of NE¼ of Sec. 32 EXC por deeded by W. W. Wilmot et ux to M. L. Young by deed recorded in Book 211 of Deeds at page 400, records of San Diego Cnty, daf: Beg at SW Cor of NW¼ of NE¼ of Sec. 32; th N alng W li sd ¼ 36 rods; th E fol center of creek bed 29 rods and 12 feet to stake and stones; th N 40° E 19 rods to live oak tree; th E 42 rods to stake and stones in E li sd ¼; th alng E li 35 rods to SE Cor sd ¼; th W 80 rods alng S li sd ¼ to pob.

Also Exc fr remainder that por lying Wly of li daf: Beg at N¼ Cor sd Sec 32; th S 711.04' to true pob; th N 25°51'30" E 129.48'; th N 49°46'30" E 400'; th N 30°09' E 150.02'; th N 32°35' E 430'; th N 16°12' E 284.35'; th N 19°42' E 104.65'; th N 19°35'30" E 267'; th N 10°45'30" E 162'; th N 36°13'30" E 294.95'; th N 29°13'30" E to pt in N li of SW¼ of SE¼ of Sec. 29.  The above desc land is shown on R/S Map No. 532 filed in Office of County Recorder.


Apparent Owners:      CLICK, Alma F. & Veria V.


Gross Acreage        55              Wells: Unknown

Irrigable Acreage    33


Surface Diversions:

   Unknown

Parcel 32:

All those por of Sec. 29 & 32, T8S, R4W, daf:  Beg at N¼ Cor sd
Sec 32; th N 60' alng W li of SW¼ of SE¼ of sd Sec. 29; th E
254.11'; th S 34°30' E 323.31'; th S 30°09' W 150.02'; th S
49°46'30" W 400'; th S 25°51'30" W 129.48', m/l, to W li of
NW¼ of NE¼ sd Sec. 32; th N 711.04' to pob.

Apparent Owner:       MYERS, Cora H.

Gross Acreage         4.9              Wells: 884W-32B

Irrigable Acreage     4.9

Surface Diversions:

884W-32B - Two Reservoirs, combined capacity 1/2 acre foot

- - - - - - - - - - - - - - - - -

Parcel 33:

That por of SW¼ of SE¼ of Sec. 29, T8S, R4W, daf: Beg at an
angle pt in c/1 of old survey 77, sd pt being 60', m/l, alng
sd c/1 fr S li Sec. 29; th alng c/1 of sd rd N 27°49' E 306'
& N 33°22' E 260'; th p/w S li sd Sec 655', m/l, to pt on W li
sd SW¼ of SE¼ of Sec. 29; th S alng sd W li 480', m/l, to its
pt of inter with a li drawn p/w sd S li sd Sec. through the
pob; th E alng sd p/1 385', m/l, to pob.
Also, Beg at pt on N li sd Sec 32, T8S, R4W, dist E fr NW Cor of
NE¼ of sd Sec 32, 570.2', sd pt being approx c/1 of road No. 77
present location; th N 34°33' E 60' alng c/1 road; th W & p/w
N li sd Sec 32 a dist of 341.87' to a pt; th S 35° E 312.59'
to pt on approx c/1 of rd 77; th N 31°53' E 243.35', m/l, alng
c/1 sd rd to pob.

Apparent Owners:      HODGES, Kathleen Diana & Kenneth V.

Gross Acreage         6.0              Wells: Unknown

Irrigable Acreage     6.0

Surface Diversions:

Unknown

Interlocutory Judg. #32
Exhibit "B"
1048

**Parcel 34:**

Those por of Sec 29 & 32, T8S, R4W daf: Beg at N¼ Cor Sec 32; th N 60' alng W li of SW¼ of SE¼ sd Sec 29 to true pob; th E 254.11'; th S 34°30' E 323.31'; th N 32°35' E 430'; th N 16°12' E 284.35'; th N 19°42' E 104.65'; th N 89°14'50" W 783.5', m/l, to Wly li SW¼ of SE¼ sd Sec. 29; th S alng sd Wly li to true pob.

EXC therefrom por of SW¼ of SE¼ of Sec 29 daf: Beg at an angle pt in c/l old survey 77, sd pt being 60', m/l, alng sd c/l fr S li Sec 29; th alng c/l sd road N 27°49' E & N 33°22' E 260'; th W p/w S li sd Sec. 655', m/l, to pt on W li sd SW¼ of SE¼ sd Sec. 29; th S alng sd W li sd SW ¼ of SE¼ sd Sec. 480', m/l, to its pt of inter with li drawn p/w sd S li sd Sec. through pob; th E alng sd p/l 385', m/l, to sd pob.

ALSO EXC, Beg at pt on N li Sec 32, dist E fr NW Cor of NE¼ sd Sec, 570.2', sd pt being approx c/l rd No. 77 present location; th N 34°33' E 60' alng c/l of rd; th W & p/w N li sd Sec, 341.87' to a pt; th S 35° E 312.59' to a pt on approx c/l rd No. 77; th N 31°53' E 243.35', m/l, alng c/l sd rd to pob.

| Apparent Owner: | REID, Diana | |
|---|---|---|
| Gross Acreage | 2.0 | Wells: Unknown |
| Irrigable Acreage | 2.0 | |

**Surface Diversions:**

Unknown

- - - - - - - - - - - - - - - - -

**Parcel 35:**

That por of Sec 29 & 32, T8S, R4W, daf: Beg at N¼ Cor Sec. 32; th S 711.04'; th N 25°51'30" E, 129.48'; th N 49°46'30" E 400'; th N 30°09' E 150.02'; th N 32°35' E 430'; th N 16°12' E 284.35'; th N 19°42' E 104.65'; th N 19°35'30" E 267'; th N 36°13'30" E 294.95'; th N 29°13'30" E to a pt in N li of SW¼ of SE¼ sd Sec. 29; th W alng N li sd SW¼ of SE¼ sd Sec. 29 to NW Cor sd SW¼ of SE¼ Sec 29; th S 1320', m/l, to pob.

EXC por daf: Beg at N¼ Cor of Sec. 32; th N 60' alng W li of SW¼ of SE¼ sd Sec 29 to true pob; th E 254.11'; th S 34°30' E 323.31'; th N 32°35' E 430'; th N 16°12' E 284.35'; thence N 19°42' E 104.65'; th N 89°14'50" W 783.50', m/l, to Wly li of SW¼ of SE¼ Sec. 29; th S alng sd Wly li to true pob. (Subj to easement 40' wide for city road purposes, sd rd shown on R/S Map 532).

ALSO EX por daf: Beg. at NW Cor of NE¼ Sec 32; th N 60' alng W li of SW¼ of SE¼ of Sec 29; th E 254.11'; th S 34°30' E 323.31'; th S 30°09' W 150.02'; th S 49°46'30" W 440'; th S 25°51'30" W 129.48' to W li of NW¼ of NE¼ of Sec. 32; th N 711.04' to pob.

Apparent Owners:    RISSMAN, Maurice & Irene

Interlocutory Judg. #32
Exhibit "B"   1049

Parcel 35 Continued:

Gross Acreage          17              Wells: Unknown

Irrigable Acreage      17

Surface Diversions:

    Unknown


- - - - - - - - - - - - - - - - -

Parcel 36:

    SE¼ of SW¼ of Sec. 29, T8S, R4W
    N½ of NW¼, &, SE¼ of NW¼ of Sec. 32, T8S, R4W.


Apparent Owners:   MC DOWELL, Homer C. & Marion J.


Gross Acreage          160             Wells: 8S4W-32C1 -

Irrigable Acreage      88.7


Surface Diversions:

    8S4W-32C, Reservoir, 225,000 gal capacity ⎱ not in use
               Reservoir, 50,000 gal capacity ⎰

- - - - - - - - - - - - - - - - -

Parcel 37:

    S½ of S½ of SW¼ of SE¼; &, S½ of N½ of S½ of SW¼ of SE¼ of
    Sec. 19, T8S, R4W
    SW¼ of NW¼, &, W½ of SW¼ of Sec. 29, T8S, R4W, EXC Beg at
    SE Cor of NW¼ of SW¼ of Sec. 29; th N alng E li sd NW¼ 528';
    th W 220'; th S 150' to N bdry li of cnty rd r/w; th SEly
    alng Nly bdry li of Cnty Rd r/w to pob.
    N½ of NE¼; SE¼ of NE¼; &, E½ of SE¼ of Sec. 30, T8S, R4W,
    EXC triangular piece of land in SW Cor of E½ of SE¼ of Sec.
    30, conv by Harry K. Day to Henry J. Camp by deed Aug. 14,
    1909, and recorded in Book 466 of Deeds at page 429, records
    of San Diego Cnty, sd piece so exc being 390' on the W side
    and 327' on the S side;
    ALSO EXC, beg 100' W of NE Cor of SE¼ of Sec 30; th W 600'
    alng N li sd SE¼; th S 300'; th E 600'; th N 300' to pob.
    ALSO EXC a tract commencing at stake and stones by white
    oak tree on E li of NW¼ of SE¼ of Sec. 30 and on S bank of
    creek running through sd 40 acres; th SWly 350' to stake
    and stones at r/a in rd th 350' W on N side of rd to stake
    and stones by white oak tree; th 150' W of N to stake and
    stones; th N of West 350' to oak tree; th N 300'; th E to
    E li of sd 40 acres; th S to pob.


Interlocutory Judg. #32
                                    Exhibit "B"
                                              1050

Parcel 37 Continued:

Apparent Owners:    GARNSEY, Felix R, Theodora L. & Louis J.

Gross Acreage        340.0              Wells:  884W-29M - Dom
                                                    29M - Irr
Irrigable Acreage    171.0


Surface Diversions:
    Dam 884W-30A - 40 acre feet
    Reservoir 884W-30J - 800,000 gal capacity
    - - - - - - - - - - - - - - - -

Parcel 38:

    Por of Sec 29, T8S, R4W, daf:  Beg at SE Cor of NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of
    Sec. 29: th N alng E li sd NW$\frac{1}{4}$ 520'; th W 220'; th S 150' to
    N bdry li Cnty road r/w;  th SEly alng N bdry li of Cnty road
    r/w to pob.


Apparent Owners:    TITTLE, Reese Day, Mary & Marjorie

Gross Acreage        2.0               Wells:  None

Irrigable Acreage    2.0


Surface Diversions:

        None

        - - - - - - - - - - - - - - - -

Parcel 39:

    SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec 29, T8S, R4W


Apparent Owners:    KLEIN, Lloyd E. & Elisabeth

Gross Acreage        40.6              Wells:  None

Irrigable Acreage    37.6


Surface Diversions:

        None

Interlocutory Judg. #32
                                 Exhibit "B"
                                      1051

Parcel 40:

S½ of NE¼ of NE¼ of NW¼; N½ of SE¼ of NE¼ of NW¼; &, W 30'
of E 510' of N½ of NE¼ of NE¼ of NW¼ of Sec 29, T8S, R4W

Apparent Owners:   TOWNE, George W. & Rose G.

Gross Acreage        10.3            Wells:  8S4W-29C - Irri & Dom

Irrigable Acreage     8.0

Surface Diversions:

Reservoir 8S4W-29C, 25,000 gal capacity

- - - - - - - - - - - - - - - -

Parcel 41:

N½ of NE¼ of NE¼ of NW¼, Sec. 29, T8S, R4W, EXC W 30' of
E 510'.

Apparent Owners:   GOODCHAP, William A. & Roberta L.

Gross Acreage        4.7            Wells:  8S4W-29C - Irri & Dom

Irrigable Acreage     4.4

Surface Diversions:

None

- - - - - - - - - - - - - - - -

Parcel 42:

NW¼ of NW¼; W½ of NE¼ of NW¼; &, S½ of SE¼ of NE¼ of NW¼
of Sec. 29, T8S, R4W.

Apparent Owners:   KLEIN, Lewis J. & Eleanor

Gross Acreage        64.4            Wells:  8S4W-29C

Irrigable Acreage     35.1

Surface Diversions:

Reservoir 8S4W-29C

Parcel 43:

   Por of SE¼ of Sec 30, T8S, R4W daf:  Beg 100' W of NE Cor of
   SE¼ of Sec 30; th W 600' alng N li sd SE¼; th S 300'; th E
   600'; th N 300' to pob.


Apparent Owners:    TITTLE, Reese Day and Mary


Gross Acreage          4.0                   Wells:  None

Irrigable Acreage      1.0


Surface Diversions:

     None


- - - - - - - - - - - - - - - - -


Parcel 44:

   S½ of Sec 25, T8S, R5W


Apparent Owner:     JAVE, Georgia F. Walling


Gross Acreage                           Wells:  None

Irrigable Acreage


Surface Diversions:

     None


- - - - - - - - - - - - - - - - -


Parcel 45:

   Lot 3 (NW¼ of SW¼); SW¼ of SW¼; E½ of SW¼, & W½ of SE¼ of Sec.
   30, T8S, R4W; &, that por of SE¼ of SE¼ sd Sec 30 daf:  Beg at
   SW Cor of SE¼ of SE¼ sd Sec 30; th N 390' alng W li sd SE¼ of
   SE¼ to a pt; th SEly to a pt on S li sd SE¼ of SE¼; th W alng
   S li sd SE¼ of SE¼ 327' to pob; EXC that por desc in deed fr
   Henry J. Camp to Harry K. Day, dated Aug. 14, 1909 and rec in
   Book 466 of Deeds, page 428, records of San Diego County. daf:
   Comm at stake & stones by white oak tree on E li of NW¼ of SE¼ sd
   Sec. 30 and on S bank of creek running through sd 40 acres;
   th SWly 350' to stake and stones at angle in road; th 350' W
   on N side of road to stake and stones by white oak tree; th
   150' W of N to stake and stones; th N of W 350' to oak tree;
   th N 300'; th E to E li sd 40 acres; th S to pob.


Apparent Owners:    JAVE, Minna


                      -15-              Interlocutory Judg. #32
                                            Exhibit "B"

Parcel 45 Continued:

Gross Acreage          230                    Wells:  None

Irrigable Acreage      147.7

Surface Diversions:

      Spring 884W-30N

      Reservoir 884W-30L

      Capacity 135,000 gal.

Parcel 47:

NW¼ of NE¼ of Sec. 31, T8S, R4W.

Apparent Owners:   BERG, Carles, aka Burg, Carl
                   COUCH, Frank E. & Anna J.

Gross Acreage          40                 Wells: 884W-31B - Dom

Irrigable Acreage      30

Surface Diversions:

- - - - - - - - - - - - - - -

Parcel 48:

E½ of NE¼; SW¼ of NE¼; NW¼ of SE¼; &, N½ of SW¼ of Sec. 31, T8S, R4W.

Apparent Owners:   ANDERSON, Nina B.

Gross Acreage                             Wells:  None

Irrigable Acreage

Surface Diversions:

    884W-31K - Dom & Irr

- - - - - - - - - - - - - - -

Parcel 49:

NE¼ of NE¼, Sec 6, T9S, R4W
E½ of SE¼ of Sec. 31, T8S, R4W

Apparent Owners:   BUTLER, Lawrence Wm. & Mary C.

Gross Acreage          120.0              Wells:  None

Irrigable Acreage      65.1

Surface Diversions:
    884W-31J - Reservoir - 106,000 gal
    884W-31R - Reservoir - 58,000 gal
    884W-31J - Reservoir - 27 acre feet
    984W-6A  - Reservoir - 36,000 gal
    984W-6A  - Dom

-16-                      Interlocutory Judg. #32
                          Exhibit "B"
                                       1055

Parcel 50:

SW¼ of NW¼, and NW¼ of SW¼ of Sec. 32, T8S, R4W.

Apparent Owners:  WILSON, Samuel M. & Hazel A.

| | | | |
|---|---|---|---|
| Gross Acreage | 80 | Wells: | 8S4W-32 - Dom |
| | | Spring: | 8S4W-32 - Dom |
| Irrigable Acreage | 49.3 | " | 32 - Irri |
| | | " | 32 - Irri |

Surface Diversions:

8S4W-32

- - - - - - - - - - - - - - -

Parcel 51:

S½ of SW¼; &, NE¼ of SW¼, Sec 32, T8S, R4W.

Apparent Owners:    FRANK, Agnes M.

| | | |
|---|---|---|
| Gross Acreage | 120.0 | Wells:  None |
| Irrigable Acreage | 54.7 | |

Surface Diversions:

None

- - - - - - - - - - - - - - -

Parcel 53:

S½ of NE¼, & that por of Sec 32, T8S, R4W daf:  Beg at SW Cor
of NW¼ of NE¼ of Sec. 32; th N alng W li sd NW¼ of NE¼, 36 rods;
th E fol center of creek bed, 29 rods and 12' to a stake and
stones;  thence N 40° E 19 rods to live oak tree; th E 42 rods
to a stake and stones in E li of sd NW¼ of NE¼; th S alng E li
35 rods to SE Cor sd NW¼ of NE¼; th W 80 rods alng S li sd NW¼ of NE¼
to pob.  Also, NE¼ of NE¼ of Sec 32, T8S, R4W EXC por daf: Beg at
NW Cor of NE¼ of NE¼ of Sec 32; th E 60' to stake and stones; th
S 35 rods to stake and stones; th W 60 rods to stake and stones;
th N 35 rods to pob.

Apparent Owner:    DE LUZ SCHOOL DISTRICT OF SAN DIEGO COUNTY

| | | |
|---|---|---|
| Gross Acreage | 123 | Wells:  8S4W-32B1 |
| Irrigable Acreage | 18.1 | |

Surface Diversions:

Diversion: 8S4W-32B, 4,000 gal storage tank

Parcel 55:

    S½ of SW¼ of Sec. 28, T8S, R4W.

Apparent Owners:    JONES, Fred M. & Grace R.

Gross Acreage      80            Wells: None

Irrigable Acreage    43

Surface Diversions:

    None

- - - - - - - - - - - - - - -

Parcel 69:

    SW¼ of SE¼ of Sec. 5, T9S, R4W, EXC N 330'

Apparent Owners:    BRYANT, Newton T. & Willie Mae

Gross Acreage      30.0         Wells: 9S4W-5Q1 - Dom

Irrigable Acreage    8.5

Surface Diversions:

    1750 Gallon Storage Tank

- - - - - - - - - - - - - - -

Parcel 70:

    Nly 330' of SW¼ of SE¼ of Sec 5, T9S, R4W.

Apparent Owners:    EMMES, Samuel H. & Alice R.

Gross Acreage      10            Wells: Unknown

Irrigable Acreage    3.5

Surface Diversions:

    Unknown

Interlocutory Judg. #32
Exhibit "B"

1057

Parcel 76:

SW¼ of NE¼; SE¼ of NW¼; NE¼ of SW¼; &, NW¼ of SE¼ of Sec. 5, T9S, R4W.

Apparent Owner:     ESTATE OF WINIFRED STONER, Deceased,
                    Ruth L. Stones, Administratrix

Gross Acreage        160              Wells:  None

Irrigable Acreage     58

Surface Diversions:

     None

- - - - - - - - - - - - - - - -

Parcel 77:

N 165' of Lots 3 & 4 (N½ of NW¼) of Sec 5, T9S, R4W, lying W of li daf:  Beg at a pt in N li Sec 5, dist N 89°11' E 1091.28' fr SW Cor Sec 32, T8S, R4W; th S 1°14' E 165' EXC all Wly of Ely li of W 5 acres of Lot 4 (NW¼ of NW¼).

Apparent Owners:    STINSON, Dale L. & Emma G.

Gross Acreage        6.0              Wells:  None

Irrigable Acreage    4.4

Surface Diversions:

     None

- - - - - - - - - - - - - - - -

Parcel 78:

W 5 acres of Lot 4 (NW¼ of NW¼) Sec 5, T9S, R4W.

Apparent Owner:     EVERETT, Rose Amelia

Gross Acreage        5.0              Wells:  None

Irrigable Acreage

Surface Diversions:

     None

Interlocutory Judg. #32
                                      Exhibit "B"
                                              1058

Parcel 80:

    $S\frac{1}{2}$ of $NE\frac{1}{4}$ of Sec 6; &, $SW\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec 5, T9S, R4W.

Apparent Owners:    WESTON, Lorraine & Claude
                      HUTSON, Robert H. & Irene
                      HUTSON, George Donald & Opal

Gross Acreage                      Wells: None

Irrigable Acreage

Surface Diversions:

    None

- - - - - - - - - - - - - - -

Parcel 81:

    Sec 36, T8S, R5W; $S\frac{1}{2}$ of $SW\frac{1}{4}$; $SW\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec 31, T8S, R4W.

Apparent Owner:    UNITED STATES OF AMERICA

Gross Acreage                    Wells:        None

Irrigable Acreage

Surface Diversions:

    None

- - - - - - - - - - - - - - -

Parcel 82:

    Sec. 34 & 35, T8S, R5W.

Apparent Owners:    ECKERMAN, Daniel W. & Gladys M.
                      FRAKES, Samuel F. & Francis
                      GAULDIN, Richard R. & Gladys R.
                      PETERSON, Richard A. & Mabel A.
                      FOSNAUGH, Aileen Isabell
                      ANDERSON, Earl L. & Frankie N.
                      SCHWARTZ, Arthur C.
                      SCHRYER, Wilfred L. & Julia H.
                      STROUD, Robert A. & Irene K.

Gross Acreage                      Wells: None

Irrigable Acreage

Surface Diversions:

    None

Parcel 83:

 Govt. Lots 1, 2, 3, 4, 6, 7 & 8; S½ of N½; N½ of S½; &
 SE¼ of SE¼, Sec 23, T8S, R5W
 Govt Lots 1 through 5; E½ of NE¼; S½ of NW¼; SW¼; &, SE¼
 of Sec. 26, T8S, R5W

Apparent Owner:  UNITED STATES OF AMERICA

Gross Acreage       Wells: None

Irrigable Acreage

Surface Diversions:

 None

    - - - - - - - - - - - - - -

Parcel 85B:
 W½ of NW¼ of Sec 25, T8S, R5W, EXC S 1320' of W 330'

Apparent Owners:  OLIVOS, Lewis R. & Phoebe

Gross Acreage       Wells: None

Irrigable Acreage

Surface Diversions:

 None

    - - - - - - - - - - - - - -

Parcel 91:

 Lot 3 (NE¼ of NW¼), Lot 4 (NW¼ of NW¼); &, NW¼ of NE¼ of Sec.
 5, T9S, R4W EXC W 5 acres of Lot 4, & EXC N 165' of Lots 3 & 4
 lying W of fol desc li:  Beg at pt in N li Sec 5, dist N 89°11'
 E 1091.28' fr SW Cor Sec 32, T8S, R4W; th S 1°14' E 165'

Apparent Owners:  MOSHER, Bennie R. & Lura G.

Gross Acreage   109.0     Wells: 984W-5C

Irrigable Acreage  50.8

Surface Diversions:

 984W-5C, 9,000 gal - irr
 984W-5C, 500 gal - dom

Interlocutory Judg. #32
Exhibit "B"
1060

Parcel 92:

E½ of NW¼ of Sec 25, T8S, R5W

Apparent Owner:    UNITED STATES OF AMERICA

Gross Acreage                    Wells: None

Irrigable Acreage

Surface Diversions:

None

Interlocutory Judg. #32
Exhibit "B"
1061

TABULATION OF OWNERS WITH LANDS RIPARIAN TO

DE LUZ CREEK AND ITS MAJOR TRIBUTARIES

### RIPARIAN TO DE LUZ CREEK

| NAME | PROPERTY |
|---|---|
| BLEEKER, Robert B. | NE$\frac{1}{4}$ of SW$\frac{1}{4}$, Sec 29, T8S, R4W, being a portion of Parcel 30 |
| BRYANT, Newton T. & Willie Mae | Parcel 69 |
| BUTLER, Lawrence Wm. & Mary C. | NE$\frac{1}{4}$ of NE$\frac{1}{4}$, Sec 6, T9S, R4W, being a portion of Parcel 49 |
| EMMES, Samuel H. & Alice R. | Parcel 70 |
| EVERETT, Rose Amelia | Parcel 78 |
| FRANK, Agnes M. | Parcel 51 |
| GARNSEY, Felix R. & Theodora L. | Parcel 37A Parcel 37B Parcel 37C |
| GARNSEY, Louis J. | Parcel 37A Parcel 37C |
| GOODCHAP, William A. & Roberta L. | Parcel 41 |
| HUTSON, George Donald & Opal | Parcel 80 |
| HUTSON, Robert H. & Irene | Parcel 80 |
| KLEIN, Lewis J. & Eleanor | Parcel 42 |

Interlocutory Judg. No. 32
Exhibit "C"

1062

## RIPARIAN TO DELUZ CREEK CONTINUED

| NAME | PROPERTY |
|------|----------|
| KLEIN, Lloyd E. & Elizabeth | Parcel 39 |
| LEWIS, Burton David | Parcel 12 |
| MC DOWELL, Homer C. & Marion J. | Parcel 36 |
| MC DOWELL, Wilmore & Lucienne | Parcel 8 |
| Matthews, Richard F. & Rosabel L. | Parcel 14 |
| MITCHELL, Arthur & Edith Tittle | Parcel 38 |
| MOSHER, Bennie R. & Lura G. | Parcel 91 |
| PIERCE, Frank B. & Edna Earle | Parcel 15 |
| ROWLEY, Truman C. & Beatrix | Parcel 7A Parcel 7B Parcel 7C |
| SHAVER, Gaius Ray & Stella C. | Parcel 11 |
| SHAVER, Herbert E. & Joan B. | Parcel 13 |
| SMELSER, Obed E. & Marguerite | Parcel 10 |

Interlocutory Judg. No. 32
Exhibit "C"    1063

## RIPARIAN TO DE LUZ CREEK CONTINUED

| NAME | PROPERTY |
|---|---|
| STINSON, Dale L. & Emma G. | Parcel 77 |
| STONER, Winifred, Deceased, Estate of | Parcel 76 |
| TAYLOR, Michael | Parcel 12 |
| TITTLE, Marjorie | Parcel 38 |
| TITTLE, Reese Day & Mary | Parcel 38 |
| TOWNE, George W. & Rose G. | Parcel 40 |
| VAIL COMPANY | Parcel 1 |
| WESTON, Claude & Mary Agnes | Parcel 80 |
| WILSON, Samuel M. & Hazel A. | Parcel 50 |

## RIPARIAN TO EAST FORK

| | |
|---|---|
| BLEEKER, Robert B. | Parcel 30 EXCEPT NE¼ of SW¼, Sec 29, T8S, R4W. |
| CALDWELL, Vilate | That portion of Parcel 18 in Sec. 22, T8S, R4W. |
| CLICK, Alma F. VERIA V. | Parcel 31 |
| DE LUZ SCHOOL DISTRICT OF SAN DIEGO COUNTY | Parcel 53 |

-3-

Interlocutory Judg. No. 32
Exhibit "C"    1064

## RIPARIAN TO EAST FORK CONTINUED

| NAME | PROPERTY |
|------|----------|
| ELLEDGE, Marion Foss | Parcel 19A |
| FOSS, David R. & <br> OLIA | Parcel 19A <br> Parcel 19B |
| FOSS, Herbert C. & <br> Ruby E. | Parcel 19A <br> Parcel 19B |
| GILES, Mary L. | That portion of Parcel 18 in Sec. 22, T8S, R4W |
| HOLDAWAY, E. Marie | That portion of Parcel 18 in Sec. 22, T8S, R4W. |
| HUNT, Pearl R. | That portion of Parcel 18, in Sec 22, T8S, R4W. |
| HODGES, Kenneth V. & <br> Kathleen Diana | Parcel 33 |
| JONES, Fred M. & Grace R. | That portion of Parcel 55 in Sec 28, T8S, R4W. |
| KRAUSE, Howard A. & <br> Lila Foss | Parcel 19A <br> Parcel 19B |
| KUHNIS, John | Parcel 26 |
| LE VACK, Mart J. & <br> Rosamond E. | Parcel 29 |
| MC DOWELL, Homer C. & <br> Marion J. | Parcel 36 |
| MYERS, Cora H. | Parcel 32 |

-4-

## RIPARIAN TO EAST FORK CONTINUED

| NAME | PROPERTY |
|------|----------|
| PARKER, John & <br>     Marjorie L. | Parcel 20 |
| PRIOR, Stanley W. & <br>     Marva | Parcel 27 |
| REID, Diana | Parcel 34 |
| RISSMAN, Maurice & <br>     Irene | Parcel 35 |
| ROBERTS, Frank & <br>     Florence Foss | Parcel 19A <br> Parcel 19B |
| SEARES, Harry & <br>     Laura Foss | Parcel 19A <br> Parcel 19B |
| VAIL COMPANY | Parcel 1 |

## RIPARIAN TO COTTONWOOD CREEK

| NAME | PROPERTY |
|------|----------|
| FOSS, Rudolph C. | Parcel 5 |
| GARNSEY, Felix R. & <br>     Theodora L. | Parcel 37A <br> Parcel 37B <br> Parcel 37C |
| GARNSEY, Louis J. | Parcel 37A <br> Parcel 37C |
| LONG, Thomas & <br>     Ruth C. | Parcel 4 |
| TITTLE, Reese Day & <br>     Mary | Parcel 43 |

Interlocutory Judg. No. 32
Exhibit "C"    1066

## RIPARIAN TO CAMPS CREEK

| NAME | PROPERTY |
|------|----------|
| ANDERSON, Nina B. | E½ of NE¼, & SW¼ of NE¼, Sec 31, T8S, R4W, being a portion of Parcel 48 |
| BERG, Carles, aka<br>Burg, Carl | NW¼ of NE¼, Sec 31, T8S, R4W being a portion of Parcel 47 |
| BUTLER, Lawrence Wm. &<br>Mary C. | E½ of SE¼, Sec 31, T8S, R4W, being a portion of Parcel 49 |
| COUCH, Frank E. &<br>Anna J. | NW¼ of NE¼, Sec 31, T8S, R4W being a portion of Parcel 47 |
| JAVE, Georgia F. | S½ of Sec 25, T8S, R4W, being a portion of Parcel 44 |
| JAVE, Minna | Parcel 45 |
| OLIVOS, Lewis R. &<br>Phoebe | Parcel 85B |
| UNITED STATES OF AMERICA | Parcel 92 |
| WILSON, Samuel M. &<br>Hazel A. | Parcel 50 |

## RIPARIAN TO FERN CREEK

| | |
|------|----------|
| ANDERSON, Nina B. | NW¼ of SE¼ & N½ of SW¼, Sec 31, T8S, R4W, being a portion of Parcel 48 |
| BUTLER, Lawrence Wm. &<br>Mary C. | E½ of SE¼, Sec 31, T8S, R4W, being a portion of Parcel 49 |

Interlocutory Judg. No. 32
Exhibit "C"
1067

## RIPARIAN TO FERN CREEK CONTINUED

**NAME**                                                      **PROPERTY**

UNITED STATES OF AMERICA                                       Parcel 81


### RIPARIAN TO ROBLAR

ANDERSON, Earl L. &
    Frankie N                                              Parcel 82

ECKERMAN, Daniel W. &
    Gladys M.                                              Parcel 82

FOSNAUGH, Aileen Isabell                                       Parcel 82

FRAKES, Samuel F. &
    Francis                                                Parcel 82

GAULDIN, Richard R. &
    Gladys R.                                              Parcel 82

PETERSON, Richard A. &
    Mabel A.                                               Parcel 82

SCHRYER, Wilfred L. &
    Julia H.                                               Parcel 82

SCHWARTZ, Arthur C.                                            Parcel 82

STROUD, Robert A. &
    Irene K.                                               Parcel 82

UNITED STATES OF AMERICA                                       Parcel 83

Interlocutory Judg. No. 32
Exhibit "C"                 1068

## VESTED AND INCHOATE APPROPRIATIVE RIGHTS TO USE OF WATER WITHIN THE DELUZ CREEK WATERSHED

| Apparent Owner | Applic. Number | Priority Date | Source of water | Point of Diversion | Amount | Use | Status |
|---|---|---|---|---|---|---|---|
| Anderson, Nina B. | None | 4/11/92 | Fern Creek | NW¼ of SE¼, Sec 31 T8S, R4W | 32 gpm | Irr | Non-statutory appropriation |
| Butler, Lawrence Wm. & Mary C. | None | 9/23/96 | Fern Creek | NW¼ of SE¼, Sec 31 T8S, R4W | Cap. of 8" pipe | Irr | Non-statutory appropriation |
| Wilson, Samuel M. & Hazel A. | None | 8/3/11 | Deluz Creek | NW¼ of SW¼, Sec 32 T8S, R4W | 50 min. in. | Dom Irr Stock | Non-statutory appropriation |
| Cook, Emery A. & Betty Bird | Lic. 9291 | 5/13/38 | Nelson Creek | NE¼ of SE¼, Sec 23 T8S, R5W | 1500 gpd | | |
| Garnsey, Felix R. & Theodora L. | 9783 | 12/6/39 | Cottonwood Creek | NW¼ of NE¼ Sec 30 T8S, R4W | Tot amt in any yr not to exceed 200 ac ft | Irr | Permit |
| Garnsey, Felix R. & Theodora L | 13505 | 12/12/49 | Cottonwood Creek | NW¼ of NE¼ and SE¼ of NE¼, Sec 30 T8S, R4W | .75 cfs 42 ac ft | Irr | Permit |
| Cook, Emery A. & Betty B | 18151 | 5/22/58 | Nelson Creek | NE¼ of SE¼, Sec 23 T8S, R5W | 8650 gpd | Irr | Permit |
| Cook, Emery A & Betty B | 18151 | 5/22/58 | Nelson Creek | NW¼ of SW¼, Sec 24 T8S, R5W | 6000 gpd | | Permit |
| Garnsey, Felix R. & Theodora L. | 20507 | 11/24/61 | Cottonwood Creek | SE¼ of NE¼, Sec 30 | 45 ac ft | Irr | Permit |

Interlocutory Judg 32
Exhibit "D"

| Apparent Owner | Applic. Number | Priority Date | Source of water | Point of Diversion | Amount | Use | Status |
|---|---|---|---|---|---|---|---|
| Garnsey, Felix R. & Theodora L | 20507 | 11/24/61 | Unnamed stream | NE¼ of NE¼, Sec 30 T8S, R4W | 18 ac ft | Irr | |
| Garnsey, Felix R. & Theodora L | 20507 | 11/24/61 | Unnamed stream | NW¼ of NE¼, Sec 30 T8S, R4W | 27 ac ft | Irr | |
| Matthews, Richard P. & Rosabel L | 20608 | 2/13/62 | De Luz Creek | NE¼ of NE¼, Sec 20 T8S, R4W | 100 ac ft | Irr Dom | |
| Tittle, Reese D. et al | 20620 | 2/16/62 | De Luz Creek | NE¼ of SW¼, Sec 29 T8S, R4W | 1250 ac ft | Irr Dom | |
| Tittle, Reese D. et al | 20620 | 2/16/62 | De Luz Creek | NW¼ of SW¼, Sec 29 T8S, R4W | 1250 ac ft | Irr Dom | |
| De Luz Valley Mutal Water Co | 20621 | 2/16/62 | De Luz Creek | NE¼ of SW¼, Sec 5 T9S, R4W | 12000 ac ft | Dom, Irr Rec. & Fish Culture | |

Interlocutory Judg 32
Exhibit "D"

1070