FILED

_____ 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENTERED

____ 19 2

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247–SD–C |
| Plaintiff, | INTERLOCUTORY JUDGMENT No. 39 |
| vs. | Santa Margarita River Water- |
| FALLBROOK PUBLIC UTILITY | shed Below Temecula Creek |
| DISTRICT, et al., | Gorge and Downstream to |
| Defendants. | Naval Enclave Boundary |

FINDINGS OF FACT, CONCLUSIONS OF LAW,
AND INTERLOCUTORY JUDGMENT No. 39,
RESPECTING LANDS RIPARIAN TO THE SANTA
MARGARITA RIVER OR OVERLYING GROUND
WATERS WHICH FEED OR CONTRIBUTE TO
THE SANTA MARGARITA RIVER, BELOW THE
TEMECULA CREEK GORGE AND DOWN STREAM
TO THE NAVAL ENCLAVE BOUNDARY.

FINDINGS OF FACT

I

Lands which are the subject of
this Interlocutory Judgment

  This Interlocutory Judgment concerns lands which are

located within the watershed of the Santa Margarita River down-

stream from the Temecula Creek Gorge to the point at which the

Santa Margarita River enters the Naval Enclave, as set forth in

Interlocutory Judgment No. 37, EXCEPTING those lands which are

the subject of the following Interlocutory Judgments:

  Interlocutory Judgment 32, De Luz Creek Sub-watershed.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 1 -

2222

1    Interlocutory Judgment 32-A, De Luz Creek Sub-watershed,

2 Percolating Waters not a  part of stream system.

3    Interlocutory Judgment 35, Vail Company.

4    Interlocutory Judgment 39-A, Santa Margarita River

5 below Gorge and above Enclave Boundary, Percolating Waters not

6 part of stream system.

7          II

8 Santa Margarita River
  Above Naval Enclave

9

10    The Santa Margarita River above the Naval Enclave is a

11 perennial stream, flowing upon basement  complex or narrow, shallow

12 stringers of recent alluvium.  It originates at the confluence of

13 Temecula Creek and  Murrieta Creek within that portion of the

14 Temecula Grant which is part of the Vail Ranch.

15    From its point of origin it  flows Southwesterly a distance

16 of about 2300 feet where it crosses the boundary of the Temecula

17 Grant and enters the Northerly part of partial Section 24, T8S, R3W

18 and flows in a Southwesterly direction through said section.

19 Approximately 600 feet downstream from its point of origin is a

20 stream gaging  station known as the Santa Margarita River Near

21 Temecula.  The Santa Margarita River leaves said Section 24 about

22 2,000 feet North of the Southwest Corner of said Section and

23 traverses in a Southwesterly direction partial Section 23, T8S,

24 R3W.  The river enters Section 26, T8S, R3W near the North Quarter

25 corner and continues to flow Southwesterly across the Northwest

26 Quarter of said section entering partial Section 27, T8S, R3W

27 and flowing Southwesterly through the Southeast Quarter of the

28 Northeast Quarter, the Southeast Quarter, and the Southeast Quarter

29 of the Southwest Quarter of said Section 27.

30    The river enters the Northeast Quarter of the Northwest

31 Quarter of Section 34, T8S, R3W and flows Westerly through the

32 North Half of the Northwest Quarter of said Section.  It enters

LAW OFFICES
SACHSE AND PRICE
1000 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

2223

1  Section 33, T8S, R3W near the Northeast Corner of said Section
2  and flows Westerly and Southerly through the East Half of said
3  Section 33.  The river flowing in a Southerly direction leaves
4  Section 33 just East of the South Quarter corner of said section
5  and flows Southerly and Westerly through the Northeast Quarter of
6  Section 4, T9S, R4W.  It flows Southwesterly through the Southeast
7  Quarter of the Northwest Quarter and Southerly and Southwesterly
8  through the Southwest Quarter of said Section.  It enters Section
9  5, T9S, R3W, approximately 225 feet North of the Southeast corner
10 of said section and flows Southwesterly across the Southeast
11 Quarter of the Southeast Quarter of said section entering Section 8,
12 T 9S, R3W approximately 625 feet West of the Northeast corner of
13 said section.  It flows Southwesterly through the Northeast
14 Quarter, the Northwest Quarter of the Southeast Quarter, and the
15 North Half of the Southwest Quarter of said Section 8.  The river
16 flows through the Northeast Quarter of the Southeast Quarter of
17 Section 7, T9S, R3W in a Westerly and Northerly direction.  It
18 flows Northwesterly through the Southeast Quarter of the Northeast
19 Quarter, Westerly through the Southwest Quarter of the  Northeast
20 Quarter, Southwesterly through the Northwest Quarter of the South-
21 east Quarter,  Northwesterly through the Northeast Quarter of the
22 Southwest Quarter, Northerly through the Southeast Quarter of the
23 Northwest Quarter, Northwesterly through the Northeast Quarter
24 of the Northwest Quarter, and Westerly through the Northwest
25 Quarter of the Northwest Quarter of said Section 7.

26       Its course reverses to a Southeasterly direction near the
27 West boundary of Section 7, reversing again to a Southwesterly
28 direction of flow in the Northwest Quarter of the Northwest Quarter
29 of said section and enters Section 12, T9S, R4W.  It flows South-
30 westerly through the South Half of the Northeast Quarter, Southerly
31 and Southwesterly through the Southeast Quarter and Westerly
32 through the Southeast Quarter of the Southwest Quarter of said

LAW OFFICES
SACHSE AND PRICE
1052 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 3 -

2224

26

1  Section 12 where it crosses the Santa Margarita Grant Line and

2  enters the Naval Enclave.

III

Characteristics of the
Santa Margarita River.

Throughout its course as described in these Findings the
Santa Margarita River is an intermittent stream, both as to time
and place of flow, and flows through a generally narrow canyon
composed of consolidated rock, in and over a bed  largely composed
of a thin mantle of younger alluvium deposited upon basement com-
plex rock.  In a state of nature the Santa Margarita River flowed
on the surface or immediately thereunder throughout the year, and
throughout its course as described in this Finding those areas in
which it flowed beneath the surface were generally saturated and
supported a heavy growth of phreatophytes.  At the present time the
surface flow of the Santa Margarita River varies  greatly from
place to place and from year to year.  These variances are the
result of fluctuations in precipitation and run-off; of pumping
and diversions from the Santa Margarita by defendants named in this
interlocutory  Judgment; of pumping, diversions and impoundments of
the waters of the Santa Margarita River and its tributaries up-
stream from Temecula Gorge; and of pumping, diversions and im-
poundments of the waters of tributaries to the Santa Margarita
River within that portion of its course described in these Findings.

IV

Beds and Banks of the
Santa Margarita River.

The course of the Santa Margarita River in the area with
which this interlocutory Judgment is concerned, and the geologic
materials through and over which it flows, are delineated upon
United States Exhibit 70 in this cause.  The consolidated rocks
and basement complex delineated upon said Exhibit are generally

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

27

1  non-water-bearing, and are composed of considerably  more compacted
2  material than the younger alluvium delineated upon said Exhibit.
3  As a result thereof, ground waters found within the younger allu-
4  vium do not move laterally  or vertically into said consolidated
5  rocks and basement complex, but on the contrary move through the
6  younger alluvium in the identical direction as the surface flow
7  of the Santa Margarita River, and such ground waters are an
8  integral part of the surface and sub-surface flow of said stream.
9  All ground waters found within the said younger alluvial deposits
10  are contained within a known and defined channel, to wit, the
11  younger alluvial deposits, and are contained within banks, to wit
12  the formations of consolidated rock and basement complex delinea-
13  ted upon Exhibit 70, and rest  upon a bed, to-wit the deposits of
14  basement complex underlying said younger alluvial deposits.

15                              V

16  Tributaries of the
    Santa Margarita River:
17

18         Within the area which is subject of this Interlocutory
19  Judgment are the following named tributaries of the Santa
20  Margarita River:

21         (a)  Sandia Creek:  Sandia Creek is intermittent
22  both as to time and place and flows except for limited areas only
23  during and immediately following periods of heavy precipitation.
24  Said creek rises in the Southwesterly slope of Mesa de Burro on the
25  Santa Rosa Grant part of the Vail Ranch, and flows in a Western
26  and Southerly direction for a distance of about 6.1 miles, at
27  which point it crosses the Santa Rosa Grant line and enters partial
28  Section 25, T8S, R4W; it flows South by West through the West Half
29  of said Section 25 and enters the Northwest Quarter of the North-
30  west Quarter of Section 36, T8S, R4W, flowing Southerly and
31  Easterly through said Section, it enters the Northeast Quarter of
32  the Northeast Quarter of Section 1, T9S, R4W, and flows in a

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

2226

2 9

1  Southerly direction through the East Half of said Section.  It
2  traverses the Northeast Quarter of the Northeast Quarter, Section
3  12, T9S, R4W, in a Southeasterly direction, reaching confluence
4  with the Santa Margarita River approximately 800 feet south of
5  the Northeast corner of said Section 12.  Sandia Creek flows over
6  basement complex or residuum except for a narrow stringer of
7  alluvium about 3.6 miles in length and 250 to 800 feet in breadth,
8  lying mostly within the Santa Rosa Grant, but extending across
9  partial Section 25 and terminating in the Northwest portion of
10 Section 36, both in T8S, R4W; the Creek continues across basement
11 complex through the remainder of Section 36 into Section 1, near
12 the Northern  line of which another narrow stringer of alluvium
13 about 250 feet wide continues for approximately 1.3 miles to
14 confluence with the Santa Margarita River.

15       Southerly of the headwaters of Sandia Creek an unnamed
16 tributary to said creek, approximately 5.1 miles in length,  drains
17 the Walker Basin; and lies wholly within the Santa Rosa Grant.
18 This unnamed tributary flows as an intermittent stream upon base-
19 ment complex and residuum.

20       Southerly of the above unnamed tributary lies  yet another
21 unnamed tributary to Sandia Creek, approximately 4½ miles in length,
22 the drainage area of which is wholly within the Santa Rosa Grant.
23 This unnamed tributary flows as an intermittent stream primarily
24 upon basement complex.

25       (b)  Brians Creek:  Brians Creek, tributary to
26 Sandia Creek, is intermittent both as to time and place and flows
27 except for limited areas only during and immediately following
28 periods of heavy precipitation.  Brians Creek rises on the Northerly
29 slope of Gavilan Mountain in the Northeast Quarter of Section 32,
30 T8S, R3W, flows Northeasterly through partial Section 29, T8S, R3W,
31 entering the Santa Rosa Grant approximately ½ mile from its head-
32 waters.  Said creek flows Westerly for a distance of about 1.2

LAW OFFICES
SACHSE AND PRICE
1055 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 6 -

2227

79

miles across the Santa Rosa Grant at which point it turns
Southerly crossing the Grant Line near the Northeast corner of
the West Half of Section 31, T8S, R3W; it crosses Southerly and
Westerly through the West Half of said Section, passing a dam
located in the Northeast Quarter of the Southwest Quarter of said
Section; continuing Southwesterly across the Southwest Quarter.
It enters the Southeast Quarter of the Southeast Quarter, Section
36, T8S, R4W and flows Southwesterly crossing Section 6, T9S,
R3W just inside the Northwest Corner of said section; and flows
Southwesterly across the Northeast Quarter of the Northeast Quarter
of Section 1, T9S, R 4 W, to its confluence with the Sandia Creek
in said 16th Section.

(c)   Stone Creek:   Stone Creek is intermittent
both as to time and place and flows except for limited areas only
during and immediately following periods of heavy precipitation.
Stone Creek tributary to the Santa Margarita River flows for a
distance of 3.4 miles, rising in the Southwest Quarter of Section
25, T8S, R3W; entering Section 35, T8S, R3W near the Northeast
corner of said section, flowing diagonally across said section,
entering the Southeast quarter of the Southeast quarter of Section
34, T8S, R3W, flowing Westerly across the South Half of said
section, entering the Northwest Quarter of the Northwest Quarter
of Section 3, T9S, R3W, flowing Southwesterly and entering the
Northeast Quarter of the Northeast Quarter, Section 4, T9S, R3W
to its confluence with the Santa Margarita River near the center
of the Northeast Quarter of said Section 4.  Stone Creek flows
across basement complex and residuum except for a narrow stringer
of alluvium about 200 feet wide extending approximately .6 of a
mile up Stone Creek from its confluence with the Santa Margarita
River.

Also within the said area are various unnamed tributaries
of the Santa Margarita River and of the streams named above.

LAW OFFICES
SACHSE AND PRICE
1012 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

2228

30

VI

Characteristics of the
Tributaries of the
Santa Margarita River.

All of the tributaries of the Santa Margarita River referred to in these Findings, named and unnamed, are intermittent streams both as to time and place of flow, and generally flow on the surface only during and immediately after periods of precipitation and run-off. All of said tributaries, with the exception of Sandia Creek hereinafter discussed, flow generally through narrow canyons of basement rock or residuum, and with the exception of Sandia Creek, hereinafter discussed, none of said tributaries are underlain with any substantial mantle of alluvium.

Throughout most of its course the characteristics of Sandia Creek are identical with those of the other tributaries herein discussed. However, throughout limited portions of its course in fractional Section 25, T8S, R4W and in Section 1, T9S, R4W, Sandia Creek is underlain with deposits of younger alluvium, which younger alluvium is, when saturated, water-bearing. In those areas, ground waters found within the said younger alluvium do not move laterally or vertically into the basement complex or consolidated rocks, but on the contrary, move down the hydraulic gradient in the same direction as the surface flow of said tributaries, when surface flow exists. Such ground waters are an integral part of the surface flow of said stream, and all such ground waters are within a known and definite channel, to wit, the younger alluvial deposits, and are contained within banks, to wit, the formations of consolidated rock and basement complex delineated upon United States Exhibit 70 in this cause, and rest upon a bed, to wit, the basement complex or consolidated rock underlying said alluvial deposits.

*****

*****

- 8 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

VII

Land Ownerships:

Attached hereto marked Exhibit A and made a part hereof by reference is a master alphabetical index of the apparent owners of all parcels of land which are the subject of this Interlocutory Judgment, together with the parcel number of each such parcel of land, and a reference to Exhibit B where the legal description of each such parcel of land may be found.

Attached hereto marked Exhibit B and made a part hereof by reference is a tabulation setting forth the exact legal descriptions and apparent ownerships of all parcels of land which are the subject of this Interlocutory Judgment.

VIII

Riparian Lands:

(a)  Attached hereto marked Exhibit C-1 and made a part hereof by reference is a tabulation of apparent owners and parcel numbers of the smallest tract of land held under one chain of title, a part of which abuts upon or is traversed by the Santa Margarita River within the area covered by this Interlocutory Judgment.  The said tabulation includes complete legal description of each such parcel, and in certain cases contains also other information concerning gross acreage, irrigable acreage, wells, surface diversions and like data.

(b)  Attached hereto marked Exhibit C-2 and made a part hereof by reference is a tabulation of apparent owners and parcel numbers of the smallest tract of land held under one chain of title a part of which abuts upon or is traversed by Stone Creek within the area covered by this Interlocutory Judgment.  The said tabulation includes complete legal description of each such parcel, and in certain cases contains also other information concerning gross acreage, irrigable acreage, wells, surface diversions and like data.

- 9 -

LAW OFFICES
BACHSE AND PRICE
1072 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

2230

7 2-

1        (c)  Attached  hereto marked Exhibit C-3 and made a

2  part hereof by reference is a tabulation of apparent owners and

3  parcel numbers of the smallest tract of land held under one chain

4  of title, a part of which abuts upon or is traversed by Brians

5  Creek within the area covered by this Interlocutory Judgment.  The

6  said tabulation includes complete legal description of each such

7  parcel, and in certain cases contains also other information

8  concerning gross acreage, irrigable acreage, wells, surface

9  diversions and like data.

10        (d)  Attached hereto  marked Exhibit C-4 and made a part

11  hereof by reference is a tabulation of apparent owners and parcel

12  numbers of the smallest tract of land held under one chain of title,

13  a part of which abuts upon or is traversed by Sandia Creek within

14  the area  covered by this Interlocutory Judgment.  The said tabu-

15  lation includes complete legal description of each such parcel,

16  and in certain cases contains also other information concerning

17  gross acreage, irrigable acreage,  wells, surface diversions and

18  like data.

19                IX

20  Reservations of Riparian Rights:

21        Attached hereto marked Exhibit D and made a part hereof

22  by reference are legal descriptions of certain parcels of land,

23  each of  which were formerly portions of larger parcels, a portion

24  of which larger parcel was traversed by or abutted upon the Santa

25  Margarita River.  In each such case the defendant, Fallbrook Public

26  Utility District, purchased that portion of the larger parcel which

27  physically abutted upon the Santa Margarita River, with the results

28  that such parcels are now physically severed from the Santa

29  Margarita River.  In each such instance, however, the instrument

30  by which title was conveyed to the Fallbrook Public Utility District

31  expressly reserved to the remainder of such parcel all riparian

32  rights which the larger parcel had previously possessed.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

2231

X

Lands Riparian to
Un-named Creeks and Gullies.

In addition to the named tributaries of the Santa Margarita River within the areas which is the subject of this Interlocutory Judgment there are numerous small creeks, gullies and watercourses tributary to the Santa Margarita River. In the main such minor watercourses flow over consolidated rocks or basement complex, but there are limited areas in which shallow alluvial deposits underlie the stream channel. In all such cases such shallow alluvial deposits rest upon consolidated rock or basement complex and are laterally contained by consolidated rock or basement complex and the ground waters contained in such alluvial deposits are in direct contact with and are an integral part of the surface flows, at such times as surface flows exist in such creeks, gullies or watercourses. The ground waters contained in such alluvial deposits are in a known and defined channel, to wit, the younger alluvial deposits.

XI

Jurisdiction reserved as to
such Minor Watercourses.

Said small creeks, gullies or watercourses have not been considered in detail in this proceeding, nor has any party to this cause requested detailed findings thereon. Should any party to this cause in the future desire detailed findings as to such minor watercourses, this Court will make such findings upon such request, and this Court expressly reserves jurisdiction to consider such requests if and when they may arise.

XII

Minor Surface Impoundments.

There are within the area which is subject of this Interlocutory Judgment many structures which are used for the

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 11 -

2232

34

1  impoundment of surface run-off for the purpose of providing

2  stock water, to encourage ground water re-charge, for the purpose

3  of soil conservation, recreation or other beneficial purposes.

4  There is no evidence that such structures or impoundments presently

5  constitute an unreasonable, wasteful or non-beneficial use of

6  water.  None of such structures or impoundments have been con-

7  structed or are maintained under the authority of any Permit or

8  License of the State of California, and none of said structures

9  have been maintained adversely to any party to this cause.

10     Those minor surface impoundments as described in this

11  Finding are of the same type as those considered in Interlocutory

12  Judgment No. 28, (Miscellaneous Surface Impoundments).

13                         XIII

14  Effect of such Minor Surface Impoundments:

15     That all such structures and impoundments as are des-

16  cribed in Finding XII above intercept surface runoff of waters of

17  the Santa Margarita River System, which runoff would in a state

18  of nature contribute to the Santa Margarita River; that while

19  the impact of any such individual impoundment on the available

20  water supply of the Santa Margarita River is at present de minimis,

21  the cumulative effect of such structures and impoundments may at

22  a future date become substantial and require regulation or control.

23                         XIV

24  Vagrant, local, percolating waters,
   and surface waters other than those
25  herein covered by specific findings.

26     All ground waters within the area which is the subject

27  of this Interlocutory Judgment found within deposits of consoli-

28  dated rock, weathered basement complex, or basement complex, as

29  depicted upon U.S.A. Exhibit 70 herein, are vagrant, local, per-

30  colating waters, not a part of the Santa Margarita River or any

31  tributary thereto.  All surface waters which flow upon deposits

32  of consolidated rock, weathered basement complex or basement

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 12 -

2233

1   complex in said area are a part of the waters of the Santa

2   Margarita River or its tributaries.

3                                   XV

4   Appropriative Rights:

5           (a)  Attached hereto Marked Exhibit E and made a part

6   hereof by reference is a tabulation setting forth the apparent

7   owners of certain appropriative rights to the use of waters of

8   the Santa Margarita River and its tributaries within the area

9   which is the subject of this Interlocutory Judgment, together

10  with the legal description of the lands to which such appropriative

11  rights appertain, and a description of each of such appropriative

12  rights.

13          (b)  Within the area which is the subject of this Inter-

14  locutory Judgment, defendant Fallbrook Public Utility District is

15  the owner of certain Permits and Licenses to appropriate water

16  issued by the Water Rights Board of the State of California.

17  Said appropriative rights are the subject of Interlocutory Judgment

18  No. 23 in these proceedings, to which Interlocutory Judgment

19  reference is made for the details thereof.

20                                  XVI

21  Prescriptive Rights.

22          No surface diversion or use of any of the waters found

23  within the areas is subject of this Interlocutory Judgment have

24  been open, notorious, adverse or hostile to  any party to this

25  cause and no prescriptive right to the use of any of said waters

26  by reason of such diversion or use now exists.

27                                 XVII

28  Prima Facie Evidence.

29          On the Exhibits attached hereto and made a part hereof

30  by reference there appear certain factual  statements concerning

31  lands within the area that is subject of this Interlocutory Judg-

32  ment, concerning  such matters as wells, gross acreages, irrigable

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

2234

1  acreages and surface diversions.  Such factual statements as

2  pertain to wells and surface diversions are as of the  date of this

3  Interlocutory Judgment true.  The factual statements which pertain

4  to gross acreages and irrigable acreages are based upon evidence

5  introduced into this case by the United States of America with an

6  express assurance from its counsel that apportionment was not

7  being sought at this stage of the litigation.  Because of this

8  fact, and the fact that the Court is not at this time making any

9  order apportioning or regulating the use of the waters involved

10  herein, such fact pertaining to gross acreages and irrigable

11  acreages are not material to any issue decided by this Interlocu-

12  tory Judgment.  In the exercise of the Court's continuing juris-

13  diction in this cause, said facts may be material to an issue

14  presented in the future.  Therefore, this Court finds that such

15  factual statements contained in said Exhibits which pertain to

16  gross acreages and irrigable acreages are supported by the

17  evidence and such factual statements shall be _prima-facie_ evidence

18  thereof in any subsequent proceedings before this Court in this

19  cause.  As used herein, _prima facie_ evidence is that which

20  suffices for the proof of the particular fact until contradicted

21  or overcome by other evidence.

22                        CONCLUSIONS OF LAW

23                               1.

24       All ground waters found within areas of residuum or

25  basement complex within the area subject of this Interlocutory

26  Judgment do not add to, contribute to or support the waters of

27  the Santa Margarita River and its tributaries, and are vagrant,

28  local, percolating waters, not a part of the Santa Margarita River

29  system.

30                               2.

31       All surface waters which flow over and upon lands which

32  are within the area subject of  this Interlocutory Judgment are a

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 14 -

2235

37

1  part of the Santa Margarita River system and subject to the con-

2  tinuing jurisdiction of this Court.

3  3.

4  All ground waters found within areas of younger alluvium

5  within the area subject of this Interlocutory Judgment are a part

6  of the Santa Margarita River system and subject to the continuing

7  jurisdiction of this Court.

8  4.

9  All lands listed by parcel number upon Exhibit C-1

10  hereunto attached and made a part hereof by reference have a

11  correlative riparian right to the use of the waters of the Santa

12  Margarita River and its tributaries.

13  5.

14  All lands listed by parcel number upon Exhibit C-2

15  hereunto attached and made a part hereof by reference have a

16  correlative riparian right to the use of the waters of Stone Creek

17  and its tributaries.

18  6.

19  All lands listed by parcel number upon Exhibit C-3

20  hereunto attached and made a part hereof by reference have a

21  correlative riparian right to the use of the waters of Brians

22  Creek and its tributaries.

23  7.

24  All lands listed by parcel number upon Exhibit C-4

25  hereunto attached and made a part hereof by reference have a corre-

26  lative riparian right to the use of the waters of Sandia Creek.

27  8.

28  All lands listed by parcel number upon Exhibit A which

29  abut upon or are traversed by any un-named creek, gully or water-

30  course have a correlative riparian right to the use of the waters

31  of such creek, gully or watercourse.

32  ✳✳✳✳✳✳

- 15 -

LAW OFFICES
BACHSE AND PRICE
1008 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

2238
39

9.

Those lands listed and described on Exhibit D, hereunto attached and made a part hereof by reference have a correlative riparian right to the use of the waters of the Santa Margarita River and its tributaries.

10.

The exercise of the riparian rights described in Conclusions of Law 4, 5, 6, 7, 8 and 9 hereof are subject to the continuing jurisdiction of the Court.

11.

Those owners listed upon Exhibit E hereunto attached and made a part hereof by reference each are the owners of appropriative rights or inchoate appropriative rights to the use of the waters described, in amounts and subject to terms and conditions, for the purposes and with the priorities as are set forth in said Exhibit D.

12.

The Fallbrook Public Utility District is the owner of appropriative rights to the use of the waters of the Santa Margarita River and its tributaries, within the area subject of this Interlocutory Judgment, as set forth in Interlocutory Judgment No. 23 in these proceedings, to which reference is made for the details of such rights.

13.

Excepting as set forth in Conclusions of Law 11 and 12 hereof, there are no appropriative rights to the use of waters of the Santa Margarita River or its tributaries within the area which is subject of this Interlocutory Judgment.

14.

No prescriptive rights or rights by adverse user exist as to any of the surface or underground waters within the area which is subject of this Interlocutory Judgment.

LAW OFFICES
BACHSE AND PRICE
1082 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 16 -

2237

39

15.

That at the present status of this case the issue of
apportionment, or the quantity or proportion of waters to which
any lands are entitled has not been presented, and this Court
has taken no evidence directed to establishing whether any water
uses pursuant to riparian or overlying rights are reasonable or
unreasonable, and rights which may exist as to the use of such
waters and this issue is left open, is not decided herein, and
shall be litigated by this Court when and if it becomes necessary
to do so. In the exercise of this continuing jurisdiction this
Court will judge and pass upon the issue of such riparian or over-
lying rights based upon the facts as they may then appear and
pursuant to California law.

INTERLOCUTORY JUDGMENT

1.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all
ground waters within deposits of basement complex or residuum
within the area subject of this Interlocutory Judgment are vagrant,
local percolating waters which do not add to, support, nor con-
tribute to the Santa Margarita River system.

2.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
rights of the owners of the lands referred to in paragraph 1 of
this Interlocutory Judgment, and their heirs, successors and
assigns to the use of the said ground waters are forever quieted
in them and against the rights of the United States of America
and all other parties having rights to the use of the waters of
the Santa Margarita River system.

3.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
owners of said lands referred to in paragraph 1 of this Interlocu-
tory Judgment, their heirs, successors and assigns, are forever

LAW OFFICES
BACHBE AND PRICE
1093 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

2238

1  restrained from asserting rights in or to the waters  of the Santa
2  Margarita River or its tributaries,  excepting rights to surface
3  waters which flow over and upon said lands.

4.

5  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
6  rights inter-sese of the owners of said lands referred to in
7  paragraph 1 of this Interlocutory Judgment to the use of the under-
8  lying vagrant, local, percolating ground waters have not been
9  adjudged, determined or decreed in these proceedings.

5.

11  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
12  surface waters flowing over or upon lands within the area subject
13  of this Interlocutory Judgment are a part of the Santa Margarita
14  River system and are subject to the continuing jurisdiction of
15  this Court.

6.

17  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
18  ground waters found within areas of younger alluvium within the
19  area which is subject of this Interlocutory Judgment are a part
20  of the waters of the Santa Margarita River system and subject to
21  the continuing jurisdiction of this Court.

7.

23  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
24  lands listed by parcel numbers on Exhibits C-1, C-2, C-3, C-4 and
25  D, hereunto attached and made a part hereof by reference have a
26  correlative riparian right to the use of the waters of the Santa
27  Margarita River system.

8.

29  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
30  lands listed by parcel numbers in Exhibit A, attached hereto and
31  made a part hereof by reference, which abut upon or are traversed
32  by any named or un-named creek, gully or watercourse within the

LAW OFFICES
BACHSE AND PRICE
1052 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

2239

area subject of this Interlocutory Judgment, have a correlative
riparian right to the use of the waters of such creek, gully or
watercourse.

9.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
correlative riparian rights to the use of waters within the area
subject of this Interlocutory Judgment as adjudged in paragraphs
6, 7 and 8 of this Interlocutory Judgment are subject to the
continuing jurisdiction of this Court.

10.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
issue of apportionment has not been presented  and this  Court has
taken no evidence directed to establishing whether the use of
any waters herein adjudged to be subject to the continuing juris-
diction of this Court are reasonable or unreasonable as to amount
or water used in the light of correlative rights which may exist
as to such waters, and this issue is left open, is not decided
herein, and shall be litigated by this Court if and when in the
future it becomes necessary to do so.

11.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
rights inter-sese of the owners of said lands within the area
subject of this Interlocutory Judgment to the use of the ground
waters contained therein have not been adjudged, determined or
decreed in this proceedings.

12.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
appropriative rights to the use of the waters of the Santa
Margarita River and its tributaries, within the area subject of
this Interlocutory Judgment, exist in the priorities, amounts and
for the purposes, and owned by the parties, all as set forth in
Exhibit E hereunto attached and made a part hereof by reference

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 19 -

2240

47

1    and in Interlocutory Judgment No. 23 in these proceedings.

2                              13.

3        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

4    excepting as set forth in paragraph 12 of this Interlocutory

5    Judgment, no appropriative rights, either vested or inchoate,

6    to the use of the waters within the area subject of this Inter-

7    locutory Judgment now exist.

8                              14.

9        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no

10   prescriptive rights to the use of any of the waters within the

11   area subject of this Interlocutory Judgment now exist.

12                             15.

13       IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that

14   excepting as set forth in paragraph 15 of this Interlocutory

15   Judgment, no prescriptive rights to the use of any of the waters

16   within the area subject of this Interlocutory Judgment now exist.

17                             16.

18       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

19   construction or maintenance of any structure for the impoundment of

20   surface run off of the waters within the area subject of this

21   Interlocutory Judgment as the same are defined herein has not

22   resulted in the acquisition of any prescriptive right or any right

23   by reason of adverse user against any party to this cause, and

24   the continued maintenance of such structures, or the impoundment

25   of water therein shall not in the future give rise to any pre-

26   scriptive right or right by adverse user against any party to

27   this cause, his heirs, successors or assigns.

28                             17.

29       IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon

30   the decision of the United States Court of Appeals for the Ninth

31   Circuit, California v. U. S., 235 F2d 647, that this is not

32   a final decree, but is interlocutory in character and by reason

2241

4 3/

- LAW OFFICES
BACHSE AND PRICE
1003 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

of the Order by this Court that all parties are adverse, one to the other, thus dispensing with cross pleadings, all parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment prior to the entry of final judgment in this cause.

18.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Interlocutory Judgment is not appealable, is not final and shall not be operative until made a part of the final judgment, and this Court expressly reserves jurisdiction to modify or vacate it, either upon its own motion or upon motion of any party to this proceeding until such time as final judgment in this case is entered.

Dated:

17/11/62

_____
Judge

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 21 -

2242

44

ALPHABETICAL LIST OF APPARENT OWNERS OF RIPARIAN

AND OVERLYING LANDS WITHIN SANTA MARGARITA RIVER WATER-

SHED BELOW TEMECULA GORGE AND ABOVE NAVAL ENCLAVE

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|------|---------------|-------------------------|
| BOGART, Guy | 83W-27-5 | 3 |
| BOUBLOG, Houston W. | 93W-4, 8 & 9 - 28 | 6 |
| BRADSHAW, Paul D. & Margaret | 83W-31, 93W-6 - 60 | 14 |
| CAREY, Arthur W. & Inez | 83W-31, 93W-6 - 60 | 14 |
| CARTER, John T. & Helen | 83W-35 - 8 | 4 |
| DETHLEFS, Walter E. Sr., & Mary E. | 93W-8 - 33 | 6A |
| DI SILVESTRO, I. | 83W-31 - 61 | 14 |
| FALLBROOK PUBLIC UTILITY DIST. | 84W, 93 & 4W - 35 | 7 |
| GOODWIN, Ewart W. & Mary Alice | 93W-31, 93W-6 - 60 | 14 |
| HAYES, Richard L. & Grace E. | 93W-8-104 | 19 |
| HENDERSON, Max M. & Aurelie S. | 83W-33 & 34 - 55 | 13A |
| HILBERT, William R. & Lucille | 94W-12-89 | 18 |
| JEFFRIES, George T. & Eleanor | 93W-4 & 5 - 56 | 13A |

Interlocutory Judg. #39
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|------|---------------|-------------------------|
| JENNINGS, Theodore F. & Janice B. | 93W-4 - 30 | 6 |
| JONES, Alex M. & Marilyn M. | 93W-4 & 5 - 56 | 13A |
| KELLER, Robert H. | 93W-4, 8 & 9 - 28 | 6 |
| KUNKEL, A. O. & Ada J. | 93W-17-15X1 | 20 |
| LONG, C. R. | 83W-31 - 61 | 14 |
| MARSHALL, John W. | 93W-4 - 22 | 5 |
| MASON, Roland G. & Marian R. | 93W-6 - 78 | 17 |
| MONFORT, Gordon W. | 93W-4, 8 & 9 - 28 | 6 |
| MORTZ, Paul D. | 93W-3 & 4 - 21 | 4 |
| MURRAY SCHLOSS FOUNDATION, Trustees of | 83W-93W-4 | 2 |
| PETERS, Ray G. & Gladys P. | 93W-4 - 26 | 5 |
| RIDENOUR, Ralph O. & Myrtle E. | 83W-34 & 35 - 7 | 4 |
| SAWDAY, Charles F. & Ruth Cornell | 83W-31, 93W-6 - 60 | 14 |
| SHANE, Eleck & Gussie | 83W-26 - 4A | 3 |

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" |
|------|---------------|------------------------|
| SHIPPEE, Shirley R. & Kathryn E. | 83W-31 - 67 | 15 |
| SILL, Charles F. & Pauline E. | 94W-1-77 | 16 |
| SINGLETON, Louis J. | 93W-4-40 | 13 |
| STENTON, Fred J. & Florence M. | 93W-17, 5; 93W-8 - 11X1 | 20 |
| TAYLOR, Millicent Y. | 84W-36-71 | 15 |
| TODD, Wallace M. & LeDoris M. | 83W-34-57 | 14 |
| TURNBULL, James O. & Betty Lucille | 94W-12-90 | 19 |
| UNITED STATES OF AMERICA | 83W, 84W & 93W - 1 | 1 |
| VAIL COMPANY, INC | 83W-23 & 24 - 3 | 1 |
| WAGENAAR, John L. & Mary Agnes | 94W-12-88 | 18 |
| YACKEY, George F. & Alma | 84W-25 - 66A | 15 |

Interlocutory Judg. #39
Exhibit "A"

2245

DESCRIPTION OF PROPERTY RIPARIAN TO STREAMS WITHIN SANTA MARGARITA

RIVER WATERSHED BELOW TEMECULA GORGE AND ABOVE BOUNDARY OF NAVAL ENCLAVE

- - - - - - - - - - - - -

### Parcel 83W, 84W & 93W - 1

Lots One (1) and Two (2) of Section Thirty-one (31), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California. Also, the South Half of the
Northwest Quarter; the West Half of the Northeast Quarter; the South-
east Quarter of the Northeast Quarter; the Northeast Quarter of the
Southeast Quarter; and, the South Half of the Southwest Quarter of
Section Thirty-three (33), said Township and Range.

OWNER:

UNITED STATES OF AMERICA

### Parcel 83W-23 & 24 - 3

Lots One (1), Two (2), Three (3) and Four (4), Section Twenty-three
(23), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.
Also, Lot Six (6) in Section twenty-four (24) in said Township and
Range.

OWNER:

VAIL COMPANY, Inc.

### Parcel 83W & 93W - 4

Fractional Section Twenty-two (22), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California. Also, Lot Five (5), and the South-
west Quarter of the Southeast Quarter of Section Twenty-three (23),
said Township and Range. Also, the Northwest Quarter; North Half
of the Southwest Quarter; Southwest Quarter of the Northeast Quarter;
Northwest Quarter of the Southeast Quarter; and, Southeast Quarter of
the Southeast Quarter of Section Twenty-six (26), said Township and

-1-

Interlocutory Judg. #39
Exhibit B.

8240

Lincoln, Walter G.          Lovell, Leah F.
Richter, Vera W.            Shepard, S. A.
Reinhold, Fred S.          Witchner, Otto

Parcel 83W & 93W - 4 continued

Range. Also, the North Half of the Northeast Quarter;  Southeast Quarter
of the Northeast Quarter;  Northeast Quarter of the Southeast Quarter;
and, South Half of the Southwest Quarter of Section Twenty-seven (27),
said Township and Range.  Also, the South Half of the Southeast Quarter
and the Northeast Quarter of the Southeast Quarter of Fractional Section
Twenty-eight (28), said Township and Range.  Also, the Northeast Quarter
of the Northeast Quarter of Section Thirty-three (33), said Township and
Range.  Also, the North Half of the Northwest Quarter;  the Northeast
Quarter of the Southwest Quarter;  Southeast Quarter of the Southwest
Quarter;  South Half of the Southeast Quarter and the Northwest Quarter
of the Southeast Quarter, EXCEPT the East Half of the Northeast Quarter
of the Northwest Quarter of the Southeast Quarter of Section Thirty-four
(34), said Township and Range.  Also the Northeast Quarter of the North-
west Quarter;  Northeast Quarter; and, West Half of the Southwest Quarter
of Section Thirty-five (35), said Township and Range.  Also, the North
Half of the Northwest Quarter of Section Three (3), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.  Also, Lot 1 (NE$\frac{1}{4}$ of NE$\frac{1}{4}$) of
Section Four (4), EXCEPT that portion described as follows:  Beginning
at the Southwest Corner of the Northeast Quarter of the Northeast
Quarter;  thence North 02°06'50" East 402.23 feet;  thence North 76°44'
45" East, 224.85 feet;  thence South 07°00'50" West, 312.89 feet;
thence South 16°06'40" West, 147.62 feet to South line of said Northeast
Quarter of the Northeast Quarter;  thence South 88°38'50" West along
said South line, 147.19 feet to point of beginning.

OWNERS:

MURRAY SCHLOSS FOUNDATION, Trustees of

| | |
|---|---|
| Beale, W. M. | DeLuce, Robert |
| Gibson, Axel Emil | Hessert, Fred |
| Lincoln, Walter G. | Lovell, Leah P. |
| Richter, Vera W. | Shepard, S. A. |
| Reinhold, Fred S. | Witchner, Otto |

-2-              Interlocutory Judg. # 39
                     Exhibit B.

2247

Parcel 83W-26-4A

The Northwest Quarter of the Northwest Quarter of Section Twenty-six (26), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SHANE, E.

SHANE, Gussie


Parcel 83W-27-5

The Southwest Quarter of the Northeast Quarter; and the Northwest Quarter of the Southeast Quarter of Section Twenty-seven (27), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

BOGART, Guy


Parcel 83W-27-6

The Southwest Quarter of the Southeast Quarter of Section Twenty-seven (27), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

GILLILAND, Margaret Ellen


Parcel 83W-34 & 35 - 7

The South Half of the Northwest Quarter of Section Thirty-five (35), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also the Northeast Quarter of the Southeast Quarter, and the Southeast Quarter of the Northeast Quarter of Section Thirty-four (34), said Township and Range.

-3-                     Interlocutory Judg. # 39
                              Exhibit B.

2248

Parcel 83W-34 & 35 - 7 continued

OWNERS:

        RIDENOUR, Ralph O.

        RIDENOUR, Myrtle E.


Parcel 83W-35-8

The Northeast Quarter of the Southwest Quarter of Section Thirty-five

(35), Township Eight (8) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of California.

OWNERS:

        CARTER, John T.

        CARTER, Helen C.


Parcel 93W-3&4 - 21

That portion of the South Half of the Northeast Quarter of Section

Four (4), Township Nine (9) South, Range Three (3) West, San Bernar-

dino Base and Meridian, in the County of San Diego, State of Cali-

fornia, described as follows:  Beginning at the Northeast Corner of

said South Half;  thence South 88°38'50" West 1236.35 feet;  thence

South 19°06'40" West, 245.69 feet;  thence South 53°49' East, 1612.97

feet to East line of said South Half;  thence North 0°41'10" East

along said East line 1213.65 feet to point of beginning.

OWNERS:

        MORTZ, Paul D.


Parcel 93W-4-22

Lots Two (2) and Three (3) (NW$\frac{1}{4}$ of NE$\frac{1}{4}$ & NE$\frac{1}{4}$ of NW$\frac{1}{4}$), of Section

Four (4), Township Nine (9) South, Range Three (3) West, San Bernar-

dino Base and Meridian, in the County of San Diego, State of Cali-

fornia, EXCEPT that portion of Lot Two (2) described as follows:

        Interlocutory Judg. #39
                      Exhibit B.

2240

Parcel 93W-4-22 continued

Beginning at the Southeast Corner of said Lot Two (2);  thence North 02°06'50" East, 402.23 feet;  thence South 76°44'45" West 259.63 feet; thence South 29°49'05" East, 205.14 feet;  thence South 73°26'30" East, 657.41 feet to South line of said Lot Two (2);  thence North 88°38'50" West, 970.31 feet to point of beginning.

OWNERS:

  MARSHALL, John W.


Parcel 93W-4-26

That portion of Section Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  Beginning at a point in the South line of the North Half of Section Four (4) distant South 89° 03' West 2186.68 feet from the Southeast Corner of said North Half; thence North 58°09'50" West 947.96 feet;  thence South 37°47'20" West 311.44 feet;  thence South 25°24' West 146.49 feet;  thence South 60° 18' East 88.70 feet;  thence South 65°42' East 380.55 feet;  thence North 39°36' East 345.40 feet;  thence North 25°26' East 101.37 feet; thence North 01°18'40" East 53.62 feet to a point on South line of said North Half distant 595.46 feet from point of beginning;  thence South 89°03' West 595.46 feet to point of beginning.

OWNERS:

  PETERS, Ray G.

  PETERS, Gladys P.

Interlocutory Judg. # 39
Exhibit B.

2250

Parcel 93W-4, 8 & 9 - 28

That portion of the South Half of the Northeast Quarter of Section Eight (8), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  Beginning at the Southeast Corner of the Northeast Quarter of Section Eight (8), said Township and Range; thence South 89°57'53" West, 874.36 feet;  thence North 30°09' West, 633.93 feet;  thence North 50°51' East 184.72 feet;  thence North 88°41'40" East, 411.63 feet to the Northeast Corner of the South Half of the NOrtheast Quarter;  thence South 0°06'10" East along East line of said Northeast Quarter, 600 feet to point of beginning.

OWNERS:

BOUSLOG, Houston H.

KELLER, Robert H.

MONFORT, Gordon W.

Parcel 93W-4-30

The Southeast Quarter of the Southwest Quarter of Section Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California. EXCEPT that portion described as follows:  Beginning at the Northwest Corner thereof;  thence along North line South 89°32'30" East, 179.84 feet;  thence South 34°03' West, 334.03 feet to West line of said Southeast Quarter;  thence North 01°29'50" East along said West line, 275.41 feet to point of beginning.

OWNERS:

JENNINGS, Theodore F.

JENNINGS, Janice B.

Parcel 83W-8-33

The Southeast Quarter of the Northeast Quarter of Section Eight (8),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California EXCEPT
that portion described as follows:  Beginning at the Southwest Corner
of said Southeast Quarter of the Northeast Quarter;  thence North
0°45'40" West along West line thereof 1301.25 feet to the Northwest
Corner thereof;  thence along North line North 89°05' East, 496.18
feet;  thence South 30°09' West, 531.81 feet;  thence South 30°09'
East, 343.70 feet;  thence North 69°12'05" East, 951.10 feet;
thence South 39°53'30" East, 125.61 feet to East line of said
Section Eight (8);  thence North 89°51'40" West 262.23 feet;  thence
South 31°17'35" West 258.23 feet to a point in the South line of
the Southeast Quarter of the Northeast Quarter, distant thereon
396.75 feet from the Southeast Corner thereof;  thence along said
South line 958.71 feet to point of beginning.

OWNERS:

DETHLEFS, Walter E. Sr.,

DETHLEFS, Mary E.

Interlocutory Judg. #39
Exhibit B.

2252

Parcel 8&W, 9&3&4W - 35

The Survey Condemnation Area of Fallbrook Public Utility District
being those portions of Section Thirty-six (36), Township Eight (8)
South, Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California,  Sections Four (4),
Five (5), Eight (8), Nine (9), and Seventeen (17), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, and Sections One (1),
Six (6), Seven (7) and Twelve (12), Township Nine (9) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, bounded and described as follows:

Beginning at the point in Township Nine (9) South, Range Three
(3) West where the Southeast Corner of Section Seven (7), the South-
west Corner of Section Eight (8), the Northwest Corner of Section
Seventeen (17), and the Northeast Corner of Section Eighteen (18)
meet;  thence South 89°53'20" East, 65 feet;  thence North 02°35'
East, 451.19 feet;  thence North 49°00'10" East, 179.63 feet;
thence North 65°19' East, 347.21 feet;  thence South 64°36'50" East,
152.84 feet;  thence South 08°50'30" East, 657.24 feet to the North
line of Section Seventeen (17);  thence South 09°19'20" West, 529.0
feet;  thence North 46°54'20" East, 613.66 feet;  thence North 30°
59'40" East, 118.53 feet to South line of Section Eight (8);  thence
South 89°53'20" East, 1498.31 feet;  thence North 01°25'10" West,
1480.76 feet;  thence North 32°20'10" East, 877.90 feet;  thence
South 86°37'55" East, 667.11 feet;  thence South 54°41'45" East,
260.68 feet;  thence South 37°00'20" East, 759.58 feet;  thence
North 17°27'15" East, 207.97 feet;  thence North 19°18'10" East, 791.82
feet;  thence North 24°56'10" East, 366.17 feet to North line of the
Southeast Quarter of Section Eight (8);  thence North 31°17'35" East,
258.23 feet;  thence South 89°51'40" East, 688.46 feet into Section

-7-                    Interlocutory Judg. #39
                            Exhibit B.

2253

**Parcel 84W, 93&4W - 35 Continued**

Nine (9); thence North 53°26'15" East, 95.71 feet; thence North 27°56'40" West, 147.82 feet; thence North 72°38'50" West, 313.84 feet; thence North 20°32'40" West, 251.04 feet; thence North 39° 53'30" West, 199.30 feet, into Section Eight (8); thence South 69°12'05" West, 951.10 feet; thence South 30°09' West, 343.70 feet; thence North 30°09' East, 1165.74 feet; thence North 50°51' East, 184.72 feet; thence North 88°41'40" East, 411.63 feet to East line of Section Eight (8); thence North 0°06'10" West, along said East line 660 feet to the Northeast Corner of Section Eight (8), (also the North-west Corner of Section Nine (9); thence South 89°58'40" East, along North line of Section Nine (9), 251.13 feet; thence South 29°20'20" East, 161.48 feet; thence North 63°26' East, 163.39 feet; thence North 03°09' East, 67.71 feet to the North line of Section Nine (9); thence South 89°58'40" East along said North line, 213.38 feet; thence North 01°29'50" East, 306.91 feet in Section Four (4); thence North 57°32'42" East, 80.63 feet; thence North 54°27' East, 179.95 feet; thence North 60°44'20" East, 295.09 feet; thence North 14°18'30" East, 218.28 feet; thence North 34°03' East, 650.20 feet; thence North 50° 36' East, 345.13 feet; thence North 27°16'25" East, 309.00 feet; thence North 60°36' East, 154.38 feet; thence North 45°26'10" West, 205.72 feet; thence North 15°25'45" East, 183.19 feet; thence North 39°49' 15" East, 204.90 feet; thence North 33°18' East, 410 feet; thence North 60°18' West, 88.70 feet; thence North 25°24' East, 146.49 feet; thence North 37°47'20" East, 311.44 feet; thence North 58°54' East, 180.29 feet; thence North 58°54' East, 194.21 feet; thence North 56°40'30" East, 204.58 feet; thence North 83°59'30" East, 226.15 feet; thence South 76°09'30" East, 108.12 feet; thence South 68° 55'40" East, 109.56 feet; thence North 53°33' East, 167.68 feet; thence North 67°42'40" East, 390.42 feet; thence North 55°17'45"

Interlocutory Judg. #39
Exhibit P.

2254

**Parcel 84W, 93&4W - 35 Continued**

East, 316.70 feet;  thence North 19°06'40" East, 431.15 feet;  thence
North 07°00'50" East, 312.89 feet;  thence South 76°44'45" West,
484.48 feet;  thence South 29°49'05" West 205.14 feet;  thence South
73°26'30" West, 657.41 feet to the South line of the North Half of
the Northeast Quarter of Section Four (4);  thence South 88°38'50"
West, along said line 413.23 feet;  thence South 88°58'40" West,
1351.13 feet;  thence South 01°29'50" West, 1001.25 feet;  thence
South 27°55'05" West,, 652.16 feet;  thence South 17°30'30" East,
213.45 feet;  thence South 24°47'10" West, 312.41 feet;  thence South
42°45'25" East, 252.40 feet;  thence South 32°44'40" West, 594.73 feet;
thence South 68°13'10" West, 807.47 feet;  thence South 42°07'05" West,
364.46 feet into Section Five (5);  thence South 52°12' West, 182.11
feet;  thence South 58°51'25" West, 205.60 feet;  thence North 82°
44'35" West, 298.85 feet;  thence North 80°01'50" West, 498.81 feet;
thence South 42°22' West, 1411.75 feet, into Section Eight (8);  thence
South 28°31'55" East, 350.16 feet;  thence South 35°13' West, 764.10
feet;  thence South 83°58' West, 334.62 feet to North and South center
line of Section Eight (8);  thence South 31°38'50" West, 856.01 feet;
thence South 71°30'50" West, 443.18 feet;  thence South 57°20'50" West,
479.84 feet;  thence South 79°09'10" West, 325.39 feet to East and West
center line of Section Eight (8);  thence South 89°52'20" West along
said East and West Center line 959.47 feet to West line of Section
Eight (8);  thence North 28°35'25" East, 399.35 feet;  thence North
38°07'40" East, 489.21 feet;  thence North 55°01'40" East, 294.31 feet;
thence North 0°12'45" West, 464.17 feet;  thence North 77°23'35" West,
769.41 feet to West line of Section Eight (8) and East line of Section
Seven (7);  thence North 77°23'35" West, 645.00 feet;  in Section Seven
(7);  thence South 34°01' West, 296.80 feet;  thence North 30°31'30"
West, 199.71 feet;  thence South 66°36'30" West, 389.96 feet;  thence

Interlocutory Judg. #39
                                      Exhibit B.

2255

**Parcel 84W, 93&4W - 35 Continued**

South 84°32'30" West, 236.76 feet;  thence South 43°14' West, 204.20 feet to South line of North Half of the Northeast Quarter of Section Seven (7);  thence South 88°15' West along said South line 77.05 feet;  thence North 34°29' East, 202.80 feet;  thence North 26°11'40" West, 221.83 feet;  thence North 40°11' East, 214.51 feet;  thence South 88°52' East, 166.14 feet;  thence North 23°01'40" West, 520.54 feet;  thence South 38°07'30" West, 296.14 feet;  thence South 59°25'20" West, 249.38 feet;  thence North 82°47'35" West, 165.71 feet;  thence North 20°59' West, 276.39 feet;  thence North 58°48'50" East, 590.30 feet;  thence North 37°28'15" West, 159.90 feet, into Section Six (6);  thence North 05°40'15" East, 364.86 feet;  thence North 30°30'45" East, 198.14 feet;  thence North 47°02'10" West, 370.15 feet;  thence North 30°24'45" East, 631.56 feet;  thence North 83°26'35" West, 708.46 feet;  thence South 52°53'20" West, 193.29 feet;  thence South 32°36' West, 86.33 feet to North and South Center Line of Section Six (6);  thence South 01°47'27" West, along said North and South center line 530.92 feet;  thence South 27°47'15" West, 150.30 feet;  thence North 87°03' 25" West, 263.54 feet;  thence South 5°19'45" East, 289.25 feet;  thence South 22°19'40" West, 145.22 feet;  thence South 59°41'45" West, 533.70 feet to South line of Section Six (6);  thence North 89°25'40" West along said South line 130.34 feet;  thence North 31°12' West, 337.04 feet;  thence North 0°55'30" East, 824.68 feet;  thence South 83°02'35" West, 751.68 feet;  thence South 44°18'40" West, 1103.01 feet to West line of Section Six (6), and East line of Section One (1), at a point distant North 02°23'40" East, 215.84 feet from Southwest Corner of Section Six (6) and Southeast Corner of Section One (1);  thence North 02°23'40" East along said East line of Section One (1), 2213.99 feet;  thence South 24°35'40" West, 1090.44 feet;  thence North 15°09' West, 524.58 feet;  thence North 05°24'20" West, 398.15 feet;  thence North 48°36'

Interlocutory Judg. #59
Exhibit B.

**Parcel 84W, 93&4W - 35 Continued**

East, 474.09 feet to East and West center line of Section One (1); thence South 89°56'32" West along said East and West center line, 379.22 feet;  thence North 09°33'45" West, 314.65 feet;  thence North 36°19'10" West, 341.32 feet;  thence North 01°04'30" East, 194.48 feet;  thence North 85°20'50" East, 230.10 feet;  thence North 21° 45'05" West, 200.30 feet;  thence North 33°34'40" West, 263.06 feet; thence South 89°17'05" West, 181.60 feet;  thence North 50°31'50" West, 175.09 feet;  thence North 47°51'30" East, 312.45 feet;  thence North 52°06'05" East, 143.82 feet;  thence South 87°47'30" East, 126.29 feet;  thence North 07°41' East, 174.46 feet;  thence North 29°51' East, 107.98 feet;  thence North 60°59'35" East, 220.51 feet; thence North 69°08'40" East, 273.77 feet;  thence North 37°02'05" East, 511.25 feet;  thence North 22°40'05" East, 82.74 feet to East line of Section One (1);  thence North 02°37'40" East along said East line, 364.78 feet to Northeast Corner of Section One (1);  thence South 54°36'25" West, 665.40 feet;  thence North 88°28'45" West, 215.87 feet;  thence North 27°08'35" West, 405.85 feet to North line of Section One (1), and South line of Section Thirty-six (36);  thence North 27°08'35" West, 84.65 feet in Section Thirty-six (36);  thence North 15°52'25" West, 549.59 feet;  thence North 11°41' East, 336.27 feet;  thence North 13°13' West, 218.75 feet;  thence South 45°33'40" West, 316.25 feet;  thence North 81°24'30" West, 370.79 feet;  thence North 33°17' West, 501.44 feet;  thence South 89°22'25" West, 426.37 feet;  thence South 24°32'15" East, 327.49 feet;  thence South 29°46'50" East, 1279.37 feet to South line of Section Thirty-six (36) and North line of Section One (1);  thence South 89°07'06" West along said North line, 997.87 feet to North and South center line of Section One (1); thence South 01°41'44" West along said North and South center line, 2280.36 feet;  thence South 89°56'32" West, 660 feet;  thence South 01°41'44" West, 1129.16 feet;  thence North 89°56'32" East, 660 feet to North and South center line of Section One (1);  thence South 01°41'44"

-11-          Interlocutory Judg. #39
                    Exhibit B

Parcel 84W, 93&4W - 35 Continued

West, 800 feet to North line of the South Half of the Southeast Quarter
of Section One (1);  thence North 89°53'16" East along said North line,
1035.05 feet;  thence South 02°02'42" West, 1328.61 feet to South line
of Section One (1);  thence South 89°50' West along South line of Sec-
tion One (1) and North line of Section Twelve (12), 1027.41 feet to
North and South center line of Section Twelve (12);  thence South 0°
33'25" West along said North and South center line, 1434.28 feet to
South line of the North Half of the Northeast Quarter of Section Twelve
(12);  thence North 89°17'18" East along said South line, 1276.67 feet
to West line of East Half of the Northeast Quarter of Section Twelve
(12);  thence South 0°35'44" West along said West line, 1004.87 feet;
thence South 89°24'16" East, 313.06 feet;  thence South 0°35'54" West,
407.33 feet to East and West center line of Section Twelve (12);  thence
South 48°41'20" East, 522.33 feet;  thence South 45°25'50" East, 86.47
feet;  thence South 31°14' East, 72.30 feet;  thence South 85°56'50" East
415.84 feet;  thence North 06°13' East, 520.77 feet to East line of Sec-
tion Twelve (12) and West line of Section Seven (7);  thence North 12°
06'30" East, 445.46 feet, in Section Seven (7);  thence North 25°36'
East, 159.01 feet;  thence North 38°31' East, 125.02 feet;  thence North
36°52'30" East, 140.86 feet;  thence North 33°23' East, 123.10 feet;
thence North 71°29' East, 129.03 feet;  thence South 64°19' East, 236.17
feet;  thence South 31°24' East, 587.85 feet;  thence South 17°10' East,
228.07 feet;  thence South 09°13'30" West, 70.97 feet;  thence South
01°27' West, 452.10 feet;  thence South 33°52' East, 453.89 feet to
East line of the West Half of the Southwest Quarter of Section Seven
(7);  thence South 0°14'38" East, 422.15 feet along said East line
to the North line of the South Half of the Southwest Quarter of
Section Seven (7);  thence South 34°58'30" East, 810.93 feet;
thence South 33°06'20" East, 540.50 feet;  thence North 71°44'20"
East, 629.13 feet;  thence North 15°26'40" East, 710.11 feet;  thence

                    Interlocutory Judg. #39
                         Exhibit B.

                                              2258

**Parcel 84W, 93&4W - 35 Continued**

North 10°34'30" East, 354.11 feet;  thence North 33°24'30" East,
74.0 feet;  thence North 26°29'25" East, 440.98 feet;  thence North
43°06'45" East, 111.18 feet;  thence South 61°19'55" East, 294.12
feet;  thence South 11°45'35" East, 322.42 feet;  thence South 70°
52' East, 847.25 feet;  thence South 80°39'35" East, 175.42 feet;
thence South 68°51'45" East, 504.10 feet;  thence North 44°36'10"
East, 298.78 feet to East line of Section Seven (7) and West line
of Section Eight (8);  thence South 89°01' East, 122.33 feet in
Section Eight (8);  thence South 68°20'15" East, 116.40 feet;
thence South 17°32'50" West, 293.43 feet;  thence South 36°55'40"
West, 70.01 feet;  thence South 76°44'40" West, 151.01 feet into
Section Seven (7);  thence South 14°33'20" West, 222.55 feet;
thence South 04°56' East, 567.05 feet to Southeast Corner of
Section Seven (7) and point of beginning.

OWNERS:

FALLBROOK PUBLIC UTILITY DISTRICT

**Parcel 93W-4-40**

That portion of the Southwest Quarter of the Southwest Quarter
of Section Four (4), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San
Diego, State of California, described as follows:  Beginning at
the Southeast Corner of said Southwest Quarter of the Southwest
Quarter;  thence North 36°38'40" West, 615.69 feet;  thence
North 60°44'20" East 212.92 feet;  thence North 14°18'30" East
218.28 feet;  thence North 34°03' East 276.71 feet to the East
line of the Southwest Quarter of the Southwest Quarter;  thence
South 01°29'50" West, 1059.22 feet to point of beginning.

OWNERS:

SINGLETON, Louis J.

Interlocutory Judg. #39
                           Exhibit B.          2250

Parcel 83W-33 & 34 - 55

The Northwest Quarter of the Southeast Quarter; the South Half of the Southeast Quarter, and, the South Half of the Southwest Quarter of Section Thirty-three (33), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of River-side, State of California. Also, the Southwest Quarter of the Southwest Quarter of Section Thirty-four (34), said Townsip and Range.

OWNERS:

HENDERSON, Max M.

HENDERSON, Aurelie S.

Parcel 93W-4 & 5 - 56

That portion of the West Half of the Southwest Quarter of Section Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California; and, the Southeast Quarter of the Southeast Quarter of Section Five (5), said Township and Range, described as follows: Beginning at the Northwest Corner of the Southwest Quarter of said Section Four (4); thence North 89°03' East, 1136.50 feet; thence South 27°55'05" West, 159.89 feet; thence South 17°36'30" East, 213.45 feet; thence South 24°47'10" West, 312.41 feet; thence South 42°45'25" East 252.40 feet; thence South 32°44'40" West, 594.73 feet; thence South 68°13'10" West, 807.47 feet; thence South 42°07'05" West, 291.76 feet; thence North 11°49' West, 490.42 feet; thence North 89°25'50" East, 134.32 feet to Northeast Corner of the Southeast Quarter of the Southeast Quarter of Section Five (5); thence North 01°06'40" East, 1303.27 feet to point of beginning.

OWNERS:

JONES, Alex N.

JONES, Marilyn M.

JEFFRIES, George T.

JEFFRIES, Eleanor                     -13A-              Interlocutory Judg. #39
                                                          Exhibit B.

2260

Parcel 83W-34-57

The East Half of the Northeast Quarter of the Northwest Quarter of
the Southeast Quarter of Section Thirty-four (34), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:

TODD, Wallace M.

TODD, LeDoris M.

Parcel 83W-31 & 93W-6 - 60

The West Half of the Southeast Quarter;  the South Half of the South-
west Quarter;  the Northeast Quarter of the Southwest Quarter; and,
the Southeast Quarter of the Northwest Quarter of Section Thirty-one
(31), Township Eight (8) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.
EXCEPT the Westerly 165 feet of the Northeast Quarter of the South-
west Quarter.

OWNERS:

SAWDAY, Charles F.

SAWDAY, Ruth Cornell

CAREY, Arthur W.

CAREY, Inez Wagner

GOODWIN, Ewart W.

GOODWIN, Mary Alice

BRADSHAW, Paul D.

BRADSHAW, Margaret

Parcel 83W-31-61

The South Ten acres of Lot Three (3), ($S\frac{1}{2}$ of $S\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$) of
Section Thirty-one (31), Township Eight (8) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of Riverside,

Interlocutory Judg. # 39
Exhibit B.

2261

<u>Parcel 83W-31-61 Continued</u>

State of California.

<u>OWNERS:</u>

DI SILVESTRO, I.

LONG, C. R.

<u>Parcel 84W-25-66A</u>

Lots 1, 2, 4, 5 and South Half of the Southwest Quarter of Section
Twenty-five (25), Township Eight (8) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of Riverside, State of
California.

<u>OWNERS:</u>

YACKEY, George F.

YACKEY, Alma H.

<u>Parcel 83W-31-67</u>

Government Lot Six (6) and the Westerly 165 feet of the Northeast
Quarter of the Southwest Quarter of Section Thirty-one (31), Town-
ship Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

<u>OWNERS:</u>

SHIPPEE, Shirley R.

SHIPPEE, Kathryn E.

<u>Parcel 84W-36-71</u>

Section Thirty-six (36), Township Eight (8) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California, EXCEPT that portion of the Southerly Half des-
cribed as follows:  Beginning at a point in the South line of said
Section, distant 1779.85 feet Westerly from the Southeast Corner

Interlocutory Judg. # 39
Exhibit B.

2262

Parcel 84W-36-71 continued

of said Section Thirty-six (36); thence North 27°08'35" West, 84.65
feet; thence North 15°52'25" West, 549.59 feet; thence North 11°41'
East, 336.27 feet; thence North 13°13' West 218.75 feet; thence South
45°33'40" West, 316.25 feet; thence North 81°24'30" West, 370.79 feet;
thence North 33°17' West, 501.44 feet; thence South 89°22'25" West,
426.37 feet; thence South 24°32'15" East, 327.49 feet; thence South
29°46'50" East, 1279.37 feet to said South line of said Section; thence
Easterly along said South line 693.50 feet to point of beginning.

OWNERS:

        TAYLOR, Millicent Y.


Parcel 94W-1-77

The East Half of the Northeast Quarter of Section One (1), Township
Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California EXCEPT that portion
conveyed to Fallbrook Public Utility District described as follows:
Beginning at the Southwest Corner of said East Half of the Northeast
Quarter; thence along the South line thereof North 89°56'32" East,
631.27 feet; thence North 09°33'45" West 314.65 feet; thence North
36°19'10" West, 341.32 feet; thence North 01°04'30" East, 194.48
feet; thence North 85°20'50" East, 230.10 feet; thence North 21°
45'05" West, 200.30 feet; thence North 33°34'40" West, 263.06 feet;
thence South 89°17'05" West, 181.60 feet; thence North 50°31'50"
West, 175.09 feet; thence North 47°51'30" East, 312.45 feet;
thence North 52°06'05" East, 143.82 feet; thence South 87° 47'
30" East, 126.29 feet; thence North 07°41' East, 174.46 feet;
thence North 29°51' East, 107.98 feet; thence North 60°59'35"
East, 220.51 feet; thence North 69°08'40" East, 273.77 feet;
thence North 37°02'05" East, 511.25 feet; thence North 22°40'
05" East, 82.74 feet to East line of said Northeast Quarter;

                        -16-            Interlocutory Judg. #39
                                              Exhibit B.

**Parcel 94W-1-77 Continued**

~~thence North 02°40'05" East, 82.74 feet to East line of said Northeast~~

~~Quarter;~~   thence North 02°37'40" East along said East line, 364.29 feet

to the Northeast Corner of said Northeast Quarter;   thence South 54°56'

25" West, 665.40 feet;   thence North 88°28'45" West, 215.87 feet;   thence

North 27°08'35" West, 405.85 feet to North line of said Northeast Quar-

ter;   thence South 88°52'34" West along said North line 374.09 feet to

the Northwest Corner of said East Half of the Northeast Quarter;   thence

South 02°10'15" West along West line of said East Half, 2902.35 feet

to point of beginning.  Also, the North Half of the Southeast Quarter

of said Section One (1) EXCEPT that portion conveyed to Fallbrook Public

Utility District, described as follows:  Beginning at the Northeast

Corner of said Southeast Quarter;   thence South 02°37'40" West along

East line of said Southeast Quarter, 225.23 feet;   thence South 24°

35'40" West, 1090.44 feet;   thence North 15°09' West, 524.58 feet;

thence North 05°24'20" West, 398.15 feet;   thence North 48°36' East,

474.09 feet to North line of the North Half of the Southeast Quarter;

thence North 89°56'32" East along said North line 282.21 feet to point

of beginning.

OWNERS:

      SILL, Charles F.

      SILL, Pauline H.


**Parcel 93W-6-78**

Lot Four (4) (NW¼ of NW¼) of Section Six (6), Township Nine (9) South,

Range Three (3) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California.

OWNERS:

      MASON, Roland G.

      MASON, Marion R.

Interlocutory Judg. # 39
Exhibit B.

2264

Parcel 94W-12-88

The Northwest Quarter of the Southeast Quarter; and, the Southwest Quarter of the Northeast Quarter of Section Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

WAGENAAR, John L.

WAGENAAR, Mary Agenes


Parcel 94W-12-89

All of the Southeast Quarter of the Southwest Quarter of Section Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, lying Easterly of the U. S. Naval Reservation (formerly the Rancho Santa Margarita y Las Flores). Also, all of the South Half of the Southeast Quarter, and all of the North-east Quarter of the Southeast Quarter of said Section Twelve (12), EXCEPT that portion conveyed to Fallbrook Public Utility District by deed recorded in Book 6170 at page 149, Official Records of San Diego County, described as follows: Beginning at the Northeast Corner of the Northeast Quarter of the Southeast Quarter of said Section Twelve (12); thence South 88°25'50" West 962.84 feet; thence South 48°41'20" East, 522.33 feet; thence South 45°25'50" East, 86.47 feet; thence South 31°14' East, 72.30 feet; thence South 85°56'50" East, 415.84 feet; thence North 6°13' East 520.77 feet to the point of beginning.

OWNERS:

MOTT, Milton

MOTT, Edith

HILBERT, Lucile M.

HILBERT, William R.

-18-

Interlocutory Judg. #39
Exhibit B.

2285

Parcel 94W-12-90

The South 417.42 feet of the West 313.06 feet of the Southeast
Quarter of the Northeast Quarter of Section Twelve (12), Town-
ship Nine (9) South, Range Four (4) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California.
EXCEPT the Southerly 20 feet of the Westerly 104 feet of the
said Southeast Quarter of the Northeast Quarter.

OWNERS:

 TURNBULL, James O.

 TURNBULL, Betty Lucille

Parcel 93W-8-104

The Southeast Quarter of the Northwest Quarter of Section Eight
(8), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of
California EXCEPT that portion described as follows:  Beginning
at the Southwest Corner of said Southeast Quarter of the North-
west Quarter;  thence North 01°02'50" West along West line thereof
98.47 feet;  thence North 57°20'50" East, 406.29 feet;  thence
North 71°30'50" East, 443.18 feet;  thence North 31°38'50" East,
856.01 feet;  thence North 44°36'20" East, 139.81 feet to the
Northeast Corner of said Southeast Quarter of the Northwest
Quarter;  thence Southerly along East line thereof 1282.63 feet
to the Southeast Corner thereof;  thence South 89°52'20" East
along South line thereof 1340.25 feet to point of beginning.

OWNERS:

 HAYES, Richard L.

 HAYES, Grace E.

Interlocutory Judg. #39
Exhibit B.

2266

Parcel 93W-17, 5; and 93W-8, 11X1

Those portions of the Northwest Quarter of the Northeast Quarter
of Section Seventeen (17), and the Southeast Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, described as follows:  Beginning
at the Northwest Corner of the Northeast Quarter of Section
Seventeen (17);  thence along the West line of said Northeast
Quarter South 1°12'40" West, 375.08 feet;  thence parallel with
the North line of Section Seventeen (17), South 89°58'40" East
737.37 feet;  thence North 57°45'50" East 702.62 feet to the
Northeast corner of the Northwest Quarter of the Northeast
Quarter of said section;  thence along the West line of the
Southeast Quarter of the Southeast Quarter of Section Eight (8)
North 0°41' West 1051.33 feet to a point distant South 0°41' East
300 feet from the Northwest Corner of said Southeast Quarter of
the Southeast Quarter;  thence parallel with the North line of
said Southeast Quarter of the Southeast Quarter North 89°57'
East 662.07 feet;  thence parallel with the West line of said
Southeast Quarter of the Southeast Quarter North 0°41' West 300
feet to the North line of said Southeast Quarter of the Southeast
Quarter;  thence along said North line South 89°57' West to the
West line of the East 30 acres of the North Half of the South-
east Quarter of Section Eight (8);  thence North along said
West line to the South line of land conveyed to Fallbrook Public
Utility District by deed dated 10-14-55, recorded in Book 5891 at
page 27 of Official Records;  thence along said South line of
Fallbrook lands North 37°00'20" West 610.15 feet;  thence North
54°41'45" West 260.68 feet;  thence North 86°37'55" West 667.11
feet;  thence South 32°20'10" West 877.90 feet to the West line
of the Southeast Quarter of Section Eight (8);  thence South
along said West line to the point of beginning.

Parcel 93W-17, 5; and 93W-8, 11X1 Continued

OWNERS:

      STENTON, Fred J.

      STENTON, Florence M.

Parcel 93W-7 - 15X1

    The East Half of the Northwest Quarter of the Southeast Quarter, and the Westerly 300 feet of the Northeast Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, lying Southerly of a line described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Southeast Quarter, distant South 1°27'44" West 227.59 feet from the Northeast Corner of the Northwest Quarter of the Southeast Quarter;  thence South 72°46' West 700.10 feet;  thence South 0°54' West 241.83 feet;  thence North 88°24'50" East 66.82 feet;  thence South 0°53'22" West 86.28 feet to the true point of beginning;  thence South 61°19'55" East 186.24 feet;  thence South 11°45'35" East 322.42 feet;  thence South 70°52' East 455.61 feet to the end of said line in the North Half of the Southeast Quarter of Section Seven (7).

OWNERS:

      KUNKEL, A. O.

      KUNKEL, Ada J.

Interlocutory Judg. #39
Exhibit B.

2268

LANDS RIPARIAN TO SANTA MARGARITA RIVER

WITHIN SANTA MARGARITA RIVER WATERSHED BELOW

TEMECULA GORGE AND ABOVE BOUNDARY OF NAVAL ENCLAVE
- - - - - - - - - - -

Parcel 83W, 84W & 93W - 1

S½ of NW¼; W½ of NE¼; SE¼ of NE¼; NE¼ of SE¼; and, S½ of SW¼, Sec. 33, T8S, R3W.

Apparent Owner:   UNITED STATES OF AMERICA

Gross Acreage       320.0          Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 83W-23 & 24 - 3

Lots 1, 2, 3 & 4, Sec. 23, T8S, R3W
Lot 6, Sec. 24, T8S, R3W.
Portion of Temecula Rancho within Santa Margarita River Watershed below Temecula Gorge and Above Boundary of Naval Enclave.

Apparent Owner:   VAIL COMPANY, INC.

Gross Acreage *                    Wells:

Irrigable Acreage

Surface Diversions:

*Covered in Interlocutory Judgment No. 35

---

Parcel 83W-93W-4

Frac. Sec. 22, T8S, R3W
Lot 5 & SW¼ of SE¼, Sec. 23, T8S, R3W
NW¼; N½ of SW¼; SW¼ of NE¼; NW¼ of SE¼, Sec. 26, T8S, R3W.
N½ of NE¼; SE¼ of NE¼; NE¼ of SE¼; S½ of SW¼, Sec. 27, T8S, R3W.
S½ of SE¼ & NE¼ of SE¼ of Frac. Sec. 28, T8S, R3W.
NE¼ of NE¼, Sec. 33, T8S, R3W.
N½ of NW¼, Sec. 34, T8S, R3W.
Lot 1 (NE¼ of NE¼), Sec. 4, EXC por daf: Beg at SW Cor of NE¼ of NE¼; th N 02°06'50" E. 402.23'; th N 76°44'45" E 224.85'; th S 07°00'50" W, 312.89'; th S 19°06'40" W, 147.62' to S li of NE¼ of NE¼; th S 88°38'50" W alng sd S li, 147.19' to pob.

Interlocutory Judg. #39
Exhibit XXXXX C-1

3269

Parcel 83W-93W-4

Apparent Owners:     MURRAY SCHLOSS FOUNDATION, Trustees of

Gross Acreage        2,365.5         Wells:      None

Irrigable Acreage      86.0

Surface Diversions:

    None

---

Parcel 83W-26-4A

    NW¼ of NW¼ of Sec. 26, R8S, R3W

Apparent Owners:     SHANE, E. & Gussie

Gross Acreage                         Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 83W-27-5

    SW¼ of NE¼; and, NW¼ of SE¼, Sec. 27, T8S, R3W.

Apparent Owner:      BOGART, Guy

Gross Acreage                         Wells:

Irrigable Acreage

Surface Diversions:

-2-                    Interlocutory Judg. # 39
                       Exhibit WORK C-1

2270

Parcel 83W-27-6

SW¼ of SE¼, Sec. 27, T8S, R3W

Apparent Owner:     GILLILAND, Margaret Ellen

Gross Acreage                    Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 93W-3&4 - 21

Por. of S½ of NE¼, Sec. 4, T9S, R3W, daf:  Beg at NE Cor of sd S½; th S 88°38'50" W, 1236.35'; th S 19°06'40" W, 245.69'; th S 53°49' E, 1612.97' to E li of sd S½; th N 0°41'10" E alng sd E li 1213.65' to pob

Apparent Owner:     MORTZ, Paul D.

Gross Acreage     21.5          Wells:    93W-4G1

Irrigable Acreage     1.4

Surface Diversions:

---

Parcel 93W-4-22

Lots 2 & 3 (NW¼ of NE¼ & NE¼ of NW¼) of Sec. 4, T9S, R3W, EXC por of Lot 2 daf:  Beg at SE Cor of sd Lot 2; th N 02°06'50" E, 402.23'; th S 76°44'45" W, 259.63'; th S 29°49'05" E, 205.14'; th S 73°26'30" E, 657.41' to S li sd Lot 2; th N 88°38'50" W, 970.31' to pob.

Apparent Owner:     MARSHALL, John W.

Gross Acreage                    Wells:

Irrigable Acreage

Surface Diversions:

-3-              Interlocutory Judg. #39
                 Exhibit AXXX C-1

2271

Parcel 93W-4-26

Por of Sec. 4, T9S, R3W, daf:  Beg at pt in S li of N½, Sec. 4, dist. S 89°03' W, 2186.68' fr SE Cor of sd N½; th N 58°09'50" W, 947.96'; th S 37°47'20" W, 311.44'; th S 25°24' W, 146.49'; th S 60°18'E, 88.70'; th S 65°42' E, 380.55'; th N 39°36' E, 345.40'; th N 25°26' E, 101.37'; th N 01°18'40" E, 53.62' to pt on S li of sd N½, dist. 595.46' fr pob; th S 89°03' W, 595.46' to pob.

Apparent Owners:       PETERS, Ray G. & Gladys P.

Gross Acreage          12.0                       Wells: 93W-4F1

Irrigable Acreage      10.0

Surface Diversions:

Parcel 93W-4,8,&9-28 ——————————————————————————————

Beg at SE Cor of NE¼ of Sec 8, T9S, R3W; th S 89°57'53" W, 874.36'; th N 30°09' W, 633.93'; th N 50°51' E, 184.72'; th N 88°41'40" E, 411.63' to NE Cor of S½ of NE¼; th S 0°06'10" E alng E li sd NE¼, 600' to pob.

Apparent Owners:       BOUSLOG, Houston H.
                       MONFORT, Gordon W.
                       KELLER, Robert H.

Gross Acreage                                     Wells:

Irrigable Acreage

Surface Diversions:

Parcel 93W-4-30

SE¼ of SW¼, Sec. 4, T9S, R3W, EXC por daf:  Beg at NW Cor thereof; th alng N li S 89°32'30" E, 179.84'; th S 34°03' W, 334.03' to W li of sd SE¼; th N 01°29'50" E alng sd W li, 275.41' to pob.

Apparent Owners:       JENNINGS, Theodore F. & Janice B.

Gross Acreage          39.5                       Wells: 93W-4N1

Irrigable Acreage      23.6

Surface Diversions:

Parcel 93W-8-33

SE¼ of NE¼ of Sec. 8, T9S, R3W EXC por daf:  Beg at SW Cor of SE¼ of NE¼; th N 0°45'40" W alng W li 1301.25' to NW Cor thereof; th alng N li N 89°05' E. 496.18'; th S 30°09' W, 531.81'; th S 30°09' E, 343.70'; th N 69°12'05" E, 951.10'; th S 39°53'30" E, 125.61' to E li of sd Sec 8; th N 89°51'40" W, 262.23'; th S 31°17'35" W, 258.23' to pt in S li of SE¼ of NE¼, dist thereon 396.75' fr SE Cor thereof; th alng sd S li 958.71' to pob.

Apparent Owners:      DETHLEFS, Walter E., Sr. & Mary E.

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 84W, 93 & 4 W - 35

That portion of The Survey Condemnation Area of Fallbrook Public Utility District in Sec 4, 5, 6, 7, 8 & 9, T9S, R3W, and Sec. 12, T9S, R4W.

Apparent Owner:      FALLBROOK PUBLIC UTILITY DISTRICT

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:

---

Beg at SE Cor of SW¼ of SW¼ of Sec 4, T9S, R3W; th N 36°38'40" W, 615.69'; th N 60°44'20" E, 212.92'; th N 14°18'30" E, 218.28'; th N 34°03' E, 276.71' to E li of SW¼ of SW¼; th S 01°29'50" W, 1059.22' to pob.

Apparent Owner:      SINGLETON, Louis J.

Gross Acreage                                      Wells:

Irrigable Acreage

Surface Diversions:

Parcel 83W-33 & 34 - 55

NW$\frac{1}{4}$ of SE$\frac{1}{4}$; S$\frac{1}{2}$ of SE$\frac{1}{4}$; and, S$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 33, T8S, R3W.

Apparent Owners:     HENDERSON, Max M. & Aurelie S.

Gross Acreage        200.0                   Wells: 83W-33Q11

Irrigable Acreage    21.5

Surface Diversions:

---

Parcel 93W-4 & 5 - 56

Beg at the NW Cor of SW$\frac{1}{4}$ of Sec 4, T9S, R3W; th N 89°03' E,
1136.50'; th S 27°55'05" W, 159.89'; th S 17°36'30" E, 213.45';
th S 24°47'10" W, 312.41'; th S 42°45'25" E, 252.40'; th S
32°44'40" W, 594.73'; th S 68°13'10" W, 807.47'; th S 42°07'05"
W, 291.76'; th N 11°49' W, 490.42'; th N 89°25'50" E, 134.32'
to NE Cor of SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec 5; th N 01°06'40" E, 1303.27'
to pob.

Apparent Owners:     JONES, Alex N. & Marilyn M.

Gross Acreage                                Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 94W-12-88

NW$\frac{1}{4}$ of SE$\frac{1}{4}$; and, SW$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 12, T9S, R4W.

Apparent Owners:     WAGENAAR, John L. & Mary Agenes

Gross Acreage                                Wells:

Irrigable Acreage

Surface Diversions:

Parcel 94W-12-89

All of $SE\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 12, T9S, R4W, lying Ely of U. S. Naval Reservation (formerly Rho Santa Margarita y Las Flores). Also, all of $S\frac{1}{2}$ of $SE\frac{1}{4}$; and $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec. 12, EXC that por conv to FPUD by deed recorded in Book 6170 at page 149 OR of San Diego Snty, daf: Beg at NE Cor of $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of sd Sec. 12; th S 88° 25'50" W, 962.84'; th S 48°41'20" E, 522.33'; th S 45°25'50" E, 86.47'; th S 31°14' E, 72.30'; th S 85°56'50" E, 415.84'; th N 6°13' E, 520.77' to pob.

Apparent Owners:        MOTT, Milton & Edith
                        HILBERT, William R. & Lucile M.

Gross Acreage                                   Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 94W-12-90

S 417.42' of W 313.06' of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 12, T9S, R4W EXC Sly 20' of Wly 104' of sd $SE\frac{1}{4}$ of $NE\frac{1}{4}$.

Apparent Owners:    TURNBULL, James O. & Betty Lucille

Gross Acreage        2.9                   Wells: 94W-12H1 - Domestic

Irrigable Acreage     .7

Surface Diversions:

---

Parcel 93W-8-104

$SE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec 8, T9S, R3W EXC that por daf:  Beg at SW Cor of sd $SE\frac{1}{4}$ of $NW\frac{1}{4}$; th N 01°02'50" W alng W li thereof 98.47'; th N 57°20'50" E, 406.29'; th N 71°30'50" E, 443.18'; th N 31° 38'50" E, 856.01'; th N 44°36'20" E, 139.81' to NE Cor of sd $SE\frac{1}{4}$ of $NW\frac{1}{4}$; th Sly alng E li thereof 1282.63' to SE Cor thereof; th S 89°52'20" E alng S li thereof 1340.25' to pob.

Apparent Owners:    HAYES, Richard L. and Grace E.

Gross Acreage                                   Wells:

Irrigable Acreage

Surface Diversions:

Parcel 93W-17, 5; and 93W-8, 11X1

Beg at NW Cor of NE¼ of Sec 17, T9S, R3W; th alng W li of sd NE¼
S 1°12'40" W, 375.08'; th p/w N li Sec 17, S 89°58'40" E, 737.37';
th N 57°45'50" E, 702.62' to NE Cor of NW¼ of NE¼ of sd Sec; th
alng W li of SE¼ of SE¼ of Sec 8, T9S, R3W, N 0°41' W, 1051.33'
to pt dist S 0°41' E, 300' fr NW Cor of sd SE¼ of SE¼; th p/w N
li of sd SE¼ of SE¼ N 89°57' E, 662.07'; th p/w W li of sd SE¼
of SE¼ N 0°41' W, 300' to N li of sd SE¼ of SE¼; th alng sd N
li S 89°57' W to W li of E 30 acres of N½ of SE¼ of Sec 8; th
N alng sd W li to S li of land conv to FPUD by deed 10-14-55,
5891/27 OR; th alng sd S li of FPUD lands N 37°00'20" W, 610.15';
th N 54°41'45" W, 260.68'; th N 86°37'55" W, 667.11'; th S 32°20'10"
W, 877.90' to W li of SE¼ of Sec 8; th S alng sd W li to pcb.

Apparent Owners:     STENTON, Fred J. & Florence M.

Gross Acreage                        Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 93W-7-15X1

E½ of NW¼ of SE¼, and Wly 300' of NE¼ of SE¼ of Sec 7, T9S, R3W,
lying Sly of li daf:  Beg at pt in E li of NW¼ of SE¼, dist S
1°27'44" W, 227.59' fr the NE Cor of NW¼ of SE¼; th S 72°46' W,
700.10'; th S 0°54' W, 241.83'; th N 88°24'50" E, 66.82'; th S
0°53'22" W, 86.28' to true pcb. Th S 61°19'55" E, 186.24'; th
S 11°45'35" E, 322.42'; th S 70°52' E, 455.61' to end of sd li
in N½ of SE¼ of Sec 7.

Apparent Owners:     KUNKEL, A. O. and Ada J.

Gross Acreage                        Wells:

Irrigable Acreage

Surface Diversions:

Interlocutory Judg. #39
Exhibit XXX C-1          2278

LANDS RIPARIAN TO STONE CREEK

WITHIN SANTA MARGARITA RIVER WATERSHED BELOW

TEMECULA GORGE AND ABOVE BOUNDARY OF NAVAL ENCLAVE

- - - - - - - - - - - -

Parcel 83W-93W-4

SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 26, T8S, R3W.
NE$\frac{1}{4}$ of SW$\frac{1}{4}$; SE$\frac{1}{4}$ of SW$\frac{1}{4}$; S$\frac{1}{2}$ of SE$\frac{1}{4}$; and, NW$\frac{1}{4}$ of SE$\frac{1}{4}$, EXC E$\frac{1}{2}$ of NE$\frac{1}{4}$ of
NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 34, T8S, R3W.
NE$\frac{1}{4}$ of NW$\frac{1}{4}$; NE$\frac{1}{4}$; and, W$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 35, T8S, R3W
N$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 3, T9S, R3W.
That por. of Lot 1 (NE$\frac{1}{4}$ of NE$\frac{1}{4}$) of Sec. 4, T9S, R3W as described in
Exhibit A-1.

Apparent Owners:      MURRAY SCHLOSS FOUNDATION, Trustees of.

Gross Acreage        636.35              Wells:

Irrigable Acreage     35.0

Surface Diversions:

---

Parcel 83W-34 & 35 - 7

S$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 35, T8S, R3W.  Also, NE$\frac{1}{4}$ of SE$\frac{1}{4}$; and, SE$\frac{1}{4}$ of
NE$\frac{1}{4}$ of Sec. 34, T8S, R3W.

Apparent Owners:      RIDENOUR, Ralph O. & Myrtle E.

Gross Acreage                            Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 83W-35-8

NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 35, T8S, R3W

Apparent Owners:      CARTER, John T. & Helen C.

Gross Acreage                            Wells:

Irrigable Acreage

Surface Diversions:

-1-                    Interlocutory Judg. #39
                       Exhibit No. C-2

?277

Parcel 83W-33 & 34 - 55

SW¼ of SW¼ of Sec. 34, T8S, R3W.

Apparent Owners:     HENDERSON, Max M. & Aurelie S.

Gross Acreage        70.0                    Wells: 83W-34N1 - Dry

Irrigable Acreage     1.0

Surface Diversions

---

Parcel 83W-34-57

E½ of NE¼ of NW¼ of SE¼ of Sec. 34, T8S, R3W

Apparent Owners:     TODD, Wallace M. & LeDoris M.

Gross Acreage                                Wells:

Irrigable Acreage

Surface Diversions

-2-                          Interlocutory Judg. #39
                             Exhibit XXX C-2

                                        2278

## LANDS RIPARIAN TO BRIANS CREEK

### WITHIN SANTA MARGARITA RIVER WATERSHED BELOW

### TEMECULA GORGE AND ABOVE BOUNDARY OF NAVAL ENCLAVE

- - - - - - - - - - - - -

Parcel 83W, 84W, 93W - 1

   Lots 1 & 2, Sec. 31, T8S, R3W.

Apparent Owner:   UNITED STATES OF AMERICA

Gross Acreage     29.24         Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 84W, 93 & 4W - 35

That portion of the Survey Condemnation Area of Fallbrook Public Utility District in Sec. 1, T9S, R4W.

Apparent Owner:   FALLBROOK PUBLIC UTILITY DISTRICT

Gross Acreage               Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 83W-31 & 93W-6-60

   $W\frac{1}{2}$ of $SE\frac{1}{4}$; $S\frac{1}{2}$ of $SW\frac{1}{4}$; $NE\frac{1}{4}$ of $SW\frac{1}{4}$; and, $SE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 31, T8S, R3W EXC Wly 165' of $NE\frac{1}{4}$ of $SW\frac{1}{4}$.

Apparent Owners:   SAWDAY, Charles F. & Ruth Cornell
                     CAREY, Arthur W. & Inez Wagner
                     GOODWIN, Ewart W. & Mary Alice
                     BRADSHAW, Paul D. & Margaret

Gross Acreage     189.0         Wells: 83W-31P1 - Dug, domestic
                                   31P2 - Dug, irrigation

Irrigable Acreage   71.6

Surface Diversions:

    Reservoir - 883W-31L - Capacity 24.4 A.F.
                 31L - Capacity 19.0 A.F.

Interlocutory Judg. #39
Exhibit A C-3

Parcel 83W-31-61

The S. 10 acres of Lot 3, (S$\frac{1}{2}$ of S$\frac{1}{2}$ of NE$\frac{1}{4}$ of NW$\frac{1}{4}$) of Sec. 1, T8S, R3W.

Apparent Owners:          DI SILVESTRO I.
                          LONG, C. R.

Gross Acreage             10.0            Wells:  None

Irrigable Acreage         None

Surface Diversions:       None

---

Parcel 83W-31-67

Govt. Lot 6, and Wly 165' of NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 31, T8S, R3W

Apparent Owners:          SHIPPEE, Shirley R. & Kathryn E.

Gross Acreage                              Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 84W-36-71

SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 36, T8S, R4W.

Apparent Owner:           TAYLOR, Millicent Y.

Gross Acreage             40.0            Wells:

Irrigable Acreage         None

Surface Diversions:       None

-2-                 Interlocutory Judg. #39
                        Exhibit XX C-3

                                    2280

Parcel 94W-1-77

E½ of NE¼ of Sec. 1, T9S, R4W, EXC that portion conveyed to Fallbrook
Public Utility District.

Apparent Owners:     SILL, Charles F. & Pauline H.

Gross Acreage                   Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 93W-6-78

Lot 4 (NW¼ of NW¼) Sec. 6, T9S, R3W.

Apparent Owners:     MASON, Roland G. & Marion R.

Gross Acreage                   Wells:

Irrigable Acreage

Surface Diversions:

Interlocutory Judg. #39
Exhibit XXX C-3

2281

LANDS RIPARIAN TO SANDIA CREEK

WITHIN SANTA MARGARITA RIVER WATERSHED BELOW

TEMECULA GORGE AND ABOVE BOUNDARY OF NAVAL ENCLAVE

- - - - - - - - - - - - - - -

That portion of the Santa Rosa Grant within Sandia Creek Watershed.

Apparent Owners:     VAIL COMPANY, INC.

Covered in Interlocutory Judgment No. 35.

---

Parcel 84W-93 & 94W - 35

That portion of The Survey Condemnation Area of Fallbrook Public
Utility District in Sections 25 & 36, T8S, R4W, and Sections 1 & 12,
T9S, R4W.

Apparent Owner:     FALLBROOK PUBLIC UTILITY DISTRICT

Gross Acreage                          Wells:

Irrigable Acreage

Surface Diversions:

---

Parcel 84W-25-66A

Lots 1, 2, 4, 5 & S$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 25, T8S, R4W.

Apparent Owners:     YACKEY, George F. & Alma H.

Gross Acreage    206.6          Wells: 84W-25Q1 - Domestic
                                        25Q2 - Domestic & Irri.
Irrigable Acreage    68.1                25Q3 - Not used

Surface Diversions:

25Q1 Capacity 3 A.F.
25Q2 Capacity 5 A. F.

-1-                    Interlocutory Judg. #39
                       Exhibit XXX C-4

2282

Parcel 84W-36-71

Sec. 36, T8S, R4W, EXC that por of Sly ½ daf:  Beg at pt in S li of sd Sec. dist. 1779.85' Wly fr SE Cor of sd Sec. 36; th N 27°08' 35" W, 84.65'; th N 15°52'25" W, 549.49'; th N 11°41' E, 336.27'; th N 13°13' W, 218.75'; th S 45°33'40" W, 316.25'; th N 81°24'30" W, 370.79'; th N 33°17' W, 501.44'; th S 89°22'25" W, 426.37'; th S 24° 32'15" E, 327.49'; th S 29°46'50" E, 1279.37' to sd S li of sd Sec; th Ely alng sd S li 693.50' to pob.

Apparent Owners:      TAYLOR, Millicent Y.

Gross Acreage          616.0          Wells: 84W-36D1 - Not used

Irrigable Acreage      28.7

Surface Diversions:

36D1 Masonary
36D2 Capacity 45,000 Gallons

————————————————

Parcel 94W-1-77

For description and acreage see Exhibit A-3

-2-          Interlocutory Judg. #39
             Exhibit XXX C-4

2282

<u>PARCELS WHERE PORTION ABUTTING UPON THE STREAM WERE</u>

<u>SOLD TO F.P.U.D. BUT RIPARIAN RIGHTS WERE RESERVED.</u>

<u>SANDIA CREEK</u>

Parcel 94W-1-77:

The East Half of the Northeast Quarter of Section One (1), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT that portion conveyed to Fallbrook Public Utility District, described as follows:  Beginning at the Southwest Corner of said East Half of the Northeast Quarter;  thence along South line thereof North 89°56'32" East, 631.27 feet;  thence North 09°33'45" West 314.65 feet;  thence North 36°19'10" West 341.32 feet;  thence North 01°04'30" East, 194.48 feet;  thence North 85°20'50" East, 230.10 feet;  thence North 21°45'05" West, 200.30 feet;  thence North 33°34'40" West, 263.06 feet;  thence South 89°17'05" West, 181.60 feet;  thence North 50°31'50" West, 175.09 feet;  thence North 47°51'30" East, 312.45 feet;  thence North 52°06'50" East, 143.82 feet;  thence South 87°47'30" East, 126.29 feet;  thence North 07°41' East, 174.46 feet;  thence North 29°51' East, 107.98 feet;  thence North 60°59'35" East, 220.51 feet;  thence North 69°08'40" East, 273.77 feet;  thence North 37°02'05" East, 511.25 feet;  thence North 22°40'05" East, 82.74 feet to East line of said Northeast Quarter;  thence North 02°37'40" East along said East line, 364.29 feet to the Northeast Corner of said Northeast Quarter;  thence South 54° 56'25" West, 665.40 feet;  thence North 88°28'45" West, 215.87 feet;  thence North 27°08'35" West, 405.85 feet to North line of said Northeast Quarter;  thence South 88°52'34" West along said North line 374.09 feet to the Northwest Corner of said East Half of the Northeast Quarter;  thence South 02°10'15" West along West line of said East Half, 2902.35 feet to point of beginning.  Also, the North Half of the Southeast Quarter of said Section One (1) EXCEPT that portion

Parcel 94W-1-77 Continued:

conveyed to Fallbrook Public Utility District, described as follows: Beginning at the Northeast Corner of said Southeast Quarter; thence South 02°37'40" West along East line of said Southeast Quarter, 225.23 feet; thence South 24°35'40" West, 1090.44 feet; thence North 15°09' West, 524.58 feet; thence North 05°24'20" West, 398.15 feet; thence North 48°36' East, 474.09 feet to North line of North Half of Southeast Quarter; thence North 89°56'32" East along said North line 282.21 feet to point of beginning.

OWNERS:

SILL, Charles F. & Pauline H.


### SANTA MARGARITA RIVER

Parcel 93W-3&4 - 21

That portion of the South Half of the Northeast Quarter of Section Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: Beginning at the Northeast Corner of said South Half; thence South 88°38'50" West 1236.35 feet; thence South 19°06'40" West, 245.69 feet; thence South 53°49' East, 1612.97 feet to East line of said South Half; thence North 0°41'10" East along said East line 1213.65 feet to point of beginning.

OWNERS:

MORTZ, Paul D.

Parcel 93W-4-26:

That portion of Section Four (4), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: Beginning at a point in the South line of the North Half of Section Four (4) distant South 89°03' West 2186.68 feet from the Southeast Corner

Parcel 93W-4-26 Continued:

of said North Half;  thence North 58°09'50" West 947.96 feet;
thence South 37°47'20" West 311.44 feet;  thence South 25°24'
West 146.49 feet;  thence South 60°18' East 88.70 feet;  thence
South 65°42' East 380.55 feet;  thence North 39°36' East 345.40
feet;  thence North 25°26' East 101.37 feet;  thence North 01°18'
40" East 53.62 feet to a point on South line of said North Half
distant 595.46 feet from point of beginning;  thence South 89°03'
West 595.46 feet to point of beginning.

OWNERS:

PETERS, Ray G. & Gladys P.

Parcel 93W-4, 8 & 9 - 28:

That portion of the South Half of the Northeast Quarter of
Section Eight (8), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, described as follows:  Beginning
at the Southeast Corner of the Northeast Quarter of Section
Eight (8); thence South 89°57'53" West, 874.36 feet;  thence
North 30°09' West, 633.93 feet;  thence North 50°51' East
184.72 feet;  thence North 88°41'40" East, 411.63 feet to the
Northeast Corner of the South Half of the Northeast Quarter;
thence South 0°06'10" East along East line of said Northeast
Quarter, 600 feet to point of beginning.

OWNERS:

BOUSLOG, Houston H.

KELLER, Robert H.

MONFORT, Gordon W.

Interlocutory Judg. #39
Exhibit "D"

2286

Parcel 93W-4-30:

    The Southeast Quarter of the Southwest Quarter of Section Four
(4), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of
California EXCEPT that portion described as follows:  Beginning
at the Northwest Corner thereof;  thence along North line South
89°32'30" East, 179.84 feet;  thence South 34°03' West, 334.03
feet to West line of said Southeast Quarter;  thence North 01°
29'50" East along said West line, 275.41 feet to point of be-
ginning.

OWNERS:

    JENNINGS, Theodore F. & Janice B.

Parcel 93W-8-33:

    The Southeast Quarter of the Northeast Quarter of Section Eight
(8), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California
EXCEPT that portion described as follows:  Beginning at the South-
west Corner of said Southeast Quarter of the Northeast Quarter;
thence North 0°45'40" West along West line thereof 1301.25 feet
to the Northwest Corner thereof;  thence along North line North
89°05' East, 496.18 feet;  thence South 30°09' West, 531.81 feet;
thence South 20°09' East, 343.70 feet;  thence North 69°12'05"
East, 951.10 feet;  thence South 39°53'30" East, 125.61 feet to
East line of said Section Eight (8);  thence North 89°51'40"
West 262.23 feet;  thence South 31°17'35" West 258.23 feet to a
point in the South line of the Southeast Quarter of the Northeast
Quarter, distant thereon 396.75 feet from the Southeast Corner
thereof;  thence along said South line 958.71 feet to point of
beginning.

OWNERS:

    DETHLEFS, Walter E. Sr. & Mary E.

    Interlocutory Judg. #39
    Exhibit "D"  2287

Parcel 93W-4-40:

That portion of the Southwest Quarter of the Southwest Quarter of
Section Four (4), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego,
State of California, described as follows:  Beginning at the
Southeast Corner of said Southwest Quarter of the Southwest
Quarter;  thence North 36°38'40" West, 615.69 feet;  thence
North 60°44'20" East 212.92 feet;  thence North 14°18'30" East
218.28 feet;  thence North 34°03' East 276.71 feet to the East
line of the Southwest Quarter of the Southwest Quarter;  thence
South 01°29'50" West, 1059.22 feet to point of beginning.

OWNERS:

SINGLETON, Louis J.

Parcel 93W-4 & 5 - 56:

That portion of the West Half of the Southwest Quarter of
Section Four (4), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of
San Diego, State of California; and, the Southeast Quarter
of the Southeast Quarter of Section Five (5), said Township
and Range, described as follows:  Beginning at the Northwest
Corner of the Southwest Quarter of said Section Four (4);
thence North 89°03' East, 1136.50 feet;  thence South 27°
55'05" West, 159.89 feet;  thence South 17°36'30" East,
213.45 feet;  thence South 24°47'10" West, 312.41 feet;
thence South 42°45'25" East 252.40 feet;  thence South 32°
44'40" West, 594.73 feet;  thence South 68°13'10" West,
807.47';  thence South 42°07'05" West, 291.76 feet;  thence
North 11°49' West, 490.42 feet;  thence North 89°25'50"
East, 134.32 feet to Northeast Corner of the Southeast Quarter
of the Southeast Quarter of Section Five (5);  thence North

Parcel 93W- 4 & 5 - 56 Continued:

01°06'40" East, 1303.27 feet to point of beginning.

OWNERS:

JONES, Alex N. & Marilyn M.

Parcel 93W-8-104:

The Southeast Quarter of the Northwest Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State
of California EXCEPT that portion described as follows:  Beginning
at the Southwest Corner of said Southeast Quarter of the North-
west Quarter;  thence North 01°02'50" West along West line thereof
98.47 feet;  thence North 57°20'50" East, 406.29 feet;  thence
North 71°30'50" East, 443.18 feet;  thence North 31°38'50" East,
856.01 feet;  thence North 44°36'20" East, 139.81 feet to the
Northeast Corner of said Southeast Quarter of the Northwest
Quarter;  thence Southerly along East line thereof 1282.63 feet
to the Southeast Corner thereof;  thence South 89°52'20" East
along South line thereof 1340.25 feet to point of beginning.

OWNERS:

HAYES, Richard L. & Grace E.

Parcel 93W-17, 5; and 93W-8, 11X1:

Those portions of the Northwest Quarter of the Northeast Quarter
of Section Seventeen (17), and the Southeast Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, described as follows:  Beginning
at the Northwest Corner of the Northeast Quarter of Section
Seventeen (17);  thence along the West line of said Northeast
Quarter South 1°12'40" West, 375.08 feet;  thence parallel with
the North line of Section Seventeen (17) South 89°58'40" East
737.37 feet;  thence North 57°45'50" East 702.62 feet to the

Interlocutory Judg. #39
Exhibit "D"       2289

Parcel 93W-17, 5; and 93W-8, 11X1 Continued:

Northeast corner of the Northwest Quarter of the Northeast
Quarter of said section;  thence along the West line of the
Southeast Quarter of the Southeast Quarter of Section Eight (8)
North 0°41' West 1051.33 feet to a point distant South 0°41' East
300 feet from the Northwest Corner of said Southeast Quarter of
the Southeast Quarter;  thence parallel with the North line of
said Southeast Quarter of the Southeast Quarter North 89°57'
East 662.07 feet;  thence parallel with the West line of said
Southeast Quarter of the Southeast Quarter North 0°41' West 300
feet to the North line of said Southeast Quarter of the Southeast
Quarter;  thence along said North line South 89°57' West to the
West line of the East 30 acres of the North Half of the South-
east Quarter of Section Eight (8);  thence North along said
West line to the South line of land conveyed to Fallbrook Public
Utility District by deed dated 10-14-55, recorded in Book 5891 at
page 27 of Official Records;  thence along said South line of
Fallbrook lands North 37°00'20" West 610.15 feet;  thence North
54°41'45" West 260.68 feet;  thence North 86°37'55" West 667.11
feet;  thence South 32°20'10" West 877.90 feet to the West line
of the Southeast Quarter of Section Eight (8);  thence South
along said West line to the point of beginning.

OWNERS:

STENTON, Fred J. & Florence M.

Parcel 93W-7 - 15X1:

The East Half of the Northwest Quarter of the Southeast Quarter,
and the Westerly 300 feet of the Northeast Quarter of the South-
east Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, lying Southerly
of a line described as follows:  Beginning at a point in the East
line of the Northwest Quarter of the Southeast Quarter, distant

Parcel 93W-7 - 15X1 Continued:

South 1°27'44" West 227.59 feet from the Northeast Corner of the

Northwest Quarter of the Southeast Quarter;  thence South 72°46'

West 700.10 feet;  thence South 0°54' West 241.83 feet;  thence

North 88°24'50" East 66.82 feet;  thence South 0°53'22" West

86.28 feet to the true point of beginning;  thence South 61°19'55"

East 186.24 feet;  thence South 11°45'35" East 322.42 feet;  thence

South 70°52' East 455.61 feet to the end of said line in the North

Half of the Southeast Quarter of Section Seven (7).

OWNERS:

KUNKEL, A. O. & Ada J.

VESTED AND INCHOATE APPROPRIATIVE RIGHTS TO USE OF WATER WITHIN
SANTA MARGARITA RIVER WATERSHED BELOW TEMECULA CREEK
GORGE AND DOWNSTREAM TO NAVAL ENCLAVE.

| Apparent Owner | Applic. Number | Priority Date | Source of water | Point of Diversion | Amount | Use | Status |
|---|---|---|---|---|---|---|---|
| Fallbrook Public Utility District | 11586 | 10/11/46 | Santa Margarita River | NW¼ of NW¼, Sec 7, T9S, R3W | 2.5 cfs | Irr Dom Muni. | License |
| Fallbrook Public Utility District | 11587 | 10/11/46 | Santa Margarita River | SE¼ of NE¼, Sec 12, T9S, R4W | 10,000 ac ft | Irr Dom Muni | Permit |
| Fallbrook Public Utility District | 12178 | 11/28/47 | Santa Margarita River | SE¼ of NE¼, Sec 12, T9S, R4W | 9,500 ac ft | Irr Dom Muni | Permit |
| Fallbrook Public Utility District | 12179 | 11/28/47 | Santa Margarita River | SE¼ of NE¼, Sec 12, T9S, R4W | 8,500 ac ft | Irr Dom Muni | Permit |
| Sawday, Charles F. et al | 14561 | 11/02/51 | Brians Creek | NE¼ of SW¼, Sec 31, T9S, R3W | 35 ac ft | Irr | Permit |
| Sawday, Charles F. et al | 18156 | 4/26/58 | Brians Creek | NE¼ of SW¼, Sec 31, T8S, R3W | 35 ac ft | Irr | Permit |
| Yackey, George F. & Taylor, M. Y | 18393 | 10/30/58 | Sandia Creek | SW¼ of NW¼, Sec 36, T8S, R4W | 1800 ac ft | | Permit |

Interlocutory Judg. #39
Exhibit "E"

2292