CARTER
12-12-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C  Civil
         )
vs.      )  MINUTES OF THE COURT
         )
FALLBROOK, etc., et al )  Dated: Dec. 12, 1962
         )
         )  At San Diego, California
         )

PRESENT: Hon. JAMES M. CARTER District Jud

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD AND FRANZ SACHSE

PROCEEDINGS: FURTHER COURT TRIAL

At 10:00 o'clock a.m. reconvene herein.
Court and counsel discuss various questions of law, and proposed findings.
Walter Hofmann, heretofore sworn, testifies further.
The court signs judgment No. 40, and order relating to water extractions from the Santa Margarita Stream system.
    IT IS ORDERED cause is continued to January 24, 1963, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
         Deputy

6860