# FILED

DEC 12 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ENTERED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT NO. 40 PERTAINING TO THE AGUANGA GROUND WATER AREA. |

## FINDINGS OF FACT

1.

That the Aguanga Ground Water Area is comprised of younger and older alluvial deposits. The exterior boundaries of said ground water area are graphically set forth on United States Exhibit 277B which Exhibit is incorporated herein and made a part hereof by reference, and specifically described in Exhibit A attached hereto. That said exterior boundaries of the Aguanga Ground Water Area have to a certain degree for practical purposes been arbitrarily fixed to conform to lines established by legal subdivisions or to existing physical conditions such as roads. That the areas of younger and older alluvial deposits which comprise said Aguanga Ground Water Area can be determined by reference to U. S. Exh. 275 incorporated herein by reference.

3172

2.

That there are two principal creeks or streams which flow over and upon the lands which comprise the Aguanga Ground Water Area:  Wilson Creek enters the ground water area in Section 10, Township 8 South, Range 1 East, and flows over and upon the younger alluvial deposits which comprise Wilson Valley. It then flows across the Southwest Quarter (SW$\frac{1}{4}$) of Section 9, Township 8 South, Range 1 East, into Lancaster Valley.  Wilson Creek flows across Lancaster Valley as depicted on U. S. Exhibit 275, proceeds across Section 7, Township 8 South, Range 1 East, then over Section 12, Township 8 South, Range 1 West, and over projected Section 11, Township 8 South, Range 1 West into Vail Lake.

Temecula Creek enters the Aguanga Ground Water Area in Section 34, Township 8 South, Range 1 East, flows over and upon the younger alluvial deposits which comprise Aguanga Valley in Sections 34, 33, 28 and 29, Township 8South, Range 1 East.  After proceeding across Aguanga Valley, Temecula Creek flows over a thin and constricted area of younger alluvial deposits in Sections 29 and 30,Township 8 South, Range 1 East and enters Radec Valley and then proceeds over a constricted area of younger alluvial deposits in the southwest quarter (SW$\frac{1}{4}$) of Section 19, Township 8 South, Range 1 East and into Section 24 Township 8 South, Range 1 West where it enters Nigger Valley. Temecula Creek then flows in a general northwesterly direction over the younger alluvial deposits in Nigger Valley in Sections 24 and 13 and Projected Sections 14 and 15 all in Township 8 South, Range 1 West to its point of confluence with Vail Lake.

3.

That the younger alluvial deposits within the Aguanga Ground Water Area rest upon and are confined laterally on each

-2-

3173

2

1    side by either older alluvial deposits or basement complex.  That
2    said older alluvial deposits and basement complex are of con-
3    siderably more compacted material and are less permeable than
4    the younger alluvial deposits.  That the older alluvial deposits
5    and basement complex because of their more compacted characteristics
6    and limited permeability substantially impede the ground waters
7    which are contained within the younger alluvial deposits from
8    moving into the older alluvial deposits and basement complex.
9    That under natural conditions the ground waters contained in
10    the younger alluvial deposits within the Aguanga Ground Water
11    Area move in a general westerly direction, i.e. in the same
12    direction as the surface flow of Wilson and Temecula Creeks.

4.

14        That the ground waters within the older alluvial deposits
15    in the Aguanga Ground Water Area are in hydrologic continuity with
16    the ground waters in the younger alluvial deposits and said
17    ground waters add to, contribute to and support the ground waters
18    contained within the younger alluvial deposits and the surface
19    flow of Wilson and Temecula Creeks within the Aguanga Ground
20    Water Area.

5.

22        That the said areas of older alluvial deposits and
23    basement complex which lie beneath and on either side of the
24    areas of younger alluvial deposits are, as found hereinabove,
25    composed of considerably more compacted materials than the
26    younger alluvial deposits and do in fact form the beds and banks
27    of an underground stream and the ground waters contained in the
28    younger alluvial deposits move in a westerly directionwithin
29    said bed and banks and said older alluvial deposits and basement
30    complex serve the same purpose as a semi-permeable bed and bank
31    of a surface stream channel.

-3-

3

6.

That on occasions during or immediately after periods
of precipitation, Wilson and Temecula Creeks flow as continual
surface streams.  That during such times as there is a surface
flow of Wilson and Temecula Creeks the ground waters within
the younger alluvial deposits over which said creeks flow are
connected with said surface flows and when in fact there is not
a perennial flow of Wilson and Temecula Creeks, i.e. during
periods other than periods of precipitation, those waters which
flow on the surface for a short distance disappear underground,
then rise to the surface and again disappear, are in fact the
ground waters within the younger alluvial deposits.

7.

That the ground waters contained within the younger
alluvial deposits over which Wilson and Temecula Creeks flow
move in the identical direction of the surface flow of
Wilson and Temecula Creeks when in fact they physically flow,
are in a known and definite channel, to wit, the area of younger
alluvial deposits and are in fact a part of Wilson and Temecula
Creeks and said ground waters within said younger alluvial
deposits and said surface flows of Wilson and Temecula Creeks
as may physically exist do constitute single streams herein
referred to as Wilson and Temecula Creeks, respectively.

8.

That while it is known and certain and definite that
said younger alluvial deposits rest upon older alluvial deposits
or basement complex, the exact extent of the depth of said
younger alluvial deposits to contact with said older alluvial
deposits or basement complex is not in most areas of the Aguanga
Ground Water Area subject to exact ascertainment.  That it is
impossible, based on the evidence available today, to enter a

-4-

3175

finding determining the depth of the younger alluvial deposits
throughout said Aguanga Ground Water Area with exactness, but
as this Court will keep continuing jurisdiction of this cause,
jurisdiction is reserved to determine such a fact in the event
it becomes necessary to do so in any particular factual situa-
tion which might arise in the future.

9.

That although the contact lines on the surface between
the younger and older alluvial deposits and the basement complex
throughout the Aguanga Ground Water Area have not been deter-
mined with absolute exactness, the determination of such contact
lines was sufficient for the United States of America to prepare
maps and exhibits showing said contact lines and said contact
lines as established by said maps and exhibits prepared by the
United States of America have been accepted by this Court as
being the contact lines between younger alluvial deposits,
older alluvial deposits and basement complex on ground surface.

10.

That attached hereto marked Exhibit B and incorporated
herein is a master alphabetical index of the apparent
owners of all parcels of land within the Aguanga Ground Water
Area together with the parcel numbers of the lands owned by the
respective parties, the exhibits in which these parcels are
listed and the page number in Exhibit C where the legal
description of the respective parcels may be found. That
attached hereto marked Exhibit C and incorporated herein
is a tabulation setting forth among other things specific legal
descriptions of all lands within the Aguanga Ground Water Area.

11.

That hereinafter a reference to the term "parcel
number" is explained as follows:

-5-

3176

5

The first number refers to the township, the second number refers to the range, the next number or numbers refer to section or sections, and the final number, separated by the second number or numbers by a dash, is the numerical designation assigned to the parcel; thus, for example a parcel designated as 81E-18-137 refers to Township 8, Range 1 East, Section 18 - parcel 137.

12.

That attached hereto marked Exhibit D and incorporated herein is an alphabetical list of apparent owners and parcel numbers concerning the smallest tract of land held under one chain of title a part of which abuts upon or is traversed by Wilson Creek.  As set forth in Finding 10 above the specific property descriptions of the smallest tract of land held under one chain of title a part of which abuts upon or is traversed by Wilson Creek is obtained by reference to Exhibit C.

13.

That attached hereto marked Exhibit E and incorporated herein is an alphabetical list of apparent owners and parcel numbers concerning the smallest tract of land held under one chain of title a part of which abuts upon or is traversed by Temecula Creek.  As set forth in Finding 10 above, the specific property descriptions of the smallest tract of land held under one chain of title a part of which abuts upon or is traversed by Temecula Creek is obtained by reference to Exhibit C.

14.

That there are deposits of basement complex within the Aguanga Ground Water Area which are depicted on U. S.Exhibit 275. That ground waters contained within said deposits of basement complex within said ground water area do not add to, support, nor contribute to the Santa Margarita River or any tributary

-6-

3177

L

1  thereto, but are in fact vagrant, local, percolating waters.

2  15.

3  That ground waters contained within the Aguanga

4  Ground Water Area do not stand at or about the same level. That

5  ground water levels within the areas of older alluvial deposits

6  and older and younger alluvial deposits may vary considerably.

7  That movement of the ground water in the older alluvial deposits

8  in the Aguanga Ground Water Area is not consistent and continuous

9  but is influenced by many factors including but not limited to

10  the degree of permeability of the deposits within said areas of

11  older alluvial deposits, by the probability of physical ground

12  water barriers beneath the surface and by pumping within said

13  area.  Although in some limited areas the movement of said

14  ground waters can be and has been definitely determined, there

15  is insufficient evidence to show to what extent said movement

16  in the major portion of the older alluvial deposits within the

17  Aguanga Ground Water Area is affected by such underground or

18  subterranean conditions.

19  16.

20  That the pumping of the ground waters from the older

21  alluvial deposits within the Aguanga Ground Water Area does

22  affect to a presently undetermined extent the surface and

23  underground flow of Wilson and Temecula Creeks and tributaries

24  thereto.

25  17.

26  That the general source of the ground waters contained

27  within the younger and older alluvial deposits in said Aguanga

28  Ground Water Area is surface flow of Wilson and Temecula Creeks,

29  runoff from drainage areas outside of that ground water area

30  which occurs during or immediately after periods of precipita-

31  tion, and to a lesser degree precipitation upon said Aguanga

Ground Water Area.

-7-

8178

>

18.

That specifically the source of recharge for the ground waters heretofore found to constitute a part of Wilson Creek or tributaries thereto within the Aguanga Ground Water Area and the ground waters within the older alluvial deposits north of the surface water divide between Wilson and Temecula Creek drainage areas within said ground water area is the surface drainage area of Wilson Creek which is depicted on U. S. Exhibit 277B.  That specifically the source of recharge for the ground waters heretofore found to constitute a part of Temecula Creek and tributaries thereto within the Aguanga Ground Water Area and the ground waters within the older alluvial deposits within said ground water area south of the surface water divide between  Wilson and Temecula Creeks drainage area is the surface drainage area of Temecula Creek and tributaries thereto as depicted on said U. S. Exhibit 277B.

19.

That all ground waters within the older alluvial deposits within said Aguanga Ground Water Area are in hydrologic continuity with the waters of the Santa Margarita River and its tributaries and do add to and support the Santa Margarita River and tributaries thereto.  That in those areas within the Aguanga Ground Water Area where the younger alluvial deposits contact the older alluvial deposits ground waters do percolate in limited amounts into the adjoining younger alluvial deposits.  That said ground waters in said older alluvial deposits are not, however, in a known and definite channel.

20.

That all surface waters which flow over and upon the lands within the Aguanga Ground Water Area are a part of the Santa Margarita River stream system.

-8-

3179

21.

The surface flow of Wilson and Temecula Creeks within the Aguanga Ground Water Area is intermittent as to both time and place. The following surface diversions from Wilson and Temecula Creeks exist:

        No. 1 - Oviatt, 8S1E 7R on Wilson Creek
        No. 2 - Allen (Star Dust Ranch), 8S1E 9Q on Wilson Creek
        No. 3 - Trunnell, 8S1E 29R on Temecula Creek
        No. 4 - Gibbon & Cottle, 8S1E 29L on Temecula Creek
        No. 5 - Vail Co., 8S1W 10D on Temecula Creek (Vail Dam)

22.

That except as may be expressly found to the contrary in other findings of fact in this case, all uses of water within said Aguanga Ground Water Area are in their character reasonable and beneficial.

23.

That at the present status of this case, the issue of apportionment has not been presented and this Court has taken no evidence directed to establishing whether such water uses are reasonable or unreasonable as to amount of water used in the light of the rights which may exist as to such water and this issue is left open, is not decided herein and shall be litigated if and when in the future it becomes necessary to do so. At the present status of this case, the evidence is not sufficient to enable this Court to find the total water supply to, the use within, the export from or the net draft upon said Aguanga Ground Water Area or any part thereof or any stream within, either annually or on the average over a period of years.

24.

That on Exhibit C there appear, in addition to the property descriptions certain statements concerned with wells, surface diversions, apparent ownerships, gross acreages, irrigated

-9-

3180

7

1  acreages, irrigable acreages and water duty.  The factual state-
2  ments contained in said Exhibit C which pertain to wells and
3  surface diversions are true as of the date of this Interlocutory
4  Judgment.
5       The factual statements contained in said Exhibit which
6  pertain to apparent ownerships are set forth for convenience only
7  and are not necessarily correct and are not intended to be
8  probative on the issue of ownership of any real property described
9  in said exhibits.
10      The factual statements contained in said exhibits
11  which pertain to gross acreages, irrigable acreages, irrigated
12  acreages and water duty shall be prima facie evidence as to such
13  factors in any subsequent proceeding before this Court in this
14  cause.  As used herein, prima facie evidence is that which
15  shall suffice  for the proof of a particular fact until con-
16  tradicted or overcome by other evidence.
17                         25.
18      That within said Aguanga Ground Water Area as depicted
19  on U. S. Exhibit 277B and U. S.Exhibit 275 there are numerous
20  small gullies or creeks or watercourses most of which are unnamed
21  which are tributary to either Wilson or Temecula Creeks and
22  which these findings have not considered in detail.  That in all
23  such situations surface flow would occur only during or imme-
24  diately after periods of precipitation.  That underlying many
25  of such creeks, gullies or watercourses there are younger alluvial
26  deposits which are bedded upon and laterally confined by older
27  alluvial deposits or basement complex; that said younger allu-
28  vial deposits are not extensive but are shallow and ground waters
29  contained therein would be of a relatively limited quantity.
30  That said younger alluvial deposits which underlie such creeks,
31  gullies or watercourses can be determined by reference to

                         -10-

                                      3181

                                         10

1 U. S. Exhibit 277B and U. S. Exhibit 275.  That the older alluvial
2 deposits or basement complex do in fact form a bed and bank and
3 impede the vertical and horizontal movement of the ground
4 waters contained within said younger alluvial deposits.  That the
5 ground waters contained within said younger alluvial deposits
6 move in the same direction as the surface flow of water when in
7 fact surface flow exists; that when surface flow exists, the
8 ground waters within said younger alluvial deposits are in contact
9 therewith and said ground waters are in fact during such times
10 and at all other times an integral part of the particular creek,
11 gully or watercourse.

12        That ground waters contained within such younger allu-
13 vial deposits are in fact in a known and definite channel, to wit,
14 the area of younger alluvial deposits and do constitute the
15 underground flow of the particular creek, gully or watercourse
16 which traverses over the specific younger alluvial deposits
17 and said ground waters are a part of the Santa Margarita River
18 stream system.

19                 26.

20        That the surface and ground waters contained within
21 the younger alluvial deposits referred to in Finding 25 above do
22 not warrant in these Findings of Fact specific detailed exhibits
23 setting forth descriptions of the lands which abut upon or
24 are traversed by the surface or underground flow of each creek,
25 gully, or watercourse.  That no party to this cause has requested
26 specific findings on these small creeks, gullies or watercourses
27 and this Court at this time makes no specific finding thereon.
28 That as these findings and judgments are interlocutory, this
29 Court will make specific findings should any party to this cause
30 request this Court to do so.  That in the event no such request
31 is made, this Court can and will if the occasion should arise in

3182

1  the future be able to make such determinations as may be
2  necessary from the facts as they exist and as found in Finding
3  25 above.

4                              27.

5          That no diversion or use of either surface or ground
6  waters within the Aguanga Ground Water Area has been open,
7  notorious, adverse or hostile to any party in this cause and no
8  prescriptive right to the use of surface or ground waters from
9  any diversion or extraction within the Aguanga Ground Water
10  Area exists.

11                             28.

12          That on certain of the exhibits attached to these
13  findings of fact there appear factual statements concerning
14  applications to appropriate specified waters of the Santa Mar-
15  garita River stream system within the Aguanga Ground Water Area.
16  That because said applications to appropriate said waters involve
17  relatively small amounts of water, this Court has not generally
18  made specific findings on each of these applications nor has any
19  party requested that such findings be made.  This court finds
20  that such factual statements are true and that the applicant to
21  appropriate said waters as appears on said exhibits has such
22  water right as such stated facts warrant under and pursuant to
23  the laws of the State of California concerned with the appropria-
24  tion of waters.  Jurisdiction is reserved to enter specific
25  findings of fact and judgment provisions concerning said appro-
26  priative rights either prior or subsequent to the entry of final
27  judgment in this cause should any party so request.

28          That in other Findings of Fact, Conclusions of Law
29  and Interlocutory Judgments in this cause certain parties have
30  been adjudged to have appropriative rights to the use of the
31  waters of the Santa Margarita River and/or its tributaries.

                             -12-

That except as to those appropriative rights as exist from the factual statements which appear on certain exhibits attached to these Findings of Fact and other appropriative rights specifically adjudged by other Findings of Fact and Interlocutory Judgments in this cause, there are no appropriative rights to the use of the surface waters which flow over and upon any of the lands contained within the Aguanga Ground Water Area or ground waters contained within the younger or older alluvial deposits within said ground water area.

29.

That in Findings of Fact and Interlocutory Judgments Nos. 33 and 34 this Court adjudged rights to the waters of Wilson Creek and Temecula Creek upstream from the Aguanga Ground Water Area.

30.

That this Court has heretofore entered Interlocutory Judgment No. 27 concerning lands apparently owned by defendants Garner L. Knox, Flora S. Knox and Walter G. Knox which are located in Aguanga Valley within the Aguanga Ground Water Area. That Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 27 are incorporated herein by reference.

31.

That this Court has heretofore entered Interlocutory Judgment No. 26 concerning lands apparently owned by defendant James Oviatt. That some of the lands considered in said Interlocutory Judgment No. 26 are located within the Aguanga Ground Water Area. That those provisions of Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 26 which pertain to lands within the Aguanga Ground Water Area are incorporated herein by reference.

- - -

-13-

3184

13

32.

That this Court will hereinafter enter Findings of
Fact, Conclusions of Law and Interlocutory Judgment No. *43*
concerning lands apparently owned by defendants Katharine C.
Gibbon and William W. Cottle.  That said lands which will be
covered by Interlocutory Judgment No. *43* are within the Aguanga
Ground Water Area and this Court will incorporate herein by
reference Findings of Fact, Conclusions of Law and Interlocutory
Judgment No. *43* when entered.

33.

That the lands within the Aguanga Ground Water Area
apparently owned by defendants Garner L. Knox, Flora S. Knox
and Walter G. Knox, James Oviatt, Katharine C. Gibbon and Wil-
liam W. Cottle are referred to in Exhibit B and specifically
described in Exhibit C, said Exhibits having heretofore been
incorporated into these Findings of Fact.

CONCLUSIONS OF LAW

1.

That all ground waters found within the basement
complex within the Aguanga Ground Water Area do not add to,
support nor contribute to the Santa Margarita River and are
local, vagrant, percolating waters not a part of the River or
any tributary thereto.

2.

That all surface waters which flow over and upon the
lands within the Aguanga Ground Water Area are a part of the
Santa Margarita River and the use of said waters is subject to
the continuing jurisdiction of this Court.

3.

That all lands listed by parcel number in Exhibit D
and described in Exhibit C which exhibits are attached hereto

-14-

3185

*14*

1   and incorporated herein, have a correlative, riparian right to

2   the use of the surface and underground flow of Wilson Creek.

3                 4.

4      That all lands listed by parcel number in Exhibit E

5   and described in Exhibit C which exhibits are attached hereto

6   and incorporated herein, have a correlative riparian right to

7   the use of the waters of Temecula Creek.

8                 5.

9      That the exercise of the riparian rights to the use

10  of waters of Wilson Creek and Temecula Creek is subject to the

11  continuing jurisdiction of this Court; that all uses of the

12  waters of said creeks and their tributaries are subject to the

13  continuing jurisdiction of this Court.

14               6.

15     That all lands described in Exhibit C, attached hereto

16  and incorporated herein, have a correlative, overlying right

17  to the use of the ground waters contained within the older allu-

18  vial deposits which underlie said lands.  That all of said ground

19  waters within said older alluvial deposits within the Aguanga

20  Ground Water Area add to, contribute to and support the Santa

21  Margarita River and/or its tributaries and the use of said

22  waters is subject to the continuing jurisdiction of this Court.

23             7.

24     That each smallest tract of land held under one chain

25  of title a part of which abuts upon or is traversed by any

26  area containing younger alluvial deposits within said Aguanga

27  Ground Water Area has a correlative, riparian right to the use

28  of said ground waters within and surface waters which may flow

29  upon said younger alluvial deposits, and the use of such waters

30  shall be and is subject to the continuing jurisdiction of this

31  Court.  That except as to Wilson Creek and Temecula Creek such

3186

15

1  lands have not been specifically described in these findings
2  but can be readily ascertained in the future should it be
3  necessary to do so by reference to the area of younger alluvial
4  deposits within said Aguanga Ground Water Area as depicted on
5  U. S. Exhibits 277B and 275.

8.

7  That no prescriptive rights to the use of the surface
8  or underground flow of Wilson and Temecula Creeks or their
9  tributaries within the Aguanga Ground Water Area or to any
10  ground waters contained within the younger or older alluvial
11  deposits within said ground water area exist.

9.

13  That except as provided by Finding of Fact 28 herein
14  there are no appropriative rights to the use of the surface
15  waters which flow over and upon any of the lands contained
16  within the Aguanga Ground Water Area or to ground waters con-
17  tained within the younger or older alluvial deposits within
18  said ground water area.

INTERLOCUTORY JUDGMENT

1.

22  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all
23  ground waters contained within deposits of basement complex as
24  said deposits are depicted on U. S.Exhibit 275 and within the
25  Aguanga Ground Water Area are vagrant, local, percolating waters
26  which do not add to, support nor contribute to the Santa Mar-
27  garita River or its tributaries.

2.

29  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
30  rights of the owners of the said lands referred to in paragraph
31  one of this Interlocutory Judgment and their heirs, successors

-16-

3187

16

1 and assigns, to the use of the ground waters are forever quieted
2 in them and against the United States of America and all other
3 parties having rights to the use of the waters of the Santa
4 Margarita River or its tributaries, their heirs, successors
5 and assigns.

6                                  3.

7       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
8 owners of said lands referred to in paragraph one of this Inter-
9 locutory Judgment, their heirs, successors and assigns, are
10 forever restrained from asserting rights in or to the waters
11 of the Santa Margarita River or its tributaries or waters which
12 add to and support said River or its tributaries, excepting
13 rights to surface waters which flow over and upon said lands.

14                                  4.

15       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
16 rights inter se of the owners of said lands referred to in
17 paragraph one of this Interlocutory Judgment to the use of the
18 underlying vagrant, local, percolating waters have not been
19 adjudged, determined nor decreed in these proceedings.

20                                  5.

21       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
22 surface waters which flow over and upon any lands within the
23 Aguanga Ground Water Area as depicted on U. S.Exhibit 277B and
24 described in Exhibit C are a part of the Santa Margarita River
25 and their use subject to the continuing jurisdiction of this
26 Court.

27                                  6.

28       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
29 lands listed by parcel number in Exhibit D and described in
30 Exhibit C which exhibits are attached hereto and incorporated
31 herein, have a correlative, riparian right to the use of the

                                  -17-

                                              3188

                                              17

1  use of the surface and underground flow of Wilson Creek.

2                                    7.

3         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

4  lands listed by parcel number in Exhibit E and described in

5  Exhibit G which exhibits are attached hereto and incorporated

6  herein, have a correlative, riparian right to the use of the

7  surface and underground flow of Temecula Creek.

8                                    8.

9         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

10 lands described in Exhibit C attached hereto and incorporated

11 herein, have a correlative, overlying right to the use of the

12 ground waters contained within the older alluvial deposits

13 which underlie said lands.  It is further ordered, adjudged and

14 decreed that the use of the ground waters contained within said

15 older alluvial deposits is subject to the continuing jurisdiction

16 of this Court.  It is further ordered, adjudged and decreed

17 that said ground waters contained within said older alluvial

18 deposits within the Aguanga Ground Water Area contribute to and

19 support the Santa Margarita River and/or its tributaries, but

20 that said waters are percolating waters and not in a known and

21 definite channel.

22                                    9.

23        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

24 owners of the smallest tract of land held under one chain of

25 title a part of which abuts upon or is traversed by younger

26 alluvial deposits not heretofore specifically determined to be

27 riparian to a specific creek within said Aguanga Ground Water

28 Area have correlative, riparian rights to the use of said waters

29 contained within said younger alluvial deposits and such surface

30 flow as traverses over and upon said younger alluvial deposits.

31 It is further ordered, adjudged and decreed that the use of said

                                   -18-

                                           3189

                                                   18

1   waters is subject to the continuing jurisdiction of this Court
2   and that this Court shall maintain jurisdiction to make such
3   findings in the future as may be necessary to settle any dispute
4   concerning thepropriety of the use of said waters and that this
5   Court shall in the future refer to U. S. Exhibits 277B and 275
6   to determine the location of said younger alluvial deposits
7   within said groundwater area.

8                               10.

9           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
10  exercise of the correlative riparian rights to the use of the
11  waters of Wilson and Temecula Creeks and to the use of the
12  waters as provided by Paragraph No. 9 of this Interlocutory
13  Judgment and all other uses of such waters shall be and are sub-
14  ject to the continuing jurisdiction of this Court.

15                              11.

16          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
17  issue of apportionment has not been presented and this Court has
18  taken no evidence directed to establishing whether the use of any
19  waters herein adjudged to be subject to the continuing juris-
20  diction of this Court are reasonable or unreasonable as to
21  amount of water used in the light of correlative rights which may
22  exist as to such waters and this issue is left open, is not
23  decided herein and shall be litigated by this Court if and when
24  in the future it becomes necessary to do so.

25                              12.

26          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
27  there are no prescriptive rights to use any of the waters con-
28  tained in the younger or older alluvial deposits within the
29  Aguanga Ground Water Area or surface waters which flow over and
30  upon any of the lands within the Aguanga Ground Water Area.

31          - - -

                            -19-

13.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that except as may be provided in factual statements set forth on the exhibits attached to this Interlocutory Judgment or specifically adjudged in other Findings of Fact and Interlocutory Judgments in this cause, there are no appropriate rights to the use of the ground waters contained within the younger or older alluvial deposits within the Aguanga Ground Water Area or the surface waters which flow over and upon any lands within said Aguanga Ground Water Area.

14.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Interlocutory Judgment and the Findings of Fact, Conclusions of Law attached hereto pertain only to the rights to the use of waters on lands within the Aguanga Ground Water Area.

15.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 27 are incorporated herein by reference. It is further ordered, adjudged and decreed that those provisions of Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 26 concerned with lands within the Aguanga Ground Water Area are incorporated herein by reference; it is further ordered, adjudged and decreed that this Court retains jurisdiction to incorporate herein by reference Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 43 when entered.

16.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647, that this is not a final decree but is interlocutory in character

-20-

Z-0

1   and by reason of the Order of this Court that all parties are
2   adverse one to the other, thus dispensing with cross pleadings,
3   all parties to this proceeding may object to these Findings of
4   Fact, Conclusions of Law and Interlocutory Judgment and will be
5   given full opportunity upon due notice to interpose their ob-
6   jections to these Findings of Fact, Conclusions of Law and
7   Interlocutory Judgment prior to the entry of final judgment in
8   this cause.

                                    17.

10         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this
11  Interlocutory Judgment is not appealable, is not final and shall
12  not be operative until made a part of the final judgment and
13  this Court expressly reserves jurisdiction to modify or vacate it
14  either upon its own motion or upon motion of any party to this
15  proceeding until such time as final judgment in this cause is
16  entered.

17         Dated:   _12 - 12 - 62_

18
19
20                              _____
                                          JUDGE
21
22
23
24
25
26
27
28
29
30
31

                                   -21-

                                                    **3191**

                                                      Z. 1

LEGAL DESCRIPTION OF THE EXTERIOR BOUNDARY
OF THE AGUANGA GROUND WATER AREA AND TABU-
LATION OF PROPERTIES BOUNDED AND TRAVERSED
BY SAID BOUNDARY LINE.

Beginning at the point on the North boundary of the Pauba Grant line where the
West boundary line of Fractional Section 3, Township 8 South, Range 1 West
intersects the Pauba Grant line, thence Southeasterly along the Pauba Grant
line to the Northeast Corner of the Pauba Grant bordering Section 1, T8S, R1W,
bounding the Vail Ranch.  Thence Southwesterly along the Eastern boundary of
the Pauba Grant bounding Vail Ranch.  Thence East along the Northern boundary
of the South Half of the Northeast Quarter of Fractional Section 12, T8S, R1W
bounding parcel 81W12, 13, 81E7, 8 & 18 - 4, Govt. Lots 1, 4, 5, 6, E$\frac{1}{2}$ of
SE$\frac{1}{4}$, Sec. 12, T8S, R1W, N$\frac{1}{2}$ of NE$\frac{1}{4}$ of Sec. 13, 8S, R1W, Sec. 7, T8S, R1E, Except
NE$\frac{1}{4}$ of SW$\frac{1}{4}$, W$\frac{1}{2}$ of SW$\frac{1}{4}$ of SW$\frac{1}{4}$, Sec. 8, T8S, R1E, NW$\frac{1}{4}$, NW$\frac{1}{4}$ of NE$\frac{1}{4}$, NE$\frac{1}{4}$ of NE$\frac{1}{4}$,
Except South 50 feet thereof East of Highway, Sec. 18, T8S, R1E.  Owners:
Oviatt, James

Thence North along West boundary of Section 7, T8S, R1E bounding said Par. 4.
Thence East along the Northern boundary of Sec. 7, T8S, R1E, bounding said
Par. 4.  Thence South along the Eastern boundary of said Sec. 7, Thence East
along the Northern boundary of the SW$\frac{1}{4}$ of the NW$\frac{1}{4}$ of Sec. 8, T8S, R1E, travers-
ing Par. 81F-8-119.  W$\frac{1}{2}$ of NW$\frac{1}{4}$ and the NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 8, T8S, R1E,
Owners:  Johnston, Joel E. & Margaret.

Thence North along the Western boundary of the NE$\frac{1}{4}$ of the NW$\frac{1}{4}$ of Sec. 8, T8S,
R1E, bounding Parcel 81E-8-118.  NE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 8, T8S, R1E,  Owners:
McKean, Scott E. & Audrey E.

Thence East along the Northern boundary of Sec. 8, T8S, R1E to a point 130 feet
East of the SW Cor. of the SW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 5, T8S, R1E, bounding said Parcel
118 and bounding Parcel 81E-8-117, NE$\frac{1}{4}$, NE$\frac{1}{4}$ of SW$\frac{1}{4}$, W$\frac{1}{2}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$, SE$\frac{1}{4}$ of
NW$\frac{1}{4}$ of Sec. 8, T8S, R1E, Except that portion of the SE$\frac{1}{4}$ of the NW$\frac{1}{4}$ lying NW'ly
of the Highway.  Owners:  Martin, Charles E. & Dora.

Thence Northeast to the NW Cor. of SE$\frac{1}{4}$ of the SE$\frac{1}{4}$ of Sec. 5, T8S, R1E, bounding
Parcel 81E-5-108,  Portions of SE$\frac{1}{4}$ of SE$\frac{1}{4}$, and SW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 5, T8S, R1E.
Owners:  Barton, Irene M., aka Welch, and Welch, Dave.

Thence North along West boundary of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 5, T8S, R1E, bounding
Parcel 81E-5-106.  That portion of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 5, T8S, R1E, lying W'ly
of County Road.  Owners:  Tomlinson, Bruce A. & Julia

Thence East along the North boundary of the NE$\frac{1}{4}$ of the SE$\frac{1}{4}$ of Sec. 5, T8S, R1E,
bounding said Parcel 106 and bounding Parcel 81E-5-107.  That portion of NE$\frac{1}{4}$ of
SE$\frac{1}{4}$ of Sec. 5, T8S, R1E, lying E'ly of County Road.  Owners:  Marion, George.

Thence North along Western boundary of E$\frac{1}{2}$ of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 5, T8S, R1E,
bounding Parcel 81E-4, 5-102.  S$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 4, T8S, R1E, and E 20 acres
of S$\frac{1}{2}$ of NE$\frac{1}{4}$ of Sec. 5, T8S, R1E.  Owners:  Kohn, Harry & Naomi.

Thence East along North boundary of S$\frac{1}{2}$ of NE$\frac{1}{4}$ of Sec. 5, T8S, R1E, and North
boundary of S$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 4, T8S, R1E, bounding said Parcel 81E-4, 5-102.

Thence South along East boundary of S$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 4, T8S, R1E, bounding
said Parcel 102.  Thence East along North boundary of SE$\frac{1}{4}$ of Sec. 4, T8S, R1E,
bounding Parcel 81E, 3, 4, 8, 9, 10, 16, 17, 18 - 101.  SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 3,
T8S, R1E; SE$\frac{1}{4}$ of Sec. 4, T8S, R1E; E$\frac{1}{2}$ of SE$\frac{1}{4}$, E$\frac{1}{2}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$, SW$\frac{1}{4}$ of SE$\frac{1}{4}$,

Interlocutory Judg. #40
Exhibit "A"
3192

SE¼ of SW¼, E½ of SW¼ of SW¼ of Sec. 8, T8S, R1E; Sec. 9, T8S, R1E; N½ of SW¼, NE¼ of Sec. 10, T8S, R1E; W½ of Sec. 16, T8S, R1E; W½ of SE¼, NE¼ of SE¼, N½ Except 1 acre in NW Cor. of SW¼ of NW¼ of Sec. 17, T8S, R1E; South 50 feet East of Highway in NE¼ of NE¼ of Sec. 18, T8S, R1E.  Owners:  Allen, Willard H. & Marjorie LaVerne.

Thence North along West boundary of Sec. 3, T8S, R1E, bounding Parcel 81E-3, 10-100.  All of Sec. 3, T8S, R1E, except the SE¼ of the SE¼, and the NW¼ of Sec. 10, T8S, R1E.  Owner:  Murcell, Betty B.

Thence East along North boundary of Sec. 3 & 10, T8S, R1E, and South along East boundary of Sections 3 & 10, T8S, R1E, bounding said Parcel 100 and bounding said Parcel 101, and bounding Parcel 81E-10-121.  Govt. Lots 1 & 2, Sec. 10, T8S, R1E.  Owners:  Ashcraft, Inez F. & Estudillo, Minerva C.

Thence West along South boundary of N½ of SE¼ of Sec. 10, T8S, R1E, bounding said Parcel 121.

Thence South along East boundary of South Half of SW¼ of Sec. 10, T8S, R1E, bounding Parcel 81E-10-120.  The S½ of SW¼, Sec. 10, T8S, R1E.  Owner: Porter, Crystal Wells.

Thence East along South boundary of Sec. 10, T8S, R1E, bounding said Parcel 120.  Thence South along East boundary of Sec. 16, T8S, R1E, traversing Public Domain in Sections 15 & 16, T8S, R1E.  Thence East along the North boundary of the S½ of S½ of Sec. 15, T8S, R1E, traversing Parcel 81E-15, 22-127.  Lots 6, 11, 13 & 14 of Sec. 15, T8S, R1E, and Lots 3 through 6 of Sec. 22, T8S, R1E.  Owners:  Hasselquist, Gustave & Jeanne.

Traversing Parcel 81E-15, 22-126.  SE¼ of Sec. 15, T8S, R1E, and NE¼ of Sec. 22, T8S, R1E.  Owners:  Gruner, Joseph A. & June B.

Thence South along East boundary of Sec. 15, bounding said Parcel 81E-15, 22-126.  Thence East along the North boundary of Sec. 23, T8S, R1E, bounding Parcel 81E-23-126A (Wilson Creek Tabulations), W½ of NW¼, Sec. 23, T8S, R1E.  Owners:  Murphy, Edward & Bertha.

Continuing East bounding Parcel 81E-23-97 (Temecula Creek Tabulation).  North Half of SW¼, E½ of NW¼, N½ of NE¼, SE¼ of SW¼, NW¼ of SE¼, SW¼ of SE¼ of Sec. 23, T8S, R1E.  Owner:  Bergman, Annie.

Thence South along East boundary of the NE¼ of NE¼ of Sec. 23, T8S, R1E, traversing said Parcel 97.

Thence East along North boundary of the S½ of the N½ of Sec. 24, T8S, R1E, bounding Parcel 81E-23, 24 & 82E-18, 19, 20, 21, 22 - 99.  S½ of NE¼ of Sec. 23, T8S, R1E, S½ of NW¼, SW¼ of NE¼, and Govt. Lots 1 & 2, Sec. 24, T8S, R1E, also portions of Sections 18, 19,/21 & 22 of T8S, R2E.  Owners: Western Brass Works & McKinley, Ivan E.    20.

Thence South along East boundary of the SW¼ of NE¼, Sec. 24, T8S, R1E, bounding said Parcel 99.

Thence East along North boundary of the NE¼ of SE¼ of Sec. 24, T8S, R1E, bounding said Parcel 99.

Thence South along East boundary of the NE¼ of SE¼ of Sec. 24, T8S, R1E, traversing said Par. 99.

Thence West along South boundary of the N½ of the SE¼ of Sec. 24, T8S, R1E, bounding said Par. 99.

Thence North along the West boundary of the NW¼ of SE¼ of Sec. 24, T8S, R1E, bounding said Par. 99.

Thence West along the South boundaries of the NW¼, Sec. 24 and NE¼ of Sec. 23, T8S, R1E, bounding said Par. 99.

Thence South along East boundary of the NE¼ of the SW¼, Sec. 23, T8S, R1E, and West along the South boundary of the NE¼ of the SW¼ of Sec. 23, T8S, R1E, traversing Parcel 81E-23-97, as above described.

Thence South along the East boundaries of the SW¼ of the SW¼ of Sec. 23, T8S, R1E, and the West Half of the NW¼ of Sec. 26, T8S, R1E, bounding Par. 81E-23-26-98.  The SW¼ of the SW¼ of Sec. 23, T8S, R1E, W½ of the W½ of the NW¼ of Sec. 26, T8S, R1E.  Owners:  Jessop, C. S. & Florence and Bourret, R. H. & Doris M.

Thence East along North boundary of the NE¼ of the SW¼ of said Sec. 26, T8S, R1E, bounding said Parcel 98.  Thence South along East boundary of the NE¼ of the SW¼ of Sec. 26, T8S, R1E,  thence West along South boundary of the NE¼ of the SW¼ of said Sec. 26, bounding said Parcel 98.

Thence South along East boundary of the SW¼ of the SW¼ of said Sec. 26, bounding said Parcel 98.

Thence West along South boundary of said Sec. 26, bounding said Parcel 98.

Thence South along East boundary of Sec. 34, T8S, R1E, bounding Parcel 81E-34-76D.  NW¼ of NE¼, E½ of NE¼, Sec. 34, T8S, R1E.  Owner:  Bergman, Annie.

And, bounding Par. 81E-34-88, SW¼ of NE¼, N½ of SE¼, SE¼ of SE¼, NE¼ of NW¼, S½ of NW¼ and East 1100 feet of Nly 165 feet of SW¼ of Sec. 34, T8S, R1E.  Owner:  Bergman, Annie.

Thence West along South boundary of SE¼ of Sec. 34, T8S, R1E, bounding said Parcel 88, and bounding Parcel 81E-34-92.  SW¼ of SE¼ of Sec. 34, T8S, R1E, Owner:  Landgren, John A.

Thence South along the East boundary of the NE¼ of NW¼ of Sec. 3, T9S, R1E, bounding Parcel 91E-3-93.  NE¼ of NW¼ of Sec. 3, T9S, R1E.  Owner:  State of California.

Thence West along South boundary of the NE¼ of the NW¼ of said Sec. 3, bounding said Parcel 93.

Thence North along West boundary of the NE¼ of NW¼ of said Sec. 3, bounding said Parcel 93.

Thence West along South boundaries of the SW¼ of SW¼ of Sec. 34, and the SE¼ of SE¼ of Sec. 33, T8S, R1E, bounding Parcel 81E-33, 34 - 77,  SE¼ of SE¼ of Sec. 33, T8S, R1E, and the S½ of SW¼ of Sec. 34, said Township & Range.  Owners:  Lucier, David O., aka Dave O., and Ella J., and Beaumont, Roy C.

Thence North along the West boundary of the SE¼ of the SE¼ of Sec. 33, T8S, R1E, bounding said Parcel 77.

Thence West along South boundary of the NW¼ of SE¼ of Sec. 33, T8S, R1E, bounding Parcel 81E-33-69A.  N½ of SE¼, W½ of NE¼, E½ of NW¼, and NW¼ of NW¼, Sec. 33, T8S, R1E.  Owners:  Trunnell, Donald & Esther.

Thence North along the West boundary of the NW¼ of the SE¼ of Sec. 33, T8S, R1E, bounding said Parcel 69A.

Thence West along the South boundary of the SE¼ of NW¼ of said Sec. 33, bounding said Parcel 69A.

Thence North along West boundary of the SE¼ of the NW¼ of said Sec. 33, bounding said Parcel 69A.

3194

Thence West along South boundary of the NW$\frac{1}{4}$ of the NW$\frac{1}{4}$ of said Sec. 33, bounding said Parcel 69A.

Thence North along West boundary of the NW$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 33, bounding said Parcel 69A.

Thence West along South boundary of Sec. 29, T8S, R1E, bounding Parcel 81E-28, 29 - 69. E$\frac{1}{2}$ of SE$\frac{1}{4}$, and SE$\frac{1}{4}$ of NE$\frac{1}{4}$, Sec. 29, T8S, R1E, NW$\frac{1}{4}$ of NW$\frac{1}{4}$, S$\frac{1}{2}$ of NW$\frac{1}{4}$, SW$\frac{1}{4}$ of SE$\frac{1}{4}$, and SW$\frac{1}{4}$ of Sec. 28, T8S, R1E. Owners: Trunnell, Donald B. & Esther M.

And, bounding Parcel 81E-29-66, SE$\frac{1}{4}$ of SW$\frac{1}{4}$, SW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 29, T8S, R1E, Owners: Brocknau, Edward W. & Bessie C.

Bounding Parcel 81E-29-65. W$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 29, T8S, R1E, Owners: Schroeder, Walter A. & Jeanette.

Thence North along the West boundary of the SW$\frac{1}{4}$ of Sec. 29, T8S, R1E, bounding said Parcel 65.

Thence West along South boundary of the SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 30, T8S, R1E, bounding Par. 81E-19, 20, 29 & 30 - 54. SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$, S$\frac{1}{2}$ of NE$\frac{1}{4}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$, E$\frac{1}{2}$ of SW$\frac{1}{4}$ of SE$\frac{1}{4}$, and NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 19, T8S, R1E, Except that portion lying NEly of the center line of State Highway. And, SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of said Sec. 19. Also, N$\frac{1}{2}$ of NE$\frac{1}{4}$ and SW$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 30, T8S, R1E. Also, SW$\frac{1}{4}$ of SW$\frac{1}{4}$, W$\frac{1}{2}$ of NW$\frac{1}{4}$ of SW$\frac{1}{4}$ lying South of the Highway of Sec. 20, T8S, R1E. W$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 29, T8S, R1E. Owners: Gibbon, William R. & Katharine C.

Thence North along West boundary of the SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of said Sec. 30, bounding said Parcel 54.

Thence West on South boundary of NW$\frac{1}{4}$ of NE$\frac{1}{4}$ of said Sec. 30, bounding said Parcel 54.

Thence North on West boundary of NW$\frac{1}{4}$ of NE$\frac{1}{4}$ of said Sec. 30, bounding said Parcel 54.

Thence West along South boundary of the SW$\frac{1}{4}$ of Sec. 19, T8S, R1E, bounding Parcel 81E-19-43. That portion of SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 19, T8S, R1E, lying South of the Highway. The W$\frac{1}{2}$ of W$\frac{1}{2}$ of SE$\frac{1}{4}$, N$\frac{1}{2}$ of NE$\frac{1}{4}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$, E$\frac{1}{2}$ of SW$\frac{1}{4}$ lying South of Highway, and that portion of SW$\frac{1}{4}$ of NE$\frac{1}{4}$ of said Sec. 19, lying South of Highway. Owner: Cottle, William W. & Gertrude D., and

Bounding Parcel 81E-19-42. Govt. Lot 4, and SE$\frac{1}{4}$ of Govt. Lot 3, Sec. 19, T8S, R1E. Owners: Poore, Paul R. & Mildred C.

Thence North along West boundary of SW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 19, T8S, R1E, bounding said Parcel 42.

Thence West along South boundary of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 24, T8S, R1W, bounding Parcel 81W-13-24-23, Govt. Lots 8 to 12 inclusive of Sec. 13, T8S, R1W, and NE$\frac{1}{4}$, E$\frac{1}{2}$ of NW$\frac{1}{4}$, NE$\frac{1}{4}$ of SE$\frac{1}{4}$, That por. of Lot 1 North of County Road, of Sec. 24, said Township and Range. Owners: Knox, Garner L., Flora S., & Walter G.

Thence South along the East boundary of SW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 24, T8S, R1W bounding Parcel 81W-24-26. E$\frac{1}{2}$ of SW$\frac{1}{4}$ and W$\frac{1}{2}$ of SE$\frac{1}{4}$ of Sec. 24, T8S, R1W. Owners: Jurkovich, B. M. & Mary

Thence West along the South boundary of Sec. 24, T8S, R1W, bounding said Parcel 26 and,

Bounding Parcel 81W-24-25, W$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 24, said Township and Range. Owners: Lonon, P. E. & Zana B.

Thence North along West boundary of Sec. 24, T8S, R1W, bounding said Parcel 25 and

3195

Bounding Parcel 81W-24-24.   $SW\frac{1}{4}$ of $NW\frac{1}{4}$,   That Por. of Lot 1 South of the County Road of Sec. 24, T8S, R1W.   Owner:  King, Arthur A.

Thence West along Pauba Grant Line bounding Vail Ranch.

Thence South along East boundary of $W\frac{1}{2}$ of Frac. Sec. 22, T8S, R1W, bounding Parcel 81W-22-18.  $W\frac{1}{2}$ of Frac. Sec. 22, T8S, R1W, Except $W\frac{1}{2}$ of $SW\frac{1}{4}$ of said Sec. 22.  Owners: Bennis, Carl V. & Nina, and Strodthoff, Gus J. & Una.

Thence West along South boundary of Frac. Sec. 22, T8S, R1W, bounding said Parcel 18 and

Bounding Parcel 81W-22-19,  $SW\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 22, T8S, R1W.  Owners: Denni, Joseph A. & Grace H.

Thence South along East boundary of $NE\frac{1}{4}$ of Sec. 28, T8S, R1W, bounding Parcel 81W-21, 22 & 28 - 17.  $E\frac{1}{2}$ of $SE\frac{1}{4}$, Sec. 21, T8S, R1W., $NW\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 22, said Township & Range, $NE\frac{1}{4}$, $W\frac{1}{2}$ of $SE\frac{1}{4}$, $E\frac{1}{2}$ of $E\frac{1}{2}$ of $SW\frac{1}{4}$ of Sec. 28, said Township and Range.  Owners:  Scott, Clarence Edward & Maude C., Vermillion, George M. & Hazel S., Wade, Ralph W. & Sally R., Simonich, Joseph & Dorothy A.

Thence West along South boundary of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 28, T8S, R1W, bounding said Parcel 17.

Thence South along East boundary of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of Sec. 28 bounding said Parcel 17.

Thence West along South boundary of the $SW\frac{1}{4}$ of $SE\frac{1}{4}$, and $E\frac{1}{2}$ of $E\frac{1}{2}$ of $SW\frac{1}{4}$ of Sec. 28, bounding said Parcel 17.

Thence North along West boundary of $E\frac{1}{2}$ of $E\frac{1}{2}$ of $SW\frac{1}{4}$ of Sec. 28, T8S, R1W, bounding said Parcel 17.

Thence West along South boundary of $NW\frac{1}{4}$ of Sec. 28, T8S, R1W, bounding Parcel 81W-21-28-16.  $W\frac{1}{2}$ of $SE\frac{1}{4}$, $SE\frac{1}{4}$ of $SW\frac{1}{4}$, Sec. 21, T8S, R1W.  $E\frac{1}{2}$ of $NW\frac{1}{4}$, Sec. 28, said Township and Range.  Owners:  Fisher, John C. & Dorothy A., and

Bounding Parcel 81W-28-14,  $W\frac{1}{2}$ of $NW\frac{1}{4}$ of Sec. 28, T8S, R1W,  Owners: Lohman, Edgar S. & Myrtle D.

Thence North along West boundaries of Sec. 28 and 21, T8S, R1W, bounding said Parcel 14,

And bounding Parcel 81W-21-13,  $SW\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 21, T8S, R1W, Except Nly 330 feet thereof.  Owners: Lohman, Edgar S. & Myrtle D.

Bounding Parcel 81W-21-12, Nly 330 feet of $SW\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 21, T8S, R1W.  Owners: Luckasavage, Alex J. & Carol H.

Bounding Parcel 81W-21-11, Lots 3 & 4 and $N\frac{1}{2}$ of $SW\frac{1}{4}$ of Sec. 21, T8S, R1W.  Owner: Hunter, Victoria, now known as Victoria Hunter Zegers.

Thence Westerly along the Pauba Grant line to the corner monument on the boundary line between Pauba Grant and Frac. Section 20, T8S, R1W, bounding the Vail Ranch.  Thence Northerly and Northeasterly along the surface water divide between the drainage into Vail Lake and the drainage into Nigger Canyon and Pauba Valley to the intersection of the said surface water divide with the North boundary of the Pauba Grant traversing the Vail Ranch, thence Southeasterly along the Pauba Grant line to the point of beginning bounding the Vail Ranch.

### ALPHABETICAL INDEX

APPARENT OWNERS WITHIN AGUANGA GROUND WATER AREA

| NAME | PARCEL NUMBER | PAGE NUMBER |
|------|---------------|-------------|
| Adams, Earl C. | 81E-18-137 | 13 |
| Adams, Earl Charles | 81E-17-129 | 9 |
| Allen, Willard H. & Marjorie LaVerne | 81E-3, 4, 8, 9, 10, 16, 17, 18 - 101 | 3 |
| Anderson, Milford & Myrtle A. | 81E-27-81 | 38 |
| Ashcraft, Inez F. | 81E-10-121 | 9 |
| Askins, Harry N. & Carmen E. | 81E-19-50 | 25 |
| Baach, Charlotte K. | 81E-5-112 | 5 |
| Baker, Merrill | 81E-17, 18 - 132 | 10 |
| Barton, Irene M. | 81E-5-108 | 5 |
| Barton, Sarah Irene McGee | 81E-19-53 | 27 |
|  | 81E-20, 29 - 62 | 29 |
| Beason, Karl T. & Dorothy J. | 81E-19-44 | 23 |
| Beckett, Frank C. & Nora M. | 81E-20-58 | 28 |
| Bennett, Charlotte K. | 81E-5-112 | 5 |
| Bennis, Carl V. & Nina | 81W-22-18 | 17 |
| Bergman, Annie E. | 81E-33-76 | 35 |
|  | 81E-22-76A | 35 |
|  | 81E-27-76B | 36 |
|  | 81E-27-76C | 36 |
|  | 81E-34-76D | 36 |
|  | 81E-27-80 | 37 |
|  | 81E-34-88 | 40 |
|  | 81E-23, 24 - 97 | 42 |
|  | 81E-26-98A | 43 |
| Bergman, Carl H. | 81E-27-80 | 37 |
| Bergman, Donald B. | 81E-27-80 | 37 |
| Bergman, Esther | 81E-27-80 | 37 |
| Bergman, Florence | 81E-27-80 | 37 |

-1-

Interlocutory Judg. #40
Exhibit "B"

| NAME | PARCEL NUMBER | PAGE NUMBER |
|---|---|---|
| Bergman, Ray L. &<br>    Sharon F. | 81E-27-80<br>81E-27-83 | 37<br>38 |
| Bergman, Walter A. | 81E-27-80 | 37 |
| Bourret, R. H. &<br>    Doris M. | 81E-27-84<br>81E-27 - 86, 86A<br>& 87<br>81E-23, 26 - 98 | 39<br><br>39<br>42 |
| Bowlin, Eve S. | 81E-27-85 | 39 |
| Brocknau, Edward W. &<br>    Bessie C. | 81E-29-66 | 30 |
| Burch, Frank J. | 81E-19-48 | 25 |
| Burchett, Robert L. &<br>    Evalene | 81E-20, 29 - 63<br>81E-29-64 | 29<br>30 |
| Burchett, Warren Phillip | 81E-29-64 | 30 |
| Burke, Martin L. | 81E-18-134 | 11 |
| California, State of | 81E-17-128<br>91E-3-93 | 9<br>41 |
| Coda, Leo R. &<br>    Lillian L. | 81E-18-138 | 13 |
| Cottle, William W. &<br>    Gertrude D. | 81E-19-43 | 23 |
| Curphey, William E. &<br>    Myrtle E. | 81E-20-60 | 28 |
| Davis, Lloyd Q. | 81E-33-75 | 35 |
| Denni, Joseph A. &<br>    Grace H. | 81W-22-19 | 17 |
| Erwin, Robert M. &<br>    Ada Dee | 81E-17-130<br>81E-17, 18 - 131 | 9<br>10 |
| Estudillo, Minerva C. | 81E-10-121 | 7 |
| Fisher, John C. &<br>    Dorothy A | 81W-21, 28 - 16 | 16 |
| Frykland, Basil N. &<br>    Hazel B. | 81E-29-67 | 31 |
| Gibbon, William R. &<br>    Katherine C. | 81E-19, 20, 29,<br>30 - 54 | 27 |
| Gruner, Joseph A. &<br>    June B. | 81E-15, 22 - 126 | 8 |

-2-

3198

| NAME | PARCEL NUMBER | PAGE NUMBER |
|------|---------------|-------------|
| Gruner, Lawrence V. | 81E-27-82 | 38 |
| Haggard, C. W. & Lillie B. | 81E-19-39 | 21 |
| Hagman, Lester W. & Leta | 81E-20-61 | 29 |
| Hale, Linnea | 81E-18-135 | 12 |
| Hasselquist, Gustav H. & Jeanne B. | 81E-12, 22 - 127 | 8 |
| Henderson, John T. | 81E-34-90 | 40 |
| Holmes, Ervin Howard & Erma Hazel | 81E-28-70A | 33 |
| Holmes, Glen Hugh & Ellen Adeline | 81E-28-70 | 33 |
| Hunter, Anna | 81E-19-40 | 22 |
| Hunter, Dorothy | 81E-19-40 | 22 |
| Hunter, Victoria | 81W-21-11 | 14 |
| Jacoby, Donald W. & Mabel M. | 81E-19-38 | 21 |
| Jessop, C. S. & Florence | 81E-27-84 | 39 |
| | 81E-27 - 86, 86A & 87 | 39 |
| | 81E-23, 26 - 98 | 42 |
| Johnson, P. H. | 81E-33-74 | 34 |
| Johnston, Joel E. & Margaret | 81E-8-119 | 6 |
| | 81E-8-119A | 7 |
| Jurkovich, B. M. & Mary | 81W-24-26 | 19 |
| King, Arthur A. | 81W-24-24 | 18 |
| King, Ervin B. | 81E-28-72 | 34 |
| | 81E-27, 28 - 73 | 34 |
| King, George F. B. | 81E-28-72 | 34 |
| King, Lawrence L. | 81E-28-72 | 34 |
| | 81E-27, 28 - 73 | 34 |
| King, Mabel | 81E-28-72 | 34 |
| | 81E-27, 28 - 73 | 34 |
| King, Roy F. | 81E-28-72 | 34 |
| | 81E-27, 28 - 73 | 34 |

-3-

8199

| NAME | PARCEL NUMBER | PAGE NUMBER |
|------|---------------|-------------|
| King, Verona | 81E-26-72 | 34 |
| | 81E-27, 28 - 73 | 34 |
| Knox, Garner L., Flora S. & | 81W-13, 24 - 23 | 18 |
| Walter G. | 81E-18, 19 - 33 | 19 |
| Kohn, Harry & Naomi | 81E-4, 5 - 102 | 4 |
| Landgren, John A. | 81E-34-92 | 41 |
| Lane, Lucy B. | 81E-28-72 | 34 |
| Lohman, Edgar S. & | | |
| Myrtle D. | 81W-21, 28 - 13 & 14 | 15 |
| Lonon, P. E. & | | |
| Zona B. | 81W-24-25 | 19 |
| Lucier, David O. & | | |
| Ella J. | 81E-33, 34 - 77 | 37 |
| Luckasavage, Alex J. & | | |
| Carol H. | 81W-21-12 | 15 |
| Mc Carrel, Francis | 81E-18-135 | 12 |
| McDonnell, Ruja A. | 81W-21-15 | 15 |
| Mc Kean, Scott E. & | | |
| Audrey E. | 81E-8-118 | 6 |
| Mc Kinley, Ivan E. & | | |
| Mathea A. | 81E-23, 24 - 99 | 43 |
| Marcus, Murray M. & | | |
| Violet | 81E-19-41 | 22 |
| Marion, George | 81E-4-107 | 4 |
| Marshall, George & | | |
| Iona | 81E-19-44 | 23 |
| Martin, Charles E. & | | |
| Dora A. | 81E-8-117 | 6 |
| Massengill, J. D. | 81E-19-35 | 20 |
| Miller, Lula I. | 81E-19-47 | 24 |
| Murcell, Betty B. | 81E-3, 10- 100 | 3 |
| Murphy, Edward & | | |
| Bertha | 81E-23-126A | 8 |
| Oviatt, James | 81W-12, 13, 81E-7, | |
| | 8, 18 - 4 | 2 |
| Poignee, George L. & | | |
| Louise H. | 81E-19-45 | 23 |

-4-

3200

| NAME | PARCEL NUMBER | PAGE NUMBER |
|------|---------------|-------------|
| Poore, Paul R., Mildred C. & Robert Arthur | 81E-19-42 | 22 |
| | 81E-19-46 | 24 |
| | 81E-20-59 | 28 |
| Porter, Crystal Wells | 81E-10-120 | 7 |
| Register, Delia A. | 81E-34-91 | 41 |
| Richie, John H. & Marie L. | 81E-19-36 | 20 |
| Riverside, County of | 81E-19-51 | 26 |
| Robertson, L. G. | 81E-19-47 | 24 |
| Robinson, Julienne Vaasa & M. C. | 81W-13-3 | 2 |
| Rook, Arthur W. & June D. | 81E-20, 21 - 68 | 31 |
| Schroeder, Walter A., Jr. & Jeanette H. | 81E-29-65 | 30 |
| Schuman, Thomas S. & Dorothy | 81E-19-49 | 25 |
| Scott, Clarence Edward & Maude C. | 81W-21, 22, 28 - 17 | 16 |
| Simonich, Joseph & Dorothy A. | 81W-21, 22, 28 - 17 | 16 |
| Sloan, Myrtle M. King | 81E-28-72 | 34 |
| Spaniol, Gustave A. & Rose | 81E-19, 20 - 52 | 26 |
| Sperou, George J. & Marjorie V. | 81E-18-139 | 14 |
| Strodthoff, Gus J. & Una | 81W-22-18 | 17 |
| Tietsche, Paul W. & Nola Pearl | 81E-18-136 | 12 |
| Tomlinson, Bruse A. & Julia | 81E-5-106 | 4 |
| Tripp, Edward C. | 81E-18-133 | 11 |
| Trunnell, Donald B. & Esther M. | 81E-28, 29 - 69 | 31 |
| | 81E-33-69A | 32 |
| | 81E-33-69B | 32 |
| | 81E-33, 34 - 69C | 32 |
| | 81E-27-80 | 37 |

-5-

3201

| NAME | PARCEL NUMBER | PAGE NUMBER |
|------|---------------|-------------|
| United States of America | Par. 2 | 1 |
| Vail Co. | Par. 1 | 1 |
| Vermillion, George M. & Hazel S. | 81W-21, 22, 28 - 17 | 16 |
| Wade, Ralph W. & Sally R. | 81W-21, 22, 28 - 17 | 16 |
| Welch, Irene M. Barton & Dave | 81E-5-108 | 5 |
| Western Brass | 81E-23, 24 - 99 | 43 |
| Williams, Allen W. & Gladys | 81E-34-89 | 40 |
| Wolf, Alfred P. | 81E-28-71 | 33 |
| Zegers, Victoria Hunter | 81W-21-11 | 14 |

3202

## AGUANGA GROUND WATER AREA

Parcel 1  (Wilson Creek)                         Exhibit No. 210C
     1  (Temecula)                                      211C

      That portion of Pauba Rancho within drainage area of Vail Lake

Apparent Owner:    VAIL COMPANY, INC.

Gross Acreage    2,349.8          Wells:

Irrigable Acreage    2,007.1

Irrigated Acreage

Surface Diversions:

---

Parcel 2 (Wilson Creek)                          Exhibit No. 210C
     1 (Temecula)                                       211C

    81E-4  - SW$\frac{1}{4}$ of Sec. 4, T8S, R1E
    81E-7  - NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 7, T8S, R1E
    81E-16 - E$\frac{1}{2}$ of Sec. 16, T8S, R1E
    81E-17 - SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 17, T8S, R1E
    81W-13 - SE$\frac{1}{4}$ of NW$\frac{1}{4}$; S$\frac{1}{2}$ of NE$\frac{1}{4}$ & NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 13, T8S, R1W
    81E-20 - NE$\frac{1}{4}$; E$\frac{1}{2}$ of NW$\frac{1}{4}$ & NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 20, T8S, R1E
    81E-21 - All of Sec. 21, T8S, R1E EXC S$\frac{1}{2}$ of SW$\frac{1}{4}$
    81E-27 - N$\frac{1}{2}$ of NW$\frac{1}{4}$; NW$\frac{1}{4}$ of NE$\frac{1}{4}$; NE$\frac{1}{4}$ of SW$\frac{1}{4}$ & NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 27,
        T8S, R1E.

Apparent Owner:    UNITED STATES OF AMERICA

Gross Acreage               Wells:

Irrigable Acreage

Irrigated Acreage

Surface Diversions:

-1-

Interlocutory Judg. #40  3203
Exhibit "C"

Parcel 81W-13-3 (Wilson Creek)                    Exhibit 210C
                                                          211C
    Lot 3, (NE¼ of NW¼) Frac. Sec. 13, T8S, R1W.

Apparent Owner:      ROBINSON, Julienne Vaasa & M. C.


Gross Acreage        11.41                        Wells:

Irrigable Acreage    None

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81W-12, 13, 81E-7, 8, 18 - 4 (Wilson Creek)    Exhibit 210C
    81W-13, 81E-18 - 21 (Temecula)                       211C
                                                                    Oviatt's A
    Govt. Lots 1, 4, 5, & 6 (W½ of SE¼ & S½ of NE¼); E½ of SE¼ of
    Sec. 12, T8S, R1E.   N½ of NE¼, Sec. 13, T8S, R1W
    Sec. 7, T8S, R1E, EXC NE¼ of SW¼
    W½ of SW¼ of SW¼ of Sec. 8, T8S, R1E.
    NW¼; NW¼ of NE¼ & NE¼ of NE¼, EXC S. 50' thereof E. of Hwy of
    Sec. 18, T8S, R1E

Apparent Owner:      OVIATT, James            Wells: 81S1E-7N1 - Not in use
                                                        7N2 - Not in use
                                                        7P1 - Irrigation
Gross Acreage        1171.63                             7P2 - Not in use
                                                        7Q1 - Irrigation
Irrigable Acreage    453.20                              7Q2 - Dry
                                                        7Q4 - Domestic
Irrigated Acreage    Unknown                           18B1 - Irrigation

Irrigable Acreage

Surface Diversions:

    81S1E- 7L - Reservoir, 2 A.F. capacity
       7Q - Reservoir, 25,000 gal. capacity
      18B - Reservoirs, two with combined capacity of 6 A.F.
       7Q - Swimming Pool, 30,000 gal capacity
       7R - Surface Diversion to collection gallery
      18D - Spring - approximately 59 pm

-2-

Interlocutory Judg. #40
Exhibit "C"    3204

Parcel 81E-3-10 - 100                                    Exhibit 211C

    Sec. 3, T8S, R1E, EXC SE¼ of SE¼ of sd Sec.
    NW¼ of Sec. 10, T8S, R1E.

Apparent Owner:        MURCELL, Betty B.

Gross Acreage          762.05                    Wells:

Irrigable Acreage      126.3

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-3, 4, 8, 9, 10, 16, 17, 18 - 101        Exhibit 211C
                                     232

    SE¼ of SE¼ of Sec. 3, T8S, R1E.
    SE¼ of Sec. 4, T8S, R1E
    E½ of SE¼, E½ of NW¼ of SE¼, SW¼ of SE¼, SE¼ of SW¼, E½ of SW¼
    of SW¼ of Sec. 8, T8S, R1E.
    All of Sec. 9, T8S, R1E.
    N½ of SW¼ & NE¼ of Sec. 10, T8S, R1E.
    W½ of Sec. 16, T8S, R1E.
    W½ of SE¼, NE¼ of SE¼ & N½ of Sec. 17, T8S, R1E, EXC 1 acre
    in NW cor of SW¼ of NW¼ of sd Sec.
    S 50' E of Hwy in NE¼ of NE¼ of Sec. 18, T8S, R1E

Apparent Owner:        ALLEN, Willard H. & Marjorie LaVerne

Gross Acreage          2039.0               Wells: 81E-8Q1 - Domestic
                                             8Q2
Irrigable Acreage      922.9                     17A2 - Domestic &
                                                 Irrigation
Irrigated Acreage      Unknown                   17C1 -
                                              17H1 - Domestic

Surface Diversions:

    81E-8Q - Reservoir, 1 AF Capacity
    81E-9Q - Stream Diversion
    81E-16E - Reservoir, 4 AF Capacity
    81E-17H - Reservoir, 13 AF Capacity
    81E-17H - Swimming Pool, 43,600 gal capacity

-3-

XXXXXXXX

Interlocutory Judg. #40
      Exhibit "C"
           3205

Parcel 81E-4, 5 - 102                                    Exhibit 211C

    $S\frac{1}{2}$ of $NW\frac{1}{4}$ of Sec. 4, T8S, R1E.
    E 20 acres of $S\frac{1}{2}$ of $NE\frac{1}{4}$ of Sec. 5, T8S, R1E.

Apparent Owner:    KOHN, Harry & Naomi

Gross Acreage        100.0            Wells: 81E-5H1 -

Irrigable Acreage     29.9

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-5-106                                        Exhibit 211C

    Beg at NW cor of $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec. 5, T8S, R1E; th E alng Nly li
    250' to Wly li of County Road; th SWly along Wly li of sd County
    Road to SW cor of $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of sd Sec. 5; th Nly to pob

Apparent Owner:    TOMLINSON, Bruce A. & Julia

Gross Acreage        3.8              Wells: 81E-5J1 -

Irrigable Acreage     None

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-5-107                                        Exhibit 211C

    $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec. 5, T8S, R1E, EXC Beg at NW cor of sd $NE\frac{1}{4}$ of
    $SE\frac{1}{4}$; th E alng Nly li 250' to Wly li of County Road; th SWly alng
    Wly li of sd County Road to SW cor of $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of sd Sec. 5;
    th Nly to pob

Apparent Owner:    MARION, George

Gross Acreage        36.2             Wells:

Irrigable Acreage     None

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #40
Exhibit "C"

3206

Parcel 81E-5-108                                          Exhibit 211C

SE¼ of SE¼ of Sec. 5, T8S, R1E, EXC S½ of SE¼ of SE¼ of SE¼ of sd Sec. 5.

Beg 130' E of the SW cor of SW¼ of SE¼ of Sec. 5, T8S, R1E, th NEly to NE cor of sd SW¼ of SE¼; th S to S li of sd SE¼; th W to pob.

Apparent Owner:          BARTON, Irene M. aka Welch
                         WELCH, Dave

Gross Acreage            53.0                    Wells:

Irrigable Acreage        2.5

Irrigated Acreage        Unknown

Surface Diversions:

Parcel 81E-5-112                                          Exhibit 211C

S½ of SE¼ of SE¼ of SE¼ of Sec. 5, T8S, R1E.

Apparent Owner:          BENNETT, Charlotte K. aka Baach

Gross Acreage            5.0                     Wells:

Irrigable Acreage        None

Irrigated Acreage        Unknown

Surface Diversions:

-5-                     ~~XXXXXXXX~~

Interlocutory Judg. #40
Exhibit "C"

3207

Parcel 81E-8-117                                     Exhibit 211C

NE$\frac{1}{4}$; NE$\frac{1}{4}$ of SW$\frac{1}{4}$; W$\frac{1}{2}$ of NW$\frac{1}{4}$ of SE$\frac{1}{4}$; & SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 8, T8S, R1E, EXC por of SE$\frac{1}{4}$ of NW$\frac{1}{4}$ lying NWly of Hwy.

Apparent Owner:        MARTIN, Charles E. & Dora E.

Gross Acreage          258.5                 Wells: 81E-8G1 - Domestic
                                                    8K1 - Domestic
Irrigable Acreage      44.5

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-8-118                                     Exhibit 211C

NE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 8, T8S, R1E.

Apparent Owner:        MC KEAN, Scott E. & Audrey E.

Gross Acreage          40.0                  Wells: 81E-8C1 - Domestic

Irrigable Acreage      6.5

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-8-119                                     Exhibit 211C

SW$\frac{1}{4}$ of NW$\frac{1}{4}$; NW$\frac{1}{4}$ of SW$\frac{1}{4}$; & NW$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 8, T8S, R1E.

Apparent Owner:        JOHNSTON, Joel E. & Margaret

Gross Acreage          120.0                 Wells: 81E-8E1 - Domestic

Irrigable Acreage      27.6

Irrigated Acreage      Unknown

Surface Diversions:

-6-                        XXXXXXXXXX

Interlocutory Judg. #30
Exhibit "C"

3208

Parcel 81E-8-119A                                        Exhibit 211C

    Por of SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 8, T8S, R1E, lying NW1y of Hwy.

Apparent Owner:      JOHNSTON, Joel E. & Margaret

Gross Acreage          6.5                    Wells: 81E-8F1 - Domestic

Irrigable Acreage      .5

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-10-120                                       Exhibit 211C

    S$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 10, T8S, R1E.

Apparent Owner:      PORTER, Crystal Wells

Gross Acreage          80.0                   Wells: 81E-10N1 - Domestic
                                                     10N2 - Domestic
Irrigable Acreage      36.7

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-10-121                                       Exhibit 211C

    Govt. Lots 1 & 2 (N$\frac{1}{2}$ of SE$\frac{1}{4}$) of Sec. 10, T8S, R1E.

Apparent Owner:      ASHCRAFT, Inez F.
                     ESTUDILLO, Minerva C.

Gross Acreage          81.51                  Wells:

Irrigable Acreage      56.7

Irrigated Acreage      Unknown

Surface Diversions:

-7-                          Exhibit

Parcel 81E-15, 22 - 126 (Wilson Creek)                    Exhibit 210C
     81E-15, 22 - 79 (Temecula)                            211C

    Govt. Lots 15 & 16 (S½ of SE¼) & Lots 9 & 10 (N½ of SE¼) of
    Sec. 15, T8S, R1E.
    Govt. Lots 1, 2, 7 & 8 (NE¼) of Sec. 22, T8S, R1E.

Apparent Owner:     GRUNER, Joseph A. & June B.

Gross Acreage       328.61                  Wells: 81E-15R1 - Domestic
                                                   15R2 - Domestic
Irrigable Acreage   12.9

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 81E-23-126A (Wilson Creek)                    Exhibit 210C
     81E-23-96 (Temecula)                              211C

    W½ of NW¼ of Sec. 23, T8S, R1E.

Apparent Owner:     MURPHY, Edward & Bertha

Gross Acreage       77.83                   Wells: 81E-23E1 -

Irrigable Acreage   19.1

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 81E-15, 22 - 127 (Wilson Creek)                    Exhibit 210C
     81E-15, 22 - 78 )Temecula)                            211C

    Govt. Lot 6 (SE¼ of NW¼), Lot 11 (NE¼ of SW¼), Lot 13 (SW¼ of SW¼),
    Lot 14 (SE¼ of SW¼) of Sec. 15, T8S, R1E.
    Govt Lots 3 through 6 (NW¼) of Sec. 22, T8S, R1E.

Apparent Owner:     HASSELQUIST, Gustav H. & Jeanne B.

Gross Acreage       328.62                  Wells: 81E-22C1 - Windmill
                                                   22C2 - Domestic
Irrigable Acreage   23.6

Irrigated Acreage   Unknown

Surface Diversions:

-8-

EXXXXXXXXX

Parcel 81E-17-128                                    Exhibit 211C

    1 Acre in NW Cor S½ of NW¼ of Sec. 17, T8S, R1E.

Apparent Owner:       STATE OF CALIFORNIA

Gross Acreage         1.0                      Wells: 81E-17E-1 -

Irrigable Acreage     1.0

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 81E-17-129                                    Exhibit 211C

    E½ of NW¼ of SW¼;  W½ of SE¼ of SW¼; & NE_ of SW¼ of Sec. 17,
T8S, R1E.

Apparent Owner:       ADAMS, Earl Charles

Gross Acreage         80.0                     Wells:

Irrigable Acreage     33.5

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 81E-17-130                                    Exhibit 211C
                                                            252
    E½ of SE¼ of SW¼ of Sec. 17, T8S, R1E.

Apparent Owner:       ERWIN, Robert M. & Ada Dee

Gross Acreage         20.0                     Wells:

Irrigable Acreage     1.8

Irrigated Acreage     Unknown

Surface Diversions:

-9-

Parcel 81E-17, 18 - 131

Exhibit 211C
252

W½ of NW¼ of SW¼ of Sec. 17, T8S, R1E.
That por of the NE¼ of SE¼ of Sec. 18, T8S, R1E lying Ely of fol
desc li: Beg at pt in Sly li of NE¼ of SE¼ of Sec. 18 which bears
N 89°27'10" W 1092.97' fr SE cor thereof; th N 19°43'0" W 22.61'
to beg of tangent curve concave to the E having radius of 350';
th alng sd curve through arc dist of 272.80'; th N 24°56'30" E
1010.52' to Nly li of NE¼ of SE¼

Apparent Owner:      ERWIN, Robert M. & Ada Dee

Gross Acreage        45.0              Wells: 81E-18J3 -

Irrigable Acreage    26.1

Irrigated Acreage    None

Surface Diversions:

---

Parcel 81E-17, 18 - 132 (Wilson Creek)
       81E-17, 18 - 34 (Temecula)

Exhibit 210C
211C

SW¼ of SW¼ of Sec. 17, T8S, R1E.
S½ of SE¼ of Sec. 18, T8S, R1E.

Apparent Owner:      BAKER, Merrill

Gross Acreage        120.0             Wells:

Irrigable Acreage    13.5

Irrigated Acreage    None

Surface Diversions:

-10-

Parcel 81E-18-133                                    Exhibit 211C

    $SW\frac{1}{4}$ of $NE\frac{1}{4}$; & W 8 acres of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 18, T8S, R1E.

Apparent Owner:    TRIPP, Edward C.

Gross Acreage    48.0            Wells:

Irrigable Acreage    21.8

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-18-134                                    Exhibit 211C

    That por of Ely 32 acres of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 18, T8S, R1E lying Wly of li daf:  Beg at pt on Sly li of sd $SE\frac{1}{4}$ of $NE\frac{1}{4}$, which bears N 89°07' W 526.03' fr SE cor of sd $SE\frac{1}{4}$ of $NE\frac{1}{4}$; th N 27°56'30" E 291.55' to beg of curve concave to W having radius of 700'; th cont. on sd curve through an arc dist of 245.36'; th N 04°51'03" E 344.94' to beg of curve concave to W having radius of 500'; th cont. on sd curve through an arc dist of 133.66'; th N 10°27'30" W 341.87' to Nly li of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of sd Sec. 18, EXC S 900' thereof alng Wly li of sd 32 acre parcel.

Apparent Owner:    BURKE, Martin L.

Gross Acreage    5.0            Wells: 81E-18H4 -

Irrigable Acreage    3.0

Irrigated Acreage    Unknown

Surface Diversions:

-11-

EXXXXXXXXX

3213

Interlocutory Judg. #40
Exhibit "C"

Parcel 81E-18-135                                    Exhibit 211C

    That por of Ely 32 acres of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 18, T8S, R1E lying
Ely of li daf:  Beg at pt on Sly li of sd SE$\frac{1}{4}$ of NE$\frac{1}{4}$ which bears
N 89°07' W 526.03' fr SE cor of sd SE$\frac{1}{4}$ of NE$\frac{1}{4}$; th N 27°56'30" E
291.55' to beg of curve concave to W having radius of 700'; th cont on
sd curve through an arc dist of 245.36'; th N 04°51'03" E 344.94' to
beg of curve concave to W having radius of 500'; th cont on sd
curve through an arc dist of 133.66'; th N 10°27'30" W 341.87'
to Nly li of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of sd Sec. 18, EXC Sly 900' thereof

Apparent Owner:          HALE, Linnea
                         MC CARREL, Francis


Gross Acreage            3.0                    Wells: 81E-18H3 -

Irrigable Acreage        3.0

Irrigated Acreage        None

Surface Diversions:

---

Parcel 81E-18-136                                    Exhibit 211C

    S 900' of E. 32 acres of SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 18, T8S, R1E lying
Wly of road.
That por of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 18, T8S, R1E daf:  Beg at pt on
Wly li of sd NE$\frac{1}{4}$ of SE$\frac{1}{4}$ 621.51' Nly fr SW cor thereof; th Nly
on Wly li of sd NE$\frac{1}{4}$ of SE$\frac{1}{4}$ to NW cor thereof; th S 89°07'10" E
alng Nly li of sd NE$\frac{1}{4}$ of SE$\frac{1}{4}$ to a pt 526.03' Wly fr NE cor of the
NE$\frac{1}{4}$ of SE$\frac{1}{4}$; th S 24°56'30" W to pt which bears N 89°27'10" E fr
pob; th N 89°27'10" W to pob, EXC Sly 250'

Apparent Owner:          TIETSCHE, Paul W. & Nola Pearl


Gross Acreage            17.0                   Wells: 81E-18H2 -

Irrigable Acreage        8.1

Irrigated Acreage        Unknown

Surface Diversions:

XXXXXXXXX

Interlocutory Judg. #40
Exhibit "C"

3214

Parcel 81E-18-137                                          Exhibit 211C

    S 800' of SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 18, T8S, R1E lying E of road.

Apparent Owner:    ADAMS, Earl C.

Gross Acreage       7.0            Wells: 81E-18H1 -

Irrigable Acreage   6.5

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 81E-18-138                                          Exhibit 211C

    Sly 250' of property daf:  That por of NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 18,
T8S, R1E daf:  Beg at pt on W li of sd NE$\frac{1}{4}$ of SE$\frac{1}{4}$ 621.51' Nly
fr SW cor thereof; th Nly on Wly li of sd NE$\frac{1}{4}$ of SE$\frac{1}{4}$ to NW cor
thereof;  th S 89°07'10" E alng Nly li of sd NE$\frac{1}{4}$ of SE$\frac{1}{4}$ to a
pt 526.03' Wly fr NE cor of the NE$\frac{1}{4}$ of SE$\frac{1}{4}$; th S 24°56'30" W
to pt which bears N 89°27'10" E fr pob; th N 89°27'10" W to
pob.

Apparent Owner:    CODA, Leo R. & Lillian L.

Gross Acreage       4.0            Wells:

Irrigable Acreage   1.3

Irrigated Acreage   Unknown

Surface Diversions:

Parcel 81E-18-139 (Wilson Creek)          Exhibit 210C
       81E-18-32 (Temecula)                            211C
                                                       244

N½ of SW¼; NW¼ of SE¼ & that por of the NE¼ of SE¼ of Sec. 18,
T8S, R1E daf:  Beg at a pt on Wly li of NE¼ of SE¼ of sd Sec. 18,
621.51' Nly fr SW cor thereof; th S 89°27'10" E 478.65' to tpob;
th N 89°27'10" W 478.65' to a pt on Wly li of NE¼ of SE¼; th Sly
on Wly li 621.52' to SW cor; th S 89°27'10" E alng Sly li of
NE¼ of SE¼ to a pt 1092.97' Wly fr SE cor of NE¼ of SE¼, sd pt
being in c/l of State Highway 79; th N 19°43' W 22.61' to beg of
curve concave to E having radius of 350' and a central angle of
44°39'30"; th alng sd curve 272.80'; th N 24°56'30" E to a pt
which bears S 89°27'10" E fr pob; the last 3 courses fol alng c/l of
sd Hwy; th N 89°27'10" W to pob.

Apparent Owner:       SPEROU, George J. & Marjorie V.


Gross Acreage         133.14               Wells: 81E-18J1 -
                                                  18J2 -
Irrigable Acreage     19.5

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 81W-21-11                           Exhibit 210C

Lot 3 (SE¼ of NW¼), Lot 4 (SW¼ of NW¼, & N½ of SW¼ of Sec. 21,
T8S, R1W.

Apparent Owner:       HUNTER, Victoria, now known as Victoria Hunter Zegers


Gross Acreage         117.76               Wells:

Irrigable Acreage     11.0

Irrigated Acreage     Unknown

Surface Diversions:

Interlocutory Judg. #40
Exhibit "C"
3216

Parcel 81W-21-12                                    Exhibit 210C

    N 330' of SW¼ of SW¼ of Sec. 21, T8S, R1W.

Apparent Owner:  LUCKASAVAGE, Alex J. & Carol H.

| | | Wells: |
|---|---|---|
| Gross Acreage | 10.0 | |
| Irrigable Acreage | 8.0 | |
| Irrigated Acreage | Unknown | |
| Surface Diversions: | | |

---

Parcel 81W-21, 28 - 13 & 14                        Exhibit 210C

    SW¼ of SW¼ of Sec. 21, T8S, R1W, EXC Nly 330' thereof.
W½ of NW¼ of Sec. 28, T8S, R1W
Apparent Owner:     LOHMAN, Edgar S. & Myrtle D.

| | | Wells: 81W-28N1 - |
|---|---|---|
| Gross Acreage | 110 | |
| Irrigable Acreage | None | |
| Irrigated Acreage | Unknown | |
| Surface Diversions: | | |

---

Parcel 81W-21-15                                    Exhibit 210C

    Lot 1 (SE¼ of NE¼), Lot 2 (SW¼ of NE¼) of Sec. 21, T8S, R1W

Apparent Owner:    MC DONNELL, Ruja A.

| | | Wells: |
|---|---|---|
| Gross Acreage | 51.52 | |
| Irrigable Acreage | None | |
| Irrigated Acreage | Unknown | |
| Surface Diversions: | | |

Parcel 81W-21, 28 - 16             Exhibit "C"

W$\frac{1}{2}$ of SE$\frac{1}{4}$, & SE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 21, T6S, R1W.
E$\frac{1}{2}$ of NW$\frac{1}{4}$ of Sec. 28, T6S, R1W

Apparent Owner:          FISHER, John C. & Dorothy A.

Gross Acreage          200                Wallet 81W-21P1

Irrigable Acreage      None

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81W-21, 22, 28 - 17          Exhibit "C"

E$\frac{1}{2}$ of SE$\frac{1}{4}$ of Sec. 21, T6S, R1W
NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 22, T6S, R1W
NE$\frac{1}{4}$, W$\frac{1}{2}$ of SE$\frac{1}{4}$, E$\frac{1}{2}$ of W$\frac{1}{2}$ of Sec. 28, T6S, R1W

Apparent Owner:         SCOTT, Clarence Edward & Maude M.
VERMILLION, George M. & Hazel S.
WAM, Ralph M. & Sally B.
FRENICH, Joseph & Dorothy L.

Gross Acreage          400               Wallet

Irrigable Acreage      None

Irrigated Acreage      Unknown

Surface Diversions:

-16-

Interlocutory Judg. #40
Exhibit "C"

Parcel 81W-22-18                                      Exhibit 210C

W$\frac{1}{2}$ of Sec. 22, T8S, R1W, EXC W$\frac{1}{2}$ of SW$\frac{1}{4}$ of sd Sec. 22

Apparent Owner:        BENNIS, Karl V. & Nina
                       STRODTHOFF, Gus J. & Una

Gross Acreage          140.35                Wells: 81W-22G1
                                                           22G2
Irrigable Acreage      59.0

Irrigated Acreage      Unknown

Surface Diversions:

_____

Parcel 81W-22-19                                      Exhibit 210C

SW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 22, T8S, R1W

Apparent Owner:        DENNI, Joseph A. & Grace E.

Gross Acreage          40.0                  Wells: 81W-22N1 -

Irrigable Acreage      24.5

Irrigated Acreage      Unknown

Surface Diversions:

-17-                        XXXXXXXXXXX

Interlocutory Judg. #40
Exhibit "C"

3219

Parcel 81W-13-20 (See Par. 81W-13-3(Wilson Creek))

———————————————

Parcel 81W-13, 81E-18 - 21 (See Par 81W-12,13, 81E-7, 8, 18 - 4 (Wilson Creek))

———————————————

Parcel 81W-13, 24 - 23                                    Exhibit 210C

    Govt Lots 8 to 12 ($S\frac{1}{2}$ of $S\frac{1}{2}$. $NE\frac{1}{4}$ of $SW\frac{1}{4}$, & $NW\frac{1}{4}$ of $SE\frac{1}{4}$) of Sec.
13, T8S, R1W.
$NE\frac{1}{4}$, $E\frac{1}{2}$ of $NW\frac{1}{4}$, $NE\frac{1}{4}$ of $SE\frac{1}{4}$ & that por of Lot 1 ($NW\frac{1}{4}$ of $NW\frac{1}{4}$) N
of County Road of Sec. 24, T8S, R1W.

Apparent Owner:        KNOX, Garner L., Flora S. & Walter G.

| | | |
|---|---|---|
| Gross Acreage | 456.59 | Wells: 81W-13Q1 - Domestic |
| Irrigable Acreage | 189.4 | 13Q2 - Irrigation |
| | | 13P1 - Irrigation |
| Irrigated Acreage | Unknown | |

Surface Diversions:

    81E-13Q1 - Reservoir, $1\frac{1}{2}$ AF Capacity
       13L1 - Reservoir, 1 AF Capacity

———————————————

Parcel 81W-24-24                                    Exhibit 210C

    $SW\frac{1}{4}$ of $NW\frac{1}{4}$ & that por of Lot 1 ($NW\frac{1}{4}$ of $NW\frac{1}{4}$) S of County Road of
Sec. 24, T8S, R1W.

Apparent Owner:        KING, Arthur A.

| | | |
|---|---|---|
| Gross Acreage | 63.70 | Wells: 81W-24D1 - Domestic |
| Irrigable Acreage | 18.4 | |
| Irrigated Acreage | Unknown | |

Surface Diversions:

BRETHERTONX

Interlocutory Judg. #40
Exhibit "C"  3220

Parcel 81W-24-25                                        Exhibit 210C

    W$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 24, T8S, R1W.

Apparent Owner:      LONON, P. E. & Zana B.

Gross Acreage        80.0                    Wells:

Irrigable Acreage    5.0

Irrigated            Unknown

Surface Diversions:

---

Parcel 81W-24-26                                        Exhibit 210C

    E$\frac{1}{2}$ of SW$\frac{1}{4}$ & W$\frac{1}{2}$ of SE$\frac{1}{4}$ of Sec. 24, T8S, R1W.

Apparent Owner:      JURKOVICH, B. M. & Mary

Gross Acreage        160.0             Wells: 81W-24Q1 - Domestic

Irrigable Acreage    10.3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-18-32   (See Parcel 81E-18-139(Wilson Creek))

---

Parcel 81E-18, 19 - 33                                  Exhibit 210C

    S$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 18, T8S, R1E.
    Govt. Lot 1 (NW$\frac{1}{4}$ of NW$\frac{1}{4}$) & NE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 19, T8S, R1E.

Apparent Owner:      KNOX, Garner L., Flora S., & Walter G.

Gross Acreage        166.30                  Wells:

Irrigable Acreage    25.0

Irrigated Acreage    Unknown

Surface Diversions:

-19-                    EXXIXXIXXHX

Interlocutory Judg. #40
Exhibit "C"

3221

Parcel 81E-17, 18 - 34 (See 81E-17,18-132 (Wilson Creek))

---

Parcel 81E-19-35                                    Exhibit 210C

N½ of SE¼ of NW¼; Govt Lot 2 (SW¼ of NW¼); Govt. Lot 3 (NW¼ of SW¼) lying N & E of Highway, in Sec. 19, T8S, R1E.

Apparent Owner:     MASSENGILL, J. D.

Gross Acreage       48.42                    Wells:

Irrigable Acreage   15.7

Irrigated Acreage

Surface Diversions:

---

Parcel 81E-19-36                                    Exhibit 210C

All that por of Govt Lot 2 & N½ of Govt. Lot 3, Sec. 19, T8S, R1E which lies SWly of c/l of roadway easement 80' in width, EXC from Govt Lot 3 the S½ of NW¼ and all that por of the N½ of NW¼ thereof which lies SWly of following desc line: Beg at a pt on W li of sd Lot 3 dist. 30' S of the NW Cor thereof; th SEly to a pt on the S li of said Lot 3, dist. 370.92' W fr SE cor thereof.

Apparent Owner:     RICHIE, John H. & Marie L.

Gross Acreage       30.19                    Wells: 81E-19E1 -
Irrigable Acreage   5.7                             19E2 -

Irrigated Acreage   Unknown

Surface Diversions:

-20-                           XXXXXXXXX

Interlocutory Judg. #40
Exhibit "C"

3222

Parcel 81E-19-38                                    Exhibit 210C

Beg at NW Cor of SW¼ of SE¼ of NW¼ of Sec. 19, T8S, R1E; th E 328'; th S to a pt in N li of Hwy 305' W of E li of NW¼ of NE¼ of SW¼; th W alng sd N li of sd Hwy to W li of NE¼ of SW¼; th N to pob.

Apparent Owner:        JACOBY, Donald W. & Mabel M.

Gross Acreage          6.0                    Wells: 81E-19F4 -

Irrigable Acreage      3.0

Irrigated Acreage      None

Surface Diversions:

---

Parcel 81E-19-39                                    Exhibit 210C

Beg at NE cor of SW¼ of SE¼ of NW¼ of Sec. 19, T8S, R1E; th Sly to a pt on the N bdry li of r/w of Imperial Highway No. 4, 91' fr the SE cor of sd 10 acres; th Wly alng sd r/w 305'; th Nly to a pt on the N bdry li of sd 10 acres, 328' fr NW cor of sd 10 acres; th Ely to pt of beg.  This includes the Ely por of triangular strip of land in NW¼ of SW¼ of Sec. 19 N of Imperial Highway r/w.

Apparent Owner:        HAGGARD, C. W. & Lillie B.

Gross Acreage          5.0                    Wells: 81E-19F3 -

Irrigable Acreage      2.0

Irrigated Acreage      Unknown

Surface Diversions:

-21-                          XXXXXXXXX

Parcel 81E-19-40

Exhibit 210C

SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 19, T8S, R1E. lying N of Hwy.

Apparent Owner:     HUNTER, Dorothy & Anna

Gross Acreage        9.0              Wells: 81E-19F1 -
                                             19F2 -
Irrigable Acreage    7.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-19-41

Exhibit 210C

SW$\frac{1}{4}$ of Govt Lot 3 (NW$\frac{1}{4}$ of SW$\frac{1}{4}$), S$\frac{1}{2}$ of NW$\frac{1}{4}$ of Govt Lot 3, and that
por of NW$\frac{1}{4}$ of NW$\frac{1}{4}$ of Govt Lot 3, Sec. 19, T8S, R1E, which lies
SWly of a li daf:  Beg at a pt on Wly li of sd Lot 3, 30' S of
NW Cor thereof; th SEly to a pt on Sly li of sd Lot 3, 370' Wly
fr SE cor of sd Lot 3.

Apparent Owner:     MARCUS, Murray M. & Violet M.

Gross Acreage        17.3             Wells: 81E-19M1 -

Irrigable Acreage    1.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-19-42

Exhibit 210C

Govt Lot 4 (SW$\frac{1}{4}$ of SW$\frac{1}{4}$) & SE$\frac{1}{4}$ of Govt Lot 3 (NW$\frac{1}{4}$ of SW$\frac{1}{4}$) of
Sec. 19, T8S, R1E.

Apparent Owners:    POORE, Paul R., Mildred C., & Robert Arthur

Gross Acreage        54.43            Wells: 81E-19N1 -

Irrigable Acreage    3.1

Irrigated Acreage    Unknown

Surface Diversions:

-22-                    XXXXXXXX

Interlocutory Judg. #40
Exhibit "C"           3224

Parcel 81E-19-43

Exhibit 210C
229

Por of SE¼ of NW¼ of Sec. 19, T8S, R1E, lying S of Hwy,  W½ of W½ of SE¼ of sd Sec. 19, N½ of NE¼ of NW¼ of SE¼ of sd Sec. 19, E½ of SW¼ of sd Sec. 19 S of Hwy, and a por of SW¼ of NE¼ of sd Sec. 19 S of Hwy.

Apparent Owner:    COTTLE, William W. & Gertrude D.

| | | Wells: | |
|---|---|---|---|
| Gross Acreage | 133.6 | 81E-19K1 - | Domestic |
| Irrigable Acreage | 62.0 | 19K2 - | Irrigation |
| Irrigated Acreage | Unknown | 19K3 - | Irrigation |

Surface Diversions:
    81E-19L1 - Reservoir - 3 A.F. Cap
    81E-19G  - Reservoir - 1.3 A.F. Cap
    81E-19L  - Tank - 2300 gal Cap.

---

Parcel 81E-19-44

Exhibit 210C

SW¼ of NE¼ of NE¼ of Sec. 19, T8S, R1E, lying W of Hwy, & NW¼ of NE¼ of sd Sec. 19.

Apparent Owner:    MARSHALL, George & Iona
                   BEASON, Karl T. & Dorothy J.

Gross Acreage        49.0            Wells:

Irrigable Acreage    8.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-19-45

Exhibit 210C

N½ of NE¼ of NE¼ (EXC Road) of Sec. 19, T8S, R1E.

Apparent Owner:    POIGNEE, George L. & Louise H.

Gross Acreage        19.0            Wells: 81E-19B2 -

Irrigable Acreage    4.0                    19B3 -

Irrigated Acreage    Unknown

Surface Diversions:

-23-

Interlocutory Judg. #40
Exhibit "C"   3225

Parcel 81E-19-46            Exhibit 210C

S½ of NE¼ of NE¼ of Sec. 19, T8S, R1E, lying E of Highway

**Apparent Owner:**     POORE, Paul & Mildred C.

| | | |
|---|---|---|
| Gross Acreage | 9.5 | Wells: 81E-19B1 - |
| Irrigable Acreage | 5.0 | |
| Irrigated Acreage | Unknown | |

Surface Diversions:

---

Parcel 81E-19-47            Exhibit 210C

W½ of SE¼ of NE¼ & SW¼ of NE¼, Sec. 19, T8S, R1E, lying N of County
Road EXC W½ of SW¼ of SW¼ of NE¼ of Sec. 19, T8S, R1E, lying N of
County Road, ALSO EXC Por of W½ of SE¼ of NE¼ of Sec. 19, T8S, R1E,
daf: Beg at NE cor of W½ of SE¼ of NE¼ of sd Sec. 19; th Wly on
N li of sd SE¼ of NE¼, 216.46' to a pt; th SWly in a straight li
connecting the last desc pt to the SW cor of the SE¼ of the NE¼ to
a pt which is 663' S measured at r/a fr the above desc N li of W½
of SE¼ of NE¼ of Sec. 19; th E p/w sd N li to a pt in E bdry li
of sd W½ of SE¼ of NE¼; th N on sd E li 663' to pob.  ALSO EXC
Por of Sec. 19, T8S, R1E, daf: Beg at SE cor of W½ of SE¼ of NE¼ of sd
Sec. 19; th N 00°59'10" W 348.85'; th S 89°27' W 282.08' to tpob; th
S 89°27' W 108'; th N 00°33' W 87'; th S 89°27' W 234.75'; th N 12°12'
30" E 50'; th N 89°27' E 230.22'; th N 00°33' W 68'; th N 89°27' E
108'; th S 00°33' E 175' to pob.

**Apparent Owner:**     MILLER, Lula I.
                     ROBERTSON, L. G.

| | | |
|---|---|---|
| Gross Acreage | 43.96 | Wells: 81E-19F1 - |
| Irrigable Acreage | 38.0 | 19F2 - |
| Irrigated Acreage | Unknown | |

Surface Diversions:

-24-

EXHIBIT

Parcel 81E-19-48                                        Exhibit 210C

$W\frac{1}{2}$ of $SW\frac{1}{4}$ of $SW\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 19, T8S, R1E, lying N of Hwy.

Apparent Owner:     BURCH, Frank J.


Gross Acreage        4.0                        Wells:

Irrigable Acreage    4.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-19-49                                        Exhibit 210C

Por of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 19, T8S, R1E, daf:  Beg at NE cor of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of sd Sec. 19; th Wly on N li of sd $SE\frac{1}{4}$ of $NE\frac{1}{4}$, 216.46' to a pt; th SWly in a straight line connecting the last desc pt to the SW Cor of the $SE\frac{1}{4}$ of the $NE\frac{1}{4}$ to a pt which is 663' S measured at r/a fr the above desc N. li of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 19; th E p/w sd N li to a pt in E bdry li of sd $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$; th N on sd E li 663' to pob.

Apparent Owner:     SCHUMAN, Thomas S. & Dorothy


Gross Acreage        6.79                       Wells: 81E-19G2 -

Irrigable Acreage    6.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-19-50                                        Exhibit 210C

$E\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 19, T8S, R1E.

Apparent Owner:     ASKINS, Harry N. & Carmen E.

Gross Acreage        20.0                       Wells:

Irrigable Acreage    15.8

Irrigated Acreage    Unknosn

Surface Diversions:

-25-                          EXHIBIT

Interlocutory Judg. #40
Exhibit "C"

3227

Parcel 81E-19-51                                              Exhibit 210C

    Por of Sec. 19, T8S, R1E, daf: Beg at SE cor of W$\frac{1}{2}$ of SE$\frac{1}{4}$ of
NE$\frac{1}{4}$ of sd Sec. 19; th N 00°59'10" W 348.85'; th S 89°27' W
282.08' to tpob; th S 89°27' W 108'; th N 00°33' W 87'; th
S 89°27' W 234.75'; th N 12°12'30" E 50'; th N 89°27' E 230.22';
th N 00°33' W 68'; th N 89°27' E 108'; th S 00°33' E 175' to
pob.

Apparent Owner:     County of Riverside

Gross Acreage      .55              Wells: 81E-19G-1 -

Irrigable Acreage   .6

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 81E-19, 20 - 52                                        Exhibit 210C

    The E 308.25' of the NE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 19, T8S, R1E, lying
N of Hwy.
    The W$\frac{1}{2}$ of NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 20, T8S, R1E, lying N of Hwy.

Apparent Owner:     SPANIOL, Gustav A. & Rose

Gross Acreage      22.8           Wells: 81E-20J1 -

Irrigable Acreage   11.2                    20J2 -

Irrigated Acreage   Unknown

Surface Diversions:

Interlocutory Judg. #40
Exhibit "C"

3228

Parcel 81E-19-53                                    Exhibit 210C

NE¼ of SE¼ of Sec. 19, T8S, R1E, lying NE of Hwy EXC E 308.25'
thereof.

Apparent Owner:        BARTON, Sarah Irene McGee

Gross Acreage          10.0                    Wells: 81E-19K1 -

Irrigable Acreage      10.0

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-19, 20, 29, 30 - 54                     Exhibit 210C
                                                           230

SE¼ of NW¼ of SE¼, S½ of NE¼ of NW¼ of SE¼, E½ of SW¼ of SE¼,
SE¼ of SE¼, and NE¼ of SE¼ of Sec. 19, T8S, R1E, EXC por lying NEly
of c/1 of State Hwy.
N½ of NE¼ & SE¼ of NE¼ of Sec. 30, T8S, R1E.
SW¼ of SW¼, W½ of NW¼ of SW¼ of Sec. 20, T8S, R1E, lying S of Hwy.
W½ of NW¼ of Sec. 29, T8S, R1E.

Apparent Owner:        GIBBON, William R. & Katherine C.

Gross Acreage          347.5                   Wells: 81E-19J1 -
                                                      19K1 -
Irrigable Acreage      107.6                           19Q1 - Domestic
                                                      19Q2 - Irrigation
Irrigated Acreage      Unknown                         20N   Irrigation
                                                      30A1 -
Surface Diversions:

81E-19R1 - Reservoir - 1.6 A.F.
    19Q1 - Reservoir - 14 A.F.
    19R  - Tank - 300 gal Cap
      R  - Swimming Pool, 20,000 gal Cap

-27-

KXXXXXXXX.

Interlocutory Judg. #40
Exhibit "C"

3229

Parcel 81E-20-58                                      Exhibit 210C

    NW¼ of NW¼ of Sec. 20, T8S, R1E.

Apparent Owner:          BECKETT, Frank C. & Nora M.

Gross Acreage          40.0                  Wells: 81E-20A1 - Domestic

Irrigable Acreage       3.3

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-20-59                                      Exhibit 210C

    SW¼ of NW¼ of Sec. 20, T8S, R1E.

Apparent Owner:          POORE, Paul R. & Mildred C.

Gross Acreage          40.0                  Wells:

Irrigable Acreage      10.8

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-20-60                                      Exhibit 210C

    E½ of NW¼ of SW¼ of Sec. 20, T8S, R1E.

Apparent Owner:          CURPHEY, William E. & Myrtle E.

Gross Acreage          19.2                  Wells: 81E-20L1 - Domestic

Irrigable Acreage       .8

Irrigated Acreage      Unknown

Surface Diversions:

-28-

EXHIBICK

Interlocutory Judg. #40
Exhibit "C"

3230

Parcel 81E-20-61                                    Exhibit 210C

    Por of E½ of SW¼ of Sec. 20, T8S, R1E, lying N of N1y li of
Hwy.

Apparent Owner:    HAGMAN, Lester W. & Leta

Gross Acreage      42.5              Wells: 81E-20L2 - Windmill
                                              20P1 - Domestic

Irrigable Acreage    2.1

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-20, 29 - 62                              Exhibit 210C

    SE¼ of SW¼ of Sec. 20, T8S, R1E lying S of Hwy
E½ of NW¼, NE¼ of SW¼ of Sec. 29, T8S, R1E.

Apparent Owner:    BARTON, Sarah Irene, aka Welch

Gross Acreage      151.5           Wells:

Irrigable Acreage    14.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-20, 29 - 63                              Exhibit 210C

    SW¼ of SE¼ of Sec. 20, T8S, R1E.
W½ of NE¼ of Sec. 29, T8S, R1E.

Apparent Owner:    BURCHETT, Robert L. & Evalene

Gross Acreage      120.0           Wells:  81E-20Q1 -

Irrigable Acreage    11.3

Irrigated Acreage    Unknown

Surface Diversions:

Parcel 81E-29-64                                    Exhibit 210C

NE¼ of NE¼ of Sec. 29, T8S, R1E.

Apparent Owner:        BURCHETT, Robert L., Evalene Elizabeth &
                                    Warren Phillip

Gross Acreage          40.0                    Wells:

Irrigable Acreage      17.4

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-29-65                                    Exhibit 210C

W½ of SW¼ of Sec. 29, T8S, R1E.

Apparent Owner:        SCHROEDER, Walter A. Jr., & Jeanette

Gross Acreage          80.0                    Wells:

Irrigable Acreage       3.9

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-29-66                                    Exhibit 210C

SE¼ of SW¼, SW¼ of SE¼ of Sec. 29, T8S, R1E.

Apparent Owner:        BROCKNAU, Edward W. & Bessie C.

Gross Acreage          80.0                    Wells: 81E-29Q1
                                                            29Q2
Irrigable Acreage       3.5                                 29Q3

Irrigated Acreage      Unknown

Surface Diversions:

Dam at House 50x75x4
Swimming Pool 10x20x5

-30-                    EXHIBIT X

Parcel 81E-29-67                                        Exhibit 210C

     NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 29, T8S, R1E.

Apparent Owner:    FRYKLAND, Basil N. & Hazel B.


Gross Acreage     40.0            Wells: 81E-29K1 -

Irrigable Acreage    16.5

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-20,21 - 68                                   Exhibit 210C

     E$\frac{1}{2}$ of SE$\frac{1}{4}$ of Sec. 20, T8S, R1E
     S$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 21, T8S, R1E.

Apparent Owner:    ROOK, Arthur W. & June D.


Gross Acreage    160.0           Wells: 81E-20R1

Irrigable Acreage    27.1

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-28, 29 - 69                                  Exhibit 210C
                                                             290

     NE$\frac{1}{4}$ of SE$\frac{1}{4}$, SE$\frac{1}{4}$ of SE$\frac{1}{4}$ & SE$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 29, T8S, R1E.
     NW$\frac{1}{4}$ of NW$\frac{1}{4}$, S$\frac{1}{2}$ of NW$\frac{1}{4}$, SW$\frac{1}{4}$ of SE$\frac{1}{4}$ & SW$\frac{1}{4}$ of Sec. 28, T8S, R1E.

Apparent Owner:    TRUNNELL, Donald B. & Esther M.

Gross Acreage    428.0           Wells: 81E-28P1
                                      29E1
Irrigable Acreage    325.9                  29E2
                                      29J1
Irrigated Acreage    Unknown

Surface Diversions:

28D - Earth Fill Dam - 10 A.F. Capacity

-31-

Parcel 81E-33-69A

Exhibit 210C
290

N½ of SE¼, W½ of NE¼, E½ of NW¼ & NW¼ of NW¼ of Sec. 33, T8S, R1E.

Apparent Owner:    Trunnell, Donald B. & Esther M.

Gross Acreage    280.0            Wells: 81E-33F1

                                            33B1

Irrigable Acreage   191.2

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 81E-33-69B

Exhibit 210C
290

SE¼ of NE¼ of Sec. 33, T8S, R1E.

Apparent Owner:    TRUNNELL, Donald B. & Esther M.

Gross Acreage    40.0             Wells:

Irrigable Acreage   40.0

Irrigated Acreage   Unknown

Surface Diversions:

---

Parcel 81E-33, 34 - 69C

Exhibit 210C
290

E½ of E½ of NE¼ of NE¼ of Sec. 33, T8S, R1E.
NW¼ of NW¼ of Sec. 34, T8S, R1E.

Apparent Owner:    TRUNNELL, Donald B. & Esther M.

Gross Acreage    50.0            Wells: 81E-33D1 - Domestic
                                             & Irrigation

Irrigable Acreage   50.0

Irrigated Acreabe   Unknown

Surface Diversions:

-32-            XXXXXXXXXX

Parcel 81E-28-70                                          Exhibit 210C

NE$\frac{1}{4}$ of NW$\frac{1}{4}$ of Sec. 28, T8S, R1E.

Apparent Owner:      HOLMES, Glen Hugh & Ellen Adeline

Gross Acreage        40.0                    Wells:

Irrigable Acreage    1.3

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-28-70A                                        Exhibit 210C

NW$\frac{1}{4}$ of NE$\frac{1}{4}$ of Sec. 28, T8S, R1E.

Apparent Owner:      HOLMES, Ervin Howard & Erma Hazel

Gross Acreage        40.0                    Wells: 81E-28B1

Irrigable Acreage    12.1

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-28-71                                         Exhibit 210C

E$\frac{1}{2}$ of NE$\frac{1}{4}$, SW$\frac{1}{4}$ of NE$\frac{1}{4}$ & NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 28, T8S, R1E.

Apparent Owner:      WOLF, Alfred P.

Gross Acreage        160.0                   Wells: 81E-28A1

Irrigable Acreage    22.1

Irrigated Acreage    Unknown

Surface Diversions:

-33-

Interlocutory Judg. #40
Exhibit "C"

Parcel 81E-28-72                                        Exhibit 210C

    $NE\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec. 28, T8S, R1E.

Apparent Owners:    SLOAN, Myrtle M. King
        KING, George F. B., Ervin B., Roy F.,
            Lawrence L., Verona & Mabel
        LANE, Lucy B.

| | | |
|---|---|---|
| Gross Acreage | 40.0 | Wells: 81E-28L1 |
| | | 28L2 |
| Irrigable Acreage | 34.4 | |
| Irrigated Acreage | Unknown | |
| Surface Diversions: | | |

---

Parcel 81E-27, 28 - 73                                  Exhibit 210C

    $S\frac{1}{2}$ of $SW\frac{1}{4}$ of Sec. 27, T8S, R1E.
    $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec. 28, T8S, R1E.

Apparent Owner:    KING, Ervin B., Verona, Roy F., Mabel & Lawrence L.

| | | |
|---|---|---|
| Gross Acreage | 110.6 | Wells: |
| Irrigable Acreage | 89.1 | |
| Irrigated Acreage | Unknown | |
| Surface Diversions: | | |

---

Parcel 81E-33-74                                        Exhibit 210C

    W 198' of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 33, T8S, R1E.

Apparent Owner:    JOHNSON, P. H.

| | | |
|---|---|---|
| Gross Acreage | 6.0 | Wells: |
| Irrigable Acreage | 6.0 | |
| Irrigated Acreage | Unknown | |
| Surface Diversions: | | |

-34-

3236

Interlocutory Judg. #40
Exhibit "C"

Parcel 81E-33-75                                    Exhibit 210C

 E 462' of W½ of NE¼ of NE¼ of Sec. 33, T8S, R1E.

Apparent Owner:  DAVIS, Lloyd Q.

Gross Acreage  14.0      Wells:

Irrigable Acreage  14.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 81E-33-76                                    Exhibit 210C
                                                            289

 W½ of E½ of NE¼ of NE¼ of Sec. 33, T8S, R1E.

Apparent Owner:  BERGMAN, Annie

Gross Acreage  10.0      Wells:

Irrigable Acreage  10.0

Irrigated Acreage  Unknown

Surface Diversions:

---

Parcel 81E-22-76A                                   Exhibit 210C
                                                            289

 E½ of Lot 9 (NE¼ of SE¼), E½ of Lot 16 (SE¼ of SE¼) of Sec. 22, T8S, R1E.

Apparent Owner:  BERGMAN, Annie

Gross Acreage  41.1      Wells:

Irrigable Acreage  27.4

Irrigated Acreage  Unknown

Surface Diversions:

-35-      EXXIXIXXXXX

3237

Parcel 81E-27-76B                                    Exhibit 210C
                                                              289

NE¼ of SE¼ of Sec. 27, T8S, R1E, EXC Beg at SE cor, th N 75';
th W to Rwy; th SEly alng Rwy to S li of sd NE¼ of SE¼; th E
to pob.

Apparent Owner:        BERGMAN, Annie E.

Gross Acreage          36.94              Wells: 81E-27J1 - Domestic
                                                      27J2 - Abandoned
Irrigable Acreage      17.7

Irrigated Acreage      Unknown

Surface Diversions:

--------------------------------

Parcel 81E-27-76C                                    Exhibit 210C
                                                              289

Beg at NW cor of SW¼ of SE¼ of Sec 27, T8S, R1E; th E 264'; th
S 990'; th W 264'; th N 990' to pob.

Apparent Owner:        BERGMAN, Annie E.

Gross Acreage          5.5                Wells:81E-27Q1 - Domestic

Irrigable Acreage      4.9

Irrigated Acreage      Unknown

Surface Diversions:

--------------------------------

Parcel 81E-34-76D                                    Exhibit 210C
                                                              289

NW¼ of NE¼; E½ of NE¼ of Sec. 34, T8S, R1E.

Apparent Owner:        BERGMAN, Annie E.

Gross Acreage          117.0              Wells:

Irrigable Acreage      80.7

Irrigated Acreage      Unknown

Surface Diversions:

                                    -36-

Parcel 81E-33, 34 - 77                                    Exhibit 210C

    SE$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 33, T8S, R1E.
    S$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 34, T8S, R1E.

Apparent Owner:    LUCIER, David O. & Ella J.


Gross Acreage    120.0          Wells: 81E-34P1 - Domestic

Irrigable Acreage    59.4

Irrigated Acreage    Unknown

Surface Diversions:

    81E-34N - Swimming Pool, 20,000 gal. cap.

---

Parcel 81E-15, 22 - 78 (See Parcel 81E-15, 22 - 127 (Wilson Creek ))

Parcel 81E-15, 22 - 79 (See Parcel 81E-15, 22 - 126 (Wilson Creek ))

---

Parcel 81E-27-80                                    Exhibit 210C
                                                     289

    E$\frac{1}{2}$ of NE$\frac{1}{4}$ of Sec. 27, T8S, R1E.

Apparent Owner:    BERGMAN, Annie E., Ray Lester, Sharon,
                    Carl H., Florence, Walter A.,
                    Donald B., & Esther.


Gross Acreage    75.0          Wells:

Irrigable Acreage    53.8

Irrigated Acreage    Unknown

Surface Diversions:

Interlocutory Judg. #40 3239
Exhibit "C"

Parcel 81E-27-81                                    Exhibit 210C

SW¼ of NE¼, S½ of NW¼, & W½ of NW¼ of SW¼ of Sec. 27, T8S, R1E.

Apparent Owner:      ANDERSON, Milford & Myrtle A.

Gross Acreage        140.0                    Wells:

Irrigable Acreage     10.7

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-27-82                                    Exhibit 210C

E½ of NW¼ of SW¼ of Sec. 27, T8S, R1E.

Apparent Owner:      GRUNER, Lawrence V.

Gross Acreage        20.0                     Wells:

Irrigable Acreage    13.0

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-27-83                                    Exhibit 210C

W½ of SW¼ of SE¼ of Sec. 27, T8S, R1E, EXC Beg. at NW cor thereof;
th S 990'; th E 264'; th N 990'; th W 264' to pob.

Apparent Owner:      BERGMAN, Ray L. & Sharon F.

Gross Acreage        14.0                     Wells:

Irrigable Acreage    14.0

Irrigated Acreage    Unknown

Surface Diversions:

-38-                    Exhibit 210C

Parcel 81E-27-84                                    Exhibit 210C

SE¼ of SW¼ of SE¼ of Sec. 27, T8S, R1E.

Apparent Owners:     JESSOP, C. S & Florence
                     BOURRET, R. H. & Doris M.

Gross Acreage        10.0                 Wells:

Irrigable Acreage     9.0

Irrigated Acreages   Unknown

Surface Diversions:

---

Parcel 81E-27-85                                    Exhibit 210C

NE¼ of SW¼ of SE¼ & those por of NW¼ of SE¼ of SE¼, NE¼ of SE¼
of SE¼, SW¼ of SE¼ of SE¼ of Sec. 27, T8S, R1E, lying W of
Cahuilla Road.

Apparent Owner:      BOWLIN, Eve S.

Gross Acreage        13.58                Wells:

Irrigable Acreage     9.6

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-27-86 (Covers 86, 86A & 87)             Exhibit 210C

Por of SE¼ of SE¼, Sec. 27, T8S, R1E. lying SEly of Cahuilla Road
S 75' of that por of NE¼ of SE¼ of Sec. 27, T8S, R1E lying Ely of
Cahuilla Road.

Apparent Owner:      JESSOP, C. S. & Florence M.
                     BOURRET, R. H. & Doris M.

Gross Acreage        32.9                 Wells:  81E-27J1 - Domestic

Irrigable Acreage    32.9

Irrigated Acreage    Unknown

Surface Diversions:

-39-                    EXHIBIT

Parcel 81E-34-88                                    Exhibit 210C
                                                         289

    SW$\frac{1}{4}$ of NE$\frac{1}{4}$, N$\frac{1}{2}$ of SE$\frac{1}{4}$, SE$\frac{1}{4}$ of SE$\frac{1}{4}$, NE$\frac{1}{4}$ of NW$\frac{1}{4}$, S$\frac{1}{2}$ of NW$\frac{1}{4}$ & Ely 1100' of Nly 165' of SW$\frac{1}{4}$ of Sec. 34, T8S, R1E.

Apparent Owner:       BERGMAN, Annie E.

Gross Acreage         284.16                      Wells: 81E-34E1 -

Irrigable Acreage     254.20

Irrigated Acreage     Unknown

Surface Diversions:

    81E-34F - Reservoir, 31,000 gal cap
             Reservoir - earth dikes & natural ground contours,
                  2 A.F. cap
             Swimming Pool, 90,000 gal cap

---

Parcel 81E-34-89                                    Exhibit 210C

    N$\frac{1}{2}$ of SW$\frac{1}{4}$ of Sec. 34, T8S, R1E, EXC Nly 585' of Ely 1100' thereof

Apparent Owner:       WILLIAMS, Allen W. & Gladys

Gross Acreage         65.2                        Wells: 81E-34M1 - domestic

Irrigable Acreage     61.8

Irrigated Acreage     Unknown

Surface Diversions:

---

Parcel 81E-34-90                                    Exhibit 210C

    Beg at NE cor of NE$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 34, T8S, R1E, th Wly alng Nly li thereof 1100'; th S p/w Ely li 165' to tpob; th Ely p/w Nly li of sd NE$\frac{1}{4}$ of SW$\frac{1}{4}$ 630'; th Sly p/w Ely li 420'; th Wly p/w Nly li, 630'; th Nly p/w Ely li 420' to pob.

Apparent Owner:       HENDERSON, John T.

Gross Acreage         6.1                         Wells: 81E-34L2 - Domestic

Irrigable Acreage     6.1

Irrigated Acreage     Unknown

Surface Diversions:

-40-                    Exhibit "B"

Parcel 81E-34-91                                          Exhibit 210C

Beg at pt in E li of NE¼ of SW¼ of Sec. 34, T8S, R1E, 165'
S of NE cor thereof; th W p/w N li, 470'; th S 420'; th E
p/w N li 470' to a pt on E li of NE¼ of SW¼; th N alng E
li 420' to pob.

Apparent Owner:     REGISTER, Delia A.

Gross Acreage        4.54                       Wells: 81E-34L1 -

Irrigable Acreage     .80

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 81E-34-92                                          Exhibit 210C

SW¼ of SE¼ of Sec. 34, T8S, R1E.

Apparent Owner:  LANDGREN, John A.

Gross Acreage        40.0                       Wells:

Irrigable Acreage     7.5

Irrigated Acreage    Unknown

Surface Diversions:

---

Parcel 91E-3-93                                           Exhibit 210C

NE¼ of NW¼ of Sec. 3, T9S, R1E.

Apparent Owner:  STATE OF CALIFORNIA

Gross Acreage        40.0                       Wells:

Irrigable Acreage    25.9

Irrigated Acreage    Unknown

Surface Diversions:

-41-                    XXXXXXXXXX

Parcel 81E-23-96 (See Parcel 81E-23-126A (Wilson Creek))

---

Parcel 81E-23, 24 - 97                          Exhibit 210C
                                                          289

    N½ of SW¼; Govt Lots 1 & 4 (E½ of NW¼), N½ of NE¼; SE¼ of SW¼; NW¼ of SE¼; SW¼ of SE¼ of Sec. 23, T8S, R1E. N½ of N½ of Sec. 24, T8S, R1E.

Apparent Owner:      BERGMAN, Annie E.

Gross Acreage        517.83                     Wells:

Irrigable Acreage    150.0

Irrigated Acreage    Unknown

Surface Diversions:

      81E-23B - Developed Spring
        24A - Developed Spring

---

Parcel 81E-23, 26 - 98                          Exhibit 210C

    SW¼ of SW¼ of Sec. 23, T8S, R1E.
Lot 7 (NE¼ of SW¼) & W½ of W½ of Sec. 26, T8S, R1E, EXC Beg at pt 75' N of SW cor of NW¼ of SW¼ of sd Sec. 26; th N 250'; th E 75'; th S 250'; th W 75' to pob.

Apparent Owner:      JESSOP, C. S. & Florence N.
                     BOURRET, R. H. & Doris M.

Gross Acreage        239.2             Wells· 81E-26M1 - Domestic
                                              26M2 - Domestic
Irrigable Acreage    172.7                    26M3 - Domestic &
                                                     Artesion
Irrigated Acreage    Unknown

Surface Diversions:
      81E-26M - Tank, 2200 gal cap
             Tank, 1250 gal cap

-42-                    ~~XRATSTBOK~~

Parcel 81E-26-98A                                        Exhibit 210C
                                                              289

    Beg at a pt 75' N of SW Cor of NW$\frac{1}{4}$ of SW$\frac{1}{4}$ of Sec. 26, T8S,
R1E, th N 250'; th E 75'; th S 250'; th W 75' to pob.

Apparent Owner:        BERGMAN, Annie E.

Gross Acreage          0.4                        Wells:

Irrigable Acreage      0.4

Irrigated Acreage      Unknown

Surface Diversions:

---

Parcel 81E-23, 24 - 99                                   Exhibit 210C

    S$\frac{1}{2}$ of NE$\frac{1}{4}$ of Sec. 23, T8S, R1E.
S$\frac{1}{2}$ of NW$\frac{1}{4}$, SW$\frac{1}{4}$ of NE$\frac{1}{4}$ & Govt Lots 1 & 2 of Sec. 24, T8S, R1E.

Apparent Owner:        WESTERN BRASS WORKS
                       MC KINLEY, Ivan E. & Mathea A.

Gross Acreage          280.3                      Wells:

Irrigable Acreage      173.8

Irrigated Acreage      Unknown

Surface Diversions:

-43-                    ~~EXHIBIT~~

Interlocutory Judg. #40
Exhibit "C"

3245

TABULATION OF OWNERS OF LANDS RIPARIAN TO WILSON CREEK

| NAME | PARCEL NUMBER |
|------|---------------|
| ADAMS, Earl C. | 81E-18-137 |
| ALLEN, Willard H. & <br>     Marjorie LaVerne | 81E-3, 4, 8, 9, 10, <br> 16, 17, 18 - 101 EXC <br> portion in Sec. 4. |
| ASHCRAFT, Inez F. | 81E-10-121 |
| BURKE, Martin L. | 81E-18-134 |
| CALIFORNIA, State of | 81E-17-128 |
| ESTUDILLO, Minerva C. | 81E-10-121 |
| HALE, Linnea | 81E-18-135 |
| MC CARREL, Frances | 81E-18-135 |
| MURCELL, Betty B. | 81E-3, 10 - 100 |
| OVIATT, James | 81W-12, 13, 81E-7, 8, <br> 18 - 4 <br> 81W-13, 81E-18 - 21 |
| PORTER, Crystal Wells | 81E-10-120 |
| TIETSCHE, Paul W. & <br>     Nola Pearl | 81E-18-136 |
| UNITED STATES OF AMERICA | Portion of Par. 2 in <br> Sections 4, 7, 20 & 27, <br> T8S, R1E, and Sec 13, <br> T8S, R1W |
| VAIL COMPANY | Parcel 1 |

-1-

Interlocutory Judg. #40
Exhibit "D"   3246

## TABULATION OF OWNERS OF LANDS RIPARIAN TO TEMECULA CREEK

| NAME | PARCEL NUMBER |
|---|---|
| BARTON, Sara Irene | 81E-20, 29 - 62<br>EXC por in Sec. 20. |
| BERGMAN, Annie | 81E-33-76<br>81E-34-76D<br>81E-34-88 |
| BERGMAN, Ray L. &<br>    Sharon F. | 81E-27-83 |
| BROCKNAU, Edward W. &<br>    Bessie C. | 81E-29-66 |
| COTTLE, William W. &<br>    Gertrude D. | 81E-19-43 |
| DAVIS, Lloyd Q. | 81E-33-75 |
| FRYKLAND, Basil N. &<br>    Hazel B. | 81E-29-67 |
| GIBBON, William R. &<br>    Katherine C. | 81E-19, 20, 29, 30 - 54<br>EXC por in Sec. 20. |
| KING, Arthur A. | 81W-24-24 |
| KING, Ervin B. | 81E-27, 28 - 73<br>81E-28-72 |
| KING, Lawrence L. | 81E-27, 28 - 73<br>81E-28-72 |
| KING, Mabel | 81E-27, 28 - 73<br>81E-28-72 |
| KING, Roy F. | 81E-27, 28 - 73<br>81E-28-72 |
| KNOX, Garner L. &<br>    Flora S. | 81W-13, 24 - 23 |

-1-

| NAME | PARCEL NUMBER |
|------|---------------|
| KNOX, Walter G. | 81W-13, 24 - 23 |
| LANE, Lucy B. | 81E-28-72 |
| MARCUS, Murray M. & <br>     Violet M. | 81E-19-41 |
| POORE, Paul R. & <br>     Mildred C. | 81E-19-42 |
| POORE, Robert Arthur | 81E-19-42 |
| SCHROEDER, Walter A. Jr., & <br>     Jeanette | 81E-29-65 |
| SLOAN, Myrtle M. King | 81E-28-72 |
| TRUNNELL, Donald B. & <br>     Esther M. | 81E-28, 29 - 69 <br> 81E-33, 34 - 69C |
| VAIL CO. | Parcel 1 |
| WOLF, Alfred P. | 81E-28-71 |

-2-