1

2                                                   **LODGED**

3              **ENTERED**                    NOV. 2 6 1962

4               APR 9 1963           CLERK, U. S. DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA
5          CLERK, U. S. DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA                    DEPUTY.
6

7          IN THE UNITED STATES DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA          **FILED**

9                 SOUTHERN DIVISION               DEC 12 1962

10                                          CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
11  UNITED STATES OF AMERICA,                              DEPUTY

12                        Plaintiff,    )  No. 1247-SD-C
                                        )
13           vs.                        )  ORDER RELATING TO
                                        )  DETERMINING WATER
14  FALLBROOK PUBLIC UTILITY            )  EXTRACTIONS FROM THE
    DISTRICT, et al.,                   )  SANTA MARGARITA RIVER
15                                      )  STREAM SYSTEM
                        Defendants.     )
16                                         Interlocutory Judgment #45

17  ─────────────────────────────────────

18         The United States of America having filed a Motion

19  with this Court which in part requests this Court to determine

20  which wells extract substantial amounts of water, and this

21  Motion having been heard and good cause appearing, this Court

22  herein makes the following Findings and Orders:

23                              1.

24         There is insufficient water within the Santa Margarita

25  River watershed to irrigate all lands which are susceptible

26  thereof.

27                              2.

28         At the present time there is not complete factual

29  data available to ascertain the actual amount of water which

30  is being consumptively used within the Santa Margarita River

31  watershed, or the amount of land which is being irrigated.

                                                        3593

1    Nor is there complete factual data from which it can be
2    ascertained in many areas of the watershed the amount of water
3    available for extraction without injury to the ground water
4    storage areas.

5                                    3.

6         That the cost of installation of meters to obtain
7    desired factual information would in the aggregate be sub-
8    stantial.

9                                    4.

10        That it appears possible that the information desired
11   by the installation of meters may be obtained by some other
12   method which would impose less of a financial burden on the
13   individual water users.

14                                   5.

15        Therefore, based on the premise that the factual infor-
16   mation may possibly be obtained without the installation of
17   meters, this Court will enter its Order providing for methods
18   for obtaining the factual information desired, short of ordering
19   at this time meter installation.  In making such Order, this
20   Court does so without prejudice to the possibility in the future
21   of requiring that meters be installed, should the methods
22   adopted herein not prove satisfactory.

23        THEREFORE, IT IS HEREBY ORDERED that:

24                                   1.

25        Lieutenant Colonel A. C. Bowen, Officer in Charge of
26   the Office of Ground Water Resources, Marine Corps Base,
27   Camp Pendleton, California, be and hereby is designated to obtain
28   factual information directed to determining the amounts of
29   water which are presently being consumptively used, the amounts
30   of land which have waters from the Santa Margarita River stream
31   system applied thereon, and the amounts of water which are

                                   -2-

                                              3594

                                              2-

1   physically available for use within the Santa Margarita
2   River watershed.  Said Lieutenant Colonel A. C. Bowen shall
3   from time to time and upon due notice submit the factual
4   information obtained to this Court, either by direct testimony
5   or written reports, PROVIDED that any party to this cause
6   shall have the right to examine him concerning said matters
7   and introduce such other evidence which may be relevant.

8                                      2.

9           For practical reasons at this time, certain designated
10  water users who use substantial amounts of the waters of the
11  Santa Margarita River stream system shall herein be required to
12  submit factual information to Lieutenant Colonel A. C. Bowen.
13  These water users who use substantial amounts of water are
14  set forth on the Exhibit attached to this Order.

15                                     3.

16          Said Lieutenant Colonel A. C. Bowen shall prepare
17  forms which shall be approved by this Court, which shall be
18  served upon the substantial water users who are not metering
19  extractions from wells or surface diversions who shall
20  complete these forms and return to Lieutenant Colonel A. C.
21  Bowen each month.  These forms shall require the substantial
22  water users to set forth pertinent facts concerning their
23  water uses,  including but not limited to:

24          a.  Static level of the water plane;
25          b.  The type of crop irrigated;
26          c.  The area of each type of crop irrigated;
27          d.  The type of irrigation used;
28          e.  The number of irrigations;
29          f.  The date of planting;
30          g.  The date of harvest; and
31          h.  Energy requirement to extract water from each well.

3595

3

1    Those substantial water users who are metering

2  extractions or diversions shall submit the metered figures

3  to Lieutenant Colonel A. C. Bowen monthly and such other

4  factual matters as may be requested.

5                              4.

6    That in addition to the monthly reports as set forth

7  above, said substantial water users shall during the month

8  of April and the month of October, in each year, submit a

9  report of tests conducted on each pumping plant on which this

10  Court orders that such a report be given.  In determining

11  which pumping plant shall be subject to such a test,

12  Lieutenant Colonel A. C. Bowen shall make his recommendations

13  to this Court by written report, a copy of which shall be

14  served on the landonwer or water user concerned.  If any

15  landowner or water user concerned objects in writing within

16  ten (10) days after service to the recommendation, he shall

17  have the right to cross-examine Lieutenant Colonel Bowen

18  before this Court concerning the propriety of his recommenda-

19  tion, and submit such evidence as may be relevant. This

20  Court shall then make such determination as to which pumping

21  plants shall be subject to such tests.

22                              5.

23    Lieutenant Colonel A. C. Bowen shall prepare forms

24  which shall be approved by this Court, which shall set forth

25  the information desired from each test conducted on the pumping

26  plants.  These forms shall during the month of April and

27  during the month of October be completed and returned to

28  Lieutenant Colonel A. C. Bowen.

29                              6.

30    That Lieutenant Colonel A.C. Bowen shall have the

31  authority to enter upon the lands of any substantial water

-4-

3596

4

1  user and conduct such tests and measurements as he deems

2  necessary.  He shall also have the authority to cooperate

3  with and assist any landowner or water user in complying with

4  any provisions of this Order.

5                              7.

6       This Court retains jurisdiction to further modify the

7  Exhibit attached to this Order insofar as designating sub-

8  stantial water users.  Should any party to this cause, or

9  should Lieutenant Colonel Bowen desire that any water user

10  be designated a substantial water user within the meaning of

11  this Order, notice concerned therewith shall be filed with this

12  Court and a copy served on the water user.  If no objection is

13  filed, this Court may order the water user to be included as

14  a substantial water user within the meaning of this Order.

15  If objection is filed, this Court shall set the matter for

16  hearing, and, after receiving evidence, enter such Order as

17  is appropriate.

18                              8.

19       As used herein, the designated Lieutenant Colonel A. C.

20  Bowen shall include persons who are working under his super-

21  vision.

22                              9.

23       Failure to comply with this Order in furnishing informa-

24  tion and reports may lead to an Order that the party in default

25  be immediately required to install meters on his pumps and such

26  other sanctions as may be necessary.

27                              10.

28       That this Order shall become effective immediately.

29  Dated:  12 - 12 - 6 2

30

31                              _____
                                         JAMES M. CARTER
                              Judge, U. S. District Court

                              -5-

                                             3597

# IRRIGABLE ACREAGE
## SUBSTANTIAL WATER USERS
## RIPARIAN TO THE
## SANTA MARGARITA RIVER

OFFICE OF GROUND WATER RESOURCES
NOVEMBER 1962

3598



### PROBABLE AVERAGE SUBSTANTIAL WATER USERS RIPARIAN TO THE SANTA MARGARITA RIVER

| Account Name | Gross Acreage | Irrigable Acreage | Irrigated Acreage | Pre-1902 | Remarks |
|---|---|---|---|---|---|
| Fallbrook Public Utility District | 1,570 | 22.5 | 15.0 | | |
| Robertson, L. | 260 | | | | |
| Total Below | | | | | |
| Camp Pendleton | | | | | |
| Riparian to Santa Margarita River | 26,599 | | | | |
| Riparian to De Luz-Rainbow Creek | 3,207 | 13,974 | | | |
| (Acquired by Decree filed 22 December 1943; Acquired by Public Land Order No. 893 dated 8 August 1943) | | | | | |
| Riparian to De Luz Creek | | 39 | | | |
| Riparian to Rohler Creek | | 33 | | | |
| Naval Ammunition Depot | | | | | |
| Riparian to Santa Margarita River | 1,705 | 668 | | | |
| Riparian to Fallbrook Creek | 3,800 | 2,959 | | | |
| Miscellaneous to NAD | 1,825 | 1,282 | | | |
| Vail (Temecula Grant) | | 10,658.1 | 9,257.1 | | |
| Total | 50,586.1 | 28,513.8 | | | |

3599



IRRIGABLE ACREAGE
SUBSTANTIAL WATER USERS
IN THE
TEMECULA-AGUANGA GROUND WATER AREAS

OFFICE OF GROUND WATER RESOURCES
NOVEMBER 1962

3600

IRRIGABLE ACREAGE
SUBSTANTIAL WATER USERS IN THE
TEMECULA-AGUANGA GROUND WATER AREAS

| Apparent Owner | Gross Acreage | Irrigable Acreage | Irrigated Acreage | Per-cent |
|---|---|---|---|---|
| **TEMECULA CREEK** | | | | |
| Querry, F. | 384.6 | 225.0 | 100 | |
| Vail Company | | | | |
|   Temecula Grant | 10,282.1 | 9,587.3 | * | |
|   Little Temecula Grant | 1,726.7 | 1,608.7 | * | |
|   Pauba Grant | 27,617.1 | 18,499.4 | * | |
| Sunnybrook (Knox-Albany) | 622.9 | 214.4 | 135 | |
| Cottle, W. H. | 136.6 | 62.0 | * | |
| Gibbon, W. R. | 347.5 | 107.6 | 60 | |
| Trunnell, D. (Brown, Covacha & Reed) | 708.0 | 517.6 | 60 | |
|   Sub-Total | 41,825.5 | 30,822.0 | | |
| **WILSON CREEK** | | | | |
| Rancho Ramona (Oviatt) | 1,171.6 | 453.2 | 60 | |
| Stardust Ranch (Allen) | 8,039.0 | 922.9 | 17 | |
|   Sub-Total | 3,210.6 | 1,376.1 | | |
|   Total | 45,036.1 | 32,198.1 | | |

* Portions being irrigated.

3601

IRRIGABLE ACREAGE
SUBSTANTIAL WATER USERS IN THE
MURRIETA GROUND WATER AREA

OFFICE OF GROUND WATER RESOURCES
NOVEMBER 1962

3602

IRRIGABLE ACREAGE
SUBSTANTIAL WATER USERS IN THE
MURRIETA GROUND WATER AREA

| Apparent Owner | Gross Acreage | Irrigable Acreage | Irrigated Acreage | Per-cent | Remarks |
|---|---|---|---|---|---|
| Brandenburg, E. | 42.5 | 42.5 | 40 | | |
| Cain, C. | 100.0 | 93.6 | 30.0 | | |
| Cantarini, D. | 11.0 | 11.0 | 11.0 | | |
| Ceas, A. N. | 260.7 | 260.7 | 15.0 | | |
| Cohun & Jordan | 40.0 | 40.0 | 40.0 | | |
| Contreras, O. | 86.5 | 78.2 | 0* | | |
| Dwyer, A. | 71.2 | 71.2 | 0* | | |
| Flinn, J. H. | 21.5 | 8.4 | 5.0 | | |
| Freeman, K. | 25.0 | 25.0 | 14.0 | | |
| Gardner, B. M. | 46.0 | 46.0 | 35.0 | | Irrigated area estimated from Photo 62-7 dtd 7-31-62 |
| Grow, O. | 18.0 | 18.0 | 0* | | |
| Guenthers Murrieta Hot Springs | 514.1 | 441.9 | 0 | | Public Supply |
| Gwinn, W. A. | 33.8 | 23.2 | 8 | | |
| Harnats, W. M. | 10 | 10 | 0** | | |
| Howell, G. | 202.9 | 174.4 | 120 | | Irrigated area estimated from Photo 61-5 dtd 5-9-61 |
| Jordan, W. | 17.6 | 17.6 | 17.0 | | |
| K & L Properties | 183.2 | 183.2 | 0* | | |
| Kidder, B. C. | 38.8 | 38.8 | 35.0 | | |

3603

| Apparent Owner | Gross Acreage | Irrigable Acreage | Irrigated Acreage | Per- cent | Remarks |
|---|---|---|---|---|---|
| King, C. | 16.1 | 14.1 | 8.0 | | |
| Lang, H. | 108.0 | 66.4 | 80.0 | | |
| Majia, A. | 19.7 | 19.7 | 15.0 | | |
| Mays, F. | 77.5 | 76.8 | 10.0 | | |
| Mise, R. V. | 28.0 | 28.0 | 28.0 | | Irr. area estimated from Photo 62-7 dtd 7-31-62 |
| Morrow, H. | 20.0 | 20.0 | 0* | | |
| Morse, J. | 7.5 | 7.5 | 7.0 | | Irr. area estimated from Photo 62-7 dtd 7-31-62 |
| Nicolas Ranch (Leifer) | 1,134.6 | 960.2 | 85.0 | | |
| Nielsen, W. R. | 60.0 | 60.0 | 30.0 | | |
| Oakley, M. J. | 80.0 | 78.1 | 30.0 | | Irr. area estimated from Photo 62-7 dtd 7-31-62 |
| Owens, D. | 69.4 | 68.7 | 29.0 | | Irr. area estimated from Photo 61-5 dtd 5-9-61 |
| Pascoe, W. T. | 1,232.1 | 858.9 | 130.0 | | |
| Ramquin, Dave | 39.54 | 39.54 | 15.0 | | |
| Ribaudo, J. | 13.4 | 13.4 | 10.0 | | |
| Roripaugh, Leo | 2,983.8 | 2659.8 | 350.0 | | |
| Schwann, R. | 11.5 | 9.3 | 9.0 | | Irr. area estimated from Photo 62-7 dtd 7-31-62 |
| Shamel, J. B. | 279.1 | 258.0 | 210 | | |

3604

| Apparent Owner | Gross Acreage | Irrigable Acreage | Irrigated Acreage | Per-cent | Remarks |
|---|---|---|---|---|---|
| Sykes, D. M. | 122.3 | 114.8 | 100 | | Irr. area estimated from Photo 62-6 dtd 7-31-62 |
| Sykes, H. H. | 20.0 | 20.0 | 18.0 | | Irr. area estimated from Photo 62-6 dtd 7-31-62 |
| Thompson, W. | 467.5 | 444.4 | 75.0 | | |
| Turner, C. W. | 664.3 | 618.1 | 183.0 | | |
| Ussery, D. A. | 19.0 | 18.0 | 17 | | Irr. area estimated from Photo 61-6 dtd 5-9-61 |
| Weinstein, A. | 323.0 | 99.7 | 13 | | |
| Vail (Temecula Grant) | 10,282.1 | 9,587.3 | (Note) | | |
| Whittlessey, V. | 19.9 | 19.9 | 19.0 | | Irr. area estimated from Photo 62-7 dtd 7-31-62 |
| Wildomar Farms | 71.34 | 71.34 | 63.0 | | |
| Wilks, T. H. | 149.1 | 145.7 | 0* | | |
| Wilks, T. E. | 31.2 | 31.2 | 22.0 | | |
| Withrow, C. B. | 54.5 | 54.5 | 50.0 | | |
| Young, J. (HAS Ranch) | 16.3 | 12.2 | 10 | | Irr. area estimated from Photo 62-6 dtd 7-31-62 |
| Younger Brothers | 38.9 | 38.94 | 5.0 | | |

\* Has past history of irrigation and present capability to resume irrigation.

\*\* Being prepared for irrigation.

(Note) Portion is being irrigated.

-3-

WELL DATA
SUBSTANTIAL WATER USERS
RIPARIAN TO THE
SANTA MARGARITA RIVER

OFFICE OF GROUND WATER RESOURCES
NOVEMBER 1962

3606

## SUBSTANTIAL WATER USERS RIPARIAN TO SANTA MARGARITA RIVER

| USGS Number | Owner or User | Depth (ft) | Diameter | Pump Data Type | Pump Data Power |
|---|---|---|---|---|---|
| 8S/3W 33Q1 | Henderson, M. | 52 | 36 | | |
| | Naval Enclave | | | | |
| 9S/4W 14N1 | NAD (River Well) | 40 | 60 | T | 50 |
| 9S/4W 26N1 | NAD (Fallbrook Creek) | 68 | 72 | T | 40 |
| 9S/4W 25L1 | NAD (Stand by) | 105 | 8 | T | 20 |
| 10S/4W 5D1 | Camp Supply | 80 | 20 | T | 75 |
| 10S/4W 7A2 | Camp Supply | 122 | 16 | T | 125 |
| 10S/4W 7R2 | Camp Supply | 96 | 16 | T | 125 |
| 10S/4W 7R2 | Camp Supply | 142 | 16 | T | 100 |
| 10S/4W 18K1 | Camp Supply | 130 | 20 | T | 100 |
| 10S/4W 18M4 | Camp Supply | 163 | 16 | T | 125 |
| 10S/5W 13R2 | Camp Supply | 136 | 16 | T | 100 |
| 10S/5W 23J1 | Camp Supply | 140 | 24 | T | 125 |
| 10S/5W 23K1 | Camp Supply | 150 | 16 | T | 150 |
| 10S/5W 26C1 | Irrigation | 171 | 16 | T | 50 |
| 10S/5W 26F1 | Irrigation | 170 | 16 | T | 50 |
| 10S/5W 35K1 | Irrigation | 166 | 18 | T | 40 |
| 11S/5W 2A1 | Camp Supply | 156 | 18 | T | 60 |
| 11S/5W 2D3 | Irrigation | 182 | 16 | T | 30 |
| 11S/5W 2H1 | Irrigation | 145 | 18 | T | 30 |
| 11S/5W 2F1 | Irrigation | 133 | 18 | T | 30 |

WELL DATA
SUBSTANTIAL WATER USERS
IN THE
TEMECULA-AGUANGA GROUND WATER AREAS

OFFICE OF GROUND WATER RESOURCES
NOVEMBER 1962

3608

SUBSURFACE WATER USERS IN THE TEMECULA-AGUANGA GROUND WATER AREAS

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water | Pumping Data Yield (gpm) | Pumping Data Drawdown (ft) | Pumping Data Time of (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8S/1E 6R2 | 2-8Nov62 | Allen, W. H. | | 185 | Unk | T | 15 | | | | | I |
| 8S/1E 6Q1 | " | " | 19 | Unk | 12 | N | | | | | | Unk |
| 8S/1E 17R2 | " | " | 1948 | 137 | 10 | T | 5 | | | | | Do |
| 8S/1E 17R1 | " | " | | 59 | 8 | N | | | | | | Unk |
| 8S/1E 17R3 | " | " | | 130 | 8 | J | 2 | 102.0 | | | | Do |
| 8S/1E 19R3 | " | Cottle, W. H. | 1958* | 139* | 10* | N* | N* | | (No access to property) | | | Unk |
| 8S/1E 19R | " | " | | 82* | 12* | N* | N* | | (No access to property) | | | Unk |
| 8S/1E | " | " | Nov60 | 75+ | 10* | | | | (No access to property) | | | Unk |
| 8S/1E 19R2 | 2-8Nov62 | Gibson, W. R. | 1959 | 420 | 8 | N | N | 37.1 | | | | Unk |
| 8S/1E 19R4 | " | " | 1958 | 137 | 10 | N | N | 8.7 | | | | Unk |
| 8S/1E 19R1 | " | " | 1942 | 85 | 12 | L | VN | Flowing slightly | | | | |
| 8S/1E 19R2 | " | " | 1952 | 87 | 12 | T | Gas | | | | | I |
| 8S/1E 19R3 | " | " | 1959 | 135 | 8 | N | N | 12.8 | | | | Unk |
| 8S/1E 19R4 | " | " | Unk | 270 | 8 | N | N | 23.3 | | | | Unk |
| 8S/1E 20R1 | " | " | Unk | 240 | 8 | N | N | 24.7 | | | | Unk |
| 8S/1W 12R1 | 2-8Nov62 | Knox, G. L. | 1947 | 279 | 12 | N | N | (No access to well) | | | | Unk |
| 8S/1W 13R1 | " | (Albany, N. C.) | 1952 | 180 | 10 | T | 5 | 60.0 | | | | Do |

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water | Yield (gpm) | Drawdown (ft) | Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8S/1W 13Q2 | 25Nov62 | Knox, G. L. (Albany, N. C.) | 1952 | 180 | 10 | T | 25 | 40.0 | | | | I |
| 8S/1W 24R1 | " | " | | 185 | 10 | T | 15 | 41.0 | | | | I |
| 8S/1W 7J3 | 25Nov62 | Orlatt, J. | 1959 | 490 | 10 | T | 25 | Pumping | | | | I |
| 8S/1W 7J1 | " | " | | 106 | 12 | N | | Dry | | | | Unk |
| 8S/1W 7J3 | " | " | | 182 | 12 | N | | Dry | | | | Unk |
| 8S/1W 7R3 | " | " | | 145 | 12 | T | 15 | Dry | | | | I |
| 8S/1W 7R2 | " | " | | 135 | 8 | T | 5 | 106.7 | | | | I |
| 8S/1W 7Q1 | " | " | | 150 | 8 | J | 7½ | 68.7 | | | | Da |
| 8S/1W 7Q4 | " | " | 1954 | 210 | 12 | N | | Dry | | | | Da |
| 8S/1W 18R1 | " | " | | 588 | 12 | N | 15 | Pumping | | | | I |
| 8S/1W 18C1 | " | " | 1955 | 400+ | 14 | T | 75 | Pumping 1200 | 40-50 | | | I |
| 8S/1W 19J2 | 25Nov62 | Querry, F. | | 488 | 12 | N | | 8.61 | | | | Unk |
| 8S/1W 29C1 | " | " | 1956 | 108 | 10 | J | 14 | | | | | Da |
| 8S/2W 28Q1 | 25Nov62 | Trumbull, D. (Brown, Cornelius & Reed) | | 39* | | J | 14 | (No access to property) | | | | Da |
| 8S/1W 29Q1 | " | " | 1939* | 107* | 9* | J | | (No access to property) | | | | D* |
| 8S/1W 29J1 | " | " | 1939* | 140* | 20* | J | 4* | (No access to property) | | | | D* |
| 8S/1W 33P1 | " | " | 1952 | 150* | 8* | J | 15* | (No access to property) | | | | I* |
| 8S/1W 33R1 | " | " | 1952 | 260 | 12 | T | 15 | | | | | I |

* Data obtained from United States Geological Survey
- Report dated 1960.

-2-

3610



WELL DATA
SUBSTANTIAL WATER USERS IN THE MURRIETA
GROUND WATER AREA

OFFICE OF GROUND WATER RESOURCES
NOVEMBER 1962

## SUBSTANTIAL WATER USERS IN THE MURRIETA GROUND WATER AREA

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Power | Depth to Water | Yield (gpm) | Pumping Data Drawdown (ft) | Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T8/3W 2R3 | 24Oct62 | Brandenburg, R. | Jul62 | 267 | 12 | T | 40 | 60.13 | 810 | 40 | Unk | I |
| T9/3W 21R1 | 23Oct62 | Cain, C. | Unk | Unk | 14 | E | | (Sanded in) | | | | |
| T9/3W 21R2 | 23Oct62 | Cain, C. | Unk | 300+ | 12 | T | 20 | 18.0 | 1000 | 100 | | I |
| T8/3W 21R2 | 23Oct62 | Cain, C. | 1951+ | 104+ | 8+ | J+ | 3/4+ | 33.32+ | | | | Dom |
| T8/3W 21L2 | 23Oct62 | Cain, C. | Unk+ | 120+ | 16+ | T+ | 10+ | 42.36+ | | | | I+ |
| T8/3W 21D1 | 23Oct62 | Cain, C. | Unk+ | 250 | 8 | T | 7½ | 16.8 | 524 | 59 | | I |
| T8/3W 27D2 | 24Oct62 | Canterini, D. | 1955 | 165+ | 12 | T | 40 | 60.0 | | | | Do & I |
| T8/3W 24M1 | 23Oct62 | Conn, A. M. | 1948+ | 137 | 14 | E | | 63.7 | 360 | 35 | | Unk |
| T8/3W 24Q | 23Oct62 | Conn, A. M. | May62 | 300+ | Unk | T | 16 | 128.3 | | | | I |
| T8/3W 17R1 | 23Oct62 | Cohen & Jordan | Unk | 300+ | 8 | T | 25 | | 1100 | 5-6 | | I |
| T8/3W 17Q | 23Oct62 | Cohen & Jordan | 1962 | 105 | 12 | T | 5 | 26 | | | | Do |
| T8/3W 20R | 23Oct62 | Contreras, O. | | | | | 10 | 87.0 | (No access to well) | | | I |
| T8/3W 20R3 | 23Oct62 | Contreras, O. | | 300+ | 12 | T | | | (No access to property) | | | I |
| T9/3W 27Q | 23Oct62 | Dwyer, A. | | | | | | | (No access to property) | | | |
| T9/3W 27Q | 24Oct62 | Flinn, J. H. | 1956 | 100 | 10 | T | 10 | 67.93 | | | | I |
| 6S/4W 35R1 | 24Oct62 | Flinn, J. H. | 1951 | 145 | 12 | T | 2½ | (No access to well) | | | | Do |
| T9/4W 18R | 250ct62 | Freeman, R. | 1960 | 120 | 12 | T | 15 | 63.3 | 450 | 32 | 72 | I |
| T8/4W 1R3 | 250ct62 | Freeman, R. | | | | | | | | | | | |

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water | Pumping Data Yield (gpm) | Pumping Data Drawdown (ft) | Pumping Data Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7S/3W 16J | | Gardner, B. M. | | (No access to property) | | | | | | | | |
| 7S/3W 18P | | Gardner, B. M. | | (No access to property) | | | | | | | | |
| 7S/3W 18J | 22Oct62 | Grow, O. | Unk | 120 | 12 | T | 10 | 95.4 | | | | I |
| 6S/4W 35R1 | 18Nov62 | Grow, O. | | (Listed as Springs by Owner) | | | | | | | | |
| 7S/3W 35R1 | | Guenther's Murrieta Hot Springs | 1939 | Unk | 8 | T | 15 | (Pumping) | 125 | 21 | 9.3 hrs | Pu |
| 7S/3W 1AJ1 | " | " | Unk | Unk | 16 | T | 30 | (Pumping) | 240 | 22 | 22.5 hrs | Pu |
| 7S/3W 23A3 | " | " | 1933 | 100 | Unk | T | 15 | (Dry) | | | | Unk |
| 7S/3W 23A2 | " | " | Unk | 440 | 12 | T | 90 | 79 | 615 | 62 | 41.0 | Pu |
| 7S/3W 24D1 | " | " | Mar61 | 440 | 12 | T | 90 | 79 | 615 | 62 | 41.0 | Pu |
| 7S/3W 20R1 | " | Owism, W. A. | 1950° | 124 | 10 | T | 7½ | (No access to well) | | | | I |
| 7S/3W 20R | " | " | Unk | 300 | 12 | T | 7½ | 92.5 | | | | I |
| 7S/3W 17R | 29Oct62 | Hammett, E. M. | Oct61 | 446 | 12 | Unk | Unk | 1000 | 64 | 12 | | I |
| 7S/3W 20R2 | | Hathaway, S. M. | 1951° | 130° | 12° | F | 15° | (No access to property) | | | | I |
| 7S/3W 20B1 | | Howell, O. | 60° | 60° | 12° | F | F° | (No access to property) | | | | Unk |
| 7S/3W 20B3 | | Howell, O. | | 100° | | F | | | | | | 8 |
| 7S/3W 20B2 | | Howell, O. | | | | F | 1½° | | | | | Unk |
| 7S/3W 2B3 | | Howell, O. | | | | | | | | | | |
| 7S/3W 21B | | Howell, G. | | | | | | | | | | Pu |

3613

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water | Pumping Data Yield (gpm) | Pumping Data Drawdown (ft) | Pumping Data Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7S/3W 26C1 | | Howell, G. | | 6" | 6" | E | 1½" | (No access to property) | | | | 6" |
| 7S/3W 26C2 | | Howell, G. | | 300" | 10" | E | 50" | (No access to property) | | | | 1" |
| 7S/3W 26E | | Howell, G. | | | | | | (No access to property) | | | | |
| 7S/3W 26B | | Howell, G. | | 90" | 12" | E | 10" | (No access to property) | | | | |
| 7S/3W 26D1 | | Howell, G. | | | | | winds | (No access to property) | | | | Unk |
| 7S/3W 21J1 | 24Oct62 | Jordan, V. | 1916 | 90 | 8 | H | H | Dry | | | | Pu |
| 7S/3W 21J2 | 24Oct62 | Jordan, V. | 1961 | 412 | 8 | T | 10 | 65 | 300 | 8 | | Pu |
| 7S/3W 20L | 31Oct62 | E&L Properties | 1955 | 227 | 12 | T | 10 | 68 | | | | I |
| 7S/3W 20B | 31Oct62 | E&L Properties | Jul61 | 286 | 12 | J | 1 | 73.2 | 500 | | 12 | Pu |
| 7S/3W 7R1 | 31Oct62 | Kjölner, R. C. | Unk | 208 | 10 | T | 20 | 91.0 | | | | I |
| 7S/3W 27N1 | 23Oct62 | King, C. | | 112 | 12 | T | 15 | 43 | | | | I |
| 7S/3W 28A1 | 26Oct62 | Lang, E. | | 275+ | 12 | T | 25 | 50 | | | | I |
| 7S/3W 28A2 | 26Oct62 | Lang, H. | | 170 | 8 | T | 2 | 43 | | | | Pu |
| 6S/4W 35F2 | 24Oct62 | Majia, A. | 1956 | 245 | 10 | T | 15 | Pumping | | | | I |
| 7S/3W 21L1 | 25Oct62 | Mayo, F. | | 650 | 10 | T | 7½ | 35 | | | | Pu |
| 7S/3W 21K3 | 26Oct62 | Mayo, F. | | 100+ | 8 | J | 1 | (Obstruction at 100 ft) | | | | Pu |
| 7S/3W 17M | | Mise, R. V. | | | | | | (No access to property) | | | | |
| 7S/3W 7R2 | 30Oct62 | Morrow, E. | 1923 | 220 | Unk | Z1 | 20 | 190.0 | 360 | 112 | Unk | I |

-3-

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water | Yield (gpm) | Pumping Data Drawdown (ft) | Time of (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7S/3W 16R1 | Jun61 | Warren, J. | | 267 | 8 | Unk | Unk | | 150 | 100 | 12 | I |
| 7S/2W 30R1 | 23Oct62 | Nicolas Ranch (Leicher) | Dec61 | 615 | 12 | Cen | Unk | 67.3 | | | | I |
| 7S/3W 30R5 | 25Oct62 | Rialemo, W. R. | | 195 | 12 | T | 30 | 86 | | | | I |
| 7S/3W 30R5 | 25Oct62 | Oakley, M. J. | 1962 | 450 | 14 | Unk | Unk | | | | | I |
| 7S/3W 17R2 | 29Oct62 | Oakley, M. J. | | Unk | 12 | T | Unk | 131.5 | | | | Unk |
| 7S/3W 17R1 | 29Oct62 | Oakley, M. J. | | 848 | 12 | | | | 285 | | | Unk |
| 7S/3W 21R1 | 23Oct62 | Owens, D. | 1951 | 848 | 12 | T | | (Could not locate owner) | | | | Unk |
| 7S/3W 21R1 | 23Oct62 | Owens, D. | | 852 | 16 | T | | (Could not locate owner) | | | | Unk |
| 7S/3W 21P1 | 23Oct62 | Panton, W. R. | | 852 | 16 | T | T | (could not locate well) | | | | Unk |
| 7S/3W 27R1 | 26Oct62 | Panton, W. R. | | | | | | (Could not locate well) | | | | |
| 7S/3W 27R2 | " | " | | 235 | 14 | T | 1 | 149 | 388 | | | I |
| 7S/3W 27R1 | " | " | | 100 | 16 | T | 5 | 41 | 209 | | | Do |
| 7S/3W 27R2 | " | " | | 300 | 14 | T | 20 | 99 | 438 | | | I |
| 7S/3W 27R3 | " | " | | 300 | 8 | J | | (No access to well) | | | | |
| 7S/3W 28R2 | " | " | | 200 | 14 | S | 15 | 30 | 805 | | | I |
| 7S/3W 28R1 | " | " | | 116 | 14 | T | 7½ | 55 | 121 | | | Do |
| 7S/3W 34C | " | " | | 225 | 10 | T | 7½ | (No access to well) | | | | Do |
| 6S/4W 35L | 6Nov62 | Rosoquist, Dave | 1960 | 140 | 10 | T | 9 | (No access to property) | | | | Do |
| 6S/4W 35L3 | | Ritaudo, J. | 1957 | | | | | | | | | I |

| USGS Number | Obser- vation Date | Apparent Owner | Date Com- pleted | Depth | Dia- meter | Pump Data Type | Pump Data Power | Depth to Water | Pumping Data Field Yield (gpm) | Pumping Data Drawdown (ft) | Pumping Data Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7S/3W 23Q1 | | Borispough, Leo | 1962 | 415.3' | 9" | T" | Wind" | (Could not locate well) | | | | D" |
| 7S/3W 24Q2 | 22Oct62 | Borispough, Leo | 1967" | 165 | 16 | J" | 4 | 53 | | | | D" |
| 7S/3W 25Q1 | 22Oct62 | Borispough, Leo | 1962" | 140 | 8 | T" | 50 | 44 | | | | I" |
| 7S/3W 25J1 | 22Oct62 | Borispough, Leo | 1962" | 300" | 14 | T" | 50 | 43.6 | | | | I |
| 7S/3W 26Q1 | 22Oct62 | Borispough, Leo | | 103 | 10 | J" | 4 | 24. | | | | D" |
| 7S/3W 34Q1 | 22Oct62 | Borispough, Leo | | 300" | 12 | T" | 25 | 65 | 564 | | | I |
| 7S/3W 35Q1 | 22Oct62 | Borispough, Leo | 1962" | 300" | 14 | T" | 50 | 44 | 852 | | | I |
| 7S/3W 18Q2 | | Schmann, E. | | 155 | 8 | T" | 7½ | 32.0 | | | | I |
| 7S/3W 13Q1 | | Shemel, J.B. | | 214" | | T" | 5" | | | | | I" |
| 7S/3W 18H | | Shemel, J.B. | | | | | | (Could not locate well) | | | | |
| 7S/3W 24H2 | | Shemel, J.B. | | | | T" | 30" | | | | | I" |
| 7S/3W 25Q1 | | Shemel, J.B. | | 8" | | T" | 4" | | | | | I" |
| 7S/3W 25Q1 | | Shemel, J.B. | 1912 | Unk | 9 | T" | 30" | Pumping | | | | I" |
| 7S/3W 25Q2 | 24Nov62 | Shemel, J.B. | 1956 | Unk | 16 | T" | 30" | 36.90 | | | | I" |
| 7S/3W 26Q2 | 24Oct62 | Shemel, J.B. | | 300" | Unk | T" | 40 | 85 | | | | I" |
| 7S/3W 33Q1 | 22Oct62 | Shemel, J.B. | | | | | | (No access to well) | | | | |
| 7S/3W 33Q2 | 22Oct62 | Shemel, J.B. | | | | | | | | | | |

3616

| SBA well number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water (ft) | Yield (gpm) | Drawdown (ft) | Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7S/3W 18L1 | | Sykes, D. M. | Aug61 | 270 | 10 | Unk | Unk | 74 | 670 | 106 | 12 | I |
| 7S/3W 18L3 | | Sykes, D. M. | | | | | | (Could not locate owner) | | | | |
| 7S/3W 18L4 | | Sykes, D. M. | | | | | | (Could not locate owner) | | | | |
| 7S/3W 17R1 | 26Oct62 | Sykes, H. E. | | 100 | | 9* | 4* | Dry | | | | Dm |
| 7S/3W 17R2 | 26Oct62 | Sykes, H. E. | 1962 | 300 | 12 | | | 109.1 | | | | DmI |
| 7S/3W 7R1 | 26Oct62 | Thompson, W. | | 103 | 12 | T | 10 | 40.4 | | | | I |
| 7S/3W 7R2 | | Thompson, W. | | | | | | (No access to well) | | | | |
| 7S/3W 17L4 | 26Oct62 | Thompson, W. | | 92.7 | 10 | El | 1 | 88.4 | | | | DM |
| 7S/3W 18L3 | 26Oct62 | Thompson, W. | 1957* | over 300 | 12 | El | 40 | | | | | I |
| 7S/4W 12R1 | 26Oct62 | Thompson, W. | | 79.7 | 14 | E | | 44.6 | | | | Unk |
| 7S/3W 28R1 | 25Oct62 | Turner, C. W. | | 74 | 8 | E | WM | 40 | | | | S |
| 7S/3W 28T1 | 25Oct62 | Turner, C. W. | | 156 | 12 | T | 10 | 41 | | | | I |
| 7S/3W 28T2 | | Turner, C. W. | | | | | | (Could not locate well) | | | | |
| 7S/3W 28T3 | | Turner, C. W. | | | | | | (Could not locate well) | | | | |
| 7S/3W 28C1 | 25Oct62 | Turner, C. W. | | 300± | 14 | El | 125 | 45 | 1400 | | | I |

-6-

| USGS Number | Obser-vation Date | Apparent Owner | Date Com-pleted | Depth | Dia-meter | Pump Rate | Type | Power | Depth to Water | Yield (gpm) | Pumping Data Draw-down (ft) | Time (hrs) | Use to Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7S/3W 28Q1 | 25Oct62 | Turner, C. W. | | | 8 | W | | 40 | (No access to well) | 700 | | | I |
| 7S/3W 6R1 | 26Oct62 | Turner, C. W. | | | 12 | W | 1 | | (No access to well) | | | | Unk |
| 7S/3W 6Q1 | 26Oct62 | Turner, C. W. | | | 6 | W | 2 | 5 | 36.7 | | | | Do |
| 7S/3W 6R1 | 26Oct62 | Turner, C. W. | | | 10 | W | 3 | | (No access to well) | | | | Do |
| 7S/3W 6R1 | 26Oct62 | Turner, C. W. | | 270 | 8 | W | | | (No access to well) | | | | H |
| 7S/3W 6N1 | 26Oct62 | Turner, C. W. | | | | | | | (Could not locate well) | | | | |
| 7S/3W 1A1 | 26Oct62 | Turner, C. W. | | 190 | 12 | W | | | (No access to well) | | | | Unk |
| 7S/3W 1A2 | 26Oct62 | Turner, C. W. | | | 12 | W | 2 | 20 | (No access to well) | | | | 18 |
| 7S/3W 1A2 | 31Oct62 | Turner, C. W. | 1962 | 500+ | 12 | W | | | 1000 | | | | Unk |
| 7S/3W 1N2 | 31Oct62 | Turner, C. W. | | 270 | 12 | W | | | 27.30 | | | | Unk |
| 7S/3W 1N1 | | Ussery, D. A. | | | | | | | (Could not locate owner) | | | | |
| 7S/3W 27L1 | 1Nov62 | Weinstein, A. | | 441 | 12 | W | | | 132.50 | | | | Unk |
| 7S/3W 7R1 | 29Oct62 | Weinstein, A. | 1958 | 214 | 10 | W | | 20 | 83.75 | | | | I Do |
| 7S/3W 7R2 | 29Oct62 | Weinstein, A. | Unk | 49 | 24 | T | | | 29.93 | | | | Unk |
| 7S/3W 7R1 | 29Oct62 | Weinstein, A. | Unk | 27.60 | 12 | W | | | 27.60 | | | | Unk |
| 7S/3W 7R2 | 29Oct62 | Weinstein, A. | Unk | 80 | 12 | W | | | 30.64 | (Obstruction) | | | Unk |
| 7S/3W 7R3 | 29Oct62 | Whittlesey, V. | 1958* | 210 | Unk | W | | 20 | Unk | | | | Do I |

3618

| USGS Number | Observation Date | Apparent Owner | Date Completed | Depth | Diameter | Pump Data Type | Pump Data Power | Depth to Water | Yield (gpm) | Drawdown (ft) | Time (hrs) | Use of Well |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6S/4W 35P | 23Oct62 | Wildomar Farms | | | | | 8 | 1 | Pumping | | | I |
| 6S/4W 35P1 | 23Oct62 | Wildomar Farms | 1965 | 894 | 14 | T | 40 | (Destroyed) | | | | I |
| 6S/4W 35P2 | 23Oct62 | Wildomar Farms | Unk | Unk | Unk | T | | 81.1 | | | | I |
| 6S/4W 35Q2 | | Wilke, T. E. | 1880 | 80 | 7 | T | 1 | (No access to well) | | | | I |
| 6S/4W 3Q1 | | Wilke, T. E. | Unk | Unk | 10 | T | 7 | (No access to well) | | | | I Dm |
| 7S/4W 2R1 | 7Nov62 | Wilke, T. E. | Unk | 138 | 12 | T | 40 | 57.2 | | | | I |
| 7S/4W 2A | 7Nov62 | Wilke, T. E. | 1951 | 185 | 12 | T | 30 | Pumping | | | | I |
| 6S/4W 35P1 | 24Oct62 | Withrow, C. B. | 1957* | 270* | 12* | T | 10* | (Could not locate owner) | | | | I* |
| 7S/3W 2036 | | Young, J. (SAH Ranch) | | | | | | | | | | |
| 7S/3W 3CD2 | | Young, J. (SAH Ranch) | | | 12* | T | 7* | (Could not locate owner) | | | | I* |
| 6S/3W 36R1 | 26Oct62 | Younger Brothers | Unk | 102 | 6 | T | 10 | 50.48 | | | | I |

* Data obtained from United States Geological Survey Report dated 1960.