Vedder

FILED
DEC 1 2 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

```
FILED
DEC 1 2 1962
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)  #1247-SP-C<br>)<br>)<br>)<br>)<br>) |

1.

The Court finds, based upon the record in this case, that there are 8,500 acres of land in Murrieta Valley susceptible to irrigation and entitled to participate correlatively in the perennial yield of Murrieta Cree.

2.

The Court finds that Vail Company has 9,600 acres of land that are susceptible to irrigation, riparian to the Santa Margarita River and entitled to participate correlatively in the perennial yield of Murrieta Creek and Temecula Creek.

3.

The Court finds that the United States of America has 13,800 acres of land that is susceptible to irrigation, riparian to the Santa Margarita River, and entitled to share correlatively in the perennial yield of Murrieta Creek and Temecula Creek. In addition the United States of America is entitled to participate in the entire

6857

yield in the Santa Margarita River below the Vail property line and is entitled to participate correlatively with all other riparians within that reach of the River and all riparians on Rainbow Creek, Sandia Creek and DeLuz Creek and the tributaries to those streams.

4.

The Court finds that Vail Company has 18,500 acres in the Pauba Grant and 1,600 acres in the Little Temecula Grant that are susceptible to irrigation, riparian to Temecula Creek, and are entitled to participate correlatively in the perennial yield of that creek.

5.

Based upon the preceding finds, this Court declares and decrees that the above named lands are entitled to participate in the yields of the streams as follows:

TOTAL IRRIGABLE ACREAGE

| | | |
|---|---:|---:|
| Vail - Pauba Grant | 18,500 ) | |
| Vail - Little Temecula Grant | 1,600 ) | |
| Vail - Temecula Grant | 9,600 ) | 29,700 |
| Murrieta (Other Acreage) | | 8,500 |
| United States of America | | 13,800 |
| | | 52,000 |

PERCENTAGE DISTRIBUTION OF IRRIGABLE ACRES

Murrieta Creek

| | | |
|---|---:|---:|
| Murrieta (Except Vail) | 8,500 | 27% |
| Vail (Temecula Grant) | 9,600 | 30% |
| United States of America | 13,800 | 43% |
| | 34,000 | 100% |

Temecula Creek

| | | |
|---|---:|---:|
| Vail - Pauba Grant | 18,500 | |
| Vail - Little Temecula Grant | 1,600 | |
| Vail - Temecula Grant | 9,600 | 68% |

-2-

6858

|   |   |   |
|---|---|---|
| United States of America | <u>13,800</u> | <u>32%</u> |
|  | 41,800 | 100% |

Santa Margarita River Below Vail Property Line

United States of America — 13,800 — 100% - less other minor riparian acreage

## CORRELATIVE RIGHTS

Murrieta Users (Except Vail) — 27% of Murrieta Creek

Vail — 30% of Murrieta Creek  
68% of Temecula Creek

United States of America — 32% of Temecula Creek  
43% of Murrieta Creek  
100% of Santa Margarita River Below Vail Property Line-Less Other Rights

-3-

6859