UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD-C |
| vs. | MINUTES OF THE COURT |
| FALLBROOK, etc., et al | Dated: Jan. 24, 1963 |
| | At San Diego, California |

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRED GIRARD, FRANZ SACHSE, AND PHIL SWING.

PROCEEDINGS:   FURTHER COURT TRIAL

   At 10:00 o'clock A.M. reconvene herein.
   COURT AND COUNSEL DISCUSS VARIOUS FINDINGS, ETC.,

At 11:50 A.M. a recess is declared and the further court trial herein continued to January 25, 1963, at 9:30 A.M.


JOHN A. CHILDRESS, Clerk
by _____
                    Deputy

6861