CARTER
1-25-63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., etal

No. 1247-SD-C

MINUTES OF THE COURT

Dated: Jan. 25, 1963

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk WILLIAM W. LUDDY Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, AND DONALD STARK

PROCEEDINGS: FURTHER COURT TRIAL

Court and counsel discuss various judgments.
ADDITIONAL documents added to Ex. No. 207E.
IT IS ORDERED cause is continued to Feb. 20, 1963, at 10 A.M. for further court trial.

JOHN A. CHILDRESS, Clerk
by _____
        Deputy

6862