FILED

JAN 25 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

ENTERED

JAN 25 1963

CLERK _____ COURT
SOUTHERN _____ CALIFORNIA
BY _____

LODGED

JAN 25 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

    Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS
OF LAW AND INTERLOCUTORY
JUDGMENT NO. 31   SANTA
GERTRUDIS CREEK SUB-WATERSHED

FINDINGS OF FACT, CONCLUSIONS OF LAW
AND INTERLOCUTORY JUDGMENT No.   31,
RESPECTING LANDS RIPARIAN TO THE
SANTA MARGARITA RIVER OR OVERLYING
GROUND WATERS WHICH FEED OR CONTRIBUTE
TO THE SANTA MARGARITA RIVER, WITHIN
THE SANTA GERTRUDIS CREEK SUB-WATERSHED
UPSTREAM FROM THE TEMECULA-MURRIETA
GROUND WATER AREA.

I

Lands which are subject of
this Interlocutory Judgment:

    This Interlocutory Judgment concerns lands which are

located within the watershed of the Santa Margarita River, and

within the sub-watershed of Santa Gertrudis Creek, upstream from

the boundaries of the Murrieta-Temecula Ground Water Area, as

the same is described in Interlocutory Judgment No. 30, herein.

*****

*****

- 1 -

893

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

II

Santa Gertrudis Creek:

Santa Gertrudis Creek rises in the Northeast Quarter of the Southwest Quarter of Section 18, Township 7 South, Range 1 West, S.B.B.M.. It flows Westerly and Southwesterly over basement complex across the North Half of the Southwest Quarter of Section 18, and the East Half of Section 13, Township 7 South, Range 2, West. From said Section 13 Santa Gertrudis Creek flows Southerly into the Pauba Grant of Vail Ranch and the Murrieta-Temecula Ground Water Area, covered by Interlocutory Judgment No.30. Santa Gertrudis Creek flows Southerly, Southwesterly and Westerly through the Pauba Grant to the Southeast Quarter of the Northeast Quarter of Fractional Section 22, Township 7 South, Range 2 West where it leaves the Murrieta-Temecula Ground Water Area. It flows Westerly, through the Fractional Section 22 to where it reenters the Murrieta-Temecula Ground Water Area in the Northeast Quarter of the Northeast Quarter of Section 21, Township 7 South, Range 2 West. The portion of Santa Gertrudis Creek flowing through said Fractional Section 22 is underlain with older alluvium.

III

Tucalota Creek:

Tucalota Creek rises in the Southwest Quarter of Section 26, Township 6 South, Range 1 East, S. B. B. M.. It flows Southwesterly through the Southwest Quarter of said Section 26, and across Section 34 of Township 6 South, Range 1 East. In the Southwest Quarter of the Northwest Quarter of said Section 34 it enters Weber Valley, an alluvial filled valley approximately two miles in length. The alluvium over which Tucalota Creek flows through this valley varies in width from a few feet to approximately one-quarter mile. Tucalota Creek continues through Weber Valley across said Section 34 and across the Southeast Quarter of Section 33, Township 6 South, Range 1 East and across Section 4,

LAW OFFICES
IAGHEE AND PRICE
1082 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 2 -

894

1   Township 7 South, Range 1 East.  It leaves Weber Valley in the

2   Northwest Quarter of the Northwest Quarter of Section 9, Town-

3   ship 7 South, Range 1 East and flows Westerly over  basement comple:

4   across the Northeast Quarter of the Northeast Quarter of Section 8,

5   Township 7 South, Range 1 East.  It then flows over a narrow

6   stringer of alluvium across the Northwest Quarter of the Northeast

7   Quarter,  and the North Half of the Northwest Quarter of Section 8,

8   Township 7 South, Range 1 East and the Northeast Quarter of the

9   Northeast Quarter of Section 7, Township 7 South, Range 1 East.

10  It flows Westerly across basement complex for approximately 900

11  feet and then enters an unnamed alluvial filled valley in the

12  Northwest Quarter of the Northeast Quarter of Section 7, Township 7

13  South, Range 1 East.  This alluvial filled valley extends along

14  Tucalota Creek for approximately one and one-half miles and

15  northward along an unnamed tributary of Tucalota Creek for

16  approximately one and one-half miles.  The alluvium in this valley

17  varies in width from a few feet to approximately one-half mile.

18  Tucalota Creek runs Southwesterly through the valley last des-

19  cribed, through the Northwest Quarter of the Northeast Quarter and

20  the Northwest Quarter of  Section 7, Township 7 South, Range 1 Eas!

21  the Southeast Quarter of the Northeast Quarter and the Southeast

22  Quarter of Section 12, Township 7 South, Range 1 West.  Tucalota

23  Creek then flows Westerly and Northwesterly over basement complex

24  across the Southwest Quarter of said Section 12 and Section 11,

25  Township 7 South, Range 1 West.

26          In the Northwest Quarter of the Southwest Quarter of

27  said Section 11, Tucalota Creek enters Tucalota Valley, which is a!

28  alluvial filled valley.  The alluvium in Tucalota Valley extends

29  along Tucalota Creek for approximately two and one-half miles

30  from the Northwest Quarter of the Southwest Quarter of said Sectio

31  11 to approximately the Western boundary of the Northeast Quarter

32  of the Southeast Quarter of Section 8, Township 7 South, Range 1

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

895
3

West.  The alluvium along Tucalota Creek through Tucalota Valley varies in width from a few feet to approximately one-fourth mile. Tucalota Creek flows Westerly through Tucalota Valley across the South Half of Section 10, Township 7 South, Range 1 West; for approximately one  and one-half miles across the Northeastern portion of the Pauba Grant of the Vail Ranch, the Southwestern corner of Fractional Section 9, Township 7 South, Range 1 West, and the Northeast Quarter of  the Southeast Quarter of Fractional Section 8, Township 7 South, Range 1 West.  In the Northeast Quarter of the Southeast Quarter of said Section 8 Tucalota Creek leaves Tucalota Valley and flows Northwesterly over basement complex for approximately one mile across said Section 8, the Southwest Corner of Section 5, Township 7 South, Range 1 West, and the East Half of the Southeast Quarter of Section  6, Township 7 South, Range 1 West.

In the Northeast Quarter of the Southeast Quarter of Section 6, Township 7 South, Range 1 West, Tucalota Creek enters Auld Valley.  Auld Valley is underlain primarily with older alluvium and weathered basement complex.  There is a stringer of alluvium which extends along Tucalota Creek from approximately the center of the Northeast Quarter of the Southeast Quarter of Section 6 to the center of the Northwest Quarter of the Northeast Quarter of Section 18, Township 7 South, Range 2 West. This stringer of alluvium varies in width from a few feet to approximately one-quarter mile. Tucalota Creek proceeds Westerly, Northwesterly and South-westerly through Auld Valley across the North Half of the South Half of Section 6, * * * * * * * * * * * * * * * * * * * * * * * * *

*****
*****
*****
*****
*****

LAW OFFICES
CHSE AND PRICE
18 S. MAIN STREET
ILASROOK, CALIF.
INDOLPH 8-1154

896

4

Township 7 South, Range 1 West, the North Half of Section 1,
Township 7 South, Range 2 West, the South Half of Section 2, Town-
ship 7 South, Range 2 West, the South Half of the South Half of
Section 3, Township 7 South, Range 2 West, Section 9, Township 7
South, Range 2 West and the South Half of Section 8, Township 7
South, Range 2 West. From approximately the center of the North-
west Quarter of the Northeast Quarter of Section 18, Township 7
South, Range 2 West, Tucalota Creek flows Westerly and Southwesterly
over basement complex across the Northwest Quarter of the North-
east Quarter, the Southeast Quarter of the Northwest Quarter, and
the Southwest Quarter of said Section 18. At approximately the
center of the Southwest Quarter of the Southwest Quarter of said
Section 18, Tucalota Creek enters younger alluvium, it flows
Southerly through this younger alluvium into the Murrieta-
Temecula Ground Water Area, in the Northwest Quarter of the North-
west Quarter of Fraction Section 19, Township 7 South, Range 2
West. Within the Murrieta-Temecula Ground Water Area Tucalota
Creek joins Santa Gertrudis Creek.

IV

Other Tributaries of Santa Gertrudis Creek:

In addition to Tucalota Creek, there are numerous
smaller stream tributary to Santa Gertrudis Creek, both named and
un-named. The source, course and direction of such tributaries is
delineated upon United States Exhibits 15 and 15-E in these pro-
ceedings, to which reference is made.

V

Characteristics of Santa Gertrudis
Creek and Tucalota Creek:

Throughout their courses as described in these Findings,
Santa Gertrudis Creek and its tributaries are intermittent streams
both as to time and place of flow. Each of said streams flow
generally through and over areas of basement complex and residuum,

- 5 -

LAW OFFICES
ACHSE AND PRICE
OSS E. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

897

1   and to a lesser extent through and over areas of older alluvium.

2   Each of said streams flow in part through and over beds composed

3   of thin mantles of younger alluvium.  The courses of Santa

4   Gertrudis Creek and its tributaries, and the geological materials

5   over which said streams flow, are delineated upon United States

6   Exhibits 15 and 15E in this cause.

7                                  VI

8   Bed and Banks of Santa Gertrudis
    Creek and Its Tributaries:
9

10          The basement complex, residuum and older alluvium de-

11  lineated upon Exhibits 15 and 15E are generally non-water-bearing,

12  and are composed of considerably more compacted material than

13  the younger alluvium delineated upon said Exhibits.  As a result

14  thereof, ground waters found within such areas of younger

15  alluvium do not move laterally or vertically into the adjoining

16  or underlying materials, but on the contrary move through the

17  younger alluvium in the identical direction as the surface flow

18  of such streams, when surface flow exists.  Ground waters found

19  within such areas of younger alluvium are an integral part of

20  the surface and sub-surface flow of the stream, and are contained

21  within a known and defined channel, to wit, the younger alluvial

22  deposits, and are contained within bed and banks, to wit, the

23  basement complex, residuum or older alluvium delineated upon

24  Exhibits 15 and 15E.

25                                 VII

26  Land Ownership:

27          Attached hereto marked Exhibit A and made a part hereof

28  by reference is a master alphabetical list of the apparent owners

29  of all parcels of land which are the subject of this Interlocutory

30  Judgment, together with the parcel number of each such parcel, and

31  a reference to Exhibit B where the legal description of each such

32  parcel may be found.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

898
6

1   Attached hereto marked Exhibit B and made a part hereof
2   by reference is a tabulation setting forth the exact legal des-
3   criptions and apparent ownerships of all parcels of land which are
4   the subject of this Interlocutory Judgment.

5   VIII

6   <u>Riparian Lands</u>:

7   (a) Attached hereto marked Exhibit C-1 and made a
8   part hereof by reference is a tabulation of apparent owners and
9   parcel numbers of the smallest tract of land held under one chain
10  of title, a part of which abuts upon or is traversed by Santa
11  Gertrudis Creek within the area covered by this Interlocutory
12  Judgment. The said tabulation includes complete legal description
13  of each such parcel, and in certain cases contains also other
14  information concerning gross acreage, irrigable acreage, wells,
15  surface diversions and like data.

16  (b) Attached hereto marked Exhibit C-2 and made a
17  part hereof by reference is a tabulation of apparent owners and
18  parcel numbers of the smallest tract of land held under one chain
19  of title, a part of which abuts upon or is traversed by Tucalota
20  Creek within the area covered by this Interlocutory Judgment.
21  The said tabulation includes complete legal description of each
22  such parcel, and in certain cases contains also other information
23  concerning gross acreage, irrigable acreage, wells, surface di-
24  versions and like data.

25  (c) Attached hereto marked Exhibit C-3 and made a
26  part hereof by reference is a tabulation of apparent owners and
27  parcel numbers of the smallest tract of land held under one chain
28  of title which abut upon or are traversed by other tributaries of
29  Santa Gertrudis Creek in areas in which such tributaries are
30  underlain with substantial deposits of younger alluvium, as
31  shown on Exhibits 15 and 15-E in these proceedings. The said
32  tabulation includes complete legal description of each such parcel

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 7 -

899
7

1    and in certain cases contains also other information concerning

2    gross acreage, irrigable acreage, wells, surface diversions and

3    like data.

4                                    IX

5    Lands Riparian to
     Un-named Creeks and Gullies.

6

7            In addition to the named tributaries of  the Santa

8    Gertrudis Creek within the areas which is the subject of this

9    Interlocutory Judgment there are numerous small creeks, gullies,

10   and watercourses tributary to the Santa Gertrudis River.  In the

11   main such minor watercourses  flow over consolidated rocks or

12   basement complex, but there are limited areas in which shallow

13   alluvial deposits underlie the stream channel.  In all such

14   cases such shallow alluvial deposits rest upon consolidated rock

15   or basement complex and are laterally contained by consolidated

16   rock or basement complex and the ground waters contained in such

17   alluvial deposits are in direct contact with and are an integral

18   part of the surface  flows, at such times as surface flows exist

19   in such creeks, gullies or watercourses.  The ground waters con-

20   tained in such alluvial deposits are in a known and defined

21   channel, to wit, the younger alluvial deposits.

22                                    X

23   Jurisdiction reserved as to
     such Minor Watercourses.

24

25           Said small creeks, gullies or watercourses have not been

26   considered in detail in this proceeding, nor has any party to this

27   cause requested detailed findings thereon.  Should any party to

28   this cause in the future desire detailed findings as to such

29   minor watercourses, this Court will make such findings upon such

30   request, and this Court expressly reserves jurisdiction to consider

31   such requests if and when they may arise.

32                              *****

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

900

XI

Minor Surface Impoundments.

There are within the area which is subject of this Interlocutory Judgment many structures which are used for the impoundment of surface run-off for the purpose of providing stock water, to encourage ground water re-charge, for the purpose of soil conservation, recreation or other beneficial purposes. There is no evidence that such structures or impoundments presently constitute an unreasonable, wasteful or non-beneficial use of water. None of such structures or impoundments have been constructed or are maintained under the authority of any Permit or License of the State of California, and none of said structures have been maintained adversely to any party to this cause.

Those minor surface impoundments as described in this Finding are of the same type as those considered in Interlocutory Judgment No. 28, (Miscellaneous Surface Impoundments).

XII

Effect of such Minor Surface Impoundments:

That all such structures and impoundments as are described in Finding XI above intercept surface runoff of waters of the Santa Margarita River System, which runoff would in a state of nature contribute to the Santa Margarita River; that while the impact of any such individual impoundment on the available water supply of the Santa Gertrudis Creek is at present de minimis, the cumulative effect of such structures and impoundments may at a future date become substantial and require regulation or control.

XIII

Vagrant, local, percolating waters, and surface waters other than those herein covered by specific findings.

All ground waters within the area which is the subject of this Interlocutory Judgment found within deposits of consolidated rock, weathered basement complex, or basement complex, as

- 9 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

depicted upon U.S.A. Exhibits 15 and 15E herein, are vagrant, local, percolating waters, not a part of the Santa Gertrudis Creek or any tributary thereto. All surface waters which flow upon deposits of consolidated rock, weathered basement complex or basement complex in said area are a part of the waters of the Santa Gertrudis Creek or its tributaries.

XIV

There are no appropriative rights to the use of the waters of Santa Gertrudis Creek or its tributaries, either vested or inchoate, within the area subject of this Interlocutory Judgment.

XV

Prescriptive Rights.

No surface diversion or use of any of the waters found within the areas is subject of this Interlocutory Judgment have been open, notorious, adverse or hostile to any party to this cause and no prescriptive right to the use of any of said waters by reason of such diversion or use now exists.

XVI

Prima Facie Evidence.

On the Exhibits attached hereto and made a part hereof by reference there appear certain factual statements concerning lands within the area that is subject of this Interlocutory Judgment, concerning such matters as wells, gross acreages, irrigable acreages and surface diversions. Such factual statements as pertain to wells and surface diversions are as of the date of this Interlocutory Judgment true. The factual statements which pertain to gross acreages and irrigable acreages are based upon evidence introduced into this case by the United States of America with an express assurance from its counsel that apportionment was not being sought at this stage of the litigation. Because of this fact, and the fact that the Court is not at this time making any

LAW OFFICES
ACHBE AND PRICE
098 B. MAIN STREET
ALLBROOK, CALIF.
LANDOLPH 8-1184

302

16

1   order apportioning or regulating the use of the waters involved
2   herein, such fact pertaining to gross acreages and irrigable
3   acreages are not material to any issue decided by this Interlocu-
4   tory Judgment.  In the exercise of the Court's continuing juris-
5   diction in this cause, said facts may be material to an issue
6   presented in the future.  Therefore, this Court finds that such
7   factual statements contained in said Exhibits which pertain to
8   gross acreages and irrigable acreages are supported by the
9   evidence and such factual statements shall be prima-facie evidence
10  thereof in any subsequent proceedings before this Court in this
11  cause.  As used herein, prima facie evidence is that which
12  suffices for the proof of the particular fact until contradicted
13  or overcome by other evidence.

14                        CONCLUSIONS OF LAW
15                               1.
16          All ground waters found within areas of residuum or
17  basement complex within the area subject of this interlocutory
18  Judgment do not add to, contribute to or support the waters of
19  the Santa Gertrudis Creek and its tributaries, and are vagrant,
20  local, percolating waters, not a part of the Santa Gertrudis Creek
21  system.

22                               2.
23          All surface waters which flow over and upon lands which
24  are within the area subject of this Interlocutory Judgment are a
25  part of the Santa Gertrudis Creek system and subject to the con-
26  tinuing jurisdiction of this Court.

27                               3.
28          All ground waters found within areas of younger alluvium
29  within the area subject of this Interlocutory Judgment are a part
30  of the Santa Gertrudis Creek system and subject to the continuing
31  jurisdiction of this Court.
32
                              ******

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

903

4.

All lands listed by parcel number upon Exhibit C-1 hereunto attached and made a part hereof by reference have a correlative riparian right to the use of the waters of the Santa Gertrudis Creek and its tributaries.

5.

All lands listed by parcel number upon Exhibit C-2 hereunto attached and made a part hereof by reference have a correlative riparian right to the use of the waters of Tucalota Creek and its tributaries.

6.

All lands  listed by parcel number upon Exhibit C-3 hereunto attached and made a part hereof by reference have a correlative riparian right to the use of the waters of the stream which abuts upon or traverses said lands as shown on U.S.A. Exhibits 15 and 15-E, herein.

7.

All lands listed by parcel number upon Exhibit A which abut upon  or are traversed by any un-named creek, gully or water-course have a correlative riparian right to the use of the waters of such creek, gully or watercourse.

8.

The exercise of the riparian rights described in Con-clusions of Law 4, 5, 6 and 7 herein are subject to the continuing jurisdiction of the Court.

9.

There are/no appropriative rights to the use of the waters of Santa Gertrudis Creek or its tributaries, either vested or inchoate, within the areas subject of this Interlocutory Judgment.

10.

No prescriptive rights or rights by adverse user exist to any of the surface or underground waters within the area which

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

904

12

1   is subject of this Interlocutory Judgment.

11.

3   That at the present status of this case the issue of
4   apportionment, or the quantity or proportion of waters to which
5   any lands are entitled has not been presented, and this Court
6   has taken no evidence directed to establishing whether any water
7   uses pursuant to riparian or overlying rights are reasonable or
8   unreasonable, and rights which may exist as to the use of such
9   waters and this issue is left open, is not decided herein, and
10  shall be litigated by this Court when and if it becomes necessary
11  to do so. In the exercise of this continuing jurisdiction this
12  Court will judge and pass upon the issue of such riparian or over-
13  lying rights based upon the facts as they may then appear and
14  pursuant to California law.

15  INTERLOCUTORY JUDGMENT

16  1.

17  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all
18  ground waters within deposits of basement complex or residuum
19  within the area subject of this Interlocutory Judgment are vagrant,
20  local percolating waters which do not add to, support, nor con-
21  tribute to the Santa Gertrudis Creek.

22  2.

23  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
24  rights of the owners of the lands referred to in paragraph 1 of
25  this Interlocutory Judgment, and their heirs, successors and
26  assigns to the use of the said ground waters are forever quieted
27  in them and against the rights of the United States of America
28  and all other parties having rights to the use of the waters of
29  the Santa Gertrudis Creek system.

30  3.

31  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
32  owners of said lands referred to in paragraph 1 of this Interlocu-

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

905
13

Judgment, their heirs, successors and assigns, are forever
restrained from asserting rights in or to the waters of the Santa
Gertrudis Creek or its tributaries, excepting rights to surface
waters which flow over and upon said lands.

4.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
rights inter-sese of the owners of said lands referred to in
paragraph 1 of this Interlocutory Judgment to the use of the under-
lying vagrant, local, percolating ground waters have not been
adjudged, determined or decreed in these proceedings.

5.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
surface waters flowing over or upon lands within the area subject
of this Interlocutory Judgment are a part of the Santa Gertrudis
Creek system and are subject to the continuing jurisdiction of
this Court.

6.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
ground waters found within areas of younger alluvium within the
area which is subject of this Interlocutory Judgment are a part
of the waters of the Santa Gertrudis Creek system and subject to
the continuing jurisdiction of this Court.

7.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
lands listed by parcel numbers on Exhibits C-1, C-2, C-3, hereunto
attached and made a part hereof by reference have a correlative
riparian right to the use of the waters of the Santa Gertrudis
Creek system.

8.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
lands listed by parcel numbers in Exhibit A, attached hereto and
made a part hereof by reference, which abut upon or are traversed

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 14 -

906

19

by any named or un-named creek, gully or watercourse within the area subject of this Interlocutory Judgment, have a correlative riparian right to the use of the waters of such creek, gully or watercourse.

9.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the correlative riparian rights to the use of waters within the area subject of this Interlocutory Judgment as adjudged in paragraphs 6, 7 and 8 of this Interlocutory Judgment are subject to the continuing jurisdiction of this Court.

10.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the issue of apportionment has not been presented and this Court has taken no evidence directed to establishing whether the use of any waters herein adjudged to be subject to the continuing juris- diction of this Court are reasonable or unreasonable as to amount of water used in the light of correlative rights which may exist as to such waters, and this issue is left open, is not decided herein, and shall be litigated by this Court if and when in the future it becomes necessary to do so.

11.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights inter-sese of the owners of said lands within the area subject of this Interlocutory Judgment to the use of the ground waters contained therein have not been adjudged, determined or decreed in this proceedings.

12.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no appropriative rights to the use of waters of Santa Gertrudis Creek or its tributaries, either vested or inchoate, exist within the area which is subject of this Interlocutory Judgment.

******

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

907
/ 15

13.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no prescriptive rights to the use of any of the waters within the area subject of this Interlocutory Judgment now exist.

14.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the construction or maintenance of any structure for the impoundment of surface run-off of the waters within the area subject of this Interlocutory Judgment as the same are defined herein has not resulted in the acquisition of any prescriptive right or any right by reason of adverse user against any party to this cause, and the continued maintenance of such structures, or the impoundment of water therein shall not in the future give rise to any pre-scriptive right or right by adverse user against any party to this cause, his heirs, successors or assigns.

15.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. U. S., 235 F2d 647, that this is not a final decree, but is interlocutory in character and by reason of the Order by this Court that all parties are adverse, one to the other, thus dispensing with cross pleadings, all parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, and will be given full oppor-tunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment prior to the entry of final judgment in this cause.

16.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Interlocutory Judgment is not appealable, is not final and shall not be operative until made a part of the final judgment, and this Court expressly reserves jurisdiction to modify or vacate it,

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

908

1  either upon its own motion or upon motion of any party to this

2  proceeding until such time as final judgment in this case is

3  entered.

4  Dated: *Jan. 25 1963*

5

6  *James M. Carter*

7  Judge

8  /

9      NOTE:  The parcel numbers appearing on Exhibits A, B, C-1, C-2 and

10  C-3 attached are explained as follows:  The first number refers to the

11  Township; the second number refers to the Range; the next number or

12  numbers refer to the Section or Sections or parts of Sections; the final

13  number or numbers separated by a dash is the parcel number, thus:  7Ẅ-8, 13—

14  141 indicates Township 7 South, Range 2 West, Sections 8 and 13—Parcel 141.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

## ALPHABETICAL INDEX OF

## SANTA GERTRUDIS CREEK SUB-WATERSHED

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| AULD, Barbara Ann | 72W-1, 2, 3, 11, 12 - 132 | 7 |
| AULD, William K. | 72W-1, 2, 3, 11, 12 - 132 | 7 |
| BAATZ, Elmer | 72W-1-129 | 6 |
| BALLINGER, Bert | 71E-6-48 | 1 |
| BASHAW, J. N. & Helen J. | 72W-2-133 | 8 |
| BOREL, A. F. & Louise | 72W-8, 13, 18 - 141 | 9 |
| BRYAN, A. L. | 71W-9-96 | 5 |
| BRYAN, Florence | 71W-9-96 | 5 |
| BRYAN, Miriam A. | 71W-9-96 | 5 |
| BRYAN, William R. | 71W-9-96 | 5 |
| BUTTON, Jesse D. & Lola T. | 71W-7-94 | 4 |
| CEAS, Albert N. | 72W-8-143 | 9 |
| CEAS, Etienne | 72W-7-140 | 9 |
| CHAFFEY, Andrew Elswood Stewart | 61E-33-34-25 | 1 |
| DIETTERICK, Mary R. | 72W-1-130 | 6 |
| DUNCAN, Tom W. & Frances W. | 71W-74 | 4 |

-1-

Interlocutory Judg. #31
Exhibit "A"

910

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| GARTLER, Stanley | 72W-1-131 | 7 |
| HALL, Gordon W. & Lorine V. | 71W-12-101 | 6 |
| HILLIARD, C. S. | 72W-7-18-139 | 9 |
| HOTCHKISS, Ray B. & Minnie J. | 61W-31-81 | 4 |
| JERNIGAN, Earl P. & Dorothy L. | 71E-4-59 | 2 |
| KERR, Elswood Chaffey | 61E-33-34-25 | 1 |
| MEEK, Nathan A., Jr. & Wilma | 81W-31-81 | 4 |
| MILHOLLAND, George W. & Nellie | 71W-10-97 | 5 |
| MURRAY, Kathleen Chaffey | 61E-33,34-25 | 1 |
| NEW, Fred W. & Kathryn A. | 71E-6-62 | 3 |
| NICOLAS, Marius A. & Mary | 72W-3, 4, 9, 10, 22, 135 | 8 |
| OCCIDENTAL COLLEGE | 71E-6, 7; 71W-12 - 63 | 3 |
| POLLARD, Clarence O. & Florence | 71E-7, 8, 9 - 61 | 2 |
| RAWSON, Lewis | 71W-67 | 3A |

Interlocutory Judg. #31
Exhibit "A"

911

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| ROBERTS, John L. | 71W-67 | 3A |
| ROBERTSON, Alma C. | 72W-1, 2, 3, 11, 12 - 132 | 7 |
| SERVEL, Leon J. & Clementine | 72W-18-148 | 10 |
| SHIPLEY, Roy E. & Beryl | 61W-67 | 3A |
| SHIPMAN, William H. & Virginia G. | 61W-67 | 3A |
| SHOCKLEY, Edwin T. & Emmelyn F. | 71E-4-60 | 2 |
| SHUMATE, Olive O. | 72W-1-129 | 6 |
| SPEROU, George James & Marjorie V. | 71W-12-99 | 5 |
| STANLEY, Augusta Greene | 61E-34-53 | 1 |
| THORPE, Daisy E. | 71W-11-98 | 5 |
| VAIL COMPANY | | 10 |
| WILSON, Bessie M. | 71W-8-95 | 5 |

<u>RIPARIAN AND OVERLYING LANDS WITHIN</u>

<u>SANTA GERTRUDIS CREEK SUB-WATERSHED</u>

<u>Parcel 61E-33-34 - 25</u>:

All of Section Thirty-three (33), and the West Half of the South-west Quarter, and South Half of Northwest Quarter of Section Thirty-four (34), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

<u>Apparent Owners</u>:   KERR, Elswood Chaffey

MURRAY, Kathleen Chaffey

CHAFFEY, Andrew Elswood Stewart


<u>Parcel 71E-6-48</u>:

The Northeast Quarter, and the East Half of the Northwest Quarter; the North Half of the Southeast Quarter, and the Northeast Quarter of the Southwest Quarter of Section Six (6), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

<u>Apparent Owners</u>:   BALLINGER, Bert


<u>Parcel 61E-34-53</u>:

The Northeast Quarter of the Northwest Quarter, the East Half, and the East Half of the Southwest Quarter of Section Thirty-four (34), Township Six (6) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

<u>Apparent Owner</u>:   STANLEY, Augusta Greene


-1-                           Interlocutory Judg. #31
                              Exhibit "B"

913

Parcel 71E-4-59

That portion of the South Half of Section Four (4), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at the Southwest corner thereof; thence North along the West line 1961 feet; thence North 89°22' East to the East line of said Section Four (4); thence South along the East line to the Southeast corner thereof; thence West along the South line to the point of beginning. EXCEPT THEREFROM the Southeast Quarter of the Southeast Quarter.

Apparent Owners:   JERNIGAN, Earl P.
                   JERNIGAN, Dorothy L.


Parcel 71E-4-60

The North Half of Section Four (4), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California EXCEPT the Northeast Quarter of the Northwest Quarter. Also, that portion of the South Half of said Section lying Northerly of a line described as follows: Beginning at a point in the West line of said Section, distant North 0°23' West 1961 feet from the Southwest Corner thereof; thence North 89°33' East to East line of said Section.

Apparent Owners:   SHOCKLEY, Edwin T. & Emmelyn F.


Parcel 71E-7, 8 & 9 - 61

The Northeast Quarter of Section Seven (7); the Northeast Quarter and the North Half of the Northwest Quarter of Section Eight (8); and a 933 1/3 foot square in the Northwest corner of Section Nine (9), Township Seven (7) South, Range One (1) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owners:   POLLARD, Clarence O. & Florence H.

Interlocutory Judg. #31
                                        Exhibit "B"

**Parcel 71E-6-62:**

The South Half of the Southeast Quarter of Section Six (6), Township

Seven (7) South, Range One (1) East, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

**Apparent Owners:**   NEW, Fred W. & Kathryn A.


**Parcel 71E-6, 7; 71W-12-63:**

Lots 4, 5 and 6 (being the West Half of the Northwest Quarter and

the Northwest Quarter of the Southwest Quarter), and the South

Half of the Southwest Quarter of Section Six (6).  Also that por-

tion of the West Half and the Southeast Quarter of Section Seven

(7), lying Northeasterly of Highway 194, in Township Seven (7) South,

Range One (1) East, San Bernardino Base and Meridian, in the

County of Riverside, State of California.  Also, those portions

of the East seven-eighths of Lot 8, and the Southeast Quarter of

Section Twelve (12), lying Easterly of Highway 194;  and the

Northeast Quarter of the Northeast Quarter of Section Twelve (12),

Township Seven (7) South, Range One (1) West, San Bernardino Base

and Meridian, in the County of Riverside, State of California.

**Apparent Owners:**   OCCIDENTAL COLLEGE


Interlocutory Judg. #31
                                    Exhibit "B"

                                                  915

**Parcel 61W-67:**

The East Half, and the East Half of the East Half of the West Half of Section Thirty-one (31), Township Six (6) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owners:   SHIPLEY, Roy E. & Beryl
                   SHIPMAN, William H. & Virginia G.


**Parcel 71W-67:**

Government Lots 4, 5, 6, 8, 9, 10, and the East Half of the South-west Quarter of Section Six (6);  the Northwest Quarter of the Northwest Quarter, the Southwest Quarter of the Northeast Quarter, the East Half of the Northwest Quarter, and Government Lot 1 of Section Eight (8);  All of Section Ten (10) EXCEPT the Southeast Quarter;  All of Section Five (5); all in Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owners:   RAWSON, Lewis
                   ROBERTS, John L.

Interlocutory Judg. #31
                                Exhibit "B"

916

Parcel 71W-74:

The West Half of the Southeast Quarter and those portions of the
Northeast Quarter of the Southeast Quarter and Government Lot 8
of Section Twelve (12) lying Westerly of State Highway 194 (EXCEPT-
ING therefrom the West Half of the West Half of the Northwest Quarter
of Lot 8), all in Township Seven (7) South, Range One (1) West, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

Apparent Owners:   DUNCAN, Tom W. & Frances W.


Parcel 61W-31-81:

Governments Lots 1, 2, 3 and 4, and the West Half of the East Half
of the West Half of Section Thirty-one (31), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

Apparent Owners:   HOTCHKISS, Ray B. & Minnie J.

MEEK, Nathan A., Jr. & Wilma


Parcel 71W-7-94:

All of Section Seven (7), Township Seven (7) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Apparent Owners:   BUTTON, Jesse D. & Lola T.

Interlocutory Judg. #31
Exhibit "B"

917

Parcel 71W-8-95:

The East Half of the Southwest Quarter, and Government Lots 2 and
3 of Section Eight (8), Township Seven (7) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Apparent Owner:   WILSON, Bessie M.

Parcel 71W-9-96:

Section Nine (9), Township Seven (7) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Apparent Owners:   BRYAN, A. L., Florence, Miriam A. & William R.

Parcel 71W-10-97:

The Southeast Quarter of Section Ten (10), Township Seven (7) South,
Range One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

Apparent Owners:   MILHOLLAND, George W. & Nellie M.

Parcel 71W-11-98:

All of Section Eleven (11), Township Seven (7) South, Range One
(1) West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

Apparent Owner:   THORPE, Daisy E.

Parcel 71W-12-99:

The Southeast Quarter of the Southeast Quarter of Section Twelve
(12), Township Seven (7) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

Apparent Owners:   SPEROU, George James and Marjorie V.

**Parcel 71W-12-101:**

The Southwest Quarter of Section Twelve (12), Township Seven (7) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

**Apparent Owners:**   HALL, Gordon W. & Lorine V.

**Parcel 72W-1 - 129:**

The South Half, and that portion of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of Section One (1), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: Beginning at the Southeast Corner of said Northwest Quarter; thence North on the East line of said Northwest Quarter 10 rods; thence West and parallel with the South line of said Northwest Quarter 16 rods; thence South and parallel with the East line of said Northwest Quarter 10 rods to the South line of said Northwest Quarter; thence East along said South line 16 rods to the point of beginning.

**Apparent Owners:**   BAATZ, Elmer

SHUMATE, Olive O.

**Parcel 72W-1-130:**

The Northeast Quarter of Section One (1), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

**Apparent Owner:**   DIETTERICK, Mary R.

Interlocutory Judg. #31
Exhibit "B"
919

Parcel 72W-1-131:

    North Half of the Northwest Quarter of Section One (1), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owner:    GARTLER, Stanley

Parcel 72W-1, 2, 3, 11, 12 - 132:

    The South Half of the Northwest Quarter of Section One (1), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion described as follows:  Beginning at the Southeast corner of said Northwest Quarter;  thence North on the East line of said Northwest Quarter 10 rods;  thence West and parallel with the South line of said Northwest Quarter 16 rods;  thence South and parallel with the East line of said Northwest Quarter 10 rods to the South line of said Northwest Quarter; thence East along said South line 16 rods to the point of beginning. Also, the West Half of the Northeast Quarter; the South Half of the Northwest Quarter;  the Southeast Quarter of the Northeast Quarter;  the North Half of the Southeast Quarter;  the Southwest Quarter of the Southeast Quarter, and the Southwest Quarter of Section Two (2), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  Also, the East Half of Section Three (3), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, within Tucalota Creek watershed EXCEPT that portion described as follows:  Beginning at a point within said East Half from which the West Quarter section course bears South 89°52' West 3692.20 feet;  thence North 89°52' East 450.40 feet;  thence South 402.40

Interlocutory Judg. #31
Exhibit "B"

920

Parcel 72W-1, 2, 3, 11, 12 - 132 Cont:

feet;  thence South 76°02' West 101.62 feet;  thence North 74°05'
West 90.10 feet;  thence North 64°59' West 275.85 feet;  thence
North 03°03' West 284.92 feet to the point of beginning.  Also,
the North Half and the Southeast Quarter of Section Eleven (11),
Township Seven (7) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.
Also, the North Half of the North Half of Section Twelve (12),
Township Seven (7) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

Apparent Owners:   AULD, William K.

ROBERTSON, Alma C.

AULD, Barbara Ann


Parcel 72W-2-133:

The Southeast Quarter of the Southeast Quarter of Section Two (2),
Township Seven (7) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

Apparent Owners:   BASHAW, J. N. & Helen J.


Parcel 72W-3, 4, 9, 10, 22 - 135:

Those portions of the West Half of Section Three (3), the Southeast
Quarter of Section Four, and all of Section Nine within the Tucalota
Creek Watershed, and Section Ten (10) and Twenty-two (22), in Town-
ship Seven (7) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

Apparent Owners:   NICOLAS, Marius A. & Mary


Interlocutory Judg. #31
                                  Exhibit "B"
                                       321

**Parcel 72W-7-18-139:**

The Southeast Quarter of the Southeast Quarter of Section Seven (7), and the Northeast Quarter of Section Eighteen (18), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owner:    HILLIARD, C. S.

**Parcel 72W-7-140:**

The North Half of the Southeast Quarter of Section Seven (7), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owner:    CEAS, Etienne

**Parcel 72W-8, 13, 18 - 141:**

The Southwest Quarter and the Northeast Quarter of Section Eight (8); Also, Section Thirteen (13), XXXXXXXXXXXXXXXXXXXXXXXXXX  Also, the Northwest Quarter of Section Eighteen (18), all in Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owner:    BOREL, A. F. & Louise

**Parcel 72W-8-143:**

The Southeast Quarter of Section Eight (8), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Apparent Owner:    CEAS, Albert N.

Interlocutory Judg. #31
Exhibit "B"

922

Parcel 72W-18-148:

    The South Half of Section Eighteen (18), Township Seven (7) South,

Range Two (2) West, San Bernardino Base and Meridian, in the County

of Riverside, State of California.

<u>Apparent Owners</u>:   SERVEL, Leon J. & Clementine

<u>Parcel</u>

    That portion of the Pauba Grant within the watershed of Tucalota

Creek.

<u>Apparent Owners</u>:   VAIL COMPANY.

Interlocutory Judg. #31
Exhibit "B"

## LANDS RIPARIAN TO SANTA GERTRUDIS CREEK

### Parcel 72W-22-135

Sec. 22, T7S, R2W.

Apparent Owners:   NICOLAS, Marius A. & Mary

Gross Acreage           320.0              Wells:

Irrigable Acreage      169.9

Surface Diversions:

- - - - - - - - - - - - - - - - - -

### Parcel 72W-13-141

Sec. 13, T7S, R2W,

Apparent Owners:   BOREL, A. F. & Louise

Gross Acreage           640.0              Wells:

Irrigable Acreage      553.7

Surface Diversions:

- - - - - - - - - - - - - - - - - -

-1-                    Interlocutory Judg. #31
                       Exhibit "C-1"

924

## LANDS RIPARIAN TO TUCALOTA CREEK

### Parcel 61E-33, 34 - 25

Sec 33 & W½ of SW¼, and S½ of NW¼ of Sec. 34, T6S, R1E.

| Apparent Owners: | KERR, Elswood Chaffey |
| | MURRAY, Kathleen Chaffey |
| | CHAFFEY, Andrew Elswood Stewart. |

Gross Acreage    800.0            Wells:

Irrigable Acreage  171.9

Surface Diversions:

- - - - - - - - - - - - - - - -

### Parcel 61E-34-53

NE¼ of NW¼; E½; &, E½ of SW¼, Sec. 34, T6S, R1E.

Apparent Owner:    STANLEY, Augusta Greene

Gross Acreage    455.0            Wells:

Irrigable Acreage  None

Surface Diversions:

- - - - - - - - - - - - - - - -

### Parcel 71E-4-59

Por of S½ of Sec 4, T7S, R1E, daf:  Beg at SW Cor thereof; th N alng W li 1961'; th N 89°22'E to E li of sd Sec; th S alng sd E li to SE Cor thereof; th W alng S li to pob EXC SE¼ of SE¼

Apparent Owners:    JERNIGAN, Earl P. & Dorothy L.

Gross Acreage    200.0         Wells: 71E-4N1 - Windmill, Dom.
                                          4P1 - Electric, Irri.

Irrigable Acreage  154.3

Surface Diversions:

- - - - - - - - - - - - - - - -

### Parcel 71E-4-60

N½ of Sec 4, T7S, R1E, EXC NE¼ of NW¼; &, that por of S½ of sd Sec. lying Nly  of a li daf:  Beg at a pt in W li sd Sec, dist N 0°23' W 1961' fr SW Cor thereof; th N 89°33' E to E li sd Sec.

Apparent Owners:    SHOCKLEY, Edwin T. & Emmelyn F.

**Parcel 71E-4-60 Cont.**

| | | |
|---|---|---|
| Gross Acreage | 368.3 | Wells: 71E-4F1 - Windmill - Dry |
| | | 4F2 - Domestic - Stock |
| Irrigable Acreage | 234.2 | 4G1 - Windmill - Stock |
| | | 4L1 - Gas driven |

Surface Diversions:

    71E-4L - Reservoir

- - - - - - - - - - - - - - - - -

**Parcel 71E-7, 8 & 9 - 61**

    NE¼ of Sec 7; NE¼ & N½ of NW¼ of Sec 8; &, a 933 1/3' sq in NW
    Cor of Sec 9, T7S, R1E.

Apparent Owners:   POLLARD, Clarence O. & Florence H.

| | | |
|---|---|---|
| Gross Acreage | 423.8 | Wells: 71E-7A1 - Windmill - Stock |
| | | 7A2 - Dug Well, Dom. |
| Irrigable Acreage | 253.4 | 30' deep |
| | | 7A3 - Abandoned |
| Surface Diversions: | | 7A4 - Dry Hole |
| | | 8D1 - Domestic |
| 7S1E-7A Desilting Basin | | 7B1 - Poultry, 49'6" |
| 100'x10'x60' with concrete spill | | deep, 10" Casing |
| 7s1E-8A Check Dam, 1 Acre Area 10' to 12' | | 7B2 - Poultry, 48'7" |
| deep. Approx 10A.F. Cap. | | deep, 10" Casing |
| Swimming Pool - Bottom out. | | Water level 36' |
| 20'x40'x5' more or less | | |

- - - - - - - - - - - - - - - - -

**Parcel 71E-7; 71W-12-63**

    Por of W½ & SE¼ of Sec 7 lying NEly of Hwy 194, T7S, R1E. Also
    those por of E 7/8 of Lot 8 & SE¼ of Sec 12 lying Ely of Hwy 194
    & NE¼ of NE¼ of Sec 12, T7S, R1W.

Apparent Owner:   OCCIDENTAL COLLEGE

| | | |
|---|---|---|
| Gross Acreage | 576.2 | Wells: 71E-7C1 - Irri. |
| | | 7D1 - Windmill, Dom. |
| Irrigable Acreage | 391.2 | 7D2 - Irri. |
| | | 7D3 - Irri. Dom. |
| Surface Diversions: | | 7E1 - Not used |
| | | 7E2 - Not used |
| 71E-7E & 71W-12H - Two Earth Dams inter- | | 7E3 - Not used |
| connected. Paved Spillway | | 7E4 - Not used |
| 10 A.F. combined Cap. | | |

    71E-7D - Swimming Pool & Reservoir
        Capacity 80,000 gal.

- - - - - - - - - - - - - - - - -

**Parcel 71W-67**

    Govt. Lots 4, 5, 6, 8, 9 & 10; & E½ of SW¼ of Sec 6; Also NW¼ of
    NW¼; SW¼ of NE¼; E½ of NW¼ & Govt Lot 1 of Sec 8; Sec 10 EXC SE¼;
    Sec 5, T7S, R1W.

Apparent Owners:   RAWSON, Lewis
                   ROBERTS, John L.

-2-

Interlocutory Judg. #31
Exhibit "C-2"

Parcel 71W-67 Cont:

Gross Acreage      1401.62               Wells:  None

Irrigable Acreage  245.70

Surface Diversions:

   None                 - - - - - - - - - - - - - - -

Parcel 71W-74:

   W½ of SE¼ & those por of NE¼ of SE¼ & Govt Lot 8 of Sec. 12
   lying Wly of State Hwy 194 EXC W½ of W½ of NW¼ of sd Lot 8

Apparent Owners:  DUNCAN, Tom W. & Frances W.

Gross Acreage      114.8        Wells: 71W-12J1 - Domestic
                                       12K1 - Irr. & Stock
Irrigable Acreage  78.1                12K2 - Irr. & Stock

Surface Diversions:

   71W-12K2 Reservoir
        50' diam x 6.5' deep

                  - - - - - - - - - - - - - - - -

Parcel 71W-8-95:

   E½ of SW¼ & Govt Lots 2 & 3 of Sec. 8, T7S, R1W.

Apparent Owners:  WILSON, Bessie M.

Gross Acreage      120.8        Wells: 71W-8L1
                                       8L2
Irrigable Acreage  67.1

Surface Diversions:

                  - - - - - - - - - - - - - - - -

Parcel 71W-9-96:

   Sec. 9, T7S, R1W.

Apparent Owners:  BRYAN, A. L., Florence, Miriam A. & William R.

Gross Acreage      474.3        Wells:

Irrigable Acreage  214.5

Surface Diversions:

Interlocutory Judg. #31
                          Exhibit "C-2"

Parcel 71W-10-97

SE¼ of Sec. 10, T7S, R1W.

Apparent Owners:  MILHOLLAND, George W. & Nellie M.

Gross Acreage        160.0              Wells: 71W-10R1

Irrigable Acreage   153.6

Surface Diversions:

   71W-10R1 Check Dam
      2½' high, 60' long

- - - - - - - - - - - - - - - - - -

Parcel 71W-11-98

Sec. 11, T7S, R1W.

Apparent Owner:  THORPE, Daisy E.

Gross Acreage        640.0              Wells:

Irrigable Acreage   171.7

Surface Diversions:

- - - - - - - - - - - - - - - - - -

Parcel 71W-12-99

SE¼ of SE¼, Sec 12, T7S, R1W.

Apparent Owner:  SPEROU, George James & Marjorie V.

Gross Acreage        40.00             Wells:

Irrigable Acreage   14.70

Surface Diversions:

Interlocutory Judg. #31
Exhibit "C-2"
928

Parcel 71W-12-101

    SW¼ of Sec. 12, T7S, R1W.

Apparent Owners:   HALL, Gordon W. & Lorine V.

Gross Acreage      160.0           Wells:

Irrigable Acreage  37.7

Surface Diversions:

- - - - - - - - - - - - - - - - -

Parcel 72W-1-130

    NE¼ of Sec. 1, T7S, R2W.

Apparent Owner:    DIETTERICK, Mary R.

Gross Acreage      160.0           Wells:

Irrigable Acreage  125.8

Surface Diversions:

- - - - - - - - - - - - - - - - -

Parcel 72W-1-131

    N½ of NW¼ of Sec. 1, T7S, R2W.

Apparent Owner:    GARTLER, Stanley

Gross Acreage      80.0            Wells:

Irrigable Acreage  38.6

Surface Diversions:

Interlocutory Judg. #31
Exhibit "C-2"  929

## Parcel 72W-1, 2, 3 - 132

S½ of NW¼ of Sec. 1, T7S, R2W EXC por daf:  Beg at SE Cor sd NW¼;
th N on E li sd NW¼ 10 rods; th W & p/w S li sd NW¼ 16 rods; th
S & p/w E li sd NW¼ 10 rods to S li sd NW¼; th E alng sd S li
16 rods to pob.  Also, W½ of NE¼; S½ of NW¼; SE¼ of NE¼; N½ of
SE¼; SW¼ of SE¼; &, SW¼ of Sec. 2, T7S, R2W.  Also, E½ of Sec 3,
T7S, R2W within watershed EXC por daf:  Beg at a pt within sd E½
fr which the W ¼ Sec course bears S 89°52' W 3692.20'; th N 89°
52' E 450.40'; th S 402.40'; th S 76°02' W 101.62'; th N 74°05' W
90.10'; th N 64°59' W 275.85'; th N 03°03' W 284.92' to pob.

| | | |
|---|---|---|
| Apparent Owners: | AULD, William K. | |
| | ROBERTSON, Alma C. | |
| | AULD, Barbara Ann | |

| | | | |
|---|---|---|---|
| Gross Acreage | 765.9 | Wells: | 72W-2L1 |
| | | | 2M1 - Windmill |
| Irrigable Acreage | 684.8 | | 2P1 |
| | | | 2P2 |
| | | | 1F1 - Windmill |

Surface Diversions:

- - - - - - - - - - - - - - -

## Parcel 72W-2-133

SE¼ of SE¼ of Sec. 2, T7S, R2W

Apparent Owners:   BASHAW, J. N. & Helen J.

| | | | |
|---|---|---|---|
| Gross Acreage | 40.0 | Wells: | |
| Irrigable Acreage | 40.0 | | |

Surface Diversions:

- - - - - - - - - - - - - - -

## Parcel 72W-3, 4, 9, 10 - 135

Portion of W½ of Sec 3; SE¼ of Sec 4; Sec 9 within Tucalota Creek
Watershed, & Sec. 10, All in T7S, R2W.

Apparent Owners:   NICOLAS, Marius A. & Mary

| | | | |
|---|---|---|---|
| Gross Acreage | 1550.4 | Wells: | 72W-10D1 - Windmill |
| | | | Dom.,Stock,&Irri |
| Irrigable Acreage | 1326.3 | | |

Surface Diversions:

Interlocutory Judg #31
Exhibit "C-2"

930

## Parcel 72W-7-18-139

SE¼ of SE¼ of Sec. 7; &, NE¼ of Sec 18, T7S, R2W.

Apparent Owner:   HILLIARD, C. S.

Gross Acreage      200.0               Wells: 72W-7R1 - Dom.

Irrigable Acreage  151.4

Surface Diversions:

- - - - - - - - - - - - - - - -

## Parcel 72W-7-140

N½ of SE¼ of Sec 7, T7S, R2W.

Apparent Owner:   CEAS, Etienne

Gross Acreage      80.0               Wells:

Irrigable Acreage  80.0

Surface Diversions:

- - - - - - - - - - - - - - - -

## Parcel 72W-8, 18 - 141

SW¼ & NE¼ of Sec 8; NW¼ of Sec 18, T7S, R2W.

Apparent Owners:   BOREL, A. F. & Louise

Gross Acreage      454.2               Wells:

Irrigable Acreage  368.7

Surface Diversions:

    72W-8N Reservoir - Spring fed
        Earthen dikes and natural ground contour
        Approx. Cap. 4 A.F.

Interlocutory Judg #31
Exhibit "C-2"

931

**Parcel 72W-8-143**

   SE¼ of Sec 8, T7S, R2W.

Apparent Owner:   CEAS, Albert N.

Gross Acreage      160.0              Wells:

Irrigable Acreage  145.3

Surface Diversions:

   72W-8R3 3 Earthen Dams - 1 dam 15' high 60' long
                           2 check dams 6' to 8' high and 40' long


- - - - - - - - - - - - - - - - -

**Parcel 72W-18-148**

   S½ of Sec 18, T7S, R2W

Apparent Owner:   SERVEL, Leon J. & Clementine

Gross Acreage      338.8              Wells:

Irrigable Acreage  211.2

Surface Diversions:


- - - - - - - - - - - - - - - - -

Parcel

   That portion of Pauba Grant within watershed of Tucalota Creek

Apparent Owner:   VAIL COMPANY

Gross Acreage      627.4              Wells:

Irrigable Acreage  295.5

Surface Diversions:


Interlocutory Judg #31
                                Exhibit "C-2"

932

LANDS RIPARIAN TO TRIBUTARIES OF

SANTA GERTRUDIS CREEK AND TUCALOTA CREEK

**Parcel 71E-6-48**

NE¼; E½ of NW¼; N½ of SE¼; &, NE¼ of SW¼ of Sec. 6, T7S, R1E.

Apparent Owner:  BALLINGER, Bert

| | | | |
|---|---|---|---|
| Gross Acreage | 367.5 | Wells: 7S1E-6C1 | Reported as 125' deep & produces 15 miner's inches Feeds 7S1E6B surface diversion |
| Irrigable Acreage | 208.5 | | |

Surface Diversions:
    7S1E6B Reported as 7 acres 10' deep. Plastic lined. Earth filled, fed from well 7S1E6C1 on South bank. Capacity 70 A.F.
    7S1E6A - Check Dam 8'x80'x190¹

6K1 - Reported 130' deep pumped dry

6K2 - Reported 171' deep Feeds surface diver.

- - - - - - - - - - - - - - - - - - -

**Parcel 71E-6-62**

S½ of SE¼ of Sec. 6, T7S, R1E.

Apparent Owner:  NEW, Fred W. & Kathryn A.

Gross Acreage        79.2          Wells: 71E-6Q1 - Dom. & Stock

Irrigable Acreage    68.0

Surface Diversions:

- - - - - - - - - - - - - - - - - -

**Parcel 71E-6-63**

Lots 4, 5 & 6 (W½ of NW¼ & NW¼ of SW¼); &, S½ of SW¼ of Sec. 6, T7S, R1E.

Apparent Owner:  OCCIDENTAL COLLEGE

Gross Acreage        203.3         Wells: 71E-6P1 - Not used

Irrigable Acreage    123.8

Surface Diversions:

-1-                    Interlocutory Judg #31
                       Exhibit "C-3"

933

Parcel 61W-67

E½; &, E½ of E½ of W½ of Sec. 31, T6S, R1W.

Apparent Owner:    ~~SHIRLEY, Guy E.~~ & Beryl
                   SHIPMAN, William H. & Virginia G.

Gross Acreage        393.20              Wells:

Irrigable Acreage    69.5

Surface Diversions:

- - - - - - - - - - - - - - - - - - -

Parcel 61W-31-81

Govt. Lots 1, 2, 3 & 4; &, W½ of E½ of W½ of Sec. 31, T6S, R1W

Apparent Owners:   HOTCHKISS, Ray B. & Minnie J.
                   MEEK, Nathan A. Jr. & Wilma

Gross Acreage        232.6               Wells:

Irrigable Acreage    92.7

Surface Diversions:

- - - - - - - - - - - - - - - - - - -

Parcel 71W-7-94

Sec 7, T7S, R1W.

Apparent Owners:   BUTTON, Jesse D. & Lola T.

Gross Acreage        612.8               Wells:

Irrigable Acreage    353.0

Surface Diversions:

-2-                          Interlocutory Judg. #31
                                  Exhibit "C-3"

                                            934

Parcel 72W-1-129

S½ & that por of SE¼ of SE¼ of NW¼ of Sec. 1, T7S, R2W daf:  Beg
at SE Cor of sd NW¼; th N on E li sd NW¼ 10 rods;  th W & p/w S
li sd NW¼ 16 rods; th S & p/w E li sd NW¼ 10 rods to S li sd NW¼;
th E alng sd S li 16 rods to pob.

Apparent Owners:    BAATZ, Elmer
                    SHUMATE, Olive O.


Gross Acreage       321.0               Wells:

Irri Acreage        307.6


Surface Diversions:



- - - - - - - - - - - - - - - - - -


Parcel 72W-11, 12-132

N½ & SE¼ of Sec 11; N½ of N½ of Sec 12, T7S, R2W.

Apparent Owners:    AULD, William K.
                    ROBERTSON, Alma C.
                    AULD, Barbara Ann

Gross Acreage       800.0               Wells:

Irrigable Acreage   258.9


Surface Diversions:



- - - - - - - - - - - - - - - - - -


-3-                              Interlocutory Judg #31
                                   Exhibit "C-3"
                                                    935