FILED

JAN 25 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                            Plaintiff, )
           v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
               Defendants. )

No. 1247-SD-C

AGENDA FOR HEARING

COMMENCING

JANUARY 24, 1963

       At the hearing in regard to the above entitled case, commencing January 24, 1963, at 10:00 A.M., in .Court Room No. 1, United States Court House, San Diego, California, the following matters will be on the agenda:

       1.  Need for revision in Interlocutory Judgment No. 37 as amended in regard to exclusive jurisdiction of the United States of America with the Naval Enclave.

       2.  The U. S. Geological Survey analysis of runoff of the Santa Margarita River.

       3.  Interlocutory Judgment No. 31 and No. 34.

       4.  Interlocutory Judgment for Gibbon and Cottle.
       5.  *Physical Solution or section C.*
       The several items set forth above will not necessarily be considered in the order in which they appear.

Dated:  January 24, 1963.

                            JAMES M. CARTER
             Judge, United States District Court

7—1404

U. S. GOVERNMENT PRINTING OFFICE

6863