FILED

FEB 1 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
v. ) NOTICE TO ALL DEFENDANTS
FALLBROOK PUBLIC UTILITY ) OF
DISTRICT, et al., ) HEARING ON FINAL JUDGMENT
        Defendants. )

    This Court having heretofore filed and entered Findings of Fact, Conclusions of Law and Interlocutory Judgments concerned with the rights to the use of all waters of the Santa Margarita River and its tributaries; and it further appearing that all of said Interlocutory Judgments are on file with the Clerk of this Court, Room 207, U. S. Court House, 325 West F Street, San Diego, California, and are available for inspection by you at any time during regular court business hours;

    And it further appearing that this Court will, on February 20, 1963, at 10:00 A.M. in Court Room No. 1, located in the U. S. Court House, 325 West F Street, San Diego, California, hear all objections whether written or oral why this Court should not forthwith enter a Final Judgment in this cause and therein incorporate by reference into said Final Judgment all provisions of the above referred to Findings of Fact, Conclusions of Law and Interlocutory Judgments;

    NOW THEREFORE you are advised that any objections to any provisions contained in said Findings of Fact, Conclusions of Law and Interlocutory Judgments, or any other objections, shall be filed in writing with this Court prior to February 20, 1963, or presented orally to this Court, at 10:00 A.M. on the 20th day of February, 1963, at Court Room No. 1, United States Court House, 325 West F Street, San Diego, California.

Dated: January 25 1963

                                  JAMES M. CARTER
                              Judge, United States District Court

6864