EILERS, WEHRLE & ANDERSON
LAWYERS
606 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
MADISON 4-8281
MADISON 8-1241

ATTORNEYS FOR Defendant, A. A. Ward

FILED
FEB 18 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

MEMORANDUM OF OBJECTIONS TO PROPOSED FINAL JUDGMENT AND FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENTS IN BEHALF OF A. A. WARD

Notice having been received of the hearing on February 20, 1963, by Defendant, A. A. Ward (who has previously appeared herein) said Defendant respectfully objects to the proposed Findings on the following grounds:

I

That he is owner of a parcel of land in Township 9 South, Range 1 East located in Dameron Valley, 2½ miles northwest of the town of Oak Grove. That by reason of excusable mistake or inadvertance he has not thus far presented to the Court evidence of the use of water on his said ranch. That request is hereby made that said Defendant be allowed to present evidence either documentary or testimonial to establish water use and water rights on his said property.

Dated: February 14, 1963

Respectfully submitted,

EILERS, WEHRLE & ANDERSON

By _____
    Attorneys for Defendant

6875

(PROOF OF SERVICE BY MAIL — 1013a, 2015.5 C. C. P.)

STATE OF CALIFORNIA }ss.
COUNTY OF Los Angeles }

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is:

606 South Hill Street, Los Angeles 14, California

On February 15, 1963 I served the within MEMORANDUM OF OBJECTIONS TO PROPOSED FINAL JUDGMENT AND FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENTS IN BEHALF OF A. A. WARD on the Plaintiff in said action, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Los Angeles, California addressed as follows:

Mr. W. H. Veeder
United States Attorney
Room 303, Federal Building
San Diego 1, California

I certify (or declare), under penalty of perjury, that the foregoing is true and correct.

Executed on February 15, 1963 at Los Angeles, California
       (date)                          (place)

_____
(Signature)

6876