DONOVAN W. BALLENGER
Attorney at Law
401 North Brand Blvd.
Glendale 3, California

CI. 2-1435 CH. 5-3516

Attorney for Defendants
Domenick Ippolito and
Theresa Ippolito

FILED
FEB 19 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al,<br><br>　　　　　　Defendants | NO. 1247 - SD - C<br><br>SUBSTITUTION OF ATTORNEY |

Defendants DOMENICK IPPOLITO and THERESA IPPOLITO hereby substitute themselves as Attorney in Propria Personna in the place and stead of Donovan W. Ballenger.

Dated: February 8, 1963.

_____
Domenick Ippolito

_____
Theresa Ippolito
Rt. 3, Box 156-A
Saugus, California

I consent to the above substitution.

Dated: February 8, 1963.

_____
Donovan W. Ballenger
Attorney of Record

It is so ordered.

_____
United States District Judge

6990

DONOVAN W. BALLENGER
ATTORNEY AT LAW
808 GLENDALE FEDERAL
BUILDING
401 N. BRAND BLVD.
GLENDALE 3, CALIF.
CITRUS 2-1435
CHAPMAN 5-3516