2-20-63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                          ) No. 1247-SD-C
                                )
vs.                             ) MINUTES OF THE COURT
                                )
FALLBROOK, etc., et al          ) Dated: Feb. 20, 1963
                                )
                                ) At San Diego, California

PRESENT: Hon. _____ JAMES M. CARTER _____ District Judge

   Deputy Clerk WILLIAM W. LUDDY   Reporter   JOHN SWADER

   Counsel for Plaintiff:  WILLIAM VEEDER AND DONALD REDD.


   Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, WILLIAM
IREDEN. CASE, Dep. City Atty. W. B. DENNIS, AND PHIL SWING.
PRO PER DEFENDANTS: F. R. STEPHENSON, ALEX SHANE, DAVID SHANE
HARRY WATSON, M. M. HENDERSON, V. L. CAMERON, W. C. ALBANY, ABRAHAM MARGOLIS,
VERNE L. CAMERON, CLYDE CHRISTENSON, MRS. RAY GREEN: VICTOR BOGSTEIN.
RUTHER PEFFERCORN, CARL A. BROWN, G. G. PELLELE AND KENNETH HOWELL.

PROCEEDINGS:   FURTHER COURT TRIAL AND HEARING ON OBJECTIONS TO FINAL
               JUDGMENT.

     At 10 A.M. convene herein.
     The court make statement.
     Attorney Swing makes statement.
     Court hears various defendants on objections to certain findings,
etc.
     Ex. No. 210-D is received in evidence.
     IT IS ORDERED that California Ex. AS-1  made a part of California
Ex. No. AS
     At 11:30 A.M. recess to 2 P.M.
     At 2 P.M. reconvene.
     COURT AND COUNSEL DISCUSS VARIOUS FINDINGS.
     Ex. No. 293 is marked and received.
     Judgments 34, 36A, and order amending judgment 37 are signed.
     Additional documents are added to Ex. No. 207E.

     IT IS ORDERED cause is continued to Feb. 21, 1963, at 10 A.M.
for further court trial, and hearing on objections to final judgment.


                                        JOHN A. CHILDRESS, Clerk
                                        by WILLIAM W. LUDDY
                                                         Deputy

6994