ENTERED

FEB 20 1963

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
Deputy Clerk

1   STANLEY MOSK, Attorney General
     of the State of California
2   F. G. GIRARD, Deputy Attorney General
    Library and Courts Building
3   Sacramento 14, California
    HIckory 5-4711, Ext. 5448
4
    Attorneys for Plaintiff

5

6

FILED

FEB 2 0 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

7               UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9                    SOUTHERN DIVISION

10

11   UNITED STATES OF AMERICA,        )   Civil No. 1247-SD-C
                                      )
12                     Plaintiff,     )
                                      )
13            vs.                     )   ORDER AMENDING AND
                                      )   SUPPLEMENTING FINDING
14   FALLBROOK PUBLIC UTILITIES       )   OF FACT NO. 3 AND
     DISTRICT, et al.,                )   PARAGRAPH NO. 2 OF
15                                    )   CONCLUSIONS OF LAW AND
                      Defendants.     )   PARAGRAPH NO. 27 IN
16                                    )   INTERLOCUTORY JUDGMENT 37
     _____)

17          It appearing that this Court on April 6, 1962, entered

18   Findings of Fact, Conclusions of Law, and Interlocutory Judgment

19   No. 37, and it further appearing that in Finding of Fact No. 3

20   certain findings were made by this Court concerned with the

21   issue of exclusive jurisdiction and that paragraph 2 of the

22   Conclusions of Law and paragraph 27 of Interlocutory Judgment

23   No. 37 expressly reserved jurisdiction to enter further findings

24   of fact, conclusions of law and judgment provisions concerned

25   with the issue of exclusive jurisdiction when the case of Paul

26   v. United States, Case No. 239, October Term, 1962, had been

27   decided by the Supreme Court; and it now appearing that said

28   case has now been decided by the Supreme Court;

29          NOW THEREFORE, Finding of Fact No. 3, paragraph 2 of

30   the Conclusions of Law, and paragraph 27 of the Interlocutory

31   Judgment are hereby amended to read as follows:

2169

1                 <u>FINDING OF FACT NO. 3</u>

2         Letters of Acceptance of Sovereignty were forwarded

3 to the Governor of the State of California for certain lands

4 within the Naval Enclave as follows:

5   <u>Date of Letter</u>             <u>Land Described in Letter</u>

6   January 12, 1943         That land consisting of approximately
                                      9147.55 acres referred to in Finding

7                             of Fact No. 2, particularly described
                                      in the Decree of Declaration of

8                             Taking recorded January 28, 1942,
                                      in Book 1311, page 1, Official Records,

9                             San Diego County

10  September 8, 1943        That land consisting of approximately
                                      123,620 acres referred to in Finding

11                            of Fact No. 2, particularly described
                                      in Decree of Declaration of Taking

12                             recorded January 9, 1943, in Book
                                      1448, page 192, Official Records,

13                             San Diego County

14  February 18, 1944        That land consisting of approximately
                                      1676.58 acres referred to in Finding

15                            of Fact No. 2, particularly described
                                    in Decree of Declaration of Taking

16                             recorded January 11, 1944, in Book
                                      1618, page 90, Official Records,

17                           San Diego County

18         That since 1914 and continuously thereafter and today

19 there has existed and exists California statutory provisions

20 concerned with the acquisition of water rights. That since

21 1914 and continuously thereafter and today said California

22 statutes provide that an appropriative right to the use of

23 water on land can only be obtained by the filing of an appli-

24 cation to appropriate water with a designated state agency, and

25 the issuance thereafter by the state agency of a permit to

26 appropriate water and thereafter a license to use the water

27 appropriated. That the Congress of the United States has

28 enacted no legislation which conflicts with the above found

29 California statutes concerned with the acquisition of appropri-

30 ative water rights. That insofar as any lands referred to in

31 this finding are concerned, the United States of America has

2170

1   not complied with said California statutes which require that

2   an application to appropriate water for use on said lands be

3   filed with the designated state agency nor has the state agency

4   issued to the United States of America any permit to appropriate

5   water for use on said lands or a license to use water appropri-

6   ated on said lands.

7                    CONCLUSION OF LAW NO. 2

8              Sovereignty over the specific lands referred to in

9   Finding of Fact No. 3 was transferred to the United States of

10  America on the specific dates of the Letters of Acceptance set

11  forth in Finding of Fact No. 3.  The laws of the State of Cali-

12  fornia, referred to in Finding of Fact No. 3 as above amended,

13  which were in force at the time when jurisdiction or sover-

14  eignty was transferred to the United States of America, are

15  substantially the same as the laws which are in effect as of

16  the date of this amendment to Interlocutory Judgment No. 37,

17  and were not rendered inapplicable by the transfer of sovereignty.

18              INTERLOCUTORY JUDGMENT PARAGRAPH NO. 27

19             IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

20  United States of America is the owner in fee simple of the lands

21  described or referred to in Finding No. 1, and that jurisdiction

22  or sovereignty over the specific lands referred to in Finding of

23  Fact No. 3, as amended, was transferred to the United States of

24  America on the specific dates of the Letters of Acceptance set

25  forth in Finding of Fact No. 3.

26             DATED: _____2/20_____, 1963.

27

28

29             _____
               Judge, United States District Court

30

31

-3-

2171