Original

ENTERED
FEB 20 1963
CLERK ... T COURT
SOUTHERN DI... CALIFORNIA
Deputy Clerk

FILED
FEB 2 0 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>WARM SPRINGS  CREEK SUB-WATERSHED<br><br>INTERLOCUTORY JUDGMENT No. 36-A |

FINDINGS OF FACT, CONCLUSIONS OF LAW
AND INTERLOCUTORY JUDGMENT No. 36-A,
RESPECTING LANDS IN THE SUB-WATERSHED
OF WARM SPRINGS CREEK UPSTREAM FROM
THE BOUNDARY OF THE MURIETTA-TEMECULA
GROUND WATER AREA.

This Court, based upon the record before it in the

subject case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that:  "The only proper

method of adjudicating the rights on a stream, whether riparian

or appropriative or mixed, is to have all owners of land on the

watershed and all appropriators who use water from the stream

involved in another watershed in court at the same time."

II

Proceeding in accordance with that mandate, the Complaint

and Amendatory and Supplementary Complaint in this cause was served

OFFICES
... AND PRICE
... AIN STREET
... OOK, CALIF.
LPH 8-1154

- 1 -

1945

4

upon the owners of the lands within the watershed of the Santa
Margarita River and all appropriators who used water from that
stream in any other watershed.  Moreover, those parties named in
the cause who could not  be served personally were served by
publication.

III

The subject matter of this case, based upon the pleadings
and the issues joined in  it, relates only to the rights to the
use of the waters of the Santa Margarita River, its tributaries and
to the ground waters which feed, add to, support and contribute to
the waters of the Santa Margarita River and its tributaries.

IV

There are situated within the watershed of the Santa
Margarita River and the sub-watershed of Warm Springs Creek up-
stream from the boundary of the Murrieta-Temecula Ground Water
Area as the same is described in Interlocutory Judgment No. 30
herein, certain parcels or tracts of lands which do not overlie
any of the ground waters which feed, add to, support or contribute
to the waters of the Santa Margarita River or its tributaries.
Those lands are comprised of basement complex or weathered basement
complex, the ground waters of which, if any, are vagrant, local
and percolating, not a part of the surface or sub-surface flow or
sub-surface basins of the Santa Margarita River, below Temecula
Gorge and above the Naval Enclave, nor do these ground waters feed,
add to, support or contribute to the waters of the Santa Margarita
River or any of its tributaries

    a. Attached to this Interlocutory Judgment marked
       Exhibit A and made a part hereof by reference is
       an alphabetical list of the apparent owners of all
       parcels of land referred to in these Findings.

    b. Attached to this Interlocutory Judgment marked
       Exhibit B and made a part hereof by reference are

LAW OFFICES
.CHBE AND PRICE
03 S. MAIN STREET
LLBROOK, CALIF.
ANDOLPH 6-1154

- 2 -

1946
5

land descriptions of all parcels of land referred
to in these Findings.

c.  Attached hereto marked Exhibit C and made a part
hereof by reference is a map, U.S.A. Exhibit 208-F
in these proceedings, on which map are located all
of the lands referred to in these Findings.  There
are set forth on said Map, Exhibit C hereunto
attached, lands, the ground waters of which add to,
contribute and support the Santa Margarita River and
its tributaries and are a part of the waters of
that stream system.  References to those lands have
been deleted from the tabulation of names (Exhibit A)
and the legal descriptions (Exhibit B) referred to
above, and although the exterior boundaries of such
lands appear on said map Exhibit C, this Interlocu-
tory Judgment does not relate to them.

d.  All of the lands referred to in "a" "b" and "c"
above appear in  the Notices of Lis Pendens, recorded
April 8, 1958, in Book 7028, page 159, Official
Records, San Diego County, California; and recorded
April 9, 1958, in Book 2252, page 17, Official
Records, Riverside County, California.  The apparent
owners referred to in this Interlocutory Judgment
were the owners of record on the dates last mentioned,
unless specific information has been received of the
transfer of a particular parcel, then the change is
reflected in the name of the apparent owners.

V

This Court retains continuing jurisdiction over all
surface waters within the drainage area of the watershed of the
Santa Margarita River and its tributaries, within  the area which
is the subject of this Interlocutory Judgment.

AW OFFICES
HSE AND PRICE
( S. MAIN STREET
LBROOK, CALIF.
IDOLPH 8-1154

- 3 -

1947

6

CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting the lands referred to in Finding IV above and which are described in Exhibit B:

I

The defendants referred to in Finding IV, their successors, heirs, executors, administrators and assigns, have no rights to the use of ground waters which feed, add to, support or contribute to the waters of the Santa Margarita River or its tributaries, within the area subject of this Interlocutory Judgment, in connection with the lands referred to in Finding IV, which are described with particularity in Exhibit B.

II

There is not at issue before this Court in this cause and there is not decreed, determined or adjudged, _inter sese_, as to the lands or owners of land referred to in Finding IV in this cause, the rights, if any, to the use of the vagrant, local, percolating waters which may underlie any of the lands referred to in the above set forth Finding IV and which are described with particularity in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

III

The United States of America, and all other parties to this action, having rights to the use of waters of the Santa Margarita River or its tributaries, as those rights are or may hereafter be determined by the final judgment of this Court, are entitled to have quieted their title in and to those rights against any and all adverse claims of the defendants referred to in Finding IV, who are listed in Exhibit A of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, asserted by reason of their ownership of the lands described with particularity in Exhibit B

LAW OFFICES
~~CHSE~~ AND PRICE
~~12 S.~~ MAIN STREET
~~LLBROOK,~~ CALIF.
~~ANDOLPH~~ 8-1184

1948

7

1  of these Findings of Fact, Conclusions of Law and Interlocutory

2  Judgment.

IV

4       The defendants referred to in Finding IV, whose names

5  are listed in Exhibit A and whose lands are described with par-

6  ticularity in Exhibit B of these Findings of Fact and Conclusions

7  of Law, their heirs, successors, administrators, executors and

8  assigns, are entitled to have quieted their titles in and to their

9  rights to the use of the vagrant, local, and percolating ground

10 waters, if any, underlying those lands described in Exhibit B,

11 against the adverse claims, if any, of the United States of

12 America and all parties to this cause, their heirs, successors,

13 administrators, executors and assigns, by reason of rights asserted

14 by the United States of America and all parties to this cause, their

15 heirs, successors, administrators, executors and assigns, in and to

16 the use of the waters of the Santa Margarita River and its tribu-

17 taries.

V

19      This Court retains continuing jurisdiction with respect

20 to surface waters, if any, found on those lands described on

21 Exhibit B of these Findings of Fact, Conclusions of Law and Inter-

22 locutory Judgment.

VI

24      The preceding Findings of Fact and Conclusions of Law

25 do not in any way pertain to surface waters which arise upon, flow

26 across or which are diverted or are impounded upon the lands, to

27 which they have  application.

28              INTERLOCUTORY JUDGMENT

29      IT IS HEREBY

30      ORDERED, ADJUDGED AND DECREED, that:

I

32 The defendants referred to in Finding IV and listed in

LAW OFFICES
:HBE AND PRICE
: 8. MAIN STREET
LLBROOK, CALIF.
:NDOLPH 8-1154

1949

Exhibit A of these Findings, the apparent owners of the lands described with particularity in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, title or interest in or to the ground waters which feed, add to, support or contribute to the waters of Santa Margarita River and its tributaries, within the area subject of this Interlocutory Judgment.

## II

The titles to the rights of the United States of America and all other parties in this action having rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and they are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit A, their heirs, successors, administrators, executors and assigns, who assert rights by reason of their ownership of the lands described in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment; and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described in Exhibit B assert rights in the vagrant, local, percolating waters therein, are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries, by reason of their ownership of those lands described in Exhibit B.

## III

The ground waters, if any, which underlie the lands referred to in Finding IV, and described with particularity in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, are vagrant, local and percolating, not a part

LAW OFFICES
CMBE AND PRICE
98 S. MAIN STREET
ILLBROOK, CALIF.
ANDOLPH 8-1154

- 6 -

1950

9

1  of the waters of the Santa Margarita River or its tributaries,
2  and are not in this cause adjudged, determined or decreed among the
3  defendants listed in Exhibit A of these Findings of Fact,
4  Conclusions of Law and Interlocutory Judgment, their heirs,
5  executors, administrators, successors or assigns, inter sese.

6                                IV

7        The titles to the rights of the defendants listed in
8  Exhibit A, their heirs, executors, administrators, successors or
9  assigns, in and to the vagrant, local percolating ground waters,
10  if any, to which these Findings of Fact, Conclusions of Law and
11  Interlocutory Judgment pertain, which are not a part of  the waters
12  of the Santa Margarita River and its tributaries, underlying the
13  lands described in Exhibit B of these Findings of Fact, Conclusions
14  of Law and Interlocutory Judgment, shall be and they are  forever
15  quieted against any and all adverse claims, if any, of the United
16  States of America and  all  parties to this cause, their heirs,
17  successors, administrators, executors and assigns, having or
18  claiming rights in and to the surface and ground waters of the
19  Santa Margarita River and its tributaries, and the United States
20  of America and all other parties to this cause, their heirs,
21  successors, administrators, executors and assigns, having or
22  claiming rights in and to the surface and ground waters of the
23  Santa Margarita River and its tributaries, are forever restrained
24  from asserting, claiming or setting up any right, title or interest
25  in or to those vagrant, local, percolating ground waters.

26                                V

27        This Court retains continuing jurisdiction with respect
28  to surface waters, if  any, found on  those lands described on
29  Exhibit B of these Findings of Fact, Conclusions of Law and
30  Interlocutory Judgment.

31                                VI

32        This Interlocutory Judgment neither relates to waters

LAW OFFICES
HBE AND PRICE
S. MAIN STREET
LBROOK, CALIF.
NDOLPH 8-1154

- 8 -

10

1  which arise upon, flow across, or are diverted or impounded upon

2  the lands to which it relates, nor does it purport to adjudicate

3  those rights.

4                              VII

5          IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based

6  upon the decision of the United States Court of Appeals for the

7  Ninth Circuit, <u>California v. United States</u>, 235 F.2d 647 (C.A.9,

8  1956), that this is not a final decree, but is interlocutory in

9  character and by reason of the Order by this Court that all parties

10  are adverse one to another, thus dispensing with cross-pleadings,

11  all other parties to this proceeding may object to these Findings

12  of Fact, Conclusions of Law and Interlocutory Judgment and will be

13  given full opportunity upon due notice to interpose their

14  objections to these Findings of Fact, Conclusions of Law and

15  Interlocutory Judgment.

16  Dated:

17          2/20/63

18                              _____
                                        JAMES M. CARTER
19                              Judge, United States District Court

20

21          NOTE:  The parcel numbers appearing on Exhibits A, B and

22  C attached are explained as follows:  The first number refers to

23  the Township; the second number refers to the Range; the next

24  number or numbers refer to the Section or Sections or parts of

25  Sections; the final number or numbers separated by a dash is the

26  parcel number, thus:  72W-8, 13-141 indicates Township 7 South,

27  Range 2 West, Sections 8 and 13 - Parcel 141.

28

29

30

31

32

LAW OFFICES
CHASE AND PRICE
48 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 9 -

1952

OWNERS OF NON-RIPARIAN AND NON-OVERLYING LANDS WITHIN

2/18/60    UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Adams, Harvard E. & Mary J. | 63W-26-190 |
| Alimos School District, Trustees of | 72W-5-392 |
| Allen, Robert W. | 62W-33-162(Ben) |
| Allert, Lawrence Hill & Bessie D. | 61W-4-25 61W-4-26 |
| Anderson, Henry Albert | 63W-34-217 |
| Angeletty, Achilles | 72W-12-162 |
| Appel, A. W. | 63W-34-225(Ben) |
| Applegate, Max & Nettie | 64W-23-2 (Ben) |
| Astanford, Lester E. | 63W-35-233 |
| Aubrey, Ernest | 72W-6-396(Ben) |
| Auld, Barbara Ann | 72W-3-383 |
| Auld, William K. & Thelma F. | 72W-3-383 72W-3-384 |
| Bartley, Elmer | 61W-3-30 |
| Bane, Ralph O. | 63W-34-224 |

1953
Interlocutory Judg. #36A
Exhibit "A"

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME                                    PROPERTY

Bank of America                         Various parcels
                                        as Tr

~~Bentley, Chalmers Pierce.~~           ~~63W-15-92~~

Barnes, Garland I.                      73W-2-415

Barton, Elsa E.                         ~~62W-10-81~~
                                        ~~62W-10-79~~
                                        63W-15-99

Beauregard, Harry                       63W-13-169

Beauregard, James W. &                  63W-13-170
    Mary Ann

Beaver, Enice Alsie                     62W-30-153

Behrens, Samuel &                       64W-13-238
    Florence A.

Bergman, Helmer L. &                    62W-21-125
    Falena E.

Bergman, Herman B.                      64W-25-263

Bissett, Ernest R.                      52W-33-11
                                        62W-4-67

Borel, A.F. &                           ~~72W-6-391~~
    Louise                              72W-7-400
                                        72W-8-405
                                        72W-18-409

-2-

1954

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Boswell, Roy V. | 51W-31-6 |
| Bouris, George | 63W-27-193 |
| Bouris, Mary | 63W-27-193 |
| Bouris, Sam | 63W-27-193 |
| Breeden, Kathryn K. | 72W-7-400(TDSen) |
| Bross, Robert K. & Frances K. | 52W-33-12 |
| Brown, Raymond E. & Margaret E. | 63W-31-204 |
| Burgeson, Lee | 63W-34-225(Tr) |
| Cabral, John Edward & Angeline | 62W-28-146 |
| California, State of | 63W-34-221 |
| Callan, Thomas J. & Bridgie E. | 73W-11-456 |
| Calcia, John & Ennis V. | 64W-24-256 |
| Cantacessi, Joe & Theresa | 64W-26-272 |

-3-

1955

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Cantarine, John A. &<br>   Beatrice | 62W-28-141<br>62W-29-150 |
| Carlock, Roy | 62W-13-90 |
| Carr, Dave | 61W-23-54 |
| Castellano, Gaetano | 63W-35-228 |
| Ceas, Albert N. &<br>   Maxine R. | 72W-4-390<br>72W-7-402<br>72W-8-404<br>~~72W-8-407~~<br>73W-11-449 |
| Ceas, Emelie | 72W-7-403<br>~~73W-11-412~~ |
| Ceas, Etienne | 72W-7-399<br>~~73W-11-411~~ |
| Chappell, Roy C. &<br>   Pauline L. | 63W-25-185 |
| Christensen, Hans &<br>   Zora E. | ~~63W-16-101~~<br>~~62W-17-105~~<br>62W-18-107<br>63W-13-170A |
| ~~Christensen, Hans Jr.~~ | ~~62W-17-105~~ |
| Christopherson, George | 63W-34-223 |
| Christopherson, Nels Arthur | 63W-34-223 |

-4-

1956

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Citizens National Trust & Savings Bank of Riverside | Various Parcels as Tr |
| Clark, David J. | 64W-24-260 |
| Coleman, William B. & Nannie May | 73W-10-446(Ben) |
| Collins, Wesley T. & Betty J. | 62W-31-160 |
| Comparette, Virgil G. & Edna M. | 73W-12-464 |
| ~~Compton~~ | ~~Parcels~~ |
| Cook, James R. & Mabel J. | 64W-25-267 |
| Cooper, Walter S. | 65W-34-216 |
| Crutcher Foundation, Jennie S. | 63W-31-205(Ben) |
| Culvyhouse, Gladys B. | 64W-25-265 |
| Cummins, Robert M. & Pearl D. | 62W-18-108<br>62W-20-121<br>62W-29-149<br>~~62W-31-157~~<br>~~72W-4-388~~<br>~~72W-5-393~~ |
| Curtis, Phyllis | 63W-35-229 |

1957

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME | PROPERTY
---|---
Curtis, Val | 63W-35-229
Curtiss, Annie L.S. | 63W-30-199
 | 63W-31-202
Davis, Charles &amp; | 62W-21-124
    Anna M. |
Denton, ~~Gerald R. &amp;~~ | ~~63W-35-210~~
    ~~Frieda F.~~ |
Divine, Harry J. &amp; | 63W-35-230
    Lillian L. |
Domenigori, Angelo &amp; | 52W-33-10
    Marie | ~~62W-6-73~~
 | ~~62W-8-71A~~
 | ~~62W-12-99~~
 | 63W-15-99
 | ~~63W-16-100~~
 | ~~62W-17-103~~
~~Domenigoni, Domenico~~ | ~~62W-2-62(Ben)~~
 | ~~62W-10-78~~
Domenigoni, Francis N. &amp; | 62W-2-62
    Jean E. | ~~62W-4-64~~
 | ~~62W-10-79~~
 | ~~62W-10-80~~
 | 63W-15-99
 | ~~63W-16-100~~
 | 62W-16-102
 | ~~62W-17-103~~
 | 62W-21-122
 | 62W-22-127
 | ~~62W-26-133~~
 | 62W-26-137

-6-

1958

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Domenigoni, Frederick E. | 62W-4-64 |
| | 62W-9-73 |
| | 62W-10-79 |
| | 63W-15-99 |
| | 63W-16-100 |
| | 62W-16-102 |
| | 62W-17-103 |
| | 62W-20-117 |
| | 62W-22-127 |
| | 62W-26-135 |
| | 62W-26-137 |
| Domenigoni, Margherita C. | 62W-5-61(Ben) |
| | 62W-10-77 |
| Domenigoni, Rita | 62W-9-63 |
| | 62W-10-76 |
| Drake, Alden T. | 62W-19-131(Ben) |
| | 62W-19-141(Ben) |
| | 62W-19-142(Ben) |
| | 63W-13-169(Ben) |
| | 63W-13-170(Ben) |
| | 63W-24-177(Ben) |
| | 63W-24-180(Ben) |
| Dulaney, Ellen M. | 63W-26-192 |
| Ehmcke, Caspar | 62W-13-93 |
| Ellithorpe, Philip L. & | 63W-19-173 |
| Esther M. | 63W-29-197 |
| | 63W-30-200 |
| Endres, Frank H. & | 62W-20-119 |
| Anna K. | 62W-30-154 |
| | 63W-30-155 |
| Escrow & Loan Service Co. | 63W-20-175(Tr) |
| Evans, George Deeves & | 63W-35-235 |
| Leta Ella | 63W-24-181(Ben) |

1959

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Farmer, Gordon C. & <br> Muriel | 63W-31-206(Ben) <br> 63W-31-207(Ben) |
| Farmers & Merchants Bank <br> of Hemet | 62W-28-144(Ben) <br> 62W-28-147(Ben) |
| Farrell, Martin B. | 63W-35-227 |
| Federal Land Bank of Berkeley | Various parcels <br> as Trustee |
| Fegstad, Sam | 73W-11-457 |
| Fitzpatrick, John & <br> Frieda | 73W-10-4 |
| Fleer, George W. & <br> Florence F. | 63W-26-187 |
| Flowers, Roy & <br> Ethel | 64W-25-264 |
| Fontana, Clement | 62W-31-158 |
| Fontana, Josephine | 62W-31-158 |
| Fontana, Tony E. | 62W-31-158 |
| Fransen, Ernest T. | 63W-13-171 |
| Freitag, Rufus | 52W-33-12(Tr) |

1960

-8-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Frenchmen's Valley Farm & Development Corp. | 73W-1-43 73W-12-463 |
| Frick, Carl | 62W-28-140 |
| Frick, Tempe C. | 62W-28-140 |
| Gagnon, George W. | 73W-1-447 73W-12-452 |
| Garbani, Fred | 61W-9-29 61W-6-31 |
| Garbani, James A. | 61W-5-29 |
| Garbani, Jocundo & Ruth T. | 61W-9-29 61W-6-31 61W-6-33 |
| Garbani, Richard & Ida | 62W-10-77 |
| Garrett, Paul | 62W-9-72 62W-9-74 |
| General Title Clearing Co. | 64W-25-268 |
| Gentry, Bruce & Eve | 73W-2-419 |
| Gentry, Helen, aka Greenwood | 73W-2-419 |
| Gentry, Howard S. | 73W-2-419 |

-9-

1961

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME                                            PROPERTY

Gilbert, F. C. &                                63W-31-204
    Maude C.

~~Goudhart, George B. &~~                       61W-15-46(Ben)
    ~~Clorys E.~~

Gordon, John                                    62W-13-90

~~Gottselay, Herbert R. &~~                     ~~62W-34-225~~
    ~~Giorgamadine.~~

Gough, G. R.                                    63W-35-221

~~Grassy, George &~~                            ~~73W-23-166(Ben)~~
    ~~Jannie.~~

Gregory, Alfred A.                              62W-35-168

Gunnell, James William                          63W-34-218

Gustason, David G.                              63W-34-220

~~Hallberg, D. H. &~~                           ~~62W-34-171~~
    ~~Sally.~~

Hamilton, Rhina                                 73W-3-422

Hansen, Paul B. &                               63W-24-177
    Lois M.

Harris, Minnie A.                               52W-36-16

1962

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Harrison, John H. & Sarah Ann | 63W-34-215 |
| Harrison, Richard & Delia | 63W-34-215(Life Est) |
| Hartman, George Lewis | 64W-36-357 |
| Hartzog, Hazel B. | 73W-2-415 |
| Eash, V. L. | 62W-13-95 |
| Hawkey, Harry W. | 62W-13-39 |
| Hecker, F. H. | 73W-2-420 |
| Hecker, Myrtle M. | 73W-2-420 |
| Hecker, William F. | 73W-2-420 |
| Hedler, William M. & Frances M. | 62W-4-68(Esn) |
| Henry, Nora | 63W-34-219 |
| Herndon, Sherman R. & Dorothy Ann | 64W-24-257 |
| Hill, Edward M. | 64W-25-266 |
| Hill, Roy C. & Marion | 63W-34-222 |

-11-

1963

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME                                          PROPERTY

Hill, Victor C. &                             61W-23-53
    Helen Durr                                61W-23-58


Hilliard, C. S.                               72W-7-398
                                              72W-18-408


Hodding, Walford N. &                         72W-21-61
    Beatrice L.


Hofeldt, Earl W.                              64W-26-274


Hoffacker, John G. &                          61W-23-57
    Eleanore F.


Hofreiter, Frank                              62W-13-88


Holmes, W. E. &                               63W-26-185(Ben)
    Margaret Fern


Hood, Thomas &                                63W-26-190(Ben)
    Jessie H.


Hoopes, Gertrude F. &                         62W-30-156
    Leslie W.


Hope, Eddy Augustine                          61W-16-49


Hopkins, Roy A. &                             63W-24-177
    Edna M.


-12-


1964

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Horning, Chester E. & Ruth E. | 59W-17-22 67W-10-43 63W-9-39 61W-10-41 |
| Howell, Kenneth L. & Nellie J. | 64W-25-262 |
| Irvine, B. C. | 61W-23-55 |
| Jack, James F. & Eva J. | 64W-24-2 |
| Jack, Richard W. | 64W-24-255 |
| Jackson, Raymond P. & Lois H. | 62W-4-68 |
| James, Andrew R. & Ester I. | 73W-2-418 73W-11-454 |
| Johnson, Jonny E. | 64W-24-254 |
| Johnson, Melvin N. | 64W-24-253(Ean) |
| Johnson, Rudolph | 64W-24-253 |
| Johnson, Sidney C. & Ethel H. | 63W-24-177 |
| Johnson, Virginia Zeruah | 62W-30-153 |

-13-

1965

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Jones, David L. | 73W-2-414 |
| Jones, Joseph E. | 73W-2-414 |
| Juarez, Carmen | 63W-32-212 |
| Kelley Kar Co., dba<br>Les Kelley Leasing Co. | 52W-33-11(Ben)<br>62W-4-67 |
| Kohlmeier, Ben C. | 63W-23-176(Ben) |
| Krause, Effie | 63W-34-218 |
| ~~Kraushedry, Isaac W. &~~<br>~~Ruth D.~~ | ~~(illegible)~~ |
| LaMesa Ranch Co. | 62W-21-126 |
| Land Title Company | Various parcels<br>as TDTr |
| Land Title Ins. Co. | Various parcels<br>as TDTr. |
| Lappin, Pauline H. | 73W-11-451(Ben) |
| ~~Laycock, George R.~~ | ~~(illegible)~~ |
| Lease, John H. | 73W-2-416<br>73W-2-421 |
| Leatham, Herbert | 61N-22-52 |

-14-

1966

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Leidberg, Edwin P. & <br> Lydia E. | 73W-11-451 |
| Lenta, Maria | 63W-35-228 |
| Lessel, Adolph L. & <br> Fae J. | 62W-19-112 |
| Lilly Realty Corp. | 61W-16-48 |
| Lincoln, Ernest M. & <br> Julia K. | 73W-3-422 |
| Loring, Gerald & <br> Augusta | 63W-32-211 |
| Loveberg, A. Godfrey Jr. | 52W-33-11(Ben) <br> 62W-4-67(Ben) |
| Loveberg, Esther | 52W-33-11(Ben) <br> 62W-4-67(Ben) |
| Lowe, Clarence R. & <br> Bernice A. | 63W-32-213 |
| McComb, Minnie H. | 63W-34-215 |
| McDonald, William | 62W-13-85 |
| McElhinney, Andrew D. & <br> Dorothy | ~~62W-19-113~~ <br> 62W-19-115 <br> ~~62W-20-151~~ <br> 63W-24-179 |

1967

UPPER MURRIETA CREEK & WARN SPRINGS CREEK WATERSHED

NAME                                          PROPERTY

McElwain, Emily                               63W-34-235

~~McElwee, George T., as Admin.
of Estate of Bissett, Martha E.~~             ~~63W-34-65~~

McGrath, S. A.                                63W-26-185

~~Magius, Charles Lorenzo~~                   ~~73W-11-450~~

Magno, George                                 63W-35-232

Mance, Mike &                                 63W-34-216(Mtgee)
    L. L.

Margolis, Abraham &                           63W-23-176
    Pauline

~~Marquis, Raoul G.
Minerva~~                                     ~~73W-11-456~~

Martin, Vera I.                               73W-11-453

Martinez, Maria                               63W-32-212

Mehas, Alex G.                                63W-26-189

Meier, Ada E.                                 73W-11-451 (Ben)

Miller, Albert C. &                           ~~63W-3-470~~
    Madeline                                  ~~63W-3-472~~
                                              ~~63W-34-75A~~
                                              73W-11-452

-16-

1968

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Minnick, William A. & Nellie P. | 63W-35-234 |
| Moniot, Anthony & Mildred Dorothy | 64W-25-261 |
| Moore, Mary Frances | 62W-30-152 |
| Morris, Charles H. & Florence N. | 52W-34-14 |
| Morris, Robert C. | 52W-34-14 |
| Morrison, Chester W. & Rosamond B. | 63W-24-181 |
| Nathan, Esther, Dec'd | 62W-13-92 |
| Negen, Eli | 73W-10-446 |
| Neilson, Lucy B. | 73W-2-415 |
| ~~Nelson, A. J. &~~ ~~Webb~~ | ~~~~ |
| Nelson, Orva | 62W-21-126(Ben) |
| Nicholas, Edmund & Georgia | 73W-13,14&24-465 |

1969

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME                                          PROPERTY

Nicholas, Marius A. &                         62W-34-165
                                              ~~72W-33-385~~
    Mary                                      72W-3-386
                                              72W-4-387
                                              73W-13,14&24-465(Ben)


Nielson, Lucy B.                              73W-2-415


Northwestern Mutual Life                      52W-33-12(Ben)
Ins. Co.


~~Novak, Frank J. &~~                         ~~73W-32-460~~

    ~~Martha Ruth~~


Olson, Carl T. &                              62W-19-110

    Donna M.


~~Onley, Thomas A.~~                          ~~64W-5-30~~


Pacific Coast Title Co.                       63W-23-175(Tr)
                                              73W-11-4..(Tr)


~~Peterson, Rodger M. &~~                     ~~62W-9-19~~

    ~~Madge M.~~


Petrie, Robert E.                             63W-20-175(Ben)


Pierce, Melba Nelson                          62W-21-126(Ben)


Pierce, William H. &                          61W-6-32(Life Est)

    Mary Newton


Plumley, John R. &                            73W-5-424

    Elizabeth A.

-18-

1970

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME                                          PROPERTY

Poindexter, Mabel F.                          63W-13-171


Potter, Elmer &                               63W-31-205

    Lucille


Pourroy, Fred J. &                            62W-17-104
                                              62W-19-131
    Frances                                   62W-26-118
                                              62W-29-148
                                              72W-4-389
                                              72W-5-391
                                              72W-6-394


Pourroy, Pierre (Jr.) &                       62W-25-142
                                              62W-27-161
    Catherine B.                              62W-30-176
                                              62W-31-164


Rauschelbach, John F. &                       52W-30-12 (ben)

    Jennie Belle


Rawson, Louis                                 61W-8-37
                                              62W-26-136


Rawson School Dist.                           62W-24-130


Rawson, Tommy                                 61W-8-36
                                              61W-9-38
                                              61W-16-47
                                              61W-17,18-49
                                              61W-22-51
                                              62W-13-87
                                              62W-23-128
                                              62W-24-129
                                              62W-24-130
                                              62W-25-132
                                              62W-26-134


Reyes, Ida P. &                               72W-8-406

    Antonio N.

1971

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Rheingans, Joe &<br>    Helen C. | 63W-19-173(Ben)<br>63W-29-197(Ben)<br>63W-30-200(Ben) |
| Richardson, John M. &<br>    Vivian B. | 62W-20-119(Ben)<br>62W-30-154(Ben) |
| Richmond, James A. &<br>    Julia A. | 73W-2-415(Life Estate) |
| Ritter, C. E. | 62W-13-94 |
| Riverside, County of | ~~62W-19~~<br>62W-19-11?<br>63W-13-17?<br>63W-31-20? |
| Rizzo, Charles I. | 64W-24-257(Ben) |
| Roberts, Eleanor | 63W-30-201(Ben. under<br>Trust) |
| Roberts, Eleanor P. Webber | 63W-30-201(Life<br>income estate) |
| Robertson, Alma C. | 72W-3-383 |
| Rogers, Frank P. Jr. | 62W-13-84 |
| Rush, Guy M., Co. | 62W-13-96 |
| Rust, Richmond A. | 63W-33-214 |

1972

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Salladin, Paul M. & Lydia | 73W-2-415 |
| Schain, Robert L. & Marie | 62W-28-144<br>62W-28-147 |
| Schleuniger, Arnold X. & Elsie | 63W-31-205 |
| Schluter, Louise | 63W-26-168 |
| Schmoyer, Luther A. & Dorothy A. | 73W-11-448 |
| Scott, Vinson W. & Lois A. | 63W-34-226 |
| Searl Brothers | 51W-29-42<br>51W-30-3<br>51W-31-5<br>51W-32-7<br>51W-34-9<br>61W-3-19<br>61W-5-28<br>61W-5-36A<br>63W-7-35<br>62W-11-59<br>62W-11-81<br>62W-12-82<br>62W-13-91 |
| Searl, Edgar L. & Emmaline | 51W-29-1<br>51W-31-4<br>61W-4-27<br>62W-12-83<br>62W-13-86 |
| Searl, Floyd L. | 51W-29-1<br>61W-3-24A<br>62W-12-83<br>62W-13-86 |

-21-

1973

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Searl, Gerald E. & | 51W-29-1 |
| | 51W-31-1 |
| Lorena G. | 62W-12-24 |
| | 62W-12-83 |
| | 62W-13-86 |
| | |
| Searl, Harry O. & | 51W-29-1 |
| | 51W-31-1 |
| Hazel D. | 62W-12-24 |
| | 62W-12-63 |
| | 62W-13-86 |
| | |
| Security First National | 64W-24-253(Tr) |
| Bank of Los Angeles | |
| | |
| Security Title Insurance | Various parcels |
| | as Tr(?) |
| | |
| Security Title Ins. & | 63W-13-169(Tr) |
| Trust Co. | 63W-13-170(Tr) |
| | |
| Servel, Leon J. & | 72W-4-390(Ben) |
| | 72W-10-402 |
| Clementine C. | 72W-18-447 |
| | 72W-7-402 |
| | 72W-11-409(Ben) |
| | 73W-13-145(Ben) |
| | |
| Sevier, Donald C. | 61W-14-44(Trustor) |
| | |
| Sevier, John H. | 61W-14-44(Trustor) |
| | |
| Sevier, Robert M. as Admin. | 61W-14-44(Trust Ben) |
| of Estate of Lucille D. | |
| Sevier, Deceased. | |
| | |
| Sewell, Harold & | 72W-3-384 |
| Mabel | |
| | |
| Shonts, Margaret | 63W-26-184 |
| | 63W-34-226A |

1974

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Shumate, Olive O. | 62W-32-20 |
| Sibrian, Josephine M. | 62W-13-97 |
| Skellinger, Sevilla J. | 63W-28-195(Ben) |
| Smith, Jessie T. & Bessie Mae | 63W-32-209(Ben) |
| Smith, Sidney B. & Julia T. | 63W-32-210 |
| Smohl, Leonard O. & Ethel L. | 62W-21-119 62W-21-120 |
| Speziali, John | 62W-26-157 62W-26-158 |
| St. Denis, Ruth | 62W-21-124(Ben) |
| Stanford, Lester E. | 63W-35-233 |
| Starks, W. B. | 63W-26-191 |
| State Board of Equalization | 63W-36-237(Ben Allen) |
| Stearns, Gilbert & Zelma E. | 62W-21-106 62W-21-123 |
| Steels, J. C. & Elizabeth S. | 64W-24-259 |

-23-

1975

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Streeter, John W. & Bertha R. | 62W-34-42 |
| Swarthout, Ernest & Ada | 62W-14-45 |
| Taft, Walter S. | 73W-2-417<br>73W-11-455 |
| Thompson, Paul H. & Mary M. | 75W-4-423 |
| Tippit, Charles E. & Patricia A. | 63W-31-207 |
| Title Ins. & Trust Co. | Various parcels as Tr. |
| Trappe, Elain | 63W-34-223 |
| Frindl, Frank & | 63W-32-213(Ben) |
| Union Title Ins. & Trust Co. | 62W-33-162(Tr) |
| United States of America | 59W-34-5<br>62W-12-149<br>62W-14-66<br>62W-14-98<br>62W-20-120<br>62W-24-131<br>63W-30-198<br>63W-32-298<br>64W-24-251 |
| Van Gundy, Bertha L. | 63W-25-163 |
| Van Wert, Alexia R. | 52W-36-17 |

-24-

1976

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Vial, Arthur Joseph | ~~62W-28-140~~ |
|  | 62W-28-143 |
|  | 62W-28-145 |
| Vial, August L. | 62W-28-143 |
| Vial, Francis | 62W-28-143 |
| Vial, Jennie J. | 62W-28-143 |
| Vial, Joseph | 62W-28-143 |
| Vial, Olga | 62W-28-143 |
| Vial, Rosa A. | 62W-28-143 |
| Waggoner, T. E. | 61W-15-5 |
| Wain, Bertha & Frank | 63W-24-178 |
| Walker, Paul E. & Helen H. | 62W-19-111 |
|  | 63W-24-177 |
|  | 73W-24-180 |
| Ward, Abbie T. | 73W-2-417 |
|  | 73W-11-455 |
| Ward, Minnie | 64W-24-252 |
| Watson, Ollie | 73W-12-464(Ben) |

1977

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

NAME                                                    PROPERTY

Webber, Marjorie, Trustee                               63W-30-201

Webber, Wilfred K.                                      63W-30-201

Welch, Albert P.                                        ~~63W-13-162~~

Whaley, Russell &                                       61W-14-43
     Ruth E.

Wicker, Harvey Anderson Sr.                             64W-24-255

Wilhelm, Harold O.                                      61W-10-242

Wilhelm, Theresa L.                                     ~~61W-10-242~~

Wilks, Charles Edward                                   63W-32-209

Wills, Bert I.                                          62W-13-90

Wilson, Samuel R. &                                     72W-3-384 (Ben)
     Mary C.

Wise, Charley C. &                                      63W-31-205
     Mildred A.

Wood, Margaret M. (Trustee)                             62W-18-109

Wright, Cameron &                                       62W-7-69
     Jean M.

-26-                                                    1978

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Wright, Edward W. & | 63W-20-174 |
| | 63W-20-175 |
| Christine | 63W-28-194 |
| | 63W-28-196 |
| | |
| Wright, Paul Gilbert & | 63W-28-195 |
| Betty Jo | |
| | |
| Young, Kenneth W. & | ~~63W-31-13~~ |
| | ~~63W-05-19~~ |
| Julia M. | ~~63W-26-6~~ |
| | ~~63W-26-6~~ |
| | ~~63W-26-9~~ |
| | ~~63W-10-2~~ |
| | 63---5-- |

NON-RIPARIAN AND NON-OVERLYING LANDS WITHIN

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 51W-29 - 1

Lot 1, Section Twenty-nine (29), Township Five (5) South, Range
One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.  Also, the East Half of the
Southeast Quarter of Section Twenty-nine (29), Township Five
(5) South, Range One (1) West, San Bernardino Base and Meri-
dian, in the County of Riverside, State of California.

OWNERS:  SEARL, Edgar L.

     SEARL, Emmaline

     SEARL, Harry O.

     SEARL, Hazel D.

     SEARL, Lorena G.

     SEARL, Gerald E.

     SEARL, Floyd L.

### Parcel 51W-29 - 2

The Southwest Quarter of Section Twenty-nine (29), Township Five
(5) South, Range One West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.  Also, the
West Half of the Southeast Quarter of Section Twenty-nine (29),
Township Five (5) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.  Also, Government Lot Two (2) in the Southwest Quarter
of the Northeast Quarter of Section Twenty-nine (29), Township
Five (5) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:  SEARL BROTHERS

### Parcel 51W-30 - 3

The South Half of Section Thirty (30), Township Five (5)/Range
South,
One (1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:  SEARL BROTHERS    Interlocutory Judg. #36A
                Exhibit B

1980

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 51W-31 - 4

The Southeast Quarter of the Southeast Quarter of Section Thirty-One (31), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:       SEARL, Edgar L.
             SEARL, Emmaline
             SEARL, Harry O.
             SEARL, Hazel D.
             SEARL, Lorena G.
             SEARL, Gerald E.
             SEARL, Floyd L.

Parcel 51W-31 - 5

The South Half of Section Thirty-one (31), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  EXCEPTING therefrom The Southeast Quarter of the Southeast Quarter of said Section 31.

OWNERS:     SEARL BROTHERS

Parcel 51W-31 - 6

The North Half of Section Thirty-one (31), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:   BOSWELL, Roy V.

Parcel 51W-32 - 7

All of Section Thirty-two (32), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.  EXCEPTING the South 600 feet of Government Lot Two (2).

OWNERS:    SEARL BROTHERS

1981

-2-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 51W-32 - 8

The South 600 feet of Government Lot Two (2), Section Thirty-two (32), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          SEARL, Lorena G. (wife)

                 SEARL, Gerald Ernest, aka G. E. (hus)

### Parcel 51W-33 - 9

All of Section Thirty-three (33), Township Five (5) South, Range One (1) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          SEARL BROTHERS

### Parcel 52W-33 - 10

The North 30 acres of the Southwest Quarter of the Southeast Quarter, and the South Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter, and the East Half of the Southeast Quarter of Section Thirty-three (33), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          DOMENIGONI, Angelo (hus)

                 DOMENIGONI, Marie (wife)

### Parcel 52W-33 - 11

The South Half of the Southwest Quarter of the Southwest Quarter of the Southeast Quarter of Section Thirty-three (33), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          BISSETT, Ernest R. (s/m)

                 TITLE INS. & TRUST CO. (TD/Tr)

-3-

1982

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 52W-33 - 11 (cont'd)

        LOVEBERG, Esther (wid) (TDBen)

        LOVEBERG, A. Godfrey Jr. (m/m) (TDBen)

        KELLEY KAR CO. dba Les Kelley Leasing Co (TDBen)

Parcel 52W-33 - 12

The East Half of the Northeast Quarter of the Southwest Quarter, and the East Half of the Southeast Quarter of the Southwest Quarter of Section Thirty-three (33), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      BROSS, Robert K. (hus)

            BROSS, Frances K. (wife)

            RAUSCHILBACH, John F. (hus) (TDBen)

            RAUSCHILBACH, Jennie Belle (wife) (TDBen)

            FREITAG, Rufus (TDTr)

            THE NORTHWESTERN MUTUAL LIFE INS. CO (TDBen)

Parcel 52W-34 - 13

The South Half of Section Thirty-four (34), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. EXCEPTING the North Half of the Southwest Quarter of said Section Thirty-four (34).

OWNERS:      YOUNG, Kenneth W. (hus)

            YOUNG, Julia M. (wife)

Parcel 52W-34 - 14

The North Half of the Southwest Quarter of Section Thirty-four (34), Township Five (5) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

1983

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 52W-34-14 (cont'd)

OWNERS:          MORRIS, Charles H. (hus)

                 MORRIS, Florence N. (wife)

                 MORRIS, Robert C. (s/m)


Parcel 52W-35 - 15

        The South Half of Section Thirty-five (35), Township Five

        (5) South, Range Two (2) West, San Bernardino Base and

        Meridian, in the County of Riverside, State of California.

OWNERS:          YOUNG, Kenneth W. (hus)

                 YOUNG, Julia M. (wife)


Parcel 52W-36 - 16

        Government Lots One (1), Two (2), Seven (7) and Eight (8),

        being the Southeast Quarter of Section Thirty-six (36),

        Township Five (5) South, Range Two (2) West, San Bernardino

        Base and Meridian, in the County of Riverside, State of

        California.

OWNERS:          HARRIS, Minnie A. (wid)


Parcel 52W-36 - 17

        The Southeast Quarter of the Northeast Quarter of Section

        Thirty-six (36), Township Five (5) South, Range Two (2)

        West, San Bernardino Base and Meridian, in the County of

        Riverside, State of California.  Also, Government Lots

        Three (3), Four (4) and Six (6), being the North Half of the

        Southwest Quarter and the Southeast Quarter of the Southwest

        Quarter of Section Thirty-six (36), Township Five (5) South,

        Range Two (2) West, San Bernardino Base and Meridian, in

        the County of Riverside, State of California.

OWNERS:          VAN WERT, Alexia R. (m/w, sep prop.)

                              -5-                              1984

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 52W-36 - 18

Government Lot Five (5), being the Southwest Quarter of the
Southwest Quarter of Section Thirty-six (36), Township Five
(5) South, Range Two (2) West, San Bernardino Base and Meri-
dian, in the County of Riverside, State of California.

OWNERS:         DENTON, Gerald R. (hus)

                DENTON, Fredonia F. (wife)


Parcel 61W-3 - 19

Portion of the Rancho San Jacinto Viejo, being part of the North
Half of Section Three (3), Township Six (6) South, Range One
(1) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, lying Northerly of line des-
cribed as follows:  Beginning at a point in the West line of
said Section Three (3) distant 32.25 chains South from the
Northwest Corner; thence North 68°11' East to the Northeast
Corner of said Section Three (3).

OWNERS:         SEARL BROTHERS


Parcel 61W-3 - 20

The West 20.10 acres of Lot 4;  All of Lot 5;  The East Half
of the Northwest Quarter of the Southwest Quarter;  And, the
West Half of the West Half of the Northeast Quarter of the
Southwest Quarter of Section Three (3), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:         BAATZ, Elmer (s/m)

                SHUMATE, Olive O. (m/w)


Parcel 61W-3 - 21

The East Half of the Southeast Quarter of the Southwest Quarter
of Section Three (3);  Also, The East Half of the West Half of

1985

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-3 - 21 (cont'd)

the Southeast Quarter of the Southwest Quarter of Section Three
(3), Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia.

OWNERS:      WILHELM, Theresia L.


Parcel 61W-3 - 22

The Southwest Quarter of the Southwest Quarter, and the West
Half of the Northwest Quarter of the Southwest Quarter, and
the West Half of the West Half of the Southeast Quarter of the
Southwest Quarter of Section Three (3), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:      HORNING, Chester Z. (hus)

HORNING, Ruth E. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
            BANK OF RIVERSIDE (TDBen)

LAND TITLE INS. CO. (TDTr)


Parcel 61W-4 - 23

The South Half of the Southeast Quarter;  and the East Half
of the Northeast Quarter of the Southeast Quarter;  and the
Southeast Quarter of the Southwest Quarter;  and Government
Lots Two (2) and Three (3) of Section Four (4), Township
Six (6) South, Range One (1) West,  San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:      HORNING, Chester Z. (hus)

HORNING, Ruth E. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
            BANK OF RIVERSIDE (TDBen)

LAND TITLE INS. CO. (TDTr)

1986

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-4 - 24

Government Lot Four (4), Section Four (4), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:      SEARL, Harry O. (hus)
             SEARL, Hazeldell (wife)


Parcel 61W-4 - 25

The West Half of the Northeast Quarter of the Southeast Quarter
of Section Four (4), Township Six (6) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:      ALLERT, Lawrence H. (hus)
             ALLERT, Bessie D. (wife)


Parcel 61W-4 - 26

Commencing at the Southeast Corner of the Northeast Quarter
of Section Four (4), Township Six (6) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California; thence West along Quarter
Section line to intersection of line of San Jacinto Rancho;
thence along the line of said Rancho North 68°11' East to
the intersection of the West line of Diamond School District
Lot; thence South 7.80 rods to the Southwest Corner of said
Diamond School District Lot; thence East along the line of
said School District Lot 25 rods; thence South 17.80 rods
to point of beginning, said tract containing 6.16 acres plus.
RESERVING along East and South line 40 feet for streets and
roads.

OWNERS:      ALLERT, L. H. (hus)
             ALLERT, Bessie D. (wife)

-8-

1937

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-4 - 27

That portion of Lot One (1), Section Four (4), Township Six
(6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
described as follows: Beginning at the intersection of the
East line of Section Four (4) with Southerly line of Rancho
San Jacinto Viejo; thence South on East line of said Section
Four (4) 17.80 rods; thence West 25 rods; thence North 7.80
rods to said southerly line of said Rancho; thence North-
easterly on said Southerly line to point of beginning.

OWNERS:       SEARL, Edgar L. (hus)
              SEARL, Emmeline (wife)


Parcel 61W-4 - 28

That portion of Rancho San Jacinto Viejo in Section Four (4)
Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California lying Northerly of a line described as follows:
Beginning on the West line of Section Four (4) distant
Northerly 16.37 chains from the Southwest Corner of Section
Four (4); thence North 68°11' East to point on East line
of Section Four (4) distant Southerly 32.25 chains from North-
east Corner of said Section Four (4).

OWNERS:       SEARL BROTHERS


Parcel 61W-5 - 28A

That portion of the Rancho San Jacinto Viejo in Section Five
(5), Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of Calif-
ornia described as follows: Beginning at the Northeast Corner
of said Section Five (5); thence West along North line of
Section Five (5) 13.68 chains to Northeast Corner of Government

1988

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-5 - 28A (cont'd)

Lot Four (4); thence South along East line of Government Lots
Four (4), Five (5), Six (6) and a portion of Seven (7), 69.20
chains; thence North 68°11' East 14.96 chains to the East line
of Section Five (5); thence North along said East line of
Section Five (5) to point of beginning.

OWNERS:        SEARL BROTHERS


Parcel 61W-5 - 29

Government Lots One (1) through Seven (7);  The South Half of
the Northwest Quarter;  All of the Southwest Quarter;  The
West Half of the Southeast Quarter;  All of the Southwest
Quarter of the Northeast Quarter of Section Five (5), Town-
ship Six (6) South, Range One (1) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:        GARBANI, Fred (m/m)  und. $\frac{1}{4}$ int.
               GARBANI, James A. (m/m)  und. $\frac{1}{4}$ int.
               GARBANI, Jocondo B. (m/m)  und. $\frac{1}{4}$ int.
               SALGADO, Valentina (wid),  und. $\frac{1}{4}$ int.


Parcel 61W-6 - 30

The North Half of the Southeast Quarter, and the Southeast Quarter
of the Southeast Quarter of Section Six (6), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        OXLEY, Abner S.


Parcel 61W-6 - 31

Easterly rectangular 142 acres of the Northeast Quarter of
Section Six (6), Township Six (6) South, Range One (1) West
San Bernardino Base and Meridian, in the County of Riverside,
State of California.  EXCEPTING THEREFROM the North 30 feet.

OWNERS:        GARBANI, Fred (m/m)
               GARBANI, Jocondo B. (m/m)

1989

-10-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-6 - 32

Lots Three (3), Four (4) and Five (5), being the North Half
of the Northwest Quarter and the Southwest Quarter of the
Northwest Quarter of Section Six (6), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California;  Also, the Southeast
Quarter of the Northwest Quarter of said Section Six (6), and
the Northerly 10 acres of the Northwest Quarter of the South-
west Quarter and the Westerly 20.64 acres of the Northeast
Quarter of said Section Six (6),  EXCEPTING THEREFROM a strip
of land 30 feet in width off the Northerly side of said Lots
Three (3) and Four (4), and a strip 30 feet in width off the
Westerly side of said Lot Four (4) conveyed to the County
of San Diego for road purposes;  ALSO EXCEPTING a strip of
land 25 feet in width off the Easterly side of said Lot
Four (4).

OWNERS:        BANTLE, Claire Pierce (m/w)


Parcel 61W-6 - 33

South 30 acres of Government Lot Six (6), being the Northwest
Quarter of the Southwest Quarter of Section Six (6), Township
Six (6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California;
And the Northeast Quarter of the Southwest Quarter;  And the
East 25 feet of Government Lot Four (4) (being the Northwest
Quarter of the Northwest Quarter) of said Section Six (6).

OWNERS:        GARBANI, Joe E. (hus)
               GARBANI, Ruth S. (wife)

-11-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-6 - 34

The South Half of the Southwest Quarter, and the Southwest
Quarter of the Southeast Quarter of Section Six (6), Township
Six (6) South, Range One (1) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:      U. S. A.


Parcel 61W-7 - 35

All of Section Seven (7), Township Six (6) South, Range One
(1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:      SEARL BROTHERS


Parcel 61W-8 - 36

The North Half of the North Half, and the South Half of the
South Half and the Southeast Quarter of the Northwest Quar-
ter of Section Eight (8), Township Six (6) South, Range One
(1) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:      RAWSON, Tommy (s/m)

             FEDERAL LAND BANK OF BERKELEY (TDTr and TDBen)


Parcel 61W-8 - 37

The South Half of the Northeast Quarter;  The North Half
of the Southeast Quarter;  the North Half of the South-
west Quarter, and the Southwest Quarter of the Northwest
Quarter of Section Eight (8), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNER:      RAWSON, Louis

1891

<u>UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED</u>

<u>Parcel 61W-9 - 38</u>

The West Half of Section Nine (9), Township Six (6) South,
Range One (1) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:      RAWSON, Tommy (s/m)

             FEDERAL LAND BANK OF BERKELEY (TDTr and TDBen)


<u>Parcel 61W-9 - 39</u>

The Northeast Quarter and the Southeast Quarter of Section
Nine (9), Township Six (6) South, Range One (1) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:      HORNING, Chester Z. (hus)

             HORNING, Ruth E. (wife)

             LAND TITLE COMPANY OF RIVERSIDE (TDTr)

             CITIZENS NATIONAL TRUST AND SAVINGS
             BANK OF RIVERSIDE (TDBen)


<u>Parcel 61W-10 - 40</u>

The South Half of the Southeast Quarter;  the Northwest
Quarter of the Southeast Quarter;  and, the Southwest
Quarter of the Northeast Quarter of Section Ten (10),
Township Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:      U. S. A.


<u>Parcel 61W-10 - 41</u>

The Northwest Quarter of Section Ten (10), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:      HORNING, Chester Z. (hus)

             HORNING, Ruth E. (wife)

1992

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-10 - 41 (cont'd)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDBen)

LAND TITLE INS. CO. (TDTr)

Parcel 61W-10 - 42

The Southwest Quarter of Section Ten (10), Township Six

(6) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        WILHELM, Harold O. (m/m)


Parcel 61W-14 - 43

Lots Thirteen (13) and Fourteen (14) (Being the South Half

of the Southwest Quarter) of Section Fourteen (14), Town-

ship Six (6) South, Range One (1) West, San Bernardino Base

and Meridian, in the County of Riverside, State of Calif-

ornia.

OWNERS:        WHALEY, Russell (hus)

               WHALEY, Ruth E. (wife)


Parcel 61W-14 - 44

Lots Eleven (11) and Twelve (12) (Being the North Half of the

Southwest Quarter) of Section Fourteen (14), Township Six

(6) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        SEVIER, John H. & Donald C. (Trustors)

               SEVIER, Robert M., as Administrator of Estate of
               Lucille D. Sevier (Dec'd). (Trust Benef)

               TITLE INS. & TRUST CO. (Trustee)


Parcel 61W-14 - 45

The Northwest Quarter of Section Fourteen (14), Township Six

(6) South, Range One (1) West, San Bernardino Base and

1893

-14-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-14 - 45 (cont'd)

Meridian, in the County of Riverside, State of California.

OWNERS:        SWARTHOUT, Ernest (hus)

SWARTHOUT, Ada (wife)

Parcel 61W-15 - 46

All of Section Fifteen (15), Township Six (6) South, Range

One (1) West, San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:        WHALEY, Russell (hus)

WHALEY, Ruth E. (wife)

GOODHART, George E. (hus) (TDBen)

GOODHART, Gladys E. (wife) (TDBen)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr)

Parcel 61W-16 - 47

The South Half and the West Half of the Northwest Quarter of

Section Sixteen (16), Township Six (6) South, Range One (1)

West, San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:        RAWSON, Tommy (s/m)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 61W-16 - 48

The Northeast Quarter of Section Sixteen (16), Township Six

(6) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        LILLY REALTY CORPORATION

Parcel 61W-16 - 49

The East Half of the Northwest Quarter of Section Sixteen (16),

1984

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-16 - 49 (cont'd)

Township Six (6) South, Range One (1) West, San Bernardino

Base and Meridian, in the County of Riverside, State of

California.

OWNERS:        HOPE, Eddy Augustine


Parcel 61W-17 & 18 - 50

All of Sections Seventeen (17) and Eighteen (18), Township

Six (6) South, Range One (1) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        RAWSON, Tommy

               FEDERAL LAND BANK OF BERKELEY (TDTr and TDBen)


Parcel 61W-22 - 51

The South Half of the South Half of Section Twenty-two (22),

Township Six (6) South, Range One (1) West, San Bernardino

Base and Meridian, in the County of Riverside, State of

California.

OWNERS:        RAWSON, Tommy (s/m)

               FEDERAL LAND BANK OF BERKELEY (TDTr and TDBen)


Parcel 61W-22 - 52

The North Half, and the North Half of the South Half of Section

Twenty-two (22), Township Six (6) South, Range One (1) West,

San Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNERS:        LEATHAM, Herbert


Parcel 61W-23 - 53

Lots Thirteen (13) and Fourteen (14) (being the South Half of

the Southwest Quarter) and the East Half of Lot Twelve (12)

1995

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 61W-23 - 53 (cont'd)

(being the easterly Half of the Northwest Quarter of the South-
west Quarter) of Section Twenty-three (23), Township Six (6)
South, Range One (1) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        HILL, Victor C.

               HILL, Helen Durr


Parcel 61W-23 - 54

The West Half of Lot Twelve (12) (being the West Half of the
Northwest Quarter of the Southwest Quarter) of Section Twenty-
three (23), Township Six (6) South, Range One (1) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        CARR, Dave


Parcel 61W-23 - 55

The North Half of the Northeast Quarter of Section Twenty-
three (23), Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        IRVINE, B. G.


Parcel 61W-23 - 56

The Southwest Quarter of the Northeast Quarter of Section
Twenty-three (23), Township Six (6) South, Range One (1)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        WAGGONER, T. E.

1996

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 61W-23 - 57

Lots Three (3) and Six (6) (being the East Half of the
Northwest Quarter, and Lots Nine (9), Ten (10), and Eleven
(11), (being the North Half of the Southeast Quarter and
the Northeast Quarter of the Southwest Quarter) of Section
Twenty-three, Township Six (6) South, Range One (1) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:     HUFFACKER, John G. (hus)

            HUFFACKER, Eleanore F. (wife)

### Parcel 61W-23 - 58

Lots Four (4) and Five (5) (Being the West Half of the
Northwest Quarter) of Section Twenty-three (23), Town-
ship Six (6) South, Range One (1) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:     HILL, Victor C.

            HILL, Helen Durr

### Parcel 62W-1 - 59

Lots One (1) and Two (2) of Amended Map of Riverside
Fig Farms, Unit No. 1 on file Book 19, page 73 of Maps,
Riverside County Records, and Governments Lots Three (3)
through Six (6) and Nine (9) through Sixteen (16), being
all of Section One (1), Township Six (6) South, Range Two
(2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:        SEARL BROTHERS

1997

-18-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-2 - 60

Government Lots One (1) and Two (2) (being the North Half
of the Northeast Quarter) of Section Two (2), Township Six
(6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:          YOUNG, Julia M.


Parcel 62W-2 - 61

The Southwest Quarter of the Northeast Quarter, and the
Southeast Quarter of the Northwest Quarter of Section Two
(2), Township Six (6) South, Range Two (2) West, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:          YOUNG, Kenneth W. (hus)
                 YOUNG, Julia M. (wife)
                 SECURITY TITLE INS. & GUARANTEE CO. (TDTr)
                 DOMENIGONI, Margherita C. (s/w) (TDBen)
                 DOMENIGONI, Domenica (s/w) (TDBen)


Parcel 62W-2 - 62

The South Half, and the West Half of the Northwest Quarter, and
the Northeast Quarter of the Northwest Quarter, and the South-
east Quarter of the Northeast Quarter of Section Two (2), Town-
ship Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:          DOMENIGONI, Francis N. (s/m)
                 DOMENIGONI, Jean


Parcel 62W-3 - 63

All of Section Three (3), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of

1998

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-3 - 63 (cont'd.)

Riverside, State of California, EXCEPT strip of land on Westerly

line conveyed to County of Riverside for road purposes.

OWNERS:        DOMENIGONI, Rita (s/w)


Parcel 62W-4 - 64

The Southeast Quarter of the Northeast Quarter, and the South-

east Quarter of Section Four (4), Township Six (6) South,

Range Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               YOUNG, Julia M.

               BARTON, Elsa E.


Parcel 62W-4-65

Government Lot One (1) (being the Northeast Quarter of the

Northeast Quarter) and the East Half of Government Lot Two

(2) (being the East Half of the Northwest Quarter of the

Northeast Quarter) of Section Four (4), Township Six (6)

South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:        MC ELWEE, Georgia P., as Administratrix of
               Estate of Martha E. Bissett


Parcel 62W-4 - 66

The Southwest Quarter of the Northeast Quarter, and the

South Half of the Northwest Quarter, and Government Lot

Four (being the Northwest Quarter of the Northwest

Quarter) of Section Four (4), Township Six (6) South,

Range Two (2) West, San Bernardino Base and Meridian,

1999

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

~~Parcel 62W-4 - 66 (cont'd)~~

in the County of Riverside, State of California.

OWNERS:        U. S. A.


Parcel 62W-4 - 67

Government Lot Three (3) and the West Half of Lot Two (2)

(being the Northeast Quarter of the Northwest Quarter and

the West Half of the Northwest Quarter of the Northeast

Quarter) of Section Four (4), Township Six (6) South, Range

Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:        BISSETT, Ernest R. (s/m)

               TITLE INS. & TRUST CO. (TDTr)

               LOVEBERG, Esther (wid) (TDBen)

               LOVEBERG, A. Godfrey Jr., (m/m) (TDBen)

               KELLEY KAR CO., dba Less Kelley Leasing
                              Co. (TDBen)

Parcel 62W-4 - 68

The Southwest Quarter of Section Four (4), Township Six (6)

South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:        JACKSON, Raymond P. (hus)

               JACKSON, Lois H. (wife)

               HEDLER, William M. (TDBen)

               HEDLER, Frances M. (TDBen)

               SECURITY TITLE INSURANCE (TDTr)


Parcel 62W-7 - 69

The South Half of the Southeast Quarter of Section Seven (7),

Township Six (6) South, Range Two (2) West, San Bernardino

Base and Meridian, in the County of Riverside, State of

California.

2000

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-7-69 (cont'd)

OWNERS:  WRIGHT, Cameron (hus)

     WRIGHT, Jean M. (wife)


Parcel 62W-8 - 70

The Southeast Quarter of Section Eight (8), Township Six (6)

South, Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:  MILLER, Albert C. (hus)

     MILLER, Madeline (wife)


Parcel 62W-8 - 71

The Southwest Quarter of Section Eight (8), Township Six

(6), South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:  HALLBERG, D. H. (hus)

     HALLBERG, Sally (wife)


Parcel 62W-8 - 71A

The Northeast Quarter of Section Eight (8), Township

Six (6), South, Range Two (2) West, San Bernardino Base

and Meridian, in the County of Riverside, State of California.

OWNERS:  DOMENIGONI, Angelo


Parcel 62W-9 - 72

The West Half of the Northeast Quarter, and the Northwest

Quarter of Section Nine (9), Township Six (6) South, Range

Two (2) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California.

OWNERS:  MILLER, Albert C.

     GARRETT, Paul

-22-

2001

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-9 - 73

The East Half of the Northeast Quarter of Section Nine (9),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:          DOMENIGONI, Frederick E.


Parcel 62W-9 - 74

The South Half of Section Nine (9), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT beginning
at a point 1350 feet West of the Southeast Quarter of said
Section Nine (9); thence North 805 feet; thence West 1082.23
feet; thence South 805 feet to South line of said Section;
thence East 1082.23 feet to point of beginning.

OWNERS:          GARRETT, Paul


Parcel 62W-9 - 75

That portion of the Southeast Quarter of Section Nine (9),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California described as follows:  Beginning at a point 1350
feet West of the Southeast Corner of said Section Nine (9);
thence North 805 feet; thence West 1082.23 feet; thence
South 805 feet; thence East 1082.23 feet to point of be-
ginning.  EXCEPTING therefrom that portion thereof described
as follows:  Beginning at a point 1518 feet West and 661.4
feet North of the Southeast Corner of said Section Nine (9);
thence North 100 feet; thence West 100 feet; thence South
100 feet; thence East 100 feet to point of beginning.

OWNERS:          CONNELL, Dolores

2002

-23-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-9 - 75A

That portion of the Southeast Quarter of Section Nine (9),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, County of Riverside, State of California
described as follows:  Beginning at a point 1518 feet West
and 661.4 feet North of Southeast Corner of said Section;
thence North 100 feet; thence West 100 feet; thence South
100 feet; thence East 100 feet to the point of beginning.

OWNERS:        MILLER, Albert C. (hus)

               MILLER, Lena aka Madeline (wife)


Parcel 62W-10 - 76

The North Half of the Northeast Quarter of Section Ten (10),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, State of California.

OWNERS:        DOMENIGONI, Rita (s/w)


Parcel 62W-10 - 77

The Southeast Quarter, and the Southwest Quarter of the
Northeast Quarter of Section Ten (10), Township Six (6)
South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        GARBANI, Richard (u/m)

               GARBANI, Ida (un/w)


Parcel 62W-10 - 78

The Southeast Quarter of the Northeast Quarter of Section
Ten (10), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        DOMENIGONI, Margherita (s/w)

               DOMENIGONI, Domenica (s/w)

2003

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-10 - 79

The East Half of the Northwest Quarter, and the Southwest
Quarter of the Northwest Quarter, and the Southwest Quarter
of Section Ten (10), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               YOUNG, Julia M.

               BARTON, Elsa E.


Parcel 62W-10 - 80

The Northwest Quarter of the Northwest Quarter of Section
Ten (10), Township Six (6) South, Range Two (2) West, San
Bernardino Base & Meridian, County of Riverside, State
of California.

OWNERS:        DOMENIGONI, Frances N. (hus)

               DOMENIGONI, Jean H. (wife)

               COUNTY OF RIVERSIDE


Parcel 62W-11-81

All of Section Eleven (11), Township Six (6) South, Range
Two (2) West, San Bernardino Base & Meridian, County of
Riverside, State of California.

OWNERS:        SEARL BROTHERS


Parcel 62W-12 - 82

Government Lots One (1) and Three (3) through Sixteen (16)
(being entire Section except the Northwest Quarter of the
Northeast Quarter) of Section Twelve (12), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,

-25-

2004

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-12 - 82 (cont'd)

in the County of Riverside, State of California.

OWNERS: SEARL BROTHERS

Parcel 62W-12 - 83

Government Lot Two (2) (being the Northwest Quarter of the
Northeast Quarter) of Section Twelve (12), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:         SEARL, Edgar L.

                SEARL, Harry O.

                SEARL, Gerald E.

                SEARL, Floyd L.


Parcel 62W-13 - 84

The North Half of the Northwest Quarter, EXCEPTING the
Northeast Quarter of the Northeast Quarter of the Northwest
Quarter of Section Thirteen (13), Township Six (6) South,
Range Two (2) West, San Bernardino Base & Meridian, in the
County of Riverside, State of California.

OWNERS:         ROGERS, Frank P. Jr.


Parcel 62W-13 - 85

The West Half of the Southwest Quarter of the Northwest
Quarter of Section Thirteen (13), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:         McDONALD, William (un/m)


Parcel 62W-13 - 86

The Southeast Quarter of the Northwest Quarter, and the
East Half of the Southwest Quarter of the Northwest Quar-
ter, and the North Half of the Southwest Quarter of Sec-

2005

-26-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

**Parcel 62W-13 - 86 (cont'd)**

tion Thirteen (13), Township Six (6) South, Range Two (2)

West, San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:      SEARL, Edgar L.

               SEARL, Emmaline

               SEARL, Harry O.

               SEARL, Hazel D.

               SEARL, Gerald E.

               SEARL, Lorena G.

               SEARL, Floyd L.

**Parcel 62W-13 - 87**

The South Half of the Southwest Quarter of Section Thirteen

(13), Township Six (6) South, Range Two (2) West, San

Bernardino Base and Meridian, in the County of Riverside,

State of California.

OWNERS:      RAWSON, Tommy (s/m)

**Parcel 62W-13 - 88**

The Northeast Quarter of the Southeast Quarter of Section

Thirteen (13), Township Six (6) South, Range Two (2) West,

San Bernardino Base and Meridian, in the County of River-

side, State of California.

OWNERS:      HOFREITER, Frank (un/m)

**Parcel 62W-13 - 89**

The Northwest Quarter of the Southeast Quarter of Section

Thirteen (13), Township Six (6) South, Range Two (2) West,

San Bernardino Base and Meridian, in the County of River-

side, State of California.

2006

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-13 - 89 (cont'd)

OWNERS:        HAWKEY, Harry W.


Parcel 62W-13 - 90

ElDorado Quartz Mining Claim:  The South Half of the
Northeast Quarter, Section Thirteen (13), Township Six
(6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
EXCEPTING the Southeast Quarter of the Southeast Quarter
of the Northeast Quarter;  EXCEPTING Mine.  Also, the West
Half of the Northeast Quarter of the Northeast Quarter
of said Section Thirteen (13).

OWNERS:        WILLS, Bert I.
               CARLOCK, Roy
               GORDON, John


Parcel 62W-13 - 91

The South Half of the Southeast Quarter of Section Thirteen
(13), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        SEARL BROTHERS


Parcel 62W-13 - 92

The Northeast Quarter of the Northeast Quarter of the North-
east Quarter of Section Thirteen (13), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        NATHAN, Esther


-28-

2007

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-13 - 93

The Northwest Quarter of the Northeast Quarter of Section
Thirteen (13), Township Six (6) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:          EHMCKE, Caspar (m/m - sep prop)


Parcel 62W-13 - 94

The Southeast Quarter of the Southeast Quarter of the North-
east Quarter of Section Thirteen (13), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:          RITTER, C. P.


Parcel 62W-13 - 95

The South Half of the East Half of the Northeast Quarter of
the Northeast Quarter of Section Thirteen (13), Township
Six (6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:          HASH, V. L.


Parcel 62W-13 - 96

The North Half of the Northeast Quarter of the Northeast
Quarter of the Northwest Quarter of Section Thirteen (13),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:          RUSH, Guy M. Co. (corp.)


Parcel 62W-13 - 97

The South Half of the Northeast Quarter of the Northeast

2008

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-13 - 97 (cont'd)

Quarter of the Northwest Quarter of ~~the Northeast Quarter of~~
Section Thirteen (13), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        SIBRIAN, Josephine M.


Parcel 62W-14 - 98

Section Fourteen (14) Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        U. S. A.


Parcel 62W-15 - 99

All of Section Fifteen (15), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               YOUNG, Julia M.

               BARTON, Elsa E.


Parcel 62W-16 - 100

All of the Northwest Quarter of Section Sixteen (16), Town-
ship Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Francis N. (s/m)

               DOMENIGONI, Frederick E. (s/m)

               DOMENIGONI, Angelo O. (s/m)

2009

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-16 - 101

All of the Southwest Quarter of Section Sixteen (16), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        CHRISTENSEN, Hans Jr.


Parcel 62W-16 - 102

All of the East Half of Section Sixteen (16), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Francis N. (un/m)

               DOMENIGONI, Frederick E. (un/m)

               DOMENIGONI, Jean


Parcel 62W-17 - 103

All of the North Half of Section Seventeen (17), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Angelo O.

               DOMENIGONI, Francis N.

               DOMENIGONI, Frederick E.


Parcel 62W-17 - 104

The Southwest Quarter of Section Seventeen (17), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        POURROY, Fred J. (hus)

               POURROY, Frances (wife)


Parcel 62W-17 - 105

The Southeast Quarter of Section Seventeen (17), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

2010

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-17 - 105 (cont'd)

OWNERS:        CHRISTENSEN, Hans, Jr.

CHRISTENSEN, Hans (m/m)


Parcel 62W-18 - 106

The Southeast Quarter of Section Eighteen (18), Township Six
(6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        STEARNS, Gilbert (hus)

STEARNS, Zelma E. (wife)


Parcel 62W-18 - 107

The North Half, and the Northwest Quarter of the Southwest
Quarter of Section Eighteen (18), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:        CHRISTENSEN, Hans (hus)

CHRISTENSEN, Zora E. (wife)


Parcel 62W-18 - 108

The East Half of the Southwest Quarter of Section Eighteen
(18), Township Six (6) South, Range Two (2) West, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        CUMMINS, Robert M.

CUMMINS, Pearl D.


Parcel 62W-18 - 109

Government Lot Four (4) (being the Southwest Quarter of the
Southwest Quarter) of Section Eighteen (18), Township Six
(6) South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        WOOD, Margaret M. (Trustee)

2011

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-19 - 110

Government Lot One (1) (being the Northwest Quarter of the
Northwest Quarter), and the Northeast Quarter of the Northwest
Quarter of Section Nineteen (19), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:         OLSON, Carl T. (hus)

                OLSON, Donna M. (wife)

                SECURITY TITLE INS. CO. (TDTr)

                DRAKE, Alden T. (TDBen)


Parcel 62W-19 - 111

Government Lot Two (2) (being the Southwest Quarter of the
Northwest Quarter of Section Nineteen (19), Township Six
(6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:         WALKER, Paul E. (hus)

                WALKER, Helen H. (wife)

                SECURITY TITLE INS. CO. (TDTr)

                DRAKE, Alden T. (TDBen)


Parcel 62W-19 - 112

The Southeast Quarter of the Northwest Quarter of Section
Nineteen (19), Township Six (6) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:         LESSEL, Adolph L. (hus)

                LESSEL, Fae J. (wife)

                SECURITY TITLE INS. CO. (TDTr)

                DRAKE, Alden T. (TDBen)

2012

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-19 - 113

Government Lots Three (3) and Four (4) (being the West
Half of the Southwest Quarter), and the East Half of the
Southwest Quarter, and the West Half of the Southeast
Quarter of Section Nineteen (19), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, be-
ing in the County of Riverside, State of California.
EXCEPTING from the said Lots Three (3) and Four (4) the
following described portion:  Beginning at a point 750 feet
North of the Southwest Corner of said Lot Four (4); thence
East 250 feet; thence North 594 feet; thence West 250 feet
to the West line of Section Nineteen (19); thence South on
West line 594 feet to point of beginning.

OWNERS:        McELHINNEY, Dorothy (sep prop)


Parcel 62W-19 - 114

The Northeast Quarter of Section Nineteen (19), Township Six
(6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California;
and the East Half of the Southeast Quarter of said Section
Nineteen (19).  EXCEPT from the Southeast Quarter of the
Southeast Quarter that portion described as follows:
Beginning at the Southwest Corner of said Southeast Quarter
of the Southeast Quarter; thence Easterly on Southerly line
of said Section Nineteen (19) 300 feet; thence Northerly
at right angles to said Southerly line a distance of 1000 feet;
thence Westerly parallel with said Southerly line to West line
of the East Half of the Southeast Quarter; thence Southerly
along said West line 1000 feet to point of beginning.

OWNERS:        POURROY, Fred J. (hus)

POURROY, Frances (wife)

2013

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-19 - 115

That portion of Government Lots Three (3) and Four (4) (being
the West Half of the Southwest Quarter) of Section Nineteen
(19), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning at
a point 750 feet North of the Southwest Corner of said
Lot Four (4); thence East 250 feet; thence North 594 feet;
thence West 250 feet to the West line of said Section
Nineteen (19); thence South on said West line 594 feet to
point of beginning.

OWNERS:        McELHINNEY, Andrew D.


Parcel 62W-19 - 116

A portion of the Southeast Quarter of the Southeast Quarter
of Section Nineteen (19), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as
follows:  Beginning at the Southwest corner of the said
Southeast Quarter of the Southeast Quarter of Section
Nineteen (19); thence Easterly on Southerly line of said
Section Nineteen (19), 300 feet; thence Northerly at
right angles with said Southerly line a distance of 1000
feet; thence Westerly parallel with said Southerly line
300 feet more or less to Westerly line of said Southeast
Quarter of the Southeast Quarter; thence Southerly on
said Westerly line 1000 feet to point of beginning.

OWNERS:        COUNTY OF RIVERSIDE


Parcel 62W-20 - 117

The Northeast Quarter of Section Twenty (20), Township Six
(6) South, Range Two (2) West, San Bernardino Base and Meridian,   2014

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-20 - 117 (cont'd)

in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E. (s/m)


Parcel 62W-20 - 118

The Northwest Quarter of Section Twenty (20), Township Six

(6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        POURROY, Fred J. (hus)

               POURROY, Frances (wife)


Parcel 62W-20 - 119

The West Half of the Southwest Quarter;  The Southeast Quar-

ter of the Southwest Quarter; and, the Southwest Quarter

of the Southeast Quarter of Section Twenty (20), Township

Six (6) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:        ENDRES, Frank H. (m/m-sep prop)

               RICHARDSON, John M. (hus) (TDBen)

               RICHARDSON, Vivian B. (wife) (TDBen)

               CITIZENS NATIONAL TRUST AND SAVINGS
               BANK OF RIVERSIDE (TDTr)


Parcel 62W-20 - 120

The Northeast Quarter of the Southwest Quarter, and the

Northwest Quarter of the Southeast Quarter of Section

Twenty (20), Township Six (6) South, Range Two (2) West,

San Bernardino Base and Meridian, in the County of

Riverside, State of California.

OWNERS:        U.S.A.

2015

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-20 - 121

The East Half of the Southeast Quarter of Section Twenty
(20), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:          CUMMINS, Robert M.

CUMMINS, Pearl D.


Parcel 62W-21 - 122

The Northeast Quarter of Section Twenty-one (21), Town-
ship Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:          DOMENIGONI, Francis N.

DOMENIGONI, Jean H.


Parcel 62W-21 - 123

The South Half of Section Twenty-one (21), Township
Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of Calif-
ornia.

OWNERS:          STEARNS, Gilbert B. (hus)

STEARNS, Zelma E. (wife)


Parcel 62W-21 - 124

The East fifty acres of the Northwest Quarter of Section
Twenty-one (21), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:          DAVIS, Charles (hus)

DAVIS, Anna M. (wife)

ST. DENIS, Ruth (TDBen)

CITIZENS NATIONAL TRUST AND SAVINGS
    BANK OF RIVERSIDE (TDTr)

2016

-37-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-21 - 125

The Easterly rectangle six-sixteenths (6/16) of the
Westerly rectangle eleven-sixteenths (11/16) of the
Northwest Quarter of Section Twenty-one (21), Township
Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California, containing approximately 60 acres.

OWNERS:        BERGMAN, Helmer L. (hus)
               BERGMAN, Falena E. (wife)


Parcel 62W-21 - 126

That portion of the West Half of the Northwest Quarter of
Section Twenty-one (21), Township Six (6) South, Range Two
(2) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as follows:
Beginning at the Northwest Corner of said Northwest Quarter;
thence East along the North line thereof 825 feet; thence
South and parallel with the West line of said Northwest
Quarter 2640 feet more or less to a point on the South
line thereof; thence West along South line of said North-
west Quarter 825 feet more or less to the Southwest Corner
of said Northwest Quarter; thence North along West line
of said Northwest Quarter 2640 feet to point of beginning.

OWNERS:        LA MESA RANCH CO.
               LAND TITLE COMPANY (TDTr)
               NELSON, Orva (wid) (TDBen)
               PIERCE, Melba Nelson (m/w) (TDBen)


Parcel 62W-22 - 127

All of Section Twenty-two (22), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

-38-

2017

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-22 - 127 (cont'd)

OWNERS:          DOMENIGONI, Francis N. (s/m)

                 DOMENIGONI, Jean

                 DOMENIGONI, Frederick E. (m/m)


Parcel 62W-23 - 128

All of Section Twenty-three (23), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:          RAWSON, Tommy (s/m)

                 FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 62W-24 - 129

The East Half of the Southeast Quarter; the Southwest
Quarter of the Southeast Quarter; the East Half of the
Southwest Quarter; the Northwest Quarter of the South-
west Quarter; the South Half of the Northwest Quarter,
and the Northeast Quarter of the Northwest Quarter of
Section Twenty-four (24), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.  Also, the
Northeast Quarter of said Section Twenty-four (24)
EXCEPTING THEREFROM one acre to School District, des
cribed as follows:  Beginning at the Southeast Corner
of the Northeast Quarter of the Northeast Quarter of
said Section Twenty-four (24); thence West 12 rods;
thence North 13 rods; thence East 12 rods; thence South
13 rods to point of beginning, containing approximately
one acre.

OWNERS:          RAWSON, Tommy (s/m)

                 FEDERAL LAND BANK OF BERKELEY (TDBen & TDTr)

-39-

2018

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-24 - 130

A portion of the Northeast Quarter of Section Twenty-four
(24), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning at
the Southeast Corner of the Northeast Quarter of the North-
east Quarter of said Section Twenty-four (24); thence West
12 rods; thence North 13 rods; thence East 12 rods; thence
South 13 rods to point of beginning, containing approximately
one acre.

OWNERS:          RAWSON, Tommy (s/m)

                 RAWSON SCHOOL DISTRICT

                 FEDERAL LAND BANK OF BERKELEY (TDBen & TDTr)


Parcel 62W-24 - 131

The Northwest Quarter of the Northwest Quarter; the
Southwest Quarter of the Southwest Quarter, and the
Northwest Quarter of the Southeast Quarter of Section
Twenty-four (24), Township Six (6) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:          U. S. A.


Parcel 62W-25 - 132

All of Section Twenty-five (25), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:          RAWSON, Tommy (s/m)

                 FEDERAL LAND BANK OF BERKELEY (TDBen & TDTr)


Parcel 62W-26 - 133

The North Half of the Northwest Quarter, and the Southwest