UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-26 - 133 (cont'd)

Quarter of the Northwest Quarter of Section Twenty-six (26), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        DOMENIGONI, Frederick E.

               DOMENIGONI, Jean

               DOMENIGONI, Francis N.


Parcel 62W-26 - 134

The Southeast Quarter of the Northwest Quarter of Section Twenty-six (26), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        RAWSON, Tommy (s/m)

               Assessed to:  Cunningham, R. J.


Parcel 62W-26 - 135

The South Half of the Southwest Quarter of Section Twenty-six (26), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        SPEZIALI, John


Parcel 62W-26 - 136

The Southeast Quarter of the Northeast Quarter of Section Twenty-six (26), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        RAWSON, Lewis

2020

### UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-26 - 137

The Southeast Quarter, the North Half of the Northeast
Quarter, and the Southwest Quarter of the Northeast
Quarter of Section Twenty-six (26), Township Six (6)
South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:  DOMENIGONI, Frederick E.

     DOMENIGONI, Jean

     DOMENIGONI, Francis N.

Parcel 62W-26 - 138

The North Half of the Southwest Quarter of Section Twenty-
six (26), Township Six (6) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:  SPEZIALI, John P. (s/m)

~~Parcel 62W-27 - 139~~

All of Section Twenty-seven (27), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

~~OWNERS:  VIAL, Arthur Joseph~~

Parcel 62W-28 - 140

The Northeast Quarter; the North Half of the Northwest
Quarter, and the Southeast Quarter of the Northwest Quarter
of Section Twenty-eight (28), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.  EXCEPTING the
Northeast Quarter of the Northeast Quarter;  ALSO EXCEPTING
from the Northeast Quarter that portion described as follows:
Beginning at the Southeast Corner of the Northeast Quarter

-42-

2021

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-28 - 140(cont'd)

of said Section Twenty-eight (28); thence North along the
East line of said Section 1335.2 feet to center line of the
County Road; thence South 46°48'30" West along said center
line 349.47 feet; thence to the left on a curve having a
radius of 120 feet, a tangent of 57.33 feet, a distance of
107.29 feet; thence South 04°25' East along the center line
of said County Road, 1004.67 feet to South line of the North-
east Quarter of said Section; thence North 89°23' East along
the South line of the Northeast Quarter of said Section, 215
feet to point of beginning.

OWNERS:        FRICK, Carl aka Karl (s/m)

               FRICK, Tempe C. nee Tribbett (s/w)


Parcel 62W-28 - 141

The Southwest Quarter of the Northwest Quarter, and the
Northwest Quarter of the Southeast Quarter; and the North
Half of the Southwest Quarter of Section Twenty-eight (28),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:        CANTARINI, John A.

               CANTARINI, Beatrice


Parcel 62W-28 - 142

The South Half of the Southwest Quarter, and that portion
of the South Half of the Southeast Quarter lying Westerly
of the State Highway as located on 22 October 1940, in
Section Twenty-eight (28), Township Six (6) South, Range
Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

2022

-43-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-98 - 140 (cont'd)

OWNERS:       POURROY, Pierre, Jr. (hus)

POURROY, Catherine B. (wife)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 62W-28 - 143

The Northeast Quarter of the Southeast Quarter, and that
portion of the South Half of the Southeast Quarter lying
Easterly of the State Highway as located 22 October 1940,
in Section Twenty-eight (28), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:       VIAL, August L.

VIAL, Arthur

VIAL, Rosa A.

VIAL, Olga

VIAL, Jennie J.

VIAL, Francis

VIAL, Joseph

Parcel 62W-28 - 144

The West 330 feet of the North 660 feet of the Northeast
Quarter of the Northeast Quarter of Section Twenty-eight
(28), Township Six (6) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:       SCHAIN, Robert L. (hus)

SCHAIN, Marie (wife)

SECURITY TITLE INS. CO. (TDTr)

FARMERS AND MERCHANTS BANK OF HEMET (TDBen)

2023

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-28 - 145

That portion of the Northeast Quarter of Section Twenty-eight (28), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:  Beginning at the Southeast Corner of the Northeast Quarter of said Section Twenty-eight (28); thence North on East line 1335.2 feet to a point in center line of County Road; thence South 46°48'30" West on center line of said County Road 349.47 feet; thence to left on curve having radius of 120 feet, tangent of 57.53 feet, distance of 107.29 feet; thence South 4°25' East on center line of road 1004.67 feet to South line of Northeast Quarter; thence North 89°23' East on South line 215 feet to point of beginning.

OWNERS:        VIAL, Arthur Joseph


Parcel 62W-28 - 146

The Northeast Quarter of the Northeast Quarter of Section Twenty-eight (28), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the West 330 feet thereof.

OWNERS:        CABRAL, John Edward (hus)
               CABRAL, Angeline Anna (wife)


Parcel 62W-28 - 147

The West 330 feet of the South 660 feet of the Northeast Quarter of the Northeast Quarter of Section Twenty-eight (28), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

2024

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 62W-28 - 147 (cont'd)

OWNERS:        SCHAIN, Robert L.

               SCHAIN, Marie

               FARMERS & MERCHANTS BANK OF HEMET (TDBen)

               SECURITY TITLE INS. CO. (TDTr)

### Parcel 62W-29 - 148

The West Half of Section Twenty-nine (29), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        POURROY, Fred J. (hus)

               POURROY, Frances (wife)

### Parcel 62W-29 - 149

The Northeast Quarter of Section Twenty-nine (29), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        CUMMINS, Robert M.

               CUMMINS, Pearl D.

### Parcel 62W-29 - 150

The Southeast Quarter of Section Twenty-nine (29), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        CANTARINE, John A.

               CANTARINE, Beatrice

### Parcel 62W-30 - 151

Government Lot One (1) (being the Northwest Quarter of the Northwest Quarter) and the North Half of the Northeast Quarter of the Northwest Quarter of Section Thirty (30), Township Six (6) South, Range Two (2) West, San Bernardino Base

2025

-46-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

~~Parcel 62W-30 - 151 (cont'd)~~

and Meridian, in the County of Riverside, State of California.

OWNERS:        McELHINNEY, Dorothy (m/w - sep prop)

### Parcel 62W-30 - 152

The South Half of the Northwest Quarter, and the East Half
of the Southwest Quarter of Section Thirty (30), Township
Six (6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        MOORE, Mary Frances (s/w)

### Parcel 62W-30 - 153

Government Lots Three (3) and Four (4) (being the West
Half of the Southwest Quarter) of Section Thirty (30),
Township Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:        BEAVER, Enice Alsie

JOHNSON, Virginia Zeruah

### Parcel 62W-30 - 154

The East Half of the Southeast Quarter; and the West Half
of the East Half of Section Thirty (30), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:        ENDRES, Frank H. (m/m)(Sep prop)

RICHARDSON, John M. (hus) (TDBen)

RICHARDSON, Vivian B. (wife) (TDBen)

CITIZENS NATIONAL TRUST AND SAVINGS
BANK OF RIVERSIDE (TDTr)

2026

-47-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 62W-30 - 155

The East Half of the Northeast Quarter of Section Thirty (30), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      ENDRES, Frank H. (hus)

                ENDRES, Annie K. (wife)

### Parcel 62W-30 - 156

The South Half of the Northeast Quarter of the Northwest Quarter of Section Thirty (30), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      HOOPES, Gertrude, F.

                HOOPES, Leslie W.

### Parcel 62W-31 - 157

The East Half of the Northwest Quarter of Section Thirty-one (31), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:      CUMMINS, Robert M.

                CUMMINS, Pearl D.

### Parcel 62W-31 - 158

All of the Southwest Quarter of Section Thirty-one (31), Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California EXCEPTING therefrom the South 58 acres thereof, containing approximately 117.60 acres.

2027

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-31 - 158 (cont'd)

OWNERS:  FONTANA, Tony E.

      FONTANA, Clement

      FONTANA, Josephine

      FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 62W-31 - 159

  The South 17.301 acres of the South 58 acres of the South-
west Quarter of Section Thirty-one (31), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:  SMOHL, Leonard O. (hus)

      SMOHL, Ethel L. (wife)


Parcel 62W-31 - 160

  The North 41 acres more or less of the South 58 acres of
the Southwest Quarter of Section Thirty-one (31), Town-
ship Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:  COLLINS, Wesley T. (hus)

      COLLINS, Betty J. (wife)


Parcel 62W-32 - 161

  All of Section Thirty-two (32), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:  POURROY, Catherine B.

      POURROY, Pierre, Jr.

      FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

2028

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-33 - 162

The South Half of Section Thirty-three (33), Township
Six (6) South, Range Two (2) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:          STREETER, Edwin W. (hus)

                 STREETER, Bertha R. (wife)

                 ALLEN, Beulah W. (TDBen)

                 UNION TITLE INS. & TRUST CO. (TDTr)


Parcel 62W-33 - 163

The North Half of Section Thirty-three (33), Township Six (6)
South, Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:          POURROY, Pierre, Jr. (hus)

                 POURROY, Catherine B. (wife)

                 FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 62W-34 - 164

The Northwest Quarter, and the North Half of the Southwest
Quarter of Section Thirty-four (34), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:          POURROY, Catherine B. (wife)

                 POURROY, Pierre, Jr. (hus)

                 FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 62W-34 - 165

The South Half of the Southwest Quarter of Section Thirty-
four (34), Township Six (6) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

2029

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 62W-34 - 165 (cont'd)

OWNERS:       NICHOLAS, Marius A. (hus)

                NICHOLAS, Mary (wife)

                FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 62W-34 - 166

The Northeast Quarter of Section Thirty-four (34), Township
Six (6) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:       GOTTULA, Theodore A. (hus)

                GOTTULA, Ginger Mae (wife)

                CITIZENS NATIONAL TRUST AND SAVINGS BANK (TDTr)

                SMITH, Jessie T. (hus) (TDBen)

                SMITH, Bessie Mae (wife) (TDBen)

Parcel 62W-34 - 167

The Southeast Quarter of Section Thirty-four (34), Town-
ship Six (6) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:       PETERSON, Holger M. (hus)

                PETERSON, Madge M. (wife)

Parcel 62W-35 - 168

All of Section Thirty-five (35), Township Six (6) South,
Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:       GREGORY, Alfred A.

Parcel 63W-13 - 169

The North Half of the Northeast Quarter of the Southeast
Quarter, and the North Half of the Southeast Quarter of

2030

### UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-13 - 169 (cont'd)

the Southeast Quarter of Section Thirteen (13), Township
Six (6) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:        BEAUREGARD, Harry (s/m)

SECURITY TITLE INS. AND TRUST CO. (TDTr)

DRAKE, Alden T. (widower) (TDBen)


Parcel 63W-13 - 170

The South Half of the Northeast Quarter of the South-
east Quarter, and the South Half of the Southeast
Quarter of the Southeast Quarter of Section Thirteen
(13), Township Six (6) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:        BEAUREGARD, James W. (hus)

BEAUREGARD, Mary Ann (wife)

SECURITY TITLE INS. AND TRUST CO. (TDTr)

DRAKE, Alden T. (TDBen)


Parcel 63W-13 - 170A

The East Half of the Northeast Quarter of Section
Thirteen (13), Township Six (6) South, Range Three
(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:        CHRISTENSEN, Hans (dec'd)


Parcel 63W-13 - 171

The West Half of the Southeast Quarter, and the South-
east Quarter of the Southwest Quarter of Section
Thirteen (13), Township Six (6) South, Range Three (3)

2031

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-13 - 171 (cont'd)

West, San Bernardino Base and Meridian, in the County

of Riverside, State of California.

OWNERS:          FRANSEN, Ernest T.

                 POINDEXTER, Mabel F.


Parcel 63W-13 - 172

The South 30 feet of Section Thirteen (13), Township

Six (6) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State

of California.

OWNERS:          COUNTY OF RIVERSIDE


Parcel 63W-19 - 173

All of Section Nineteen (19), Township Six (6) South,

Range Three (3) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California.

OWNERS:          ELLITHORPE, Philip L. (hus)

                 ELLITHORPE, Esther M. (wife)

                 CITIZENS NATIONAL TRUST AND SAVINGS
                     BANK OF RIVERSIDE (TDTr)

                 RHEINGANS, Joe (hus) (TDBen)

                 RHEINGANS, Helen C. (wife) (TDBen)


Parcel 63W-20 - 174

The Southwest Quarter of Section Twenty (20), Township

Six (6) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State

of California.

OWNERS:          WRIGHT, Edward W. (hus)

                 WRIGHT, L. Christine (wife)

2032

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-20 - 175

The Southeast Quarter of Section Twenty (20), Township
Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        WRIGHT, Edward W. (hus)

               WRIGHT, L. Christine (wife)

               PETRIE, Robert E. (TDBen)

               ESCROW AND LOAN SERVICE CO. (TDTr)

Parcel 63W-23 - 176

The South Half of Section Twenty-three (23), Township
Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        MARGOLIS, Abraham (hus)

               MARGOLIS, Pauline (wife)

               PACIFIC COAST TITLE CO. (TDTr)

               KOHLMEIER, Ben C. (TDBen)

Parcel 63W-24 - 177

The West Half and the Southwest Quarter of the Southeast
Quarter of Section Twenty-four (24), Township Six (6)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        HANSEN, Paul B. (hus)

               HANSEN, Lois M. (wife)

               JOHNSON, Sidney C. (hus)

               JOHNSON, Ethel H. (wife)

               HOPKINS, Roy A. (hus)

               HOPKINS, Edna M. (wife)

               WALKER, Paul E. (hus)

2033

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-24 - 177 (cont'd)

    WALKER, Helen H. (wife)

    SECURITY TITLE INS. CO. (TDTr)

    DRAKE, Alden T. (TDBen)


Parcel 63W-24 - 178

The Southeasterly rectangle one acre of the Southeast Quarter of the Southeast Quarter of Section Twenty-four (24), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:   WAIN, Bertha (wife)

     WAIN, Frank (hus)


Parcel 63W-24 - 179

The North Half of the Southeast Quarter, and the Southeast Quarter of the Southeast Quarter of Section Twenty-four (24), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPTING THEREFROM the Southeasterly rectangle one acre of the Southeast Quarter of the Southeast Quarter of said Section Twenty-four (24).

OWNERS:   McELHINNEY, Dorothy D.


Parcel 63W-24 - 180

The South Half of the Northeast Quarter of Section Twenty-four (24), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of River-side, State of California.

2034

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-24 - 180 (cont'd)

OWNERS:        WALKER, Paul E. (hus)

                  WALKER, Helen H. (wife)

                  SECURITY TITLE INS. CO. (TDTr)

                  DRAKE, Alden T. (TDBen)

Parcel 63W-24 - 181

The North Half of the Northeast Quarter of Section Twenty-four (24), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPTING THEREFROM the Northerly 30 feet and the Easterly 30 feet conveyed to the County of Riverside.

OWNERS:        MORRISON, Chester W. (hus)

                  MORRISON, Rosamond B. (wife)

                  SECURITY TITLE INS. CO. (TDTr)

                  EVANS, Leta E. (m/w) (TDBen)

Parcel 63W-25 - 182

All of Section Twenty-five (25), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        KRAUSHAAR, I. N. (hus)

                  KRAUSHAAR, Beth L. (wife)

Parcel 63W-26 - 183

The East 50 acres of the South Half of the Northwest Quarter of Section Twenty-six (26), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        VAN GUNDY, Bertha L. (m/w) (sep-prop)

2035

-56-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 63W-26 - 184

The North Half of the Southwest Quarter of Section
Twenty-six (26), Township Six (6) South, Range Three
(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:          SHONTS, Margaret

### Parcel 63W-26 - 185

The South Half of the Southwest Quarter of the
Southwest Quarter of the Southwest Quarter of
Section Twenty-six (26), Township Six (6) South,
Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:          McGRATH, S. A. (m/m)

### Parcel 63W-26 - 186

The Southeast Quarter, and the South Half of the North-
east Quarter, and the South Half of the Southwest Quarter
of Section Twenty-six (26), Township Six (6) South, Range
Three (3) West, San Bernardino Base and Meridian, EXCEPTING
THEREFROM the South Half of the Southwest Quarter of the
Southwest Quarter of the Southwest Quarter.

OWNERS:          CHAPPELL, Roy C. (hus)

CHAPPELL, Pauline L. (wife)

HOLMES, W. E. (hus) (TDBen)

HOLMES, Margaret Fern (wife) (TDBen)

BANK OF AMERICA (TDTr)

### Parcel 63W-26 - 187

That portion of the North Half of the Northeast Quarter
of Section Twenty-six, Township Six (6) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County

2036

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-26 - 187 (cont'd)

of Riverside, State of California, described as follows:
Beginning at the Northeast Corner of said Section Twenty-
six (26), Township Six (6) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California; thence West along North
line of said Section 26, 140 rods; thence South 80 rods;
thence East 140 rods to East line of said Section 26;
thence North along East line to point of beginning, EXCEPT
THEREFROM any portion thereof included in highway along
East line thereof.

OWNERS:        FLEER, George W. (hus)
               FLEER, Florence F. (wife)


Parcel 63W-26 - 188

Westerly rectangular ten acres of the North Half of the
Northeast Quarter, and the East Half of the Northeast
Quarter of the Northwest Quarter of Section Twenty-six
(26), Township Six (6) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        SCHLUTER, Louise (widow)


Parcel 63W-26 - 189

The West 30 acres of the Southwest Quarter of the North-
west Quarter of Section Twenty-six (26), Township Six
(6) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:        MEHAS, Alex G. (s/m)

-58-

2037

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-26 - 190

Southerly 20 acres of the Northwest Quarter of the North-
west Quarter, and the West Half of the Northeast Quarter
of the Northwest Quarter of Section Twenty-six (26), Town-
ship Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, EXCEPTING THEREFROM the Northerly 896.4 feet
of said West Half of the Northeast Quarter of the Northwest
Quarter.

OWNERS:       ADAMS, Howard E. (hus)

              ADAMS, Mary J. (wife)

              SECURITY TITLE INS. CO. (TDTr)

              HOOD, Thomas (hus) (TDBen)

              HOOD, Jessie H. (wife) (TDBen)


Parcel 63W-26 - 191

Portion of the Northwest Quarter of Section Twenty-six
(26), Township Six (6) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, described as follows:  Beginning at
a point on North line of said Section 26, which bears
South 89°14'30" East 785.49 feet from the Northwest Corner
of said Section; thence continuing South 89°14'30" East
along North line 1214.35 feet to Northeast Corner of the
West Half of the Northeast Quarter of said Northwest
Quarter; thence Southerly along East line of said West
Half of the Northeast Quarter of the Northwest Quarter,
896.14 feet to Northeast Corner of land conveyed to
Thomas Hood, et ux, by Deed dated 1/2/47, at Book 807,
page 357, official records, County of Riverside; thence
Westerly along Northerly line of land so conveyed 1214.35
feet to a line bearing South 0°20'30" East from point of

2038

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 63W-26 - 191 (cont'd)

beginning; thence North 0°20'30" West, 897.83 feet to
point of beginning.

OWNERS:      STARKS, W. B. (widower)

### Parcel 63W-26 - 192

The Westerly 785.49 feet of the North 896.4 feet of the
Northwest Quarter of Section Twenty-six, Township Six
(6) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California, EXCEPTING THEREFROM the State Highway.

OWNERS:      DULANEY, Ellen M. (widow)

### Parcel 63W-27 - 193

All of Section Twenty-seven (27), Township Six (6)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:      BOURIS, George (m/m)

             BOURIS, Mary

             BOURIS, Sam (s/m)

### Parcel 63W-28 - 194

The West Half of the Northwest Quarter, and the
West Half of the Southwest Quarter of Section Twenty-
eight (28), Township Six (6) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:      WRIGHT, Edward L. (hus)

             WRIGHT, L. Christine (wife)

2039

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-28 - 195

The Southeast Quarter, and the South Half of the
Northeast Quarter, and the Northeast Quarter of
the Southwest Quarter, and the Southeast Quarter of
the Northwest Quarter of Section Twenty-eight (28),
Township Six (6) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:       WRIGHT, Paul Gilbert (hus)

WRIGHT, Betty Jo (wife)

TITLE INS. & TRUST CO. (TDTr)

SKELLINGER, Sevilla J. (TDBen)


Parcel 63W-28 - 196

The North Half of the Northeast Quarter, and the
Northeast Quarter of the Northwest Quarter, and
the Southeast Quarter of the Southwest Quarter of
Section Twenty-eight (28), Township Six (6) South,
Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:       WRIGHT, Edward W. (hus)

WRIGHT, L. Christine (wife)


Parcel 63W-29 - 197

All of Section Twenty-nine (29), Township Six (6)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:       ELLITHORPE, Philip L. (hus)

ELLITHORPE, Esther M. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
BANK OF RIVERSIDE (TDTr)

2040

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-29 - 197 (cont'd)

RHEINGANS, Joe (hus) (TDBen)

RHEINGANS, Helen C. (wife) (TDBen)

Parcel 63W-30 - 198

Government Lots 1 and 2 (being the West Half of the Northwest Quarter), and the South Half of the South-east Quarter of Section Thirty (30), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of Calif-ornia.

OWNERS:          U. S. A.

Parcel 63W-30 - 199

The Southwest Quarter of Section Thirty (30), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:          CURTISS, Annie L. S. (widow)

Parcel 63W-30 - 200

The East Half of the Northwest Quarter, and the North-east Quarter of Section Thirty (30), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of Cali-fornia.

OWNERS:          ELLITHORPE, Philip L. (hus)

ELLITHORPE, Esther M. (wife)

CITIZENS NATIONAL TRUST & SAVINGS
          BANK OF RIVERSIDE (TDTr)

RHEINGANS, Joe (hus) (TDBen)

RHEINGANS, Helen C. (wife) (TDBen)

2041

### UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-30 - 201

The North Half of the Southeast Quarter of Section Thirty
(30), Township Six (6) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:  WEBBER, Marjorie (1/3)

    WEBBER, Wilfred K. (1/3)

    ROBERTS, Eleanor (Ben. under Trust) }
               } (1/3)
    WEBBER, Marjorie (Ben. under Trust) }

    ROBERTS, Eleanor P. Webber (Life Income Estate)

    WEBBER, Marjorie, Trustee


Parcel 63W-31 - 202

The West Half of Section Thirty-one (31), Township Six
(6) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of Cali-
fornia.  EXCEPT the South 854 feet of the West 370 feet
of the East 410 feet;  and EXCEPT the South 824 feet of
the East 40 feet thereof.

OWNERS:  CURTISS, Annie L. S. (widow)

2042

UPPER MURRIETA CREEK AND WARM SPRINGS CREEK WATERSHED

Parcel: 63W-31-203

The Easterly 40 feet of the South 824 feet of the South-
west Quarter of Section Thirty-one (31), Township Six (6)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNERS:

COUNTY OF RIVERSIDE

Parcel: 63W-31-204

The Southerly 265.5 feet of the West 370 feet of the
East 410 feet of the Southwest Quarter of Section Thirty-
one (31), Township Six (6) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:

BROWN, Raymond E. (hus)
BROWN, Margaret E. (wife)
GILBERT, F. C. (hus)(TDBen)
GILBERT, Maude C. (wife)(TDBen)
SECURITY TITLE INS. CO (TDTr)

Parcel: 63W-31-205

The East Half of Section Thirty-one (31), Township Six
(6) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:

SCHLEUNIGER, Arnold X (hus)  )
                              )  Und. 1/2 int/
SCHLEUNIGER, Elsie (wife)     )

POTTER, Elmer (hus)           )
                              )  Und. 1/2 int.
POTTER, Lucille (wife)        )

JENNIE S. CRUTCHER FOUNDATION (TDBen)

SECURITY TITLE INS. CO (TDTr)

2043

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel: 63W-31-206

That portion of the Southwest Quarter of Section Thirty-
one (31), Township Six (6) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of River-
side, State of California, described as follows:  Beginning
on the East line of the Southwest Quarter, 265.5 feet
Northerly of the Southeast Corner;  thence Northerly along
Easterly line 353.2 feet;  thence Westerly and parallel with
Southerly line 410 feet;  thence Southerly and parallel with
Easterly line 352.2 feet to a point 265.5 feet North of
Southerly line of said Section 31;  thence Easterly parallel
with Southerly line 410 feet to point of beginning,  EXCEPT-
ING Therefrom the Easterly 40 feet in a road.

OWNERS:

WISE, Charley C. (hus)
WISE, Mildred A. (wife)
SECURITY TITLE INS. CO (TDTr)
FARMER, Muriel (wife)(TDBen)
FARMER, Gordon C. (hus)(TDBen)

Parcel: 63W-31-207

The North 237 feet of the South 854 feet of the East 410
feet of the Southwest Quarter of Section Thirty-one (31),
Township Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, EXCEPTING therefrom the Easterly 40 feet.

OWNERS:

TIPPIT, Charles E. (hus)
TIPPIT, Patricia A. (wife)
LAND TITLE COMPANY (TDTr)
FARMER, Gordon C. (hus)(TDBen)
FARMER, Muriel (wife)(TDBen)

2044

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel: 63W-32-208

The North Half of the North Half; and, the Southeast Quarter of the Northeast Quarter of Section Thirty-two (32), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

U. S. A.

Parcel: 63W-32-209

The South Half of the Northwest Quarter of Section Thirty-two (32), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

WILKS, Charles Edward

Parcel: 63W-32-210

The Southwest Quarter of the Southwest Quarter of Section Thirty-two (32), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SMITH, Sidney B. (hus)

SMITH, Julia T. (wife)

Parcel: 63W-32-211

The East Half of the Southwest Quarter; and, the Northwest Quarter of the Southwest Quarter of Section Thirty-two (32), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

2045

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel: 63W-32-211 Continued

OWNERS:

LORING, Gerald (hus)

LORING, Augusta (wife)

Parcel: 63W-32-212

Government Lots One (1), Two (2) and Three (3), Section Thirty-two (32), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MARTINEZ, Marie (widow)

JUAREZ, Carmen (s/m)

Parcel: 63W-32-213

The Southwest Quarter of the Northeast Quarter; and, the Northwest Quarter of the Southeast Quarter of Section Thirty-two (32), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

LOWE, Clarence R. (hus)

LOWE, Bernice A. (wife)

TRINDL, Frank (TDBen)

TRINDL, Margie (TDBen)

TITLE INS. & TRUST CO (TDTr)

Parcel: 63W-33-214

All of Section Thirty-three (33), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

RUST, Richmond A. (s/m)

2046

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel:  63W-34-215

> The Northwest Quarter of Section Thirty-four, Township Six South,
> (6) Range Three (3) West, San Bernardino Base and Meridian,
>
> in the County of Riverside, State of California.

OWNERS:

> HARRISON, Richard (hus)(Life Est)
>
> HARRISON, Delia (wife)(Life Est)
>
> HARRISON, John H.
>
> HARRISON, Sarah Ann
>
> MC COMB, Minnie H.

Parcel:  63W-34-216

> The Southwest Quarter of Section Thirty-four (34), Town-
> ship Six (6) South, Range Three (3) West, San Bernardino
> Base and Meridian, in the County of Riverside, State of
> California.

OWNERS:

> COOPER, Walter S. (sep prop)
>
> MANCE, Mike (hus)(Mtgee)
>
> MANCE, L. L. (wife)(Mtgee)

Parcel:  63W-34-217

> The Northwest Quarter of the Northeast Quarter; and, the
> Southwest Quarter of the Northeast Quarter; and, the East
> Half of the North Half of the Northwest Quarter of the
> Southeast Quarter of Section Thirty-four (34), Township
> Six (6) South, Range Three (3) West, San Bernardino Base
> and Meridian, in the County of Riverside, State of
> California.

OWNERS:

> ANDERSON, Henry Albert (un/m)

-68-

2047

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel:  63W-34-218

The West 280 feet of the South 480 feet of the West Half
of the North Half of the Northwest Quarter of the Southeast
Quarter of Section Thirty-four (34), Township Six (6) South,
Range Three (3) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:

    GUNNELL, James William (s/m)

    KRAUSE, Effie (no status)

Parcel:  63W-34-219

The West Half of the North Half of the Northwest Quarter
of the Southeast Quarter of Section Thirty-four (34),
Township Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, EXCEPT the West 280 feet of the South 480 feet.

OWNERS:

    HENRY, Nora (s/w)

Parcel:  63W-34-220

The South Half of the Northwest Quarter of the Southeast
Quarter; and, the North Half of the South Half of the
Southeast Quarter of Section Thirty-four (34), Township
Six (6) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of Cali-
fornia, EXCEPTING that portion in the State Highway.

OWNERS:

    GUSTASON, David G. (s/m)

Parcel:  63W-34-221

The North Half of the North Half of the South Half of the
South Half of the Southeast Quarter; and, the South Half
of the North Half of the South Half of the South Half of

2048

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel:  63W-34-221 Continued

the Southeast Quarter of Section Thirty-four (34), Township

Six (6) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

OWNERS:

STATE OF CALIFORNIA

Parcel:  63W-34-222

The South Half of the Southwest Quarter of the Southwest

Quarter of the Southeast Quarter of Section Thirty-four (34),

Township Six (6) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of Riverside, State of

California.

OWNERS:

HILL, Roy C. (hus)

HILL, Marion (wife)

Parcel:  63W-34-223

The South 330 feet of the Southeast Quarter of Section Thirty-

four (34), Township Six (6) South, Range Three (3) West, San

Bernardino Base and Meridian, County of Riverside, State of

California, lying Easterly of State Highway.  Also, the

South Half of the Southeast Quarter of the Southwest Quarter

of the Southeast Quarter of said Section Thirty-four (34).

Also, that portion of the South 330 feet of the Southeast

Quarter of the Southeast Quarter of Section Thirty-four

(34), lying Westerly of the State Highway.

OWNERS:

CHRISTOPHERSON, Nels Arthur (s/m)

CHRISTOPHERSON, George

TRAPPE, Elain

-70-

2049

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel: 63W-34-224

The South Half of the Northeast Quarter of the Southeast Quarter of Section Thirty-four (34), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion on State Highway, and the East 30 feet conveyed to County of Riverside.

OWNERS:

BANE, Ralph O. (s/m)

Parcel: 63W-34-225

The North 660 feet of the Northeast Quarter of the Southeast Quarter of Section Thirty-four (34), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California EXCEPT that portion in State Highway and the East 30 feet conveyed to County of Riverside.

OWNERS:

MC ELWAIN, Emily (widow)
BURGESON, Lee (no status )(TDTr)
APPEL, A. W. (no status)(TDBen)

Parcel: 63W-34-226

The South Half of the Southeast Quarter of the Northeast Quarter of Section Thirty-four (34), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion in Highway.

OWNERS:

SCOTT, Vinson W. (hus)
SCOTT, Lois A. (wife)

2050

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel: 63W-34-226A

The North Half of the Southeast Quarter of the Northeast
Quarter; and, the Northeast Quarter of the Northeast
Quarter of Section Thirty-four (34), Township Six (6)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.
EXCEPT that portion in Highway.

OWNERS:

SHONTS, Margaret C. (widow)

Parcel: 63W-35-227

The East Half of Section Thirty-five (35), Township
Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:

FARRELL, Martin B. (m/m)

Parcel: 63W-35-228

The Southwest Quarter of Section Thirty-five (35),
Township Six (6) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of Riverside, State
of California, EXCEPT the North Half of the North Half of
the North Half of said Southwest Quarter.  Also EXCEPT
the portion included in roads.  Also EXCEPT the West Half
of the said South Half of the North Half of the North
Half of said Southwest Quarter.

OWNERS:

CASTELLANO, Gaetane

LENTA, Maria

2051

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel:  63W-35-229

The South Half of the North Half of the Northwest Quarter
of the Southwest Quarter of Section Thirty-five (35),
Township Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

OWNERS:

CURTIS, Val (un/w)
CURTIS, Phyllis (s/w)

Parcel:  63W-35-230

The North Half of the North Half of the North Half of
the Southwest Quarter of Section Thirty-five (35), Town-
ship Six (6) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California, EXCEPT the North Half of the North Half of
the North Half of the North Half of the North Half of
the Southwest Quarter of said Section Thirty-five (35),
ALSO EXCEPT roads.

OWNERS:

DEVINE, Harry J. (hus)
DEVINE, Lillian L. (wife)

Parcel:  63W-35-231

The North Half of the North Half of the North Half of
the North Half of the North Half of the Southwest Quarter
of Section Thirty-five (35), Township Six (6) South,
Range Three (3) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.  Also,
the South Half of the South Half of the South Half
of the South Half of the Northwest Quarter of said

-73-

2052

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-35 - 231 (cont'd)

Section Thirty-five (35). EXCEPTING therefrom roads.

OWNERS:      GOUGH, G. R. (m/m)

Parcel 63W-35 - 232

Beginning at the Northwest Quarter of the South Half of the Northwest Quarter of Section Thirty-five (35), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California; thence East along the North line of said South Half of the Northwest Quarter 660 feet; thence South 66 feet; thence West 660 feet to West line of said Section Thirty-five (35); thence North along West line 66 feet to point of beginning. Also, the South Half of the Southwest Quarter of the Northwest Quarter of the Northwest Quarter of said Section Thirty-five (35), EXCEPT roads.

OWNERS:      MAGNO, George (m/m - sep prop)

Parcel 63W-35 - 233

The South Half of the North Half of the Northwest Quarter of Section Thirty-five, Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the South Half of the Southwest Quarter of the Northwest Quarter of the Northwest Quarter of said Section Thirty-five (35).

Also, the North Half of the North Half of the Northwest Quarter of said Section Thirty-five, EXCEPT the West 990 feet of the North 660 feet of said North Half of the North Half of the Northwest Quarter.

OWNERS:      ASTANFORD, Lester E. (m/m - sep prop)

2053

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 63W-35 - 234

The South Half of the Northwest Quarter of Section
Thirty-five (35), Township Six (6) South, Range Three
(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT the
South Half of the South Half of the South Half of
the South Half of the Northwest Quarter; also EXCEPT
the Northerly 66 feet of the Westerly 660 feet of the
South Half of the Northwest Quarter; also EXCEPT
roads.

OWNERS:        MINNICK, William A. (hus)
               MINNICK, Nellie P. (wife)

### Parcel 63W-35 - 235

A portion of the Northwest Quarter of Section Thirty-
five (35), Township Six (6) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as follows:
Beginning at the Northwest Corner; thence South on
West line 660 feet; thence East on line parallel with
North line of said Section THirty-five (35), 990 feet;
thence North on line parallel with West line of said
Section Thirty-five (35), 660 feet to North line of
said Section Thirty-five (35); thence West on North
line 990 feet to point of beginning.  EXCEPT roads.

OWNERS:        EVANS, George Deeves (hus)
               EVANS, Leta Ella (wife)

### Parcel 63W-36 - 236

All of Section Thirty-six (36), Township Six (6)
South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of

2054

-75-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 63W-36 - 236 (cont'd)

California, EXCEPT the Northeast Quarter of the Northeast Quarter of said Section Thirty-six (36).

OWNERS:     KRAUSHAAR, Isaac N. (hus)

KRAUSHAAR, Beth L. (wife)


Parcel 63W-36 - 237

The Northeast Quarter of the Northeast Quarter of Section Thirty-six (36), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     NELSON, A. J. (hus)

NELSON, Wilma (wife)

STATE BOARD OF EQUALIZATION (Tax Lien)


Parcel 64W-13 - 238

All of Section Thirteen (13), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     BEHRENS, Samuel (hus)

BEHRENS, Florence A. (wife)


Parcel Numbers 240 through 250 not used.


Parcel 64W-24 - 251

The Northwest Quarter of the Northwest Quarter of Section Twenty-four (24), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     U. S. A.

2055

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-24 - 252

The North Half of the Northeast Quarter, and the
Northeast Quarter of the Northwest Quarter, and the
Southwest Quarter of the Northeast Quarter of Sec-
tion Twenty-four (24), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:        WARD, Minnie


Parcel 64W-24 - 253

The East Half of the South Half of the Northwest
Quarter of Section Twenty-four (24), Township Six
(6) South, Range Four (4) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:        JOHNSON, Rudolph (m/m - sep prop)

               JOHNSON, Melvin N. (m/m - sep prop) - (TDBen)

               SECURITY FIRST NATIONAL BANK OF
                         LOS ANGELES (TDTr)


Parcel 64W-24 - 254

The North Half of the Southwest Quarter of Section
Twenty-four (24), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:        JOHNSON, Jonny E. (m/m)


Parcel 64W-24 - 255

The West Half of the South Half of the Northwest
Quarter of Section Twenty-four (24), Township
Six (6) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State

2056

-77-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-24 - 255 (cont'd)

of California.

OWNERS:         WICKER, Harvey Anderson, Sr., (m/m - sep prop)

Parcel 64W-24 - 256

The Southwest Quarter of the Southwest Quarter of
Section Twenty-four (24), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:         CALOIA, John (hus)

                CALOIA, Ennis V. (wife)

Parcel 64W-24 - 257

The West Half of the Southeast Quarter of Section
Twenty-four (24), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
EXCEPT the Westerly 330 feet of the Southerly 660
feet of the Southwest Quarter of the Southeast
Quarter,  ALSO EXCEPT that portion described as
follows:  Beginning at the Northeast Corner of the
West Half of said Southeast Quarter; thence Westerly
on Northerly line of said Southeast Quarter, 660 feet;
thence Southerly parallel with East line of West Half
of said Southeast Quarter to Northwesterly line of
Bundy Canyon Road; thence Northeasterly on Northwesterly
line of said Road to East line of West Half of said
Southeast Quarter; thence Northerly on said East line
to point of beginning.

OWNERS:         HERNDON, Sherman R. (hus)

                HERDON, Dorothy Ann (wife)

2057

-78-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-24 - 257 (cont'd)

OWNERS: (cont'd) SECURITY TITLE INS. CO. (TDTr)

RIZZO, Charles I. (Widower) (TDBen)


Parcel 64W-24 - 258

A portion of the West Half of the Southeast Quarter
of Section Twenty-four (24), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
described as follows:  Beginning at the Northeast
Corner of the West Half of the Southeast Quarter of
said Section; thence Westerly on the Northerly line
of said Southeast Quarter, 660 feet; thence Southerly
parallel with the East line of the West Half of the
Southeast Quarter to Northwesterly line of Bunday
Canyon Road; thence Northeasterly on Northwesterly
line of said road to East line of the West Half of
the Southeast Quarter of said Section; thence Northerly
on the East line of the West Half of the Southeast
Quarter of said Section to point of beginning.

OWNERS:          JACK, Richard W. (s/m)

JACK, James F. (hus)

JACK, Eva J. (wife)

SECURITY TITLE INS. CO. (TDTr)

APPLEGATE, Max (hus) (TDBen)

APPLEGATE, Nettie (wife) (TDBen)


Parcel 64W-24 - 259

The East Half of the Southeast Quarter, and the
Southeast Quarter of the Northeast Quarter of
Section Twenty-four (24), Township Six (6) South,
Range Four (4) West, San Bernardino Base and

2058

-79-

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-24 - 259 (cont'd)

Meridian, in the County of Riverside, State of California.

OWNERS:     STEELE, J. C. (hus)

STEELE, Elizabeth S. (wife)


Parcel 64W-24 - 260

The Southeast Quarter of the Southwest Quarter, and the Westerly 330 feet of the Southerly 660 feet of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     CLARK, David J. (s/m)


Parcel 64W-25 - 261

The East Half of Section Twenty-five (25), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     MONIOT, Anthony (hus)

MONIOT, Mildred Dorothy (wife)


Parcel 64W-25 - 262

The Southwest Quarter, and the South Half of the Northwest Quarter of Section Twenty-five (25), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:     HOWELL, Kenneth L.

HOWELL, Nellie J.

2059

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-25 - 263

The North Half of the Northwest Quarter of Section
Twenty-five (25), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, EXCEPT the
Easterly 495 feet, also EXCEPT the Westerly 990 feet;
also EXCEPT that portion lying Northerly of the South-
erly line of Bundy Road.

OWNERS:        BERGMAN, Herman B. (s/m)


Parcel 64W-25 - 264

That portion of Section Twenty-five (25), Township
Six (6) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, described as follows:  Beginning at
a point 674 feet East of the Northwest Corner of
Section Twenty-five (25); thence Easterly along said
Northerly line 1900 feet to a point; thence South-
westerly 1036 feet along Bundy Canyon Road to a
point approximately 410 feet South of said Northerly
line; thence Northwesterly 1070 feet to the point of
beginning, being a portion of land lying between Bundy
Road and the Northerly line of Section Twenty-five,
EXCEPT therefrom that portion described as follows:
Beginning at a point 674 feet East of the Northwest
Corner of Section Twenty-five; thence Easterly along
said Northerly line 520 feet; thence Southerly 132
feet to an intersection with Bundy Canyon Road; thence
Northwesterly to point of beginning.

OWNERS:        FLOWERS, Roy (hus)
               FLOWERS, Ethel (wife)

-81-

2060

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-25 - 265

Beginning at the Northwest Corner of the Northwest
Quarter of the Northwest Quarter of Section Twenty-
five (25), Township Six (6) South, Range Four (4)
West, San Bernardino Base and Meridian, in the
County of Riverside, State of California; thence
Southerly along West line of the Northwest Quarter
of the Northwest Quarter 1320 feet to Southwest Corner;
thence East along Southerly line 990 feet; thence
Northerly and parallel to Westerly line to center line
of Bundy Road; thence Northwesterly along center line
of said Road to its intersection with Northerly line of
Section Twenty-five (25); thence Westerly along Northerly
line to point of beginning.

OWNERS:        CULVEYHOUSE, Gladys B. (widow)


Parcel 64W-25 - 266

Beginning at a point 674 feet East of the Northwest
Corner of Section Twenty-five (25), Township Six (6)
South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia; thence Easterly and along said Northerly line
of Section Twenty-five (25), 520 feet; thence South-
erly 132 feet to an intersection with Bundy Canyon
Road; thence Northwesterly to point of beginning.

OWNERS:        HILL, Edward M.


Parcel 64W-25 - 267

The East 495 feet of the Northeast Quarter of the
Northwest Quarter of Section Twenty-five (25), Town-
ship Six (6) South, Range Four (4) West, San Bernardino

2061

-82-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-25 - 267 (cont'd)

Base and Meridian, in the County of Riverside, State of
California, EXCEPT the South 440 feet and also EXCEPT that
portion lying Northerly of Bundy Road.

OWNERS:        COOK, James R. (hus)

               COOK, Mabel J. (wife)
                    (Acquired title as Mable J. Aytes)


Parcel 64W-25 - 268

The South 440 feet of the West 495 feet of the North-
east Quarter of the Northwest Quarter of Section
Twenty-five (25), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:        GENERAL TITLE CLEARING CO.


Parcel Numbers 269 through 271 not used.


Parcel 64W-26 - 272

The Southeast Quarter of the Northwest Quarter of the
Southeast Quarter of Section Twenty-six (26), Town-
ship Six (6) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, lying Northeasterly of portion conveyed
to State of California for highway purposes.

OWNERS:        CANTACESSI, Joe (hus)

               CANTACESSI, Theresa (wife)


Parcel Number 273 not used.

2062

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 64W-26 - 274

The Southeast Quarter of the Northwest Quarter of the
Southeast Quarter of Section Twenty-six (26), Town-
ship Six (6) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, lying Southwesterly of parcel conveyed
to State of California for Highway purposes.

OWNERS:        HOFELDT, Earl W. (s/m)


Parcel Numbers 275 through 382 not used.


Parcel 72W-3 - 383

The Northeast Quarter, and the Southeast Quarter of
Section Three (3), Township Seven (7) South, Range
Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California, EXCEPT-
ING from said Southeast Quarter the following des-
cribed portion:  Beginning at a point within said
East Half of Section Three (3), from which the
Quarter Section Corner of the West side of Section
Three (3) bears South 89° West distant 3692.20 feet;
running thence North 89°52' East 450.40 feet; thence
South 402.40 feet; thence South 76°02' West, 101.62
feet; thence North 74°05' West 90.10 feet; thence North
64°59' West, 275.85 feet; thence North 3°03' West,
284.92 feet to point of beginning.

OWNERS:        AULD, William K.

               ROBERTSON, Alma C.

               AULD, Barbara Ann


2063

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 72W-3 - 384

That portion of the East Half of Fractional Section Three (3), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:  Beginning at a point in the East Half of said Section from which the West Quarter Section Corner of said Section bears South 89°52' West 3692.20 feet; thence North 89°52' East, 450.40 feet; thence South 402.40 feet; thence South 76°02' West, 101.62 feet; thence North 74°05' West, 90.10 feet; thence North 64°59' West, 275.85 feet; thence North 03°03' West, 284.92 feet to point of beginning.

OWNERS:       SEWELL, Harold (hus)

SEWELL, Mabel (wife)

AULD, William K. (s/m-sep prop)

AULD, Thelma F.

SECURITY TITLE INS. CO. (TDTr)

WILSON, Mary C. (wife) (TDBen)

WILSON, Samuel R. (hus) (TDBen)

### Parcel 72W-3 - 385

The Northwest Quarter of Section Three (3), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:       NICOLAS, Marius A. (hus)

NICOLAS, Mary (wife)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

2064

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-3 - 386

The Southwest Quarter of Section Three (3), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        NICOLAS, Marius A. (hus)

               NICOLAS, Mary (wife)

               FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 72W-4 - 387

The Southeast Quarter of Section Four (4), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        NICOLAS, Marius A. (hus)

               NICOLAS, Mary (wife)

               FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 72W-4 - 388

The South Half of the North Half of Section Four (4),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

OWNERS:        CUMMINS, Robert M. (hus)

               CUMMINS, Pearl Dickinson (wife)


Parcel 72W-4 - 389

The North Half of the North Half of Section Four (4),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of River-
side, State of California.

2065

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-4 - 389 (cont'd)

OWNERS:       POURROY, Fred J. (hus)

              POURROY, Frances (wf)


Parcel 72W-4 - 390

The Southwest Quarter of Section Four (4), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:       CEAS, Albert N. (hus)

              CEAS, Maxine R. (wife)

              BANK OF AMERICA (TDTr)

              SERVEL, Leon J. (hus) (TDBen)

              SERVEL, Clementine C. (wife) (TDBen)


Parcel 72W-5 - 391

The Northwest Quarter of Section Five (5), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California; Also the South Half of said Section
Five (5), EXCEPT therefrom that portion described as
follows: Beginning at the Northeast Corner of said
South Half of Section Five (5); thence South 417.42
feet; thence West 417.42 feet; thence North 417.42
feet; thence East 417.42 feet to point of beginning.

OWNERS:       POURROY, Fred J.

              POURROY, Frances


Parcel 72W-5 - 392

That portion of Section Five (5), Township Seven (7)
South, Range Two (2) West, San Bernardino Base and

2066

The West Half of the Southeast Quarter, and the West

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-5 - 392 (cont'd)

Meridian, in the County of Riverside, State of
California, described as follows:  Beginning at the
Northeast Corner of the South Half of Section Five
(5); thence South 417.42 feet; thence West 417.42
feet; thence North 417.42; thence East 417.42 feet
to point of beginning.

OWNERS:        TRUSTEES OF ALIMOS SCHOOL DISTRICT

Parcel 72W-5 - 393

The Northeast Quarter of Section Five (5), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:        CUMMINS, Robert M.

               CUMMINS, Pearl Dickinson


Parcel 72W-6 - 394

The East Half of the East Half of the Southeast Quarter
of Section Six (6), Township Seven (7) South, Range Two
(2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:        POURROY, Fred J.

               POURROY, Frances


Parcel 72W-6 - 395

The West Half of the Southeast Quarter, and the West
Half of the East Half of the Southeast Quarter of
Section Six (6), Township Seven (7) South, Range Two
(2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.  Also,
the North Half of the Northwest Quarter and the

2067

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-6 - 395 (cont'd)

Southwest Quarter of the Northwest Quarter of said

Section Six (6).

OWNERS:       SMOHL, Leonard O. (hus)

              SMOHL, Ethel L. (wife)
                   (formerly Ethel L. Russell)


Parcel 72W-6 - 396

The Northeast Quarter of Section Six (6), Township

Seven (7) South, Range Two (2) West, San Bernardino

Base and Meridian, in the County of Riverside, State

of California.

OWNERS:       MARQUIS, Raoul (hus)

              MARQUIS, Minerva (wife)

              LAND TITLE CO. (TDTr)

              AUBERT, Ernest (s/m) (TDBen)


Parcel 72W-6 - 397

The East 40 acres of Lot One (1) in the Northwest

Quarter of Section Six (6), Township Seven (7) South,

Range Two (2) West, San Bernardino Base and Meridian,

in the County of Riverside, State of California, (be-

ing the Southeast Quarter of the Northwest Quarter);

Also, Lots One (1) and Two (2) in the Southwest Quarter

(being the Southwest Quarter) of said Section Six (6).

OWNERS:       BOREL, A. F. (hus)

              BOREL, Louise (wife)


Parcel 72W-7 - 398

The Southeast Quarter of the Southeast Quarter of

Section Seven (7), Township Seven (7) South, Range

Two (2) West, San Bernardino Base and Meridian, in

2068

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-7 - 398 (cont'd)

the County of Riverside, State of California.

OWNERS:        HILLIARD, C. S. (m/w)

Parcel 72W-7 - 399

The North Half of the Southeast Quarter of Section
Seven (7), Township Seven (7) South, Range Two (2)
West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

OWNERS:        CEAS, Etienne

Parcel 72W-7 - 400

The Northeast Quarter of Section Seven (7), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, and that portion of the Northwest Quarter
of said Section Seven (7) lying East of County Road.

OWNERS:        BOREL, A. F. (hus)

               BOREL, Louise (wife)

               BREEDEN, Kathryn K. (TDBen)

               SECURITY TITLE INS. CO. (TDTr)

Parcel 72W-7 - 401

The West Half of the West Half of Section Seven (7),
Township Seven (7) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of
Riverside, State of California lying West of the
County Road.

OWNERS:        SERVEL, Leon J. (hus)

               SERVEL, Clementine C. (wife)

-90-

2069

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-7 - 402

The North Half of the Southeast Quarter of the South-
west Quarter of Section Seven (7), Township Seven (7)
South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia. Also, The North Half of the Southwest Quarter
of said Section Seven (7) lying Easterly of County Road.

OWNERS:          CEAS, Albert N. (hus)

                 CEAS, Maxine (wife)

                 SERVEL, Leon J. (hus) (TDBen)

                 SERVEL, Clementine C. (wife) (TDBen)

                 CITIZENS NATIONAL TRUST & SAVINGS
                     BANK OF RIVERSIDE (TDTr)


Parcel 72W-7 - 403

The Southwest Quarter of the Southwest Quarter
of Section Seven (7), Township Seven (7) South,
Range Two (2) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California,
lying easterly of County Road;  Also, the South Half
of the Southeast Quarter of the Southwest Quarter,
and the Southwest Quarter of the Southeast Quarter of
said Section Seven (7).

OWNERS:          CEAS, Emelie


Parcel 72W-8 - 404

The Southeast Quarter of Section Eight (8), Township
Seven (7) South, Range Two (2) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

OWNERS:          CEAS, Albert N. (m/m-sep. prop)

-91-

2070

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 72W-8 - 405

The Southwest Quarter and the Northeast Quarter of Section Eight (8), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:         BOREL, A. F. (hus)
                BOREL, Louise (wife)


Parcel 72W-8 - 406

The Northwest Quarter of Section Eight (8), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:         REYES, Ida P.
                REYES, Antonio N. (hus)


Parcel 72W-18 - 407

The South Half of Section Eighteen (18), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:         SERVEL, Leon J. (hus)
                SERVEL, Clementine (wife)


Parcel 72W-18 - 408

The Northeast Quarter Section Eighteen (18), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:         HILLIARD, C. S. (m/w)

2071

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

### Parcel 72W-18 - 409

The Northwest Quarter of Section Eighteen (18), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:    BOREL, A. F. (m/m)

BOREL, Louise

### Parcel 73W-1 - 410

The North one-third (1/3) of the North Half of Section One (1), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:    CEAS, Etienne

### Parcel 73W-1 - 411

The South one-third (1/3) of the North Half of the North Half, and the North one-third (1/3) of the South Half of the North Half of Section One (1), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:    CEAS, Albert N. (hus)

CEAS, Maxine R. (wife)

### Parcel 73W-1 - 412

The South one-third (1/3) of the North Half of Section One (1), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:    CEAS, Emelie

-93-

2072

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

~~Parcel 73W-1 - 413~~

The South Half of Section One (1), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:    FRENCHMEN'S VALLEY FARM & DEVELOPMENT CORP.
SECURITY TITLE INS. CO. (TDTr)
SERVEL, Leon J. (hus) (TDBen)
SERVEL, Clementine (wife) (TDBen)

Parcel 73W-2 - 414

Lot Two (2) in the Northeast Quarter (being the North Half of the Northeast Quarter) of Section Two (2), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in theCounty of River-side, State of California.

OWNERS:    JONES, David L.
JONES, Joseph E.

Parcel 73W-2 - 415

The West Half of Lot One (1) in the Northeast Quarter (being the Southwest Quarter of the Northeast Quarter) of Section Two (2), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:    RICHMOND, James A. (hus) (Life Est)
RICHMOND, Julia A. (wife) (Life Est)
BARNES, Garland I. (m/m)
HARTZOG, Hazel B. (m/w)
NIELSON, Lucy B. (m/w)
SALLADIN, Paul M. (hus)
SALLADIN, Lydia (wife)

-94-

2073

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-2 - 416

The Northwest Quarter of Section Two (2), Township Seven
(7) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California
EXCEPT the West Half of the Northeast Quarter of the
Northeast Quarter of the Northwest Quarter, and also
EXCEPT the East Half of the West Half of the South Half
of the Northeast Quarter of the Northwest Quarter.

OWNERS:          LEASE, John H. (s/m)


Parcel 73W-2 - 417

The West Half of the Southwest Quarter of Section Two
(2), Township Seven (7) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:          TAFT, Walter S. (widower)
                 WARD, Abbie T. (widow)


Parcel 73W-2 - 418

The East Half of the Southwest Quarter of Section Two
(2), Township Seven (7) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of
Riverside, State of California.

OWNERS:          JAMES, Andrew R.
                 JAMES, Ester I.


Parcel 73W-2 - 419

The Southeast Quarter, and the Southeast Quarter
of the Northeast Quarter of Section Two (2), Township
Seven (7) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California.

2074

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-2 - 419 (cont'd)

OWNERS:  GENTRY, Helen, aka Greenwood (m/w)

     GENTRY, Howard S. (m/m)

     GENTRY, Bruce (hus)

     GENTRY, Eve (wf)

     FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)


Parcel 73W-2 - 420

The West Half of the Northeast Quarter of the Northeast
Quarter of the Northwest Quarter of Section Two (2),
Township Seven (7) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:  HECKER, F. H.

     HECKER, William F.

     HECKER, Myrtle M.


Parcel 73W-2 - 421

The East Half of the West Half of the South Half of
the Northeast Quarter of the Northwest Quarter of
Section Two (2), Township Seven (7) South, Range
Three (3) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNERS:  LEASE, John H.


Parcel 73W-3 - 422

All of fractional Section Three (3), Township Seven
(7) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:  LINCOLN, Julia K. (m/w)

     LINCOLN, Earnest M.

     HAMILTON, Rhina

2075

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-4 - 423

All of fractional Section Four (4), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:      THOMPSON, Paul H. (hus)

THOMPSON, Mary M. (wife)

FEDERAL LAND BANK OF BERKELEY (TDTr & TDBen)

Parcel 73W-5 - 424

All of fractional Section Five (5), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:      PLUMLEY, John R.

PLUMLEY, Elizabeth A.

Parcel Numbers 425 through 444 not used.

Parcel 73W-10 - 445

Portion of the Northeast Quarter of fractional Sec-
tion Ten (10), Township Seven (7) South, Range Three
(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, lying
Southeasterly of Los Almos Road.

OWNERS:      FITZPATRICK, John (hus)

FITZPATRICK, Frieda (wife)

Parcel 73W-10 - 446

Portion of the Northeast Quarter of fractional Sec-
tion Ten (10), Township Seven (7) South, Range Three

2076

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-10 - 446 (cont'd)

(3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, lying Northwesterly of Los Almos Road.

OWNERS:        NEGEN, Eli (un/m)

LAND TITLE INS. CO. (TDTr)

COLEMAN, William B. (hus) (TDBen)

COLEMAN, Nannie May (wife) (TDBen)

Parcel 73W-11 - 447

Portion of the East Half of the Southwest Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian lying Northeasterly of Rancho Temecula line running through said Section Eleven (11), EXCEPT therefrom the Northerly 13.93 acres. Also: The Southwest Quarter of the Southeast Quarter of said fractional Section Eleven (11) lying Northeasterly of Rancho Temecula line, EXCEPT therefrom the Easterly 10 acres (being the East Half of the East Half of the Southwest Quarter of the Southeast Quarter of Section Eleven (11)).

OWNERS:        GAGNON, George W. (un/m)

Parcel 73W-11 - 448

The South 6.25 acres of the East Half of the East Half of the Southwest Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        SCHMOYER, Luther A. (hus)

SCHMOYER, Dorothy A. (wife)

2077

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 449

The Southeast Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        CEAS, Albert N. (hus)

               CEAS, Maxine R. (wife)

Parcel 73W-11 - 450

The Northeast Quarter of the Southeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        MAGNES, Charles Lorenzo

Parcel 73W-11 - 451

The Northeast Quarter of the Northeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        LEIDBERG, Edwin P. (hus)

               LEIDBERG, Lydia E. (wife)

               PACIFIC COAST TITLE OF RIVERSIDE (TDTr)

               LAPPIN, Pauline H. (m/w) (TDBen)

               MEIER, Ada E. (m/w) (TDBen)

Parcel 73W-11 - 452

The North Half of the Northwest Quarter of the Northeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San

-99-

2078

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 452 (cont'd)

Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        MILLER, A. C.

               MILLER, Madeline G.

Parcel 73W-11 - 453

The South Half of the Northwest Quarter of the Northeast Quarter, and the Northwest Quarter of the Southwest Quarter of the Northeast Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        MARTIN, Vera I.

Parcel 73W-11 - 454

The Northeast Quarter of the Northwest Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:        JAMES, Andrew R. (hus)

               JAMES, Ester I. (wife)

Parcel 73W-11 - 455

The West Half of the Northwest Quarter, and the Southeast Quarter of the Northwest Quarter, and the Northwest Quarter of the Southwest Quarter of fractional Section Eleven (11), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

2079

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 455 (cont'd)

OWNERS:  TAFT, Walter S. (widower)

WARD, Abbie T. (widow)

Parcel 73W-11 - 456

The North 13.93 acres of the Northeast Quarter of the
Southwest Quarter of fractional Section Eleven (11),
Township Seven (7) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNERS:  CALLAN, Thomas J. (hus)

CALLAN, Bridgie E. (wife)

Parcel 73W-11 - 457

The North 3.75 acres of the East Half of the East
Half of the Southwest Quarter of the Southeast Quarter
of fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:  FEGSTAD, Sam

Parcel 73W-11 - 458

The South Half of the South Half of the Northwest Quar-
ter of the Southeast Quarter of fractional Section
Eleven (11), Township Seven (7) South, Range Three
(3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNERS:  LAYBOURN, George R.

-101-

2080

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 450

The Northeast Quarter of the Southwest Quarter of
the Northeast Quarter, and the South Half of the
Southwest Quarter of the Northeast Quarter, and the
North Half of the Northwest Quarter of the South-
east Quarter of fractional Section Eleven (11),
Township Seven (7) South, Range Three (3) West,
San Bernardino Base and Meridian.

OWNERS:    GAGNON, George W. (un/m)


Parcel 73W-11 - 460

The North Half of the Southeast Quarter of the
Northwest Quarter of the Southeast Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of Riverside, State of
California.

OWNERS:    NOVAK, Frank J. (hus)
           NOVAK, Martha Ruth (wife)


Parcel 73W-11 - 461

The North Half of the Southwest Quarter of the
Northwest Quarter of the Southeast Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of
California.

OWNERS:    HODDING, Walford M. (hus)
           HODDING, Beatrice L. (wife)

2081

## UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-11 - 462

The Southeast Quarter of the Northeast Quarter of
fractional Section Eleven (11), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:      WELCH, Alberta P. (widow)

              ANGELOTY, Achilles (widower)

              BANK OF AMERICA (TDTr)

              GRANA, George (hus) (TDBen)

              GRANA, Jennie (wife) (TDBen)

Parcel 73W-12 - 463

The North Half, and the East Half of the Southeast
Quarter, and the Northwest Quarter of the Southeast
Quarter, and the Northwest Quarter of the Southwest
Quarter of Section Twelve (12), Township Seven (7)
South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of Cali-
fornia.

OWNERS:      FRENCHMEN'S VALLEY FARM & DEVELOPMENT CORP.

              SECURITY TITLE INS. CO. (TDTr)

              SERVEL, Leon J. (hus) (TDBen)

              SERVEL, Clementine (wife) (TDBen)

Parcel 73W-12 - 464

The East Half of the Southwest Quarter, and the
Southwest Quarter of the Southwest Quarter, and
the Southwest Quarter of the Southeast Quarter of
Section Twelve (12), Township Seven (7) South, Range
Three (3) West, San Bernardino Base and Meridian, in

2082

-103-

UPPER MURRIETA CREEK & WARM SPRINGS CREEK WATERSHED

Parcel 73W-12 - 464 (cont'd)

the County of Riverside, State of California.

OWNERS:  COMPARETTE, Virgil G. (hus)

      COMPARETTE, Edna M. (wife)

      WATSON, Ollie (widow) (TDBen)

      BANK OF AMERICA (TDTr)

Parcel 73W-13, 14 & 24 - 465

All of fractional Section Thirteen (13), Township
Seven (7) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of Riverside, State
of California, and, Lot One (1) of Fractional Section
Fourteen (14) of said Township and Range, being also
described as fractional Northeast Quarter of Section
Fourteen (14). And, Lot One (1) of fractional Section
Twenty-four (24) of said Township and Range, said Lot
One being also described as fractional Northeast Quar-
ter of said Section Twenty-four (24).

OWNERS:  NICOLAS, Edmund (aka Marius Edmund) (hus)

      NICOLAS, Georgia (wife)

      NICOLAS, Mary (wife) (TDBen)

      NICOLAS, M. A. (hus) (TDBen)

      CITIZENS NATIONAL TRUST AND SAVINGS
          BANK OF RIVERSIDE (TDTr)

2083