1  STANLEY MOSK, Attorney General
   of the State of California
2  F. G. GIRARD, Deputy Attorney General
   Library and Courts Building
3  Sacramento 14, California   **FILED**   **ENTERED**
   HIckory 5-4711, Ext. 5448
4                              FEB 20 1963      FEB 20 1963
   Attorneys for Plaintiff
5                              CLERK, U.S. DISTRICT COURT   CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA   SOUTHERN DISTRICT OF CALIFORNIA
6                              By _____ DEPUTY   By _____ Deputy Clerk

7                  UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9                     SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,        )   Civil No. 1247-SD-C

12                    Plaintiff,     )   FINDINGS OF FACT,
                                     )   CONCLUSIONS OF LAW,
13          vs.                      )   AND INTERLOCUTORY
                                     )   JUDGMENT NO. 34
14  FALLBROOK PUBLIC UTILITY         )   CONCERNING TEMECULA
    DISTRICT, et al.,                )   CREEK SUB-WATERSHED
15                                   )   ABOVE AGUANGA GROUND
                    Defendants.      )   WATER AREA
16

17                    FINDINGS OF FACT

18          1.  That upstream from the Aguanga Ground Water Area,

19  Temecula Creek flows over, upon, and through substantial areas

20  of younger alluvial deposits.  That Temecula Creek and the

21  younger alluvial deposits referred to herein are depicted on

22  U.S. Exhibit 210D, incorporated herein by reference.

23          2.  That the younger alluvial deposits referred to

24  in Finding No. 1 above rest upon and are confined laterally on

25  each side by deposits of basement complex.  That said deposits

26  of basement complex are of considerably more compacted material

27  and are substantially less permeable than the younger alluvial

28  deposits.  That the basement complex deposits, because of their

29  more compacted characteristics and limited permeability, sub-

30  stantially impede the ground waters which are contained within

31  the younger alluvial deposits from moving into the basement

                          -1-

                                        1481

                                          12

1   complex deposits.  The ground waters contained within the younger

2   alluvial deposits which underlie Temecula Creek move in the same

3   direction as the surface flow of Temecula Creek.  That the

4   deposits of basement complex referred to herein do in fact form

5   the bed and banks of an underground stream and serve the same

6   function as an impermeable bed and bank of a surface stream

7   channel.

8           3.  That there is surface flow of Temecula Creek in

9   certain areas above the Aguanga Ground Water Area on a perennial

10   basis.  That in other areas Temecula Creek only flows as a sur-

11   face stream during or immediately after periods of precipitation.

12   That such surface flow as may exist in Temecula Creek upstream

13   from the Aguanga Ground Water Area and all ground waters con-

14   tained within those underlying younger alluvial deposits depicted

15   on U.S. Exhibit 210D are in fact a part of Temecula Creek, and

16   said ground waters within those younger alluvial deposits and

17   such surface flow of Temecula Creek as may physically exist do

18   constitute a single stream herein referred to as Temecula Creek.

19           4.  That attached hereto marked Exhibit A, and

20   incorporated herein by reference, is a master alphabetical

21   index of the apparent owners of all parcels of land upstream

22   from the Aguanga Ground Water Area within the Temecula Creek

23   sub-watershed which are riparian to either Temecula Creek, Tule

24   Creek, or Chihuahua Creek, or which overlie younger or older

25   alluvial deposits which contain ground waters which add to,

26   support, or contribute to the Santa Margarita River stream

27   system, but are not a part of the flow of Temecula Creek, Tule

28   Creek, or Chihuahua Creek.  That attached hereto marked Exhibit B,

29   and incorporated herein by reference, is a compilation of the legal

30   descriptions of the respective parcels of land referred to above.

31   That attached hereto marked Exhibit C, and incorporated herein by

1482

13

1   reference, is a tabulation setting forth, among other things,

2   those parcels of land riparian to Temecula Creek, Tule Creek,

3   and Chihuahua Creek, or overlying ground waters not a part of

4   said creeks, but which add to and support the Santa Margarita

5   River stream system.

6         That in using Exhibits A, B, and C, the following

7   explanation is applicable:  The first number refers to the

8   township; the second number refers to the range; the next

9   number or numbers refer to section or sections; and the final

10   number separated by the second number or numbers by a dash is

11   a numerical designation assigned to the parcel.  Thus, for

12   example, a parcel designated as 8-1E-18-137 refers to Township

13   8, Range 1 East, section 18, parcel 137.

14         5.  That all lands designated in Exhibit C as being

15   riparian to Temecula Creek have a correlative riparian right to

16   the use of the waters of Temecula Creek, and the use of such

17   waters is subject to the continuing jurisdiction of this court.

18         6.  Chihuahua Creek, a tributary of Temecula Creek,

19   has its head-waters in section 11, Township 9 South, Range 3

20   East.  It flows across the southeast 1/4 of section 10, Township

21   9 South, Range 3 East, then traverses sections 15, 16, the

22   northeastern 1/4 of section 17, and south 1/2 of section 8, all

23   in Township 9 South, Range 3 East.  It then proceeds across the

24   northeast 1/4 of section 7, Township 9 South, Range 3 East, flows

25   over section 6, Township 9 South, Range 3 East, and then flows

26   across section 1, the southeast 1/4 of section 2, sections 11,

27   10, 9, 16, the southeast 1/4 of section 8, and traverses section

28   17 to its point of confluence with Temecula Creek in the north-

29   east 1/4 of section 16, all in Township 9 South, Range 2 East.

30         7.  That in the southeasterly portion of the area

31   upstream from the Aguanga ground water area within the Temecula

1483

14

1    Creek sub-watershed, as depicted on U.S. Exhibit 210D, and

2    primarily in sections 15, 16, 17, 8, 9, and 10, Township 9 South,

3    Range 3 East, there is an area of younger and older alluvial

4    deposits which is traversed in part by Chihuahua Creek.  These

5    younger and older alluvial deposits are shallow in depth and

6    the ground waters, if any, contained in these younger and older

7    alluvial deposits do not add to, contribute to, or support the

8    Santa Margarita River stream system.

9        8.  As depicted on U.S. Exhibit 210D, there is an

10   area of younger alluvial deposits located in sections 11, 10,

11   15, 16, 9, 8, and 17, all in Township 9 South, Range 2 East,

12   over which Chihuahua Creek flows.  These younger alluvial

13   deposits rest upon and are confined laterally on each side by

14   deposits of basement complex.  Said deposits of basement complex

15   are of considerably more compacted material and are substantially

16   impermeable as contrasted to the younger alluvial deposits.  The

17   basement complex deposits, because of their compacted character-

18   istics and limited permeability substantially impede the ground

19   waters which are contained within the younger alluvial deposits

20   from moving into the basement complex deposits.  The ground waters

21   contained within those younger alluvial deposits which underlie

22   Chihuahua Creek in the above sections move in the same direction

23   as the surface flow of Chihuahua Creek.  That the deposits of

24   basement complex referred to herein do in fact form the bed and

25   banks of an underground stream and serve the same function as a

26   semi-permeable bed and bank of a surface stream channel.

27       9.  That such surface flow as may exist in Chihuahua

28   Creek, and all ground waters contained within the younger alluvial

29   deposits referred to in Finding No. 8 above, are in fact a part

30   of Chihuahua Creek, and said ground waters within said alluvial

31   desposits and said surface flows of Chihuahua Creek as may

-4-                    1484

1 5

1   physically exist, do constitute a single stream herein referred

2   to as Chihuahua Creek.

3            10.  That all lands designated in Exhibit C as being

4   riparian to Chihuahua Creek have a correlative riparian right

5   to the use of the waters of Chihuahua Creek, and the use of

6   such waters is subject to the continuing jurisdiction of this

7   Court.

8            11.  Tule Creek, a tributary of Temecula Creek, is

9   depicted on U.S. Exhibit 210D.  It has its head-waters primarily

10  in sections 18 and 19, Township 8 South, Range 3 East.  Tule

11  Creek flows in a generally westerly direction across sections

12  24, 23, 22, 21, 20, and 19, all in Township 8 South, Range 2

13  East.  It then traverses over sections 24 and 23, Township 8

14  South, Range 1 East; then flows in a general southerly direction

15  across section 26 to its point of confluence with Temecula Creek

16  in section 34, Township 8 South, Range 1 East.  That in various

17  areas, Tule Creek flows over and upon younger alluvial deposits;

18  that said younger alluvial deposits are depicted on U.S. Exhibit

19  210D.  That the younger alluvial deposits rest upon and are con-

20  fined laterally on each side by deposits of basement complex.

21  The deposits of basement complex are of considerably more com-

22  pacted material and are substantially less permeable than the

23  younger alluvial deposits.  The basement complex deposits, because

24  of their more compacted characteristics and limited permeability,

25  substantially impede the ground waters contained within the

26  younger alluvial deposits which underlie Tule Creek from moving

27  into the basement complex deposits.  The ground waters contained

28  within those younger alluvial deposits move in the same direction

29  as the surface flow of Tule Creek.  The deposits of basement com-

30  plex referred to herein do in fact form the bed and banks of an

31  underground stream and serve the same function as an impermeable

1485

16

1 bed and bank of a surface stream channel.

2        12. That such surface flow as may exist in Tule

3 Creek and all ground waters contained within the younger alluvial

4 deposits referred to in Finding No. 11 above, are in fact a part

5 of Tule Creek, and said ground water within said alluvial

6 deposits and such surface flow of Tule Creek, as may physically

7 exist, do constitute a single stream herein referred to as Tule

8 Creek.

9        13. That all lands designated in Exhibit C as being

10 riparian to Tule Creek have a correlative riparian right to the

11 use of the waters of Tule Creek and the use of such waters is

12 subject to the continuing jurisdiction of this Court.

13        14. In the Temecula Creek sub-watershed upstream from

14 the Aguanga Ground Water Area, there are limited areas of younger

15 alluvial deposits or older alluvial deposits which contain ground

16 waters which are not a part of a stream. Said ground waters do

17 in fact, however, add to, contribute to, and support the Santa

18 Margarita River stream system. These older alluvial deposits

19 and younger alluvial deposits are depicted on U.S. Exhibit 210D,

20 and are located in section 6, Township 9 South, Range 2 East,

21 the south 1/4 of section 31, Township 8 South, Range 2 East, the

22 lower portion of section 36, Township 8 South, Range 1 East, the

23 north 1/2 of section 1, Township 9 South, Range 1 East, and in

24 sections 23 and 22 and the East 1/2 of section 21, Township 9

25 South, Range 2 East.

26        15. That those lands which contain ground waters

27 referred to in Finding No. 14 above, are specifically described

28 in Exhibit B and designated in Exhibit C, and the owners of said

29 lands have a correlative overlying right to the use of such

30 ground waters. The use of those ground waters is subject to

31 the continuing jurisdiction of this Court.

-6-

1486

17

1      16.  That while it is known, certain, and definite

2  that the younger alluvial deposits referred to in these findings

3  rest upon basement complex deposits, the exact depth of said

4  younger alluvial deposits to contact with basement complex is

5  not known.  That it is impossible based on the evidence intro-

6  duced in this record to enter a finding determining the depth

7  of the younger alluvial deposits throughout this area of the

8  Temecula Creek sub-watershed upstream from the Aguanga Ground

9  Water Area.  As this Court will keep continuing jurisdiction of

10  this cause, jurisdiction is reserved to determine such fact in

11  the event it becomes necessary to do so in any particular factual

12  situation which might arise in the future.

13      17.  That although the contact line on the surface

14  between the younger alluvial deposits and the basement complex

15  deposits or older alluvial deposits has not been determined with

16  absolute exactness, the determination of such contact line was

17  sufficient for the United States of America to prepare maps and

18  exhibits showing said contact lines and said contact lines, as

19  established by said maps and exhibits prepared by the United

20  States of America, and specifically U.S. Exhibit 210D, have been

21  accepted by this Court as being the contact lines on the surface

22  between the younger alluvial deposits and basement complex deposits

23  and older alluvial deposits.

24      18.  That within the area depicted on U.S. Exhibit 210D

25  upstream from the Aguanga Ground Water Area and within the Teme-

26  cula Creek sub-watershed, there are numerous minor surface

27  streams which in the main flow over deposits of basement complex.

28  That in most instances there is no perennial flow in said surface

29  streams and the only waters which would exist would be those

30  which flow during or immediately after periods of precipitation.

31  That no party to this case has requested findings designating

-7-

1487

18

1   which lands are riparian to the minor streams of the category

2   discussed in this finding.  That this Court reserves jurisdiction

3   to make such findings should any party request them, either prior

4   to or after the entry of final judgment in this cause.

5           19.  All surface waters which flow over or upon any

6   of the lands within the Temecula Creek sub-watershed are a part

7   of the Santa Margarita River stream system, and the use of these

8   waters, is subject to the continuing jurisdiction of this Court.

9           20.  That no diversion or use of either the surface or

10  ground waters within the Temecula Creek sub-watershed upstream

11  from the Aguanga Ground Water Area has been open, notorious,

12  adverse, or hostile to any party in this cause and no prescrip-

13  tive right to the use of these surface or ground waters from any

14  diversion or extraction within said area exists.

15          21.  That State of California Exhibit A-S, which sets

16  forth the status of appropriative right applications, permits,

17  and licenses on file with the California State Water Rights Board

18  to the use of the waters of the Santa Margarita River stream

19  system is incorporated herein by reference.  That as indicated

20  on this California Exhibit A-S, there are certain appropriative

21  rights to the use of waters within the Temecula Creek sub-watershed

22  above the Aguanga Ground Water Area.  That to the extent that any

23  waters are the subject of appropriative rights within the Temecula

24  Creek sub-watershed above the Aguanga Ground Water Area, as set

25  forth on said California Exhibit A-S, the use of said waters

26  under said appropriative rights to the extent permitted pursuant

27  to California law, is herein determined to be valid.  That the

28  use of the waters subject tosuch appropriative rights is subject

29  to prior vested rights and the continuing jurisdiction of this

30  Court and to the extent applicable pursuant to California law,

31  the jurisdiction of the California State Water Rights Board.

1488

14

1  That these rights are not set forth specifically herein, but can

2  be readily ascertained by reference to California Exhibit A-S.

3         22.  That except as expressly found in Finding No. 21,

4  and as expressly adjudged in other interlocutory judgments in

5  this case, there are no appropriative rights to the use of the

6  waters of the Santa Margarita River stream system within the

7  Temecula Creek sub-watershed above the Aguanga Ground Water Area.

8         23.  That on Exhibit C there appears in addition to the

9  property descriptions certain statements concerned with wells,

10  surface diversions, apparent ownerships, gross acreages, irrigable

11  acreages, irrigated acreages, and water duty.  The factual state-

12  ments contained in Exhibit C, which pertain to wells and surface

13  diversions, are true as of the date of this interlocutory judgment.

14  The factual statements in Exhibit C which pertain to apparent

15  ownerships are set forth for convenience only and are not neces-

16  sarily correct, and are not intended to be probative to the issue

17  of ownership of any real property described in any exhibit.  The

18  factual statements contained in Exhibit C, which pertain to gross

19  acreages, irrigable acreages, irrigated acreages, and water duty,

20  shall be prima facie evidence in any subsequent proceeding before

21  this Court in this cause.  As used herein, prima facie evidence

22  is that which shall suffice for the proof of a particular fact

23  until contradicted or overcome by other evidence.

24         24.  That within the Temecula Creek sub-watershed above

25  the Aguanga Ground Water Area, there are lands which comprise in

26  part the Cleveland National Forest, and also some lands withdrawn

27  from the public domain by the United States of America.  These

28  Findings of Fact and this Interlocutory Judgment No. 34 do not

29  pertain to the rights to the use of water on said lands, as other

30  findings of fact and interlocutory judgment provisions will be

31  entered concerning them.

1489

20

1   25. That the issue of apportionment has not been

2 presented and this Court has taken no evidence directed to

3 establishing whether the use of any waters herein determined

4 to be subject to the continuing jurisdiction of this Court are

5 reasonable or unreasonable as to the amount of water used in the

6 light or correlative rights which may exist as to such waters,

7 and this issue is left open, is not decided herein, and shall

8 be litigated by this Court if and when in the future it becomes

9 necessary to do so.

10       <u>CONCLUSIONS OF LAW</u>

11   1. That all lands designated in Exhibit C as being

12 riparian to Temecula Creek have a correlative riparian right to

13 the use of the waters of Temecula Creek.

14   2. That all lands designated in Exhibit C as being

15 riparian to Chihuahua Creek have a correlative riparian right

16 to the use of the waters of Chihuahua Creek.

17   3. That all lands designated in Exhibit C as being

18 riparian to Tule Creek have a correlative riparian right to the

19 use of the waters of Tule Creek.

20   4. That all ground waters contained within the younger

21 or older alluvial deposits on the lands referred to in Finding

22 of Fact No. 14, which lands are designated and set forth in

23 Exhibit C, have a correlative overlying right to the use of the

24 ground waters contained within those younger or older alluvial

25 deposits. The use of those ground waters is subject to the

26 continuing jurisdiction of this Court.

27   5. That the ground waters, if any, contained within

28 the lands referred to in Finding of Fact No. 7 do not add to,

29 contribute to, or support the Santa Margarita River stream system.

30   6. Both the surface and sub-surface waters of Temecula

31 Creek, Chihuahua Creek, and Tule Creek, add to, contribute to,

1490

21

1 and support the Santa Margarita River stream system, and the
2 use of said waters is subject to the continuing jurisdiction
3 of this Court.

4          7.   That all surface waters which flow over and upon
5 any of the lands within the Temecula Creek sub-watershed are a
6 part of the Santa Margarita River stream system, and the use of
7 such waters is subject to the continuing jurisdiction of this
8 Court.

9          8.   There are no prescriptive rights to the use of the
10 waters of Temecula Creek, Chihuahua Creek, Tule Creek, or their
11 tributaries, on any lands within the sub-watershed of Temecula
12 Creek.  That no prescriptive right to the use of any ground
13 waters within the Temecula Creek sub-watershed above the Aguanga
14 Ground Water Area exists.

15         9.   That except as provided in Finding of Fact No. 21,
16 there are no appropriative rights to the use of the waters of
17 Santa Margarita River stream system within the Temecula Creek
18 sub-watershed above the Aguanga Ground Water Area.

19                    INTERLOCUTORY JUDGMENT

20         1.   IT IS ORDERED, ADJUDGED AND DECREED that all ground
21 waters contained within the lands referred to in Finding of Fact
22 No. 7 are not a part of the Santa Margarita River or any tribu-
23 tary thereto, and this Court has no jurisdiction over the use
24 of any ground waters contained within those lands.

25         2.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
26 the rights of the owners of said lands referred to in paragraph
27 1 of this Interlocutory Judgment, and their heirs, successors,
28 and assigns to the use of the ground waters contained within
29 those lands are forever quieted in them and against the United
30 States of America and all other parties having rights to the use
31 of the waters of the Santa Margarita River or its tributaries

-11-

22

1  and their heirs, successors and assigns.

2       3.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

3  the owners of those lands referred to in paragraph 1 of this

4  Interlocutory Judgment, and their heirs, successors, and assigns

5  are forever restrained from asserting rights in or to the waters

6  of the Santa Margarita River or its tributaries, excepting

7  rights to surface waters which flow over and upon those lands.

8       4.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

9  the rights _inter se_ of the owners of those lands referred to in

10  paragraph 1 of this Interlocutory Judgment to the use of the

11  ground waters contained therein have not been adjudged, deter-

12  mined, or decreed in these proceedings.

13       5.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

14  both the surface and sub-surface waters of Temecula Creek, as

15  determined in the findings of fact to this Interlocutory Judgment,

16  add to, contribute to, and support the Santa Margarita River

17  stream system and the use of those waters is subject to the

18  continuing jurisdiction of this Court.

19       6.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

20  both the surface and sub-surface waters of Chihuahua Creek, as

21  determined in the findings of fact to this Interlocutory Judgment,

22  add to, contribute to, and support the Santa Margarita River

23  stream system, and the use of those waters is subject to the

24  continuing jurisdiction of this Court.

25       7.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

26  both the surface and sub-surface waters of Tule Creek, as deter-

27  mined in the findings of fact to this Interlocutory Judgment,

28  add to, contribute to, and support the Santa Margarita River

29  stream system, and the use of those waters is subject to the

30  continuing jurisdiction of this Court.

31       8.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

1492

2)

1   all surface waters which flow over and upon any of the lands

2   within the sub-watershed of Temecula Creek upstream from the

3   Aguanga Ground Water Area are a part of the Santa Margarita

4   River stream system, and the use of those waters is subject to

5   the continuing jurisdiction of this Court.

6   　　　　9.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

7   all ground waters contained within the older or younger alluvial

8   deposits on the lands referred to in Finding of Fact No. 14, are

9   not a part of the sub-surface flow of any stream, but that said

10  ground waters add to, contribute to, and support the Santa

11  Margarita River stream system, and the use of those ground

12  waters is subject to the continuing jurisdiction of this Court.

13  　　　　10.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

14  the owners of the lands referred to in Finding of Fact No. 14,

15  which lands are specifically set forth in Exhibit C, attached to

16  this judgment and made a part hereof by reference, have a cor-

17  relative overlying right to the use of all ground waters con-

18  tained within the younger or older alluvial deposits on those

19  lands.

20  　　　　11.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

21  the owners of the lands designated as riparian to Temecula Creek

22  in Exhibit C have a correlative riparian right to the use of the

23  sub-surface and surface waters of Temecula Creek.

24  　　　　12.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

25  the owners of the lands designated as riparian to Chihuahua Creek

26  in Exhibit C have a correlative riparian right to the use of the

27  sub-surface and surface waters of Chihuahua Creek.

28  　　　　13.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

29  the owners of the lands designated as riparian to Tule Creek in

30  Exhibit C have a correlative riparian right to the use of the

31  sub-surface and surface waters of Tule Creek.

1493

24

1       14.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

2  there are no prescriptive rights to the use of the waters of

3  Temecula Creek, Chihuahua Creek, or Tule Creek, or their tribu-

4  taries, on any lands within the sub-watershed of Temecula Creek;

5  it is further ordered, adjudged and decreed that there are no

6  prescriptive rights to the use of any ground waters contained

7  within the Temecula Creek sub-watershed on any lands therein.

8       15.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

9  except as provided in Finding of Fact No. 21, there are no

10  appropriative rights to the use of the waters of the Santa

11  Margarita River stream system within the Temecula Creek sub-

12  watershed above the Aguanga Ground Water Area; it is further

13  ordered, adjudged and decreed that the use of the waters subject

14  to such appropriative rights as were determined to be valid in

15  Finding of Fact No. 21, is and shall be subject to prior vested

16  rights and the continuing jurisdiction of this Court and, to the

17  extent provided by California law, the continuing jurisdiction

18  of the California State Water Rights Board.

19       16.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

20  rights to the use of the waters of the Santa Margarita River

21  stream system within the Temecula Creek sub-watershed on any

22  lands which comprise the Cleveland National Forest, or lands

23  withdrawn from the public domain by the United States of America,

24  are not determined in this Interlocutory Judgment, but will be

25  adjudged in other findings of fact and interlocutory judgment

26  in this cause.

27       17.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

28  no specific findings have been entered delineating by description

29  lands which are riparian to various minor surface streams, which

30  in the main flow over deposits of basement complex in the Temecula

31  Creek sub-watershed above the Aguanga Ground Water Area.

1494

25

1   Jurisdiction is hereby expressly reserved to determine and enter

2   such findings of fact, conclusions of law, and interlocutory

3   Judgment provisions designating which lands are riparian to these

4   minor surface streams, should the occasion for such provisions

5   arise in the future either prior to or after entry of final

6   Judgment in this cause.

7          18.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

8   the issue of apportionment has not been presented and this Court

9   has taken no evidence directed to establishing whether the use

10  of any waters herein adjudged to be subject to the continuing

11  jurisdiction of this Court are reasonable or unreasonable as to

12  the amount of water used in the light of correlative rights which

13  may exist as to such waters, and this issue is left open, is not

14  decided herein, and shall be litigated by this Court if and when

15  in the future it becomes necessary to do so.  In that event,

16  such  statements as appear in Exhibit C, which pertain to gross

17  acreages, irrigable acreages, irrigated acreages, and water duty,

18  shall be prima facie evidence in such a proceeding before this

19  Court in this cause.  As used herein, prima facie evidence is

20  that which shall suffice for the proof of a particular fact until

21  contradicted or overcome by other evidence.

22         19.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED based

23  upon the decision of the United States Court of Appeals for the

24  Ninth Circuit, California v. United States, 235 F.2d 647, that

25  this is not a final decree, but is interlocutory in character

26  and by reason of the order by this Court that all parties are

27  adverse one to theother, thus dispensing with cross-pleadings,

28  all parties to this proceeding may object to these Findings of

29  Fact, Conclusions of Law, and Interlocutory Judgment prior to

30  entry of final judgment in this cause.

31         20.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

1495

2 6

1  this Interlocutory Judgment is not appealable, is not final,

2  and shall not be operative until made a part of the final

3  judgment, and this Court expressly reserves jurisdiction to

4  modify or vacate it either upon its own motion or upon motion

5  of any party to this proceeding until such time as final

6  judgment in this cause is entered.

7       DATED: _____2/22_____, 1963.

8

9

10

11                                      Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

1496

2)

<u>ALPHABETICAL INDEX OF TEMECULA CREEK WATERSHED</u>

<u>ABOVE AGUANGA GROUND WATER AREA</u>

| <u>NAME</u> | PARCEL NUMBER | EXHIBIT "B"<br>PAGE |
|---|---|---|
| ALFORD, Gary Stanley | 92E-35-238 | 38 |
| ALMON, Valeria W. | 92E-27-202 | 27 |
| ANDERSON, Elizabeth | 92E-20-172 | 21 |
| ANDERSON, Olga O. | 91E-1-117 | 4 |
| ANGERMAN, Joseph J. | 91E-1-115 | 4 |
| ARMSTRONG, Glenn F. &<br>    Dorothy R. | 91E-1-118 | 4 |
| BAKER, Chalace U. &<br>    Francis O. | 92E-20-162 | 18 |
| BARNES, Victoria Mabel | 91E-1-113<br>91E-1-128 | 3<br>7 |
| BEATTIE, Dee E. &<br>    Mary K. | 93E-15-296 | 40 |
| BERGMAN, Annie E. | 81E-36-101<br>81E-35, 91E-2-101A<br>92E-17-152<br>92E-16-183<br>92E-21, 22 - 184 | 1<br>2<br>15<br>23<br>23 |
| BLAKE, Ernest J. &<br>    Beatrice | 92E-26-224 | 32 |
| BONE, John H. &<br>    Peggy Sue | 92E-35-232 | 35 |
| BOTTORFF, Deane A. &<br>    May | 92E-27-204<br>92E-27-206 | 28<br>29 |

-1-     Interlocutory Judg. #34
         Exhibit "A"

1497

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| BRITT, Cecil A. & Afton D. | 92E-17-154 | 15 |
| BURLINGHAM, Edith L. | 91E-12-133 | 8 |
| BUZARD, Ralph D. & Frances C. | 92E-26-222 | 32 |
| CALIFORNIA, State of | 91E-1-124 | 6 |
| CASMAN, Henry E. & Monago | 92E-5, 6, 7 - 140 | 9 |
| CHAPMAN, George M. & Nadeen L. | 92E-26-226 | 33 |
| CHRISMAN, Doris Cuffe | 92E-20-168 | 20 |
| CHRISTINO, Anthony & Margaret | 92E-7-142 | 9 |
| COX, Flora Mabel | 91E-1-113 | 3 |
| CUMMINS, George & Meta Lee | 93E-8, 17 - 259 | 39 |
| CUMMINS, Meta Lee | 92E-21-185 | 23 |
| DAGER, Probert W. & Mary J. | 92E-17-157 | 16 |
| DARBY, Walter P. & Virginia | 92E-26-231 | 34 |
| DICKEY, Helen B. | 93E-16-284 | 40 |
| DUBNER, Hildegard B. | 92E-27-203 | 28 |

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| EDEN, Joseph E. & Josephine E. | 92E-27-211 | 31 |
| FANCHER, Nellie G. | 92E-27-202 | 27 |
| GORE, C. David & Kathleen J. | 92E-20-171 | 21 |
| GRAMMER, John Fred | 92E-35-236 | 37 |
| GRAMMER, Joseph Ernest | 92E-27, 34, 35 - 205 | 29 |
| GRAMMER, Martin J. & Emilie J. | 92E-27, 34, 35 - 205 | 29 |
| HALL, Grant W. | 92E-27-202 | 27 |
| HALL, Julian E. | 92E-27-202 | 27 |
| HALL, Rexford L. | 92E-27-202 | 27 |
| HAMILTON, Willard C. & Edith V. | 92E-35-234 | 37 |
| HANSEN, Evelyn T. | 93E-16-282 | 39 |
| HARMER, Carl A. & Edith S. | 93E-8, 17 - 259 | 39 |
| HARMER, Edith Sarah | 92E-21-185 | 23 |
| HARTLEY, Donald J. & Lois K. | 92E-35-232 | 35 |
| HARTLEY, Kenneth H. & Evelyn B. | 92E-35-232 | 35 |
| HARTLEY, Paul J. Jr. & Charlotte M. | 92E-35-232 | 35 |

Interlocutory Judg. #34
Exhibit "A"

1499

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| HARTLEY, William R. & | | |
| Joan M. | 92E-35-232 | 35 |
| HATTEBUHR, Eddie & | | |
| Goldie | 92E-17-158 | 16 |
| HEARD, Jim & | | |
| Nettie Lou | 92E-22, 27 - 200 | 27 |
| HEYDENREICH, Ernest H. & | 91E-1-114 | 3 |
| Daisy M. | 92E-21-186 | 24 |
| | 92E-26-229 | 34 |
| HOLCOMB, William F. | 92E-35-232 | 35 |
| HOLLEY, Jess L. & | | |
| Maud | 91E-1-116 | 4 |
| HOLMES, Elsie M. | 91E-1, 92E-6-120 | 5 |
| HUNTER, Kenneth A. & | | |
| Elaine M. | 92E-20-129 | 20 |
| JACKSON, Howard T. & | | |
| Mary Agnes | 92E-35-241 | 38 |
| JACKSON, Roy C. & | | |
| Louise | 93E-16-279 | 39 |
| JENSEN, George H. & | | |
| Portia E. | 91E-1-119 | 4 |
| JENSEN, H. H. aka Holger H. & | 91E-1-125 | 6 |
| Daisy M. | 91E-1-126 | 6 |
| KEMPF, Joe & | | |
| Elizabeth | 92E-35-237 | 38 |

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| KUYKENDALL, Harold B. & | | |
|    Ardys M. | 92E-20-163 | 18 |
| LAWTON, John III | 93E-7, 8 - 248 | 39' |
| LINDENBERG, Fred | 92E-21-189 | 24 |
| LLOYD, Milton M. & | | |
|    Evelyn M. | 92E-20-160 | 17 |
| LUSH, Harry R. & | | |
|    Charlotte L. | 92E-26, 27 - 208 | 30 |
| LUTHER, Georgia | 91E-12-131 | 7 |
| MC KINLEY, Ivan E. & | | |
|    Mathea A. | 82E-19, 20, 21, 22 - 99 | 1 |
| MABEN, Ben & | | |
|    Edna G. | 92E-20-174 | 22 |
| MACHA, James F. Jr. & | | |
|    Bernice | 81E-36, 91E-1-112 | 2 |
| MANN, Melvin H. & | 92E-18-149 | 14 |
|    Janet B. | 92E-17-153 | 15 |
| MARTIN, Alga F. & | | |
|    Frances S. | 92E-20-166 | 19 |
| MARTIN, D. L. | 92E-20-164 | 19 |
| | 92E-20-165 | 19 |
| | 92E-20-170 | 20 |
| MARTIN, Willis J. & | | |
|    Ruby M. | 92E-20-167 | 19 |
| MAUCK, Annie L. | 91E-1-123 | 6 |

-5-    Interlocutory Judg. #34    1501
Exhibit "A"

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|-------------------|
| MEDRAN, Julian R. & Mary | 92E-20-173 | 21 |
| MICHIGAN MORTGAGE CO | 91E-1-122 | 5 |
| MILLER, John J. G. | 92E-27, 28 - 194 | 25 |
| MILLER, Mrs. R. Lee | 91E-1-127 | 6 |
| MORRISSEY, Perry C. & Arta L. | 92E-27-207<br>92E-27-210 | 30<br>31 |
| MORTON, James E. & Jessie P. | 92E-26-230 | 34 |
| O'GORMAN, C. J. | 92E-35-233 | 36 |
| OTIS, Charles C. | 91E-12-132 | 8 |
| OVIATT, James | 92E-2, 8, 9, 10, 11, 12, 15, 16, 17, 21, 22, 23 - 148<br>93E-6, - 148A | 14<br>14 |
| PAINTER, Monroe & Jean M. | 92E-20-161 | 18 |
| PRESTWICK, L. I. | 92E-26-227 | 33 |
| PURSCHE, Carl P. | 92E-21-190 | 24 |
| PURSCHE, Roy C. | 92E-21-188 | 24 |
| QUINN, Eileen T. | 91E-12-133 | 8 |
| ROBERTS, W. M. & Jean | 92E-7, 18 - 145 | |
| ROETHER, Iola F. | 92E-27-202 | 27 |
| ROETHER, Marjorie E. | 92E-27-202 | 27 |

Interlocutory Judg. #34
Exhibit "A"

1502

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|-----------------|
| SANER, Danny | 91E-1-121 | 5 |
| SCOTT, Leslie E. & Beatrice | 92E-6-139 | 8 |
| SCOTT, Paul M. & Kathryn M. | 93E-15-298 | 41 |
| SCOTT, Willard R. & Irene | 92E-6-139 | 8 |
| SEARS, Marion E. | 92E-27-202 | 27 |
| SILVERIA, Herman H. & Margaret A. | 92E-26-225 | 33 |
| SNAVELY, Charles H. Jr. & Marjorie A. | 92E-21, 22, 27 - 192 | 25 |
| SPECKERT, S. & Hilda | 92E-35-237 | 38 |
| STARRETT, Victoria M. | 91E-1-128 | 7 |
| STEPHENSON, Fred R. | 92E-7-146 | 11 |
| STEPHENSON, Fred R. & Edna | 92E-7-147 | 11 |
| STURTEVANT, C. A. & Doris A. | 92E-10, 15 - 197 | 26 |
| TAYLOR, Howard Roy & Charlotte C. | 92E-22, 23 - 198 | 26 |
| TOBIN, Joseph Russel & Irma | 93E-16-286 | 40 |

Interlocutory Judg. #34 1503
Exhibit "A"

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| TOBIN, Michael V. & | | |
|    Ruby M. | 93E-15-294 | 40 |
| TONER, Rex J. & | | |
|    Mabel L. | 82E-16-180 | 22 |
| | 82E-15, 21, 22 – 181 | 22 |
| TULE VALLEY LAND & CATTLE CO | 82E-23, 24 – 195 | 26 |
| TURNBULL, Harrison P. & | | |
|    Virginia M. | 92E-17-156 | 16 |
| VEAZEY, Dorothy G. | 92E-23, 24, 26 – 216 | 32 |
| VON GUNDEN, Robert L. & | | |
|    Edith M. | 92E-35-235 | 37 |
| WARD, Alvis Andrew & | | |
|    Velma F. | 91E-1, 12 – 129 | 7 |
| WARD, Blaine & | | |
|    Lenore Claire | 92E-26-228 | 34 |
| WENTWORTH, Ruth | 92E-17-159 | 17 |
| WESTERN BRASS WORKS | 82E-19, 20, 21, 22 – 99 | 1 |
| WILKINSON, Harry R. & | | |
|    Barbara L. | 92E-35-232 | 35 |
| WILLIAMSON, Leonard L. & | | |
|    Sarah | 91E-12-130 | 7 |
| ZIMMERMAN, Lee | 93E-16-283 | 40 |
| ZIMMERMAN, May M. | 91E-12-133 | 8 |

1504

Interlocutory Judg. #34
Exhibit "A"

RIPARIAN AND OVERLYING LANDS WITHIN TEMECULA CREEK WATERSHED

ABOVE AGUANGA GROUND WATER AREA

Parcel 82E-19, 20, 21, 22 + 99:

East Half of Northwest Quarter; Northeast Quarter; Northwest
Quarter of Southeast Quarter; and, North Half of Southwest
Quarter of Section Nineteen (19), Township Eight (8) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

North Half; North Half of Southeast Quarter; and, Northeast
Quarter of Southwest Quarter of Section Twenty (20), Township
Eight (8) South, Range Two (2) East, San Bernardino Base and
Meridian,  in the County of Riverside, State of California.

Northwest Quarter; North Half of Northeast Quarter; Southwest
Quarter of Northeast Quarter; North Half of Southwest Quarter;
and, Northwest Quarter of Southeast Quarter of Section Twenty-
one (21), Township Eight (8) South, Range Two (2) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

Northwest Quarter of Northwest Quarter of Section Twenty-two
(22), Township Eight (8) South, Range Two (2) East, San Bern-
ardino Base and Meridian, in the County of Riverside, State of
California.

Apparent Owners: WESTERN BRASS WORKS

MC KINLEY, Ivan E. & Mathea A.

Parcel 81E-36-101:

Southwest Quarter;  South Half of Northwest Quarter;  South-
west Quarter of Northeast Quarter;  Southeast Quarter of North-
east Quarter; Northeast Quarter of Northeast Quarter; and,
Northwest Quarter of Northwest Quarter of Section Thirty-six
(36), Township Eight (8) South, Range One (1) East, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

Apparent Owner:  BERGMAN, Annie E.

Interlocutory Judg. #34     1505
Exhibit "B"

Parcel 81E-35, 91E-2, - 101A:

    Northwest Quarter of the Southwest Quarter;  South Half of the
Northeast Quarter of the Southwest Quarter;  South Half of the
Southwest Quarter;  Government Lot Eleven (11) (Southwest Quarter
of the Southeast Quarter); and, a portion of Government Lot Ten
(10)(Northwest Quarter of the Southeast Quarter) lying Southerly
of the Highway, of Section Thirty-five (35), Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

    Northeast Quarter;  East Half of the Northwest Quarter of Section
Two (2), Township Nine (9) South, Range One (1) East, San Bernar-
dino Base and Meridian, in the County of San Diego, State of
California.

  Apparent Owner:  BERGMAN, Annie E.

Parcel 81E-36, 91E-1 - 112:

    Southeast Quarter of Section Thirty-six (36), Township Eight (8)
South, Range One (1) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

    West Half of the Northwest Quarter of the Northwest Quarter of
the Northeast Quarter of Section One (1), Township Nine (9) South,
Range One (1) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

  Apparent Owners: MACHA, James F., Jr., & Bernice.

Parcel 91E-1-113:

    West Half of the Northwest Quarter of Section One (1), Township
Nine (9) South, Range One (1) East, San Bernardino Base and
Meridian, in the County of San Diego, State of California EXCEPT
a parcel of land triangular in shape located in the Northeast
Corner of the West Half of the Northwest Quarter described as
follows:  Beginning at the Northeast Corner of the West Half of

Parcel 91E-1-113 Continued:

the Northwest Quarter, running South approximately 882 feet to a point 948 feet from said point in a Northwesterly direction to the County line along the present highway and approximately 365 feet East along the County line to starting point.  Containing 3½ acres more or less.  Said property bounded on the North by County line and West by Highway.

Apparent Owners: BARNES, Victoria Mabel

COX, Flora Mabel.

Parcel 91E-1-114:

A triangular parcel located in the Northeast Corner of the West Half of the Northwest Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  Beginning at the Northeast Corner of the West Half of the Northwest Quarter of Section One (1);  running South approximately 882 feet to a point 948 feet from said point in a Northwesterly direction to the County line along the present highway, and approximately 365 feet East along the County line to starting point, containing 3½ acres, more or less, said property bounded on the North by County line and West by Highway.

The Northeast Quarter of the Northwest Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT the West Half of the West Half of the Southeast Quarter of the Northeast Quarter of the Northwest Quarter thereof, and EXCEPT the East Half of the West Half of the Southeast Quarter of the Northeast Quarter of the Northwest Quarter of said Section One (1).

Apparent Owners: HEYDENREICH, Ernest H. & Daisy M.

1507

Parcel 91E-1-115:

West Half of the West Half of the Southeast Quarter of the North-
east Quarter of the Northwest Quarter of Section One (1), Town-
ship Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

Apparent Owner:   ANGERMAN, Joseph J.

Parcel 91E-1-116:

East Half of the West Half of the Southeast Quarter of the North-
east Quarter of the Northwest Quarter of Section One (1), Town-
ship Nine (9) South, Range One (1) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

Apparent Owner:   HOLLEY, Jess L. & Maud

Parcel 91E-1-117:

East Half of the Northwest Quarter of the Northwest Quarter of
the Northeast Quarter of Section One (1), Township Nine (9)
South, Range One (1) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

Apparent Owner:   ANDERSON, Olga O.

Parcel 91E-1-118:

The West Half of the Northeast Quarter of the Northwest Quarter
of the Northeast Quarter of Section One (1), Township Nine (9)
South, Range One (1) East, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

Apparent Owners:   ARMSTRONG, Glenn F. & Dorothy R.

Parcel 91E-1-119:

East Half of the Northeast Quarter of the Northwest Quarter of
the Northeast Quarter; and, East Half of the Southeast Quarter
of the Northwest Quarter of the Northeast Quarter of Section One
(1), Township Nine (9) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

Apparent Owners:   JENSEN, George H. & Portia E.

1508

Interlocutory Judg. #34
Exhibit "B"

Parcel 91E-1, 92E-6, - 120:

West three-quarters of the Northeast Quarter of the Northeast
Quarter of Section One (1), Township Nine (9) South, Range
One (1) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.  Also, the Southeast Quarter
of the Northeast Quarter of said Section One (1).

Lot Four (4) (Northwest Quarter of the Northwest Quarter)
of Section Six (6), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California.

Apparent Owner:  HOLMES, Elsie M.

Parcel 91E-1-121:

East Half of the East Half of the Northeast Quarter of the
Northeast Quarter of Section One (1), Township Nine (9) South,
Range One (1) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Apparent Owner:  SANER, Danny

Parcel 91E-1-122:

East Half of the West Half of the Southeast Quarter of the
Northwest Quarter of the Northeast Quarter of Section One (1),
Township Nine (9) South, Range One (1) East, San Bernardino
Base and Meridian, in the County of San Diego, State of
California  EXCEPT the East one-eighth of the South Half
of the East Half of the West Half of the Southeast Quarter
of the Northwest Quarter of the Northeast Quarter thereof.

Apparent Owner:  MICHIGAN MORTGAGE COMPANY

Parcel 91E-1-123:

East one-eighth of the South Half of the East Half of the
West Half of the Southeast Quarter of the Northwest Quarter
of the Northeast Quarter of Section One (1), Township Nine

-5-

Parcel 91E-1-123 Continued:

(9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owner:  MAUCK, Annie L.

Parcel 91E-1-124:

West Half of the West Half of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owner:  CALIFORNIA, State of

Parcel 91E-1-125:

East Half of the East Half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter; and, the Southwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners: JENSEN, H. H., aka Holger H. & Daisy M.

Parcel 91E-1-126:

West Half of the East Half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owner:  JENSEN, H. H., aka Holger H.

Parcel 91E-1-127:

West Half of the Southwest Quarter of the Northwest Quarter of the Northeast Quarter of Section One (1), Township Nine (9) South, Range One (1) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owner:  MILLER, Mrs. R. Lee.

Interlocutory Judg. #34
Exhibit "B"

1510

Parcel 91E-1-128:

 Southeast Quarter of the Northwest Quarter; and, the Northwest
 Quarter of the Southeast Quarter of Section One (1), Township
 Nine (9) South, Range One (1) East, San Bernardino Base and
 Meridian, in the County of San Diego, State of California.

 Apparent Owner:  STARRETT, Victoria M. (Now Victoria M. Barnes)

Parcel 91E-1-12-129:

 Southwest Quarter;  Southwest Quarter of the Southeast Quarter;
 and, East Half of the Southeast Quarter of Section One (1),
 Township Nine (9) South, Range One (1) East, San Bernardino
 Base and Meridian, in the County of San Diego, State of Cali-
 fornia.

 East Half of the Northeast Quarter of Section Twelve (12),
 Township Nine (9) South, Range One (1) East, San Bernardino
 Base and Meridian, in the County of San Diego, State of Cali-
 fornia.

 Apparent Owners:  WARD, Alvis Andrew & Velma Foreman

Parcel 91E-12-130:

 West Half of the Northeast Quarter of Section Twelve (12),
 Township Nine (9) South, Range One (1) East, San Bernardino
 Base and Meridian, in the County of San Diego, State of Cali-
 fornia.

 Apparent Owners:  WILLIAMSON, Leonard L. & Sarah

Parcel 91E-12-131:

 Northeast Quarter of the Northwest Quarter of Section Twelve
 (12), Township Nine (9) South, Range One (1) East, San
 Bernardino Base and Meridian, in the County of San Diego,
 State of California.

 Apparent Owner:  LUTHER, Georgia

Parcel 91E-12-132:

    Southeast Quarter of the Northwest Quarter of Section Twelve

    (12), Township Nine (9) South, Range One (1) East, San

    Bernardino Base and Meridian, in the County of San Diego,

    State of California.

  Apparent Owner:  OTIS, Charles C.

Parcel 91E-12-133:

    Lots One (1), Two (2), Seven (7), and Eight (8) (Southeast

    Quarter) of Section Twelve (12), Township Nine (9) South,

    Range One (1) East, San Bernardino Base and Meridian, in

    the County of San Diego, State of California.

  Apparent Owners: BURLINGHAM, Edith L.

                 QUINN, Eileen T.

                 ZIMMERMAN, May M.

Parcel 92E-6-139:

    Government Lots Five (5), Six (6), Seven (7), Ten (10),

    Eleven (11), Twelve (12), Thirteen (13), and Fourteen (14)

    (Southwest Quarter; South Half of the Northwest Quarter;

    Northwest Quarter of the Southeast Quarter; and, Southwest

    Quarter of the Northeast Quarter) of Section Six (6),

    Township Nine (9) South, Range Two (2) East, San Bernardino

    Base and Meridian, in the County of San Diego, State of

    California.

  Apparent Owners: SCOTT, Willard R.

                 SCOTT, Irene

                 SCOTT, Leslie E.

                 SCOTT, Beatrice

Parcel 92E-5, 6, 7 - 140:

    South Half of the Southeast Quarter;  Northeast Quarter of

    the Southeast Quarter; and, Southeast Quarter of the North-

    east Quarter of Section Six (6), Township Nine (9) South,

1512

       Interlocutory Judg. #34
                    Exhibit "B"

Parcel 92E-5, 6, 7 - 140 Continued:

Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Lot One (1) (Northeast Quarter of the Northeast Quarter) of
Section Seven (7), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

South Half of the Northwest Quarter; Southwest Quarter; and,
West Half of Southeast Quarter of Section Five (5), Township
Nine (9) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

Apparent Owners: CASMAN, Henry E. & Monago

Parcel 92E-7-142:

All that portion of Section Seven (7), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian,
described as follows:  Beginning at the Northwest Corner of
Section Seven (7);  thence along the section line between
Sections Six (6) and Seven (7), North 87°32' East 205.60
feet to the Northwest corner of land conveyed to Johnson;
thence South 34°33' East along the Westerly line of said
land, 312.0 feet to the Southwest corner of said land, said
point being the true point of beginning.  Thence North 87°32'
East along the Southerly line of said Johnson land 909.70
feet to the East line of Lot Four (4) (Northwest Quarter
of the Northwest Quarter);  thence South 0°18' West along
said East line of Lot Four (4), 313.4 feet;  thence North
86°46' West 653.8 feet;  thence North 47°03' West 347.5 feet
to the true point of beginning.

Apparent Owners:  CHRISTINO, Anthony & Margaret

1513

Interlocutory Judg. #34
                       Exhibit "B"

Parcel 92E-7, 18 - 145:

Lot Five (5) (Southwest Quarter of Northwest Quarter), Lot
Eleven (11) (Northeast Quarter of the Southwest Quarter), Lot
Fourteen (14) (Southeast Quarter of the Southwest Quarter),
and Lot Fifteen (15) (Southwest Quarter of the Southeast Quarter),
and those portions of Lot Three (3) (Northeast Quarter of the
Northwest Quarter), Lot Four (4), (Northwest Quarter of the North-
west Quarter), Lot Six (6) (Southeast Quarter of the Northwest
Quarter), Lot Seven (7) (Southwest Quarter of the Northeast
Quarter),  Lot Nine (9) (Northeast Quarter of the Southeast
Quarter),  Lot Ten (10) (Northwest Quarter of the Southeast
Quarter), and Lot Sixteen (16) (Southeast Quarter of the South-
east Quarter) of Section Seven (7), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, County
of San Diego, State of California, lying Southwesterly of the
center line of Road Survey No. 299, EXCEPTING from the above
described portion of Lot Four (4) that portion thereof, if any,
lying within the following described property:  Beginning at
the Northwest Corner of Section Seven (7);  thence along the
North line of said section a distance of 205.60 feet;  thence
North 87°32' East 1088.20 feet to the East line of Lot Four (4);
thence South 0°18' West along said East line 578 feet to the
Southeast corner of the parcel of land described in deed to
Sidney Peter Anderson and wife, recorded May 4, 1948 in Book
2781, page 395, Official Records of San Diego County, and the
true point of beginning.  Thence along the South line of said
land North 86°46' West 653.8 feet;  thence North 47°03' West
347.5 feet to the Northeasterly corner of said Anderson's
land;  thence North 87°32' East 909.7 feet to the East line
of said section and the Northeast corner of said Anderson's
land;  thence South 0°18' West along said East line 313.4
feet to the true point of beginning.  Also, Lot One (1)
(Northeast Quarter of the Northeast Quarter) of Section

1514

Interlocutory Judg. #34
                    Exhibit "B"

Parcel 92E- 7, 18 - 145 Continued:

 Eighteen (18), Township Nine (9) South, Range Two (2) East,

 San Bernardino Base and Meridian, in the County of San Diego,

 State of California.

Apparent Owners: ROBERTS, W. M. & Jean.


Parcel 92E-7-146:

 Lot Twelve (12) (Northwest Quarter of the Southwest Quarter)

 of Section Seven (7), Township Nine (9) South, Range Two (2)

 East, San Bernardino Base and Meridian, County of San Diego,

 State of California.

Apparent Owners:  STEPHENSON, Fred Reginal


Parcel 92E-7-147:

 Lot Thirteen (13) (Southwest Quarter of the Southwest Quarter)

 of Section Seven (7), Township Nine (9) South, Range Two (2)

 East, San Bernardino Base and Meridian, in the County of

 San Diego, State of California.

Apparent Owners:  STEPHENSON, Fred R. & Edna


Parcel 92E- 2, 8, 9, 10, 11, 12, 15, 16, 17,
   21, 22, 23 - 148:

 Lots Thirteen (13) through Sixteen (16) (South Half of South

 Half) of Section One (1), Township Nine (9) South, Range Two

 (2) East, San Bernardino Base and Meridian, in the County of

 San Diego, State of California.

 Lots Fifteen (15) and Sixteen (16) (South Half of Southeast

 Quarter) of Section Two (2), Township Nine (9) South, Range

 Two (2) East, San Bernardino Base and Meridian, in the County

 of San Diego, State of California.

 South Half of the Southeast Quarter;  South Half of the South-

 west Quarter EXCEpt portion included in highway;  Northwest

 Quarter of the Southwest Quarter;  Southwest Quarter of the

1515

Parcel 92E-2, 8, 9, 10, 11, 12, 15, 16, 17,
      21, 22, 23 - 148 Continued:

Northwest Quarter of Section Eight (8), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian.

Lots One (1) and Two (2) (North Half of Northeast Quarter);
Lots Three (3) and Four (4) (North Half of Northwest Quarter);
Lots Five (5) and Six (6) (South Half of Northwest Quarter);
Lot Seven (7) (Southwest Quarter of Northeast Quarter;  Lots
Nine (9), Ten (10), Fifteen (15) and Sixteen (16) (Southeast
Quarter);  Lot Eleven (11) (Northeast Quarter of Southwest
Quarter); and, Lots Thirteen (13) and Fourteen (14) (South Half
of Southwest Quarter of Section Nine (9), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Lot Six (6) (Southeast Quarter of Northwest Quarter);  Lot Seven
(7) and Eight (8) (South Half of Northeast Quarter);  Lots
Eleven (11) through Fourteen (14) (Southwest Quarter); and,
Lots Ten (10) and Fifteen (15) (West Half of Southeast Quarter
of Section Ten (10), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California.

Lot Two (2) (Northwest Quarter of Northeast Quarter);  Lot
Three (3) (Northeast Quarter of Northwest Quarter);  Lots
Five (5) and Six (6) (South Half of Northwest Quarter);  Lot
Eleven (11) (Northeast Quarter of Southwest Quarter); and,
Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16), (South-
east Quarter) of Section Eleven (11), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California

Northwest Quarter of the Northeast Quarter of Section Twelve
(12), Township Nine (9) South, Range Two (2) East, San Bernar-

1516

                          -12-       Interlocutory Judg. #34
                                        Exhibit "B"

Parcel 92E-2, 8, 9, 10, 11, 12, 15, 16, 17,
       21, 22, 23 - 148 Continued:

dino Base and Meridian, in the County of San Diego, State of
California.

Lots Three (3) through Six (6) (Northwest Quarter);  Lot Seven
(7) (Southwest Quarter of Northeast Quarter);  Lots Eleven (11)
through Fourteen (14), (Southwest Quarter); and Lots Nine (9),
Ten (10), Fifteen (15) and Sixteen (16) (Southeast Quarter of
Section Fifteen (15), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California.

Lot Six (6) (Southeast Quarter of Northwest Quarter); and, Lots
Eleven (11) through Fourteen (14) (Southwest Quarter) of Section
Sixteen (16), Township Nine (9) South, Range Two (2) East, San
Bernardino Base and Meridian, in the County of San Diego, State
of California

North Half of North Half, lying East of Highway; and, North
Half of Northwest Quarter lying West of Highway of Section
Seventeen (17), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of San Diego,
State of California.

Lot Four (4) (Northwest Quarter of Northwest Quarter) of Sec-
tion Twenty-one (21), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

Lots One (1) through Four (4) (North Half of North Half);
Lot Six (6) (Southeast Quarter of Northwest Quarter);
South Half of Lot Seven (7)(Southwest Quarter of Northeast
Quarter); North Half of Lot Ten (10) (Northwest Quarter of
Southeast Quarter); Lot Nine (9) (Northeast Quarter of
Southeast Quarter); and, Lot Eleven (11) (Northeast Quarter

1517

-13-        Interlocutory Judg. #34
                    Exhibit "B"

Parcel 92E-2, 8, 9, 10, 11, 12, 15, 16, 17
        21, 22, 23 - 148 Continued:

of Southwest Quarter) of Section Twenty-two (22), Township Nine

(9) South, Range Two (2) East, San Bernardino Base and Meridian,

in the County of San Diego, State of California.

Lot Four (4) (Northwest Quarter of the Northwest Quarter) of

Section Twenty-three (23), Township Nine (9) South, Range Two

(2) East, San Bernardino Base and Meridian, in the County of

San Diego, State of California.

Apparent Owner: OVIATT, James

Parcel 93E-6,   - 148A

Tract No. Thirty-seven (37); Lots One (1) and Two (2); and

the Southeast Quarter of the Northeast Quarter of Section Six

(6), Township Nine (9) South, Range Three (3) East, San Bernar-

dino Base and Meridian, in the County of San Diego, State of

California.

Apparent Owner: OVIATT, James

Parcel 92E-18-149:

South Half of Northeast Quarter; and, Northwest Quarter of

Northeast Quarter (Lots Two (2), Seven (7) and Eight (8))

of Section Eighteen (18), Township Nine (9) South, Range

Two (2) East, San Bernardino Base and Meridian, in the County

of San Diego, State of California.

Apparent Owners: MANN, Melvin H. & Janet B.

Parcel 92E-17-152:

South Half of Northeast Quarter (Lots Seven (7) and Eight (8))

Southeast Quarter of Northwest Quarter; North Half of South-

east Quarter (Lots Nine (9) and Ten (10)) EXCEPT that portion

of Lot Ten (10) lying South of County Road, and EXCEPT those

portions of Lots Nine (9) and Ten (10) described as follows:

-14-        Interlocutory Judg. #34
              Exhibit "B"

1518

Parcel 92E-17-152 Continued:

Commencing at the Northeast Corner of the Southeast Quarter
of the Southeast Quarter of said Section Seventeen (17);
thence due North along the section line between Sections
Sixteen (16) and Seventeen (17) a distance of 400 feet;
thence West 4° North, a distance of 1412 feet;  thence
West 20° South, a distance of 377 feet to the center of State
Highway;  thence South 32° East, a distance of 456 feet to
the property line of the Forest Service Administrative Site;
thence due East a distance of 1500 feet to the point of
beginning.

Apparent Owners: BERGMAN, Annie E.

Parcel 92E-17-153:

Southwest Quarter of the Northwest Quarter; and, Northwest
Quarter of the Southwest Quarter of Section Seventeen (17),
Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of San Diego, State of
California.

Apparent Owners:  MANN, Melvin H. & Janet B.

Parcel 92E-17-154:

Lot Eleven (11) (Northeast Quarter of Southwest Quarter);
and, that portion of Lot Ten (10) (Northwest Quarter of South-
east Quarter) lying Southwesterly of the center line of
California State Highway XI-SD-78E, (as such highway was
located in February 1935) of Section Seventeen (17), Town-
ship Nine (9) South, Range Two (2) East, San Bernardino Base
and Meridian, in the County of San Diego, State of California.

Apparent Owners:  BRITT, Cecil A. & Afton D.

Parcel 92E-17-156:

North Half of Lot Fourteen (14) (Southeast Quarter of South-
west Quarter) of Section Seventeen (17), Township Nine (9)

-15-

Interlocutory Judg. #34
Exhibit "B"

1519

Parcel 92E-17-156 Continued:

South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

Apparent Owners:  TURNBULL, Harrison P. & Virginia M.

Parcel 92E-17-157:

South Half of the Southeast Quarter of the Southwest Quarter
of Section Seventeen (17), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

Apparent Owners: DAGER, Probert W. & Mary Jeffers.

Parcel 92E-17-158:

That portion of the Northwest Quarter of the Southeast Quarter
of Section Seventeen (17), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California, described as follows:  Beginning
at a point in the center line of the County Road distant North-
westerly 450.5 feet from its intersection with the Southerly
line of Lot Ten (10);  thence North 68°00' East 250 feet;
thence at right angles Northerly 100 feet;  thence South 68°00'
West to center line of county road;  thence Southerly along
said center line to point of beginning in Lot Ten (10).

Apparent Owners:  HATTEBUHR, Eddie & Goldie

Parcel 92E-17-159:

That portion of the Northeast Quarter of the Southeast Quarter
(Lot Nine (9)); and, Northwest Quarter of the Southeast Quarter
(Lot Ten (10)) of Section Seventeen (17), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian, in
the County of San Diego, State of California, described as
follows:  Beginning at the Southeast Corner of Lot Nine (9);
thence North 1°10' East 402 feet on the Easterly line of said
Lot Nine (9);  thence North 8°55' West 1414 feet;  thence

-16-    Interlocutory Judg. #34
Exhibit "B"

1520

Parcel 92E-17-159 Continued:

South 68°00' West 374.5 feet to a point in the center line
of State Highway; thence South 32°55' East 450.5 feet on
the center line of said State Highway; thence South 89°40'
East 1502.7 feet on the Southerly line of said Lots Nine (9)
and Ten (10) to point of beginning.

Apparent Owner: WENTWORTH, Ruth

Parcel 92E-20-160:

Those portions of the Northwest Quarter of the Northeast
Quarter (Lot Two (2)) of Section Twenty (20), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of San Diego, State of California,
described as follows: The Northwest Quarter of Lot Two (2);
the West Half of the Northeast Quarter of Lot Two (2); the
North Half of the Southwest Quarter; and, the Northwest
Quarter of the Southeast Quarter of Lot Two (2).

Apparent Owners: LLOYD, Milton M. & Evelyn M.

Parcel 92E-20-161:

The North Half of the Northeast Quarter of the Northeast
Quarter (Lot One (1)) EXCEPT the East 201 feet thereof;
the East Half of the Northeast Quarter of Lot Two (2)
(Northwest Quarter of the Northeast Quarter); the South
Half of the Southwest Quarter of Lot Two (2); and, that
portion of the Southwest Quarter of Lot One (1) of Section
Twenty (20), Township Nine (9) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of San
Diego, State of California, lying East of a line described
as follows: Beginning at the Northwest corner of the
Southwest Quarter of said Lot One (1); thence Southeasterly
in a straight line to a point on the South line of said
Lot One (1) which is 357 feet East of the Southwest Corner

-17-    Interlocutory Judg. #34   1521
            Exhibit "B"

Parcel 92E-20-161 Continued:

of said Lot One (1).

Apparent Owners:  PAINTER, Monroe & Jean M.

Parcel 92E-20-162:

Southwest Quarter of the Southeast Quarter of Government Lot
Two (2) (Northwest Quarter of the Northeast Quarter);  East
Half of the Southeast Quarter of Lot Two (2);  that portion of
the Southwest Quarter of Government Lot One (1) (Northeast
Quarter of the Northeast Quarter) of Section Twenty (20),
Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, described as follows:  Beginning at the
Southwest Corner of said Lot One (1);  thence East on the
South line of said Lot a distance of 357 feet;  thence
Northwesterly in a straight line to the Northwest Corner
of the Southwest Quarter of said Lot;  thence South on the
West line of said lot to the point of beginning.

Apparent Owners:  BAKER, Chalace U. & Francis O.

Parcel 92E-20-163:

The Northerly 340 feet of the Easterly 201 feet of the North
Half of Lot One (1) (Northeast Quarter of the Northeast Quarter)
of Section Twenty (20), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California.

Apparent Owners: KUYKENDALL, Harold B. & Ardys M.

Parcel 92E-20-164:

The West 85 feet of the East 201 feet of the North Half of
Lot One (1) (Northeast Quarter of the Northeast Quarter) of
Section Twenty (20), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California, EXCEPT the Southerly 125 feet and
the Northerly 340 feet thereof.

Interlocutory Judg. #34           1522
Exhibit "B"

Parcel 92E-20-164 Continued:

Apparent Owner: MARTIN, D. L.

Parcel 92E-20-165:

Easterly 201 feet of the North Half of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California EXCEPT the Westerly 85 feet and the Southerly 125 feet thereof.

Apparent Owner: MARTIN, D. L.

Parcel 92E-20-166:

The Southerly 125 feet of the West 85 feet of the East 201 feet of the North Half of Government Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners: MARTIN, Alga F. & Frances S.

Parcel 92E-20-167:

Southerly 125 feet of the Easterly 201 feet of the North Half of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California EXCEPT the Westerly 85 feet thereof.

Apparent Owners: MARTIN, Willis J. & Ruby M.

Parcel 92E-20-168:

North 200 feet of West 330 feet of Southeast Quarter of the Northeast Quarter of the Northeast Quarter of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernar-

Parcel 92E-20-168 Continued:

dino Base and Meridian, in the County of San Diego, State of
California.

Apparent Owner:    CHRISMAN, Doris Cuffe

Parcel 92E-20-169:

Northerly 200 feet of the West 330 feet of the Southeast Quarter
of Lot One (1) (Northeast Quarter of the Northeast Quarter) of
Section Twenty (20), Township Nine (9) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of San
Diego, State of California, EXCEPT that portion thereof described
as follows:  Beginning at the Northeast Corner of above described
parcel;  thence Southerly along the Easterly line 100 feet;  thence
Westerly 120 feet;  thence Northerly 100 feet to Northerly line
of said parcel;  thence Easterly along the Northerly line 120
feet to the point of beginning.

Apparent Owners:  HUNTER, Kenneth A. & Elaine M.

Parcel 92E-20-170:

Southeast Quarter of Lot One (1) (Northeast Quarter of Northeast
Quarter) of Section Twenty (20), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California EXCEPT that portion thereof des-
cribed as follows:  Beginning at the Southeast Corner of Lot One
(1);  thence North along the East line thereof 200 feet;  thence
West parallel with the South line 330 feet;  thence South parallel
with the East line 100 feet to the South line of said Lot One (1);
thence East along the South line 330 feet to point of beginning.
Also EXCEPT the Northerly 200 feet of the Westerly 330 feet of
the Southeast Quarter of said Lot One (1).

Apparent Owner:  MARTIN, D. L.

Parcel 92E-20-171:

    That portion of the Southeast Quarter of Lot One (1) (Northeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California, described as follows:  Beginning at the Southeast corner of said Lot One (1); thence North along the East line thereof 200 feet;  thence West, parallel with the South line thereof 330 feet;  thence South, parallel with the East line 200 feet to the South line of said Lot One (1);  thence East along the South line of said Lot One (1), 330 feet to the point of beginning.

Apparent Owners:  GORE, C. David & Kathleen J.

Parcel 92E-20-172:

    Northeast Quarter of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owner:  ANDERSON, Elizabeth C.

Parcel 92E-20-173:

    Southeast Quarter of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners:  MEDRAN, Julian R. & Mary

Parcel 92E-20-174:

    West Half of the Northwest Quarter, and the Southwest Quarter of Lot Eight (8) (Southeast Quarter of the Northeast Quarter) of Section Twenty (20), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of

Interlocutory Judg. #34
Exhibit "B"

1525

Parcel 92E-20-174 Continued:

San Diego, State of California.

Apparent Owners:  MABEN, Ben & Edna G.

Parcel 82E-16-180:

South Half of the Southeast Quarter;  Northwest Quarter of the
Southeast Quarter; and, Southwest Quarter of the Northeast
Quarter of Section Sixteen (16), Township Eight (8) South,
Range Two (2) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

Apparent Owners: TONER, Rex J. & Mabel L.

Parcel 82E-15, 21, 22 - 181:

East Half of the Southwest Quarter;  Southwest Quarter of
the Southwest Quarter; and, Southeast Quarter of Section
Fifteen (15), Township Eight (8) South, Range Two (2) East,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Southeast Quarter of the Southeast Quarter;  Southeast
Quarter of the Northeast Quarter; and, Northeast Quarter of
the Southeast Quarter of Section Twenty-one (21), Township
Eight (8) South, Range Two (2) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

Northeast Quarter;  East Half of the Northwest Quarter;
Southwest Quarter;  Southwest Quarter of the Northwest Quarter;
and, West Half of the Southeast Quarter of Section Twenty-two
(22), Township Eight (8) South, Range Two (2) East, San Bernar-
dino Base and Meridian, in the County of Riverside, State of
California.

Apparent Owners:  TONER, Rex J. & Mabel L.

Parcel 92E-16-183:

 Lots One (1) through Five (5), also Seven (7) through Ten (10)
and Lot 16 (Northeast Quarter, North Half of the Northwest
Quarter; Southwest Quarter of the Northwest Quarter; North
Half of the Southeast Quarter; and, Southeast Quarter of
the Southeast Quarter) of Section Sixteen (16), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

Apparent Owner:  BERGMAN, Annie E.

Parcel 92E-21, 22 - 184:

 South Half of Lot One (1) (Northeast Quarter of the Northeast
Quarter;  Lot Two (2) (Northwest Quarter of the Northeast
Quarter); North Half of Lot Seven (7) (Southwest Quarter of the Northeast
Quarter); and, Lot Eight (8) (Southeast Quarter of the Northeast
Quarter) of Section Twenty-one (21), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

 Lot Five (5) (Southwest Quarter of the Northwest Quarter) of
Section Twenty-two (22), San Bernardino Base and Meridian, in
the County of San Diego, State of California.

Apparent Owner:  BERGMAN, Annie E.

Parcel 92E-21-185:

 Lot Three (Northeast Quarter of the Northwest Quarter) of
Section Twenty-one (21), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

Apparent Owners:  CUMMINS, Meta Lee

        HARMER, Edith Sarah

Parcel 92E-21-186:

    Lot Five (5) (Southwest Quarter of the Northwest Quarter) of
Section Twenty-one (21), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

  Apparent Owners: HEYDENREICH, E. H. & Daisy M.

Parcel 92E-21-188:

    North Half of Lot Eleven (11) (Northeast Quarter of Southwest
Quarter) of Section Twenty-one (21), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

  Apparent Owners:  PURSCHE, Roy C.

Parcel 92E-21-189:

    South Half of Lot Eleven (11) (Northeast Quarter of Southwest
Quarter); and Lot Fourteen (14) (Southeast Quarter of Southwest
Quarter) of Section Twenty-one (21), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

  Apparent Owner:  LINDENBERG, Fred.

Parcel 92E-21-190:

    Lot Twelve (12) (Northwest Quarter of Southwest Quarter) of
Section Twenty-one (21), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

  Apparent Owner:  PURSCHE, Carl P.

Parcel 92E-21, 22, 27 - 192:

    Lots Fifteen (15) and Sixteen (16) (South Half of Southeast
Quarter) of Section Twenty-one (21), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the

      Interlocutory Judg. #34       1528
                     Exhibit "B"

Parcel 92E-21, 22, 27 - 192 Continued:

County of San Diego, State of California.

Lot Thirteen (13) (Southwest Quarter of Southwest Quarter)
of Section Twenty-two (22), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Lot Four (4) (Northwest Quarter of Northwest Quarter) of
Section Twenty-seven (27), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Apparent Owners:  SNAVELY, Charles H., Jr., & Marjorie A.

Parcel 92E-27, 28 - 194:

Lot Five (5) (Southwest Quarter of Northwest Quarter) of
Section Twenty-seven (27), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Lots One (1), Seven (7) and Eight (8) (South Half of North-
east Quarter and Northeast Quarter of the Northeast Quarter)
of Section Twenty-eight (28), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Apparent Owner:  MILLER, John J. G.

Parcel 82E-23, 24 - 195:

Northeast Quarter; Northeast Quarter of Northwest Quarter;
South Half of Northwest Quarter; North Half of Southwest
Quarter; and, North Half of Southeast Quarter of Section
Twenty-three (23), Township Eight (8) South, Range Two (2)
East, San Bernardino Base and Meridian, in the County of
Riverside, State of California.

North Half; North Half of the Southwest Quarter; and,

Parcel 82E-23, 24 - 195 Continued:

    Northwest Quarter of Southeast Quarter of Section Twenty-four (24), Township Eight (8) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

  Apparent Owner:  TULE VALLEY LAND & CATTLE COMPANY

Parcel 92E-10, 15 - 197:

    Lot Nine (9), (Northeast Quarter of Southeast Quarter); and, West Half of Lot Sixteen (16) (Southeast Quarter of Southeast Quarter) of Section Ten (10), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County San Diego, State of California.

    Lots One (1) and Two (2) (North Half of Northeast Quarter) of Section Fifteen (15), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owners: STURTEVANT, C. A. & Doris A.

Parcel 92E-22, 23 - 198:

    Lot Eight (8) (Southeast Quarter of Northeast Quarter); and, North Half of Southwest Quarter of Northeast Quarter of Section Twenty-two (22), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

    Lot Five (5), (Southwest Quarter of Northwest Quarter) of Section Twenty-three (23), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owners:  TAYLOR, Howard Roy & Charlotte C.

Parcel 92E-22-27-200:

Southwest Quarter of Lot Fourteen (14) (Southeast Quarter of Southwest Quarter) of Section Twenty-two (22), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Lot Three (3), (Northeast Quarter of Northwest Quarter); Lot Six (6) (Southeast Quarter of Northwest Quarter); Lot Seven (7) (Southwest Quarter of Northeast Quarter);and, West Half of Lot Two (2) (Northwest Quarter of Northeast Quarter) of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners:  HEARD, Jim & Nettie Lou

Parcel 92E-27-202:

Lot Twelve (12) (Northwest Quarter of Southwest Quarter) of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners:  HALL, Rexford L.

HALL, Julian E.

SEARS, Marion E.

ALMON, Valeria W.

ROETHER, Marjorie E.

HALL, Grant W.

ROETHER, Iola F.

FANCHER, Nellie G.

Parcel 92E-27-203:

Lots Eleven (11), Thirteen (13) and Fourteen (14), (South Half of Southwest Quarter, and Northeast Quarter of Southwest Quarter) of Section Twenty-seven (27), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of

-27-          Interlocutory Judg. #34
              Exhibit "B"              1531

Parcel 92E-27-203 Continued:

San Diego, State of California.

Apparent Owner:  DUBNER, Hildegard B.

Parcel 92E-27-204:

That portion of Lot Ten (10) (Northwest Quarter of Southeast
Quarter) of Section Twenty-seven (27), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:
Beginning at a point in North line of said Lot Ten (10),
distant thereon 100 feet West from the Northeast Corner of
said lot;  thence South parallel with East line of said Lot,
715 feet, more or less, to a point in South line of North Half
of said Lot Ten (10);  thence West along said South line 1220
feet, more or less, to a point in the West line of said Lot
Ten (10);  thence North along the West line of said lot 715
feet, more or less, to the Northwest Corner of said Lot Ten
(10);  thence East along the North line 1220 feet, more or
less, to point of beginning.  Also, the South Half of Lot Ten
(10) and Lot Nine (9) (Northeast Quarter of the Southeast
Quarter) of Section Twenty-seven (27) said Township and Range,
lying Southwesterly of a straight line beginning at a point in
the Southerly line of Lot Nine (9), 425 feet Easterly from the
Southwest Corner of Lot Nine (9) and terminating in the North-
easterly Corner of the South Half of Lot Ten (10).

Apparent Owners:  BOTTORFF, Deane A. & May

Parcel 92E-27, 34, 35 - 205:

Lot Fifteen (15) (Southwest Quarter of Southeast Quarter) of
Section Twenty-seven (27), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

Interlocutory Judg. #34
Exhibit "B"

1532

Parcel 92E-27, 34, 35 - 205 Continued:

    Southeast Quarter; Southeast Quarter of Northeast Quarter; East
Half of Southwest Quarter of Northeast Quarter; Lot One (1)(North-
east Quarter of Northeast Quarter); and, Northwest Quarter of
Northeast Quarter of Section Thirty-four (34), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

    Southwest Quarter of Northwest Quarter of Section Thirty-five
(35), Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

  Apparent Owners:  GRAMMER, Martin J. & Emilie J.

                 GRAMMER, Joseph Ernest

Parcel 92E-27-206:

    That portion of Lot Ten (10 (Northwest Quarter of Southeast
Quarter) of Section Twenty-seven (27), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:
Beginning at a point in the North line of Lot Ten (10) distant
40 feet West from the Northeast Corner thereof, and continuing
West along said North line 60 feet;  thence South, parallel with
the East line of said Lot Ten (10), 375 feet;  thence East,
parallel with the North line 60 feet;  thence North, parallel
with the East line 375 feet to point of beginning.

  Apparent Owners:  BOTTORFF, Deane A. & May

Parcel 92E-27-207:

    That portion of Lot Ten (10) (Northwest Quarter of Southeast
Quarter), and Lot Nine (9) (Northeast Quarter of Southeast
Quarter) of Section Twenty-seven (27), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:

          Interlocutory Judg. #34   1533
                          Exhibit "B"

Parcel 92E-27-207 Continued:

The East 100 feet of the North 715 feet of Lot Ten, and that
portion of the West Half of Lot Nine (9) lying East of a
straight line beginning at a point in the Southerly line of
Lot Nine (9), 425 feet Easterly from the Southwest Corner
and terminating in the Northeasterly Corner of the South Half
of Lot Ten (10) EXCEPT that portion of Lot Ten (10) described
as follows: Beginning at a point in the North line of Lot
Ten (10) distant 40 feet West from the Northeast Corner thereof,
and continuing West along said North line 60 feet; thence
South, parallel with the East line of said Lot Ten (10), 375
feet; thence East parallel with the North line 60 feet;
thence North parallel with the East line 375 feet to the point
of beginning.

Apparent Owners: MORRISSEY, Perry C. & Arta L.


Parcel 92E-26, 27 - 208:

Lot Thirteen (13) (Southwest Quarter of Southwest Quarter)
of Section Twenty-six (26), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

Lot Sixteen (Southeast Quarter of Southeast Quarter); East
Half of Lot Nine (9) (Northeast Quarter of Southeast Quarter);
and, East Half of Lot Eighteen (18) (South Half of Southeast
Quarter of Northeast Quarter) of Section Twenty-seven (27),
Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of San Diego, State of
California.

Apparent Owners: LUSH, Harry R. & Charlotte L.


Parcel 92E-27-210:

West Half of Lot Eighteen (18) (South Half of Southeast Quarter
of Northeast Quarter) of Section Twenty-seven (27), Township

Parcel 92E-27-210 Continued:

Nine (9) South, Range Two (2) East, San Bernardino Base and
Meridian, in theCounty of San Diego, State of California.
EXCEPT the Northwesterly six (6) acres thereof, and EXCEPT
that portion described as follows:  Beginning at the South-
east Corner of the West Half of Lot Eighteen (18);  thence
Northerly 375 feet;  thence Southwesterly 770 feet to
the Southwest Corner of Lot Eighteen (18);  thence Easterly
675 feet to the point of beginning.

Apparent Owners:  MORRISSEY, Perry C. & Arta L.

Parcel 92E-27-211:

Approximately three (3) acres in the Southwest portion of
Lot Eighteen (18) (South Half of Southeast Quarter of North-
east Quarter) of Section Twenty-seven (27), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California, described as
follows:  Beginning 675 feet West from the Southeast Corner
of Lot Eighteen (18);  thence 375 feet Northerly;  thence
770 feet Southwesterly to the Southwest Corner of Lot Eighteen
(18);  thence 675 feet Easterly to the point of beginning.

Apparent Owners:  EDEN, Joseph E. & Josephine E.

Parcel 92E-23, 24, 26 - 216:

Southeast Quarter; and, Northeast Quarter of the Southwest
Quarter of Section Twenty-three (23), Township Nine (9) South,
Range Two (2) East, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

Northeast Quarter of Northwest Quarter;  Southwest Quarter of
Northwest Quarter; and, West Half of Southwest Quarter of
Section Twenty-four (24), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

Interlocutory Judg. #34
                      Exhibit "B"            1535

Parcel 92E-23, 24, 26 - 216 Continued:

    Northwest Quarter of Northeast Quarter of Section Twenty-six

    (26), Township Nine (9) South, Range Two (2) East, San Bernar-

    dino Base and Meridian, in the County of San Diego, State of

    California.

  Apparent Owner:  VEAZEY, Dorothy G.

Parcel 92E-26-222:

    Lot Five (5) (Southwest Quarter of Northwest Quarter) of Sec-

    tion Twenty-six (26), Township Nine (9) South, Range Two (2)

    East, San Bernardino Base and Meridian, in the County of San

    Diego, State of California EXCEPT the Westerly 508.45 feet

    thereof.

  Apparent Owners:  BUZARD, Ralph D. & Frances C.

Parcel 92E-26-224:

    That portion of Lot Five (5) (Southwest Quarter of Northwest

    Quarter) of Section Twenty-six (26), Township Nine (9) South,

    Range Two (2) East, San Bernardino Base and Meridian, County

    of San Diego, State of California described as follows:  Be-

    ginning at the Southwest Corner of said Lot Five (5);  thence

    North 88°05'20" East along the Southerly boundary line of said

    Lot Five (5) a distance of 248.91 feet to a point;  thence

    North 1°25' West parallel with Westerly boundary of said Lot

    Five (5) a distance of 1050 feet to a point;  thence South

    88°05'20" West parallel with the Southerly boundary of said

    lot a distance of 248.91 feet to a point on said Westerly

    boundary of said Lot Five (5);  thence South 1°25' East along

    said Westerly boundary 1050 feet to the point of beginning.

  Apparent Owners: BLAKE, Ernest J. & Beatrice

Parcel 92E-26-225:

    That portion of Lot Five (5) (Southwest Quarter of Northwest

    Quarter) of Section Twenty-six (26), Township Nine (9) South,

    Range Two (2) East, San Bernardino Base and Meridian, in the

1536

      Interlocutory Judg. #34
                      Exhibit "B"

Parcel 92E-26-225 Continued:

County of San Diego, State of California, described as follows:
Beginning at the Southwest corner of said Lot Five (5); thence
North 88°05'20" East along the Southerly boundary of said Lot
Five (5) a distance of 508.45 feet to a point;  thence North
1°25' West parallel with the Westerly boundary of said Lot Five
(5) a distance of 1050 feet to a point;  thence South 88°05'20"
West parallel with the Southerly boundary of said Lot Five (5)
a distance of 508.45 feet to a point on the Westerly boundary
of said Lot Five (5);  thence South 1°25' East along said
Westerly boundary 1050 feet to the point of beginning.  EXCEPT
therefrom the Westerly 248.91 feet thereof.

Apparent Owners: SILVERIA, Herman H. & Margaret A.

Parcel 92E-26-226:

The West eighteen (18) acres of Lot Twelve (12) (Northwest
Quarter of the Southwest Quarter) of Section Twenty-six (26),
Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, in the County of San Diego, State of
California.

Apparent Owners: CHAPMAN, George M. & Nadeen L.

Parcel 92E-26-227:

Lot Twelve (12) (Northwest Quarter of Southwest Quarter) of
Section Twenty-six (26), Township Nine (9) South, Range Two
(2) East, San Bernardino Base and Meridian, County of San
Diego, State of California EXCEPT the West eighteen (18)
acres thereof.

Apparent Owner: PRESTWICH, L. I.

Parcel 92E-26-228:

Lot Eleven (11) (Northeast Quarter of Southwest Quarter);
and, the North 165 feet of Lot Fourteen (14) (Southeast

-33-           Interlocutory Judg. #34     1537
                    Exhibit "B"

Parcel 92E-26-228 Continued:

Quarter of Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT the South 165 feet of the North 660 feet of said Lot Eleven (11).

Apparent Owners: WARD, Blaine & Lenore Claire

Parcel 92E-26-229:

South 165 feet of North 660 feet of Lot Eleven (11) (Northeast Quarter of Southwest Quarter); North Quarter of South Half; South Quarter; and, South Half of North Half of South Half of Lot Fourteen (14) (Southeast Quarter of Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners: HEYDENREICH, Ernest H. & Daisy M.

Parcel 92E-26-230:

North Half of Lot Fourteen (14) (Southeast Quarter of Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT North ten (10) rods thereof, and EXCEPT South ten (10) rods thereof.

Apparent Owners: MORTON, James E. & Jessie P.

Parcel 92E-26-231:

South ten (10) rods of the North Half of Lot Fourteen (14) (Southeast Quarter of Southwest Quarter) of Section Twenty-six (26), Township Nine (9) South, Range Two (2) East, San-Bernardino Base and Meridian, in the County of San Diego, State of California.

Apparent Owners: DARBY, Walter P. & Virginia

Interlocutory Judg. #34
Exhibit "B"     1538

Parcel 92E-35-232:

Lots Nine (9), Ten (10), Fifteen (15) and Sixteen (16) (South-
east Quarter) of Section Thirty-five (35), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California EXCEPT the
Northeast Quarter of said Lot Ten (10).

Apparent Owners: HOLCOMB, William Frederick

HARTLEY, Paul J., Jr. & Charlotte M.

HARTLEY, William R. & Joan M.

HARTLEY, Kenneth H. & Evelyn B.

HARTLEY, Donald J. & Lois K.

BONE, John Holcomb & Peggy Sue

WILKINSON, Harry R. & Barbara Lucile

Parcel 92E-35-233:

Northeast Quarter of Section Thirty-five (35), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and Meridian,
in the County of San Diego, State of California EXCEPT Beginning
at the Northeast corner of Section Thirty-five (35); thence
West along the North line of said section 580 feet; thence
Southerly to the most Northerly corner of Lot Six (6) of
Summit Park Tract; thence Southeasterly along the Northerly
line of said tract to the most Easterly corner of said tract;
thence North 36°31' East 158 feet; thence South 53°29' East
100 feet; thence South 36°31' West 450 feet to the center
line of Highway 78; thence along center line of Highway 78
199.45 feet; thence North 38°24' East 234.10 feet; thence
South 80°57'11" East 358.37 feet to the East line of said
Section Thirty-five (35); thence North along the East line
of said section to the point of beginning.  ALSO EXCEPT all
that portion of Lot Eight (8) (Southeast Quarter of North-
east Quarter) of Section Thirty-five described as follows:
Beginning at the Southeast corner of Lot Eight (8); thence

Parcel 92E-35-233 Continued:

South 88°20' West 406.27 feet; thence North 46°56' West 100
feet; thence North 38°24' East 204 feet; thence South 80°57'
11" East 358.37 feet to the East line of Lot Eight (8), 160
feet Northerly from point of beginning; thence Southerly 160
feet to point of beginning.  ALSO EXCEPT  Beginning at the
Southeast corner of the Northeast Quarter;  thence South 88°
20' West 448.50 feet;  thence North 47°02' West 204.55 feet;
thence North 53°29' West 62.18 feet to true point of be-
ginning.  Thence North 53°29' West 100 feet;  thence North
36°31' East 450 feet; thence South 53°29' East 100 feet;
thence South 36°31' West 450 feet to true point of beginning.
ALSO EXCEPT all that portion of Lot Eight (8) (Southeast
Quarter of Northeast Quarter) of Section Thirty-five (35),
Township Nine (9) South, Range Two (2) East, San Bernardino
Base and Meridian, described as follows:  Beginning at a point
on the center line of State Highway 78, which is 865 feet
Northwesterly along the center line of highway from the South
line of said Northeast Quarter; thence Westerly along the
center line of said highway 200 feet;  thence Southwesterly
730 feet more or less to a point in the Southerly line of
said Northeast Quarter which is South 88°20' West 1770 feet
from the Southeast corner of said Northeast Quarter of said
Section Thirty-five (35); thence North 88°20' East 420 feet
along the South line of said Northeast Quarter; thence Northerly
556 feet more or less to the point of beginning.

Apparent Owner:  O'GORMAN, C. J.

Parcel 92E-35-234:

That portion of Section Thirty-five (35), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian,
described as follows:  Beginning at the Northeast corner of

Parcel 92E-35-234 Continued:

    Section Thirty-five (35); thence West along the North line
of said Section 580 feet;  thence Southerly to the most
Northerly corner of Lot Six (6) of Summit Park Tract; thence
Southeasterly along the Northerly line of said tract to the
most Easterly corner of said tract; thence North 36°31'
East 158 feet; thence South 53°29' East 100 feet; thence
South 36°31' West 450 feet to the center line of Highway
78; thence along center line of Highway 78, 199.45 feet;
thence North 38°24' East 234.10 feet; thence South 80°57'11"
East 358.37 feet to the East line of said Section Thirty-
five (35); thence North along the East line of said section
to the point of beginning.

  Apparent Owners: HAMILTON, Willard C. & Edith V.


Parcel 92E-35-235:

    Northeast Quarter of Lot Ten (10) (Northwest Quarter of South-
east Quarter of Section Thirty-five (35), Township Nine (9)
South, Range Two (2) East, San Bernardino Base and Meridian,
County of San Diego, State of California.

  Apparent Owners: VON GUNDEN, Robert L. & Edith M.


Parcel 92E-35-236:

    Southwest Quarter of Section Thirty-five (35), Township Nine
(9) South, Range Two (2) East, San Bernardino Base and
Meridian, County of San Diego, State of California.

  Apparent Owner:  GRAMMER, John Fred


Parcel 92E-35-237:

    Lots Three (3) and Four (4) (North Half of Northwest Quarter)
of Section Thirty-five (35), Township Nine (9) South, Range
Two (2) East, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

Interlocutory Judg. #34
Exhibit "B"

1541

Parcel 92E-35-237 Continued:

Apparent Owners: KEMPF, Joe & Elizabeth

SPECKERT, S. & Hilda

Parcel 92E-35-238:

Lot Six (6) (Southeast Quarter of Northwest Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, County of San Diego, State of California.

Apparent Owner: ALFORD, Gary Stanley

Parcel 92E-35-241:

That portion of Lot Eight (8) (Southeast Quarter of Northeast Quarter) of Section Thirty-five (35), Township Nine (9) South, Range Two (2) East, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: Beginning at a point on the center line of State Highway 78, which is 865 feet Northwesterly along the center line of highway from the South line of said Northeast Quarter; thence Westerly along the center line of said highway 200 feet; thence Southwesterly 730 feet, more or less to a point in the Southerly line of said Northeast Quarter which is South 88°20' West 1770 feet from the Southeast corner of said Northeast Quarter of said Section Thirty-five (35); thence North 88°20' East 420 feet along the South line of said Northeast Quarter; thence Northerly 556 feet more or less to the point of beginning.

Apparent Owners: JACKSON, Howard T. & Mary Agnes

Parcel 93E-7, 8 - 248:

The East Half of the Southeast Quarter; and, the Southeast Quarter of the Northeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of San Diego, State of

Parcel 93E-7, 8 - 248 Continued:

California.

Southwest Quarter of the Northwest Quarter; and, South Half

of the Southwest Quarter of Section Eight (8), Township Nine

(9) South, Range Three (3) East, San Bernardino Base and

Meridian, in the County of San Diego, State of California.

Apparent Owner:  LAWTON, John III

Parcel 93E-8, 17 - 259:

South Half of Southeast Quarter; Northwest Quarter of South-

east Quarter; and, North Half of Southwest Quarter of Section

Eight (8), Township Nine (9) South, Range Three (3) East,

San Bernardino Base and Meridian, in the County of San Diego,

State of California.

Northeast Quarter of Section Seventeen (17), Township Nine

(9) South, Range Three (3) East, San Bernardino Base and

Meridian, County of San Diego, State of California.

Apparent Owners: CUMMINS, George & Meta Lee

HARMER, Carl A. & Edith Sarah

Parcel 93E-16-279:

East Half of East Half of Section Sixteen (16), Township

Nine (9) South, Range Three (3) East, San Bernardino Base

and Meridian, in the County of San Diego, State of California.

Apparent Owners: JACKSON, Roy C. & Louise

Parcel 93E-16-282:

West Half of West Half of Section Sixteen (16), Township

Nine (9) South, Range Three (3) East, San Bernardino Base

and Meridian, in the County of San Diego, State of California.

Apparent Owner:  HANSEN, Evelyn T.

Interlocutory Judg. #34  1543
                                      Exhibit "B"

Parcel 93E-16-283:

    Southeast Quarter of Northwest Quarter of Section Sixteen
(16), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owner:  ZIMMERMAN, Lee

Parcel 93E-16-284:

    North Half of Northeast Quarter of Southwest Quarter of Section Sixteen (16), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owner:  DICKEY, Helen B.

Parcel 93E-16-286:

    West Half of Southeast Quarter of Section Sixteen (16), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owners: TOBIN, Joseph Russel & Irma L.

Parcel 93E-15-294:

    South Half of Southwest Quarter; and, Northwest Quarter of Southwest Quarter of Section Fifteen (15), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owners: TOBIN, Michael V. & Ruby M.

Parcel 93E-15-296:

    Northeast Quarter; and, East Half of Northwest Quarter of Section Fifteen (15), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

  Apparent Owners: BEATTIE, Dee E. & Mary K.

1544

Parcel 93E-15-298:

    Southwest Quarter of Northwest Quarter of Section Fifteen (15),

    Township Nine (9) South, Range Three (3) East, San Bernardino

    Base and Meridian, in the County of San Diego, State of California.

Apparent Owners: SCOTT, Paul M. & Kathryn M.

## LANDS RIPARIAN TO TEMECULA CREEK

**Parcel 81E-35, 91E-2-101A:**

NW¼ of SW¼; S½ of NE¼ of SW¼; S½ of SW¼; Govt Lot 11 (SW¼ of SE¼); &, a por of Govt Lot 10 (NW¼ of SE¼) lying Sly of Hwy, of Sec. 35, T8S, R1E.
NE¼; E½ of NW¼ of Sec. 2, T9S, R1E.

Apparent Owner:   BERGMAN, Annie E.

Gross Acreage       443.8            Wells: None

Irrigable Acreage   11.6

Surface Diversions:

81E-35M - Dam

- - - - - - - - - - - - - - - -

**Parcel 81E-36, 91E-1-112:**

SE¼ of Sec 36, T8S, R1E
W½ of NW¼ of NW¼ of NE¼ of Sec. 1, T9S, R1E

Apparent Owners:   MACHA, James F. Jr. & Bernice

Gross Acreage       165.0            Wells: 91E-1B1 - Not in use
                                           1B2 - Domestic

Irrigable Acreage   115.3

Surface Diversions:

None

- - - - - - - - - - - - - - - -

**Parcel 91E-1-113:**

W½ of NW¼ of Sec. 1, T9S, R1E EXC Beg at NE Cor of W½ of NW¼; th S approx 882' to a pt 948' fr sd pt in a NWly direc to Cnty Li alng present Hwy & approx 365' E alng Cnty li to starting pt. Cont. 3½ ac m/l. Sd prop bounded on N by Cnty li & on W by Hwy.

Apparent Owners:   BARNES, Victoria Mabel
                   COX, Flora Mabel

Gross Acreage       75.1             Wells:  None

Irrigable Acreage   13.4

Surface Diversions:

None

Parcel 91E-1, 92E-6 - 120:

    W 3/4 of NE¼ of NE¼ of Sec. 1, T9S, R1E
    SE¼ of NE¼ of Sec. 1, T9S, R1E
    Lot 4 (NW¼ of NW¼) of Sec. 6, T9S, R2E.

Apparent Owner:    HOLMES, Elsie M.

Gross Acreage    110.2        Wells: 92E-6D1- Domestic

Irrigable Acreage   90.7

Surface Diversions:

- - - - - - - - - - - - - - - - -

Parcel 91E-1, 12 - 129:

    SW¼; SW¼ of SE¼; &, E½ of SE¼ of Sec. 1, T9S, R1E.
    E½ of NE¼ of Sec. 12, T9S, R1E
Apparent Owners:  WARD, Alvis Andrew & Velma F.

Gross Acreage    358.3       Wells: 91E-1Q1 - Domestic
                                 1Q2 - Windmill -
Irrigable Acreage  189.1              Domestic

Surface Diversions:

    91E-1N1 - Dam, 1/4 acre, 8' deep
        1P1 - Sump 50' sq, 15' deep
        1Q1 - Sump 50' Sw, 15' deep
     12H1 - Dam, 1/5 acre, 6' deep
     12A1 - Reservoir, 50x100x10 - dry
- - - - - - - - - - - - - - - - -

Parcel 91E-12-130:

    W½ of NE¼ of Sec. 12, T9S, R1E

Apparent Owners:  WILLIAMSON, Leonard L. & Sarah

Gross Acreage    80.0        Wells:  None

Irrigable Acreage  44.2

Surface Diversions:

    None

Parcel 91E-12-131:

NE¼ of NW¼ of Sec. 12, T9S, R1E.

Apparent Owner:   LUTHER, Georgia

Gross Acreage        44.0                    Wells:   None

Irrigable Acreage    4.0

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 91E-12-132:

SE¼ of NW¼ of Sec. 12, T9S, R1E.

Apparent Owner:   OTIS, Charles C.

Gross Acreage        40.0                    Wells:   None

Irrigable Acreage    4.2

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 91E-12-133:

Lots 1, 2, 7 & 8 (SE¼) of Sec. 12, T9S, R1E.

Apparent Owners:   BURLINGHAM, Edith L.
                   QUINN, Eileen T.
                   ZIMMERMAN, May M.

Gross Acreage        161.5                   Wells:   None

Irrigable Acreage    26.2

Surface Diversions:

    None

Interlocutory Judg. #34
Exhibit "C-1"   1548

Parcel 92E-6-139:

Govt Lots 5, 6, 7, 10, 11, 12, 13 & 14 (SW¼; S½ of NW¼; NW¼
of SE¼; &, SW¼ of NE¼) of Sec. 6, T9S, R2E.

Apparent Owners:     SCOTT, Willard R. & Irene
                     SCOTT, Leslie E. & Beatrice

Gross Acreage        317.3              Wells: 92E-6F1 - Windmill
                                                   6G1 - Not in use
Irrigable Acreage    206.9                         6L1 - Windmill, Dom.
                                                   6N1 - Not in use
                                                   6N2 - Not in use

Surface Diversions:

    None

- - - - - - - - - - - - - - - - -

Parcel 92E-7-142:

That por of Sec 7, T9S, R2E daf:  Beg at NW Cor of Sec. 7;
th alng Sec. li between Sec 6 & 7, N 87°32' E 205.60' to
NW Cor of lnd conv to Johnson; th S 34°33' E alng Wly li
of sd lnd 312.0' to the SW Cor of sd land, sd pt being true
pob; th N 87°32' E alng Sly li of sd Johnson lnd 909.70' to
E li of Lot 4 (NW¼ of NW¼); th S 0°18' W alng sd E li of
Lot 4, 313.4'; th N 86°46' W 653.8'; th N 47°03' W 347.5'
to true pob.

Apparent Owners:     CHRISTINO, Anthony & Margaret

Gross Acreage        5.9               Wells: 92E-7D2 - Dom
                                                  7D1 - Not in use
Irri Acreage         5.9

Surface Diversions:

    None

- - - - - - - - - - - - - - - - -

Parcel 92E-7, 18-145:

Lots 5, 11, 14, 15 & those por of Lots 3, 4, 6, 7, 9, 10
& 16 of Sec. 7, T9S, R2E lying SWly of c/l of Rd Surv. No.
299 EXC fr desc por of Lot 4 that por thereof if any lying
within the prop daf: Beg at NW Cor of Sec 7; th alng N li
of sd Sec a dist of 205.60'; th N 87°32' E 1088.20' to E
li of Lot 4; th S 0°18' W alng sd E li 578' to SE Cor of par
of lnd desc in deed to Sidney Peter Anderson & wife, recorded
May 4, 1948 in Book 2781, page 395, OR of San Diego Cnty &
true pob; th alng S li sd lnd N 86°46' W 653.8'; th N 47°
03' W 347.5' to NEly Cor of sd Anderson's lnd; th N 87°32'
E 909.7' to E li sd Sec. & the NE Cor of sd Anderson lnd;
th S 0°18' W alng sd E li 313.4' to true pob.
Lot 1 of Sec. 18, T9S, R2E.

Parcel 92E-7, 18 - 145 Continued:

Apparent Owners:   ROBERTS, W. M. & Jean

Gross Acreage        283.4                    Wells: 92E-7D3 - Domestic
Irrigable Acreage    40.8                              7K1 - Not in use

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-7-146:

    Lot 12 of Sec 7, T9S, R2E

Apparent Owner:   STEPHENSON, Fred R.

Gross Acreage        39.8              Wells:  None
Irrigable Acreage  None
Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-7-147:

    Lot 13 of Sec 7, T9S, R2E

Apparent Owners:   STEPHENSON, Fred R. & Edna

Gross Acreage        40.1             Wells:  None
Irrigable Acreage  None
Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-17, 21 - 148:

    N$\frac{1}{2}$ of N$\frac{1}{2}$ lying E of Hwy; &, N$\frac{1}{2}$ of NW$\frac{1}{4}$ lying W of Hwy
    of Sec. 17, T9S, R2E
    Lot 4 of Sec. 21, T9S, R2E

Apparent Owner:   OVIATT, James

Gross Acreage        195.3             Wells:

Irrigable Acreage  156.9

Surface Diversions:

Interlocutory Judg. #34
                                    Exhibit "C-1"        1550

Parcel 92E-18-149:

$S\frac{1}{2}$ of $NE\frac{1}{4}$; &, $NW\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 18, T9S, R2E

Apparent Owners:   MANN, Melvin H. & Janet B.

Gross Acreage        116.6              Wells:  None

Irrigable Acreage     13.1

Surface Diversions:

None

- - - - - - - - - - - - - - -

Parcel 92E-17-152:

$S\frac{1}{2}$ of $NE\frac{1}{4}$; $SE\frac{1}{4}$ of $NW\frac{1}{4}$; $N\frac{1}{2}$ of $SE\frac{1}{4}$ of Sec. 17, T9S, R2E EXC
por of Lot 10 lying S of Cnty Rd, & EXC those por of Lots
9 & 10 daf:  Beg at NE Cor of $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of sd Sec. 17;
th N alng Sec li 400'; th W 4° N 1412'; th W 20° S 377'
to c/l of State Hwy; th S 32° E, a dist of 456' to prop
li of Forest Service Admin Site; th due E a dist of 1500'
to pob.

Apparent Owner:   BERGMAN, Annie E.

Gross Acreage        155.4              Wells: 92E-17K1 - Dom & Stock
                                              17K3 - Irrigation
Irrigable Acreage    124.3                    17K5 - Not in use

Surface Diversions:

None

- - - - - - - - - - - - - - -

Parcel 92E-17-153:

$SW\frac{1}{4}$ of $NW\frac{1}{4}$; &, $NW\frac{1}{4}$ of $SW\frac{1}{4}$ of Sec. 17, T8S, R2E

Apparent Owners:   MANN, Melvin H. & Janet B.

Gross Acreage        78.4              Wells: 92E-17E1 - Domestic

Irrigable Acreage    22.0

Surface Diversions:

92E-17E1 - Pond, 300' Dia x 8' Deep

17E2 - Swimming Pool 28x15x10

Parcel 92E-17-154:

Lot 11 & that por of Lot 10 lying SWly of c/l State Hwy X1-SD-78-E of Sec 17, T9S, R2E.

Apparent Owners:   BRITT, Cecil A. & Afton D.

Gross Acreage        59.4                    Wells:  None

Irrigable Acreage   26.9

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-17-156:

N½ of Lot 14 (SE¼ of SW¼), Sec 17, T9S, R2E.

Apparent Owners:   TURNBULL, Harrison P. & Virginia M.

Gross Acreage        19.8                    Wells: 92E-17P2 - Domestic

Irrigable Acreage    4.3

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-17-157:

S½ of SE¼ of SW¼ of Sec 17, T9S, R2E.

Apparent Owners:   DAGER, Probert W. & Mary Jeffers

Gross Acreage        19.8                    Wells: 92E-17P2 - Domestic

Irrigable Acreage   None

Surface Diversions:

    None

Parcel 92E-17-158:

That por of NW¼ of SE¼ of Sec. 17, T9S, R2E daf:  Beg at
a pt in c/1 of Cnty Rd dist NWly 450.5' fr its inter with
Sly li of Lot 10; th N 68°00' E 250'; th at r/a Nly 100';
th S 68°00' W to c/1 of Cnty Rd; th Sly alng sd c/1 to
pob.

Apparent Owners:     HATTEBUHR, Eddie & Goldie

Gross Acreage        0.6                Wells: 92E-17K2 - Domestic

Irrigable Acreage  0.6

Surface Diversions:

    None

- - - - - - - - - - - - - - - - -

Parcel 92E-17-159:

That por of NE¼ of SE¼; &, NW¼ of SE¼ of Sec. 17, T9S, R2E
daf: Beg at SE Cor of Lot 9; th N 1°10' E 402' on Ely li
of Lot 9; th N 8°55' W 1414'; th S 68°00' W 374.5' to a pt
in c/1 State Hwy; th S 32°55' E 450.5' on c/1 sd State Hwy;
th S 89°40' E 1502.7' on Sly li sd Lots 9 & 10 to pob.

Apparent Owner:     WENTWORTH, Ruth

Gross Acreage        17.2               Wells: 92E-17J2 - Domestic

Irrigable Acreage  17.2

Surface Diversions:

    None

- - - - - - - - - - - - - - - - -

Parcel 92E-20-160:

NW¼; W½ of NE¼; N½ of SW¼; & NW¼ of SE¼ of Lot 2
(NW¼ of NE¼) of Sec 20, T9S, R2E

Apparent Owners:   LLOYD, Milton M. & Evelyn M.

Gross Acreage        22.3               Wells: 92E-20B1 - Domestic

Irrigable Acreage  11.2

Surface Diversions:

    92E 20B1 - Storage Tank - 12'x12'
        20B2 - Storage Tank - 10'x10'
        20B3 - Storage Tank -  6'x6'

Interlocutory Judg #34
Exhibit "C-1"    1553

Parcel 92E-20-161:

N½ of Lot 1 (NE¼ of NE¼) EXC E 201'
E½ of NE¼; & S½ of SW¼ of Lot 2 (NW¼ of NE¼)
That por of SW¼ of sd Lot 1 lying E of li daf:  Beg at NW
Cor of SW¼ of sd Lot 1; th SEly in a straight li to a pt
on S li sd Lot 1 which is 357' E of SW Cor of sd Lot 1
All in Sec. 20, T9S, R2E

Apparent Owners:   PAINTER, Monroe & Jean M.

Gross Acreage        34.0              Wells: 92E-20A1 - Domestic

Irrigable Acreage    2.0

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-20-162:

SW¼ of SE¼; E½ of SE¼ of Lot 2 (NW¼ of NE¼) of Sec 20,
T9S, R2E.
That por of SW¼ of Lot 1 (NE¼ of NE¼) of sd Sec 20 daf:
Beg at SW Cor of sd Lot 1; th E on S li sd Lot dist of
357'; th NWly in a straight li to NW Cor of SW¼ of sd
Lot; th S on W li sd lot to pob

Apparent Owners:   BAKER, Chalace U. & Francis O.

Gross Acreage        10.1              Wells: 92E-20B3 - Domestic

Irrigable Acreage    4.3

Surface Diversions:

    92E-20B1 - Storage tank - 6'x6'

- - - - - - - - - - - - - - -

Parcel 92E-20-163:

Nly 340' of Ely 201' of N½ of Lot 1 (NE¼ of NE¼) of
Sec. 20, T9S, R2E.

Apparent Owners:   KUYKENDALL, Harold B. & Ardys M.

Gross Acreage        1.6               Wells: 92E-20A2

Irrigable Acreage    1.6

Surface Diversions:

    None

Parcel 92E-20-164:

W 85' of E 201' of N½ of Lot 1 (NE¼ of NE¼) of Sec 20, T9S, R2E EXC Sly 125' of Nly 340'

Apparent Owner:     MARTIN, D. L.

Gross Acreage       0.4                    Wells: 92E-20A3 - Domestic

Irrigable Acreage   0.4

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-20-165:

Ely 201' of N½ of Lot 1 (NE¼ of NE¼) of Sec. 20, T9S, R2E EXC Wly 85' and Sly 125'

Apparent Owner:     MARTIN, D. L.

Gross Acreage       0.4                    Wells: 92E-20A8 - Domestic

Irrigable Acreage   0.4

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-20-166:

Sly 125' of Wly 85' of Ely 201' of N½ of Govt Lot 1 (NE¼ of NE¼) of Sec. 20, T9S, R2E.

Apparent Owners:    MARTIN, Alga F. & Frances S.

Gross Acreage       0.2                    Wells: 92E-20A7 - Domestic

Irrigable Acreage   0.2

Surface Diversions:

    None

Interlocutory Judg. #34
                Exhibit "C-1"      1555

Parcel 92E-20-167:

Sly 125' of Ely 201' of N½ of Lot 1 (NE¼ of NE¼) of Sec. 20, T9S, R2E, EXC Wly 85'

Apparent Owners:   MARTIN, Willis J. & Ruby M.

Gross Acreage        0.3                Wells: 92E-20A6 - Domestic

Irrigable Acreage   0.3

Surface Diversions:

    None


- - - - - - - - - - - - - - - -


Parcel 92E-20-168:

N 220' of W 330' of SE¼ of NE¼ of NE¼ of Sec. 20, T9S, R2E

Apparent Owner:   CHRISMAN, Doris Cuffe

Gross Acreage        0.3                Wells: 92E-20A4 - Domestic

Irrigable Acreage   0.3

Surface Diversions:

    None


- - - - - - - - - - - - - - - -


Parcel 92E-20-169:

Nly 200' of Wly 330' of SE¼ of Lot 1 (NE¼ of NE¼) of Sec. 20, T9S, R2E, EXC por daf:  Beg at NE Cor of above desc parcel; th Sly alng Ely li 100'; th Wly 120'; th Nly 100' to Nly li sd parcel; th Ely alng Nly li 120' to pob.

Apparent Owners:   HUNTER, Kenneth A. & Elaine M.

Gross Acreage        1.3                Wells: 92E-20A10 - Domestic

Irrigable Acreage   1.3

Surface Diversions:

    None

Parcel 92E-20-170:

SE¼ of Lot 1 (NE¼ of NE¼) of Sec. 20, T9S, R2E EXC por daf:
Beg at SE Cor of Lot 1; th N alng E li thereof 200'; th W
p/w S li 330'; th S p/w E li 100' to S li sd Lot 1; th E
alng S li 330' to pob. Also EXC Nly 200' of Wly 330' of
SE¼ of sd Lot 1.

Apparent Owner:    MARTIN, D. L.

Gross Acreage      6.9                Wells: 92E-20A5 - Domestic

Irrigable Acreage  6.9

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-20-171:

Por of SE¼ of Lot 1 (NE¼ of NE¼) of Sec. 20, T9S, R2E daf:
Beg at SE Cor of sd Lot 1; th N alng E li thereof 200';
th W p/w S li thereof 330'; th S p/w E li thereofE li 200'
to S li of sd Lot 1; th E alng S li sd Lot 1 330' to pob.

Apparent Owners:   GORE, C. David & Kathleen J.

Gross Acreage      1.5                Wells: 92E-20A9 - Domestic

Irrigable Acreage  1.5

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-20-172:

NE¼ of Lot 8 (SE¼ of NE¼) of Sec. 20, T9S, R2E.

Apparent Owner:    ANDERSON, Elizabeth C.

Gross Acreage      8.6                Wells: 92E-20H1 - Domestic

Irrigable Acreage  8.6

Surface Diversions:

    None

Interlocutory Judg. #34 1557
                Exhibit "C-1"

Parcel 92E-20-173:

SE$\frac{1}{4}$ of Lot 8 (SE$\frac{1}{4}$ of NE$\frac{1}{4}$) of Sec 20, T9S, R2E

Apparent Owners:   MEDRAN, Julian R. & Mary

Gross Acreage        10.0                Wells: 92E-20H1 - Domestic

Irrigable Acreage    9.1

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-20-174:

W$\frac{1}{2}$ of NW$\frac{1}{4}$; & SW$\frac{1}{4}$ of Lot 8 (SE$\frac{1}{4}$ of NE$\frac{1}{4}$) of Sec. 20, T9S, R2E.

Apparent Owners:   MABEN, Ben & Edna G.

Gross Acreage        21.2                Wells: 92E-20H1 - Domestic

Irrigable Acreage    2.5

Surface Diversions:

    92E-20H1 - Spring Box - 8'x8'

- - - - - - - - - - - - - - - -

Parcel 92E-21-185:

Lot 3 (NE$\frac{1}{4}$ of NW$\frac{1}{4}$) of Sec. 21, T9S, R2E

Apparent Owners:   CUMMINS, Meta Lee
                      HARMER, Edith Sarah

Gross Acreage        39.3                Wells: 92E-21C1 - Domestic

Irrigable Acreage    39.3

Surface Diversions:

    None

Interlocutory Judg. #34
Exhibit "C-1"                1558

Parcel 92E-21-186:

Lot 5 (SW_ of NW¼) of Sec. 21, T9S, R2E

Apparent Owners:   HEYDENREICH, E. H. & Daisy M.

Gross Acreage      39.5                Wells:  None

Irrigable Acreage  39.5

Surface Diversions:

None

- - - - - - - - - - - - - - - -

Parcel 92E-21-188:

N½ of Lot 11 (NE¼ of SW¼) of Sec. 21, T9S, R2E.

Apparent Owner:   PURSCHE, Roy C.

Gross Acreage      20.0                Wells: 92E-21L1 - Domestic

Irrigable Acreage   5.0

Surface Diversions:

92E-21L1 - Pond 200' Dia 6' Deep in center

- - - - - - - - - - - - - - - -

Parcel 92E-21-189:

S½ of Lot 11 (NE¼ of SW¼); &, Lot 14 (SE¼ of SW¼) of Sec. 21, T9S, R2E.

Apparent Owner:   LINDENBERG, Fred

Gross Acreage      60.4                Wells: 92E-21P1 - Windmill,
                                                          Domestic
Irrigable Acreage  19.2

Surface Diversions:

92E-21P1 - Swimming Pool - 10,000 gal cap
   21P2 - Reservoir - 5,000 gal cap

Interlocutory Judg. #34
                          Exhibit "C-1"        1559

Parcel 92E-21-190:

    Lot 12 (NW$\frac{1}{4}$ of SW$\frac{1}{4}$) of Sec. 21, T9S, R2E

Apparent Owner:    PURSCHE, Carl P.

Gross Acreage    40.0         Wells:  None

Irrigable Acreage  11.4

Surface Diversions:

    92E-21L1 - Reservoir, 200' Dia - 6' Deep


- - - - - - - - - - - - - - - -


Parcel 92E-21, 22, 27 - 192:

    Lots 15 & 16 (S$\frac{1}{2}$ of SE$\frac{1}{4}$) of Sec. 21, T9S, R2E
    Lot 13 (SW$\frac{1}{4}$ of SW$\frac{1}{4}$) of Sec. 22, T9S, R2E
    Lot 4 (NW$\frac{1}{4}$ of NW$\frac{1}{4}$) of Sec. 27, T9S, R2E

Apparent Owners:    SNAVELY, Charles H. Jr. & Marjorie A.

Gross Acreage    165.7        Wells:  None

Irrigable Acreage  58.6

Surface Diversions:

    None


- - - - - - - - - - - - - - - -


Parcel 92E-27, 28 - 194:

    Lot 5 (SW$\frac{1}{4}$ of NW$\frac{1}{4}$) of Sec. 27, T9S, R2E
    Lots 1, 7 & 8 (S$\frac{1}{2}$ of NE$\frac{1}{4}$ & NE$\frac{1}{4}$ of NE$\frac{1}{4}$) of Sec. 28,
    T9S, R2E.

Apparent Owner:    MILLER, John J. G.

Gross Acreage             Wells:

Irrigable Acreage

Surface Diversions:

Parcel 92E-22, 27 - 200:

SW¼ of Lot 14 (SE¼ of SW¼) of Sec. 22, T9S, R2E
Lot 3 (NE¼ of NW¼; Lot 6 )SE¼ of NW¼); Lot 7 (SW¼
of NE¼; &, W½ of Lot 2 (NW¼ of NE¼) of Sec. 27, T9S,
R2E.

Apparent Owners:   HEARD, Jim & Nettie Lou

Gross Acreage      157.2              Wells: 92E-27A1 - Domestic

Irrigable Acreage  79.6

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-27-202:

Lot 12 (NW¼ of SW¼) of Sec. 27, T9S, R2E

Apparent Owners:   HALL, Rexford L.
                   HALL, Julian E.
                   SEARS, Marion E.
                   ALMON, Valeria W.
                   ROETHER, Marjorie E.
                   HALL, Grant W.
                   ROETHER, Iola F.
                   FANCHER, Nellie G.

Gross Acreage      38.3               Wells: 92E-27J1 - Domestic

Irrigable Acreage  None

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-27-203:

Lots 11, 13 & 14 (S½ of SW¼ & NE¼ of SW¼) of Sec. 27, T9S,
R2E.

Apparent Owner:    DUBNER, Hildegard B.

Gross Acreage      122.6              Wells:  None

Irrigable Acreage  35.0

Surface Diversions:

    None

Interlocutory Judg. #34
                      Exhibit "C-1"         1561

Parcel 92E-27-204:

Beg at a pt in N li of Lot 10 (NW¼ of SE¼) of Sec. 27,
T9S, R2E, dist thereon 100' W fr NE Cor sd Lot; th S
p/w E li sd Lot 715' m/l to a pt in S li of N½ of sd
Lot; th W alng sd S li 1220' m/l to a pt in W li sd
Lot; th N alng W li sd Lot 715' m/l to NW Cor sd Lot; th
E alng N li 1220' m/l to pob.
Also, S½ of Lot 10 & Lot 9 (NE¼ of SE¼) of Sec. 27, T9S,
R2E lying SWly of straight li beg at a pt in Sly li of
Lot 9, 425' Ely fr SW Cor of sd Lot 9 & terminating in
NEly Cor of S½ of sd Lot 10

Apparent Owners:    BOTTORFF, Deane A. & May

Gross Acreage       44.5              Wells:  None

Irrigable Acreage   20.4

Surface Diversions:

    None
                    - - - - - - - - - - - - - - - -

Parcel 92E-27, 34, 35 - 205:

Lot 15 (SW¼ of SE¼) of Sec. 27, T9S, R2E.
SE¼; SE¼ of NE¼; E½ of SW¼ of NE¼; Lot 1 (NE¼ of NE¼);
&, NW¼ of NE¼ of Sec. 34, T9S, R2E.
SW¼ of NW¼ of Sec. 35, T9S, R2E.

Apparent Owners:    GRAMMER, Martin J. & Emilie J.
                    GRAMMER, Joseph Ernest

Gross Acreage       284.3             Wells:  None

Irrigable Acreage   36.5

Surface Diversions:

    None
                    - - - - - - - - - - - - - - - -

Parcel 92E-27-206:

Beg at a pt in N li of Lot 10 (NW_ of SE¼) of Sec. 27, T9S,
R2E dist 40' W fr NE Cor thereof; th S p/w E li of sd Lot 10
375'; th E p/w N li 60'; th N p/w E li 375' to pob.

Apparent Owners:    BOTTORFF, Deane A. & May

Gross Acreage       0.5          Wells: 92E-27K2 - Domestic &
                                                   Pond Well
Irrigable Acreage   0.5                  27K1 - Not in use

Surface Diversions:

    92E-27K2 - Pond

Parcel 92E-27-207:

E100' of N 715' of Lot 10 (NW¼ of SE¼) of Sec. 27, T9S, R2E
&, por of W½ of Lot 9 (NE¼ of SE¼) sd T & R lying E of straight
li daf: Beg at a pt in Sly li of sd Lot 9, 425' Ely fr SW
Cor & terminating in NEly Cor of S½ of Lot 10 EXC por of sd
Lot 10 daf: Beg at a pt in N li of sd Lot 10, dist 40' W fr
NE Cor thereof & cont W alng sd N li 60'; th S p/w E li sd Lot
10, 375'; th E p/w N li 60'; th N p/w E li 375' to pob.

Apparent Owners:  MORRISSEY, Perry C. & Arta L.

Gross Acreage        18.4            Wells: 92E-27J  - Domestic
                                            27K3 - Stock
Irrigable Acreage  18.4

Surface Diversions:

- - - - - - - - - - - - - - - -

Parcel 92E-26, 27 - 208:

Lot 13 (SW¼ of SW¼) of Sec. 26, T9S, R2E
Lot 16 (SE¼ of SE¼); E½ of Lot 9 (NE¼ of SE¼); &, E½
of Lot 18 (S½ of SE¼ of NE¼) of Sec. 27, T9S, R2E.

Apparent Owners:  LUSH, Harry R. & Charlotte L.

Gross Acreage       116.5           Wells: 92E-27J2 - Domestic
                                            27J3 - Irr & Stock
Irrigable Acreage   84.0                    27J4 - Irrigation
                                            27J5 - Domestic
Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-27-210:

W½ of Lot 18 (S½ of SE¼ of NE¼) of Sec. 27, T9S, R2E
EXC NWly 6 acres, &, EXC por daf: Beg at SE Cor of W½ of
Lot 18; th Nly 375'; th SWly 770' to SW¼ of Lot 18; th
Ely 675' to pob.

Apparent Owners:  MORRISSEY, Perry C. & Arta L.

Gross Acreage        1.1            Wells: 92E-27H - Domestic

Irrigable Acreage  1.1

Surface Diversions:

    None

Parcel 92E-27-211:

Approx 3 acres in SW por of Lot 18 (S½ of SE¼ of NE¼) of Sec.
27, T9S, R2E daf: Beg 675' W fr SE Cor of Lot 18; th 375' Nly;
th 770' SWly to SW Cor of Lot 18; th 675' Ely to pob.

Apparent Owners:   EDEN, Joseph E. & Josephine E.

Gross Acreage        2.9                 Wells: 92E-27H1 - Domestic
                                                27H2 - Reservoir
Irrigable Acreage    2.9

Surface Diversions:

92E-27H - Reservoir, 2000 gal cap

- - - - - - - - - - - - - - - -

Parcel 92E-26-222:

Lot 5 (SW¼ of NW¼) of Sec. 26, T9S, R2E EXC therefrom the
Wly 508.45' thereof.

Apparent Owners:   BUZARD, Ralph D. & Frances C.

Gross Acreage        27.0                Wells: 92E-26E3 - Electric
                                                26E4 - Hand pump
Irrigable Acreage    19.3

Surface Diversions:

- - - - - - - - - - - - - - - -

Parcel 92E-26-224:

Beg at SW Cor of Lot 5 (SW¼ of NW¼) of Sec. 26, T9S, R2E;
th N 88°05'20" E alng Sly li sd Lot 5 248.91' to a pt; th
N 1°25' W p/w Wly li sd Lot 5 a dist of 1050'; th S 88°05'
20" W p/w Sly li sd Lot 5 248.91' to a pt on Wly Bdry sd Lot
5; th S 1°25' E alng sd Wly bdry li 1050' to pob.

Apparent Owners:   BLAKE, Ernest J. & Beatrice

Gross Acreage        6.0                 Wells: 92E-26F1 - Domestic

Irrigable Acreage    6.0

Surface Diversions:

92E-26F1 - Reservoir 50'x50'x6'

Parcel 92E-26-225:

    Beg at SW Cor of Lot 5 (SW$\frac{1}{4}$ of NW$\frac{1}{4}$) of Sec 26, T9S, R2E;
th N 88°05'20" E alng Sly bdry of sd Lot 5 508.45'; th
N 1°25' W p/w Wly bdry sd Lot 5 1050'; th S 88°05'20"
W p/w Sly bdry sd Lot 5 508.45' to a pt on Wly bdry sd Lot
5' th S 1°25' E alng sd Wly bdry 1050' to pob. EXC Wly
248.91' thereof.

Apparent Owners:   SILVERIA, Herman H. & Margaret A.

| | | |
|---|---|---|
| Gross Acreage | 6.3 | Wells: 92E-26E1 - Not in use |
| Irrigable Acreage | 6.3 | 26E2 - Domestic |

Surface Diversions:

    None

- - - - - - - - - - - - - - -

Parcel 92E-26-226:

    W 18 acres of Lot 12 (NW$\frac{1}{4}$ of SW$\frac{1}{4}$) of Sec. 26, T9S, R2E.

Apparent Owners:   CHAPMAN, George M. & Nadeen L.

| | | |
|---|---|---|
| Gross Acreage | 18.0 | Wells: 92E-26M1 - Domestic |
| Irrigable Acreage | 18.0 | |

Surface Diversions:

    None

- - - - - - - - - - - - - - -

Parcel 92E-26-227:

    Lot 12 (NW$\frac{1}{4}$ of SW$\frac{1}{4}$) of Sec 26, T9S, R2E EXC W 18 acres

Apparent Owner:   PRESTWICH, L. I.

| | | |
|---|---|---|
| Gross Acreage | 24.5 | Wells: 92E-26M2 - Domestic |
| Irrigable Acreage | 24.5 | |

Surface Diversions:

    None

Parcel 92E-26-228:

Lot 11 (NE¼ of SW¼); &, N 165' of Lot 14 (SE¼ of SW¼) of
Sec 26, T9S, R2E, EXC S 165' of N 660' of sd Lot 11

Apparent Owners:   WARD, Blaine & Lenore Claire

Gross Acreage      37.6               Wells: 92E-26L1 - Domestic
                                            26L2 - Irrigation
Irrigable Acreage  29.5

Surface Diversions:

    None


    - - - - - - - - - - - - - - - -


Parcel 92E-26-229:

S 165' of N 660' of Lot 11 (NE¼ of SW¼); N¼ of S½; S¼; &, S½
of N½ of S½ of Lot 14 (SE¼ of SW¼) of Sec. 26, T9S, R2E.

Apparent Owners:   HEYDENREICH, Ernest H. & Daisy M.

Gross Acreage      26.6               Wells:  None

Irrigable Acreage  23.6

Surface Diversions:

    None


    - - - - - - - - - - - - - - - -


Parcel 92E-26-230:

N½ of Lot 14 (SE¼ of SW¼) of Sec. 26, T9S, R2E EXC N 10
rods & EXC S 10 rods

Apparent Owners:   MORTON, James E. & Jessie P.

Gross Acreage      10.3               Wells:  None

Irrigable Acreage   8.0

Surface Diversions:

    None


Interlocutory Judg. #34    1566
                       Exhibit "C-1"

Parcel 92E-26-231:

S 10 rods of N½ of Lot 14 (SE¼ of SW¼) of Sec. 26, T9S, R2E

Apparent Owners:   DARBY, Walter P. & Virginia

Gross Acreage        5.0                    Wells:  None

Irrigable Acreage  4.0

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-35-232:

That por of fol. desc prop within watershed:  Lots 9, 10,
15 & 16 (SE¼) of Sec. 35, T9S, R2E, EXC NE¼ of sd Lot 10

Apparent Owners:   HOLCOMB, William F.
                   HARTLEY, Paul J. Jr., & Charlotte M.
                   HARTLEY, William R. & Joan M.
                   HARTLEY, Kenneth E. & Evelyn B.
                   HARTLEY, Donald J. & Lois K.
                   BONE, John Holcomb & Peggy Sue
                   WILKINSON, Harry R. & Barbara L.

Gross Acreage                          Wells:

Irrigable Acreage

Surface Diversions:

- - - - - - - - - - - - - - - -

Parcel 92E-35-233:

NE¼ of Sec 35, T9S, R2E EXC Beg at NE Cor of Sec 35; th
W alng N li of sd Sec 580'; th Sly to most Nly Cor of Lot
6 of Summit Park Tract; th SEly alng Nly li of sd tract
to most Ely Cor of sd tract; th N 36°31' E 158'; th S 53°29'
E 100'; th S 36°31' W 450' to c/l Hwy 78; th alng c/l Hwy
78 199.45'; th N 38°24' E 234.10'; th S 80°57'11" E 358.37'
to E li sd Sec 35; th N alng E li sd Sec to pob.
Also EXC Beg at SE Cor of Lot 8 (SE¼ of NE¼); th S 88°20'
W 406.27'; th N 46°56' W 100'; th N 38°24' E 204'; th S
80°57'11" E 358.37' to E li of sd Lot 8 160' Nly fr pob;
th Sly 160' to pob.
Also EXC Beg at SE Cor of sd NE¼; th S 88°20' W 448.50'; th
N 47°02' W 204.55'; th N 53°29' W 62.18' to true pob; th
N 53°29' W 100'; th N 36°31' E 450'; th S 53°29' E 100';
th S 36°31'W 450' to true pob.
Also EXC that por of Lot 8 (SE¼ of NE¼) of Sec. 35, T9S,
R2E daf: Beg at a pt on c/l State Hwy 78 which is 865' NWly
alng c/l of Hwy fr S li of sd NE¼; th Wly alng c/l sd Hwy

Parcel 92E-35-233 Continued:

> 200'; th SWly 730' m/l to pt in Sly li of sd NE¼ which is
> S 88°20' W 1770' fr SE Cor of sd NE¼ of sd Sec 35; th N
> 88°20' E 420' alng S li sd NE¼; th Nly 556' m/l to pob.

Apparent Owner:   O'GORMAN, C. J.

Gross Acreage      104.8               Wells:  None

Irrigable Acreage   12.5

Surface Diversions:

> None

- - - - - - - - - - - - - - -

Parcel 92E-35-234:

> Beg at NE Cor of Sec. 35, T9S, R2E; th W alng N li of
> sd Sec 580'; th Sly to most Nly Cor of Lot 6 of Summit
> Park Tract; th SEly alng Nly li of sd tract to most
> Ely Cor of sd Tract; th N 36°31' E 158'; th S 53°29' E 100';
> th S 36°31' W 450' to c/l Hwy 78; th alng c/l Hwy 78,
> 199.45'; th N 38°24' E 234.10'; th S 80°57'11" E 358.37'
> to E li sd Sec 35; th N alng E li sd Sec to pob.

Apparent Owners:   HAMILTON, Willard C. & Edith V.

Gross Acreage      42.1                Wells:  None

Irrigable Acreage   4.6

Surface Diversions:

> None

- - - - - - - - - - - - - - -

Parcel 92E-35-235:

> NE¼ of Lot 10 (NW¼ of SE¼) of Sec 35, T9S, R2E.

Apparent Owners:   VON GUNDEN, Robert L. & Edith M.

Gross Acreage      10.0               Wells: 92E-35K - Domestic

Irrigable Acreage   5.0

Surface Diversions:

> None

Parcel 92E-35-236:

SW¼ of Sec. 35, T9S, R2E.

Apparent Owner:    GRAMMER, John Fred

Gross Acreage        167.2                    Wells:  None

Irrigable Acreage    91.6

Surface Diversions:

None

- - - - - - - - - - - - -

Parcel 92E-35-237:

Lots 3 & 4 (N½ of NW¼) of Sec. 35, T9S, R2E.

Apparent Owners:    KEMPF, Joe & Elizabeth
                    SPECKERT, S. & Hilda

Gross Acreage        80.8                     Wells:  None

Irrigable Acreage    47.4

Surface Diversions:

None

- - - - - - - - - - - - -

Parcel 92E-35-238:

Lot 6 (SE¼ of NW¼) of Sec. 35, T9S, R2E.

Apparent Owner:    ALFORD, Gary Stanley

Gross Acreage        41.5                     Wells:  None

Irrigable Acreage    41.5

Surface Diversions:

None

Parcel 92E-35-241:

That por of Lot 8 (SE¼ of NE¼) of Sec. 35, T9S, R2E daf:
Beg at a pt on c/l of State Hwy 78 which is 865' NWly alng
c/l of Hwy fr S li of sd NE¼; th Wly alng c/l of sd Hwy
200'; th SWly 730' m/l to a pt in Sly li of sd NE¼ which
is S 88°20' W 1770' fr SE Cor of sd NE¼ of sd Sec. 35;
th N 88°20' E 420' alng S li of sd NE¼; th Nly 556' m/l
to pob.

Apparent Owners:     JACKSON, Howard T. & Mary Agnes


Gross Acreage      3.7              Wells: 92E-35P1 - Irrigation
                                           35Q1 - Irrigation
Irrigable Acreage  3.0

Surface Diversions:

     None

## LANDS RIPARIAN TO CHIHUAHUA CREEK

**Parcel 92E-1, 2, 8, 9, 10, 11, 12, 15, 16 - 148:**

Lots 13 through 16 of Sec. 1, T9S, R2E.
Lots 15 & 16 of Sec. 2, T9S, R2E
S½ of SE¼; S½ of SW¼ EXC por incl in Hwy; NW¼ of SW¼; &,
SW¼ of NW¼ of Sec. 8, T9S, R2E.
Lots 1 through 7; 9 through 11; &, 13 through 16 of Sec.
9, T9S, R2E
Lots 6, 7, 8, 10, 11, 14 & 15 of Sec. 10, T9S, R2E
Lots 2, 3, 5, 6, 9, 10, 11, 15 & 16 of Sec. 11, T9S, R2E
NW¼ of NE¼ of Sec. 12, T9S, R2E
Lots 3 through 6; 7; & 9 through 16 of Sec. 15, T9S, R2E
Lots 6 & 11 through 14 of Sec. 16, T9S, R2E

Apparent Owner:    OVIATT, James

Gross Acreage      2584.6            Wells: 92E-16F2 - Irrigation
                                           16N2 - Irr. & Stock
Irrigable Acreage  1239.7                  16P1 - Domestic

Surface Diversions:

- - - - - - - - - - - - - - - -

**Parcel 93E-6-148A**

Tract #37; Lots 1 & 2; &, SE¼ of NE¼ of Sec. 6, T9S, R3E.

Apparent Owner:    OVIATT, James

Gross Acreage      275.0             Wells:

Irrigable Acreage  24.6

Surface Diversions:

- - - - - - - - - - - - - - - -

**Parcel 92E-16-183:**

NE¼; N½ of NW¼; SW¼ of NW¼; N½ of SE¼; SE¼ of SE¼ of Sec.
16, T9S, R2E.

Apparent Owner:    BERGMAN, Annie E.

Gross Acreage      400.0             Wells: 92E-16E1

Irrigable Acreage  330.2

Surface Diversions:

None

-1-            Interlocutory Judg. #34
                   Exhibit "C-2"

1571

<u>Parcel 92E-10, 15 - 197</u>:

Lot 9 (NE¼ of SE¼); &, W½ of Lot 16 (SE¼ of SE¼) of Sec.
10, T9S, R2E.
Lots 1 & 2 (N½ of NE¼) of Sec. 15, T9S, R2E.

Apparent Owners:  STURTEVANT, C. A. & Doris A.

Gross Acreage       159.3              Wells:  None

Irrigable Acreage    93.9

Surface Diversions:

      None

- - - - - - - - - - - - - - -

<u>Parcel 93E-7, 8 - 248</u>:

E½ of SE¼; &, SE¼ of NE¼ of Sec. 7, T9S, R3E
SW¼ of NW¼; &, S½ of SW¼ of Sec. 8, T9S, R3E.

Apparent Owner:   LAWTON, John III

Gross Acreage       592.2              Wells:  None

Irrigable Acreage    17.1

Surface Diversions:

      None

- - - - - - - - - - - - - - -

<u>Parcel 93E-8, 17 - 259</u>:

S½ of SE¼; NW¼ of SE¼; &, N½ of SW¼ of Sec. 8, T9S, R3E.
NE¼ of Sec. 17, T9S, R3E

Apparent Owners:   CUMMINS, George & Meta Lee
                   HARMER, Carl A. & Edith S.

Gross Acreage       360.0              Wells:  None

Irrigable Acreage   161.7

Surface Diversions:

      None

Interlocutory Judg. #34    1572
              Exhibit "C-2"

Parcel 93E-16-279:

    E½ of E½ of Sec 16, T9S, R3E

Apparent Owners:   JACKSON, Roy C, & Louise

| | | |
|---|---|---|
| Gross Acreage | 158.2 | Wells: 93E-16A1 - Domestic & Stock |
| Irrigable Acreage | 88.9 | 16A2 - Domestic |
| | | 16A3 - Abandoned |

Surface Diversions:

    93E-16H - Check Dam - 200'x3' along contour

- - - - - - - - - - - - - - - - -

Parcel 93E-16-282:

    W½ of W½ of Sec. 16, T9S, R3E

Apparent Owner:   HANSEN, Evelyn T.

| | | |
|---|---|---|
| Gross Acreage | 158.5 | Wells: 93E-16E1 - Domestic |
| Irrigable Acreage | 67.8 | |

Surface Diversions:

    None

- - - - - - - - - - - - - - - - -

Parcel 93E-16-283:

    SE¼ of NW¼ of Sec. 16, T9S, R3E

Apparent Owner:   ZIMMERMAN, Lee

| | | |
|---|---|---|
| Gross Acreage | 39.1 | Wells: 93E-16F1 - Domestic & Stock |
| Irrigable Acreage | 23.8 | |

Surface Diversions:

    None

Interlocutory Judg. #34
Exhibit "C-2"

1573

Parcel 93E-16-284:

N½ of NE¼ of SW¼ of Sec. 16, T9S, R3E.

Apparent Owner:   DICKEY, Helen B.

Gross Acreage        19.1                    Wells:  None

Irrigable Acreage    19.1

Surface Diversions:

None

- - - - - - - - - - - - - - - -

Parcel 93E-15-294:

S½ of SW¼; &, NW¼ of SW¼ of Sec. 15, T9S, R3E

Apparent Owners:   TOBIN, Michael V. & Ruby M.

Gross Acreage        120.0                   Wells:  None

Irrigable Acreage    21.3

Surface Diversions:

None

- - - - - - - - - - - - - - - -

Parcel 93E-15-296:

NE¼; &, E½ of NW¼ of Sec. 15, T9S, R3E.

Apparent Owners:   BEATTIE, Dee E. & Mary K.

Gross Acreage        396.1*                  Wells: 93E-15A1 - Domestic

Irrigable Acreage   165.8
    *Portion is outside watershed

Surface Diversions:

93E-15A - Check Dam (Spring fed) 200'x25' deep.

<u>Parcel 93E-15-298</u>:

SW¼ of NW¼ of Sec. 15, T9S, R3E

Apparent Owners:   SCOTT, Paul M. & Kathryn M.

Gross Acreage      38.2          Wells: 93E-15D1 - Domestic

Irrigable Acreage  21.0

Surface Diversions:

### LANDS RIPARIAN TO TULE CREEK

Parcel 82E-19, 20, 21, 22 - 99:

E½ of NW¼; NE¼; NW¼ of SE¼; &, N½ of SW¼ of Sec. 19,
T8S, R2E.
N½; N½ of SE¼; &, NE¼ of SW¼ of Sec. 20, T8S, R2E
NW¼; N½ of NE¼; SW¼ of NE¼; N½ of SW¼; &, NW¼ of SE¼
of Sec. 21, T8S, R2E
NW¼ of NW¼ of Sec. 22, T8S, R2E.

Apparent Owners:   WESTERN BRASS WORKS
                   MC KINLEY, Ivan E. & Mathea A.

Gross Acreage       1243.1              Wells: 82E-20H1 - 17' deep
                                                      6" casing
Irrigable Acreage    576.7                             dry July
                                                       1960

Surface Diversions:

20G Earthfill dam 5 ac ft capacity

- - - - - - - - - - - - - - - -

Parcel 82E-16-180:

S½ of SE¼; NW¼ of SE¼; &, SW¼ of NE¼ of Sec. 16, T8S, R2E

Apparent Owners:   TONER, Rex J. & Mabel L.

Gross Acreage       160.0               Wells:

Irrigable Acreage    27.2

Surface Diversions:

- - - - - - - - - - - - - - - -

Parcel 82E-15, 21, 22 - 181:

E½ of SW¼; SW¼ of SW¼; &, SE¼ of Sec. 15, T8S, R2E.
SE¼ of SE¼; SE¼ of NE¼; &, NE¼ of SE¼ of Sec. 21, T8S, R2E
NE¼; E½ of NW¼; SW¼; SW¼ of NW¼; &, W½ of SE¼ of Sec. 22,
T8S, R2E.

Apparent Owners:   TONER, Rex & Mabel

Gross Acreage       920.0               Wells:

Irrigable Acreage   373.1

Surface Diversions:

82E-22A - Concrete Diversion Dam

-1-

Parcel 82E-23, 24 - 195:

    NE$\frac{1}{4}$; NE$\frac{1}{4}$ of NW$\frac{1}{4}$; S$\frac{1}{2}$ of NW$\frac{1}{4}$; N$\frac{1}{2}$ of SW$\frac{1}{4}$; &, N$\frac{1}{2}$ of SE$\frac{1}{4}$ of
Sec. 23, T8S, R2E.
N$\frac{1}{2}$; N$\frac{1}{2}$ of SW$\frac{1}{4}$; &, NW$\frac{1}{4}$ of SE$\frac{1}{4}$ of Sec. 24, T8S, R2E.

Apparent Owner:    TULE VALLEY LAND & CATTLE CO.

Gross Acreage    1400.0        Wells: 82E-23F1 - Domestic

Irrigable Acreage   387.5

Surface Diversions:

    None

Interlocutory Judg. #34
Exhibit "C-3"  1577

<u>NON-RIPARIAN LANDS OVERLYING ALLUVIUM WHICH</u>

<u>CONTRIBUTES TO THE SANTA MARGARITA RIVER STREAM SYSTEM</u>

Parcel 81E-36-101:

SW¼; S½ of NW¼; SW¼ of NE¼; SE¼ of NE¼; NE¼ of NE¼; &,
NW¼ of NW¼ of Sec. 36, T8S, R1 E.

Apparent Owner:   BERGMAN, Annie E.

Gross Acreage        400              Wells: 81E-36P1 - Windmill,
                                                        Domestic
Irrigable Acreage    55.8

Surface Diversions:

- - - - - - - - - - - - - -

Parcel 91E-1-114:

Beg at NE Cor of W½ of NW¼ of Sec 1, T9S, R1E, th S approx
882' to a pt 948' fr sd pt in a NWly direc to Cnty li along
present Hwy & approx 365' E alng Cnty li to starting pt, cont
3½ acres m/l, sd prop bounded on N by Cnty li and W by Hwy.
NE¼ of NW¼ of Sec. 1, T9S, R1E, EXC W½ of SE¼ of NE¼ of NW¼.

Apparent Owners:   HEYDENREICH, Ernest H. & Daisy M.

Gross Acreage        38.5             Wells: 91E-1B3 - Not in use

Irrigable Acreage    1.5

Surface Diversions:
      None
- - - - - - - - - - - - - -

Parcel 91E-1-115:

W½ of W½ of SE¼ of NE¼ of NW¼ of Sec. 1, T9S, R1E.

Apparent Owner:   ANGERMAN, Joseph J.

Gross Acreage        2.5              Wells:  None

Irrigable Acreage    None

Surface Diversions:

       None

Parcel 91E-1-116:

$E\frac{1}{2}$ of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 1, T9S, R1E.

Apparent Owners:   HOLLEY, Jess L. & Maud

Gross Acreage    2.5                Wells:  None

Irrigable Acreage   None

Surface Diversions:

None

- - - - - - - - - - - - - - - -

Parcel 91E-1-117:

$E\frac{1}{2}$ of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 1, T9S, R1E.

Apparent Owner:   ANDERSON, Olga O.

Gross Acreage    5.0                Wells:  None

Irrigable Acreage   3.5

Surface Diversions:

None

- - - - - - - - - - - - - - - -

Parcel 91E-1-118:

$W\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 1, T9S, R1E.

Apparent Owners:   ARMSTRONG, Glenn F. & Dorothy R.

Gross Acreage    5.0                Wells:  None

Irrigable Acreage   None

Surface Diversions:

None

Parcel 91E-1-119:

    $E\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$; &, $E\frac{1}{2}$ of $SE\frac{1}{4}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 1, T9S, R1E.

Apparent Owners:   JENSEN, George H. & Portia E.

Gross Acreage     10.0           Wells:  None

Irrigable Acreage   3.5

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 91E-1-121:

    $E\frac{1}{2}$ of $E\frac{1}{2}$ of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 1, T9S, R1E.

Apparent Owner:   SANER, Danny

Gross Acreage     10.1           Wells:  None

Irrigable Acreage   10.1

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 91E-1-122:

    $E\frac{1}{2}$ of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 1, T9S, R1E. EXC E 1/8 of $S\frac{1}{2}$ of $E\frac{1}{2}$ of $W\frac{1}{2}$ of $SE\frac{1}{4}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$ thereof.

Apparent Owner:   MICHIGAN MORTGAGE COMPANY

Gross Acreage     1.9            Wells:  None

Irrigable Acreage   None

Surface Diversions:

    None

Parcel 91E-1-123:

E 1/8 of S½ of E½ of W½ of SE¼ of NW¼ of NE¼ of Sec. 1, T9S, R1E.

Apparent Owner:   MAUCK, Annie L.

Gross Acreage       .6                    Wells:  None

Irrigable Acreage   None

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 91E-1-124:

W½ of W½ of SE¼ of NW¼ of NE¼ of Sec. 1, T9S, R1E.

Apparent Owner:   CALIFORNIA, State of

Gross Acreage       2.5                   Wells:

Irrigable Acreage   None

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 91E-1-125:

E½ of E½ of SW¼ of NW¼ of NE¼; &, SW¼ of NE¼ of Sec. 1, T9S, R1E.

Apparent Owners:  JENSEN, H. H. & Daisy M.

Gross Acreage       42.0                  Wells:

Irrigable Acreage   3.3

Surface Diversions:

    None

Interlocutory Judg. #34
                Exhibit "C-4"    1581

Parcel 91E-1-126:

W½ of E½ of SW¼ of NW¼ of NE¼ of Sec. 1, T9S, R1E.

Apparent Owner:  JENSEN, H. H. aka Holger H.

Gross Acreage        2.5                    Wells:

Irrigable Acreage   None

Surface Diversions:

    None


- - - - - - - - - - - - - - -

Parcel 91E-1-127:

W½ of SW¼ of NW¼ of NE¼ of Sec. 1, T9S, R1E

Apparent Owner:    MILLER, Mrs. R. Lee

Gross Acreage        5.0                    Wells:

Irrigable Acreage   0.5

Surface Diversions:

    None


- - - - - - - - - - - - - - -

Parcel 91E-1-128:

SE¼ of NW¼; &, NW¼ of SE¼ of Sec. 1, T9S, R1E.

Apparent Owner:    STARRETT, Victoria M. (Now Barnes)

Gross Acreage       77.1                    Wells:

Irrigable Acreage   23.5

Surface Diversions:

    None

Interlocutory Judg. #34
        Exhibit "C-4"    1582

Parcel 92E-5, 6, 7 - 140:

    S½ of SE¼; NE¼ of SE¼; &, SE¼ of NE¼ of Sec. 6, T9S, R2E.
Lot 1 (NE¼ of NE¼) of Sec. 7, T9S, R2E.
S½ of NW¼; SW¼; &, W½ of SE¼ of Sec. 5, T9S, R2E.

Apparent Owners:   CASMAN, Henry E. & Monago

Gross Acreage    1,404.3        Wells:  None

Irrigable Acreage    82.9

Surface Diversions:

    None

- - - - - - - - - - - - - - - -

Parcel 92E-22, 23 - 148:

    Lots 1 through 4; Lot 6; S½ of Lot 7; N½ of Lot 10; &, Lots
9 & 11 of Sec. 22, T9S, R2E.
Lots 4 & 12 of Sec. 23, T9S, R2E.

Apparent Owner:   OVIATT, James

Gross Acreage    425.1        Wells:

Irrigable Acreage  140.2

Surface Diversions:

- - - - - - - - - - - - - - - -

Parcel 92E-21, 22 - 184:

    S½ of Lot 1 (NE¼ of NE¼); Lot 2 (NW¼ of NE¼); N½ of Lot 7
(SW¼ of NE¼); &, Lot 8 (SE¼ of NW¼) of Sec. 21, T9S, R2E.
Lot 5 (SW¼ of NW¼) of Sec. 22, T9S, R2E.

Apparent Owner:   BERGMAN, Annie E.

Gross Acreage    141.8        Wells: 92E-21B1 - Not in use

Irrigable Acreage  82.7

Surface Diversions:

    None

        Interlocutory Judg. #341583
Exhibit "C-4"

Parcel 92E-22, 23 - 198:

   Lot 8 (SE¼ of NE¼); &, N½ of SW¼ of NE¼ of Sec. 22, T9S, R2E
   Lot 5 (SW¼ of NW¼) of Sec. 23, T9S, R2E.

Apparent Owners:   TAYLOR, Howard Roy & Charlotte C.

Gross Acreage       104.4            Wells: 92E-22G1 - Not in use

Irrigable Acreage   20.3

Surface Diversions:

   None

- - - - - - - - - - - - - - -

Parcel 92E-23, 24, 26 - 216:

   SE¼; &, NE¼ of SW¼ of Sec. 23, T9S, R2E
   NE¼ of NW¼; SW¼ of NW¼; &, W½ of SW¼ of Sec. 24, T9S, R2E
   NW¼ of NE¼ of Sec. 26, T9S, R2E

Apparent Owner:   VEAZEY, Dorothy G.

Gross Acreage       414.3            Wells: 92E-23K1 - Domestic
                                            23K2 - Domestic
Irrigable Acreage   133.4

Surface Diversions:

   None

Interlocutory Judg. #341584
Exhibit "C-4"