CARTER
2-21-63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C

MINUTES OF THE COURT

Dated: Feb. 21, 1963

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: LEO HENDRICKSON, FRANZ SACHSE, GEORGE STAHLMAN AND FRED GIRARD.

PROCEEDINGS:

At 10 A.M. reconvene herein
Ex. Chihuahua A and B are marked and received.
John Gibson is called, sworn, and testifies for defendant Chihuahua
Chihuahua Ex. No. C is marked and received.
Ex. No. 152 is received.
At 11:30 A.M. a recess is declared by the court, and cause is continued to March 12, 1963, at 10 A.M. for further court trial, and for hearing objections to final judgments.

JOHN A. CHILDRESS, Clerk
by _____
Deputy