# FILED

FEB 2 5 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

**ENTERED**

FEB 2 5 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | |
| | ) | RAINBOW CREEK SUBWATERSHED |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | INTERLOCUTORY JUDGMENT |
| Defendants. | ) | No. 42A |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY
JUDGMENT NO. 42A, RESPECTING LANDS IN RAINBOW CREEK SUB-
WATERSHED WHICH DO NOT OVERLIE ANY GROUND WATERS WHICH
FEED OR CONTRIBUTE TO THAT STREAM OR ITS TRIBUTARIES

This Court, based upon the record before it in the subject case,

makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit remanded

this case for trial, declaring that: "The only proper method of adjudicating

the rights on a stream, whether riparian or appropriative or mixed, is to have

all owners of land on the watershed and all appropriators who use water from

the stream involved in another watershed in court at the same time." 1/

II

Proceeding in accordance with that mandate, the Complaint and

Amendatory and Supplementary Complaint in this cause was served upon the owners

---

1/  State of California vs. United States, 235F 2d 647, 663 (C.A. 9, 1956)

3422

-1-

GPO 16—29998-1

1  of the lands within the watershed of the Santa Margarita River and all appro-

2  priators who used water from that stream in any other watershed.  Moreover,

3  those parties named in the cause who could not be served personally were

4  served by publication.

5                                    III

6           The subject matter of this case, based upon the pleadings and the

7  issues joined in it, relates only to the rights to the use of the waters of

8  the Santa Margarita River, its tributaries and to the ground waters which feed,

9  add to, support and contribute to the waters of the Santa Margarita River and

10  its tributaries.

11                                   IV

12          There are situated within the sub-watershed of Rainbow Creek and its

13  tributaries, certain parcels or tracts of lands which do not overlie any of the

14  ground waters which feed, add to, support or contribute to the waters of the

15  Santa Margarita River or its tributaries.  Those lands are comprised of basement

16  complex or weathered basement complex, the ground waters of which, if any, are

17  vagrant, local and percolating, not a part of the surface or sub-surface flow

18  or sub-surface basins of Rainbow Creek, or its tributaries, nor do these ground

19  waters feed, add to, support or contribute to the waters of the Santa Margarita

20  River or any of its tributaries.

21      a.  Attached to these Findings of Fact, Conclusions of Law and

22          Interlocutory Judgment, marked Exhibit A and made a part of

23          them by reference, is an alphabetical list of the names of

24          the apparent landowners and parcel numbers whose properties

25          are referred to in this Finding.  That alphabetical list is

26          U.S.A.Pl's Exhibit 213-A in this case.

27      b.  Also attached to these Findings of Fact, Conclusions of Law and

28          Interlocutory Judgment, marked Exhibit B and made a part of them

29          by reference, are the land descriptions of the properties referred

30          to in this Finding.  Exhibit C is U.S.A.Pl's Exhibit 213-B in

31          this case.

32

                                    3423

GPO 16-20096-2

c. Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit C and made a part of it, is a map, U.S.A.Pl's Exhibit 213-C, designated Rainbow Creek Watershed, Ownership Map, upon which are located all of the lands referred to in this Finding.

d. The parcel numbers referred to throughout this Interlocutory Judgment are explained as follows:  The first number refers to the Township; the second number refers to the Range; the next number or numbers refer to the Section or Sections or parts of Sections; the final number, separated from the section number or numbers by a dash or a diagonal is the numerical designation assigned to the parcel, thus:  Parcel 93W-10-54 or Parcel 93W/10-54 refers to Township Nine (9) South, Range Three (3) West, Section Ten (10), Parcel 54.

e. There is set forth on the map attached to this Interlocutory Judgment the exterior boundary of each parcel and the designated parcel number appears encircled within the boundary.

f. There are set forth on the map referred to above, lands, the ground waters of which add to, support and contribute to the Santa Margarita River or its tributaries and are part of the waters of that stream system.  References to those lands have been deleted from the tabulation of names and descriptions referred to above, and though they appear on the map, this Interlocutory Judgment does not relate to them.

g. All of the lands referred to in "a", "b" and "c" above appear in the Notices of Lis Pendens, recorded April 8, 1958, in Book 7028, page 159, Official Records, San Diego County, California; and recorded April 9, 1958, in Book 2252, page 17, Official Records, Riverside County, California.  The apparent owners referred to in this Interlocutory Judgment were the owners of record on the dates last mentioned, unless specific information

3424

GPO 16-29993-1                                                                                              3

has been received of the transfer of a particular parcel, then
the change is reflected in the name of the apparent owners.

V

This Court retains continuing jurisdiction over all surface waters
within the drainage area of the sub-watershed of Rainbow Creek and its
tributaries.

CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law respecting the lands
referred to in Finding IV above and which are described in Exhibit B:

I

The defendants referred to in Finding IV, their successors, heirs,
executors, administrators and assigns, have no rights to the use of ground
waters which feed, add to, support or contribute to the waters of Rainbow Creek
or its tributaries, or of the Santa Margarita River and its tributaries, in
connection with the lands referred to in Finding IV, which are described with
particularity in Exhibit B.

II

There is not at issue before this Court in this cause and there is not
decreed, determined or adjudged, _inter sese_, as to the lands or owners of land
referred to in Finding IV in this cause, the rights, if any, to the use of the
vagrant, local, percolating waters which may underlie any of the lands referred
to in the above set forth Finding IV and which are described with particularity
in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory
Judgment.

III

The United States of America, and all other parties to this action,
having rights to the use of waters of the Santa Margarita River or its tributaries,
as those rights are or may hereafter be determined by the final judgment of this
Court, are entitled to have quieted their title in and to those rights against
any and all adverse claims of the defendants referred to in Finding IV, who are
listed in Exhibit A of these Findings of Fact, Conclusions of Law and Interlocutory
Judgment, their heirs, successors, executors, administrators and assigns,

3425

4

asserted by reason of their ownership of the lands described with

particularity in Exhibit B of these Findings of Fact, Conclusions of Law

and Interlocutory Judgment.

IV

The defendants referred to in Finding IV, whose names are listed

in Exhibit A and whose lands are described with particularity in Exhibit B

of these Findings of Fact and Conclusions of Law, their heirs, successors,

administrators, executors and assigns, are entitled to have quieted their

titles in and to their rights to the use of the vagrant, local and per-

colating ground waters, if any, underlying those lands described in Exhibit B,

against the adverse claims, if any, of the United States of America and all

parties to this cause, their heirs, successors, administrators, executors

and assigns, by reason of rights asserted by the United States of America

and all parties to this cause, their heirs, successors, administrators,

executors and assigns, in and to the use of the waters of the Santa Margarita

River and its tributaries.

V

This Court retains continuing jurisdiction with respect to surface

waters, if any, found on those lands described on Exhibit B of these Findings

of Fact, Conclusions of Law and Interlocutory Judgment.

VI

The preceding Findings of Fact and Conclusions of Law do not in

any way pertain to surface waters which arise upon, flow across or which

are diverted or are impounded upon the lands, to which they have application.

INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

I

The defendants referred to in Finding IV and listed in Exhibit A

of these Findings of Fact, Conclusions of Law and Interlocutory Judgment,

the apparent owners of the lands described with particularity in Exhibit B

3426

of these Findings, their heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, title or interest in or to the ground waters which feed, add to, support or contribute to the waters of Rainbow Creek and its tributaries, or of the Santa Margarita River and its tributaries.

## II

The titles to the rights of the United States of America and all other parties in this action having rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and they are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit A, their heirs, successors, administrators, executors and assigns, who assert rights by reason of their ownership of the lands described in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment; and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described in Exhibit B assert rights in the vagrant, local, percolating waters therein, are forever restrained from asserting, claiming or setting up any right, title or interest in or to the waters of the Santa Margarita River or its tributaries, by reason of their ownership of those lands described in Exhibit B.

## III

The ground waters, if any, which underlie the lands referred to in Finding IV, and described with particularity in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, are vagrant, local and percolating, not a part of the waters of Rainbow Creek or its tributaries, or of the Santa Margarita River and its tributaries and are not in this cause adjudged, determined or decreed among the defendants listed in Exhibit A of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, executors, administrators, successors or assigns, inter sese.

3427

b

IV

The titles to the rights of the defendants listed in Exhibit A, their heirs, executors, administrators, successors or assigns, in and to the vagrant, local percolating ground waters, if any, to which these Findings of Fact, Conclusions of Law and Interlocutory Judgment pertain, which are not a part of the waters of the Santa Margarita River and its tributaries, under-lying the lands described in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, shall be and they are forever quieted against any and all adverse claims, if any, of the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, having or claiming rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, and the United States of America and all other parties to this cause, their heirs, successors, administrators, 3executors and assigns, having or claiming rights in and to the surface and ground waters of the Santa Margarita River and its tributaries, are forever restrained from asserting, claiming or setting up any right, title or interest in or to those vagrant, local, percolating ground waters.

V

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment

VI

The preceding Findings of Fact and Conclusions of Law do not in any way pertain to surface waters which arise upon, flow across or which are diverted or are impounded upon the lands to which they have application.

VII

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California vs. United States, 235 F2d 647 (C.A. 9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court

3428

GPO 16-69995-2

1   that all parties are adverse one to another, thus dispensing with cross-
2   pleadings, all other parties to this proceeding may object to these Findings
3   of Fact, Conclusions of Law and Interlocutory Judgment and will be given
4   full opportunity upon due notice to interpose their objections to these
5   Findings of Fact, Conclusions of Law and Interlocutory Judgment.

6   Dated:   _2/25/63_

                                    JAMES M. CARTER
                        Judge, United States District Court

3429

RAINBOW CREEK
Parcel Numbers OGWR

| NAME | PROPERTY |
|------|----------|
| American Trust Co. | 93W-1,  141 |
| ~~Anderson, Martin N. &~~ ~~Elizabeth~~ | ~~93W-35, 143~~ |
| Badger, Ray E. & Ruth C. | 93W-3,  55 |
| ~~Baldwin, Donald F. &~~ ~~Florence L.~~ | ~~93W-16, 69 & 49~~ |

Bank Of America

82W-30&31,  6
92W-4,  16
92W-7 & 93W-12,  21
~~82W-36, 35~~
93W-2,  51
93W-9,  61, ~~84~~, 95
93W-8 & 17,  68, 70, 71
93W-9 & 16,  69B
93W-17,  74A, 80, 82A
93W-16,  83, 86, 89B, 100
93W-10,  102
93W-14,  108
93W-11,  ~~110~~, 111, 114,
             115, 117
93W-12,  118, ~~154~~, 165A,
             165B, 168, 169,
             171, 176, 181
93W-1,  ~~133, 135, 136~~,
           145, 151, ~~152~~,
           ~~153, 154, 158~~

| | |
|--|--|
| ~~Barkow, Harold W. &~~ ~~Marcella C. R.~~ | ~~93W-1, 150~~ |
| ~~Barnes, Clerk Caldwell &~~ ~~Betty Bell~~ | ~~93W-3, 58~~ |
| Barnes, Franklin L. & Alice G. | 93W-3,  55 |
| ~~Barnes, Robert D. &~~ ~~Patricia A.~~ | ~~93W-12, 165D~~ |

Interlocutory Judg. #42A
Exhibit "A"

3430

RAINBOW CREEK

NAME                                          PROPERTY

Barr, Matt                                    93W-9 & 16,  69B

~~Beattie, Lloyd &~~
    ~~Alma~~                                  ~~93W-9, 94~~

Beausoleil, George &
    Nina                                      93W-11,  117

~~Beck, Justina R.~~                          ~~83W-36, 35~~

Beck, William L. &
    Marjorie P.                               83W-36,  33

Berry, Charles H. &
    Carlotta                                  93W-17,  81

Boosing, Albert D. &
    Petrona Delgado                           93W-16,  88

~~Borony, Jesse Shallow &~~
    ~~Ida~~                                   ~~93W-11, 112~~

Bouslog, Houston H.                           93W-4, 8 & 9,  58

~~Brady, Forest J.~~                          ~~93W-17, 149~~

~~Bratlie, Andrew Vera~~
    ~~Ida M.~~                                ~~93W-40, 131~~

~~Bremseth, Loren S. &~~
    ~~Lois J.~~                               ~~93W-12, 170A, 171~~

~~Bremseth, Richard A.~~                      ~~93W-31, 133~~
                                              ~~93W-12, 170A~~

~~Brittingham, Donald Harris~~                ~~93W-40, 131~~

-2-

3431

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| ~~Brittingham, Dora Belle~~ | ~~93W-40, 191~~ |
| ~~Brittingham, Kenneth Marion~~ | ~~93W-40, 191~~ |
| Brown, John E. | 93W-17, 82A |
| ~~Brown, Kenneth O. & Helen L.~~ | ~~93W-12, 168~~ |
| Brown, Rollin & Dorothy S. F. | 93W-12, 170, 172, 173, ~~179, 179A, 187~~ |
| Brunson, Robert M. | 93W-2~~5~~, 53 |
| ~~Burbank, William G.~~ | ~~83W-36, 46~~ |
| ~~Burch, Ora L. & Adele~~ | ~~93W-36, 34~~ |
| ~~Burley, Ernest P. & Alice M.~~ | ~~83W-36, 47~~ |
| Buttner, J. C. Sr., & Clara Judy | 93W-11, 115 |
| Buttress, Hilda R. | 93W-10, 54 |
| ~~Byer, A. C.~~ | ~~93W-11, 127~~ |
| Capra, Frank R. & Lucille W. | 93W-9, 10, 15, & 16, 101 |
| Carlile, Levi L. & Grace F. | 93W-10, 103 |

-3-

3432

RAINBOW CREEK

| NAME | PROPERTY: |
|------|-----------|
| Carter, Lawrence R. & Paula Gillett | 82W-30, 2 |
| Caughlin, Arthur B. & Helen Murphy | 93W-16, 86 |
| Chandler, Clarence C. & Alice | 93W-11, 115 |
| ~~Chapman, Harry A. & Cybil B.~~ | ~~93W-1, 157~~ |
| Chess, James R. & Kathleen P. | 93W-2, 50, 51 |
| Cianfrini, John & Carol Joan | 92W-4, 16 |
| ~~Clemons, James F. & Dorothy B.~~ | ~~93W-17, 162~~ |
| Cleveland, Lewis M. & Helen Whelan | 93W-12, 178 |
| Clouse, E. E. & Edna E. | 82W-30, 5 |
| Clugage, F. Robert | 82W-33, 14 |
| ~~Clugage, Ina L.~~ | ~~93W-9, 4 & 5, 15~~ |
| Clugage, John Lucien | 82W-32 & 92W-5, 12 ~~92W-3, 4 & 5, 15~~ |
| Coast, Charles J. & Carrol June | 93W-10, 103 |

-4-

3433

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| Connecticut Mutual Life Insurance Co. | 93W-17,  77, 78<br>93W-16,  85 |
| ~~Connelly, Theodore~~ | ~~93W-11,  123, 124~~<br>~~93W-12,  164~~ |
| Continental Auxiliary Co. | 93W-8&17,  68<br>93W-16, 83, 86<br>93W-11,  111<br>~~93W-17, 157~~ |
| Corporation of America | 93W-16,  89B |
| ~~Costello, Roy H. &~~<br>~~Flora H.~~ | ~~93W-11,  126~~ |
| ~~Crabtree, Offes &~~<br>~~Gertrude~~ | ~~82W-30,  3~~<br>~~82W-31 & 36,  7~~ |
| Crawford, David S. | 93W-16,  83 |
| ~~Culling, Herbert H.~~ | ~~93W-1,  156~~ |
| Culling, Louis Turley | ~~82W-31,  18~~<br>92W-5,  18 |
| ~~Dailey, Ross W. &~~<br>Helen | ~~93W-12,  165A & 165B~~ |
| ~~Damezi, James L.~~ | ~~93W-12,  181~~ |
| ~~Damezi, Robert L.~~ | ~~93W-12,  101~~ |
| ~~Davis, LeCompte &~~<br>~~Edythe C.~~ | ~~93W-1,  152~~ |
| Davis, William N. | 92W-7 & 93W-12,  21<br>~~93W-12 & 92W-6,  195~~ |

-5-

3434

RAINBOW CREEK

NAME                                          PROPERTY

Dean, Clare P. &
        Pearl E.                              93W-1,  144

Deniston, William H.                          93W-8,  69A
                                              93W-9& 16,  69B, 69C

~~Dennler, Edward R. &~~
       ~~Florence L.~~                        ~~93W-17, 104~~

~~Dennler, Everett C. &~~
       ~~Darlene M.~~                         ~~93W-12, 165A & 165B~~

Dept. of Veterans Affairs of
        The State of California               93W-12,  119

~~Det Xloffa, Walter E. &~~
       ~~Mary E.~~                            ~~93W-8, 65~~

Ehrig,  Arno H. &
        Data                                  93W-1,  151

~~Emery, Harry B. &~~
       ~~Charlotte Mary Ellen~~               ~~83W-36, 44~~

Farmers Home Administration
        State Director                        ~~95W-9, 63~~
                                              93W-17,  82B
                                              93W-12,  118

Farmers Home Administration
        United States of America              ~~93W-9, 63~~
                                              93W-17,  82B
                                              93W-12,  118

Fallbrook Public Utility
        District                              93W-8,  8
                                              93W-16,  90
                                              93W-16,  98

~~Farmer, Howard N. &~~
       ~~Hildegard T.~~                       ~~83W-36, 39~~

~~Fowler, Frank W. &~~
       ~~Ellen S.~~                           ~~83W-36, 36~~

-6-

3435

## RAINBOW CREEK

| NAME | PROPERTY |
|---|---|
| ~~Fatela, Camp.Id.~~ | ~~93W-2, 88D~~ |
| ~~Faller, Alver Rag~~ ~~Erither S.~~ | ~~93W-16, 157A~~ |
| ~~Frye, Nettie B.~~ | ~~93W-16, 155~~ |
| Gagliano, Ernie & Florence | 93W-17, 74A |
| Gagliano, Ray & Florene | 93W-17, 74A |
| Gallacher, Margaret Laurette Eachel, as Trustee under the Will of Margaret Laura Eachel, deceased | 93W-17, 75 93W-16, 100 |
| Gallacher, Mark & Margaret Laurette | 93W-17, 76 |
| Gardner, Clarence H. & Kathryn S. | 93W-12, 176 |
| ~~Garner, Johnnie & Elizabeth~~ | ~~93W-30, 35~~ |
| Ghika de Arocha, Alexander | 93W-15, 107 |
| ~~Glindset, Arnold~~ | ~~93W-6, 19~~ |
| Goodwin, Gordon & Anne C. | 93W-12, 176 |
| ~~Gossman, Clifford T. & Hilda I.~~ | ~~83W-35, 183~~ |

-7-

3436

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| ~~Graham, Agenes Bell~~ | ~~93W-1 & 12, 160~~ |
| ~~Greer, William Clark &~~ ~~Anita A.~~ | ~~93W-8, 130~~ |
| ~~Gudman, William F.~~ | ~~93W-1 & 12, 160~~ |
| Gurney, Thomas & Alice K. | 93W-17, 80 |
| ~~Gustin, John M. &~~ ~~Dorothy B.~~ | ~~93W-17, 155~~ |
| ~~Halds, Carl N. &~~ ~~Hester M.~~ | ~~93W-12, 120~~ |
| Hamberger, E. W. | 93W-16, 96 |
| Hamilton, E. W. & Nellie M. | 93W-17, 78 |
| ~~Hampton, John A. &~~ ~~Bessie F.~~ | ~~93W-1, 143~~ |
| ~~Hanes, C. O. &~~ ~~Viva~~ | ~~93W-8, 65~~ |
| Hanes, William F. & Bertie B. | 93W-4, 8 & 9, 58 |
| ~~Haney, W. B.~~ | ~~93W-9, 62~~ |
| Harris, George R. & Zurlene | 93W-16, 91, 98, 99 |

-8-

3437

## RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| Harris, S. H. & Mabelle E. | 93W-17,  79 |
| Harvey, Dawn Ann | 93W-9 & 16,  69B, 69C |
| Hass, Elizabeth M. | 93W-8 & 17,  70, 71 |
| ~~Hathaway, Stephen J.~~ | ~~93W-12, 171~~ |
| Hayes, William D. & Erna G. | ~~93W-16, 39~~  93W-9,  61 |
| ~~Henry, George C. & Gertrude B.~~ | ~~93W-1, 155~~ |
| Hitt, Benjamin Alexander | 93W-12,  113 |
| Hitt, Robert Thomas | 93W-12, 113 |
| Hitt, William Henry & Ruth A. | 93W-12,  113, 119 |
| Homes, Violet P., Guardian of Ardyth Louise Lattimer & Eugene Neal Swearingen | 93W-9&16,  92 |
| Hook, L. Neal & Frances K. | 93W-9,  95 |
| ~~Hostetter, Annie~~ | ~~93W-31 & 36,  7~~ |
| ~~Hovendon, Glenn E. & Helen R.~~ | ~~93W-1,  133, 135~~ |
| Howard, Clentie G. & Birdie M. | 93W-12,  162 |

-9-

## RAINBOW CREEK

| NAME | PROPERTY |
|---|---|
| ~~Howell, Ida E.~~ | ~~93W-87, 66~~ |
| ~~Huber, Albert J. &~~ | ~~92W-6, 20~~ |
| ~~Eunice M.~~ | |
| Hudspeth, James L. & | 83W-36, 37 |
| Lottie Jane | |
| Ingalls, William E. & | 93W-10, 102 |
| Vera E. | |
| Inhelder, Bianca | 93W-17, 80 |
| Jago, Herbert E. & | 92W-7, 28 |
| Gertrude A. | |
| Johnson, Clarence E. | 93W-16, 85 |
| Johnson, Henrietta May | 92W-6, 24 |
| ~~Johnson, Verditt L. &~~ | ~~93W-12, 128, 181~~ |
| ~~Genevieve B.~~ | |
| ~~Johnson, Walfred E. &~~ | ~~93W-12, 128, 181~~ |
| ~~Selma A.~~ | |
| Keller, Robert H. | 93W-4, 8 & 9, 58 |
| Kennedy, Eveline | 93W-17, 82A |
| ~~Koresak, Stephan &~~ | ~~93W-12, 178~~ |
| ~~Marie~~ | |
| Kipp, Byron S. & | 93W-9 & 16, 97 |
| Margaret | |

-10-

3439

RAINBOW CREEK

| NAME | PROPERTY |
|---|---|
| Kirk, Lawrence & Marguerite | 93W-17,  73 |
| ~~Knight, M. W. & Helena~~ | ~~82W-31 & 36,  7~~ |
| ~~Knight, T. Cain & Mildred I.~~ | ~~82W-31 & 36,  7~~ |
| ~~Knight, M. T.~~ | ~~82W-31 & 36,  7~~ |
| ~~Krafft, Charles L. & Lenora G.~~ | ~~93W-9,  94~~ |
| ~~Kraushaar, Issac N. & Beth L.~~ | ~~93W-9,  93~~ |
| ~~Kniegel, Thomas A. & Edna C.~~ | ~~93W-1,  153~~ |
| ~~Laguna Federal Savings & Loan Association~~ | ~~93W-18,  165C~~ |
| Land Title Insurance Co. | ~~83W-36,  45~~  93W-17,  78  93W-16,  85  ~~93W-18,  179~~ |
| ~~Lanterman, Blaine W.~~ | ~~83W-36,  31~~ |
| ~~Larsen, Isabelle Zora~~ | ~~93W-1,  139A & 139B~~ |
| Lattimer, Ardyth Louise | 93W-9&16,  92 |
| Lillie, Harry F. | 92W-7,  26 |
| ~~Lincoln, Ernest M. & Julia K.~~ | ~~93W-11,  126~~  ~~93W-1,  158~~ |

-11-

3440

## RAINBOW CREEK

NAME | PROPERTY
---|---

Lindell, Orville A. &
    Charlotte L. — 93W-2, 51

Ludy, Edward &
    Rhoda — 93W-12, 161

~~Ludy, John C.~~ — ~~93W-12, 160~~

~~Lutzey, Alfred E. &
Sadie C.~~ — ~~93W-36 & 93W-1, 48~~

~~McClintock, Arch H. &
Elizabeth W.~~ — ~~93W-10, 128A~~

~~McCracken, P. V., Executor
of Estate of Frank G.
McCracken, deceased.~~ — ~~93W-10, 104~~

McDonald, B. Morse, Jr. — 93W-9, 95

~~McKathnie, Jacob A. &
Alice Louise~~ — ~~85W-36, 40~~

McKethan, Geddie W., Jr. — 93W-11, 112

~~Mac Donald, Clara E.~~ — ~~93W-1, 139A~~

~~Madden, Edward Andrew &
Melba Ruth~~ — ~~85W-36 & 93W-1, 48~~

~~Mahery, Joseph D., Jr., &
Joseph D., Sr., (guardian)~~ — ~~85W-36, 41~~

~~Mahery, Richard C.~~ — ~~85W-36, 42~~

Malette, Arthur C. &
    Radee — 93W-11, 111

-12-

3441

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| ~~Marshall, Dean M.~~ | ~~93W-36, 31A~~ |
| Martin, Ben G. & Blanche E. | 93W-10,  102 93W-12,  118 |
| Martin, K. I. & Eulilla | 93W-9,  64 |
| ~~Medearis, Mary C.~~ | ~~93W-1 & 12,  160~~ |
| ~~Metropolitan Water Dist. of Southern California~~ | ~~82W-30,  4 93W-1,  142~~ |
| Meyer,  Edward & Minnie M. | 82W-30 & 31,  6 ~~82W-31 & 83W-36,  8~~ |
| ~~Minton,  Reuel B. & Haleyou A.~~ | ~~93W-11,  52~~ |
| ~~Moffat, Dorothy~~ | ~~93W-1,  129~~ |
| Monfort, Gordon W. | 93W-4, 8 & 9,  58 |
| ~~Monroe, Robert P., Jr.~~ | ~~93W-12,  167~~ |
| ~~Morgan, James C. & Mildred A.~~ | ~~92W-6,  29~~ |
| Morris, Alfred & Julia V. | 92W-4,  16 |

-13-

3442

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| Morris, Billie | 93W-9, 59 |
| Morris, Diana | 93W-9, 59 |
| Morris, Dorothy | 93W-9, 59 |
| Morris, Harold W. | 93W-9, 59 |
| Mortz, Paul D. | 93W-3&4, 56 |
| Moulton, Luther H. | 93W-16, 85 |
| Nay, Edwin F. & Barbara J. | 93W-11, 114 |
| Needham, George & Mildred L. | 93W-11, 117 |
| Nemeth, Steven & Mabel L. | 93W-12, 120 |
| Nicholas, Geneva B. | 93W-17, 74 |
| Nicholas, William Harry, Heirs & Devisees of | 93W-17, 74A |
| Nighohossian, Ardashes & Anita Juanita | 93W-11, 116 |
| Noguchi, Ichiko | 93W-11, 117 |
| Oceanside Federal Savings & Loan Association | 92W-6, 19<br>83W-36, 33 |

-14-

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| Oceanside Finance Co. | 92W-6,  19<br>83W-36,  33 |
| Olmsted, William P. | 93W-16,  89A, 89B |
| Osborne, Donald K. &<br>    Maxine K. | 92W-7 & 93W-12,  21 |
| ~~Palomar Savings & Loan~~<br>~~Association~~ | ~~93W-12, 179~~ |
| Paulson, Thomas V. | 82W-30,  84 |
| Paulson, Victor J. &<br>    Alma E. | 82W-30,  84 |
| Pearson, Earl O. | 93W-11,  112 |
| ~~Pellman, Vincent P. &~~<br>~~Marian V.~~ | ~~93W-12,  100~~ |
| ~~Pepple, Granville G. &~~<br>~~Ethel S.~~ | ~~93W-9,  63~~ |
| Perigo, Delmar I. | 92W-7,  27 |
| ~~Pervey, Michael K. &~~<br>~~Emma~~ | ~~82W-31 & 36,  7~~ |
| Peterson, Katherine K. | 93W-17,  73 |
| Phillips, Grant K. &<br>    Beatrice W. | 93W-17,  77 |
| Plante, Arthur J. &<br>    Emilienne | 93W-11,  114 |

-15-

3444

RAINBOW CREEK

NAME                                          PROPERTY

Porter, Benjamin F. &                         93W-17,   82A
    Dorothy K.                                93W-16,   82B

Poxon, John P.                                93W-12,   167

Poxon, Leo J.                                 93W-12,   167

Poxon, Roberta P.                             93W-12,   167

Poxon, Vincent R.                             93W-12,   167

Prudden, Adelaide                             93W-2 & 13,   53

Pyron, Harley C. &
    Roberta L.                                93W-8 & 17,   70

Radcliffe, Jonathan Stickney                  93W-1,   151

Ragland, Jack R. &
    Dorsey W.                                 93W-12,   177

Reily, Floyd W. &
    Isabella                                  93W-1,   150

Rainbow Mutual Water                          93W-10,   106
District

Ramsey, George H. &                           93W-12,   170, 172, 173,
    Nellie L.                                           171

Ray, A. W.                                    93W-9&16,   69B

Reynolds, O. R. &                             93W-1,   140
    Jean M.

-16-

3445

RAINBOW CREEK

NAME                                           PROPERTY

Richards, Edgar A. Gray & ~~Ruth M.~~          93W-16, 110

Riggins, Chester & Maude A.                    93W-17, 154

Redack, Fred G. & Ruby P.                      93W-17, 136

Ross, Henrietta Eliot                          93W-16,  89A

Royal, Verne & Nancy                           93W-17, 135

Royal, Gene A.                                 93W-1,  130, 154, 175

Rumisell, Madaline                             83W-36,  31

Rumisell, Merle                                83W-36,  31

Sachse, Franz R. & Rowena                      93W-16,  100

San Diego Gas & Electric Co.                   93W-1,  147

Schneider, Joseph                              82W-31 & 36,  7

Schneider, Max                                 82W-31,  11

Schultz, Rowland W. & Daisy D.                 93W-12,  118

Scott, Hugh & Myrtle Harris                    93W-16,  90, 91

3446

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| ~~Scott, John O. & Virginia R.~~ | ~~83W-36 & 82W-31, 2~~ |
| ~~Security First National Bank of Los Angeles~~ | ~~82W-91&36, 7, 8 93W-1, 156~~ |
| Security Title Insurance Co. | ~~82W-31 & 83W-36, 0, 39, 45 83W-36 & 93W-1, 48~~ 93W-2 & ~~13~~, 53 ~~93W-11, 126 93W-12, 1650~~ |
| Security Trust & Savings Bank of San Diego | 93W-16, 89A 93W-11, 112 |
| ~~Somans, John D. & Bok M.~~ | ~~93W-1, 156~~ |
| ~~Shears, Jessie L.~~ | ~~93W-1, 148~~ |
| ~~Shears, Robert V. & Ruth S.~~ | ~~93W-1, 148~~ |
| Shipley, Verne G. & Luella G. | 93W-9, 61 |
| ~~Shoudy, George Elmer & Dorothy L.~~ | ~~93W-1, 154~~ |
| Sim, William A. & Dorothy A. | 93W-8 & 17, 71 |
| ~~Simpson, Vernon D. & Anne B.~~ | ~~83W-36, 43~~ |
| Snodgrass, T. C. & Lorene | 93W-1, 145 |

-18-

3447

RAINBOW CREEK

| NAME | PROPERTY |
|---|---|
| Snow, Clarence W. & Naomi G. | 93W-1,  145 |
| Soudan, Earle E. & Dorothy | 93W-15,  108 |
| ~~Southern Counties Gas Company of California~~ | ~~93W-1,  141~~ |
| ~~Speed, Katharine~~ | ~~82W-31 & 36,  7~~ |
| State of California | 83W-36,  32 |
| ~~Steinberg, Robert & Alice~~ | ~~93W-1,  159~~ |
| Steinhoff, John | 93W-1,  145 |
| Stenton, Fred J. | 93W-8 & 17,  68 |
| Stites, George Arthur & Katherine Jean | 82W-32 & 92W-5,  13 |
| ~~Stubblefield, Charles E. Sr.~~ | ~~93W-1 & 2,  49~~ |
| ~~Suderman, Ed M. & Doris Lucille~~ | ~~93W-11 & 12,  125~~ |
| ~~Swanson, Martin H. & Margaret B.~~ | ~~93W-12,  163~~ |
| Swearingen, Eugene Neal | 93W-9 & 16,  92, 92A |
| ~~Tanana, Marjorie L.~~ | ~~93W-12,  168~~ |

3448

| NAME | PROPERTY |
|------|----------|
| Teel, Gertrude J. | 92W-6,  23 |
| The Church of Thelma | 92W-5,  17 |
| Thompson, Glenn M. & <br> Mary Taylor | 93W-4, 8 & 9,  58 |
| ~~Thompson, Max D. &~~ <br> ~~Mattie~~ | ~~82W-31 & 36,  ?~~ |
| Title Investment Service | 93W-8 & 17,  71 |
| ~~Townsend, James R. &~~ <br> ~~Julienne M.~~ | ~~82W-31 & 93W-36,  6~~ |
| ~~Taylor, Wilfred L. &~~ <br> ~~Laura Howell~~ | ~~93W-8,  66~~ |
| ~~Tuttle, Ray M. &~~ <br> ~~Juanita~~ | ~~93W-12,  122~~ |
| Umino, Albert, also <br> known as Masao Umino | 93W-10,  105 |
| Union Title Ins. & Trust <br> Co. | 93W-4, 8 & 9,   58, 73 <br> 93W-17,  77 <br> 93W-16,  85 |
| ~~United Concrete Pipe~~ <br> ~~Corporation~~ | ~~93W-12,  174~~ |
| ~~United States of America~~ | ~~Parcel 1   83W-23,~~ <br> ~~83W-26,  82W-31, 82W-36,~~ <br> ~~92W-1,  92W-5,  93W-1,~~ <br> ~~93W-10 & 93W-15,~~ |
| Vallecitos School District <br> of San Diego County | 93W-12,  166 |
| Varney, Fred W. & <br> Lucille | 93W-11,  115 |

3449

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| ~~Vaughan, Patrick A. &~~ | ~~93W-12, 165C~~ |
| ~~Margaret P.~~ | |
| Vinzant, John & | 82W-30 & 31,  6 |
| Rosa | |
| Wade,  Floyd E. | 92W-7,  30 |
| Walker, Floyd C. & | 93W-10,  54 |
| Grace N. | |
| ~~Walters, Jessie May~~ | ~~93W-1 & 12, 160~~ |
| ~~Ware, W. Roy &~~ | ~~93W-12, 169~~ |
| ~~Hazel P.~~ | |
| Ware, Walker M. & | 92W-7 & 8,  29 |
| Althea O. | |
| Warner, James M., Jr. & | 93W-16,  87 |
| Marion W. | |
| Warren, Iris Dixie | 93W-4,  57 |
| Warren, James & | 92W-6,  22 |
| Dorothy Culling | |
| Williams,  W. H. & | 93W-1,  146 |
| Elizabeth Steward | |
| ~~Wilson, Ellen Ludy~~ | ~~93W-1 & 12, 160~~ |
| Wisdom, Margaret R. | 93W-17,  72 |
| ~~Woodrow, M. C. &~~ | ~~82W-36, 39A~~ |
| ~~Lillian L.~~ | |

-21-

3450

RAINBOW CREEK

| NAME | PROPERTY |
|------|----------|
| Woods, Elmer E. | 93W-12,  166A |
| ~~Wyatt, Charles C. & Emma Phoebe~~ | ~~93W-11,  110~~ |
| Yaple, Harold D. & Nellie E. | 93W-9,  60 |
| Yaras, Herbert J. | 93W-2 & 1,  53 |
| ~~Yonneshot, Gene R.~~ | ~~93W-36,  45~~ |
| ~~Yonneshot, Louise~~ | ~~93W-36,  45~~ |
| Young, Chaffee & Lois M. | 93W-3,  55 |
| ~~Zogers, Frank &  Anna~~ | ~~93W-31 & 93W-36,  6~~ |
| Zinn, George H. & Maude M. | 93W-14,  108 |

-22-

3451

NON-RIPARIAN AND NON-OVERLYING LANDS WITHIN

RAINBOW CREEK WATERSHED

LEGAL DESCRIPTIONS AND OWNERSHIP

Parcel 1 -- Rainbow Creek Watershed

Parcel 83W-25, and 83W-26

Section Twenty-five (25), (EXCEPT the East Half of the Northeast Quarter);
and the East Half of the Northeast Quarter and the Northeast Quarter of
the Southeast Quarter of Section Twenty-six (26), Township Eight (8)
South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

Parcel 82W-31, and 82W-32

The East Half;  the East Half of the Southwest Quarter;  the Southwest
Quarter of the Southwest Quarter; and the Southeast Quarter of the
Northwest Quarter of Section Thirty-one (31); and the Northwest Quarter;
the Northeast Quarter of the Southwest Quarter, and the North Half of
the Southeast Quarter of Section Thirty-two (32), Township Eight (8)
South, Range Two (2) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

Parcel 92W-4, and 92W-6

The North Half of the Southwest Quarter, and the Southeast Quarter of
the Northwest Quarter of Section Four (4).  Also Lots 2, 3, 5, and 6 of
Section Six (6), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of
California.

Parcel 93W-1,  93W-10, and 93W-15

The Northwest Quarter of the Northwest Quarter of Section One (1);
the Southwest Quarter of the Northeast Quarter, and the Southwest
Quarter of the Southeast Quarter of Section Ten (10); and the North-
west Quarter of the Northwest Quarter, and the Northwest Quarter of
the Northeast Quarter of Section Fifteen (15), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNER:

UNITED STATES OF AMERICA

-1-

RAINBOW CREEK WATERSHED

Parcel 82W-30,  5

That portion of Government Lot S (Southwest Quarter of the Southwest Quarter) of Section Thirty (30), Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, lying Easterly of State Highway 395, EXCEPTING that portion described as follows:  BEGINNING at the intersection of the East line of Lot 8 with the East line of Highway 395; thence South on the East line of Lot 8 675 feet to a point; thence at right angles Westerly to the East line of Highway 395; thence Northeasterly along the Easterly line of Highway 395 to the point of beginning.  ALSO EXCEPT any portion in Highway 395. ALSO EXCEPTING that portion of Lot 8 described as follows:  BEGINNING at the Southwest corner of Section Thirty (30); thence along the South line of said Section South 85°11' East 1638.46 feet to the Southeast corner of Lot 8; thence along the East line of Lot 8 North 0°09'40" East 488.79 feet to a point which is distant South 0°09'40" West 675 feet from the intersection of the East line of Lot 8 with the Easterly line of Highway 395,said point being true point of beginning and is the Southeast corner of land conveyed to Tesch by deed recorded in Book 708 at page 340 of Official Records of Riverside County; thence from the true point of beginning North 68°08'40" West 351.35 feet to the Westerly line of said land of Tesch; thence along the Westerly line of said land South 30°45'30" West 150.89 feet to the Southwesterly corner of said land; thence along the Southerly line South 89°50'20" East 403.26 feet to the true point of beginning.

Owners:                    CLOUSE, E. E. (hus)

                           CLOUSE, Edna E. (wf)(deceased)

3454

RAINBOW CREEK WATERSHED

Parcel 82W-30 & 31,   6

The Northeast Quarter of the Northwest Quarter of Section Thirty-one,
and that portion of the Southwest Quarter of the Southeast Quarter and
of the Southeast Quarter of the Southwest Quarter of Section Thirty (30),
Township Eight (8) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California, described as
follows:  BEGINNING at the Southwest corner of the Southeast Quarter of the
Southwest Quarter of said Section Thirty (30); thence along the West line
thereof North 0°09'40" East 1159.84 feet to the Southwesterly corner of
tract of land conveyed by Minnie M. Tesch to Victor J. Paulson et al,
by deed recorded in Book 822 at page 258 of Official Records of Riverside
County; thence along the Southerly line of said land of Paulson South
57°51' East 613.30 feet and South 85°28' East 2134.56 feet to the East line
of said Southwest Quarter of the Southeast Quarter; thence along the East
line South 0°02'50" East 886.84 feet to the Southeast corner of said South-
west Quarter of the Southeast Quarter; thence along the South line of said
Southwest Quarter of the Southeast Quarter North 85°14'50" West 1342.22 feet
to the Southeast corner of said Southeast Quarter of the Southwest Quarter;
thence along the South line of said Southeast Quarter of the Southwest
Quarter North 85°11' West 1318.15 feet to the point of beginning.
ALSO, that portion of Lot 8 (the Southwest Quarter of the Southwest Quarter)
of Section Thirty (30), Township Eight (8) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside, State of California,
described as follows:  BEGINNING at the intersection of the East line of said
Lot 8 with the Easterly line of the pavement of State Highway; thence along
said East line of Lot 8 South 0°09'40" West 675 feet; thence along the North-
erly line of parcel of land conveyed by Tesch to Dameron by deed recorded in
Book 807 at page 538 of Official Records of Riverside County, North
68°08'40" West 351.35 feet to the Easterly line of pavement of said State
Highway; thence Northeasterly along said Easterly line of said pavement to
the point of beginning.

Owners:          VINZANT, John (hus)
                 VINZANT, Rosa (wf)
                 BANK OF AMERICA (TDTr)
                 MEYER, Minnie M. (formerly Minnie M. Tesch)(wf)(TDBen)
                 MEYER, Edward (hus)(TDBen)

3455

RAINBOW CREEK WATERSHED

~~Parcel 82W-36, and 82W-31,   2~~

The North 10 feet of the South Half of the Southeast Quarter of the North-
east Quarter of Section Thirty-six (36), Township Eight (8) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California; and the South Half of Government Lot 2 (the Southwest
Quarter of the Northwest Quarter) lying Westerly of the State Highway,
in Section Thirty-one (31), Township Eight (8) South, Range Two (2) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

Owners:          SCOTT, John C. (hus)

                 SCOTT, Virginia R. (wf)


Parcel 82W-31,   10

The North Half of Lot 3 (the Northwest Quarter of the Southwest Quarter)
of Section Thirty-one (31), Township Eight (8) South, Range Two  (2) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California, EXCEPT that portion included in highway.

~~Owner:          GULLING, Louis Farley~~


82W-31,   11

The South Half of Lot 3 (the Northwest Quarter of the Southwest Quarter) of
Section Thirty-one (31), Township Eight (8) South, Range Two (2) West, San
Bernardino Base and Meridian, in the County of Riverside, State of California.

Owner:          SCHNEIDER, Max


Parcel 82W-32, and 92W-5,   12

The West Half of the Southwest Quarter and the Southeast Quarter of the South-
west Quarter of Section Thirty-two (32), Township Eight (8) South, Range Two
(2) West, San Bernardino Base and Meridian, in the County of Riverside,
State of California; and the Northeast Quarter of the Northwest Quarter of
Section Five (5), Township Nine (9) South, Range Two (2) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California.

Owner:          CLUGAGE, John Lucien (sep prop)                    3456

RAINBOW CREEK WATERSHED

**Parcel 82W-32, and 92W-5.   13**

    The South Half of the Southeast Quarter of Section Thirty-two (32),

Township Eight (8) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California; and

Lots 1 and 2 (North Half of Northeast Quarter) of Section Five (5),

Township Nine (9) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California.

Owners:        STITES, George Arthur (hus)

               STITES, Katherine Jean (wf)


**Parcel 82W-33,   14**

    The South Half of the Southwest Quarter of Section Thirty-three (33),

Township Eight (8) South, Range Two (2) West, San Bernardino Base and

Meridian, in the County of Riverside, State of California.

Owner:        CLUGAGE, F. Robert (m/m)


Parcel 92W-3, 4 and 2,   15

    Lots 3 and 4 (North Half of Northwest Quarter), and the Southwest Quarter of

the Northwest Quarter of Section Four (4); the Southeast Quarter of the

Northeast Quarter, the West Half of the Northwest Quarter, and the South Half

of Section Five (5), Township Nine (9) South, Range Two (2) West, San Ber-

nardino Base and Meridian, in the County of San Diego, State of California.

Owner:        CLUGAGE, Ina L. (widow)

CLUGAGE, John L. (o/a)(Mtgee)


**Parcel 92W-4.   16**

    The South Half of the Southwest Quarter of Section Four (4), Township Nine

(9) South, Range Two (2) West, San Bernardino Base and Meridian, in the

County of San Diego, State of California.

Owners:        MORRIS, Alfred (hus)   Undivided one-half interest
               MORRIS, Julia V. (wf)

               CIANFRINI, John (hus)   Undivided one-half interest
               CIANFRINI, Carol Joan (wf)

               BANK OF AMERICA (TDTr)
               MORRIS, Alfred (hus)(TDBen)
               MORRIS, Julia V. (wf)(TDBen)

3457

RAINBOW CREEK WATERSHED

Parcel 92W-5,　17

The Southwest Quarter of the Northeast Quarter of Section Five (5), Township
Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

OWNER:　　　　　　The Church of Thelema.


Parcel 92W-5,　18

The Southeast Quarter of the Northwest Quarter of Section Five (5), Township
Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

OWNER:　　　　　　GLINDSET, Arnold


Parcel 92W-6,　19

The Southeast Quarter, and the East Half of the Southwest Quarter of Section
Six (6), Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, EXCEPT that portion
described as follows: BEGINNING at the Northeast Corner of the Southeast Quar-
ter of the Southeast Quarter of Section One (1), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian; thence South 85°42' East
700.35 feet; thence South 4°18' West 193.64 feet; thence North 80°48' East
104.98 feet; thence South 83°09' East 260.67 feet; thence North 71°36' East
200.19 feet; thence North 79°46' East 283.15 feet to the true point of beginning;
thence North 50°02'40" East 56.27 feet; thence North 56°20'30" East 83.29 feet;
thence North 23°32'10" East 230.26 feet; thence North 1°28' East 77.93 feet;
thence due North 340 feet; thence due West to the West line of said East Half;
thence Southerly along said West line to the North line of the South Half of
said Southwest Quarter; thence Easterly along said North line to the North-
easterly corner of land conveyed to Huber by deed recorded in Book 4092 at
page 283 of Official Records of San Diego County; thence South 1°06' East
along the East line of said Huber's land to the point of beginning.
ALSO EXCEPT that portion of the South Half of the Southwest Quarter of
Section Six (6), described as follows: Beginning at the Northeast Corner

9

3458

RAINBOW CREEK WATERSHED

~~Parcel 92W-6,   20  (cont'd)~~

ALSO, that portion of the South Half of the Southwest Quarter of Section

Six (6), Township Nine (9) South, Range Two (2) West, San Bernardino Base

and Meridian, in the County of San Diego, State of California, described

as follows:  BEGINNING at the Northeast corner of the Southeast Quarter

of the Southeast Quarter of Section One (1), Township Nine (9)  South,

Range Three (3) West, San Bernardino Base and Meridian; thence South 85°42'

East 700.35 feet to the true point of beginning.  Thence South 4°18' West

193.64 feet;  thence North 80°48' East 104.98 feet; thence South 83°09'

East 260.67 feet; thence North 71°36' East 200.19 feet; thence North 79°46'

East 283.15 feet; thence North 1°06' West to a point in the North line of

the South Half of the Southwest Quarter of Section Six (6); thence Westerly

along the North line to a point North 4°18' East from the above mentioned

point of beginning; thence South 4°18' West to the true point of beginning.

Owners:          HUBER, Albert J. (hus)

~~HUBER, Denise M. (wf)~~


Parcel 92W-7, and 93W-12,  21

That portion of Section Seven (7), Township Nine (9) South, Range Two

(2) West, San Bernardino Base and Meridian, and that portion of Section

Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, de-

scribed as follows:  BEGINNING at the West quarter corner of Section Seven

(7), Township Nine (9) South, Range Two (2) West, being the Easterly termi-

nus of Eighth Street as said street is shown on Map No. 880 of Rainbow;

thence North 26°01' West 66.67 feet; thence North 17°37' East 179.12 feet;

thence North 40°37' East 137.20 feet; thence North 11°03' West 103.97 feet;

thence North 52°59' West 208.00 feet; thence North 09°44' West 99.78 feet;

thence South 22°29' West 329.44 feet; thence South 50°05' West 565.48 feet

to the center line of said Eighth Street; thence along said center line North

89°23'30" East 648.33 feet to the point of beginning.

OWNERS:          OSBORNE, Donald K. (hus)
                 OSBORNE, Maxine K. (wf)
                 BANK OF AMERICA (TDTr)
                 DAVIS, W. N. (un/m)(TDBen)

3459

RAINBOW CREEK WATERSHED

Parcel 92W-6, __22__

The Northwest Quarter of the Southwest Quarter of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNERS:          WARREN, James (hus)

                 WARREN, Dorothy Culling (wf)


Parcel 92W-6, __23__

Lot 12 (the Southwest Quarter of the Northwest Quarter) of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNER:          TEEL, Gertrude J.


Parcel 92W-6, __24__

~~Lots 1 and 2 (the Northeast Quarter of the Northeast Quarter)~~, and Lot 4
(the Northwest Quarter of the Northwest Quarter) of Section Six (6),
Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNER:          JOHNSON, Henrietta May (m/w)(sep prop)


~~Parcel 92W-6, __25__~~

Lot 7 (Northwest Quarter of the Northeast Quarter), Lot 9 (Southeast Quarter
of the Northeast Quarter), Lot 10 (Southwest Quarter of the Northeast
Quarter), and Lot 11 (Southeast Quarter of the Northwest Quarter) of Section
Six (6), Township Nine (9) South, Range Two (2) West, San Bernardino  Base
and Meridian, in the  County of San Diego, State of California.

OWNERS:          MORGAN, James C. (hus)

~~                 MORGAN, Mildred A. (wf)~~


Parcel 92W-7, __26__

The Northeast Quarter of the Northwest Quarter; the Northwest Quarter of
the Northeast Quarter, and the West Half of the Southwest Quarter of
Section Seven (7), Township Nine (9) South, Range Two (2) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California

OWNER:          LILLIE, Harry F.          12

3460

RAINBOW CREEK WATERSHED

**Parcel 92W-7,   27**

The Southeast Quarter of the Northwest Quarter, and the East Half of the Southwest Quarter of Section Seven (7), Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNER:                PERIGO, Delmar I.

**Parcel 92W-7,   28**

The Southeast Quarter, and the Southwest Quarter of the Northeast Quarter of Section Seven (7), Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT that portion described as follows:  BEGINNING at the Southwest corner of the Northwest Quarter of the Northeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Two (2) West, San Bernardino Base and Meridian; thence along the North-South center line of said Section Eighteen (18) and along the North-South center line of Section Seven (7), a total distance of 1876.20 feet; thence East, parallel with the South line of Section 7 to intersection with a line drawn parallel with and 500.00 feet Easterly at right angles from said North-South center line of Sections 7 and 18; thence South along said parallel line  1876.20 feet, more or less, to the South line of said Northwest Quarter of the Northeast Quarter of Section 18; thence West along said South line 500.00 feet, more or less, to the point of beginning.  EXCEPTING from the above described portion of the Northwest Quarter of the Northeast Quarter of Section Eighteen (18), that portion thereof lying Southeasterly of the center line of the County Road.

OWNERS:              JAGO, Herbert E. (hus)
                     JAGO, Gertrude A. (wf)

3461

RAINBOW CREEK WATERSHED

Parcel 92W-7 and 8,   29

The East Half of the East Half of the Northeast Quarter of Section Seven
(7), and the North Half and the North Half of the Southwest Quarter of
Section Eight (8), Township Nine (9) South, Range Two (2) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:          WARE, Walker M. (hus)

                 WARE, Althea O. (wf)

Parcel 92W-7,   30

The West Half of the East Half of the Northeast Quarter of Section Seven
(7), Township Nine (9) South, Range Two (2) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNER:           WADE, Floyd E.

Parcel 89W-96,   31

The Southwest Quarter of the Southeast Quarter of Section Thirty-six (36),
Township Eight (8) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California, EXCEPTING there-
from the Northerly 352 feet thereof, and also EXCEPTING that portion thereof
described as follows: BEGINNING at the Southwest corner of said Southeast
Quarter; thence North on the West line of said Southeast Quarter 392 feet;
thence in a straight line Southeasterly to a point in the East line of the
Southwest Quarter of the Southeast Quarter 90 feet North of the Southeast
corner of the Southwest Quarter of the Southeast Quarter; thence South
on said East line 90 feet; thence West on the South line of said Southeast
Quarter to the point of beginning. ALSO EXCEPTING  therefrom that portion
conveyed to the State of California described as follows: BEGINNING at a
point in the East line of said Southwest Quarter of the Southeast Quarter
of Section Thirty-six (36), distant thereon North 1°13'50" East 89.85 feet
from the Southeast corner of said Southwest Quarter, said point of beginning
the Northeast corner of land conveyed to  Alfred E. Lutze; thence North
76°23'03" West along the Northerly line of said land of Lutze

14

3462

Parcel 83W-36,  32

The Northwest Quarter, and the West Half of the Northeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3), West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:                STATE OF CALIFORNIA

Parcel 83W-36,  33

The Southerly 106 feet, measured at right angle to the Southerly line of the following described property:  That portion of the Southeast Quarter of the Southeast Quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Meridian, described as follows:  BEGINNING at a point on the East line of said Southeast Quarter of the Southeast Quarter, 800 feet South of the Northeast corner of said Southeast Quarter of the Southeast Quarter; thence North 70°15' West 1386.15 feet, to a point on the West line of said Southeast Quarter of the Southeast Quarter 352 feet South of the Northwest corner of said Southeast Quarter of the Southeast Quarter; thence South, on said West line, to a point distant at right angles 330 feet from said course, "North 70°15' West 1386.15 feet;" thence Southeasterly, in a straight line, to a point in the East line of said Southeast Quarter of the Southeast Quarter, distant at right angles 330 feet from said course, "North 70°15' West 1386.15 feet", produced; thence North, on said East line, to the point of beginning;  EXCEPTING therefrom that portion of said Southerly 106 feet which lies East of the following described line:  BEGINNING at a point on the Southerly line of the herein described property, distant thereon 281.06 feet Southeasterly from the Southwest corner thereof; thence Northerly, on a curve concave to the East, and having a radius of 448 feet, the radial line of which bears 14°27' Northerly of said Southerly line 107.19 feet, to the Northerly line of said Southerly 106 feet;  ALSO EXCEPTING therefrom that portion conveyed to the State of California by deed recorded April 6, 1948 in Book 905 Page 197 of Official Records, Riverside County Records.  (March

16

3463

RAINBOW CREEK WATERSHED

Parcel 83W-36, 36

That portion of the Southwest Quarter of the Southeast Quarter of Section
Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of Riverside, State of California,
described as follows:  BEGINNING on the West line of said Southwest Quarter
of the Southeast Quarter of said section, distant 352 feet South of the
Northwest corner thereof; thence East 1320 feet; thence Southeasterly to a
point on the East line of the of the Southeast Quarter of the Southeast
Quarter, 800 feet South of the Northeast corner of the South Half of the
Southeast Quarter; thence North 180 feet; thence Northwesterly to a point
172 feet South of the North line of the South Half of the Southeast Quarter;
thence West to a point on the West line 172 feet South from the Northwest
corner of the Southwest Quarter of the Southeast Quarter; thence South
180 feet to the point of beginning.  EXCEPT that portion lying Easterly
of the highway.

OWNERS:            FOWLER, Frank W. (hus)

                   FOWLER, Ellen T. (wf)

Parcel 83W-36,   37

The North 172 feet of the Southwest Quarter of the Southeast Quarter of
Section Thirty-six (36), Township Eight (8) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of Riverside, State of
California.

OWNERS:            HUDSPETH, James L. (hus)

                   HUDSPETH, Lottie Jane (wf)

3464

RAINBOW CREEK WATERSHED

~~Parcel 93W-1 and 2, 49~~

All that real property in Sections One (1) and Two (2), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of San Diego, State of California, described as follows:
The South Half of the Northwest Quarter of Section One (1), and the
Northwest Quarter of the Southwest Quarter of Section One (1), EXCEPT that
portion lying Easterly of the State Highway; also that portion of the
Northeast Quarter of the Southwest Quarter of Section One (1) lying Westerly
of the State Highway.  Also, Lot 3 (the Northeast Quarter of the Northwest
Quarter) of Section One(1).  Also the Southeast Quarter of the Northeast
Quarter, and the Northeast Quarter of the Southeast Quarter of Section
Two (2).

~~OWNER:                    STUBBLEFIELD, Charles D., Sr.~~

Parcel 93W-2,   50

The Southwest Quarter of the Northeast Quarter, the Northwest Quarter of
of the Southeast Quarter, and the South Half of the Southeast Quarter of
Section Two (2), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
together with 15 feet following the Old Trail through the Northwest Quarter
of the Northeast Quarter of the Northeast Quarter, and the North 20 rods
of the Northeast Quarter of the Northeast Quarter of the Northeast Quarter
of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian.  EXCEPTING therefrom all that portion of the
Southeast Quarter of the Southeast Quarter of said Section Two (2) described
as follows:  BEGINNING at the Southeast corner of said Southeast Quarter of
the Southeast Quarter of Section Two (2); thence along the South line thereof
West 440 feet; thence North parallel with the East line 990 feet; thence
East parallel with the South line 440 feet to the East line of Section Two
(2); thence South along the East line 990 feet to the point of beginning.
ALSO EXCEPTING therefrom that portion in Section Two (2) lying within the
boundary of State Highway XI-SD-77G.

OWNERS:                    CHESS, James R. (hus)
                           CHESS, Kathleen P. (wf)

3465

RAINBOW CREEK WATERSHED

Parcel 93W-2,   51

That portion of the Southeast Quarter of the Southeast Quarter of Section Two (2), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Southeast corner of said Section Two (2); thence West along the South line thereof 440 feet; thence North parallel with the East line 990 feet; thence East parallel with the South line 440 feet to the East line of Section Two (2); thence South along the East line 990 feet to the point of beginning. EXCEPTING therefrom that portion lying within the boundary of State Highway XI-SD-77G, as conveyed to the State of California by deed recorded in Book 2528 at page 176 of Official Records of San Diego County.

OWNERS:                          LINDELL, Orville A. (hus)

                                 LINDELL, Charlotte L. (wf)

                                 BANK OF AMERICA (TDTr)

                                 CHESS, James R. (hus)(TDBen)

                                 CHESS, Kathleen P. (wf)(TDBen)


Parcel 93W-1,   52

The Northwest Quarter of the Northeast Quarter; the North 20 rods of the Northeast Quarter of the Northeast Quarter of the Northeast Quarter; and the Northwest Quarter of the Northeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPTING from said Northwest Quarter of the Northeast Quarter of the Northeast Quarter of Section Eleven (11) an easement for road purposes on and over the North 15 feet of said property adjacent to the Old Trail.

OWNERS:                          MINTON, Reuel B. (hus)

                                 MINTON, Halcyon V. (wf)

29

3466

RAINBOW CREEK WATERSHED

Parcel 93W-2, 3, and 11,   53

Lots 3 and 4 (the Northeast Quarter of the Northwest Quarter, and the
Northwest Quarter of the Northwest Quarter); the Southwest Quarter of the
Northwest Quarter, and the Southwest Quarter of Section Two (2); the
Southeast Quarter of Section Three (3); and the Northwest Quarter, and the
East Half of the Southwest Quarter of Section Eleven (11), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, EXCEPTING from said East Half of
the Southwest Quarter of Section Eleven (11) that portion lying Southeasterly
of a line described as follows:  BEGINNING at a point on the Northwesterly
line of Department of Public Works Survey between Moosa Canyon and River-
side County line, said point being a point in the South line of Section
Eleven (11)distant thereon South 89°47'54" West 1178.21 feet from the South
quarter corner of said Section Eleven (11); thence North 39°39' East
1645.50 feet; thence North 50°21' West 30 feet; thence North 39°39' East
240.59 feet to a point on the East line of said East Half of the Southwest
Quarter, said point being the ending of the line described herein.
ALSO EXCEPTING therefrom all that portion of the Southeast Quarter of the
Southwest Quarter of Section Eleven (11), described as follows:  BEGINNING
at the Southwest corner of the Southeast Quarter of the Southwest Quarter;
thence along the West line of said Southeast Quarter of the Southwest Quarter
North 0°23'50" East 764.10 feet; thence South 89°48' East 295.66 feet; thence
parallel with the West line of said Southeast Quarter of the Southwest
Quarter South 0°23'50" West 348.77 feet; thence South 89°48' East 194.82
feet to the Northwesterly line of a strip of land 160 feet in width conveyed
to the State of California by deed recorded in Book 2203 at page 460 of
Official Records of San Diego County; thence along said Northwesterly line
South 39°39' West 536.50 feet to the South line of said Southeast Quarter
of the Southwest Quarter; thence along said South line South 89°48' West
151.02 feet to the point of beginning.  Containing 888 acres.

OWNERS:                        BRUNSON, Robert M.
                               PETERSON, Herbert J.
                               YARAS, Herman
                               SECURITY TITLE INSURANCE COMPANY (TDTr)        3467
                               PRUDDEN, Adelaide (widow)(TDBen)
                               30

RAINBOW CREEK WATERSHED

**Parcel 93W-10.   54**

    The Northeast Quarter of the Northeast Quarter of Section Ten (10), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California

OWNERS:              BUTTRESS, Hilda R  (sep prop)(undivided one-half interest)

                      WALKER, Floyd C. (hus)  )
                                     ) (Undivided one-half interest)
                      WALKER, Grace N. (wf)

**Parcel 93W-3,   55**

    The Southwest Quarter of Section Three (3), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of San
Diego, State of California.

OWNERS:              BADGER, Ray E  (hus)  )
                               ) Undivided one-fourth interest
                      BADGER, Ruth C  (wf)

                      YOUNG, Chaffee (hus)  )
                               ) Undivided one-fourth interest
                      YOUNG, Lois M. (wf)  )

                      BARNES, Franklin L. (hus))
                               ) Undivided one-half interest
                      BARNES, Alice G  (wf)  )
                               (All tenants in common)

**Parcel 93W-3 & 4,   56**

    The South Half of the Northwest Quarter of Section Three (3), and that portion
of the South Half of the Northeast Quarter of Section Four (4), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, described as follows:
Beginning at the Northeast Corner of said South Half;  thence South 88°38'50"
West, 1236.35 feet;  thence South 19°06'40" West, 245.69 feet;  thence South
53°49' East, 1612.97 feet to East line of said South Half;  thence North
0°41'10" East along said East line, 1213.65 feet to point of beginning.

OWNER:             MORTZ, Paul D (widower)

3468

RAINBOW CREEK WATERSHED

Parcel 93W-4,   57

The North Half of the Southeast Quarter of Section Four, (4), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California.  Also, That portion of
said Section Four (4) described as follows:  Beginning at a point in the
West line of the Southeast Quarter of said Section Four (4), distant
North 01°18'40" East  450.56 feet from the South line of the North Half
of said Southeast Quarter;  thence North 77°10'50" West, 641.08 feet;
thence North 45°26'10" West, 205.72 feet;  thence North 15°25'45" East,
183.19 feet;  thence North 39°49'15" East, 204.90 feet;  thence South
65°42' East, 380.55 feet;  thence North 39°36' East, 345.40 feet;  thence
North 25°26' East, 101.37 feet to West line of said Southeast Quarter;
thence South 01°18'40" East, 821.86 feet more or less along said West line
to point of beginning.

OWNER:                  WARREN, Iris Dixie (widow)

-32-

3469

RAINBOW CREEK WATERSHED

Parcel 93W-4,    57   (cont'd)

land conveyed by Peters to Woodward by deed recorded in Book 1650 at
page 461 of Official Records of San Diego County; thence along the
Northerly line of said land of Woodward North 87°19'30" West 255.51
feet; thence North 39°36' East 345.40 feet; thence North 25°26' East
101.37 feet to said East line of said Northeast Quarter of the Southwest
Quarter; thence thereon South 1°18'40" West 369.70 feet to the point of
beginning.

ALSO, the North Half of the Southeast Quarter of Section Four (4), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

OWNER:                    WARREN, Iris Diaso (widow)

Parcel 93W-4, 8, and 9,    58

Those portions of Sections Four (4), Eight (8), and Nine (9) of Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, described as follows:
The South Half of the Southeast Quarter of Section Four (4).
The Northwest Quarter of the Northeast Quarter, and the Northeast Quarter of
of the Northwest Quarter of Section Nine (9).
The South Half of the North Half of the Northeast Quarter of Section Eight
(8), EXCEPTING therefrom the South 30 feet of the West 300 feet of the
Northeast Quarter of the Northeast Quarter.  ALSO EXCEPTING the South 30 feet
of the East 300 feet of the Northwest Quarter of the Northeast Quarter.
ALSO EXCEPTING that portion of the South Half of the North Half of the
Northeast Quarter of Section Eight (8)  described as follows: BEGINNING at
the Northwest corner of said South Half of the North Half of the Northeast
Quarter; thence along the North line thereof North 88°40' East 1414.00
feet;thence South 50°38'40" West 153.12 feet;thence South 19°04'40" West
560.27 feet to the North line of the South 30.00 feet of said North Half of
the Northeast Quarter; thence along said North line South 89°04'40" West 26.70 ft
the West line of the East 300 feet of the Northwest Quarter of the Northeast

3470

RAINBOW CREEK WATERSHED

Parcel 93W-4, 8 and 9, 58 (cont'd)

Quarter; thence along said West line South 0°43'50" East 30 feet to the South line of said North Half of the Northeast Quarter; thence along said South line South 89°04'40" West 1070.70 feet to the West line of said Northeast Quarter; thence North 1°21'30" West along said West line 641.54 feet to the point of beginning.

ALSO EXCEPTING that portion of the South Half of the North Half of the Northeast Quarter of Section Eight (8), described as follows: BEGINNING at the Northwest corner of the South Half of the North Half of the Northeast Quarter; thence along the North line thereof North 88°40' East 1414 feet to the true point of beginning. Thence South 50°38'40" West 153.12 feet; thence South 19°04'40" West 560.27 feet to the North line of the South 30 feet of said North Half of the Northeast Quarter; thence along said North line North 89°05' East 573.51 feet to the East line of the West 300 feet of the Northeast Quarter of the Northeast Quarter; thence South 0°45'40" East along said line 30 feet to the South line of said North Half of the Northeast Quarter; thence along said South line North 89°05' East 196.18 feet; thence North 30°09' East 633.93 feet; thence North 50°51' East 184.72 feet, more or less, to the North line of said  South Half of the Northeast Quarter; thence Westerly along said North line 930.53 feet to the true point of beginning.

Also, a strip of land 20.00 feet in width through the Northwest Quarter of the Northwest Quarter of Section Nine (9), the Southerly line of which is described as follows: BEGINNING at a point on the West line of the Northwest Quarter of the Northwest Quarter, distant North 0°06'10" West 155.07 feet from the Southwest corner thereof; thence North 85°30' East 351.34 feet; thence North 42°33' East 164.83 feet; thence South 71°21' East 227.28 feet; thence North 54°09' East 385.57 feet; thence North 80°16'30" East 372.49 feet to the East line of said Northwest Quarter of the Northwest Quarter, said 20-foot strip beginning in the Westerly line of said Northwest Quarter of the Northwest Quarter and ending in the Easterly line thereof.  Reserving an easement and right of way for road purposes over the above described 20-foot strip.

34

3471

RAINBOW CREEK WATERSHED

Parcel 93W-4, 8, and 9,   58   (cont'd)

OWNERS:

BCUSLOG, Houston H. (m/m)(sep prop)

KELLER, Robert H. (m/m)(sep prop)

MONFORT, Gordon W. (m/m)(sep prop)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

THOMPSON, Glenn M. (hus)(TDBen)

THOMPSON, Mary Traylor (wf)(TDBen)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

HANES, William F. (hus)(TDBen)

HANES, Bertie B. (wf)(TDBen)


Parcel 93W-9,   59

The West Half of the Northeast Quarter of the Southwest Quarter of the
Northeast Quarter of Section Nine (9), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

MORRIS, Harold W.

MORRIS, Dorothy

MORRIS, Billie

MORRIS, Diana


Parcel 93W-9,   60

The East Half of the Northeast Quarter of the Southwest Quarter of the
Northeast Quarter of Section Nine (9), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:

YAPLE, Harold D. (hus)

YAPLE, Nellie E. (wf)

3472

RAINBOW CREEK WATERSHED

Parcel 93W-9,    61   The Northwest Quarter of the Southwest Quarter of the Northeast
Quarter; And,
The South Half of the Southwest Quarter of the Northeast Quarter of Section

Nine (9), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California.

OWNERS:                  HAYES, W. D. (hus)

                         HAYES, Erna G. (wf)

                         BANK OF AMERICA (TDTr)

                         SHIPLEY, Verne G. (hus)(TDBen)

                         SHIPLEY, Luella G. (wf)(TDBen)


Parcel 93W-9,    62

The Southeast Quarter of the Northwest Quarter of Section Nine (9), Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in

the County of San Diego, State of California. Also, the North 330 feet of

the Northeast Quarter of the Southwest Quarter, and the South 150 feet of

the North 480 feet of the West 660 feet of the Northeast Quarter of the

Southwest Quarter of Section Nine (9), Township Nine (9) South, Range Three

(3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California

OWNER:                   HANEY, W  B   (m/m)(sep prop)


Parcel 93W-9,    63

The Southwest Quarter of the Northwest Quarter of Section Nine (9), Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in

the County of San Diego, State of California EXCEPT that portion described

as follows:  Beginning at a point in the West line of said Southwest Quarter

219.0 feet from the Southwest Corner thereof;  thence South 89°51'40" East,

426.23 feet;  thence North 53°26'15" East, 95.71 feet;  thence North

27°56'40" West, 147.82 feet;  thence North 72°38'50" West, 313.84 feet;

thence North 20°32'40" West  251.04 feet;  thence North 39°53'30" West,

73.69 feet to said West line;  thence South 0°06'10" East along said West

3473

Parcel 93W-9,  64

The Northwest Quarter of the Northwest Quarter of Section Nine (9), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPTING the North 660 feet of the West 330 feet, more particularly described as follows:  BEGINNING at the Northwest corner of Section Nine (9); thence Easterly along the North line of said section 330 feet; thence Southerly along a line parallel with the West line of said section 660 feet; thence Westerly along a line parallel with the North line of said section 330 feet to the West line of said section; thence Northerly along said West line 660 feet to the point of beginning.  ALSO EXCEPTING a strip of land 20 feet in width through the Northwest Quarter of the Northwest Quarter of Section Nine (9), described as follows:  BEGINNING at a point in the West line of the Northwest Quarter of the Northwest Quarter, distant thereon North 0°06'10" West 155.07 feet from the Southwest corner thereof; thence North 85°30' East 351.34 feet; thence North 42°38' East 164.63 feet; thence South 71°21' East 227.28 feet; thence North 54°09' East 385.57 feet; thence North 80°16'30" East 372.49 feet to the East line of said Northwest Quarter of the Northwest Quarter of said Section Nine (9).  ALSO EXCEPTING that portion described as follows:  BEGINNING at the Northeast corner of the West 330 feet of the Northwest Quarter of the Northwest Quarter/
of the Northwest Quarter; thence South 0°06'10" East along the East line 140.74 feet; thence North 63°26' East 163.39 feet; thence North 3°09' East 67.71 feet to a point on the North line of Section Nine (9), distant South 89°58'40" East 480.11 feet from the Northwest corner thereof; thence along said North line North 89°58'40" West 150.11 feet to the point of beginning.

OWNERS:             MARTIN, K. I. (hus)

                    MARTIN, Eulilla (wf)

3474

Parcel 93W-8,  67 (cont'd)

Northeast Quarter; thence along said South line North 89°05' East 196.18
feet; thence North 30°09' East 633.93 feet; thence North 50°51' East
184.72 feet, more or less, to the North line of said South Half of the
Northeast Quarter; thence Westerly along said North line 930.53 feet,
more or less, to the true point of beginning.

Parcel 6 - That portion of the Southeast Quarter of the Northwest Quarter
of Section Eight (8) described as follows:  BEGINNING at the Northeast corner
of the Southeast Quarter of the Northwest Quarter; thence South 44°36'20"
West 139.81 feet; thence South 31°38'50" West 856.01 feet; thence South
71°30'50" West 443.18 feet; thence South 57°20'50" West 406.29 feet to the
West line of the Southeast Quarter of the Northwest Quarter; thence along
said West line South 1°02'50" East 98.47 feet to the Southwest corner
thereof; thence along the South line thereof 1340.25 feet to the Southeast
corner of the Southeast Quarter of the Northwest Quarter; thence North/
along the East line thereof 1282.63 feet to the point of beginning.

OWNER:                    FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W-8, and 17,  68

Those portions of the Northwest Quarter of the Northeast Quarter of Section
Seventeen (17), and the Southeast Quarter and the Southwest Quarter of the
Northeast Quarter of Section Eight (8), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, described as follows:  BEGINNING at the Northwest corner
of said Northeast Quarter of Section Seventeen (17); thence along the West
line thereof South 1°12'40" West 375.08 feet; thence parallel with the North
line of Section Seventeen (17) South 89°58'40" East 737.37 feet; thence
North 57°45'50" East 702.62 feet to the Northeast corner of said Northwest
Quarter of the Northeast Quarter of Section Seventeen (17); thence along the
West line of the Southeast Quarter of the Southeast Quarter of Section
Eight (8), North 0°41' West 1051.33 feet to a point distant South 0°41' East
300 feet from the Northwest corner of said Southeast Quarter of the Southeast

41

3475

Parcel 93W-8, and 17,   68 (cont'd)

Quarter of said Section Eight (8); thence parallel with the North line
thereof North 89°57' East 662.07 feet; thence parallel with the West line
thereof North 0°41' West 300 feet to the North line of said Southeast Quarter
of the Southeast Quarter of Section Eight (8); thence along said North line
South 89°57' West to the West line of the East 30 acres of the North Half
of the Southeast Quarter of Section Eight (8); thence Northerly along said
West line of the East 30 acres to the East and West center line of said
Section Eight (8); thence Westerly along said center line to the Southwest
corner of tract of land conveyed by J. E. Morgan and wife to Wm. C. Howell,
said corner being distant along said center line East 902.22 feet from the
Southwest corner of said Southwest Quarter of the Northeast Quarter of
Section Eight (8); thence along the boundary of said land North 18° East
858 feet; thence North 66°45' West 1270.50 feet to the Northwest corner of
said Southwest Quarter of the Northeast Quarter; thence leaving the boundary
of said land of Howell Southerly along the North-South center line of Section
Eight (8) to the point of beginning. EXCEPTING therefrom that portion of
the Northwest Quarter of the Southeast Quarter, and of the Northeast Quarter
of the Southeast Quarter of Section Eight (8) (EXCEPTING the East 30 acres
of the Northeast Quarter of the Southeast Quarter of Section 8) described
as follows:   BEGINNING at the Northwest corner of said Southeast Quarter;
thence along the Westerly line South 1°25'10" East 1219.08 feet; thence
North 32°20'10" East 877.90 feet; thence South 86°37'55" East 667.11 feet;
thence South 54°41'55" East 260.68 feet; thence South 37°00'20" East 610.15
feet to the West line of the East 30 acres of said Northeast Quarter of the
Southeast Quarter; thence along said West line North 0°03'40" West 1157.35
feet to the North line of said Southeast Quarter; thence along said North
line 1744.49 feet to the point of beginning.

ALSO, that portion of the Southwest Quarter of the Northeast Quarter of
Section Eight (8), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California,
described as follows:

3476

Parcel 93W-8, and 17,   68   (cont'd)

BEGINNING at the Southwest corner of the Southwest Quarter of the Northeast Quarter of said section; thence East along the South line of said Southwest Quarter of the Northeast Quarter 902.22 feet to the Southwest corner of tract of land conveyed by J. E. Morgan and Irene Morgan to Wm. O. Howell by deed dated September 11, 1882, recorded in Book 42 at page 495 of Deeds, of San Diego County; thence North 18° East along the Westerly line of land of Howell 13 chains; thence North 66-3/4° West along the Southwesterly line of land so conveyed to Howell 19.25 chains to the Northwest corner of the Southwest Quarter of the Northeast Quarter of said Section Eight (8); thence South along the West line of said Southwest Quarter of the Northeast Quarter of said section to the point of beginning. EXCEPT the right of way of the California Southern Railroad Company as described in deed recorded in Book 41 at page 40 of Deeds of San Diego County.  Save and except all riparian rights which are retained and reserved for grantor's use upon the remainder of his land.

OWNERS:                          STENTON, Fred J. (hus)

                                 STENTON, Florence M. (wf)

                                 CONTINENTAL AUXILIARY COMPANY (TDTr)

                                 BANK OF AMERICA (TDBen)

3477

RAINBOW CREEK WATERSHED

Parcel 93W-8,  69A

The East 30 acres of the North Half of the Southeast Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California,
EXCEPT all that portion of the East 30 acres of the Northeast Quarter of the
Southeast Quarter of Section Eight (8), described as follows:  BEGINNING
at a point in the North line of the East 30 acres distant thereon 396.75
feet West from the Northeast corner thereof; thence South 24°56'10" West
366.17 feet; thence South 19°18'10" West 791.82 feet; thence South
17°27'15" West 207.97 feet; thence North 37°00'20" West 149.43 feet to the
West line of the East 30 acres; thence along said West line North 00°03'40"
West 1157.35 feet to the Northwest corner thereof; thence along the North
line of said East 30 acres 569.67 feet to the point of beginning.

OWNERS:                DENISTON, William H.


Parcel 93W-9 and 16,  69B

The Southwest Quarter of the Southwest Quarter of Section Nine (9), EXCEPT
the North 40 feet thereof, and the West Half of the Northwest Quarter of
Section Sixteen (16), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:                RAY, A. W. (m/m)(sep prop) Undivided one-half interest
                       BARR, Matt (m/m)(sep prop) Undivided one-half interest
                       BANK OF AMERICA (TDTr)
                       DENISTON, William H. (un/m)(TDBen)(father)
                       HARVEY, Dawn Ann (m/w)(sep prop)(TDBen)(daughter)

3478

Parcel 93W-9,  69C

    The North 880 feet of the West 990 feet of the Southeast Quarter of the
Southwest Quarter, and the North 40 feet of the Southwest Quarter of the
Southwest Quarter of Section Nine (9), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California.

OWNERS:                  DENISTON, William H. (un/m) (father)

                              HARVEY, Dawn Ann (m/w)(sep prop) (daughter)


Parcel 93W-8, and 17,  70

    That portion of the Southeast Quarter of the Southeast Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southeast corner of Section Eight (8); thence
along the South line thereof North 89°58'40" West 979.76 feet to a point
distant South 89°58'40" East 344.00 feet from the Southwest corner of the
Southeast Quarter of the Southeast Quarter; thence parallel with the West
line of said Southeast Quarter of the Southeast Quarter North 0°41' West
612.00 feet; thence parallel with the South line of Section Eight (8)
North 89°58'40" West 344.00 feet to a point in the West line of the South-
east Quarter of the Southeast Quarter; thence along said West line North
0°41' West 439.33 feet to a point distant South 0°41' East 300 feet from
the Northwest corner of said Southeast Quarter of the Southeast Quarter;
thence parallel with the North line of said Southeast Quarter of the
Southeast Quarter North 89°57' East 662.07 feet; thence parallel with the
West line of said Southeast Quarter of the Southeast Quarter North 0°41' West
300 feet to the North line of the Southeast Quarter of the Southeast Quarter;
thence along said North line North 89°57' East 677.58 feet to the East line
of said Section Eight (8); thence thereon South 0°00'30" East 1352.88 feet
to the point of beginning.

ALSO, that portion of the North Half of the Northeast Quarter of Section
Seventeen (17),Township Nine (9) South, Range Three (3) West, San Bernardino

3479

Parcel 93W-8, and 17,   70 (cont'd)

Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Northeast corner of said Section Seventeen (17); thence along the East line thereof South 0°37'25" West 1318.33 feet to the Southeast corner of said Northeast Quarter of the Northeast Quarter; thence along the South line of said Northeast Quarter of the Northeast Quarter North 89°52'15" West 330 feet to the Southeast corner of tract of land conveyed to Robert G. Hood and wife by deed in Book 1872 at page 333 of Deeds of San Diego County; thence along the East line of said land of Hood North 250 feet to the Northeast corner of land of Hood; thence along the North line of Hood land North 89°52'15" West 341.30 feet to the Southeast corner of tract of land conveyed to Emerson C. Eachel and wife by deed recorded in Book 240 at page 4 of Official Records of San Diego County; thence along the boundary of said land of Eachel North 435 feet and North 89°52'15" West 190.38 feet; thence North 9°20' West 640.12 feet to a point in the North line of said Section Seventeen (17) distant South 89°58'40" East 344.00 feet from the Northwest corner of said Northeast Quarter of the Northeast Quarter; thence along said North line South 89°58'40" East 979.76 feet to the point of beginning.

OWNERS:

PYRON, Harley C. (hus)
PYRON, Roberta L. (wf)
BANK OF AMERICA (TDTr)
HASS, Elizabeth M. (widow)(TDBen)

3480

RAINBOW CREEK WATERSHED

Parcel 93W-8, and 17,    71

That portion of the Southeast Quarter of the Southeast Quarter of Section
Eight (8), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southwest corner of the Southeast Quarter of
the Southeast Quarter; thence along the South line thereof South 89°58'40"
East 344.00 feet; thence parallel with the West line of the Southeast Quarter
of the Southeast Quarter North 0°41' West 612.00 feet; thence parallel with
the South line of Section Eight (8) North 89°58'40" West 344.00 feet to the
West line of the Southeast Quarter of the Southeast Quarter; thence thereon
South 0°41' East 612.00 feet to the point of beginning.

ALSO, that portion of the North Half of the Northeast Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Northwest corner of the Northeast Quarter of
the Northeast Quarter; thence along the North line South 89°58'40" East
344.00 feet; thence South 9°20' East 640.12 feet to a point in the North
line of tract of land conveyed to Emerson C. Eachel and wife by deed recorded
in Book 240 at page 4 of Official Records of San Diego County, distant
North 89°52'15" West 190.38 feet from the Northeast corner of said land of
Eachel, said point being also in the South line of parcel 2 of land conveyed
to Rudolph G. Hass and wife by deed recorded in Book 4436 at page 412 of
Official Records of San Diego County; thence along the boundary line of said
land of Hass the following courses and distances:  North 89°52'15" West 51.00
feet; North 27°43' West 113.10 feet; North 89°52'15" West 111.05 feet;
South 34°16' West 525.56 feet; North 89°52'15" West 667.63 feet; North
29°35'50" West 19.74 feet; North 89°52'15" West 603.52 feet to the West line
of said Northeast Quarter of Section Seventeen (17); thence along the West
line North 1°12'40" East 571.23 feet to a point distant South 1°12'40" West
375.08 feet from the Northwest corner of said Northeast Quarter of Section
Seventeen (17); thence parallel with the North line of Section Seventeen (17)
South 89°58'40" East 737.37 feet; thence North 57°45'50" East to the point
of beginning.

OWNERS:                     SIM, William A. (hus)
                            SIM, Dorothy A. (wf)
                            TITLE INVESTMENT SERVICE (TDTr)
                            HASS, Elizabeth M. (widow)(TDBen)
                            BANK OF AMERICA (TDTr)            . 47    3481

Parcel 93W-17, __72__

That portion of the North Half of the Northeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows: BEGINNING at the Southeast corner of the North Half of the North-
east Quarter of said section; thence along the South line of said North Half
of the Northeast Quarter North 89°52'15" West 330 feet to the Southeast cor-
ner of land conveyed to Robert G. Hood and wife by deed recorded in Book
1872 at page 333 of Deeds of San Diego County; thence along the East line
of Hood land 250 feet to the Northeast corner thereof; thence along the
North line thereof North 89°52'15" West 341.30 feet to the Southeast corner
of land conveyed to Emerson C. Eachel and wife on August 16, 1933, recorded
as Instrument No. 36847 in Book 240 at page 4 of Official Records of San
Diego County; thence along the Easterly line of said Eachel land North
435.00 feet to the Northeast corner thereof; thence along the North line
of said land West 241.38 feet to the true point of beginning. Thence
North 27°43' West 113.10 feet; thence North 89°52'15" West 111.05 feet;
thence South 34°16' West 525.56 feet; thence North 89°52'15" West 667.63
feet; thence North 29°35'50" West 19.74 feet; thence North 89°52'15" West
to the West line of the North Half of the Northeast Quarter; thence along
said West line South 1°12'40" West to the Southwest corner of said North
Half of the Northeast Quarter; thence along the South line of the North
Half of the Northeast Quarter South 89°52'15" East to the Southwest corner
of said land conveyed to Robert G. Hood and wife by deed recorded in Book
1872 at page 333 of Deeds of San Diego County; thence Northerly along the
Westerly line of said Hood's land to the Northwest corner thereof, being a
point which is North 89°52'15" West parallel with the South line of said
North Half of the Northeast Quarter a distance of 1652.71 feet from the
Northeast corner of said Hood's land; thence along the North line of said
land South 89°52'15" East 662.71 feet, more or less, to the Southwesterly
corner of said land conveyed to Emerson C. Eachel by deed recorded in Book
240 at page 4 of Official Records of San Diego County; thence along the

3482

RAINBOW CREEK WATERSHED

Parcel 93W-17, 72 (cont'd)

Northwesterly line thereof North 34°16' East 526.51 feet to the North-westerly corner of said land; thence along the Northerly line of said land East 110.87 feet, more or less, to the true point of beginning.

OWNER:                    WISDOM, Margaret R. (widow)

Parcel 93W-17, 73

That portion of the South Half of the Northeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:

Parcel 1 - BEGINNING at a point on the North line of the South Half of the Northeast Quarter of said section, distant thereon 338.07 feet (record 330 feet) Westerly from the East line thereof; thence North 250 feet; thence Westerly 1652.71 feet parallel with said North line; thence Southerly in a straight line to a point on said North line distant thereon 1510.71 feet Westerly from the point of beginning; thence Easterly along said North line of the South Half of the Northeast Quarter to the Northeast corner of the West 10 acres of the Southeast Quarter of the Northeast Quarter; thence 220 feet along the East line of said West 10 acres; thence East parallel with said North line to a point South 0°55' West from the point of beginning; thence North 0°55' East to the point of beginning. EXCEPTING therefrom all that portion of the above described property lying Southerly of a line described as follows: BEGINNING at a point on the East line of the West 30 acres of the Southeast Quarter of the Northeast Quarter of Section Seventeen (17), distant thereon 210 feet Southerly from the Northerly line thereof; thence North 89°52'15" West 221.93 feet; thence North 24°32' West 135.19 feet; thence South 81°36' West 65.08 feet; thence South 41°53' West 152.56 feet; thence North 89°52'15" West to the East line of the West 10 acres of said Southeast Quarter of the Northeast Quarter.

Parcel 2 - BEGINNING at a point on a line parallel with and distant 220 feet Southerly at right angles from the North line of the South Half of the

49

3483

Parcel 93W-17,   73   (cont'd)

Northeast Quarter of Section Seventeen (17), distant along said line
1104.31 feet Westerly from the East line of the West 30 acres of the
Southeast Quarter of the Northeast Quarter, said point of beginning being
on a curve with a 500-foot radius concave Southeasterly, the center of which
bears South 44°27'10" East from the point of beginning; thence Northeasterly
14.47 feet along said curve; thence Easterly along a line parallel with
said North line and distant 210 feet Southerly at right angles therefrom
to the East line of the West 10 acres of said Southeast Quarter of the
Northeast Quarter; thence Northerly along said East line to the North line;
thence Westerly along said North line to the center line of County Road
described in deed recorded in Book 751 at page 310 of Official Records of
San Diego County; thence Southeasterly along said center line to its inter-
section with said curve; thence Northeasterly along said curve to the point
of beginning. EXCEPTING from the above described Parcels 1 and 2 all that
portion lying Northerly of a line described as follows:  BEGINNING at a
point on the North line of the South Half of the Northeast Quarter of said
Section Seventeen (17), distant thereon 338.07 feet (record 330 feet)
Westerly from the East line thereof; thence North 250 feet; thence Westerly
330.51 feet parallel with said Northerly line to the true point of beginning.
Thence South 66°44' West 544.80 feet; thence South 86°21' West 22.55 feet;
thence South 60°05' West 44.81 feet; thence South 41°48' West 36.37 feet;
thence South 26°01' West 80.85 feet; thence North 58°01' West 32.22 feet;
thence North 21°56' East 46.75 feet; thence North 68°38' West 20.90 feet;
thence North 13°10' East 39.91 feet; thence North 24°18' West 256.30 feet
to a point distant 250 feet Northerly at right angles from said North
line of the South Half of said Northeast Quarter.

OWNERS:                    KIRK, Lawrence (hus)

                           KIRK, Marguerite (wf)

                           PETERSON, Katherine K.

3484

RAINBOW CREEK WATERSHED

Parcel 93W-17, 74

All that portion of the Northeast Quarter of the Southeast Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of Califor-
nia, described as follows:  BEGINNING at the Northeast corner of the South-
east Quarter of said section; thence North 89°45'45" West 395.03 feet;
thence South 9°23'10" West 197.26 feet; thence South 35°48' West 136.62
feet; thence South 26°30' West 200.00 feet; thence South 23°0'30" West
71.24 feet; thence South 72°33'30" East 86.65 feet; thence South 88°03'30"
East 78.75 feet; thence South 79°50'30" East 51.70 feet;thence South 40°58'
East 72.75 feet; thence South 58°30'30" East 44.20 feet; thence South
49°03' East 149.70 feet to the center line of Mission Road being a point in
a curve concave Northwesterly having a radius of 800 feet, the radial line
through said point bears South 62°08' East; thence Northeasterly along said
curve/to the end thereof; thence North 26°21' East 311.48 feet to the begin-
ning of a curve concave Southeasterly having a radius of 200 feet; thence
Northeasterly along said curve 98.47 feet to the East line of Section
Seventeen (17); thence along said East line 391.47 feet to the point of be-
ginning.

ALSO, that portion of the Northeast Quarter of the Southeast Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Northwest corner of the Northeast
Quarter of the Southeast Quarter; thence along the North line of said
Southeast Quarter North 89°45'45" West 18.20 feet to the center line of
Road Survey 954, being a point in a curve concave Northeasterly having a
radius of 500 feet, the radial line through said point bears South 61°26'50"
West; thence Southeasterly along said curve 38.81 feet to the end thereof;
thence continuing along said center line tangent to said curve South
33°0' East 300.09 feet to the most Southerly corner of tract of land conveyed
to Wm. Inhelder and wife by deed recorded in Book 3075 at page 182 of
Official Records of San Diego County, being the true point of beginning.

3485

RAINBOW CREEK WATERSHED

Parcel 93W-17, __74__

Thence continuing along said center line South 33°0' East 368.00 feet;
thence North 40°14'30" East 122.50 feet; thence North 77°32'30" East
62.76 feet; thence South 80°31'30" East 115.65 feet; thence South 61°34'30"
East 105.62 feet; thence North 23°0'30" East 71.24 feet; thence North
26°30' East 200.00 feet; thence North 35°48' East 136.62 feet; thence
North 9°23'10" East 197.26 feet to the North line of said Southeast Quarter;
thence along said North line North 89°45'45" West 428.82 feet to the most
Easterly corner of said land of Inhelder; thence along the Southeasterly
line of said land of Inhelder South 50°55'30" West 448.65 feet to the
true point of beginning.

OWNER:                   NICHOLAS, Geneva B. (widow)


Parcel 93W-17, __74A__

The East 10 acres, and that portion of the North 15 acres of the South
20 acres of the West 30 acres of the Southeast Quarter of the Northeast
Quarter of Section Seventeen, Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, which lies Easterly of the following described line:
BEGINNING at the Southeast corner of said Northeast Quarter; thence along
the South line of said Northeast Quarter North 89°45'45" West 397.08 feet;
thence North 21°18'30" West 235.94 feet to the North line of the South 5
acres of the West 30 acres of said Southeast Quarter of the Northeast Quarter
and the true point of beginning.  Thence, continuing North 21°18'30" West
162.41 feet; thence North 34°39'40" East 274.89 feet; thence North
7°10' West 282.53 feet to the North line of said North 15 acres of the
South 20 acres of the West 30 acres of the Southeast Quarter of the Northeast
Quarter.

OWNERS:                  GAGLIANO, Ernie, aka Erne Gagliano (hus)

                         GAGLIANO, Florence (wf)

                         GAGLIANO, Ray (hus)

                         GAGLIANO, Florene (wf)
                         BANK OF AMERICA (TDTr)
                         Heirs and Devisees of William Harry NICHOLAS, deceased,
                            (TDBen)

                                 52                          3486

Parcel 93W-17, __75__

That portion of the Northeast Quarter of the Northeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point which is 250 feet North of the South line of said Northeast Quarter of the Northeast Quarter of Section Seventeen (17), and 1320 feet West of the East line of said section; thence East 648.7 feet; thence North 435.00 feet; thence West 352.25 feet; thence South 34°16' West 526.51 feet, more or less, to the point of beginning.

OWNERS:                    GALLACHER, Margaret Laurette Eachel,
                           as Trustee under the Will of
                           Margaret Laura Eachel, deceased.


Parcel 93W-17, __76__

That portion of the South Half of the Northeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point on the North line of the South Half of the Northeast Quarter distant thereon North 89°52'15" West 338.07 feet (record 330.0 W) from the East line of said Section Seventeen (17), being the Northeast corner of parcel of land conveyed to Robert Hood by deed recorded in Book 1775 at page 114 of Deeds of San Diego County; thence North 250.0 feet; thence North 89°52'15" West, parallel with the North line of said South Half of the Northeast Quarter a distance of 330.51 feet to the true point of beginning. Thence South 66°44' West 544.80 feet; thence South 86°21' West 22.55 feet; thence South 60°05' West 44.81 feet; thence South 41°48' West 36.37 feet; thence South 26°01' West 80.85 feet; thence North 58°01' West 32.22 feet; thence North 21°56' East 46.75 feet; thence North 68°38' West 20.90 feet; thence North 13°10' East 39.91 feet; thence North 24°18' West 256.30 feet to an intersection with a line drawn parallel with the North line of said South Half of the Northeast Quarter through the true point of beginning; thence South 89°52'15" East along said parallel line 747.27 feet to the true point of beginning.

OWNERS:                    GALLACHER, Mark (hus)
                           GALLACHER, Margaret Laurette (wf)

53

3487

RAINBOW CREEK WATERSHED

Parcel 93W-17,  77

Those portions of the Southeast Quarter of the Northeast Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:

Parcel 1 - The North 10 acres of the West 30 acres of the Southeast Quarter
of the Northeast Quarter of Section Seventeen (17), EXCEPT that portion
Westerly of the East line of the West 10 acres of said Southeast Quarter of
the Northeast Quarter, and EXCEPT that portion lying Northerly of æ line
described as follows:  BEGINNING at a point on the East line of the West
30 acres of said Southeast Quarter /of the Northeast Quarter/ distant thereon 210 feet from the North
line of said Southeast Quarter /of the Northeast Quarter/ thence North 89°52'15" West 221.93 feet;
thence North 24°32' East 135.19 feet; thence South 81°36' West 61.08 feet;
thence South 41°23' West 152.56 feet; thence North 89°52'15" West to the
East line of the West 10 acres of said Southeast Quarter of the Northeast Quarter.
Parcel 2 - BEGINNING at the Southeast corner of the North 5 acres of the
West 30 acres of the Southeast Quarter of the Northeast Quarter of Section
Seventeen (17); thence Westerly along the South line of said North 5 acres
and the Westerly prolongation thereof North 89°52'15" West 1104.31 feet
to the true point of beginning, being a point in a curve concave Northeasterly
having a radius of 500 feet, said radial line bearing North 44°27'10" West;
thence Northeasterly along said curve 14.47 feet to a line parallel with and
distant 10 feet Northerly measured at right angles to said parallel line;
thence South 89°52'15" East to the East line of the West 10 acres of said
Southeast Quarter; thence Southerly along said line to the South line of
the North 10 acres of the West 30 acres of said Southeast Quarter /of the Northeast Quarter/ thence
along said South line and the Westerly prolongation thereof to the Easterly
line of County Road; thence Northwesterly along said East line to a 500 foot
radius curve  concave Southeasterly 207.28 feet from the true point of
beginning; thence Northeasterly along said curve to the true point of
beginning.

OWNERS:                      PHILLIPS, Grant K. (hus)
                             PHILLIPS, Beatrice W. (wf)
                             UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)
                             THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)
                                       54

3488

RAINBOW CREEK WATERSHED

Parcel 93W-17,  78

That portion of the North 15 acres of the South 20 acres of the West 30
acres of the Southeast Quarter of the Northeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, according
to U. S. Government Survey approved April 21, 1890, which lies Westerly of
the following described line:   BEGINNING at the Southeast corner of said
Northeast Quarter; thence along the South line of said Northeast Quarter
North 89°45'45" West 397.08 feet; thence North 21°18'30" West 235.94 feet
to the North line of the South 5 acres of the West 30 acres of said
Southeast Quarter of the Northeast Quarter and the true point of beginning.
Thence continuing North 21°18'30" West 162.41 feet; thence North 34°39'40"
East 274.89 feet; thence North 07°10' West 282.53 feet to the North line of
said North 15 acres of the South 20 acres of the West 30 acres of the
Southeast Quarter of the Northeast Quarter of said Section Seventeen (17).
ALSO, that portion of the Southwest Quarter of the Northeast Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, according to U. S. Government Survey approved April 21, 1890,
lying South of the Westerly prolongation of the North line of parcel des-
cribed above, North of the Westerly prolongation of the South line of parcel
described above, and East of the central line of Road Survey 954 as shown on
map on file in the Office of the County Surveyor of San Diego County,
said central line being described as follows:   BEGINNING at a point on the
South line of the Southwest Quarter of the Northeast Quarter of Section
Seventeen (17), from which the Southeast corner of said quarter-quarter
section bears South 89°45'45" East 18.20 feet, said point of beginning
being on a curve concave Easterly, the center of which bears North
61°26'51" East 500 feet from said point; thence Northerly along said curve
through a central angle of 28°14'39" a distance of 246.48 feet; thence
tangent to said curve North 0°18'30" West 9.17 feet to the beginning of a
curve to the left having a radius of 300 feet; thence along said curve

3489

Parcel 93W-17,  78  (cont'd)

through a central angle of $11°20'$ a distance of 59.34 feet; thence North
$11°38'30"$ West 654.31 feet to the beginning of a curve to the left having
a radius of 300 feet; thence along said curve through a central angle of
$34°12'$ a distance of 179.07 feet; thence North $45°50'30"$ West 311.39
feet to a point on the North line of said Southeast Quarter of the Northeast
Quarter of Section Seventeen (17), from which the Northeast corner of said
quarter-quarter section bears South $89°56'15"$ East 546.76 feet.

OWNERS:                          HAMILTON, E. W. (hus)

                                 HAMILTON, Nellie M. (wf)

                                 LAND TITLE INSURANCE COMPANY (TDTr)

                                 THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)


Parcel 93W-17,  79

The South 5 acres of the West 30 acres of the Southeast Quarter of the
Northeast Quarter, and that portion of the Southwest Quarter of the Northeast
Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California, described as follows:   BEGINNING at the Southeast corner
of the Southwest Quarter of the Northeast Quarter; thence along the South
line of the Northeast Quarter North $89°45'45"$ West 18.20 feet to the
center line of County Road Survey 954, said point being in a curve concave
Easterly and having a radius of 500 feet, the radial line through said
point bears South $61°26'51"$ West; thence Northerly along said curve and
center line 229.91 feet to the North line of parcel of land conveyed to
S. H. Harris and wife by deed recorded in Book 246 at page 235 of Official
Records of San Diego County, said line being the westerly prolongation of
the North line of the South 5 acres of the West 30 acres of the Southeast
Quarter of the Northeast Quarter of Section Seventeen (17); thence along
said North line South $89°45'45"$ East 82.15 feet to the East line of said
Southwest Quarter of the Northeast Quarter; thence thereon South $0°55'$ West
219.47 feet to the point of beginning.

OWNERS:                          HARRIS, S. H. (hus)
                                 HARRIS, Mabelle E. (wf)

3490

RAINBOW CREEK WATERSHED

Parcel 93W-17,    80

That portion of the North Half of the Southeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Northwest corner of the Northeast Quarter of
the Southeast Quarter; thence along the North line thereof North 89°45'45"
West 18.20 feet to the center line of Road Survey 954, said point being
in a curve concave Northeasterly having a radius of 500 feet, the radial
line through said point bearing South 61°26'51" West; thence Southeasterly
along said center line 38.81 feet; thence tangent to said curve South
33°00' East 300.09 feet; thence North 50°55'30" East 448.65 feet to the
North line of said Southeast Quarter; thence along said North line North
89°45'45" West 513.40 feet to the point of beginning.

OWNERS:                 GURNEY, Alice K. (wf)

                        GURNEY, Thomas (hus)

                        BANK OF AMERICA (TDTr)

                        INHELDER, Bianca (widow)(TDBen)


Parcel 93W-17,    81

All that portion of the Northeast Quarter of the Southeast Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Northwest corner of said Northeast
Quarter of the Southeast Quarter; thence North 89°45'45" West along the
North line of said Southeast Quarter 18.20 feet to a point on the center
line of Road Survey No. 954, said point being on a curve in said center
line concave Northeasterly having a radius of 500 feet, the radial line
through said point bears North 61°26'50" East; thence Southeasterly along
said center line and curve 38.81 feet to the end thereof; thence South
33°00' East tangent to said curve and along said center line 668.09 feet
to the true point of beginning, being the Southwesterly corner of parcel of
land conveyed to Nicholas by deed recorded in Book 3254 at page 152 of

3491

Parcel 93W-17,   81   (cont'd)

Official Records of San Diego County; thence along the South line of land

of Nicholas North 40°14'30" East 122.50 feet; thence North 77°32'30" East

62.76 feet; thence South 81°31'30" East 115.65 feet, and South 61°34'30"

East 105.62 feet to the Southeast corner of said land; thence South

72°33'30" East 86.65 feet; thence South 88°03'30" East 78.75 feet; thence

South 79°50'30" East 51.70 feet; thence South 40°58' East 72.75 feet;

thence South 58°30'30" East 44.20 feet; thence South 49°03' East 149.70

feet to a point on a curve on the center line of Mission Road, said curve

being concave Northwesterly with a radius of 800 feet, the radial line through

said point bears North 68°08' West; thence Southwesterly along said curve

503.81 feet to the end thereof; thence  South 63°57' West along said center

line being tangent to the aforementioned curve 132.44 feet to its inter-

section with the center line of Road Survey No. 954; thence North 21°43'30"
(record 243.55 feet)/
West along said center line 243.20 feet/to the beginning of a curve therein

concave Southwesterly having a radius of 1500 feet; thence Northwesterly

along said curve 295.18 feet to the end thereof; thence North 33°00' West

tangent to said curve and along said center line 106.85 feet to the true

point of beginning.

OWNERS:              BERRY, Charles H. (hus)

                     BERRY, Carlotta (wf)


Parcel 93W-17,   82A

That portion of the Northeast Quarter of the Southeast Quarter of Section

Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, described

as follows:  BEGINNING at the Southeast corner of the Northeast Quarter of

the Southeast Quarter of Section Seventeen (17); thence North 34°28'20" West

516.65 feet to the curved center line of Mission Road 1-C, said curve being

concave to the Northwest and having a radius of 800 feet; thence Northeasterly
183.53 feet/
along said curve/to the end thereof; thence on a tangent to said curve

North 26°21' East 39.38 feet to the most Northerly corner of land conveyed

3492

RAINBOW CREEK WATERSHED

Parcel 93W-17,   82A  (cont'd)

to M. B., and Ada P. Dunkle by deed recorded October 6, 1945 in Book 1935
at page 390 of Official Records of San Diego County, the true point of
beginning.  Thence continuing along said tangent line North 26°21' East
272.10 feet to the beginning of a curve concave to the Southeast having a
radius of 200 feet; thence Northerly along said curve 98.47 feet to the
East line of said Northeast Quarter of the Southeast Quarter; thence
Southerly along said East line South 0°31'40" West 466.65 feet to the North-
east corner of Dunkle's land; thence along the Northerly boundary of Dunkle's
land North 42°12'30" West 114.97 feet to an angle point therein; thence
continuing along said North line North 58°14' West 120.54 feet to the true
point of beginning.

OWNERS:                    PORTER, Benjamin F. (hus)

                           PORTER, Dorothy K.  (wf)

                           BANK OF AMERICA (TDTr)

                           KENNEDY, Eveline (s/w)(TDBen)

                           BROWN, John E. (widower)(TDBen)


Parcel 93W-16,   82B

That portion of the Southwest Quarter of Section Sixteen (16), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, described as follows:
BEGINNING at the Southwest corner of the Southwest Quarter of Section Sixteen
(16); thence North 89°05' East 611.32 feet; thence North 0°55' West 343.90
feet; thence North 5°36'30" West 652.33 feet to the true point of beginning.
Thence North 9°41' East 391.38 feet; thence North 20°09'30" East 521.79 feet;
thence North 66°24'30" West 541.25 feet; thence North 4°03'30" East 195.50
feet to the center line of U. S. Highway 395, which point is the Westerly end
of a curve concave to the North having a radius of 500 feet; thence along
the center line of said Highway 395 North 88°30' West 163.57 feet to the
beginning of a curve concave to the Southeast having a radius of 200 feet;
thence Westerly thereon 128.95 feet to the Westerly line of said Southwest Quarter

3493

RAINBOW CREEK WATERSHED

Parcel 93W-16,   82B   (cont'd)

    thence South 0°31'40" West 932.98 feet; thence South 49°33'40" East

399.07 feet; thence South 74°29' East 234.60 feet to the point of beginning.

OWNERS:             PORTER, Benjamin F. (hus)

                  PORTER, Dorothy K. (wf)

                  HOLLENBERG, R. W., as State Director of the Farmers
                    Home Administration for the State of California,
                    or his successors in office (TDTr)

                  UNITED STATES OF AMERICA, acting through the
                    Administrator of the Farmers Home Administration
                    (TDBen)


Parcel 93W-16,   83

    That portion of the North Half of the Southwest Quarter of Section Sixteen

(16), Township Nine (9) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California, described as

follows:  BEGINNING at the Northwest corner of the of said Southwest Quarter,

being also the Northwest corner of parcel of land conveyed to Jere Kingsbury

by deed recorded in Book 1140 at page 90 of Official Records of San Diego

County; thence North 89°01'10" East along the North line of said Southwest

Quarter 1522.65 feet to intersection with the center line of U. S. Highway

395, being also the most Easterly corner of lot conveyed to J. Kingsbury

by deed recorded in Book 1217 at page 279 of Official Records of San Diego

County; thence South 64°57' West along said center line 173.41 feet to the

beginning of a curve concave to the right having a radius of 1500 feet;

thence Southwest/along said curve through a central angle of 8°37' a distance
                  erly/

of 225.58 feet; thence South 73°34' West 409.84 feet to the most Southerly

corner of said Kingsbury land, being also the Southeast corner of land con-

veyed to Jere Kingsbury; thence continuing South 73°34' West along the

center line 340.78 feet to the beginning of a tangent curve in said center

line concave Northerly and having a radius of 500 feet; thence Westerly

along said curve 156.50 feet (record 157.37 feet); thence along said center

line tangent to said curve North 88°30' West 163.57 feet (record North

88°24' West 162.48 feet) to the beginning of a tangent curve concave to the

3494

Parcel 93W-16,   83   (cont'd)

Southeast having a radius of 200 feet; thence Westerly along said curve
and center line 128.95 feet to the West line of said Section Sixteen (16);
thence North 0°31'40" East along said West line 391.49 feet to the point of
beginning.

OWNERS:                        CRAWFORD, David S. (hus)

                               CRAWFORD, Constance L. (wf)

                               CONTINENTAL AUXILIARY COMPANY (TDTr)

                               BANK OF AMERICA (TDBen)

Parcel 82W-30,   84

Those portions of the Southeast Quarter of the Southwest Quarter, and the
Southwest Quarter of the Southeast Quarter of Section Thirty (30), Township
Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described as follows:
BEGINNING at the Southwest corner of said Section Thirty (30); thence along
the South line thereof South 85°11' East 1638.46 feet to the Southwest corner
of said Southeast Quarter of the Southwest Quarter; thence along the West
line of said Southeast Quarter of the Southwest Quarter North 0°09'40" East
1159.84 feet to the true point of beginning.  Thence South 75°51' East
613.30 feet; thence South 85°28' East 2134.56 feet to the East line of said
Southwest Quarter of the Southeast Quarter of Section Thirty (30); thence
along said East line North 0°02'50" West 485.00 feet to the Northeast
corner of said Southwest Quarter of the Southeast Quarter; thence along the
North line thereof North 85°21'40" West 1339.38 feet to the Northeast corner
of said Southeast Quarter of the Southwest Quarter; thence along the North
line thereof North 85°19'50" West 1315.54 feet to the Northwest corner of
said Southeast Quarter of the Southwest Quarter;  thence along the West line
of said Southeast Quarter of the Southwest Quarter South 0°09'40" West
205.38 feet to the true point of beginning.  EXCEPT that portion of the
Southeast Quarter of the Southwest Quarter of Section Thirty (30) described
as follows:  BEGINNING at a point in the North line of said Southeast Quarter

3495

RAINBOW CREEK WATERSHED

Parcel 82W-30,   84   (cont'd)

of the Southwest Quarter distant South 85°19'50" East 137 feet from the Northwest corner of said Southeast Quarter of the Southwest Quarter; thence South 37°30'30" West 59.51 feet; thence parallel with said North line of the Southeast Quarter of the Southwest Quarter South 85°19'50" East 887.34 feet; thence North 0°40'10" East 50 feet to said North line of the Southeast Quarter of the Southwest Quarter; thence along said North line North 85°19'50" West 855.06 feet to the point of beginning.  ALSO EXCEPTING that portion of the Southeast Quarter of the Southwest Quarter of Section Thirty (30) described as follows:  BEGINNING at the Northwest corner of the Southeast Quarter of the Southwest Quarter; thence South 85°19'50" East along the Northerly line of the Southeast Quarter of the Southwest Quarter 352.59 feet; thence leaving said Northerly line South 14°56' West 50.79 feet to the true point of beginning.  Thence, from said true point of beginning, continuing South 14°46' West 95.56 feet; thence South 36°53' East 251.08 feet; thence North 18°59' East 291.01 feet to a point that is 50.00 feet measured at right angles from the Northerly line of said Southeast Quarter of the Southwest Quarter; thence North 85°19'50" West parallel with the said Northerly line of the Southeast Quarter of the Southwest Quarter 222.01 feet to the true point of beginning.

OWNERS:                    PAULSON, Thomas V. (s/m)

                           PAULSON, Victor J. (hus)

                           PAULSON, Alma E. (wf)

3496

Parcel 9ЗW-16,    85

That portion of the Southwest Quarter of Section Sixteen (16), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:  BEGINNING
at the Southwest corner of the Southwest Quarter of said Section Sixteen (16);
thence  along the South line thereof North 89°05' East 1088.56 feet; thence
North 33°33' East 986 feet; thence North 23°53' East 627 feet to the true
point of beginning, being the Southwest corner of tract of land conveyed by
W. A. Anderson to James M. Warner by deed recorded in Book 1101 at page 228
of Official Records of San Diego County; thence along the Westerly line
thereof North 20°25' East 367.05 feet to the beginning of a curve concave to
the West having a radius of 60 feet; thence Northerly thereon 63.23 feet to
the end thereof;  thence on a tangent thereto North 39°58' West 179.24 feet
to the beginning of a curve concave to the East having a radius of 80 feet;
thence Northerly thereon 46.66 feet to the end thereof; thence on a tangent
thereto North 6°33' West 75.91 feet to the beginning of a curve concave to the
West having a radius of 50 feet; thence Northerly thereon 41.54 feet to the
end thereof; thence on a tangent thereto North 54°09' West 60.95 feet to
the beginning of a curve concave to the East having a radius of 117 feet;
thence Northerly 190.93 feet to the end thereof, being also the beginning of a
curve concave to the West having a radius of 54.28 feet; thence Northerly thereon
81.80 feet to the end thereof; thence on a tangent thereto North 47°00' West
98.19 feet to the beginning of a curve concave to the East having a radius of
40 feet; thence Northerly thereon 47.12 feet to the end thereof; thence on a
tangent thereto North 20°30' East 197.17 feet to the Northwest corner of said
tract of land conveyed by W. A. Anderson to James M. Warner, being a point
on the North line of said Southwest Quarter of Section Sixteen (16); thence
thereon South 89°01'10" West 206.53 feet to the center line of U. S. Highway
395; thence thereon South 64°57' West 285.67 feet and South 73°34' West
525.09 feet to the Northeast corner of tract of land conveyed by W. A. Anderson
to Eveline Kennedy by deed recorded in Book 1105 at page 220 of Official
Records of San Diego County; thence along the Easterly line thereof and the

3497

RAINBOW CREEK WATERSHED

Parcel 93W-16,   85 (cont'd)

and the Easterly line of tract of land conveyed by W. A. Anderson to Benjamin F. Porter by deed recorded in Book 1105 at page 219 of Official Records of San Diego County, South 24°04' East 265.12 feet and South 20°09'30" West 825.89 feet to an angle point in the Westerly line of tract of land conveyed by W. A. Anderson to Faye H. Walker by deed recorded in Book 1111 at page 283 of Official Records of San Diego County; thence along said Northwesterly and Easterly lines thereof North 55°0'30" East 831.81 feet to the Northerly end of a curve concave to the Northwest having a radius of 300 feet; thence Southwesterly thereon 85.17 feet to the end thereof; thence on a tangent thereto South 43°0' West 111.45 feet to the beginning of a curve concave to the East having a radius of 230 feet; thence Southerly thereon 197.50 feet to the end thereof; thence on a tangent thereto South 6°12' East 25.20 feet to the beginning of a curve concave to the Northeast having a radius of 240 feet; thence Southeasterly thereon 184.73 feet to the end thereof; thence on a tangent thereto South 50°18' East 21.02 feet to the beginning of a curve concave to the North having a radius of 250 feet; thence Easterly thereon 241 feet to the end thereof; thence on a tangent thereto North 74°28' East 469.11 feet to the true point of beginning.

OWNERS:

MOULTON, Luther H. (sep prop)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)

LAND TITLE INSURANCE COMPANY (TDTr)

JOHNSON, Clarence E. (un/m)(TDBen)

3498

RAINBOW CREEK WATERSHED

Parcel 93W-16, 86

That portion of the Northeast Quarter of the Southwest Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows: BEGINNING at a point in the North line of the Southwest Quarter
distant South 89°01'10" West 157.64 feet from the Northeast corner of the
Southwest Quarter, said point being the Northeast corner of tract of land
conveyed to James M. Warner, Jr., and wife by deed recorded in Book 1101
at page 228 of Official Records of San Diego County; thence along the North
line South 89°01'10" West 400.93 feet to the center line of Mission Road 1-C
and the true point of beginning. Thence South 89°01'10" West 213.16 feet;
thence South 15°36'00" East 203.01 feet; thence North 69°22' East 358.46 feet
to a point in the center line of Mission Road 1-C distant South 67°30' East
191.35 feet from the true point of beginning; thence North 67°30' West
191.35 feet to the true point of beginning.

OWNERS:              CAUGHLAN, Arthur B. (hus)

                     CAUGHLAN, Helen Murphy (wf)

                     CONTINENTAL AUXILIARY COMPANY (TDTr)

                     BANK OF AMERICA (TDBen)


Parcel 93W-16, 87

That portion of the Southwest Quarter of Section Sixteen (16), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows: BEGINNING
at the Southwest corner of the Southwest Quarter; thence along the South line
thereof North 89°05' East 1088.56 feet; thence North 33°33' East 986.00 feet;
thence North 23°53' East 627 feet to the true point of beginning. Thence
North 20°25' East 367.05 feet to the beginning of a curve to the West having
a radius of 60 feet; thence Northerly thereon 63.23 feet to the end thereof;
thence on a tangent thereto North 39°58' West 179.24 feet to the beginning
of a curve concave to the East and having a radius of 80 feet; thence Northerly
thereon 46.66 feet to the end thereof; thence on a tangent thereto North

3409

RAINBOW CREEK WATERSHED

Parcel 93W-16  87  (cont'd)

6°33' West 75.91 feet to the beginning of a curve concave to the Southwest

having a radius of 50 feet; thence Northwesterly thereon 41.54 feet to the

end thereof; thence on a tangent thereto North 54°09' West 60.95 feet to

the beginning of a curve concave to the East having a radius of 117 feet;

thence Northerly thereon 190.93 feet to the end thereof, being also the

beginning of a curve concave to the West having a radius of 54.28 feet;

thence Northerly thereon 81.80 feet to the end thereof; thence on a tangent

thereto North 47°0' West 98.19 feet to the beginning of a curve concave to

the East having a radius of 40 feet; thence Northerly thereon 47.12 feet to

the end thereof; thence on a tangent thereto North 20°30' East 197.17

feet to the North line of said Southwest Quarter of Section Sixteen (16);

thence thereon North 89°01'10" East 769.82 feet to the Northwest corner

of tract recently conveyed by W. A. Anderson to Frank Capra, by deed recorded

in Book 1082 at page 281 of Official Records of San Diego County; thence

along the West line thereof South 0°43' East 1272.19 feet;  thence South

89°17' West 651.89 feet to the true point of beginning.

EXCEPTING therefrom that portion of the Northeast Quarter of the Southwest

Quarter of Section Sixteen (16), described as follows:  BEGINNING at a point

in the North line of the Southwest Quarter distant South 89°01'10" West

157.64 feet from the Northeast corner of the Southwest Quarter, said point

being the Northeast corner of tract of land conveyed to James M. Warner, Jr.,

and wife by deed recorded in Book 1101 at page 228 of Official Records of

San Diego County; thence along the North line South 89°01'10" West 400.93

feet to the center line of Mission Road 1-C and the true point of beginning.

Thence South 89°01'10" West 213.16 feet; thence South 15°36'00" East 203.01

feet; thence North 69°22' East 358.46 feet to a point in the center line of

Mission Road 1-C distant South 67°30' East 191.35 feet from the true point

of beginning; thence North 67°30' West 191.35 feet to the true point of

beginning.

OWNERS:                    WARNER, James M., Jr. (hus)

                           WARNER, Marion W. (wf)

3500

RAINBOW CREEK WATERSHED

Parcel 93W-16, 88

All that portion of the Northeast Quarter of the Southwest Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, according
to U. S. Government survey thereof dated September 11, 1879, described as
follows: BEGINNING at a point in the North line of said Southwest Quarter
distant South 89°01'10" West 157.64 feet from the Northeast corner of said
Northeast Quarter of the Southwest Quarter, being the Northeast corner of
tract of land conveyed to James M. Warner, Jr. and wife by deed recorded in
Book 1101 at page 228 of Official Records of San Diego County; thence along
said North line South 89°01'10" West 400.93 feet to the center line of Mission
Road 1-C according to map thereof on file in the office of the County Surveyor
of San Diego County; thence along said center line South 67°30' East 436.25
feet to the East line of said land of Warner; thence along said East line
North 0°43' West 173.82 feet to the point of beginning.

OWNERS:            BOOSING, Albert D. (hus)

                   BOOSING, Petrona Delgado (wf)


Parcel 93W-16, 89A

That portion of the North Half of the South Half of Section Sixteen (16),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, described as follows:
BEGINNING at the Northwest corner of the Northwest Quarter of the South-
east Quarter of said section; thence along the North line of the Northwest
Quarter of the Southeast Quarter North 89°01'10" East 300 feet; thence
South 2°45' East 100 feet to the beginning of a tangent curve concave Westerly
having a radius of 500 feet; thence Southerly along said curve 220.20 feet
to the end thereof; thence on a tangent to said curve South 22°29' West
38.49 feet to the center line of Mission Road 1-C; thence along said center
line North 67°30' West (record 67°31' West) 441.67 feet to the West line of
parcel described in deed to Frank Capra and wife dated October 16, 1940 and
recorded in Book 1082 at page 281 of Official Records of San Diego County;
thence along the West line of land of Capra North 0°43' West 173.82 feet to

3501

RAINBOW CREEK WATERSHED

Parcel 93W-16,   89A  (cont'd)

to the North line of the Northeast Quarter of the Southwest Quarter of said
Section Sixteen (16); thence along the North line North 89°01'10" East
157.64 feet to the point of beginning.

OWNERS:                 OLMSTED, William P. (s/m)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

ROSS, Henrietta Eliot (un/w)(TDBen)


Parcel 93W-16,  89B

That portion of the Northwest Quarter of the Southeast Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Northwest corner of the Northwest Quarter of
the Southeast Quarter of Section Sixteen (16); thence along the North line
North 89°01'10" East 300 feet to the true point of beginning.  Thence South
2°45' East 100 feet to the beginning of a tangent curve concave Westerly
having a radius of 500 feet; thence Southerly along said curve 220.20 feet;
thence on a tangent to said curve South 22°29' West 38.49 feet to the center
line of Mission Road 1-C; thence along said center line South 67°30' East
(record S67°31'E)438.89 feet; thence Easterly along said curve 208.57 feet;
thence Southeasterly 439.21 feet; thence Easterly along a curve 117.52 feet;
thence Southeasterly 17.68 feet to the East line of the Northwest Quarter
of the Southeast Quarter; thence along said East line Northwesterly 952.34
feet to the Northeast corner of the Northwest Quarter of the Southeast
Quarter; thence along the North line Southwesterly 1007.18 feet to the point
of beginning.

OWNERS:                 OLMSTED, William P. (s/m)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

3502

RAINBOW CREEK WATERSHED

Parcel 93W-16,   90

The Southeast Quarter of the Northwest Quarter of Section Sixteen (16),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNERS:                    SCOTT, Hugh (hus)

                           SCOTT, Myrtle Harris (wf)

                           FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W-16,   91

That portion of the North Half of the Northwest Quarter of Section Sixteen
(16), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at a point on the South boundary line of the Northeast
Quarter of the Northwest Quarter, said point being North 88° E 11.27 chains
from the Southwest corner of the Northeast Quarter of the Northwest Quarter
and on the west bank of a ravine whose course at this point is North 4° West;
thence along the crest of the West bank of the ravine the following courses
and distances:  North 4° West 1 chain; North 27½° West 2.20 chains; North
15° West 2 chains; North 23½° East 2 chains; North 12° East 1 chain; North
16° East 2.80 chains; North 74° East 3 chains, crossing the ravine 1 chain
below its junction with another ravine from the Southeast to a public
highway as surveyed by R. M. Vail, County Surveyor of San Diego County,
the same being road leading from Red Mountain to Ranchita; thence along
said public highway the following courses and distances:  South 2° East
2 chains; South 32° East 8 chains; South 42½° East 2.69 chains, more or less,
to the South boundary of the Northeast Quarter of the Northwest Quarter;
thence along said South boundary line 9 chains to the point of beginning.

OWNERS:                    SCOTT, Hugh (hus)

                           SCOTT, Myrtle Harris (wf)

                           HARRIS, George R.

69

3503

RAINBOW CREEK WATERSHED

Parcel 93W-9 and 16,   92

    That portion of the Southwest Quarter of Section Nine (9), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southeast corner of the Southwest Quarter of Section Nine (9); thence North 1°01'50" East 304.37 feet along the East line thereof; thence North 86°35'40" West 944.47 feet; thence North 0°30'30" East 75 feet; thence South 89°15'10" West 372.80 feet; thence South 0°30'30" West along the West line of the Southeast Quarter of the Southwest Quarter 447.67 feet; thence North 89°15'10" East 1313.31 feet along the South line of said Southeast Quarter to the point of beginning.

    ALSO, that portion of the Northeast Quarter of the Northwest Quarter of Section Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, lying Northeasterly of a line BEGINNING at the intersection of the Easterly line of the Northwest Quarter and the Southerly line of the Northerly 664 feet of said Northwest Quarter; thence Westerly along said Southerly line to the center line of County Road; thence North 20°43' West 127.85 feet; thence North 69°26'40" West 234.99 feet; thence North 35°20' West 254.70 feet; thence North 45°53'10" East 85.67 feet; thence North 0°44'50" West to the North line of Section Sixteen (16).

OWNERS:                          SWEARINGEN, Eugene Neal (undivided one-half interest)

                                  LATTIMER, Ardyth Louise (undivided one-half interest)

                                  HOMES, Violet P. (guardian)

3504

RAINBOW CREEK WATERSHED

Parcel 93W-16.   92A

All that portion of the Northeast Quarter of the Northwest Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, lying
Westerly of a line described as follows:  BEGINNING at a point on the South
line of said Northeast Quarter of the Northwest Quarter, distant thereon
743.82 feet Easterly from the Southwest corner thereof; thence North 4°00'
West 66 feet; thence North 27°30' West 145.20 feet; thence North 15°00' West
132 feet; thence North 12°00' East 66 feet; thence North 16°00' East 184.80
feet; thence North 74°00' East to the center line of County Road; thence
North 6°51'50" West 39.58 feet; thence North 20°43' West 127.85 feet; thence
North 69°26'40" West 234.99 feet; thence North 35°20' West 254.70 feet;
thence North 45°53'10" East 85.67 feet; thence North 0°44'50" West to the
North line of Section Sixteen (16).

OWNER:                    SWEARINGEN, Eugene N.


Parcel 93W-9.   93

The Northwest Quarter of the Southwest Quarter of Section Nine (9), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:                   KRAUSHAAR, Isaac N.
                          KRAUSHAAR, Beth L. (m/w)


Parcel 93W-9.   94

The West 660 feet of the Northeast Quarter of the Northwest Quarter of Section
Nine (9), EXCEPTING therefrom the Northerly 480 feet thereof; and the South
990 feet of the Northeast Quarter of the Southwest Quarter of Section Nine
(9), EXCEPTING therefrom the West 660 feet thereof, in Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of San Diego, State of California.

OWNERS:                   BEATTIE, Lloyd (hus)
                          BEATTIE, Alma (wf)
                          BANK OF AMERICA (TDTr)
                          KRAFFT, Charles L. (hus) (TDBen)
                          KRAFFT, Lenora G. (wf) (TDBen)

3505

RAINBOW CREEK WATERSHED

Parcel 93W-9.  95

The West 10 acres of the Southwest Quarter of the Southeast Quarter of Section
Nine (9), and that portion of the Southeast Quarter of the Southwest Quarter
of Section Nine (9), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Southeast corner of the Southeast
Quarter of the Southwest Quarter of said section; thence along the East line
of said Southwest Quarter North 1°01'50" East 304.37 feet to the true point
of beginning.  Thence continuing along said East line of the Southwest
Quarter North 1°01;50" East 1033.82 feet to the Northeast corner of the
Southeast Quarter of the Southwest Quarter; thence along the North line of the
Southeast Quarter of the Southwest Quarter South 89°35' West 351.98 feet to
the East line of the West 30 acres of said Southeast Quarter of the Southwest
Quarter; thence along said East line South 0°30'30" West 892.21 feet to the
North line of the South 10 acres of said West 30 acres of the Southeast
Quarter of the Southwest Quarter; thence along said North line South
89°15'10" West 600.66 feet; thence South 0°30'30" West 75.00 feet; thence
South 86°35'40" East 944.47 feet to the true point of beginning.

OWNERS:

      HOOK, L. Neal (hus)

      HOOK, Frances K. (wf)

      BANK OF AMERICA (TDTr)

      McDONALD, B. Morse, Jr. (s/m)(TDBen)

3506

RAINBOW CREEK WATERSHED

Parcel 93W-16,   96

The Northwest Quarter of the Northeast Quarter, and that portion of the
Southeast Quarter of the Northeast Quarter of the Northwest Quarter of
Section Sixteen (16), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
lying South of a line parallel with and distant 664 feet from the North line
of the Northeast Quarter of the Northwest Quarter of said Section Sixteen
(16), and Easterly of the Easterly boundary line of the land described by
metes and bounds in and conveyed by deed from Sarah L. Harris to Myrtle
Harris Scott and George R. Harris, March 30, 1934, recorded in Book 287 at
page 45 of Official Records of San Diego County.

OWNER:                    HAMBERGER, E. W. (m/m)


Parcel 93W-9, and 16,   97

The Southeast Quarter of the Southeast Quarter, and the East 30 acres of the
Southwest Quarter of the Southeast Quarter of Section Nine (9); and the
Northeast Quarter of the Northeast Quarter of Section Sixteen (16), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.

OWNERS:                   KIPP, Byron S. (hus)
                          KIPP, Margaret (wf)


Parcel 93W-16,   98

The West Half of the Southwest Quarter of the Northeast Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

OWNERS:                   HARRIS, George R. (hus)
                          HARRIS, Zurlene (wf)
                          FALLBROOK PUBLIC UTILITY DISTRICT

3507

RAINBOW CREEK WATERSHED

~~Parcel 93W-16, 99~~

The East Half of the Southwest Quarter of the Northeast Quarter of Section
Sixteen (16), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California.

OWNERS:                  HARRIS, George R. (hus)

                         HARRIS, Zurlene (wf)


Parcel 93W-16.   100

The Southeast Quarter of the Northeast Quarter of Section Sixteen (16),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

OWNERS:                  SACHSE, Franz R. (hus)

                         SACHSE, Rowena (wf)

                         BANK OF AMERICA (TDTr)

                         GALLACHER, Margaret Laurette Eachel,
                            Trustee of the Estate of Margaret Laura
                            ~~Eachel, deceased (TDBen)~~


Parcel 93W-9, 10, 15, and 16,   101

All those portions of Section Nine (9), Section Ten (10), Section Fifteen
(15), and Section Sixteen (16), in Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California, described as follows: ~~The East Half of the Northeast Quarter~~
~~and the North Half of the Southeast Quarter of Section Nine (9), the West~~
~~Half and the Northwest Quarter of the Northeast Quarter of Section Ten (10);~~
the Southwest Quarter of the Northeast Quarter, the East Half of the Northwest
Quarter, and the Southwest Quarter of the Northwest Quarter of Section
Fifteen (15), EXCEPT that portion described as follows:  BEGINNING at the
Southeast corner of the Northwest Quarter of said Section Fifteen (15);
thence North 26°50' West 2051 feet; thence to a point on the South line of
said Northwest Quarter which is South 89°01' West 1830 feet from the
Southeast corner of the Northwest Quarter; thence along the South line of

3508

RAINBOW CREEK WATERSHED

Parcel 93W-9, 10, 15, and 16,   101 (cont'd)

of the Northwest Quarter to the point of beginning.  And the Northeast

Quarter of the Southeast Quarter of Section Sixteen (16).

OWNERS:                    CAPRA, Frank R. (hus)

                           CAPRA, Lucille W. (wf)


Parcel 93W-10,   102

The North Half of the Southeast Quarter of the Northeast Quarter of Section

Ten (10), Township Nine (9) South, Range Three (3) West, San Bernardino Base

and Meridian, in the County of San Diego, State of California, EXCEPT that

portion described as follows:  BEGINNING at a point in the Northerly line of

said Southeast Quarter of the Northeast Quarter, distant Westerly 155 feet

from the Northeast corner of said Southeast Quarter of the Northeast Quarter;

thence continuing Westerly along said Northerly line 150 feet; thence South-

erly parallel with the East line of said Section Ten (10), 60 feet; thence

Easterly parallel with said Northerly line of the Southeast Quarter of the

Northeast Quarter 150 feet; thence Northerly parallel with said East line of

Section Ten (10), 60 feet to the point of beginning.

OWNERS:                    INGALLS, William E. (hus)

                           INGALLS, Vera E. (wf)

                           BANK OF AMERICA (TDTr)

                           MARTIN, Ben G. (hus)(TDBen)

                           MARTIN, Blanche E. (wf)(TDBen)


Parcel 93W-10,   103

The South Half of the Southeast Quarter of the Northeast Quarter, and that

portion of the North Half of the Southeast Quarter of the Northeast Quarter

of Section Ten (10), Township Nine (9) South, Range Three (3) West, San Ber-

nardino Base and Meridian, in the County of San Diego, State of California,

described as follows:  BEGINNING at a point in the Northerly line of the

Southeast Quarter of the Northeast Quarter distant Westerly 155 feet from the

Northeast corner of said Southeast Quarter of the Northeast Quarter; thence

continuing Westerly along said Northerly line 150 feet; thence Southerly

3509

RAINBOW CREEK WATERSHED

Parcel 93W-10,    103    (cont'd)

parallel with the East line of said Section Ten (10) 60 feet; thence
Easterly parallel with said Northerly line of said Southeast Quarter of
the Northeast Quarter 150 feet; thence Northerly parallel with said East
line of Section Ten (10) 60 feet to the point of beginning.

OWNERS:            COAST, Charles J. (hus)

                   COAST, Carrol June (wf)

                   BANK OF AMERICA (TDTr)

                   CARLILE, Levi L. (hus)(TDBen)

                   CARLILE, Grace F. (wf)(TDBen)

                   BANK OF AMERICA (TDTr)

                   CARLILE, Levi L (hus)(TDBen)

                   CARLILE, Grace F. (wf)(TDBen)

Parcel 93W-10,    104

The Northwest Quarter of the Southeast Quarter and the East Half of the
Southeast Quarter of Section Ten (10), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of San
Diego, State of California, EXCEPT the South 30 acres of the Southeast
Quarter of the Southeast Quarter of said Section Ten (10).

OWNER:            McCRACKEN, Frank C. (deceased)

Parcel 93W-10,    105

The South 30 acres of the Southeast Quarter of the Southeast Quarter of
Section Ten (10), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, the
North line of said South 30 acres being parallel with the South line of
said Section Ten (10). EXCEPT the Southwest Quarter of the Northeast Quarter
of the Southeast Quarter of the Southeast Quarter of said Section Ten (10),
and EXCEPT the Northwest Quarter of the Southeast Quarter of the Southeast
Quarter of the Southeast Quarter of said Section Ten (10).

OWNER:            UMINO, Albert, also known as  Masao Umino

76

3510

RAINBOW CREEK WATERSHED

Parcel 93W-10,   106

The Southwest Quarter of the Northeast Quarter of the Southeast Quarter of
the Southeast Quarter, and the Northwest Quarter of the Southeast Quarter
of the Southeast Quarter of the Southeast Quarter of Section Ten (10),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meri-
dian, in the County of San Diego, State of California.

OWNER:                RAINBOW MUNICIPAL WATER DISTRICT


Parcel 93W-15,   107

That portion of the East Half of the Northeast Quarter of Section Fifteen
(15), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, lying within the
watershed of the Santa Margarita River.

OWNER:                GHIKA de AROCHA, Alexandra (m/w)


Parcel 93W-14,   108

The North Half of the Northwest Quarter of the Northwest Quarter of Section
Fourteen (14), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, EXCEPTING
therefrom that portion conveyed to the State of California for highway
purposes.

OWNERS:               SOUDAN, Earle E. (hus)
                      SOUDAN, Dorothy (wf)
                      BANK OF AMERICA (TDTr)
                      ZINN, George H. (hus)(TDBen)
                      ZINN, Maude M. (wf)(TDBen)


Parcel 93W-0,   109

Parcel number not used.

3571

Parcel 93W-11, 110

The West Half of the Southwest Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:

RICHARDS, Edgar A., Jr. (hus)

RICHARDS, Ruth M. (wf)

BANK OF AMERICA (TDTr)

WYATT, Charles C. (hus)(TDBen)

WYATT, Edna Phoebe (wf)(TDBen)

## Parcel 93W-11, 111

All that portion of the Southeast Quarter of the Southwest Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Southwest corner of said Southeast Quarter of the Southwest Quarter; thence North 0°23'50" East 764.10 feet; thence South 89°48' East 295.66 feet; thence parallel with said West line of the Southeast Quarter of the Southwest Quarter South 0°23'50" West 348.77 feet; thence South 89°48' East 194.82 feet to the Northwesterly line of State Highway XI-SD-77-G, being a strip of land 160 feet in width conveyed to the State of California by deed recorded in Book 2203 at page 460 of Official Records of San Diego County; thence along said Northwesterly line South 39°39' West 536.50 feet to the South line of said Southeast Quarter of the Southwest Quarter; thence along said South line South 89°48' West 151.02 feet to the point of beginning.

OWNERS:

MALETTE, Arthur C. (hus)

MALETTE, Radee (wf)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

3512

RAINBOW CREEK WATERSHED

Parcel 93W-11.   112

    That portion of the East Half of the Southwest Quarter of Section Eleven
(11), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, according to
U. S. Government Survey thereof approved September 11, 1879, described as
follows:  BEGINNING at the Southeast corner of said Southwest Quarter; thence
along the South line thereof South 89°48' West 969.80 feet to the South-
easterly line of the 160-foot right of way described in deed to the State
of California, recorded August 28, 1946 as Document No. 93522 in Book 2203
at page 460 of Official Records of San Diego County; thence along said
Southeasterly line North 39°39'06" East 1535.44 feet (record 1522.58 ft)
to the East line of said Southwest Quarter of Section Eleven (11); thence
along said East line South 0°29'10" West 1178.85 feet to the point of
beginning.   EXCEPTING therefrom that portion lying Southeasterly of the
center line of a 40-foot easement for a highway described in deed to the
County of San Diego recorded September 19, 1912 in Book 505 at page 80 of
Deeds of San Diego County, said center line being described in said deed
as follows:  BEGINNING at the South line of said Section Eleven (11) at a
point South 89°49' West 688.6 feet from the Southeast corner of said
Southeast Quarter of the Southwest Quarter of said Section Eleven (11);
thence North 58°27' East 472.87 feet to a point; thence North 45°56' East
395.53 feet to a point on the East line of said Southeast Quarter of the
Southwest Quarter of Section Eleven (11), said point being North 00°24'
West 521.0 feet from the Southeast corner of said Southeast Quarter of the
Southwest Quarter of said Section Eleven (11).

OWNERS:          McKETHAN, Geddie W., Jr. (s/m)

                SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

                PEARSON, Earl O. (s/m) (TDBen)

351^

Parcel 93W-12,   113

The South Half of the West Half of Acreage Lot 1 of Rainbow, according
to Map 880 on file in the office of the County Surveyor of San Diego
County, State of California; also the East 10 feet of Huffstatler
Street adjoining said property on the West.

OWNERS:                    HITT, Benjimin Alexander
                           HITT, William Henry
                           HITT, Robert Thomas
Parcel 93W-11,   114

That portion of the Northwest Quarter of the Southeast Quarter of Section
Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, accord-
ing to U. S. Government Survey approved September 11, 1879, described as
follows:  BEGINNING at a point on the South line of said Northwest Quarter
of the Southeast Quarter, distant South 89°35'50" West 470.09 feet from the
Southeast corner of said Northwest Quarter of the Southeast Quarter; thence
North 4°22' West 828.07 feet to the Southeasterly line of right of way con-
veyed to the State of California by deed recorded October 31, 1947 in
Book 2522 at page 468 of Official Records of San Diego County, said point
being in a curve concave Northwesterly having a radius of 10,080 feet, the
radial line through said point bears South 54°13'10" East; thence Southwesterly
along said curve 681.04 feet to the end thereof; thence on a tangent to said
curve South 39°39'06" West 379.39 feet to the South line of said Northwest
Quarter of the Southeast Quarter; thence thereon North 89°35'50" East
721.71 feet to the point of beginning.

OWNERS:                    PLANTE, Arthur J. (hus)
                           PLANTE, Emilienne (wf)
                           BANK OF AMERICA (TDTr)
                           NAY, Edwin F. (hus)(TDBen)
                           NAY, Barbara J. (wf)(TDBen)

3514

RAINBOW CREEK WATERSHED

Parcel 93W-11,   115

    That portion of the Northwest Quarter of the Southeast Quarter of Section
Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, according
to U. S. Government Survey approved September 11, 1879, described as follows:
BEGINNING at the Northwest corner of said Northwest Quarter of the Southeast
Quarter of said section; thence along the West line thereof South 0°29'10"
West 1216.72 feet to the Northwesterly line of the right of way conveyed to the
State of California by deed recorded October 31, 1947 in Book 2522 at page
468 of Official Records of San Diego County; thence along said Northwesterly
line North 39°39'06" East 373.20 feet to the beginning of a curve concave
Northwesterly having a radius of 9920 feet; thence Northeasterly along said
curve and right of way 1164.87 feet to the North line of said Southeast Quarter,
the radial line through said point bears South 57°04'35" East; thence along
said North line South 89°26' West 917.09 feet to the point of beginning.

OWNERS:
                    BUTTNER, J. C., Sr. (hus)

                    BUTTNER, Clara Judy (wf)

                    BANK OF AMERICA (TDTr)

                    CHANDLER, Clarence C. (hus)(TDBen) )

                                                ) J.T., one-half

                    CHANDLER, Alice (wf)(TDBen) )

                    VARNEY, Fred W. (hus)(TDBen) )

                                          ) J. T., one-half

                    VARNEY, Lucille (wf)(TDBen) )


Parcel 93W-11,   116

    That portion of the Northwest Quarter of the Southeast Quarter of Section
Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, according
to U. S. Government Survey approved September 11, 1879, described as follows:
BEGINNING at the Southeast corner of said Northwest Quarter of the Southeast
Quarter; thence along the South line of said Northwest Quarter of the Southeast
Quarter South 89°35'50" West 470.09 feet; thence North 4°22' West 828.07 to the
Southeasterly line of land conveyed to the State of California by deed recorded

3515

Parcel 93W-11,   116   (cont'd)

October 31, 1947 in Book 2522 at page 468 of Official Records of San Diego
County, said point being in a curve concave Northwesterly having a radius
of 10,080 feet; thence Northeasterly along said curve and along said
Southeasterly line of said land conveyed to the State of California by said
deed 608.13 feet to the North line of said Northwest Quarter of the Southeast
Quarter; thence along said North line South 89°26' East 191.71 feet to the
Northeast corner of said Northwest Quarter of the Southeast Quarter; thence
South 0°02'40" East to the point of beginning.

OWNERS:                    NIGHOHOSSIAN, Ardashes (hus)
                           NIGHOHOSSIAN, Anita Juanita (wf)


Parcel 93W-11,   117

That portion of the Northeast Quarter of the Southeast Quarter of Section
Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the South line of said Northeast Quar-
ter of the Southeast Quarter, distant North 89°35'50" East 200 feet from the
Southwest corner thereof; thence continuing along said South line North
89°35'50" East 343.78 feet; thence parallel with the East one-third of the
West three-fourths of said Northeast Quarter of the Southeast Quarter of
Section Eleven (11) North 0°26'35" West 1329.63 feet to the North line of
the Northeast Quarter of the Southeast Quarter; thence along the North line
South 89°26' West 534.59 feet to the Northwest corner of the Northeast
Quarter of the Southeast Quarter ; thence along the West line of the Northeast
Quarter of the Southeast Quarter  South 0°02'40" East 674.73 feet to a point
distant North 0°02'40" West 653.40 feet from the Southwest corner of the
Northeast Quarter of the Southeast Quarter; thence parallel with the South
line of said Northeast Quarter of the Southeast Quarter North 89°35'50" East
200 feet; thence parallel with the West line of said Northeast Quarter of the
Southeast Quarter South 0°02'40" East 653.40 feet to the point of beginning.

OWNERS:                    NEEDHAM, George (hus)
                           NEEDHAM, Mildred L. (wf)
                           BANK OF AMERICA (TDTr)
                           NOGUCHI, Ichiko (un/w)(TDBen)
                           BEAUSCLEIL, George (hus)(TDBen)
                           BEAUSOLEIL, Nina (wf)(TDBen)

3516

RAINBOW CREEK WATERSHED

Parcel 93W-12, 118

The East 750 feet of the Southwest Quarter of the Northwest Quarter of
Section Twelve (12), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
EXCEPT the South 414.86 feet of the North 210 feet thereof.  ALSO EXCEPT the
West 300 feet of the East 600 feet of the North 290.40 feet thereof; ALSO
EXCEPT the North 435.00 feet of the East 300 feet thereof.

OWNERS:                          SCHULTZ, Rowland W. (hus)

                                 SCHULTZ, Daisy D. (wf)

                                 BANK OF AMERICA (TDTr)

                                 MARTIN, Ben G. (hus)(TDBen)

                                 MARTIN, Blanche E. (wf)(TDBen)

                                 STATE DIRECTOR, FARMERS HOME ADMINISTRATION
                                   for the State of California, U. S. Department
                                   of Agriculture (TDTr)

                                 UNITED STATES OF AMERICA, acting through the
                                   Administrator of Farmers Home Administration
                                   (TDBen)


Parcel 93W-12, 119

The West 300 feet of the East 600 feet of the North 290.40 feet of the
Southwest Quarter of the Northwest Quarter of Section Twelve (12), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:                          DEPARTMENT OF VETERANS AFFAIRS OF THE
                                   STATE OF CALIFORNIA

                                 HITT, William H. (hus)(Agmt to Purchase)

                                 HITT, Ruth A. (wf)(Agmt to Purchase)

3517

Parcel 93W-12.   120

The North 435.60 feet of the East 300 feet of the Southwest Quarter of the Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:                    NEMETH, Steven (hus)

                           NEMETH, Mabel L. (wf)

Parcel 93W-11.   121

The Southwest Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

OWNERS:                    HALDE, Carl N. (hus)

                           HALDE, Hester M. (wf)

Parcel 93W-11.   122

All that portion of the Southeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California,
                                   Northwesterly/
lying Northerly and Northwesterly of the/line of land conveyed to the State of California for highway XI-SD-77-G by deed recorded in Book 2522 at page 110 of Official Records of San Diego County.

OWNERS:                    TUTTLE, Ray M. (hus)

                           TUTTLE, Juanita (wf)

Parcel 93W-11,   123

The Southeast Quarter of the Northeast Quarter of Section Eleven (11), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT the Easterly 300 feet of the Southeast Quarter of the Northeast Quarter, and EXCEPT that portion of the Southeast Quarter of the Northeast Quarter of said Section Eleven (11) lying Northerly and Northwesterly of the Northwesterly line of land conveyed

3518

RAINBOW CREEK WATERSHED

Parcel 93W-1, 144

That portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Southwest corner of Lot 1; thence along the West line of said Lot 1 North 3°39'30" East 898.58 feet to a point distant South 3°39'30" West 566.38 feet from the Northwest corner of Lot 1; thence parallel with the North line of Lot 1 North 89°45' East 296.30 feet to the true point of beginning. Thence North 8°16'30" East 7.84 feet; thence South 75°56'30" East 429.32 feet to the center line of old Highway 395 as said highway existed on 2 June 1942; thence Southerly along said center line 207.51 feet; thence North 65°23' West 383.65 feet, and North 3°39'30" East 130.70 feet to the true point of beginning.

OWNERS:                DEAN, Clare P. (hus)
                       DEAN, Pearl E. (wf)


Parcel 93W-1, 145

All that portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of Section One (1), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at the Northeast corner of Lot 1; thence along the East line of said Lot 1 South 1°31'20" West 1454.24 feet to the Southeast corner of said Lot 1; thence along the South line of Lot 1 South 89°25' West 737.95 feet to the center line of U. S. Highway 395 as said highway existed on 2 June 1942; thence Northerly along said center line to the North line of Lot 1; thence along the North line North 89°45' East 361.11 feet to the point of beginning.

OWNERS:                SNOW, Clarence W. (hus)
                       SNOW, Naomi G. (wf)

                       BANK OF AMERICA (TDTr)
                       STEINHOFF, John (widower)(TDBen)

                       BANK OF AMERICA (TDTr)
                       SNODGRASS, T. C. (hus)(TDBen)
                       SNODGRASS, Lorene (wf)(TDBen)

3519

RAINBOW CREEK WATERSHED

Parcel 93W-1,  146

That portion of Lot 1 (the Northeast Quarter of the Northeast Quarter) of
Section One (1), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Southwest corner of Lot 1; thence
along the West line thereof North 3°39'30" East 898.58 feet to a point dis-
tant South 3°39'30" West 566.38 feet from the Northwest corner of said Lot 1;
thence parallel with the North line of said Lot 1 North 89°45' East 296.30
feet; thence parallel with the West line of said Lot 1 South 3°39'30" West
130.70 feet; thence South 65°23' East 383.65 feet to the center line of
U. S. Highway 395; thence Southerly thereon to the intersection of the
South line of said Lot 1; thence thereon South 89°25' West 636.80 feet
to the point of beginning.

OWNERS:                    WILLIAMS, Elizabeth Steward (m/w)
                           WILLIAMS, W. H.


Parcel 93W-1,  147

That portion of the Northerly 365 feet, measured at right angles to the
Northerly line thereof, of the Southeast Quarter of the Northeast Quarter of
Section One (1), Township Nine (9) South, Range Three (3) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
lying Easterly of the center line of Mission Road 1-C, and lying Westerly
of the location and Northerly prolongation of a line which is parallel
with and 35 feet West at a right angle from the Westerly line of that
portion of the 80-foot wide right of way of the San Jacinto-San Vicente
Aqueduct, as said right of way is described as Parcel No. 260 in Final
Judgment and Decree of Condemnation, Case No. 687, in the United States
District Court for the Southern District of California, Southern Division,
recorded November 15, 1949 as Document 105295 in Book 3386 at page 228 of
Official Records of San Diego County.

OWNER:                     SAN DIEGO GAS AND ELECTRIC COMPANY

3520

RAINBOW CREEK WATERSHED

Parcel 93W-1, 151

That portion of Lot 2 (the Northwest Quarter of the Northeast Quarter)
and of the Southwest Quarter of the Northeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, lying
Southeasterly of parcel of land conveyed to the State of California by
deed recorded in Book 2522 at page 470 of Official Records of San Diego
County.

OWNERS:                  EHRIG, Arno H. (hus)

                         EHRIG, Data (wf)

                         BANK OF AMERICA (TDTr)

                         RADCLIFFE, Jonathan Stickney (s/m)(TDBen)

Parcel 93W-1, 152

The Northwest Quarter of the Southeast Quarter of Section One (1), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, EXCEPT that portion conveyed
to the State of California by deed recorded in Book 769 at page 368 of
Deeds of San Diego County. Also EXCEPT the interest of Horatio & Nellie G.
Phillips, husband and wife, in a 20-foot driveway leaving the County Road
and running through the above described property, as described in deed
recorded in Book 620 at page 291 of Deeds of San Diego County.

OWNERS:                  CLEMONS, James F. (hus)

                         CLEMONS, Dorothy B. (wf)

                         BANK OF AMERICA (TDTr)

                         DAVIS, Le Compte (hus)(TDBen)

                         DAVIS, Edythe G. (wf)(TDBen)

Parcel 93W-1, 153

The Northeast Quarter of the Southeast Quarter of Section One (1), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California.

OWNERS:                  KRIEGEL, Thomas A. (hus)

                         KRIEGEL, Edna G. (wf)

3521

RAINBOW CREEK WATERSHED

Parcel 93W-1,   159

All of the Southwest Quarter of the Southeast Quarter of Section One (1),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, EXCEPTING there-
from the South 465.80 feet thereof, the East 16.04 feet thereof, and that
portion lying Northwesterly of the Northwesterly line of the county road,
Mission Road 1-C.

OWNERS:                    STEINBERG, Robert (hus)
                           STEINBERG, Alyne (wf)


Parcel 93W-1, and 12,   160

The South 465.80 feet of the South Half of the Southeast Quarter of
Section One (1), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California.
Also, the North Half of the Northeast Quarter of Section Twelve (12), Town-
ship Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, EXCEPTING therefrom the
South 26.96 acres in the Northwest Quarter of the Northeast Quarter of
Section Twelve (12).

OWNERS:        LUDY,   John C.        )
               GRAHAM, Agnes Bell     )
               WALTERS, Jessie May    )
                                      )   Share and share alike
               GUDMAN, William F.     )
               LUDY, Rhoda Ann        )
               MEDEARIS, Mary C.      )
                                      )
               WILSON, Ellen Ludy     )


Parcel 93W-12,   161

Blocks G and H of Rainbow Tract, in the County of San Diego, State of Cali-
fornia.

OWNERS:                    LUDY, Rhoda  (wife)
                           LUDY, Edward  (hus)

3522

RAINBOW CREEK WATERSHED

**Parcel 93W-12. 162**

Lot 6 of Rainbow Tract in the County of San Diego, State of California.

OWNERS:                    HOWARD, Clentie G. (hus)

                          HOWARD, Birdie M. (wf)

**Parcel 93W-12. 163**

Lot 7 of Block B of Rainbow Tract in the County of San Diego, State of
California, being further described as the East 126 feet of the South
75 feet of Block B.

OWNERS:                    SWANSON, Martin H. (hus)

                          SWANSON, Margaret B. (wf)

**Parcel 93W-12. 164**

Tracts 25 and 26, and the North Half of Tract 24 of Rainbow Tract in the
County of San Diego, State of California, and Blocks A and B of Rainbow
Tract in the County of San Diego, State of California, EXCEPT the East 126
feet of the South 75 feet of said Block B.

OWNER:                     CONNELY, Ted

**Parcel 93W-12. 165A and 165B**

A - The South Half of Tract 24 of Rainbow Tract in the County of San Diego,
State of California.

B - That portion of Lot C of Rainbow Tract, in the County of San Diego,
State of California, lying Westerly of a line described as follows:
BEGINNING at a point on the South line of the Northeast Quarter of the
Northwest Quarter of Section Twelve (12), Township Nine (9) South, Range
Three (3) West, in the County of San Diego, State of California, distant
396.42 feet Westerly from the Southeast corner thereof; thence North
0°09'25" West to the North line of said Lot C.

ALSO, that portion of Lot D of Rainbow Tract in the County of San Diego,
State of California, described as follows:  BEGINNING at the North quarter
corner of Section Twelve (12), Township Nine (9) South, Range Three (3) West,

3523

RAINBOW CREEK WATERSHED

~~Parcel 93W-12,  165B~~

That portion of Lots C and D of Rainbow Tract, in the County of San Diego,
State of California, described as follows:  BEGINNING at a point on the
South line of the Northeast Quarter of the Northwest Quarter of Section
Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, distant
thereon 264.42 feet Westerly from the Southeast corner thereof; thence con-
tinuing Westerly along said South line 132 feet; thence North 0°09'25" West
to the North line of said Lot C; thence Easterly along said North line of
Lot C and the North line of Lot D 132 feet; thence South 0°09'25" East
329.55 feet to the point of beginning.

OWNERS:                       BARNES, Robert D. (hus)
                              ~~BARNES, Patricia A. (wf)~~


Parcel 93W-12,   166

Blocks E, I, and J of Rainbow Tract.  Also Block F of Rainbow Tract,
EXCEPT Lots 7 and 8 thereof, in the County of San Diego, State of California.

OWNERS:                       VALLECITOS SCHOOL DISTRICT OF
                              SAN DIEGO COUNTY, CALIFORNIA


Parcel 93W-12,   166A

Lots 7 and 8 of Block F of Rainbow Tract in the County of San Diego, State
of California.

OWNERS:                       WOODS, Elmer E.


~~Parcel 93W-12,  167~~

The East Half of Lot 1 of Rainbow Tract in the County of San Diego, State
of California.

OWNERS:                       MOORE, Roberta P., Jr. (3/4ths interest)

                              POXON, Leo J.       )
                              POXON, John P.      )
                              POXON, Vincent R.   )  (1/4th interest)
                              ~~POXON, Roberta P.~~ )

3524

RAINBOW CREEK WATERSHED

Parcel 93W-12,   176

All that portion of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point in the North line of the Southeast Quarter of Section Twelve (12), distant 90 feet East of the Northwest corner of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter thereof/ the true point of beginning/ thence Southwest in a straight line 535.6 feet to a point on the West line of said Northeast Quarter of the Northeast Quarter of the Southeast Quarter, distant 528 feet South of the Northwest corner thereof; thence South along said West line 132 feet, more or less, to the Southwest corner of said Northeast Quarter of the Northeast Quarter of the Southeast Quarter; thence East along the South line thereof 660 feet, more or less, to the Southeast corner of said Northeast Quarter of the Northeast Quarter of the Southeast Quarter; thence North along the East line thereof 660 feet, more or less, to the Northeast corner of said Southeast Quarter; thence West along the North line of said Southeast Quarter 570 feet to the point of beginning.

OWNERS:
GOODWIN, Gordon (hus)
GOODWIN, Anne C. (wf)
BANK OF AMERICA (TDTr)
GARDNER, Clarence H. (hus)(TDBen)
GARDNER, Kathryn S. (wf)(TDBen)

Parcel 93W-12,   177

That portion of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section Twelve (12), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point in the North line of the Southeast Quarter distant 90 feet East of the Northwest corner of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter; thence Southwest in a straight line 535.6 feet to a point on the West line of the Northeast Quarter of the Northeast Quarter of the

116

3525

Parcel 93W-12,   177 (cont'd)

Southeast Quarter distant 528 feet South of the Northwest corner
thereof; thence North along said West line 528 feet to said Northwest
corner; thence East 90 feet to the point of beginning.

ALSO, the Northwest Quarter of the Northeast Quarter of the Southeast Quar-
ter of Section Twelve (12), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, EXCEPTING therefrom that portion conveyed to Elmer G. Burns
and wife by deed recorded in Book 1013 at page 194, described as follows:
BEGINNING at the Southeast corner of said Northwest Quarter of the North-
east Quarter of the Southeast Quarter, said point being the Northeast
corner of parcel conveyed to Burns and wife May 8, 1939, recorded in
Book 945 at page 375 of Official Records of San Diego County; thence
Westerly along said South line of the Northwest Quarter of the Northeast
Quarter of the Southeast Quarter, being along the North line of land
conveyed to Burns, 100 feet; thence Northeasterly in a straight line
141 feet, more or less, to a point in the East line of said Northwest
Quarter of the Northeast Quarter of the Southeast Quarter which is dis-
tant thereon 100 feet Northerly from the point of beginning; thence
Southerly along the East line of said Northwest Quarter of the Northeast
Quarter of the Southeast Quarter 100 feet to the point of beginning.

OWNERS:                RAGLAND, Jack R. (hus)

                       RAGLAND, Dorsey W. (wf)


Parcel 93W-12,   178

Blocks K and L of Rainbow Tract, in the County of San Diego, State of
California.

OWNERS:                CLEVELAND, Lewis M. (hus)

                       CLEVELAND, Helene Whelan (wf)

3526