FILED
FEB 26 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY

"EXHIBIT A"

# AFFIDAVIT OF PUBLICATION

...TES DISTRICT COURT
...RICT OF CALIFORNIA
...HERN DIVISION

No. 1247-SD-C
NOTICE TO ALL DEFENDANTS OF HEARING ON FINAL JUDGMENT

...tofore filed and entered find... Law and Interlocutory Judg... rights to the use of all waters of ... and its tributaries; and it further ... said Interlocutory Judgments are on ... this Court, Room 207, U.S. Court ... Street, San Diego, California, and are ... by you at any time during regular ... court...

... that this Court will, on Febru... ary 20, ... A.M. in Court Room No. 1, located ... 325 West F Street, San Diego, ... ions whether written or oral why ... forthwith enter a Final Judgment in ... incorporate by reference into said ... of the above referred to Find... ions of Law and Interlocutory Judg... me...

... are advised that any objections ... in said Findings of Fact, Con... ... locutory Judgments, or any other ... in writing with this Court prior to ... ented orally to this Court at 10:00 ... February 1963, at Court Room No. ... House, 325 West F Street, San Diego...

...63

JAMES M. CARTER
Judge, United States District Court

...iverside } ss.
...ALIFORNIA

... Gilbertson, being duly sworn on oath, says: That he is a ...e United States, over the age of 18 years, and the ... the Lake Elsinore Valley Sun, a weekly newspaper of ...lation, printed and published at Elsinore, Riverside County, ...lifornia, which said newspaper is published for the dis... ...f local news and intelligence of a general character, and ...erein mentioned had a bonafide list of paying subscribers ...ll respects a newspaper of general circulation, as that ...ned by Section 4460 of the Political Code of the State ...a; that the hereunto attached

...7-SD-C, NOTICE TO ALL DEFENDENTS

...NG ON JUDGMENT.

...STATES OF AMERICA, PLAINTIFF

...OK PUBLIC UTILITY DIST. DEFENDENTS

...hibit A" was published in Lake Elsinore Valley Sun issue... ...wspaper, on the following dates, to-wit:

..., 1963 ..., 196...
..., 196... ..., 196...
..., 196... ..., 196...
..., 196... ..., 196...

...he said notice was published in the regular editon of said ... and not in a supplement thereto, in type not smaller than ...describing and expressing in general terms the purpose and ...of said notice, as more fully appears from the copy thereof ...ttached.

Jerry C. Gilbertson, Publisher

Subscribed and sworn to before me this 14TH day of FEBRUARY, 1963.

[signature]

Notary Public in and for the County of Riverside, State of California.

My Commission Expires 12-29, 1963

6991