# PUBLISHER'S AFFIDAVIT

I, Wilbur Mackey, publisher of THE FALLBROOK ENTERPRISE, a newspaper of general circulation, published weekly at Fallbrook, San Diego County, State of California, do solemnly swear that the

Notice, Hearing on Final Judgment No. 1247-SD-C U.S. of America v. Fallbrook Public Utility District.

a clipping of which is hereto attached, was published weekly in the regular and entire edition of said newspaper, and not in a supplement thereof, for one consecutive times, as follows:

Enterprise Feb. 7, 1963
Extraprize Feb. 7, 1963

*(signed)* Wilbur Mackey, Publisher

Subscribed and sworn to before me this 7th day of February, 1963

*(signed)* Farrell E. Peratt
Notary Public, San Diego County, California.
FARRELL E. PERATT
My Commission Expires Sept. 5, 1964

(SEAL)

---

## NOTICE

FILED FEB. 1, 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By WILLIAM W. LUDDY, DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

United States of America, Plaintiff,
v.
Fallbrook Public Utility District, et al., Defendants.

No. 1247-SD-C

Notice To All Defendants Of Hearing On Final Judgment

This Court, having heretofore filed and entered Findings of Fact, Conclusions of Law and Interlocutory Judgments concerned with the rights to the use of all waters of the Santa Margarita River and its tributaries; and it further appearing that all of said Interlocutory Judgments are on file with the Clerk of this Court, Room 207, U.S. Court House, 825 West F Street, San Diego, California, and are available for inspection by you at any time during regular court business hours;

And it further appearing that this Court will on February 20, 1963, at 10:00 A.M. in Court Room No. 1, located in the U.S. Court House, 825 West F Street, San Diego, California, hear all objections whether written or oral why this Court should not forthwith enter a Final Judgment in this cause and therein incorporate by reference into said Final Judgment all provisions of the above referred to Findings of Fact, Conclusions of Law and Interlocutory Judgments;

NOW THEREFORE you are advised that any objections to any provisions contained in said Findings of Fact, Conclusions of Law and Interlocutory Judgments, or any other objections, shall be filed in writing with this Court prior to February 20, 1963, or presented orally to this Court, at 10:00 A.M. on the 20th day of February, 1963, at Court Room No. 1, United States Court House, 825 West F Street, San Diego, California.

Dated: January 25, 1963

JAMES M. CARTER
Judge, United States District Court

Pub. Febr. 7, 1963

6992