# Affidavit of Publication

Affidavit of Publication of

NOTICE TO ALL DEFENDANTS OF HEARING ON FINAL JUDGMENT.... UNITED STATES OF AMERICA vs FALLBROOK PUBLIC UTILITY DIST.

STATE OF CALIFORNIA } ss.
County of San Diego

J. A. DENTON........................................................
of the said County, being duly sworn, deposes and says:
THAT........he is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years, and that ........he is not a party to, nor interested in the above entitled matter; that ........he is................................................
Chief Clerk for the publisher of the........................
....SAN DIEGO UNION & EVENING TRIBUNE..........

a newspaper of general circulation, printed and published daily (.EXCEPT SUNDAY (TRIBUNE......)

in the City of San Diego, County of San Diego, and which newspaper is published for the dissemination of local news and intelligence of a general character, and which newspaper at all the times herein mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said City of San Diego, County of San Diego, for a period exceeding one year next preceding the date of publication of the notice hereinafter referred to, and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same; that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following date, to-wit:
....FEBRUARY 9th, 1963 ( BOTH PAPERS)........

*J. A. Denton*
Chief Clerk for the Publisher.

Subscribed and Sworn to before me this........
15th day of FEBRUARY......, 1963
......................................................
Notary Public in and for the said County and State.

L. H. WOLFGRAM
My Commission Expires June 8, 1965

FILED

STATE OF CALIFORNIA  FEB 26 1963
1092 S. MAIN STREET
FALLBROOK, CALIF.  CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................... DEPUTY

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
UNITED STATES OF AMERICA, PLAINTIFF v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., DEFENDANTS
No. 1247-SD-C

**NOTICE TO ALL DEFENDANTS OF HEARING ON FINAL JUDGMENT**

This Court having heretofore filed and entered Findings of Fact, Conclusions of Law, and Interlocutory Judgments concerned with the rights to the use of all waters of the Santa Margarita River and its tributaries; and it further appearing that all of said Interlocutory Judgments are on file with the Clerk of this Court, Room 207, U.S. Court House, 325 West F Street, San Diego, California, and are available for inspection by you at any time during regular court business hours;

And it further appearing that this Court will, on February 20, 1963, at 10:00 A.M., in Court Room No. 1, located in the U.S. Court House, 325 West F Street, San Diego, California, hear all objections whether written or oral why this Court should not forthwith enter a Final Judgment in this cause and therein incorporate by reference into said Final Judgment all provisions of the above referred to Findings of Fact, Conclusions of Law, and Interlocutory Judgments;

NOW THEREFORE you are advised that any objections to any provisions contained in said Findings of Fact, Conclusions of Law and Interlocutory Judgments, or any other objections, shall be filed in writing with this Court prior to February 20, 1963, or presented orally to this Court at 10:00 A.M. on the 20th day of February 1963, at Court Room No. 1, United States Court House, 325 West F Street, San Diego, California.
JOHN A. CHILDRESS, Clerk
By JAMES V. CROWLEY
Deputy
1-31, 2-8, 15, 1963