STANLEY MOSK
ATTORNEY GENERAL

STATE OF CALIFORNIA



OFFICE OF THE ATTORNEY GENERAL

## Department of Justice

LIBRARY AND COURTS BUILDING, SACRAMENTO 14

March 1, 1963

FILED

MAR 4 - 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

Mr. William W. Luddy, Clerk
U. S. District Court
323 U.S. Customs and Courthouse
San Diego, California

Dear Sir:

    Re:  United States v. Fallbrook
          Public Utility Dist., et al.
          No. 1247-SD-C

    Enclosed is a copy of The Hemet News, and particularly Page 3 of that paper for Friday, February 8, 1963. You will note on that page the publishing, in rather large space, of the notice to all defendants of the hearing on final judgment.

    Please file this notice in the record. I have not received an affidavit of publication from The Hemet News.

                           Very truly yours,

                           STANLEY MOSK
                           Attorney General

                           F. G. GIRARD
                           Deputy Attorney General

FGG:jmp
Enclosure

6996

ilton, Alaska; step-children, Mrs. Ruth Shaw, Lake Arrowhead, Mrs. Hazel Lisalda, Hemet, and Ernest Lisalda, Anaheim; one brother, Andrew Miranda, San Jacinto; two sisters, Mary Miranda, San Jacinto, and Conception Espenosa, San Jacinto; 13 grand...

Tinsley, v. Irwin; Mrs. H. L. Conklin, sentinels; R. H. Conklin and Mrs. Harry Richardson, guides.

Dignitaries present were: Joseph Matula, district 61, and Vernon... children and 21 great grandchildren.

Lutheran's Women's Missionary League of St. John's Lutheran church will hold a meeting next Monday evening in the Parish hall at 8 p.m. Mrs. Robert Rowell, president, will preside at the business meeting.

FILED
MAR 4 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

United States of America,
Plaintiff,

vs.

Fallbrook Public Utility District, et. al.,
Defendants.

No. 1247-SD-C

NOTICE
TO ALL DEFENDANTS
of
HEARING ON
FINAL JUDGMENT

This Court having heretofore filed and entered Findings of Fact, Conclusions of Law and Interlocutory Judgments concerned with the rights to the use of all waters of the Santa Margarita River and its tributaries; and it further appearing that all of said interlocutory Judgments are on file with the Clerk of this Court, Room 207, U. S. Court House, 325 West F Street, San Diego, California, and are available for inspection by you at any time during regular court business hours;

And it further appearing that this Court will, on February 20, 1963, at 10:00 A.M. in Court Room No. 1, located in the U. S. Court House, 325 West F Street, San Diego, California, hear all objections whether written or oral why this Court should not forthwith enter a Final Judgment in this cause and therein incorporate by reference into said Final Judgment all provisions of the above referred to Findings of Fact, Conclusions of Law and Interlocutory Judgments;

NOW THEREFORE you are advised that any objections to any provisions contained in said Findings of Fact, Conclusions of Law and Interlocutory Judgments, or any other objections, shall be filed in writing with this Court prior to February 20, 1963, or presented orally to this Court, at 10:00 A.M. on the 20th day of February, 1963, at Court Room No. 1, United States Court House, 325 West F Street, San Diego, California.
Dated: January 25, 1963

JAMES M. CARTER
Judge, United States District Court

408 W. Florida Ave

6997