ENTERED
MAR 6 - 1963
CLERK,
SOUTHERN DISTRICT COURT
CALIFORNIA
BY _____
Deputy Clerk

FILED
MAR 6 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
               Plaintiff, )
vs. ) No. 1247-SD-C
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., ) AMENDMENT TO
               Defendants. ) INTERLOCUTORY JUDGMENT NO. 30
) RESPECTING STIPULATION LIMITING
) AND SETTLING RIGHTS TO THE USE
) OF WATER

ORDER

WHEREAS, the hereafter named defendants in this cause, executed a "Stipulation Limiting and Settling Rights to the Use of Water," in the Santa Margarita River system, and

WHEREAS, since the execution of those stipulations this Court entered Interlocutory Judgment No. 30, which is broader in scope and provides for greater rights than set-forth in the Stipulation:

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 30 be and it is amended to provide:

"These defendants,

    M. ROBI E. FRANCISCO, Parcel 19-43-27

    JESSE B. HARTMAN and MAME ALLEN, Parcel 20-14-56

    OLE & NAOMI LARSEN, Parcel 20-14-85

-1-

845

7

4465

```
 1    JACK C. & L. L. MILLER, Parcel 20-14-85
 2    BERTHA PLAN, Parcel 19-42-47, 19-42-69, 20-13-49 and 20-2-721
 3    FRANK R. & MAE M. SALAS, Parcel 20-13-35
 4    FRANK A. & RUTH JOHNSON STROBEL, Parcel 19-43-32
 5    AUGUSTA STUBBLEFIELD, Parcel 20-14-79
 6    CORA H. WICKERD, Parcel 19-42-57
```

apparent owners of parcels of land included in this Interlocutory Judgment executed a "Stipulation Limiting and Settling Rights to the use of Water." However, as this Judgment is broader in scope and provides for greater rights than set-forth in that Stipulation, those documents will not be acted upon by this Court, all in accordance with the notice previously sent to those defendants.

Dated: 3/5/63

JAMES M. CARTER
Judge, United States District Court

-2-

846