ENTERED
MAR 6 - 1963

FILED
MAR 6 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants. | No. 1247-SD-C <br><br> AMENDMENT TO <br> INTERLOCUTORY JUDGMENT NO. 31A <br> RESPECTING STIPULATION LIMITING <br> AND SETTLING RIGHTS TO THE USE <br> OF WATER |

ORDER

WHEREAS, the hereafter named defendants in this cause, executed a "Stipulation Limiting and Settling Rights to the Use of Water," in the Santa Margarita River system, and

WHEREAS, since the execution of those stipulations this Court entered Interlocutory Judgment No. 31A which is broader in scope and provides for greater rights than set-forth in the Stipulation;

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 31A be and it is amended to provide:

"These defendants

GOLDIE L. CORT and FLORENCE M. FRULLANI, Parcel 38

apparent owners of parcels of land included in this Interlocutory

-1-

1015

Judgment executed a "Stipulation Limiting and Settling Rights to the use of Water." However, as this Judgment is broader in scope and provides for greater rights than set-forth in that Stipulation, those documents will not be acted upon by this Court, all in accordance with the notice previously sent to those defendants.

Dated: 3/5/63

JAMES M. CARTER
Judge, United States District Court

-2-

1016