ENTERED
MAR 6- 1963

FILED
MAR 6 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
    Defendants.

No. 1247-SD-C

AMENDMENT TO INTERLOCUTORY JUDGMENT NO. 34 RESPECTING STIPULATION LIMITING AND SETTLING RIGHTS TO THE USE OF WATER

ORDER

WHEREAS, the hereafter named defendants in this cause, executed a "Stipulation Limiting and Settling Rights to the Use of Water," in the Santa Margarita River system, and

WHEREAS, since the execution of those stipulations this Court entered Interlocutory Judgment No. 34 which is broader in scope and provides for greater rights than set-forth in the Stipulation;

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 34 be and it is amended to provide:

"These defendants

C. DAVID & KATHLEEN J. GORE, Parcel 171

ALGA F. & FRANCES S. MARTIN, Parcel 166

WILLIS J. & RUBY M. MARTIN, Parcel 167

apparent owners of parcels of land included in this Interlocutory

-1-

1585

Judgment executed a "Stipulation Limiting and Settling Rights to the use of Water." However, as this Judgment is broader in scope and provides for greater rights than set-forth in that Stipulation, those documents will not be acted upon by this Court, all in accordance with the notice previously sent to those defendants.

Dated: 3/5/63

*JAMES M. CARTER*
Judge, United States District Court