ENTERED
MAR 6 - 1963
CLERK, SOUTHERN DISTRICT COURT
CALIFORNIA
By _____ Deputy Clerk

FILED
MAR 6 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
    Defendants.

No. 1247-SD-C

AMENDMENT TO INTERLOCUTORY JUDGMENT NO. 36A RESPECTING STIPULATION LIMITING AND SETTLING RIGHTS TO THE USE OF WATER

ORDER

WHEREAS, the hereafter named defendants in this cause, executed a "Stipulation Limiting and Settling Rights to the Use of Water," in the Santa Margarita River system, and

WHEREAS, since the execution of those stipulations this Court entered Interlocutory Judgment No. 36A which is broader in scope and provides for greater rights than set-forth in the Stipulation;

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 36A be and it is amended to provide:

"These defendants
    RAYMOND E. & MARGARET E. BROWN, Parcel 204
    WILLIAM F. & MYRTLE M. HECKER, Parcel 420
    EDWARD M. HILL, Parcel 266

apparent owners of parcels of land included in this Interlocutory

-1-

2085

Judgment executed a "Stipulation Limiting and Settling Rights to the use of Water." However, as this Judgment is broader in scope and provides for greater rights than set-forth in that Stipulation, those documents will not be acted upon by this Court, all in accordance with the notice previously sent to those defendants.

Dated: 3/5/63

JAMES M. CARTER
Judge, United States District Court

-2-

2086