ENTERED

MAR 6 1963

CLERK, SOUTHERN DISTRICT COURT

FILED

MAR 6 – 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>  Defendants. | No. 1247-SD-C<br><br>AMENDMENT TO INTERLOCUTORY JUDGMENT NO. 38A RESPECTING STIPULATION LIMITING AND SETTLING RIGHTS TO THE USE OF WATER |

ORDER

WHEREAS, the hereafter named defendants in this cause, executed a "Stipulation Limiting and Settling Rights to the Use of Water," in the Santa Margarita River system, and

WHEREAS, since the execution of those stipulations this Court entered Interlocutory Judgment No. 38A which is broader in scope and provides for greater rights than set-forth in the Stipulation;

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 38A be and it is amended to provide:

"These defendants

LAWRENCE R. & PAULA CARTER, Parcel 3

apparent owners of parcels of land included in this Interlocutory

-1-

2220

Judgment executed a "Stipulation Limiting and Settling Rights to the use of Water." However, as this Judgment is broader in scope and provides for greater rights than set-forth in that Stipulation, those documents will not be acted upon by this Court, all in accordance with the notice previously sent to those defendants.

Dated: 3-5-63

JAMES M. CARTER
Judge, United States District Court

2221

-2-