UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. 1247-SD-C

MINUTES OF THE COURT

Dated: March 12, 1963

At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk WILLIAM W. LUDDY  Reporter  JOHN SWADER

Counsel for Plaintiff: RAMSEY CLARK, WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: GEORGE STAHLMAN, FRANS SACHSE, FRED GIRARD, ROBERT MCGINNIS.

PROCEEDINGS: FURTHER COURT TRIAL, and FURTHER HEARING ON OBJECTIONS TO FINDINGS, etc.

    At 10:10 reconvene herein.
    Attorney McGinnis states no objections to findings entered on behalf of the Sawday property.
    Col. A. C. Bowen is recalled and testifies.
    Exs. Nos. 294, and 295 marked and received.
    Alvis A. Ward is called, sworn, and testifies on own behalf.
    Ex. No. 296 and 297 marked.
    IT IS ORDERED cause is continued to to March 13, 1963, at 10:30 A.M.

JOHN A. CHILDRESS, Clerk
by _____
Deputy