LODGED

MAR 12 1963

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *[signature]*
                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  )  No. 1247-SD-C
     v.  )  FINAL JUDGMENT AND DECREE
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of  )
the State of California, et al.,  )
          Defendants.  )

     The above-entitled cause came on regularly for trial before the Honorable James M. Carter, United States District Judge, following remand from the United States Circuit Court of Appeals for the Ninth Circuit, which directed that this Court ". . . enter no judgment until the entire suit can be disposed of at the same date."

     Because of the complexities of this litigation and the fact that the physical water resources were located throughout the watershed, this Court determined that the said mandate could best be complied with by adjudicating the rights of the parties to the cause in segments of the watershed involving limited areas and numbers of defendants and by entering Interlocutory Judgments as the trial concerning each such segment was concluded. Proceeding in this manner, this Court has entered

interlocutory judgments as the trial progressed, each of which concerns a specified area within the Santa Margarita River watershed, or a limited legal issue presented by the parties. These interlocutory judgments expressly provided that they were not final and not operative until made a part of the final judgment. This Court having now entered interlocutory judgments on all areas within the watershed and all issues presented for decision, and the rights to the use of the waters of the Santa Margarita River stream system having been adjudicated in those interlocutory judgments, this Court therefore will enter its final judgment and decree.

Evidence both oral and documentary having been introduced, and the Court having heard arguments of counsel on the issues presented, and having considered the matter,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1.

IT IS ORDERED, ADJUDGED AND DECREED that each of the following Interlocutory Judgments and the Findings of Fact and Conclusions of Law attached thereto, including amendments if any, are adopted by reference as the final Findings of Fact, Conclusions of Law and Judgment and Decree of this Court:

| Number | Subject Matter |
|---|---|
| 1 | Wilson Creek sub-watershed, defendant GARNER. |
| 2 | Fallbrook and Rainbow Creek sub-watersheds, miscellaneous non-overlying and non-riparian defendants. |
| 3 | Rainbow Creek sub-watersheds below Temecula Gorge, miscellaneous non-overlying and non-riparian defendants. |
| 4 | Fallbrook Creek sub-watershed, miscellaneous non-overlying and non-riparian defendants. |
| 5 | Fallbrook Creek sub-watershed, miscellaneous non-overlying and non-riparian defendants. |

| | | |
|---|---|---|
| 1 | 6 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 2 | | overlying and non-riparian defendants. |
| 3 | 7 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 4 | | overlying and non-riparian defendants. |
| 5 | 8 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 6 | | overlying and non-riparian defendants. |
| 7 | 9 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 8 | | overlying and non-riparian defendants. |
| 9 | 10 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 10 | | overlying and non-riparian defendants. |
| 11 | 11 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 12 | | overlying and non-riparian defendants. |
| 13 | 12 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 14 | | overlying and non-riparian defendants. |
| 15 | 13 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 16 | | overlying and non-riparian defendants. |
| 17 | 14 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 18 | | overlying and non-riparian defendants. |
| 19 | 15 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 20 | | overlying and non-riparian defendants. |
| 21 | 16 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 22 | | overlying and non-riparian defendants. |
| 23 | 17 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 24 | | overlying and non-riparian defendants. |
| 25 | 18 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 26 | | overlying and non-riparian defendants. |
| 27 | 19 | Fallbrook Creek sub-watershed, miscellaneous non- |
| 28 | | overlying and non-riparian defendants. |
| 29 | 20 | Area south of Santa Margarita River, between Rainbow |
| 30 | | and Fallbrook Creek watersheds, miscellaneous non- |
| 31 | | overlying and non-riparian defendants. |

| | | |
|---|---|---|
| 1 | 21 | Area south of Santa Margarita River, between Rainbow |
| 2 | | and Fallbrook Creek watersheds, miscellaneous non- |
| 3 | | overlying and non-riparian defendants. |
| 4 | 22 | Mexican Land Grants. |
| 5 | 23 | Appropriative Rights, Fallbrook Public Utility District. |
| 6 | 23-A | Appropriative Rights, Fallbrook Public Utility District |
| 7 | | Amended. |
| 8 | 24 | Appropriative Rights, of United States of America in |
| 9 | | Lake O'Neill. |
| 10 | 25 | Stipulated Judgment dated December 26, 1940 in the |
| 11 | | Superior Court of the State of California in and for |
| 12 | | the County of San Diego, Case number 42850 (Vail-Santa- |
| 13 | | Margarita Rancho Stipulated Judgment). |
| 14 | 26 | Santa Margarita River, defendant OVIATT. |
| 15 | 27 | Santa Margarita River, defendant KNOX. |
| 16 | 28 | Miscellaneous Surface Impoundments. |
| 17 | 29-A | Sandia Creek sub-watershed, non-overlying and non- |
| 18 | | riparian defendants. |
| 19 | 30 | Murrieta-Temecula Ground Water Area. |
| 20 | 31 | Santa Gertrudis Creek sub-watershed. |
| 21 | 31-A | Santa Gertrudis Creek sub-watershed, non-overlying |
| 22 | | and non-riparian defendants. |
| 23 | 32 | DeLuz Creek sub-watershed. |
| 24 | 32-A | DeLuz Creek sub-watershed, non-overlying and non- |
| 25 | | riparian defendants. |
| 26 | 33 | Anza and Cahuilla Valleys and Wilson Creek sub-watershed. |
| 27 | 33-A | Anza and Cahuilla Valleys and Wilson Creek sub-watershed, |
| 28 | | non-overlying and non-riparian defendants. |
| 29 | 34 | Temecula Creek sub-watershed above Aguanga Ground |
| 30 | | Water Area. |
| 31 | ----- | |

| | | |
|---|---|---|
| 1 | 34-A | Temecula Creek sub-watershed above Aguanga Ground |
| 2 | | Water Area, non-overlying and non-riparian defendants. |
| 3 | 35 | Santa Margarita River, defendant VAIL CO. |
| 4 | 35-A | Santa Margarita River, defendant VAIL CO., non- |
| 5 | | overlying and non-riparian lands. |
| 6 | 36 | Warm Springs Creek sub-watershed above Murrieta- |
| 7 | | Temecula Ground Water Area. |
| 8 | 36-A | Warm Springs Creek sub-watershed above Murrieta- |
| 9 | | Temecula Ground Water Area, non-overlying and non- |
| 10 | | riparian lands. |
| 11 | 37 | Naval Enclave (Camp Pendleton, Naval Ammunition Depot |
| 12 | | and U.S. Naval Hospital). |
| 13 | 38-A | Non-overlying and non-riparian lands between Vail Dam |
| 14 | | and the Temecula Gorge. |
| 15 | 39 | Santa Margarita River between Temecula Gorge and Naval |
| 16 | | Enclave. |
| 17 | 39-A | Santa Margarita River between Temecula Gorge and Naval |
| 18 | | Enclave, non-overlying and non-riparian lands. |
| 19 | 40 | Aguanga Ground Water Area. |
| 20 | 41 | Indian Reservation lands. |
| 21 | 42 | Rainbow Creek sub-watershed. |
| 22 | 42-A | Rainbow Creek sub-watershed, non-overlying and non- |
| 23 | | riparian lands. |
| 24 | 43 | Aguanga Ground Water Area, defendants GIBBON and |
| 25 | | COTTLE. |
| 26 | 44 | United States Forest Service lands. |

27                                        2.

28           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
29   date of entry of each of said Interlocutory Judgments is hereby
30   vacated, and that each of said Interlocutory Judgments will have
31   the same date of entry as appears on this FINAL JUDGMENT AND DECREE.

-5-

7002

3.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment provisions as set forth in these interlocutory judgments are effective as of the date of entry of this final judgment and decree.

4.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court retains continuing jurisdiction of this cause as to the use of all surface waters within the watershed of the Santa Margarita River and all underground or sub-surface waters within the watershed of the Santa Margarita River, which have been determined in the above-referred to interlocutory judgments, to be a part of the sub-surface flow of any specific river or creek or which have been determined in said interlocutory judgments to add to, contribute to, or support the Santa Margarita River stream system.

5.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the STATE OF CALIFORNIA STATE WATER RIGHTS BOARD, or its successor agencies as may be provided by the laws of the State of California, shall continue to exercise its statutory jurisdiction over all present or future appropriative rights to the use of waters of the Santa Margarita River and its tributaries.

6.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall also continue to exercise jurisdiction concerning all present or future appropriative rights insofar as such uses may be adverse to the exercise of any prior vested water right within the Santa Margarita River watershed, as adjudicated by the provisions of the Interlocutory Judgments above set forth.

----------

1                                7.

2           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this
3  Court reserves the right to amend, <u>nunc pro tunc</u>, upon its own
4  motion and without notice, any Exhibit attached to any inter-
5  locutory judgment set forth above, for the purpose of correcting
6  errors or inaccuracies in names, legal descriptions or other
7  factual data contained in such Exhibits, or in said interlocutory
8  judgments.

9                                8.

10          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
11 continuing jurisdiction reserved by this Court will be exercised
12 on the Court's own Motion, or upon the motion of any party to
13 this cause, his heirs, successors or assigns, made upon notice
14 and in accordance with the Rules of this Court.  Any issues so
15 presented will be determined by this Court in accordance with
16 the laws of the State of California.
17          DATED:  March _____, 1963.

                                      _____
                                      JAMES M. CARTER
                                      Judge, United States District Court

7004