ENTERED

MAR 13 1963

CLERK, ~~~ ~~~ T COURT
SOUTHERN ~~~~~ OF CALIFORNIA
BY ~~~~~~~~ ~~~~~
                    Deputy Clerk

FILED

MAR 13 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W Luddy_ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | INTERLOCUTORY JUDGMENT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | NO.   30A |
| Defendants. | ) | |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY
JUDGMENT NO. 30A, RESPECTING LANDS SITUATED IN MURRIETA
VALLEY AND TEMECULA VALLEY BELOW VAIL DAM BUT OUTSIDE
OF THE MURRIETA-TEMECULA GROUND WATER AREA WHICH DO NOT
OVERLIE ANY GROUND WATERS WHICH FEED OR CONTRIBUTE TO
THAT STREAM OR ITS TRIBUTARIES

This Court, based upon the record before it in the subject

case, makes and enters the following Findings of Fact:

I

The United States Court of Appeals for the Ninth Circuit

remanded this case for trial, declaring that:   'The only proper

method of adjudicating the rights on a stream, whether riparian

or appropriative or mixed, is to have all owners of land

on the watershed and all appropriators who use water from

the stream involved in another watershed in court at the

-1-

847

same time."1/

## II

Proceeding in accordance with that mandate, the Complaint and Amendatory and Supplementary Complaint in this cause was served upon the owners of the lands within the watershed of the Santa Margarita River and all appropriators who used water from that stream in any other watershed. Moreover, those parties named in the cause who could not be served personally were served by publication.

## III

The subject matter of this case, based upon the pleadings and the issues joined in it, relates only to the rights to the use of the waters of the Santa Margarita River, its tributaries and to the ground waters which feed, add to, support and contribute to the waters of the Santa Margarita River and its tributaries.

## IV

In Interlocutory Judgment No. 30, this Court, among other things, established the exterior boundaries of the Murrieta-Temecula Ground Water Area. Excluded from that Ground Water Area are certain parcels or tracts of land comprised of shallow alluvial deposits or basement complex or weathered basement complex, the ground waters of which, if any, are found to be

--------------------

1/ State of California vs. United States, 235F. 2d 647, 633
   (C.A.9, 1956).

- 2 -

848

2

vagrant, local and percolating, not a part of the surface or sub-surface flow or sub-surface basins and do not feed, add to, support or contribute to the waters of the Santa Margarita River or any of its tributaries.

a.  Attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit A and made a part of them by reference, is an alphabetical list of the names of the apparent landowners and parcel numbers whose properties are referred to in this Finding.

b.  Also attached to these Findings of Fact, Conclusions of Law and Interlocutory Judgment, marked Exhibit B and made a part of them by reference, are the land descriptions of the properties referred to in this Finding.

c.  That hereinafter a reference to the term "parcel numbers" is explained as follows:

In those exhibits which commence with the figure "19" or "20" the first two numbers or the first three numbers separated by a dash refer to Riverside County Assessor's Maps page; the final number is the numerical description assigned to the parcel, thus: Parcel 20 - 4 - 1 - 74 refers to Riverside County Assessor's Maps Book 20, page 4-1, parcel 74.

In all other instances, the parcel numbers are explained as follows:  the first number refers to the Township; the second number refers to the Range; the next number or numbers refer to the Section or

- 3 -

849

2

Sections or parts of Sections; the final number
separated by the Section number or numbers by a
dash or a diagonal is the numerical designation
assigned to the parcel; thus:  Parcel 8S2W-33-31
refers to Township Eight (8) South, Range Two (2)
West, Section Thirty-three (33), parcel 31.

d.  All of the lands referred to in "a", "b" and "c" above
appear in the Notices of Lis Pendens, recorded April 8,
1958, in Book 7028, page 159, Official Records, San
Diego County, California; and recorded April 9, 1958,
in Book 2252, page 17, Official Records, Riverside
County, California.  The apparent owners referred to in
this Interlocutory Judgment were the owners of record
on the dates last mentioned, unless specific
information has been received of the transfer of
a particular parcel, then the change is reflected
in the name of the apparent owners.

## V

This Court retains continuing jurisdiction over all surface
waters within the area to which this Interlocutory Judgment pertains.

## CONCLUSIONS OF LAW

This Court makes the following Conclusions of Law  respecting
the lands referred to in Finding IV above and which are described
in Exhibit B:

- - -

- 4 -

850

4

I

The defendants referred to in Finding IV, their successors, heirs, executors, administrators and assigns, have no rights to the use of ground waters which feed, add to, support or contribute to the waters of the Murrieta-Temecula ground water area, or of the Santa Margarita River and its tributaries, in connection with the lands referred to in Finding IV, which are described with particularity in Exhibit B.

II

There is not at issue before this Court in this cause and there is not decreed, determined or adjudged, inter sese, as to the lands or owners of land referred to in Finding IV in this cause, the rights, if any, to the use of the vagrant, local, percolating waters which may underlie any of the lands referred to in the above set forth Finding IV and which are described with particularity in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

III

The United States of America, and all other parties to this action, having rights to the use of waters of the Santa Margarita River or its tributaries, as those rights are or may hereafter be determined by the final judgment of this Court, are entitled to have quieted their title in and to those rights against any and all adverse claims of the defendants referred to in Finding IV, who are listed in Exhibit A of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, their heirs, successors, executors, administrators and assigns, asserted by reason of their ownership of the lands described with particularity in

- 5 -

851

Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

IV

The defendants referred to in Finding IV, whose names are listed in Exhibit A and whose lands are described with particularity in Exhibit B of these Findings of Fact and Conclusions of Law, their heirs, successors, administrators, executors and assigns, are entitled to have quieted their titles in and to their rights to the use of the vagrant, local and per-colating ground waters, if any, underlying those lands described in Exhibit B, against the adverse claims, if any, of the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, by reason of rights asserted by the United States of America and all parties to this cause, their heirs, successors, administrators, executors and assigns, in and to the use of the waters of the Santa Margarita River and its tributaries.

V

This Court retains continuing jurisdiction with respect to surface waters, if any, found on those lands described on Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

VI

The preceding Findings of Fact and Conclusions of Law do not in any way pertain to surface waters which arise upon, flow across or which are diverted or are impounded upon the lands, to which they have application.

- - -

-6-

852

6

# INTERLOCUTORY JUDGMENT

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, that:

I

The defendants referred to in Finding IV and listed **in** Exhibit A of these Findings of Fact, Conclusions of Law and Interlocutory Judgment, the apparent owners of the lands described with particularity in Exhibit B of these Findings, **their** heirs, successors, executors, administrators and assigns, by reason of their ownership of those lands, have no right, **title** or interest in or to the ground waters which feed, add to, support or contribute to the waters of the Murrieta-Temecula **Ground** Water Area, or of the Santa Margarita River and its tributaries.

II

The titles to the rights of the United States of America and all other parties in this action having rights **in** and to the surface and ground waters of the Santa Margarita **River** and its tributaries, as they are adjudicated, decreed and determined by the final judgment of this Court, shall be and **they** are forever quieted against any and all adverse claims of the defendants referred to in Finding IV, and who are listed in Exhibit A, their heirs, successors, administrators, executors **and** assigns, who assert rights by reason of their ownership of the lands described in Exhibit B of these Findings of Fact, Conclusions of Law and Interlocutory Judgment; and those defendants, and each of them, and their heirs, successors, executors, administrators and assigns, who by reason of their ownership of the lands described in Exhibit B assert rights in

-7-

853

7

the vagrant, local, percolating waters therein, are forever
restrained from asserting, claiming or setting up any right,
title or interest in or to the waters of the Santa Margarita
River or its tributaries, by reason of their ownership of those
lands described in Exhibit B.

### III

The ground waters, if any, which underlie the lands
referred to in Finding IV, and described with particularity in
Exhibit B of these Findings of Fact, Conclusions of Law and
Interlocutory Judgment, are vagrant, local and percolating, not
a part of the waters of the Murrieta-Temecula Ground Water Area,
or of the Santa Margarita River and its tributaries and are not
in this cause adjudged, determined or decreed among the
defendants listed in Exhibit A of these Findings of Fact,
Conclusions of Law and Interlocutory Judgment, their heirs,
executors, administrators, successors or assigns, _inter sese_.

### IV

The titles to the rights of the defendants listed in
Exhibit A, their heirs, executors, administrators, successors
or assigns, in and to the vagrant, local percolating ground
waters, if any, to which these Findings of Fact, Conclusions of
Law and Interlocutory Judgment pertain, which are not a part
of the waters of the Santa Margarita River and its tributaries,
underlying the lands described in Exhibit B of these Findings of
Fact, Conclusions of Law and Interlocutory Judgment, shall be and
they are forever quieted against any and all adverse claims,
if any, of the United States of America and all parties to this
cause, their heirs, successors, administrators, executors and

assigns, having or claiming rights  in and to the surface and
ground waters of the Santa Margarita River and its tributaries,
and the United States of America and all other parties to this
cause, their heirs, successors, administrators, executors and
assigns, having or claiming rights in and to the surface and
ground waters of the Santa Margarita River and its tributaries,
are forever restrained from asserting, claiming or setting up any
right, title or interest in or to those vagrant, local, per-
colating ground waters.

V

This Court retains continuing jurisdiction with respect
to surface waters, if any, found on those lands described on
Exhibit B of these Findings of Fact, Conclusions of Law and
Interlocutory Judgment.

VI

This Interlocutory Judgment neither relates to waters
which arise upon, flow across, or are diverted or impounded upon
the lands to which it relates, nor does it purport to adjudicate
those rights.

VII

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon
the decision of the United States Court of Appeals for the Ninth
Circuit, California vs. United States, 235 F2d 647 (C.A. 9, 1956),
that this is not a final decree but is interlocutory in character
and by reason of the Order by this Court that all parties are
adverse one to another, thus dispensing with cross-pleadings, all
other parties to this proceeding may object to these Findings of
Fact, Conclusions of Law and Interlocutory Judgment and will be

-9-

855

9

given full opportunity upon due notice to interpose their
objections to these Findings of Fact, Conclusions of Law and
Interlocutory Judgment.

Dated:   3 - 13 - 6 3

JAMES M. CARTER
Judge, United States District Court

-10-

856

10

## ALPHABETICAL LIST RIVERSIDE SUBDIVISIONS

### NON-RIPARIAN AND NON-OVERLYING

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Ambriola, Evelyn | 19-31-201 | 12 |
| Ball, Clarence E. & | | |
| Leila J. | 19-21-163 | 8 |
| Barringer, Wesley G. & | | |
| Etta | 19-47-211 | 14 |
| Bella, Nicholas G. & | | |
| Mayo G. | 19-23-158 | 7 |
| Bennett, E. W. & | | |
| Emma K. | 19-30-281 | 18 |
| Blackmore, Harvey & | | |
| Betty Jean | 20-9-612 | 28 |
| Bongiovanni Construction Co. | 19-22-288 | 20 |
| Brown, Rudolph J. & | | |
| Vita Elliott | 19-23-142 | 2 |
| Buda, Rocco & | | |
| Theresa | 19-36-282 | 19 |
| California, State of | 20-9-620 | 29 |
| | 19-23-145 | 4 |
| Cameron, Verne L. & | | |
| Catharine Jeanne | 19-22-287 | 19 |
| Cantacessi, Joe & | | |
| Theresa | 19-21-169 | 10 |
| | 19-30-278 | 18 |

Interlocutory Judg #30A
Exhibit "A"

857

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Chandler, Mary S. | 19-23-160 | 7 |
| Coffeen, J. Murray | 19-47-214 | 15 |
| Corazza, Bennett M. & Jean C. | 19-31-202<br>19-31-203 | 12<br>13 |
| Davenport, Ralph M. | 19-23-156 | 6 |
| Dawson, Charlie R. & Myrtle E. | 19-32-175 | 11 |
| DeBorde, George H. | 19-21-165 | 9 |
| DeBorde, Mabel G. | 19-37-298 | 27 |
| Dunn, M. Thelma | 19-23-152 | 5 |
| Ebersole, Elmer & Helen M. | 19-33-271 | 16 |
| Edwards, Dorothy E. | 19-23-151 | 4 |
| Eichstaedt, Edward & Dora B. | 19-33-272 | 16 |
| Fazioli, Everett M. & Marjorie J. | 19-37-293 | 23 |
| Feichert, Archie C. | 19-23-141 | 2 |
| Feichert, Harry E. | 19-23-141 | 2 |
| Frontino, Frank & Nellie R. | 19-23-155 | 6 |
| Furman, Eltha B. | 20-9-619 | 28 |
| Giffin, F. C. | 19-23-161 | 7 |

-2-        Interlocutory Judg. #30A
          Exhibit "A"

858

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Going, Jack & | | |
| Meta | 20-9-618 | 28 |
| Gray, Matthew & | 19-31-208 | 14 |
| Virginia M. | 19-31-210 | 14 |
| Hallenberg, Harry Wm. | 19-23-162 | 8 |
| Hardison, Ruth O. | 19-23-140 | 1 |
| Hartman, Georgina Lewis | 19-23-139 | 1 |
| Heald, Charles F. | 19-23-159 | 7 |
| Henderson, Elting & | | |
| Louise B. | 19-36-283 | 19 |
| Hirahara, Dan D. & | | |
| Hilda Yoshino | 19-37-291 | 22 |
| Hofeldt, Earl W. | 19-21-171 | 10 |
| Houston, George | 19-31-207 | 14 |
| Houston, Walter | 19-31-207 | 14 |
| Howell, Avory H. & | 19-33-273 | 16 |
| Mildred E. | 19-33-275 | 17 |
| Howell, Kenneth L. & | | |
| Nellie J. | 19-21-170 | 10 |
| Hunt, M. | 20-9-621 | 29 |
| Kanowitz, Julius | 19-37-295 | 24 |
| King, Marjorie H. | 19-23-151 | 4 |

-3-     Interlocutory Judg. #30A
Exhibit "A"

859

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Larson, H. E. | 19-21-164 | 9 |
| Leasure, James F. & <br>    Ella J. | 20-18-123 | 30 |
| Lehr, Peter J. & <br>    Aida M. | 19-33-276 | 17 |
| Lentz, Earl B. | 19-23-157 | 6 |
| Lepper, Jacob J. | 19-30-280 | 18 |
| Lewis, Walter K. & <br>    Carol | 19-23-139 | 1 |
| Lincks, Harold S. | 19-21-174 | 11 |
| Lord, Manon T. | 19-47-213 | 15 |
| Merrick, Myrah | 19-21-163A <br> 19-37-294 | 8 <br> 24 |
| Molinari, Louis J. & <br>    Mary Louise | 19-23-138 | 1 |
| Morrison, Evaline C. | 19-37-292 | 23 |
| Nance, Thomas C. | 19-30-280 | 18 |
| Oiler, Philip R. | 19-23-140 | 1 |
| Olson, Richard Martin | 19-32-176 | 11 |
| Paul, Chessie N. | 20-9-619 | 28 |
| Phillian, Alexander John | 19-47-216 | 15 |
| Provolt, Myrtle A. | 19-47-216 | 15 |
| Pyle, Hattie E. | 19-23-154 | 5 |

-4-        Interlocutory Judg. #30A
                    Exhibit "A"

860

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|---|---|---|
| Reed, Howard A. & | 19-47-212 | 14 |
| Meta M. | 19-47-218 | 15 |
| Rehnlund, Bror R. & | | |
| Eleanora | 19-21-173 | 11 |
| Reichert, Bruno O. & | | |
| Cheryl H. | 19-37-297 | 26 |
| Riverside, County of | 19-33-277 | 17 |
| Shook, Joseph B. & | | |
| Florence E. | 19-37-290 | 21 |
| Skenfield, Charles E. & | | |
| Ruth E. | 19-23-153 | 5 |
| Slusser, Ann | 19-37-295 | 24 |
| | 19-37-296 | 25 |
| Smith, Harold A. & | | |
| Marian | 19-23-144 | 3 |
| Snyder, Harold W. | 19-23-150 | 4 |
| Snyder, Sidney | 19-23-150 | 4 |
| South Elsinore Mutual Water Co. | 19-33-274 | 16 |
| Spaulding, Grandin & | | |
| Mary | 19-21-172 | 10 |
| Steckel, Edward H. | 19-21-164A | 9 |
| Steckel, Rose H. | 19-21-164A | 9 |
| Stevinson, Solida | 19-23-143 | 3 |

-5-    Interlocutory Judg. #30A
Exhibit "A"

861

| NAME | PARCEL NUMBER | EXHIBIT "B" PAGE |
|------|---------------|------------------|
| Szabo, Nicholas & Elizabeth | 19-31-200 | 12 |
| Taylor, Duane O. & Maxine | 19-31-204 | 13 |
| Taylor, Florence Neff | 20-9-619 | 28 |
| Thrithart, Ardrenna & V. C. | 19-21-168 | 9 |
| Turner, Charles W. & Kathleen D. | 19-31-206 19-30-279 | 13 18 |
| United States of America | 19-22-289 | 21 |
| Welch, Lee & Lois | 19-31-205 | 13 |
| Weller, Lucile Davenport | 19-23-156 | 6 |
| White, Dorothy O. | 19-23-140 | 1 |
| White, Juna V. | 20-9-619 | 28 |
| Whitney, W. K. | 19-32-177 | 12 |
| Wingo, Diri | 20-9-619 | 28 |
| Wrotnowski, Delcine | 19-23-162 | 8 |
| York, Edith Davenport | 19-23-156 | 6 |
| Ziehlke, John E. | 19-37-296 | 25 |

-6-                     Interlocutory Judg. #30A
                              Exhibit "A"

862

NON-RIPARIAN AND NON-OVERLYING LANDS

RIVERSIDE SUBDIVISIONS

Parcel 19-23-138:

The East Half of the East Half of the Northwest Quarter of
the Northwest Quarter of the Northeast Quarter of Section
Thirty-six (36), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

APPARENT OWNERS:

MOLINARI, Louis J. & Mary Louise

Parcel 19-23-139:

The Southeast Quarter of the Northeast Quarter of Section
Thirty-six (36), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Also, that portion of the Southwest Quarter of the Northwest
Quarter of said Section Thirty-six (36), described as follows:
Beginning at the Northeast Corner of the Southwest Quarter
of the Northwest Quarter; thence North 89°16' West 8.05 chains;
thence South 0°36' West 9.55 chains;  thence South 89°14' East
8.07 chains;  thence North 0°30' East 9.55 chains to the point
of beginning.

APPARENT OWNERS:

LEWIS, Walter K. & Carol

HARTMAN, Georgia Lewis

Parcel 19-23-140:

That portion of Section Thirty-six (36), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as follows:
Beginning at a point South 89°16' East, 6.31 chains from the
Northwest Corner of the Southwest Quarter of the Northwest

-1-

Interlocutory Judg. #30A
Exhibit "B"

863

Parcel 19-23-140 Continued:

Quarter; thence South 0°41' West, 9.55 chains; thence South
89°14' East, 5.81 chains; thence North 0°36' East 9.56 chains;
thence North 89°16' West 5.80 chains to the point of beginning.

APPARENT OWNERS:

WHITE, Dorothy O.

OILER, Philip R.

HARDISON, Ruth O.

Parcel 19-23-141:

That portion of Section Thirty-six (36), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as follows:
Beginning at a point South 89°14' East 3.31 chains from the
Northwest Corner of the Southwest Quarter of the Northwest Quarter;
thence South 9.55 chains to a point distant 3.30 chains East and
9.55 chains South of the said Northwest Corner; thence at right
angles East 3 chains; thence at right angles North 9.55 chains;
thence West to the point of beginning.

APPARENT OWNERS:

FEICHERT, Archie C.

FEICHERT, Harry E.

Parcel 19-23-142:

The Westerly 3.63 acres of the North Half of the Southwest
Quarter of the Northwest Quarter of Section 36, Township Six (6)
South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California EXCEPT the West
30 feet thereof.
Also, the North Half of the Southeast Quarter of the Southwest
Quarter of the Northwest Quarter of said Section Thirty-six (36).
Also, the Southwest Quarter of the Southwest Quarter of the
Northwest Quarter of the said Section Thirty-six (36) EXCEPT

-2-                    Interlocutory Judg. #30A
                          Exhibit "B"

864

Parcel 19-23-142 Continued:

the West 30 feet thereof.

APPARENT OWNERS:

BROWN, Rudolph J. & Vita Elliott

Parcel 19-23-143:

The South Half of the Southeast Quarter of the Southwest
Quarter of the Northwest Quarter of Section Thirty-six (36),
Township Six (6) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of Riverside, State of
California.

APPARENT OWNER:

STEVINSON, Salida

Parcel 19-23-144:

The Northwest Quarter of the Northwest Quarter of Section
Thirty-six (36), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California EXCEPT that portion described as follows:
Beginning at the Southwest Corner of the Northwest Quarter
of the Northwest Quarter; thence Easterly along the South line
of the said Northwest Quarter of the Northwest Quarter 643.13
feet; thence North 36°52' West 200.29 feet; thence North 02°
17'22" East 90.27 feet; thence North 39°21'22" West 230.22
feet; thence North 59°53'30" West 108.66 feet; thence North
34°17'24" West 486.05 feet to the West line of the Northwest
Quarter of the Northwest Quarter; thence South 0°49'46" West,
883.27 feet to the point of beginning.

APPARENT OWNERS:

SMITH, Harold A. & Marian

-3-

Interlocutory Judg. #30A
Exhibit "B"

865

Parcel 19-23-145:

That portion of the Northwest Quarter of the Northwest Quarter
of Section Thirty-six (36), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:
Beginning at the Southwest Corner of the Northwest Quarter of
the Northwest Quarter; thence Easterly along the South line
of the said Northwest Quarter of the Northwest Quarter 643.13
feet; thence North 36°52' West 200.29 feet; thence North 02°
17'22" East 90.27 feet; thence North 39°21'22" West 230.22
feet; thence North 59°53'30" West 108.66 feet; thence North
34°17'24" West 486.05 feet to the West line of the Northwest
Quarter of the Northwest Quarter; thence South 0°49'46" West
883.27 feet to the point of beginning.

APPARENT OWNER:

CALIFORNIA, State of

Parcel 19-23-150:

The Southeast Quarter of Section Thirty-six (36), Township
Six (6) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
EXCEPT the Southeast Quarter of the Southeast Quarter of the
Southeast Quarter.

APPARENT OWNERS:

SNYDER, Harold W.

SNYDER, Sidney

Parcel 19-23-151:

The Southeast Quarter of the Southeast Quarter of the South-
east Quarter of Section Thirty-six (36), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

-4-                     Interlocutory Judg. #30A
                            Exhibit "B"

Parcel 19-23-151 Continued:

APPARENT OWNERS:

KING, Marjorie H.

EDWARDS, Dorothy E.

Parcel 19-23-152:

The Northeast Quarter of the Northeast Quarter of Section
Thirty-six (36), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

APPARENT OWNER:

DUNN, M. Thelma

Parcel 19-23-153:

The Northwest Quarter of the Northeast Quarter of Section
Thirty-six (36), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California EXCEPT the East Half of the East Half of
the Northwest Quarter of the Northwest Quarter of the North-
east Quarter.  ALSO EXCEPT that portion described as follows:
Beginning at the Northwest Corner of the said East Half of the
East Half of the Northwest Quarter of the Northwest Quarter
of the Northeast Quarter; thence South along the West line
thereof 256.24 feet; thence South 89°58' West 170 feet; thence
North and parallel to the said West line, 256.24 feet; thence
North 89°58' East 170 feet to the point of beginning.

APPARENT OWNERS:

SKENFIELD, Charles E. & Ruth E.

Parcel 19-23-154:

That portion of Section Thirty-six (36), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as follows:

-5-                    Interlocutory Judg. #30A
                              Exhibit "B"

867

Parcel 19-23-154 Continued:

Beginning at the Northwest Corner of the East Half of the East Half of the Northwest Quarter of the Northwest Quarter of the Northeast Quarter; thence South along the West line thereof 256.24 feet; thence South 89°58' West 170 feet; thence North and parallel to the said West line, 256.24 feet; thence North 89°58' East 170 feet to the point of beginning.

APPARENT OWNER:

PYLE, Hattie E.

Parcel 19-23-155:

Lots One (1) and Two (2) of S. C. Freefield's Subdivision of a portion of Section Thirty-six (36), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

FRONTINO, Frank F. & Nellie R.

Parcel 19-23-156:

Lots Three (3), Six (6), Eight (8) and Eleven (11) of S. C. Freefield's Subdivision of a portion of Section Thirty-six (36), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

DAVENPORT, Ralph M.

WELLER, Lucile Davenport

YORK, Edith Davenport

Parcel 19-23-157:

Lot Four (4) of S. C. Freefield's Subdivision of a portion of Section Thirty-six (36), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of River-

Interlocutory Judg. #30A
Exhibit "B"

868

Parcel 19-23-157 Continued:

    side, State of California.

APPARENT OWNER:

    LENTZ, Earl B.

Parcel 19-23-158:

    Lot Five (5) of S. C. Freefield's Subdivision of a portion
of Section Thirty-six (36), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

APPARENT OWNERS:

    BELLA, Nicholas G. & Mayo G.

Parcel 19-23-159:

    Lot Seven (7) of S. C. Freefield's Subdivision of a portion
of Section Thirty-six (36), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

APPARENT OWNER:

    HEALD, Charles F.

Parcel 19-23-160:

    Lot Nine (9) of S. C. Freefield's Subdivision of a portion
of Section Thirty-six (36), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

APPARENT OWNER:

    CHANDLER, Mary S.

Parcel 19-23-161:

    Lot Ten (10) of S. C. Freefield's Subdivision of a portion
of Section Thirty-six (36), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

Interlocutory Judg. #30A
Exhibit "B"

869

Parcel 19-23-161 Continued:

APPARENT OWNER:

GIFFIN, F. C.

Parcel 19-23-162:

Lot Twelve (12) of S. C. Freefield's Subdivision of a por-
tion of Section Thirty-six (36), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

APPARENT OWNERS:

WROTNOWSKI, Delcine

HALLENBERG, Harry William

Parcel 19-21-163:

The North Half of the Southeast Quarter; the Southwest Quar-
ter of the Southeast Quarter; and, the South Half of the
Southeast Quarter of the Northeast Quarter of Section Fourteen
(14), Township Six (6) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of Riverside,
State of California.

APPARENT OWNERS:

BALL, Clarence E. & Leila J.

Parcel 19-21-163A:

The Southeast Quarter of the Southeast Quarter of Section
Fourteen (14), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside,
State of California.

Also, the Northeast Quarter of the Northeast Quarter of
Section Twenty-three (23), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

APPARENT OWNER:

MERRICK, Myrah

-8-                Interlocutory Judg. #30A
                   Exhibit "B"

870

Parcel 19-21-164:

The Northeast Quarter of the Southwest Quarter; the Southeast
Quarter of the Northwest Quarter; and the Southwest Quarter
of the Northeast Quarter of Section Fourteen (14), Township
Six (6) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

APPARENT OWNER:

LARSON, H. E.

Parcel 19-21-164A:

The South Half of the Southeast Quarter of the Northeast
Quarter of Section Twenty-three (23), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

APPARENT OWNERS:

STECKEL, Edward H. & Rose H.

Parcel 19-21-165:

The North Half of the Southeast Quarter of the Northeast
Quarter of Section Twenty-three (23), Township Six (6)
South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

APPARENT OWNER:

DE BORDE, George H.

Parcel 19-21-168:

The West Half of the Northwest Quarter of the Southeast
Quarter of Section Twenty-six (26), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

APPARENT OWNERS:

THRITHART, Ardrenna & V. C.

-9-                    Interlocutory Judg. #30A
                          Exhibit "B"

871

Parcel 19-21-169:

That portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 26, Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, lying Northeasterly of the State Highway.

APPARENT OWNERS:

CANTACESSI, Joe & Theresa

Parcel 19-21-170:

The South Half of the Southeast Quarter; and, the Northeast Quarter of the Southeast Quarter of Section Twenty-six (26), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California EXCEPT the Westerly 380 feet thereof.

APPARENT OWNERS:

HOWELL, Kenneth L. & Nellie J.

Parcel 19-21-171:

That portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section Twenty-six (26), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, lying Southwesterly of the State Highway.

APPARENT OWNER:

HOFELDT, Earl W.

Parcel 19-21-172:

The Westerly 380 feet of the Northeast Quarter of the Southeast Quarter of Section Twenty-six (26), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

SPAULDING, Grandin & Mary

-10-

Interlocutory Judg. #30A
Exhibit "B"

872

Parcel 19-21-173:

    The North Half of the North Half of the Northeast Quarter of
the Northwest Quarter of the Southeast Quarter of Section
Twenty-six (26), Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of Riverside
State of California.

APPARENT OWNERS:

    REHNLUND, Bror R. & Eleanora

Parcel 19-21-174:

    The South Half of the North Half of the Northeast Quarter of
the Northwest Quarter of the Southeast Quarter; and, the South
Half of the Northeast Quarter of the Northwest Quarter of the
Southeast Quarter of Section Twenty-six (26), Township Six (6)
South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California EXCEPT a por-
tion in the State Highway

APPARENT OWNER:

    LINCKS, Harold S.

Parcel 19-32-175:

    Lots One (1) and Two (2) of Sedco Tract No. 1, being a por-
tion of Section Twenty-six (26), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California.

APPARENT OWNERS:

    DAWSON, Charlie R. & Myrtle E.

Parcel 19-32-176:

    Lots 175, 176 and 177 of Sedco Tract No. 1, being a por-
tion of Section Twenty-six (26), Township Six (6) South,
Range Four (4) West, San Bernardino Base and Meridian, in
the County of Riverside, State of California

-11-

Interlocutory Judg. #30A
Exhibit "B"

Parcel 19-32-176 Continued:

APPARENT OWNER:

    OLSON, Richard Martin

Parcel 19-32-177:

    Lot 178 of Sedco Tract No. 1, being a portion of Section Twenty-six (26), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNER:

    WHITNEY, W. K.

Parcel 19-31-200:

    Lot 46, Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

    SZABO, Nicholas & Elizabeth

Parcel 19-31-201:

    Lot 47 of Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. EXCEPT the Southerly 340.30 feet thereof.

APPARENT OWNER:

    AMBRIOLA, Evelyn

Parcel 19-31-202:

    The Southerly 340.30 feet of Lot 47 of Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

    CORAZZA, Bennett M. & Jean C.

Interlocutory Judg. #30A
Exhibit "B"

Parcel 19-31-203:

    Lots 48 and 59 of Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

    CORAZZA, Bennett M. & Jean C.

Parcel 19-31-204:

    Lot 57 of Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

    TAYLOR, Duane O. & Maxine

Parcel 19-31-205:

    Lot 58 of Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

    WELCH, Lee & Lois

Parcel 19-31-206:

    The East Half of Lot 5, Block 1, Wesley's Addition to Elsinore, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, County of Riverside, State of California.

APPARENT OWNERS:

    TURNER, Charles W. & Kathleen D.

Interlocutory Judg. #30A
Exhibit "B"

875

Parcel 19-31-207:

The West Half of Lot 5, Block 1, Wesley's Addition to Elsinore, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

HOUSTON, George

HOUSTON, Walter

Parcel 19-31-208:

Lots 73 and 74 of Sedco Tract No. 1, being a portion of Section Twenty-seven (27), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

GRAY, Matthew & Virginia M.

Parcel 19-47-210:

The East Half of Lot 13, and all of Lot 18 of Block "L" Rancho La Laguna, in the County of Riverside, State of California.

APPARENT OWNERS:

GRAY, Matthew & Virginia M.

Parcel 19-47-211:

Lot 17, Block "L", Rancho La Laguna, in the County of Riverside, State of California.

APPARENT OWNERS:

BARRINGER, Wesley G. & Etta L.

Parcel 19-47-212:

Lot 19, Block "L" of Rancho La Laguna, in the County of Riverside, State of California.

-14-                    Interlocutory Judg. #30A
                              Exhibit "B"

876

Parcel 19-47-212 Continued:

APPARENT OWNERS:

  REED, Howard A. & Meta M.

Parcel 19-47-213:

  Lot 20, Block "L", Rancho La Laguna, in the County of River-
side, State of California, EXCEPT the Northwesterly 330 feet
thereof.

APPARENT OWNER:

  LORD, Manon T.

Parcel 19-47-214:

  The Northwesterly 330 feet of Lot 20, Block "L", Rancho
La Laguna, in the County of Riverside, State of California.

APPARENT OWNER:

  COFFEEN, J. Murray

Parcel 19-47-216:

  That portion of Lot 24, Block "L", Rancho La Laguna, in the
County of Riverside, State of California, lying Westerly of
the County Road.

APPARENT OWNERS:

  PROVOLT, Myrtle A.

  PHILLIAN, Alexander J.

Parcel 19-47-218:

  That portion of Lot 25, Block "L", Rancho La Laguna, in the
County of Riverside, State of California, lying Westerly of
the County Road.

APPARENT OWNERS:

  REED, Howard A. & Meta M.

    Interlocutory Judg. #30A
        Exhibit "B"

            877

Parcel 19-33-271:

Lot 167, Sedco Tract No. 1, being a portion of Section Twenty-
three (23), in Township Six (6) South, Range Four (4) West,
San Bernardino Base and Meridian, County of Riverside, State
of California.

APPARENT OWNERS:

EBERSOLE, Elmer J. & Helen M.

Parcel 19-33-272:

Lot 169, Sedco Tract No. 1, being a portion of Section Twenty-
three (23), Township Six (6) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

APPARENT OWNERS:

EICHSTAEDT, Edward & Dora B.

Parcel 19-33-273:

Lots 170, 171 and 173 of Sedco Tract No. 1, being a portion
of Section Twenty-three (23), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

APPARENT OWNERS:

HOWELL, Avory H. & Mildred E.

Parcel 19-33-274:

That portion of Lot 172 of Sedco Tract No. 1, being a portion
of Section Twenty-three (23), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as follows:
Beginning at a point on the Westerly line of said Lot 172
distant 93.69 feet from the Southwest Corner of the said
Lot; thence North along the said Westerly line 506.41 feet;
thence East 400 feet; thence Southwesterly a distance of 503

Interlocutory Judg. #30A
Exhibit "B"

878

Parcel 19-33-274 Continued:

feet to a point on a line bearing East from the point of beginning; thence West along the said line to the point of beginning.

APPARENT OWNER:

SOUTH ELSINORE MUTUAL WATER CO.

Parcel 19-33-275:

Lot 172, Sedco Tract No. 1, being a portion of Section Twenty-three (23), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion described as follows: Beginning at a point on the Westerly line of the said Lot 172 distant 93.69 feet from the Southwest Corner of said Lot; thence North along the said Westerly line 506.41 feet; thence East 400 feet; thence Southwesterly a distance of 503 feet to a point on a line bearing East from the point of beginning; thence West along the said line to the point of beginning.

APPARENT OWNERS:

HOWELL, Avory H. & Mildred E.

Parcel 19-33-276:

Lot 3, Sedco Tract No. 1, being a portion of Section Twenty-three (23), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

APPARENT OWNERS:

LEHR, Peter J. & Aida M.

Parcel 19-33-277:

Lot 174, Sedco Tract No. 1, being a portion of Section Twenty-three (23), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside,

Interlocutory Judg. #30A
Exhibit "B"

Parcel 19-33-277 Continued:

    State of California.

APPARENT OWNER:

    RIVERSIDE, COUNTY OF

Parcel 19-30-278:

    Lots 42, 43 and 55 of Sedco Tract No. 1, being a portion of

Section Twenty-seven (27), Township Six (6) South, Range Four

(4) West, San Bernardino Base and Meridian, in the County of

Riverside, State of California.

APPARENT OWNERS:

    CANTACESSI, Joe & Theresa

Parcel 19-30-279:

    Lots 44 and 56, Sedco Tract No. 1, being a portion of Section

Twenty-seven (27), Township Six (6) South, Range Four (4)

West, San Bernardino Base and Meridian, in the County of

Riverside, State of California.

APPARENT OWNERS:

    TURNER, Charles W. & Kathleen D.

Parcel 19-30-280:

    Lot 54, Sedco Tract No. 1, being a portion of Section Twenty-

seven (27), Township Six (6) South, Range Four (4) West, San

Bernardino Base and Meridian, in the County of Riverside, State

of California.

APPARENT OWNERS:

    NANCE, Thomas C.

    LEPPER, Jacob J.

Parcel 19-30-281:

    Lot 72, and the Easterly 477 feet of Lot 71, Sedco Tract No.

1, being a portion of Section Twenty-seven (27), Township Six

(6) South, Range Four (4) West, San Bernardino Base and Meridian,

Interlocutory Judg. #30A
Exhibit "B"

Parcel 19-30-281 Continued:

in the County of Riverside, State of California.

APPARENT OWNERS:

BENNETT, Ernest W. & Emma K.


Parcel 19-36-282:

Lot 153, Sedco Tract No. 1, in the County of Riverside,

State of California.

APPARENT OWNERS:

BUDA, Rocco & Theresa


Parcel 19-36-283:

Lot 140 of Sedco Tract No. 1, in the County of Riverside,

State of California.

APPARENT OWNERS:

HENDERSON, Elting & Louise B.


Parcel 19-22-287:

That portion of Section Thirty-three (33), Township Six (6)

South, Range Four (4) West, San Bernardino Base and Meridian.

in the County of Riverside, State of California, described as

follows:  Beginning at a point South 36° 30' West 548.33 feet

from the most Southerly corner of Lot 8, Block "K", Rancho

La Laguna; thence South 36° 30' West, 601.39 feet; thence

South 65° 30' West 2264.44 feet; thence South and parallel

to the West line of Section 33, 850.08 feet; thence East and

parallel with the South line of Section 33, 277.86 feet;

thence South and parallel with the West line of Section 33,

277.86 feet, to a point on the North line of Government Lot

7, extended Westerly; thence East along such extended line

and the North line of Government Lot 7, 1554.3 feet; thence

North and parallel to the West line of Government Lot 5,

463.98 feet; thence East and parallel to the North line of

-19-

Interlocutory Judg. #30A
Exhibit "B"

881

Parcel 19-22-287 Continued:

Government Lot 7, 463.98 feet to the West line of Lot 5;
thence North along the said West line 842.82 feet to the
North line of Lot 5; thence East along the said North line
143.22 feet; thence North 37°10' East 370.92 feet; thence
North 53°15' West 344.08 feet; thence North 37°10' East
804.01 feet; thence North 53°15' West 397.92 feet to the
point of beginning.

APPARENT OWNERS:

CAMERON, Verne L. & Catharine Jeanne

Parcel 19-22-288:

That portion of Section Thirty-three (33), Township Six (6)
South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of Riverside, State of California, described
as follows:  Beginning at a point on the North line of said
Section 33, distant 650 feet East of the Northwest Corner of
said Section;  thence Southwesterly to a point on the West
line of Section 33, distant 850 feet South of the said North-
west corner; thence South along the said West line of Section
33 to the Southwest corner thereof; thence East along the South
line of Section 33, 1320 feet to the Southwest corner of
Government Lot 7; thence North along the West line of Govern-
ment Lot 7, 1320 feet; thence West along the North line of
Government Lot 7 extended 711.48 feet; thence North and parallel
to the West line of Section 33, 277.86 feet; thence West and
parallel to the South line of Section 33, 277.86 feet; thence
North and parallel to the West line of Section 33. 850.08 feet;
thence North 65°30' West 903.08 feet to the intersection with
the Southwesterly prolongation of the Northwesterly line of
Lot 8, Block "K", Rancho La Laguna; thence Northeasterly along
the said prolongation line to a point 750 feet Southwesterly

Interlocutory Judg. #30A
Exhibit "B"

882

**Parcel** 19-22-288 Continued:

of the most Westerly corner of said Lot 8; thence Northwesterly
and parallel to the Rancho La Laguna line 1380.02 feet more or
less; thence Northeasterly and parallel to the said Northwesterly
line of Lot 8 to the intersection with the North line of Section
33; thence West along the said North line of Section 33 to the
point of beginning.

APPARENT OWNER:

BONGIOVANNI CONSTRUCTION CO.

Parcel 19-22-289:

All of Section Thirty-two (32), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California.

Also all of Fractional Sections Four (4) and Five (5), Township
Seven (7) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

APPARENT OWNER:

UNITED STATES OF AMERICA

Parcel 19-37-290:

That portion of Lot 166, Sedco Tract No. 1, being a portion of
Section Twenty-three (23), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:  Beginning
at a point in the Northerly line of said Lot 166, distant South
89°23'50" East 1093.77 feet from the Northwest corner thereof;
thence South 00°37'20" West 1007.11 feet; thence North 89°22'40"
West, 230 feet; thence South 00°37'20" West, 560.13 feet more or
less to a point on the Northerly line of Lemon Street (being a
60 foot strip of land conveyed to the County of Riverside, by
Gail Morrison, et al., by deed recorded 27 October 1948, in
book 1022, at page 312, of the Official Records of Riverside
County); thence Northeasterly on the Northerly line of the said

Parcel 19-37-290 Continued:

60 foot strip of land to its intersection with the Westerly
line of land conveyed to Dan D. Hirahara, et ux, by deed re-
corded in book 1953, at page 312, of the Official Records of
Riverside County, (said Westerly line being described as
follows: Beginning at a point on the North line of the said
Lot 166 distant South 89°23'50" East 272.59 feet from the North
Quarter corner of Section 23, Township Six (6) South, Range
Four (4) West; thence South 14°38'10" West, 1564.04 feet to
the North line of the said 60 foot strip of land); thence
North 14°38'10" East, along the said Westerly line of land of
Hirahara 1564.04 feet to the North line of said Lot 166; thence
North 89°23'50" West to the point of beginning.

APPARENT OWNERS:

SHOOK, Joseph B. & Florence E.

Parcel 19-37-291:

That portion of Lot 166, Sedco Tract No. 1, being a portion
of Section Twenty-three (23), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County
of Riverside, State of California, described as follows:  Be-
ginning at a point on the North line of Section 23, distant
South 89°23'50" East 272.59 feet from the North Quarter corner
thereof; thence South 89°23'50" East, 602.75 feet; thence
South 21°59'40" West 1340.63 feet; thence South 59°07'10"
West, 473.81 feet; thence South 76°55'40" West 91.55 feet;
thence North 14°38'10" East 1564.04 feet to the point of
beginning.

APPARENT OWNERS:

HIRAHARA, Dan D. & Hilda Yoshino

Interlocutory Judg. #30A
                                   Exhibit "B"

884

Parcel 19-37-292:

That portion of Lot 166, Sedco Tract No. 1, being a portion of
Section Twenty-three (23), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:  Beginning
at a point on the North line of said Lot 166, distant South
89°23'50" East, 875.34 feet from the North Quarter corner of
said Section 23; thence South 21°59'40" West 638.54 feet;
thence North 89°23'50" West to the West line of Lemon Street
(being a 60 foot strip of land conveyed to the County of River-
side in book 1022, at page 312, of the Official Records of
Riverside County); thence Northerly along the said West line
of Lemon Street to its intersection with the North line of said
Lot 166; thence North 89°23'50" West along the said North line
to the point of beginning.

APPARENT OWNER:

MORRISON, Evaline C.

Parcel 19-37-293:

That portion of Lot 166, Sedco Tract No. 1, being a portion of
Section Twenty-three (23), Township Six (6) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of
Riverside, State of California, described as follows:  Beginning
at the North Quarter corner on the North line of said Section
23; thence South 89°23'50" East along said North line 875.34
feet; thence South 21°59'40" West 638.54 feet to the true
point of beginning; thence South 21°59'40" West 702.09 feet;
thence North 59°07'10" East, 125.03 feet; thence North 40°47'40"
East 371.8 feet; thence North 18°58'50" East, 320.78 feet; thence
North 89°23'50" West 191.63 feet more or less to the true point
of beginning.

APPARENT OWNERS:

FAZIOLI, Everett M. & Marjorie J.

-23-                    Interlocutory Judg. #30A
                        Exhibit "B"

885

Parcel 19-37-294:

    That portion of Lot 166, Sedco Tract No. 1, being a portion of Section Twenty-three (23), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows:  Beginning at the Northeast corner of the said Lot 166, said point being also the Northwest corner of the East Half of the Northeast Quarter of the said Section 23; thence South 00°37'20" West, 1086.3 feet; thence North 75°54' West 229.31 feet; thence North 31°20' West, 222.92 feet; thence North 22°26'20" West, 272.48 feet to the East line of County Road (Lemon Street); thence along the said East line North 33°59' East, 414.03 feet, to the beginning of a curve having a radius of 930.56 feet; thence curving Westerly on an arc of 258.24 feet; thence continuing along the said East line North 18°05' East 16.12 feet to the North line of the said Section 23; thence South 89°23'50" East along the said North line 105.22 feet to the point of beginning.

APPARENT OWNER:

    MERRICK, Myrah

Parcel 19-37-295:

    That portion of Lot 166, Sedco Tract No. 1, being a portion of Section Twenty-three (23), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of River-side, State of California, described as follows:  Beginning at the Northeast corner of Lot 164, Sedco Tract No. 1; thence South 69°13'40" East 147.14 feet; thence North 70°46'20" East, 40 feet to a point on a curve on the Northerly line of Gafford Road, the true point of beginning; thence North 69°13'40" West, 101.52 feet; thence North 15°06' East 185.5 feet; thence South 75°49'50" East, 43.62 feet; thence North 08°22'10" East, 342.55 feet; thence North 59°07'10" East, 220.4 feet; thence South 07°30'40" East, 361.48 feet; thence South 76°33'20" East, 29.06

    Interlocutory Judg. #30A
Exhibit "B"

Parcel 19-37-295 Continued:

feet; thence South 19°20'40" West, 330.92 feet to a point on

a curve on the Northerly line of Gafford Road; thence along

a curve having a radius of 282.44 feet curving Northwesterly

on an arc of 108.64 feet to the true point of beginning.

APPARENT OWNERS:

KANOWITZ, Julius

SLUSSER, Ann

Parcel 19-37-296:

That portion of Lot 166, Sedco Tract No. 1, being a portion

of Section Twenty-three (23), Township Six (6) South, Range

Four (4) West, San Bernardino Base and Meridian, in the

County of Riverside, State of California, described as follows:

Beginning at the Southeast corner of Lot 166, said point being

on the Northerly line of Gafford Road; thence North 89°25' West,

along the Northerly line of said road 211.83 feet; thence on

a curve concave Northeasterly having a radius of 123.75 feet

through a central angle of 69°39', an arc distance of 150.44

feet;  thence North 19°46' West 227.33 feet; thence on a curve

concave Southwesterly having a radius of 375.76 feet through a

central angle of 31°44' an arc distance of 208.12 feet; thence

North 51°30' West 83.38 feet; thence on a curve concave North-

easterly having a radius of 408.05 feet, through a central angle

of 25°43'20" an arc distance of 183.18 feet; thence on a curve

concave Southwesterly having a radius of 136.38 feet, through

a central angle of 80°02'30" an arc distance of 159.98 feet to

the true point of beginning. (All of the said courses and distances

being along the Northerly and Northeasterly line of Gafford Road);

thence North 20°04'30" East 638.55 feet; thence North 73°07'40"

West, 166.64 feet; thence North 36°42'50" East 122.14 feet;

thence South 59°07'10" West 215.05 feet;  thence South 07°30'40"

West 361.48 feet; thence South 76°33'20" East 29.02 feet; thence

Interlocutory Judg. #30A
                    Exhibit "B"

887

Parcel 19-37-296 Continued:

South 19°20'40" West 361.48 feet; thence South 76°33'20"
East 29.02 feet; thence South 19°20'40" West 330.92 feet to
a point on a curve on the Northerly line of Gafford Road;
thence Easterly along the said curve concave Northerly a
distance of 71.74 feet; thence continuing on the Northerly
line of said Gafford Road South 74°10'50" East 114.08 feet
to the true point of beginning, EXCEPT that portion in the
County Road (Lemon Street).

APPARENT OWNERS:

ZIEHLKE, John E.

SLUSSER, Ann

Parcel 19-37-297:

That portion of Lot 166, Sedco Tract No. 1, being a portion
of Section Twenty-three (23), Township Six (6) South, Range
Four (4) West, San Bernardino Base and Meridian, in the
County of Riverside, State of California, described as
follows:  Beginning at the Quarter corner on the East line
of said Section 23; thence North 89°25' West 1344.66 feet
to the true point of beginning on the Northerly line of
Gafford Road;  thence North 89°25' West 191.88 feet; thence
on a curve having a radius of 123.75 feet curving Northerly
an arc distance of 150.44 feet; thence North 19°46' West
227.33 feet; thence on a curve having a radius of 375.76
feet curving Westerly an arc distance of 208.12 feet; thence
North 51°30' West, 83.38 feet; thence on a curve having a
radius of 408.05 feet, curving Northerly an arc distance of
183.18 feet; thence on a curve having a radius of 136.38 feet,
curving Westerly an arc distance of 159.98 feet; thence North
20°04'30" East 638.55 feet; thence North 73°07'40" West, 166.64
feet; thence North 36°42'50" East 443.55 feet; thence North

Interlocutory Judg. #30A
Exhibit "B"

Parcel 19-37-297 Continued:

18°58'50" East, 340.31 feet; thence South 22°26'20" East 272.48 feet; thence South 31°20' East 222.92 feet; thence South 75°54' East 208.75 feet; thence South 00°37'20" West, 323.23 feet; thence on a curve having a radius of 775.96 feet curving Westerly an arc distance of 325.03 feet; thence on a curve having a radius of 120.0 feet curving Easterly an arc distance of 134.04 feet; thence on a curve having a radius of 211.09 feet curving Westerly an arc distance of 147.37 feet; thence South 00°37'20" West, 660.75 feet to the true point of beginning.

APPARENT OWNERS:

REICHERT, Bruno O. & Cheryl H.

Parcel 19-37-298:

That portion of Lot 166, Sedco Tract No. 1, being a portion of Section Twenty-three (23), Township Six (6) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: All that portion of land lying Westerly of the Easterly line of said Lot 166 and Easterly of the center line of a 40 foot roadway, said center line being described as follows: Beginning at a point North 00°37'20" East, 660.75 feet from the Southwest corner of the East Half of the Northeast Quarter of said Section 23; thence on a curve having a radius of 231.09 feet curving Westerly an arc distance of 161.32 feet; thence on a curve having a radius of 100 feet curing Easterly an arc distance of 117.01 feet; thence on a curve having a radius of 795.96 feet curving Easterly an arc distance of 333.41 feet to its intersection with the said East line of Lot 166; thence South 00°37'20" West along the said East line 577.24 feet to the point of beginning.

APPARENT OWNER:

DE BORDE, Mabel G.

-27-                    Interlocutory Judg. #30A
                             Exhibit "B"

889

Parcel 20-9-612:

Lots 15 and 16 in Block A of Murrieta Eucalyptus Company's Tract in the County of Riverside, State of California. Also, Lot 23 and Lots 28 through 30 in Block B of Murrieta Eucalyptus Company's Tract in the County of Riverside, State of California.

Also, that portion of Temecula Rancho lying between the Northeasterly line of said Rancho and the Northeasterly line of Murrieta Eucalyptus Company's Tract and Southeasterly of the Northwesterly boundary line extended of Lot 16 in Block A of Murrieta Eucalyptus Company's Tract, and Northwesterly of the Northwesterly boundary line extended of Lot 15 in Block A of Murrieta Eucalyptus Company's Tract in the County of Riverside, State of California.

APPARENT OWNERS:

BLACKMORE, Harvey A. & Betty Jean

Parcel 20-9-618:

The Northwesterly half of the Southeasterly half of the Southwesterly half of Lot 22 in Block A of Murrieta Eucalyptus Company's Tract in the County of Riverside, State of California, EXCEPT that portion in State Highway.

APPARENT OWNERS:

GOING, Jack and Meta

Parcel 20-9-619:

The Southeasterly half of the Southeasterly half of the Southwesterly half of Lot 22 in Block A of Murrieta Eucalyptus Company's Tract in the County of Riverside, State of California, EXCEPT that portion in State Highway.

Interlocutory Judg. #30A
Exhibit "B"

890

Parcel 20-9-619 Continued:

APPARENT OWNERS:

TAYLOR, Florence Neff

PAUL, Chessie N.

WHITE, Juna V.

WINGO, Diri

FURMAN, Eltha B.

Parcel 20-9-620:

The Northwesterly half of the Northwesterly half of the South-
westerly half of Lot 23 in Block A of Murrieta Eucalyptus
Company's Tract in the County of Riverside, State of California,
EXCEPT that portion described as follows:  Beginning at a point
in the center line of Juniper Street distant Northeasterly
550.66 feet from its intersection with the center line of
Hamilton Avenue; thence Northeasterly along the center line
of Juniper Street 109.41 feet; thence South 41°36'59" East
331.01 feet; thence South 48°40'40" West 422.91 feet; thence
North 0°23'04" East 389.96 feet to the Southeasterly line of
Juniper Street; thence North 11°19'30" East 65.86 feet to the
point of beginning.

APPARENT OWNER:

CALIFORNIA, State of

Parcel 20-9-621:

The Southeasterly half of the NOrthwesterly half of the South-
westerly half of Lot 23 in Block A of Murrieta Eucalyptus
Company's Tract in the County of Riverside, State of California,
EXCEPT that portion in State Highway.

APPARENT OWNER:

HUNT, M.

-29-                    Interlocutory Judg. #30A
                              Exhibit "B"

Parcel 20-18-123:

    The Southwesterly 2 acres of the following described property:

    Lot 16, and the Southeasterly Half of Lot 15, Block 1, Pauba

    Land & Water Company, County of Riverside, State of California,

    the Northeasterly line of said Southwesterly 2 acres being

    parallel with the Northeasterly lines of Lots 15 and 16.

APPARENT OWNERS:

    LEASURE, James F. & Ella J.

Interlocutory Judg. #30A
Exhibit "B"