UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                ) No.    1247-SD-C
                                      )
vs.                                   ) MINUTES OF THE COURT
                                      )
FALLBROOK, etc., et al                ) Dated:  March 13, 1963
                                      )
                                      ) At San Diego, California

PRESENT: Hon.         JAMES M. CARTER          District Judge

Deputy Clerk WILLIAM W. LUDDY   Reporter    JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND DONALD REDD


Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN AND FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL.

    IT IS ORDERED cause is continued to April 9, 1963, at 10 A.M. for further court trial, and further hearing on objections to findings, etc.

JOHN A. CHILDRESS, Clerk
by _____
                    Deputy