*Original*

**ENTERED**

MAR 13 1963

CLERK, ~~DISTRICT COURT~~
SOUTHERN ~~DISTRICT OF CALIFORNIA~~
By~~_____~~ Deputy Clerk

**FILED**

MAR 13 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By~~_____~~ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>     Defendants. | No. 1247-SD-C<br><br>ORDER AMENDING<br><br>INTERLOCUTORY JUDGMENT NO. 39A |

WHEREAS, this Court, having previously entered Interlocutory Judgments numbered 2 through 21, all of which relate to lands within the watershed of Fallbrook Creek or to lands situated in the Area South of the Santa Margarita River between Fallbrook Creek and Rainbow Creek watersheds; and

WHEREAS, the lands to which those Interlocutory Judgments pertain neither abut upon nor are traversed by the Santa Margarita River or its tributaries and the ground waters, if any, found in those lands are "vagrant, percolating, local waters, not being a part of any surface stream or subsurface basin of the Santa Margarita River or its tributaries,"; and

WHEREAS, those Interlocutory Judgments numbered 2 through 21 covered most but not all of the lands referred to above; and

WHEREAS, this Court entered on November 8, 1962, Interlocutory Judgment No. 39A which pertains to the "Lands in the Santa Margarita River Watershed, Below Temecula Gorge and Above the Naval Enclave, Which Do Not Overlie Any Ground Waters Which Feed or Contribute to the Santa Margarita

-1-

2399

River or Its Tributaries,"; and

WHEREAS, the land to which Interlocutory Judgments numbered 2 through 21 pertain are generally within the area embraced in Interlocutory Judgment No. 39A and the vagrant, local and percolating waters to which all of the Interlocutory Judgments have application are in the contemplation of the law identical in character with those referred to in Interlocutory Judgment No. 39A; and

GOOD CAUSE BEING SHOWN, better to conclude this litigation and to simplfy the entering of the final judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 39A be amended by adding to the caption on Page 1 immediately preceding the Findings of Fact, the following:

" . . . Including Fallbrook Creek and the Area South of the Santa Margarita River between Fallbrook Creek and Rainbow Creek Watersheds."

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT:

Interlocutory Judgments numbered 2 through 21 be, and they are hereby incorporated into, merged and consolidated with and made a part of the above mentioned Interlocutory Judgment No.39A and the apparent owners referred to in those Judgments and the lands to which they relate are subject to all of the terms and provisions of the last mentioned Interlocutory Judgment;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the exhibits which are hereto attached, are incorporated by reference into and made a part of the Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 39A, Finding number IV being specifically amended to include those exhibits which are as follows:

Exhibit D, alphabetical list of the apparent landowners of Fallbrook Creek Watershed, which is U.S.A.Pl's Exhibit 215-A;

Exhibit E, designated "Ownership and Legal Descriptions-Fallbrook Creek Watershed," which is U.S.A.Pl's Exhibit 215-B;

Exhibit F, alphabetical list of the apparent owners of lands

-2-

2400

12

for the "Area South of the Santa Margarita River Between

Fallbrook Creek and Rainbow Creek Watersheds," which is

U.S.A.Pl's Exhibit 214-A;

Exhibit G, names of the apparent owners and land descriptions

in the Area South of the Santa Margarita River Between

Fallbrook Creek and Rainbow Creek Watersheds, which is

U.S.A.Pl's Exhibit 214-B;

Exhibit H, a list of those defendants within the area in question

who executed "Stipulation Limiting and Settling Rights to

the Use of Water."

Each and every provision of Interlocutory Judgment No. 39A now becomes appli-

cable to the above listed exhibits to the same extent and in the same manner

as if those exhibits had been part of that Judgment at the time of its entry.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Interlocutory

Judgment No. 39A be and is hereby further amended by inserting a new paragraph

VIII, on page 8, reading as follows:

Set forth on Exhibit H, incorporated by reference into this Inter-

locutory Judgment is a list of defendants who executed "Stipulation Limiting

and Settling Rights To the Use of Water." However, as this Judgment is

broader in scope and provides for greater rights than set-forth in the

Stipulation last mentioned, those documents will not be acted upon by this

Court, all in accordance with the notice previously sent to those defendants.

Dated:  *3-13-39*

JAMES M. CARTER

Judge, United States District Court

2401

| | |
|---|---|
| Abbott, Robert O. & Ruby M. | Twp. of W.F., Par. 14, 15<br>D & P, Par. 28 |
| Abbott, Daniel T. & Jessie R. | Twp. of W.F., Par. 343 |
| Acker, Franklin & Ione | Sec. 24, Par. 39 |
| Ackles, Gerald & Ellen V. | Sec. 19, Par. 50A & 50B.<br>Sec. 25, Par. 69 TDBen |
| Adams, Howell H. & Ida J. | Sec. 25, Par. 51 TDBen<br>Twp. of W.F., Par. 139 TDBen<br>Cheathams, Par. 11 TDBen |
| Adams, Pearl B. | Twp. of W.F., Par. 56, 109 & 110 |
| Adlfinger, Raymond & Wilhelmina | Sec. 24, Par. 144 |
| Administrator of Veterans Affairs, U.S.A. | D & P, Par. 4, 15, 25, 28 TDBen<br>Bartletts, Par. 41 & 43 TDBen<br>College, Par. 32 TDBen<br>Elder Knoll, Par. 6, 7 & 8 TDBen<br>Sec. 18, Par. 39, 70A & 72 TDBen<br>Sec. 24, Par. 66 TDBen<br>Sec. 25, Par. 33 & 87 TDBen<br>Twp of W.F., Par. 231, 252, 259, 295, 322, 324, 340 TDBen |
| Ainsworth, Harry & Alice L. | Sec. 24, Par. 173 |
| Alexander, William A. | Sec. 24, Par 22 |

(E4 215-A

*Interlocutory Judgment No. 39A*
*Exhibit D*

2402

3,6,7,8,10,11,12,13,
16,17,18 & 19
Par. 9 TDBEN

Allen, Elmer &
    Lucille S.

Sec. 19, Par 8, TDBen
Sec. 24, Par. 149 &
150 TDBen, Par. 180
Sec. 25, Par. 38 TDBen.

Allmon, Ralph &
    Jimmie

Twp. of W.F., Par.
227, 228, 229, 233,
234 & 235

Almond, John &
    Lorraine

Sec. 24, 184

Alms, Winifred J.

Elder Knoll, Par. 7
TDBen

American National
Insurance Co.

Twp. of W.F., Par.
102, 103, & 104
TDBen

Anderson, Czerny &
    Thelma

Shipley, Par. 21

Anderson, Fred M. &
    Flora L.

Sec. 19, Par. 36

Anderson, Lettie M.

Sec. 24, Par. 43
Twp. of W.F., Par.
194 & 253 TDBen

Angelo, James &
    Marguerite H.

Twp. of W.F., Par.
64 & 65 TDBen

Anguiano, Santiago &
    Julia

Twp. of W.F., Par. 195

-2-

PROPERTY

Anthony, Donald &

Charlotte

Twp. of W.F., Par. 64, 65, 82, 111, 165 & 253
Sec. 24, Par. 80, 118, 119, 120, 121, 140, 149, 150, 158
Por. of Twp. of W.F., Par. 12, 13 & 16

Appel, A. W.

Twp. of W.F., Par. 27 TDTr

Mrs. Velma Peterson, Executrix of William S. Appleford Estate

Sec. 24, Par. 186 Int. Par. 191 Life Est.

Appleford, Basil Brundsen

Sec. 24, Par. 191

Appleford, Ernest James William

Sec. 24, Par. 191

Appleford, John Henry

Sec. 24, Par. 191

Appleford, Peter Hugh

Sec. 24, Par. 191

Armstrong, Herbert &

Katherine

Sec. 19, Par. 32 TDBen

Atkisson, Thomas A. &

Opal

Sec. 18, Par. 10, 15X1
Sec. 18, Par. 15A TDBen

Atchison, Topeka &
Santa Fe

Sec. 18, Par. 114
Twp. of W.F., Par. 3, 5, 21, 27, 35, 124, 134, 135, 193
Por. of Twp. of W. F. Par. 32
Sec. 19, Par 33, 34, 37
Sec. 24, Par. 29, 188 189
Sec. 25, Par. 161, 162 163
Abbotts Addi, Par. 8
Harris Addi. Par. 5

-3-

2404

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Aul, Fred & Edythe S. | Twp. of W.F., Par. 140, 141, 142, 143 |
| Austin, Jack L. | Shipley, Par 1 & 20, 2A |
| Bagby, William L. & Lillian H. | Sec. 19, Par. 38, 42 & 43 TDBen |
| Baird, George W. & Minnie M. | Sec. 24, Par. 61 |
| Baird, Robert W. | Sec. 24, Par. 134 TDBen |
| Baker, Ione B. | Bartletts, Par. 35 |
| Baker, Jane | Bartletts, Par. 20 TDBen |
| Baker, Warren D. & Lillian | Sec. 18, Par. 11, 13 |
| Banfield, Irene F. | Sec 18, Par 75, 77, 78 TDBen<br>Sec. 18, Par. 75 |
| Bank of America | Twp. of West Fallbrook Par. 176, 177 & 178 Bwner<br>D&P, Par. 1, 2, 5, 6, 8, 9, 11, 12, 21, 22, 23, 27<br>Stevensons, Par. 13A, 14<br>Cheathams, Par. 10, 12, 22, 27X1<br>Bartletts, Par. 1, 10X1, 13, 14, 16, 18, 28, 33B<br>Shipley, Par. 3, 13X1<br>College, Par. 28<br>Elder Knoll, Par. 2, 3, 4, 5, 11<br>Por. of Twp. of W.F. Par. 10<br>Sec. 18, Par 26, 29, 32, 35, 36X1, 44, 58, 80, 102, 103<br>Sec. 18,19, Par. 46, 50 50X2 |

-4-

2405

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Bank of America, continued | Sec. 24, Par 18, 48, 54X1, 55, 62, 73AX1, 92, 100A, 109, 115, 166, 168, 174 |
| | Sec. 25, Par. 1A, 3, 8, 9, 32, 66, 70, 79, 90, 95, 98X1, 100, 101, 103B, 158X1 |
| | Twp of W.F., Par. 11, 35, 43, 50, 55, 72, 210, 211, 216, 237X1, 262, 271, 284, 294, 301, 305, 306A, 307X1, 321, 323, 338, 339  TDBEN D&P., Par. 12, 16, 17, 19, 20 |
| | Cheathams, Par. 1, 5, 11, 20, 21, 24X1, 24AX1, 26, 27X1, 27A |
| | Bartletts, Par. 8, 9, 12, 20, 22, 23, 34X2, 37, 39, 47A, 48A, 50, 52 |
| | Shipley, Par. 5, 8, 9, 13X1, 23A, 23B, 33 |
| | College, Par. 3, 6, 8A1, 9X1, 10A, 8A2, 11A, 13, 14, 24, 29, 30, 48 |
| | Elder Knoll, Par. 1A, 7, 8, 10 |
| | Harris, Par 1 & Par 7 of Abbotts Addi., Par 2A |
| | Por. of Twp. of W.F. Par. 11, 15, 21 |
| | Sec. 18, Par. 12, 14, 23, 23A, 28, 34, 43, 69X2, 69A, 81, 82, 84, 86, 94, 95, 100X1, 102, 103, 105, 106, 113 |
| | Sec. 19, Par. 4X2, 4A, 4B, 8, 9, 13X2, 14, 15, 16, 18, 20A, 32, 35AX1, 36, 43, 54, 56 |
| | Sec. 24, Par. 19, 22, 24, 26, 31B, 44, 54A, 65, 67, 86, 89, 96, 97, 100X1, 102A1, 102BX1, 102B1, 102D, 102E, 108, 112A, 117, 114, 116, |
| | Sec. 24, Par. 119, 120, 121, 123, 124, 125, 129, 134, 140, 145, 149, 150, 157, 158, 162, 171, 178, 180, 183, 184 |
| | Sec. 25, Par. 1X2 & 165, 1A & 3, 2 & 177, 17, 18, 19, 20X1, 22, 25, 26, 36, 38, 42B, 44X1, 44A, 48, 56, 67, 68, 69, 71, 82, 83, 92, 93, 94, |

-5-

2406

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Bank of America, continued | Sec. 25, Par. 103X3, 103A, 104, 105, 158A<br>Twp. of W.F., Par. 12A, 13, 31, 41, 50, 52, 55, 59, 64, 65, 70, 73, 74, 78, 79, 80, 90, 96, 97, 113, 117, 130, 131, 141, 142, 143, 144, 149, 162X1, 162A, 163X1, 171, 172, 179, 184, 186, 189, 191, 194, 198, 214A, 218, 227, 228, 229, 233, 234, 235, 230, 232, 238, 238X1, 246, 249, 253, 254, 256, 257, 261, 268, 280X1, 283, 285, 286, 287, 304, & 306X1, 307A, 320, 321, 325, 330, 345, 349 TDTR |
| Bank of Tokyo of California | Twp. of W.F., Par. 164, TDBen |
| Banks, Gertrude D. | Sec. 24, Par. 100A |
| Banks, Stanley & Elva L. | Sec. 24, Par. 100X1 |
| Barell, Minnie | Twp. of W.F., Par. 102, 103, 104 |
| Barkow, Harold W. & Marcella C.R. | Twp. of W.F., Par. 120, 121, 129, 326<br>Sec. 19, Par. 9, & 14 TDBen<br>Sec. 24, Par. 38 Agmt to Convey,<br>Sec. 24, Par 104<br>Sec. 25, Par. 80, 81<br>College St., Par. 4, 5<br>Sec. 18, Par 95 TDBen |
| Barkow, Walter H. & Hilda | Twp. of W.F., Par. 188<br>Sec. 18, Par. 95 |
| Barnard, Fred G. Jr. & Neta L. | Shipley, Par. 19A |

-6-

2407

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Barnard, Harriet L. | Shipley, Par. 19A |
| Barnard, Maryline | Shipley, Par. 19A |
| Barnett, Mary L. | Sec. 24, Par. 103X3 |
| Barrett, Delbert E. | Twp. of W.F., Par. 161 |
| Bartlett, Francis W. Jr. | Twp. of W.F., Par. 56 |
| Bartlett, Paul D. | Twp. of W.F., Par. 56, 109, 110 |
| Bartoo, Martin L. & Genevieve | Twp. of W.F., Par. 89 |
| Bateman, Walter W. Lucille | Cheathams, Par. 26, 27A TDBen |
| Beairsto, John R. & Shirley Ann | Sec. 18, Par. 31B, 33 |
| Beaman, Alice V. | Twp. of W.F., Par. 278 |
| Beaman, Thomas A. | Twp. of W.F., Par. 256 |
| Beamon, Alexander & Elsie A. | Sec. 19, Par. 21 |
| Beattie, Vernon L. Ruth D. | Sec. 24, Par. 89, 102B1 TDBen Sec. 24, Par 102BX2, 102D, 102E Sec. 24, Par. 141, Agmt To Convey Bartletts, Par. 34X2 |
| Beausoleil, George & Nina | Twp. of W.F., Par. 130 & 131 TDBen |
| Beck, Nellie E. | Por of Twp. of W.F., Par. 3. |

2408

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Becker, Albert W. & Peggy J. | Twp. of W.F. Par. 283 |
| Begien, Raymond E. & Dorotha | Bartletts, Par. 2, 3 |
| Beightol, Ralph A. & Doris L. | Sec. 18, Par. 52 |
| Belbo, Ingvar & Magda | College St. Par. 15, 16 |
| Bell, Charles Bonnie | Sec. 19, Par 4A |
| Bell, Ernest A. & Edith L. | Twp. of W.F., Par. 200 201, 204, 205 & 206 |
| Bellows, John A. | Twp. of W.F., Par. 283 TDBen |
| Bender, Nelson L. & Edith B. | Whipley, Par. 16 |
| Benson, George W. & Sophia N. | Sec. 18, Par 38 |
| Benton, Hazel A. | Elder Knoll, Par 1X1 Stevenson, Par. 13A |
| Berg, Eddie & Anna M. | Sec. 24, Par. 96, 97 |
| Berkeley Bank for Cooperatives | Twp. of W.F., Par. 2, 20, 22 TDBen |
| Bernadin, Emile E. & Ethel B. | Sec. 25, Par. 96 |

2409

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| ~~XXXXXXXXXX~~<br>Berry, Elsie H. | Twp. of W.F., Par. 200, 201, 205, 206 |
| Besse, Marie M. | Twp. of W.F., Par. 198 TDBen<br>TW Sec. 24, Par 89 TDBen |
| Bibb, Tommie &<br>  Jewel K. | Sec. 19, Par. 54 & 56 |
| Biddle, Grace Eloise | Twp. of W.F., Par. 70 |
| Billett, Henry &<br>  Winifred | Sec. 25, Par. 69<br>Twp. of W.F., Par. 285 |
| Birt, William Ward | Sec. 24, Par. 166 |
| Bishop of the Protestant Episcopal Church in Los Angeles | Twp. of W.F., Par. 213 |
| Bisogno, John C. &<br>  Marcella | Twp. of W.F., Par. 114, 115 & 116 |
| Blacklidge, William &<br>  Ruby | Twp. of W.F., Par. 186 TDBen<br>Bartletts, Par. 63 |
| Blakemore, James H.<br><br>  Lucille | Sec. 25, Par. 103X3 TDBen |
| Blount, Estes &<br>  Ruth E. | College St., Par. 8A1, 9X1 & 10A |
| Bolton, Lauren D. &<br>  Ethel M. | Sec. 18, Par. 51<br>Sec. 25, Par. 27 |
| Bolton, Lloyd R. &<br>  Emma C. | Sec. 18, Par. 41 |

-9-

2410

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Bonds, W. R. & Lera | Twp. of W.F., Par. 262 |
| Boren, Willard Dorothy | College St., Par. 23 |
| Boring, Guy & Violet | Sec. 19, Par. 29 |
| Boro, Eugene V. & Helen O. | Shipley, Par. 22 |
| Bosse, Walter H. & Laurice S. | Sec. 24, Par. 7A |
| Bradley, Hazel Laura | Bartletts, Par. 24 |
| Bragg, Edward E. & Glenita | Shipley, Par. 23X2 |
| Branch, Leona | Twp. of W.F., Par. 70 |
| Brand, Frederick & Catherine J. | Sec. 25, Par. 61 |
| Bray, Richard Cora B. | Twp. of W.F., Par. 25 |
| Breining, Walter M. & Lucille | Twp. of W.F., Par. 182 |
| Broadbrooks, Cecil & Dorothy | Twp. of W.F., Par. 301 Agmt to Convey |
| Brooks, Oscar & Sylvia S. | Twp. of W.F., Par. 301 |
| Brown, Clarence & Eveline | Twp. of W.F., Par. 341 Agmt to Purchase |

-10-

2411

<u>FALLBROOK CREEK WATERSHED</u>

| <u>NAME</u> | <u>PROPERTY</u> |
|---|---|
| Brown, Irvin T. & Clara R. | Sec. 24, Par. 127 |
| Brown, James & Jennie M. | Bartletts, Par. 25, 26 |
| Brown, John E. | Sec. 24, Par. 60 |
| Brown, Rollin & Dorothy S. F. | Twp. of W.F., Par. 349 TDBen |
| Browning, William & Lottie | Sec. 24, Par. 27 |
| Bruce, Cecil D. & Helen V. | Twp. of W.F., Par. 345 TDBen |
| Brunson, Chester A. & Dorothy J. | Cheathams, Par. 20 & 21 |
| Brunwin, Mary H. | Twp. of W.F., Par. 49 |
| Buck, Dora M. | Bartletts, Par. 21 |
| Buck, Margaret Lindall | Sec. 18, Par. 113 |
| Buck, Valentine & Leora | Bartletts, Par. 32 |
| Budai, Thresa | Sec. 18, Par. 69X2, 69A |
| Budai, Steve J. | Sec. 18, Par. 69X2, 69B |
| Buford, Arlo | Twp. of W.F., Par. 27 TDBen |

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Bullock, Delbert H. | Por. of Twp. of W.F., Par. 15 TDBen Twp. of W.F. Par. 16 Sec. 19; Par 26 |
| Bullock, Glenn C. & Evelyn G. | Sec. 19, Par 51 Twp. of W.F. Par. 16 |
| Buono, Victor F. | Twp. of W.F. Par. 27 TDBen |
| Burnaman, Murray E. & Neva M. | Sec. 24, Par. 18 Agmt to Convey |
| Burney, Elmer J. & Hazel D. | Shipley, Par. 18 |
| Burns, William M. & Inez F. | Cheathams, Par. 17 |
| Burt, Amy Anthony | Twp. of W.F. Par. 119 |
| Burt, Jerry F. & Catherine | Sec. 18, Par. 35 |
| Burton, Henry C. & Winifred E. | Sec. 24, Par. 178 TDBen |
| Burton, Herbert M. | Sec. 24, Par. 178 |
| Busenberg, Milo O. & Mariella | Sec. 25, Par. 52 Sec. 24, Par. 169 |
| Bustamente, Felix & Celia M. | Twp. of W.F. Par. 261 Agmt to Convey |
| Buttres, Hilda R. | Shipley, Par. 36 TDBen |

2413

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Cain, Charles R. & Joelva | Sec. 18, Par. 31A |
| Calavo Growers of California, A Corp. | Sec. 19, Par. 30 |
| California Bank | Sec. 24, Par. 139 TDTr |
| California-Eldership of Churches of God in California | Twp. of W.F. Par. 17, 18, 19 |
| California Pacific Title & Trust Co. | Twp. of W.F., Par. 105 106 TDTr |
| Cameron, Ferol Rowland | Shipley, Par. 19X1 |
| Campbell, Phillip F. & Bethena | Sec. 18, Par. 23A |
| Campbell, Thomas & Francis | College St., Par. 30 |
| Campbell, William & Winifred | Sec. 19, Par. 136 Sec. 24, Par. 130 |
| Cannon, Theresa M. | Twp. of W.F. Par 254 Int |
| Cardon, C. W. & Jean | Twp. of W.F., Par. 51 |
| Carmichael, William & Margaret E. | Sec. 19, Par. 14 |
| Cartwright, Charles F. & Marian L. | Twp. of W.F. Par. 224 & 226 |
| Casteel, John P. & Gertrude | Twp. of W.F., Par. 184 |

-13-

2414

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Cemetery | Sec. 25, Par. 40 |
| Central Bank | Sec. 18, Par 46 TDBen |
| Chabbot, Julius | Twp. of W.F. Par 80 TDBen |
| Chase, Emma | Sec. 19, Par. 5 |
| Christensen, Wayne D. & Frances | Sec. 25, Par. 62 |
| Churchill, Frank A. | Twp. of W.F. Par 215A |
| Clark, Allen B. & Virginia | Sec. 25, Par. 100 |
| Clark, Charles & Lola Montez | Sec. 24, Par. 183 Twp. of W.F. Par 280A |
| Clark, Hildur M. | Sec. 24, Par. 183 |
| Clark, Jean H. & Mildred C. | Sec. 25, Par. 72 |
| Clark, Sawyer Wells | Por. of Twp. of W.F., Par. 20 Twp. of W.F. Par. 107 College St. Par. 1, 2 & 59X1 of Sec. 24 College St. Par. 3 TDBen |
| Claypool, Ray L. & Dora | Sec. 18, Par. 104, 121 |
| Clemmens, Burkley A. | Sec. 25, Par. 13 |
| Clemmens, Florence D. | Sec. 25, Par. 41X2 |
| Clemmens, Marion F. | Sec. 25, Par. 39 |

2415

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Clyde, Frank L. & | Twp. of W.F. Par. |
| Ina B. | 45, Life Estate |
| | |
| Clyde, Wert S. & | Twp. of W.F. Par. 45 |
| Thelma B. | |
| | |
| Cole, Louise C. | Por. of Twp. of W.F. Par. 31 |
| | |
| Colvin, William H. & | Sec. 24, Par 9X3 |
| Addie G. | Por. of Twp of W.F., Par. 29 |
| | |
| Comer, William F. | Sec. 24, Par. 102C |
| Phyllis | Sec. 24, Par. 102D, 102E TDBen |
| | |
| Connecticut Mutual Life Insurance Co. | Sec. 18, Par. 9, 16, 76, 79 TDBen Twp. of W.F., Par. 180 TDBen D&P, Par. 13,14 TDBen Shipley, Par 1, 20 36 TDBen |
| | |
| Continental Auxilliary Co. | D&P, Par. 6, 8, 9, 11, 12, 21, 22 TDTr Stevensons, Par. 13A TDTr Cheathams, Par. 12, 22, 27X1, TDTr Bartletts, Par. 1, 10X1, 13, 18, 28, 33B TDTr Shipley, Par. 3, 13X1 TDTr College, Par. 28 TDTr Elder Knoll, Par 3, 4 TDTr Sec. 18, Par. 26,36X1, 44, 80 TDTr. Sec. 24, Par 18, 73AX1, 92, 174 TDTr. Sec. 25, Par. 8, 9, 32, 36, 70, 103B TDTr. Twp. of W.F. Par. 11, 35, 61, 72, 113, 171, 237X1, 262, 284, 294, 306A & 307X1 TDTr. |

2416

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Cook, Oscar R. & Lillian I. | Stevensons, Par. 12 |
| Cooper, Andrew J. & Dorothy M. | Sec. 18, Par 84, TDBen |
| Cornell, Jack W. & Josephine | Twp. of W.F. Par. 212 |
| Corporation of America | D.&P., Par. 1, 2, 4, 5, 23, 27 TDTr<br>Stevensons, Par. 14 TDTr<br>Cheathams, Par. 10 TDTr<br>Bartletts, Par. 14, 16, TDTr<br>Elder Knoll, Par. 2, 5, 11, TDTr<br>Por. of W.F., Par. 10, TDTr<br>Sec. 18, Par. 29, 32, 35, 46, 102, 103 TDTr<br>Sec. 19, Par. 46, 50X2 TDTr<br>Sec. 24, Par. 54X1, 55, 62, 100A, 109, 115, 166, 168, TDTr<br>Sec. 25, Par. 66, 79, 90, 95, 98X1, 100, 101, 158X1 TDTr<br>Twp. of W.F., Par. 43, 50, 55, 210, 211, 216, 271, 287, 301, 305, 321, 323, 338, 339, TDTr. |
| Corp. of the Presiding Bishop of the Church of Jesus Christ of Latter Day Sains | Sec. 24, Par. 26 TDBen<br>Sec. 24, Par. 29 79, 84 |
| Costela, G. J. | College St., Par. 21 TDTr. |
| Courtney, R. C. | College St., Par. 27 |
| Covell, Robert L. | D. & P. Par. 12 TDBen |
| Coy, Glenn W. & Jessie M. | Sec. 24, Par. 50 TDBen |
| Crane, Walter E. & Edna M. | Sec. 24, Par. 154 |

2417

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Cross, James & Geraldine | Sec. 24, Par. 125 |
| Cruzan, John S. & Cynthia | Twp. of W.F., Par. 268 |
| Culver, Merrill M. | Sec. 24, Par. 178 |
| Cyr, Charles H. | Twp. of W.F., Par. 31 |
| Dahlberg, Rudolph & Gertrude | Sec. 24, Par. 50 |
| Daily, Fred B. | Bartletts, Par. 11 |
| Daily, Ross W. & Helen M. | Bartletts, Par. 11 |
| Damron, Dale M. & Helen | Shipley, Par. 13A Agmt to Convey |
| Dargan, Ruby Hooper | Sec. 24, Par. 40 |
| Davidson, Andrew P. & Frances L. | Sec. 25, Par. 17, 18 19 TDBen |
| Daving, Carl G. & Mildred L. | Sec. 18, Par. 82 Sec. 19, Par. 18 |
| Davis, Constance | Sec. 24, Par. 103B |
| Davis, Paul L. & Mary | Sec. 24, Par. 48 |
| Davis, W. E. & Kathleen | Bartletts, Par. 12 |
| Davis, William N. & Mary E. | Shipley, Par. 23B, 33 TDBen |

-17-

2418

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Davis, William A. & Blanche L. | Twp. of W.F., Par. 295 |
| Dawes, Duane H. & Janice A. | Shipley, Par. 43 |
| Dawes, George F. & Dora P. | Sec. 24, Par. 89 |
| Dawes, Larry R. | Sec. 24, Par. 102AX1 |
| Day, Lowell R. & Edith H. | Sec. 18, Par. 102 & 103 TDBen |
| Daywalt, John H. & Chloris R. | Twp. of W.F. Par. 348 |
| DeLang, Paula | Sec. 24, Par. 128 |
| Deniston, William H. & Charlotte | Sec. 18, Par. 18, 24 |
| Dennis, Walter L. & Alice M. | Sec. 18, Par. 88 |
| Denyes, G. S. & Isabel M. | Twp. of W.F., Par. 281, 282 |
| Dept. of Mental Hygiene of State of California, as Guardian of Estate of Mabel Wickersham, Incomp. | Twp. of W.F. Par 77 TDBen |
| Dept. of Veterans Affairs State of California | Bartletts, Par. 10A, 15, 33?, ?? 33B Shipl... ... 11, 13A .. ... 22, 23, ... 30 ... 33, 51A, ... ??, 155 |

2419

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Dethlefs, Walter &<br>　Mary | Sec. 25, Par. 72<br>College St., Par. 8X1,<br>9A |
| Dew, Arthur H. &<br>　Pearl M. | Sec. 24, Par. 174 |
| Dickens, Charles Z. &<br>　Ruby L. | Por. of Twp. of W.F.<br>Par. 8, 9   TDBen |
| Dickenson, A.W. &<br>　Ina M. | Bartletts, Par. 12<br>TDBen |
| Dingwall, Stuart M. | Sec. 19, Par. 16 TDBen |
| DiPiazza, Joseph &<br>　Carmella | Twp. of W.F. Par. 97<br>TDBen<br>Bartlett, Par. 23<br>TDBen |
| ~~Kxxxxxxxx~~<br>Dixon, Norman J. &<br>　Laura | Sec. 24, Par. 108 |
| Dodson, John R. &<br>　Pearl R. | Twp. of W.F., Par. 220,<br>221 Int.<br>Por. of Twp. of W.F.<br>Par. 30 |
| Dominguez, Celedenio | Sec. 24, Par. 96,<br>97 TDBen |
| Dona, Alfred &<br>　Leta M. | Bartletts, Par. 23 |
| Donath & Pierce, Inc. | Sec. 25, Par. 32 |
| Donath, Curtis A. &<br>　Patricia | Elder Knoll, Par. 11 |
| Donath, David C. &<br>　Kathryn J. | Sec. 18, Par. 29 |

2420

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Doore, Lyle &<br>  Emma | Twp. of W.F. Par. 330 |
| Driggs, W. W. &<br>  Ida L. | Cheathams, Par. 27X1 |
| Duncan, James &<br>  Edith F. | Sec. 18, Par. 22A |
| Dunker, Ervin George | Bartletts, Par. 55,<br>56, 57 |
| Dunker, Minnie | College St., Par. 24<br>(TDBen) |
| Dunlap, Frank &<br>  Ruth | Twp. of W.F. Par. 249 |
| Dunn, Barbara | Twp. of W.F. Par. 67 |
| Dunn, Sidney H. &<br>  Laura A. | Twp. of W.F. Par. 67 |
| Dyson, George E. &<br>  Clara R. | Bartletts, Par. 17 |
| Earls, Wesley Jr. &<br>  Madge | D&P, Par. 12 |
| Earp, Jack L. &<br>  Phyllis | Bartletts, Par. 49X2,<br>50 |
| East, Lloyd L. &<br>  Helen L. | Sec. 18, Par. 65, 68 |
| Eberlein, Jack &<br>  Helen | Twp. of W.F. Par.<br>285 (TDBen) |
| Eddy, Marion H. | Sec. 18, Par. 99 |

-20-

2421

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Eenigeburg, Harry & Katherine | Twp. of W.F. Par. 55<br>Twp. of W. F.<br>Par. 214A TDBen |
| Eggers, Elmer R. & Cynthia S. | Sec. 24, Par. 100X1<br>TDBen |
| Eldridge, Jessie Kate | Twp. of W.F. Par. 144 |
| Ellings, William & Lucille | Sec. 24, Par. 102A1 |
| Elliott, James & Grace | Sec. 18, Par. 48 |
| Ellis, Henry W. & Bertha J. | Twp. of W.F. Par. 305 |
| Elser, Eldred L. & Sellers R. | Twp. of W.F. Par 284 |
| Emmons, Wayne & Alice | Partletts Add.<br>Par. 10X1 |
| Enander, Ralph K. & Joan C. | Sec. 18, Par. 56, 98 |
| Encinitas Investment Corp. | Sec. 25, Par. 65<br>(TDTr) |
| Engleman, Robert L. Helen M. | Bartletts Add.<br>Par. 10 Agmt to<br>Convey |
| Erickson, Victor E. Hazel | Bartletts, Par. 8<br>(TDBen) |
| Erret, Samuel & Elsie | Twp. of W.F. Par. 41<br>Bartletts, Par. 22<br>TDBen |

## FALLBROOK CREEK WATERSHED

NAME                                                            PROPERTY

Estrada, Alonzo &                                              Sec. 24, Par. 35
   Erolinda

Estrada, Ralph L.                                             Cheathams 24A1

Evans, Berne H. &                                             Shipley, Par. 2X1
   Jean K.

Ewell, J. Richard &                                           Sec. 24, Par. 129
   Catherine A.

Faeth, John &                                                 Sec. 19, Par. 49X1
   Edna G.

Fall, Charles H. &                                            Twp. of W.F.,
   Mildred L.                                    Par. 339

Fallbrook Assembly of God                                     Twp. of W.F.,
                                                              Par. 38, 39, 40

Fallbrook Citrus Assoc.                                       Twp. of W.F.,
                                                              Par. 2, 20, 22

Fallbrook Hospital District                                   Twp. of W.F. Par. 24

Fallbrook Lodge No. 339                                       Twp. of W.F. Par. 32
Ind. Order of Odd Fellows                                     Sec. 25, Par. 37

Fallbrook Lumber Co                                           Sec. 18, Par. 42
                                                              80 Mtgee
                                                              Sec. 24, Par. 135
                                                              & Par. 5 of
                                                              Abbotts Addition

Fallbrook Methodist                                           Twp. of W.F. Par.
Episcopal Church                                              163A, 273, 274
                                                              & 277

Fallbrook Public Utility Dist                                 Sec. 25, Par. 53
                                                              Sec. 24, Par. 161
                                                              Sec. 18, Par. 59
                                                              Por. of Twp. of
                                                              W. F., Par. 14
                                                              Bartletts, Par. 19

2423

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Fallbrook Sanitary Dist. | Sec. 25, Par. 51<br>Sec. 18, Par. 118 |
| Fallbrook Union High School District | Sec. 24, Par. 30, 98<br>Twp. of W.F. Par. 208, 337<br>Bartletts, Par. 64 |
| Fallbrook Woman's Club | Twp. of W.F. Par. 71, 108 |
| Fant, Alfred &<br>    Donnye | Sec. 19, Par. 6 |
| Farmer, Howard N. &<br>    Hildegard T. | Twp. of W.F. Par. 214A TDBen<br>Shipley, Par. 26X1 |
| Farmer, William R. &<br>    Elsie L. | Sec. 19, Par. 48X1<br>48A TDBen |
| Faulkner, Raymond C. &<br>    Charlotte Flo | Sec. 18, Par. 82 TDBen<br>Sec. 19, Par. 20X1<br>Sec. 19, Par. 18, 20A TDBen |
| Ferrell, Holly H. | Sec. 24, Par. 77 |
| Fiala, Richard R. &<br>    Winona M. | Twp. of W.F. Par. 202 |
| Field, Harry O. &<br>    Mable B. | Sec. 19, Par. 41<br>Sec. 24, Par. 52 |
| Field, Moina A. | Twp. of W.F. Par. 209 |
| First Baptist Church | Twp. of W.F. Par. 53 & 54 |
| First Church of Christ Scientist | Stevenson Bros. Par. 8 & 9 |

2424

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| First Holding Corp | Sec. 24, Par. 46X1, 46AX3 TDTr<br>Twp. of W.F. Par. 282 TDTr |
| First National Bank of Fallbrook | Twp. of W.F., Par. 2, 20 TDTr |
| First National Bank of Vista | Sec. 24, Par. 16, 27 112X1 TDBen<br>Sec. 25, Par. 70, 72 TDBen<br>Twp. of W.F. Par. 38, 39, 40, 71, 108 183, 273, 274, 277 TDBen<br>Por. of Twp. of W.F. Par. 5, 6, 7, 17 TDBen |
| First Trust & Savings Bank of Pasadena | Twp. of W.F., Par. 282, TDBen |
| Fitzloff, Hugo A. | Sec. 24, Par. 103A1 |
| Flasch, Edward H. & Flora L. | Twp. of W.F. Par. 220, 221 |
| Fleckenstein, Martha | Cheathams, Par. 8 |
| Fleming, Eugene & Dorothy G. | Twp. of W.F. Par. 338 |
| Fleming, Gayle A. & Vera M. | Sec. 24, Par. 52 |
| Fleshman, William S. & Martha | Twp. of W.F. Par. 23 |
| Fletcher, J. W. & Gladys | Twp. of W.F. Par. 99 |
| Floyd, Melvin E. & Estela G. | Sec. 25, Par. 2, 177 |
| Foley, Alice M. | College St. 12 |

-24-

2425

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Forsyth, Ian C. & <br> Barbara | Sec. 25, Par. 44X1 <br> 44A |
| Fox, Harriette N. | Cheathams, Par. 11 |
| Francis, Sequoyah & <br> Mabel S. | Sec. 25, Par. 94 <br> Twp. of W.F. Par. 186 |
| Fredy, Augustine & <br> Frances M. | Bartletts, Par. 47A <br> 48A TDBen |
| Freeman, James W. & <br> Margrell | Twp. of W.F. Par. 97 |
| Friend, Victor S. & <br> Violet L. | Elder Knoll, Par. <br> 10 TDBen |
| Fritz, Gilbert | Twp. of W.F., Par. <br> 84, 85, 86, 87 TDBen |
| Fry, Bernard & <br> Elizabeth | Sec. 25, Par. 41B, <br> 42X2, 42B |
| Fuller, Evelyn M. | Por. of Twp. of W.F. <br> Par. 26 TDBen <br> College St., Par. 19 <br> Twp. of W.F. Par. <br> 93 TDBen <br> Sec. 24, Par 44 TDBen. <br> Sec. 24, Par. 72,71X1 <br> Sec. 18, Par. 20A |
| Funk, Jerry H. & <br> Beatrice | Sec. 24, Par. 86 |
| Gaines, John T. & <br> Norma | Mira Flores, Par. 9 |
| Gallacher, Margaret Laurette <br> Eachel, Trustee of Estate <br> of Margaret Laura Eachel, Dec. | Twp. of W.F. Par 3, <br> 179, 191 TDBen |

2426

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Gallacher, Mark & Laurette E. | Twp. of W.F. Par.191 |
| Galloway, Ermin & Estella | Sec. 24, Par. 157 TDBen Sec. 25, Par. 85 |
| Galloway, John G. Marjorie | Sec. 24, Par. 163 |
| Gammell, John J. & Alda W. | Sec. 24, Par. 99 Twp. of W.F. Par. 96 |
| Gant, C. H. & Ruth | Sec. 25, Par. 20A |
| Gardner, Dennie D. & Marion E. | Sec. 24, Par. 155 |
| Garfinkle, Paul A. | Sec. 24, Par. 178 |
| Garland, Louise H. | Twp. of W.F. Par. 190 |
| Garrett, Ray P. & Adelia Ruth | D. & P. Par. 4 |
| Garwood, Joseph S. & Joan M. | College St., Par. 22 Agmt to Convey |
| Gates, Helen | Sec. 24, Par. 126 Twp. of W.F. Par. 329 |
| Gaynor, James & Betty A. | D. & P. Par. 6 |
| Gentry, Sherman O. & Celona | D. & P. Par. 17 |

2427

**FALLBROOK CREEK WATERSHED**

| NAME | PROPERTY |
|---|---|
| Gerend, Frank T. & | Sec. 24, Par. 23 |
|  | Sec. 24, Par. 22 |
|  | TDBen |
| Lydia E. | Cheathams, Par. |
|  | 24X1 TDBen |
| *Geyer Harry J Jr &* | *Sec 19, Par 1* |
| *Grace Eugenia* |  |
| Geyer, Harry J. & | Sec. 18, Par 97 |
| Mildred M. |  |
| Gibbons, James F. & | Twp. of W.F. Par. |
|  | 4 59, 261 TDBen |
| Lucille A. | Twp. of W.F. Par. 60 |
|  | D. & P. Par. 10 |
| Gilchrist, Maude E. | Bartletts, Par. 13 |
| Giles, Lawrence | Sec. 24, Par. 124 |
|  | TDBen |
| Gillan, Frances C. & | Twp. of W.F. Par. 270 |
| Hazel M. |  |
| Gillan, James Elliot & | Twp. of W.F. Par. 189 |
| Hattie |  |
| Gladding, James E. & | Sec. 18, Par. 84 |
| Mildred N. |  |
| Gleason, Roger A. & | Sec. 19, Par. 132 |
|  | Twp. of W.F. Par. 93 |
| Elizabeth B. |  |
| Goddard, ~~Xmmil~~ Julian C. & | Sec. 24, Par. 19 |
|  | TDBen |
|  | Twp. of W.F. Par. |
| Anella | 306A & 307X1 |
| Golden, Mary E. | D. & P. Par. 8 |
| Goldenfield, Ernest A. | Sec. 24, Par. 178 |
| Gooch, James Roland & | College St., Par. |
|  | 31 Agmt to Convey |
| Virginia |  |
| Gooch, Yeaman O. Sr., & | Sec. 18, Par 86 |
| Pearl M. |  |

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| GORDON, Douglas J. & Opal E. | Sec. 24, Par. 148 |
| GOSS, Richard B. & Sarah H. | Sec. 18, Par. 115X1 |
| Gracey, Clara Ellis | Bartletts, Par. 51 |
| Graffin, Luetta M. | Sec. 24, Par. 181 Twp. of W.F., Par. 117, ℙ 122, 123 |
| Graham, Agnes Bell | Twp. of W.F. Par 328A |
| Graham, George & Sarah Jane | Sec. 19, Par. 44 |
| Graham, H. L. Theresa A. | Twp. of W.F. Par. 80 TDBen College St., Par. 8X1 & 9A |
| Grantham, Raymond & Naomi Mary | Sec. 18, Par. 37 |
| Granzella, Donald G. & | Sec. 25, Par. 103C Agmt to Conv. |
| Great Western Sales Corp. | Por. of Twp. of W. F., Par. 8, 9 TDTr |
| Green, Seth W. & Alice M. | Sec. 25, Par. 55 |
| Green, Zade & Gertrude | Twp. of W. F., Par. 223 |
| Gregg, Donald T. & Jane | Sec. 19, Par. 46 TDBen |
| Gregory, Jacob M. & Jessie A. | Sec. 25, Par. 105 TDBen |

2429

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| GRIFFIN, John H. & | Sec. 25, Par. 22 |
| Marion G. | 158A TDBen |
|  | Sec. 25, Par. 158X1 |
| Griffith, Mary Elizabeth | Twp. of W.F., Par. 125 |
| Grindling, Ardath T. | Twp. of W.F. Par. 257 |
|  | Bartletts, Par. 50 |
|  | TDBen |
| Groleau, Lawrence & | Sec. 25, Par. 66,97 |
| Gladys E. |  |
| Groover, Annie M. | Sec. 24, Par. 28 |
| Gudman, William F. | Twp. of W.F., Par. 100 |
| Gust, Elmar M. & | Sec. 25, Par. 89 |
| Viola |  |
| Gwyther, Helen M. | Sec. 19, Par. 4X2, 4A, 4B, TDBen |
| Hagen, Lottie L. | Sec. 19, Par. 47 |
| Halbin, Alfred P. | Twp. of W.F., Par. 49 |
| Halen, Howard T. & | Sec. 24, Par. 143 |
| Irma | Agmt. to Convey |
| Hall, XX E. Gordon & | Sec. 24, Par. 70, |
| Anne Burgess | 74X1, 134 |
| Hall, Harry E. & | Sec. 19, Par. 21 |
| Lennie B. | TDBen |
| Walter E. Haller, Exec. Estate of Mildred S. Haller, Deceased. | Sec. 18, Par. 100A |

-29-

2430

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Hallock, Glenn C. & Arsenuth J. | Sec. 25, Par. 41A, 42A, 43 |
| Halloran, Arthur F. & Audrey G. | Cheathams, Par. 18 |
| Hallowell, D. L. & Eva | Sec. 24, Par. 116 TDBen |
| Hallstead, Clyde & Maxine | College St., Par. 24 |
| Hamberger, Arnold C. & Frances E. | College St., Par. 32 |
| Hamilton, Charles G. & Lillie | Sec. 24, Par. 158 TDBen |
| Hamilton, Viola May | Cheathams, Par. 4 TDBen |
| Hamm, Sadie A. | Sec. 24, Par. 114 TDBen |
| Haney, William B. | Twp. of W.F., Par. 259 Sec. 19, Par. 10, 11, 12 |
| Hanna, Archie H. & Verna L. | Sec. 25, Par. 35 |
| Hansen, Edith Morrow | Bartletts, Par. 51 |
| Hansen, Thor C. | Sec. 18, Par. 109, 110, 111 |
| Harmon, Rosa | Sec. 24, Par. 75 |
| Harper, C. P. & Elizabeth S. | Sec. 24, Par. 172 |

2431

Fallbrook Creek Watershed

NAME                                                    PROPERTY

Harringer, Ewald &                          Sec. 25, Par. 28
   Olga


Harris, Basil &                             Bartletts, Par. 18
   Pauline L.


Harris, Floyd W. &                          Por. of Twp. of
   Gladys H.                                W.F., Par. 5, 6, 7


Harrison, Esther                            Twp. of W.F., Par. 90
&
Harrison, Howard V.                         Sec. 18, Par. 120
                                            Sec. 24, Par. 186
                                            Sec. 25, Par. 54


Harrison, Jeddie D. &                       D. & P. Par. 11
   Velma


Harrison, Leighton L. &                     Por. of Twp. of W.F.
   Florence D.                              Par. 17, 18 & 19


Hart, Hv A &                                Sec. 18, Par. 43
   Olive


Harvey, Milton M. &                         Sec. 25, Par. 98X1
   Thelma D.                                XXXXXXXXXXXX
                                            Sec. 25, Par. 98A
                                            TDBen


Haselwood, Cliff H. &                       Por. of Twp. of W.F.
   Rena                                     Par. 30


Haselwood, Lester B. &                      Twp. of W.F. Par.
   Lena F.                                  219


Haskell, Agnes R.                           Twp. of W.F., Par.
                                            280A Agmt to Sell


Hassler, Floyd W. &                         Twp. of W.F., Par.
   Elsie M.                                 68, 69, 145, 146,
                                            147, 148
                                            Mira Flores, Par. 4

2432

-31-

## FALLBROOK CREEK

| NAME | PARCEL |
|---|---|
| Havins, Lindsey & Catherine | Sec. 24, Par. 54A<br>Sec. 24, Par. 144<br>TDBen<br>College St. Par. 28 |
| Hawn, Velma M. | Sec. 18, Par. 112, 115A<br>Twp. of W.F., Par. 227, 228, 229, 233, 234, 235 |
| Haworth, John F. Jr., & Dorothy P. | Sec. 25, Par. 87 |
| Hayes, Martha E. | Sec. 19, Par. 7 |
| Heald, O. P. & Alice L. | Sec. 24, Par. 160<br>Bartletts, Par. 8, 34X2 TDBen |
| Heaston, Magdalene | College, Par. 29 TDBer |
| Hecock, Hector & Vivian | Twp. of W.F., Par. 171 |
| Hedeen, Alfred & Edna B. | Cheathams, Par. 24X1 |
| Hedlund, Juanda L. | Sec. 25, Par. 83 |
| Hedlund, Richard & Pearl | Sec. 18, Par. 100X1 |
| Hedrick, Earl O. & Lula M. | Sec. 24, Par. 115<br>Sec. 19, Par. 130X1 |
| Heitt, Irene F. | Sec. 24, Par. 28 |
| Hendricks, William & Edna | Cheathams, Par. 24X1 |
| Henry, John D. | Twp. of W.F. Par. 48 |

2433

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Henry, William B. & Norma J. | Twp. of W.F., Par. 322 |
| Herrell, Ray N. & Mary R. | Elder Knoll, Par. 2 |
| Hess, Francis W. & Merna J. | Sec. 18, Par. 20X1, 23X1 Sec. 18, Par. 23A TDBen |
| Hess, Melvin K. & Margaret Z. | Sec. 25, Par. 4 |
| Hetrich, Laurence & Jean | Twp. of W.F. Par. 294 |
| Heutenick, John G. & Ann | Sec. 24, Par. 40 TDBen |
| Hewitson, Thomas & Frances | Shipley, Par. 12 |
| Hicks, Norman & Lorraine | Sec. 19, Par. 15 |
| Hicks, Oliver & Eleanor | Sec. 19, Par. 15 |
| Hill, O. E. & Edna L. | Sec. 25, Par. 23 TDBen |
| Hill, William H. & Mary H. | Cheathams, Par. 4 |
| Hill, George & | Sec. 25, Par. 20A TDBen |
| | Twp. of W.F., Par. 50 TDBen |

-33-

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Holland, Bill &<br>    Marie | Cheathams, Par. 27A<br>Cheathams, Par. 27X1<br>TDBen |
| Holzman, Lawrence | Sec. 24, Par. 135<br>TDTr |
| Hood, Guy &<br>    Ruby L. | ~~Sec. 24, Par. 135~~<br>TDBen |
| Hook, L. Neal &<br>    Frances K. | Sec. 25, Par. 103B |
| Hoover, Alonzo | Sec. 24, Par. 32,<br>38, 140 TDBen |
| Hoover, Louis W. &<br>    Lona L. | Sec. 25, Par. 80, 81 |
| Hoover, William W. &<br>    Elva B. | Sec. 24, Par. 83A,<br>85 |
| Hoppes, Earl J. &<br>    Juanita L. | Sec. 25, Par. 56 |
| Horak, Frank &<br>    Olga | Sec. 18, Par. 120<br>TDBen |
| Horn, James M. &<br>    Lila R. | Elder Knoll, Par. 4 |
| Hostetter, Carroll &<br>    Cleta I. | Por. of Twp. of W.F.<br>Par. 8 & 9 |
| Houston, Helen I. &<br>    Elizabeth M. | Shipley, Par. 4, 6 |
| Hovenden, Glenn &<br>    Helen | Sec. 25, Par. 71<br>TDBen<br>Twp. of W.F., Par.<br>161, TDBen |

2435

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Hroch, Theodore E. & | Twp. of W.F., Par. |
| Hilda M. | 26, 197 Cheathams, Par. 6, 12, 13, 23 |
| Hudson, Donald E. & | Twp. of W.F., Par. |
| Beulah E. | 254 |
| Hughes, Bobbie Jean | Sec. 18, Par. 116, 124 |
| Hughes, Marguerite C. | Twp. of W.F., Par. 288, 293 |
| Hull, Harry A. | Stevenson, Par. 13X1 |
| Hurty, Ralph O. & | Sec. 18, Par. 34 |
| Frances B. Sammel T | Sec. 24, Par. 31B |
| Huscher, Carroll D. | D. & P. Par. 21 |
| Gladys T. | |
| Huscher, Florence V., | Twp. of W.F. Par. 318 |
| Martha B, & | |
| Winifred Fay | |
| Huseby, H. C. & | Sec. 24, Par. 46 & 53 |
| Mildred G. | |
| Huss, William E. & | Sec. 18, Par. 74, 77, |
| Marie M. | 78 |
| Hutton, Clarence E. & | D. & P. Par. 5 |
| Delila D. | |
| Hyams, Robert F. & | Sec. 24, Par. 91, 93 |
| Imbilli, Andrew J. | Sec. 18, Par. 83 |

2436

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| INGLIS, Jack &<br><br>   Eva | Shipley, Par. 23A TDBen<br>Sec. 24, Par. 54A, 102A1, 102D, 102E, 102BX2 TDBen<br>Sec. 24, Par. 102X5<br>Twp. of W.F. Par. 33<br>Bartletts, Par. 34X2 TDBen |
| International Church of the Four Square Gospel | Twp. of W.F., Par. 149 |
| Isgrig, Clayton S. &<br><br>   Grace | D. & F. Par. 17 TDBen |
| Jackson, Andrew C. &<br><br>   Tess M. | Twp. of W.F., Par. 73, 74 |
| Jackson, J. P. &<br><br>   June A. | Sec. 18, Par. 105, 106 |
| Jacobs, Clarence &<br><br>   Lillian | Shipley, Par. 5 TDBen |
| Jacobs, Roger &<br><br>   Jeanne L. | Twp. of W.F., Par. 320 |
| Jacobs, Ruth A. &<br><br>   Carrie B. | Twp. of W.F., Par. 320 TDBen |
| Jacobson, Celia L. | Sec. 18, Par. 7 |
| Jaeckel, Albert F., as Trustee under Ind. of Trust, Merrill Trust #4, &<br>Magowan, Doris Merrill | Twp. of W.F., Par. 105 & 106 TDBen |
| James, Herbert &<br><br>   Minnie | Sec. 18, Par. 91X1 |
| Jameson, Adeline L. | Twp. of W.F. Par. 181 |

2437

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| JAY, Henry D. & | Sec. 18, Par. 125 |
| Lucille | Twp. of W.F. Par. 248 |
| | |
| Jeffries, Albert & | Sec. 18, Par. 90, |
| Martha | 92 |
| | |
| Jenewein, Francis & | Sec. 25, Par. 71, 77 |
| Virginia | |
| | |
| Jenkins, Edwin F. & | Sec. 18, Par. 87 |
| Fern B. | |
| | |
| Jensen, Simon & | Sec. 25, Par. 101 |
| Christine | |
| | |
| Jensen, William & | Sec. 19, Par. 4B |
| Edna | Agmt for Sale |
| | |
| Jerome, Betty G. | Cheathams, Par. |
| | 24X1 TDBen |
| | |
| Jesson, Jessie M.L. | Sec. 18, Par. 101 |
| | |
| Jett, J. D. & | Sec. 25, Par. 93 |
| Katherine Mignyan | |
| | |
| Jobe, Marian & | Twp. of W.F., Par. |
| Claire W. | 257 TDBen |
| | |
| Johns, William T. & | Por. of Twp. of W.F. |
| Genell | Par. 11 |
| | |
| Johnson, Earl E. & | Twp. of W.F., Par. |
| Marion V. | 327 |
| | |
| Johnson, Elmer A. & | Sec. 24, Par. 99 |
| Frederique C. | TDBen & TDTr |
| | |
| Johnson, Gust H. & | Sec. 18, Par. 108 |
| Gertrude | |

-37-

2438

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Johnson, Linda C. | Cheathams, Par. 24A1 |
| Johnson, Ralph B. &<br>   Rx Dorothy Ann | Sec. 24, Par. 66 |
| Johnson, Victor W.<br>   Alyce | Sec. 25, Par. 16<br>TDBen |
| Johnson, Violet G. | Twp. of W.F., Par.<br>172, TDBen |
| Johnston, Lonnie T. &<br>   Lura Mae | Cheathams, Par. 9X1 |
| Johnston, Murray S.,<br>   Francis M. &<br>   Mabel L. | Shipley, Par. 35,<br>37, 45<br>Twp. of W.F., Par.<br>8, 10, 9, 275, 276<br>Sec. 19, Par. 40<br>Sec. 24, Par. 190 |
| Johnstone, Helga E. | Sec. 24, Par. 160 |
| Jolly, Ross T. &<br>   Marion E. | Sec. 25, Par. 2,<br>177 TDBen |
| Jones, Alex N. &<br>   Marilyn M. | Sec. 19, Par. 20A |
| Jones, Carl E. &<br>   Mary Elizabeth | Sec. 25, Par. 22 |
| Jones, George W. | Sec. 24, Par. 164 |
| | Sec. 25, Par. 157 |
| Jorgenson, Bernice H. | |
| Jorgenson, Merle E. &<br>   Patricia | Elder Knoll, Par. 10 |
| Judd, Russel J. &<br>   Reba M. | Sec. 24, Par. 44 |

2435

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| KAEDING, Graydon H. | XX College St., Par. 26, Agmt to Conv. |
| Donna J. | |
| Kaminar, Myron | College St., Par. 1, 2 and 59X1 of Sec. 24 Option to Purch. College St., Par. 8A, 10, 11 |
| Kaufman, Lena | Sec. 18, Par. 7 Mtgee |
| Kaufman, Lillian A. | Twp. of W.F., Par. 12A, TDBen |
| Kaufman, Sam & Claire | Twp. of W.F., Par. 94, 95 |
| Kaufman, Velma Maurine | Shipley, Par. 7 |
| Keach, Eckley M. & Edrie | Sec. 18, Par. 12, 14 TDBen |
| Keele, Eldon R. & Geraldine | Bartletts, Par. 37 39 |
| Keller, Clarence O. | Sec. 19, Par. 23 |
| Keller, E. C. | Sec. 19, Par. 11, 12 TDBen |
| Kennedy, Margaret M. | Sec. 25, Par. 20X1 TDBen |
| Kennedy, Royce W. & Mary M. | Twp. of W.F., Par. 230, 232 |
| Kentis, John B. & Penelope C. | Sec. 18, Par. 64, 67 |
| Kenton, Emma C. | Twp. of W.F., Par. 163X1 TDBen |

-39-

2440

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Keough, Berne M. & Francis A. | Sec. 18, Par. 48 |
| Keown, Larry H. & Mildred W. | Sec. 18, Par. 40<br>Sec. 25, Par. 59 |
| Kiltgaard, R. J. | Sec. 24, Par. 37<br>TDTr |
| Kimball, Arthur S. Jr., & Dorothy | Sec. 18, Par. 36A<br>Sec. 25, Par. 67<br>Cheathams, Par.<br>22, 24AX1 TDBen |
| Kindell, William M. & Dorothy M. | Twp. of W.F., Par.<br>84, 85, 86, 87 |
| Kindig, C. E. & Velma | Twp. of W.F. Par. 196 |
| King, Frederick T. & Florence E. | Sec. 18, Par. 107 |
| King, George E. & Allene | Twp. of W.F. Par. 225 |
| King, Mac W. | Twp. of W.F. Par.<br>144, TDBen |
| King, Samuel E. | Twp. of W.F. Par.<br>144 TDBen |
| Kingston, George E. & Marina B. | Twp. of W.F. Par.<br>47, 303, 304<br>Twp. of W.F. Par.<br>64, 65, 52 TDBen |
| Kingston, Katherine V. | Twp. of W.F. Par. 47<br>Sec. 19, Par. 16<br>TDBen |
| Kinsman, Tyke G. | Twp. of W.F. Par.<br>173 & 174 |
| Kirk, William E. & Eunice A. | Por. of Twp. of W.F.<br>Par. 8, 9 TDBen |

-40-

2441

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Klaviter, Emil &<br>  Martha C. | Sec. 25, Par. 56,<br>83 TDBen |
| ~~Klein, Elroy C.~~ | ~~Sec. 25, Par. 16~~ |
| Knott, G. Eldon &<br>  Vera E. | Cheathams, Par. 3<br>Sec. 19, Par. 32 |
| Knowles, R. L. &<br>  Mildred P. | Twp. of W.F. Par. 128<br>College St. Par. 6<br>TDBen<br>Sec. 24, Par. 65 TDBen<br>Sec. 25, Par. 69 TDBen |
| Knutson, Odin C. &<br>  Martha R. | Sec. 24, Par. 162 |
| Kolb, Leland Claud | Sec. 24, Par. 28 |
| Kolb, John F. &<br>  Louise | Twp. of W.F. Par. 185 |
| Kolb, Otto J. &<br>  Lillian | Twp. of W.F. Par. 185 |
| Konyha, Andrew F. &<br>  Hilda E. | Sec. 24, Par. 87 |
| Kostich, Samuel V. | Por. of Twp. of W.F.<br>Par. 21<br>Sec. 25, Par. 8, 48 |
| Krafft, Charles L. &<br>  Lenora C. | Shipley, Par. 9, 13X1<br>TDBen<br>Shipleyt, Par. 14 |
| Kovanda, John W. | Sec. 24, Par. 89 TDBen |
| Kramer, Eddie A. &<br>  Emma E. | Sec. 18, Par. 27A |
| Kuechel, Albert F. &<br>  Margaret M. | Harris, Par. 2A |

2442

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Lackey, Flora B. | Twp. of W.F. Par. 98 |
| Lackey, James M. & <br> Ida M. | Bartletts, Par. 59 |
| LaFlash, Richard & <br> Lillian E. | Sec. 25, Par. 34 |
| Laguna Federal Savings <br> & Loan Asso. | Bartletts, Par. 12 <br> College, Par. 21 <br> Sec. 18, Par. 31A, <br> 31C, 33, 69B <br> Sec. 19, Par. 4A <br> Sec. 24, Par. 39, <br> 73A1, 73B, 77 <br> Twp. of W.F. Par. 326 <br> TDBen |
| LaJolla Federal Savings <br> & Loan Asso. | Cheathams, Par. 17, <br> 19, 29 <br> Bartletts, Par. 58 <br> College, Par. 25, 30 <br> Elder Knoll, Par. 1X1 <br> Mira Flores, Par. 15 <br> Sec. 18, Par. 19 <br> Sec. 19, Par. 28 <br> Sec. 24, Par. 51X1, <br> 107, 122 <br> Sec. 25, Par. 7A, 76, <br> 96 <br> TDBen |
| Lake, Orson Jr., & <br> Lillian M. | Sec. 25, Par. 17, 18, <br> 19 |
| Lamb, C. E. & <br> Mary W. | Por. of Twp. of W.F. <br> Par. 18,19 TDBen <br> Bartletts, Par. 46 |
| Land Title Ins. Co. | D.&P. Par. 13, 14 <br> Cheathams, Par. 3, 4 <br> Bartletts, Par. 47X1, <br> 48X1 <br> Shipley, Par. 1, 20 <br> College, Par. 21 <br> Sec. 18, Par. 42, <br> 76, 79 <br> Sec. 19, Par. 4A, <br> 35A1 <br> Sec. 24, Par. 17, <br> & 54A, 89, 90, 102D, <br> 135 & Par. 5 of <br> Abbots Addition |

2443

**FALLBROOK CREEK WATERSHED**

| NAME | PROPERTY |
|---|---|
| LaMesa El Cahom Corp. | Elder Knoll, Par 9 TDTr<br>Sec. 24, Par. 70 TDTr |
| LaMesa ElCahom Savings & Loan Asso. | Elder Knoll, Par. 9 TDTr<br>Sec. 24, Par. 70 TDTr |
| Lancaster, George D. & Doris B. | Sec. 24, Par. 74A |
| Lane, Ralph W. | Shipley, Par. 23B 33 |
| LaPointe, Albert C. & Gislaine | Sec. 24, Par. 19 |
| Larsen, A.T. George & Esther G. | Bartletts, Par. 36, 38 |
| Larson, Luke | Shipley, Par 23A |
| Lash, Samuel R. & Charlotte K. | Twp. of W.F. Par. 163X1 |
| Lavery, John N. Sr., & Myrtle P. | Sec. 25, Par. 92 |
| Laventhal, Isadore | Stevensons, Par. 11 |
| Lawson, Francis W. & Grace J. | Sec. 25, Par. 30,31 |
| Lawton, Ferns R. & Martha | Cheathams, Par. 5 TDBen |
| Leach, Fred D. & Grace M. | Sec. 25, Par. 1X2, 165, TDBen<br>Sec. 25, 1B, 166 |
| Leath, James G. & Margaret Ann | Sec. 25, Par. 90 |

2444

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Leadbeter, Mavis Mounts | Sec. 24, Par. 64, 108 TDBen |
| | Sec. 25, Par. 68 TDBen |
| | D&P, Par. 12 TDBen |
| Lenfers, Lawrence A. & Nell A. | Por. of W.F., Par. 3, 4 |
| Leuschner, Charles C. | Cheathams, Par. 26 |
| Lewis, Harry A. Jr., & Lael | Sec. 24, Par. 109 |
| Lewis, J. M. Scholl & Vee McCormick | D. & P. Par. 9 |
| Lhamon, William H. & Gwen M. | Cheathams, Par. 11 |
| Lillie, Tim | Bartletts, Par. 45 |
| Lind, Robert & Eva K. | Bartletts, Par. 4 |
| Linder, Henry & Anna Mae | Sec. 24, Par. 113 TDBen |
| Lloyd, Carlton W. & Ruth E. | Sec. 25, Par. 68 |
| Loma Ranch Co. | Sec. 25, Par. 49 |
| Longo, Dante F. | Sec. 19, Par. 24, 25 |
| Longo, V. J. | Sec. 19, Par. 24, 25 |
| Longwell, Milan H. & None A. | Shipley, Par. 39, 41, 42 |
| Loop, Rex L. & Lois E. | Sec. 25, Par. 2, 177 TDBen |

2445

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Lopez, David & Tranquillina | Sec. 18, Par. 122 |
| Loritsch, John W. & Richard H. | Por. of Twp. of W.F. Par. 27 |
| Los Angeles Trust & Safe Deposit Company | Twp. of W.F., Par. 213 TDTr |
| Lovell, Frederick & Sarah I. | Sec. 25, Par. 16 |
| Lucier, Ella J. | Bartletts, Par. 7 |
| Ludy, John C. & Dorothy A. | Sec. 24, Par. 21X1 Twp. of W.F., Par. 328X1 |
| Ludy, Rhoda Ann | Sec. 24, Par. 21A |
| Luitjens, Alvin H. | Sec. 25, Par. 38 |
| Lund, Per Z. | Sec. 24, Par. 160 Life Estate |
| Lunog, John & Ferne | Twp. of W.F., Par. 207 |
| Mc Anear, Lottie Mae & Z. H. | Twp. of W.F. Par. 256 |
| McCahom, Mark B. & Mae E. | Sec. 24, Par. 171 |
| McClellan, Gertrude | Twp. of W.F., Par. 260 |
| McClure, Douglas C. & Ruth C. | Bartletts, Par. 9 TDBen |

2446

## FALLBROOK CREEK WATERSHED.

| NAME | PROPERTY |
|---|---|
| McClure, J.A. & Son | Sec. 24, Par. 145 TDBen |
| McCormick, Emmett S. & Mary M. | Sec. 24, Par. 175 |
| McCoy, Agnes S. | Twp. of W.F. Par. 80 |
| McCracken, Fraser V. & Jessie | Sec. 24, Par. 159 |
| McCreedy, Clementine N. | Twp. of W.F. Par. 321 |
| McCullough, William & Barbara | Sec. 18, Par. 81, Sec. 19, Par. 9 |
| McCurnin, Jack & Marcia | Sec. 18, Par. 42 Agmt. Sale |
| McDonald, Baylis M. & Opal B. | Sec. 18, Par. 55X1 Sec. 18, Par. 58 TDBen Sec. 24, Par. 129 TDBen |
| McDonald, Ernest T. & Eva | Sec. 18, Par. 47X2, 47A |
| McDonald, Orville & Beatrice | Sec. 19, Par. 35AX1 |
| McDonald, William J. & Ethel | Twp. of W.F., Par. 162X1 |
| McDonnell, Clark T. | Sec. 24, Par. 139 |
| McDonnell, Richard A. & Therese M. | Sec. 25, Par 1A, 3 |
| McFarlane, Mildred K. | Twp. of W.F., Par. 214X1 TDBen |

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| McGuire, Leo L. & <br>   Barbara W. | Twp. of W.F. Par. <br> 254 Interest |
| McIntrye, W. L. & <br>   Helen C. | Shipley, Par. 19A |
| McKay, H. A. & <br>   Thelma | College St., Par. <br> 30 TDBen |
| McLean, Donald P. & <br>   Marion J. | Sec. 25, Par. 36 |
| McLean, Park H. & <br>   Bertha A. | Sec. 25, Par. 95 |
| McLeod, Walter W. <br>   Mabelle S. | Bartletts, Par. 62 |
| McMahan, Walter C. & <br>   Frankie C. | Sec. 18, Par. 86 <br> TDBen |
| McMillan Mtg. Co., assigned <br> to Paul Revere Life Ins. Co. | Sec. 24, Par. 17 <br> TDBen |
| McTavish, Earl E. & | Sec. 18, Par. 36X1 |
| MacDonald, Lyman A. & <br>   Fay | Twp. of W.F., Par. <br> 84, 85, 86, 87 <br> TDBen |
| Madley, William C. & <br>   Katherine | Sec. 24, Par. 147, <br> 154 |
| Maholland, John C. & <br>   Hazel | Sec. 19, Par. 53, <br> 55 <br> Twp. of W.F., Par. <br> 342 |
| Mahr, Harold R. & <br>   Inita M. | Twp. of W.F., Par. <br> 6, 7 |

-47-

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Malmberg, Edward E. & Margaret L. | Sec. 18, Par. 15A |
| Mapes, Robert E. & Evelyne Mac | Sec. 18, Par. 45, 46 |
| Marshall, John Stuart & Nance Harvey | Elder Knoll, Par. 6 Twp. of W.F. Par. 59 |
| Marshall, Phillip & Dorothy | Shipley, Par. 24, 34 |
| Martin, Hugh Verne & Willota W. | Sec. 24, Par. 18 |
| Martin, Verne B. & Hazel | Sec. 18, Par. 9, 16 |
| Martin, Winna P. | Twp. of W.F., Par. 285 TDBen |
| Martinez, Miguel & Jessie C. | Sec. 24, Par. 73B Sec. 18, Par. 95 |
| Mar Vista Investment Co. | Twp. of W.F., Par. 113 |
| Masheeko, Frederick B. | Twp. of W.F., Par. 162X1 TDBen |
| Masheeco, Jack A. | Twp. of W.F., Par. 162X1 TDBen |
| Mason, Billy S. & June | Sec. 18, Par. 30 Agmt to Conv. |
| Masonic Temple Asso. of Fallbrook | Twp. of W.F., Par. 81 Sec. 18, Par. 60 |
| Mathwig, Eugene & Moreen | Sec. 25, Par. 58 |
| Matteson, Alvin & Dorothy | Sec. 24, Par. 73X2 |

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Mattfield, Theodore & Orionna | Twp. of W.F., Par. 198<br>Bartletts, Par. 47X1, 48X1 TDBen |
| Maze, Gilbert F. | Twp. of W.F., Par. 140 TDBen |
| Meachen, Minette E. | Sec. 24, Par. 37 TDBen |
| Medearis, Mary C. | Sec. 24, Par. 41 |
| Meinke, Theodore & Florence | Shipley, Par. 9 |
| Merchants National Realty Corp. | Twp. of W.F. Par. 61 TDBen |
| Merwan Corp. | Twp. of W.F. Par. 105, 106 |
| Metzger, Fred B. & Geraldine | Sec. 24, Par. 17 |
| Meyer, Eloise | Bartletts, Par. 22 TDBen |
| Meza, Andrew | Sec. 24, Par. 36 |
| Meza, Justino & Concepcion | Sec. 18, Par. 96 |
| Miles, Clarissa S. | Twp. of W.F., Par. 92, TDBen |
| Miles, Lunsford & Lisle | Sec. 18, Par. 47B |
| Miller, Benjamin F. Hazel | Sec. 24, Par. 56 Agmt to Convey |
| Miller, Maule B. | Shipley, Par. 38 |
| Miller, Robert L. & Saranda H. | Sec. 25, Par. 70 |

-49-

2450

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Miller, Victor H. & Lillie M. | Twp. of W.F., Par. 344 |
| Milne, Robert & | Sec. 24, Par. 180, 184 TDBen |
| Milton, Perry Eugene & Norissa P. | Sec. 24, Par. 37 |
| Miranda, Catalina L. | Twp. of W.F., Par. 118 |
| Miranda, Henry & | Shipley, Par. 8 |
| Mitchell, Ruby J. | Sec. 19, Par. 62 TDBen |
| Mitchell, Sumner T. & Elinor | College St., Par. 20 |
| Mitterling, Eben & Gina | Twp. of W.F., Par. 183 |
| Mooney, Hollis J. & ....... K. | Twp. of W.F., Par. 90 TDBen |
| Moore, Jim L. & Ila L. | Sec. 25, Par. 10 |
| Moore, Marvin R. & | Elder Knoll, Par. 8 |
| Moore, Paul H. & Sylvia | Sec. 24, Par. 57 Agmt to Convey |
| Mora, L. S. | Sec. 24, Par. 67 |
| Mora, Placido & Ernesta | Sec. 24, Par. 67 TDBen |
| Morgan, William A. | Sec. 24, Par. 181 |

SUE1

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Morris & Co. | Twp. of W.F., Par. 57, 58, 62 |
| Morris, E. D. Jr., & Patricia | Sec. 18, Par. 21, 22X1 |
| Morris, John J. & Cecil | Sec. 25, Par. 60 |
| Morris, Robie T. & Lucy A. | Twp. of W.F. Par. 289 300 |
| Morris, Thomas E. & Sarah E. | Por. of Twp. of W.F. Par. 21 TDBea Sec. 18, Par. 119 |
| MOUNT HELIX ASSOCIATES | Sec. 24, Par. 163 TDTr |
| Munro, Julia D. | Sec. 24, Par. 112A, 117 |
| Murphy, Robert G. & Bettie L. | Sec. 19, Par. 35A1 |
| Murray, Robert F. & Mary Lee | Twp. of W.F. Par. 194 |
| Murry, James K. & Emma A. | Cheathams, Par. 5 |
| Myers, Harry & Pearl Jewell | Sec. 25, Par. 84 |
| Myers, Steve C. & Myrtis | Twp. of W.F. Par. 112 238, 267 Sec. 19, Par. 27, 28 |
| Myracle, Paul & Pearl | Sec. 19, Par. 52 |

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Nahra, Ray & <br>     Sue Mae | Twp. of W.F., Par. 180 |
| National Life Ins. Co. | Por. of Twp. of W.F. Par. 24, 25 |
| Navarro, Frank R. & <br>     Dora H. | Stevenson, Par. 14 |
| Neiswender, Chester & <br>     Amy | Sec. 18, Par. 57 |
| Nelson, Agnes | Twp. of W.F., Par. 84, 85, 86, 87 |
| Nelson, Everett B. | Twp. of W.F., Par. 84, 85, 86, 87 TDBen |
| Nelson, Frederick & <br>     Miriam | Sec. 19, Par. 43 |
| Nelson, William B. | Cheathams, Par. 10 |
| Nettels, Edward & <br>     Shirley Ann | Sec. 18, Par. 42 |
| Newell, Lloyd & <br>     Hattie E. | Sec. 24, Par. 103AX1 Sec. 24, Par. 19 103B TDBen |
| Newton, Loren & <br>     Alma | Sec. 25, Par. 94 TDBen |
| Nicholas, Marion E. & <br>     Eileen A. | Sec. 24, Par. 123 |
| Nichols, Ralph F. | Twp. of W.F., Par. 141, 142, 143 TDBen |

2453

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Nicola, Tesla C. & Ruth E. | Twp. of W.F., Par. 214X1 College St., Par. 7 |
| Nicoll, Robert B. & Margaret L. | D. & P. Par. 27 |
| Nix, Mathis T. | Sec. 24, Par. 28 Life Est. |
| Nixon, Hugh & Bernice | Sec. 25, Par. 55 |
| Noble, Charles W. & Grace K. | Sec. 24, Par. 119, 120 121 TDBen Sec. 25, Par. 104 TDBen Twp. of W.F. Par. 286 TDBen |
| Noble, Ralph C. & Dorothy | Sec. 18, Par. 100X1, 113 TDBen |
| North Main Street Church of Crist | Sec. 24, Par. 26 |
| Oceanside Federal Savings & Loan Association | Shipley, Par. 22 College, Par. 12, 17 Sec. 18, Par. 75, 77, 78, 101, 123 Sec. 19, Par. 1 Wec. 24, Par. 183 Sec. 25, Par. 23, 24, 42B, 58, 60 Twp. of W.F., Par. 66, 250, 256, 297, 302, 343 TDBen |
| Oceanside Finance Co. | Same as above TDTr |
| O'Connor, Rosaline | Sec. 18, Par. 28 TDBen |
| Ogden, Robert Nash & Rose Marie Blodgett | D. & P. Par. 13, 14 Sec. 18, Par. 78, 79 |
| Ohngren, Victoria | Sec. 25, Par. 63 |
| Olson, Clyde L. & Lydia J. | Twp. of W.F., Par. 325 |

-53-

2454

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| O'Neal, Frank & Rebecca O. | Twp. of W.F., Par. 88 |
| Orcutt, Dewey & Bessie | Sec. 24, Par. 141 |
| Orcutt, Dana F. & Viola | Shipley, Par. 15X4, 15A & 15C |
| Orcutt, Ellis J. & Hazel | Shipley, Par. 15X4, 15A, 15C |
| Orcutt, Sherwood Charles & Wilma | Elder Knoll, Par. 9 |
| O'Rourke, Thomas J. & Louise M. | Sec. 18, Par. 31X3, 31C Sec. 18, Par. 31A, 32, 33 TDBen |
| Orr, Ralph E. & Maybelle | Sec. 25, Par. 78 |
| Oswald, Robert A. & Edythe A. | Twp. of W.F. Par. 203 |
| Owens, John & Etta | Sec. 25, Par. 5 & 6 Partial |
| Palomar Savings & Loan Association | Twp. of W.F., Par. 114, 115, 116 TDBen Sec. 18, Par. 42, 71 TDBen |
| Papenhausen, William H. & Dorothy J. | Cheathams, Par. 20, 21 TDBen |
| Parker, Louis & Jacquelyn | Sec. 24, Par. 88 |
| Parkinson, Francis Rowe & Rose Marie | Sec. 18, Par. 71 |

2455

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Parkinson, Frank P. & Adele A. | College St., Par. 21 Sec. 18, Par. 61, 62, 63, 70X1, 73 TDDen Sec. 18, Par. 71 |
| Parks, Davis W. & Hester E. | Cheathams, Par. 25 |
| Parmelee, Robert W. & Beatrice | D. & P. Par. 2 |
| Parshall, Arthur P. & Ethel M. | Sec. 25, Par. 104 |
| Patterson, John H. & Letitia S. | College St., Par. 13 |
| Paul Revere Life Ins. Co. | Sec. 25, Par. 34 TDDen |
| Paulson, Thomas V. | Sec. 25, Par. 26 TDDen |
| Pearson, William & Mildred | Bartletts, Par. 52 TDDen |
| Peck, Harold & Catherine | D. & P. Par. 15 |
| Perigo, Delmar | Twp. of W.F. Par. 127 |
| Perigo, Ira & Lula | Twp. of W.F., Par. 126 |
| Peterson, Arlan H. | College St., Par. 25 |
| Peterson, Ervin A. & Ora C. | Shipley, Par. 13X1 |
| Peterson, Linden W. & Velma H. | Cheathams, Par. 29 Sec. 24, Par. 73AX1 Sec. 24, Par. 73A1 TDDen Sec. 19, Par. 4X2, 4B Sec. 19, Par. 4A TDDen |
| Peterson, Mildred P. | Twp. of W.F. Par. 78 |
| Peterson, Russell R. & Luella S. | Twp. of W.F. Par. 78 |

2456

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Pettit, Ida M. | Harris, Par. 1 & Par. 7 of Abbotts [actual] |
| Phelps, Robert & Dorothy | Twp. of W.F., Par. 252 |
| Philbrick, Elizabeth J. | Twp. of W.F., Par. 179 |
| Phillips, Bruce B. & Delores K. | Bartletts, Par. 20 |
| Phillips, Esther | Bartletts, Par. 40 |
| Phillips, Grant K. & Beatrice W. | Harris, Par. 3 |
| Phoenix Mutual Life Insurance Co. | Sec. 24, Par. 70 TDBen |
| Pine Tree Lumber Co. | Twp. of W.F. Par. 55, 187 TDBen |
| Piston, Elizabeth | College St., Par. 33 |
| Pitcher, Wilson & Lillian | Bartletts, Par. 22 |
| Pittman, Leora A. | Twp. of W.F., Par. 37 |
| Plank, Dayton M. & Lois E. | Sec. 24, Par. 103X2, 105 |
| Pohle, Albert & Margie | Cheathams, Par. 7A |
| Pollock, Elwyn C. & Edith M. | Twp. of W.F., Par. 79 TDBen |
| Pollock, Leland & Eloise | Sec. 25, Par. 93 TDBen Twp. of W.F., Par. 324 |
| Pontrelli, Amelia | Twp. of W.F. Par. 114, 115, 116 |

2457

| NAME | PROPERTY |
|------|----------|
| Port, Marvin & Alberta L. | Twp. of W.F., Par. 61, 175 |
| Porter, Anna J. | Twp. of W.F., Par. 32 |
| Porter, Don C. & Maude W. | Twp. of W.F., Par. 32 |
| Poston, Tolbert & Alice Ruth | Twp. of W.F., Par. 238X1 246 |
| Powell, E. R. & Ruthanna | Sec. 24, Par. 92 |
| Powell, Thomas J. & Evelyn H. | Bartletts, Par. 37, 39, TDBen |
| Powers, Harry B. & Mildred | Shipley, Par. 11 Agmt to Convey |
| Powers, James J. & Marydoris | Bartletts, Par. 52 |
| Pratt, Herbert S. | Sec. 25, Par. 45 |
| Prentis, C. R. & Elizabeth R. | Sec. 24, Par. 31B TDBen Twp. of W.F. Par. 96 TDBen Cheathams, Par. 1 TDBen |
| Preston, Albert H. | Sec. 24, Par. 179 |
| Price, Curtis K. | College St., Par. 6 |
| Pringle, Robert J. & Anna M. | Sec. 25, Par. 65 TDBen Sec. 25, Par. 98A' |
| Pritchard, Gilbert & Effie E. | D. & F. Par 23 |

-57-

2458

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Protestant Episcopal Church | Twp. of W.F., Par. 149 TDBen |
| Prudden, Earl D. | Bartletts Add, Par. 9 TDBen |
| Pucelli, Frank & Anna S. | Twp. of W.F., Par. 13, 280X1, TDBen Sec. 19, Par. 54, 56 TDBen Sec. 25, Par. 103C Harris, Par. 2X1, & Par. 138 of Sec. 24 Harris, Par. 2A TDBen |
| Purtee, Charles M. & Rena Jo | Sec. 25, Par. 88, 91 |
| Qualls, Lloyd G. & Hazel S. | Sec. 24, Par. 110 |
| Radmacher, Donald & Truletta | D. & P. Par. 16 |
| Rail, Floyd W. & Isabelle | Sec. 24, Par. 76 |
| Ralph, Mary M. | Sec. 24, Par. 82A |
| Ramsey, John A. & Mary Agness | Twp. of W.F., Par. 42 |
| Ranney, James P. Jr., & Barbara C. | Elder Knoll, Par. 1A |
| Ransom, Daniel & Ethel H. | Twp. of W.F., Par. 247 |
| Ray, Elmer S. & Alta M. | Twp. of W.F., Par. 261 |
| Raymond, John G. & Viola N. | Cheathams, Par. 7X1 |

-58-

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Raymond, Robert W. | Twp. of W.F., Par. 308 Life Est. |
| Reader, Josephine H. | Por. of Twp. of W.F., Par. 10, 297, 302 Twp. of W.F., Par. 169, 170 |
| Reder, Irving B. & Julia C. | D. & P. Par. 19, 20 |
| Regal Distributors | Twp. of W.F., Par. 130, 131 TDBen |
| Reineman, Hugo R. & Minnie B. | Sec. 25, Par. 48 TDBen |
| Reineman, L. A. & Lois | Sec. 18, Par. 94 TDBen |
| Reitenbach, Francis J. & Ruth E. | Sec. 18, Par. 44 |
| Reppert, Sierra N. Frances | Sec. 24, Par. 139 TDBen |
| Reynolds, Earl R. & Nell L. | Bartletts, Par. 1 |
| Rhodes, H. Nell & Ruby N. | Twp. of W.F. Par. 269 |
| Rhodes, Roy & Edna | Twp. of W.F. Par. 52 Sec. 19, Par. 16 |
| Richards, Imogene R. | Twp. of W.F., Par. 79 |
| Richardson, Scott W. & Helen H. | Sec. 24, Par. 69 |
| Rigney, Alberta G. | Twp. of W.F., Par. 306X1, 307A |

2460

## FALLBROOK CREEK WATERSHED

NAME | PROPERTY
---|---

Risher, Arthur J. &
    Madelyn
— Sec. 25, Par. 1X2, 165

Ritter, F. Craig &
    Gladys V.
— Sec. 25, Par. 67 TDBen
D. & P., Par. 26

Rivers, Frank &
    Christine
— Sec. 18, Par. 94

Rivers, George A.
— Cheathams, Par. 28

Roberson, Buster &
    Mary
— Sec. 24, Par. 34
Sec. 25, Par. 7X1

Roberts, Helen F.
— College St., Par. 12

Robinson, Howard W. &
    Alla M.
— Bartlett, Par. 16

Robinson, J. D. &
    Laura A.
— Sec. 18, Par. 55A, 58

Robinson, Paul L. &
    Juanita
— Bartlett, Par. 33B

Robinson, Richard &
    Dorothy
— Sec. 25, Par. 23

Rodgers, Thomas B. &
    Janet K.
— Sec. 25, Par. 154
Sec. 25, Par. 155-Agmt
to-Convey

Roe, Edward M. &
    Faye J.
— Twp. of W.F., Par. 50

Rogers, Fred A. &
    Ida A.
— Sec. 24, Par. 113

2461

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Rogers, Lincoln &<br>Elizabeth B. | Twp. of W.F., Par. 30 |
| Rohde, Gerhard &<br>Christa | Bartletts, Par. 47X1,<br>48X1 |
| Roll, Lloyd &<br>Rae Maxine | Sec. 25, Par. 24 |
| Roman Catholic Bishop ~~afx8xxx8~~<br>of San Diego | Twp. of W.F., Par. 291,<br>292 |
| Roper, Samuel C. &<br>Nadia H. | Twp. of W.F., Par. 305<br>TDBen |
| Roripaugh, Noble &<br>Jessie C. | Sec. 24, Par. 122 |
| Rosch, Leon &<br>Oka Betty | Twp. of W.F., Par. 207 |
| Rose, D. E. &<br>Myrtle E. | Cheathams, Par. 2 |
| Ross, Richard G. &<br>Alma W. | Sec. 24, Par. 167 |
| Rossiter, Milton &<br>Cecile J. | Shipley, Par. 10, 14 |
| Rowe, Charlotte C. | D. & P., Par. 8 |
| Royer, Mary A. | Sec. 24, Par. 39, 73B |
| Rumbley, William E. &<br>Erna C. | Sec. 19, Par. 13A, 13B |
| Russell, ~~Stanley~~ | ~~Sec. 24, Par. 139~~ |

-61-

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Russell, William R. & Anna E. | Twp. of W.F., Par. 72 |
| Rutherford, George R. & Czelda | D. & P., Par. 3 |
| Ryan, Louise C. | Twp. of W.F., Par. 251 |
| Sachse, Franz R. & Rowena | Sec. 19, Par. 130A College St., Par. 6 |
| Salt, Harold & Ethel M. | Twp. of W.F., Par. 237X1 Sec. 18, Par. 89, 91A |
| Salvatierra, Pedro T. & Maria T. | Sec. 24, Par. 73A1 |
| Sampson, Paul L. & Pearl M. | Sec. 19, Par. 15 TDBen |
| San Diego County Berries Investment Co. | Twp. of W.F., Par. 164 |
| San Diego Federal Savings & Loan Asso. | Sec. 24, Par. 82A, 88 TDTr. Sec. 24, Par. 90, 102A1 TDBen |
| San Diego Gas & Electric Co. | Sec. 25, Par. 64 |
| San Diego Imperial Corp. | Sec. 24, Par. 102B1, Sec. 25, Par. 103A Twp. of W.F., Par. 283 Shipley, Par. 12 All TDTr |
| San Dieguito Properties Inc. | Sec. 24, Par. 37 Sec. 18, Par. 31B All TDTr |
| Sandquist, Edwin G. & Hazel C. | Sec. 19, Par. 62 |
| Saunders, George & Faleta | Sec. 25, Par. 9 |

-62-

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Saverien, Gale H. | Sec. 18, Par. 19 |
| Sayer, Charles D. & Myrtle E. | D. & P. Par. 1 |
| Sayre, Ralph M. & Betty Lou | Twp. of W.F., Par. 323 |
| Schaffer, Andrew R. | Sec. 19, Par. 22, 31 |
| Schekel, Ray E. & Alpha L. | College St., Par. 18 |
| Schigut (see Shigut) | |
| Schmidt, Eno A. & Mildred A. | D. & P., Par. 19, 20 TDBen Sec. 18, Par. 50 |
| Schneider, Walter C. & Marianne | Twp. of W.F., Par. 215X1 217 |
| Schober, Max H. & Elsie M. | Sec. 24, Par. 187 |
| Schooley, John L. & Rosalie M. | Cheathams, Par. 19 |
| Schultz, James C. & Delta A. | Sec. 25, Par. 42B, 46X1, 46AX3, 47X4, 47D, 50 |
| Schumacher, Lawrence & Margaret | Sec. 18, Par. 123 |
| Schwalbach, Lionel G. & Alice I. | Shipley, Par. 39, 40 |
| Scott, Bertha M. | Sec. 24, Par. 28 |
| Scott, Edwen E. & Cora M. | Twp. of W.F., Par. 325 TDBen |
| Scott, John E. & Virginia | Twp. of W.F., Par. 27 |

-63-

2464

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Scott, Selby C. & Grace N. | Twp. of W.F., Par. 325 TDBen |
| Scott, Will T. & Martha W. | Sec. 24, Par. 163 TDBen ~~Sec. 24, Par. 165~~ |
| Scoville, Otis F. & Lucy | Sec. 24, Par. 95 |
| Scovoli, Harry J. & Daisy W. | Twp. of W.F., Par. 44 |
| Seacoast Savings & Loan Asso. | Sec. 24, Par. 37 TDBen<br>Sec. 18, Par. 31B TDBen |
| Security First National Bank of Los Angeles | Shipley, Par. 25 TDTr<br>Twp. of W.F., Par. 213 TDTr<br>Sec. 25, Par. 46X1, 46AX3 TDBen<br>Sec. 19, Par. 21, 62 TDTr. |
| Security Title Ins. | D. & P. Par. 12<br>Bartletts, Par. 12<br>Shipley, Par. 36<br>College St., Par. 8X1, 9A, 21<br>Por. of Twp. of W.F., Par. 8, 9, 18, 19, 26<br>Miraflores, Par. 9<br>Sec. 18, Par. 31A, 31C, 33, 77, 78, 120<br>Sec. 19, Par. 4A, 46, 132.<br>All TDTr. |
| Security Trust & Savings Bank of San Diego | Bartletts, Par. 2, 3<br>Por. of Twp. of W.F., Par. 3<br>Sec. 24, Par. 51X1, 122<br>Sec. 25, Par. 35, 60<br>All TDBen |
| Security Trust & Savings Bank | Cheathams, Par. 27, 28, 29<br>Bartletts, Par.<br>Shipley, Par.<br>College<br>Par. |

2465

Fallbrook Creek Watershed

| NAME | PROPERTY |
|---|---|
| Security Trust & Savings<br>Bank of San Diego, Continued | Sec. 18, Par. 15A, 69B<br>Sec. 19, Par. 11, 12,<br>28<br>Sec. 24, Par. 107<br>Sec. 25, Par. 7A, 16,<br>35, 68, 76, 96<br>Twp. of W.F., Par. 9,<br>196, 285, 350<br>All TDTr. |
| Segina, John M. &<br>Marie E. | Twp. of W.F., Par. 285 |
| Selberg, Clarence M. &<br>Elsie C. | Sec. 19, Par. 3 |
| Sellers, W. G. &<br>Mozelle A. | Sec. 25, Par. 25 |
| Serry, Earl A. &<br>Betty B. | Sec. 18, Par. 61, 62,<br>63, 70X1, 73 |
| Shamel, Bert A. | Sec. 24, Par. 139 |
| Sheffield, Leo K. &<br>Marjorie K. | Twp. of W.F., Par.<br>188 TDBen |
| Sheld, Calvin C. &<br>Cora E. | D. & P. Par. 22 |
| Shell Oil Co. | Sec. 24, Par. 163<br>Mtg. |
| Sheppard, William &<br>Adelaide | Sec. 19, Par. 48A |
| Shigut, Emil A. &<br>Gladys F. | Sec. 24, Par. 31C,<br>31X3, 31A |
| Shimel, James B. &<br>June B. | Sec. 24, Par. 14 |

2466

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Shipley, Verne G. &<br>    Luella C. | Por. of Twp. of W.F.,<br>Par. 11 TDBen<br>Twp. of W.F., Par. 42,<br>249, 117, 306X1, 307A<br>TDBen<br>Twp. of W.F., Par. 319<br>Sec. 18, Par. 105, 106<br>TDBen |
| Shockey, Laurel W. &<br>    Julia R. | Twp. of W.F., Par. 192 |
| Shrode, David R. &<br>    Mildred R. | Sec. 19, Par 13X2 |
| Sierras, Velma L. | Bartletts, Par. 53, 54 |
| Sievers, Linden H. &<br>    Betty Ann | Twp. of W.F., Par. 214A<br>Bartletts, Par. 9 |
| Simmons, Lewis T. | Sec. 25, Par. 99<br>Agmt to Conv. |
| Simpson, Charles C. &<br>    Edythe M. | Twp. of W.F., Par.<br>210, 211 |
| Sims, James L. &<br>    Gladys W. | Sec. 19, Par 50X2 |
| Sinclair, Bently W. | Sec. 25, Par. 98X1<br>TDBen |
| Sluder, Clifford E. | Sec. 24, Par. 51A |
| Smith, Alonzo & ~~Elizabethx~~<br>    Elizabeth | Sec. 19, Par. 8 |
| Smith, Floyd O. &<br>    Eva | Sec. 25, Par. 25 TDBen<br>Twp. of W.F., Par. 92 |
| Smith, George C. &<br>    Katherine | Sec. 24, Par. 112A,<br>117 |

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Smith, Harold I. & Ella Jane | Bartletts, Par. 27, 29, 30, 31 |
| Smith, Harry V. & Myrtle | Twp. of W.F., Par. 238X1, 246 TDBen |
| Smith, Howard H. & Emily Smith | Bartletts, Par. 14 |
| Smith, Irving, & Ione C. | Bartletts, Par. 41, 43 |
| Smith, Leo A. & Susie Ann | Twp. of W.F., Par. 175 College St., Par. 21 TDTr, |
| Smith, Loren D. & Lorraine M. | Sec. 24, 102B1 |
| Smith, Leslie F. & Nellie E. | Twp. of W.F., Par. 231 |
| Smith, Martin H. & Aleta D. | Sec. 18, Par. 102, 103 |
| Smith, William J. & Velma E. | Sec. 19, Par. 133 |
| Snyder, Lester L. & Helena E. | College St., Par. 29 |
| Solso, Roy O. | Twp. of W.F., Par. 75, 76 100 Twp. of W.F., Par. 73, 74 |

2468

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Somacal, Geno L. &<br>    Louise R. | Twp. of W.F., Par. 296<br>Harris, Par. 1, and Par.<br>7 of Abbotts, TDBen |
| Sommerville, Lillian | Twp. of W.F., Par. 330 |
| Sones, Lester E. &<br>    Lois M. | Sec. 24, Par. 112X1 |
| Soper, Samuel O. &<br>    Mildred L. | Sec. 24, Par. 124 |
| Sorbo,  John R. | College Street, Par. 1,<br>2 and 59 of Sec. 24,<br>Option to Purchase.<br>College Street, Par. 8A,<br>10, 11A |
| Sorenson, Jens E. &<br>    Lillian E. | Sec. 24, Par. 106 |
| Southern California Ass'n.<br>of 7th Day Adventists | Bartletts, Par. 44 |
| Southern Calif. Tele Co. | Twp. of W.F., Par. 63 |
| Southern Title & Trust Co. | Por. of Twp. of W.F.,<br>Par. 3, TDTr<br>Twp. of W.F., Par. 24 TDTr<br>Sec. 24, Par. 40 TDTr<br>Sec. 18, Par. 74 TDTr |
| Sparr, Edward C. &<br>    Elsie L. | College St., Par. 13 TDBen<br>Sec. 18, Par. 86 TDBen |
| Spence, Morgan L. &<br>    Juanita B. | Bartletts, Par. 47A, 48A |
| Spencer, Herbert &<br>    Joanne | Sec. 24, Par. 90 |
| Stafford, Mary Dorothy | Shields, Par. 15B |
| Stahl, William V. | |

-68-

2469

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Stambaugh, V. G. & Bessie B. | Sec. 24, Par. 68, 71A |
| Stanek, Stanley & Bella E. | Sec. 24, Par. 54X1, 55 |
| Staples, Oswald H. | Sec. 24, Par. 28 |
| Staude, Elliott E. & Dewiss | Sec. 24, Par. 81 |
| Staude, Evaline E. & Emma W. | Twp. of W.F., Par. 287<br>Sec. 24, Par. 78 |
| Stefanick, John & Jennie D. | Sec. 25, Par. 26 |
| Steingerwald Corp. | Twp. of W.F., Par. 9, 51 TDBen' |
| Stephenson, Albert & Gertrude | Sec. 18, Par. 81 TDBen |
| Sterling, Bertha | Twp. of W.F., Par. 260 |
| Stevenson, Donald & Ethel | Twp. of W.F., Par. 199 |
| Stewart, Herbert L. & Marie C. | Sec. 24, Par. 45 |
| Stewart, James C. Jr., & Kathryn | Sec. 25, Par. 79 |
| Stockton, James N. | Sec. 24, Par. 139 |
| Stokes, Clifford E. & Avis B. | Sec. 24, Par. 193A |

-69-

2470

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Stokes, Lyle W. & <br> Marie M. | Twp. of W.F., Par. 28OX1 <br> Sec. 18, Par. 80 |
| Stone, Clarence M. & <br> Mary B. | Sec. 19, Par. 2 |
| Stone, I. H. & <br> Vera E. L. | Sec. 24, Par. 51X1 |
| Strain, Frances M. | Sec. 18, Par. 84 TDBen |
| Stratton, Orra W. | Sec. 25, Par. 156 |
| Strider, H. E. & <br> Odette D. | Twp. of W.F., Par. 79 <br> TDBen |
| E. A. Strout Realty | Sec. 24, Par. 156 |
| Stryson, Harland L. & <br> Doris G. | Twp. of W.F., Par. 256 <br> TDBen <br> Twp. of W.F., Par. 263 |
| Stuart, Elliott H. & <br> Robyn J. | Cheathams, Par. 1 <br> Sec. 18, Par. 93 |
| Stull, Fred D. | Sec. 19, Par. 13X2 TDBen |
| Suburban Savings & Loan <br> Association | Bartletts, Par. 47X1, <br> 48X1   TDBen <br> Shipley, Par. 12 TDBen <br> Sec. 19, Par. 35A1, <br> 132 TDBen <br> Sec. 24, Par. 54A, 69, <br> 102B1, TDBen <br> Sec. 25, Par. 7X1, <br> 103A TDBen <br> Twp. of W.F., Par. 283 <br> TDBen |
| Sullivan, E. C. & <br> Anna L. | Shipley, Par. 36 |
| Sullivan, Earl E. & <br> Jane M. | Bartletts, Par. 15 |

2471

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Summit, William T. <br>     Carrie Lee | Stevenson Bros., Par. 10 |
| Sutton, James H. & <br>     Sylva B. | Twp. of W.F., Par. 29, 34, <br> 43, 158, 159 |
| Sutton, Martha L. | Elder Knoll, Par. 1A TDBen |
| Sutton, N. LeRoy | Twp. of W.F., Par. 51 TDBe |
| Swagerty, Loddie E | Sec. 25, Par. 55 TDBen |
| Swagerty, Asa E. & <br>     Mary R. | Sec. 25, Par. 55 TDBen |
| Swanson, Oscar A. & <br>     M. Louise | Twp. of W.F., Par. 122, <br> 123, Mtgee <br> Sec. 18, Par. 39 |
| Swigart, Ralph E. & <br>     Alfreda | Por. of Twp. of W.F., <br> Par. 15 |
| Swimm, Eleanor F. | Harris, Par. 4 |
| Swisher, Charles E. | Sec. 25, 23 Par. 85 |
| Swope, W. D. & <br>     Emma L. | Twp. of W.F., Par. 345 |
| Tassey, Beatrice M. | Sec. 24, Par. 24, 26 TDBe <br> Sec. 24, Par. 25 <br> College St., Par. 14 |
| Raylor, Harold E. & <br>     Mary E. | Twp. of W.F., Par. 340 |
| Taylor, Henry C. & <br>     Hazel M. | Sec. 24, Par. 177 <br> Par. 194 |
| Taylor, W. Madison & | Twp. of W.F., Par. 70 |

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Templeton, Arthur A. | Shipley, Par. 25 TDBen |
| Terriere, Alta M. | Sec. 19, Par. 35X1<br>Sec. 19, Par. 35AX1, 36<br>TDBen |
| Theil, Marion | Twp. of W.F., Par. 257<br>Bartletts, Par. 50 TDBen |
| Thomas, Donald James &<br>    Peggy J. | Sec. 18, Par. 70A, 72 |
| Thomas, Madge E. | Twp. of W.F., Par. 66 |
| Thomas, William G. &<br>    Gertrude | Twp. of W.F., Par. 289<br>Sec. 24, Par. 162 TDBen<br>Sec. 18, Par. 70A, 72 |
| Thompson, Albert J. &<br>    Nona V. | Cheathams, Par. 29<br>Agmt to Convey |
| Thompson, Echum &<br>    Virginia M. | College St., Par. 17 |
| Thompson, Lewis Jr., &<br>    Ava A. | Sec. 24, Par. 24 |
| Thompson, Louis C. &<br>    Walsie G. | Por. of Twp. of W.F.,<br>Par. 1, 2 |
| Thompson, Robert R. &<br>    Ethelyn F. | Shipley, Par. 3 |
| Thorenson, N. C. &<br>    Gladys M. | Sec. 24, Par. 170 |
| Thurber, William Grant Jr. | Sec. 24, Par. 168<br>Shipley, Par. 5 |
| Thurman, Leslie C. &<br>    Helen E. | Sec. 25, Par. 160 |

2473

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Title Insurance & Trust Co. | Twp. of W.F., Par. 118 164, 273, 274, 277 TDTr Shipley, Par. 14 TDTr |
| Tomaszewski, Miranda | College St., Par. 14 TDBen |
| Tomlin, N. W. & D. C. | College, Par 8X1, 9X1, 10A, 8X2, 11A TDBen College, Par. 8Ax2, 10X1, 11X1 Sec. 24, Par. 42 Sec. 24, Par. 158 TDBen Twp. of W.F., Par 91 |
| Tomlinson, Donald H. & Betty J. | Sec. 18, Par. 84 |
| Toomey, William D. & Mary L. | D. & P., Par. 25 |
| Tor, Edward S. & Kathleen H. | Sec. 25, Par. 33 |
| Torkilson, Fremont A. & Irene L. | Sec. 18, Par. 66 |
| Torry, Stanley & Barbara | Sec. 18, Par. 100X1 TDBen |
| Tracy, Ralph E. & Bessie H. | Por. of Twp. of W.F., Par. 22, 23 |
| Tritchka, F. H. & Gretta M. | Twp. of W.F., Par. 139, 349, 350 |
| | Sec. 18, Par. 32 |
| | Twp. of W.F., Par. 355 TDBen Sec. 24, Par. 32 |

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|------|----------|
| Turner, Charles R. | Twp. of W.F., Par. 290<br>Cheathams, Par. 3 TDBen |
| Turner, Dewie E. & | Bartletts, Par. 33A, 34A<br>34B Agmt to Conv. |
| Turner, Tom | Sec. 18, Par. 12, 14 |
| Twenty-Thirty Club of<br>Fallbrook | Sec. 25, Par. 92 TDBen |
| Tyner, Harry F. &<br>  Mae A. | Sec. 24, Par. 102B2 |
| Uhl, Sylvester J. &<br>  Gladys W. | Sec. 18, Par. 8 & 17: |
| Underwood, E. D. &<br>  Dorothy M. | Twp. of W.F., Par. 12A |
| Union Bank & Trust Co.<br>of Los Angeles | Sec. 24, Par. 178 TDTr |
| Union Title Insurance &<br>Trust Co. | College, Par. 30, TDTr<br>Por. of Twp. of W.F.,<br>Par. 5,6,7,17 TDTr<br>Miraflores, Par. 15 TDTr<br>Sec. 18, Par. 9, 16, 32,<br>33, 61, 62, 63, 70X1, 73<br>71, 122 TDTr<br>Sec. 19, Par. 48A TDTr<br>Sec. 24, Par. 27, 50,<br>73A1, 103B, 112X1, 186<br>Sec. 25, Par. 23, 54, 55,<br>70, 72, 98X1<br>Twp. of W.F., Par. 38,<br>39, 40, 42, 51, 71, 92,<br>102, 103, 104, 103, 114,<br>115, 116, 140, 162A, 180,<br>183, 188, 214A, 220, 221 |
| United Avocado Growers,<br>a Calif. Corp. | Sec. 24, Par. 182 |
| Urspring, Paul &<br>  Esther R. | Cheathams, Par. 13 TDBen |

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| U.S.A., (F.H.A.) | Sec. 18, Par. 65, 68<br>Sec. 19, 42<br>Sec. 24, Par. 52<br>Sec. 25, Par. 47X4, 47D<br>& 50 All TDBen<br>Same parcels as TDTr |
| State Director, F.H.A. | |
| Vander, Roy J.<br>    Elizabeth P. | Bartletts, Par. 49A, 49B<br>Twp. of W.F., Par. 179 |
| Van Der Linden, Victor<br>    Pamela | College Street, Par. 3 |
| Van Landuyt, Irene | Twp. of W.F., Par. 341 |
| Vargas, Pete L. &<br>    Mary E. | Sec. 25, Par. 20A |
| Vatnsdal, Dorothy M. | Elder Knoll, Par. 5 |
| Vaught, Roy L. &<br>    Rhea F. | Twp. of W.F., Par. 218 |
| Veterans Regional Office | Donath & Piers, Par. 4,<br>15, 25, 28<br>Bartletts, Par. 41, 43<br>College, Par. 32<br>Elder Knoll, Par. 6, 7, 8<br>Sec. 18, Par. 39, 70A, 7?<br>Sec. 24, Par. 66<br>Sec. 25, Par. 33, 87<br>Twp. of W.F., Par. 231,<br>252, 259, 295, 322, 324,<br>340 |
| Vick, Roy C. &<br>    Sally | Sec. 24, Par. 116 |
| Vines, Houston A. &<br>    Eva | Sec. 24, Par. 111 |
| Vining, Briscoe H. &<br>    Jeane H. | Twp. of W.F., Par. 257<br>Agmt to Purchase |
| Vix, Harry B. &<br>    Lenore | Twp. of W.F., Par. 162<br>  TDBen<br>Mira Flores, Par 2,3 |

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| VLASEK<br>Vlasek, Fred &<br> Reeta | Twp. of W.F., Par. 196 |
| Vore, Maude F. | Harris, Par. 1, and Par.<br>7 of Abbotts _Partial_ |
| Walker, Albert L. &<br> Jane | Twp. of W.F., Par. 214A<br>TDBen |
| Wallace, Donn B. &<br> Ruth A. | Elder Knoll, Par. 7 |
| ~~Wallace, C. J. &~~<br> ~~Mabel S.~~ | ~~Sec. 19, Par. 39~~ |
| ~~Wallace, Lawrence &~~<br> ~~Helen~~ | ~~Sec. 18, Par. 43~~ TDBen |
| Waller, H. A. &<br> Ethel R. | Cheathams, Par. 27X1 TDBen<br>Shipley, Par. 44<br>College, Par. 3<br>Elder Knoll, Par. 10 TDBen<br>Sec. 24, Par. 47 & Par.<br>160 of Map 43 (WF), Par<br>48 TDBen, Par. 171 TDBen<br>Sec. 24, Par. 103A TDBen<br>Twp. of W.F., Par. 189 TDB |
| Walls, Betty K. Gracy | Sec. 24, Par. 62 |
| Walls, Isaac C. &<br> Lura L. | Sec. 24, Par. 107 |
| Walls, Robert H. | Sec. 18, ~~Par. 116~~, 124 |
| Walters, Harry F. &<br> Jessie May | Bartletts, Par. 5 |
| Waltz, William J. | Sec. 24, Par. 132<br>Sec. 25, Par. 102 |
| Wann, Melton &<br> Margaret | Sec. 24, Par. 54A |

2477

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Warren, Charles & Grace B. | Sec. 18, Par. 28 |
| Washburn, Ira B. | Sec. 18, Par. 34 TDBen |
| Watchtower Bible & Tract Society | Twp. of W.F., Par. 308 |
| Watkins, H. O. & Ferne A. | Sec. 25, Par. 20X1 |
| Wayman, Raymond & Mary Elizabeth | Sec. 24, Par. 145<br>Twp. of W.F., Par. 130, 131<br>Por. of Twp. of W.F. Par. 26 |
| Weaver, Charles A. & Zela P. | Twp. of W.F., Par. 346X1<br>Mira Flores, Par. 15 |
| Weber, Ernest & Ader | Sec. 25, Par. 76 |
| Wedeking, Virgil M. & Frances M. | Twp. of W.F., Par. 162A |
| Weeks, LeRoy I. & Nellie M. | Twp. of W.F., Par. 218 TDBen |
| Wehmeyer, Fred F. & Vera L. | Shipley, Par. 8 TDBen |
| Weichers, Edwin O. & Martha E. | Bartletts, Par. 33X2 |
| Weidlein, Mary | Sec. 24, Par. 86 TDBen |
| Weinberg, Sandra | Sec. 24, Par. 89 TDBen |
| Weisel, Peter J. & Doris E. | Twp. of W.F., Par. 255 |

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Wernicke, Leonard S. & Florence H. | Sec. 24, Par. 136, 137, and Par. 6 of Abbotts Addi |
| West, Chesley H. & Lillian C. | Twp. of W.F., Par. 13 |
| Wester, Eleanore | Sec. 24, Par. 16 |
| Westfall, M. Tallam & Victor B. | Twp. of W.F., Par. 132, 133, 151, 152, 153, 154 155, 156, 157, 190 |
| West Fallbrook School Dist. | Por. of Twp. of W.F., Par. 28 |
| Wetzel, Burt L. & Marjorie | Sec. 25, Par. 158A |
| Wetzler, John L. & Edith M. | Sec. 24, Par. 146, 151 |
| Whisnand, Charles B. & Helen MX N. | Elder Knoll, Par. 3 |
| ~~Whitemix~~ Whitcomb, Donald B. & Patience L. | Sec. 24, Par. 114 |
| White, Fred H. & Alice A. | Twp. of W.F., Par. 4 |
| Whiting, Melvena F. | Sec. 19, Par. 36 TDBen |
| Whittemore, Edward R. & Alice | Sec. 18, Par. 26 |
| Whitten, Ferrell E. & ~~Sxxxx25yxPxxxx104~~ Mary | Sec. 25, Par. 106 |
| Wilcox, Hugh F. & | Sec. 24, Par. 24 |

FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Wiley, Roy, Jr. & Verna O. | Sec. 25, Par. 54 |
| Willett, P. W. & | Sec. 24, Par. 133 & 123 & 4 of Abbotts Add. Shipley, Par. 17 |
| Williams, L. C. & Gail | Sec. 18, Par. 49 |
| Williams, Mamie J. | Twp. of W.F., Par. 264, 265, 270 |
| Williams, W. H. & Elizabeth | Sec. 18, Par. 271 |
| Willoughby, Luther A. & Patricia A. | Sec. 25, Par. 103A |
| Wilson, Benjamin D. & Barbara M. | 2X D. & P. Par. 7 |
| Wilson, Charles A. & Jettie | Sec. 19, Par. 45 |
| Windsor, Harry & Elsie | Twp. of W.F., Par. 250 |
| Winzell, Walter J. & Lucille M. | Shipley, Par. 25 |
| Witt, William S. & Margaret V. | Twp. of W.F., Par. 321 TDBen |
| WXYX Wojcik, Victor F. & Charlotte L. | Elder Knoll, Par. 8 TDBe |
| Wolfe, Eugene & Lillian | Sec. 25, Par. 105 |

-79-

2480

## WE FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| Wolfe, Russell P. & Ruby I. | Sec. 24, Par. 65 ~~Twp. of W.F., Par. 35~~ |
| Womack, Earl G. & Brittie I. | Sec. 24, Par. 123, 125 TDBen |
| Wood, Myron B. & Helen M. | Bartlett, Par. 28 |
| Woodrow, Howard C. & Lillian L. | Sec. 18, Par. 69X2, 69X1, 122 TDBen<br>Sec. 24, Par. 82X1, 83X1, 142<br>Sec. 24, Par. 89 TDBen<br>Sec. 25, Par. 82 |
| Woods, William S. & Mary | Twp. of W.F., Par. 216, 222 |
| Woody, Lillian H. | Bartletts, Par. 58 |
| Wright, Darwin B. & Lucille A. | Sec. 25, Par. 44X1, 44A TDBen |
| Wright, Fred M. & Verba B. | Twp. of W.F., Par. 46 |
| Wright, John H. & Margaret M. | Sec. 25, Par. 65 |
| Wright, Nina B. | Sec. 24, Par. 101 |
| Wyatt, Clifford & Grace C. | ~~Twp. of W.F., Par. 11~~ |
| Wyman, Benjamin S. & Norma W. | Bartletts, Par. 20 Agmt to Conv. |
| Yackey, Alma H. & George F. | Sec. 18, Par. 54 Twp. of W.F. Par 77 |

2481

## FALLBROOK CREEK WATERSHED

| NAME | PROPERTY |
|---|---|
| YOKUM, Kenneth P. & Leah G. | Sec. 19, Par. 46 |
| Young, Anna C. | Sec. 25, Par. 57 |
| Young, Harry H. & Rhoda A. | Sec. 19, Par. 17, 19 Twp. of W.F., Par. 83 |
| Young, Lawrence M. Gaetane D. | Twp. of W.F., Par. 280X TDBen |
| Young, Rhoda S. | Twp. of W.F., Par. 83 Sec. 19, Par. 17 & 19 |
| Yount, William T. & Grace Mae | Twp. of W.F., Par. 272 |
| Zapf, Bob | D. & P., Par. 7 |
| XX Zastone, William & E Rita C. | Sec. 19, Par. 49A |
| Zimmerman, Charles & | Sec. 24, Par. 8X2 |
| Znorski, Victor J. & Lillian Fox | Twp. of W.F., Par. 172 |
| Zwicker, J. Ward & Bertha D. | Twp. of W.F., Par. 118 TDBen |

2482

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

MF-4-A

## SECTION 19

Assessors Map 19, 983W

**Parcel 1:**

The North 212.9 feet of the West 511.5 feet of the Northwest Quarter of the Northwest Quarter of Section 19.

Owners:

GEYER, Harry J. Jr. (hus)

GEYER, Grace Eugenia (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSN. (TDBen)

**Parcel 2:**

Beginning at a point on the North boundary of Section 19, 31 rods East of the Northwest Corner;  thence South 1045.3 feet more or less, to the Northwest line of the County Highway Commission Road, Route 4, Division 4;  thence Northeasterly along the Northwesterly line of said road to the intersection with North boundary of Section 19;  thence West along North Boundary to point of beginning.

Owners:

STONE, Clarence M. (hus)

STONE, Mary B. (wife)

**Parcel 3:**

All that portion of Lot 1 (the Northwest Quarter of the Northwest Quarter), Section 19 described as follows:  Commencing at the Northwest Corner of Lot 1;  thence along West line thereof South 0°10' East, 425.80 feet to intersection with South line of land described in deed to Joseph LUXON, Sr., 10-31-12, 591/206 Deeds;  thence along South line of said Luxon's land South 89°23' East 256.0 feet to intersection with East line of West 256.0 feet of said Lot 1, said last mentioned point of intersection being true point of beginning;  thence continuing along said South line of Luxon's land

Interlocutory Judgment No. 39A

C. T. F 2483

Parcel 3 continued:

and its Easterly prolongation South 89°23' East 255.50 feet to East
line of West 31 rods of said Lot 1; thence along said East line of
West 31 rods of Lot 1 South 0°10' East 325.80 feet; thence North
89°23' West 255.50 feet to East line of West 256.00 feet of said Lot
1; thence along said East line of West 256 feet of Lot 1 North 0°10'
West 425.80 feet to true point of beginning; Except the Southerly
100 feet thereof. Also, beginning at intersection of West line of
Lot 1 with South line of North 425.80 feet of Lot 1; thence along
said South line North 89°48' East 256.00 feet to true point of be-
ginning; thence South 0°20'15" West 318.77 feet; thence North
88°37'30" West 28.01 feet; thence North 0°20'15" East 318 feet to
South line of North 425.80 feet of Lot 1; thence thereon North
89°48' East 28.00 feet to true point of beginning.

Owners:

SELBERG, Clarence M. (hus)
SELBERG, Elsie C. (wife)


Parcel 4X2:

All that portion of the West 228.00 feet of Lot 1, Section 19
lying Northerly of North line of Juniper Street as conveyed to
County of San Diego 12-28-18, 751/56 deeds; EXCEPTING the North
425.80 feet of above described property. ALSO EXCEPTING the
Southerly 100.00 feet of above described property. ALSO EXCEPT-
ING the South 127.50 feet of the North 553.30 feet of the West
228 feet of Lot 1; and excepting also a parcel described as
follows: Beginning at the intersection of the West line of Lot
1 with South line of North 553.30 feet of said Lot 1 and its
Westerly prolongation; thence South 0°20'15" West along said
West line 57.23 feet to true point of beginning; thence South
64°58'30" East 144.95 feet; thence South 0°20'15" West to

-2-

2484

Parcel 4X2 continued:

intersection with line drawn parallel with and distant 100 feet
Northerly, measured at right angles from the North line of Juniper
Street;  thence North 89°19'00" West along said parallel line
131.70 feet to intersection with said West line of Lot 1;  thence
North 0°20'15" East along said West line 309.27 feet to true point
of beginning;  and excepting also a parcel described as follows:
Beginning at intersection of West line of Lot 1 with South line of
North 553.30' of said Lot 1 and its Westerly prolongation;  thence
South 0°20'15" West along said West line 57.23 feet;  thence South
64°58'36" East 144.95 feet to true point of beginning;  thence South
0°20'15" West to intersection with line drawn parallel with and dis-
tant 100 feet Northerly measured at right angles from North line of
Juniper Street;  thence South 89°19'00" East along said parallel
line 96.30 feet to intersection with East line of said West 228
feet of Lot 1;  thence North 0°20'15" East along said East line to
intersection with a line bearing North 89°48'00" East from true
point of beginning;  thence South 89°48'00" West 96.30 feet to true
point of beginning.

Owners:

PETERSON, L. W. (hus)

PETERSON, Velma H. (wife)

BANK OF AMERICA (TDTr)

GWYTHER, Helen M. (un/w)(TDBen)

-3-

2485

**Parcel 4A:**

The South 127.50 feet of the North 553.30 feet of the West
228 feet of Lot 1 (Northwest Quarter of the Northwest Quarter)
of Section 19, Township 9 South, Range 3 West.

**OWNERS:**

BELL, Charles (hus)

BELL, Bonnie (wife)

BANK OF AMERICA (TDTr)

GWYTHER, Helen M. (un/w)(TDBen)

SECURITY TITLE INS. CO. (TDTr)

LAGUNA FEDERAL SAVINGS & LOAN ASS'N (TDBen)

LAND TITLE INSURANCE CO (TDTr)

PETERSON, L. W. (TDBen)

PETERSON, Velma H. (TDBen)

**Parcel 4B:**

All that portion of the West 228 feet of Lot 1, Section 19,
Township 9 South, Range 3 West, described as follows:  Beginning
at the intersection of the West line of Lot 1 (Northwest Quarter
of the Northwest Quarter) with South line of North 553.30 feet
of said Lot 1 and its Westerly prolongation;  thence South 0°20'
15" West along said West line 57.23 feet to true point of beginning;
thence South 64°58'36" East 144.95 feet; thence South 0°20'15" West
to intersection with line drawn parallel with and distant 100 feet
Northerly, measured at right angles from the North line of Juniper
Street;  thence North 89°19'00" West along said parallel line 131.70
feet to intersection with said West line of Lot 1;  thence North
0°20'15" East along said West line 309.27 feet to true point of
beginning.  Also all that portion of the West 228 feet of Lot 1
(Northwest Quarter of the Northwest Quarter) of Section 19, Town-
ship 9 South, Range 3 West, described as follows: Beginning at

-4-

2486

Parcel 4B continued:

the intersection of the West line of Lot 1 with South line of North
553.30 feet of said Lot 1 and its Westerly prolongation;  thence
South 0°20'15" West along said West line 57.23 feet;  thence South
64°58'36" East 144.95 feet to point hereinafter referred to as
Point "A" and true point of beginning;  thence South 0°20'15"
West to intersection with line drawn parallel with and distant 100
feet Northerly measured at right angles from North line of Juniper
Street;  thence South 89°19'00" East along said parallel line 96.30
feet to intersection with East line of said West 228 feet of Lot 1;
thence North 0°20'15" East along said East line to intersection with
a line bearing North 89°48'00" East from true point of beginning;
thence South 89°48'00" West 96.30 feet to true point of beginning.

Owners:

PETERSON, L. W. (hus)

PETERSON, Velma H. (wife)

JENSEN, William F. (hus)(Agnt for Sale)

JENSEN, Edna (wife)(Agnt for Sale)

BANK OF AMERICA (TDTr)

GWYTHER, Helen M. (un/w)(TDBen)

Parcel 5:

The South 212.9 feet of the North 425.8 feet of the West 511.5
feet of the Northwest Quarter of the Northwest Quarter of Section
19.

Owner:

CHASE, Emma

<u>Parcel 6</u>:

The Southerly 100 feet of that portion of Lot 1 (the Northwest
Quarter of the Northwest Quarter) of Section 19, Township 9
South, Range 3 West, described as follows:  Commencing at the
Northwest Corner of Lot 1;  thence along West line thereof South
$0^{\circ}10'$ East 425.80 feet;  to intersection with South line of
land described in deed to Joseph Luxon, Sr., 10-31-12, 591/206
Deeds;  thence along South line of Luxon's land South $89^{\circ}23'$
East 256.0 feet to intersection with East line of West 256 feet
of said Lot 1, said last mentioned point of intersection being
true point of beginning;  thence continuing along said South
line of Luxon's land and its Easterly prolongation South $89^{\circ}23'$
East 255.50 feet to East line of West 31 rods of said Lot 1;
thence along said East line of West 31 rods of Lot 1 South $0^{\circ}10'$
East 425.80 feet;  thence North $89^{\circ}23'$ West 255.50 feet to East
line of West 256.00 feet of said Lot 1;  thence along said East
line of West 256.00 feet of said Lot 1 North $0^{\circ}10'$ West 425.80 feet
to true point of beginning;  Also, beginning at intersection of
West line of Lot 1 with South line of North 425.80 feet of Lot 1;
thence along said South line North $89^{\circ}48'$ East 256.00 feet;  thence
South $0^{\circ}20'15''$ West 318.77 feet to true point of beginning;  thence
continuing South $0^{\circ}20'15''$ West 107.03 feet;  thence South $89^{\circ}48'$
West 28 feet;  thence North $0^{\circ}20'15''$ East 107.80 feet to line bear-
ing North $88^{\circ}37'30''$ West from true point of beginning;  thence South
$88^{\circ}37'30''$ East 28.01 feet to true point of beginning.

Owners:

    FANT, Alfred (hus)

    FANT, Donnye (wife)

2488

Fallbrook Creek Watershed
(Section 19)

Parcel 7:

Beginning at the intersection of the Westerly line of Lot 1
with Southerly line of North 425.80 feet of Lot 1;  thence
along said Southerly line 256.0 feet;  thence South 0°20'15"
West 425.80 feet to true point of beginning;  thence North
89°48' East 255.50 feet to Easterly line of West 31 rods of
Lot 1;  thence along said Easterly line South 0°20'15" East
48.31 feet;  thence North 89°19' West 255.50 feet to Easterly
line of West 256.00 feet of Lot 1;  thence along said Easterly
line North 0°20'15" East 44.38 feet to true point of beginning.

Owner:

HAYES, Martha E. (widow)


Parcel 8:

The Southerly 127.55 feet of that portion of the East 30 feet
of the West 31 rods of Lot 1 (Northwest Quarter of the North-
west Quarter) of Section 19, Township 9 South, Range 3 West
which lies Northerly of the Easterly extension of the Northerly
line of Juniper Street, as shown on Miscellaneous Map No. 84,
San Diego County, said Juniper Street being 50 feet in width
and bears South 89°19' East.

Owners:

SMITH, Alonzo E. (hus)
SMITH, Elizabeth D. (wife)
BANK OF AMERICA (TDTr)
ALLEN, Elmer (hus)(TDBen)
ALLEN, Lucille G. (wife)(TDBen)

2489

<u>**Fallbrook Creek Watershed**</u>
(Section 19)

<u>Parcel 9</u>:

All that portion of Lot 1 (Northwest Quarter of the Northwest
Quarter) of Section 19, Township 9 South, Range 3 West described
as follows: Beginning at the intersection of the East line of
the West 256.00 feet with the North line of Juniper Street pro-
duced Easterly; thence along said Easterly prolongation of North
line of Juniper Street South 89°19' East 125.50 feet to true
point of beginning; thence North 0°20'15" East 127.55 feet;
thence South 89°19' East 100 feet; thence South 0°20'15" West
102.30 feet; thence Westerly 104.42 feet to true point of be-
ginning.

<u>Owners</u>:

MC CULLOUGH, William C. (hus)

MC CULLOUGH, Barbara Lang (wife)

BANK OF AMERICA (TDTr)

BARKOW, Harold W. (hus)(TDBen)

BARKOW, Marcella C. R. (wife)(TDBen)

<u>Parcel 10</u>:

All that portion of Lot 1 (Northwest Quarter of the Northwest
Quarter) of Section 19, Township 9 South, Range 3 West described
as follows: Beginning at the intersection of the East line of
the West 256 feet of said Lot 1 with North line of Juniper Street
produced Easterly as per deed to County of San Diego 12-30-18, 751/
56; thence along said Easterly prolongation of North line of
Juniper Street South 89°19' East 50 feet to Southeast Corner of
land described in deed to William Hayes 11-17-48, 3026/36, the
true point of beginning; thence parallel with West line of Lot 1
North 0°20'15" East 127.55 feet; thence parallel with said Easterly
prolongation of North line of Juniper Street South 89°19' East 75.50
feet to Northwest corner of land described in deed to Edward C.

-8-

2490

Fallbrook Creek Watershed
(Section 19)

**Parcel 10 continued:**

Berg 7-18-47, 2434/468;  thence parallel with West line of Lot 1 South 0°20'15" West 127.55 feet to Easterly prolongation of North line of Juniper Street;  thence thereon North 89°19' West 75.50 feet to true point of beginning.

Owner:

HANEY, William B.

**Parcels 11 & 12:**

That portion of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows:  Beginning at the intersection of the East line of the West 256 feet of said Lot 1 with the North line of Juniper Street produced Easterly as per deed to County of San Diego 12-30-18, 751/56;  thence along said Easterly prolongation of North line of Juniper Street South 89°19' East 50 feet;  thence parallel with West line of Section 19 North 0°20'15" East 127.55 feet;  thence parallel with said Easterly prolongation of North line of Juniper Street North 89°19' West 50 feet to the East line of the West 256 feet of Lot 1;  thence thereon South 0°20'15" West 126.55 feet to point of beginning.  Also, that portion of Lot 1 (Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West;  Beginning at the intersection of the West line of said Lot 1 with the South line of the North 425.80 feet of said Lot 1;  thence along said South line North 89°48' East 256.00 feet to Northwest Corner of land described in Parcel 1 of deed to Clarence M. Selbert 6-4-52, 4513/84;  thence South 0°20'15" West along West line of Selberg's land and along West line of land conveyed to Alfred Fant and wife

Fallbrook Creek Watershed
(Section 19)

Parcels 11 & 12 continued:

4-17-51, 4056/369, a distance of 425.80 feet to Southwest Corner of Fant's land and true point of beginning;  thence continuing South 0°20'15" West along Southerly prolongation of West line of Fant's land 172.15 feet, more or less to North line of Juniper Street;  thence along said North line North 89°19' West 28.00 feet;  thence parallel with said Southerly prolongation of West line of Fant land North 0°20'15" East 171.72 feet, more or less, to Westerly prolongation of Southerly line of said Fant land; thence along said Westerly prolongation North 89°48' East 28.00 feet to true point of beginning.

Owners:

HANEY, William B.

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

KELLER, E. C. (TDBen)

Parcel 13X2:

The East 114 feet of that portion of Lot 1 described as follows: Beginning at the intersection of the West line of Section 19 with North line of Juniper Street;  thence East along North line of Juniper Street 228 feet;  thence North parallel with West line of Section 19 100 feet;  thence West parallel with North line of Juniper Street 228 feet;  thence South along West line of Section 19 100 feet to point of beginning.

Owners:

SHRODE, David R. (hus)

SHRODE, Mildred R. (wife)

BANK OF AMERICA (TDTr)

STULL, Fred D. (widower)(TDBen)

-10-

2492

Fallbrook Creek Watershed
(Section 19)

Parcels 13A & 13B:

The West 114 feet of that portion of Lot 1 (Northwest Quarter of
the Northwest Quarter) Section 19, Township 9 South, Range 3 West
described as follows:  Beginning at the intersection of the West
line of Section 19 with North line of Juniper Street;  thence
along North line of Juniper Street South 89°19' East 228 feet;
thence parallel with West line of Section 19 North 0°20'15" East
100.00 feet;  thence parallel with North line of Juniper Street
North 89°19' West 228.00 feet to West line of Section 19;  thence
along West line South 0°29'15" West 100.00 feet to point of be-
ginning.

Owners:

RUMBLEY, William Edward (hus)
RUMBLEY, Erma Creola (wife)

Parcel 14:

The Westerly 205 feet of the West 31 rods of Lot 1 (Northwest
Quarter of the Northwest Quarter) Section 19, Township 9 South,
Range 3 West lying South of the South line of Juniper Street
produced Easterly to an intersection with County Highway Commission
Road Route 4, Division 4.

Owners:

CARMICHAEL, William (hus)
CARMICHAEL, Margaret Elvin (wife)
BANK OF AMERICA (TDTr)
BARKOW, Harold W. (hus)(TDBen)
BARKOW, Marcella C. R. (wife)(TDBen)
SHIMEL, James Bryan (hus)(TDBen)
SHIMEL, June Evelyn (wife)(TDBen)

-11-

2493

Parcel 15:

That portion of the West 31 rods of Lot 1 (Northwest Quarter of the Northwest Quarter) Section 19, Township 9 South, Range 3 West, lying South of the South line of Juniper Street produced Easterly to intersection with County Highway Route 4 EXCEPTING the Westerly 205 feet thereof;  ALSO EXCEPTING that portion lying Southeast of center line of County Highway Route 4;  ALSO EXCEPTING that portion thereof included in boundaries of land described in deed to AT&SF RR 1-10-17, 734/211 deeds described as follows:  Beginning at a point in the South line of the Northwest Quarter of the Northwest Quarter of Section 19, 511.5 feet East from the West line of said Section; thence North along East boundary of West 31 rods of said Northwest Quarter of the Northwest Quarter 148.59 feet;  thence South 37°31' West parallel with and 50 feet Northwesterly from center line of location of AT&SF RR 202 feet to South line of Northwest Quarter of Northwest Quarter;  thence East along said South line 119.62 feet to point of beginning.

Owners:

    HICKS, Norman L. (hus)

    HICKS, Lorraine I. (wife)

    HICKS, Oliver T., Jr., (hus)

    HICKS, Eleanor Ann (wife)

    BANK OF AMERICA (TDTr)

    SAMPSON, Paul L. (hus)(TDBen)

    SAMPSON, Pearl M. (wife)(TDBen)

2494

Parcel 16:

A portion of the Northeast Quarter of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows:  Beginning at the Northwest Corner of Section 19;  thence along North line of said Section North 89°51' East 1208.5 feet, more or less, to West line of land described in Order of Condemnation, AT&SF v. Williams, 730/401 Deeds;  thence along said West line South 0°06' West 58.7 feet;  thence South 47°31' West 57.1 feet to point in Southeasterly line of public highway from Fallbrook to Riverside County line, being the beginning of a 230 foot radius curve concave Southeasterly to the Southeasterly line, said point being the true point of beginning;  thence along said Southeasterly line and tangent to said curve South 47°31' West 357.9 feet;  thence South 89°54' East 284.8 feet, more or less, to said Westerly line of land described in Order of Condemnation;  thence along said West line North 0°06' East to said curve in Southeasterly line of said Highway right-of-way;  thence Southwesterly along said curve to true point of beginning.

Owners:

RHODES, Roy (hus)
RHODES, Edna (wife)
BANK OF AMERICA (TDTr)
DINGWALL, Stuart M. (widower)(TDBen)
BANK OF AMERICA (TDTr)
KINGSTON, Katherine V. (un/w)(TDBen)

2495

Parcels 17 & 19:

Beginning at the intersection of the Westerly right-of-way of
the AT&SF RR with a line parallel to and 618 feet Southerly
from the North line of Lot 1, Section 19;  thence Westerly
along said parallel line to Easterly line of County Road;  thence
Northeasterly along said County Road to intersection with Southerly
line of land conveyed to Union Oil Co. 853/184 Deeds;  thence
along Southerly line South 89°54' East to a point distant thereon
North 89°54' (East to a point distant thereon North 89°54') West
101.2 feet from intersection thereon with Westerly right-of-way
line;  thence South 265.25 feet to point of beginning.  EXCEPTING
all that portion of North 618 feet of East 49 rods of Northeast
Quarter of Northwest Quarter of Section 19, Township 9 South,
Range 3 West described as follows:  Commencing at the Northwest
Corner of Section 19;  thence North 89°53' East along North line
1208.5 feet to Westerly boundary of land decreed to AT&SF RR 5-11-17,
730/401 Deeds;  thence South 0°06' West along said Westerly boundary
line 310.81 feet to beginning of tangent curve Northwesterly having
a radius of 523.7 feet;  thence Southerly and Southwesterly along
said curve 322.42 feet to true point of beginning, being a point on
line 618 feet South and parallel with North line of Section 19;
thence West along said parallel line to a point on center line of
San Diego County Route 4;  thence Northeasterly along said center
line to its intersection with a line drawn parallel with and 66.31
feet from Westerly extension of South line of parcel conveyed to
Union Oil Co. 6-3-21, 853/184 Deeds;  thence South 81°28' East
279.61 feet to West line of land conveyed to Fallbrook Public
Utility District, 9-17-27, 1268/300 Deeds, said point being distant
along said West line North 0°06' East 156 feet from true point
of beginning;  thence South 0°06' West along said line 156 feet to
true point of beginning.

-14-

2496

~~Owner: (Parcels 17 & 19)~~

~~YOUNG, Rhoda Sturtevant~~

## Parcel 18:

Portion of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows:  Beginning at the Northwest Corner of Section 19;  thence Easterly along Northerly line distance of 1208.7 feet to Westerly line of right-of-way of AT&SF RR;  thence Southerly along Westerly line of right-of-way to Southeast Corner of parcel conveyed to Union Oil Company 853/184 Deeds, said point being true point of beginning;  thence Westerly along South line of property so conveyed 101.2 feet;  thence South 265.25 feet to an inter-section with Westerly line of right of way of AT&SF RR; thence Northerly along said line to point of beginning.



Owners:

DAVING, Carl G. (hus)

DAVING, Mildred L. (wife)

BANK OF AMERICA (TDTr)

FAULKNER, Raymond C. (hus)(TDBen)

FAULKNER, Charlotte Flo (wife)(TDBen)

## Parcel 20X1:

All that portion of the North 618 feet of the East 49 rods of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows: Commencing at the Northwest Corner of Section 19;  thence North $89^\circ 53'$ East along North line of Section 19 1208.5 feet to Westerly boundary of land described in AT&SF RR v. Will Williams et al, 730/407 Deeds;  thence South $0^\circ 06'$ West along said Westerly boundary 310.81 feet to beginning of tangent

-15-

Parcel 20X1 continued:

curve Northwesterly having radius of 523.7 feet;  thence Southerly and Southwesterly along said curve being also along said Westerly boundary line of land decreed to AT&SF, 322.4 feet to true point of beginning, being a point on line 618 feet South of and parallel with North line of Section 19;  thence Westerly along said parallel line to a point on center line of Route 4; thence Northeasterly along said center line to its intersection with a line drawn parallel with and 66.31 feet South from Westerly extension of South line and from said South line of parcel conveyed to Union Oil Co. 853/184 Deeds;  thence South 81°28' East 279.61 feet to West line of land conveyed to Fallbrook Public Utility District, 1268/300 Deeds, said point being distant along said West line North 0°26' East 156 feet from true point of beginning;  thence South 0°06' West along said line 156 feet to point of beginning;  Excepting parcel described as follows: All that portion of Lot 1 (Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West described as follows:  Beginning at the Northwest Corner of said Section 19;  thence North 89°48' East along Northerly line of Section 19 1208.50 feet to a point in Westerly boundary line of AT&SF Railroad right-of-way;  thence South 0°01'11" West along said right-of-way line 310.81 feet to beginning of tangent curve concave Westerly and having a radius of 523.70 feet;  thence Southerly and Southwesterly along the arc of said curve, being the Westerly line of said right-of-way thru a central angle of 36°22' an arc distance of 322.40 feet to a point in Southerly line of Northerly 618.00 feet of said Lot 1, said point being true point of beginning;  thence from said true point of beginning leaving said right-of-way line South 89°48' West along said Southerly line of Northerly 618.00 feet, 371.52 feet to point in Southeasterly line of Mission Road

-16-

2498

Parcel 20A, continued:

1-C, said point being the Southwesterly Corner of deed recorded 644/378 of Deeds; thence North 23°49' East along said Southeasterly line 54.83 feet to beginning of tangent curve concave Southeasterly and having a radius of 480.00 feet; thence Northeasterly along arc of said curve, being the Southeasterly line of said Mission Road 1-C thru a central angle of 7°56' an arc distance of 66.46 feet to a point, a radial line to said point bears North 1°15' West; thence leaving said Southeasterly line South 88°10' East 126.18 feet; thence South 80°33' East 196.00 feet to point in Westerly line of deed recorded 1268/300 of Deeds; thence South 0°01' West along said Westerly line 71.42 feet to true point of beginning.

Owners:

FAULKNER, Raymond C. (hus)

FAULKNER, Charlotte Flc

Parcel 20A:

All that portion of Lot 1 (Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West, described as follows: Beginning at the Northwest Corner of said Section 19; thence North 89°48' East along Northerly line of Section 19 1208.50 feet to point in Westerly boundary line of AT&SF Railroad right-of-way; thence South 0°01'11" West along said right-of-way line 310.81 feet to beginning of tangent curve concave Westerly and having a radius of 823.70 feet; thence Southerly and Southwesterly along the arc of said curve, being the Westerly line of said right-of-way thru a central angle of 26°22' an arc distance of 322.40 feet to a point in Southerly line of Northerly 618.00 feet of said Lot 1, said point being true point of beginning. Thence from said true point of beginning leaving said right-of-way line South 89°48' West

Parcel 20A continued:

along said Southerly line of Northerly 618.00 feet, 371.52 feet to point in Southeasterly line of Mission Road 1-C, said point being the Southwesterly corner of deed recorded 644/378 of Deeds; thence North 23°49' East along said Southeasterly line 54.88 feet to beginning of tangent curve concave Southeasterly and having a radius of 480.00 feet; thence Northeasterly along arc of said curve, being the Southeasterly line of said Mission Road 1-C thru a central angle of 7°56' an arc distance of 66.46 feet to a point, a radial line to said point bears North 58°15' West; thence leaving said Southeasterly line South 88°10' East 126.18 feet; thence South 80°33' East 196.00 feet to a point in Westerly line of deed recorded 1268/300 of Deeds; thence South 0°01' West along said Westerly line 71.42 feet to true point of beginning.

Owners:

JONES, Alex N. (hus)

JONES, Marilyn M. (wife)

BANK OF AMERICA (TDTr)

FAULKNER, Raymond C. (hus)(TDBen)

FAULKNER, Charlotte Flo (wife)(TDBen)

Parcel 21:

Portion of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows: Beginning at the intersection of the South line of parcel of land conveyed to Williams, 644/378 Deeds with East line of San Diego County Inland Blvd.; thence Southerly along said Easterly line 183.00 feet; thence in Southeasterly direction 189 feet to point on Westerly line of AT&SF RR, distant thereon 340 feet Southwesterly measured along said right-of-way line

-18-

2500

Parcel 21 continued:

and along Westerly right-of-way line of Westerly wing of "Y"
track of said RR from steel RR Stake on Southerly line of land
of Williams;  thence in Northeasterly direction along said
railroad right-of-way and Westerly right-of-way of Westerly
wing of "Y" track 340 feet to aforesaid steel railroad stake;
thence Westerly along South line of said Williams land 373.75
feet to point of beginning.

Owners:

BEAMON, Alexander M. (hus)

BEAMON, Elsie Allen (wife)

SECURITY FIRST NATIONAL BANK OF
     LOS ANGELES (TDTr)

HALL, Harry E. (hus)(TDBen)

HALL, Lennie B. (wife)(TDBen)

Parcel 22:

A Portion of the West Half of the Northeast Quarter of the
Northwest Quarter, and a portion of the East 49 rods of the
Northwest Quarter of the Northwest Quarter of Section 19,
Township 9 South, Range 3 West described as follows:  Beginning
at the Northwest Corner of parcel of land deeded to Nelson,
2-11-26, 1154/444 Deeds, being a point on the Easterly line of
County Highway Route 4, said point distant 183 feet Southwesterly
from point in said Easterly line of intersection with South line
of tract deeded to Will Williams, 4-14-14, 644/378 Deeds;  thence
Southeasterly in straight line along Northerly line of said
Nelson land and prolongation thereof 189 feet to a point on
Westerly right-of-way of AT&SF RR, said point being distant 340
feet Southwesterly measured along said Westerly right-of-way
line and along Westerly right of way of Wye leg from rail monument
of South line of said tract conveyed to Williams, being true point

Fallbrook Creek Watershed
(Section 19)

Parcel 22 continued:

of beginning;  thence Northwesterly along said prolongation of North line of Nelson land 89 feet;  thence at right angles Southerly/parallel with said prolongation of Northerly line of land 40 feet; thence Southeasterly of Nelson to said Westerly right-of-way of AT&SF RR;  thence Northeasterly along said right-of-way to point of beginning.

Owner:

SCHAFFER, Andrew R. (s/m)

Parcel 23:

That portion of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows: Beginning at the intersection of the South line of tract of land conveyed to Williams 644/378 Deeds, with Easterly line of County Highway Route 4;  thence Southerly along said Easterly line of County Highway South 23°53' West 68.50 feet;  thence South 65°14' East 121.32 feet to Westerly line of right-of-way of AT&SF RR; thence Northeasterly along said Westerly right-of-way line 125.57 feet to a point distant 340 feet Southwesterly measured along Westerly line and along Westerly right-of-way line of Westerly leg of Wye track of said railroad from rail monument on South line of said Williams land;  thence Northwesterly in straight line 180 feet to true point of beginning.  EXCEPT beginning at the Northeast corner of foregoing described property;  thence running Northwesterly along Northerly line of said property a distance of 89 feet;  thence at a right angle Southerly a distance of 40 feet;  thence at a right angle Southeasterly on line parallel with Northerly line of said property to Westerly right-of-way line of AT&SF RR;  thence Northeasterly along said right-of-way line to point of beginning.

-20-

2502

Owner (Parcel 23):

KELLER, Clarence O. (s/m)

Parcels 24 & 25:

All that portion of the Northwest Quarter of the Northwest
Quarter of Section 19, Township 9 South, Range 3 West described
as follows:  Beginning at a point on Easterly line of County
Highway Route 4, said point being distant 183 feet Southwesterly
from point in Easterly line of said highway where same is inter-
sected by the South line of land conveyed by Hawley to Williams
4-14-14, 644/378 Deeds;  thence running Southeasterly in straight
line 189 feet to point on Westerly right-of-way line of AT&SF,
said point being distant 340 feet Southwesterly, measured along
said Westerly right of way line and along Westerly right-of-way
line of Wye track of said railway from rail monument on South
line of said above mentioned tract conveyed to Williams;  thence
in Southwesterly direction along Westerly line of said railway

right-of-way line to intersection with West line of land conveyed
by Harriman to Hawley 3-15-1897, 261/63 Deeds;  thence North along
West line of said parcel to a point on Easterly line of said
County Highway;  thence Northeasterly along said Easterly line
of County Highway to point of beginning.  EXCEPTING from the fore-
going described property that portion thereof lying Northeasterly
of the Southwesterly line of following described parcel:  All that
portion of the Northwest Quarter of Section 19, Township 9 South,
Range 3 West described as follows:  Beginning at the intersection
of the South line of land conveyed by Hawley to Williams 4-14-14,
644/378 Deeds, with the Easterly line of County Highway, Route 4;
thence Southerly along said Easterly line of County Highway South
23°53' West 183 feet to true point of beginning;  thence continuing

8593

Fallbrook Creek Watershed
(Section 19)

Parcels 24 & 25 continued:

along said Easterly line of County Highway South 23°53' West
68.50 feet;  thence South 65°14' East 121.32 feet to Westerly
line of right-of-way of AT&SF RR;  thence Northeasterly along
said Westerly right-of-way line 125.57 feet to a point distant
340 feet Southwesterly measured along said Westerly right-of-way
line and along Westerly right-of-way line of Westerly leg of
Wye track of said railway from the rail monument on the South
line of above mentioned tract of land conveyed to Williams;
thence Northwesterly in straight line 189 feet to true point
of beginning.

Owners:

LONGO, V. J. (m/m)(Sep prop)

LONGO, Dante F. (m/m)(Sep prop)

Parcel 26:

That portion of the West 31 rods of Lot 1 (Northwest Quarter
of the Northwest Quarter) Section 19, Township 9 South, Range
3 West lying Southeast of center line of County Highway Commis-
sion Road Route 4, Division 4.  EXCEPT that portion included in
boundaries of land in deed to AT&SF RR Co. 1-10-17, 734/211 Deeds.

Owner:

BULLOCK, Delbert H. (widower)

Parcel 27:

The West 356.3 feet of the East 638.2 feet of the North 618 feet
of the West Half of the Northeast Quarter of the Northwest Quar-
ter.  EXCEPT that portion belonging to AT&SF RR Co.

Owner:

MYERS, Steve C. (m/m)(Sep prop)

-22-

Parcel 28:

All that portion of the West Half of the Northeast Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows: Beginning at the Northeast Corner of said West Half of the Northeast Quarter of the Northwest Quarter; thence South $0^{\circ}08'$ East along East line of said West Half 618 feet; thence at right angles South $89^{\circ}52'$ West 281.9 feet to Southeast Corner of parcel conveyed to Charles E. Lemming 6-20-32, 140/45; thence North $0^{\circ}08'$ West along East line of said parcel 618 feet to Northeast Corner thereof, being a point on North line of said Section 19; thence East along said North line 281.9 feet to point of beginning.

Owners:

MYERS, S. C. (hus)

MYERS, Myrtis (wife)

SECURITY TRUST & SAVINGS BANK OF
   SAN DIEGO (TDTr)

LA JOLLA FEDERAL SAVINGS & LOAN ASSN (TDBen)


Parcel 29:

The South 98.20 feet of the North 724 feet of the West Half of the Northeast Quarter of the Northwest Quarter, lying Easterly of the AT&SF RR.

Owners:

BORING, Guy (hus)

BORING, Violet E. (wife)


Parcel 30:

Portion of the West Half of the Northeast Quarter of the Northwest Quarter, and portion of the East 49 rods of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows: Beginning at the Southeast

-23-

(Section 19)

**Parcel 30 continued:**

corner of said West Half;  thence along South line of said West Half and along South line of the Northwest Quarter of the Northwest Quarter South 89°51' West 874.61 feet;  thence North 16°56'40" West 67.90 feet;  thence North 0°9' West 181.29 feet to true point of beginning;  thence continuing North 0°9' West 67.21 feet;  thence North 88°42' West 271.30 feet to a point on right-of-way of AT&SF RR;  thence Northeasterly along said curve 541.38 feet to end thereof;  thence on tangent to curve along South line of right-of-way South 89°35' East 222.35 feet;  thence South 0°6'25" West 259.33 feet;  thence South 89°28'40" West 442.91 feet to true point of beginning.

**Owner:**

CALAVO GROWERS OF CALIFORNIA, a Corporation.


**Parcel 31:**

Portion of the West Half of the Northeast Quarter of the Northwest Quarter and a portion of the East 49 rods of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West described as follows:  Beginning at the Southeast Corner of the West Half of the Northeast Quarter of the Northwest Quarter;  thence along the South line of the West Half and along the South line of the Northwest Quarter of the Northwest Quarter South 89°51' West 874.61 feet;  thence North 16°56'40" East 67.90 feet;  thence North 0°09' West 181.29 feet to South line of tract conveyed to Calavo, 4331/472;  thence along said South line North 89°28'40" East 442.91 feet to Southeast Corner of said Calavo land;  thence along East line of said Calavo land North 0°06'25" East 259.33 feet to Southerly line of right-of-way of AT&SF;  thence along said Southerly line South 89°35' East 452.55 feet to East line of said West Half of the Northeast Quarter of

the Northwest Quarter;  thence along said East line South 0°06'25"

West 503.90 feet to point of beginning.

Owner:

SCHAFFER, Andrew R.

Parcel 32:

Portion of the Northwest Quarter of the Northwest Quarter of
Section 19, Township 9 South, Range 3 West described as follows:
Beginning at a point on the Southerly line of the Northwest
Quarter of the Northwest Quarter, distant thereon South 89°51'
West 874.61 feet from the Southeast Corner of the West Half
of the Northeast Quarter of the Northwest Quarter;  thence
North 16°56'40" West 67.90 feet;  thence North 0°09' West
248.50 feet;  thence North 88°42' West 271.30 feet to a point
in arc of 714.56 feet radius curve concave Southeasterly in
Southeasterly line of right-of-way of AT&SF described in 734/365
Deeds, a radial line of said curve bearing North 42°59'49" West
to said point;  thence Southwesterly along said curve and along
Southeasterly right-of-way line 117.68 feet;  thence tangent to
said curve South 37°34' West (record 37°31' West) along said
Southeasterly right-of-way 263.01 feet to West line of East
45.50 rods of said Northwest Quarter of the Northwest Quarter;
thence South 0°10'30" West along said West line 25.56 feet to
a point in Southerly line of the Northwest Quarter of the North-
west Quarter;  thence North 89°51' East along said Southerly
line 531.18 feet to point of beginning.

Owners:

KNOTT, G. Eldon (hus)

KNOTT, Vera E. (wife)

BANK OF AMERICA (TD&r)

ARMSTRONG, Herbert J. (hus)(TD&n)

ARMSTRONG, Katherine G. (wife)(TD&n)

-25-

Parcels 33 & 34:

ATCHISON, TOPEKA & SANTA FE RAILWAY CO.

**Parcel 35X1:**

That portion of the East Half of the Northeast Quarter of
the Northwest Quarter lying North of the AT&SF RR. Except
the North 150 feet of the East 320 feet of West 350 feet
thereof.

**Owner:**

TERRIERE, Alta M. (widow)

**Parcel 35AX1:**

That portion of the Northeast Quarter of the Northeast Quar-
ter of the Northwest Quarter of Section 19, Township 9 South,
Range 3 West described as follows:  Beginning at a point in
the North line of Section 19 distant North 89°48' East 30
feet from the Northwest Corner of said Northeast Quarter of
the Northeast Quarter of the Northwest Quarter;  thence along
North line of said Section 19 North 89°48' East 320 feet;
thence South 0°06'25" West 150 feet;  thence parallel with
North line of Section 19 South 89°48' West 320 feet to line
which bears South 0°06'25" West from point of beginning;
thence North 0°06'25" East 150 feet to point of beginning.
EXCEPTING that portion described as follows:  Beginning at a
point in North line of Section 19 distant North 89°48' East
30 feet from the Northwest Corner of the Northeast Quarter of
the Northeast Quarter of the Northwest Quarter;  thence along
North line of Section 19 North 89°48' East 80 feet;  thence
South 0°06'25" West 150 feet;  thence parallel with North line
South 89°48' West 80 feet to line which bears South 0°06'25"
from point of beginning;  thence North 0°06'25" East 150 feet
to point of beginning.

-26-

2508

Owners (Parcel 35AX1):

MC DONALD, Orville J. (hus)

MC DONALD, Beatrice (wife)

BANK OF AMERICA (TDTr)

TERRIERE, Alta M. (widow)(TDBen

Parcel 35A1:

All that portion of the Northeast Quarter of the Northeast
Quarter of the Northwest Quarter of Section 19, Township 9
South, Range 3 West described as follows:  Beginning at a
point in the North line of Section 19 distant North 89°48'
East 30 feet from the Northwest Corner of the Northeast
Quarter of the Northeast Quarter of the Northwest Quarter;
thence along North line of Section 19 North 89°48' East 80
feet;  thence South 0°06'25" West 150 feet;  thence parallel
with North line South 89°48' West 80 feet to line which bears
South 0°06'25" West from point of beginning;  thence North
0°06'25" East 150 feet to point of beginning.

Owners:

MURPHY, Robert G. (hus)

MURPHY, Bettie L. (wife)

LAND TITLE INSURANCE COMPANY (TDTr)

SUBURBAN SAVINGS & LOAN ASSN. (TDBen)

Parcel 36:

That portion of the East half of the Northeast Quarter of the
Northwest Quarter lying South of the AT&SF RR.

Owners:

ANDERSON, Fred M. (hus)

ANDERSON, Flora L. (wife)

BANK OF AMERICA (TDTr)

TERRIERE, Alta M. (wid)(TEBen

BANK OF AMERICA (TDTr)

WHITING, Nelvena F. (TEBen)

## Parcel 37:

ATCHISON, TOPEKA & SANTA FE RAILROAD

## Parcel 38:



The West 30 feet of the Northwest Quarter of the Northeast Quarter. EXCEPT the South 330 feet thereof.

OWNERS:

BAGBY, William L. (hus)

BAGBY, Lillian H. (wife)

## Parcel 39:

All that portion of the Northwest Quarter of the Northeast Quarter, Section 19, Township 9 South, Range 3 West described as follows: Beginning at the Southwest Corner of the Northwest Quarter; thence along West line of the Northwest Quarter North 0°2'20" East 330.00 feet; thence parallel to South line of Northwest Quarter North 89°44'30" East 30 feet; thence parallel to West line North 0°02'20" East 660 feet to true point of beginning; thence parallel to South line North 89°44'30" East 315.00 feet; thence parallel with West line/North 0°02'20" East 335.45 feet, more or less to the North line of the Northwest Quarter; thence thereon South 89°35' West 315.00 feet to East line of West 30 feet of Northwest Quarter; thence along said East line South 0°02'20" West 334.58 feet more or less to true point of beginning.

-28-

2510

WALLACE, O. I. (hus)

WALLACE, MABEL S. (wife)

Parcel 40:

The North 335.45 feet of the East 315 feet of the West 660
feet of the Northwest Quarter of the Northeast Quarter.

Owners:

JOHNSTON, Murray S. (hus)

JOHNSTON, Frances (wife)

41:

West 660 feet of the North 660 feet of the South 990 feet
of the Northwest Quarter of the Northeast Quarter, EXCEPT
the West 30 feet thereof.

Owners:

FIELD, Harry O. (hus)

FIELD, Mable B. (wife)

Parcel 42:

The East Half of the Northwest Quarter of the Northeast Quarter
of Section 19, Township 9 South, Range 3 West EXCEPTING the East-
erly 321.65 feet conveyed to Frederick G. Nelson 7-17-53, 4948/389.
ALSO EXCEPTING the portion conveyed to Murray S. Johnston 1-9-53,
4759/493, said land so conveyed being more particularly described
as follows: Beginning at the Northeast Corner of the Northwest
Quarter of the Northeast Quarter; thence South 89°35' West 655.86
feet to point distant North 89°35' East 660 feet from Northwest
corner, being true point of beginning; thence continuing along
North line South 89°35' West 4.14 feet to West line of East Half of
Northwest Quarter of the Northeast Quarter; thence along said West

-29-

2511

Parcel 42 continued:

line South 0°0'10" East 336.62 feet to North line of South 990 feet of the Northwest Quarter of the Northeast Quarter; thence along said North Line North 89°44'30" East 3.89 feet to East line of West 660 feet of the Northwest Quarter of the Northeast Quarter; thence along said West line North 0°02'20" East 336.32 feet to point of beginning.

Owners:

BAGBY, William L. (hus)

BAGBY, Lillian H. (wife)

HINCKLEY, L. Stewart, State Director.,
    Farmer's Home Administration, State
    of California, or his successor in
    office (TDTr)

UNITED STATES OF AMERICA, Actg. through
    Farmer's Home Admin., U. S. Dept.
    of Agricultur (TDBen)

Parcel 43:

The East 321.65 feet of the Northwest Quarter of the Northeast Quarter.

Owners:

NELSON, Frederick G. (hus)

NELSON, Miriam (wife)

BANK OF AMERICA (TDTr)

BAGBY, William L. (hus)(TDBen)

BAGBY, Lillian H. (wife)(TDBen)

-30-

2512

**Parcel 44:**

    The West 660 feet of the South 330 feet of the Northwest Quarter
of the Northeast Quarter.

Owners:

    GRAHAM, George (hus)

    GRAHAM, Sarah Jane (wife)

**Parcel 45:**

    The West 198 feet of the Northwest Quarter of the Northeast Quarter
of the Northeast Quarter.

Owners:

    WILSON, Charles A. (hus)

    WILSON, Jettie (wife)

**Parcel 46:**

    The North 130 feet of the East 67 feet of the West 265 feet of
the Northwest Quarter of the Northeast Quarter of the Northeast
Quarter of Section 19, Township 9 South, Range 3 West, the
Easterly line and Westerly line being parallel with the West
line of said Northwest Quarter of the Northeast Quarter of the
Northeast Quarter.

Owners:

    YOKUM, Kenneth P. (hus)

    YOKUM, Leah G. (wife)

    SECURITY TITLE INSURANCE CO. (TDTr)

    GREGG, Donald T. (hus)(TDBen)

    GREGG, Jane (wife)(TDBen)

    CORP. OF AMERICA (TDTr)

    BANK OF AMERICA (TDBen)

2513

The North 130 feet of the East 131 feet of the West 396 feet of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter.

Owner:

HAGEN, Lottie L. (m/w)(sep prop)

Parcel 48X1:

That portion of the East 198 feet of the West 396 feet of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter, Section 19 lying Southerly of line described as follows: Beginning at a point in East line of said West 396 feet distant thereon North 0°02'45" West 119 feet from the Southeast Corner of said West 396 feet; thence South 89°35' West 106.94 feet; thence South 0°02'45" East 43.59 feet; thence South 89°35' West 91 feet to West line of said East 198 feet of West 396 feet of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter.

Owners:

FARMER, William R. (hus)
FARMER, Elsie L. (wife)

Parcel 48A:

The East 198 feet of the West 396 feet (except the North 130 feet thereof) of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter of Section 19, excepting therefrom that portion of the East 198 feet of the West 396 feet of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter Section 19 lying Southerly of line described as follows: Beginning at a point in the East line of said West 396 feet distant thereon

-32-

Parcel 49X continued:

North 0°02'45" West 119 feet from the Southeast Corner of said

West 396 feet; thence South 89°35' West 106.94 feet; thence

South 0°02'45" East 43.59 feet; thence South 89°35' West 91

feet to the West line of said East 198 feet of West 396 feet of

the Northwest Quarter of the Northeast Quarter of the Northeast

Quarter.

Owners:

SHEPPARD, William H. (hus)

SHEPPARD, Adelaide J. (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

FARMER, Elsie L. (m/w)(sep prop)(TDBen)


Parcel 49X1:

Portion of the Northeast Quarter of the Northeast Quarter of

Section 19, Township 9 South, Range 3 West described as follows:

Beginning at a point in the North line of said Section 19,

distant South 89°35' West 535.48 feet from the Northeast Corner

of said Section; thence continuing along said North line of

said Section 19, South 89°35' West 56 feet to Northwest Corner

of tract of land conveyed to James L. Sims, 1812/464; thence

along West line of Simms land South 0°07'45" East 515.11 feet

to Southwest Corner of said Sims land; thence along South line

of said Sims land North 89°39'49" East 56 feet; thence North

0°07'45" West 515.19 feet to point of beginning. Also, portion

of the Northeast Quarter of the Northeast Quarter of Section 19

Township 9 South, Range 3 West described as follows: Beginning

at a point in the North line of said Section 19 distant South

89°35' West 591.48 feet from the Northeast Corner of Section 19;

thence parallel with East line of said Section 19, South 0°07'45"

East 515.11 feet to Southwest corner of tract of land conveyed

-33-

2515

Parcel 49X1 continued:

to James Sims 1812/484;   thence South 89°39' West 324.98 feet

more or less to East line of West 396 feet of said Northeast

Quarter of the Northeast Quarter;   thence along said East line

North 0°02'45" West 514.65 feet to North line of said Section;

thence thereon North 89°35' East 324.24 feet to point of

beginning.   EXCEPT Beginning at the Northeast Corner of Section

19;   thence Westerly along North line 591.48 feet to true point

of beginning;   thence continuing West 324.24 feet;   thence

South 0°02'45" East 149 feet;   thence North 89°35' East 324.46

feet;   thence North 0°02'45" East 149 feet to true point of

beginning.

Owners:

FAETH, John M. (hus)

FAETH, Edna G. (wife)

Parcel 49A:

Beginning at the Northeast Corner, Section 19;   thence Westerly

along North line 591.48 feet to true point of beginning;   thence

continuing West 324.24 feet;   thence South 0°02'45" East 149

feet;   thence North 89°35' East 324.46 feet;   thence North 0°02'45"

East 149 feet to true point of beginning.

Owners:

ZASTONE, William

ZASTONE, Rita C.

Parcel 50X2:

The North 217.65 feet of the West 308.48 feet of the East 510.48

feet of the Northeast Quarter of the Northeast Quarter, except the

East 48 feet thereof, and excepting also the West 120 feet thereof.

-34-

2516

Owners (Parcel 50X2):

        SIMMS, James L. (hus)

        SIMMS, Gladys V. (wife)

        CORPORATION OF AMERICA (TDTr)

        BANK OF AMERICA (TDBen)


Parcels 50A & 50B:

    That portion of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West described as follows: Beginning at a point in North line of Section 19 distant South 89°35' West 202 feet from Northeast Corner; thence along said North line South 89°35' West 58 feet; thence parallel with East line South 0°07'45" East 217.65 feet; thence parallel with North line North 89°35' East 58 feet; thence North 0°07'45" West 217.65 feet to point of beginning. Also, that portion of the Northeast Quarter of the Northeast Quarter of Section 19 described as follows: Beginning at a point in the North line of Section 19 distant thereon South 89°35' West 390.48 feet from the Northeast Corner; thence along said North line South 89°35' West 120 feet; thence parallel with East line South 0°07'45' East 217.65 feet; thence parallel with North line North 89°35' 120 feet; thence North 0°07'45" West 217.65 feet to of beginning.


    ACKLES, Gerald W. (hus)

    ACKLES, Ellen V. (wife)

Fallbrook Creek Watershed
(Section 19)

Parcel 51:

The North 267.93 feet of the East 182 feet of the Northeast

Quarter of the Northeast Quarter, except the South 80 feet

thereof.

Owners:

BULLOCK, Glenn C. (hus)

BULLOCK, Evelyn G. (wife)


Parcel 52:

The South 80 feet of the North 267.93 feet of the East 182

feet of the Northeast Quarter of the Northeast Quarter.

Owners:

MYRACLE, Paul (hus)

MYRACLE, Pearl (wife)


Parcel 53:

Portion of the Northeast Quarter of the Northeast Quarter

of Section 19, Township 9 South, Range 3 West described as

follows:  Beginning at the Northeast Corner of said Section;

thence along North line of said Section South 89°35' West

202 feet;  thence parallel with East line of said Section

South 0°07'45" East 515.65 feet to South line of tract of

land conveyed to J. L. Sims, 1812/464;  thence along said

South line North 89°39'45" East 202 feet to East line of

said Section;  thence thereon North 0°07'45" West 515.93

feet to point of beginning.  EXCEPT the North 267.93 feet

thereof.

Owners:

MAHOLLAND, J. C. (hus)

MAHOLLAND, Hazel (wife)

-36-

Fallbrook Creek Watershed
(Section 19)

Parcels 54 & 56:

Beginning at a point on East line of the Northeast Quarter
of the Northeast Quarter lying South 515.93 feet from the
Northeast Corner thereof;  thence South 89°39'45" West 645.78
feet;  thence South 0°02'45" East 749.21 feet;  thence North
51°05'10" East to a point lying South 89°52'15" West 115.43
feet from the East line of the Northeast Quarter of the North-
east Quarter;  thence North 89°52'15" East 115.43 feet to said
East line;  thence Northerly along said East line to point of
beginning.

Owners:

BIBB, Tommie (hus)
BIBB, Jewel K. (wife) aka Jewel C.
　　　OF AMERICA (TDTr)
　　　　Frank (s/m)(TDBen)
　　　　Anna (widow)(TDBen)

Parcel 55:

Portion of the Northeast Quarter of the Northeast Quarter of
Section 19, Township 9 South, Range 3 West described as follows:
Beginning at a point in North line of said Section distant South
89°35' West 510.48 feet from the Northeast Corner of said Section;
thence along said North line South 89°35' West 25.00 feet to
Northeast Corner of tract of land conveyed to John M. Faeth;
thence along East line of said land parallel with East line of
said Section South 0°07'45" East 515.19 feet to South line of
tract of land conveyed to James L. Sims;  thence along said South
line North 89°39'45" East 338.48 feet to Southwest Corner of tract
of land conveyed to J. C. Maholland;  thence along West line of

-37-

Parcel 55 continued:

said land of Maholland being parallel with East line of said Section North 0°07'45" West 298.00 feet to point distant South 0°07'45" East 217.65 feet from North line of said Section; thence parallel with North line of said Section South 89°35' West 308.48 feet; thence North 0°07'45" West 217.65 feet to point of beginning.

Owners:

MAHOLLAND, J. C. (hus)

MAHOLLAND, Hazel (wife)

Parcels 57 through 61A not in Fallbrook Creek Watershed.

Parcel 62:

Portion of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West described as follows: Beginning at the Northeast Corner of Section 19; thence along the East line of said Section South 0°07'45" East 515.93 feet to Southeast Corner of tract of land conveyed to James L. Sims 1812/464; thence along South line of said land of Sims and along South line of tract of land conveyed to John M. Faeth 3403/392, South 89°39'45" West 645.78 feet to true point of beginning; thence parallel with West line of said Northeast Quarter of the Northeast Quarter South 0°02'45" East 749.21 feet to Southeasterly line of tract of land conveyed to Tommie Bibb 1627/209; thence along said Southeasterly line South 51°05'10" West 106.16 feet to South line of the Northeast Quarter of the Northeast Quarter; thence along said South line South 89°44'30" West 188.02 feet to East line of West 396 feet of the Northeast Quarter of the Northeast Quarter; thence along said East line North 0°02'45" West 814.65 feet to the Southeast Corner of tract of land

Fallbrook Creek Watershed
(Section 19)

**Parcel 62 continued:**

    conveyed to Faeth;  thence along South line of said land of

Faeth North 89°39'45" East 270.68 feet to true point of beginning.

  **Owners:**

      SANDQUIST, Edwin G. (hus)

      SANDQUIST, Hazel C. (wife)

      SECURITY FIRST NATIONAL BANK OF LOS ANGELES(TDTr)

      MITCHELL, Ruby J. (wid)(TDBen)


**Parcels 63 through 129 not in Fallbrook Creek Watershed.**


**Parcel 130X1:**

    Those portions of Lot 4 (Southwest Quarter of the Southwest

Quarter) of Section 19, Township 9 South, Range 3 West described

as follows:  Beginning at a point in the West line of said Lot 4,

distant thereon South 0°20'15" West 418.50 feet from the Northwest

Corner of Lot 4;  thence continuing along West line of Lot 4 South

0°20'15" West 245.00 feet to North line of South 10 feet of North

10.39 acres of the West 20.39 acres of said Lot;  thence along

said North line North 89°54' East 67.46 feet;  thence North 5°34'54"

East 40.88 feet;  thence North 29°36' East 25.50 feet;  thence

North 16°20' East 31.62 feet;  thence North 0°55' East 29.81 feet;

thence South 74°02' East 9.24 feet;  thence North 9°29' East 53.65

feet;  thence North 0°15' East 71.54 feet to a point which bears

South 89°54' East parallel with South line of said Lot, 110 feet

from point of beginning;  thence North 89°54' West 110 feet to

point of beginning;  Also, beginning at the Northeast Corner of

above described parcel; thence parallel with West line of Lot 4

North 0°20'15" East 30.85 feet;  thence parallel with South line

of said Lot South 89°54' East 51.89 feet to Southwest Corner of

tract of land conveyed to Roger A. Gleason 4930/129;  thence South

59°25'40" West 60.48 feet to true point of beginning.

2521

Owners:

      HEDRICK, Earl O. (hus)

      HEDRICK, Lula M. (wife)

## Parcel 130A:

All that portion of Lot 4 (Southwest Quarter of the Southwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows: Beginning at the Northwest Corner of said Lot 4, thence South 0°20'15" West along the West line of said Lot a distance of 418.50 feet to the Northwest Corner of land described in Parcel 1 in Deed to Earl O. Hedrick et ux dated October 27, 1953 and filed in the office of the Registrar of Land Titles in said San Diego County on November 24, 1953 as Torrens Document No. 31303; thence South 89°54' East along the North line of said Hedrick's land 110 feet to the most Southerly corner of land described in Parcel 2 in said deed to Hedrick; thence along the West and North lines of said Parcel 2 North 0°21'15" East 30.85 feet and South 89°54' East 51.89 feet to the Southwesterly corner of land conveyed to Roger A. Gleason et ux by deed dated July 15, 1953 and recorded in Book 4930, page 129 of Official Records; thence along the Westerly, Northwesterly and Northerly boundaries of said land as follows: North 40°45' West, 34.24 feet; thence North 5°40' East, 27.54 feet; thence North 44°45' East, 32.17 feet; thence North 56°14'30" East, 32.19 feet; thence North 62°23'30" East, 38.27 feet; thence North 48°06'50" East, 43.60 feet; thence South 84°38'10" East, 63.07 feet to a point on the Westerly line of land conveyed to Charles R. Cobb and wife by deed dated October 20, 1953 and

Fallbrook Creek Watershed
(Section 19)

**Parcel 130A Continued:**

recorded in Book 5044, page 419 of Official Records; thence
along the Westerly and Northerly lines of said Cobb's land
North 19°03' West, 8.92 feet and North 89°54'30" East, 353.65
feet to the East line of the West 20.39 acres of said Lot 4;
thence North 0°20'15" East along said East line, 243.85 feet
to the North line of said Lot 4, thence West along said North
line, 671.40 feet to the point of beginning.

**Owners:**

SACHSE, Franz R. (hus)

SACHSE, Rowena (wife);

**Parcel 131:**

Not in Fallbrook Creek Watershed.

**Parcel 132:**

Portion of Lot 4 (Southwest Quarter of the Southwest Quarter),
Section 19, Township 9 South, Range 3 West described as follows:
Beginning at the Northwest Corner of said Lot; thence along
West line thereof South 0°20'15" West 418.50 feet; thence
parallel with South line of said Lot South 89°54' East 110 feet;
thence parallel with West line North 0°20'15" East 30.85 feet
to Southwest Corner of East 156 feet of West 266 feet of North
135.55 feet of the South 421.40 feet of the North 10.39 acres
of the West 20.39 acres of said Lot, as conveyed to Earl O.
Hedrick described in certificate of title 10380; thence along
South line of land of Hedrick South 89°54' East 51.89 feet to
true point of beginning; thence North 40°45' West 34.84 feet;
thence North 5°40' East 27.54 feet; thence North 44°45' East
32.17 feet; thence North 56°14'30" East 32.19 feet; thence
North 62°23'30" East 38.27 feet; thence North 48°06'50" East

2523

Parcel 132 continued:

43.60 feet;  thence South 84°38'10" East 63.07 feet;  thence South 15°03' East 28.68 feet;  thence South 15°57' West 99.12 feet to Northerly terminus of most Westerly line of tract of land conveyed to Charles Raymond Cobb 8-21-50 and filed with Registrar of Land Titles 8-24-50 as Torrens Document 27174; thence South 70°50' West 37.09 feet to Southeast Corner of said East 156 feet of West 266 feet of North 135.55 feet of South 42.140 feet as conveyed to Hedrick;  thence along South line of said Hedrick land North 89°54' West 104.11 feet to true point of beginning.

Owners:

GLEASON, Roger A. (hus)

GLEASON, Elizabeth E. (wife)

SECURITY TITLE INSURANCE CO. (TDTr)

SUBURBAN SAVINGS & LOAN ASSN (TDBen)

Parcel 133:

Those portions of the North 10.39 acres of the West 20.39 acres of Lot 4 (Southwest Quarter of the Southwest Quarter), Section 19, Township 9 South, Range 3 West, described as follows:  Beginning at the Northwest Corner of said Lot; thence along West line of said Lot South 0°20'15" West 663.50 feet to North line of South 10 feet of said North 10.39 acres of said West 20.39 acres of Lot 4;  thence along said North line South 89°54' East 67.46 feet to true point of beginning;  thence North 5°34'50" East 40.88 feet;  thence North 29°36' East 25.50 feet;  thence North 16°20' East 31.62 feet;  thence North 0°55' East 29.81 feet;  thence South 74°02' East 9.24 feet;  thence North 9°29' East 53.65 feet;  thence North 0°15' East 71.54 feet to Southeast Corner

-42-

Parcel 133 continued:

of land conveyed to Earl O. Hedrick as described by Torrens document No. 20704 filed 13 Feb 46;  thence North 59°25' East 60.48 feet to Southwest Corner of land conveyed to Gleason 4930/129;  thence along North line of South 285.85 feet of said North 10.39 acres of West 20.39 acres of Lot 4 South 89°54' East 104.11 feet to East line of West 266 feet of said Lot;  thence along said East line South 0°20'15" West 275.85 feet to North line of South 10 feet of said North 10.39 acres of West 20.39 acres of Lot 4;  thence along said North line North 89°54' West 198.54 feet to true point of beginning.  Also the North 20 feet of the South 30 feet of said North 10.39 acres of West 20.39 acres of Lot 4 EXCEPT therefrom the West 266 feet thereof.

Owners:

SMITH, William Jerome (hus)

SMITH, Velma E. (wife)

Parcels 134 & 135:

Not in Fallbrook Creek Watershed.

Parcel 136:

Portion of the West 20.39 acres (Southwest Quarter of the Southwest Quarter), Section 19, Township 9 South, Range 3 West, described as follows:  Beginning at the Southwest Corner of Section 19;  thence East 671.40 feet to Southeast Corner of the West 20.39 acres;  thence North 648.8 feet;  thence West 291.8 feet to true point of beginning;  thence South 328 feet;  thence West 379.6 feet to West line of Section 19;  thence North 338 feet; thence East 379.6 feet;  thence South 10 feet to true point beginning.

**Fallbrook Creek Watershed**
(Section 19)

Owners, (Parcel 136):

      CAMPBELL, William J. (hus)

      CAMPBELL, Winifred (wife)

Parcels 137 & 138:

      Not in Fallbrook Creek Watershed.

OWNERSHIPS AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED ($ Mr. 4-B)

DONATH AND PIERCE TRACT

Assessors Map 38, 9S3W

Parcel 1:

    Lot 1, Donath & Pierce Tract

Owners:

    SAYRE, Charles D. (hus)

    SAYRE, Myrle E. (wife)

    BANK OF AMERICA (TDBen)

    CORPORATION OF AMERICA (TDTr)

Parcel 2:

    Lot 2, Donath & Pierce Tract

Owners:

    PARMELEE, Robert W. (hus)

    PARMELEE, Beatrice (wife)

    BANK OF AMERICA (TDben)

    CORPORATION OF AMERICA (TDTr)

Parcel 3:

    Lot 3, Donath & Pierce Tract

Owners:

    RUTHERFORD, George R. (hus)

    RUTHERFORD, Czelda (wife)

Interlocutory Judgment #39A
Exhibit E
2527

( E/ 215-B )

Fallbrook Creek Watershed
(Donath & Pierce Tract)

Parcel 4:

Lot 4, Donath & Pierce Tract

Owners:

GARRETT, Ray P. (hus)

GARRETT, Adelia Ruth (wife)

WADDELL, Kenneth Lorain, an employee of the
Loan Guaranty Division, Veterans Adminis-
tration Regional Office San Diego (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA (TDBen)


Parcel 5:

Lot 5, Donath & Pierce Tract

Owners:

HUTTON, Clarence E. (hus)

HUTTON, Delila D. (wife)

BANK OF AMERICA (TDben)

CORPORATION OF AMERICA (TDTr)


Parcel 6:

Lot 6, Donath & Pierce Tract

Owners:

GAYNOR, James (hus)

GAYNOR, Betty A (wife)

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY CO (TDTr)

2528

Fallbrook Creek Watershed
(Donath & Pierce Tract)

Parcel 7:

    Lot 7, Donath & Pierce Tract.

Owners:

    STATE OF CALIFORNIA, Department of
      Veterans Affairs.

    ZAPF, Bob (Agmt to Convey)

    WILSON, Benjamin D. (Agmt to Convey)

Parcel 8:

    Lot 8, Donath & Pierce Tract.

Owners:

    GOLDEN, Mary E.

    ROWE, Charlotte C.

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILIARY CO (TDTr)

Parcel 9:

    Lots 9 & 10, Donath & Pierce Tract.

Owners:

    LEWIS, J. M. Scholl (hus)

    LEWIS, Vee McCormick (wife)

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILIARY CO (TDTr)

-3-

Fallbrook Creek Watershed
(Donath & Pierce Tract)

Parcels 10 & 18:

 Lot 18, and the South Half of Lot 19 of Donath & Pierce Tract.

Owners:

 GIBBONS, James F. (hus)

 GIBBONS, Lucille A. (wife)


Parcel 11:

 Lot 11 of Donath & Pierce Tract.

Owners:

 HARRISON, Jeddy D. (husband)

 HARRISON, Velma E. (wife)

 CONTINENTAL AUXILIARY CO (TDTr)

 BANK OF AMERICA NATIONAL TRUST &
  SAVINGS ASSOCIATION (TDBen)


Parcel 12:

 Lot 12 of Donath & Pierce Tract.

Owners:

 EARLS, P. Wesley Jr. (hus)

 EARLS, N. Madge (wife)

 BANK OF AMERICA (TDBen)

 CONTINENTAL AUXILIARY CO (TDTr)

 BANK OF AMERICA (TDTr)

 MOUNTS, Mavis L. (TDBen)

 SECURITY TITLE INSURANCE CO (TDTr)

 COVELL, Robert L. (TD-Ben)

-4-

Fallbrook Creek Watershed
(Donath & Pierce Tract)

Parcels 13 & 14:

Lots 13 & 14 of Donath & Pierce Tract

Owners:

OGDEN, Robert Nash (hus)

OGDEN, Rose Marie Blodgett (wife)

LAND TITLE INS. CO. (TDTr)

CONNECTICUT MUTUAL LIFE INS. CO. (TDBen)


Parcel 15:

Lot 15 of Donath & Pierce Tract

Owners:

PECK, Harold Neville (hus)

PECK, Catherine A. (wife)

WADDELL, Kenneth Lorain, an employee of
    Loan Guaranty Division, Veterans Admin-
    istration Regional Office San Diego (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA (TDben)


Parcel 16:

Lot 16 of Donath & Pierce Tract

Owners:

RADMACHER, Donald N. (hus)

RADMACHER, Truletta L. (wife)

BANK OF AMERICA (TDTr)

SOLSO, Roy O. (hus) (TDBen)

SOLSO, Ada Belle (wife) (TDBen)


-5-

2531

Fallbrook Creek Watershed
(Donath & Pierce Tract)

Parcel 17:

Lot 17 of Donath & Pierce Tract.

Owners:

GENTRY, Sherman O. (hus)

GENTRY, Celona (wife)

ISGRIG, Clayton S. (hus)(TDBen)

ISGRIG, Grace F. (wife)(TDBen_

RANK OF AMERICA (TDTr)


Parcel 18:

See Parcel 10 above.


Parcels 19 & 20:

Lot 20 and the North Half of Lot 19 of Donath & Pierce Tract.

Owners:

Reder, Irving B (hus)

Reder, Julia C (wife)

BANK OF AMERICA (TDTr)

SCHMIDT, Eno A. (hus)(TDBen)

SCHMIDT, Mildred (wife)(TDBen)


Parcel 21:

Lot 21 of Donath & Pierce Tract

Owners:

HUSCHER, Carroll D.

HUSCHER, Gladys T.

RANK OF AMERICA, (TDBen)

CONTINENTAL AUXILIARY CO (TDTr)


-6-

2532

Fallbrook Creek Watershed
(Donath & Pierce Tract)

Parcel 22:

Lot 22 of Donath & Pierce Tract.

Owners:

SHELD, Calvin G. (hus)

SHELD, Cora E. (wife)

CONTINENTAL AUXILIARY CORP (TDTr)

BANK OF AMERICA (TDBen)


Parcel 23:

Lot 23 of Donath & Pierce Tract.

Owners:

PRITCHARD, Gilbert C. (hus)

PRITCHARD, Effie E. (wife)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)


Parcel 24:

Lot 24 of Donath & Pierce Tract.

Owners:

SOLSO, Roy O. (hus)

SOLSO, Ada Belle (wife)


Parcel 25:

Lot 25 of Donath & Pierce Tract.

Owners:

TOOMEY, William D (hus)

TOOMEY, Mary L. (wife)

WEBER, Edward John, employee of the Loan
    Guaranty Division, Veterans Administration
    Regional Office, San Diego (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA (TDBen)

-7-

Parcel 26:

Lot 26, Donath & Pierce Tract.

Owners:

RITTER, F. Craig (hus)

RITTER, Gladys V (wife)

Parcel 27:

Lot 27, Donath & Pierce Tract.

Owners:

NICOLL, Robert B. (hus)

NICOLL, Margaret L. (wife)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

Parcel 28:

Lot 28, Donath & Pierce Tract.

Owners:

AABERG, Robert A. (hus)

AABERG, Ruby M. (wife)

WADDELL, Kenneth Lorain, an employee of Loan
    Guaranty Division, Veterans Administration
    Regional Office, San Diego (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA. (TDBen)

-8-

2534

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED (E+ MF-4-C)

SHIPLEY TRACT

Assessors Map 41, 983W

Parcels 1 & 20:

 Lot 1, Shipley Tract;  also the West 40 feet of the East 96.29

feet of the South 40 feet of the North 421.69 feet of Lot 6.

Owners:

 AUSTIN, Jack L.

 CONNECTICUT MUTUAL LIFE INSURANCE CO (TDBen)

 LAND TITLE INSURANCE COMPANY (TDTr)

Parcel 2A:

 Lot 2, Shipley Tract, except beginning at a point on center line

of Alvarado Street distant South $89°52'30"$ West 160.61 feet from

Southerly prolongation of East line of said Lot 2;  thence South

$89°52'30"$ West 145.49 feet;  thence North $1°06'30"$ West 487.89

feet;  thence North $89°52'30"$ East 145.49 feet;  thence South

$1°06'30"$ East 487.89 feet to point of beginning.

Owner:

 AUSTIN, Jack L.

Parcel 2X1:

 That portion of Lot 2, Shipley Tract, described as follows:

Beginning at a point on center line of Alvarado Street distant

South $89°52'30"$ West 160.61 feet from Southerly prolongation of

East line of said Lot 2;  thence South $89°52'30"$ West 145.49 feet;

thence North $1°06'30"$ West 487.89 feet;  thence North $89°52'30"$

East 145.49 feet;  thence South $1°06'30"$ East 487.89 feet to

point of beginning.

*Interlocutory Judgment #39A*

*Exhibit E*

(E+ 215-B)  2535

Fallbrook Creek Watershed (Shipley Tract)

Owners:

      EVANS, Berne H. Jr. (hus)

      EVANS, Jean K. (wife)


Parcel 3:

    Lot 3, Shipley Tract, except the West 189 feet thereof.

Owners:

      THOMPSON, Robert R. (hus)

      THOMPSON, Ethelyn F. (wife)

      BANK OF AMERICA (TD-Ben)

      CONTINENTAL AUXILIARY CO (TDTr)


Parcel 4 & 6:

    The West 189 feet of Lot 3, except the South 131.90 feet

    thereof; also that portion of Lot 4 lying Easterly of

    Easterly line of County Highway (San Diego County Highway

    Commission Route 4, Division 4) except portion lying within

    right of way of AT&SFRR and except portion lying within

    Record of Survey 1369.

Owners:

      HOUSTON, Helen I.

      HOUSTON, Elizabeth M.


Parcel 5:

    The South 131.9 feet of the West 189 feet of Lot 3, Shipley

    Tract.

Owners:

      THURBER, William G. Jr.

      THURBER, Virginia L.

      JACOBS, Clarence H. (hus)(TDBen)

      JACOBS, Lillian (wife)(TDBen)

      BANK OF AMERICA (TDTr)

-2-

2536

## Fallbrook Creek Watershed (Shipley ~~Tract~~ ?)

~~Parcel 7:~~

All that portion of Lot 4, Shipley Tract, lying Westerly of Westerly

line of County Highway (San Diego Highway Commission Route 4, Division

4) and A.T.&S.F.RR.

Owner:

KAUFMAN, Velma Maurine

Parcel 8:

That portion of Lot 4 of Shipley Tract lying Northwesterly of the

Northwesterly line of the County Highway, known as San Diego Highway

Commission Route 4, Division 4, and lying Southeasterly of the

Southeasterly line of the 100 foot right of way conveyed to the

A.T.&S.F.RR by deed recorded in Book 739, Page 54 of Deeds.

Owners:

MIRANDA, Henry J. (hus)

MIRANDA, Dortha M. (wife)

BANK OF AMERICA (TDTr)

WEHMEYER, Fred F. (hus)(TDBen)

WEHMEYER, Vera L. (wife)(TDBen)

Parcel 9:

The East 200 feet of the West 250 feet of the North Half of

Lot 5, Shipley Tract, except the South 120 feet thereof.

Owners:

MEINKE, Theodore (hus)

MEINKE, Florence M. (wife)

BANK OF AMERICA (TDTr)

KRAFFT, Charles L. (hus)(TDBen)

KRAFFT, Lenora G. (wife)(TDBen)

-3-

2537

Fallbrook Creek Watershed (Shipley Tract)

Parcel 10:

The East 75 feet of the West 325 feet of the North Half of

Lot 5, Shipley Tract, except the South 120 feet thereof.

Owners:

ROSSITER, Milton (hus)

ROSSITER, Cecile J. (wife)

Parcel 11:

The North Half of Lot 5, Shipley Tract, except therefrom

the South 120 feet;  the East 223.89 feet; and the West 325

feet.

Owners:

DEPARTMENT OF VETERANS AFFAIRS, STATE OF CALIF.

POWERS, Harry B. (hus)(Agmt to Convey)

POWERS, Mildred (wife)(Agmt to Convey)

Parcel 12:

The West 75 feet of the East 223.89 feet of the North Half

of Lot 5, Shipley Tract, except the South 120 feet thereof.

Owners:

HEWITSON, Thomas A. (hus)

HEWITSON, Frances J. (wife)

SAN DIEGO IMPERIAL CO., (TDTr)

SUBURBAN SAVINGS & LOAN (TDBen)

2538

Fallbrook Creek Watershed (Shipley Tract)

**Parcel 13X1:**

The North 60 feet of the South 186.79 feet of the East 148.89 feet of the North Half of Lot 5, Shipley Tract;  Also the East 83.89 feet of the North Half of Lot 5, except the South 186.79 feet thereof.

Owners:

PETERSON, Erwin A. (hus)

PETERSON, Ora J. (wife)

BANK OF AMERICA (TDTr)

KRAFFT, Charles L. (hus)(TDBen)

KRAFFT, Lenora G. (wife)(TDBen)

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY CO (TDTr)

**Parcel 13A:**

The West 65 feet of the East 148.89 feet of the North Half of Lot 5, Shipley Tract, except the South 186.79 feet thereof.

Owners:

DEPARTMENT OF VETERAN'S AFFAIRS, STATE OF CALIFORNIA

DAMRON, Dale (hus)(Agmt to Convey)

DAMRON, Helen M. (wife)(Agmt to Convey)

**Parcel 14:**

The South 120 feet of the North Half of Lot 5;  Also the West 50 feet of the North Half of Lot 5;  Also parcel described as follows: Beginning at the intersection of the center line of View Street and Easterly prolongation of North line of South 126.79 feet of North Half of Lot 5, Shipley Tract;  thence West along said prolongation of said North line 173.89 feet to West line of East 148.89 feet of Lot 5;  thence South along said West line 6.79 feet to North line of South 120 feet of North

-5-

2539