Fallbrook Creek Watershed (Shipley Tract)

Parcel 14 continued:

Half of Lot 5;  thence East along said North line and its Easterly
prolongation 173.89 feet more or less to center line of View
Street;  thence North along said center line 6.79 feet to point
of beginning.

Owners:

ROSSITER, Milton A. (hus)

ROSSITER, Cecelia J. (wife)

KRAFFT, Charles L. (hus)(TDBen)

KRAFFT, Lenora G. (wife)(TDBen)

TITLE INSURANCE & TRUST CO. (TDTr)

Parcel 15X4, 15A & 15C:

The South Half of Lot 5, Shipley Tract, except the West 303.06
feet thereof; and excepting also the South 72 feet of the
North 144 feet of the East 123.06 feet of the South Half of
Lot 5.

Owners:

ORCUTT, Dana F (hus)

ORCUTT, Viola (wife)

ORCUTT, Ellis J. (hus)

ORCUTT, Hazel (wife)

Parcel 15B:

The West 303.06 feet of the South Half of Lot 5, Shipley Tract;
also that portion of the East 20 feet of the Southeast Quarter of
the Northeast Quarter of Section 24, Township 9 South, Range 4
West lying adjacent to Westerly line of said South Half of Lot 5.

Owner:

STAFFORD, Mary Dorothy

-6-

2540

Fallbrook Creek Watershed (Shipley Tract)

Parcel 16:

The North 232.90 feet of the West 143.90 feet of Lot 6, Shipley
Tract.

Owners:

BENDER, Nelson L. (hus)

BENDER, Edith B. (wife)


Parcel 17:

The West Half of Lot 6, Shipley Tract, except therefrom the
North 390.23 feet of the West 143.90 feet, and excepting also
the North 82 feet of the South 154 feet of the West 136 feet.

Owners:

WILLETT, P. W. (hus)

WILLETT, Fayette D. (wife)


Parcel 18:

The West Half of the East Half of Lot 6, Shipley Tract.

Owners:

BURNEY, Elmer J. (hus)

BURNEY, Hazel D. (wife)


Parcel 19X1:

The East Half of the East Half of Lot 6, Shipley Tract,
except the West 40 feet of the East 96.29 feet of the South
40 feet of the North 421.69 feet thereof; also except parcel
described as follows:  Beginning at a point in the North line
of Lot 6, distant 20 feet West of the Northeast Corner thereof;
thence continuing along said North line South 89°52'30" West
136.38 feet to West line of said East Half of the East Half of
Lot 6;  thence South 00°12'25" West 96.48 feet;  thence South

-7-

2541

Fallbrook Creek Watershed (Shipley Tract)

Parcel 19X1 continued:

89°21'30" East 136.42 feet to point in West line of East 20

feet of Lot 6;  thence North 0°11'15" East 98.30 feet to point

of beginning.

Owner:

CAMERON, Ferol Rowland


Parcel 19A:

Beginning at a point in the North line of Lot 6, Shipley Tract,

distant South 89°52'30" West 20 feet from the Northeast Corner

of Lot 6;  thence continuing along said North line South 89°52'30"

West 136.38 feet to West line of East Half of East Half of Lot

6;  thence along West line South 0°12'25" West 98.48 feet;  thence

South 89°21'30" East 136.42 feet to point in West line of East

20 feet of Lot 6;  thence North 0°11'15" East 98.30 feet to point

of beginning.

Owners:

MC INTYRE, W. L. (hus)

MC INTYRE, Helen (Wife)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

BARNARD, Harret L. (TDBen)

BARNARD, Maryline (TDBen)

BARNARD, Fred G. Jr. (TDBen)

BARNARD, Neta L. (TDBen)


Parcel 20:

See Parcel 1 above

-8-

2542

## Fallbrook Creek Watershed (Shipley Tract)

Parcel 21:

Beginning at a point on the West line of Lot 6, Shipley Tract, a
distance of 221.21 feet North of Southwest Corner of said Lot;
thence continuing Northerly along West line 157.33 feet to South
line of North 232.90 feet of Lot 6; thence Easterly parallel with
North line of Lot 6 143.90 feet; thence Southerly parallel with
West line of Lot 6 157.33 feet; thence Westerly parallel with
North line of Lot 6 143.90 feet to point of beginning.

Owners:

ANDERSON, Czerny (hus)

ANDERSON, Thelma (wife)

Parcel 22:

The North 82 feet of the South 154 feet of the West 136 feet of
the West Half of Lot 6, Shipley Tract.

Owners:

BORO, Eugene V. (hus)

BORO, Helen O. (wife)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSOCIATION (TDBen)

OCEANSIDE FINANCE CO. (TDTr)

Parcel 23 X2:

The North 285 feet of the West 145 feet of Lot 7, Shipley
Tract.

Owners:

BRAGG, Edward E. (hus)

BRAGG, Glenita (wife)

2543

## Fallbrook Creek Watershed (Shipley Tract)

Parcel 23A:

The East 75 feet of the North 290 feet of the West 220 feet of
Lot 7, Shipley Tract.

Owners:

LARSON, Luke

BANK OF AMERICA (TDTr)

INGLIS, Eve (TDBen)

Parcels 23B & 33:

The West 220 feet of Lot 7, Shipley Tract and West 220 feet of the
North Half of Lot 10, excepting therefrom the North 285 feet and
the East 75 feet of the North 290 feet.

Owners:

LANE, Ralph W. (s/m)

BANK OF AMERICA (TDTr)

DAVIS, W. N. (TDBen)

Parcels 24 & 34:

The East 100 feet of the West 320 feet of Lot 7, and the East
305.67 feet of the West 525.67 feet of the North Half of Lot
10, Shipley Tract.

Owners;

MARSHALL, Phillip S. (hus)

MARSHALL, Dorothy L. (wife)

2544

## Fallbrook Creek Watershed (Shipley Tract)

Parcel 25:

The East 205.67 feet of the West 525.67 feet of Lot 7, Shipley Tract.

Owners:

WINZELL, Walter J.

WINZELL, Lucille M.

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

TEMPLETON, Arthur A. (TDBen)

Parcel 26X1:

That portion of Lots 7 and 8, Shipley Tract lying Northerly of
a line and its prolongation which is parallel with and 165.10
feet Northly at right angles from Southerly line of Lot 8,
except the Westerly 525.67 feet of Lot 7, and excepting also
the Easterly 513.79 feet of Lot 8.

Owners:

FARMER, Howard N.

FARMER, Hildegard T.

Parcel 26A:

Not in Fallbrook Creek Watershed

Parcel 27:

Not in Fallbrook Creek Watershed

Parcel 28:

Not in Fallbrook Creek Watershed

Parcel 29:

Not in Fallbrook Creek Watershed

2545

## Fallbrook Creek Watershed (Shipley Tract)

Parcel 30:

    Not in Fallbrook Creek Watershed.

Parcel 31:

    Not in Fallbrook Creek Watershed.

Parcel 32:

    Not in Fallbrook Creek Watershed.

Parcel 33:

    See parcel 23B above.

Parcel 34:

    See Parcel 24 above.

Parcels 35, 37, & 45:

    The South Half of Lot 10 and all of Lot 15, Shipley Tract.  Also
portion of Lots 11 and 14, Shipley Tract, described as follows:
Beginning at the point of intersection of the center line of
Fruit Street with Northerly prolongation of East line of Lot 11;
thence South along said East line and prolongation 1326 feet to a
point on center line of road adjacent to South line of Lot 14;
thence West along center line of road 137 feet;  thence North
along line parallel to East line of Lot 14 255 feet;  thence at
right angles West 61 feet;  thence at right angles North and
parallel with East line of Lots 14 and 11 1071 feet to a point
on the center line of Fruit Street;  thence East along said
center line 198 feet to point of beginning.

Owner:

    JOHNSTON, Murray S.

2546

Fallbrook Creek Watershed (Shipley Tract)

Parcel 36:

    Lots 11 and 14, Shipley Tract, except portion described as follows: Beginning at the point of intersection of the center line of Fruit Street with Northerly prolongation of East line of Lot 11; thence South along said East line and prolongation 1320 feet to a point in center line of road adjacent to South line of Lot 14; thence West along center line of road 137 feet; thence North along line parallel to East line of Lot 14 255 feet; thence at right angles West 61 feet; thence at right angles North and parallel with East line of Lots 14 and 11 1071 feet to a point on the center line of Fruit Street; thence East along said center line 198 feet to point of beginning.

Owners:

    SULLIVAN, E. C. (hus)

    SULLIVAN, Anna L. (wife)

    SECURITY TITLE INSURANCE CO. (TDTr)

    CONNECTICUT MUTUAL LIFE INSURANCE CO (TDBen)

    BUTTRESS, Hilda R. (Sep Prop)(TDBen)

Parcel 37:

    See Parcel 35 above.

Parcel 38:

    The North Half of the West Half of Lot 12, Shipley Tract, except the South 100 feet of the North 250 feet of the East 150 feet, and except also the North 150 feet of the East 75 feet thereof.

Owner:

    MILLER, Maule B.

2547

Fallbrook Creek Watershed (Shipley Tract)

Parcels 39, 41 & 42:

The East Half of Lot 12, Shipley Tract;  Also parcel described as
follows:  Beginning at the Northwest Corner of said Lot 12;  thence
North 89°54' East 250.67 feet to true point of beginning;  thence
continuing North 89°54' East 75 feet;  thence South 0°17'50" West
150 feet;  thence South 89°54' West 75 feet;  thence North 0°17'50"
East 150 feet to true point of beginning.

Owners:

SCHWALBACH, Lionel G.

LONGWELL, None A.

Parcel 40:

Beginning at a point on West line of Lot 12, Shipley Tract, 150
feet South of the Northwest Corner of said Lot;  thence South along
said West line 100 feet;  thence at right angles 150 feet East;
thence at right angles 100 feet North;  thence 150 feet at right
angles to point of beginning.

Owner:

SCHWALBACH, Lionel G.

Parcel 41:

See Parcel 39 above.

Parcel 42:

See Parcel 39 above.

Parcel 43:

The Southwest Quarter of Lot 12, Shipley Tract.

Owners:

DAWES, Duane H. (hus)

DAWES, Janice A. (wife)

2548

## Fallbrook Creek Watershed (Shipley Tract)

Parcel 44:

    Lot 13, Shipley Tract.

  Owners:

      WALLER, N. A.

      WALLER, Ethel R.

Parcel 45:

    See parcel 35 above.

2549

(Ex MF 4-D)

# OWNERSHIPS AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

## STEVENSON BROS. ADDITION TO WEST FALLBROOK

### Assessors Map 37, 984W

Parcel 1:

    Not in Fallbrook Creek Watershed

Parcel 2:

    Not in Fallbrook Creek Watershed

Parcel 3:

    Not in Fallbrook Creek Watershed

Parcel 4:

    Not in Fallbrook Creek Watershed

Parcel 5:

    Not in Fallbrook Creek Watershed

Parcel 6:

    Not in Fallbrook Creek Watershed

Parcel 7:

    Not in Fallbrook Creek Watershed

Declaratory Judgment #39A
Exhibit E

(Ex 215 B)

2550

Fallbrook Creek Watershed
(Stevenson Bros. Addition)

Parcels 8 & 9:

    Lots 1 and 2 of Block 18 of Stevenson Brothers Addition.

Owners:

    FIRST CHURCH OF CHRIST SCIENTIST

Parcel 10:

    Lot 3 of Block 18 of Stevenson Brothers Addition.

Owners:

    SUMMIT, William Thomas (hus)

    SUMMIT, Carrie Lee (wife)

Parcel 11:

    Lot 4 of Block 18 of Stevenson Brothers Addition.

Owner:

    LAVENTHAL, Isadore

Parcel 12:

    Lot 5 of Block 18 of Stevenson Brothers Addition.

Owners:

    COOK, Oscar R. (hus)

    COOK, Lillian I. (wife)

Parcel 13X1:

    The East Half of Lots 6 & 7 of Block 18 of Stevenson Brothers
Addition.

Owner:

    HULL, Harry A.

-2-

2551

Fallbrook Creek Watershed
(Stevenson Brothers Addition)

Parcel 13A:

    The West Half of Lots 6 and 7 of Block 18 of Stevenson Brothers Addition.

Owners:

    BENTON, Hazel A. (s/w)

    CONTINENTAL AUXILIARY CO. (TDTr)

    BANK OF AMERICA (TDBen)

Parcel 14:

    Lot 8 of Block 18 of Stevenson Brothers Addition.

Owners:

    NAVARRO, Frank R. (hus)

    NAVARRO, Dera H. (wife)

    BANK OF AMERICA (TDBen)

    CORPORATION OF AMERICA (TDTr)

Parcel 15:

    Not in Fallbrook Creek Watershed.

Parcel 16:

    Not in Fallbrook Creek Watershed.

2552

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED ($\frac{1}{4}MF-4-E$)

ABBOTTS ADDITION

Assessors Map 38, 9S4W

Parcels 1, 2, 3, & 4:

See Parcel 133, Sec. 24, 9S 4W

Parcel 5:

See Parcel 135, Sec. 24, 9S 4W

Parcel 6:

See Parcel 136 and Parcel 137, Sec. 24, 9S 4W

Parcel 7:

See Parcel 1 of Harris Addition

Parcel 8:

ATCHISON, TOPEKA & SANTA FE RAILWAY.

Interlocutory Judgment #39A
Exhibit E

2553

( $\frac{1}{4}$ 215-B)

Parcel 20:

    The West 32 feet of the South Half of Block S of Bartlett's
Addition to West Fallbrook.

Owners:

    PHILLIPS, Bruce P. (hus)

    PHILLIPS, Dolores K. (wife)

    WYMAN, Benjamin S (hus)(Agmt to Convey)

    WYMAN, Norma W. (wife)(Agmt to Convey)

    BANK OF AMERICA (TDTr)

    BAKER, Jane (TDBen)


Parcel 21:

    The South Half of Block S of Bartlett's Addition to West
Fallbrook, except the West 32 feet.

Owner:

    BUCK, Dora M.


Parcel 22:

    Lot 1, Block D of Bartlett's Addition to West Fallbrook.

Owners:

    PITCHER, Wilson V. (hus)

    PITCHER, Lillian I. (wife)

    MEYER, Eloise Janet (TDBen)

    BANK OF AMERICA (TDTr)

    ERRET, Samuel S. (TDBen)

    ERRET, Elsie C. (TDBen)

-10-

2554

Fallbrook Creek Watershed
(Bartlett's Addition to West Fallbrook)

**Parcel 23:**

Lot 2, Block D of Bartlett's Addition to West Fallbrook.

Owners:

DONA, Alfred (hus)

DONA, Leta M. (wife)

DI PIAZZA, Joseph (hus)(TDBen)

DI PIAZZA, Carmela (wife)(TDBen)

BANK OF AMERICA (TDTr)

**Parcel 24:**

Lot 3, Block D of Bartlett's Addition to West Fallbrook.

Owner:

BRADLEY, Hazel Laura (widow)

**Parcels 25 & 26:**

Lots 4 & 5 of Block D of Bartlett's Addition to West Fallbrook.

Owners:

BROWN, James E. (hus)

BROWN, Jennie M. (wife)

**Parcels 27, 29, 30 & 31:**

Lots 3, 4 & 5 of Block I of Bartlett's Addition to West Fallbrook;
also the West 30 feet of street closed adjacent to East line of
Lots 1 & 2 of Block I.

Owners:

SMITH, Harold I. (hus)

SMITH, Ella Jane (wife)

2555

(Bartlett's Addition to West Fallbrook)

Parcel 28:

    Lots 1 & 2, Block I of Bartlett's Addition to West Fallbrook,

    except West Half of Olive Street adjoining said Lots 1 & 2.

Owners:

    WOOD, Myron E. (hus)

    WOOD, Helen M. (wife)

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILIARY CO (TDTr)


Parcel 32:

    Beginning at the intersection of center line of Kalmia Street

    and East line of Block P of Bartlett's Addition to West

    Fallbrook;  thence North 0°40'30" East, 329.54 feet to center

    line of View Street;  thence North 89°22' West 299.33 feet to

    center line of Olive Street;  thence South 0°45' West, 329.50

    feet to center line of Kalmia Street;  thence South 89°21'45"

    East, 299.53 feet to point of beginning; excepting therefrom

    that portion lying East of center line of Kansas Street.

Owners:

    BUCK, Valentine B.

    BUCK, Leora M.


Parcel 33X2:

    The North 41 feet of Lot 5, Block P, Bartlett's Addition to

    West Fallbrook, together with that portion of the South Half

    of View Street adjoining Lot 5 on North and that portion of

    the East Half of Kansas Avenue adjoining the North 41 feet

    of Lot 5 on West.

Owners:

    WEICHERS, Edwin O. (hus)

    WEICHERS, Martha E. (wife)

-12-

2556

Fallbrook Creek Watershed
(Bartlett's Addition to West Fallbrook)

Parcel 33B:

    Lot 5, and North 51.10 feet of Lot 4, Block P, Bartlett's

    Addition to West Fallbrook, excepting the North 41 feet of

    Lot 5;  Also that portion of the East Half of Kansas Avenue

    lying adjacent to above described land.

Owners:

    ROBINSON, Paul L. (hus)

    ROBINSON, Juanita (wife)

    CONTINENTAL AUXILIARY CO. (TDTr)

    BANK OF AMERICA NATIONAL TRUST
      & SAVINGS ASSOCIATION (TDBen)


Parcel 34X2:

    Lots 1 & 2, Block P, Bartlett's Addition to West Fallbrook,

    except the North 5 feet of Lot 2; also the East Half of Kansas

    Street and North Half of Kalmia Street adjoining this property.

Owners:

    BEATTIE, Vernon L. (hus)

    BEATTIE, Ruth D. (wife)

    BANK OF AMERICA NATIONAL TRUST
      AND SAVINGS ASSN. (TDTr)

    INGLIS, John P. (hus)(TDBen)

    INGLIS, Eve (wife)(TDBen)

    HEALD, O. P. (hus)(TDBen)

    HEALD, Alice L. (wife)(TDBen)

2557

Parcels 33A, 34A & 34B:

    The North 5 feet of Lot 2;  All of Lots 3 & 4, except the

    North 41.10 feet of Lot 4 in Block P of Bartlett's Addition

    to West Fallbrook, together with that portion of the East

    Half of Kansas Avenue lying adjacent to above described

    land.

Owners:

    DEPARTMENT OF VETERANS AFFAIRS
      OF STATE OF CALIFORNIA

    TURNER, Dewie E. (Agmt to Convey)

    TURNER, Doris (Agmt to Convey)


Parcel 35:

    Farm Lot 7, Bartlett's Addition to West Fallbrook; except

    the South 100 feet thereof; and excepting also that portion

    lying Westerly of the Easterly line of Minnesota Street.

Owner:

    BAKER, Ione B.


Parcels 36 & 38:

    The North 20.70 feet of Lot SS and the South 100 feet of

    the West 155 feet of Block T in Farm Lot 7, Bartlett's Addi-

    tion to West Fallbrook;  Also the South 100 feet of the

    East 127.50 feet of Block T and the North 20 feet of East

    127.50 feet of Block U in said Farm Lot 7.

Owners:

    LARSEN, A. T. George

    LARSEN, Esther G.

-14-

2558

Parcels 37 & 39:

The Southerly 35.30 feet of Certain Lot designated as "SS" and the North Half of Peach Street adjoining said parcel on the South.  Also the Northerly 80.90 feet of Block U, except the North 20 feet.

Owners:

KEELE, Eldon R. (hus)

KEELE, Geraldine (wife)

POWELL, Thomas J. (hus)(TDBen)

POWELL, Evelyn H. (wife)(TDBen)

BANK OF AMERICA (TDTr)

Parcel 40:

Block U, except the North 80.90 feet;  Also that portion of the East Half of Wisconsin Street lying West of and adjoining Block U.

Owner:

PHILLIPS, Esther

Parcels 41 & 43:

Lots 1, 2, &3, Block E, Bartlett's Addition to West Fallbrook.

Owners:

SMITH, Irving Hamilton

SMITH, Ione C.

WADDEL, Kenneth, an employee of Veterans Administration Regional Office, San Diego (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)

2559

Parcel 44:

    Lots 4 & 5, Block E of Bartlett's Addition to West Fallbrook.

Owner:

    SOUTHEASTERN CALIFORNIA ASSOCIATION OF
    THE 7TH DAY ADVENTISTS, A CORP.


Parcel 45:

    Lots 1 & 2, Block H of Bartlett's Addition to West Fallbrook.

Owner:

    LILLIE, Tim (aka LILLIE. T. W.)


Parcel 46:

    Lot 3, Block H of Bartlett's Addition to West Fallbrook.

Owner:

    LAMB, Clarence E.


Parcels 47X1 & 48X1:

    Lots 4 & 5, Block H of Bartlett's Addition to West Fallbrook,

    except the East 60 feet.

Owners:

    ROHDE, Gerhard (hus)

    ROHDE, Christa (wife)

    LAND TITLE INSURANCE CO (TDTr)

    MATTFIELD, Theodore C. (hus) (TDBen)

    MATTFIELD, Orionna F. (wife) (TDBen)

    LAND TITLE INSURANCE CO., (TDTr)

    SUBURBAN SAVINGS & LOAN ASSN. (TDBen)


-16-

2560

Fallbrook Creek Watershed
(Bartlett's Addition to West Fallbrook)

Parcels 47A & 48A:

The East 60 feet of Lots 4 & 5 of Block H of Bartlett's Addition
to West Fallbrook.

Owners:

SPENCE, Morgan L. (hus)

SPENCE, Juanita B. (wife)

BANK OF AMERICA (TDTr)

FREDY, Augustine (hus)(TDBen)

FREDY, Frances M. (wife)(TDBen)

Parcel 49X2:

Beginning at the intersection of center line of Kalmia Street
and Northerly prolongation of East line of Block O, Bartlett's
Addition to West Fallbrook;  thence South 0°40'30" West 68.72
feet to true point of beginning;  thence South 0°40'30" West,
68 feet;  thence North 89°19' West 134.86 feet;  thence North
0°46'45" East 68 feet;  thence South 89°19' East 134.86 feet
to true point of beginning.

Owners:

EARP, Jack L. (hus)

EARP, Phyllis (wife)

Parcels 49A & 49B:

Portion of Lot 5, Block 1 of Bartlett's Addition to West
Fallbrook described as follows:  Beginning at intersection
of Kalma Street with Northerly prolongation of Easterly
line of Block O;  thence West 134.73 feet to true point
of beginning;  thence South 68.59 feet;  thence West 134.76
feet to West line of Block L;  thence North 68 feet to
intersection of center line of Kalma Street;  thence East

-17-

2561

Fallbrook Creek Watershed
(Bartlett's Addition to West Fallbrook)

Parcels 49A & 49B continued:

134.76 feet to true point of beginning.  Also, beginning at the
intersection of the center line of Kalma Street with Easterly
line of Block O;  thence West 134.73 feet;  thence South 68.59
feet to true point of beginning;  thence West 134.76 feet to
West line of Block L;  thence South 132 feet;  thence East
268.38 feet to a point in East line of Block O;  thence North
68 feet;  thence West 134.86 feet;  thence North 68 feet to
true point of beginning.

Owner:

VANDER, Roy J. (m/m)


Parcel 50:

Beginning at the intersection of center line of Kalmia Street
and Northerly prolongation of Easterly line of Block O, Bart-
lett's Addition to West Fallbrook;  thence West along said
center line 134.37 feet;  thence South 0°46'49" West 68.59
feet;  thence South 89°19' East 134.86 feet to East line of
Block O;  thence along said East line and its Northerly
prolongation Northerly 68.72 feet to point of beginning.

Owners:

EARP, Jack L. (hus)
EARP, Phyllis (wife)
BANK OF AMERICA (Int.)
GRINDLING, Ardeth (TDBen)
THEIL, Marion (TDBen)

2562

(Bartlett's Addition to West Fallbrook)

Parcel 51:

Portion of Block L described as follows: Beginning at the
Southwest Corner of Lot 1, Block L of Bartlett's Addition to
West Fallbrook; thence Easterly along the South line thereof
134.19 feet; thence parallel with West line of Block L North
100 feet; thence Westerly parallel with said South line,
134.19 feet; thence South along West line of Block L, 50
feet; thence West parallel with South line of Block L 30
feet; thence South along center line of Olive Street 50
feet; thence along North line of Juniper Street to point of
beginning.

Owners:

GRACEY, Clara Ellis

HANSEN, Edith Morrow

Parcel 52:

Lot 1 and portion of Lot 2, Block O of Bartlett's Addition
to West Fallbrook described as follows: Beginning at the
Southeast Corner of said Block O; thence Northerly along
East line of said block O, 100 feet; thence Westerly
parallel with South line of said Block O, 134.76 feet;
thence Southerly parallel with East line of said Block O
100 feet to point in South line of said Block O; thence
Easterly along South line of said Block O, 134.76 feet
to point of beginning.

Owners:

POWERS, James J.

POWERS, Marydoris

-19-

2563

Owners (Parcel 52): continued

       BANK OF AMERICA (TDTr)

       PEARSON, William (TD-Ben)

       PEARSON, Mildred (TD-Ben)


Parcels 53 & 54:

       Lots 4 & 5, Block N, Bartlett's Addition to West Fallbrook.

Owner:

       SIERRAS, Velma L.


Parcels 55, 56, & 57:

       Lots 1, 2, 3 & 4, Block V, Bartlett's Addition to West Fallbrook.

Owner:

       DUNKER, Ervin George


Parcel 58:

       Lot 5, Block V, Bartlett's Addition to West Fallbrook

Owners:

       WOODY, Lillian H.

       LA JOLLA FEDERAL SAVINGS & LOAN ASSN (TDBen)

       SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)


Parcel 59:

       Lots 1, 2 & 3, Block Y, Bartlett's Addition to West Fallbrook.

Owners:

       LACKEY, James M.

       LACKEY, Ida M.

2564

Fallbrook Creek Watershed
(Bartlett's Addition to West Fallbrook)

Parcels 60 & 61:

    Lots 1 &2, Block Z of Bartlett's Addition to West Fallbrook.

Owner:

    TOMLIN, N. W.

    TOMLIN, D. C.


Parcel 62:

    Lot 3, Block N of Bartlett's Addition to West Fallbrook.

Owners:

    MC LEOD, Walter (hus)

    MC LEOD, Mabelle S. (wife)


Parcel 63:

    Lots 1, 2 & 3, Block W, Bartlett's Addition to West Fallbrook.

Owners:

    BLACKLIDGE, William T.

    BLACKLIDGE, Ruby C.


Parcel 64:

    Blocks F, G, M, also Lots 1 & 2 of Block N, Bartlett's Addition to West Fallbrook.

Owner:

    FALLBROOK UNION SCHOOL DISTRICT

2565

OWNERSHIP AND LEGAL DESCRIPTION — FALLBROOK CREEK WATERSHED

BARTLETT'S ADDITION TO WEST FALLBROOK

Assessors Map 42, 9S4W

Parcel 1:

Lot 1, Block C, Bartlett's Addition to West Fallbrook; also
that portion of the West Half of Prospect Avenue adjoining
Lot 1 on the East.

Owners:

REYNOLDS, Earl R.

REYNOLDS, Nell L.

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY CO (TD-Tr)

Parcel 2 & 3:

Lots 2 and 3 of Block C, Bartlett's Addition to West Fallbrook;
also that portion of the West Half of Prospect Avenue adjoining
Lots 2 and 3 on the East.

Owners:

BEGIEN, Raymond E. (hus)

BEGIEN, Dorotha (wife)

SECURITY TRUST AND SAVINGS BANK OF
    SAN DIEGO (TDTr and TDBen)

Parcel 4:

Lot 4, Block C, Bartlett's Addition to West Fallbrook; also
that portion of the West Half of Prospect Avenue adjoining
Lot 4 on the East.

Owners:

LIND, Robert (hus)

LIND, Eva K. (wife)

_Interlocutory Judgment #39A_

_Exhibit E_

2566

(E 215-B)

Parcel 5:

Lot 5, Block C, Bartlett's Addition to West Fallbrook;  also

that portion of the West Half of Prospect Avenue adjoining Lot

5 on the East.

Owners:

WALTERS, Harry F. (hus)

WALTERS, Jessie May (wife)


Parcel 6:

This parcel is outside Fallbrook Creek Watershed.


Parcel 7:

Lot 1, Block J, Bartlett's Addition to West Fallbrook and the

West Half of that portion of Iowa Street and East Half of that

portion of Olive Street adjacent thereto; also an 8 foot strip

of land lying North of and adjoining Lot 1, Block J and its

Easterly and Westerly extension measured Easterly 215 feet in

length from center line of Prospect Avenue

Owner:

LUCIER, Ella J.


Parcel 8:

Lots 2, 3, 4, 5, & 6 of Block J, Bartlett's Addition to West

Fallbrook except the South 8 feet of Lot 2;  also excepting

all those portions of Lots 3, 4, 5 & 6, Block J, Bartlett's

Addition to West Fallbrook described as follows:  Beginning at

a point in the North line of Lot 6, South 89°13'30" East 82.50 feet

from the Northwest Corner of Lot 6;  thence parallel with West

line of Block J South 0°43'15" West, 164 feet;  thence parallel

Case 3:51-cv-01247-JO-SBC   Document 4727   Fallbrook Creek Watershed   PageID.10685   Page 29 of
(Bartlett's Addition to West Fallbrook)
140

**Parcel 8 continued:**

with North line of Lot 6, South 89°13'30" East, 107.50 feet to
East line of tract of land conveyed to O. P. Heald et ux by
Deed recorded in Book 3466, page 237 of Official Records, San
Diego County; thence along East line North 0°43'15" East, 164
feet to North line of Lot 6; thence along said North line
North 89°13'30" West 107.50 feet to point of beginning.

**Owners:**

HEALD, O. P. (hus)
HEALD, Alice L. (wife)
BANK OF AMERICA (TDTr)
ERICKSON, Victor E. (hus)(TDBen)
ERICKSON, Hazel M. (wife)(TDBen)

**Parcel 9:**

All those portions of Lots 3, 4, 5 & 6, Block J, Bartlett's
Addition to West Fallbrook described as follows: Beginning
at a point in the North line of Lot 6 South 89°13'30" East,
82.50 feet from the Northwest Corner of Lot 6; thence
parallel with West line of Block J, South 0°43'15" West,
164 feet; thence parallel with North line of Lot 6, South
89°13'30" East, 107.50 feet to East line of tract of land
conveyed to O. P. Heald et ux by Deed recorded in Book 3466,
Page 237 of Official Records, San Diego County; thence
along East line, North 0°43'15" East, 164 feet to North line
of Lot 6; thence along said North line North 89°13'30" West,
107.50 feet to point of beginning.

-3-

2568

Owners (Parcel 9):

SIEVERS, Linden H. (hus)

SIEVERS, Betty Ann (wife)

BANK OF AMERICA (TDTr)

MC CLURE, Douglas C. (TDBen)

MC CLURE, Ruth C. (TDBen)

PRUDDEN, Earl D. (TDBen)

Parcel 10X1:

That portion of Lots 5, 6, 7 and 8, Block J, Bartlett's Addition to West Fallbrook and that portion of certain streets closed to public use 2/15/93 recorded in Book 15, page 310 of Official Records, San Diego County, described as follows:  Beginning at the Northeast Corner of Block Q of Bartlett's Addition to West Fallbrook;  thence along East line of Block Q, South 0°40'30" West, 78.93 feet;  thence parallel with center line of View Street, North 89°22' West, 185.93 feet to true point of beginning;  thence continuing along said parallel line and Westerly prolongation thereof, North 89°22' West, 63 feet to East line of parcel of land conveyed to Esther Phillips by deed recorded in Book 1295, page 391, Official Records, San Diego County;  thence along said East line North 0°43'15" East, 79.55 feet to North line of said Block J;  thence along said North line, South 89°13'30" East, 63 feet to a line which bears North 0°43'15" East from true point of beginning; thence South 0°43'15" West, 79.39 feet to true point of beginning.

Owners:

EMMONS, Wayne (hus)

EMMONS, Alice (wife)

CONTINENTAL AUXILIARY CO. (TDTr)

BANK OF AMERICA (TDBen)

-4-

2569

Parcel 10A:

That portion of Lots 7 & 8, Block J, Bartlett's Addition to West
Fallbrook and that portion of those certain streets closed to
public use 2/15/1893 recorded in Book 15, Page 310 of Deeds, San
Diego County described as follows:  Beginning at the Northeast
Corner of Block Q, Bartlett's Addition to West Fallbrook;  thence
along East line of said Block Q, South 0°40'30" West, 78.93 feet;
thence parallel with center line of View Street, North 89°22'
West, 124.43 feet to true point of beginning; thence continuing
along said parallel line and Westerly prolongation thereof, North
89°22' West, 61.50 feet;  thence North 0°43'15" East, 79.39 feet
to North line of Block J;  thence along North line of Easterly
prolongation thereof, South 89°13'30" East, 61.44 feet to a point
distant North 89°13' West, 124.43 feet from Northeast Corner of
Block Q;  thence South 0°40'30" West 79.24 feet to true point of
beginning.

Owners:

DEPARTMENT OF VETERAN'S AFFAIRS
   (STATE OF CALIFORNIA)
ENGLEMAN, Robert L. (hus)(Agmt to Convey)
ENGLEMAN, Helen M. (wife)(Agmt to Convey)


Parcel 11:

Lot 6 and portion of Lot 5, Block Q, Bartlett's Addition to
West Fallbrook described as follows:  Beginning at the Northeast
Corner of Block Q;  thence along East line of said Block South
0°40'30" West 78.93 feet;  thence North 89°22' West 124.23 feet;
thence North 0°40'30" East 79.24 feet to South line of Dougherty
Street;  thence South 89°13'30" East 124.43 feet to point of
beginning.

-5-

2570

Owners (Parcel 11):

    DAILY, Ross W.

    DAILY, Fred B.


Parcel 12:

    Commencing at a point on the East line of Block Q of Bartlett's

Addition to West Fallbrook distant South $0^\circ 40'30"$ West 78.93 feet

from the Northeast Corner of said Block Q;  thence continuing

along the East line of said Block Q South $0^\circ 40'30"$ West 84 feet;

thence parallel to the Center Line of View Street and its Westerly

prolongation North $89^\circ 22'$ West 249 feet to the East line of the

parcel conveyed to Finley, Alfred L. et ux to Phillips, Esther by

Deed recorded in Book 1295, Page 391 of Official Records of San

Diego County;  thence along said East line of said land North

$0^\circ 43'15"$ East 84 feet;  thence South $89^\circ 22'$ East 248.93 feet to

the true point of beginning.

Owners:

    DAVIS, W. E. (hus)

    DAVIS, Kathleen (wife)

    SECURITY TITLE INS. CO. (TDTr)

    LAGUNA FEDERAL SAVINGS AND LOAN ASSO. (TDBen)

    BANK OF AMERICA (TDTr)

    DICKINSON, A. W. (hus)(TDBen)

    DICKINSON, Ina M. (wife)(TDBen)

2571

Case 3:51-cv-01247-JO-SBC   Document 4417-4ok Filed 06/05/03   PageID.19689   Page 33 of
(Bartlett's Addition to West Fallbrook)
140

Parcel 13:

Those portions of Blocks J, K & Q in Bartlett's Addition to West

Fallbrook No. 1 described as follows:  Beginning at a point in

the East line of Block Q distant North 0°40'20" East, 104.00

feet from the Southeast Corner of Block Q;  thence parallel with the

South line of said Block Q and its Westerly prolongation North

89°22' West, 249.05 feet to East line of tract of land conveyed

to Ester Phillips;  thence along East line North 0°43'15" East,

64 feet;  thence South 89°22' East, 249 feet to a point in the

East line of said Block Q distant North 0°40'30" East, 64 feet

from point of beginning;  thence South 0°40'30" West, 64 feet

to point of beginning.

Owners:

GILCHRIST, Maude E.

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY CORP (TDTr)


Parcel 14:

Those portions of Blocks K & Q according to Map 470 filed Jan.

4, 1888, and portion of Olive and Kansas Street closed, all in

Bartlett's Addition to West Fallbrook, described as follows:

Commencing at intersection of center line of View Street with

Southerly prolongation of East line of Block Q and along East

line of Block Q;  thence North 0°30'40" East, 65 feet to point

of beginning;  thence along East line Block Q North 0°40'30"

East, 64 feet to Southeasterly Corner of land conveyed to Clark

dated Feb. 4, 1952;  thence North 89°22' West along South line

of said land, 249.05 feet;  thence South 0°43'15" West, 47.89

feet;  thence North 89°22' West, 18.94 feet to center line of

Olive Street;  thence along center line of Olive Street, South

-7-

2572

Parcel 14 continued:

27°02'45" West, 17.94 feet to a line which bears North 89°22'
West parallel with the South line of said Block Q and its
Westerly prolongation from true point of beginning; thence
along said parallel line South 89°22' East, 276.03 to true
point of beginning.

Owners:

SMITH, Howard H.

SMITH, Emily

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

Parcel 15:

Beginning at the intersection of center line of View Street
with Southerly prolongation of East line of Block Q; thence
along Southerly prolongation of East line of said Block Q
and along East line of said Block Q North 0°40'30" East, 65
feet; thence along line parallel with South line of said
Block Q and its Westerly prolongation North 89°22' West,
276.03 feet to center line of Olive Street; thence along
center line Olive Street South 27°02'45" West, 52.48 feet
to an angle point therein; thence continue along center
line South 0°45' West, 17.95 feet to Westerly prolongation
of center line of View Street; thence along Westerly pro-
longation center line of View Street; and along center line
of View Street South 89°22' East, 299.33 feet to point of
beginning.

Owners:

DEPARTMENT OF VETERANS AFFAIRS OF THE STATE OF CALIFORNIA

SULLIVAN, Earl E.

SULLIVAN, Jane M.

-8-

2573

Case 3:51-cv-01247-JO-SBC   Document    Fallbrook Creek Watershed   PageID.19691   Page 35 of
(Bartlett's Addition to West Fallbrook)
140

Parcel 16:

    Lots 1 & 2, Block R of Bartlett's Addition to West Fallbrook,
and that portion of the North Half of View Street which adjoins
Lot 1.

Owners:

    ROBINSON, Howard W.

    ROBINSON, Alla M.

    BANK OF AMERICA (Int)

    CORPORATION OF AMERICA (Int)


Parcel 17:

    Lots 3 & 4, Block R of Bartlett's Addition to West Fallbrook.

Owners:

    DYSON, Clara R.

    DYSON, George F.


Parcel 18:

    Lots 5 & 6, Block R of Bartlett's Addition to West Fallbrook.

Owners:

    HARRIS, Basil (hus)

    HARRIS, Pauline L. (wife)

    CONTINENTAL AUXILIARY CO (TDTr)

    BANK OF AMERICA (TDBen)


Parcel 19:

    The North Half of Block S of Bartlett's Addition to West Fallbrook.

Owner:

    FALLBROOK PUBLIC UTILITY DISTRICT

2574

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED (4 MF-4-(5)

TOWNSHIP OF WEST FALLBROOK

Assessors Map 43, 984W

### Parcel 1:

Beginning at the Southwest Corner of Block 1 of Township of West Fall-
brook;  thence Northerly along West line of Block 1, 260 feet to the
Northwest Corner of said Block 1;  thence Easterly along Northerly line
of said Block 1, 208.29 feet to Westerly line of right-of-way of AT&SF RR;
thence Southerly along Westerly line of said right-of-way, 90 feet;
thence Westerly and parallel to Northerly line of said Block 1, to a
point which is 90 feet East of Westerly line of Block 1;  thence South-
erly and parallel to Westerly line of said Block 1, to Southerly line
of said Block 1;  thence Westerly 90 feet to point of beginning.

### Owners:

SAN DIEGO, County of

### Parcel 2:

All of Block 1 of Township of West Fallbrook, excepting that portion
lying within right-of-way of AT&SF RR and excepting also portion described
as follows:  Beginning at Southwest Corner of Block 1;  thence Northerly
along West line of Block 1, 260 feet to Northwest corner of said Block
1;  thence Easterly along Northerly line of said Block 1, 208.29 feet
to Westerly line of right-of-way of AT&SF RR;  thence Southerly along
Westerly line of said right-of-way, 90 feet;  thence Westerly and
parallel to Northerly line of said Block 1 to a point which is 90 feet
East of Westerly line of Block 1;  thence Southerly and parallel to
Westerly line of said Block 1, to Southerly line of said Block 1;  thence
Westerly 90 feet to point of beginning.

Interlocutory Judgment #39A

Exhibit E

2575

(E-215-B)

Owners:

FALLBROOK CITRUS ASSOCIATION

FIRST NATIONAL BANK OF FALLBROOK (TDTr)

BERKELEY BANK FOR COOPERATIVES (TDBen)

Parcel 3:

 ATCHISON TOPEKA AND SANTA-FE RAILWAY

Parcel 4:

All of Block 2 of Township of West Fallbrook except that portion ly-
ing within right-of-way of AT&SF RR

Owners:

WHITE, Fred H (hus)

WHITE, Alice Adams (wife)

Parcel 5:

 ATCHISON TOPEKA AND SANTA-FE RAILWAY

Parcels 6 & 7:

Lots 1, 2 and 3 of Block 27 of Township of West Fallbrook.

Owners:

MAHR, Harold R (hus)

MAHR, Inita (wife)

-2-

2576

Fallbrook Creek Watershed (West Fallbrook)

Parcels 8 & 10:

Lots 4, 6 and 7 of Block 27 of Township of West Fallbrook.

Owners:

JOHNSTON, Murray S (hus)

JOHNSTON, Frances M (wife)

Parcel 9:

Lot 5 of Block 27 of Township of West Fallbrook.

Owners:

JOHNSTON, Murray S (hus)

JOHNSTON, Frances M (wife)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

THE STEIGERWALD CORPORATION (TDBen)

Parcel 11:

Lot 8 of Block 27 of Township of West Fallbrook.

Owners:

WYATT, Clifford V (hus)

WYATT, Grace C. (wife) (formerly Ball)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

Parcel 12X1:

Lots 9 and 10 of Block 27 of Township of West Fallbrook excepting the East 54 feet thereof.

Owners:

KAUFMAN, Lillian A (m/w)

-3-

2577

Parcel 12A:

The East 54 feet of Lots 9 and 10 of Block 27 of Township of West Fallbrook.

Owners:

UNDERWOOD, E. D. (hus)

UNDERWOOD, Dorothy M. (wife)

BANK OF AMERICA (TDTr)

KAUFMAN, Lillian A (m/w) (TDBen)

Parcel 13:

Lots 1 and 2 of Block 28 of Township of West Fallbrook.

Owners:

WEST, Chesley H (hus)

WEST, Lillie C (wife)

BANK OF AMERICA (TDTr)

PUCELLI, Frank (TDBen)(hus)

PUCELLI, Anna S (wife)(TDBen)

Parcel 14:

Lot 3 of Block 28 of Township of West Fallbrook.

Owners:

AABERG, Ruby M (m/w)(Sep prop)

Parcel 15:

Lots 4 and 5 of Block 28 of Township of West Fallbrook.

Owners:

AABERG, Robert A. (hus)

AABERG, Ruby M (wife)

2578

Fallbrook Creek Watershed (West Fallbrook)

Parcel 16:

Lots 6 and 7 of Block 28 of Township of West Fallbrook.

Owners:

BULLOCK, D. H. (m/m)

BULLOCK, Glenn C (un/m)

Parcel 17, 18 & 19:

Lots 8, 9 and 10 of Block 28 of Township of West Fallbrook.

Owners:

THE CALIFORNIA ELDERSHIP OF THE CHURCHES OF GOD IN
NORTH AMERICA

Parcel 20:

All of Block 3 of Township of West Fallbrook except that portion

lying within right-of-way of AT&SF RR.

Owners:

FALLBROOK CITRUS ASSOCIATION

FIRST NATIONAL BANK OF FALLBROOK (TDTr)

BERKELEY BANK FOR COOPERATIVES (TDBen)

Parcel 21:

ATCHISON, TOPEKA AND SANTA FE RAILWAY

Parcel 22:

Lots 1, 2, 3, 4, 5, 6, and 7 of Block 4 of Township of West Fallbrook.

Owners:

FALLBROOK CITRUS ASSOCIATION

SOUTHERN TITLE & TRUST CO (TDTr)

BERKELEY BANK FOR COOPERATIVES (TDBen)

-5-

2579

<u>Fallbrook Creek Watershed (West Fallbrook)</u>

Parcel 23:

    Lots 8, 9, 10 of Block 4 of Township of West Fallbrook.

Owners:

    FLESHMAN, William S (hus)

    FLESHMAN, Martha (wife)


Parcel 24:

    Lot 4, and North 4 feet of Lot 5 of Block 25 of Township of West
Fallbrook.

Owners:

    FALLBROOK HOSPITAL DISTRICT


Parcel 25:

    Lot 5 of Block 25 of Township of West Fallbrook, excepting therefrom
the North 4 feet thereof.

Owners:

    BRAY, Richard (hus)

    BRAY, Cora B (wife)


Parcel 26:

    Portions of Lots 6 & 7, Block 25 of the Township of West Fallbrook
lying Southeasterly of parcel described as follows:  Beginning at the
Southwest Corner of said Lot 6;  thence East along South boundary line
of said Lot 6, a distance of 69.30 feet;  thence Northeasterly on a
line parallel with and 50 feet Easterly from location line of AT&SF RR
on a 8° 1½ curve right, 24.99 feet;  thence on a tangent parallel with
and 50 feet Easterly from said location center line, 92.72 feet to
East boundary line of said Lot 6;  thence North along said East boundary

2580

Parcel 26 continued:

line 12.33 feet to Northeast Corner of said Lot 7;  thence West along North boundary line of said Lot 7 distance of 110.58 feet;  thence Southwesterly on direct line parallel with and 50 feet Westerly from said location line, 39.97 feet to West boundary line of said Lot 7; thence South along West boundary line of said Lots 6 & 7, 78.25 feet to point of beginning.

Owners:

HROCH, Theodore E (hus)

HROCH, Hilda M (wife)

Parcel 27:

Beginning at the Northwest Corner of Lot 7, Block 25 of Township of West Fallbrook;  thence South along West line to a point where the West line of said Lot intersects with right-of-way of AT&SF RR; thence Northeasterly along said righty-of-way to a point in North boundary line of said Lot;  thence West 21.42 feet to point of beginning.

Owners:

SCOTT,

SCOTT,

LAND TITL...          ... (TDCo)

BUFORD, A. W. (TDBen)

APPEL, A. W. (TDTr)

BUONO, Victor Francis (TDBen)

Parcel 28:

ATCHISON, TOPEKA & SANTA FE RAILWAY

Parcel 29:

Lot 1 of Block 26 of Township of West Fallbrook.

Owner:

SUTTON, Sylva B (sep prop)

-7-

2581

Fallbrook Creek Watershed (West Fallbrook)

Parcel 30:

Lots 2 and 3 of Block 26 of Township of West Fallbrook.

Owners:

ROGERS, Lincoln

ROGERS, Elizabeth Dubech

Parcel 31:

Lots 4 and 5 of Block 26 of Township of West Fallbrook.

Owners:

CYR, Charles H (m/m)

GALLACHER, Margaret Laurette Eachel, Trustee of
Estate of Margaret Laura Eachel, deceased. (TDBen)

BANK OF AMERICA (TDTr)

Parcel 32:

Lot 6 of Block 26 of Township of West Fallbrook.

Owners:

FALLBROOK EAGLES, Lodge #339

PORTER, Anna J

PORTER, Don Carlos

Parcel 33:

Lot 7 of Block 26 of Township of West Fallbrook.

Owners:

INGLIS, John P (hus)(on 31B-Ingles)

INGLIS, Eve (wife)

-8-

2582

Fallbrook Creek Watershed (West Fallbrook)

Parcel 34:

The East 17 feet of the North 14 feet of Lot 9 of Block 26 of Township of West Fallbrook.

Owner:

SUTTON, Sylva B. (sep prop)

Parcel 35:



Lots 8, 9 and 10 of Block 26 of Township of West Fallbrook, excepting therefrom the East 17 feet of the North 14 feet of Lot 9. And excepting that portion lying in AT&SF RR right-of-way.

Owners:

WOLFE, Russell P (hus)

WOLFE, Ruby I. (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

Parcel 36:

ATCHISON, TOPEKA & SANTA FE RAILWAY

Parcel 37:

Lots 1 and 2 of Block 7 of Township of West Fallbrook.

Owner:

PITTMAN, Leora A.

Parcels 38, 39 & 40:

Lots 3 and 5 of Block 7 of Township of West Fallbrook.

(Lot 5 is also called Lot 4).

Owners:

FALLBROOK ASSEMBLY OF GOD

FIRST NATIONAL BANK OF VISTA (TDBen)

UNION TITLE INSURANCE & TRUST CO (TDTr)

Parcel 41

The East half half of Lots 6 and 8 of Block 7 of Township of West Fallbrook.

Owners

ERRET, Samuel S (Hus)

ERRET, Elsie C (wife)

BANK OF AMERICA (TDTr)

SUTTON, N. LeRoy (TDBen)

Parcel 42:

The West Half of Lots 6 and 8 of Block 7 of Township of West Fallbrook.

Owners:

RAMSEY, John A (hus)

RAMSEY, Mary A (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

SHIPLEY, Verne G (hus) (TDBen)

SHIPLEY, Luella G (wife) TDBen)

Parcel 43:

Lots 9 and 10 of Block 7 of Township of West Fallbrook.

Owners:

SUTTON, Sylva B (sep prop)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

Parcel 44:

Lot 1 of Block 8 of Township of West Fallbrook.

Owners:

SCOVILL, Harry J (hus)

SCOVILL, Daisy W (wife)

-11-

2584

Parcel 45:

Lots 2, 3, 4 and 5 of Block 8 of Township of West Fallbrook.

Owners:

CLYDE, Wert S.

CLYDE, Frank L (life est)

CLYDE, Ina B (Life Est)

Parcel 46:

Lot 6 of Block 8 of Township of West Fallbrook

Owners:

WRIGHT, Fred M (hus)

WRIGHT, Verba B (wife)

Parcel 47:

Lot 7 of Block 8 of Township of West Fallbrook

Owners:

KINGSTON, George E (hus)

KINGSTON, Marina B (wife)

KINGSTON, Katherine V (s/w)

Parcel 48:

Lot 8 of Block 8 of Township of West Fallbrook.

Owners:

ELLERY, John D (wid)

Parcel 49:

of Block 8 of Township of West Fallbrook.

Mary H (m/w)

(s/a)

--12--

2585

Fallbrook Creek Watershed (West Fallbrook)

Parcel 50:

    Lot 10 of Block 8 of Township of West Fallbrook.

Owners:

    ROE, Edward M. (hus)

    ROE, Faye J. (wife)

    BANK OF AMERICA (TDTr)

    HOGE, Erma B. (TDBen)

    CORPORATION OF AMERICA (TDTr)

    BANK OF AMERICA (TDBen)


Parcel 51:

    Lots 1, 2 and 3 of Block 21 of Township of West Fallbrook.

Owners:

    CARDON, C. W. (hus)

    CARDON, Jean (wife)

    UNION TITLE INSURANCE & TRUST CO (TDTr)

    THE STEIGERWALD CORP (TDBen)


Parcel 52:

    The East 100 feet of Lot 5 of Block 21 of Township of West Fallbrook.

Owners:

    RHODES, Roy (hus)

    RHODES, Edna (wife)

    BANK OF AMERICA (TDTr)

    KINGSTON, George E. (hus)(TDBen)

    KINGSTON, Marina B (wife)(TDBen)

2586

Lot 8 and lot 9 of [...] West Fallbrook, except

the East 100 feet of Lot 5 of said Block 21.

OWNER:

THE BAPTIST CHURCH OF FALLBROOK


Parcel 55:

Lots 8 and 9 of Block 21 of Township of West Fallbrook.

Owners:

BENIGHEBURG, Harry (hus)

BENIGHEBURG, Katherine (wife)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TD[...])

PINE TREE LUMBER CO (TDBen)


Parcel 56:

Lot 10 of Block 21 of Township of West Fallbrook.

Owners:

ADAMS, Pearl B

BARTLETT, Paul D

BARTLETT, Francis W. Jr.


Parcels 57, 58 & 62:

Lots 1 and 2 of Block 22 of Township of West Fallbrook, and the West

40 feet of the East 140 feet of Lot 5 of Block 22 of Township of

West Fallbrook.

OWNER:

BAIRD & CO.


-14-

2587

Parcel 59:

The North 78 feet of the East 100 feet of Lot 5 of Block
ship of West Fallbrook.

Owners:

MARSHALL, John Stuart (hus)

MARSHALL, Nance Harvey (wife)

BANK OF AMERICA (TDTr)

GIBBONS, J. Fred (hus)(TDBen)

GIBBONS, Lucille A (wife)(TDBen)

Parcel 60:

The East 100 feet of the South 84 feet of Lot 5 of Block 22 of Town-
ship of West Fallbrook, except the South 50 feet thereof.

Owners:

GIBBONS, J. F. (hus)

GIBBONS, Lucille A. (wife)

Parcel 61:

The South 50 feet of the East 100 feet of Lot 5 of Block 22 of Town-
ship of West Fallbrook.

Owners:

PORT, Marvin (hus)

PORT, Alberta L. (wife)

MERCHANTS NATIONAL REALTY CORP (TDBen)

CONTINENTAL AUXILIARY COMPANY (TDTr)

Parcel 62:

See above (Parcels 57, 58 & 62)

Fallbrook Creek Watershed (West Fallbrook)

Parcel 63:

East 16 feet of Lot 6 and 8 and West 40 feet of Lot 5 of Block 22
of Township of West Fallbrook.

Owner:

SOUTHERN CALIFORNIA TELEPHONE CO.

Parcels 64 & 65:

The West 84 feet of Lots 6 and 8 of Block 22 of Township of West
Fallbrook.

Owners:

ANTHONY, Donald (hus)

ANTHONY, Charlotte (wife)

BANK OF AMERICA (TDTr)

ANGELO, Marguerite H. (wid)(TDBen)

ANGELO, James N. (s/m)(TDBen)

KINGSTON, Marina B (M/w)(TDBen)

Parcel 66:

The East Half of Lot 9 of Block 22 of Township of West Fallbrook.

Owners:

THOMAS, Madge E.

OCEANSIDE FINANCE CO (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSOCIATION (TDBen)

Parcel 67:

The West Half of Lot 9 of Block 22 of Township of West Fallbrook.

Owners:

DUNN, Barbara (un/w)

DUNN, Sidney H (un/m)

DUNN, Laura A (un/w)(life est)

-16-

2589

Parcel 69:

Lot 10 of Block 22 of Township of West Fallbrook.

Owners:

FASSLER, Floyd W (hus)

FASSLER, Elsie M (wife)

Parcel 70:

The ........ t of Lot 1 and 2 of Block 9 of Township of West

Fallbrook.

Owners:

BRANCH, Leona (s/w)

BIDDLE, Grace Eloise (wid)

BANK OF AMERICA (TDTr)

TAYLOR, W. Madison (hus) (TDBen)

TAYLOR, Imogene C. (wife)(TDBen)

Parcel 71:

Lots 1 and 2 of Block 9 of Township of West Fallbrook, except the East
55.98 feet thereof;  also Lots 8, 9 and 10 and the West 20 feet of Lot
3 of Block 9 of Township of West Fallbrook.

Owners:

FALLBROOK WOMAN'S CLUB (formerly Women's Saturday
    Afternoon Club of Fallbrook)

FIRST NATIONAL BANK OF VISTA (TDBen)

UNION TITLE INSURANCE & TRUST CO (TDTr)

2590

Parcel 72:

Lot 3 of Block 9 of Township of West Fallbrook except the West 20 feet thereof.

Owners:

RUSSELL, William R (hus)

RUSSELL, Anna E (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)


Parcels 73 & 74:

Lots 4 & 5 of Block 9 of Township of West Fallbrook.


JACKSON, Andrew C (hus)

JACKSON, Tess M (wife)

BANK OF AMERICA (TDTr)

SOLSO, Roy O (hus)(TDBen)

SOLSO, Ada Belle (wife)(TDBen)


Parcels 75 & 76:

Lots 5 & 6 of Block 9 of Township of West Fallbrook.

Owners:

SOLSO, Roy O (hus)

SOLSO, Ada Belle (wife)


Parcel 77:

Lots 1, 2 & 3 of Block 10 of Township of West Fallbrook.

Owners:

YACKEY, George F (hus)

YACKEY, Alma H (wife)

SECURITY TITLE INSURANCE CO (TDTr)

DIRECTOR OF MENTAL HYGIENE OF STATE OF CALIFORNIA
AS GUARDIAN OF ESTATE OF MABEL WICKERSHAM, INCOMPETENT (TDBen)

-18-

Parcel 78:

Lot 4 of Block 10 of Township of West Fallbrook.

Owners:

PETERSON, Russell R (hus)

PETERSON, Luella S (wife)

BANK OF AMERICA (TDTr)

PETERSON, Mildred P (TDBen)

Parcel 79:

Lot 5 of Block 10 of Township of West Fallbrook, except the West 59.30 feet thereof.

Owners:

RICHARDS, Imogene R

BANK OF AMERICA (TDTr)

STRIDER, H. E. (hus)(TDBen)

STRIDER, Odette D (wife)(TDBen)

POLLOCK, Elwyn C (hus) (TDBen)

POLLOCK, Edith M (wife)(TDBen)

Parcel 80:

The West 59.30 feet of Lot 5 of Block 10 of Township of West Fall-brook.

Owners:

McCOY, Agnes S (s/w)

BANK OF AMERICA (TDTr)

GRAHAM, H.L. (hus)(TDBen)

GRAHAM, Theresa A (wife)(TDBen)

CHABBOT, Julius (TDBen)

2592

**Parcel 81:**

Lots 6, 7, 8, 9, & 10 of Block 10 of Township of West Fallbrook.

**Owners:**

MASONIC TEMPLE ASSOCIATION OF FALLBROOK

**Parcel 82:**

The West Half of Lot 1 of Block 19 of Township of West Fallbrook.

**Owners:**

ANTHONY, Donald (s/m)

**Parcel 83:**

Lot 2 and E Half of Lot 1 of Block 19 of Township of West Fall-

brook.

**Owners:**

YOUNG, Harry H (hus)

YOUNG, Rhoda A (wife)

YOUNG, Rhoda Sturtevant

**Parcel 84, 85, 86, 87:**

Lots 3, 4, 5, 6, & 7 of Block 19 of Township of West Fallbrook.

**Owners:**

KINDELL, Dorothy M (wife)

KINDELL, William M (hus)

LAND TITLE INSURANCE CO (TDTr)

NELSON, Everett B (son) (TDBen)

NELSON, Agnes (mother) (TDBen)

FRITZ, Gilbert (s/m)(TDBen)

MacDONALD, Lyman A (hus)(TDBen)

MacDONALD, Fay (wife)(TDBen)

Fallbrook Creek Watershed (West Fallbrook)

Parcel 88:

Lot 8 of Block 19 of Township of West Fallbrook.

Owners:

O'NEAL, L. Frank (hus)

O'NEAL, Rebecca E (wife)


Parcel 89:

Lot 9 of Block 19 of Township of West Fallbrook.

Owners:

BARROO, Martin L. (husband)

BARROO, Genevieve (wife)


Parcel 90:

Lot 10 of Block 19 of Township of West Fallbrook.

Owners:

HARRISON, Esther (wid)

BANK OF AMERICA (TOTr)

MOONEY, Hollis I (hus)(TOBen)

MOONEY, Rilla K (wife)(TOBen)


Parcel 91:

Lot 1 of Block 20 of Township of West Fallbrook.

Owners:

TOMLIN, Nicholas W

TOMLIN, Lucy G (dec'd)


-23-

Fallbrook Creek Watershed (West Fallbrook)

Parcel 92:

Lot 2 of Block 20 of Township of West Fallbrook.

Owners:

SMITH, Floyd O (hus)

SMITH, Eva H (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

MILES, Clarissa S (un/w)(TDBen)

Parcel 93:

Lot 3 of Block 20 of Township of West Fallbrook.

Owners:

GLEASON, Roger A (hus)

GLEASON, Elizabeth A (wife)

SECURITY TITLE INSURANCE CO (TDTr)

FULLER, Evelyn M (TDBen)

Parcels 94 & 95:

Lots 4 and 5 of Block 20 of Township of West Fallbrook.

Owners:

KAUFMAN, Sam (hus)

KAUFMAN, Claire (wife)

Parcel 96:

The East 63 feet of Lot 6 of Block 20 of Township of West Fallbrook.

Owners:

GAMMELL, John J (hus)

GAMMELL, Alda W (wife)

BANK OF AMERICA (TDTr)

PRENTIS, CR (hus) (TDBen)

PRENTIS, Elizabeth (wife)(TDBen)

-22

2595

Fallbrook Creek Watershed (West Fallbrook)

Parcel 97:

Lot 6 of Block 20 of Township of West Fallbrook, except the East 63 feet
thereof.

Owners:

FREEMAN, James W Jr (hus)

FREEMAN, Margrell (wife)

BANK OF AMERICA (TDTr)

DiPIAZZA, Joseph (hus)(TDBen)

DiPIAZZA, Carmela (wife)(TDBen)

Parcel 98:

Lot 7 of Block 20 of Township of West Fallbrook.

Owners:

LACKEY, Flora B.

Parcel 99:

Lots 8 and 9 of Block 20 of Township of West Fallbrook.

Owners:

FLETCHER, James W (hus)

FLETCHER, Gladys (wife)

Parcel 100:

Lot 10 of Block 20 of Township of West Fallbrook.

Owners:

GUDMAN, William F

2596

Fallbrook Creek Watershed (West Fallbrook)

Parcel 101:

Lots 1 and 2 of Block 37, and Lots 9 and 10 of Block 37 of Township of West Fallbrook, except the West 100 feet of Lots 9 and 10.

Owners:

SOLSO, Roy O. (hus)

SOLSO, Ada Belle (wife)


Parcels 102, 103 & 104:

Lots 3, 4 and 5 of Block 37 of Township of West Fallbrook.

Owners:

BARREL, Minnie

UNION TITLE INSURANCE & TRUST CO (TDTr)

AMERICAN NATIONAL INSURANCE CO (TDBen)


Parcels 105 & 106:

Lots 6 and 7 of Block 37 of Township of West Fallbrook.

Owners:

MERWAN CORPORATION

CALIFORNIA PACIFIC TITLE & TRUST CO (TDTr)

MAGOWAN, Doris Merrill
JAECKEL, Albert F., as Trustees under Indenture of Trust
   Merrill Trust #4 (TDBen)


Parcel 107:

Lot 8 of Block 37 of Township of West Fallbrook.

Owner:

CLARK, Sawyer Wells (un/m)

2597

Fallbrook Creek Watershed (West Fallbrook)

Parcel 108:

The West 100 feet of Lots 9 and 10 of Block 37 of Township of West Fallbrook.

Owners:

FALLBROOK WOMAN'S CLUB (formerly Woman's Saturday Afternoon Club of Fallbrook)

UNION TITLE INSURANCE & TRUST CO (TDTr)

FIRST NATIONAL BANK OF VISTA (TDBen)

Parcels 109 & 110:

Lots 1 and 2 of Block 38 of Township of West Fallbrook.

Owners:

ADAMS, Pearl B

BARTLETT, Paul D

BARTLETT, Francis W Jr.

Parcel 111:

Lot 3 of Block 38 of Township of West Fallbrook.

Owners:

ANTHONY, Donald (m/m)(sep prop)

Parcel 112:

Lots 4 and 5 of Block 38 of Township of West Fallbrook.

Owners:

MYERS, S. C. (hus)

MYERS, Myrtis (wife)

2598

Fallbrook Creek Watershed (West Fallbrook)

Parcel 113:

Lots 6 and 7 of Block 38 of Township of West Fallbrook.

Owners:

MAR VISTA INVESTMENT CO

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY CO (TDTr)

Parcels 114, 115 & 116:

Lots 8, 9 and 10 of Block 38 of Township of West Fallbrook.

Owners:

BISOGNO, John C (hus)

BISOGNO, Marcella (wife)

PONTRELLI, Amelia (wid)

PALOMAR SAVINGS & LOAN ASSN (TDBen)

UNION TITLE INSURANCE & TRUST CO (TDtr)

Parcel 117:

Lots 1 and 2 of Block 33 of Township of West Fallbrook.

Owners:

GRAFFIN, Luetta M (sep prop)

BANK OF AMERICA (TDTr)

SHIPLEY, Verne C (TDBen)

SHIPLEY, Luella G (TDBen)

Parcel 118:

Lot 3 of Block 33 of Township of West Fallbrook.

Owners:

MIRANDA, Catalina L (wid)

TITLE INSURANCE & TRUST CO (TDTr)

ZWICKER, J. Ward (TDBen)

ZWICKER, Bertha D (TDBen)

-26-

Fallbrook Creek Watershed (West Fallbrook)

Parcel 119:

Lots 4 & 5 of Block 33 of Township of West Fallbrook.

Owners:

BURT, Amy Anthony (m/w)

Parcels 120 & 121:

Lots 6 & 7 of Block 33 of Township of West Fallbrook except that portion lying in right-of-way of AT&SF RR.

Owners:

BARKOW, Harold W (hus)

BARKOW, Marcella C.R. (wife)

Parcels 122 & 123:

Lots 8, 9 & 10 of Block 33 of Township of West Fallbrook except that portion lying in right-of-way of AT&SF RR.

Owners:

GRAFFIN, Luetta M (sep prop)

SWANSON, M. Louise (mtgee)

SWANSON, Oscar R (mtgee)

Parcel 124:

ATCHISON, TOPEKA & SANTA FE RAILWAY CO.

Parcel 125:

Lots 1, 2 & 3 of Block 34 of Township of West Fallbrook except that portion lying within the right-of-way of AT&SF RR.

Owners:

GRIFFITH, Mary Elizabeth (wife)

GRIFFITH, Harold W (hus)

-27-

Fallbrook Creek Watershed (West Fallbr...

Parcel 126:

Lot 4, and the North 2 feet of Lot 5 of Block 34 of Township of West Fallbrook, except that portion belonging to AT&SF RR.

Owners:

PERIGO, Lula B (m/w)


Parcel 127:

Lot 5 of Block 34 of Township of West Fallbrook, except the North 2 feet thereof, and except that portion belonging to AT&SF RR.

Owner:

PERIGO, Delmar (un/m.)


Parcel 128:

Lot 6 of Block 34 of Township of West Fallbrook, except that portion belonging to AT&SF RR.

Owner:

KNOWLES, Mildred P. (also known as Pearl M), (wid)


Parcel 129:

Lot 7 of Block 34 of Township of West Fallbrook, except that portion belonging to AT&SF RR.

Owners:

BARKOW, Harold W (husband)

BARKOW, Marcella C R (wife)

Fallbrook Creek Watershed (West Fallbrook)

Parcels 130 & 131:

Lot 8, and the South Half of Lot 9 of Block 34 of Township of West
Fallbrook, except that portion belonging to AT&SF RR.

Owners:

WAYMAN, Raymond (hus)

WAYMAN, Mary Elizabeth (wife)

BANK OF AMERICA (TDTr)

REGAL DISTRIBUTORS, INC. (TDben)

BEAUSOLEIL, Mina (wife)(TDBen)

BEAUSOLEIL, George (hus)(TDBen)


Parcels 132 & 133:

Lot 10 and the North Half of Lot 9 of Block 34 of Township of
West Fallbrook.

Owner:

WESTFALL, Victor B. (m/m)


Parcels 134 & 135:

ATCHISON, TOPEKA AND SANTA FE RAILWAY.


Parcel 136:

Now carried as Parcel 349

Parcel 137:

Now carried as Parcel 350

Parcel 138:

Now carried as Parcel 348

Parcel 139:

Lot 4, Block 44 of Township of West Fallbrook, except the West 20
feet; also the South Half of that portion of closed street adjoin-
ing on the North.

2602

Owners:

TRITCHKA, F. H. (hus)

TRITCHKA, Gretta (wife)

ADAMS, Howell H (TDBen)

ADAMS, Ida J. (TDBen)

Parcel 140:

Lots 5 and West 20 feet of Lot 4 of Block 44 of Township of West Fallbrook

AUL, Fred (hus)

AUL, E. Sue (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

MAZE, Gilbert T (m/m sep prop)(TDBen)

Parcels 141, 142 & 1:

Lots 6, 7 and 8 of Block 44 of Township of West Fallbrook, except
the North 4 feet of West 120 feet of Lot 8.

Owners:

AUL, Fred (hus)

AUL, Edythe S (wife)

BANK OF AMERICA (TDTr)

NICHOLS, Ralph F (TDBen)

Parcel 144:

Lot 9 of Block 44 of Township of West Fallbrook, except the North
2 feet thereof;  also the North 4 feet of the West 120 feet of
Lot 8 of Block 44 of Township of West Fallbrook.

2603

Owners:

    ELDRIDGE, Jessie Kate (un/w)

    KING, Mae Walker (m/w)(sep prop)(TDBen)

    KING, Samuel Edward (m/m)(TDBen)

    BANK OF AMERICA (TDTr)

Parcels 145, 146, 147 & 148:

    Lots 10 and 11, and the North 2 feet of Lot 9 of Block 44 of
Township of West Fallbrook; also that portion of closed street
adjoining Lot 12 lying Northwest of line described as follows:
Beginning at a point on Southerly line of Alvarado Street distant
110 feet East of Northwest Corner of Lot 11;  thence South 139.47
feet parallel with West line of Lot 11 to Easterly extension of
center line of closed street adjoining Lot 11;  thence Westerly
thereon 20 feet.

Owners:

    HASSLER, Floyd W (hus)

    HASSLER, Elsie M (wife)

Parcel 149:

    Lot 12, Block 44 of Township of West Fallbrook; excepting portion
lying Northwest of line described as follows:  Beginning at a
point on South line of Alvarado Street distant 110 feet East of
the Northwest Corner of Lot 11;  thence South 139.47 feet parallel
with West line of Lot 11 to Easterly extension of center line of
closed street adjoining Lot 11;  thence Westerly thereon 20 feet.

Owners:

    INTERNATIONAL CHURCH OF FOUR SQUARE GOSPEL

    BANK OF AMERICA (TDTr)

    PROTESTANT EPISCOPAL CHURCH IN DIOCESE
      OF LOS ANGELES (TDBen)

Parcel 150:

    Now carried as part of Parcel 349.

2604

**Fallbrook Creek Watershed (West Fallbrook)**

Parcels 151, 152, 153 & 154:

    Lots 1, 2, 3, 4 & 5 of Block 45 of Township of West Fallbrook.

Owner:

    WESTFALL, Victor B. (m/m)(sep prop)


Parcels 155, 156 & 157:

    Lots 6 & 7 and the South Half of Lot 8 of Block 45 of the Township of West Fallbrook.

Owners:

    WESTFALL, Victor B. (hus)

    WESTFALL, M. Tollan (wife)


Parcels 158 & 159:

    Lots 9 & 10, and the North Half of Lot 8 of Block 45 of the Township of West Fallbrook.

Owners:

    SUTTON, Sylva B (sep prop)


Parcel 160:

    This parcel carried with Parcel 47, Section 24, Township 9 South, Range 4 West.

2605

Fallbrook Creek Watershed (West Fallbrook)

Parcel 161:

All that portion of Lots 3, 4 & 5, Block 46 of the Township of West Fallbrook, and that portion of alley adjoining said lots on West described as follows:  Beginning at a point on the South line of Lot 5 distant thereon South 89°21' East 253 feet from the Southwest Corner of Lot 6;  thence North 89°4' West along said South line 118 feet to center line of alley in said Block 46;  thence along center line of said alley North 0°33' E 130 feet;  thence parallel with North line of Elder Street South 89°21' East 118 feet;  thence South 0°33' West 130 feet to true point of beginning.

Owners:

BARRETT, Delbert E.

LAND TITLE INSURANCE CO (TDTr)

HOVENDEN, Glenn E (hus) (TDBen)

HOVENDEN, Helen R (wife)(TDBen)


Parcel 162X1:

Lots 6 & 7 of Block 46 of Township of West Fallbrook; also West Half of Alley adjoining said Lots 6 & 7.

Owners:

McDONALD, William J (hus)

McDONALD, Ethel H (wife)

BANK OF AMERICA (TDTr)

MASHEECO, Jack A (m/m)(TDBen)

MASHEECO, Frederick B (m/m)(TDBen)

2606

Parcel 162A:

Lot 8, Block 46 of Township of West Fallbrook, and West Half of ad-
joining alley.

Owners:

WEDEKING, Virgil M (hus)

WEDEKING, Frances M (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

LA JOLLA FEDERAL SAVINGS & LOAN ASSO (TDBen)

BANK OF AMERICA (TDTr)

VIX, Harry B (hus)(TDBen)

VIX, J. Lenore (wife)(TDBen)


Parcel 162X1:

That portion of Lot 10, Block 46 of Township of West Fallbrook, to-
gether with that portion of the South Half of Fig Street adjoining
Lot 10 on North and West Half of alley adjoining Lot 10 on East
described as follows:  Beginning at the Southwest Corner of Lot 9;
thence along West line of Lots 9 & 10 North 70 feet to true point of
beginning;  thence parallel with South line of Lot 9 and Easterly
prolongation thereof South 89°20'30" East 134.94 feet to center line
of alley;  thence along said center line and Westerly prolongation
thereof North 0°33' East 68.86 feet to center line of Fig Street;
thence along said center line of Fig Street North 89°20' West 134.93
feet to Northerly prolongation of said Westerly line of Lot 10;
thence along said Northerly prolongation and said Westerly line
S 0°34'10" West 66.86 feet to true point of beginning.

Owners:

LASH, Samuel R (hus)

LASH, Charlotte Kirk (wife)

M... ... ... (hus)

K..... ... ... (... )

-34-

2607

Fallbrook Creek Watershed (West Fallbrook)

Parcel 163A:

Beginning at the Southwest Corner of Lot 9, Block 46 of Township of
West Fallbrook;  thence along West line of Lots 9 & 10 North 70 feet;
thence parallel with South line of Lot 9 and Easterly prolongation
thereof S 89°20'30" East 134.94 feet to center line of alley;  thence
along said center line South 70 feet to Easterly prolongation of South
line of Lot 9;  thence along said South line West 134.96 feet to point
of beginning.

Owner:

FALLBROOK METHODIST CHURCH


Parcel 164:

Lot 1, Block 35 of Township of West Fallbrook.

Owners:

SAN DIEGO COUNTY BERRIES INVESTMENT CO.

TITLE INSURANCE & TRUST CO (TDTr)

BANK OF TOKYO OF CALIFORNIA (TDBen)


Parcel 165:

Lot 2, Block 35 of Township of West Fallbrook.

Owners:

ANTHONY, Donald C (hus)

ANTHONY, Charlotte (wife)


Parcels 166, 167 & 168:

Lots 3 and 5 of Block 35 of Township of West Fallbrook.

Owner:

SAN DIEGO, County of

-35-

2608

Parcels 169 & 170:

Lot 6 and the South 32 feet of Lot 8 of Block 35 of Township of West Fallbrook.

Owner:

READER, Josephine H (wid)


Parcel 171:

The North 24 feet of Lot 8, Block 35 of Township of West Fallbrook.

Owners:

HECOCK, Hector R (hus)

HECOCK, Vivian G (wife)

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY CORP (TDTr)


Parcel 172:

Lot 9, Block 35 of Township of West Fallbrook, except the North 25 feet of said Lot.

Owners:

ZNORSKI, Victor John (hus)

ZNORSKI, Lillian Fox (wife)

BANK OF AMERICA (TDTr)

JOHNSON, Violet G (s/w)(TDBen)


Parcels 173 & 174:

The North 25 feet of Lot 9, Block 35 of Township of West Fallbrook, except the East 45 feet thereof.

Owner:

KINSMAN, Tyke C (wid)

2609

<u>Fallbrook Creek Watershed (West Fallbrook)</u>

<u>Parcel 175</u>:

Lot 10, and the East 45 feet of the North 25 feet of Lot 9, Block 35 of Township of West Fallbrook.

Owners:

PORT, Marvin (hus)

PORT, Alberta L (wife)

SMITH, Leo A (hus)

SMITH, Susie Ann (wife)

<u>Parcel 176, 177 & 178</u>:

Lots 1, 2, 3, 4 and the North 16 feet of Lot 5, Block 36 of Township of West Fallbrook.

Owner:

BANK OF AMERICA N.T.&S.A.

<u>Parcel 179</u>:

Lot 5, Block 36 of Township of West Fallbrook, except the North 16 feet thereof.

Owners:

PHILBRICK, Elizabeth J (wid)

BANK OF AMERICA (TDTr)

GALLACHER, Margaret Laurette Eachel, Trustee of Estate of Margaret Laura Eachel, deceased (TDBen)

<u>Parcel 180</u>:

Lot 6, Block 36 of Township of West Fallbrook.

Owners:

NAHRA, Ray (hus)

NAHRA, Sue Mae (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

CONNECTICUT MUTUAL LIFE INSURANCE CO (TDBen)

2610

Fallbrook Creek Watershed (West Fallbrook)

Parcel 181:

Lot 7, Block 36 of Township of West Fallbrook.

Owner:

JAMESON, Adeline L (m/w)


Parcel 182:

Lot 8, Block 36 of Township of West Fallbrook.

Owner:

BREINING, Walter M.


Parcel 183:

Lot 9, Block 36 of Township of West Fallbrook.

Owners:

MITTERLING, Eben E. (hus)

MITTERLING, Gina (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

FIRST NATIONAL BANK OF VISTA (TDBen)


Parcel 184:

The East 50 feet of Lot 10, Block 36 of Township of West Fallbrook.

Owners:

CASTEEL, John P. (hus)

CASTEEL, Gertrude T (wife)

BANK OF AMERICA (TDTr)

TAYLOR, Henry C. (hus)(TDBen)

TAYLOR, Hazel M. (wife)(TDBen)

Lot 10, Block 36 of Township of West Fallbrook except the East

50 feet thereof.

Owners:

KOLB, John F (hus)

KOLB, Louise (wife)

KOLB, Otto J (hus)

KOLB, Lillian (wife)


Parcel 186:

The East 70 feet of Lot 1, Block 42 of Township of West Fallbrook.

Owners:

FRANCIS, Mabel S (wife)

FRANCIS, Sequoyah C (hus)

BANK OF AMERICA (TDTr)

BLACKLIDGE, William T (hus)(TDBen)

BLACKLIDGE, Ruby C (wife)(TDBen)


Parcel 187:

Lots 1, 2, 3 & 4 and Lots 6, 7, 8, 9 & 10 of Block 42 of Township

of West Fallbrook, except the East 70 feet of said Lot 1.

Owner:

PINE TREE LUMBER CO.

2612

Rancho Santa Margarita (West Fallbrook)

**Parcel 189:**

A portion of Block 42 of Township of West Fallbrook described as follows:
Beginning at the intersection of the Easterly prolongation of North line
of Hawthorne Street with Center line of the alley in said Block 42; thence
along said Easterly prolongation East 50.30 feet;  thence North 56.13 feet
to North line of tract of land conveyed to Walter H. Barkow in Deed re-
corded at Book 703, Page 300, Official Records;  thence West along said
North line to center line of alley;  thence South along said center line
56.12 feet to point of beginning.

Owners:

BARKOW, Walter H (hus)

BARKOW, Hilda (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

SHEFFIELD, Leo K (hus)(TDBen)

SHEFFIELD, Marjorie K (wife)(TDBen)


**Parcel 189:**

A portion of Block 42 of Township of West Fallbrook described as follows:
Beginning at the point of intersection of the Easterly prolongation of
the North line of Hawthorn Street with center line of alley in said
block;  thence along said Easterly prolongation S 89°17'15" East 50.30
feet to true point of beginning;  thence continuing along said Easterly
prolongation S 89°17'15" East 114.82 feet to center line of Orange Ave;
thence along said center line North 0°36'40" East 56.13 feet;  thence
North 89°17'30" West 114.06 feet to a point which bears 1°25'10"
East from true point of beginning;  thence South 1°25'10" West 56.13
feet to true point of beginning.

2613

**Fallbrook Creek Watershed (West Fallbrook)**

Owners:

    GILLAN, James Elliott (hus)

    GILLAN, Hattie (wife)

    BANK OF AMERICA (TDTr)

    WALLER, N. A (hus)(TDBen)

    WALLER, Ethel P (wife)(TDBen)

Parcel 190:

    Lots 6 & 8 of Block 43 of Township of West Fallbrook, except that
portion belonging to AT&SF RR.

Owners:

    GARLAND, H. Louise (s/w)

    WESTFALL, Victor B

    WESTFALL, M. Tollan

Parcel 191:

    All that portion of that unnumbered Block of West Fallbrook, lying
South of Block 42 and East of Vine Street, as said Block and Street
are shown on Map #743, described as follows:  Beginning at a point
in Southerly prolongation of Westerly line of alley in said Block
42 distant thereon 56 feet Southerly from Easterly prolongation of
Southerly line of Hawthorn Street, as said Street is shown on Map
#743;  thence Southerly parallel with Easterly line of said Vine
Street and along Southerly prolongation of Westerly line of said
alley, to a point midway between Easterly prolongation of Southerly
line of Hawthorn Street and Northerly line of Alvarado St., as
same is shown on Map #743;  thence Westerly parallel with Northerly
line of said Alvarado Street to Easterly line of said Vine Street;
thence Northerly along said Easterly line to an intersection with
a line drawn Westerly, parallel with Southerly line of said Hawthorn

2614

Fallbrook Creek Watershed (West ...

Parcel 191 continued:

Street from point of beginning;  thence Easterly along parallel

line to point of beginning.

Owners:

GALLACHER, Mark (hus)

GALLACHER, Laurette E (wife)

BANK OF AMERICA (TDTr)

GALLACHER, Margaret Laurette Eachel, Trustee of
    Estate of Margaret Laura Eachel, deceased (TDBen)


Parcel 192:

Northerly 56 feet of unnumbered block of West Fallbrook that lies

South of Block 42 and East of Vine Street, described as follows:

Beginning at a point in the East line of Vine Street where same

would be crossed by Easterly prolongation of South line of Hawthorn

Street;  thence Easterly along Easterly prolongation of South line

of Hawthorn Street to West line of alley, or Southerly prolongation

thereof, in said Block 42;  thence South along Southerly prolonga-

tion of said West line of said alley, being on a line parallel to

Vine Street 56 feet; . thence Westerly on line parallel with said

South line of Hawthorn Street to East line of Vine Street;  thence

Northerly thereon 56 feet to point of beginning.

Owners:

SHOCKEY, Laurel Walter (hus)

SHOCKEY, Julia R (wife)


Parcel 193:

ATCHISON, TOPEKA & SANTA FE RAILWAY


-42-

2615

Parcel 194:

Lots 1, 2, 3, 4 & 5 of Block 40 of Township of West Falls.

Owners:

MURRAY, Robert F (hus)

MURRAY, Mary Lee (wife)

BANK OF AMERICA (TDTr)

ANDERSON, Lettie M (TDBen)(wid)


Parcel 195:

The East 30 feet of Lots 6 & 7 of Block 40 of Township of West Fallbrook.

Owners:

ANGUIANO, Santiago P (hus)

ANGUIANO, Julia M (wife)


Parcel 196:

Lots 6, 7, 8, & 9 of Block 40 of Township of West Fallbrook, except the East 30 feet of Lots 6 & 7.

Owners:

VLASEK, Fred (hus)

VLASEK, Reeta (wife)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

KINDIG, C. E. (hus)(TDBen)

KINDIG, M Velma (wife)(TDBen)


Parcel 197:

Lot 10, Block 40 of Township of West Fallbrook.

Owners:

HROCH, Theodore E (hus)

HROCH, Hilda M (wife)

-43-

2616

Parcel 198:

Lots 1 & 2, Block 41 of Township of West Fallbrook.

Owners:

MATTFIELD, Theodore C (hus)

MATTFIELD, Ortensa F (wife)

BANK OF AMERICA (TDTr)

BESSE, Marie H (wid)(TDBen)


Parcel 199:

Lot 3, Block 41 of Township of West Fallbrook.

Owners:

STEVENSON, Donald R (hus)

STEVENSON, Ethel T (wife)


Parcels 200 & 201:

Lots 4 & 5 of Block 41 of Township of West Fallbrook.

Owners:

BELL, Ernest A.

BERRY, Elsie H.


Parcel 202:

Lot 6, Block 41 of Township of West Fallbrook.

rs:

2617

Fallbrook Creek Watershed (West Fallbrook)

Parcel 203:

Lot 7, Block 41 of Township of West Fallbrook.

Owner:

OSWALD, Robert A (hus)

OSWALD, Edythe A (wife)

Parcel 204:

Lot 8 and the South Half of Lot 9, Block 41 of Township of West

Fallbrook.

Owners:

BELL, Ernest A (hus)

BELL, Edith L (wife)

Parcels 205 & 206:

Lot 10 and North Half of Lot 9, Block 41 of Township of West

Fallbrook.

Owners:

BELL, Ernest A.

BERRY, Elsie H.

Parcel 207:

Lot 1, Block 50 of Township of West Fallbrook.

Owners:

ROSCH, Leon (hus)

ROSCH, Oka Betty (wife)

LUNOG, John (hus)

LUNOG, Fern (wife)

2618

Parcel 208:

Lots 2, 3, 4, & 5 of Block 50 of Township of West Fallbrook.

Owner:

FALLBROOK UNION SCHOOL DISTRICT OF SAN DIEGO
COUNTY, CALIFORNIA

Parcel 209:

Lot 6 and the South Half of Lot 7, Block 50 of Township of West

Fallbrook.

Owner:

FIELD, Moina A

Parcels 210-211:

Lots 8, 9 and the North Half of Lot 7, Block 50 of Township of

West Fallbrook.

Owners:

SIMPSON, Charles C (hus)

SIMPSON, Edythe M (wife)

BANK OF AMERICA (TLBen)

CORPORATION OF AMERICA (TDTr)

Parcel 212:

Lot 10, Block 50 of Township of West Fallbrook.

Owners:

CORNELL, Josephine C (wid)

CORNELL, Jack W (s/m)

-46-

2619

Fallbrook Creek Watershed (West Fallbrook)

Parcel 213:

Lots 1, 2, 9 & 10 of Block 51 of Township of West Fallbrook.

Owners:

BISHOP OF THE PROTESTANT EPISCOPAL
    CHURCH IN LOS ANGELES

SECURITY FIRST NATIONAL BANK OF
    LOS ANGELES (TDBen)

LOS ANGELES TRUST & SAFE DEPOSIT CO (TfTr)

Parcel 214X1:

Lots 3, 4 & 5 and 8, Block 51 of Township of West Fallbrook.

Owners:

Nicola, Tesla C (hus)

NICOLA, Ruth E (wife)

SECURITY TITLE INSURANCE CO (TDTr)

McFARLANE, Mildred K (TDBen)

Parcel 214A:

Lots 6 & 7 of Block 51 of Township of West Fallbrook.

Owners:

SIEVERS, Linden H (hus)

SIEVERS, Betty Ann (wife)

BANK OF AMERICA (TDTr)

WALKER, Albert L (TDBen)(husband)

WALKER, Jane (wife)(TDBen)

UNION TITLE INSURANCE & TRUST CO (TDTr)

BENIGHBURG, Harry (TDBen)

FARMER, Hildegarde I (TfTr)

FARMER, Howard N (TfTr)

-47-

2620

Fallbrook Creek Watershed (West Fallbrook)

Parcel 215X1:

Lots 1, 2, 3, 4, 5, 6, 7, 8, & 9, Block 57 of Township of West
Fallbrook.

Owners:

SCHNEIDER, Walter C (hus)

SCHNEIDER, Marianne (wife)


Parcel 215A:

Lot 10, Block 57 of Township of West Fallbrook.

Owners:

CHURCHILL, Frank A (m/m)


Parcel 216:

Lots 1 & 10, Block 58 of Township of West Fallbrook.

Owners:

WOODS, William Samuel (hus)

WOODS, Mary Elizabeth (wife)

BANK OF AMERICA (TEEsn)

CORPORATION OF AMERICA (TDTr)


Parcel 217:

Lots 2, 3, 4, 5, 6, 7, 8, & 9 of Block 58 of Township of West
Fallbrook.

Owners:

SCHNEIDER, Walter C (hus)

SCHNEIDER, Marianne (wife)

2621

Parcel 218:

Lots 1 & 10 and that portion of Lots 2 & 9, Block 63, Township of
West Fallbrook, and vacated streets and alleys described as
follows:  Commencing at Southeast corner of Lot 4, in said Block
63;  thence along East line of Block 63, North 120 feet to true
point of beginning;  thence parallel with South line of said Lot
4 and its Westerly prolongation West 290.00 feet to center of
line of Vine Ave;  thence along said center line of said Vine Ave.
North to intersection with center line of said Porter Street;
thence Easterly along said center line of said Porter Street to
intersection with Northerly prolongation of East line of said
Block 63;  thence Southerly along said prolongation and said East
line of said Block 63 to true point of beginning.

Owners:

VAUGHT, Roy L (hus)

VAUGHT, Rhea F (wife)

BANK OF AMERICA (Bftr)

WEEKS, LeRoy I (hus)(TDBen)

WEEKS, Nellie M (wife)(TDBen)


Parcel 219:

Beginning at the Southeast Corner of Lot 4, Block 63, Township of
West Fallbrook                  long East line of Lot 3 & 4, North 0°33'30"
East 107 feet                    lel with South line of Lot 4 and its
Westerly prolo..           0°13'30" West 290 feet to center
line of Vine Ave.;   thence along Center line of Vine Ave. South
0°33'30" West 107 feet to Easterly prolongation of South line of
Lot 7;  thence South 89°13'30" East 290 feet to point of beginning.
Portion of Lots 2, 3, 8, 29 of Block 63 of Township of West Fall-
brook;  Also all portion of alley in said Block 63 lying between
                              ...

2622

Fallbrook Creek Watershed (West Fallbrook)

Parcel 219 continued:

said lots and that portion of East Half of Vine Ave. lying adjacent
to said Lots, all as vacated, described as follows:  Beginning at
the Southeast Corner of Lot 4 in said Block 63, Township of West
Fallbrook;  thence along East line of said Block 63, North 0°33'30"
East 107.00 feet to true point of beginning;  thence continuing along
said East line North 0°33'30" East 13.00 feet;  thence parallel
with South line of said Lot 4 and its Westerly prolongation North
89°13'30" West 290.00 feet to center line of said Vine Ave;  thence
along said Center line South 0°33'30" West 13.00 feet to line drawn
North 89°13'30" West, parallel with South line of said Lot 4 and
its Westerly prolongation from true point of beginning;  thence
South 89°13'33" East 290.00 feet to true point of beginning.

Owners:

HASELWOOD, Lester B (hus)

HASELWOOD, Lena E (wife)


Parcels 220 & 221:

Lots 5 & 6 of Block 63, and Block 64 of Township of West Fall-
brook.

Owners:

FLASCH, Edward H (hus)

FLASCH, Flora L (wife)

UNION TITLE INSURANCE & TRUST CO (Int)

BURCH, John R (Jat) (hus)

BURCH, Pearl (Jat) (wife)

-50-

Fallbrook Creek Watershed (West Fallbrook)

Parcel 222:

Block 59 of Township of West Fallbrook.

Owners:

WOODS, William Samuel

WOODS, Mary Elizabeth

Parcel 223:

Block 60 of Township of West Fallbrook.

Owners:

GREEN, Fred (hus)

GREEN, Gertrude A (wife)

Parcels 224 & 226:

Lots 1, 2 & 3 and 3, 9 & 10 of Block 60 of Township of West
Fallbrook.

Owners:

CARTWRIGHT, Charles Findlay (hus)

CARTWRIGHT, Marion Lyall (wife)

Parcel 225:

Lots 4, 5, 6, & 7, Block 60 of Township of West Fallbrook.

Owners:

KING, George H. (hus)

KING, Alison (wife)

Parcel 227, 223, 229, 233, 234 & 235:

Lots 1, 2, 3, 8, 9 & 10, Block 62, Township of West Fallbrook.

Owners:

ALLISON, Ralph D (hus)

ALLISON, Jessie E (wife)

BANK OF AMERICA (Int)

2624

Fallbrook Creek Watershed (West Fallbrook)

Parcels 230 & 232:

    Lots 4 & 7, Block 62 of Township of West Fallbrook.

Owners:

    KENNEDY, Royce W (hus)

    KENNEDY, Mary M (wife)

    BANK OF AMERICA (TDTr)

    PALMER, Robert T (hus) (TDBen)

    PALMER, Marjorie H (wife) (TDBen)


Parcel 231:

    Lots 5 & 6, Block 62 of Township of West Fallbrook.

Owners:

    SMITH, Leslie Fitzsimmons (hus)

    SMITH, Nellie Ellen (wife)

    WADDELL, Kenneth Lorain, employee of Loan Guaranty Div.,
      Veterans Administration Office (TDTr)

    ADMINISTRATOR OF VETERANS AFFAIRS OF U.S.A. (TDBen)


Parcel 236:

    Not in Fallbrook Creek Watershed


Parcel 237A:

    Not in Fallbrook Creek Watershed

2625

.....hed (West Fallbrook)

Fallbrook Creek Watershe...

Parcel 257X1:                    North Half of the North Half of Block 67,

The East Half of Fallbrook except the West 195 feet thereof.

Township of West

Owners: ..., Harold (hus)

SALT, Ethel M (wife)

CONTINENTAL AUXILIARY CORP (TETr)

BANK OF AMERICA (TDBen)


Parcel 258X1 and 246:

Portion of Block 67 of Township of West Fallbrook described as

follows:  Beginning at a point in East line of said Block distant

thereon 267.00 feet North from the Southeast Corner of said Block,

said point being Southeasterly corner of land described in deed

to Harry V. Smith et ux, recorded 2/7/45, #10551 Official Records;

thence West parallel with South line of said Block 217.80 feet

to Southwest Corner of said land; thence Northerly along Westerly

line of said land 50.00 feet to South line of North Half of said

Block;  thence Westerly along South line 164.12 feet to East line

of West 266.00 feet of said Block;  thence Northerly along said

East line 148.50 feet to North line of South Half of North Half

of said Block;  thence Easterly along said North line 380.55 feet

to East line of said Block;  thence South along said Easterly

line 198.50 feet to point of beginning.

Owners:

POSTON, Tolbert Aubrey (hus)

POSTON, Alice Ruth (wife)

BANK OF AMERICA (TDBn)

SMITH, Harry V (hus) (TDBen)

ROHN, Myrtle (wife) (TDBen)

2626

Fallbrook Creek Watershed (West Fallbrook)

Parcel 238A:

    Not in Fallbrook Creek Watershed

Parcel 239:

    Not in Fallbrook Creek Watershed

Parcel 240:

    Not in Fallbrook Creek Watershed

Parcel 241:

    Not in Fallbrook Creek Watershed

Parcel 242:

    Not in Fallbrook Creek Watershed

Parcel 243:

    Not in Fallbrook Creek Watershed

Parcel 244:

    Not in Fallbrook Creek Watershed

Parcel 245:

    Not in Fallbrook Creek Watershed

Parcel 247:

    The South Half of Lot 67 of Township of West Fallbrook, excepting the West 403.34 feet;  Also excepting the East 21 feet of the West 424.34 feet of the South 45 feet;  also excepting the North 50 feet of the East 217.80 feet.

Owner:

    RANSOM, Ethel H.

2627

Fallbrook Creek Watershed (West Fallbrook)

Parcel 248:

Block 68 of Township of West Fallbrook.

Owners:

JAY, Hal D. (aka Henry D) (hus)

JAY, M. Lucille (wife)


Parcel 249:

The West Half of the North Half of Block 100, Township of West Fallbrook.

Owners:

DUNLAP, Frank E (hus)

DUNLAP, Ruth (wife)

BANK OF AMERICA (TDTr)

SHIPLEY, Verne G (husband) (TDBen)

SHIPLEY, Luella G (TDBen)


Parcel 250:

The East Half of the North Half of Block 100, Township of West FALLBROOK. Except the East 45 feet thereof.

Owners:

WINDSOR, Harry O. (hus)

WINDSOR, Elsie (wife)

OCEANSIDE FEDERAL SAVINGS & LOAN (Int)

OCEANSIDE FINANCE CO (Int)


Parcel 251:

The North Half of the East 45 feet of the North Half of Block 100, Township of West Fallbrook.

Owner:

RYAN, Louise C (widow)

2628

_____ _ _ _ Creek Watershed (West Fal___

Parce_ _ _

  _____ _ _ _ _ _ _ _ _ North Half of Block

  ___ _ Town _ _ _ _ _ _ _ _

Owners.

  PHILIP, P__ _ _ _ _ __ _

  _____, P___ _ _ _ _ _ _

  ESL__ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
    _ _ _ _ _ _ _ _ _ _ _ _ administration (TDTr)

  APPLI____ _ _ _ _ _ _ _ _ _ _ _ _ (TDBen)

Parce_ ___

  The North ___ _ _ _ _ _ _ _ _ of South Half of Block

  ___ _ Town _ _ _ _ _ _ _ _ _

Owners:

  ANTHONY, _____ ____

  ANTHONY, _____ ____

  BANK OF AMERICA ____

  ANDERSON, _____ _ _ _ _ (TD___

Parcel ___:

  Portions _ _ _ _ _ _ _ _ West Fallbrook:  Commencing
  at the North _ _ _ _ _ _ _ _ ____;  thence North along East
  line of _ _ _ _ _ _ _ _ _ _ point of beginning;  thence
  North along East _ _ _ _ _ _ _ line of said Block 130 feet
  more or _ _ _ _ _ _ _ _ _ line of portion of said Block
  conveyed _ _ _ _ _ _ _ _ _ _ Deeds;  thence North along
  said East line of _ _ _ _ _ _ _ _ Swell and along Northerly pro
  longation _ _ _ _ _ _ _ _ _ _ _ _ g along a line parallel with
  West line _ _ _ _ _ _ _ _ _ _ _ distance of 57 feet;

2629

Fallbrook Creek Watershed (West Fallbrook)

Parcel 255 continued:

thence East along a line parallel with the South line of said Block 130 feet more or less to the East line thereof;  thence South along said East line 57 feet to true point of beginning.

Owners:

WEISEL, Peter J., Jr. (hus)

WEISEL, Doris E. (wife)

Parcel 256:

The West 130 feet of the South Half of Block 100 of Township of West Fallbrook, except the South 110 feet thereof.

Owners:

McLEAR, Z. R. (hus)

McLEAR, Lottie Mae (wife)

OCEANSIDE FINANCE CO (Int)(TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN (Ins)(TDBen)

BANK OF AMERICA (JdgCr)

STRYSCH, Harland L. (hus)(LPPat)

STRYSCH, Doris G. (LPBen)(wife)

Parcel 257:

A portion of Block 100 of Township of West Fallbrook, described as follows:  Beginning at the Southwest Corner of said Block;  thence NORTH along West line of said Block distance of 110 feet; thence at right angles Eastward and parallel with South line of said Block distance of 130 feet to a point; thence at right angle and Southward, parallel with West line of said Block distance of 110 feet to a point in the South line of said Block, which point is 130 feet from the Southwest Corner of said Block;  thence West along the South line of said Block to point of beginning.

57

**2630**

Fallbrook Creek Watershed (West Fallbrook)

Owners:

GRINDLING, Ardath

THEIL, Marian

JOBE, Claire W. (hus)(TDBen)

JOBE, Marian (wife)(TDBen)

BANK OF AMERICA (TDTr)

VINING, Brisco Hatcher (hus/as)

VINING, Jeane H. (wife) (Ag't to Purchase)


Parcel 258:

The North Half of Block 101 of Township of West Fallbrook.

Owner:

BEAMAN, Thomas A. (s/m)


Parcel 259:

The North 57.42 feet of the East 53.56 feet of the South Half

of Block 101 of Township of West Fallbrook.

Owners:

HANEY, W. B. (m/m)(sep prop)

WEBER, Edward J., employee of Loan Guaranty Division
of Veterans Administration (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA (TDBen)


Parcel 260:

The East 53.56 feet of the South Half of Block 101 of Township of

West Fallbrook, except the North 57.42 feet thereof, also except

the West 2.50 feet thereof.

Owners:

STERLING, Bertha A (life est)

McCLELLAN, Gertrude (widow)

2631

Fallbrook Creek Watershed (West Fallbrook)

Parcel 261:

The West 50 feet of the East 103.56 feet of the South Half of
Block 101 of the Township of West Fallbrook; and the West 2.50
feet of the East 53.56 feet of the South Half of Block 101;
except the North 57.45 feet thereof.

Owners:

RAY, Elmer S. (hus)

RAY, Alta M. (wife)

BUSTAMANTE, Celia M. (wife)(agnt to convey)

BUSTAMANTE, Felix (hus)(agnt to convey)

BANK OF AMERICA (TDTr)

GIBBONS, Fred (hus)(TDBen)

GIBBONS, Lucille (wife)(TDBen)


Parcel 262:

The South Half of Block 101 of the Township of West Fallbrook except
the East 103.56 feet, and except the West 103.56 feet thereof.

Owners:

BONDS, W. R. (hus)

BONDS, Lora (wife)

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY (TDTr)


Parcel 263:

The West 103.56 feet of the South Half of Block 101 of Township of
West Fallbrook.

Owners:

STRYSON, Harland L.

STRYSON, Doris G.

2632

Parcels 264, 265, & 270:

The West 100 Feet of the North Half of Block 102, and that portion
of the South Half of Block 102 of the Township of West Fallbrook
Described as follows:  Beginning at the Southwest Corner of said
Block; thence North along West line of said Block 104.78 feet to
true point of beginning; thence East along line parallel with
South line of said Block 100 feet; thence North and parallel with
West line of said Block 30 feet; thence West along East/West center
line of said Block 100 feet to West line thereof; thence South 30
feet to true point of beginning.

Owner:

WILLIAMS, MAMIE J.


Parcels 266, & 267:

The North Half of Block 102 of the Township of West Fallbrook
except the West 100 feet thereof.

Owner:

MYERS, MYRTIS C.

Parcel 268:

A portion of the South Half of Block 103 of Township of West Fallbrook
described as follows:  Beginning at the Southeast Corner of
said Block; thence West along South line of said Block 115.31
feet to a point distant thereon 144 feet East of the Southwest
Corner of said Block; thence North parallel with West line of
said Block 104.78 feet; thence West parallel with South line 44
feet; thence North parallel with West line of said Block 30 feet
to East and West center line thereof; thence East along said
line 159.31 feet to East line of said Block; thence South along
said East line 134.8 feet to point of beginning.

2633

Fallbrook Creek Watershed (West Fallbrook)

Owners:

CRUZAN, John S. (hus)

CRUZAN, Cynthia (wife)

BANK OF AMERICA (TDTr)

TRUITT, Adele S. (TDBen)

Parcel 269:

A portion of the South Half of Block 102 of the Township of West Fallbrook described as follows:  Commencing at the Southwest Corner of said Block;  thence East along South line of said Block distance of 72 feet to true point of beginning;  thence continuing East along said South line 72 feet;  thence North and parallel with West line of said Block 104.78 feet;  thence West and parallel with South line of said Block 72 feet;  thence South 104.78 feet to point of beginning.

Owners:

RHODES, H. Neil (hus)

RHODES, Ruby N (wife)

Parcel 270:

See Parcels 264 & 265.

Parcel 271:

A portion of the South Half of Block 102 of Township of West Fallbrook described as follows:  Beginning at the Southwest Corner of said Block; thence East along South line of said Block 72 feet;  thence North and parallel with West line of said Block 104.78 feet;  thence West and parallel with South line of said Block 72 feet to point in West line of said Block;  thence South 104.78 feet to point of beginning.

Owners:

GILMAN, Francis C (hus)

GILMAN, Hazel M (wife)

BANK OF AMERICA (Int)

CORPORATION OF AMERICA (Int)

2634

Fallbrook Creek Watershed (West Fallbrook)

Parcel 272:

The West 65 feet of the North Half of Block 103 of Township of West
Fallbrook.

Owners:

YOUNT, William Thomas (hus)

YOUNT, Grace Mae (wife)

Parcels 273, 274 & 277:

The North Half of Block 102 of Township of West Fallbrook, except
the West 65 feet thereof.  The West 103.72 feet of the South Half of
Block 103 of the Township of West Fallbrook.

Owners:

FALLBROOK METHODIST CHURCH, (aka Fallbrook Methodist
Episcopal Church)

TITLE INSURANCE & TRUST CO (TDTr)

FIRST NATIONAL BANK OF VISTA (TDBen)

Parcels 275 & 276:

The West 155.58 feet of the South Half of Block 103 of the Township
of West Fallbrook.

Owners:

JOHNSTON, Mabel L. (Widow)

JOHNSTON, Murray S. (Son)

Parcel 277:

See Parcels 273 & 274.

Parcel 278:

The West 125 feet of Block 111 of the Township of West Fallbrook,
except the South 217 feet thereof.

Owner:

BRAHAM, Alice V. (widow)

-62-



Fallbrook Creek Watershed (West Fallbrook)

Parcel 260X1:

Block 111 of the Township of West Fallbrook except the South 162 feet;
also except the West 135 feet; also except that portion lying East of
the East line of the West 196.28 feet of said Block 111.

Owners:

STOKES, Lyle William (hus)

STOKES, Nannie M (wife)

BANK OF AMERICA (EDP.)

PURCELL, Frank (hus)(TTBen)

PURCELL, Anna S (wife)(TTBen)

YOUNG, Lawrence M. (hus) (TTBen)

YOUNG, Gertrude D. (wife)(TTBen)

Parcel 260A:

Block 111 of the Township of West Fallbrook except the South 162 feet;
also except the West 196.28 feet thereof.

Owners:

CLARK, Lola A (wife)

CLARK, Charles H (hus)

HASKELL, Agnes R (Agent to sell)

Parcel 261:

The North 55 feet of the South 217 feet of the West 125 feet of Block
111 of the Township of West Fallbrook.

Owner:

DENTAS, Gordon S. m/a

2636

Fallbrook Creek Watershed (West Fallbrook)

Parcel 282:

The North 54 feet of the South 162 feet of the West 125 feet of Block 111 of the Township of West Fallbrook.

Owners:

DENTES, George S. (hus.)

DENTES, Isabel M. (wife)

FIRST HOLDING CORPORATION (TDTr)

FIRST TRUST & SAVINGS BANK OF PASADENA (TDBen)

Parcel 283:

The North 54 feet of the South 162 feet of Block 111 of the Township of West Fallbrook, excepting the West 135 feet thereof.

Owners:

BECKER, Albert W. (hus)

BECKER, Peggy J. (wife)

BELLOWS, John A. (TDBen)

BANK OF AMERICA (TDTr)

SUBURBAN SAVINGS & LOAN ASSN. & IMPERIAL SAVINGS & LOAN ASSN (TDBen)

SAN DIEGO IMPERIAL CORPORATION (TDTr)

Parcel 284:

The South 108 feet of Block 111 of the Township of West Fallbrook, excepting the West 195 feet thereof.

Owners:

ELSER, Sellers, R. (hus)

ELSER, Eldred L. (wife)

BANK OF AMERICA (TDBen)

CONTINENTAL AUXILIARY (TDTr)

2637

**Parcel 285:**

The East 60 feet of the West 195 feet of the South 108 feet of Block 111 of Township of West Fallbrook.

**Owners:**

BILLET, Henry (hus)

BILLET, Winifred M. (wife)

LaJOLLA FEDERAL SAVINGS & LOAN ASS'N (tdBen)

SECURITY TRUST & SAVINGS BANK ( TDTr)

BANK OF AMERICA (TDTr)

EBERLEIN, Jack B. (hus) ( TDBen)

EBERLEIN, Helen, N (wife) ( TDBen)

**Parcel 286:**

The South 108 feet of the West 125 feet of Block 111 of Township of West Fallbrook.

**Owners:**

SEGINA, John W. (hus)

SEGINA, Marie E. (wife)

BANK OF AMERICA (TDTr)

Noble, Charles W. (hus) (TDBn)

NOBLE, Grace K. (wife) (TDBn)

MARTIN, Winna P. ( un/m) ( TDBn)

**Parcel 287:**

Beginning at the Northwest Corner of Block 112 of Township of West Fallbrook; thence East along North line of said Block 132.75 feet to the Northwest Corner of parcel of land conveyed to J. M. Rosebrook 113/1 Deeds; thence South along West line of said parcel conveyed to Rosebrook 85 feet; thence West parallel with North line of said Block 112 distance of 128.85 feet to West line of said Block; thence North along said West line 85 feet to point of beginning.

2638

2639

Owners:

STAUDE, Evaline C.

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)


Parcels 288 & 293:

Beginning at a point on the West line of said Block 112 of the Town-
ship of West Fallbrook, distant Southerly 85 feet from the Northwest
Corner of said Block;  thence East parallel with North line of said
Block, 128.85 feet to West line of parcel of land conveyed to R. M.
Rosebrook 113/1 Deeds;  thence South along said West line of said
Rosebrook land 50 feet to Southwest Corner of said Rosebrook land;
thence West parallel with North line of said Block, 128.84 feet
to West line of said Block;  thence North along said West line 50
feet to point of beginning.  Also the North 14.74 feet of the South-
west Quarter of Block 112 of the Township of West Fallbrook.

Owner:

HUGHES, Marguerite C (s/w)


Parcel 289:

The North Half of the Northeast Quarter of Block 112 of the Town-
ship of West Fallbrook.

Owners:

THOMAS, William G (hus)

THOMAS, Gertrude K. (wife)


Parcel 290:

The South Half of the Northeast Quarter of Block 112 of Township
of West Fallbrook.

Owner:

TURNER, Charles R.

-66-

2639

Fallbrook Creek Watershed (West Fallbrook)

Parcels 291 & 292:

The Southeast Quarter of Block 112 of the Township of West Fallbrook.

Owner:

THE ROMAN CATHOLIC BISHOP OF SAN DIEGO

Parcel 293:

See Parcel 288.

Parcel 294:

The North 60 feet of the South 120 feet of the West Half of Block ... the Township of West Fallbrook.

Owners:

HETRICH, Laurence W. (hus)

HETRICH, Jean E. (wife)

BANK OF AMERICA (TDBen)(Int)

CONTINENTAL AUXILIARY (TDTr)

Parcel 295:

The South 60 feet of the West Half of Block 112 of the Township of West Fallbrook.

Owners:

DAVIS, William A. (hus)

DAVIS, Blanche L. (wife)

WEBER, Edward John, an employee of Loan Guaranty Div. of Veterans Administration (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)

2640

Fallbrook Creek Watershed (West Fallbrook)

Parcel 296:

The North Half of Block 113 of Township of West Fallbrook, except the East 128.96 feet measured along Northerly line of said Block;   Together with vacated street adjoining said property on the Southwest.

Owners:

SOMACAL, Louise R.

SOMACAL, Geno L.


Parcels 297 & 302:

That portion of the North Half of Block 113 of the Township of West Fallbrook described as follows:   Beginning at a point on the North line of Block 113, distant 50 feet West from the Northeast Corner; thence South 0°41'45" West parallel with East line of said Block a distance of 112 feet to South line of North Half of said Block; thence North 89°20'30" West along said South line 78.96 feet; thence North 112 feet to North line of said Block;   thence East along North line 78.96 feet to point of beginning.  Also the South-west Quarter of Block 113 of the Township of West Fallbrook.

Owners:

READER, Josephine H. (widow)

OCEANSIDE FINANCE CO. (Int)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSOCIATION (Int)

2641

Fallbrook Creek Watershed (West Fallbrook)

Par.

A portion of Block 113 of the Township of West Fallbrook described as
follows:  Beginning at the Northeast Corner of said Block;  thence
along East line of said Block South 0°41'45" West 224 feet to the
Southeast Corner of said Block;  thence along South line of said
Block North 89°20'30" West 65 feet;  thence parallel with the East
line of said Block North 0°41'45" East 110 feet;  thence parallel
with South line of said Block South 89°20'30" East 15 feet;  thence
parallel with East line of said Block North 0°41'45" East 114.05
feet to North line of said Block;  thence along said North line
South 89°17'15" East 50 feet to point of beginning.

Owners:

MORRIS, Robie T (hus)

MORRIS, Lucy A (wife)


Parcel 301:

A portion of Block 113 of the Township of West Fallbrook described as
follows:  Beginning at a point in the South line of said Block, distant
North 89°20'30" West 65 feet from the Southeast Corner of said Lot;
thence North 0°41'45" East 112.00 feet to South line of the North Half
of said Block;  thence North 89°20'30" West along said South line,
63.96 feet to West line of East 128.96 feet being measured along North
line of said Block;  thence South along West line 112.00 feet more or
less to South line of said Block;  thence South 89°20'30" East along
said line 63.96 feet more or less to point of beginning.

Owners:

BROOKS, Sylvia Sharp Patrick (wife)

BROOKS, Oscar (hus)

BANK OF AMERICA (TlBen)

CORPORATION OF AMERICA (TTr)

BROADBROOKS, Cecil A. (hus) (Agmt to Convey)

BROADBROOKS, Dorothy A (wife) (Agmt to Convey)

-69-

Fallbrook Creek Watershed (West Fallbrook)

Parcel 302:

See Parcel 297.

Parcels 303 & 304:

The North Half of Block 114 of Township of West Fallbrook.

Owners:

KINGSTON, George E. (hus)

KINGSTON, Marina B (wife)

Parcel 305:

A portion of the South Half of Block 114 of Township of West Fall-
brook described as follows:  Beginning at the Southeast Corner of
said Block;  thence along South line of said Block West 102.91
feet;  thence North 114.64 feet to a point distant South 50 feet
from the North line of said South Half of said Block which is the
true point of beginning;  thence North 50 feet to North line of
said South Half of said Block;  thence along North line East
104.15 feet to East line of said Block;  thence along East line
South 50 feet;  thence West 103.77 feet to true point of beginning.

Owners:

ELLIS, Henry W. (hus)

ELLIS, Bertha J. (wife)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

ROPER, Samuel C. (hus)(TDBen)

ROPER, Nadia H. (wife) (TDBen)

2643

Fallbrook Creek Watershed (West Fallbrook)

Parcels 306X1 & 307A:

A portion of the South Half of Block 114 of Township of West Fall-
brook described as follows:  Beginning at the Southeast Corner of
said Block 114;  thence along South line of said Block North
89°17'15" West 102.91 feet; Thence North 0°15'45" East 57.60 feet
to true point of beginning;  thence parallel with South line of
said Block South 89°17'15" East 50.00 feet;  thence North 0°15'45"
East 57.67 feet to the South line of North 50.00 feet of South
Half of said Block;  thence along said South line North 89°19'40"
West 50 feet to line which bears North 0°15'45" East from true
point of beginning;  thence South 0°15'45" West 57.64 feet to
true point of beginning.  Also, that portion of the South Half of
Block 114 beginning at the Southeast Corner of said Block;  thence
along South line of said Block North 89°17'15" West 52.91 feet;
thence North 0°15'45" East 114.67 feet to South line of North
50 feet of South Quarter of Block 114 South 89°19'40" East 53.77
feet to East line of said Block;  thence along said East line
South 0°41'45" West 114.71 feet to point of beginning.  Except
the South 57 feet thereof.

Owners:

RIGNEY, Alberta C (widow)

BANK OF AMERICA (TDTr)

SHIPLEY, Verne C (TDBen) (hus)

SHIPLEY, Luella C (TDBen) (wife)

Fallbrook Creek Watershed (West Fallbrook)

Parcels 306A & 307X1:

A Portion of the South Half of Block 114 Township of West Fallbrook described as follows:  Beginning at the Southeast Corner of said Block;  thence along South line of said Block North 89°17'15" West 102.91 feet;  thence North 0°15'45" East 57 feet;  thence East 103.33 feet to East line of said Block;  thence South 57 feet to point of beginning.

Owners:

GODDARD, Julian C (hus)

GODDARD, Amelia C (wife)

CONTINENTAL AUXILIARY CO (TDTr)

BANK OF AMERICA (TDBen)


Parcel 308:

The Southwest Quarter of Block 114 of Township of West Fallbrook.

Owners:

WATCHTOWER BIBLE & TRACT SOCIETY

RAYMOND, Robert William (life estate)


Parcel 309:

Not in Fallbrook Creek Watershed


Parcel 310:

Not in Fallbrook Creek Watershed.


Parcel 311:

Not in Fallbrook Creek Watershed


Parcel 312:

Not in Fallbrook Creek Watershed.

2645

**Parcel 313:**

Not in Fallbrook Creek Watershed.


**Parcel 314:**

Not in Fallbrook Creek Watershed.


**Parcel 315:**

Not in Fallbrook Creek Watershed


**Parcel 316:**

Not in Fallbrook Creek Watershed


**Parcel 317:**

Not in Fallbrook Creek Watershed


**Parcel 318:**

The North 135 feet of the West 130 feet of Block 117 of Township

of West Fallbrook.

Owners:

HUSCHER, Martha E. (un/w)

HUSCHER, Florence V. (s/w)

HUSCHER, Fay Winifred (s/w)


**Parcel 319:**

Block 117 of Township of West Fallbrook except the West 130

feet and the South 75 feet thereof.

Owners:

SHIPLEY, Verne G (hus)

SHIPLEY, Luella G (wife)

2646

Fall Brook Creek Watershed (West Fallbrook)

Parcel 320:

The South 75 feet of Block 117 of Township of West Fallbrook except

the West 130 feet thereof.

Owners:

JACOBS, Roger Teed (hus)

JACOBS, Jeanne L. (wife)

BANK OF AMERICA (TDTr)

JACOBS, Carrie B. (mother)(TDBen)

JACOBS, Ruth A. (daughter)(TDBen)


Parcel 321:

The East 60 feet of the West 130 feet of Block 117 of Township of

West Fallbrook, except the North 135 feet thereof.

Owners:

MC CREEDY, Clementine N. (widow)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

WITT, William S. (hus)(TDBen)

WITT, Margaret V (wife)(TDBen)

BANK OF AMERICA (TDTr)


Parcel 322:

The West 70 feet of Block 117 of Township of West Fallbrook, except

the Northerly 135 feet thereof.

Owners:

HENRY, William E. (hus)

HENRY, Norma J. (wife)

WEBER, Edward John, an employee of Loan Guaranty Div. of
Veterans Administration (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)

2647

Parcel 323:

The North 55 feet of the West 124.13 feet of the North Half of Block
118, Township of West Fallbrook, except any portion lying within the
East 134 feet of Block 118.

Owners:

SAYRE, Ralph M. (hus)

SAYRE, Betty Lou (wife)

BANK OF AMERICA (TBBen)

CORPORATION OF AMERICA (TDTr)

Parcel 324:

The West 90 feet of the South 80 feet of the North Half of
Block 118 of the Township of West Fallbrook.

Owners:

POLLOCK, Leland H. (hus)

POLLOCK, Eloise E. (wife)

WEBER, Edward John, and employee of Loan Guaranty
   Div. of Veterans Administration (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)

Parcel 325:

The North 55 feet of the East 134 feet of Block 118 of the
Township of West Fallbrook.

Owners:

OLSON, Clyde L. (hus)

OLSON, Lydia J. (wife)

BANK OF AMERICA (Int)

SCOTT, Grace N. (TBBen)

SCOTT, Selby C. (TDBen)

SCOTT, Edwen E. (TBBen)

SCOTT, Cora M. (TBBen)

<u>Fallbrook Creek Watershed</u> (West Fallbrook)

<u>Parcel 326:</u>

The North Half of Block 118 Township of West Fallbook, together with East 10 feet of Summit Ave adjoining said property on West, except the North 55 feet of said North Half, and that portion of said vacated street adjoining said land on West; and excepting also the West 90 feet of the South 80 feet of said North Half and that portion of said vacated street adjoining said land on West.

<u>Owners:</u>

BARKOW, Harold W (hus)

BARKOW, Marcella C. R. (wife)


<u>Parcel 327:</u>

The East 105 feet of the South Half of Block 118 of Township of West Fallbrook.

<u>Owners:</u>

JOHNSON, Earl E. (hus)

JOHNSON, Marion V. (wife)


<u>Parcel 328X1:</u>

The West 53.06 feet of the South Half of Block 118 of Township of West Fallbrook;also portion of East 10 feet of Summit Ave. adjoining said South Half of Block 118 on West.

<u>Owners:</u>

LUDY, John C (hus)

LUDY, Dorothy A. (wife)

SECURITY TITLE INSURANCE CO (TD-Tr)

LAGUNA FEDERAL SAVINGS & LOAN ASSOCIATION (TDBen)

2649

Fallbrook Creek Watershed (West Fallbrook)

Parcel 328A:

The South Half of Block 118 of Township of West Fallbrook except the
East 105 feet and except the West 53.06 feet thereof.

Owner:

GRAHAM, Agnes Bell


Parcel 329:

Block 125 of Township of West Fallbrook except the South 305.56
feet measured along Easterly line of said Block; also West 10
feet of Summit Ave. adjoining said parcel on the East.

Owner:

GATES, Helen (un/w)


Parcel 330:

The North 155.56 feet of the South 305.56 feet measured along
East line of Block 125 of Township of West Fallbrook.

Owners:

DOORE, Lyle W. (hus)

DOORE, Emma E. (wife)

BANK OF AMERICA (TDTr)

SOMMERVILLE, Lillian (TDBen)


Parcel 331:

Not in Fallbrook Creek Watershed.


Parcel 332:

Not in Fallbrook Creek Watershed.


Parcel 333:

Not in Fallbrook Creek Watershed

-77-

2650

Fallbrook Creek Watershed (West Fallbrook)

Parcel 334:

    Not in Fallbrook Creek Watershed

Parcel 335:

    Not in Fallbrook Creek Watershed.

Parcel 336:

    Not in Fallbrook Creek Watershed

Parcel 337:

    Blocks 104, 105, 106, 107, 108, 109, 110, 121, 122, and the East 143 Feet of Block 119 of Township of West Fallbrook.

Owner:

    FALLBROOK UNION HIGH DISTRICT
      OF SAN DIEGO

Parcel 338:

    The North 130 feet of the West 50 feet of Block 119 of the Township of West Fallbrook;  Also the East 10 feet of Summit Ave. adjoining said parcel on the West.

Owners:

    FLEMING, Eugene (hus)

    FLEMING, Dorothy G (wife)

    CORPORATION OF AMERICA (TITr)

    BANK OF AMERICA (TITBen)

Parcel 339:

The North 130 feet of Block 119 of Township of West Fallbrook, except the West 30 feet and except the East 148 feet thereof.

Owners:

FALL, Charles H. (hus)

FALL, Mildred L. (wife)

BANK OF AMERICA (TD-Ben)

CORPORATION OF AMERICA (TDTr)


Parcel 340:

The South 65 feet of the North 195 feet of the West 112 feet of Township of West Fallbrook, except any portion in East 148 feet of Block 119. Also East 10 feet of Summit Ave. adjoining said parcel on the West.

Owners:

TAYLOR, Harold E. (hus)

TAYLOR, Mary E. (wife)

WADDEL, Kenneth Lorain, employee of Loan Guaranty Division, Veterans Administration (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS OF U.S.A. (TDBen)


Parcel 341:

The West 112 feet of Block 119 of Township of West Fallbrook, except North 195 feet. Also North Half of College Street adjoining said property and East 10 feet of Summit Ave. adjoining said property.

Owners:

VAN LANDUYT, Irene (s/w)

BROWN, Clarence A. (hus) (Agmt to Purchase)

BROWN, Eveline C. (wife) (Agmt to Purchase)

Fallbrook Creek Watershed (West Fallbrook)

Parcel 342:

Block 120 of Township of West Fallbrook.

Owners:

MAHOLLAND, John C. (hus)

MAHOLLAND, Hazel M. (wife)


Parcel 343:

The North 100 feet of the South 200 feet of the West 120 feet of
Block 123 of the Township of West Fallbrook.

Owners:

ABBOTT, Daniel T. (hus)

ABBOTT, Jessie R. (wife)

OCEANSIDE FINANCE CO (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN (TD-Ben)


Parcel 344:

The South 100 feet of the West 120 feet of Block 123 of the Town-
ship of West Fallbrook.

Owners:

MILLER, Victor H. (hus)

MILLER, Lillie M. (wife)


Parcel 345:

The South 195 feet of Block 123 of Township of West Fallbrook, ex-
cept the West 120 feet; also the South 195 feet of the West 10 feet
of Summit Ave. adjoining said Tract on East.

Owners:

SWOPE, W. D. (hus)

SWOPE, Emma L. (wife)

BANK OF AMERICA (TDTr)

BRUCE, Cecil D (hus) (TDBen)

BRUCE, Helen V (wife) (TDBen)

-80-

2653

Fallbrook Creek Watershed (West Fallbrook)

Parcel 346X1:

Tract 123 of Township of West Fallbrook, also portion of West 10 feet of Summit Avenue adjoining said Tract on East; except the North 100 feet thereof; and excepting also the South 195 feet thereof; and excepting also the North 5 feet of South 200 feet of West 120 feet thereof.

Owners:

WEAVER, Charles A. (hus)

WEAVER, Zela P. (wife)

Parcel 346A:

The Northerly 100 feet of Block 123 of Township of West Fallbrook.

Owners:

ALGERT, Paul K. (hus)

ALGERT, Jean S. (wife)

Parcel 347:

Now carried as Miraflores Terrace Subdivision

Parcel 348:

Beginning at a point in the West line of Lot 13, Block 44 of the Township of West Fallbrook, distant South 132.04 feet from Northwest Corner of Lot 13;  thence South 89°08'30" East 182 feet; thence South 0°19'30" West 145 feet to South line of Block 44; thence West 182 feet more or less to West line of Lot 3;  thence North 146.43 feet more or less to point of beginning.

Owners:

DAYWALT, John H (hus)

DAYWALT, Chloris R. (wife)

2654

Fallbrook Creek Watershed (West Fallbrook)

Parcel 349:

Beginning at the Northwest Corner of Lot 13, Block 44;  thence South
along West Line of Lot 13 132.04 feet;  thence South 89°08'30" East
282.91 feet;  thence North 9°54' West 134.40 feet;  thence North
89°08'30" West 259.27 feet to point of beginning.

Owners:

TRITCHKA, F. H. (hus)

TRITCHKA, Gretta M. (wife)

BANK OF AMERICA (TDTr)

BROWN, Rollin (hus)(TDBen)

BROWN, Dorothy F. S. (wife)(TDBen)


Parcel 350:

Beginning at the Northwest Corner of Lot 13, Block 44 of Township
of West Fallbrook;  thence South along West Line thereof 132.04 feet;
thence South 89°08'30" East 182 feet to true point of beginning;
thence continuing South 89°08'30" East 100.91 feet;  thence South 9°54'
East 148 feet to Easterly prolongation of South line of Block 44;
thence West along said South line and its Easterly prolongation
127.19 feet;  thence North 0°19'30" East 145.83 feet to true point
of beginning.

Owners:

TRITCHKA, F. H. (hus)

TRITCHKA, Gretta M. (wife)

SECURITY TRUST & SAVINGS BANK (TDTr)

LA JOLLA FEDERAL SAVINGS & LOAN ASSN (TDBen)

2855

OWNERSHIPS AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

CHEATHAMS ADDITION TO WEST FALLBROOK     ( & NE¼-H )

Assessors Map 44, 984W


Parcel 1:

    Lot 6, Block 52 of Cheatham's Addition

Owners:

    STUART, Elliott H (hus)

    STUART, Robyn J. (wife)

    BANK OF AMERICA NATIONAL TRUST &
      SAVINGS ASSOCIATION (TDTr)

    PRENTISS, C.R. (hus)(TDBen)

    PRENTISS, Elizabeth R. (wife)(TDBen)


Parcel 2:

    Lot 7, Block 52 of Cheatham's Addition.

Owners:

    ROSE, D.E. (hus)

    ROSE, Myrtle E. (wife)


Parcel 3:

    Lot 8, Block 52 of Cheatham's Addition.

Owners:

    KNOTT, G. Eldon (hus)

    KNOTT, Vera E. (wife)

    LAND TITLE INS. CO. (TDTr)

    TURNER, Charles R. (hus)(TDBen)

    TURNER, Verna H. (wife)(TDBen)

Interlocutory Judgment #34A
Exhibit E

( & 215-B )

2656

Fallbrook Creek Watershed (Cheatham's Addition)

Parcel 4:

    Lot 9, Block 52 of Cheatham's Addition

Owners:

    HILL, William H. (hus)

    HILL, Mary H. (wife)

    LAND TITLE INS. CO. (TDTr)

    HAMILTON, Viola May (TDBen)


Parcel 5:

    Lot 10, Block 52 of Cheatham's Addition

Owners:

    MURRY, James K. Jr. (hus)

    MURRY, Emma A. (wife)

    BANK OF AMERICA (TDTr)

    LAWTON, Ferns R. (hus)(TDBen)

    LAWTON, Martha (wife)(TDBen)


Parcel 6:

    Lot 4, Block 53 of Cheatham's Addition

Owners:

    HROCH, Theodore E. (hus)

    HROCH, Hilda M. (wife)


Parcel 7A:

    The Westerly 42.50 feet of Lots 5 & 6 of Block 53 of Cheatham's

    Addition

Owners:

    POHLE, Albert W. (hus)

    POHLE, Margie L. (wife)

2657

Fallbrook Creek Watershed (Cheatham's Addition)

Parcel 7X1:

Lots 5 & 6 of Block 53 of Cheatham's Addition, except the Westerly
42.50 feet thereof.

Owners:

RAYMOND, John B. (hus)

RAYMOND, Viola N. (wife)


Parcel 8:

The South 123 feet of the West 65 feet of Block 55 of Cheatham's
Addition.

Owner:

FLECKENSTEIN, Martha (widow)


Parcel 9X1:

The South 123 feet of Block 55 of Cheatham's Addition, except
the West 65 feet thereof.

Owners:

JOHNSTON, Lonnie T. (hus)

JOHNSTON, Laura Mae (wife)


Parcel 9A:

Not in Fallbrook Creek Watershed


Parcel 10:

Lot 8, Block 56 of Cheatham's Addition.

Owners:

NELSON, William B.

BANK OF AMERICA (TDBen)

CORP. OF AMERICA (TDTr)


-3-

2658

Fallbrook Creek Watershed (Cheatham's Addition)

Parcel 11:

Lot 9, Block 56 of Cheatham's Addition

Owners:

FOX, Harriette N. (M/w)

LHAMON, William H. (hus)

LHAMON, Gwen M. (wife)

BANK OF AMERICA (TDTr)

ADAMS, Howell H. (hus)(TDBen)

ADAMS, Ida G. (wife)(TDBen)

Parcel 12:

Lots 10 & 11 of Block 56 of Cheatham's Addition

Owners:

HROCH, Theodore E. (hus)

HROCH, Hilda M. (wife)

CONTINENTAL AUXILIARY CO. (TDTr)

BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSN. (TDBen)

Parcel 13:

Lot 12, Block 56 of Cheatham's Addition

Owners:

HROCH, Theodore E.

HROCH, Hilda M.

BANK OF AMERICA (TDTr)

URSPRING, Paul (hus)(TDBen)

URSPRING, Esther R (wife)(TDBen)

Parcel 14:

Not in Fallbrook Creek Watershed.

-4-

2652

**Parcel 15:**

    Not in Fallbrook Creek Watershed.


**Parcel 16:**

    Not in Fallbrook Creek Watershed.


**Parcel 17:**

    The West 54 feet of the East 108 feet of Acreage Lot 1 of Cheatham's

Addition;  also the North Half of Arlington Street lying adjacent to

said parcel.

**Owners:**

    BURNS, William M.

    BURNS, Ines F.

    SECURITY TRUST & SAVINGS BANK OF
        SAN DIEGO (TDTr)

    LA JOLLA FEDERAL SAVINGS & LOAN
        ASSN. (TDBen)


**Parcel 18:**

    The East 54 feet of Acreage Lot 1 of Cheathams Addition; also the

North Half of Arlington Street lying adjacent to said parcel.


**Owners:**

    HALLORAN, Arthur F.

    HALLORAN, Audrey G.

2660

Fallbrook Creek Watershed (Cheatham's Addition)

Parcel 19:

Beginning at a point in the South line of Acreage Lot 2 of Cheatham's Addition distant South $89°18'30"$ East 53.63 feet from the Southwest Corner of said Acreage Lot 2;  thence parallel with the West line of said Lot and its Northerly prolongation North $0°43'45"$ East 188.52 feet to center line of Arlington Street;  thence along said center line South $89°14'15"$ West 61.63 feet to Northerly prolongation of center line of alley adjacent to the West line of said Acreage Lot 2;  thence along said Northerly prolongation of alley center line South $0°43'45"$ West 25 feet to the Northerly terminus of said alley;  thence South $89°14'15"$ East 8 feet to the Northwest Corner of said Acreage Lot 2; thence along the West line thereof South $0°43'45"$ West 163.58 feet to the point of beginning.

Owners:

SCHOOLEY, John L.

SCHOOLEY, Rosalie M.

SECURITY TRUST & SAVINGS BANK OF SAN
    DIEGO (TDTr)

LAJOLLA FEDERAL SAVINGS AND LOAN
    ASSN (TDBen)

Parcel 20 & 21:

Beginning at a point in the South line of Acreage Lot 2 of Cheatham's Addition distrant South $89°18'30"$ East 53.63 feet from Southwest Corner thereof;  thence North $0°43'45"$ East 188.52 feet to the center line of Arlington St.;  thence along said center line South $89°14'15"$ East 107.26 feet;  thence South $0°43'45"$ West 188.38 feet to South line of Acreage Lot 2;  thence North $89°18'30"$ West 107.26 feet to point of beginning.

Owners:

BRUNSON, Chester A. (hus)

BRUNSON, Dorothy J. (wife)

BANK OF AMERICA (TDTr)

PAPENHOUSEN, William H. (hus)(TDBen)

PAPENHAUSEN, Dorothy J. (wife)(TDBen)

-6-

3661

FALLBROOK Creek Watershed (Cheatham's Addition)

Parcel 22:

The East 70 feet of portion of acreage Lot 2 of Cheatham's Addition
to West Fallbrook, and a portion of Arlington Street described as
follows:  Beginning at a point in the South line of Acreage Lot 2
distant South 89°18'30" East, 268.15 feet from the Southwest Corner
of Lot 2;  thence parallel with the West line of Lot 2 and Northerly
prolongation North 0°43'45" East 188.25 feet to center line of Arling-
ton Street;  thence along center line North 89°14'15" West, 107.26
feet, more or less, to Northeast Corner of land conveyed to John L.
Schooley and Rasalie Schooley, husband and wife, Recorded 10 January
1950 in book 3449, page 125 of Official Records of the County of
San Diego;  thence along East line of Schooley's land, being along a
line parallel with Northerly prolongation of West line of Lot 2
South 0°45'45" West, 188.38 feet to South line of said acreage Lot 2;
thence along South line South 89°18'30" East, 107.26  feet, more or
less, to point of beginning.

Owners:

KIMBALL, Arthur S., Jr.

KIMBALL, Dorothy L.

CONTINENTAL AUXILIARY CO (TDTr)

BANK OF AMERICA (TDBen)


Parcel 23:

Portion of acreage Lot 2, Cheatham's Addition to West Fallbrook des-
cribed as follows:  Beginning at a point in South line of said Lot
distant South 89°18'30" East, 268.15 feet from the Southwest Corner
of said Lot;  thence parallel with West line of said Lot 2 and its
Northerly prolongation North 0°43'45" East, 188.25 feet to center
line of Arlington Street;  thence along said center line South 89°
14'15" East, 53.49 feet to Northerly prolongation of the East line
of said Lot 2;  thence along said Northerly prolongation of East

-7-

2662

Fallbrook Creek Watershed (Cheatham's Addition)

**Parcel 23 continued:**

line of Lot 2, and along said East line of Lot 2, South 0°41' West
188.18 feet to the Southeast Corner of said Lot 2;  thence along South
line of said Lot 2 North 89°18'30" West, 53.63 feet to point of be-
ginning. Also, that portion of Arlington Street, beginning at North-
east Corner of acreage Lot 2 of Cheatham's Addition to West Fallbrook;
thence along the Northerly prolongation of the East line of said Lot
North 0°41'East, 25 feet to center line of said Arlington Street;
thence along said center line South 89°14'15" East, 12.50 feet to
Northerly prolongation of the center line of the unnamed street lying
East of and adjacent to the East line of said Lot 2;  thence along
said center line prolongation South 0°4'1" West, 25 feet;  thence North
89°14'15" West, 12.50 feet to point of beginning.

**Owners:**

HROCH, Theodore E. (hus)

HROCH, Hilda M. (wife)

**Parcel 24X1:**

Portion of Cheatham's Addition to West Fallbrook described as follows:
Beginning at the Northeast Corner of Peach & Vine;  thence Easterly
along the North line of Peach 155.83 feet to the Southwest Corner of
tract conveyed to Walter W Bateman et ux in 2049/336 of Official
Records;  thence along West line of land to Bateman Northerly 139.96
feet;  thence parallel with said North line of Peach Street West
81.46 feet to true point of beginning;  thence continuing Westerly
along parallel line 74.17 feet to a point on East line of Vine;  thence
Northerly along Easterly line of Vine 140.07 feet to the Southeasterly
Corner of Vine & View Streets;  thence Easterly along South line of
View Street 74.17 feet to a point;  thence Southerly parallel with West
line of land of Bateman 140.01 feet to true point of beginning.

?663

Owners:

HEDEEN, Edna B. (m/w)(sep prop)

BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION (TDTr)

GEREND, Lydia E (TDBen)

JEROME, Betty G. (TDBen)

Parcel 24AX1:

Beginning at a point in the North line of Peach Street distant East 100
feet from the Northeast Corner of Peach and Vine Streets;  thence
Northerly 139.96 feet;  thence East 55.83 feet;  thence South 139.96
feet;  thence Westerly 55.83 feet to point of beginning.

Also, beginning at a point in the East line of Vine Street distant
Northerly 69.98 feet from the Northeast Corner of Peach and Vine
Streets;  thence East 100 feet;  thence North 69.98 feet;  thence
West 100 feet to East line of Vine Street;  thence Southerly 69.98
feet to point of beginning.

Owners:

HENDRICKS, William C (hus)

HENDRICKS, Edna G. (wife)

BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION (TDTr)

KIMBALL, Arthur S., Jr. (hus)(TDBen)

KIMBALL, Dorothy L., (wife)(TDBen)

Parcel 24A1:

Beginning at the Northeast Corner of Peach and Vine Streets;  thence
North along East line of Vine Street 69.98 feet;  thence East, parallel
with North line of Peach Street 100 feet;  thence South parallel with
Easterly line of Vine Street 69.98 feet;  thence West along North line
of Peach Street 100 feet to point of beginning.

2604

Fallbrook Creek Watershed (Cheatham's Addition)

Owners:

    ESTRADA, Ralph L. (un/m)

    JOHNSON, Linda G (m/w)


Parcel 25:

    Beginning at the Northeast Corner of Peach & Vine Streets;  thence
Easterly along North line of Peach Street 155.83 feet to the South-
west Corner of tract of land conveyed to Walter W. Bateman, Book
2049, Page 336, Official Records of San Diego County;  thence along
West line of said land of Bateman North 136.96 feet to true point of
beginning;  thence Westerly and parallel with North line of Peach
Street 81.46 feet;  thence Northerly parallel with West line of
Bateman property 140.01 feet to South line of View Street;  thence
Easterly along South line of View Street 81.46 feet to West line of
land of Bateman;  thence Southerly along said land of Bateman to
true point of beginning.

Owners:

    PARKS, Davis W (hus)

    PARKS, Hester E (wife)


Parcel 26:

    Beginning at a point in the North line of Peach Street, distant
Westerly thereon 155.73 feet from intersection with West line of
unnamed street (now Short Street) lying West of Lots 6-10 of Block
22, Cheathams Addition, thence parallel with West line of Short
Street North 279.83 feet to South line of View Street;  thence
Westerly along said South line of View Street 155.74 feet;  thence
Southerly parallel with West line of Short Street 280 feet more or
less to North line of Peach Street;  thence Easterly along said
line 155.74 feet more or less to point of beginning.

Fallbrook Creek Watershed (Cheatham's Addition)

Owners:

    LEUSCHNER, Charles C.

    BANK OF AMERICA (TDTr)

    BATEMAN, Walter W. (hus) (TDBen)

    BATEMAN, Lucille (wife)(TDBen)

Parcel 27X1:

Beginning at the intersection of Peach Street and unnamed street, now known as Short Street, lying West of Lots 6-10, Block 52;  thence North along West line of Short Street 139.91 feet;  thence West parallel to North line of Peach Street 61 feet to true point of beginning;  thence continuing Westerly 94.37 feet;  thence North, parallel with West line of Short Street to South line of View Street; thence East along South line of View Street 94.73 feet;  thence Easterly to true point of beginning.

Owners:

    DRIGGS, W. W. (hus)

    DRIGGS, Ida L. (wife)

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILLIARY CORP. (TDTr)

    HOLLAND, Bill (m/m)(TDBen)

    BANK OF AMERICA (TDTr)

    WALLER, N. A. (hus) (TDBen)

    WALLER, Ethel R. (wife)(TDBen)

2666

Fallbrook Creek Watershed (Cheatham's Addition)

Parcel 27A:

That portion of Cheatham's Addition to West Fallbrook described as follows: Commencing at the intersection of the North line of Peach Street with West line of Short Street lying West of Lots 6 & 10 included in Block 52; thence Northerly along West line of said Short Street 139.91 feet to True point of beginning; thence Westerly parallel with North line of Peach Street 61.00 feet; thence Northerly parallel with said West line of Short Street to South line of View Street; thence Easterly along South line of View Street 61.00 feet to West line of Short Street; thence Southerly along West line of Short Street to true point of beginning.

Owners:

HOLLAND, Marie (m/w)

BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSN. (TDTr)

BATEMAN, Walter W. (hus)(TDBen)

BATEMEN, Lucille (wife)(TDben)

Parcel 28:

Beginning at the intersection of the North line of Peach Street with West line of Short Street, lying West of Lots 6-10, Block 52; thence Northerly along West line of Short Street 139.91 feet; thence West parallel with North line of Peach Street 155.73 feet; thence Southerly parallel with West line of Short Street 139.91 feet to North line of Peach Street; thence thereon Easterly 155.73/to point of beginning. feet Except therefrom the Easterly 50 feet; the Westerly line of said Easterly 50 feet being drawn parallel with and distant 50 feet Westerly, measured along Northerly and Southerly lines of above described property from Easterly line of above described property.

Owner:

RIVERS, George A. (sep prop)

2687

Fallbrook Creek Watershed (Cheatham's Addition)

**Parcel 29:**

Beginning at the intersection of the North line of Peach Street with West line of Short Street lying West of Lots 6-10, Block 52; thence Northerly along West line of Short Street 139.91 feet; thence West parallel with North line of Peach Street 50 feet; thence South parallel with West line of Short Street 139.91 feet to North line of Peach Street;  thence thereon East 50 feet to point of beginning.

**Owners:**

PETERSON, L. W. (hus)

PETERSON, Velma (wife)

THOMPSON, Albert J. (hus) (Agmt to convey)

THOMPSON, Nona V. (wife)(Agmt to convey)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

LA JOLLA FEDERAL SAVINGS & LOAN ASSN. (TDBen)

2668

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED    $\frac{S\frac{1}{2}}{MF \cdot 4 - I}$

COLLEGE STREET TRACT OF FALLBROOK

Assessors Map 46, 9S4W

**Parcels 1 & 2, and Parcel 59X1 of Sec. 24, 9S4W:**

Lot 1 & 2, College Street Tract, and that portion of the West
208.71 feet of the Northeast Quarter of the Northwest Quarter
of the Southeast Quarter of Section 24, Township 9 South, Range
4 West adjacent to said lots on the East.

Owners:

CLARK, Sawyer Wells (s/m)

SORBO, John R. (option to purchase)

KAMINAR, Myron (option to purchase)

**Parcel 3:**

Lot 3 of College Street Tract and that portion of the West 208.71
feet of the Northeast Quarter of the Northwest Quarter of the
Southeast Quarter of Section 24, Township 9 South, Range 4 West
lying Easterly of said lot 3.

Owners:

WALLER, N. A.

WALLER, Ethel R.

VAN DER LINDEN, Victor

VAN DER LINDEN, Pamela

CLARK, Sawyer W. (TDBen)

BANK OF AMERICA (TDTr)

WALLER, N. A. (TDBen)

WALLER, Ethel R. (TDBen)

Interlocutory Judgment # 39A

Exhibit E

2669

$(E/215-B)$

Parcels 4 & 5:

Lots 4 & 5 of College Street Tract, and that portion of the West
30 feet of Lot 33 which lies North of Easterly prolongation of
the South line of Lot 5, and that portion of the West 208.70 feet
of the Northeast Quarter of the Northwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West which lies
South of Easterly prolongation of North line of said Lot 4 and North
of North line of said Lot 33.

Owners:

BARKOW, Harold W.

BARKOW, Marcella C. R.


Parcel 6:

Lot 6, College Street Tract.

Owners:

SACHSE, Franz R. (m/m)

PRICE, Curtis K. (m/m)

BANK OF AMERICA (TDTr)

KNOWLES, R. L. (TDBen)


Parcel 7:

Lot 7, College Street Tract.

Owners:

NICOLA, Tesla C.

NICOLA, Ruth E.

-2-

2670

Fallbrook Creek Watershed
(College Street Tract of Fallbrook)

**Parcel 8X1 & 9A:**

Lot 8; the North Half of Lot 9; and the North 75 feet of the West 30 feet of Lot 12, all in College Street Tract.

Owners:

DETHLEFS, Walter E.

DETHLEFS, Mary E.

SECURITY TITLE INSURANCE CO., (TDTr)

GRAHAM, Harold L. (TDBen)

GRAHAM, Theresa A. (TDBen)

**Parcels 8A1, 9X1, & 10A:**

The South 25 feet of Lot 9 and the North 10 feet of Lot 10, and the North 35 feet of the South 125 feet of the West 30 feet of Lot 12, all in College Street Tract.

Owners:

BLOUNT, E. (hus)

BLOUNT, Ruth E. (wife)

TOMLIN, N. W. (hus)(TDBen)

TOMLIN, D. C. (wife)(TDBen)

BANK OF AMERICA (TDTr)

**Parcels 8AX2, 10X1 & 11X1:**

Lot 10, except the North 10 feet thereof;  Lot 11 except the South 40 feet thereof; also the North 50 feet of the South 90 feet of the West 30 feet of Lot 12, all in College Street Tract.

Owners:

TOMLIN, N. W. (hus)

TOMLIN, D. C. (wife)

-3-

2671

Parcel 8A2 & 11A:

   The South 40 feet of Lot 11, College Street Tract;  also the

   South 40 feet of the West 30 feet of Lot 12.

   Owners:

      KAMINAR, Myron (m/w)

      SORBO, John R. (m/m)

      BANK OF AMERICA (TDTr)

      TOMLIN, N. W. (hus)(TDBen)

      TOMLIN, D.C. (wife)(TDBen)


Parcel 12:

   The East 60 feet of Lot 12, College Street Tract.

   Owners:

      ROBERTS, Helen F.

      FOLEY, Alice M.

      OCEANSIDE FINANCE CO. (TDTr)

      OCEANSIDE FEDERAL SAVINGS & LOAN ASSN. (TDBen)


Parcel 13:

   Lot 13, College Street Tract.

   Owners:

      PATTERSON, John H. (hus)

      PATTERSON, Letitia (wife)

      BANK OF AMERICA (TDTr)

      SPARR, Elsie L. (wid)(TDBen)


Parcel 14:

   Lot 14, College Street Tract.

   Owners:

      TASSEY, Beatrice M. (widow)

      TOMASZEWSKI, Miranda (TDBen)

      BANK OF AMERICA (TDTr)

-4-

2672

Fallbrook Creek Watershed
(College Street Tract of Fallbrook)

Parcels 15 & 16:

Lots 15 & 16 of College Street Tract.

Owners:

BELBO, Ingvar

BELBO, Magda

Parcel 17:

Lot 17 of College Street Tract.

Owners:

THOMPSON, Echum (hus)

THOMPSON, Virginia M. (wife)

OCEANSIDE FINANCE CO. (TD-Tr)

OCEANSIDE FEDERAL SAVINGS & LOAN ASSN. (TDBen)

Parcel 18:

Lot 18, College Street Tract.

Owners:

SCHEKEL, Ray E.

SCHEKEL, Alpha L.

Parcel 19:

Lot 19, College Street Tract.

Owners:

FULLER, Evelyn M.

Parcel 20:

Lot 20, College Street Tract.

Owners:

MITCHELL, Sumner T.

MITCHELL, Elinor B.

-5-

2673

Parcel 21:

    Lot 21, College Street Tract

  Owners:

      PARKINSON, Frank P. (hus)

      PARKINSON, Annie Adele (wife)

      SMITH, Leo E. (TDTr)

      COSTELA, G. J. (TDTr)

      LAND TITLE INS. CO. (TDBen)

      LAGUNA FEDERAL SAVINGS & LOAN ASSN (TDBen)

      SECURITY TITLE INSURANCE CO. (TDTr)

Parcel 22:

    Lot 22, College Street Tract

  Owners:

      DEPARTMENT OF VETERANS AFFAIRS, STATE OF CALIFORNIA

      GARWOOD, Joseph S. (hus)(Agmt to convey)

      GARWOOD, Joan M. (wife)(Agmt to convey)

Parcel 23:

    Lot 23, College Street Tract

  Owners:

      BOREN, Willard (hus)

      BOREN, Dorothy (wife)

Parcel 24:

    Lot 24, College Street Tract

  Owners:

      HALLSTEAD, Clyde L. (hus)

      HALLSTEAD, Maxine E. (wife)

      DUNKER, Minnie (TDBen)

      BANK OF AMERICA (TDTr)

2674

Parcel 25:

    Lot 25, College Street Tract

  Owners:

      PETERSON, Arlan H.

      LA JOLLA FED. SAV. & LOAN ASSN. (TDBen)

      SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)


Parcel 26:

    Lot 26, College Street Tract

  Owners:

      DEPARTMENT OF VETERANS AFFAIRS, STATE OF CALIFORNIA

      KAEDING, Graydon H. (hus)(Agmt to Convey)

      KAEDING, Donna G. (wife)(Agmt to Convey)


Parcel 27:

    Lot 27, College Street Tract

  Owners:

      COURTNEY, R. C.


Parcel 28:

    Lot 28, College Street Tract

  Owners:

      HAVINS, Lindsey H. (hus)

      HAVINS, Catherine M. (wife)

      BANK OF AMERICA (TDBen)

      CONTINENTAL AUXILIARY (TDTr)

2675

Fallbrook Creek Watershed
(College Street Tract of Fallbrook)

Parcel 29:

Lot 29, College Street Tract.

Owners:

SNYDER, Lester L. (hus)

SNYDER, Helena E. (wife)

BANK OF AMERICA (TDTr)

HEASTON, Magdalene (TDBen)

Parcel 30:

Lot 30, College Street Tract.

Owners:

CAMPBELL, Thomas M. (hus)

CAMPBELL, Francis (wife)

UNION TITLE INSURANCE & TRUST CO. (TDTr)

LA JOLLA FEDERAL SAVINGS & LOAN ASSN. (TDBen)

BANK OF AMERICA (TDTr)

MC KAY, H. A. (hus)(TDBen)

MC KAY, Thelma (wife)(TDBen)

Parcel 31:

Lot 31, College Street Tract.

Owners:

DEPARTMENT OF VETERANS AFFAIRS, STATE OF CALIFORNIA

GOOCH, James Roland (hus)(Agmt to Convey)

GOOCH, Virginia (wife)(Agmt to Convey)

2676

<u>Fallbrook Creek Watershed</u>
(College Street Tract of Fallbrook)

<u>Parcel 32</u>:

Lot 32, College Street Tract

<u>Owners</u>:

HAMBERGER, Arnold C. (hus)

HAMBERGER, Frances Elizabeth (wife)

WADDELL, Kenneth Lorain, an employee of the
   Loan Guaranty Div., Veterans Administration
   Regional Office, San Diego (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)


<u>Parcel 33</u>:

Lot 33 of College Street Tract except that portion of the

West 30 feet thereof lying North of Easterly prolongation of

South line of Lot 5.

<u>Owners</u>:

PISTON, Elizabeth

-9-

2677

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

(MF-4-J)

## ELDER KNOLL

### Assessors Map 47, 9S4W

Parcel 1X1:

The North 45 feet of Lot 1, Elder Knoll.

Owners:

BENTON, Hazel A.

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

LA JOLLA FEDERAL SAVINGS AND LOAN ASSN. (TDBen)

Parcel 1A:

Lot 1 of Elder Knoll, except the North 45 feet thereof.

Owners:

RANNEY, James P. Jr. (hus)

RANNEY, Barbara G. (wife)

SUTTON, Martha, m/w (TDBen)

BANK OF AMERICA (TDTr)

Parcel 2:

Lot 2, Elder Knoll

Owners:

HERRELL, Ray N. (hus)

HERRELL, Mary R. (wife)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

Parcel 3:

Lot 3, Elder Knoll

Owners:

WHISNAND, Charles R. (hus)

WHISNAND, Helen H. (wife)

Interlocutory Judgment
Exhibit E

2679

(fy 215-B)

Owners (Parcel 3 continued):

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILIARY CO (TDTr)


Parcel 4:

    Lot 4, Elder Knoll

Owners:

    HORN, James M. (hus)

    HORN, Lila R. (wife)

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILIARY CO (TDTr)


Parcel 5:

    Lot 5, Elder Knoll

Owners:

    VATNSDAL, Dorothy M.

    BANK OF AMERICA (TDBen)

    CORPORATION OF AMERICA


Parcel 6:

    Lot 6, Elder Knoll

Owners:

    MARSHALL, John Stuart (hus)

    MARSHALL, Nance Harvey (wife)

    ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)

    WAYMAN, Robert S. EMPLOYEE OF LOAN GUARANTY DIVISION
      VETERANS ADMINISTRATION REGIONAL OFFICE, SAN DIEGO (TDTr)

-2-

2873