Parcel 7:

    Lot 7, Elder Knoll

  Owners:

      WALLACE, Donn B. (husband)

      WALLACE, Ruth A. (wife)

      BANK OF AMERICA (TDTr)

      AIMS, Winifred J. (un/w)(TDBen)

      WEBER, Edward J. Employee of Loan Guaranty Division
      Veterans Administration Regional Office, San Diego (TDTr)

      ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)


Parcel 8:

    Lot 8, Elder Knoll

  Owners:

      MOORE, Marvin R.

      MOORE, Thea J.

      WOJCIK, Victor F. (hus)(TDBen)

      WOJCIK, CHARLOTTE L (wife)(TDBen)

      BANK OF AMERICA (TDTr)

      WAYMAN, Robert S., Employee of Loan Guaranty
      Division, Veterans Administration Regional
      Office, San Diego (TDTr)

      ADMINISTRATOR OF VETERANS AFFAIRS, U.S.A. (TDBen)


Parcel 9:

    Lot 9, Elder Knoll

  Owners:

      ORCUTT, Sherwood Charles E. (hus)

      ORCUTT, Wilma Waters (wife)

      LA MESA - EL CAJON SAVINGS & LOAN ASSN (TDBen)

      LA MESA - EL CAJON CORPORATION (TDTr)

-3-

2680

Parcel 10:

Lot 10, Elder Knoll

Owners:

JORGENSON, Merle E. (hus)

JORGENSON, Patricia (wife)

BANK OF AMERICA (TDTr)

FRIEND, Victor S. (TDBen)

FRIEND, Violet D. (TDBen)

WALLER, N. A. (hus)(TDBen)

WALLER, Ethel R. (wife)(TDBen)

Parcel 11:

Lot 11, Elder Knoll

Owners:

DONATH, Curtis A.

DONATH, Patricia W.

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

-4-

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

MIRAFLORES TERRACE

Assessors Map 49, 934W

Parcels 1, 5, 6, 7, 8, 10, 11,
       12, 13, 16, 17, 18 & 19:

   Miraflores Terrace except Lots 2, 3, 4, 9 & 15.

   Owners:

           ALGERT, Paul K. (hus)

           ALGERT, Jean S. (wife)


Parcels 2 & 3:

   Lots 2 & 3, Miraflores Terrace

   Owners:

           VIX, Harry B. (hus)

           VIX, Lenore (wife)


Parcel 4:

   Lot 4, Miraflores Terrace

   Owners:

           HASSLER, Floyd W. (hus)

           HASSLER, Elsie M. (wife)


Parcel 9:

   Lot 9, Miraflores Terrace

   Owners:

           GAINES, John T. (hus)

           GAINES, Norma (wife)

           SECURITY TITLE INS. CO (TDTr)

           ALGERT, Paul K. (hus)(TDBen)

           ALGERT, Jean S. (wife)(TDBen)

2682

Fallbrook Creek Watershed
(Miraflores Terrace)

Parcel 15:

    Lot 15, Miraflores Terrace

Owners:

        WEAVER, Charles A., Jr. (hus)

        WEAVER, Wanda G. (wife)

        UNION TITLE INSURANCE & TRUST CO (TDTr)

        LA JOLLA FEDERAL SAVINGS & LOAN ASSN (TDBen)

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

PORTION OF TOWNSHIP OF WEST FALLBROOK

Assessors Map 45, 9S4W

Parcels 1 & 2:

All of Lot 1 and the North Half of Lot 2, Block 5, Township
of West Fallbrook.

Owners:

THOMPSON, Louis C. (hus)

THOMPSON, Walsie G. (wife)

Parcel 3:

The South Half of Lot 2 and all of Lot 3, Block 5, Township
of West Fallbrook.

Owners:

LENFERS, Lawrence A.

SOUTHERN TITLE & TRUST CO (TDTr)

NELLIE E. BEAK (TDBen)

SECURITY TRUST & SAVINGS BANK (TDTr & TDBen)

Parcel 4:

Weaver Tract, Block 5 of Township of West Fallbrook.

Owners:

LENFERS, Lawrence A. (hus)

LENFERS, Nell A. (wife)

-1-

Interlocutory Judgement 7t 34A
Exhibit E

2684

(Ex 215·B)

Fallbrook Creek Watershed
(Portion of West Fallbrook)

Parcels 5, 6, & 7:

    All of Lots 6, 7 & 8, Block 5, Township of West Fallbrook.

  Owners:

      HARRIS, Floyd W. (hus)

      HARRIS, Gladys H. (wife)

      FIRST NATIONAL BANK OF VISTA (TDBen)

      UNION TITLE INSURANCE & TRUST CO (TDTr)


Parcels 8 & 9:

    Lots 9 & 10, Block 5, Township of West Fallbrook.

  Owners:

      HOSTETTER, Carroll I. (hus)

      HOSTETTER, Cleta I. (wife)

      SECURITY TITLE INS. CO (TDTr)

      DICKENS, Charles Z. (hus)(TDBen)

      DICKENS, Ruby L. (wife)(TDBen)

      GREAT WESTERN SALES CORP (TDTr)

      KIRK, William E. (hus)(TDBen)

      KIRK, Eunice A. (wife)(TDBen)


Parcel 10:

    The North 135 feet of the West 62 feet of Block 6, Township

    of West Fallbrook.

  Owners:

      READER, Josephine H.

      CORPORATION OF AMERICA (TDTr)

      BANK OF AMERICA (TDBen)

2685

Fallbrook Creek Watershed
(Portion of West Fallbrook)

Parcel 11:

The East 62 feet of the West 124 feet of the North 135 feet of

Block 6, Township of West Fallbrook.

Owners:

JOHNS, William T. (hus)

JOHNS, Genell (wife)

BANK OF AMERICA (TDTr)

SHIPLEY, Verne C (hus)(TDBen)

SHIPLEY, Luella G. (wife)(TDBen)

Parcels 12, 13 & 16:

Portion of Block 6, Township of West Fallbrook, known as "Hotel

Block", described as follows:  Beginning on North line of Block

6, 124 feet East of the Northwest Corner thereof;  thence East

along said North line 258 feet to Northeast Corner of Block 6;

thence South along East line thereof to South line of Block 6;

thence West along said South line 382 feet to Southwest Corner

of Block 6;  thence North along West line 175 feet;  thence

East 124 feet;  thence North 135 feet to point of beginning.

Also, the West 6.42 feet of the North 210 feet of Scott Tract in

Block 23, West Fallbrook;  Also portion of Scott Tract of Block

23, West Fallbrook, described as follows:  Beginning at a point

635 feet North and 423 feet East of the Southwest Corner of the

Northeast Quarter of Section 24;  thence South 112 feet;

thence East 64 feet;  thence South 98 feet;  thence West 74 feet;

thence North 210 feet;  thence East 10 feet to point of be-

ginning.

Owner:

ANTHONY, Donald

-3-

2686

<u>Fallbrook Creek Watershed</u>
(Portion of West Fallbrook)

Parcel 14:

The South 70 feet of Scott Tract of Block 23, Township of West

Fallbrook, except the East 74 feet thereof.

Owner:

FALLBROOK PUBLIC UTILITY DISTRICT.


Parcel 15:

That portion of Block 23, Township of West Fallbrook, described

as follows:  Beginning at point 355 feet North and 413 feet

East of the Southwesterly Corner of the Northeast Quarter of Sec-

tion 24, Township 9 South, Range 4 West;  thence East 74 feet;

thence North 70 feet;  thence West 74 feet;  thence South 70 feet

to point of beginning.

Owners:

SWIGART, Ralph E. (hus)

SWIGART, Anna Alfreda (wife)

BANK OF AMERICA (TDTr)

BULLOCK, D. H. (TDBen)


Parcel 17:

Portion of the Southwest Quarter of the Southwest Quarter of

the Northeast Quarter of Section 24, lying in Block 23 of West

Fallbrook, described as follows:  Beginning at a point 423 feet

East of a point 635 feet North of the Southwest Corner of the

Northeast Quarter of Section 24;  thence South 112 feet;  thence

at right angles East 64 feet;  thence at right angles North 112

feet;  thence at right angles West 64 feet to point of beginning.

Owners:

HARRISON, Leighton L. (hus)

HARRISON, Florence D. (wife)

FIRST NATIONAL BANK OF VISTA (TDBen)

UNION TITLE INSURANCE CO. (TDTr)

-4-

2687

Fallbrook Creek Watershed
(Portion of West Fallbrook)

Parcels 18 & 19:

Lot 1, known as "Stevenson" lot, and Lot 2, Block 23 of Township of West Fallbrook.

Owners:

HARRISON, Leighton L. (hus)

HARRISON, Florence D. (wife)

SECURITY TITLE INSURANCE CO. (TDTr)

LAMB, Clarence E. (hus)(TDBen)

LAMB, Mary W. (wife)(TDBen)

Parcel 20:

Lot 3, Block 23, West Fallbrook.

Owner:

CLARK, Sawyer Wells

Parcel 21:

The North 30 feet of Lot 4, Block 23, Township of West Fallbrook.

Owners:

KOSTICH, Samuel V.

BANK OF AMERICA (TDTr)

MORRIS, Thomas E. (hus)(TDBen)

MORRIS, Sarah E. (wife)(TDBen)

Parcels 22 & 23:

All of Lot 4, except the North 30 feet, and all of Lot 5, Block 23, Township of West Fallbrook.

Owners:

TRACY, Ralph E. (hus)

TRACY, Bessie H. (wife)

-5-

2683

Fallbrook Creek Watershed
(Portion of West Fallbrook)

Parcels 24 & 25:

All of Lot 1 and lot known as "Stewart" lot in Block 24, Township of West Fallbrook, except a portion deeded to the AT&SF Ry described as follows:  Beginning at the Southeast Corner of Lot Stewart;  thence along the South line to a point 90.65 feet from the Southwest Corner;  thence Northeasterly a distance of 71.04 feet to a point on the East line 52.23 feet South from the Northeast Corner of Lot Stewart;  thence South along East line to point of beginning.

Owner:

NATIONAL LIFE INSURANCE COMPANY

Parcel 26:

All of Lot "Pruett" in Block 24, Township of West Fallbrook escept that deeded to AT&SF Ry described as follows:  Beginning at the Southeast Corner of Lot "Pruett";  thence West along South line 109.65 feet;  thence Northeasterly 132.77 feet to a point on North line 90.65 feet East of the Northwest Corner;  thence South on East line 111.96 feet to point of beginning.

Owners:

WAYMAN, Raymond (hus)

WAYMAN, Mary Elizabeth (wife)

SECURITY TITLE INSURANCE CO (TDTr)

FULLER, Evelyn (TDBen)

Parcel 27:

Lot "Tracy" in Block 24, Township of West Fallbrook.

Owners:

LORITSCH, John W.

LORITSCH, Richard H.

-6-

2689

Fallbrook Creek Watershed
(Portion of West Fallbrook)

Parcel 28:

"Weaver" Lot, Block 24, Township of West Fallbrook.

Owner:

WEST FALLBROOK SCHOOL DISTRICT.

Parcel 29:

Lot 8, Block 24, Township of West Fallbrook.

Owners:

COLVIN, William H. (hus)

COLVIN, Addie G. (wife)

Parcel 30:

All of Lot 9 and the South 1 foot of Lot 10, Block 24,

Township of West Fallbrook.

Owners:

HASELWOOD, Cliff H. (hus)

HASELWOOD, Rena D. (wife)

UNION TITLE INSURANCE & TRUST CO (TDTr)

DODSON, John R. (hus)(TDBen)

DODSON, Pearl (wife)(TDBen)

Parcel 31:

Lot 10, Block 24, Township of West Fallbrook, except the South

1 foot thereof.

Owner:

COLE, Louise C.

Parcel 32:

ATCHISON, TOPEKA & SANTA FE RAILWAY

-7-

2690

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

SECTION 25

Assessors Map 25, 9S4W

Parcels 1X2 & 165:

The Southerly 47.75 feet of Lot 4, Section 24, Township 9 South
Range 4 West and the Northerly 368.25 feet of Lot 1, Section 25,
Township 9 South, Range 4 West, and portion of Rancho Santa
Margarita y las Flores adjoining above described property and
lying Easterly of fence line of said Rancho, except that portion
of above described property lying Easterly of a line described
as follows: Beginning at the Northeast Corner of Lot 1, Sec-
tion 25; thence Northerly along Northerly prolongation of
Easterly lot line 47.75 feet; thence North 88°57'30" West
346 feet to true point of beginning; thence South 24°13'50"
West 162.47 feet; thence North 74°17'30" West 32.52 feet;
thence South 16°09'40" West 225 feet; thence South 88°57'30"
East 195 feet and South 0°32' East 57.70 feet to South line of
above described property.

Owners:

RISHER, Arthur J. (hus)

RISHER, Madelyn (wife)

BANK OF AMERICA (TDTr)

LEACH, Fred D. (hus)(TDBen)

LEACH, Grace M. (wife)(TDBen)

*Interlocutory Judgment #39A*

*Exhibit E*

*(Ex 215-B)*

2691

Fallbrook Creek Watershed
(Section 25)

Parcels 1A and 3:

    Portion of Lot 1, Section 25 described as follows:  Beginning
at a point 304.3 feet South of the Southwest Corner of the
Northeast Quarter of the Southwest Quarter of Section 24;
thence South $0°12'$ East 1384 feet along center line of road
to true point of beginning;  thence North $89°18'$ West 150
feet;  thence North $0°12'$ West parallel with center line of
said road 75 feet;  thence South $89°18'$ East 150 feet;  thence
South $0°12'$ East 75 feet to true point of beginning;  Also, that
portion of Lot 1, Section 25 described as follows:  Beginning at
a point 304.30 feet South of the Southwest Corner of the North-
east Quarter of the Southwest Quarter of Section 24;  thence
South $0°12'$ East along center line of road 1309.00 feet to
Northeast Corner of land conveyed to McDonnell 20 October 1952,
4640/179, being true point of beginning;  thence North $89°18'$
West 150 feet;  thence North $0°12'$ West 25 feet;  thence South
$89°18'$ East 150 feet;  thence South $0°12'$ East 25 feet to true
point of beginning.

Owners:

    McDONNELL, Richard A. (hus)

    McDONNELL, Therese M. (wife)

    CORPORATION OF AMERICA (TDTr)

    BANK OF AMERICA (TDBen)

2892

Fallbrook Creek Watershed
(Section 25)

Parcels 1B & 166:

  The Southerly 47.75 feet of Lot 4, Section 24, and the Northerly 368.25 feet of Lot 1, Section 25, EXCEPT all lying Westerly of line described as follows: Beginning at the Northeast Corner of Lot 1; thence Northerly along Northerly prolongation of Easterly line of Lot 1, 47.75 feet; thence North $88^{\circ}57'30"$ West 346.00 feet to true point of beginning; thence South $24^{\circ}13'50"$ West 162.47 feet; thence North $74^{\circ}17'30"$ West 32.52 feet; thence South $16^{\circ}09'40"$ West 225 feet; thence South $80^{\circ}57'30"$ East 195 feet, and South $0^{\circ}33'$ East 57.70 feet to South line of above described property; and EXCEPT the Southerly 100 feet of the Easterly 150 feet thereof; and EXCEPT the following described parcel: Beginning at the Northeast Corner of Lot 1; thence South $0^{\circ}32'$ East 141.11 feet; thence North $88^{\circ}57'30"$ West 233.18 feet; thence North $0^{\circ}32'$ West to North line of Lot 1; thence Easterly to point of beginning in Lot 1; in Lot 4 of Section 24 and Lot 1 of Section 25.

Owners:

   LEACH, Fred O. (hus)

   LEACH, Grace M. (wife)

-4-

2693

**Parcel 2 and Parcel 177:**

Portion of Lot 4, Section 24, and Lot 1, Section 25 described as follows:  Beginning at the Northeast Corner of said Lot 1, Section 25;  thence along East line of said Lot 1 South 0°32' East 141.11 feet;  thence North 88°57'30" West 233.18 feet; thence parallel with said East line of Lot 1 and its Northerly prolongation North 0°32' West 166.87 feet to South line of land conveyed to Mount, 1375/475 Official Records;  thence along South line South 88°57'30" East 233.98 feet to East line of said Lot 4;  thence along said East line South 0°28' West 47.75 feet to Southeast Corner of said Lot 4 and point of beginning;

Owners:

FLOYD, Melvin E. (hus)

FLOYD, Estela G. (wife)

BANK OF AMERICA (TDTr)

LOOP, Rex L. (hus)(TDBen)

LOOP, Lois (wife)(TDBen)

BANK OF AMERICA (TDTr)

JOLLY, Ross T. (hus)(TDBen)

JOLLY, Marion E. (wife)(TDBen)

**Parcel 4:**

Portion of Lot 1, Section 25, described as follows:  Beginning at a point on East line of said Lot 1, 1688.30 feet South from the Southwest Corner of the Northeast Quarter of the Southwest Quarter, Section 24, being the Southeast Corner of land conveyed to Blackburn, 134/474 Deeds;  thence along East line of said Lot 1 South 0°32' East 160.06 feet;  thence North 88°57'30" West 397.56 feet;  thence North 10°26'30" West 163.29 feet to South line of land of Blackburn;  thence along said South line of

Parcel 4 continued:

Blackburn land South 88°57'30" East 425.76 feet to point of

beginning.  EXCEPT that portion conveyed to AT&SF RR by

Anderson, 754/227 Deeds.

Owners:

HESS, Melvin K. (hus)

HESS, Margaret Z. (wife)


Parcels 5 & 6:

(Except railroad right-of-way and except roads).  Beginning

at intersection of South line of Lot 1 with fence line of

Rancho Santa Margarita y las Flores;  thence Northerly along

said fence line to line "A" which bears North 88°21'44" West

(N 88°57'30"W Deed) from point on Easterly line of said Rancho,

distant thereon 12,603.21 feet South from Corner #1 of said

Rancho;  thence Easterly along said line "A" and its Easterly

prolongation to a point distant thereon 425.76 feet West from

the East line of Lot 1;  thence South 10°28'30" East 163.29

feet;  thence Easterly parallel with said line "A" 397.56 feet

to East line of Lot 1;  thence Southerly along said East line

to North line of Pendleton Highway;  thence Southwesterly along

said North line to South line of said Lot 1;  thence Easterly

to point of beginning.

ALSO, the West 50 feet of the East 253.76 feet of the Southerly

72 feet of Lot 1, all in portion of said Rancho and in Lot 1;

EXCEPT:  Beginning at the Southeast Corner of Lot 1;  thence

North 89°12'30" West 751.94 feet to center line of 100 foot

highway and being true point of beginning;  thence along said

center line North 38°59'20" East 339.06 feet to beginning of

1000 foot radius curve;  thence along said curve 160.18 feet;

thence North 41°53'52" West 50 feet to Northwesterly line of

-6-

2695

Fallbrook Creek Watershed
(Section 25)

**Parcels 5 & 6 continued:**

highway;  thence North 66°19' West 332 feet;  thence South
6°20'40" West 553.46 feet, more or less;  thence Easterly
74.88 feet to true point of beginning, in Section 25.

Owners:

OWENS, John T. (hus)

OWENS, Etta C. (wife)

**Parcel 7X1:**

That portion of Lot 1, Section 25 described as follows:
Beginning at the Southeast Corner of Lot 1;  thence North
89°12'30" West along South line of Lot 1 and its Westerly
prolongation 751.94 feet to a point in center line of 100
foot highway, said point being true point of beginning;
thence along said center line North 38°55'28" East 339.86
feet to beginning of curve concave Southeasterly having
radius of 1000 feet;  thence Northeasterly along said
curve 160.18 feet;  thence leaving said center line and
along line radial to said curve through said point North
41°53'52" West 50 feet to Northwesterly line of said high-
way;  thence North 66°19' West 332 feet to Westerly line
of land conveyed to Divens 1138/292 Official Records;  thence
South 6°20'40" West along Westerly line of said land 553.46
feet to Southwest Corner of said land;  thence Easterly 74.88
feet to true point of beginning.  EXCEPT therefrom:  Beginning
at the Southeast Corner of said Lot 1;  thence along South
line of said Lot 1 and its Westerly prolongation 751.94
feet to center line of 100-foot highway described in 1353/38;
thence along said center line North 38°55'28" East 339.86
feet to beginning of curve concave Southeasterly having radius
of 1000 feet;  thence Northeasterly along said curve 66.41

Parcel 7X1 continued:

feet to true point of beginning;  thence along radial line thru

said point North 47°16'14" West 50 feet to Northwesterly line of

said highway;  thence North 51°04'32" West 102.31 feet;  thence

North 38°55'28" East 56.95 feet;  thence South 62°37' East 112.95

feet to Northwesterly line of said highway, being point in curve

concave Southeasterly having radius of 1050 feet;  thence along

radial line from said point South 42°54'14" West 50 feet to center

line of said highway;  thence Southwesterly along said highway

76.21 feet to true point of beginning.

Owners:

ROBERSON, Buster (m/m)

SECURITY TITLE INSURANCE COMPANY (TDTr)

SUBURBAN SAVINGS AND LOAN ASSN (TDBen)


Parcel 7A:

Portion of Lot 1, Section 25, described as follows:  Beginning

at the Southeast Corner of Lot 1;  thence along South line of

Lot 1 and its Westerly prolongation 751.94 feet to center line

of 100 foot highway described in 1353/38;  thence along said

center line North 38°55'28" East 339.86 feet to beginning of

curve concave Southeasterly having radius of 1000 feet;  thence

Northeasterly along said curve 66.41 feet to true point of

beginning;  thence along radial line through said point North

47°16'14" West 50 feet to Northwesterly line of said highway;

thence North 51°04'32" West 102.31 feet;  thence North 38°55'28"

East 56.95 feet;  thence South 62°37' East 112.95 feet to

Northwesterly line of said highway being point in curve concave

Southeasterly having radius of 1050 feet;  thence along radial

line from said point South 42°54'14" West 50 feet to center line

2697

Parcel 7A Continued:

of said highway;  thence Southwesterly along said highway

76.21 feet to true point of beginning.

Owners:

BOSSE, Walter H. (hus)

BOSSE, Laurice S. (wife)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

LAJOLLA FEDERAL SAVINGS AND LOAN ASSN (TDBen)


Parcel 8:

Portion of the Northwest Quarter of the Northwest Quarter of

Section 25, described as follows:  Beginning at a point on

the South line of said Northwest Quarter of the Northwest

Quarter distant North $89^{\circ}12'30"$ West 550.80 feet from the

Southeast Corner of the Northwest Quarter of the Northwest

Quarter, said point being point of beginning on Northwesterly

line of right-of-way of AT&SF;  thence along said South line

North $89^{\circ}12'30"$ West 171.82 feet to center line of 100-foot

highway conveyed to the State of California, 1353/38 Official

Records;  thence along said center line North $34^{\circ}13'45"$ East

240.70 feet to beginning of curve concave Southeasterly, radius

of 1000 feet;  thence Northeasterly along said curve 517.71

feet to said Northwesterly line of right of way of AT&SF;

thence along said Northwesterly line South $33^{\circ}30'30"$ West

641.02 feet to point of beginning.

Owners:

KOSTICH, Samuel V. (s/m)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)


-9-

2698

Fallbrook Creek Watershed
(Section 25)

**Parcel 9:**

Beginning at the Southeast Corner of the Northwest Quarter of
the Northwest Quarter of Section 25;  thence along South line
North 89°12'13" West 253.76 feet to true point of beginning;
thence continuing along said South line North 89°12'30" West
178.71 feet to Southeasterly line of right-of-way of AT&SF;
thence along said Southeasterly right-of-way line North
33°07'30" East 334.14 feet to line which bears North 0°47'30"
East from true point of beginning;  thence South 0°47'30"
West 282.33 feet to true point of beginning.

Owners:

SAUNDERS, George C. (hus)

SAUNDERS, Faleta C. (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

**Parcel 10:**

Beginning at the Southeast Corner of the Northwest Quarter of
the Northwest Quarter of Section 25;  thence along South line
thereof North 89°12'30" West 203.76 feet;  thence North 0°47'30"
East 72 feet;  thence North 89°12'30" West 50 feet;  thence North
0°47'30" East to Southeasterly right-of-way line of AT&SF Ry;
thence along Southeasterly right-of-way line of AT&SF North
33°07'30" East 382.85 feet to center line of 100 foot road;
thence Northeasterly along said center line 36.17 feet to East
line of the Northwest Quarter of the Northwest Quarter;  thence
along said East line South 0°32' East 615.95 feet to point of
beginning.

Owners:

MOORE, J. L. (hus)

MOORE, Ila L. (wife)

-10-

2699

Fallbrook Creek Watershed
(Section 25)

**Parcel 11:**

See Parcel 180, Section 24, Township 9 South, Range 4 West

**Parcel 12:**

See Parcel 182, Section 24, Township 9 South, Range 4 West

**Parcel 13:**



Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows: Beginning at a point on the West line of the Northeast Quarter of the Northwest Quarter which is 600 feet North of the Southwest Corner of the Northeast Quarter of the Northwest Quarter; thence East 462 feet to a point; thence North at right angles to intersection with Southerly right-of-way of AT&SF; thence Southwesterly along right-of-way to West line of the Northeast Quarter of the Northwest Quarter; thence South along West line to point of beginning.

Owner:

CLEMMENS, Burkley A.

**Parcels 14 & 15:**

See Parcel 184, Section 24, Township 9 South, Range 4 West.

**Parcel 16:**

A portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows: Beginning at the Northeast corner of the Northwest Quarter; thence South along East line 732.98 feet to point; thence North 89°13' West along line parallel with South line of said Northwest Quarter 853.37 feet to Southeast Corner of land conveyed to Clemmens

-11-

2700

Fallbrook Creek Watershed
(Section 25)

Parcel 16 continued:

142/43 Official Records;  thence North 0°47' East along East
line of said land 348.25 feet;  thence North 59°01' East
302.40 feet;  thence North 35°06' East 143.32 feet;  thence
North 59°18' East 167.60 feet;  thence North 87°42' East 362.99
feet to point of beginning.

Owners:

KLEIN, Elroy C. (m/m)

LOVELL, Frederick (hus)

LOVELL, Sarah I. (wife)

SECURITY TRUST & SAVINGS BANK
OF SAN DIEGO (TDTr)

JOHNSON, Victor (hus)(TDBen)

JOHNSON, Alyce (wife)(TDBen)

Parcels 17, 18 & 19:

The North 460 feet of the South 600 feet of the Northeast
Quarter of the Northwest Quarter of Section 25, EXCEPT
the West 957 feet thereof;  Also, that portion of the North-
east Quarter of the Northwest Quarter of Section 25 described
as follows:  Beginning at the Southeast Corner of the North-
west Quarter of the Northwest Quarter;  thence Westerly along
South line of said Northeast Quarter of the Northwest Quarter
363 feet, more or less, to a point of intersection with the
Easterly line of the West 957 feet of the Northeast Quarter
of the Northwest Quarter;  thence Northerly along said East
line of the West 957 feet of the Northeast Quarter of the
Northwest Quarter 140 feet;  thence Easterly along line
parallel with said line of the Northeast Quarter of the
Northwest Quarter 363 feet, more or less, to East line of
said portion;  thence Southerly along said East line 140 feet
to point of beginning.

-12-

2701

Owners (Parcels 17, 18 & 19):

    LAKE, Orson, Jr. (hus)

    LAKE, Lillian M. (wife)

    BANK OF AMERICA (TDTr)

    DAVIDSON, Andrew Park (hus)(TDBen)

    DAVIDSON, Frances L. (wife)(TDBen)


## Parcel 20X1:

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter;  thence North 600 feet;  thence East 512 feet;  thence South 150 feet to true point of beginning;  thence East 222.50 feet;  thence South 450 feet;  thence West 222.50 feet;  thence North 450 feet to true point of beginning.

Owners:

    WATKINS, H. O. (hus)

    WATKINS, Ferne A. (wife)

    BANK OF AMERICA (TDTr)

    KENNEDY, Margaret M. (TDBen)


## Parcel 20A:

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter;  thence North 600 feet;  thence East 512 feet;  thence South 150 feet; thence East 222.5 feet to true point of beginning;  thence East 222.5 feet;  thence South 450 feet;  thence West 222.5 feet;  thence North 450 feet to true point of beginning.

2702

**Parcel 20A:**

Owners:

VARGAS, Pete L. (hus)

VARGAS, Mary E. (wife)

HINKLEY, George E. (hus)(TD&ex)

HINKLEY, Edna M. (wife)(TD&ex)

SECURITY TITLE INS. CO (TDTr)

**Parcel 21:**

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest corner of the Northeast Quarter of the Northwest Quarter; thence Northerly along West line of the Northeast Quarter of the Northwest Quarter 600 feet;  thence East 800 feet to true point of beginning;  thence continuing Easterly 75 feet; thence South 150 feet;  thence West 75 feet;  thence North 150 feet to true point of beginning.

Owners:

GANT, C. E. (hus)

GANT, Ruth (wife)

**Parcel 22:**

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter; thence Northerly along West line of the Northeast Quarter of the Northwest Quarter 600 feet;  thence East 877 feet to true point of beginning;  thence continuing Easterly 75 feet; thence South 150 feet;  thence Westerly 75 feet;  thence .

-14-

Parcel 22 continued:

North 150 feet to true point of beginning.

Owners:

JONES, Carl E. (hus)

JONES, Marjorie E. (wife)

BANK OF AMERICA (TDTr)

GRIFFIN, John H. (hus)(TDBen)

GRIFFIN, Marion G. (wife)(TDBen)

Parcel 23:

Portion of the Northwest Quarter of the Northwest Quarter of
Section 25 described as follows:  Beginning at the Southwest
Corner of the Northeast Quarter of the Northwest Quarter;
thence Northerly along West line of the Northeast Quarter of
the Northwest Quarter 600 feet;  thence East 732 feet to
true point of beginning.  Thence continuing East 75 feet;
thence South 150 feet;  thence West 75 feet;  thence North
150 feet to true point of beginning.

Owners:

ROBINSON, Richard G. (hus)

ROBINSON, Dorothy E. (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN
    ASSOCIATION (TDben)

UNION TITLE INSURANCE AND TRUST
    COMPANY (TDTr)

HILL, O. E. (hus)(TDBen)

HILL, Edna L. (wife)(TDBen

-15-

2704

Parcel 24:

Portion of the Northeast Quarter of the Northwest Quarter of
Section 25 described as follows:  Beginning at the Southwest
Corner of the Northeast Quarter of the Northwest Quarter;
thence North 600 feet;  thence East 658.7 feet to true point
of beginning;  thence continuing East 73.3 feet;  thence
South 150 feet;  thence West 73.3 feet;  thence North 150
feet to true point of beginning.

Owners:

ROLL, Lloyd D. (hus)

ROLL, Rae Maxine (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN
ASSOCIATION (TDBen)


Parcel 25:

Portion of the Northeast Quarter of the Northwest Quarter of
Section 25 described as follows:  Beginning at the Southwest
Corner of the Northeast Quarter of the Northwest Quarter;
thence Northerly along West line 600 feet;  thence East
585.3 feet to true point of beginning;  thence continuing
East 73.4 feet;  thence South 150 feet;  thence West 73.4 feet;
thence North 150 feet to true point of beginning.

Owners:

SELLERS, W. G. (hus)

SELLERS, Mozelle A. (wife)

BANK OF AMERICA (TDTr)

SMITH, Floyd O. (hus)(TDBen)

SMITH, Eva H. (wife)(TDBen)

-16-

2705

**Parcel 26:**

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter; thence Northerly 600 feet;  thence East 512 feet to true point of beginning;  thence East 73.3 feet;  thence South 150 feet; thence West 73.3 feet;  thence North 150 feet to true point of beginning.

Owners:

STEFANICK, John (hus)

STEFANICK, Jennie D. (wife)

BANK OF AMERICA (TDTr)

PAULSON, Thomas V. (s/m)(TDBen)

**Parcel 27:**

Portion of the Northeast Quarter of the Northwest Quarter of Section 25;  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter;  thence North 600 feet;  thence East 448 feet to true point of beginning;  thence South 246 feet; thence East 64 feet;  thence North 246 feet;  thence West 64 feet to true point of beginning.

Owners:

BOLTON, Lauren D. (hus)

BOLTON, Ethel M. (wife)

**Parcel 28:**

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  East 129 feet of the West 512 feet of the South 354 feet of the Northeast Quarter of the Northwest Quarter.

-17-

2706

<u>Fallbrook Creek Watershed</u>
<u>(Section 25)</u>

<u>Owners (Parcel 28)</u>:

       HARRINGER, Ewald O. (hus)

       HARRINGER, Olga P. (wife)

<u>Parcel 29</u>:

       Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows: Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter; thence North 600 feet; thence East 192 feet; thence South 246 feet to true point of beginning; thence East 200 feet; thence South 354 feet; thence West 221.96 feet to point distant East 170.04 feet from the Southwest Corner of said Northeast Quarter of the Northwest Quarter; thence parallel with the West line of the Northeast Quarter of the Northwest Quarter 339.70 feet to Southeasterly Corner of land conveyed by deed 4639/2 Official Records; thence Northeasterly along said Southeasterly line of said land 25.92 feet to true point of beginning.

-18-

2707

Fallbrook Creek Watershed
(Section 25)

Parcels 30 & 31:

Portion of the Northeast Quarter of the Northwest Quarter of
Section 25 described as follows:  Beginning at the Southwest
Corner of the Northeast Quarter of the Northwest Quarter;
thence Northerly along the West line 600 feet;  thence East
192 feet to true point of beginning;  thence Easterly 256 feet;
thence South 246 feet;  thence West 256 feet;  thence North 246
feet to true point of beginning.

Owners:

LAWSON, Francis W. (hus)

LAWSON, Grace J. (wife)

Parcel 32:

Portion of the Northeast Quarter of the Northwest Quarter of
Section 25 described as follows:  Beginning at the Southwest
Corner of the Northeast Quarter of the Northwest Quarter;
thence North 228.98 feet to true point of beginning;  thence
North 371.02 feet to Northwest Corner of land conveyed to
Lloyd 4409/377 Official Records;  thence East 192 feet;  thence
South 246 feet to Southeast Corner of land of Lloyd;  thence
Southwest in direct line 226.68 feet to true point of beginning.

Owners:

DONATH & PIERCE, INC.

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

-19-

2708

Fallbrook Creek Watershed
(Section 25)

Parcel 33:

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter;  thence East along South line 170.04 feet;  thence North parallel with West line of said Northeast Quarter of the Northwest Quarter 197 feet to true point of beginning;  thence continuing North along said parallel line 142.70 feet to Southerly line of land conveyed to Donath & Pierce, Inc., 4639/2 Official Records; thence Southwesterly along said Southerly line of Donath & Pierce land 200.76 feet to Southwesterly Corner thereof;  thence Southerly along West line of the Northeast Quarter of the Northwest Quarter 31.98 feet to intersection with line drawn parallel to Southerly line of the Northeast Quarter of the Northwest Quarter through true point of beginning;  thence Easterly along said parallel line 170.04 feet to true point of beginning.

Owners:

TOR, Edward S. (hus)

TOR, Kathleen E. (wife)

WADDELL, Kenneth L., employee of Veterans Administration Regional Office (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA (TDBen)

Parcel 34:

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter; thence East along South line 170.04 feet;  thence Northerly parallel with West line 133 feet to true point of beginning; thence continuing Northerly along said parallel line 64 feet;

2709

Fallbrook Creek Watershed
(Section 25)

Parcel 34 continued:

thence Westerly parallel with South line 170.04 feet to West line of the Northeast Quarter of the Northwest Quarter; thence Southerly along West line 64 feet;  thence Easterly parallel with South line 170.04 feet to true point of beginning.

Owners:

LA FLASH, Richard Leo (hus)

LA FLASH, Lillian E. (wife)

LAND TITLE INSURANCE COMPANY (TDTr)

PAUL REVERE LIFE INSURANCE COMPANY (TDBen)


Parcel 35:

Portion of the Northeast Quarter of the Northwest Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northeast Quarter of the Northwest Quarter; thence East along South line of said Northeast Quarter of the Northwest Quarter 140.04 feet;  thence North parallel with West line 69 feet to true point of beginning;  thence continuing Northerly along said parallel line 64 feet;  thence Westerly parallel with said South line 170.04 feet to West line of the Northeast Quarter of the Northwest Quarter;  thence Southerly along said West line 64 feet;  thence Easterly parallel with South line of said Northeast Quarter of the Northwest Quarter 170.04 feet to true point of beginning.

Owners:

HANNA, Archie Hal (hus)

HANNA, Verna L. (wife)

SECURITY TRUST & SAVINGS BANK OF
   SAN DIEGO (TDTr & TDBen)

2710

Fallbrook Creek Watershed
(Section 25)

Parcel 36:

Portion of the Northeast Quarter of the Northwest Quarter of
Section 25, described as follows:  Beginning at the Southwest
Corner of said Northeast Quarter of the Northwest Quarter;
thence Easterly along South line of said Northeast Quarter of
the Northwest Quarter 170.04 feet;  thence Northerly parallel
with West line 69 feet;  thence Westerly parallel with said
South line 170.04 feet to West line of said Northeast Quarter
of the Northwest Quarter;  thence Southerly along said West
line 69 feet to point of beginning.

Owners:

MC LEAN, Donald P. (hus)

MC LEAN, Marion J. (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

Parcel 37:

Portion of the Southeast Quarter of the Northwest Quarter of
Section 25, described as follows:  Beginning at the Northeast
Corner of land known as IOOF Cemetery, Map 853;  thence North
36 feet;  thence Westerly parallel with Northerly line of said
cemetery 121.18 feet to point on Easterly line of Road Survey
387;  thence along said line South $38^\circ 22'$ West 3.5 feet;
thence along curve to right having radius of 60 feet, 128.94 feet;
thence North $18^\circ 30'$ West 157.22 feet;  thence along curve to
left having radius of 60 feet, 74.09 feet, more or less, to
point on Northerly prolongation of Westerly line of said
cemetery, said point being South 20 feet from the Northwest
Corner of the Southeast Quarter of the Northwest Quarter;
thence Southerly along said prolongation of said Westerly line

3711

Fallbrook Creek Watershed
(Section 25)

Parcel 37 continued:

to Northwest Corner of said cemetery;  thence East along
North line of cemetery to point of beginning.

Owner:

IOOF Lodge No. 339.

Parcel 38:

Portion of the West Half of the Northwest Quarter of the
Southeast Quarter of the Northwest Quarter of Section 25,
lying Northerly of the Northerly line of Road Survey 387,
and Easterly of the Easterly line of Old Survey 165.

Owners:

LUITJENS, Alvin H. (no status)

BANK OF AMERICA (TDTr)

ALLEN, Elmer (hus)(TDBen)

ALLEN, Lucille S. (wife)(TDBen)

Parcel 39:

Portion of the West Half of the Northwest Quarter of the
Southeast Quarter of the Northwest Quarter lying Southerly
and Easterly of the Southerly line of Road Survey 387,
EXCEPT the South 432 feet of the West Half of the Northwest
Quarter of the Southeast Quarter of the Northwest Quarter
of Section 25.

Owner:

CLEMMENS, Marion F.

2712

Fallbrook Creek Watershed
(Section 25)

Parcel 40:

The South 396 feet of the West 327.61 feet of the North
Half of the Southeast Quarter of the Northwest Quarter of
Section 25.

Owner:

Cemetery

Parcel 41X2:

The East Half of the Northwest Quarter of the Southeast
Quarter of the Northwest Quarter, EXCEPT the East 186.7
feet thereof.

Owner:

CLEMMENS, Florence D.

Parcel 41B & 42X2:

The East 186.68 feet of the North 267.41 feet of the
Northwest Quarter of the Southeast Quarter of the North-
west Quarter of Section 25.

Owner:

FRY, Elizabeth C.

Parcel 41A, 42A & 43:

Portion of the North Half of the Southeast Quarter of the
Northwest Quarter of Section 25 described as follows:
Beginning at a point in the East line of the West 130 feet
of the Northeast Quarter of the Southeast Quarter of the
Northwest Quarter, distant along said East line South
0°03'10" West 267.4 feet from the North line of said South-
east Quarter of the Northwest Quarter;  thence parallel with
said North line of the Southeast Quarter of the Northwest
Quarter North 89°12'30" West 316.68 feet;  thence parallel
with West line of said Northeast Quarter of the Southeast

-24-

Parcels 41A, 42A & 43 (continued):

Quarter of the Northwest Quarter South 0°03'10" West 400.24 feet to the South line of the Northwest Quarter of the Southeast Quarter of the Northwest Quarter;  thence along said South line South 89°16'15" East 186.70 feet to Southwest Corner of said Northeast Quarter of the Southeast Quarter of the Northwest Quarter;  thence along South line of said Northeast Quarter of the Southeast Quarter of the Northwest Quarter South 89°16'15" East 57.50 feet;  thence North 16°03'30" East 262.91 feet to intersection of the East line of the West 130 feet of said Northeast Quarter of the Southeast Quarter of the Northwest Quarter with South line of North 80 feet of the South Half of the Northeast Quarter of the Southeast Quarter of the Northwest Quarter;  thence along said East line of said West 130 feet North 0°03'10" East 146.14 feet to point of beginning.

Owners:

> HALLOCK, Glenn C. (hus)
>
> HALLOCK, Arsenuth Jeanne (wife)

Parcel 42B:

The West 130 feet of the North 267.41 feet of the Northeast Quarter of the Southeast Quarter of the Northwest Quarter of Section 25;  and the East 10 feet of the North 267.41 feet of the Northwest Quarter of the Southeast Quarter of the Northwest Quarter of Section 25.

Owners:

> SCHULTZ, James C. (hus)
>
> SCHULTZ, Delta A. (wife)
>
> OCEANSIDE FINANCE COMPANY (JDM)
>
> OCEANSIDE FEDERAL SAVINGS & LOAN
>     ASSOCIATION (JUDGM)

2714

Fallbrook Creek Watershed
(Section 25)

Owners, Parcel 42B Continued:

      BANK OF AMERICA (TDTr)

      FRY, Bernard H., Jr. (hus)(TDBen)

      FRY, Elizabeth C. (wife)(TDBen)


Parcels 44X1 and 44A:

The North 413.15 feet of the Northeast Quarter of the South-
east Quarter of the Northwest Quarter of Section 25  EXCEPT
the West 130 feet thereof.

  Owners:

      FORSYTH, Ian C. (hus)

      FORSYTH, Barbara (wife)

      BANK OF AMERICA (TDTr)

      WRIGHT, Darwin B. (hus)(TDBen)

      WRIGHT, Lucille A. (wife)(TDBen)


Parcel 45:

The South Half of the Northeast Quarter of the Southeast
Quarter of the Northwest Quarter of Section 25, EXCEPT
the North 80 feet thereof;  together with portion of the
North Half of the Southeast Quarter of the Southeast Quarter
of the Northwest Quarter, described as follows:  Beginning at
a point in the North line of said North Half distant 57.50
feet Easterly from center line of said Southeast Quarter of
the Northwest Quarter;  thence South $59^{\circ}53'30''$ East 189.60
feet;  thence South $89^{\circ}45'$ East 139.70 feet;  thence North
$79^{\circ}23'$ East 109.3 feet;  thence North $62^{\circ}43'$ East 150.11
feet to point in North line of said property;  thence Westerly
along North line 544.63 feet to point of beginning.

  Owner:

      PRATT, Herbert S.

2715

<u>Fallbrook Creek Watershed</u>
(Section 25)

<u>Parcels 46X1 & 46AX3:</u>

The North Half of the South Half of the Southeast Quarter of the Northwest Quarter of Section 25, except portion lying North of line described as follows:  Beginning at a point on the North line of above described property distant South 89$^{\circ}$ 16'15" East 57.50 feet from center line of the Southeast Quarter of the Northwest Quarter;  thence South 59$^{\circ}$53'30" East 189.60 feet;  thence South 89$^{\circ}$45' East 139.70 feet; thence North 79$^{\circ}$23' East 109.30 feet;  thence North 62$^{\circ}$43' East 150.11 feet to North line of said described property; also except that portion described as follows:  Beginning at the Southeast Corner of said North Half of the South Half of the Southeast Quarter of the Northwest Quarter;  thence along South line thereof Westerly 150 feet;  thence North parallel with East line thereof 225.92 feet;  thence North 62$^{\circ}$43' East 168.79 feet to East line of said Southeast Quarter of the Northwest Quarter;  thence South thereon 124.95 feet to point of beginning.

<u>Owners:</u>

SCHULTZ, James C. (hus)

SCHULTZ, Delta A. (wife)

FIRST HOLDING CORPORATION (TDTr)

SECURITY FIRST NATIONAL BANK OF
LOS ANGELES (TDBen)


<u>Parcels 46A1, 46A2 & 46A3:</u>

Not in Fallbrook Creek Watershed

-27-

2716

Fallbrook Creek Watershed
(Section 25)

**Parcels 47X4, 47D & 50:**

The South Half of the South Half of the Southeast Quarter of the
Northwest Quarter of Section 25, excepting that portion described
as follows:  Beginning at a point in the East line of said North-
west Quarter, which is distant North 0°01'20" East 243 feet from
the Southeast Corner of said Northwest Quarter;  thence parallel
with South line of said Northwest Quarter, North 89°30' West 150
feet to true point of beginning;  thence continuing North 89°20'
West 272 feet;  thence parallel with East line of said Northwest
Quarter South 0°01'30" West 243 feet to South line of said North-
west Quarter;  thence along said South line South 89°20' East 422
feet to Southeast Corner of said Northwest Quarter;  thence along
said East line of the Northwest Quarter, North 0°01'30" East
333.15 feet to Northeast Corner of said South Half of the South
Half of the Southeast Quarter of the Northwest Quarter of Section
25;  thence along North line of said South Half, North 89°19'10"
West 150 feet to a line which is drawn through the true point of
beginning parallel with said East line of the Northwest Quarter;
thence along said parallel line South 0°01'30" West 90.27 feet to
true point of beginning.  Also a portion of Lot 2 (Southwest Quarter
of the Northwest Quarter of Section 25) described as follows:
Beginning at the Northeast Corner of said Lot 2;  thence along
the North line of said Lot 2 North 89°12'30" West 432.46 feet
to Southeasterly line of right-of-way of AT&SF RR;  thence along
said Southeasterly line South 33°07'30" West 380 feet;  thence South
58°40'30" East 748.25 feet to East line of said Lot 2;  thence
thereon North 0°04'50" West 701.30 feet to point of beginning.
Excepting any portion which lies within a parcel of land conveyed
to Ellen W. Gaston 162/402 Deeds: "A square 2 acres of land commencing
at the Northwest Corner of Lot 2, Section 25."

-28-

Fallbrook Creek Watershed
(Section 25)

Owners (Parcels 47X4, 47D & 50):

SCHULTZ, James C. (hus)

SCHULTZ, Delta A. (wife)

HINCKLEY, Stewart L., State Director of
Farmers Home Administration for State
of California (TDTr)

UNITED STATES OF AMERICA, acting through
Farmers Home Administration (TDBen)


Parcels 47A, 47B & 47C:

Not in Fallbrook Creek Watershed.


Parcel 48:

Portion of Lot 2, Section 25, lying Westerly and Northwesterly
of Northwesterly line of portion of Lot 2 described in deeds
to At&SF Ry Co. and recorded in 734/217 and 352 Deeds.  Also,
all that portion of Rancho Santa Margarita y las Flores des-
cribed as follows, beginning at a point on the East boundary
line of said Rancho, distant South 7°04'52.98" West 13,559.05
feet from Corner #1 of said Rancho;  thence continuing along
said Easterly boundary line South 7°04'52.98" West 296.32
feet;  thence North 88°00'10" West 112.45 feet;  thence North
6°52'50" East 296.24 feet to one-half inch iron pin;  thence
South 88°00'10" East 113.49 feet to point of beginning.

Owners:

KOSTICH, Samuel V. (widower)

BANK OF AMERICA (TDTr)

REINEMAN, Hugo R. (hus)(TDBen)

REINEMAN, Minnie B. (wife)(TDBen)

2718

Parcel 49:

The South 1 acre of all lying Northwesterly of AT&SF RR right-of-way in Lot 2, Section 25, Township 9 South, Range 4 West.

Owner:

LOMA RANCH COMPANY

2719

Fallbrook Creek Watershed
(Section 25)

Parcel 50:

    See parcel 47X4 above.



Parcel 51:

    Portion of Lot 2 (Southwest Quarter of the Northwest Quarter) of Section 25 described as follows:  Beginning at a point on the East line of said Lot 2 distant South 701.30 feet from the Northeast Corner, said point being most Southerly Southeasterly Corner of land conveyed to Pratt Mutual Water Company by deed 2805/177 Official Records;  thence North 58°40'20" West along Southwesterly line of said land 416.25 feet to true point of beginning;  thence South 33°07'30" West along line parallel with portion of Southeasterly line of right-of-way of AT&SF 340 feet;  thence North 58°40'20" West parallel with Southwesterly line of said land conveyed to Pratt Mutual Water Company 332 feet to Southeasterly line of right of way;  thence Northeasterly along said Southeasterly line 340 feet to most Westerly corner of said land conveyed to Pratt Mutual Water Company;  thence South 58°40'20" East along Southwesterly line of said land 332 feet to true point of beginning.

Owner:

    FALLBROOK SANITARY DISTRICT


Parcel 52:

    That portion of the North 231.91 feet of the Northwest Quarter of the Northeast Quarter of Section 25 lying Westerly of the center line of County Highway which is described in 500/89 Deeds.

Owners:

    BUSENBERG, Milo O. (hus)

    BUSENBERG, Mariella (wife)

2720

**Fallbrook Creek Watershed**
**(Section 25)**

Parcel 53:

That portion of the North 480 feet of the Northwest Quarter of the Northeast Quarter of Section 25 lying Westerly of the center line of County Highway described in 500/89 Deeds, EXCEPT the North 231.91 feet thereof.

Owner:

FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 54:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25 described as follows:  Beginning at a point on the West line of said Northwest Quarter of the Northeast Quarter distant North 650 feet from the Southwest Corner, being on center line of 100-foot access highway;  thence along said West line of the Northwest Quarter of the Northeast Quarter North 202.92 feet to the Southwest Corner of land conveyed to Madley 729/53 Official Records;  thence along South line of said Madley land East 417.32 feet;  thence South 201.99 feet to center line of said access highway;  thence North 89°12'30" West 417.32 feet to point of beginning.

Owners:

WILEY, Roy O., Jr. (hus)

WILEY, Verna O. (wife)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

HARRISON, Howard V. (s/m)(TDBen)

Parcel 55:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25 described as follows:  Beginning at the Southwest Corner of the Northwest Quarter of the Northeast Quarter;  thence along West line North 650 feet to center

2721

Fallbrook Creek Watershed
(Section 25)

Parcel 55 continued:

line of 100-foot access highway;  thence continuing along West
line North 202.92 feet to Southwest Corner of land conveyed to
Madley 729/53 Official Record, and along South line of said
land South 89°05' East 417.32 feet to true point of beginning;
thence continuing along South line of land South 89°05' East
299.10 feet to center line of paved highway;  thence along
said center line of highway South 6°15' East 202.80 feet to
intersection with center line of access highway;  thence along
center line of access highway North 89°13' West 321.13 feet
to a line which bears due South from true point of beginning;
thence North 201.99 feet to true point of beginning.

Owners:

GREEN, Seth W. (hus)

GREEN, Alice M. (wife)

NIXON, Hugh (hus)

NIXON, Bernice (wife)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

SWAGERTY, Loddie E. (TDBen)

SWAGERTY, Asa Eugene (hus)(TDBen)

SWAGERTY, Mary Rogers (wife)(TDBen)


Parcel 56:

Portion of the Northwest Quarter of the Northeast Quarter
of Section 25, described as follows:  Beginning at a point in
the West line of the Northwest Quarter of the Northeast Quarter
distant North 522 feet from the Southwest Corner of the said
Northwest Quarter of the Northeast Quarter;  thence parallel
with South line of said Northwest Quarter of the Northeast
Quarter South 89°13' East 130 feet;  thence parallel with said
West line of the Northwest Quarter of the Northeast Quarter

Fallbrook Creek Watershed
(Section 25)

Parcel 56 continued:

North 128 feet to center line of 100 foot access highway; thence along said center line North $89°13'$ West 130 feet to said West line of the Northwest Quarter of the Northeast Quarter; thence along West line South 128 feet to point of beginning.

Owners:

HOPPES, Earl J. (hus)

HOPPES, Juanita L. (wife)

BANK OF AMERICA (TDTr)

KLAVITER, Emil (hus)(TDBen)

KLAVITER, Martha C. (wife)(TDBen)

Parcel 57:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25 described as follows: Beginning at a point in West line of the Northwest Quarter of the Northeast Quarter distant 450 feet North from the Southwest Corner; thence South $89°13'$ East 130 feet; thence parallel with West line of Northwest Quarter of the Northeast Quarter North 72 feet; thence North $89°13'$ West 130 feet to West line of said Northwest Quarter of the Northeast Quarter; thence along West line South 72 feet to point of beginning.

Owners:

YOUNG, Henry E. (hus)

YOUNG, Anna C. (wife)

-34-

2723

Fallbrook Creek Watershed
(Section 25)

**Parcel 58:**

Portion of the Northwest Quarter of the Northeast Quarter of Section 25 described as follows:  Beginning at a point on the West line of said Northwest Quarter of the Northeast Quarter distant North 363 feet from the Southwest Corner, said point being Northwest Corner of land conveyed to Keown 2760/207 Official Record;  thence along North line of Keown land being parallel with South line of the Northwest Quarter of the Northeast Quarter, South 89°13' East 130 feet;  thence parallel with said West line of Northwest Quarter of the Northeast Quarter North 87 feet to Southeast Corner of land conveyed to Klaviter 4197/274 Official Record;  thence along South line of said Klaviter land North 89°13' West 130 feet to West line of said Northwest Quarter of the Northeast Quarter; thence along West line South 87 feet to point of beginning.

Owners:

MATHWIG, Eugene L. (hus)

MATHWIG, Noreen S. (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN
    ASSOCIATION (TDBen)

**Parcel 59:**

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the West line of said Northwest Quarter of the Northeast Quarter distant North 273 feet from the Southwest Corner;  thence parallel with South line of said Northwest Quarter of the Northeast Quarter East 120 feet;  thence parallel with West line North 90 feet;  thence parallel with South line West 120 feet;  thence along said West line South 90 feet to point of beginning.

2724

Fallbrook Creek Watershed
(Section 25)

Owners (Parcel 59):

KEOWN, Larry H. (hus)

KEOWN, Mildred W. (wife)


Parcel 60:

Portion of the Northwest Quarter of the Northeast Quarter
of Section 25, described as follows:  Beginning at the
Southwest Corner of the Northwest Quarter of the Northeast
Quarter;  thence along West line North 273 feet;  thence
parallel with South line South 89°13' East 120 feet to
true point of beginning;  thence continuing parallel with
South line of said Northwest Quarter of the Northeast
Quarter South 89°13' East 429.71 feet to the Southwest
corner of land conveyed to Allman 2058/294 Official Record;
thence along Westerly line of Allman land to and along
Westerly line of land conveyed to Kingston 2241/368 Official
Record North 6°14' West 379.87 feet to center line of 100
foot right-of-way 1337/281 Official Record;  thence along
said center line North 87°13' West 378.45 feet, more or less
to Northeasterly corner of land conveyed to Fivash 4426/582
Official Record;  thence South 287 feet to Southeast Corner
of Fivash land;  thence along Southerly boundary thereof
North 89°13' West 10.00 feet to line which bears North
parallel with West line of said Northwest Quarter of the North-
east Quarter from true point of beginning;  thence South 90
feet to true point of beginning.

Owners:

MORRIS, John J. (hus)

MORRIS, Cecil E. (wife)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS & LOAN
    ASSOCIATION (TDBen)

Fallbrook Creek Watershed
(Section 25)

Parcel 61:

Portion of the Northwest Quarter of the Northeast Quarter
of Section 25, described as follows:  Beginning at the
Southwest Corner of the Northwest Quarter of the Northeast
Quarter;  thence along West line North 273 feet;  thence
parallel with South line South 89°13' East 779.71 feet
to center line of highway;  thence along said center line
North 6°14' West 179 feet to true point of beginning,
being Northeast Corner of land conveyed to Allman 2058/
294 Official Record;  thence continuing along said center
line North 6°14' West 200.87 feet to center line of 100
foot highway 1337/281 Official Record;  thence along said
center line North 89°13' West 230 feet;  thence South 6°14'
East 200.87 feet to Northwest Corner of said Allman land;
thence South 89°13' East 230 feet to true point of beginning.

Owners:

BRAND, Frederick (hus)

BRAND, Catherine J. (wife)


Parcel 62:

Portion of the Northwest Quarter of the Northeast Quarter
of Section 25 described as follows:  Beginning at the South-
west Corner of the Northwest Quarter of the Northeast Quarter;
thence along West line of said Northwest Quarter North 273
feet;  thence parallel with South line of the Northwest Quarter
of the Northeast Quarter South 89°13' East 549.71 feet to a
point distant North 89°13' West 230 feet from center line of
paved highway, being true point of beginning;  thence continu-
ing parallel with said South line South 89°13' East 230 feet
to said center line;  thence along said center line North 6°14'

-37-

Parcel 62 continued:

West 179 feet;  thence parallel with said South line North

89°13' West 230 feet;  thence South 6°14' East 179 feet to

true point of beginning.

Owners:

CHRISTENSEN, W yne D. (hus)

CHRISTENSEN, Frances L. (wife)


Parcel 63:

Portion of the Northwest Quarter of the Northeast Quarter

of Section 25, described as follows:  Beginning at the

Southwest Corner of the Northwest Quarter of the Northeast

Quarter;  thence North along West line 273 feet;  thence

Easterly parallel with South line to point in center line

of highway;  thence in Southeasterly direction along center

line of highway to South line of the Northwest Quarter of

the Northeast Quarter;  thence West along South line 815

feet to point of beginning. EXCEPT the West 150 feet of the
South 100 feet thereof.

Owner:

OHNGREN, Victoria


Parcel 64:

The West 150 feet of the South 100 feet of the Northwest

Quarter of the Northeast Quarter of Section 25.

Owner:

SAN DIEGO GAS & ELECTRIC CO.

2727

Fallbrook Creek Watershed
(Section 25)

Parcel 65:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25 and the Southwest Quarter of the Southeast Quarter of Section 24, described as follows: Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter of Section 25; thence along East line North 1150.64 feet; thence parallel with South line of said Northwest Quarter of the Northeast Quarter North 89°12'30" West 489.17 feet to the Southwest Corner of land conveyed 1484/325; thence parallel with said South line North 89°12'30" West 156.76 feet to West line of 40-foot right-of-way conveyed 1767/242; thence along West line North 6°14' West 29.14 feet to beginning of curve concave to East having radius of 2000 feet; thence Northeasterly along said curve 71.46 feet to true point of beginning. Thence continuing Northerly along said curve 100.20 feet; thence South 89°12'30" East 171.14 feet; thence South 100.04 feet to point which is North 100.21 feet from the Southwest Corner of land conveyed 1484/325; thence North 89°12'30" West 166.13 feet to true point of beginning.

Owners:

WRIGHT, John H. (hus)

WRIGHT, Margaret M. (wife)

ENCINITAS INVESTMENT CORPORATION (TDTr)

PRINGLE, Robert J. (hus)(TDBen)

PRINGLE, Anna M. (wife)(TDBen)

2728

Fallbrook Creek Watershed
(Section 25)

Parcel 66:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter; thence along East line North 0°03' East 1150.4 feet; thence parallel with said South line North 89°12'30" West 489.17 feet to true point of beginning, being Southwest Corner of land conveyed to Walters, 1484/325 Official Records; thence parallel with South line North 89°12'30" West 159.76 feet to West line of 40-foot right-of-way of State of California, 1767/242 Official Records; thence along said West line North 6°14' West 29.14 feet to beginning of curve concave to East, radius of 2000 feet; thence Northerly along said curve 71.46 feet; thence parallel with South line South 89°12'30" East 166.13 feet to West line of said land of Walters; thence thereon South 0°03' West 100 feet to true point of beginning.

Owners:

GROLEAU, Lawrence J. (hus)

GROLEAU, Gladys E. (wife)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

Parcel 67:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter; thence along East line North 0°03' East 967.64 feet to the Southeast Corner of land conveyed to Newton, 2037/248 Official Records; thence along boundary of Newton land parallel with South line of the Northwest Quarter of the Northeast Quarter

2720

**Parcel 67 continued:**

North 89°12'30" West 439.35 feet and North 6°14' West 83.62 feet to true point of beginning;  thence continuing along boundary of said Newton land North 89°12'30" West 186.40 feet to West line of 40 foot highway granted to State of California, 1767/242;  thence along said West line North 6°14' West 50.38 feet and thence parallel with said South line of the Northwest Quarter of the Northeast Quarter South 89°12'30" East 186.40 feet;  thence parallel with said West line South 6°14' East 50.38 feet to true point of beginning. Also, portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of said Northwest Quarter of the Northeast Quarter distant North 0°03' East 967.64 feet from Southeast Corner;  thence parallel with South line of said Northwest Quarter of the Northeast Quarter North 89°12'30" West 439.35 feet;  thence North 6°14' West 83.62 feet; thence North 89°12'30" West 186.40 feet to West line of 40-foot highway 1767/242;  thence along said West line North 6°14' West 50.38 feet to true point of beginning;  thence parallel with South line South 89°12'30" East 186.40 feet; thence parallel with West line North 6°14' West 50.38 feet to South line of land conveyed to Walters, 1484/325;  thence North 89°12'30" West along said South line of Walters land and along South line of land described in deed to Farnham 1917/271 186.40 feet to West line of 40-foot highway;  thence Southerly along said Westerly line of highway 50.38 feet to true point of beginning.

2730

Owners (Parcel 67):

        KIMBALL, Arthur S., Jr. (hus)

        KIMBALL, Dorothy L. (wife)

        BANK OF AMERICA (TDTr)

        RITTER, F. Craig (hus)(TDBen)

        RITTER, Gladys V (wife)(TDBen)

## Parcel 68:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter; thence along the East line North 699.32 feet; thence parallel with South line North 89°12'30" West 409.76 feet to true point of beginning; thence parallel with West line of 40 foot highway North 6°14' West 353.95 feet; thence parallel with South line North 89°12'30" West 186.40 feet to said West line; thence along said West line South 6°14' East 353.95 feet; thence South 89°12'30" East 186.40 feet to true point of beginning. Also, portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southeast Corner of said Northwest Quarter of the Northeast Quarter; thence along East line North 699.32 feet; thence parallel with South line West 409.76 feet to true point of beginning; thence parallel with West line of 40-foot highway South 6°14' East 100.76 feet; thence parallel with South line West 186.40 feet to said West line; thence along said West line North 6°14' West 100.76 feet; thence East 186.40 feet to true point of beginning.

-42-

2731

Owners (Parcel 68):

>LLOYD, Carlton W. (hus)
>
>LLOYD, Ruth E. (wife)
>
>BANK OF AMERICA (TDTr)
>
>MOUNT, Mavis L. (m/w)(TDBen)
>
>SECURITY TRUST & SAVINGS BANK OF
>    SAN DIEGO (TDTr & TDBen)

Parcel 69:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter; thence along East line North $0°03'$ East 499.32 feet; thence parallel with South line North $89°12'30"$ West 387.70 feet to true point of beginning; thence continuing on line parallel with South line North $89°12'30"$ West 186.40 feet to West line of 40 foot highway; thence along said West line North $6°14'$ West 100.76 feet; thence parallel with South line South $89°12'30"$ East 186.40 feet; thence parallel with said West line South $6°14'$ East 100.76 feet to true point of beginning.

Owners:

>BILLETT, Henry (hus)
>
>BILLETT, Winifred Mary (wife)
>
>BANK OF AMERICA (TDTr)
>
>KNOWLES, Mildred P. (widow)(TDBen)
>
>LAND TITLE INSURANCE COMPANY (TDTr)
>
>ACKLES, Gerald W. (hus)(TDBen)
>
>ACKLES, Ellen V. (wife)(TDBen)

2732

Fallbrook Creek Watershed
(Section 25)

Parcel 70:

Beginning at the Southeast Corner of the Northwest Quarter
of the Northeast Quarter;  thence along East line thereof
North 0°03' East 499.32 feet;  thence parallel with South
line of the Northwest Quarter of the Northeast Quarter
North 89°12'30" West 387.70 feet to true point of beginning;
thence South 6°14' East 100.76 feet;  thence parallel with
South line North 89°12'30" West 186.40 feet to West line of
40-foot highway;  thence along said West line North 6°14'
West 100.60 feet;  thence parallel with South line South
89°12'30" East 186.40 feet to true point of beginning.

Owners:

MILLER, Robert L. (hus)

MILLER, Saranda H. (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

UNION TITLE INS. & TRUST CO (TDTr)

FIRST NATIONAL BANK OF VISTA (TDBen)

Parcel 71:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 25, described as follows:  Beginning at the Southeast
Corner of the Northwest Quarter of the Northeast Quarter;
thence along East line of the Northwest Quarter of the North-
east Quarter North 0°03' East 319.32 feet to the Southeast
Corner of land conveyed to Boen 2952/91 Official Records;
thence parallel with South line of the Northwest Quarter of
the Northeast Quarter along South line of Boen land and its
Westerly prolongation North 89°12'30" West 367.85 feet to
a point in center line of 40-foot road to County of San
Diego, 1770/219 Official Records;  thence along said center

-44-

Parcel 71 continued:

line North 6°14' West 80.61 feet to the Southeast Corner
of land conveyed to Miller, 3014/84 Official Records;
being true point of beginning;  thence parallel with South
line of the Northwest Quarter of the Northeast Quarter North
89°12'30" West 186.40 feet to West line of 40-foot highway
to State of California, 1767/242 Official Records;  thence
along said West line South 6°14' East 50.38 feet;  thence
parallel with South line South 89°12'30" East 186.40 feet
to center line of 40-foot County road;  thence along said
center line North 6°14' West 50.38 feet to true point of
beginning.  Also, portion of the Northwest Quarter of the
Northeast Quarter of Section 25, described as follows:
Beginning at the Southeast Corner of the Northwest Quarter
of the Northeast Quarter;  thence along East line North
0°03' East 319.32 feet to the Southeast Corner of land
conveyed to Boen, 2952/91 Official Records;  thence along
South line of said Boen land and along South line of land
conveyed to Jenewein, North 89°12'30" West 367.85 feet to
center line of County Road 969;  thence along center line
South 6°14' East 20.15 feet to most Southerly line of
Jenewein land and true point of beginning;  thence along
said most Southerly line North 89°12'30" West 186.40 feet
to West line of 40-foot highway to State of California,
1767/242 Official Records;  thence along said West line
North 6°14' West 50.38 feet;  thence parallel with South
line South 89°12'30" East 186.40 to said center line of
County Highway 969;  thence thereon South 6°14' East
50.38 feet to true point of beginning.

-45-

2734

Fallbrook Creek Watershed
(Section 25)

Owners (Parcel 71):

    JENEWEIN, Francis A. (hus)

    JENEWEIN, Virginia Mae (wife)

    BANK OF AMERICA (TDTr)

    HOVENDEN, Glenn E. (hus)(TDBen)

    HOVENDEN, Helen R. (wife)(TDBen)

Parcel 72:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in center line of 40-foot County of San Diego Highway, 1770/219 Official Records, distant North $6^\circ 14'$ West 78.64 feet from North extremeity of 815 foot curve concave Easterly of said center line of said 40-foot highway, said curve crossing Southerly line of said Northwest Quarter of the Northeast Quarter, said point being also Northeasterly corner of land conveyed to Leyhe, 1861/478 Official Records;  thence along said center line of said 40-foot highway North $6^\circ 14'$ West 100.76 feet;  thence parallel with said South line North $89^\circ 12'30''$ West 186.40 feet to center line of County Highway 1-C, distant North $6^\circ 14'$ West 100.76 feet from Northwesterly Corner of said Leyhe land;  thence along center line of County Highway South $6^\circ 14'$ East 100.76 feet to said North-westerly Corner of Leyhe land;  thence parallel with South line and along Northerly line of Leyhe land South $89^\circ 12'30''$ East 186.40 feet to true point of beginning.

2735

Owners (Parcel 72):

        DETHLEFS, Walter E. (hus)

        DETHLEFS, Mary E. (wife)

        CLARK, Jean H. (hus)

        CLARK, Mildred C. (wife)

        UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

        FIRST NATIONAL BANK OF VISTA (TDBen)

Parcel 73:

        Not in Fallbrook Creek Watershed

Parcel 74:

        Not in Fallbrook Creek Watershed

Parcel 75A:

        Not in Fallbrook Creek Watershed

Parcel 75X1:

        Not in Fallbrook Creek Watershed

Parcel 76:

        Portion of the Northwest Quarter of the Northeast Quarter
of Section 25, described as follows:  Beginning at the South-
east Corner of the Northwest Quarter of the Northeast Quarter;
thence along East line of said Northwest Quarter of the North-
east Quarter North $0°03'$ East 199.32 feet;  thence parallel
with South line North $89°12'30"$ West 190 feet to true point
of beginning;  thence parallel with East line of the Northwest
Quarter of the Northeast Quarter North $0°03'$ East 60 feet to
Southwest Corner of land conveyed to Tomlin, 2952/89 Official
Records;  thence parallel with South line North $89°12'30"$

-47-

2736

Parcel 76 continued:

West 171.24 feet to center line of 40-foot County Highway,
1770/219 Official Records;  thence along said center line
South 6°14' East 60.45 feet to line which bears North 89°
12'30" West and parallel with South line from true point of
beginning;  thence South 89°12'30" East 164.62 feet to true
point of beginning.

Owners:

WEBER, Ernest (hus)

WEBER, Ader (wife)

SECURITY TRUST & SAVINGS BANK OF
   SAN DIEGO (TDTr)

LA JOLLA FEDERAL SAVINGS AND
   LOAN ASSOCIATION (TDBen)


Parcel 77:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 25, described as follows:  Beginning at the Southeast
Corner of the Northwest Quarter of the Northeast Quarter;  thence
along East line North 0°03' East 259.32 feet;  thence parallel
with South line North 89°12'30" West 190 feet to the Southwest
Corner of land conveyed to Sanders, 3946/61 Official Records,
and true point of beginning;  thence along West line of said
land North 60 feet;  thence North 89°12'30" West 177.85 feet
to center line of 40-foot County Highway, 1770/219 Official
Records;  thence along said center line South 6°14' East
60.45 feet to line which bears North 89°12'30" West and
parallel with South line of the Northwest Quarter of the
Northeast Quarter; from true point of beginning;  thence South
89°12'30" East 171.24 feet to true point of beginning.

Owners:

JENEWEIN, Francis A. (hus)

JENEWEIN, Virginia May (wife)

-48-

2737

Owners (Parcel 77) Continued:

 SECURITY TITLE INSURANCE CO (TDTr)

 LAGUNA FEDERAL SAVINGS & LOAN ASSN (TDBen)


Parcel 78:

 Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter, distant North 0°03' East 259.32 feet from the Southeast Corner;  thence along said East line North 0°03' East 60 feet; thence parallel with South line North 89°12'30" West 190 feet; thence parallel with East line South 0°03' West 60 feet; thence South 89°12'30" East 190 feet to point of beginning.

Owners:

 ORR, Ralph E. (hus)

 ORR, Maybelle (wife)


Parcel 79:

 Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter, distant North 0°03' East 319.32 feet from the Southeast Corner;  thence along said East line North 0°03' East 60 feet; thence parallel with South line North 89°12'30" West 190 feet; thence parallel with East line South 0°03' West 60 feet;  thence South 89°12'30" East 190 feet to point of beginning.

Owners:

 STEWART, James C., Jr. (hus)

 STEWART, Kathryn (wife)

 CORPORATION OF AMERICA (TDTr)

 BANK OF AMERICA (TDBen)

2738

Parcel 80:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter; thence along East line North 319.32 feet to Southeast Corner of land conveyed to Boen; thence along South line of Boen land West 190 feet to Southwest Corner thereof, being true point of beginning. Thence parallel with East line of the Northwest Quarter of the Northeast Quarter North 60 feet to Southeast Corner of land conveyed to Barkow; thence along South line of Barkow land West 184.46 feet to Southwest Corner thereof, being a point in the center line of 40-foot County Road; thence South along said center line to intersection with line drawn Westerly from true point of beginning, which said line is parallel with South line of the Northwest Quarter of the Northeast Quarter; thence Easterly along said parallel line 177.85 feet, more or less, to true point of beginning.

Owners:

BARKOW, Harold W. (hus)

BARKOW, Marcella C. R. (wife)

HOOVER, Louis William (hus)(Agmt Sale)

HOOVER, Lona L. (wife)(Agmt Sale)

Parcel 81:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter, distant North 0°03' East 319.32 feet from the Southeast Corner of land conveyed to Boen, 2952/91 Official Records; thence along South line of Boen land North 89°12'30" West 190 feet to the Southwest Corner thereof; thence parallel with East

2739

Parcel 81 Continued:

line North 0°03' East 60 feet to true point of beginning.

Thence continuing North 0°03' East 60 feet;  thence West

parallel with South line 191.08 feet, more or less, to point

in Easterly line of land conveyed to Miller, 3014/84 Official

Records;  thence South 6°14' East along said Easterly line of

Miller land 60.45 feet, more or less, to a point in line which

bears North 89°12'30" West from true point of beginning;  thence

South 89°12'30" East 184.46 feet to true point of beginning.

Owners:

BARKOW, Harold W. (hus)

BARKOW, Marcella C. R. (wife)

HOOVER, Louis W. (hus)(Agmt Sale)

HOOVER, Lona L. (wife)(Agmt Sale)


Parcel 82:

Portion of the Northwest Quarter of the Northeast Quarter of

Section 25, described as follows:  Beginning at a point in the

East line of the Northwest Quarter of the Northeast Quarter,

distant North 379.32 feet from the Southeast Corner;  thence

North 0°03' East 60 feet;  thence North 89°12'30" West 190

feet;  thence South 0°03' West 60 feet;  thence South 89°12'30"

East 190 feet to point of beginning.

Owners:

WOODROW, H. C. (hus)

WOODROW, Lillian L. (wife)

BANK OF AMERICA (TDTr)

ADAMS, H. H. (hus)(TDBen)

ADAMS, Iola J. (wife)(TDBen)

2740

Parcel 83:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter distant North 0°03' East 439.32 feet from the Southeast Corner; thence continuing along said East line North 0°03' East 60 feet; thence parallel with South line North 89°12'30" West 190 feet; thence parallel with East line South 0°03' West 60 feet;  thence South 89°12'30" East 190 feet to point of beginning.

Owners:

HEDLUND, Juanda L. (s/w)

BANK OF AMERICA (TDT)

KLAVITER, Emil (hus)(TDBen)

KLAVITER, Martha C. (wife)(TDBen)

Parcel 84:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at the Southeast Corner of the Northwest Quarter of the Northeast Quarter; thence along East line North 0°03' East 439.32 feet;  thence parallel with South line North 89°12'30" West 190 feet to true point of beginning, being the Northeast Corner of land conveyed to Jenewein 3259/211 Official Records;  thence parallel with East line North 0°03' East 60 feet to point in North line of land conveyed to Anthony 2162/226 Official Records; thence parallel with South line North 89°12'30" West 197.70 feet to Northeast Corner of land conveyed to Miller, 2739/395 Official Records;  thence South 6°14' East along East line of Miller land 60.25 feet to the Northwest Corner of Jenewein land;  thence along North line thereof South 89°12'30" East 191.08 feet to true point of beginning.

2741

<u>Fallbrook Creek Watershed</u>
(Section 25)

Owners (Parcel 84):

MYERS, Harry (hus)

MYERS, Pearl Jewell (wife)


Parcel 85:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 25, described as follows:  Beginning at a point on
the East line of the Northwest Quarter of the Northeast Quar-
ter distant North 0°03' East 499.32 feet from the Southeast
Corner, said point being the Southeast Corner of land described
in 1954/171 Official Records;  thence along South line of said
land North 89°12'30" West 212.54 feet to true point of beginning.
Thence parallel with East line North 0°03' East 200 feet to
North line of land described in 1954/171 Official Records;
thence along said North line North 89°12'30" West 197.22 feet
to center line of 40-foot County Highway;  thence along said
center line South 6°14' East 201.52 feet to Southwest Corner
of land described in 1954/171 Official Records;  thence along
said South line South 89°12'30" East 175.16 feet to true point
of beginning.  EXCEPT portion beginning at the Southeast Corner
of said Northwest Quarter of the Northeast Quarter;  thence
North 0°03' East 499.32 feet to Southeast Corner of land described
in 1954/171 Official Records;  thence along South line of said
land North 89°12'30" West 212.54 feet;  thence parallel with
East line of said Northwest Quarter of the Northeast Quarter
North 0°03' East 140 feet to true point of beginning; thence con-
tinuing along said parallel line North 0°03' East 60 feet to
North line of said land 1954/171 Official Records;  thence along
said North line North 89°12'30" West 197.22 feet to center line
of 40-foot County Highway;  thence along said center line South
6°14' East 60.45 feet to line which bears North 89°12'30" West

Parcel 85 continued:

from true point of beginning;  thence South 89°12'30" East

190 feet to true point of beginning.

Owners:

GALLOWAY, Ermin (hus)

GALLOWAY, Estella (wife)

Parcel 86:

Portion of the Northwest Quarter of the Northeast Quarter

of Section 25, described as follows:  Beginning at a point

in the East line of the Northwest Quarter of the Northeast

Quarter distant North 0°03' East 499.22 feet from the South-

east Corner;  thence North 0°03' East 200 feet;  thence

parallel with South line North 89°12'30" West 207.7 feet;

thence Southerly to a point which bears North 89°12'30"

West 212.54 feet from point of beginning;  thence South

89°12'30" East 212.54 feet to point of beginning.

Owner:

CHARLES E. SWISHER POST  1924,
    VETERANS OF FOREIGN WARS, a corp.

Parcel 87:

Portion of the Northwest Quarter of the Northeast Quarter of

Section 25, described as follows:  Beginning at the Southeast

Corner of the Northwest Quarter of the Northeast Quarter;

thence along East line North 0°03' East 499.32 feet to Southeast

Corner of land described in 1954/171 Official Records;  thence

along South line of said land North 89°12'30" West 212.54 feet;

thence parallel with East line North 0°03' East 140 feet to

true point of beginning;  thence continuing along said parallel

line North 0°03' East 60 feet to North line of said land 1954/171

-54-

Fallbrook Creek Watershed
(Section 25)

**Parcel 87 continued:**

Official Records;  thence along said North line North 89°12'30"
West 197.22 feet to center line of 40-foot County Highway;
thence along said center line South 6°14' East 60.45 feet to
line which bears North 89°12'30" West from true point of be-
ginning;  thence South 89°12'30" East 190.60 feet to true point
of beginning.

**Owners:**

HAWORTH, John Fletcher, Jr. (hus)

HAWORTH, Dorothy Pauline (wife)

WADDELL, Kenneth Lorain, an employe of Veterans
Administration Regional Office (TDEr)

ADMINISTRATOR OF VETERANS AFFAIRS, USA, (TDEen)

**Parcels 88 & 91:**

Portion of the Northwest Quarter of the Northeast Quarter
of Section 25, described as follows:  Beginning at a point
in the East line of the Northwest Quarter of the Northeast
Quarter, distant North 0°03' East 699.32 feet from the South-
east Corner thereof, said point being also the Southeast Cor-
ner of land described in deed to Peterson, 8 Sept 45;  thence
continuing North 0°03' East along said East line, being also
the East line of Peterson land 105 feet;  thence North 89°12'30"
West parallel with South line 421.34 feet to point in the West
line of Peterson land;  thence South 6°14' East along said
West line 105.79 feet, more or less, to Southwest Corner of
land of Peterson;  thence South 89°12'30" East along South
line of Peterson land 409.76 feet to point of beginning.
EXCEPT therefrom the East 207.77 feet.  The Westerly line of
said Easterly 207.77 feet being parallel with and distant
207.77 feet Westerly at right angles from Easterly line of
above described property;  Also, beginning at a point in East
line of the Northwest Quarter of the Northeast Quarter

-55-

274

Fallbrook Creek Watershed
(Section 25)

Parcels 88 & 91 continued:

distant North 0°03' East 804.32 feet;  thence North 89°12'30"
West 276.97 feet to true point of beginning;  thence parallel
with East line Northerly 51 feet;  thence North 89°12'30" West
150 feet;  thence South 6°14' East 51.38 feet;  thence South
89°12'30" East 144.37 feet to true point of beginning.

Owners:

PURTEE, Charles M. (hus)

PURTEE, Lena Jo (wife)


Parcel 89:

The East 207.7 feet of portion of the Northwest Quarter of
the Northeast Quarter of Section 25, described as follows:
Beginning at a point in the East line of the Northwest Quarter
of the Northeast Quarter, distant North 0°03' East 699.32 feet
from the Southeast Corner, said point being also the Southeast
Corner of land described in deed to Peterson, 8 Sept 45;  thence
continuing North 0°03' East along East line, being also East line
of land of Peterson, 105 feet;  thence North 89°12'30" West
parallel with South line 421.34 feet to point in West line of
Peterson land;  thence South 6°14' East along West line 105.79
feet, more or less, to Southwest Corner of Peterson land;  thence
South 89°12'30" East along South line of Peterson land 409.76
feet to point of beginning.

Owners:

GUST, Elmar M. (hus)

GUST, Viola (wife)


Parcel 90:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 25, described as follows:  Beginning at a point in the

2745

Fallbrook Creek Watershed
(Section 25)

**Parcel 90 continued:**

East line of the Northwest Quarter of the Northeast Quarter
distant North $0°03'$ East 804.32 feet from the Southeast Corner,
being a point in the East line of land conveyed to Peterson,
8 Sep 45;  thence North $89°12'30''$ West parallel with South
line 421.34 feet to a point in West line of Peterson land;
thence North $6°14'$ West along said West line 102.77 feet;
thence South $89°12'30''$ East parallel with South line 432.60
feet to point in East line;  thence South $0°03'$ West along
said East line 102 feet to point of beginning.  EXCEPT there-
from the Westerly 150 feet thereof, said Westerly 150 feet
being measured along line adjacent or adjoining mid point
on Westerly line of said parcel first described with mid
point on Easterly line of said parcel, the Easterly line
of said Westerly 150 feet being parallel with the East line
of parcel of land first described.

Owners:

LEATH, James Gordon (hus)

LEATH, Margaret Ann (wife)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

**Parcel 91:**

See Parcel #88 above.

2748

Fallbrook Creek Watershed
(Section 25)

Parcel 92:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter distant North $0°03'$ East 804.32 feet from the Southeast corner thereof, being a point in the East line of land conveyed to Peterson;  thence North $89°12'30"$ West parallel with South line 421.34 feet to point in West line of land conveyed to Peterson;  thence North $6°14'$ West along said West line 102.77 feet;  thence South $89°12'30"$ East parallel with South line 432.6 feet;  thence South $0°03'$ West along said East line 102 feet to point of beginning.  EXCEPTING portion lying Easterly of Easterly line of Westerly 150 feet thereof, said Westerly 150 feet being measured along line adjoining mid-point on Westerly line of said parcel first described with mid-point on Easterly line of said parcel;  the East line of said Westerly 150 feet being drawn parallel with East line of parcel first above described.  EXCEPTING also therefrom portion lying Southerly of line drawn parallel with and distant 51 feet Southerly measured at right angles from Northerly line of parcel first above described.

Owners:

LAVERY, John N., Sr. (hus)

LAVERY, Myrtle P. (wife)

BANK OF AMERICA (TDTr)

TWENTY-THIRTY CLUB OF FALLBROOK,
a corp. (TLBen)

2747

Fallbrook Creek Watershed
(Section 25)

Parcel 93:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter, distant North 0°03' East 804.32 feet from the Southeast Corner, being a point in the East line of land conveyed to Peterson, 8 Sep 45;  thence North 89°12'30" West parallel with said South line 421.34 feet to point in West line of Peterson land;  thence North 6°14' West along said West line 102.77 feet to true point of beginning.  Thence South 89°12'30" East parallel with South line 432.60 feet to point in East line of said Northwest Quarter of the Northeast Quarter;  thence North 0°03' East along said East line 61.32 feet, more or less, to Northeast Corner of Peterson land;  thence North 89°12'30" West along North line of Peterson land 439.35 feet to Northwest Corner of Peterson land;  thence South 6°14' East along West line of Peterson land 61.77 feet to true point of beginning.

Owners:

JETT, J. D. (hus)

JETT, Katherine M. (wife)

BANK OF AMERICA (TDTr)

POLLOCK, Leland H. (hus)(TDBen)

POLLOCK, Eloise B. (wife)(TDBen)

2748

Fallbrook Creek Watershed
(Section 25)

**Parcel 94:**

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at a point on the East line of the Northwest Quarter of the Northeast Quarter distant North 0°03' West 967.64 feet from the Southeast Corner; thence North 89°12'30" West 399.20 feet; thence North 6°14' West 104.38 feet; thence South 89°12'30" East 180 feet; thence South 6°14' East 20 feet; thence South 89°12'30" East to point on East line of said Northwest Quarter of the Northeast Quarter; thence South 0°03' East 83 feet to point of beginning.

Owners:

FRANCIS, Sequoyah (hus)

FRANCIS, Mable Sedell (wife)

BANK OF AMERICA (TDTr)

NEWTON, Loren Kohler (hus)(TDBen)

NEWTON, Alma Evelyn (wife)(TDBen)

**Parcel 95:**

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter, distant North 0°03' East 967.64 feet from the Southeast Corner; thence parallel with the South line North 89°12'30" West 439.35 feet; thence North 6°14' West 83.62 feet; thence North 89°12'30" West 186.40 feet to West line of 40-foot right-of-way 1767/242 Official Records; thence along West line North 6°14' West 50.38 feet; thence parallel with South line South 89°12'30" East 186.40 feet; thence parallel with said West line North 6°14' West 50.38 feet to South line of land conveyed to Walters

2740

Fallbrook Creek Watershed
(Section 25)

Parcel 95 continued:

1484/325 Official Records, said point being true point of beginning;  thence along said South line of Walters land South 89°12'30" East 180 feet;  thence South 6°14' East 80 feet;  thence North 89°12'30" West parallel with Southerly line of Walters land 180 feet to intersection with line drawn South 6°14' East from true point of beginning;  thence North 6°14' West 80 feet to true point of beginning.

Owners:

McLEAN, Parke H. (hus)

McLEAN, Bertha A. (wife)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

Parcel 96:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the East line of the Northwest Quarter of the Northeast Quarter, distant North 0°03' East 1050.64 feet from the Southeast Corner;  thence continuing North 0°03' East along said East line 100 feet to the Southeast Corner of land conveyed to Walters 1484/325 Official Records;  thence North 89°12'30" West along South line of Walters land 279.53 feet to Northeasterly corner of land conveyed to Trindle 2368/200 Official Records;  thence South 6°14' East along Easterly line of Trindle land and Southerly prolongation thereof, 100 feet more or less to intersection with line drawn parallel with South line of Walters land from point of beginning;  thence Easterly along said parallel line to point of beginning.

-61-

2750

Fallbrook Creek Watershed
(Section 25)

Owners (Parcel 96):

> BERNARDIN, Emile E. (hus)
>
> BERNARDIN, Ethel B. (wife)
>
> SECURITY TRUST & SAVINGS BANK OF
> SAN DIEGO (TDTr)
>
> LA JOLLA FEDERAL SAVINGS AND
> LOAN ASSOCIATION (TDBen)

## Parcel 97:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25 and the Southwest Quarter of the Southeast Quarter of Section 24, described as follows: Beginning at the Southeast corner of the Northwest Quarter of the Northeast Quarter; thence along East line North 0°03' East 1150.64 feet to the Southeast corner of land conveyed to Walters, 1484/325 Official Records; thence along South line of Walters land parallel with South line of the Northwest Quarter of the Northeast Quarter North 89°12'30" West 479.17 feet to true point of beginning; thence parallel with West line of Walters land North 0°03' East 40 feet; thence parallel with South line of Walters land South 89°12'30" East 50 feet; thence North 0°05'30" East 160.02 feet to North line of Walters land; thence along said North line North 89°12' West 60 feet to the Northwest Corner of Walters land; thence along Westerly boundary of Walters land South 0°22'30" West 19.97 feet and South 0°03' West 180.05 feet to Southwest Corner of Walters land; thence South 89°12'30" East 10 feet to true point of beginning.

Owners:

> GROLEAU, Lawrence J. (hus)
>
> GROLEAU, Gladys E. (wife)

2751

Parcel 98X1:

Portion of the Northwest Quarter of the Northeast Quarter of Section 25, and the Southwest Quarter of the Southeast Quarter of Section 24, described as follows:  Beginning at the Easterly terminus of the Northerly line of the Southerly 1150.64 feet of the Northwest Quarter of the Northeast Quarter;  thence North 40 feet;  thence West 170 feet;  thence North 160 feet; thence West 259.2 feet;  thence South 160.02 feet;  thence West 50 feet;  thence South 40 feet;  thence East 479.17 feet to point of beginning; Except the South 40 feet of the West 50 feet thereof, said 50 feet being measured along Southerly line of above described parcel.

Owners:

> HARVEY, Milton M. (hus)
>
> HARVEY, Thelma D. (wife)
>
> CORPORATION OF AMERICA (TDTr)
>
> BANK OF AMERICA (TDBen)
>
> UNION TITLE INSURANCE AND TRUST
>   COMPANY (TDTr)
>
> SINCLAIR, Bently W. (TDBen)

Parcel 98A:

That portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, described as follows:  Commencing at the Southeast Corner of said Northwest Quarter of the Northeast Quarter of said Section 25;  thence North 0°03' East along the East line of said Northwest Quarter of the Northeast Quarter a distance of 1150.64 feet to the Southeast Corner of the land conveyed to Harry F. Walters et ux by deed dated February 11, 1943 and recorded in Book 1484, page 325 of Official Records;  thence North 89°12'30" West along

-63-

2752

**Parcel 98A continued:**

the South line of said Walters land parallel with the South
line of said Northwest Quarter of the Northeast Quarter, a
distance of 479.17 feet to the true point of beginning, be-
ing the most Southeasterly corner of the land conveyed to
Lawrence J. Groleau, et ux, by deed dated Jan. 15, 1951
and recorded in Book 3982, page 455 of Official Records;
thence along the boundary of said Groleaus land North
0°03' East 40 feet and South 89°12'30" East 50 feet to an
angle point in the Easterly boundary of said Groleaus'
land;  thence South 0°05'30" West along the Southerly pro-
longation of a portion of said Easterly boundary 40 feet
to a point in the South line of said Walters land;  thence
North 89°13'30" West along said South line a distance of
50 feet more or less to the true point of beginning.

Owners:

PRINGLE, Robert J. (hus)

PRINGLE, Anna M. (wife)

SECURITY TITLE INS. CO. (TDTr)

HARVEY, Milton M. (hus)(TDBen)

HARVEY, Thelma D. (wife)(TDBen.

**Parcel 99:**

The South 55 feet of the North 160 feet (measured along
Easterly line) of the East 170 feet (measured along Northerly
line) of the following described property;  Those portions of
the Southwest Quarter of the Southeast Quarter of Section 24,
and the Northwest Quarter of the Northeast Quarter of Section
25, described as follows:  The Easterly 489.20 feet EXCEPT the
Northerly 313.67 feet of that portion of the Southwest Quarter
of the Southeast Quarter of Section 24:  Beginning at the South

2753

Fallbrook Creek Watershed
(Section 25)

**Parcel 99 continued:**

Quarter Corner of said Section;  thence South 88°50' East
650 feet to true point of beginning;  thence North 0°31'
East 324.60 feet to South line of land conveyed to Porter;
thence South 89°17' East along South line 663 feet to East
line of the Southwest Quarter of the Southeast Quarter;
thence South 0°08' West along East line 328.69 feet to the
Southeast Corner of the Southwest Quarter of the Southeast
Quarter;  thence West along South line 665 feet to true
point of beginning, and the Easterly 489.17 feet except the
Southerly 1150.64 feet of that portion of the Northwest
Quarter of the Northeast Quarter of Section 25, described
as follows:  That portion of the Northwest Quarter of the
Northeast Quarter of Section 25 lying and being East of
center line of County Highway.

Owner:

DEPARTMENT OF VETERANS AFFAIRS

SIMMONS, Lewis T. (Agnt to Conv)

**Parcel 100:**

The South 55 feet of the North 105 feet of the East 170 feet
of the following described property:  Those portions of the
Southwest Quarter of the Southeast Quarter, Section 24, and
the Northwest Quarter of the Northeast Quarter of Section 25:
The Easterly 489.20 feet except the Northerly 313.67 feet
thereof of that portion of the Southwest Quarter of the South-
east Quarter of Section 24:  Beginning at the South Quarter
Corner of said Section;  thence South 88°50' East 650 feet
to true point of beginning;  thence North 0°31' East 324.60
feet to the South line of land conveyed to Porter;  thence

-65-

Parcel 100 continued:

South 89°17' East along said South line 663 feet to East line

of the Southwest Quarter of the Southeast Quarter of Section

24;  thence South 0°08' West along East line of the Southwest

Quarter of the Southeast Quarter 328.69 feet to the Southeast

Corner of the Southwest Quarter of the Southeast Quarter;

thence West along South line 665 feet to true point of beginning;

and the Easterly 489.17 feet, except the Southerly 1150.64 feet,

of that portion of the Northwest Quarter of the Northeast Quarter

of Section 25 lying and being East of the center line of County

Highway.

Owners:

   CLARK, Allen B. (hus)

   CLARK, M. Virginia (wife)

   CORPORATION OF AMERICA (TDTr)

   BANK OF AMERICA (TDBen)


Parcel 101:

The North 50 feet of the East 170 feet (measured along

Northerly line) of following described property:  Those por-

tions of the Southwest Quarter of the Southeast Quarter of

Section 24 and the Northwest Quarter of the Northeast Quarter

of Section 25:  The Easterly 489.20 feet, except the Northerly

313.67 feet thereof, of that portion of the Southwest Quarter

of the Southeast Quarter of Section 24:  Beginning at the

South Quarter Corner of said Section;  thence South 88°50'

East 650 feet to true point of beginning;  thence North 0°31'

East 324.60 feet to South line of land conveyed to Porter;

thence South 89°17' East along South line 663 feet to East

line of the Southwest Quarter of the Southeast Quarter of

Section 24;  thence South 0°08' West along the East line

2755

Parcel 101 continued:

328.69 feet to the Southeast Corner of the Southwest Quarter of

the Southeast Quarter;  thence West along South line 665 feet

to true point of beginning; and the Easterly 489.17 feet,

except the Southerly 1150.64 feet, of that portion of the

Northwest Quarter of the Northeast Quarter of Section 25

lying and being East of the center line of the County Highway.

Owners:

JENSEN, Simon (hus)

JENSEN, Christine (wife)

CORPORATION CF AMERICA (TDTr)

BANK OF AMERICA (TDBen)


Parcel 102:

The North 10 acres of the Northeast Quarter of the North-

east Quarter of Section 25.

Owner:

WALTZ, William J.


Parcel 103X3:

Portion of the South 30 acres of the Northeast Quarter of

the Northeast Quarter of Section 25, described as follows:

Beginning at the Southwest corner of the Northeast Quarter

of the Northeast Quarter;  thence North 0°03' East 785 feet;

thence South 89°12'30" East 159 feet to true point of be-

ginning;  thence continuing South 89°12'30" East 95 feet;

thence North 0°03' East 197.93 feet;  thence North 89°12'30"

West 95 feet;  thence South 0°03' West 197.93 feet to true

point of beginning.

2755

Fallbrook Creek Watershed
(Section 25)

Owner (Parcel 103X3):

      BARNETT, Mary L. (un/w)

      BANK OF AMERICA (TDTr)

      BLAKEMORE, James H. (hus)(TDBen)

      BLAKEMORE, Lucile M. (wife)(TDBen)


Parcel 103A:

Portion of the Northeast Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at the Southwest corner of the Northeast Quarter of the Northeast Quarter; thence along the West line 922.93 feet, more or less, to a point distant 60 feet from the Northwest Corner of the South 30 acres of the Northeast Quarter of the Northeast Quarter and true point of beginning;  thence continuing North along said West line 60 feet to said Northeast Corner of the South 30 acres;  thence East along North line of said South 30 acres 159 feet;  thence South parallel with West line 60 feet; thence West 159 feet to true point of beginning.

Owners:

      WILLOUGHBY, Luther A. (hus)

      WILLOUGHBY, Patricia A. (wife)

      BANK OF AMERICA (TDTr)

      WALLER, N. A. (hus)(TDBen)

      WALLER, Ethel R. (wife)(TDBen)

      SAN DIEGO IMPERIAL CORP. (TDTr)

      SUBURBAN SAVINGS & LOAN ASSN (TDBen)

2757

Fallbrook Creek Watershed
(Section 25)

Parcel 103B:

Portion of the Northeast Quarter of the Northeast Quarter of
Section 25, described as follows:  Beginning at a point in
the West line of the Northeast Quarter of the Northeast Quarter
distant North 0°03' East 847 feet from Southwest corner;  thence
continuing along said West line North 0°03' East 75.93 feet to
a point distant South 0°03' West 60 feet from Northwest Corner
of the South 30 acres of the Northeast Quarter of the Northeast
Quarter;  thence parallel with North line of said South 30 acres
South 89°12'30" East 159 feet;  thence parallel with West line
South 0°03' West 75.93 feet to line drawn parallel with South
line of the Northeast Quarter of the Northeast Quarter South
89°12;30" East from point of beginning;  thence North 89°12'30"
West 159 feet to point of beginning.

Owners:

HOOK, L. Neal (hus)

HOOK, Frances K. (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

Parcel 103C:

Portion of the Northeast Quarter of the Northeast Quarter of
Section 25, described as follows:  Beginning at a point in the
West line of the Northeast Quarter of the Northeast Quarter,
distant North 0°03' East 785 feet from the Southwest Corner;
thence continuing along said West line North 0°03' East 62
feet;  thence parallel with South line South 89°12'30" East
159 feet;  thence parallel with West line South 0°03' West
62 feet;  thence North 89°12'30" West 159 feet to point of
beginning.

2758

Owners (Parcel 103C):

    PUCELLI, Frank (hus)

    PUCELLI, Anna (wife)

    GRANZELLA, Donald G. (hus)(Agmt Conv)

    GRANZELLA, Joanne L. (wife)(Agmt Conv)


Parcel 104:

    Portion of the South 30 acres of the Northeast Quarter of the Northeast Quarter of Section 25, described as follows: Beginning at the Southwest Corner of the Northeast Quarter of the Northeast Quarter;  thence North along West line 660 feet;  thence East and parallel with South line 254 feet to true point of beginning;  thence at right angles North and parallel with West line 330 feet, more or less, to North line of said South 30 acres;  thence East along said North line 274 feet;  thence South and parallel with West line 330 feet, more or less, to North line of South 660 feet of the Northeast Quarter of the Northeast Quarter;  thence West thereon 274 feet to true point of beginning.

Owners:

    PARSHALL, Arthur P. (hus)

    PARSHALL, Ethel M. (wife)

    BANK OF AMERICA (TDTr)

    NOBLE, Charles W. (hus)(TDBen)

    NOBLE, Grace (wife)(TDBen)

Fallbrook Creek Watershed
(Section 25)

Parcel 105:

Portion of the Northeast Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in the West line of the Northeast Quarter of the Northeast Quarter distant North 660 feet from the Southwest Corner;  thence East parallel with South line 254 feet;  thence North parallel with West line 125 feet;  thence West parallel with South line 254 feet to West line of the Northeast Quarter of the Northeast Quarter;  thence thereon South 125 feet to point of beginning.

Owners:

WOLFE, Eugene (hus)

WOLFE, Lillian (wife)

BANK OF AMERICA (TDTr)

GREGORY, Jacob M. (hus)(TDBen)

GREGORY, Jessie A. (wife)(TDBen)

Parcel 106:

Portion of the Northeast Quarter of the Northeast Quarter of Section 25, described as follows:  Beginning at a point in West line of the Northeast Quarter of the Northeast Quarter distant North 660 feet from the Southwest Corner;  thence East parallel with South line 528 feet;  thence South parallel with East line 165 feet;  thence West parallel with South line to a point in West line;  thence North along said West line 165 feet to point of beginning.

Owner:

WHITTEN, Ferrell E.

Parcels 107 through 153:

Not in Fallbrook Creek Watershed.

2780

Fallbrook Creek Watershed
(Section 25)

**Parcel 154:**

Portion of Lots 2 and 3 of Section 25, described as follows:
Beginning at a point in the East line of Lot 3, distant
North 0°04'50" East 1603.60 feet from the Southeast Corner
of the Southwest Quarter of the Southwest Quarter;  thence
along East line of Lot 3 and 2 North 0°04'50" East 1705.00
feet to the Southeast Corner of land conveyed to Pratt
Mutual Water Company, 2805/177;  thence along Southeasterly
line of said land North 58°40'20" West 416.25 feet to most
Easterly corner of land conveyed to Fallbrook Sanitary
District 4906/126; thence along boundary of said land South
33°07'30" West 340 feet and North 58°40'20" West 248.18
feet;  thence South 0°13'25" West 1760.71 feet to point
distant North 89°37'40" West 757.85 feet from point of
beginning;  thence South 89°37'40" East 757.85 feet to
point of beginning.

Owners:

RODGERS, Thomas B. III (hus)

RODGERS, Janet Kalker (wife)

T. STEWART HINCKLEY, State Director
    of Federal Housing Administration (TDTr)

UNITED STATES OF AMERICA, acting through
    Administrator of Federal Housing Administration (TDBen)

**Parcel 155:**

Portion of Lots 2, 3 and 4 of Section 25, described as
follows:  Beginning at a point in the Easterly line of Lot
4, distant North 0°04'50" East 693.30 feet from Southeasterly
corner;  thence North 0°04'50" East along Easterly line of
said lots 910.30 feet;  thence North 89°37'40" West 787.85
feet;  thence North 0°13'25" East 1760.71 feet, more or less
to a point in land described in 4906/126 distant North 58°40'20"
West 248.18 feet from most Southerly Corner of said land

-72-

2761

Fallbrook Creek Watershed
(Section 25)

Parcel 155 continued:

described as Parcel I; thence North 58°40'20" West along
Southwesterly line of said land 93.62 feet, more or less, to
point in Southeasterly right-of-way of AT&SF; thence South-
westerly along right of way 106.90 feet to point in Westerly
line of the land described in 1219/73; thence South 6°09'
West along Westerly line 2650.74 feet to point which bears
North 89°37'40" West from point of beginning; ~~thence South~~
~~89°37'40" West from point of beginning;~~ thence South 89°37'40"
East 1182.87 feet to point of beginning.

Owners:

DEPARTMENT OF VETERANS AFFAIRS OF THE
STATE OF CALIFORNIA

RODGERS, Thomas B. III (hus)(Agmt Conv)

RODGERS, Janet Kalker (wife)(Agmt Conv)


Parcel 156:

The Northeast Quarter of the Southwest Quarter of Section
25.

Owner:

STRATTON, Orra W. (no status)


Parcel 157:

The Northwest Quarter of the Southeast Quarter of the
Southwest Quarter of Section 25.

Owner:

JORGENSON, Bernice H. (no status)

2762

Fallbrook Creek Watershed
(Section 25)

Parcel 158X1:

The East Half of the Southeast Quarter of the Southwest

Quarter of Section 25, except the South 120 feet thereof.

Owners:

GRIFFIN, John Henderson (hus)

GRIFFIN, Marion Genereux (wife)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)


Parcel 158A:

The Southwest Quarter of the Southeast Quarter of the

Southwest Quarter of Section 25.

Owners:

WETZEL, Burt L. (hus)

WETZEL, Marjorie E. (wife)

BANK OF AMERICA (TDTr)

GRIFFIN, John H. (hus)(TDBen)

GRIFFIN, Marion G. (wife)(TDBen)


Parcel 159:

Not in Fallbrook Creek Watershed


Parcel 160:

The South Half of Lot 4 (Southwest Quarter of the Southwest

Quarter) of Section 25.

THURMAN, Leslie C.

THURMAN, Helen E.

Parcels 161 thru 163:

ATCHISON, TOPEKA & SANTA FE RAILWAY

2763

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

SECTION EIGHTEEN (18), TOWNSHIP NINE (9) SOUTH, RANGE THREE (3) WEST

ASSESSOR'S MAP  18, 9S3W

Parcels 1 through 6 (not in Fallbrook Creek Watershed)

Parcel 7

The Northeast quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

JACOBSON, Celia E. (sep prop)

KAUFMAN, Lena (Mtgee)

Parcels 8 and 17

The South Half of the West 10 acres of the Northwest Quarter of the Southeast Quarter, and the North Half of the West 10 acres of the Northwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

UHL, Sylvester J. (hus)

UHL, Gladys W. (wf)

Parcels 9 and 16

The East 10 acres of the West 20 acres of the North Half of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

MARTIN, Verne B. (hus)

MARTIN, Hazel (wf)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)

1

2764

Parcels 10 and 15X1

That portion of the East Half of the Northwest Quarter of the Southeast

Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)

West, San Bernardino Base and Meridian, described as follows:

BEGINNING at a point in the South line of the Northwest Quarter of the

Southeast Quarter distant South 89°30'10" West 372.28 feet from the

Southeast corner; thence parallel with the West line of said East Half

of the Northwest Quarter of the Southeast Quarter North 0°15'20" West

138.81 feet; thence parallel with the South line of said Northwest Quarter

of Southeast Quarter North 89°30'10" East 23.44 feet; thence parallel

with said West line North 0°15'20" West 348.50 feet; thence parallel

with said South line N orth 89°30'10" East 24.06 feet; thence parallel

with said West line North 0°15'20" West 847.31 feet  to the North line of

said Southeast Quarter; thence along said North line South  89°25'20" West

327.53 feet to the Northwest corner of saii East Half of the Northwest

Quarter of the Southeast Quarter; thence along the West line of said

East Half South 0°15'20" East 1334.16 feet to the Southwest corner of said

East Half; thence along the South line of said Northwest Quarter of the

Southeast Quarter North 89°30'10" East 280.03 feet to the point of

beginning.

EXCEPT that portion described as follows:  BEGINNING at a point in the

South line of the Northwest Quarter of the Southeast Quarter, distant

thereon North 89°30'10" East 171.53 feet from the Southwest corner of

said East Half of the Northwest Quarter of the Southeast Quarter; thence

along said South line of the Northwest Quarter of the Southeast Quarter

North 89°30'10" East 108.50 feet to the Southeast corner of parcel of

land conveyed to Thomas A. Atkisson and wife by deed recorded 12-27-49

in Book 3433, page 190, Official Records; thence along the boundary of

said Atkisson's land as follows:  N 00°15'20" West parallel with the West

line of the East Half of the Northwest Quarter of the Southeast Quarter,

138.81 feet; thence parallel with the South line of the Northwest Quarter

of the Southeast Quarter North  89°30'10" East 23.44 feet; thence parallel

2765

Parcels 10 and 15X1 (cont'd)

with the West line of the East Half of the Northwest Quarter of the
Southeast Quarter North 00°15'20" West 348.50 feet; thence parallel
with the Sputh line of the Northwest Quarter of the Southeast Quarter
North 89°30'10" East 24.06 feet; thence parallel with said West line
North 00°15'20" West 179.99 feet to the North line of the Southeast
Quarter of the Northwest Quarter of the Southeast Quarter; thence
leaving the boundary of said Atkisson's land and along said North line
South 89°27'45" West 156.00 feet to a line which bears North 00°15'20" West
from the point of beginning; thence South 00°15'20" East 667.20 feet to
the point of beginning.

Owners

ATKISSON, Thomas A. (hus)

ATKISSON, Opal Wallace (wf)


Parcels 11 and 13

That portion of the East Half of the Northwest Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Southeast corner of said Northwest Quarter of the
Southeast Quarter; thence along the East line of said Northwest Quarter
of Southeast Quarter  North 0°24'30" West 1335.07 feet to the North line
of said Southeast Quarter; thence thereon South 89°25'20" West
321.25 feet to the Northeast corner of tract of land conveyed to
Atkisson; thence along the East line of said land South 0°15'20" East
422.98 feet to a point distant North 0°15'20" West 424.33 feet from an
angle point in said East line of said land; thence parallel with the
South line of said Northwest Quarter of the Southeast Quarter North
89°30'10" East 121.33 feet; thence South 0°57'30" East 911.64 feet to
a point in said South line of the Northwest Quarter of the Southeast
Quarter distant North 89°30'10" East 180.00 feet from the Southeast corner

3

2766

Parcels 11 and 13 (cont'd)

of said land of Atkisson; thence along said South line North 89°30'10"
East 192.28 feet to the point of beginning.

Owners

BAKER, Warren D. (hus)

BAKER, Lillian (wf)


Parcels 12 and 14

That portion of the East Half of the Northwest Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Southeast corner of the Northwest Quarter of the
Southeast Quarter of said section; thence along the South line thereof
South 89°30'10" West 192.28 feet to a point distant North 89°30'10" East
180 feet from the Southwest corner of tract of land conveyed to
Floyd O. Smith and wife by deed dated 1-11-47, 3937/299 Official Records,
the true point of beginning. Thence continuing along said South line
South 89°30'10" West 180.00 feet to said Southwest corner of land of
Smith; thence following along the Westerly line of said land of Smith,
being also the Easterly line of tract of land conveyed to Atkisson and wife
by deed 3433/190 Official Records, North 0°15'20" West 138.81 feet,
North 89°30'10" East 23.44 feet, North 0°15'20" West 348.50 feet;
North 89°30'10" East 24.06 feet and North 0°15'20" West 424.33 feet;
thence parallel with the South line of said Northwest Quarter of the
Southeast Quarter North 89°30'10" East 121.33 feet; thence South 0°57'30"
East 911.64 feet to the true point of beginning.

Owners

TURNER, Tom (s/m)

BANK OF AMERICA (TDTr)

KEACH, Eckley M. (hus)(TDBen)

KEACH, Edrie (wf)(TDBen)

Parcel 13 - See Parcel 11

Parcel 14 - See Parcel 12

Parcel 15A

That portion of the East Half of the Northwest Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, described as follows:
BEGINNING at a point in the South line of the Northwest Quarter of the
Southeast Quarter, distant thereon North 89°30'10" East 171.53 feet
from the Southwest corner of said East Half of the Northwest Quarter
of the Southeast Quarter; thence along said South line North  89°30'10"
East 108.50 feet to the Southeast corner of parcel of land conveyed to
Thomas A. Atkisson and wife by deed recorded 12-27-49, 3433/190 Official
Records; thence along the boundary of said Atkisson's land as follows:
North 00°15'20" West parallel with the West line of said East Half of the
Northwest Quarter of the Southeast Quarter 138.81 feet; thence parallel
with the South line of the Northwest Quarter of the Southeast Quarter
North 89°30'10" East 23.44 feet; thence parallel with the West line of
the East Half of the Northwest Quarter of the Southeast Quarter North
00°15'20" West 348.50 feet; thence parallel with the South line of the
Northwest Quarter of the Southeast Quarter North 89°30'10" East 24.06 feet;
thence parallel with the West line North 00°15'20" West 179.99 feet to
the North line of the Southeast Quarter of the Northwest Quarter of the
Southeast Quarter; thence leaving the boundary of said Atkisson's land
and along the North line South 89°27'45" West 156.00 feet to a line which
bears North 00°15'20" West from the point of beginning; thence South
00°15'20" East 667.20 feet to the point of beginning.

Owners

MALMBERG, Edwin E. (hus)

MALMBERG, Margaret L. (wf)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

ATKISSON, Thomas A. (hus)(TDBen)

ATKISSON, Opal W. (wf)(TDBen)

5

Parcel 15X 1 – See Parcel 10

Parcel 16 – See Parcel 9

Parcel 17 – See Parcel 8

Parcels 18 and 24

> The West Half of the West Half of the Northeast Quarter of the
> Southeast Quarter of Section Eighteen (18), Township Nine (9) South,
> Range Three (3) West, San Bernardino Base and Meridian.

Owners

> DENISTON, William H. (hus)
> DENISTON, Charlotte Mary (wf)

Parcel 19

> The North 534.48 feet of the West 244.50 feet of the East Half of the
> West Half of the Northeast Quarter of the Southeast Quarter of Section
> Eighteen (18), Township Nine (9) South, Range Three (3) West, San
> Bernardino Base and Meridian.

Owners

> SAVERIEN, Gale Houston (sep prop)
> SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)
> LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

Parcel 20A

> The South 105.08 feet of the North 639.56 feet of the West 244.50 feet
> of the East Half of the West Half of the Northeast Quarter of the Southeast
> Quarter; and the South 18 feet of the North 657.56 feet of the East
> 97 feet of the West 244.50 feet of the East Half of the West Half of
> the Northeast Quarter of the Southeast Quarter of Section Eighteen (18),
> Township Nine (9) South, Range Three (3) West, San Bernardino Base and
> Meridian.

Owners

> FULLER, Evelyn M. (widow)

6

2764

Parcel 20X1 and 23X1

The Westerly 244.50 feet of the East Half of the West Half of the
Northeast Quarter of the Southeast Quarter of Section Eighteen (18),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, EXCEPT the South 105.08 feet of the North 639.56 feet thereof,
and the South 18 feet of the North 657.56 feet of the East 97 feet of
the West 244.50 feet thereof; ALSO EXCEPTING that portion BEGINNING at
a point in the South line of said Northeast Quarter of the Southeast Quarter
distant North 89°30'10" East 15 feet from the Southwest corner of said
East Half of West Half of the Northeast Quarter of the Southeast Quarter;
thence continuing along said South line North 89°30'10" East 214.50 feet;
thence parallel with the West line North 0°29'02" West 515.32 feet;
thence South 89°25'20" West 214.50 feet; thence South 0°29'02" East
514.97 feet to the point of beginning. ALSO EXCEPTING the North
534.48 feet of said West 244.50 feet.

Owners

HESS, Francis W. (hus)

HESS, Merna J. (wf)


Parcels 21 and 22X1

The East Half of the Northeast Quarter of the Southeast Quarter, and the
East Half of the West Half of the Northeast Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, EXCEPT the West 244.50 feet
thereof, AND EXCEPT that portion described as follows: BEGINNING at the
Southeast corner of the Northeast Quarter of the Southeast Quarter; thence
along the East line thereof North 0°42'50" West 315.00 feet; thence
North 82°22'20" West 143.40 feet; thence South 88°13'10" West 590.70 feet
to the East line of the West 244.50 feet of the East Half of the West Half
of said Northeast Quarter of the Southeast Quarter; thence along said East
line South 0°29'02" East 319.51 feet to the South line of said Northeast
Quarter of Southeast Quarter; thence along the South line North 89°30'10"
East 733.99 feet to the point of beginning.

2770

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcels 21 and 22X1 (cont'd)

Owners

    MORRIS, B. D., Jr. (hus)

    MORRIS, Patricia O'R. (wf)


Parcel 22A

    That portion of the Northeast Quarter of the Southeast Quarter of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows:  BEGINNING
at the Southeast corner of said Northeast Quarter of the Southeast
Quarter; thence along the East line thereof North 0°42'40" West
315.00 feet; thence North 82°22'20" West 143.30 feet; thence South
88°13'10" West 590.70 feet to the East line of the West 244.50 feet
of the East Half of the West Half of said Northeast Quarter of the
Southeast Quarter; thence along said East line South 0°29'02" East
319.51 feet to the South line of said Northeast Quarter of the
Southeast Quarter; thence along said South line North 89°30'10" East
733.99 feet to the point of beginning.

Owners

    DUNCAN , James (hus)

    DUNCAN, Edith F. (wf)


Parcel 23A

    That portion of the West 244.50 feet of the East Half of the West Half
of the Northeast Quarter of the Southeast Quarter of Section Eighteen (18),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, described as follows:  BEGINNING at a point in the South line of
said Northeast Quarter of the Southeast Quarter distant North 89°30'10" East
15 feet from the Southwest corner thereof; thence continuing along the
South line North 89°30'10" East 214.50 feet; thence parallel with the West
line North 0°29'02" West 515.32 feet; thence South 89°25'20" West 214.50 feet
thence  South 0°29'02" East 514.97 feet to the point of beginning.

?771

Parcel 23A (cont'd)

Owners

CAMPBELL, Phillip F. (hus)

CAMPBELL, Bethena E. (wf)

BANK OF AMERICA (TDTr)

HESS, Francis W. (hus)(TDBen)

HESS, Merna J. (wf)(TDBen)

Parcel 24 - See Parcel 18

Parcel 25

The West 180 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owner

STAHL, William V. (widower)

Parcel 26

The North Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the East 694.43 feet thereof. ALSO EXCEPT the West 180 feet thereof. ALSO EXCEPT that portion described as follows: BEGINNING at the Northeast corner of said Southeast Quarter of the Southeast Quarter; thence along the East line of said Section Eighteen (18) South 0°42'40" East 668.45 feet to the Southeast corner of said North Half of the Southeast Quarter of the Southeast Quarter; thence along the South line of said North Half South 89°32'30" West 694.43 feet to true point of beginning. Thence parallel with the East line of said Section Eighteen (18) North 0°42'40" West 308.56 feet; thence South 89°26'20" West 100 feet; thence parallel with said East line of Section Eighteen (18) South 0°40'40" East 120.24 feet; thence South 89°48'20" West 332.78 feet to the East line of the West 180 feet of said North Half; thence along said East line South 0°53'40" East 189.68 feet

9

2772

Parcel 26 (cont'd)

to the South line of said North Half; thence along said South line

North 89°32'30" East 433.76 feet to the true point of beginning.

Owners

WHITTEMORE, Edward R. (hus)

WHITTEMORE, Alice (wf)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)


Parcel 27X1

That portion of the North Half of the Southeast Quarter of the Southeast

Quarter of Section Eighteen (18), Township Nine (9) South, Range Three

(3) West, San Bernardino Base and Meridian, described as follows:

BEGINNING at the Northeast corner of said Southeast Quarter of the

Southeast Quarter; thence along the East line of said Section Eighteen

(18) South 0°42'40" East 668.45 feet to the Southeast corner of said

North Half of the Southeast Quarter of the Southeast Quarter; thence along

the South line of said North Half South 89°32'30" West 694.43 feet to the

true point of beginning.  Thence parallel with the East line of said

Section Eighteen (18), North 0°42'40" West 308.56 feet; thence

South 89°26'20" West 100 feet; thence parallel with said East line of

Section Eighteen (18) South 0°42'40" East 120.24 feet; thence South

89°48'20" West 332.78 feet to the East line of the West 180 feet of said

North Half; thence along said East line South 0°24'30" East 189.68 feet

to the South line of said North Half; thence along said South line

North 89°32'30" East 433.76 feet to true point of beginning.

EXCEPTING that portion of the North Half of the Southeast Quarter of the

Southeast Quarter of said Section  Eighteen (18) described as follows:

BEGINNING at the Northeast corner of the  Southeast Quarter of the South-

east Quarter; thence along the East line South 0°42'40" East 668.45 feet

to the Southeast corner of the North Half of the Southeast Quarter of the

Southeast Quarter; thence along the South line South 89°32'30" West  694.43 feet;

2773

**Parcel 27X1** (cont'd)

thence North 0°42'40" West 80 feet to the true point of beginning.
Thence North 0°42'40" West 228.56 feet to the Northeast corner of land
conveyed to W. H. Williams and wife by deed recorded in Book 3358 at
page 434 of Official Records; thence along the North line of said
Williams' land South 89°26'20" West 100 feet; thence along the West line
of Williams' land and its Southerly prolongation South 0°42'40" East
228.39 feet to a line drawn parallel with the South line of the North
Half of the Southeast Quarter of the Southeast Quarter South 89°32'30"
West from the true point of beginning; thence North 89°32'30" East
100 feet to the true point of beginning.

**Owners**

WILLIAMS, W. H. (hus)

WILLIAMS, Elizabeth H. (wf)


**Parcel 27A**

That portion of the North Half of the Southeast Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Northeast corner of the Southeast Quarter of the
Southeast Quarter; thence along the East line South 0°42'40" East 668.45
feet to the Southeast corner of the Southeast Quarter of the Southeast
(of the North Half/) Quarter; thence along the South line South 89°32'30" West 694.43 feet;
thence North 0°42'40" West 80 feet to the true point of beginning.
Thence North 0°42'40" West 228.56 feet to the Northeast corner of land
conveyed to W. H. Williams and wiife by deed recorded in Book 3358 at
page 434, Official Records; thence along the North line of Williams'
land South 89°26'20" West 100 feet; thence along the West line of Williams'
land and its Southerly prolongation South 0°42'40" East 228.39 feet
to a line drawn parallel with the South line of the North Half of the
Southeast Quarter of the Southeast Quarter South 89°32'30" West from the
true point of beginning; thence North 89°32'30" East 100 feet to the
true point of beginning.

2774

Parcel 27A (cont'd)

Owners

    KRAMER, Eddie A. (hus)

    KRAMER, Emma E. (wf)

Parcel 28

    The West 273.96 feet of the East 694.43 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the South 350 feet thereof.

Owners

    WARREN, Charlie S. (hus)

    WARREN, Grace B. (wf)

    BANK OF AMERICA (TDTr)

    O'CONNOR, Rosaline (widow)(TDBen)

Parcel 29

    The West 101.74 feet of the East 420.47 feet of the North 120 feet of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) East, San Bernardino Base and Meridian.

Owners

    DONATH, David C. (hus)

    DONATH, Kathryn Jane (wf)

    CORPORATION OF AMERICA (TDTr)

    BANK OF AMERICA (TDBen)

Parcel 30

    The East 318.73 feet of the North 120 feet of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

2775

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 30 (cont'd)

Owners

DEPARTMENT OF VETERANS AFFAIRS OF THE STATE OF CALIFORNIA

MASON, Billy S. (hus)(Agreement to Convey)

MASON, June (wf) (Agreement to Convey)


Parcel 31X3

The Easterly 694.43 feet of the North Half of the Southeast Quarter of
the Southeast Quarter of Section Eighteen (18), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the
Northerly 120 feet of the Easterly 420.47 feet; and EXCEPT the
Northerly 319.50 feet of the Westerly 273.96 feet; and EXCEPT the
Southerly 291.56 feet of the Westerly 238 feet; and EXCEPT the Southerly
257 feet of the Easterly 456.43 feet thereof.

Owners

O'ROURKE, Thomas J. (hus)

O'ROURKE, Louise M. (wf)


Parcel 31A

The Northerly 65 feet of the Southerly 165 feet of the Easterly 120 feet
of the North Half of the Southeast Quarter of the Southeast Quarter of
Section Eighteen (18),Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian.

Owners

CAIN, Charles R. (hus)

CAIN, Jo Elva L. (wf)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

SECURITY TITLE INSURANCE COMPANY (TDTr)

O'ROURKE, Thomas J. (hus)(TDBen)

O'ROURKE, Louise M. (wf)(TDBen)


13

2770

Parcel 31B

The Southerly 257 feet of the Easterly 456.43 feet of the North Half

of the Southeast Quarter of the Southeast Quarter of Section Eighteen

(18), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, EXCEPT the Southerly 100 feet of the Easterly

300 feet thereof; and EXCEPT the Northerly 137 feet of the Southerly

237 feet of the Easterly 180 feet thereof.

Owners

BEAIRSTO, John R. (hus)

BEAIRSTO, Shirley Ann (wife)

SAN DIEGO PROPERTIES, INC. (TDTr)

SEACOAST SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 31C

The Northerly 137 feet of the Southerly 237 feet of the Easterly

180 feet of the North Half of the Southeast Quarter of the Southeast

Quarter of Section Eighteen (18), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, EXCEPT the

Southerly 65 feet of the Easterly 120 feet thereof.

Owners

O'ROURKE, Thomas J. (hus)

O'ROURKE, Louise M. (wf)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

2777

Parcel 32

The South 100 feet of the East 300 feet of the North Half of the Souteast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

TROTTER, Edna Lee (widow)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

O'ROURKE, Thomas J. (TDBen)

O'ROURKE, Louise M. (TDBen)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

Parcel 33

The Westerly 238 feet of the Easterly 694.63 feet of the Southerly 291.56 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

BEAIRSTO, John R. (hus)

BEAIRSTO, Shirley Ann (wf)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

O'ROURKE, Thomas J. (hus)(TDBen)

O'ROURKE, Louise M. (wf)(TDBen)

2778

Parcel 34

That portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:

BEGINNING at the Northeast corner of said South Half of the Southeast Quarter of the Southeast Quarter of said Section Eighteen (18); thence along the North line of said South Half South 89°32'30" West 311.65 feet to the true point of beginning.  Thence continuing along said North line South 89°32'30" West 253.56 feet to the Northwesterly corner of tract of land conveyed to Hildebrand by Phelps, recorded in Book 2075 of Official Records at page 261; thence along the Westerly boundary of said Hildebrand's land South 33°28'40" West 378.84 feet and South 0°24'30" East 98.17 feet; thence South 36°21'East 60.53 feet; thence South 79°23' East 133.76 feet; thence North 71°58' East 113.36 feet; thence South 54°55'30" East 205.00 feet to center line of U. S. Highway 395, being a point in a curve concave to the Northwest having a radius of 500 feet; thence Northeasterly along said curve 39.03 feet to the end of said curve; thence on a tangent to said curve North 49°52'30"East 78.26 feet to a point which bears South 7°39'30" East 192.77 feet and South 8°32' East 310.31 feet from the true point of beginning; thence North 8°32' West 310.31 feet; thence North 7°39'30" West 192.77 feet to the true point of beginning.

Owners

HURTY, Ralph O. (hus)

HURTY, Frances E. (wf)

HURTY, Sanna T. (widow)

BANK OF AMERICA (TDTr)

WASHBURN, Ira B. (un/m)(TDBen)

2779

### Parcel 35

That portion of the South Half of the Southeast Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three
(3) East, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Northeast corner of said South Half of the Southeast
Quarter of the Southeast Quarter of said section; thence South
89°32'30" West along the North line of said South Half of the Southeast
Quarter of the Southeast Quarter 291.65 feet; thence South 7°39'30" East
100.74 feet; thence North 89°32'30" East to a point in the East line
of Section 18; thence along the East line North 0°42'40" West 100 feet
to the point of beginning.

of the South Half/
ALSO, BEGINNING at the Northeast corner/of the Southeast Quarter of the
Southeast Quarter of said Section Eighteen (18); thence South 89°32'30"
West 291.65 feet to the true point of beginning.  Thence continuing
South 89°32'30" West 20 feet; thence South 7°39'30" East 100.74 feet;
thence North 89°32'30" East 20 feet; thence North 7°39'30" West
to true point of beginning.

### Owners

BURT, Jerry F. (hus)

— BURT, Catherine T. (wf)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBem)

2780

Parcel 36X1

That portion of the Southeast Quarter of the Southeast Quarter of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southeast
corner of said Section Eighteen (18); thence along the East line thereof
North 0°42'40" West 373.30 feet to the center line of Mission Road 1-C;
thence continuing along said East line North 0°42'40" West 64.46 feet to
the Northeast corner of land conveyed to Arthur S. Kimball, Jr., and wife
by deed recorded in Book 5726 of Official Records at page 121, and the
true point of beginning.  Thence along the North line of Kimball's land
South 89°46'30" West 141.66 feet (record 141.43 ft.) to the East line of
land conveyed to Raymond A. Grantham and wife by deed recorded in Book
5661 at page 137 of Official Records; thence along said Easterly line
North 6°14'50" West 131.19 feet to the South line of land conveyed to
Jerry F. Burt and wife by deed recorded in Book 4692 at page 181 of
Official Records; thence along said South line South 89°32'30" East
154.32 feet to the East line of Section Eighteen (18); thence along
said East line South 0°42'40" East 130.69 feet to the true point of
beginning.

Owners:

       McTAVISH, Earl E. (hus)

       McTAVISH, Neola C. (wf)

       CONTINENTAL AUXILIARY COMPANY (TDTr)

       BANK OF AMERICA (TDBen)

2781

Parcel 36A

That portion of the Southeast Quarter of the Southeast Quarter of the
Southeast Quarter of Section Eighteen (18), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, described as
follows:  BEGINNING at the Southeast corner of Section Eighteen (18);
thence North 0°42'40" West 373.3 feet to a point in the center line of
U. S. Highway 395 which is the true point of beginning.  Thence con-
tinuing North 0°42'40" West 64.46 feet; thence South 89°46'30" West
141.43 feet; thence South 6°14'50"East 166.62 feet to a point in the
center line of U. S. Highway 395; thence North 49°52'30" East along said
Highway 162.28 feet to the true point of beginning.

Owners

KIMBALL, Arthur S., Jr. (hus)

KIMBALL, Dorothy L. (wf)


Parcel 37

That portion of the Southeast Quarter of the Southeast Quarter of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at the
Northeast corner  of the South Half of the Southeast Quarter of the
Southeast Quarter of Section Eighteen (18); thence South 89°32'30" West
along the Northerly line of said South Half a distance of 311.65 feet
to the Northeast corner of land conveyed to Ira B. Washburn; thence
South 7°39'30" East  along the Easterly line of said land 100.74 feet to
the true point of beginning.  Thence continuing along said Easterly line
South 7°39'30" East 92.03 feet and South 8°32' East 310.31 feet to the
Southwest corner of land conveyed to McTavish; thence North 49°52'30" East
along the Southeasterly line of said land 156.32 feet; thence leaving
said Southeasterly line North 6°14'50" West 276.19 feet to the Southerly
line of land conveyed to Burt and wife; thence South 89°32'30" West along the
Southerly.   line of said land and along the Westerly prolongation of the
Southerly line 145.14 feet to the true point of beginning.

2782

Parcel  37 (cont'd)

Owners:

     GRANTHAM, Raymond A. (hus)

     GRANTHAM, Naomi M. (wf)


Parcel 38

That portion of the Southeast Quarter of the Southeast Quarter of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at the
Northeast corner of the South Half of the Southeast Quarter of the
Southeast Quarter of said Section Eighteen (18); thence along the North
line of said South Half South 89°32'30" West 565.21 feet to the Northwesterly
corner of tract of land conveyed to Hildebrand by deed recorded in Book
2075 at page 261 of Official Records; thence along the Westerly line of
Hildebrand's land South 33°28'40" West 378.84 feet and South 0°24'30" East
97.17 feet to the true point of beginning.  Thence South 36°21' East
60.53 feet; thence South 79°22' East 133.76 feet; thence North 71°58' East
113.36 feet; thence South 54°55'30" East 205 feet to the center line of
US Highway 395 being a point in a curve concave to the Northwest and
having a radius of 500 feet; thence Southwesterly along said curve
310.03 feet to the end thereof; thence South 0°07'30" East 4.45 feet to
the South line of said Section Eighteen (18); thence along the South line
of said section South 89°35' West 150.74 feet to the Southwest corner of
Hildebrand's land; thence along the Westerly line of said Hildebrand's
land North 0°24'30" West 255.42 feet to the true point of beginning.

Owners

     BENSON, George W. (hus)

     BENSON, Sophia N. (wf)

2783

Parcel 39

The Northerly 69.95 feet of the Westerly 311.33 feet of the South Half
of the Southeast Quarter of the Southeast Quarter of Section Eighteen
(18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian.

Owners

SWANSON, Oscar A. (hus)

SWANSON, M. Louise (wf)

WADDELL, Kenneth Lorain, an employee of the Veterans Administration
    Regional Office (TDTrustee)

Administrator of Veterans Affairs, U. S. A. (TDBen)

Parcel 40

The South 69.95 feet of the North 139.90 feet of the West 311.33 feet of
the South Half of the Southeast Quarter of the Southeast Quarter of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian.

Owners

KEOWN, Larry H. (hus)

KEOWN, Mildred W. (wf)

Parcel 41

The South 69.95 feet of the North 209.90 feet of the West 311.33 feet
of the South Half of the Southeast Quarter of the Southeast Quarter of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian.

Owners

BOLTON, Lloyd Richard (hus)

BOLTON, Emma C. (wf)

2784

Parcel 42

The South 69.95 feet of the North 279.80 feet of the West 311.33 feet

of the South Half of the Southeast Quarter of the Southeast Quarter

of Section Eighteen (18), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian.

Owners

NETTELS, Edward F. (hus)

NETTELS, Shirley Ann (wf)

McCURNIN, Jack (hus)(Agmt Sale)

McCURNIN, Marcia (wf)(Agmt Sale)

LAND TITLE INSURANCE COMPANY (TDTr)

PALOMAR SAVINGS AND LOAN ASSOCIATION (TDBen)

FALLBROOK LUMBER COMPANY (Mtgee)


Parcel 43

That portion of the South Half of the Southeast Quarter of the Southeast

Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)

West, San Bernardino Base and Meridian, described as follows:  BEGINNING

at a point in the North line of said South Half of the Southeast Quarter of

the Southeast Quarter, distant North 89°32'30" West 311.33 feet from the

Northwest corner of said South Half; thence along  said North line North

89°32'30" East 431.65 feet to the Northeast corner of tract of land con-

veyed to McDonald; thence along the Southeasterly line of said land South

33°28'40" West 227.94 feet; thence South 77°20'West 104.12 feet; thence

South 58°04' West 238.08 feet to a point in the East line of the West

311.33 feet of said South Half of the Southeast Quarter of the Southeast

Quarter, distant South 0°24'30" East 336.03 feet from the point of beginning;

thence North 0°24'30" West 336.03 feet to the point of beginning.

Owners

HART, H. A. (hus)

HART, Olive (wf)

BANK OF AMERICA (TDTr)

WALLACE, Lawrence A. (hus)(TDBen)
WALLACE, Helen L. (wf)(TDBen)

22

2785

<u>Fallbrook Creek Watershed (Sec 18 - 9S 3W)</u>

<u>Parcel 44</u>

That portion of the South Half of the Southeast Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Northwest corner of said South Half of the Southeast
Quarter of the Southeast Quarter; thence along the North line of said
South Half North 89°32'30" East 311.33 feet to intersection with the East
line of the West 311.33 feet of said South Half of the Southeast Quarter
of the Southeast Quarter; thence parallel with the West line of said
Southeast Quarter of the Southeast Quarter South 0°24'30" East 336.03 feet
to the Southwest corner of tract of land conveyed to Willard R. O'Neal
by deed recorded in Book 3350 at page 495 of Official Records, being the
true point of beginning. Thence along the Southeasterly line of said
O'Neal land North 58°04' East 238.08 feet and North 77°10' East 104.12 feet
to the Southeasterly line of tract of land conveyed to Ernest T. McDonald
by deed recorded in Book 2853 at page 59 of Official Records; thence
along the Southeasterly and Easterly line of said McDonald land South
33°28'40" West 150.90 feet and South 0°24'30" East 84.54 feet; thence
parallel with the South line of Section Eighteen (18) South 89°35' West
100 feet; thence North 81°07' West 122.08 feet to a line which bears
South 0°24'30" East from the true point of beginning; thence North
0°24'30" West 43.09 feet to the true point of beginning.

<u>Owners</u>

REITENBACH, Francis J. (hus)

REITENBACH, Ruth E. (wife)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

2786

Parcel 45

That portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:

BEGINNING at the Northwest corner of said South Half of the Southeast Quarter of the Southeast Quarter of said section; thence along the North line of said South Half North 89°32'30" East 742.98 feet; thence South 33°28'40" West 378.84 feet; thence South 0°24'30" East 84.54 feet to the true point of beginning. Thence, parallel with the South line of said Section Eighteen (18), South 89°35' West 100 feet; thence North 81°07' West 122.08 feet to the East line of the West 311.33 feet of said South Half of the Southeast Quarter of the Southeast Quarter; thence along said East line South 0°24'30" East 288.64 feet to the South line of said Section Eighteen (18); thence along said South line North 89°35' East 120.48 feet to the Southwest corner of parcel of land conveyed to R. E. Mapes by deed recorded in Book 3294 at page 253 of Official Records; thence along the West line of said Mapes land North 0°24'30" West 263.00 feet to the Northwest corner of said Mapes land; thence along the North line of said Mapes land North 89°35' East 100 feet to the Northeast corner of said Mapes land; thence North 0°24'30" West 6.05 feet to the true point of beginning.

Owners

MAPES, Robert E. (hus)

MAPES, Evelyn Mae (wf)

2787

Parcel 46

That portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of said South Half of the Southeast Quarter of the Southeast Quarter; thence along the West line of said South Half North 0°24' West 667.52 feet to the North line of said South Half; thence thereon North 89°32'30" East 742.98 feet; thence South 33°28'40" West 378.84 feet; thence South 0°24'30" East 90.59 feet to the true point of beginning.  Thence continuing South 0°24'30" East 263.00 feet to the South line of said Southeast Quarter of the Southeast Quarter; thence thereon South 89°35' West 100.00 feet; thence North 0°24'30" West 263.00 feet to intersection with line which bears South 89°35' West from the true point of beginning; thence North 89°35' East 100 feet to the true point of beginning.

Owners

MAPES, Robert E. (hus)

MAPES, Evelyn Mae (wf)

CORPORATION OF AMERICA (TDTr)

CENTRAL BANK (TDBen)

2788

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcels 47X2 and 47A

The West 311.33 feet of the South Half of the Southeast Quarter of the
Southeast Quarter of Section Eighteen (18), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, EXCEPTING
the North 279.80 feet thereof and ALSO EXCEPTING that portion
described as follows:  BEGINNING at the Northwest corner of the South
Half of the Southeast Quarter of the Southeast Quarter of said Section
Eighteen (18); thence along the North line thereof North 89°32'30" East
311.33 feet; thence parallel with the West line of the South Half of the
Southeast Quarter of the Southeast Quarter South 0°24'30" East 279.80
feet to the true point of beginning.  Thence parallel with said North
line South 89°32'30" West 140.00 feet; thence parallel with the West
line South 0°24'30" East 95 feet; thence parallel with the North line
North 89°32'30" East 140 feet; thence parallel with the West line
North 00°24'30" West 95 feet to the true point of beginning.

Owners

McDONALD, Ernest T. (hus)

McDONALD, Eva (wf)

Parcel 47B

That portion of the South Half of the Southeast Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, described as follows:  BEGINNING
at the Northwest corner of the South Half of the Southeast Quarter of the
Southeast Quarter; thence along the North line thereof North 89°32'30" East
311.33 feet; thence parallel with the West line of said South Half South
00°24'30" East  279.80 feet to the true point of beginning.  Thence parallel
with  the North line South 89°32'30" West 140 feet; thence parallel
with the West line South 00°24'30" East 95 feet; thence parallel with the North
line North 89°32'30" East 140 feet; thence parallel with the West line
North 00°24'30" West 95 feet to the true point of beginning.

Owners

MILES, Lunsford (hus)

MILES, Lisle (wf)

26

2788

Parcel 48

The North Half of the East Half of the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPTING the East 261.06 feet thereof.

Owners

KEOUGH, Berne M. (hus)

KEOUGH, Frances A. (wf)

BANK OF AMERICA (TDTr)

ELLIOTT, James E. (hus)(TDBen)

ELLIOTT, Grace A. (wf)(TDBen)

Parcel 49



The East 261.06 feet of the Northeast Quarter of the Southwest Quarter of the Southeast Quarter; and the East 261.06 feet of the North Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

WILLIAMS, L. C. (hus)

WILLIAMS, Gail (wf)

Parcel 50

The North Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPTING the East 261.06 feet thereof.

Owners

SCHMIDT, Eno A. (hus)

SCHMIDT, Mildred A. (wf)

2730

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 51

The South Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the West 132 feet thereof.

Owners

BOLTON, Lauren D. (hus)

BOLTON, Ethel M. (wf)

Parcel 52

The West 132 feet of the South Half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners

BEIGHTOL, Ralph A. (hus)

BEIGHTOL, Doris L. (wf)

Parcel 53 (See Parcel 79, Section 17)

Parcel 54

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter)

of Section Eighteen (18), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, described as follows: BEGINNING at a

point on the Westerly line of Lot 2 distant thereon North 0°06' East

252.80 feet from the Southwest corner of the North 665 feet of said lot;

thence North 89°25'20" East 195 feet; thence South 0°06' West 244.80 feet;

thence North 89°25'20" East 449.84 feet; thence North 0°02'20" East

655 feet to the Northerly line of Lot 2; thence South 89°25'20" West

644.14 feet to the Northwest corner thereof; thence South 0°06' West

to the point of beginning. Also the North 10 feet of the South 20 feet

of the North 670 feet of the East Half of Lot 2, and the South 40 feet

of the East 40 feet of Lot 2.

Owners:

YACKEY, George F. (hus)

YACKEY, Alma H. (wf)

29

2792

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 55X1

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter)
of Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows:
BEGINNING at the Southwest corner of the North 665 feet of Lot 2;
thence North 89°25'20" East  644.85 feet to the true point of beginning.
Thence North 0°02'20" East 665 feet to the Northerly line of Lot 2;
thence North 89°25'20" East 644.14 feet; thence South 0°01'20" East
670 feet; thence South 89°25'20" West 644.86 feet; thence North 0°02'20" East
5 feet to the true point of beginning.  EXCEPTING the Northerly 10 feet
of the Southerly 20 feet of Lot 2.

Owners:

McDONALD, Baylis M. (hus)

McDONALD, Opal B. (wf)


Parcel 55A

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter)
of Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows:   BEGINNING at the
Southwest corner of the North 665 feet of Lot 2; thence North 0°06' East
252.80 feet; thence North 89°25'20" East 195 feet; thence South 0°06' West
242.80 feet; thence North 89°25'20" East 449.84 feet; thence South
0°02'20" West 10 feet to the South Line of the North 665 feet of Lot 2;
thence South 89°25'20" West to the point of beginning.

Owners

ROBINSON, J. D. (hus)

ROBINSON, Laura A. (wf)

2793

**Parcel 56**

All that portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:   BEGINNING at the intersection of the East line of said Lot 2 with the South line of the North 670 feet of Lot 2; thence along said East line of Lot 2 South 0°01'20" East 337.66 feet; thence parallel with the North line of said Lot 2 South 89°25'20" West 645 feet, more or less, to the East line of tract of land conveyed to Andrew Schmitt by deed recorded in Book 3887 at page 445, Official Records; thence North 0°02'20" East along said East line of Schmitt land 337.66 feet, more or less, to intersection with the South line of the North 670 feet of said Lot 2; thence along the South line of the North 670 feet of said Lot 2; thence North 89°25'20" East 644.86 feet, more or less, to the point of beginning.

Owners

ENANDER, Ralph K. (hus)

ENANDER, Joan C. (wf)


**Parcel 57**

All that portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point on the Easterly line of Lot 2 distant South 0°01'20" East 1007.66 feet from the Northeast corner of said Lot 2, said point being also the Southeasterly corner of land conveyed to Ralph K. Enander and wife by deed recorded in Book 3970 at page 299 of Official Records; thence continuing South 0°01'20" East 319.70 feet to the Southeast corner thereof; thence South 89°32'30" West 645.55 feet to the Southeast corner of land conveyed to Andrew Schmitt by deed recorded in Book 3887 at page 445 of Official Records; thence North 0°02'20" East along the Easterly line of Schmitt's land 318.37 feet to the Southwest corner of land conveyed to Enander; thence North 89°25'20" East 645.21 feet to East line of said Lot 2 and point of beginning.  EXCEPT the Easterly 40 feet of the Southerly 40 feet thereof.

OWNERS:            NEISWENDER, Chester B. (hus)

NEISWENDER, Amy (wf)

31

2794

Parcel 58

All that portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of Lot 2; thence North along the West line thereof 659.70 feet to the South line of the North 665 feet of Lot 2; thence along said South line of the North 665 feet of Lot 2 North 89°25'20" East 644.85 feet; thence South 0°02'20" West 661.03 feet to the South line of Lot 2; thence thereon South 89°32'30" West 645.55 feet to the point of beginning. EXCEPTING therefrom that portion described as follows: BEGINNING at a point on the West line of Section Eighteen (18), distant 215 feet Northerly from the Southwest corner of Lot 2; thence at right angles Easterly 185 feet to the true point of beginning; thence at right angles Northerly, parallel with the West line of Section Eighteen (18) 200 feet; thence at right angles Easterly 217.80 feet; thence at right angles Southerly 200 feet; thence at right angles Westerly 217.80 feet to true point of beginning.

ALSO, all that portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of the North 665 feet of Lot 2; thence North 0°06' East along the West line thereof 252.80 feet; thence North 89°25'20" East 195 feet; thence South 0°06' West 242.80 feet; thence North 89°25'20" East 449.84 feet to East line of West Half of Lot 2; thence South 0°02'20" West 10 feet to the South line of the North 665 feet of Lot 2; thence South 89°25'20" West along said South line to the point of beginning.

Owners:     ROBINSON, J. D. (hus)

        ROBINSON, Laura A. (wf)

        BANK OF AMERICA (TDTr)

        McDONALD, B. M. (hus)(TDBen)

        McDONALD, Opal B. (wf)(TDBen)

Parcel 59

All that portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point on the West line of Section Eighteen (18), distant 215 feet Northerly from the Southwest corner of Lot 2; thence at right angles Easterly 185 feet to the true point of beginning.  Thence at a right angle Northerly, being along a line parallel with said West line of said section, 200 feet; thence at a right angle Easterly 217.8 feet; thence at a right angle Southerly, being along a line parallel with the West line of said section 200 feet; thence at a right angle Westerly 217.8 feet to the true point of beginning.

Owner          FALLBROOK PUBLIC UTILITY DISTRICT.

Parcel 60

The Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the East 30 acres thereof.

Owner          MASONIC CEMETERY ASSOCIATION OF FALLBROOK

2798

### Parcels 61, 62, 63, 70X1 and 73

The West 5 acres of the East 30 acres of the Northeast Quarter of the
Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, EXCEPT that portion
thereof lying within the West 182 feet of the South 164.81 feet of said
East 30 acres.

ALSO, the West 7 acres of the East 25 acres of the Northeast Quarter
of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, EXCEPT that
portion lying within the West 182 feet of the South 164.81 feet of the
East 30 acres.

ALSO, the South 52 feet of the West 116 feet of the East 30 acres of the
[of the East 25 ft]
Northeast Quarter of the Southwest Quarter of Section Eighteen (18),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian.

Owners          SERRY, Earl A. (hus)

                SERRY, Betty E. (wf)

                UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

                PARKINSON, Fred P. (hus)(TDBen)

                PARKINSON, Adele A. (wf)(TDBen)


### Parcels 64 and 67

The West 7.075 acres of the East 18 acres of the Northeast Quarter of the
Southwest Quarter of Section Eighteen (18), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian.

Owners          KENTIS, John B. (hus)

                KENTIS, Penelope C. (wf)

2797

Parcels 65 and 68

The East 18 acres of the Northeast Quarter of the Southwest Quarter of

Section Eighteen (18), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, EXCEPT the East 127 feet, and

EXCEPT the West 7.075 acres.

Owners:       EAST, Lloyd L. (hus)

              EAST, Helen L. (wife)

              STATE DIRECTOR OF FARMERS HOME ADMINISTRATION
                 of the STATE OF CALIFORNIA (TDTr)

              UNITED STATES OF AMERICA (TDBen)


Parcel 66

The North Half of the East 127 feet of the Northeast Quarter of the South-

west Quarter of Section Eighteen (18), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian.

Owners:       TORKILSON, Fremont A. (hus)

              TORKILSON, Irene L. (wf)


Parcel 69X2

The Southerly 327.43 feet of the East 127 feet of the Northeast Quarter

of the Southwest Quarter of Section Eighteen (18), Township Nine (9)

South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:       BUDAI, Thresa (widow)

              BUDAI, Steve J. (s/m)

              BANK OF AMERICA (TDTr)

              WOODROW, H. C. (hus)(TDBen)

              WOODROW, Lillian L. (wf)(TDBen)


35

2798

## Parcel 69A

The East 127 feet of the Southeast Quarter of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the South 395.43 feet thereof.

Owners:    BUDAI, Thresa (widow)

BANK OF AMERICA (TDTr)

WOODROW, H. C. (hus)(TDBen)

WOODROW, Lillian L. (wf)(TDBen)


## Parcel 69B

The Northerly 68 feet of the Southerly 395.43 feet of the East 127 feet of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:    BUDAI, Steve J. (hus)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


## Parcels 70A and 72

The East 91 feet of the West 182 feet of the South 164.81 feet of the East 30 acres of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the South 52 feet of the East 25 feet of the West 116 feet of the East 30 acres thereof.

Owners:    THOMAS, Donald James (hus)

THOMAS, Peggy J. (wf)

ESTES, J. Harold, Jr., an employee of the LOAN GUARANTY DIVISION,
   of the VETERANS ADMINISTRATION (TDTr)

ADMINISTRATOR OF VETERANS AFFAIRS, UNITED STATES OF AMERICA (TDBen)

2799