Parcel 71

The West 91 feet of the South 164.81 feet of the East 30 acres of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:    PARKINSON, Francis Rowe (hus)

PARKINSON, Rose Marie (wf)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

PALOMAR SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 74

All of the Northwest Quarter of the Southeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPTING therefrom that portion described as follows: BEGINNING at a point in the West line of said Southeast Quarter of Southwest Quarter, distant thereon North 0°06' West 320.57 feet from the Southwest corner of said Northwest Quarter of the Southeast Quarter of the Southwest Quarter of said section; thence North 89°44'30" East, parallel with the South line of said Northwest Quarter of Southeast Quarter of Southwest Quarter a distance of  175.00 feet; thence North 0°06' West, parallel with the East line of said Southeast Quarter of the Southwest Quarter, a distance of 125.00 feet; thence South 89°44'30" West, parallel with the South line of the Northwest Quarter of the Southeast Quarter of the Southwest Quarter, a distance of 175.00 feet to aforesaid West line of the Southeast Quarter of the Southwest Quarter; thence along said West line South 0°06' East 125.00 feet to point of beginning.

Owners:    HUSS, William E. (hus)

HUSS, Marie M. (wf)

SOUTHERN TITLE AND TRUST COMPANY (TDTr)

BANFIELD, Irene F. (sep prop)(TDBen)

37

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

**Parcel 75**

All that portion of the Northwest Quarter of the Southeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at a point in the West line of said Southeast Quarter of the Southwest Quarter of said section, distant thereon North 0°06' West 320.57 feet from the Southwest corner of said Northwest Quarter of the Southeast Quarter of the Southwest Quarter; thence North 89°44'30" East, parallel with the South line of said Northwest Quarter of the Southeast Quarter of the Southwest Quarter, 175.00 feet; thence North 0°06' West, parallel with the East line of said quarter quarter, 125 feet; thence South 89°44'30" West 175 feet to the aforesaid West line of the Southeast Quarter of the Southwest Quarter; thence along said West line South 0°06' East 125 feet to the point of beginning.

Owners:      BANFIELD, Irene F. (sep prop)

OCEANSIDE FINANCE COMPANY (TDTr)

OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCITION (TDBen)

**Parcels 76 and 79**

 Those portions of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:

The Northeast Quarter of the Southeast Quarter of the Southwest Quarter, EXCEPT the Southwest half-acre thereof, said parcel running 165 feet East and West and 132 feet North and South from the Southwest corner.

The East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter, EXCEPT the South 338 feet thereof; and

The West 25 feet of the West Half of the Southwest Quarter of the Southeast Quarter, EXCEPT the South 338 feet thereof.

Owners:      OGDEN, Robert Nash (hus)

OGDEN, Rose Marie Blodgett (wf)
LAND TITLE INSURANCE COMPANY (TDTr)
CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)

2801

Parcels 77 and 78

The Southwest half-acre of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter, said parcel running 165 feet East and West and 132 feet North and South, measured from the southwest corner thereof; and the West Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:    HUSS, William E. (hus)

        HUSS, Marie M. (wf)

        OCEANSIDE FINANCE COMPANY (TDTr)

        OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

        SECURITY TITLE INSURANCE COMPANY (TDTr)

        BANFIELD, Irene F. (sep prop)(TDBen)


Parcel 80

The South 338 feet of the East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPT the East 100 feet thereof.

Owners:    STOKES, Lyle William (hus)

        STOKES, Marie (wf)

        CONTINENTAL AUXILIARY COMPANY (TDTr)

        BANK OF AMERICA (TDBen)

        FALLBROOK LUMBER COMPANY (Mtgee)

2802

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 81

The East 100 feet of the South 338 feet of the East Half of the
Southeast Quarter of the Southeast Quarter of the Southwest Quarter;
and the South 338 feet of the West 25 feet of the Southwest Quarter
of the Southeast Quarter of Section Eighteen (18), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:       McCULLOUGH, William C. (hus)

              McCULLOUGH, Barbara Lang (wf)

              BANK OF AMERICA (TDTr)

              STEPHENSON, Albert R. (hus)(TDBen)

              STEPHENSON, Gertrude M. (wf)(TDBen)


Parcel 82



The Southwest Quarter of the Southeast Quarter of the Southwest Quarter of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian.

Owners:       DAVING, Carl G. (hus)

              DAVING, Mildred L. (wf)

              BANK OF AMERICA (TDTr)

              FAULKNER, Raymond C. (hus)(TDBen)

              FAULKNER, Charlotte-Flo (wf)(TDBen)


Parcel 83

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southwest corner
of said Section 18; thence Northerly along the West line 1126.2 feet to the
true point of beginning.  Thence continuing Northerly 208.8 feet to a point;
thence North 89°53' East 208.8 feet to a point; thence South 0°04' East 208.8
feet East to a point; thence South 89°53' West 208.8 feet to true point of
beginning.  EXCEPTING therefrom that portion described as follows:

40

2803

Parcel 83 (cont'd)

BEGINNING at the Southwest corner of Section 18; thence Northerly along the West line 1335.00 feet; thence North 89°53' East 148.80 feet to the true point of beginning.  Thence continuing North 89°53' East 60.00 feet; thence South 0°04' East 135.00 feet; thence South 89°53' West 60.00 feet; thence North 0°04' West 135.00 feet to the true point of beginning.

<u>Owner:</u>    IMBILLI, Andrew J. (widower)


Parcel 84

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Southwest corner of Section 18; thence Northerly along the West line 1335 feet; thence North 89°53' East 148.80 feet to the true point of beginning.  Thence continuing North 89°53' East 60 feet; thence South 0°04' East 135 feet; thence South 89°53' West 60 feet; thence North 0°04' West 135 feet to the true point of beginning.

<u>Owners:</u>    TOMLINSON, Donald H. (hus)

TOMLINSON, Betty J. (wf)

BANK OF AMERICA (TDTr)

COOPER, Andrew J. (hus)(TDBen)

COOPER, Dorothy M. (wf)(TDBen)

STRAIN, Frances M. (widow)(TDBen)


Parcel 85

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Northeast corner of Lot 1; thence South 89°53' West along the North line 804.94 feet to the true point of beginning.  Thence South 0°06' West 162.91 feet; thence South 89°53' West 267.81 feet; thence North 0°04' West 162.90 feet to said North line; thence North 89°53' East 267.81 feet to true point of beginning.

<u>Owners:</u>    GLADDING, James Edward (hus)

GLADDING, Mildred N. (wf)

41                                2804

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 86

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of Lot 1; thence South 89°53' West along the North line of said Lot 1
804.94 feet to the Northeast corner of parcel of land conveyed to James
E. Gladding, Jr.; thence South 0°06' West along the East line of said parcel
conveyed to Gladding, 162.91 feet to the Southeast corner thereof, being the
true point of beginning.  Thence South 89°53' West along a line parallel with
the North line of said Lot 1, being along the South line of said Gladding
land, 267.81 feet to the Southwest corner thereof; thence South 0°04' East
81.42 feet; thence North 89°53' East, parallel with the North line of said
Lot 1, 267.81 feet, more or less, to a point on a line bearing South 0°06' West
from the true point of beginning; thence North 0°06' East 81.42 feet to the
true point of beginning.

Owners:          GOOCH, Yeaman O., Sr. (hus)

                 GOOCH, Pearl M. (wf)

                 BANK OF AMERICA (TDTr)

                 SPARR, Edward C. (m/m)(TDBen)

                 McMAHAN, Walter Carl (hus)(TDBen)

                 McMAHAN, Frankie C. (wf)(TDBen)


Parcel 87

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of Lot 1; thence South 89°53' West 804.94 feet to Northeast corner of land
conveyed to J. Edward Gladding, Jr. by deed recorded in Book 520 at page 466
of Official Records; thence South 0°06' West 244.33 feet to the Southeast
corner of land conveyed to Robert Albert Gladding, and true point of beginning.
Thence South 89°53' West 218 feet; thence South 0°06' West 200 feet; thence
North 89°53' East 218 feet; thence North 0°06' East 200 feet to true point ofbeginni

Owners:          JENKINS, Edwin F. (hus)
                 JENKINS, Fern B. (wf)

2805

Parcel 88

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of said Lot 1 and continuing along the North line of said lot in a Westerly
direction South 89°53' West 804.94 feet to a point; thence South 0°06' East
444.33 feet to a point which is the Southeasterly corner of Dunn land and
true point of beginning.  Thence Westerly along said South line of said
Dunn land 219.5 feet to a point; thence Southerly, parallel with the
Easterly line of said Dunn land, prolonged Southerly, for a distance of
198.55 feet; thence Easterly on a line parallel with the Northerly line
of said land 219.5 feet to a point; thence Northerly along said prolonged
Easterly line of said Dunn land, 198.55 feet to point of beginning.

Owners:        DENNIS, Walter L. (hus)

               DENNIS, Alice M. (wf)


Parcels 89 and 91A

The North Half and the North 6 feet of the South Half of that portion of
Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, described as follows:  BEGINNING at the Southwest corner of
Lot 1; thence North along the West line of said Lot 1 950.93 feet
to the true point of beginning.  Thence North 89°32'30" East 168.30 feet,
more or less, to the Northwest corner of land conveyed to Albert Jeffries
and wife by deed recorded in Book 3286 at page 446 of Official Records;
thence South 0°06' West along the West line of said Jeffries' land
258.83 feet to the Southwest corner of said Jeffries' land, being also
a point in the Westerly prolongation of the Southerly line of land conveyed
to Leroy Adams by deed recorded in Book 688 at page 54 of Official Records;
thence Westerly along said prolongation 168.30 feet, more or less, to a
point in the West line of said Lot 1; thence North 0°06' East 258.83 feet to
the true point of beginning.

Owners:        SALT, Harold (hus)

               SALT, Ethel M. (wf)

43

2806

Parcel 90

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southwest corner
of said Lot 1; thence North along the West line thereof 950.93 feet;
thence North 89°32'30" East 168.30 feet to a point which is South
89°32'30" West 91.21 feet from the West line of land conveyed to Laura A.
Dunn by deed recorded in Book 686 at page 211 of Official Records, said
point being the true point of beginning.  Thence continuing North 89°32'30"
East 91.21 feet to said West line;  thence South 0°04' West along said
West line 60.25 feet to the North line of land conveyed to Leroy Adams
by deed recorded in Book 688 at page 54 of Official Records; thence West
along said North line of Adams' land 1.5 feet to the Northwest corner
thereof; thence South along the West line of said Adams' land 198.55 feet
to the Southwest corner thereof; thence West along the Westerly prolonga-
tion of the Southerly line of Adams' land 90.75 feet to intersection with
a line bearing South 0°06' West from the true point of beginning;
thence North 0°06' East 258.83 feet to the true point of beginning.

Owners:      JEFFRIES, Albert (hus)

             JEFFRIES, Martha (wf)

2807

Parcel 91X1

The South Half of that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of Lot 1; thence North along the West line of said Lot 1 950.93 feet to the true point of beginning. Thence North 89°32'30" East 168.30 feet, more or less, to the Northwest corner of land conveyed to Albert Jeffries and wife by deed recorded in Book 3286 at page 446 of Official Records; thence South 0°06' West along the West line of said Jeffries' land 258.83 feet to the Southwest corner of said Jeffries' land, being also a point in the Westerly prolongation of the Southerly line of land conveyed to Leroy Adams by deed recorded in Book 688 at page 54 of Official Records; thence Westerly along said prolongation 168.30 feet, more or less, to a point in the West line of Lot 1; thence North 0°06' East along said West line 258.83 feet to true point of beginning. EXCEPT the North 6 feet of said South Half of portion of Lot 1.

Owners:      JAMES, Herbert (hus)

JAMES, Minnie (wf)

Parcel 92

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen, Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of said Lot 1; thence North along the West line of said Lot 1 a distance of 950.93 feet to the true point of beginning. Thence continuing North along the West line of said Lot 1, 175.27 feet to the Southwest corner of land described in deed to Oswald recorded in Book 202 at page 462 of Official Records; thence North 89°53' East, along the Southerly line of said Oswald land and the Easterly prolongation thereof a distance of 208.8 feet, more or less, to a point in the West line of land conveyed to Robert Albert Gladding by deed recorded in Book 533 at page 168 of

45

Parcel 92 (cont'd)

Official Records; thence along the West line of said Gladding land
South 0°04' East 35.5 feet, more or less, to the Southwest corner
of said Gladding land; thence East along the South line of said Gladding
land a distance of 49.81 feet to the Northwest corner of land conveyed to
Laura A. Dunn by deed recorded in Book 686 at page 211 of Official
Records; thence South 0°04' West along the Westerly line of said Dunn
land 139.75 feet, more or less, to intersection with a line which bears
North 89°32'30" East from the true point of beginning; thence South
89°32'30" West to the true point of beginning.

Owners:      JEFFRIES, Albert (hus)

             JEFFRIES, Martha (wf)


Parcel 93

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at the Northeast
corner of Lot 1; thence along the North line thereof South 89°53' West 581 feet
to the Northwest corner of parcel of land conveyed to Marion Eddy by deed
recorded in Book 280 at page 342 of Official Records; thence along the
West line of said Eddy's land South 0°06' West 100 feet; thence parallel
with the North line of Lot 1 South 89°53' West 153.94 feet to the true
point of beginning.  Thence continuing South 89°53' West, being parallel
with the North line of Lot 1, 50 feet to intersection with the West line
of land conveyed to Frank Rivers and wife by deed recorded in Book 1428
at page 190 of Official Records, said point being distant thereon North
0°06' East 100 feet from the Southwest corner of said Rivers land; thence
North 0°06' East along the West line of Rivers land a distance of .6 feet to
the Northwest corner of parcel of land conveyed to A. W. Virgo by deed
recorded in Book 741 at page 57 of Official Records; thence North
89°53' East along the North line of Virgo's land a distance of .42 foot  to
the Southwest corner of parcel of land conveyed to Virgo by deed recorded

Parcel 93 (cont'd)

in Book 298 at page 301 of Official Records; thence North 0°06' East along the West line of said last mentioned parcel a distance of 99.4 feet to the North line of said Lot 1; thence North 89°53' East along said North line a distance of 50 feet; thence South 0°06' West 100 feet to the true point of beginning.

Owners:     STUART, Elliott H. (s/m)


Parcel 94

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point in the North line of Lot 1, distant thereon South 89°53' West 581.00 feet from the Northeast corner;  thence parallel with the East line of said Lot 1 South 0°06' West 100 feet; thence parallel with the North line South 89°53' West 153.94 feet to the Southeast corner of parcel of land described in deed to Augustine Fredy and wife recorded in Book 4351 at page 46 of Official Records; thence along the East line of Fredy's land North 0°06' East 100 feet to the North line of said Lot 1; thence along the North line of Lot 1 North 89°53' East 153.52 feet to the point of beginning.

Owners:     RIVERS, Frank M. (hus)

RIVERS, Christine E. (wf)

BANK OF AMERICA (TDTr)

REINEMAN, L. A. (hus)(TDBen)

REINEMAN, Lois (wf)(TDBen)

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

### Parcel 95

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of said Lot 1; thence along the North line thereof South 89°53' West 583
feet to the Northwest corner of parcel conveyed to Marion Eddy by deed
recorded in Book 280 at page 342 of Official Records; thence along the
West line of Eddy's land, parallel with the East line of Lot 1, South 0°06'
West to true point of beginning.  Thence continuing along said West line
South 0°06' West 50 feet; thence parallel with the North line of Lot 1
South 89°53' West 203.94 feet; thence parallel with the East line of Lot
1 North 0°06' East 60 feet; thence parallel with the North line of Lot 1
North 89°53' East 203.94 feet to the true point of beginning.

*100 ft/*

Owners:       MARTINEZ, Miguel, Jr. (hus)

              MARTINEZ, Jessie G. (wf)

              BANK OF AMERICA (TDTr)

              BARKOW, Harold W. (hus)(TDBen)

              BARKOW, Marcella C. R. (wf)(TDBen)

### Parcel 96

That portion of Lot 1 (Southwest Quarter of Southwest Quarter)of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of Lot 1; thence along the North line of Lot 1 South 89°53' West to Northwest
corner of parcel of land conveyed to Marion Eddy by deed recorded in Book
280 at page 342 of Official Records; thence along the West line of said
Eddy's land and parallel with the East line of said Lot 1, South 0°06' West
150 feet to true point of beginning.  Thence, continuing along said West line
South 0°06' East 50 feet; thence along a line parallel with the North line
of Lot 1, South 89°53' West 203.94 feet; thence parallel with the East line
of Lot 1, North 0°06' East 50 feet; thence North 89°53' East 203.94 feet to
the true point of beginning.

2811

Parcel 96 (cont'd)

Owners:  MEZA, Justino (hus)

     MEZA, Concepcion (wf)


Parcel 97

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northeast corner of Lot 1; thence South 89°53' West along the North line of said lot 490 feet to the true point of beginning. Thence South 0°06' East 104.4 feet; thence South 89°53' West 91 feet; thence North 0°06' West 104.4 feet to North line of said Lot 1; thence North 89°53' East 91 feet to true point of beginning. ALSO, that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of Section 18; thence Easterly along the South line of said section 1300.2 feet to the Southeast corner of Lot 1; thence North 0°06' East, along the East line of said Lot 1, 1331.87 feet to the Northeast corner thereof, being the true point of beginning. Thence South 89°53' West along the North line of said Lot 1, 490 feet; thence South 0°06' West along a line parallel with the East line of said Lot 1, 104.4 feet; thence North 89°53' East, along a line parallel with the North line of said Lot 1, 490 feet to a point on the East line thereof; thence North 0°06' East along said East line 104.4 feet to the true point of beginning. EXCEPTING the East 10 feet thereof.

Owners:  GEYER, Harry J. (hus)

     GEYER, Mildred M. (wf)

2812

### Parcel 98

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Southwest corner of said Lot 1; thence North 89°53' West along the South line thereof 1300.2 feet to the Southeast corner of Lot 1; thence along the East line of said Lot 1 North 0°06' East 1072.77 feet to the true point of beginning. Thence parallel with the Northerly line of said Lot 1 South 89°53' West 581 feet; thence parallel with the East line of Lot 1 North 0°06' East 152.42 feet to a point which is South 0°06' West 104.40 feet from the North line of said Lot 1; thence parallel with said North line of Lot 1 North 89°53' East 581 feet to the North line of said Lot 1; thence South 0°06' West 152.42 feet to the true point of beginning.  EXCEPTING the East 10 feet thereof.

Owners:        ENANDER, Ralph (hus)

               ENANDER, Joan (wf)


### Parcel 99

The East 10 feet of the North 468.8 feet of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owner        EDDY, Marion  H.


### Parcel 100X1

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Southwest corner of Lot 1; thence along the South line thereof North 89°53' East 1300.2 feet to the Southeast corner of Lot 1; thence along the East line of Lot 1 North 0°06' East 874.82 feet to the true point of beginning.  Thence continuing along said East line North 0°06' East 197.95 feet; thence parallel with

2812

**Parcel 100X1** (cont'd)

the North line of said Lot 1 South 89°53' West 426 feet; thence South 13°14' West 28.44 feet; thence South 1°17' West 130.70 feet to the beginning of a curve concave Northeasterly having a radius of 38.67 feet;  thence Southeasterly along said curve 61.69 feet to the end thereof; thence on a tangent to said curve North 89°53' East 396.09 feet to the true point of beginning.  EXCEPTING therefrom the East 10 feet thereof.  ALSO EXCEPTING parcel described as follows:  BEGINNING at the Southwest corner of Section Eighteen (18); thence North 89°53' East 1300.2 feet to the Southeast corner of Lot 1; thence along the East line of said Lot 1 North 0°06' East 874.82 feet to the true point of beginning.  Thence continuing North 0°06' East 70 feet; thence South 89°53' West 150 feet; thence South 0°06' West 70 feet; thence North 89°53' East 150 feet to the true point of beginning.

Owners:  HEDLUND, Richard (hus)

HEDLUND, Pearl (wf)

BANK OF AMERICA (TDTr)

TORRY, Stanley (hus)(TDBen)

TORRY, Barbara (wf)(TDBen)

NOBLE, Ralph C. (hus)(TDBen)

NOBLE, Dorothy (wf)(TDBen)

**Parcel 100A**

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Southwest corner of Lot 1; thence North 89°53' East 1300.2 feet to the Southeast corner of Lot 1; thence along the East line of Lot 1 North 0°06' East 874.82 feet to the true point of beginning.  Thence continuing North 0°06' East 70 feet; thence South 89°53' West 150 feet; thence South 0°06' West 70 feet; thence North 89°53' East 150 feet to the true point of beginning.  EXCEPT the East 10 feet thereof.

Owner:  HALLER, Mildred S. (m/w)(sep prop)

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 101

The South 212.98 feet of the North 469.80 feet of the East 581 feet of
Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, EXCEPT that portion described as follows:  BEGINNING at the
Southwest corner of Section Eighteen (18); thence North 89°43' East
along the Southerly line of said section 1300.2 feet to the Southeast
corner of Lot 1; thence along the East line of said lot North 0°06' East
874.82 feet to the true point of beginning.  Thence North 0°06' East
197.95 feet; thence South 89°53' West 426 feet; thence South 13°14' West
26.44 feet; thence South 1°17' West 130.70 feet to the beginning of a curve
concave Northeasterly with a radius of 38.67 feet; thence Southeasterly
along said curve 61.69 feet; thence North 89°53' East 396.09 feet to the
true point of beginning.

Owners:        JESSON, Jessie M. L. (m/w)(sep prop)

               OCEANSIDE FINANCE COMPANY (TDTr)

               OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcels 102 and 103

That portion of Lot 1 (Southwest Quarter of Wouthwest Quarter) of Sectiion
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of Lot 1; thence along the North line of Lot 1 South 89°53' West 581 feet
to a point; thence South 0°06' West 413.58 feet to the Southeast corner
of land described in deed to King, recorded in Book 523 at page 227 of
Official Records; thence along the South line of King's land South 89°53' West
203.94 feet to a point; thence South 0°06' West 252.35 feet to a point;
thence parallel with the North line of Lot 1 North 89°53' East 248.84 feet
to the true point of beginning.  Thence, parallel with the West line of land
described in deed to Joseph F. Bierend, recorded in Book 618 at page 421 of
Official Records, ~~thence~~ North 0°06' East 196.13 feet to the South line

Parcels 102 and 103 (cont'd)

of land described in deed to Marion H. Eddy, recorded in Book 280 at page 342 of Official Records; thence along the South line of Eddy's land North 89°53' East 380.10 feet, more or less, to the Northwest corner of said land of Bierend; thence along said West line of Bierend land South 0°06' West 196.13 feet to the Southwest corner of land of Bierend; thence parallel with the North line of said Lot 1 South 89°53' West 380.10 feet, more or less, to the true point of beginning.

Owners:    SMITH, Martin Harry (hus)

              SMITH, Aleta D. (wf)

              CORPORATION OF AMERICA (TDTr)

              BANK OF AMERICA (TDBen)

              BANK OF AMERICA (TDTr)

              DAY, Lowell R. (hus)(TDBen)

              DAY, Edith H. (wf)(TDBen)

Parcel 104

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northeast corner of Lot 1; thence South along the East line of Lot 1, 469.8 feet to the true point of beginning, being the Northeast corner of parcel of land conveyed to Joseph F. Bierend by deed recorded in Book 618 at page 421 of Official Records; thence continuing South along said East line 98 feet, more or less, to the Northeast corner of parcel of land conveyed to Atchison Topeka & Santa Fe Railway Company by deed recorded in Book 740 at page 157 of Deeds; thence South 89°53' West, along the Northerly line of said land and the Westerly prolongation thereof 156 feet, more or less, to a point in the West line of said Bierend's land; thence North along said West line 98 feet, more or less, to the Northwest corner of said land; thence East along the North line of said land 156 feet, more or less, to the true point of beginning.

Owners:    CLAYPOOL, Ray L. (hus)

              CLAYPOOL, Dora (wf)

Parcels 105 and 106

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of Lot 1; thence South along the East line, 567.8 feet to the true point
of beginning.  Thence continuing South along said East line 98.13 feet;
thence South 89°53' West 156 feet; thence North along a line parallel to
said East line of Lot 1, 98.13 feet; thence North 89°53' East 156 feet to
the true point of beginning.

Owners:      JACKSON, J. P. (hus)

             JACKSON, June A. (wf)

             BANK OF AMERICA (TDTr)

             SHIPLEY, Verne G. (hus)(TDBen)

             SHIPLEY, Luella G. (wf)(TDBen)


Parcel 107

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Northeast corner
of Lot 1; thence South 89°53' West along the North line of Lot 1, 581 feet
to the Northeast corner of parcel conveyed to Marion H. Eddy by deed
recorded in Book 280 at page 342 of Official Records; thence South 0°06' West
along the East line of said land of Eddy 200 feet to true point of beginning.
Thence South 89°53' West along a line parallel with the North line of
said Lot 1, 203.94 feet; thence South 0°04' West 213.58 feet; thence
North 89°53' East along a line parallel with the North line of Lot 1,
203.94 feet to the West line of land of Eddy; thence North 0°06' East,
along the West line of land of Eddy 213.58 feet to the true point of beginning.

Owners:      KING, Frederick Theodore  (hus)

             KING, Florence Eva (wf)


54

2817

Parcel 108

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point in the North line of Lot 1 distant South 89°32'30" West 591 feet (record 89°53'W 581 ft) from the Northeast corner thereof; thence South 0°04' East (record S 0°06'W) 413.58 feet to the Southeast corner of parcel conveyed to Frederick King and wife by deed recorded in Book 523 at page 227 of Official Records, the true point of beginning.  Thence along the South line of said land South 89°32'30" West (record 89°53'W) 203.94 feet to the Southwest corner thereof, being the Northwest corner of parcel of land conveyed to Leon W. Swisher and wife by deed recorded in Book 1026 at page 33 of Official Records; thence South 0°04' East (record S 0°06'W) along the West line of said Swisher land 252.35 feet to the Southwest corner thereof; thence North 89°32'30" East (record N 89°53'E) along the South line of said land and its Easterly prolongation 248.84 feet to the Southwest corner of parcel conveyed to O. A. Anderson and wife by deed dated 17 January 1947; thence North 0°04' West (record 0°06'E) along the West line of said land of Anderson 196.13 feet to the Northwest corner thereof, being a point on the South line of parcel conveyed to Jessie M. L. Jesson by deed recorded in Book 1656 at page 256 of Official Records; thence South 89°32'30" West (record S 89°53' W) 44.90 feet to the Southwest corner of said land, being a point on the Southerly prolongation of the East line of the aforementioned land conveyed to King; thence North 0°04' West (record N 0°06'E) along the West line of said Jesson's land and along said Southerly prolongation of the East line of King's land 56.22 feet to the true point of beginning.

Owners:    JOHNSON, Gust H. (hus)

JOHNSON, Gertrude (wf)

2818

Parcel 109

The West 208.8 feet of the East 794.42 feet of the South 208.8 feet

of the North 894.73 feet of Lot 1 (Southwest Quarter of Southwest

Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three

(3) West, San Bernardino Base and Meridian.

Owner:        HANSEN, Thor C. (un/m)


Parcel 110

The West 208.9 feet of the East 585.62 feet of the South 208.8 feet of

the North 894.73 feet of Lot 1 (Southwest Quarter of Southwest Quarter)

of Section Eiihteen (18), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian.

Owner:        HANSEN, Thor C. (un/m)


Parcel 111

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section

Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, described as follows:  BEGINNING at the Southwest corner

of Lot 1; thence along the South line North $89°48'$ East 500.55 feet; thence

North $0°12'$ West 231.80 feet to the true point of beginning, which is also

the intersection of the Southerly prolongation of the West line of tract

of land conveyed by grantor to grantee by deed recorded in Book 751 at

page 155 of Official Records, with the Westerly prolongation of the North

line of tract of land conveyed by grantor to Scott C. Gray; thence

North $0°04'$ West 199.90 feet to the Southwest corner of said tract of land

conveyed by grantor herein to grantee; thence along the South line and the

South line of tract of land conveyed by grantor herein to grantee by deed

recorded in Book 751 at page 158 of Official Records, and their Easterly

prolongation, North $89°32'30"$ East 433.70 feet; thence South $0°04'$ East

201.86 feet to the North line of said tract of land conveyed by grantor

to S. C. Gray; thence thereon and its Westerly prolongation South $89°48'$ West

433.77 feet to the true point of beginning.

Owner:        HANSEN, Thor C. (un/m)

2819

Parcel 112

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southeast corner
of Lot 1;  thence along the South line South 89°48' West 90 feet to the West
line of the Atchison Topeka & Santa Fe Railway Company's right of way; thence
along said West line of said right of way North 0°05' East 643.69 feet to
the intersection of the Easterly prolongation of the North line of parcel
of land conveyed to Thor Hansen by deed recorded in Book 751 at page 158
of Official Records; thence along said Easterly prolongation of the North
line of said Hansen parcel South 89°32'30" West 189.83 feet to a point
distant North 89°32'30" East 100 feet from the Northeast corner of Hansen's
land, being the true point of beginning.  Thence South 89°32'30" West
100 feet to said Northeast corner of Hansen's land; thence along the East
line of said Hansen's land South 0°04' East 208.80 feet to the North line
of tract of land conveyed to Thor Hansen by deed recorded in Book 947 at
page 319 of Official Records; thence along the said North line of said
Hansen's land and its prolongation North 89°32'30" East 100 feet; thence
North 0°04' West 208.80 feet to the true point of beginning.

Owner:        HAWN, Velma M. (s/w)


Parcel 113



All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southeast corner
of Lot 1; thence along the South line thereof South 89°48' West 90 feet to
the West line of the Atchison, Topeka & Santa Fe Railway Company's right
of way; thence along said West line of said right of way North 0°05' East
643.49 feet to intersection of the Easterly prolongation of the North line
of parcel of land conveyed to Thor Hansen by deed recorded in Book 751 at
page 158 of Official Records, being the true point of beginning.

Ω829

Parcel 113 (cont'd)

Thence along said Easterly prolongation of the North line of said Hansen

land South 89°32'30" West 169.83 feet to a point distant North 89°32'30" East

120 feet from the Northeast corner of said Hansen's land; thence parallel

to the East line of said Hansen's land and its Southerly prolongation

South 0°04' East 257.30 feet; thence parallel to said Easterly prolonga-

tion of the North line of Hansen's land North 89°32'30" East 169.16 feet



to said West line of the Atchison Topeka & Santa Fe Railway Company's

right of way; thence along said West line North 0°05' East 257.30 feet

to the true point of beginning.

Owners:     BUCK, Margaret Lindall (widow)

            BANK OF AMERICA (TDTr)

            NOBLE, Ralph C. (hus)(TDBen)

            NOBLE, Dorothy F. (wf)(TDBen)


Parcel 114

A parcel of land running 90 feet East and West, and 664.87 feet North and

South in the Southeast corner of Lot 1 (Southwest Quarter of Southwest

Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3)

West, San Bernardino Base and Meridian, containing 1.62 acres.

Owner:     ATCHISON TOPEKA & SANTA FE RAILWAY COMPANY


Parcel 115X1

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section

Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino



Base and Meridian, described as follows:  BEGINNING at a point on the South

line of Section Eighteen (18), distant South 89°53' West 90 feet from the

Southeast corner of Lot 1; thence North 0°05' East 233.80 feet to the true

point of beginning.  Thence South 89°48' West 272.58 feet; thence North

0°04' West 153.30 feet; thence North 89°32'30" East 83.83 feet; thence

North 0°04' West 257.30 feet; thence North 89°32'30" East 20 feet;

3821

Parcel 115X1 (cont'd)

thence South 0°04' East 357.30 feet; thence North 89°32'30" East 169.16 feet; thence South 0°05' West 154.59 feet to the true point of beginning.

Owners:     GOSS, Richard B. (hus)

GOSS, Sarah H. (wf)

Parcel 115A

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southeast corner of Lot 1; thence along the South line South 89°48' West 90 feet to the West line of Atchison Topeka & Santa Fe Railway Company's right of way; thence along the West line of said right of way North 0°05' East 231.80 feet to the Easterly prolongation of the North line of parcel of land conveyed to Gray by deed recorded in Book 143 at page 217 of Official Records; thence along the Easterly prolongation of the North line of said Gray's land South 89°48' West 272.58 feet to the Southeast corner of tract of land conveyed to Hansen by deed recorded in Book 947 at page 319 of Official Records; thence along the East line of Hansen's land North 0°04' West 153.36 feet to the true point of beginning. Thence continuing North 0°04' West 48.50 feet to the Northeast corner of Hansen's land; thence along the Easterly prolongation of the North line of Hansen's land North 89°32'30" East 83.83 feet to a point distant 100 feet from the Southeast corner of Hansen's land acquired by deed recorded in Book 751 at page 158 of Official Records; thence parallel with the East line of Hansen's land South 0°04' East 48.50 feet to a line which bears North 89°32'30" East from the true point of beginning; thence South 89°32'30" West 83.83 feet to the true point of beginning.

Owner:     HAWN, Velma M. (un/w)

2822

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

## Parcel 116

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point 25 feet North of the Southwest corner of Section 18; thence parallel with the South line of Section 18, 1026 feet to the true point of beginning. Thence North, parallel with the East line of Section 18, 208.80 feet; thence East,  parallel with the South line of Section 18, 185.20 feet; thence South, parallel with the East line of Section 18, 208.80 feet; thence West to the true point of beginning.

Owners:     WALLS, Robert H. (widower)

HUGHES, Bobbie Jean (m/w)


## Parcel 117

That portion of the South Half of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  From the Southwest corner of Section 18, proceeding in an Easterly direction along the South line of said section, 505.5 feet to a point; thence North at a 90°angle 23 feet to a point which is the true point of beginning.  Thence North along the pro-longation of this line 208.8 feet; thence East at a 90° angle 521.8 feet; thence Southerly at a 90°angle 208.8 feet; thence Westerly at a 90°angle 521.8 feet to the true point of beginning.

Owners:     WALLS, Robert H. (widower)

HUGHES, Bobbie Jean (m/w)

2823

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 118

Fallbrook Sanitary District.


Parcel 119

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point on the West line of Lot 1, 452.79 feet North 0°04' East from the Southwest corner; thence North 0°04' East 208.71 feet; thence North 89°53' East 218.71 feet; thence South 0°04' West 208.71 feet; thence South 89°53' West 218.71 feet to the point of beginning.   EXCEPT the East 75 feet thereof.

Owners:        MORRIS, Thomas E. (hus)

               MORRIS, Sarah E. (wf)


Parcel 120

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Southwest corner of Lot 1; thence along the West line thereof North 0°04' East 661.50 feet to the Northwest corner of land conveyed by Jannette Harriman to Thomas E. and Sarah E. Morris by deed recorded in Book 562 at page 310 of Official Records; thence along the North line thereof North 89°53' East 143.71 feet to the true point of beginning.  Thence, continuing along said North line North 89°53' East 75.00 feet to the Northeast corner of said tract of land conveyed by Harriman to Morris; thence along the East line thereof South 0°04' West 208.71 feet to the Southeast corner thereof; thence along the South line thereof South 89°53' West 75 feet; thence parallel to said East line North 0°04' East 208.71 feet to the true point of beginning.

Owners:        HARRISON, Howard V. (s/m)

               SECURITY TITLE INSURANCE COMPANY (TDTr)

               HORAK, Frank (hus)(TDBen)

               HORAK, Olga (wf)(TDBen)

3824

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

### Parcel 121

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at a point in the West line of Lot 1 distant North 0°04' East 316.79 feet from the southwest corner thereof; thence along the West line of Lot 1 North 0°04' East 136 feet to the Southwest corner of land conveyed to Morris; thence along the South line of said land of Morris North 89°53' East 218.71 feet to the Southwest corner of said land of Morris; thence along the East line of said land North 0°04' East 208.71 feet to the Northeast corner of said Morris land; thence along the Easterly prolongation of the North line of said Morris land North 89°53' East 20 feet; thence on a line parallel with the East line of said Morris land and its Southerly prolongation 344.71 feet to a line which bears North 89°53' East from the point of beginning; thence South 89°53' West 238.71 feet to the point of beginning.

Owners:      CLAYPOOL, Ray (hus)

                CLAYPOOL, Dora (wf)

### Parcel 123

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at a point in the West line of Lot 1 distant 23 feet Northerly from the Southwest corner thereof; thence Northerly along said West line 429.79 feet; thence North 89°53' East 238.71 feet to the true point of beginning. Thence North 89°53' East 245 feet, more or less, to intersection with the Southerly prolongation of the Easterly line of land described in deed to Adams, recorded in Book 688 at page 54 of Official Records; thence Northerly parallel with the West line of said Lot 1, 208.71 feet; thence South 89°53' West 245 feet, more or less;

2825

Parcel 122 (cont'd)

thence Southerly 208.71 feet to the true point of beginning.

Owners:      LOPEZ, David (hus)

LOPEZ, Tranquillina (wf)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

WOODROW, Howard C. (hus)(TDBen)

WOODROW, Lillian L. (wf)(TDBen)


Parcel 123

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section
Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at a point in the West
line of Lot 1 distant thereon 23 feet Northerly from the Southwest corner
of Lot 1; thence Northerly along the West line of said Lot 1, 429.79 feet,
more or less, to the Southwest corner of land described in deed to Morris
and wife, recorded in Book 562 at page 310 of Official Records; thence
North 89°53' East along the South line of Morris land and the Easterly
prolongation thereof 238.71 feet to a point in a line which is parallel
with and 20 feet Easterly, measured at right angles, from the East line
of said Morris land and the Southerly prolongation thereof, said point
being the true point of beginning.  Thence North 89°53' East, along the
Easterly prolongation of the Southerly line of Morris land 245 feet,
more or less, to intersection with the Southerly prolongation of the
Easterly line of land described in deed to Leroy Adams, recorded in Book
688 at page 54 of Official Records; thence Southerly in a straight line
287.79 feet, more or less, to the Northeast corner of parcel 1 of land
described in deed to Mrs. Irene K. Gray, recorded in Book 266 at page
185 of Official Records; thence Westerly along the Northerly line of said
parcel 75 feet to the Northwest corner thereof; thence Southerly along the
Westerly line of said parcel 140 feet to the Southwest corner thereof,

2826

Parcel 123 (cont'd)

which Southwesterly corner is the Easterly terminus of a straight line
connecting said Southwest corner with the point of beginning first above
described; thence Westerly along said straight line 170 feet, more or
less, to intersection with said line which is parallel with and 20 feet Easterly
from the Easterly line of Morris parcel above described and its Southerly
prolongation; thence North along said parallel line 429 feet, more or
less, to the true point of beginning.

Owners:     SCHUMACHER, Lawrence W. (hus)

            SCHUMACHER, Margaret A. (wf)

            OCEANSIDE FINANCE COMPANY (TDTr)

            OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 124

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows:  BEGINNING at the
Southwest corner of Section Eighteen (18) and proceeding 25 feet North at
an angle of $90^{\circ}$ to a point; thence due East at an angle of $90^{\circ}$, 485 feet
to a point which is the true point of beginning; thence North at a $90^{\circ}$
angle 140 feet; thence West at a $90^{\circ}$ angle 75 feet; thence South at a $90^{\circ}$
angle 140 feet; thence East at a $90^{\circ}$ angle 75 feet to the point of
beginning.

Owners:       WALLS, Robert H. (widower)

              HUGHES, Bobbie Jean (m/w)

Fallbrook Creek Watershed (Sec 18 - 9S 3W)

Parcel 125

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows:  BEGINNING at a
point on the West line of Lot 1, distant North $0^\circ04'$ East 158 feet from
the Southwest corner thereof; thence North $0^\circ04'$ East 158.79 feet;
thence North $89^\circ53'$ East 238.71 feet; thence South $0^\circ04'$ West 158.79
feet; thence South $89^\circ53'$ West 238.71 feet to point of beginning.

ALSO, that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows:  BEGINNING at a
point in the West line of Lot 1, distant North $0^\circ04'$ East 23 feet from
the Southwest corner of Section Eighteen (18); thence North $0^\circ04'$ East
135 feet; thence North $89^\circ53'$ East 238.71 feet; thence South $0^\circ04'$ West
135 feet; thence Westerly 238.71 feet to the point of beginning.

Owners:          JAY, Henry D. (hus)

                 JAY, M. Lucille (wf)

2828

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

Harris Addition to West Fallbrook

Assessors Map 41, 9S4W

Parcels 1 & Parcel 7 of Abbotts Addition:

Block 1 of Harris Addition to West Fallbrook;  Also Lots 9 to
17 inclusive of Abbotts Addition to West Fallbrook, except
therefrom that portion included within the right-of-way of
the AT&SF Ry;  Also all that improved lot in Abbotts Addition
described as follows:  Beginning at a point 20 feet South of
the Northwest Corner of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West;  thence
South 89°07'45" East 162 feet;  thence parallel with West line
of Abbotts Addition South 268.90 feet;  thence North 89°17'45"
West 102 feet;  thence North along West line of Abbotts Addition
268.90 feet to point of beginning, except that portion lying
within right of way of Atchison, Topeka & Santa Fe Ry.

Owners:

PETTIT, Ida M. (s/w)

VORE, Maude P. (m/w)

BANK OF AMERICA (TDTr)

SOMACAL, Geno L. (hus)(TDBen)

SOMACAL, Louise (wife)(TDBen)

Parcel 2X1 and Parcel 138 of Sec. 24, 9S4W:

Lots 2 and 3 of Harris Addition to West Fallbrook except portion
lying within the right-of-way of the AT&SF RR;  Also, beginning
at intersection of the center line of unnamed street lying South
of Lot 6 with the Southerly prolongation of the East line of Lot
6;  thence North along said Southerly prolongation 50 feet;
thence North 89°26'30" West to Northerly prolongation of East
line of Lot 5;  thence Southerly along said Northerly prolongation
to center line of said unnamed street;  thence Easterly along

*Interlocutory Judgment # 34A*

*Exhibit E*

2829

Ex 215-B

Fallbrook Creek Watershed
(Harris Addition)

Parcel 2X1 and Parcel 13B of Sec. 24, 9S4W continued:

said center line to point of beginning;  Also that portion of
the Southwest Quarter of the Southeast Quarter of Section 24,
Township 9 South, Range 4 West which lies South of Southerly
line of Abbotts Addition and Westerly of Westerly line of
AT&SF RR right-of-way.

Owners:

PUCELLI, Frank

PUCELLI, Anna

Parcel 2A:

Blocks 4 & 5 of Harris Addition, together with those portions
of unnamed streets on Map 574, closed to public use which would
revert to the above property on such closing;  Also that portion
of Block 6 of Harris Addition together with portions of the North
Half of unnamed street adjoining Block 6 on the South described
as follows:  Beginning at the Northeast Corner of Block 6;  thence
North 89°06' West along Northerly line of Block 6 175 feet;
thence South 0°28' West parallel with Easterly line of Block 6
321.99 feet to intersection with line drawn parallel with and
distant 30 feet Northly from Southerly line of Block 6, being
the true point of beginning;  thence North 89°26'30" West 25 feet;
thence South 0°28' West 44 feet to a point which is 6 feet
North from center line of unnamed street;  thence Westerly to
a point on Southerly prolongation of the West line of Block 6
at a point which is 12 feet North from center line of unnamed
street;  thence South 0°46' West along said Southerly prolonga-
tion 12 feet to center line of unnamed street;  thence East
along said center line to its intersection with Northerly pro-
longation of Easterly line of Block 5 of Harris Addition;  thence
Northerly along said prolongation to an intersection with a line

-2-

2830

Fallbrook Creek Watershed
(Harris Addition)

Parcel 2A continued:

bearing South 89°26'30" East from true point of beginning;

thence North 89°26'30" West to true point of beginning.

Owners:

KUECHEL, Albert F. (hus)

KUECHEL, Margaret M. (wife)

BANK OF AMERICA (TDTr)

PUCELLI, Frank (hus)(TDBen)

PUCELLI, Anna (wife)(TDBen)

Parcel 3:

Portion of Block 6 and that portion of the North Half of that
certain unnamed street adjoining said Block 6 on the South
as vacated, described as follows:  Beginning at a point on the
North line of said Block 6 distant thereon North 89°06' West
175 feet from the Northeast Corner of said Block 6;  thence
South 0°28' West parallel with the East line of said Block 6,
a distance of 321.99 feet to an intersection with a line drawn
parallel and distant 30 feet Northerly, measured at right angles
from the South line of said Block 6;  thence North 89°26'30"
West along said parallel line a distance of 25 feet;  thence
South 0°28' West 44 feet to a point which is 6 feet North of
the center line of the unnamed street adjoining said Block 6
on the South;  thence Westerly to a point in the Southerly pro-
longation of the West line of said Block 6 at a point which is
12 feet North of the center line of said unnamed street;  thence
North 0°46' East along said Southerly prolongation and along
the West line of said Block 6 a distance of 361.90 feet to the
Northwest Corner of said Block 6;  thence South 89°06' East

2831

Fallbrook Creek Watershed
(Harris Addition)

Parcel 3 continued:

along the North line of said Block 6 a distance of 310.00 feet

to the point of beginning.

Owners:

PHILLIPS, Grant K. (hus)

PHILLIPS, Beatrice W. (wife)


Parcel 4:

The East 175 feet of Block 6, Harris Addition, except the South

30 feet thereof, measured on the West line of said Block 6.

Owner:

SWIMM, Eleanor Forsyth (Sep-Prop)


Parcel 5:

ATCHISON, TOPEKA & SANTA FE RAILROAD

2832

OWNERSHIP AND LEGAL DESCRIPTION - FALLBROOK CREEK WATERSHED

SECTION 24
ASSESSORS MAP 24, 954W

Parcels 1,2,3,4,5,6&7:

 Not in Fallbrook Creek Watershed.

Parcels 8A & 8B:

 Not in Fallbrook Creek Watershed.

Parcel 8X2:

 Portion of Lot 1, Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the Southeast Corner of Lot 1, Section 24; thence North along East line thereof 576.45 feet; thence North 89°13'30" West 98 feet; thence North 0°28' East 187 feet; thence North 89°17'30" West 231.18 feet; thence South 0°28' West 763.18 feet; thence South 0°28' West 763.19 feet to South line of Lot 1; thence East along said South line 338.16 feet to point of beginning.

Owners:

 ZIMMERMAN, Charles, (hus)

 ZIMMERMAN, Emma (wife)

Parcel 9X3:

 Portion of Lot 1, Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point in the South line of Lot 1 where said South line is intersected by Northerly prolongation of center line of Wisconsin Avenue, formerly Indiana Avenue; thence North 0°28' East along said South line 35 feet; thence North 0°28' East 46 feet to point of beginning; thence South 89°11' East 93.20 feet; thence North 0°28' East 110 feet; thence North 89°11' West 93.20 feet; thence South 0°28' West 110 feet to true point of beginning. Also, portion of said Lot 1, described as follows: Beginning at a point on South line of Lot 1 where said line is intersected by Northerly prolongation

2833

Interlocutory
Judgment #39A

Exhibit E

Civ 215-A

Parcel 9X3 continued:

of center line of Wisconsin Ave., formerly Indiana Avenue; thence South 89°11' East along said South line 35 feet to true point of beginning;  thence North 0°28' East 46 feet; thence South 89°11' East 93.20 feet;  thence North 0°28' East 110 feet;  thence South 89°11' East 178 feet;  thence South 0°28' West 156.19 feet to South line of said lot;  thence North 89°11' West along said South line 271.20 feet to true point of beginning.  Also, portion of said Lot 1, described as follows:  Beginning at point in South line of Lot 1 where South line is intersected by Northerly prolongation of center line of Wisconsin Ave;  thence South 89°11' East along South line of said Lot 35 feet;  thence North 0°28' East 156 feet; thence North 89°11' West 35 feet to intersection with Northerly prolongation of center line of said Wisconsin Ave;  thence South 0°28' West 156 feet along said Northerly prolongation of said center line of Wisconsin Ave. to point of beginning. Also, Beginning at point on South line of said Lot 1, Section 24 where said line is intersected by Northerly prolongation of center line of Wisconsin Ave;  thence North 0°28' East 401 feet;  thence North 89°13'30" West 485.52 feet;  thence South 46°09'10" West 184.26 feet;  thence South 81°10'10" West 116.49 feet;  thence South 67°58'40" West 210.08 feet;  thence South 6°44'12" West to Westerly extension of Southerly line of Lot 1;  thence Easterly to point of beginning.

Owners:

COLVIN, William Herbert (hus)

COLVIN, Addie G. (wife)

-2-

Parcels 10, 11, 12, 13, 14 & 15:

    Not in Fallbrook Creek Watershed.

Parcel 16:

    Portion of the Northwest Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the Southeast Corner of land conveyed to Kuhn, 1239// 177 Official Records;  thence West along South line thereof 111.85 feet to Southwest Corner thereof;  thence North along West line thereof 170 feet;  thence East parallel with South line of said tract conveyed to Kuhn, 111.85 feet to East line thereof;  thence South thereon 170 feet to point of beginning.

Owners:

    WESTER, Paul S.

    WESTER, Eleanor, aka Webster, aka Rasmeor

    SECURITY TITLE INSURANCE CO. (TITr)

    FIRST NATIONAL BANK OF VISTA (TDBen)

Parcel 17:

    Portion of the Northwest Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point in North line of Section 24 at intersection of said line with Northerly prolongation of Easterly line of land conveyed to Hayes 54/223;  thence East 111.85 feet; thence South parallel with Northerly prolongation and said East line of said tract conveyed to Hayes, 197.63 feet to Southwest corner of land conveyed to Scovoli 3640/32, being true point of beginning;  thence East 60 feet;  thence South 191.47 feet;

2835

Parcel 17 continued:

thence West along said North line 60 feet;  thence North
191.70 feet to point of beginning.

Owners:

METZGER, Fred B. (hus)

METZGER, Geraldine L. (wife)

LAND TITLE INSURANCE CO. (TDTr)

McMILLAN MORTGAGE CO (TDBen)


Parcel 18:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West described as follows:
Beginning at a point in the North line of Section 24 at inter-
section of said line with Northerly prolongation of East line
of land conveyed to Hayes;  thence East 111.85 feet;  thence
South parallel with said Northerly prolongation of said East
line of Hayes land, 197.63 feet to Southwest Corner of land
conveyed to Scovoli;  thence East along South line of Scovoli
land 60 feet to true point of beginning;  thence continuing
East along said South line 60 feet;  thence South parallel
with East line of Hayes land 191.24 feet, more or less, to
North line of land conveyed to Matthews;  thence West along
said North line 60 feet to line which bears South and
parallel with East line of Hayes land from true point of
beginning;  thence North parallel with said East line of
Hayes land 191.47 feet, more or less, to true point of beginning.

-4-

2836

Owners (Parcel 18):

    BURNAMAN, Murray E. (hus)(Agmt to Convey)

    BURNAMAN, Neva M. (wife)

    BANK OF AMERICA (TDBen)

    CONTINENTAL AUXILIARY CO (TDTr)

    MARTIN, Hugh Verne (hus)

    MARTIN, Willota W. (wife)

## Parcel 19:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows: Beginning at a point in the North line of said Sec-
tion 24 at intersection of said line with Northerly prolongation
of East line of land conveyed to Hayes 54/223 Deeds; thence
East 111.85 feet; thence South parallel with Northerly prolonga-
tion and said East line of said Hayes land 197.63 feet to South-
west Corner of land conveyed to Scovoli 3640/32 Official Records;
thence East along said South line of Scovoli land 120 feet to
true point of beginning; thence continuing East along said
South line 100.11 feet to West line of land conveyed to Pattee
78/492 Deeds; thence South along said West line of Pattee land
190.85 feet to North line of land conveyed to Matthews 75/358
Deeds; thence West along said North line 99.53 feet to line
which bears South parallel with East line of said Hayes land
from true point of beginning; thence North parallel with East
line of Hayes land 191.24 feet to true point of beginning.

Owners:

    LA POINTE, Albert C. (hus)

    LA POINTE, Geslaine (wife)

    GODDARD, Julian C. (TDBen)(hus)

    GODDARD, Anella C. (wife)(TDBen)

    BANK OF AMERICA (TDTr)

2837

Fallbrook Pablic Utility Dis.
(Ccpie 3, 74)

Parcel 21X1:

Portion of the Northeast Quarter of Section 24, Township 9
South, Range 4 West, described as follows:  Beginning at a
point 250 feet North of the Northwest Corner of Block 38 of
West Fallbrook, said point being in the West line and distant
60 feet North from the Southwest Corner of land conveyed to
Ludy;  /thence along said East line North 80 feet to North-
east corner of said land of Ludy;  thence West 180 feet to
Northwest Corner of land of Ludy;  thence South 80 feet to
point of beginning.

thence East 180 feet to East line of said land of Ludy;

Owners:

LUDY, John C.


Parcel 21A:

Portion of the Northeast Quarter of Section 24, Township 9
South, Range 4 West, described as follows:  Beginning at a
point 250 feet North of the Northwest Corner of Block 38
of West Fallbrook, said point being in West line and distant
North 60 feet from the Southwest Corner of land conveyed to
Ludy;  thence East 180 feet to East line;  thence South 60 feet
to Southeast Corner of Ludy land;  thence along South line of
said land of Ludy West 180 feet to Southwest Corner;  thence
North 60 feet to point of beginning.

Owners:

LUDY, Rhoda Ann.


Parcel 22:

A portion of the Northwest Quarter of the Northeast Quarter
of Section 24, Township 9 South, Range 4 West, described as
follows:  The North 70 feet of the East 125 feet of property
described as follows:  Being that portion of the Northeast
Quarter of Section 24,  Beginning at a point 190 feet North
of the Northwest Corner of Block 38 of West Fallbrook;  thence

8938

[illegible stamp]

Block 38 Area;   thence North 140 feet;   thence West 305 feet;

thence South 140 feet to point of beginning.

Owners:

ALEXANDER, William A. (widower)

BANK OF AMERICA (TDBen)

GEREND, Lydia E. (wid)(TDBen)

GEREND, Frank T. (m/n)(TDBen)


Parcel 23:

Portion of the Northwest Quarter of the Northeast Quarter

of Section 24, Township 9 South, Range 4 West, described

as follows:  The South 70 feet of the East 125 feet, being

a portion of the Northeast Quarter of Section 24;  Beginning

at a point 190 feet North of the Northwest Corner of Block 38

of West Fallbrook;   thence East 305 feet;   thence North 140

feet;   thence West 305 feet;   thence South 140 feet to point

of beginning.

Owners:

DEPARTMENT OF VETERANS AFFAIRS, STATE
   OF CALIFORNIA (Agmt to Convey)

GEREND, Lydia E. (widow)


Parcel 24:

Portion of the Northwest Quarter of the Northeast Quarter

of Section 24, Township 9 South, Range 4 West, described as

follows:  Beginning at a point 25 feet North and 25 feet West

of the Northwest Corner of Block 38 of West Fallbrook;  running

thence North 110 feet to true point of beginning;   thence East

parallel with North line of land conveyed to Johnston 123 feet

to East line of Land conveyed to Brice Mack;   thence North

-7-

Parcel 24 continued:

    along said East line 55 feet to North line of land con-
veyed to Haselwood;  thence West along said North line
123 feet to Northwest Corner of said Haselwood land;  thence
South 55 feet to true point of beginning.

Owners:

    THOMPSON, Lewis, Jr. (hus)

    THOMPSON, Ava A. (wife)

    BANK OF AMERICA (TDTr)

    TASSEY, Beatrice M. (wid)(TDBen)


Parcel 25:

    Portion of the Northwest Quarter of the Northeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at a point 25 feet North and 25 feet
West of the Northwest Corner of Block 38 of West Fallbrook;
running thence North 55 feet to true point of beginning,
being Northwest Corner of land conveyed to Johnston
2588/451 Official Records;  thence West along North line of
said land of Johnston 123 feet to Southeast Corner of land
conveyed to Mack 3592/463 Official Records;  thence North
along East line of said land of Mack 55 feet;  thence West
along line parallel with said North line of Johnston land
123 feet;  thence South 55 feet to true point of beginning.

Owners:

    TASSEY, Beatrice M. (wid)

-8-

2840

Fallbrook Creek Watershed
(Section 24)

**Parcel 26:**

Portion of the Northwest Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point 25 feet North and 25 feet West of the Northwest Corner of Block 38 of West Fallbrook; running thence North 55 feet; thence East 123 feet; thence South 55 feet; thence West 123 feet to point of beginning.

**Owners:**

NORTH MAIN ST. CHURCH OF CHRIST
OF FALLBROOK, a Calif. Corp.

BANK OF AMERICA (TDTr)

CORP. OF THE PRESIDING BISHOP OF THE
CHURCH OF LATTER DAY SAINTS, a Utah
Corporation (TDBen)

**Parcel 27:**

Portion of the Northwest Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point 25 feet North and 25 feet West of the Northwest Corner of Block 38 of West Fallbrook; thence East 123 feet to Southeast Corner of land conveyed to Johnston, 2588/451 Official Records; said point being true point of beginning; thence North along East line of said land of Johnston and along East line of land conveyed to Make, 3592/463 Official Records, 165 feet to North line of land conveyed to Haselwood 1610/20; thence East along said North line of land of Haselwood 106.70 feet to Northeast Corner of said land of Haselwood; thence South 165 feet; thence West to true point of beginning.

-9-

2841

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 27):

    BROWNING, William H. (hus)

    BROWNING, Lettie B. (wife)

    UNION TITLE INS. & TRUST CO (TDTr)

    FIRST NATIONAL BANK OF VISTA (TDBen)

Parcel 28:

Portion of the Northwest Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows:  Beginning at the intersection of the center line
of Kalmia Street and Vine Street;  thence North 165 feet;
thence West 100.3 feet;  thence South 165 feet;  thence East
100.3 feet to point of beginning.

Owners:

    GROOVER, Annie M.

    STAPLES, Oswald H.

    HEITT, Irene F.

    SCOTT, Bertha M.

    KOLB, Leland Claud

    NIX, Mathis T. (life-est)

Parcel 29:

    ATCHISON, TOPEKA & SANTA FE RAILWAY

Parcel 30:

Portion of East Half of Northeast Quarter of Section 24, Township
9 South, Range 4 West, described as follows:  Beginning at the
point of intersection of Southerly prolongation of East line of
Iowa Avenue with South line of Ivy Street; thence South 40 feet;
thence West parallel to said South line of Ivy Street 40 feet; thence
North 40 feet to said South line of Ivy Street; thence East along said

-10-

Fallbrook Creek Watershed
(Section 24)

Parcel 30 - continued

line of Ivy Street 40 feet to point of beginning.  ALSO portion of said East Half of Northeast Quarter, described as follows: Beginning at a point on East line of said Northeast Quarter of Section 24, distant North 0°19'20" East 1088 feet from the Southeast corner of said Northeast Quarter of said Section, being Northeasterly corner of land conveyed to G. S. & C. A. Stubblefield, by deed recorded in Book 135, page 20 of Deeds; thence running from said point of beginning along Northerly line of said land of Stubblefield South 77°25'20" West 337.92 feet to Southeasterly corner of land conveyed to Rott, Lucy A., by deed recorded in Book 580, page 77 of Deeds; South 77°32'30" West 447.05 feet to true point of beginning; thence along Westerly line of said land conveyed by deed recorded in Book 406, page 109, South 1°08'30" East 128.54 feet to intersection with line parallel with and distant 150 feet West of North line of Easterly extension of Alvarado Street; thence along said parallel line North 89°08' West 222.53 feet to East line of land conveyed to Fallbrook Union High School District by recorded in Book 564, page 143 of Deeds; thence along East line North 0°39' East 365.44 feet to point 40 feet South of South line of Ivy Street in Bartletts Addition to West Fallbrook; thence on line parallel with and 40 feet South of South line of said Ivy Street South 89°18'30" East 128.25 feet to Southeast corner of land conveyed to Sample, Arthur A., by deed recorded in Book 943, page 401 of Deeds; thence along East line North 0°45' to South line of said Ivy Street; thence along South line of said Ivy Street South 89°18'30" East 89.92 feet to intersection with line which bears North 0°41'30" East from true point of beginning; thence South 0°41'30" West 277.87 feet to true point of beginning.  ALSO Tract marked "X" of Bartletts Addition to West Fallbrook No. 1 and Easterly half of Minnesota Avenue

-11-

Parcel 30 - continued

adjoining said tract.

Owners:

FALLBROOK UNION HIGH SCHOOL DISTRICT

Parcels 31C, 31X3 & 31A:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point of intersection of the center line of the Easterly extension of Alvarado Street and the East line of Section 24;  thence West 417.8 feet;  thence North 331.8 feet to Northwesterly Corner of land conveyed to Root; thence North 77°25'20" East 66.62 feet to true point of beginning; thence North 77°25'20" East 92.92 feet;  thence South 12°34'40" East 184.26 feet to Northerly line of AT&SF Railway;  thence West along curve of right-of-way 117.79 feet to end of curve; thence West 67.4 feet;  thence North 17°59' East 175.09 feet to true point of beginning.  Also that portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point of intersection of the center line of the Easterly extension of Alvarado Street and the East line of Section 24;  thence West 417.8 feet;  thence North 331.8 feet to the Northwesterly Corner of land conveyed to Root;  thence North 77°25'20" East 254.54 feet to true point of beginning;  thence North 77°25'20" East 75 feet;  thence South 12°34'40" East 175.73 feet to North line of AT&SF Ry right-of-way;  thence Westerly along curve 75.53 feet;  thence North 12°34'30" West 185.53 feet to true point of beginning.  Also that portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point of intersection of the center line of Section 24;  thence West 417.8 feet; thence North 331.8 feet to the Northwesterly Corner of land conveyed to Root;  thence North 77°25'20" East 329 feet to true point of beginning;  thence North 77°25'20" East 100 feet to Easterly line of Section 24;  thence South 166.22 feet to

2844

Fallbrook Creek Watershed
(Section 24)

Parcels 31C, 31X3 & 31A continued:

Northerly line of AT&SF Ry right-of-way;  thence Southwesterly along curve 64.4 feet;  thence North 12°34'40" West 175.73 feet to true point of beginning.

Owners:

SHIGUT, Emil A. (hus)

SHIGUT, Gladys F. (wife)

Parcel 31B:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point of intersection of the center line of Easterly extension of Alvarado Street and East line of Section 24;  thence West along center line of said extension of Alvarado Street 418.70 feet;  thence North and parallel with East line of said Section 24 331.80 feet to Northwesterly Corner of Root land 703/352 Deeds;  thence along Northerly line of said Root land North 77° 25'20" East 159.54 feet more or less to point distant thereon South 77°25'20" West 270 feet from Northeasterly corner of Root land, said point being true point of beginning.  Thence continuing along said Northerly line North 77°25'20" East 95.00 feet;  thence South 12°34'40" East 184.53 feet to Northerly line of right-of-way of AT&SF Ry, 735/79 Deeds, said point being in curve concave Northerly and having a radius of 713.50 feet;  radial line thru said point bears South 16°14'05" East;  thence Westerly along said curve in said Northerly line 95.06 feet to line which bears South 12°34'40" East from true point of beginning;  thence North 12°34'40" West 184.26 feet to true point of beginning.

-13-

2845

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 31B):

HURTY, Frances E. (m/w)

BANK OF AMERICA (TDTr)

PRENTISS, Charles Russell (hus)(TDBen)

PRENTISS, Elizabeth R. (wife)(TDBen)

Parcel 32:

Portion of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the intersection of Alvarado Street center line and the East line of said Northeast Quarter; thence Westerly 418.7 feet along said center line; thence Northerly 331.8 feet parallel with said East line; thence North $77°25'30"$ East to a point which bears South $77°25'30"$ West 362.92 feet from said East line, said point being the true point of beginning; thence North $77°25'30"$ East 25 feet; thence North $12°39'$ West 60 feet; thence South $77°32'30"$ West 448.3 feet; thence South $1°08'30"$ East to the North line of railroad right-of-way; thence Easterly thereon to a line which bears South $17°59'$ West from the true point of beginning; thence North $17°59"$ East 175.09 feet to the true point of beginning.

Owner:

HOOVER, Alonzo (widower)

Parcel 34:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point 418.7 feet West of the Southeast Corner of the Northeast Quarter; thence parallel with East line of said Section 486.5 feet, more or less, to a point

-14-

2846

Fallbrook Creek Watershed
(Section 24)

Parcel 34 (continued):

150 feet South of the South line of Alvarado Street;  thence
Westerly parallel with Southerly line of Alvarado Street 355
feet to Southwest Corner of land conveyed to Briggs 1726/144
Deeds, being true point of beginning.  Thence continuing West
along line parallel with said Southerly line of Alvarado Street
181.42 feet, more or less, to Westerly line of land conveyed to
Kelly 1376/89 Deeds;  thence Northwesterly along Westerly
line of said Kelly land to Southerly line of Alvarado Street;
thence Easterly along Southerly line of Alvarado Street to
Northwesterly corner of said Briggs land;  thence Southerly
along Westerly line of said last mentioned tract 150 feet to
true point of beginning.

Owners:

ROBERSON, Buster (hus)

ROBERSON, Mary (wife)


Parcel 35:

Portion of the Southeast Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows:  Beginning at a point on the South line of the South-
east Quarter of the Northeast Quarter, distant 418.7 feet
Westerly from the Southeast Corner thereof;  running thence
North parallel with East line of said section 486.6 feet,
more or less, to a point 150 feet South of the South line of
extension of the East line of Alvarado Street in West Fallbrook;
thence West parallel with and 150 feet South of South line of
said extension of Alvarado Street a distance of 305 feet to
true point of beginning;  thence continuing Westerly along
said parallel line 50 feet;  thence North parallel with East
line of said Section 150 feet to South line of Easterly exten-
sion of Alvarado Street;  thence parallel with East line of

2847

Fallbrook Creek Watershed
(Section 24)

Parcel 35 continued:

said section 150 feet to true point of beginning.

Owners:

ESTRADA, Alonzo M. (hus)

ESTRADA, Erolnida (wife)

Parcel 36:

Portion of the Southeast Quarter of the Northeast Quarter
of Section 24, Township 9 South, Range 4 West, described as
follows: Beginning 418.7 feet West of the Southeast Corner
of the Northeast Quarter; thence North parallel with East line
486.5 feet to point 150 feet South of South line of Alvarado
Street; thence West parallel with South line of Alvarado
205 feet to true point of beginning; thence continuing West
100 feet; thence North 150 feet; thence East 100 feet;
thence South 150 feet to point of beginning in the Southeast
Quarter of the Northeast Quarter of Section 24.

Owner:

MEZA, Andrew (s/m)

Parcel 37:

Portion of the Southeast Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows: Beginning at a point on the South line of the
Southeast Quarter of the Northeast Quarter distant thereon
$89^{\circ}18'15"$ West 418.70 feet from Southeast Corner thereof,
being the Southeast corner of land conveyed to Potter 851/238;
thence North along East line of said land and parallel with
East line of said Southeast Quarter of the Northeast Quarter
486.5 feet, more or less, to Northeast Corner thereof being
also the Southeast Corner of land conveyed to Wells 1351/480;
thence West along common land between said lands and parallel

-16-

2848

Parcel 37 continued:

with South line of Alvarado Street 105 feet to Southwest
Corner of 1351/480, being true point of beginning;  Thence
continuing West along North line 851/238 100 feet to point
thereon being the Southeast Corner of land conveyed to Meza
634/453;  thence North along East line of land conveyed to
Meza 150 feet to Northeast Corner thereof, being a point on
South line of said Alvarado Street;  thence East along South
line of said Street 100 feet to Northwest Corner of said
land of Wells;  thence South along West line of said land
150 feet to true point of beginning.

Owners:

    MILTON, Perry Eugene (hus)

    MILTON, Norissa Pauline (wife)

    SAN DIGUETO PROPERTIES, INC. (TDBen)

    SEACOAST SAVINGS & LOAN ASSN. (TDBen)

    KILTGAARD, R. J. (TDTr)

    MEACHEN, Minette E. (wid)(TDBen)

Parcel 38:

Portion of the Southeast Quarter of the Northeast Quarter of
Section 25, Township 9 South, Range 4 West, described as
follows:  Beginning at a point on the South line of the South-
east Quarter of the Northeast Quarter, distant thereon 418.7
feet Westerly from the Southeast Corner thereof;  running
thence North parallel with East line 486.6 feet, more or less,
to a point 150 feet South of the South line of extension of
East line of Alvarado Street in West Fallbrook, said point be-
ing true point of beginning.  Thence West to a point West and
150 feet South of South line of said extension of Alvarado
Street 105 feet;  thence North parallel with East line of

-17-

Fallbrook Creek Watershed
(Section 24)

Parcel 38 continued:

said Section 150 feet to South line of said Easterly

extension of Alvarado Street;  thence East 105 feet along

said South line of said Street to East line of land con-

veyed to Root by 553/356 Deeds;  thence South along said

East line of tract 150 feet to true point of beginning.

Owners:

HOOVER, Alonzo V. (u/m)

BARKOW, Harold (Agmt to convey)(hus)

BARKOW, Marcella (Agmt to convey)(wife)


Parcel 39:

Portion of the Southeast Quarter of the Northeast Quarter

of Section 24, Township 9 South, Range 4 West, described

as follows:  Beginning at a point on the South line of

the Northeast Quarter, distant 215 feet West of the Southeast

Corner;  thence North and parallel with East line of Section

24, 466 feet to Northeast corner of land conveyed to Robbins

874/337 Deeds, being also point on West line of County Road

500/234 Deeds;  thence West at right angles, being on line

parallel with and distant 418.70 feet West of East line of

Section 24;  thence North along said parallel line 117.50

feet to Northwest Corner of land conveyed to Lillie 2139/71

Official Records and true point of beginning;  thence continu-

ing North along said parallel line 143.65 feet to center line

of Easterly extension of Alvarado Street;  thence East along

said extension of center line 50 feet to Northwest Corner

of land conveyed to Jacoby 1007/361 Deeds;  thence South

along West line of Jacoby land 143.65 feet to Northwest Corner

of land of Lillie;  thence West along North line of said Lillie

land 50 feet to true point of beginning.

-18-

2850

Owners (Parcel 39):

    ACKER, Franklin D. (hus)

    ACKER, Ione A. (wife)

    SECURITY TITLE INS. CO (TDTr)

    LAGUNA FED. SAV. & LOAN ASSN (TDBen)

    ROYER, Mrs. Mary A. (TDBen)

Parcel 40:

The West 50 feet of that portion of the Southeast Quarter of
the Northeast Quarter of Section 24, Township 9 South, Range
4 West, described as follows: Beginning at a point on the
South line of said Northeast Quarter, distant 215 feet West of
the Southeast Corner; thence North 450 feet to true point of
beginning; thence at right angles West 153.7 feet; thence
at right angles North 210 feet to center line of Easterly ex-
tension of Alvarado Street; thence/along said extension of
                         East
said center line of Alvarado Street 153.7 feet to a point
215 feet West of East boundary line of Section 24; thence
South along North boundary of County Road 210 feet to true
point of beginning.

Owners:

    DARGAN, Ruby Hooper (wid)

    HEUTENIK, John G. (TDBen)(hus)

    Heutenik, Ann (TDBen)(wife)

    SOUTHERN TITLE & TRUST CO (TDTr)

Parcel 41:

Portion of the Southeast Quarter of the Northeast Quarter
of Section 24, Township 9 South, Range 4 West, described as
follows: Beginning at a point in the South line of said North-
east Quarter distant 215 feet West of Southeast Corner; thence

-19-

Fallbrook Creek Watershed
(Section 24)

Parcel 41 continued:

North and parallel with East line 450 feet to true point of
beginning.  Thence at right angles West 103.7 feet;  thence
at right angles North 210 feet to center line of Easterly
extension of Alvarado Street;  thence East along said center
line 103.7 feet to point 215 feet West of East line of said
Section 24;  thence South along West line of County Road 210
feet to true point of beginning.

Owner:

MEDEARIS, Mary C.


Parcel 42:

Portion of the Southeast Quarter of the Northeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at a point in the center line of Alvar-
ado Street produced East that is distant 660 feet North measured
on East line of said Southeast Quarter of the Northeast Quarter,
and 100 feet West of the Southeast Corner of the said Northeast
Quarter;  thence South and parallel with East line of said
Section 24 175 feet to a point;  thence West 75 feet to
Easterly line of County Road;  thence North along Easterly
boundary of County Road 175 feet to center line of Alvarado
Street produced East;  thence East along center line of said
Alvarado Street 75 feet to point of beginning.

Owner:

TOMLIN, D. C. (sep prop)(m/w)

2852

Parcel 43:

Portion of the Southeast Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows:  The East 20 feet of the Northeast Quarter of
Section 24 lying between South line of County Highway
(Alvarado Street) and Westerly prolongation of North line of
South Half of Lot 5 of Shipley Tract;  Also, that portion of
the Southeast Quarter of the Northeast Quarter of Section 24,
described as follows:  Beginning at the Southeast Corner of
the Southeast Quarter of the Northeast Quarter;  thence running
North along East line of said Section 635 feet to a point;  thence
West along a line parallel with center line of Alvarado Street
of West Fallbrook produced East 20 feet to true point of be-
ginning.  Thence continuing West along said parallel line 80
feet to a point in the East line of land conveyed to Jacoby
1053/44;  thence South along East line of said tract being on
line parallel with said East line of Section 24 150 feet to
Southeast Corner of said tract;  W 75 feet to Southwest corner
thereof; said corner being a point on West boundary of East
10 feet of County Road known as Road Survey No. 338; thence
South along said E line of remaining portion of said County
Road being on line parallel with said East line of said
Section, 465 feet to point distant 20 feet North of South
line of said Southeast Quarter of Northeast Quarter; thence
East along line parallel with and distant 20 feet North of
said line 155 feet to point 20 feet West of said East line
of Section 24; thence North along line parallel with and
distant 20 feet West from said East line of said Section,
615 feet to true point of beginning.

Owners:

ANDERSON, Lottie M.

2853

Parcel 44:

Portion of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point on the South line of said Northeast Quarter distant 215 feet West of the Southeast Corner thereof;  thence North and parallel with East line of said Section 24, 400 feet to true point of beginning, being the Northeast corner of land conveyed to Robbins and being also a point on West line of County Road;  thence West at right angles being along North line of said Robbins land 153.70 feet;  thence North parallel with East line 50 feet to the Southwest Corner of land conveyed to Jacoby;  thence East along South line of Jacoby land 153.70 feet to Southeast Corner thereof;  thence South 50 feet to true point of beginning.

Owners:

JUDD, Russell J. (hus)

JUDD, Reba M. (wife)

BANK OF AMERICA (TDTr)

FULLER, Evelyn M. (wid)(TDBen)

Parcel 45:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at the Southeast Corner of said Northeast Quarter; thence along South line West 215 feet;  thence parallel with East line of said Section 24 North 400 feet to Northeast Corner of land conveyed to Robbins 894/337 Deeds being also point on West line of County Road 500/234 Deeds;  thence West along North line of Robbins land 153.70 feet to true point of beginning. thence continuing along North line of Robbins land 50 feet to Northwest Corner thereof;  thence parallel with East line of

-22-

Fallbrook Creek Watershed
(Section 24)

Parcel 45 continued:

Section 24 North 117.50 feet;  thence parallel with North
line of Robbins land East 50 feet;  thence parallel with
East line of Section 24 South 117.50 feet to true point of
beginning.

Owners:

STEWART, Herbert L. (hus)

STEWART, Marie C. (wife)


Parcels 46 and 53:

Portion of the Northeast Quarter of Section 24, Township
9 South, Range 4 West, described as follows:  Beginning at
a point on the South line of the Northeast Quarter of Section
24, 215 feet West of the Southeast Corner;  thence North at
right angles and parallel with East line 400 feet;  thence
West at right angles 203.7 feet;  thence at right angles and
South parallel with East line 400 feet, more or less, to South
line of said Northeast Quarter;  thence at right angles East
along South line 203.7 feet to point of beginning.  Excepting
therefrom the following:  Beginning at a point on the South
line of the Northeast Quarter, distant West 215 feet from the
Southeast Corner of the Northwest Quarter;  thence North parallel
with East line 305 feet;  thence West parallel with South line
125 feet;  thence South parallel with East line 305 feet, to
said South line of the Northeast Quarter;  thence East 125 feet
to point of beginning.

Beginning at a point on the South line of the Southeast Quarter
of the Northeast Quarter of Section 24 distant North 89°08'15"
West 418.70 feet from the Southeast Corner thereof;  thence
parallel with East line of the Southeast Quarter of the North-
east Quarter North 0°20'15" East 486.25 feet to a point 150

-23-

Parcels 46 & 53 continued:

feet South of the South line of Alvarado Street extension;

thence parallel with South line of Alvarado Street extension

North 89°08' West 536.42 feet;  thence South 9°50' East 253.70

feet to Northwesterly corner of land conveyed to Field;  thence

along North and East line thereof South 89°08'15" East 302.58

feet and South 0°20'15" West 235 feet to Southeast Corner

thereof;  thence along South line of Southeast Quarter of

Northeast Quarter South 89°08'15" East 189 feet to point of

beginning.  Excepting therefrom that portion thereof, if any,

lying Westerly of:  Beginning at a point on the South line of

the Southeast Quarter of the Northeast Quarter, distant 418.7

feet West from the Southeast Corner;  thence North parallel

with East line 486.6 feet more or less to a point 150 feet

South of South line of extension of Alvarado Street;  thence

West parallel with and 150 feet South of South line of said

extension of Alvarado Street 536.5 feet more or less to

intersection with Westerly line of land conveyed to Root,

point of intersection being true point of beginning of herein

described land;  thence Southeasterly along Westerly line of

Root lot to point on South line of said Southeast Quarter of

the Northeast Quarter, which said point is distant 867.7 feet

West from the Southeast corner thereof.

Owners:

HUSEBY, H. O. (hus)

HUSEBY, Mildred G.


Parcel 47 & Parcel 160 of Map 43(West Fallbrook):

All of Lots 1 and 2 and portion of Lots 3, 4 & 5, Block 46,

West Fallbrook; also portion of Fig Street and alley vacated;

also, portion of the Northeast Quarter of Section 24, Township

-24-

Parcel 47 & Parcel 160 of Map 43 (West Fallbrook) continued:

9 South, Range 4 West, described as follows:  Beginning at a
point in the South line of Lot 5 distant South 89°21' East
253 feet from the Southwest Corner of Lot 6;  thence South
89°31' East 5.00 feet to Southwest Corner of land conveyed
to Waller 2187/29 Official Records;  thence along Westerly
and Northerly lines of said Waller land North 0°33' East
125 feet and North 77°12'30" East 127.89 feet to Westerly
line of land conveyed to Root 553/356 Deeds;  thence along
said Westerly line of Root land North 9°54'10" West 177.86
feet to Easterly prolongation of South line of Lot 2, Block
44 West Fallbrook;  thence along said Easterly prolongation
of South line of Lot 2 and along South line of Lots 2, 3 &
44 of said Block 44, West Fallbrook, North 89°20' West 350.05
feet to Westerly prolongation of West line of Block 46;
thence along said Northerly prolongation of West line of
Block 46 South 0°34'10" West 25 feet to center line of Fig
Street;  thence along said center line of Fig Street South
89°20' East 134.93 feet to Northerly prolongation of center
line of alley in said Block 46;  thence along said Northerly
prolongation of center line of said alley and along center
line of said alley South 0°33' West 174.65 feet to point
distant North 0°33' East 130 feet from North line of Elder
Street;  thence parallel with North line of Elder Street
South 89°21' East 118.00 feet;  thence South 0°33' West 130
feet to true point of beginning.

Owners:

    WALLER, Norbert A. (hus)

    WALLER, Ethel R. (wife)

Parcel 48:

All those portions of Lots 3, 4, & 5, Block 46, West Fallbrook, and portion of the East Half of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point in the South line of said Lot 5, distant South 89°21' East 258 feet from the Southwest Corner of Lot 6 of said Block 46;  thence North 0°33' East 125 feet; thence North 77°12'30" East 127.89 feet to Westerly line of land conveyed to Root 553/356 Deeds;  thence along said Westerly line of Root land South 9°54'10" East 157.40 feet to intersection with Easterly prolongation of Northerly line of Elder Street; thence along said Easterly prolongation of Northerly line of Elder Street North 89°21' West 153.00 feet to point of beginning.

Owners:

DAVIS, Paul L. (hus)

DAVIS, Mary E. (wife)

WALLER, Norbert A. (TDBen)(hus)

WALLER, Ethel R. (TDBen)(wife)

BANK OF AMERICA (Int)

Parcel 50:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point on the South line of the Southeast Quarter of the Northeast Quarter distant 817.7 feet West from the Southeast Corner;  thence North parallel with East line of said Section 132 feet;  thence Westerly along line parallel with South line of said Northeast Quarter 73.74 feet to intersection with Westerly line of land conveyed to Root 553/356 Deeds;  thence Southerly along said Westerly line of said

-26-

**Parcel 50 continued:**

Root land to point on South line of said Southeast Quarter of the Northeast Quarter;  thence Easterly along said South line 50 feet to point of beginning.

**Owners:**

DAHLBERG, Gertrude C. (hus)

DAHLBERG, Rudolph C. (wife)

COY, Glenn W. (TDBen)(hus)

UNION TITLE INS. & TRUST CO (TDBen)


**Parcel 51A:**

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point in the South line of said Northeast Quarter distant North 89°08'15" West 667 feet from the Southeast Corner of said Northeast Quarter;  thence continuing along said South line North 89°08'15" West 60 feet; thence parallel with East line of Section 24 North 0°20'15" East 132 feet;  thence parallel with South line of said Northeast Quarter South 89°08'15" East 60 feet to line parallel with East line of Section 24 North 0°20'15" East from point of beginning;  thence South 0°20'15" West 132 feet to point of beginning.

**Owners:**

DEPT. OF VETERANS AFFAIRS

SLUDER, Clifford E.

2859

Parcel 51X1:

    Portion of the Southeast Quarter of the Northeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at a point in the South line of the
Northeast Quarter distant North $89^\circ08'15''$ West 727.70 feet
from the Southeast Corner of said Northeast Quarter, being
the Southwest Corner of land conveyed to Department of Veterans
Affairs 6251/406 Official Records;  thence continuing along
said South line North $89^\circ08'15''$ West 90 feet to Southeast
Corner of portion of land conveyed to Dahlbert 5734/233
Official Records;  thence running North along Easterly line
of Dahlberg's land, being parallel with East line of Sec-
tion 24 North $0^\circ20'15''$ East 132 feet;  thence parallel with
South line of said Northeast Quarter South $89^\circ08'15''$ East
90 feet to Northwest Corner of aforementioned Department of
Veterans Affairs land;  thence South along Westerly line of
said land South $0^\circ20'15''$ West 132 feet to point of beginning.

Owners:

    STONE, I. H. (hus)

    STONE, Vera E. Lieber (wife)

    SECURITY TRUST & SAV. BANK OF SAN DIEGO

    LA JOLLA FED. SAV. & LOAN ASSN.

Parcel 52:

    Portion of the Southeast Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows:  Beginning at a point on the South line of said
Southeast Quarter of the Northeast Quarter, distant North
$89^\circ8'15''$ West 697.70 feet from the Southeast Corner thereof;
thence running parallel with East line North $0^\circ20'15''$ East 237
feet;  thence parallel with South line thereof North $89^\circ8'15''$

-28-

2860

Fallbrook Creek Watershed
(Section 24)

Parcel 52 continued:

West 302.58 feet to Westerly line of land conveyed to Field 1797/230 Deeds;  thence along said Westerly line South 9°50' East 106.86 feet to Northwesterly Corner of land conveyed to Coy;  thence along North line thereof South 89°8'15" East 223.71 feet to Northeast Corner thereof;  thence along East line thereof South 0°20'15" West 132 feet to Southeast Corner thereof;  thence South 89°8'15" East 60 feet to point of beginning.

Owners:

FIELD, Harry O. (hus)

FIELD, Mable B. (wife)

FLEMING, Gayle A. (hus)

FLEMING, Vera M. (wife)

ALLEN, Homer M. (Act'g State Director of Farmers Home Administration for State of California (TDTr)

Parcel 53:

See Parcel 46.

Parcel 54A:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point on the South line of said Northeast Quarter 215 feet West of the Southeast Corner;  thence North at right angles and parallel with East line of Section 24 249 feet to true point of beginning.  Thence continuing along said parallel line North 56 feet;  thence West parallel with South line 125 feet;  thence South parallel with East line 56 feet;  thence East parallel with South line 125 feet to true point of beginning.

-29-

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 54A):

    HAVINS, Lindsey H. (hus)

    HAVINS, Catherine M. (wife)

    WANN, Melton D. (hus)

    WANN, Margaret B. (wife)

    LAND TITLE INSURANCE CO. (TDTr)

    SUBURBAN SAVINGS & LOAN ASSN (TDBen)

    BANK OF AMERICA (TDTr)

    INGLIS, John P (hus)(TDBen)

    INGLIS, Eve (wife)(TDBen)


Parcels 54X1 & 55:

Portion of the Southeast Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows: Beginning at the Southeast Corner of said Northeast
Quarter; thence West along South line 215 feet; thence North
parallel with East line 137 feet to true point of beginning.
Thence continuing North along said parallel line 56 feet;
thence West parallel with said South line 125 feet; thence
South parallel with East line 56 feet; thence East parallel
with South line 125 feet to true point of beginning. Also
portion of said Southeast Quarter of the Northeast Quarter of
Section 24, described as follows: Beginning at the Southeast
corner of the Northeast Quarter; thence West along South
line 215 feet; thence North parallel with East line 193
feet to true point of beginning. Thence continuing North
along said parallel line 112 feet; thence West parallel with
South line 125 feet; thence South parallel with East line
112 feet; thence East parallel with South line 125 feet to
true point of beginning. Except the North 56 feet thereof.

-30-

2862

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 54X1 & 55):

STANEK, Stanley (hus)

STANEK, Della E. (wife)

BANK OF AMERICA (TDBen)

CORPORATION OF AMERICA (TDTr)

Parcel 56:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the Southeast Corner of the Northeast Quarter of Section 24; thence West 215 feet and North 81 feet to true point of beginning. Thence North 56 feet; thence West 125 feet; thence South 56 feet; thence East 125 feet.

Owners:

DEPARTMENT OF VETERANS AFFAIRS,
State of California

MILLER, Benjamin F. (Agmt to Convey)

Parcel 57:

Portion of the Southeast Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point on the South line of said Northeast Quarter distant 215 feet West from the Southeast Corner; thence North parallel with East line 81 feet; thence West parallel with South line 125 feet; thence South parallel with East line 81 feet to South line of said Northeast Quarter; thence East along said South line 125 feet to point of beginning.

Owners:

DEPARTMENT OF VETERANS AFFAIRS,
State of California

MOORE, Paul R.     (Agmt to Convey)

-31-

2863

Fallbrook Creek Watershed
(Section 24)

Parcel 59X1:

See Parcels 1 and 2, College Street Tract (Map 46).

Parcel 60:

The East 100 feet of the West 308.7 feet of the North 208.7 feet of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owner:

BROWN, John E.

Parcel 61:

The East 80 feet of the West 388.70 feet of North 208.70 feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owners:

BAIRD, George W. (hus)
BAIRD, Minnie M. (wife)

Parcel 62:

The East 80 feet of the West 468.70 feet of the North 208.70 feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owners:

GRACEY, Betty K. (u/w)
CORPORATION OF AMERICA (TDTr)
BANK OF AMERICA (TDBen)

-32-

2864

Fallbrook Creek Watershed
(Section 24)

Parcel 63:

The East 80 feet of the West 548.70 feet of the North 208.70 feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owner:

TRUITT, Adele S. (wid)

Parcel 64:

The East 80 feet of the West 628.70 feet of the Northwest Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owner:   MOUNT, Mavis L. (m/w) (now Leadbetter)

Parcel 65:

The West 106 feet of the North 208.7 feet of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, and the North 208.7 feet of the said Northeast Quarter of the Northwest Quarter of the Southeast Quarter, EXCEPT from said Northeast Quarter of the Northwest Quarter of the Southeast Quarter the West 628.7 feet.

Owners:

WOLFE, Russel P. (hus)

WOLFE, Ruby I. (wife)

BANK OF AMERICA (TDTr)

KNOWLES, Pearl M. (wid)(TDBen)

2865

Parcel 66:

Portion of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point in the North line of the Southeast Quarter distant 106 feet Easterly from the Northwest Corner;  thence Southerly along line parallel with West line 209.42 feet;  thence Easterly along line parallel with North line 104 feet;  thence Northerly along line parallel with West line 209.42 feet to North line of the Southeast Quarter;  thence Westerly along said North line 104 feet to point of beginning.

Owners:

JOHNSON, Ralph Bennett (hus)

JOHNSON, Dorothy Ada (wf)

WEBER, Edward John as Employee of Loan
    Guaranty Div., Veterans Administration,
    Regional Office, San Diego (TDBen)

GRAY, Carl R., Jr., Administrator of
    Veterans Affairs (TDTr)


Parcel 67:

Portion of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point on the West line of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter distant 10 feet Northerly from the Southwest Corner, said point being also the Northwest Corner of land conveyed to Mora 2715/433 Official Records;  thence Southerly along West line of the East Half of the Northwest Quarter of the Southeast Quarter 110 feet to the Northwest Corner of land conveyed to Stambaugh 5159/418 Official Records;  thence Easterly along Northerly line of Stambaugh land 188 feet more or less to point in West line of land conveyed to Petri 2790/43 Official Records; thence Northerly along West line of Petri

-34-

2866

Parcel 67 continued:

land 110 feet to .... .... .... .... .... .... .... ....

haugh 5859/21= .... .... .... .... .... .... .... ....

line of South 10 .... .... .... .... .... .... .... ....

west Quarter of .... .... .... .... .... .... .... ....

along said North line of said South 10 feet to point of be-

ginning.

Owners:

MORA, L. S. (s/m) aka Luigi S.

BANK OF AMERICA (TD Ex)

MORA, Placido (hus)(TD Ex)

MORA, Ernesta (wife) ....

Parcel 68 & 71A:

Portion of the North Half of the Southeast Quarter of ....

Section 24, Township 9 South, Range 4 West, described as

follows:  Beginning at the Southeast Corner of the South-

west Quarter of the Northeast Quarter of the Southeast Quarter,

thence along South line of North Half of the Southeast Quarter

West 1139.59 feet to Southeast Corner of land conveyed 2790/43;

thence along West line and parallel with East line of the South-

West Quarter of the Northeast Quarter of the Southeast Quarter

North 503.78 feet to true point of beginning.  Thence continu-

ing along West line North 164.9 feet to the Northwest Corner

of 2790/43:  thence along said South line South 89°07'30" East

61.37 feet:  thence parallel with the West line of 2790/43

South 164.92 feet to line parallel with South line of the

Southeast Quarter of the Northwest Quarter of the Southeast

Quarter East from true point of beginning;  thence West 61.37

feet to true point of beginning.  Also, portion of the Southeast

Quarter of the North Half of Quarter of the Southeast Quarter of

Parcels 68 and 71A continued:

said Section 24, described as follows:  Beginning at a
point on the West line of the Southeast Quarter of the
Northwest Quarter of the Southeast Quarter distant 100
feet Southerly from the Northwest Corner, said point being
also in West line of land conveyed to Mora 2749/1 Official
Records;  thence Southerly along said West line 100 feet
to Southwest Corner of Mora land;  thence Easterly along
Southerly line of Mora land and its Easterly prolongation
188.07 feet to West line of land conveyed to Petri 2793/13
Official Records;  thence along said West line North 0°22'45"
East 100 feet to intersection with a line that is parallel
with South line of said Mora land and the Easterly prolonga-
tion of said line passes thru point of beginning;  thence
Westerly along said parallel line 188 feet, more or less,
to point of beginning.

Owners:

STAMBAUGH, V. Guy

STAMBAUGH, Bessie E. (wife)


Parcel 69:

Portion of the Southeast Quarter of the Northwest Quarter
of the Southeast Quarter of Section 24, Township 9 South, Range
4 West, described as follows:  Beginning at the Southwest
Corner of said Southeast Quarter of the Northwest Quarter
of the Southeast Quarter;  thence along South line South
89°06'45' East 188.61 feet to the Southwest Corner of land
conveyed to Petri 2793/13 Official Records;  thence along
West line of Petri land North 0°22'45" East 370.69 feet to
point in line which is parallel with and 90 feet Southerly
at right angles from Easterly prolongation of Southerly line

-36-

Parcel 69 continued:

of land conveyed to Mora 3290/332 Official Records; being

true point of beginning.  Thence continuing North 0°22'45"

East 90 feet to Easterly prolongation of Southerly line of

Mora land;  thence along said Easterly prolongation and said

Southerly line North 89°07'30" West 188.07 feet to West line

of the Southeast Quarter of the Northwest Quarter of the

Southeast Quarter;  thence along said West line South

0°26'45" West 90 feet to Westerly prolongation of said

parallel line;  thence along said Westerly prolongation and

said parallel line South 89°07'30" East 188.18 feet, more

or less, to true point of beginning.

Owners:

    RICHARDSON, Scott W. (hus)

    RICHARDSON, Helen H. (wife)


Parcel 70:

Portion of the Southeast Quarter of the Northwest Quarter

of the Southeast Quarter of Section 24, Township 9 South,

Range 4 West, described as follows:  Beginning at the South-

west Corner of the Southeast Quarter of the Northwest Quarter

of the Southeast Quarter;  thence along South line South

89°06'45" East 188.61 feet to the Southwest Corner of land

conveyed to Petri 2793/13 Official Records;  thence along

West line of said Petri land North 0°22'45" East 460.69

feet to Easterly prolongation of South line of land conveyed

to Placido 3290/332 Official Records;  thence along said

Easterly prolongation and along South line of Mora land

North 89°07'30" West 188.07 feet to West line of said South-

east Quarter of the Northwest Quarter of the Southeast Quarter;

thence thereon South 0°26'45" West 460.65 feet to point of

-37-

2869

Parcel 70 continued:

beginning.  EXCEPT the North 90 feet thereof

Owners:

HALL, Anne Burgess (wid)

LA MESA - EL CAJON CORPORATION (TDTr)

PHOENIX MUTUAL LIFE INSURANCE CO (TDBen)


Parcel 71A:

Portion of the North Half of the Southeast Quarter of Section 24, described as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 24;  thence along South line of said North Half of Southeast Quarter North 89°06'45" West 1139.59 feet to the Southwest Corner of tract of land conveyed to J. Petri, et ux, by deed recorded in Book 2790, page 43, Official Records, San Diego County;  thence along West line of said Petri land and parallel with East line of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter North 0°22'45" East 505.78 feet to true point of beginning;  thence retracing along said West line of said Petri land, South 0°22'45" West 15.60 feet;  thence South 86°52'24" East 61.43 feet;  thence parallel with said West line of said Petri land, North 0°22'45" East 18.00 feet to line which bears South 89°06'45" East from true point of beginning; thence North 89°06'45" West 61.37 feet to true point of beginning.

Owners:

STAMBAUGH, V. Guy (hus)

STAMBAUGH, Bessie G. (wife)

2870

Parcels 72 & 72A.

Portion of the North Half of the Southeast Quarter of Section 24, Township 9 South, Range 3 West, described as follows: Beginning at the South 1/4 Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter; thence along South line of North Half of Southeast Quarter 775.62 feet; thence North 0°22'45" East 340 feet to true point of beginning; thence North 89°06'45" West 342.74 feet; thence North 0°25'45" East 330.75 feet to North line of South 10 feet of North Half of North Half of the Southeast Quarter; thence along said line South 89°7'30" East 342.74 feet to a line which bears North 0°22'45" East from true point of beginning; thence South 0°22'45" West 330.72 feet and point of beginning in East Half of Northwest Quarter of Southeast Quarter.  Also, portion of said North Half of Southeast Quarter, described as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said section;  thence along South line of said North Half of the Southwest Quarter, North 89°06'45" West 1139.59 feet to Southwest Corner of tract of land conveyed to J. Petri by deed recorded in Book 7290, page 43, Official Records;  thence along West line of said Petri land and parallel with East line of said Southwest Quarter of the Northeast Quarter and Southeast Quarter, North 0°22'45" East 340 feet to true point of beginning;  thence continuing along said West line of Petri land North 0°22'45" East 330.69 feet to North line of South 10 feet of Northeast Quarter and Northwest Quarter of Southeast Quarter;  thence along said North line South 89°07'30" East 121.37 feet to Northerly prolongation of Easterly line of Petri land;  thence South 0°22'45" West along said Northerly prolongation along said

-59-

2871

Parcels 72 & 71X1 continued:

East line 330.72 feet to Northwest Corner of land conveyed to Rosa Harmon by deed recorded in Book 4246, page 429, Official Records and line drawn parallel with said line of North Half of the Southeast Quarter of said Section;  thence thereon North 89°06'45" West 121.37 feet to point of beginning.

EXCEPT the following described property:  Portion of the North Half of the Southeast Quarter of Section 24, described as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 24;  thence along South line of said North Half of the Southeast Quarter North 89°06'45" West 1139.59 feet to the Southwest Corner of tract of land conveyed to J. Petri, et ux, by deed recorded in Book 2790, page 43, Official Records, San Diego County;  thence along West line of said Petri land and parallel with East line of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter North 0°22'45" East 505.78 feet to true point of beginning;  thence retracing along said West line of said Petri land, South 0°22'45" West 15.60 feet;  thence South 86°52'24" East 61.43 feet;  thence parallel with said West line of said Petri land, North 0°22'45" East 18.00 feet to line which bears South 89°06'45" East from true point of beginning;  thence North 89°06'45" West 61.37 feet to true point of beginning.

Owner:

FULLER, Evelyn M. (widow)

-40-

Parcel 73X2:

Portion of the North Half of the Southeast Quarter of
Section 24, described as follows:  Beginning at the
Southeast Corner of the West Half of the Northeast
Quarter of the Southeast Quarter;  thence along South
line of said North Half of the Southeast Quarter North
89°06'45" West 775.48 feet to the Southeast Corner of
land conveyed to Chenoweth 2789/389 OR;  thence along
East line of Chenoweth land North 0°22'45" East 340.00
feet to Northeast Corner thereof and true point of be-
ginning;  thence parallel with South line of North Half
of Southeast Quarter South 89°06'45" East 120.00 feet;
thence parallel with East line of West Half of the North-
east Quarter of the Southeast Quarter North 0°22'45" East
165.78 feet;  thence North 89°06'45" West 7.96 feet;  thence
parallel with said East line North 0°22'45" East 164.99 feet
to North line of South 10 feet of the North Half of the
North Half of the Southeast Quarter;  thence along said
North line North 89°07'30" West 112.04 feet to the North-
east Corner of land conveyed to Matteson 4816/60 Official
Records;  thence South 0°22'45" West along East line of
Matteson land 330.77 feet to true point of beginning.
EXCEPT the North 164.99 feet thereof; and except the West
60 feet thereof.

Owners:

MATTESON, Alvin G. (hus)

MATTESON, Dorothy (wife)

2873

Fallbrook Creek Watershed
(Section 24)

Parcel 73AX1:

Portion of the North Half of the Southeast Quarter of Section
24, Township 9 South, Range 4 West, described as follows:
Beginning at the Southeast Corner of the West Half of the
Northeast Quarter of the Southeast Quarter;  thence along
South line of said North Half of the Southeast Quarter West
775.48 feet to the Southeast Corner of land conveyed to Cheno-
weth;  thence along East line of Chenoweth land North 340 feet
to Northeast Corner thereof;  thence parallel with said
South line of North Half of the Southeast Quarter East 120
feet;  thence parallel with East line North 165.78 feet;
thence West 7.96 feet to true point of beginning;  thence
parallel with said East line of West Half of the Northeast
Quarter of the Southeast Quarter North 164.99 feet to North
line of South 10 feet of the North Half of the North Half
of the Southeast Quarter;  thence along said North line
West 112.04 feet to the Northeast Corner of land conveyed
to Matteson;  thence along East line of Matteson land South
164.99 feet to line which bears West from true point of be-
ginning;  thence East 112.04 feet to true point of beginning;
EXCEPT the Northerly 45.99 feet measured along East and West
lines of above described property.

Owners:

PETERSON, Linden W. (hus)

PETERSON, Velma H. (wife)

CONTINENTAL AUXILIARY CO (TDIT)

BANK OF AMERICA (BEnen)

2874

Parcel 73A1:

Portion of the North Half of the Southeast Quarter of
Section 24, described as follows:  Beginning at the
Southeast Corner of the West Half of the Northeast Quarter
of the Southeast Quarter;  thence along South line of
North Half of the Southeast Quarter North 89°06'45"
West 775.48 feet to the Southeast Corner of land conveyed
to Chenoweth 2789/389;  thence along East line of Chenoweth
land North 0°22'45" East 340 feet to Northeast Corner thereof;
thence parallel with said South line of the North Half of the
Southeast Quarter South 89°06'45" East 120 feet;  thence
parallel with East line of the West Half of the Northeast
Quarter of the Southeast Quarter North 0°22'45" East 165.78
feet;  thence North 89°06'45" West 7.96 feet;  thence parallel
with said East line of the West Half of the Northeast Quarter
of the Southeast Quarter North 0°22'45" East 119 feet to true
point of beginning;  thence continuing along said parallel line
North 0°22'45" East 45.99 feet to North line of South 10 feet
of North Half of the North Half of the Southeast Quarter;
thence along said North line North 89°07'30" West 112.04 feet
to the Northwest corner of land conveyed to Matteson 4876/60;
thence along East line of said Matteson land South 0°22'45" West
45.99 feet to line which bears North 89°06'45" West from true
point of beginning;  thence South 89°06'45" East 112.04 feet
to true point of beginning.

Owners:

SALVATIERRA, Pedro T. (hus)

SALVATIERRA, Maria T. (wife)

SECURITY TITLE INS. CO (TDTr)

LAGUNA FEDERAL SAVINGS & LOAN ASSN (TDBen)
(continued - next page)

Owners (Parcel 73A1) continued:

UNION TITLE INS. CO (TDTr)

PETERSON, L. W. (hus)(TDBen)

PETERSON, Velma (wife)(TDBen)

## Parcel 73B:

That portion of the North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows;  Beginning at the Southeast Corner of the West Half of the Northeast Quarter of the Southeast Quarter;  thence along South line of the North Half of the Southeast Quarter North 89°06'45" West 775.48 feet to the Southeast Corner of land conveyed to Chenoworth, 5-10-48, 2789/389, Official Records;  thence along East line of Chenoworth land North 00°22'45" East 340 feet to the Northeast Corner thereof and true point of beginning;  thence parallel with South line of North Half of the Southeast Quarter South 89°06'45" East 60 feet;  thence parallel with East line of the West Half of the Northeast Quarter of the Southeast Quarter North 0°22'45" East 165.39 feet to Southerly line of land conveyed to Peterson, 11-2-56, 6328/63 Official Records;  thence parallel with South line of the North Half of the Southeast Quarter North 89°06'45" West 60 feet to a point in Westerly line of land conveyed to Alvin E. Matteson 6-2-53, 4876/60 Official Records, said point being Southwesterly corner of Peterson's land;  thence South 00°22'45" West along Easterly line of Matteson land 165.39 feet to true point of beginning.

MARTINEZ, Miguel (hus)

MARTINEZ, Jessie G. (wife)

(continued next page)

-44-

2876

Owners (Parcel 73C) continued:

  SECURITY TITLE INS. CO. (STI)

  LAGUNA FEDERAL SAVINGS & LOAN ASSN. (LFSLA)

  FIDELITY TITLE INS. CO. (FTI)

  WULFF, Mary A. (WMA)

## _____ (___:

  Portion of the North Half of the Southeast Quarter of
Section 24, Township 9 South, Range 4 West, described as
follows:  Beginning at the Southeast Corner of the South-
west Quarter of the Northeast Quarter of the Southeast
Quarter;  thence West 1129.59 feet to true point of beginning;
thence North 340 feet; thence East 121 feet;  thence South
340 feet to South line of the Southeast Quarter of the North-
west Quarter of the Southeast Quarter;  thence West 121.__
feet to true point of beginning.  EXCEPT the South 1__ ___
thereof.

## Owner:

  WULFF, Anne B. (WAB)

## Parcel 74A:

  Portion of the Southeast Quarter of the Northwest Quarter
of the Southeast Quarter of Section 24, Township 9 South,
Range 4 West, described as follows:  Beginning at the South-
east Corner of the West Half of the Northeast Quarter of the
Southeast Quarter; thence along South line of North Half of
Southeast Quarter North 89°06'45" West 1129.59 feet to the
Southeast Corner of land conveyed to Petri 2793/43 Official
Records;  and true point of beginning;  thence along West line
of Petri land parallel with East line of West half of the
Northeast Quarter of the Southeast Quarter North 0°22'45"
East 130 feet;  thence parallel with said South line of
the North Half of the Southeast Quarter South 89°06'45" East

Fallbrook Creek Watershed
(Section 24)

Parcel 74A continued:

110.37 feet;  thence parallel with West line of Petri land South 0°22'45" West 110.37 feet to true point of beginning.

Owner:

LANCASTER, George D.


Parcel 75:

Portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, described as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter; thence West along South line of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter and along South line of said Southeast Quarter of the Northwest Quarter of the Southeast Quarter 896.85 feet to true point of beginning;  thence North parallel with East line of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter 340 feet;  thence West parallel with South line of said Southeast Quarter of the Northwest Quarter of the Southeast Quarter 121.37 feet;  thence South parallel with said East line of the Southwest Quarter of the North-east Quarter of the Southeast Quarter 340 feet to said South line of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter;  thence East along said South line 121.37 feet to true point of beginning.

Owner:

HARMON, Rosa (c/w)

2878

Parcel 76:

  Portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter;  thence West along South line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter and along South line of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter 896.85 feet to true point of beginning;  thence North parallel with East line 340 feet;  thence East parallel with South line 121.37 feet; thence South parallel with East line 340 feet to point in South line of the North Half of the Southeast Quarter that bears East 121.37 feet from true point of beginning;  thence West along said South line 121.37 feet to true point of beginning.

Owners:

  RAIL, Floyd W. (hus)

  RAIL, Isabelle, (Wife)

Parcel 77:

  Portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter and the Southeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at the Southeast Corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter;  thence West along South line and along South line of Southeast Quarter of the Northeast Quarter of the Southeast Quarter, 775.48 feet to true point of beginning;  thence North parallel with East line 340 feet;  thence East parallel with South line 121.38 feet;  thence South parallel with East line 340

.by..

Fallbrook Creek Watershed
(Section 24)

Parcel 77 continued:

feet, to point in the South line of the North Half of
the Southeast Quarter than bears East 181.37 feet from
true point of beginning; who n West along said South
line 181.37 feet to true point of beginning.

Owner:

FERRELL, Hollis M. (wid)

Parcel 78:

The East 50 feet of the West 282 feet of the North 209.42
feet of the Northeast Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at a point on the North line of the
Southeast Quarter of Section 24 distant 282 feet Easterly
from the Northwest Corner of the Northeast Quarter of the
Southeast Quarter;  thence Southerly along line parallel
with West line of the Northeast Quarter of the Southeast
Quarter 209.42 feet;  thence Westerly along line parallel
with North line of the Northeast Quarter of the Southeast
Quarter 50 feet;  thence Northerly along line parallel with
said West line of said portion of said Section 209.42
feet to North line of the Southeast Quarter;  thence
Easterly along said North line 50 feet to point of beginning.

Owner:

STRUBE, Dana W. (n/w)

Parcels 79 & 84:

The East 50 feet of the West 174 feet of the North 209.42
feet of the Northeast Quarter of the Southeast Quarter of
Section 24, Township 9 North, Range 4 West, described as
follows:  Portion of the Northeast Quarter of the Northeast
Quarter of the Southeast Quarter of said Section 24;  Beginning

-14-

2880

Parcels 79 & 84 continued:

at a point in the North line of said Northwest Quarter of
the Northeast Quarter of the Southeast Quarter distant South
89°08'15" East 210 feet from the Northwest Corner;  thence
along said North line South 89°08'15" East 20 feet to the
Northeast Corner of the West 230 feet of said Northwest
Quarter;  thence along East line of said West 230 feet South
0°25'15" West 209.42 feet to South line of North 209.42 feet
of said Northwest Quarter;  thence along said South line South
89°08'15" East 120 feet;  thence South 0°25'15" West 181.45
feet;  thence North 89°07'30" West 140 feet to line which
bears South 0°25'15" West parallel with said West line of
said Northwest Quarter from point of beginning;  thence North
0°25'15" East 390.84 feet to point of beginning.

Owners:

> THE CORP. OF THE PRESIDING BISHOP OF THE
> CHURCH OF JESUS CHRIST OF LATTER DAY
> SAINTS.

Parcel 80:

The East 104 feet of the West 438 feet of the North 209.42
feet of the Northeast Quarter of the Southeast Quarter of
Section 24, Township 9 South, Range 4 West described as
follows:  Beginning at a point in North line of said Southeast
Quarter of Section 24 distant 334 feet Easterly from the North-
west Corner of the said Northeast Quarter of the Southeast
Quarter;  thence Southerly parallel with West line 209.42 feet;
thence Easterly parallel with North line 104 feet;  thence North-
erly parallel with West line 209.42 feet to North line of the
Southeast Quarter;  thence Westerly along said North line 104
feet to point of beginning.

Owners (Parcel 80):

    ANTHONY, Leo R. (s/m)

Parcel 81:

The North 158.7 feet of the West 128.7 feet of the East
Half of the Northeast Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West.

Owners:

    STAUDE, Elliott E. (hus)

    STAUDE, Dorene (wife)

Parcel 82A:

Portion of the Northeast Quarter of the Northeast Quarter
of the Southeast Quarter of Section 24, Township 9 South,
Range 4 West, described as follows:  Beginning at the South-
east Corner of Lot 22, College Street Tract;  thence along
North line of South 10 feet of said Northeast Quarter of the
Northeast Quarter of the Southeast Quarter East 80 feet;
thence parallel with East line of Lot 22 and its Northerly
prolongation North 630 feet to Easterly prolongation of
center line of College Street;  thence along said Easterly
prolongation of said center line East 51.66 feet to beginning
of entry curve Southerly having radius of 410 feet;  thence
Easterly along said curve 130.93 feet to end;  thence tangent
to curve North 70°23'05" East 63.52 feet to beginning of
curve curve Northerly having radius of 70 feet to true point
of beginning;  thence Easterly along said curve 57.83 feet to
end thereof;  thence tangent to said range North 82°16'55" East
51.65 feet to beginning of a curve concave Southerly having a rad-
ius of 130 feet;  thence Easterly along said curve 49.90 feet
to end thereof;  thence tangent to said curve South 59°07'30"

Parcel 82A continued:

East 43.96 feet to East line of the Northwest Quarter of
the Northwest Quarter of the Southeast Quarter;  thence along
said East line South 110 feet to point distant North 0°25'45"
East 120 feet from North line of South 10 feet of the North-
west Quarter of the Northeast Quarter of the Southeast Quarter;
thence parallel with Northerly line of South 10 feet North 89°
07'30" West 193.35 feet to line South 0°25'15" West parallel
with East line of College Street Tract from true point of
beginning;  thence North 0°25'15" East 63.38 feet to true point
of beginning.

Owners:

RALPH, Mary M. (m/w)

SAN DIEGO FEDERAL SAVINGS & LOAN ASSN. (TDIR & TDRsn)


Parcel 82X1 & 83X1:

Portion of the North Half of the Southeast Quarter, Section
24, Township 9 South, Range 4 West, described as follows:
Beginning at the Northeast Corner of the Northwest Quarter
of the Northeast Quarter of the Southeast Quarter;  thence
South 0°22'45" West 420.94 feet;  thence North 89°7'30" West
43.96 feet;  thence Westerly along 100 foot radial curve
49.90 feet;  thence South 62°16'55" West 51.40 feet;  thence
Westerly along 70 foot radial curve 57.83 feet;  thence
North 0°25'15" East 253.10 feet;  thence South 89°8'15" East
172.14 feet;  thence North 0°25'15" East 209.42 feet;  thence
South 89°8'15" East 16.97 feet to the point of beginning.
Also, portion described as:  Beginning at the Southeast
Corner of Lot 22, College Street Tract of Fallbrook;  thence
North 0°25'15" East 230 feet to true point of beginning;
thence South 89°7'30" East 71.66 feet;  thence Easterly along

-51-

2882

Parcels 82X1 & 82X1 — [illegible]

600 feet [illegible]

South 0°14'15" East 164.H. [illegible]

60 feet; thence North [illegible]

South [illegible]

68.38 [illegible] thence North [illegible]

to East-rly line of land [illegible]

thence North 0°14'45" West to South [illegible]

feet of Northeast Quarter of the Northwest Quarter of the

Southeast Quarter of said Section 24; thence North 89°[illegible]

West 123.46 feet;  thence South 0°[illegible] 164.14 feet;

thence North 89°47'30" West 130 feet; thence South 0°14'45"

West 30 feet to point of beginning.

Owners:

WOODROW, Howard C. (bus)

WOODROW, Lillian L. (wife)


Parcels 83A & 85:

North 60 feet of the South 90 feet of [illegible] 180 feet of

West 510 feet and the North 420 feet of South 480 feet of

East 40 feet of West 510 feet of the Northwest Quarter of

the Northeast Quarter of the Southeast Quarter of Section 24,

Township 9 South, Range 4 West.

Owners:

HOWER, William H. (bus)

HOWER, Elva B. (wife)


Parcel 86:

Portion of the North [illegible]

of the Northeast Qua[illegible] [illegible] as follows:

Beginning at [illegible] College corner

thence [illegible] line [illegible] [illegible] South

Parcel 86 continued:

10 feet of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter South 89°07'30" East 20 feet;  thence parallel with East line of said Lot 22 North 0°25'15" East 60 feet to true point of beginning;  thence continuing along said parallel line and its Northerly prolongation North 0°25'15" East 170 feet to Easterly prolongation of center line of College Street;  thence along said Easterly prolongation of said center line South 89°07'30" East 51.66 feet to beginning of tangent curve concave Southerly, having radius of 400 feet;  thence Easterly along said curve 8.34 feet, radial line thru said point bears North 2°04'11" East;  thence parallel with East line of said College Street Tract of West Fallbrook South 0°25'15" West 169.91 feet to point distant North 0°25'15" East 60 feet from North line of South 10 feet of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter;  thence parallel with said North line North 89°07'30" West 60 feet to true point of beginning.

Owners:

FUNK, Jerry H. (hus)

FUNK, Beatrice (wife)

WEIDLEIN, Mary (TDBen)(wid)

BANK OF AMERICA (TDTr)

Parcel 87:

Portion of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at the Southeast Corner of Lot 22, College Street Tract of West Fallbrook; thence along North line of South 10 feet of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter South

2884

Parcel 87 continued:

89°07'30" East 20 feet;  thence parallel with East line of
Lot 22 and its Northerly prolongation North 0°25'15" East
230 feet to Easterly prolongation of center line of College
Street;  thence along Easterly prolongation South 89°07'30"
East 51.66 feet to beginning of curve concave Southerly hav-
ing radius of 400 feet;  thence Easterly along said curve
8.34 feet to true point of beginning, radial line thru said
point bears North 2°04'11" East;  thence continuing Easterly
along said curve 60.38 feet, radial line thru said point
bears North 10°43'07" East;  thence along line parallel
with East line of said College Street/South 0°25'15" West
164.12 feet to point distant North 0°25'15" East 60 feet
from said North line of South 10 feet of the Northwest
Quarter of the Northeast Quarter of the Southeast Quarter;
thence along said North line North 89°07'30" West 60 feet
to line drawn Southerly parallel with said East line of
College Street Tract;  thence thereon North 0°25'15" East
169.91 feet to true point of beginning.

Owners:

KONYHA, Andrew Francis

KONYHA, Mildred E. (wife)


Parcel 88:

Portion of the Northwest Quarter of the Northeast Quarter of
the Southeast Quarter of Section 24, Township 9 South, Range
4 West, described as follows:  Beginning at the Southeast Corner
of Lot 22 of College Street Tract;  thence along North line of
South 10 feet of said Northwest Quarter of the Northeast Quarter
of the Southeast Quarter South 89°07'30" East 20 feet;  thence
parallel with East line of said Lot 22 and its Northerly pro-
longation North 0°25'15" East 230 feet to Easterly prolongation
of center line of College Street;  thence along said Easterly

-54-

2885

Parcel 88 continued:

prolongation of said ... ... ... ... 89°7'30" East ... ...
feet to beginning of ... ... ... ... curve ..., having a ...
of 400 feet;  thence Easterly ... ... said curve 390.31 feet
to end thereof and same point of beginning;  thence tangent ...
to said curve South 76°47'15" East 69.59 feet;  ...
parallel with East line of said College Street Tract South
0°25'15" West 188.38 feet to North line of said South 30
feet of the Northwest Quarter of the Northeast Quarter of
the Southeast Quarter;  thence along said North line North
89°07'30" West 60 feet to the Southeast Corner of land con-
veyed to Sheld, 4712/193;  thence along East line of said
land North 0°25'15" East 60 feet to Northeast Corner of
said land;  thence North 0°25'15" East 148.79 feet to true
point of beginning.

Owners:

PARKER, Louis Virgil (hus)

PARKER, Jacqueline L. (wife)

SAN DIEGO FEDERAL SAVINGS & LOAN
    ASSN (TDTr & TDBen)


Parcel 89:

Beginning South 89°7'30" East 260 feet from the Southeast
corner of Lot 22 of College Street Tract;  thence North
0°25'15" West 60 feet to the true point of beginning;  thence
continuing North 0°...'15" West 60 feet;  thence South 89°7'30"
East 193.35 feet;  thence South 0°25'45" West 60 feet;  thence
North 89°7'30" West 193.40 feet to the point of beginning;
being portion of the Northwest Quarter of the Northeast Quarter

Parcel 89 continued:

of the Southeast Quarter of Section 24, Township 9 South,

Range 4 West.

Owners:

DAWES, George F. (hus)

DAWES, Dora F. (wife)

LAND TITLE INS. CO (TDTr)

SUBURBAN SAVINGS & LOAN ASSN (TDBen)

BEATTIE, Vernon L. (hus)(TDBen)

BEATTIE, Ruth D. (wife)(TDBen)

BANK OF AMERICA (TDTr)

BESSE, Marie M. (TDBen)(wid)

KOVANDA, John W. (TDBen)(m/m)

WEINBERG, Sandra (TUTr)

WOODROW, E. S. (TDBen)(hus)

WOODROW, Lillian (TDBen)(wife)

Parcel 90:

Portion of the Northwest Quarter of the Northeast Quarter

of the Southeast Quarter of Section 24, Township 9 South,

Range 4 West, described as follows:  Beginning at the

Southeast Corner of Lot 22 of College Street Tract;  thence

along North line of South 10 feet of said Northwest Quarter

of the Northeast Quarter of the Southeast Quarter East 20

feet;  thence parallel with East line of Lot 22 and its

Northerly prolongation North 0°25'15" East 230 feet to

Easterly prolongation of center line of College Street;

thence along said Easterly prolongation of said center line

South 89°07'30" East 51.66 feet to beginning of curve con-

cave Southerly, having radius of 400 feet;  thence Easterly

along said curve 130.03 feet to end thereof;  thence tangent

to said curve South 70°23'45" East 62.53 feet;  thence parallel

with East line of College Street Tract South 0°25'15" West

2887

Parcel 90 continued:

128.38 feet to point distant North 0°25'15" East 60 feet from North line of South 10 feet of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter, being true point of beginning;  thence parallel with North line of said South 10 feet South 89°07'30" East 193.40 feet to East line of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter;  thence along said East line South 0°22'45" West 60 feet to North line of South 10 feet;  thence North 89°07'30" West 193.44 feet to line which bears South 0°25'15" West parallel with East line of said College Street Tract from true point of beginning;  thence North 60 feet to true point of beginning.

Owners:

SPENCER, Herbert E. (hus)

SPENCER, Joanne (wife)

SAN DIEGO FEDERAL SAVINGS & LOAN ASSN (TDBen)

LAND TITLE INS. CO (TDTr)

Parcel 91:

The North 250 feet of the West Half of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owner:

HYAMS, Anabel (wid)

Parcel 92:

The East Half of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

2888

Owners (Parcel 92):

 POWELL, E. R. (hus)

 POWELL, Ruthanna (wife)

 BANK OF AMERICA (TDBen)

 CONTINENTAL AUXILIARY COMPANY (TDTr)


Parcel 93:

 The West Half of the Northeast Quarter of the Northeast
Quarter of the Southeast Quarter of Section 24, Township
9 South, Range 4 West, EXCEPT the North 250 feet thereof.

Owner:

 HYAMS, Robert F.


Parcel 94:

 The North 273.85 feet of the West Half of the Southeast
Quarter of the Northeast Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West.

Owners:

 WILCOX, F. Hugh

 WILCOX, Fawn P. (wife)


Parcel 95:

 The South 120 feet of the North 393.85 feet of the West
Half of the East Half of the South Half of the Northeast
Quarter of the Southeast Quarter of Section 24, Township
9 South, Range 4 West.

Owners:

 SCOVILLE, Otis Franklin (hus)

 SCOVILLE, Lucy (wife)

2889

Parcels 96 & 97:

Portion of the Northeast Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West, described as
follows: Beginning at the Southeast Corner of said Northeast
Quarter of the Southeast Quarter; thence West 5 chains;
thence North 10 chains; thence East 5 chains; thence South
10 chains to point of beginning. EXCEPT the East 2 acres
thereof, and the West 148 feet of the South 294.32 feet
thereof.

The North 437.40 feet of the East 2 acres of that portion of
the Northeast Quarter of the Southeast Quarter of Section 24:
Beginning at the Southeast Corner of the Northeast Quarter
of the Southeast Quarter; thence West 5 chains; thence
North 10 chains; thence East 5 chains; thence South 10
chains to point of beginning.

Owners:

BERG, Eddie (hus)

BERG, Anna M. (wife)

BANK OF AMERICA (TDBr)

DOMINGUEZ, Celedonio (TDBen)


Parcel 98:

The East 2 acres of that portion of the Northeast Quarter
of the Southeast Quarter of Section 24, Township 9 South,
Range 4 West, described as follows: Beginning at the South-
east Corner of the Northeast Quarter of the Southeast Quarter;
thence West 5 chains; thence North 10 chains; thence East
5 chains; thence South 10 chains to point of beginning;
EXCEPT the North 437.4 feet thereof.

Owner:

FALLBROOK UNION HIGH SCHOOL DIST.

-58-

2890

Fallbrook Creek Watershed
(Section 27)

Parcel 99:

The Westerly 148 feet of the Southerly 294.32 feet of that portion of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at the Southeast Corner of the Northeast Quarter of the Southeast Quarter;  thence West 5 chains;  thence North 10 chains;  thence East 5 chains;  thence South 10 chains to point of beginning.

Owners:

CAMMEL, John C. (hus)

CAMMEL, Alda W. (wife)

JOHNSON, Elmer A. (TDBen)

JOHNSON, Frederique C. (TDBen)(wife)

Parcel 100X1:

West 81.53 feet of the East 163.05 feet of the South Half of the West Half of the East Half of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, EXCEPT the North 393.85 feet thereof.

Owners:

BANKS, Elva L. (wife)

BANKS, Stanley C. (hus)

BANK OF AMERICA (TDTr)

EGGERS, Elmer R. (TDBen)(hus)

EGGERS, Cynthia S. (TDBen)(wife)

Parcel 100A:

The East 81.52 feet of the South Half of the West Half of the East Half of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, EXCEPT the North 393.85 feet thereof.

-59-

2891

Fallbrook Creek Watershed<br>(Section 24)

Owners (Parcel 100A):

      BANKS, Gertrude D.

      CORPORATION OF AMERICA (TDTr)

      BANK OF AMERICA (TDBen)


Parcel 101:

      The West Half of the East Half of the South Half of

      the Northeast Quarter of the Southeast Quarter of Sec-

      tion 24, Township 9 South, Range 4 West, EXCEPT the

      North 393.85 feet, and the East 163.05 feet thereof.

Owner:

      WRIGHT, Nina B. (m/w)


Parcel 102X5:

      Portion of Section 24, Township 9 South, Range 4

      West, described as follows:  Beginning at the Southeast

      Corner of the West Half of the Northeast Quarter of the

      Southeast Quarter of Section 24;  thence North 89°06'45"

      West 655.48 feet;  thence North 0°22'45" East 25.78 feet;

      thence North 89°06'45" West 7.96 feet;  thence North

      0°22'45" East 164.99 feet to North line of South 10 feet

      of the Northwest Quarter of the Northeast Quarter of the

      Southeast Quarter;  thence along said North line South

      89°07'30" East 150 feet to true point of beginning;

      thence South 0°22'45" West 90 feet;  thence South 89°

      07'30" East 75 feet;  thence North 0°22'45" East 90 feet

      to a line which bears South 89°07'30" East from true

      point of beginning;  thence North 89°07'30" West 75 feet

      to true point of beginning.

Owners:

      INGLIS, John P. (hus)

      INGLIS, Eve (wife)

2892

Parcel 102A2:

Portion of the West Half of the Northeast Quarter of the
Southeast Quarter of Section 24, Township 9 South, Range
4 West, described as follows:  Beginning at the Southeast
Corner of said West Half of the Northeast Quarter of the
Southeast Quarter;  thence along East line of said West
Half of the Northeast Quarter of the Southeast Quarter
North 0°22'45" East 480.00 feet;  thence parallel with
South line of said Northeast Quarter of the Southeast
Quarter, North 89°06'45" West 110.00 feet;  thence
parallel with East line of said West Half of the North-
east Quarter of the Southeast Quarter North 0°22'45"
East 130.92 feet to true point of beginning;  thence
continuing along said parallel line North 0°22'45" East
60.00 feet to North line of South 10 feet of the
Northwest Quarter of said Northeast Quarter of the South-
east Quarter;  thence along said North line South 89°07'30"
East 110.00 feet to East line of said West Half of the
Northeast Quarter of the Southeast Quarter;  thence along
said East line South 0°22'45" West 60.00 feet to line drawn
South 89°07'30" East from true point of beginning;  thence
North 89°07'30" West 110.00 feet to true point of beginning.

Owner:

LAWES, Larry R. (widower)


Parcel 102A1:

Portion of the West Half of the Northeast Quarter of the
Southeast Quarter of Section 24, Township 9 South, Range 4
West, described as follows:  Beginning at a point in the
East line of said West Half of the Northeast Quarter of the
Southeast Quarter, distant North 480 feet from the Southeast

Fallbrook Creek Watershed
(Section 24)

Parcel 102A1 continued:

Corner of said West Half;  thence parallel with South line

of said Northeast Quarter of the Southeast Quarter North

89°06'45" West 110 feet;  thence parallel with East line

of said West Half of the Northeast Quarter of the Southeast

Quarter North 0°22'45" East 130.92 feet;  thence South 89°

07'30" East 110 feet to East line of said West Half of the

Northeast Quarter of the Southeast Quarter;  thence along

said East line South 0°22'45" West 130.94 feet to point of

beginning.

Owners:

ELLINGS, William J. (hus)

ELLINGS, Lucile (wife)

BANK OF AMERICA (TDTr)

SAN DIEGO FEDERAL SAVINGS &
LOAN ASS'N (TDTr & TDBen)

Parcel 102BX2:

That portion of the North Half of the Southeast Quarter of

Section 24, Township 9 South, Range 4 West, described as

follows:  Beginning at the Southeast Corner of the West Half

of the Northeast Quarter of the Southeast Quarter;  thence

along Easterly line of said West Half North 0°22'45" East

480 feet to Northeast Corner of land conveyed to Plank,

4-10-50, 3600/188 Official Records;  thence along North

line of Plank land North 89°06'45" West 290 feet to North-

West Corner of Plank Land and true point of beginning;  thence

along West line of Plank land South 0°22'45" West 140 feet;

thence North 89°06'45" West 365.48 feet to Southeast Corner

of land conveyed to Mattsson 6-23-53, 4929/129 Official

Fallbrook Creek Watershed
(Section 24)

Parcel 102BX2 continued:

Records;  thence along East line of Matteson land North 0°22'45" East 140 feet;  thence South 89°06'45" East 365.48 feet to true point of beginning; EXCEPT the West 190 feet thereof.

Owners:

BEATTIE, Vernon L. (hus)

BEATTIE, Ruth D. (wife)

BANK OF AMERICA (TDTr)

INGLIS, John P. (hus)(TDBen)

INGLIS, Eve (wife)(TDBen)

Parcel 102B1:

The East 97 feet of the West 190 feet of a portion of the North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Commencing at the Southeast Corner of the West Half of the Northeast Quarter of the Southeast Quarter of Section 24;  thence along Easterly line of said West Half North 0°22'45" East 480 feet to Northeast Corner of land conveyed to Plank 3600/180 Official Records;  thence along North line of said Plank land North 89°06'45" West 290 feet to Northwest Corner of said Plank land and true point of beginning;  thence along West line of said Plank land South 0°22'45" West 140 feet;  thence North 89°06'45" West 365.48 feet to Southeast Corner of land conveyed to Matteson 4929/129 Official Records; thence along East line of Matteson land, North 0°22'45" East 140 feet;  thence South 89°06'45" East 365.48 feet to true point of beginning.

2895

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 102B1):

SMITH, Loren D. (hus)

SMITH, Lorraine M. (wife)

SAN DIEGO IMPERIAL CORP (TDTr)

SUBURBAN SAVINGS & LOAN ASSN. (TDBen)

BANK OF AMERICA (TDTr)

BEATTIE, Vernon L. (hus)(TDBen)

BEATTIE, Ruth D. (wife)(TDBen)


## Parcel 102B2:

Portion of the North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Commencing at the Southeast Corner of the West Half of the Northeast Quarter of the Southeast Quarter;  thence along Easterly line of said West Half North $0°22'45"$ East 480 feet to Northeast Corner of land conveyed to Plank, 3600/180 Official Records; thence along North line of said Plank land, North $89°06'45"$ West 290 feet to Northeast Corner of land conveyed to Beattie, 6361/198 Official Records;  thence along North line of said Beattie land North $89°06'45"$ West 272.48 feet to true point of beginning;  thence along boundary of said Beattie land North $89°06'45"$ West 93 feet, South $0°22'45"$ West 140 feet and South $89°06'45"$ East 93 feet to line which bears South $0°22'45"$ West from true point of beginning;  thence North $0°22'45"$ East 140 feet to true point of beginning.

Owners:

TYNER, Harry F. (hus)

TYNER, Mae A. (wife)


2896

Parcel 102C:

Beginning at the Southeast Corner of the West Half of
the Northeast Quarter of the Southeast Quarter of Sec-
tion 24, Township 9 South, Range 4 West, thence North
$0^{\circ}22'45''$ East 480 feet;  thence North $89^{\circ}06'45''$ West
428.44 feet to true point of beginning;  thence retrac-
ing South $89^{\circ}06'45''$ East 318.44 feet;  thence North
$0^{\circ}22'45''$ East 190.92 feet;  thence North $89^{\circ}07'30''$
West 328.44 feet;  thence South $0^{\circ}22'45''$ East 90 feet;
thence South $89^{\circ}07'30''$ East 10 feet;  thence South
$0^{\circ}22'45''$ East to true point of beginning. (EXCEPT all
above described property lying Easterly of a line be-
ginning at a point on the North line thereof distant
thereon South $89^{\circ}07'30''$ East 178.44 feet from Northeast
Corner thereof;  thence South $0^{\circ}22'45''$ West to Southerly
line thereof) in the North Half of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West.

Owners:

COMER, William F. (hus)

COMER, Phyllis R. (wife)


Parcel 102D

Portion of the North Half of the Southeast Quarter,
Section 24, Township 9 South, Range 4 West, described
as follows:  Commencing at the Southeast Corner of the
West Half of the Northeast Quarter of the Southeast
Quarter, Section 24;  thence along Easterly line of
said Westerly Half North $0^{\circ}22'45''$ East 480 feet to
Northeast Corner of land conveyed to Plant, 3600/180
Official Records;  thence along North line of said
Plank land, North $89^{\circ}06'45''$ West 428.44 feet to true

2897

Fallbrook Creek Watershed
(Section 24)

Parcel 102D continued:

point of beginning;  thence continuing North 89°06'45"

West 287.04 feet to East line of land conveyed to Matteson

4929/29 Official Records;  thence along said East line

North 0°22'45" East 25.78 feet, North 89°06'45" West 7.96

feet and North 0°22'45" East 164.99 feet to Southerly line

of College Street Tract of Fallbrook;  thence along said

Southerly line South 89°07'30" East 150 feet;  thence South

0°22'45" West 90 feet;  thence South 89°07'30" East 85 feet;

thence South 0°22'45" West to true point of beginning.

Owners:

BEATTIE, Vernon L. (hus)

BEATTIE, Ruth D. (wife)

BANK OF AMERICA (TDTr)

INGLIS, John P. (hus)(TDBen)

INGLIS, Eve (wife)(TDBen)

BANK OF AMERICA (TDTr)

COMER, William F. (hus)(TDBen)

COMER, Phyllis B. (wife)(TDBen)

LAND TITLE INSURANCE CO (TDTr)

Parcel 102E:

Commencing at the Southeast Corner of the West Half of

the Northeast Quarter of the Southeast Quarter of Sec-

tion 24, Township 9 South, Range 4 West;  thence along

Easterly line of said West Half North 0°22'45" East

480 feet to Northeast Corner of land conveyed to Plank,

3600/180 Official Records;  thence along North line of

Plank land and North line of land conveyed to Beattie,

6361/198 Official Records, North 89°06'45" West 655.48

feet to Northwest Corner of said Beattie land, being a

point on the East line of land conveyed to Matteson,

-66-

Fallbrook Creek Watershed

Parcel 100B (continued):

4920/129 Official Records; thence along East line of said Patterson land North 0°23'45" East 15.73 feet; North 89°06'45" West 7.96 feet and North 0°23'45" East 164.99 feet to Southerly line of College Street Tract, West Fallbrook; thence along said Southerly line and along Northerly line of South 10 feet of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter, Section 14, South 89°07'30" East 375.00 feet to true point of beginning; thence leaving said Northerly line South 0°23'45" West 190.83 feet, more or less, to Northerly line of above mentioned Beattie land; thence along Northerly line of said Beattie land and of above mentioned Plank land South 89°06'45" East 178.44 feet more or less, to Southwest Corner of certain tract conveyed to Beattie, 5560/110 Official Records, said corner being also designated at point "A"; thence along West line of said Beattie land North 0°23'45" East 190.90 feet, more or less, to Northeast Corner of said Beattie land, also point in North line of South 10 feet of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter, Section 24; thence along said North line North 89°07'30" West 178.44 feet to true point of beginning.

Owners:

BEATTIE, Vernon L. (hus)

BEATTIE, Ruth D. (wife)

BANK OF AMERICA (TC&S)

INGLES, John P. (hus)(TC&S)

INGLES, Eva (wife)(TC&S)

OWEN, William F. (hus)(TC&S)

OWEN, Phyllis (wife)(TC&S)

2899

Parcel 103XX:

Northerly 260 feet of the Southerly 400 feet of the
Easterly 290 feet of the Southwest Quarter of the
Northeast Quarter of the Southeast Quarter, Section
24, Township 9 South, Range 4 West, EXCEPT the
Northerly 180 feet of the Southerly 460 feet of the
Easterly 150 feet thereof, and EXCEPTING the Northerly
60 feet of the Southerly 260 feet of the Easterly
150 feet thereof.

Owner:

PLANK, Dayton M. (sep prop)


Parcel 103AX1:

Northerly 60 feet of the Southerly 400 feet of the
Easterly 150 feet of the Southwest Quarter of the
Northeast Quarter of the Southeast Quarter of Section
24, Township 9 South, Range 4 West.

Owners:

NEWELL, Lloyd (hus)

NEWELL, Hattie E. (wife)


Parcel 103AX2:

Northerly 180 feet of the Southerly 400 feet of the
Easterly 150 feet of the Southwest Quarter of the
Northeast Quarter of the Southeast Quarter of Section
24, Township 9 South, Range 4 West.

Owner:

FINDLEY, Hugo

-68-

2900

<u>Fallbrook Creek Watershed</u>
(Section 24)

### Parcel 103B:

Northerly 60 feet of the Southerly 260 feet of the Easterly 150 feet of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter, Section 24, Township 9 South, Range 4 West.

Owners:

DAVIS, Constance

NEWELL, Lloyd (hus)(TDBen)

NEWELL, Hattie E. (wife)(TDBen)

UNION TITLE INS. & TRUST CO. (TDTr)

### Parcel 104:

The North 75 feet of the South 200 feet of the East 150 feet of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owners:

BARKOW, Harold W. (hus)

BARKOW, Marcella C. R. (wife)

### Parcel 105:

The Southerly 200 feet of the Easterly 290 feet of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West EXCEPT the North 75 feet of the East 150 feet thereof.

Owner:

PLANK, Lois E. (sep-prop)

2901

Fallbrook Creek Watershed
(Section 24)

Parcel 106:

The West 364.11 feet of the East 654.11 feet of the South 340 feet of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24.

Owners:

SORENSON, Jens E. (hus)

SORENSON, Lillian E. (wife)


Parcel 107:

Portion of the Southeast Quarter of the Southeast Quarter of Section 24, township 9 South, Range 4 West, described as follows:  Beginning at the Northwest Corner of the Southeast Quarter of the Southeast Quarter;  thence South $0^{\circ}22'30"$ West along West line of said Southeast Quarter of the Southeast Quarter, 220 feet;  thence South $89^{\circ}06'45"$ East, parallel with North line of said Southeast Quarter of the Southeast Quarter, 154.13 feet to the Southwest corner of land of Qualls 2679/171;  thence North $0^{\circ}22'30"$ East along West line of said Qualls land, being parallel with West line of said Southeast Quarter of the Southeast Quarter, 220 feet to the North line of said Southeast Quarter of the Southeast Quarter;  thence North $89^{\circ}06'45"$ West along said North line 154.13 feet to point of beginning.  EXCEPT the Southerly 62 feet thereof, said Southerly 62 feet being measured along Westerly and Easterly lines of above described property.

Owners:

WALLS, Isaac C. (hus)

WALLS, Lura L. (wife)

LA JOLLA FED. SAVINGS & LOAN (TDBen)

SECURITY TRUST & SAV. BANK OF
    SAN DIEGO (TDTr)

2902

Fallbrook Cr...(illegible)
(Section...)

**Parcel 108:**

Portion of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at a point in the West line of said Southeast Quarter of the Southeast Quarter distant South 0°22'30" West 158 feet from the Northwest Corner of the Southeast Quarter of the Southeast Quarter; thence along said West line South 0°22'30" West 62 feet to the Southwest corner of land conveyed to Trow, 2876/407 Official Records; thence along South line of Trow land South 89°06'45" East 154.13 feet to the Southwest Corner of land conveyed to Qualls, 2679/171 Official Records; thence along West line of Qualls land North 0°22'30" East 62 feet; thence North 89°06'45" West 154.13 feet to point of beginning.

Owners:

DIXON.                    (illegible)

DIXON, Lau... (illegible)

MOUNT, Mavis L. (Trdsan)(wid)

BANK OF AMERICA (Trdtr)

**Parcel 109:**

Beginning at the Northwest Corner of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West; thence along West line thereof South 250 feet to true point of beginning; thence continuing South 111 feet; thence South 89°06'45" East 204.13 feet; thence North 0°22'30" East 111 feet; thence North 89°06'45" West 204.13 feet to true point of beginning.

Owners:

LEWIS, Henry A., Jr. (Jtts)
(Continued on next page)

-71-

Hellhorst Unit Watershed
(Co tinued)

Owners (Parcel 109) contin'd:

        LEWIS, Inez S. (wife)

        BANK OF AMERICA (1st)

        CORPORATION OF AMERICA (2nd)

Parcel 110:

        The East 50 feet of the West 204.13 feet of the North 200
feet of the Southeast Quarter of the Southeast Quarter of
Section 24.

    Owners:

        QUALLS, Lloyd G. (hus)

        QUALLS, Hazel Summit (wife)


Parcel 111:

        Portion of the Southeast Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West,
described as follows:  Beginning at a point in the North
line of said Southeast Quarter of the Southeast Quarter
distant South 89°06'45" East 204.13 feet from the North-
west Corner;  thence parallel with the West line South
0°22'30" West 331.00 feet to the South line of land
conveyed to Peterson, 3-27-46;  thence along South line
of Peterson land South 89°06'45" East 96 feet to the
Southeast Corner of Peterson land;  thence along East
line of Peterson land North 0°22'30" East 331.00 feet
to North line of said Southeast Quarter of the Southeast
Quarter;  thence thereon North 89°06'45" West 96 feet
to point of beginning.

    Owners:

        VINES, Houston A. (hus)

        VINES, Eva (wife)

Fallbrook Creek Watershed
(Section 24)

**Parcel 112X1:**

The West 668.09 feet of the North 331 feet of the
Southeast Quarter of the Southeast Quarter of Section
24, Township 9 South, Range 4 West, EXCEPT the West
300.13 feet thereof.

**Owners:**

SONES, Lester E. (hus)

SONES, Lois (wife)

FIRST NATIONAL BANK OF VISTA (TDBen)

UNION TITLE INSURANCE CO (TDTr)

**Parcels 112A & 117:**

Portion of the North 20 acres of the West 30 acres
of the Southeast Quarter of the Southeast Quarter of
Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at a point in the North line
of the Southeast Quarter of the Southeast Quarter
distant North 89°06'45" West 660 feet from the North-
east Corner of the Southeast Quarter of the Southeast
Quarter;  thence parallel with East line of said
Southeast Quarter of the Southeast Quarter South 0°20'15"
West 331 feet;  thence parallel to said North line of
the Southeast Quarter of the Southeast Quarter North
89°06'45" West 178.09 feet to point distant South
89°06'45" East 490 feet from West line of said Southeast
Quarter of the Southeast Quarter;  thence parallel with
said West line South 0°22'30" West 194.11 feet to a
point;  thence South 89°06'45" East 498.61 feet to a
point in the East line of said North 20 acres of the
West 30 acres;  thence thereon North 0°22'30" East
194.11 feet to South line of land conveyed to Schmidt,

-73-

2905

Fallbrook Creek Watershed
(Section 24)

Parcels 112A & 117 continued:

1111/351 Official Records:  thence along South line of
Schmidt land North 89°06'45" West 290.52 feet to
Southwest Corner thereof;  thence along West line of
said land North 0°20'15" East 331. feet to said North
line of the Southeast Quarter of the Southeast Quarter;
thence along said North line North 89°06'45" West 30
feet to point of beginning.

Owners:

SMITH, George C. (hus)

SMITH, Katherine E. (wife)

MUNRO, Julia D. (TDBen)

BANK OF AMERICA (TDTr)

Parcel 113:

Beginning at a point in the North line of said South-
east Quarter of the Southeast Quarter of Section 24,
Township 9 South, Range 4 West distant North 89°06'45"
West 463.65 feet from the Northeast Corner;  thence
South 9°18' West 334.59 feet to South line of land
conveyed to Schmidt;  thence along said South line
North 89°06'45" West 114.20 feet to the Southwest
Corner of Schmidt land;  thence along West line of
Schmidt land North 0°20'15" East 331 feet to said
North line of the Southeast Quarter of the Southeast
Quarter;  thence thereon South 89°06'45" East 166.35
feet to point of beginning.

Owners:

ROGERS, Fred A. (hus)

ROGERS, Ida A. (wife)

SECURITY TITLE INS. CO (TDTr)

LINDER, Henry (hus)(TDBen)

LINDER, Anna M. (wife)(TDBen)

-74-

Fallbrook Creek Watershed
(California)

Parcel 114:

Portion of the Southeast Quarter of the Southeast Quarter
of Section 34, Township 9 South, Range 4 West, described
as follows:  Beginning at the Northeast Corner of the
Southeast Quarter of the Southeast Quarter;  thence along
East line South 0°13'15" West 419.96 feet to the South
line of the North 98.96 feet of land conveyed to Golden
and Rowe, 963/109 Official Records;  thence along said
South line North 89°06'45" West 342.34 feet to East line
of West 30 acres of said Southeast Quarter of the Southeast
Quarter;  thence along said East line North 0°22'30" East
98.96 feet to South line of land conveyed to Schmidt,
1111/351 Official Records;  thence along said South line
of Schmidt land North 89°06'45" West 175.32 feet to line
which bears South 9°18' West from point in North line of
said Southeast Quarter of the Southeast Quarter which is
distant North 89°06'45" West 463.65 feet from said North-
east Corner of the Southeast Quarter of the Southeast
Quarter;  thence North 9°18' East 334.59 feet to North
line of the Southeast Quarter of the Southeast Quarter;
thence thereon South 89°06'45" East 463.65 feet to point
of beginning.

Owners:

WHITNEY'S, Donald E. (hus)

WHITNEY'S, Patience L. (wife)

HANK, Lucie L. (?) Dec'd (n/a)

BANK OF AMERICA (ben?)

-7-

2907

Fallbrook Creek Watershed
(Section 24)

Parcel 115:

Portion of the Southeast Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4
West, described as follows:  Beginning at the North-
east Corner of the Southeast Quarter of the South-
east Quarter;  thence South 0°20'15" West along
East line 429.96 feet to the Southeast corner of
land conveyed to Roesch 4406/389, said point being
true point of beginning;  thence North 89°06'45"
West along South line of said land 340.54 feet to
East line of West 30 acres of said Southeast Quarter
of the Southeast Quarter;  thence South 0°22'30"
West along said East line 236.69 feet to North line
of 5 acre portion conveyed to Sachse, 810/79 Official
Records;  thence South 89°05' East along North line
of said land 340.60 feet to a point on East line of
said Southeast Quarter;  thence North 0°20'15" East
along East line 236.86 feet to true point of beginning.

Owners:

HEDRICK, Earl O. (hus)
HEDRICK, Lula M. (wife)
BANK OF AMERICA (TDBen)
CORPORATION OF AMERICA (TDTr)

Parcel 116:

Portion of the North 20 acres of the West 30 acres
of the Southeast Quarter of the Southeast Quarter of
Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at the Northeast Corner of said
Southeast Quarter of the Southeast Quarter;  thence
along North line North 89°06'45" West 660 feet;  thence
parallel with East line South 0°20'15" West 331 feet;

-76-

Fallbrook Creek Watershed<br>(Section 24)

Parcel 116 continued:

thence parallel with North line North 89°06'45" West 178.09 feet to point distant South 89°06'45" East 490 feet from West line of the Southeast Quarter of the Southeast Quarter;  thence parallel with said West line South 0°22'30" West 194.11 feet to true point of beginning;  thence continuing along said line parallel with/line South 0°22'30" West 194.11 feet to North line of South 162 feet of said North 20 acres of the West 30 acres;  thence along North line of South 162 feet of North 20 acres of the West 30 acres South 8°06'45" East 498.61 feet to East line of said North 20 acres of the West 30 acres;  thence North 0°22'30" East 194.11 feet;  thence North 89°06'45" West 498.61 feet to the true point of beginning.

Owners:

VICK, Roy Clinton (hus)

VICK, Sally Rose (wife)

BANK OF AMERICA (TDTr)

HALLOWELL, D. L. (TDBen)

HALLOWELL, Eva (TDBen)

Parcel 117:

Combined with Parcel 112A above.

Parcel 118:

Southerly 368.22 feet of Northerly 719.22 feet of Westerly 490 feet of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owner:

ANTHONY, Donald D.

2800

Fallbrook Creek Watershed
( Section 24 )

Parcels 119, 120 & 121:

Beginning at the Southwest Corner of the North 20 acres
of the West 30 acres of the Southeast Quarter of the
Southeast Quarter of Section 24, Township 9 South,
Range 4 West;  thence North along West line 162 feet;
thence Easterly parallel with North line 282 feet;
thence Southerly and parallel with West line 162 feet;
thence Westerly 282 feet to point of beginning.

Owners:

(119) ANTHONY, Donald C.
     &
(120) ANTHONY, Charlotte

(120) ANTHONY, Donald (hus)

     ANTHONY, Charlotte (wife)

     BANK OF AMERICA (TDIr)

     NOBLE, Charles W. (TDBen)(hus)

     NOBLE, Grace (TDBen)(wife)


Parcel 122:

The Westerly 54 feet of the Easterly 108 feet of portion
of the Southeast Quarter of the Southeast Quarter of Sec-
tion 24, Township 9 South, Range 4 West, described as fol-
lows;  Beginning at the Southwest Corner of the North 20
acres of the West 30 acres of said Southeast Quarter of
the Southeast Quarter;  thence East along South line of
said North 20 acres 174 feet to true point of beginning,
being the Southeast Corner of land conveyed to Hales.
Thence North along line parallel with West line of the
Southeast Quarter of the Southeast Quarter, being along
East line of Hales land and along East line of land
conveyed to Grantham, a distance of 162 feet to the
Northeast corner of Grantham land;  thence East parallel
with said South line of North 20 acres 216 feet;  thence

-78-

Rainbow Creek Watershed
(Section 24)

Parcel 121 continued:

South parallel with West line of the Southeast Quarter of the Southeast Quarter 160 feet to South line thereof; thence West along said South line 216 feet to true point of beginning.

Owners:

RORIPAUGH, Noble L. (hus)

RORIPAUGH, Jessie Cooper (wife)

LA JOLLA FEDERAL SAVINGS & LOAN (Int)

SECURITY TRUST & SAVINGS BANK OF
      SAN DIEGO (Int)

Parcel 123:

The Easterly 54 feet of a portion of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at the Southwest Corner of the North 20 acres of the West 30 acres of said Southeast Quarter of the Southeast Quarter; thence East along South line of said North 20 acres 17½ feet to true point of beginning, being the Southeast Corner of portion of land conveyed to Hobs, 821/37, Official Records; thence North along line parallel with East line of Hobs land and along East line of land conveyed to Grantham, 1358/432 Official Records, 160 feet to the Northeast Corner of Grantham land;  thence East parallel with said South line of North 20 acres 216 feet;  thence South parallel with West line of the Southeast Quarter of the Southeast Quarter 160 feet to South line thereof;  thence West along said South line 216 feet to true point of beginning.  Except the Easterly 20 feet thereof.

2911

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 123):

NICHOLAS, Marion E. (hus)

NICHOLAS, Eileen A. (wife)

WOMACK, Earl G. (TDBen)(hus)

WOMACK, Brittie I. (TDBen)(wife)

BANK OF AMERICA (TDTr)

Parcel 124:

The East 50 feet of the West 440 feet of the South 142 feet of the North 20 acres of the West 30 acres of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owners:

SOPER, Samual O. (hus)

SOPER, Mildred L. (wife)

BANK OF AMERICA (TDTr)

GILES, Lawrence (m/m)(TDBen)

Parcel 125:

The East 190 feet of the West 630 feet of the South 142 feet of the North 20 acres of the West 30 acres of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.  ALSO, the North 20 feet of the South 162 feet of the North 20 acres of the West 30 acres of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, EXCEPT from said North 20 feet the West 390 feet, and also EXCEPT the East 300 feet of said North 20 acres of the West 30 acres of the Southeast Quarter of the Southeast Quarter of said Section 24.

2912

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 125):

CROSS, James W. (hus)

CROSS, Geraldine W. (wife)

WOMACK, Earl G. (TDBen)

WOMACK, Brittie I. (TDBen)(wife)

BANK OF AMERICA (TDTr)

Parcel 126:

The Easterly 60 feet of the West 690 feet of the South
142 feet of the North 20 acres of the West 30 acres of
the Southeast Quarter of the Southeast Quarter of Section
24, Township 9 South, Range 4 West.

Owners:

GATES, Helen (u/w)

Parcel 127:

The West 100 feet of the East 300 feet of the South
162 feet of the North 20 acres of the West 30 acres
of the Southeast Quarter of the Southeast Quarter of
Section 24, Township 9 South, Range 4 West, EXCEPT
therefrom any portion lying within East 60 feet of
West 690 feet of the South 142 feet of the North 20
acres of the West 30 acres of the Southeast Quarter
of the Southeast Quarter of said Section 24.

Owners:

BROWN, Edwin T. (hus)

BROWN, Clara A. (wife)

-61-

Fallbrook Creek Watershed
(Section 24)

Parcel 128:

The East 200 feet of the South 162 feet of the North
20 acres of the West 30 acres of the Southeast Quarter
of the Southeast Quarter of Section 24, Township 9
South, Range 4 West.

Owner:

DeLang, Paula


Parcel 129:

The South 5 acres of the East Quarter of the South-
east Quarter of the Southeast Quarter of Section 24,
Township 9 South, Range 4 West, EXCEPT the East 40
feet thereof.

Owners:

EWELL, J. Richard (hus)

EWELL, Catherine Allison (wife)

McDONALD, B. M. (hus)(TDBen)

McDONALD, Opal B. (wife)(TDBen)

BANK OF AMERICA (TDTr)


Parcel 130:

Portion of the Southeast Quarter of the Southeast Quarter
of the Southeast Quarter of Section 24, Township 9 South,
Range 4 West, described as follows:  Beginning at the South-
East corner of Section 24; thence North $00°20'15"$ East
along East line of said Section 320.80 feet to true point
of beginning;  thence North $89°54'$ West 40 feet;  thence
North parallel with East line 328 feet, more or less, to
North line of said Southeast Quarter of the Southeast Quarter
of the Southeast Quarter;  thence South $89°54'$ East 40 feet
to East line of Section 24;  thence South $00°20'15"$ West
along said East line 328 feet, more or less, to true point
of beginning.

2914

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 130):

CAMPBELL, William (hus)

CAMPBELL, Winifred (wife)


Parcel 131:

Not in Fallbrook Creek Watershed.


Parcel 132:

The South 10 acres of the West 30 acres of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West.

Owner:

WALTZ, William J.


Parcel 133, and Parcels 1, 2, 3, & 4 of Abbotts Addition:

Lots 1, 2, 3, 4, and 5A, and portion of Lot 5B, Abbot's Addition, and portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point on the North line of the said Southwest Quarter of the Southeast Quarter, distant 89°07"45" West 150 feet from center line of County Highway 1-C, being the Northwest Corner of land conveyed to Baird, 2067/299 Official Records;   thence along West line of said Baird land South 0°36' West 309.61 feet; thence Westerly and parallel with North line of said Southwest Quarter of the Southeast Quarter to West line of Lot 5B;   thence North 0°32'45" East 290.28 feet to the Northwest Corner of said Lot 1; thence along North line of said Lot 1 South 89°07'45" East 120 feet to the Northeast corner thereof;  thence

De Luz Creek Watershed
(SECTION 24)

Parcel 133 & Parcels 1,2,3,24 of Alberto ASSENTE (Continued)

along Northerly prolongation of East line of said Lot 1
North 0°32'45" East 20 feet to said North line of the
Southwest Quarter of the Southeast Quarter;  thence
thereon South 89°07'45" East 621.69 feet to point of
beginning.

Owners:

WILLETT, P. W. (hus)

WILLETT, Fayette D. (wife)

Parcel 134:

Portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 East,
described as follows:  Beginning at the Northwest
Corner of the Southwest Quarter of the Southeast Quarter;
thence South 89°07'45" East along North line of said
Southwest Quarter 551.14 feet to point on said North
line which is distant North 89°07'45" West 120 feet
from center line of State Highway 1-C, said point
being true point of beginning;  thence continuing along
said North line South 89°07'45" East 120 feet to said
center line of Highway 1-C;  thence South 0°36' West
along said center line of Highway 1-C 100 feet;  thence
West and parallel with said North line 120 feet;  thence
North and parallel with said center line 100 feet, more
or less, to true point of beginning.

Owners:

HALL, E. Gordon (hus)

HALL, Anne B. (wife)

BAIRD, Robert W. (Widow)

BANK OF AMERICA (mtge)

Fallbrook Creek Watershed
(Section 24)

Parcel 135, and Parcel 5 of Abbotts Addition:

All of Lot 6, and those portions of Lots 5B and 7
of Abbotts Addition, together with portion of the
Southwest Quarter of the Southeast Quarter of Sec-
tion 24, Township 9 South, Range 4 West, described
as follows:  Beginning at the Northwest Corner of said
Southwest Quarter of the Southeast Quarter;  thence
South 87°07'43" East along North line of said South-
west Quarter 521.14 feet to a point on said North
line which is distant North 89°07'45" West 150 feet
from center line of County Highway 1-C, said point
being true point of beginning;  thence continuing
along said North line South 89°07'45" East 150 feet
to said center line of Highway;  thence South 0°36'
West along said center line 408.90 feet;  thence
North 89°24' West 291.70 feet to point in West line
of Lot 7 Abbotts Addition;  thence North 0°32'45"
East along West line of Lot 7 and along West line of
Lots 6 and 5B of said Abbotts Addition 100 feet;
thence South 89°24'East 141.79 feet to a point on
line drawn parallel with and distant 150 feet Westerly,
measured at right angles, from said center line of
Highway 1-C;  thence North 0°36' East 309.61 feet to
true point of beginning.  EXCEPT the North 100 feet
of the east 120 feet thereof.

Owners:

FALLBROOK LUMBER CO.

LAND TITLE INS. CO (TDTr)

HOOD, Ruby Lee (TDEson)(wife)

HOOD, Guy (hus)(TDEson)
aka Robert C.

-85-

2917

Fallbrook Public Utility District
(Section 24)

Parcels 136 & 137, and Parcel 6 of Abbotts Addition:

All of Lot 8 and portion of Lot 7, Abbotts Addition,
and portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West,
described as follows:  Beginning at the Northwest
Corner of said Southwest Quarter of the Southeast Quar-
ter;  thence along North line South 89°07'45" East
671.14 feet to center line of County Highway 1C;
thence along said center line South 0°36' West 408.90
feet to true point of beginning;  thence North 89°24'
West 291.70 feet to West line of said Lot 7;  thence
along West line of said Lots 7 and 8 South 0°32'45"
West 56.32 feet to Southwest Corner of said Lot 8;
thence along South line of said Abbotts Addition North
89°07'45" West 180.85 feet to Easterly line of right-
of-way of AT&SF RR;  thence Southerly along said Easterly
line 46.92 feet to Northwest corner of land conveyed to
Wernicke, 1895/301 Official Records;  thence along North
line of said Wernicke land South 89°24' East 487.30
feet to center line of County Highway 1C;  thence thereon
North 0°36'East 100 feet to true point of beginning.
ALSO, parcel lying North of line drawn parallel with and
100 feet South of South line of above described parcel
between Easterly line of AT&SF Ry and center line of
County Highway 1C.

Owners:

WERNICKE, Leonard S.

WERNICKE, Florence H.

Parcel 138:

See Parcel 2 of Morris Addition.

-86-

2918

Fallbrook Creek Watershed
(Section 24)

Parcel 139:

Portion of the Southwest Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at the Northwest Corner of the South-
west Quarter of the Southeast Quarter;  thence along North
line of said Southwest Quarter of the Southeast Quarter
671.14 feet to center line of County Highway;  thence
South 0°36' West along said center line West 608.90 feet
to true point of beginning;  thence continuing South 0°36'
West 215.26 feet;  thence North 87°28' West 384.22 feet;
thence South 0°36' West 176 feet to North line of land
described in deed to Liech in 78/1619 Deeds;  thence West
along said North line of Liech land 282.10 feet, more or
less, to West line of said Southwest Quarter of the
Southeast Quarter, being also Easterly line of Harris
Addition;  thence Northerly along said West line of said
Southwest Quarter of the Southeast Quarter of Section 24
and along Easterly line of said Harris Addition 158.90
feet, more or less, to intersection in Southeasterly line
of land described in deed to AT&SF Ry Co, in 776/174 Deeds;
thence Northeasterly along Southeasterly line of said AT&SF
land to intersection with line that bears North 89°24' West
from true point of beginning;  thence South 89°24' East
524.16 feet to true point of beginning.

Owners:

RUSS, Frank J. (m/m)

STOCKTON, James N. (m/m)

McDONNELL Clark T. (s/m)

SHAMEL, Bert A. (m/m)

CALIFORNIA BANK (TLTr)

REPPERT, Sierra N. (Hus)(TIHsn)

REPPERT, Frances E. (wife)(TIHsn)

-87-

2918

Parcel 140:

Portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4
West, described as follows:  Beginning at the North-
west Corner of the Southwest Quarter of the Southeast
Quarter;  thence along North line of the Southwest
Quarter of the Southeast Quarter East 671.14 feet to
center line of County Highway;  thence along center
line South 824.16 feet;  thence North $87^{\circ}28'$ West
328.19 feet to true point of beginning;  thence North
$87^{\circ}28'$ West 56.03 feet;  thence South 176 feet;
thence East 56 feet;  thence North 173.85 feet to true
point of beginning.

Owners:

ANTHONY, Donald (hus)

ANTHONY, Charlotte (wife)

BANK OF AMERICA (TDTr)

HOOVER, Alonzo V. (wid)(TDBen)

Parcel 141:

All that portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West,
described as follows:  Beginning at the Northwest Corner
of the Southwest Quarter of the Southeast Quarter;  thence
along North line South $89^{\circ}07'45''$ East 671.14 feet to center
line of County Highway;  thence along said center line South
$0^{\circ}36'$ West 824.16 feet to angle point on Easterly boundary
of land conveyed to Ware 2519/87 Official Records;  thence
North $89^{\circ}28'$ West along Southerly boundary of said Ware
land 328.19 feet to Northeasterly corner of land conveyed
to Albertan, 3046/459 Official Records; said corner being
true point of beginning.  Thence South $0^{\circ}36'$ West along

-62-

Parcel 14: continued

    Easterly line of said ... 172.80 feet, more or less, to Southwest ... line of land being point in North line of land ... to North (3/161 feet); thence ... along the North line 50 feet; thence ... ly in a ... line 117.70 feet, more or less, ... boundary of tract land which bears South 87°50' East 50. ... true point of beginning; thence South 8°... ... plant flush to true point of beginning.

Owners:

    ...

    ...

    ...

    ...

Parcel 15:

    Portion of the Southwest Quarter of ... Southeast Qu ... Section ... Township 9 South, Range ... described as follows ... ... at the South ... Southwest ... along North line of sai ... Quarter South 89°07'45" East 5 ... Quarter ... thence ... South 89°07'45" ...

Fallbrook Creek Watershed
(Section 24)

Parcel 142 continued:

North line of land conveyed to Herman W. Leich by deed
recorded in Book 78, page 161 of Deeds;  thence Easterly
in a straight line 171.70 feet, more or less, to a point
in Southerly boundary of aforementioned land of Ware which
bears South 89°28' East 56.03 feet from the true point of
beginning;  thence North 87°28" West 56.03 feet to the
true point of beginning.

Owners:

WOODROW, H. C. (hus)

WOODROW, Lillian L. (wife)


Parcel 143:

Portion of the Southwest Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at the Northwest Corner of said South-
west Quarter of the Southeast Quarter;  thence along North
line of said Southwest Quarter of the Southeast Quarter
South 89°07'45" East 671.14 feet to center line of County
Highway 500/105 Deeds;  thence along said center line South
0°36' West 824.16 feet to the Southeasterly Corner of land
conveyed to Ware, 2519/87 Official Records;  thence North
87°28' West along Southerly line of said Ware land 160.10
feet to Northwesterly corner of 5 foot easement described
in deed to Ware, said point being true point of beginning.
Thence continuing North 87°28' West along said Ware land
56.03 feet to Northeasterly corner of land conveyed to Priutt
4168/120 Official Records;  thence South 0°36' West along
Easterly line of said Priutt land 165.54 feet, more or
less, to Southeasterly corner thereof, being also point
in Northerly line of land conveyed to Leich 78/161 Deeds;

-90-

Fallbrook Creek Watershed
(Section 24)

Parcel 143 continued:

thence Easterly along Northerly line of said Leich land
56 feet to Southwesterly corner of aforementioned easement;
thence North 0°36' East along Westerly line of said ease-
ment 167.39 feet to true point of beginning.

Owners:

WOODROW, Howard C. (hus)

WOODROW, Lillian L. (wife)

HALEN Howard T. (Agnt to Convey)(hus)

HALEN Irma (wife)(Agnt to Convey)

Parcel 144:

Portion of the Southwest Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at the Northwest Corner of the Southwest
Quarter of the Southeast Quarter;  thence South 89°07'45" East
along North line of said Southwest Quarter of the Southeast
Quarter 671.44 feet to center line of County Highway, 500/105
Deeds;  thence South 0°36' West along said center line 824.16
feet to angle point on Easterly boundary of land conveyed to
Ware, 2519/87 Official Records; said angle point being true
point of beginning;  thence North 87°28' West along Southerly
boundary of Ware land 160.10 feet, more or less, to point on
said boundary, which is distant South 87°28' East 56.03 feet
from the Northeast Corner of land conveyed to Priutt, 4168/
120 Official Records;  thence Southerly in straight line
167.39 feet to a point in North line of land conveyed to
Leich, 78/161 Deeds, which is distant 56 feet Easterly from
Southeast Corner of said Priutt land;  thence Easterly
along North line of said Leich land 160 feet to center
line of County Highway;  thence North 0°36' East along

292?

Fallbrook Creek Watershed
(Section 24)

Parcel 144 continued:

center line 161.31 feet to true point of beginning.

Owners:

ADLFINGER, Raymond J. (hus)

ADLFINGER, Wilhelmina (wife)

HAVINS, Catherine M. (wife)(TDBen)

Holzman, Lawrence (TDTr)

Parcel 145:

Portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, R nge 4 West,
described as follows:  Beginning at the South Quarter
Corner of said Section;  thence South 88°56' East 670
feet;  thence North 0°31' East 1136.30 feet to true
point of beginning, being the Northwest corner of land
conveyed to Delp, 1614/99 Deeds;  thence North 0°31'
East 150 feet to South line of County Road;  thence
along said South line South 89°15' East 275 feet;
thence South 0°31' West 150 feet to Northeast Corner
of Delp land;  thence along North line of said Delp
land North 89°15' West 275 feet to true point of be-
ginning.  EXCEPT the West 165 feet of the South 60
feet thereof;  and EXCEPT the East 110 feet thereof.

Owners:

WAYMAN, Raymond (hus)

WAYMAN, Mary Elizabeth (wife)

BANK OF AMERICA (TDTr)

J. A. MC CLURE & SON (TDBen)

-92-

2924

Parcel 146:

Beginning at the South Quarter Corner of Section 24, Township 9 South, Range 4 West; thence South 89°56' East 670 feet; thence North 0°31' East 1136.30 feet to true point of beginning; thence North 0°31' East 150 feet; thence along South line of County Road South 89°15' East 275 feet; thence South 0°31' West 150 feet; thence North 89°15' West 275 feet to true point of beginning. EXCEPT the West 165 feet thereof.

Owners:

METZ           (Hus)

Metzger, Edith (wife)

Parcel 147:

Portion of the Southwest Quarter of the Southeast Quarter Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the South Quarter Corner of said Section; thence South 89°56' East 670 feet; thence North 00°31' East 344.60 feet; thence South 89°17' East 275 feet; thence North 0°31' East 470.69 feet to true point of beginning; thence continuing North 0°31' East 470.85 feet to South line of County Road; thence South 89°15' East 180 feet to Northwesterly corner of land conveyed to Grantner, 1475/496 Deeds; thence South 0°31' West along Westerly line of Grantner land 470.85 feet to Southwesterly corner thereof; thence North 89°15' West 180 feet to true point of beginning. EXCEPT the South 75 feet thereof. Portion of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the South Quarter Corner of Section 24; thence South 89°56' East 670 feet; thence North 0°31'

2925

Fallbrook Creek Watershed
(Section 24)

**Parcel 147 continued:**

East 344.6 feet;  thence South 89°17' East 662.87 feet
to West line of County Road;  thence North 0°08' East
along West line of County Road 470.53 feet to true point
of beginning, said point being also the Northeast Corner
of land conveyed to Crane, 1350/310 Deeds;  thence North
89°15' West 164.72 feet to Northwest Corner of Crane land;
thence North 0°31' East 470.85 feet to South line of County
Road #42;  thence South 89°15' East 161.58 feet to West
line of County Road;  thence South 0°08' West 470.85
feet to true point of beginning.  EXCEPT the South 75 feet
thereof.

Owners:

    MADLEY, William C. (dec.)(hus)

    MADLEY, Katherine (wife)

**Parcel 148:**

The West 165 feet of the South 60 feet of portion of
the Southwest Quarter of the Southeast Quarter of Sec-
tion 24, Township 9 South, Range 4 West, described as
follows:  Beginning at the South Quarter Corner of Section
24;  thence South 88°56' East 670 feet;  thence North 0°31'
East 1136.30 feet to true point of beginning, being the
Northwest Corner of land conveyed to Delp, 1614/99 Deeds.
Thence North 0°31' East 150 feet to South line of County
Road;  thence along South line South 88°15' East 275 feet;
thence South 0°31' West 150 feet to Northeast Corner of
said Delp land;  thence along North line of said Delp
land North 89°15' West 275 feet to true point of beginning.

2926

Owners (Parcel 149):

      GORDON, Douglas C. (hus)

      GORDON, Opal E. (wife)

Parcels 149 & 150:

Portion of the Southwest Quarter of the Southeast Quarter
of Section 24, Township 9 South, Range 4 West, described
as follows:  Beginning at a point which is South 88°56' East
680 feet and North 00°31' East 1061.30 feet from the South
Quarter Corner of said Section 24;  thence North 00°31' East
75 feet;  thence South 89°15' East 275 feet;  thence South
00°31' West 75 feet;  thence North 89°15' West 275 feet to
true point of beginning.  Also, Portion of the Southwest
Quarter of the Southeast Quarter of said Section 24, des-
cribed as follows:  Beginning at the South Quarter Corner of
said Section 24;  thence South 88°56' East 670 feet to a point;
thence North 00°31' East 986.30 feet to true point of beginning,
said point being also Northwesterly corner of land conveyed to
Wetzlier et ux by deed recorded in Book 1412, page 209 of
Deeds;  thence North 89°15' East along Northerly line of
land so conveyed 275 feet to Northeasterly corner thereof;
thence North 0°31' East 75 feet to Southeasterly corner of
land conveyed to Marshall et ux, by deed recorded in Book
1301, page 129 of Deeds;  thence North 89°15' West along
Southerly line of land so conveyed 275 feet to Southwesterly
corner thereof;  thence South 0°31' West 75 feet to true
point of beginning.

Owners:

      ANTHONY, Donald C. (hus)

      ANTHONY, Charlotte (wife)

      ALLEN, Elmer (TENen)(hus)

      ALLEN, Lucille S. (wife)(TENen)

      BANK OF AMERICA (BENF)

-95-

Parcel 103:

Portion of the Southeast ... Quarter of Section 4, ...
West, described as follows: ... the South
Quarter Corner ... South
85°0' East 670 feet; ...  ... 690.25
feet to the point of ... North 85°15'
East 75 feet; thence South ... East;
thence North 85°15' East 690 feet; thence South 6°21'
East 75 feet to point of beginning.

Owners:

    WEIGLER, John H. (Lee)

    WEIGLER, Edith (wife)


Parcels 100 & 101:

That portion of the Southeast Quarter of the Southwest
Quarter of Section 4, Township 9 South, Range 4 West,
described as follows: ... the South Quarter
Corner of said Section 4 bears North 85°50' East
670 feet; thence North 85°15' East 690.25 feet to true
point of beginning, said point being also the Southwest-
erly corner of ... ; thence
thence North 85°15' East ... North 85°50' ; thence
East 675 feet to North ... the
... Southeasterly ...
... North 85°15'
... Southwesterly ...
... Southeasterly corner of said; thence ... 85°15' East
150 feet to true point of beginning.

Fallbrook Creek Watershed
(Section 24)

Parcels 152 & 153 continued:

ALSO, Beginning at a point 815.29 feet North and 945 feet East of the South Quarter Corner of Section 24; thence North 75 feet; thence East 344.72 feet to West line of County Highway; thence South 75 feet; thence West 344.72 feet to point of beginning.

Owners:

ANTHONY, Donald C.

ANTHONY, Charlotte


Parcel 154:

Beginning at the South Quarter Corner of Section 24, Township 9 South, Range 4 West; thence South $89^\circ56'$ East 670 feet to point; thence North $00^\circ31'$ East 344.60 feet to point; thence South $89^\circ17'$ East 455 feet to true point of beginning; thence North $0^\circ31'$ East 470.61 feet to point; thence South $89^\circ15'$ East 164.72 feet; thence South $00^\circ31'$ West 470.61 feet; thence Westerly to true point of beginning.

Owners:

CRANE, Walter E.

HADLEY, William C. (dec'd)


Parcel 155:

Portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows: Beginning at the South Quarter Corner of Section 24; thence South $88^\circ56'$ East 670 feet to a point; thence North $00^\circ31'$ East 344.60 feet to a point; thence South $89^\circ17'$ East 275 feet to true point of beginning,

-97-

2929