Fullbrook Creek Watershed
(Section 24)

Parcel 155 continued:

said point being also the Southeasterly Corner of land conveyed to Mize, 1273/29 Deeds;  thence North 0°31' East along Easterly line of land so conveyed, and along Northerly prolongation of said Easterly line 470.69 feet;  thence South 89°15' East 180 feet to Northwesterly Corner of land conveyed to Crane, 1350/310 Deeds;  thence Southerly along Westerly line of said land so conveyed 470.61 feet to Southwesterly corner thereof; thence North 89°17' West 180 feet to true point of beginning.

Owners:

GARDNER, Dennis Duane (hus)

GARDNER, Marion Etta (wife)

Parcel 156:

The North 25 feet of property described as follows: Beginning at a point, which is South 89°56' East 670 feet, and North 00°31' East 508.30 feet from the South Quarter Corner of Section 24, Township 9 South, Range 4 West;  thence North 00°31' East 253 feet;  thence South 89°15' East 275 feet; thence South 00°31' West 253 feet;  thence North 89°15' West 275 feet to point of beginning.  EXCEPT therefrom the East 155 feet.

Owner:

E. A. STROUT REALTY AGENCY,
(A New York Corporation)

Parcel 157:

The North 100 feet (EXCEPT the West 150 feet of the North 25 feet) of property described as follows:

-98-

2930

Parcel 157 (continued):

Portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West;
Beginning at a point which is South 88°55' East 670
Feet and North 00°31' East 568.3 feet from the South
Quarter Corner of Section 24;   thence North 00°31'
East 253 feet;   thence South 89°15' East 275 feet;
thence South 00°31' West 253 feet;   thence North 89°15'
West 275 feet to point of beginning.

Owners:

   TAYLOR, Henry C.

   TAYLOR, Hazel M. (wife)

   BANK OF AMERICA (mtgr)

   GALLOWAY, Kevin (hus)(Tlessn)

   GALLOWAY, Estelle (wife)(Tlessn)


Parcel 158:

Portion of the Southwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4
West, described as follows:   Beginning at a point
which is South 88°55' East 670 feet, and North
00°31' East 568.3 feet from the South Quarter Corner
of Section 24;   thence North 00°31' East 93 feet;
thence South 89°15' East 275 feet;   thence South
00°31' West 93 feet;   thence North 89°15' West 275
feet to point of beginning.

Owners:

   ARNEMAN, Darrell (hus)

   ARNEMAN, Elizabeth (wife)

   TOHILL, Michael V. (hus)(Tlessn)

   BLACK, Mary L. (wife)(Tlessn)

2831

Fallbrook Creek Watershed
(Section 24)

Owners (Parcel 158) continued:

      HAMILTON, Charles G. (hus)(TDBen)

      HAMILTON, Nellie M. (wife)(TDBen)

      BANK OF AMERICA (TDTr)

Parcel 159:

      The South 60 feet of a portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point which is South 88°56' East 670 feet and North 00°31' East 508.3 feet from South Quarter Corner of Section 24;  thence North 00°31' East 253 feet;  thence South 89°15' East 275 feet;  thence South 00°31' West 253 feet;  thence North 89°15' West 275 feet to point of beginning.

Owners:

      MC CRACKEN, Fraser V. (hus)

      MC CRACKEN, Jessie (wife)

2932

**Parcel 160**

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point which is South 88°56' East 670 feet, and North 00°31' East 508.3 feet from the South quarter corner of Section Twenty-four (24); thence South 89°15' East 275 feet; thence South 00°31' West 88.7 feet; thence North 89°15' West 275 feet; thence Northerly to the point of beginning.

Owners:  LUND, Per Z. (life estate)

HEALD, Alice (sep prop)(Und ½ int)

JOHNSTONE, Helga E. (sep prop)(Und ½ int)

**Parcel 161**

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at a point which is South 88°56' East 670 feet and North 00°31' East 344.60 ft from the South quarter corner of Section Twenty-four (24); thence North 00°31' East 75 feet; thence South 89°15' East 275 feet; thence South 00°31' West 74.84 feet; thence North 89°17' West 275 feet to the point of beginning.

Owners:  FALLBROOK PUBLIC UTILITY DISTRICT

**Parcel 162**

The Northerly 313.67 feet of the Easterly 489.20 feet of that portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the South quarter corner of Section Twenty-four (24); thence South 88°56' East 650 feet to the true point of beginning.  Thence North 00°31' East 324.6 feet to the South line of land conveyed to Porter, recorded in Book 86 of Deeds at page 178;

Fallbrook Creek Watershed (Section 24)

Parcel 162 (cont'd)

thence South 89°17' East along said South line 663 feet to the East line of the Southwest Quarter of the Southeast Quarter; thence South 00°8' West along the East line of the Southwest Quarter of the Southeast Quarter 328.69 feet to the Southeast corner of the Southwest Quarter of the Southeast Quarter; thence West along said South line 665 feet, more or less, to the true point of beginning.

ALSO, that portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Southeast corner of the Northwest Quarter of the Northeast Quarter of Section Twenty-five (25); thence along the East line thereof North 0°03' East 1150.64 feet; thence parallel with the South line of the Northwest Quarter of the Northeast Quarter North 89°12'30" West 489.17 feet to the Southwest corner of land conveyed to Walters by deed recorded in Book 1484 at page 325 of Official Records;  thence North 0°03' East 180.05 feet to the intersection of the South line of Section 24 with the East line of land conveyed to Symon  by deed recorded in Book 1916 at page 397 of Official Records; thence along said Easterly line of Symon  land North 0°22'30" East 19.97 feet to the Northeast corner thereof and the true point of beginning.  Thence along the Northerly extension of said Easterly line of Symon  land North 0°22'30" East 60 feet; thence parallel with the North line of Symon land North 89°12'30" West 172 feet, more or less, to the West line of land conveyed to Scott by deed recorded in Book 208 at page 733 of Official Records; thence Southerly along said West line of Scott land 60 feet, more or less, to the intersection of said West line with the North line of Symon land or its Westerly prolongation; thence along said North line of Symon land South 89°12'30" East 172 feet, more or less, to the true point of beginning.

Owners:          KNUTSON, Odin C. (hus)

                 KNUTSON, Martha T. (wf)

                 BANK OF AMERICA (Trtr)

                 THOMAS, William G. (hus)(Trtee)

                 THOMAS, Gertrude K. (wf)(Trtee)

2934

## Parcel 163

All that portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows: BEGINNING at a point which is South 88°56' East 670 feet and North 00°31' East 60 feet from the South quarter corner of said section 24, being the true point of beginning; thence continuing North 0°08' East 253.72 feet; thence South 89°17' East 165 feet; thence South 0°08' West 253.72 feet; thence North 89°17' West 165 feet to the point of beginning.

Owners:  GALLOWAY, John G. (hus)

     GALLOWAY, Marjorie (wf)

     SCOTT, Will T. (hus)(TDBen)

     SCOTT, Martha W. (wf)(TDBen)

     MOUNT HELIX ASSOCIATION (TDTr)

     SHELL OIL COMPANY (Mtg)

## Parcel 164

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southwest corner of the Southeast Quarter of said section; thence along the South line South 88°56' East 354.99 feet; thence North 00°31' East 302.8 feet, said point being in the Northwest corner of land conveyed to Emery by deed recorded in Book 132 at page 485 of Official Records; thence North 89°17' West 355 feet, more or less, to the West line of the Southeast Quarter and true point of beginning. Thence South along the West line 150 feet to a point; thence Northeasterly in a direct line to a point which bears South 89°17' East 75 feet from the true point of beginning; thence North 89°17' West 75 feet to the true point of beginning.

Owner:  JONES, George M. (un/m)

-103-

2935

Parcel 166.

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9), South, Range Four (4) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Southeast corner of said section; thence along the South line South 89°56' East 354.99 feet; thence North 0°31' East 302.8 feet to the true point of beginning. Thence North 89°17' West 355 feet to the West line of the Southeast Quarter of the Southeast Quarter; thence South along the West line 150 feet; thence South 89°17' East 355 feet, more or less, to intersection with a line which bears South 0°31' West from the true point of beginning; thence North 0°31' East to the true point of beginning. EXCEPT the East 158 feet thereof. ALSO EXCEPT that portion described as follows: BEGINNING at the Northwest corner of the above described parcel; thence South along the West line 150 feet; thence Northeasterly to a point which bears South 89°17' East 75 feet from said Northwest corner; thence North 89°17' West 75 feet to the point of beginning.

Owners:

SCOTT, Will T. (ims)

SCOTT, Marion M. (wf)


Parcel 166

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows: The East 158 feet of parcel 3 conveyed by California Ranch Home to Scott, recorded in Book 106 at page 133 of Official Records, described as follows: BEGINNING at the Southeast corner of the Southeast Quarter of said section; thence along the South line of said quarter section South 89°56' East 354.99 feet; thence North 0°31' East 302.80 feet to the true point of beginning, said point of beginning being also the Northwest corner of land conveyed to Emery by deed recorded in Book 152 at page 489 of Official Records. Thence North 89°17' West 150 feet, more or less, to the West line of the

2936

Parcel 166 (cont'd)

Southwest Quarter of the Southeast Quarter; thence South along said West line 150 feet; thence South 89°17' East 355 feet, more or less, to intersection with a line that bears South 0°31' West from the true point of beginning; thence North 0°31' East to true point of beginning.

Owners:        BIRT, William Ward (un/m)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)


Parcel 167

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the intersection of the West line of County Highway with the South line of said Section Twenty-four (24), whence the South quarter corner of said section bears North 88°56' West 630 feet; thence North 00°31' East 229.48 feet along the West line of the county highway to the true point of beginning. Thence North 89°17' West 275 feet; thence North 0°31' East 75 feet to a point on the South line of county road; thence South 89°17' East 275 feet along the South line of the county road to its intersection with the West line of County Highway; thence South 0°31' West 75 feet along the West line of said County Highway to the true point of beginning.

Owners:        ROSS, Richard G. (hus)

ROSS, Alma W. (wf)


Parcel 168

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the intersection of the West line of County Highway with the South line of Section Twenty-four (24), whence the South quarter corner of said section bears

-135-

Parcel 168 (cont'd)

North 88°36' East 620 feet; thence North along the West line of County Highway North 0°31' East 154.40 feet to the true point of beginning. Thence North 89°17' West 275 feet; thence North 0°31' East 75 feet; thence South 89°17' East 275 feet to the West line of said County Highway; thence South along the west side of said highway South 0°31' West 75 feet to the true point of beginning.

Owners:     THURBER, William Grant, Jr. (h/m)

                CORPORATION OF AMERICA (TDTr)

                BANK OF AMERICA (TDBen)

Parcel 169

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, lying South of the South line of Aristico Road and West of the West line of Mission Road 4-C, EXCEPT the North 150 feet thereof.

Owners:     BUSENBURG, Milo O. (hus)

                BUSENBURG, Mariella (wf)

Parcel 170

All that portion of the Rancho Santa Margarita y Las Flores described as follows: BEGINNING at the Northeast corner of Lot 3 (being the Southwest Quarter) of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian; thence South 1°01'50" West 516.34 feet; thence North 89°37'10" West crossing the East line of said Rancho 448.34 feet to the fence line of said Rancho; thence along said fence line South 6°52'50" West 532.3 feet to the true point of beginning. Thence South 89°37'10" East 124 feet to the Easterly line of said Rancho; thence along the Easterly line of said Rancho South 7°02'50" West 607.88 feet to the Southeast corner of Lot 3.

2938

Parcel 170 ( cont'd)

conveyed to Jacobs by deed recorded in Book 1138 at page 323 of Official Records; thence along the South line of Jacobs land North 88°37'10" West 121.85 feet to the Southwest corner thereof; thence along the Westerly line of Jacobs land North 6°52'50" East 607.37 feet to the true point of beginning.

Also, that portion of Lot 3 of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Northeast corner of Lot 3 (the Northeast Quarter of the Southeast Quarter); thence South 1°01'50" West 516.34 feet; thence North 88°37'10" West, crossing the East line of said Rancho 448.34 feet to the fence line of said Rancho; thence along said fence line South 6°52'50" West 502.3 feet; thence South 88°37'10" East 124 feet to the Easterly line of said Rancho, being the true point of beginning.  Thence continuing South 88°37'10" East to the East line of said Lot 3; thence Southerly along the East line of Lot 3, 302.3 feet to the Southeast corner of Lot 3; thence Westerly along the South line of Lot 3 to the Easterly line of said Rancho; thence along said Easterly line of said Rancho North 7°04'52.98" East to the true point of beginning.

ALSO, that portion of Lot 4 (the Southeast Quarter of the Southeast Quarter) of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northeast corner of said Lot 4; thence South along the East line of said Lot 4, 304.30 feet; thence North 89°18' West to the Easterly line of said Rancho; thence Northerly along the Easterly line of said Rancho to the Northwest corner of said Lot 4; thence Easterly along the North line of said Lot 4 to the point of beginning.

Owners:        THORESON, N. C. (hus)

           THORESON, Gladys M. (wf)

2936

Parcel 121

All that portion of Lot 4 (the Southeast Quarter of the Southwest Quarter)
of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West,
San Bernardino Base and Meridian, described as follows:  BEGINNING at a
point 304.3 feet South of the Southwest corner of the Northeast Quarter
of the Southwest Quarter, said point of beginning being the Northeast corner
of land conveyed to Mahaney by deed recorded in Book 1952 at page 357 of
Official Records; thence Southerly along the Easterly line of said land
332.41 feet to the Northeasterly corner of land conveyed to Barbuscia,
by deed recorded in Book 1188 at page 184 of Official Records; thence
North 88°23' West along the Northerly line of Barbuscia land 88 feet to the
Northwesterly corner thereof; thence North 0°28' East 10 feet; thence North
88°23' West 385.21 feet, more or less, to the Westerly line of said Mahaney
land, said Westerly line being also a portion of the East boundary of the
Rancho Santa Margarita y Las Flores; thence Northerly along the East
boundary line of said Rancho 319.12 feet to the Northwesterly corner of
Mahaney land; thence Easterly along the North line of said Mahaney land
439.30 feet, more or less, to the point of beginning.

ALSO, that portion of the Rancho Santa Margarita y Las Flores, described
as follows:  BEGINNING at the northwest corner of land conveyed to Tansey
by deed recorded in Book 1196 of Deeds at page 197; said corner being
South 7°04'52.98" West 11,211.26 feet from Corner No. 1 of said Rancho;
thence Southerly along the Westerly line of said Tansey land and along
the Easterly boundary of said Rancho 319.12 feet to the Southwesterly corner
of land described above; thence North 87°51'13" West 120.4 feet; thence
North 6°52'50" East 317.63 feet; thence South 88°30'40" East 121.85 feet
to the true point of beginning.

Owners:       McCAHON, Mark B. (hus)
              McCAHON, Mae E. (wf)
              BANK OF AMERICA (TDTr)
              WALLER, Norbert A. (hus)(TDBen)
              WALLER, Ethel R. (wf)(TDBen)
                              -3.B.-

2940

Parcel 172

All that portion of Lot 4, Section Twenty-four (24), Township Nine (9)
South, Range Four (4) West, San Bernardino Base and Meridian, described
as follows:  BEGINNING at a point in the center line of the County road
distant South 0°28' West 636.71 feet from the Southwest corner of the
Northeast Quarter of the Southwest Quarter of Section Twenty-four (24);
thence along said center line of the county road South 0°28' West
150 feet; thence North 88°23' West 88 feet; thence parallel with said
center line of the county road North 0°28' East 150 feet; thence South
88°23' East 88 feet to the point of beginning.

Owners:      HARPER, C. P. (hus)

             HARPER, Elizabeth S. (wf)


Parcel 173

That portion of Lot 4, Section Twenty-four (24), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, described as
follows:  BEGINNING at a point 786.71 feet South of the Southwest corner
of the Northeast Quarter of the Southwest Quarter of said section, said
point of beginning being on the center line of a 40-ft road and being
also the Southeast corner of land conveyed to Barbuscia by deed recorded in
Book 1188 at page 84 of Official Records; thence North 88°23' West along the
Southerly line of Barbuscia land 88 feet to the Southwest corner thereof;
thence North 0°28' East, parallel with the East line of said Lot 4, 160 feet
to the Northeast corner of land conveyed to Dew by deed recorded in Book
2632 at page 283 of Official Records, being a point in the Southerly line
of land of Waller 385.21 feet, more or less, to the Southwesterly corner
of Waller land, being also a point on the Westerly line of land conveyed
to Mahaney by deed recorded in Book 1952 at page 357 of Official Records,
said West line being also a portion of the East boundary of the Rancho Santa
Margarita y las Flores; thence Southerly along said Easterly line of said
Rancho South 6°33'06" West 170.43 feet; thence South 87°56' East 403.36 feet

2941

Fallbrook Creek Watershed (Section 24)

Parcel 173 (cont'd)

to a point distant South 9°28' West 13 feet from the Southwest corner of
land of Barbuscia; thence parallel with the South line of said Barbuscia
land South 88°23' East 88 feet to the East line of said Lot 4 and also
in the center line of said 40-ft road; thence Westerly along said center
line 13 feet to the point of beginning.

ALSO that portion of the Rancho Santa Margarita y Las Flores described
as follows:  BEGINNING at the Northwest corner of land conveyed to
Tansey by deed recorded in Book 1197 of Deeds at page 197, said corner being
South 7°04'52.9S" West 11,211.26 feet from Corner No. 4 of said Rancho;
thence Southerly along the Westerly line of Tansey land and along the
Easterly boundary of said Rancho 319.12 feet to the Southwesterly corner
of land conveyed to Waller described above and true point of beginning.
Thence continuing Southerly along said Easterly boundary of said Rancho
170.43 feet; thence North 87°24'13" West 119.72 feet to the Westerly
line of parcel conveyed to Dew by deed recorded in Book 2632 at page 283
of Official Records; thence along said Westerly line North 6°52'50" East
169.44 feet to the Northwest corner of said land; thence along the North
line of said land South 87°51'13" East 120.48 feet to the true point of
beginning.

Owners:      AINSWORTH, Harry (hus)
             AINSWORTH, Alice L. (wf)


Parcel 174

That portion of the Northeast Quarter of the Southwest Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at a point
799.71 feet South of the Southwest corner of the Northeast Quarter
of the Southwest Quarter of Section Twenty-four (24), said point of
beginning being on the center line of a 40 ft road, said point of beginning
being also distant 33 feet from the South west corner of land conveyed to
Barbuscia by deed recorded in Book 1198 at page 94 of Official Records

2942

Parcel 174 (cont'd)

thence parallel with the Southerly line of Barbuscia land North 88°23' West 88 feet; thence North 87°56' West 403.36 feet to a point in the Easterly boundary line of the Rancho Santa Margarita y Las Flores, being also a point in the Westerly line of Parcel 1 of land conveyed to Dew by deed recorded in Book 2632 at page 288 of Official Records, and distant South 6°33'06" West 170.43 feet from the Northwest corner of said Parcel 1 of Dew land; thence along said Easterly boundary of said Rancho, being also the Westerly line of said Parcel 1 of Dew land, South 6°33'06"West 246.25 feet to the Southwest corner of said Parcel 1 of Dew land; thence Easterly along the South line of said Parcel 1 to the Southeast corner thereof, being a point in the East line of said Lot 4 and also in the center line of said 40-ft road; thence Northerly along said center line to the point of beginning.

ALSO, that portion of the Rancho Santa Margarita y Las Flores, described as follows:  BEGINNING at the Northwest corner of land conveyed to Tanzey by deed recorded in Book 1196 at page 197 of Deeds, said corner being South 7°04'52.98" West 11,211.00 feet from Corner No. 1 of said Rancho; thence Southerly along the Westerly line of said Tanzey land and along the Easterly boundary of said Rancho 379.12 feet to the Southwest corner of land conveyed to Waller by deed recorded in Book 2329 at page 128 of Official Records, and continuing Southerly along said Easterly boundary of said Rancho 170.43 feet to the true point of beginning.  Thence continuing Southerly along said Easterly boundary of said Rancho 246.25 feet; thence North 88°21'44" West 119.23 feet;  thence North 6°52'50" East 248.17 feet to a point distant North 87°24'13" West 119.72 feet from the true point of beginning; thence South 87°24'13" East 119.72 feet to the true point of beginning.

Owners:    DEW, Arthur H. (hus)

DEW, Pearl M. (wf)

CONTINENTAL AUXILIARY COMPANY (TETr)

BANK OF AMERICA (TDBen)

-111-

2843

Murrieta Creek Watershed (Section 24)

## Parcel 175

That portion of Lot 4, Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, described as follows: All of Lot 4 lying South of a line drawn South 88°21'44" East from a point in the East fence line of Rancho Santa Margarita y Las Flores which intersects a point which is South 7°04'52" West 11,947.06 feet from Corner No. 3 and lying North of a line drawn South 88°21'44" East from a point in the East fence line of Rancho Santa Margarita y Las Flores, which is distant 416 feet North at a right angle from a parallel line drawn through a point South 07°04'52.98" West, 12,602.21 feet from Corner No. 1 included in portion of Rancho Santa Margarita as per Record of Survey 831.

Owners:    McCORMICK, Emmett S. (hus)

McCORMICK, Mary M. (wf)

## Parcel 176A

See Parcel 18 of Section 25, Township 9 South, Range 4 West.

## Parcel 177

See Parcel 2 of Section 25, Township 9 South, Range 4 West.

## Parcel 178

The Northwest Quarter of the Southeast Quarter of the Southwest Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian.

Owners:    GOLDENFIELD, Ernest A. (m/m)

GARFINKLE, Paul A. (m/m)

BURTON, Herbert M. (s/m)

UNION BANK AND TRUST COMPANY OF LOS ANGELES (TDTr)

BURTON, Henry Charles (hus)(TDBen)

BURTON, Winifred Edith (wf)(TDBen)

BANK OF AMERICA (TDTr)

CULVER, Marrill M. (sep prop)(TDBen)

2944

Parcel 172

That portion of the Southeast Quarter of the Southwest Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, described as follows: BEGINNING at the
Southwest corner of the North Half of the South Half of the Southeast
Quarter of the Southwest Quarter; thence East on the North line of land
conveyed to Rice by deed recorded in Book 202 at page 85 of Deeds,
700 feet more or less to a point 35 feet West of the Southwest corner
of Block 4 of Harris Addition to West Fallbrook; thence North at a
right angle and parallel with the West line of said Block 4 to a point
which would be in the center of a street running between Blocks 4 and 5
of said Harris Addition to West Fallbrook if said street were extended
West; thence at a right angle West and parallel with the line first
herein described to the West line of the Southeast Quarter of the
Southwest Quarter of Section Twenty-four (24); thence South on the
West line of the Southwest Quarter of said section to the point of beginning

Owners:     PRESTON, Albert H.


Parcel 180   (and Parcel 11 of Section 25, T9S, R4W)

That portion of the South 10 acres of the Southeast Quarter of the
Southwest Quarter of Section Twenty-four; and that portion of the
Northeast Quarter of the Northwest Quarter of Section Twenty-five (25),
Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, lying Northerly and Westerly of County Road Survey 292.

Owners:     ALLEN, Elsie Inez
            ALLEN, Lucille (wf)
            BANK OF AMERICA (TTEE)
            KYLES, Robert Paul (TTEE)
            WYLIE, Leo (STEPHEN)

2845

The North ... ... of the South ... ... of the South 10 acres of
the Southeast Quarter of the Southeast Quarter of Section Twenty-four (24),
Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, lying Easterly and Southerly of County Road Survey 292.

OWNERS:     GRAFFIN, Laura M. (widow)
            MORGAN, William A. (son/in)

Parcel #2 (and Parcel 12 of Section 25, T9S,R4W)

That portion of the South 10 acres of the Southeast Quarter of the Southwest
of Section Twenty-four (24), and that portion of the Northeast Quarter of
the Northeast Quarter of Section Twenty-five (25), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, lying Easterly and
Southerly of County Road Survey 292, said road being a 50-foot right of way
conveyed to the County of San Diego by deed recorded in Book 487 at page 39
of Deeds; also lying Westerly of the West line of the East 699.87 feet of said
Southwest Quarter of Section 24, and the Southerly prolongation of said West
line, and also lying Northerly and Westerly of the right of way line of the
Atchison Topeka and Santa Fe Railway Company, the center line of said right of
way in reference to said property hereinbefore described being described as
follows: BEGINNING at the intersection of the center line with the West line
of said Northeast Quarter of the Northwest Quarter of Section 25 and Engineer
Station 3474 plus 63.78, distant 185.8 feet Southerly along said West line
from the North line of said Section 25; thence Northeasterly on a 4°curve concave
to the Southeast 382.2 feet, thence on a tangent North 51°24' East 1020.36 feet
to point of ending in the North line of said South 10 acres of the Southwest
Quarter of the Southeast Quarter of Section 24, distant 264.93 feet Westerly
along the North line from the Northeast corner of said South 10 acres of the
Southwest Quarter of the Southeast Quarter of Section 24, said center line
intersecting said North line of Section 24 at Engineer Station 3443 plus 32.02
distant 264.9 feet North 89°0'0" West along said line of Section 25 from
the North quarter corner thereof. EXCEPTING the North 113.33 feet of the
East 131.84 feet thereof.

OWNER:     UNITED AVOCADO GROWERS, a California corporation

-17-

2946

Parcel 183:

Portion of the East 699.87 feet of the South 10 acres
of the Southeast Quarter of the Southwest Quarter of
Section 24, Township 9 South, Range 4 West, lying
Southerly of County Road Survey 692, being 50-foot
right-of-way conveyed to San Diego County, 487/39,
Deeds, and lying Northerly and Westerly of right-of-
way line of Fallbrook Branch of AT&SF RR, as con-
structed across said Section.  Center line of said
Railroad in reference to said property hereinbefore
described as follows:  Beginning at the intersection
of said center line with West line of the Northeast
Quarter of the Northwest Quarter of Section 25 at
Engineers Station 3434 plus 63.78, distant 585.80
feet Southerly along said West line from North line
of said Section 25;  thence Northeasterly on 4°
curve concave to Southeast 368.20 feet;  thence on
tangent North 51°24' East 1020.36 feet to a point
ending in North line of said South 10 acres of the
Southeast Quarter of the Southwest Quarter of Section
24, distant 264.93 feet Westerly along said North
line from the Northeast Corner of said South 10 acres
of the Southeast Quarter of the Southwest Quarter of
Section 24.

Owners:

CLARK, Charles H. (hus)

CLARK, Lola Montez (wife)

CLARK, Hildur M.

OCEANSIDE FEDERAL SAVINGS & LOAN ASSN (TDBen)

BANK OF AMERICA (TDTr)

-115-

2947

Parcel 184, Sec. 24, & Parcel 15 of Section 25:

    Portion of the South 10 acres of the Southeast Quarter
of the Southwest Quarter of Section 24, lying South and
East of the right-of-way line of Fallbrook Branch of
AT&SF R.R.  Portion of the Northeast Quarter of the North-
West Quarter of Section 25, Township 9 South, Range 4
West, described as follows:  Beginning at the Northeast
Corner of said Northwest Quarter;  thence South 87°42'
West 362.99 feet;  thence South 59°18' West 167.60 feet;
thence South 35'06" West 143.22 feet;  thence South 59°
01' West 302.46 feet to intersection with East line of land
conveyed to Clemmens, 142/43 Official Records;  thence
North 0°47' East along East line of said land to inter-
section with right-of-way line of Fallbrook Branch of
AT&SF RR;  thence Northeasterly along said right-of-way
line to North line of Section 25;  thence East along
North line of said Section 25 to point of beginning

Owners:

    ALMAND, John G. (hus)

    ALMAND, Loraine A. (wife)

    MILNE, Robert (hus)(IDEen)

    MILNE, Mina (wife)(IDEen)

    BANK OF AMERICA (TRUS)


Parcel 185:

    Atchison, Topeka & Santa Fe Railway Company


Parcel 186:

    Portion of the Northwest Quarter of the Southeast
Quarter of Section 24, Township 9 South, Range 4 West
described as follows:  Beginning at the Northwest Corner

2948

of Lot 7 in Block 13 of West Fallbrook;   thence along
Northerly prolongation of West line of said Lot 7
North 167.61 feet to Easterly prolongation of South
line of Elder Street;   thence along Easterly prolonga-
tion of said South line of Elder Street East 61.00
feet;   thence parallel with said Northerly prolonga-
tion of West line of said Lot 7 South 58 feet;
thence parallel with said Easterly prolongation of
South line of Elder Street East 39.28 feet to North-
westerly line of right-of-way of AT&SF;   thence
along said Northwesterly line South 33°11' West
130.13 feet, more or less, to Northerly line of said
Lot 7;   thence Westerly along said Northerly line to
point of beginning

Owners:

    HARRISON, Howard V.

    UNION TITLE INSURANCE & TRUST CO (Int)

    APPLEFORD, William B. (Int)

Parcel 187:

    Beginning at the Northwest Corner of Lot 7;   thence
along Northerly prolongation of West line of Lot 7
North 167.64 feet to Easterly prolongation of South
line of Elder Street;   thence along Easterly prolonga-
tion of said South line of Elder Street East 61 feet
to true point of beginning;   thence parallel with said
Northerly prolongation of West line of said Lot 7,
South 58 feet;   thence parallel with said Easterly
prolongation of South line of Elder Street East 39.28
feet to Northwesterly line of right-of-way of AT&SF RR;

Parcel 187 continued:

Thence along said Northeasterly line North 33°11' East 45.00 feet to said prolongation of South line of Elder Street;  thence West 76.22 feet to true point of beginning.

Owner:

SCHMIDT, Elsie M. (w/w)


Parcels 188 & 189:

ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY


Parcel 190:

Portion of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:  Beginning at a point 30 feet Westerly from the center line of Main Avenue, said point being on line which would be an Easterly prolongation of South line of Elder Street;  thence Westerly along Southerly line of Elder Street 81.65 feet to Easterly line of AT&SF RR right-of-way;  thence Southerly and Westerly along Easterly line of said right-of-way 67.1 feet;  thence Easterly and parallel with Southerly line of Elder Street and 56 feet distant therefrom, 58.85 feet to Westerly line of Main Avenue;  thence Northerly along Westerly line of said Main Avenue 56 feet to point of beginning.

Owners:

JOHNSTON, Harney S. (m/m)
JOHNSTON, Mabel L. (m/w)


-112-

Fallbrook Creek Watershed
(Section 24)

Parcel 193A continued:

Lot 3 75 feet;  thence North $6^\circ52'50''$ East parallel

with said fence line 210 feet to true point of beginning;

EXCEPTING  that portion thereof lying within boundaries

of Elder Street.

Owners:

STOKES, Clifford F. (hus)

STOKES, Avis E. (wife)

2952

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY | |
|---|---|---|
| Accles, Gerald W. & | | |
| Ellen V. | 93W-17, | 69 |
| Adams, Howell H. & | 94W-40, | 19 |
| Ida J. | 94W-44, | 11 |
| Administrator of | 93W-17, | 67 |
| Veterans Affairs | 94W-39, | 3, 4, 5, 6, 7, 8, 9, 12 |
| | 94W-40, | 1 |
| | 94W-43, | 231, 322, 334 |
| Allied Benefit Corporation | 94W-43, | 242 |
| Allmon, Ralph D. & | 94W-43, | 227, 228, 229 |
| Jimmie B. | | 233, 234, 235 |
| Anderson, Maud May | 94W-40, | 12 |
| Anthony, Donald & | | |
| Charlotte | 94W-40, | 8 |
| Atkisson, Thomas A. & | 93W-18, | 10 & 15X1 |
| Opal Wallace | | |
| Baetz, Edward J. | 94W-13, | 19A |
| Baker, Warren D. & | | |
| Lillian | 93W-18, | 11 & 13 |
| Bank of America | 93W-7, | 11, 36X2, 38, 41X3, 41A, 41C |
| | 94W-13, | 22AX2, 22A1X1 & 22C, 22X4, 22CX3, 22D & 22C |
| | | 20, 19A, 8A, 4, 2 |
| | 94W-12, | 10X1, 7 |
| | 93W-18, | 58, 12 & 14, 6, |
| | 93W-17, | 78, 74, 71A & 54, 71X1, 65A & 65B, 65X2, 63A, 44A, 31, 22D, 22C, 22 22A, 20, 5 |

-1-

F 214-A

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Bank of America<br>  Continued | 94W-37,  3, 13A, 14, 15,<br>    16 |
| | 94W-39,  7, 10A, 12 |
| | 94W-40,  3X1, 3A, 4, 6,<br>    7, 8, 9, 11A,<br>    18, 19, 25 |
| | 94W-42,  8, 9 |
| | 94W-43,  216, 218, 227,<br>    228, 229, 233,<br>    234, 235, 230,<br>    232, 237X1,<br>    238X1 & 246,<br>    309, 310, 313A<br>    314, 315, 316,<br>    331 & 332, 335X1,<br>    335A. |
| | 94W-44,  9A, 10, 11, 12,<br>    13, 14, 15, 20 &<br>    21 |
| | 94W-24,  1X2, 3, 7, 8X2,<br>    11, 18, 24 |
| Hardwell, Virgil B. &<br>      Ruby H. | 94W-43, 236C |
| Barkey, Maurine Nash | 94W-39,  5 |
| Barkow, Harold W. &<br>      Marcella C. R. | 93W-7,   13<br>94W-13,  4<br>94W-40,  8, 9 |
| Barrett, Walter E. | 94W-43,  312 & 313X1, 313A |
| Bayle, Verlie L. | 93W-7,   11 |
| Becker, Edgar LeRoy | 94W-40,  1 |
| Bell, Earl W. & | 94W-43,  331 & 332, 334 |
| Bell, F. M. & Dora | 94W-24,  5 |
| Bell, Vincent V. &<br>      Wilma M. | 94W-37,  3 |

2854

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Bellamy, Keith Paul & Pauline | 94W-43,  310 |
| Benton, Hazel A. | 94W-37,  13A |
| ~~Berry, Charles H. & Carlotta~~ | ~~93W-17,  30~~ |
| Besse, Walter J. Jr., Besse, Marie M. | 93W-17,  80 |
| Bezzant, Elroy & Lenon | 94W-13,  22A2 |
| Bibb, James H. & Frances M. | 94W-40,  9 |
| Bigham, Cordelia | 94W-37,  4 |
| Billman, Dan E. | 94W-40,  6 & 7 |
| Blacklidge, William T. & Ruby C. | 94W-40,  24 |
| Boen, Louis & Lora | 93W-17,  71A & 54,  71X1 |
| Bradshaw,  Paul D. & Margaret | 93W-7,  3 |
| Brand, Frank J. & Mabel E. | 93W-17,  77 |
| Brandenburg, Arthur Paul & Peggy L. | 93W-17,  63A |

2855

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Bravy, Richard & Cora B. | 94W-12, 11, 7 |
| Briscoe, Audrey | 94W-43, 244 |
| Brown, George Wesley & Armilda Loraine | 93W-17, 70A |
| Brune, Arthur D. & Georgia M. | 94W-44, 9A |
| ~~Brunson, Chester A. & Dorothy J.~~ | ~~94W-44, 20 & 21~~ |
| Buck, Leora M. | 94W-24, 7 |
| Buckman, Beryl | 94W-43, 244 |
| ~~Burtsman, Murray B. & Neva M.~~ | ~~94W-24, 18~~ |
| Burnell, Joel C. & Louise E. | 93W-17, 73 |
| ~~Burts, William M. & Ines F.~~ | ~~94W-44, 17~~ |
| Busby, James C. & Louise C. | 94W-40, 3X1, 3A |
| C. Leonard Improvement Co. | 94W-14, 6 |
| ~~Colvin, William Herbert & Addie G.~~ | ~~94W-24, 9X3~~ |

1956

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Continental Auxiliary Co. | 93W-17, 20, 5 |
| | 94W-37, 13A |
| | 94W-43, 237X1, 335X1 |
| | 94W-44, 12 |
| | 94W-24, 19X, 18 |
| Cooper, Ida | 94W-24, 8A & 8B |
| Cope, Morris B. & Grace W. | 94W-24, 7 |
| Corporation of America | 93W-17, 65A & 65B, 65X2, 31 |
| | 94W-37, 14 |
| | 94W-40, 6 & 7 |
| | 94W-43, 216, 313A |
| | 94W-44, 10, 15 |
| | 94W-24, 3, 8X2, 11 |
| Caldwell, Jack W. & Ellen A. | 93W-17, 74 |
| Carey, Arthur W. & Inez Wagner | 93W-7, 3 |
| Carmichael, O. S. & Clara A. | 93W-17, 22A |
| Cartwright, Charles Findlay & Marian Lyall | 94W-43, 224 & 226 |
| Casper, Loren L. & Marian K. | 93W-17, 44A |
| Cassel, Chester & Dorothy A. | 93W-17, 21 |
| Castor, Carl M. & Kathrynen | 93W-18, 6 |
| Churchill, Frank A. | 94W-43, 215A |

2957

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Gimperman, Rudolph & Estella H. | 94W-43,  333 |
| Coast Escrow Co. | 94W-13,  10 |
| Cochran, William M. & Beverly | 94W-44,  14 |
| Connecticut Mutual Life Insurance Company | 93W-7,  3<br>93W-20,  1 |
| Cook, Ernest C. | 94W-39,  11 |
| Cook,  William F. | 94W-39,  2, 10X1, 10A |
| Cope, Jack J. & Octovan P. | 93W-17,  74 |
| Cox, Edna Rymal | 94W-13,  21X2, 21BX1 |
| Cralego, Joseph A. & Lola M. | 93W-7,  11 |
| Crittenden, Clifford L. & Martha | 94W-24,  4 |
| Culpepper, Roberta | 94W-24,  7 |
| Davis, Clyde W. & Ivah M. | 93W-17,  65X2 |
| Davis, William N. & Mary E. | 93W-17,  63A, 50, 53, 55, 60, 61, 62, 63X1, 40 & 57 |

-6-

2958

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Deniston, William H. & Charlotte Mary | 93W-16, 18 & 24 |
| Department of Veterans Affairs of the State of | 94W-13, 15 & 16 <br> 94W-43, 236C |
| Derby, Harriet T. | 94W-43, 317 |
| Dickey, Walter T. & Ethel L. | 93W-7, 1 |
| Dodson, John R. & Pearl | 94W-43, 220 & 221 |
| Dreher, Amos C. & Jeanette E. | 93W-17, 76 |
| Dunbar, Raymond J. Elene H. | 93W-7, 22 |
| Dunn, Helen V. | 94W-43, 245 |
| Dunning, Herbert R. & Mary K. | 94W-43, 315 |
| Eason, Robert R. & Florence M. | 93W-7, 16, 27X1 |
| East, Lloyd L. & Helen L. | 93W-18, 65, 68 |
| Eddy, Belle J. | 93W-18, 2 |
| Edwards, Marie E. | 93W-7, 31X1 & 35X1 |
| Erickson, Victor E. & Hazel M. | 94W-42, 8 |

2859

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Eubanks, Hale E. & Marjorie E. | 93W-17, 75 |
| Fallbrook Lumber Co. | 95W-17, |
| Fallbrook Public Utility District | 93W-7, 2, 4, 7X1, 7A, 8, 8T, 9, 14, 14, 14A, 37A, 18A, 26A, 27A, 30A, 31A, 35A, 36A, 39A, 41B |
| | 93W-8, 11A, 14, 15, 42 |
| | 93W-12, 10A |
| | 93W-17, 46, 1A & 2 |
| Fargis, Oscar Smith Jr. & Revelchieliani C. | 94W-39, 12 |
| Farmer, Howard N. & Hildegard | 94W-43, 336 |
| Farmers & Merchants National Bank of Los Angeles | 93W-17, 49 & 50 |
| Fay, John A. | 93W-17, 63 |
| ~~First Church of Christ Scientist~~ | ~~93W-17, 8 & 9~~ |
| First National Bank of Vista | 94W-13, 5 |
| | 94W-24, 14, ~~16~~ |
| ~~Fix, Nellie Estes~~ | ~~95W-17, 1X1 & 4~~ |
| ~~Fissch, Edward H. & Flora L.~~ | ~~94W-43, 220 & 221~~ |
| ~~Fleckenstein, Martha~~ | ~~94W-44, 8~~ |
| Forsyth, Robert Allan & Edna V. | 93W-7, 41X3 |

-8-

2960

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Fox, Harriette N. | 94W-44,  11 |
| Francis, George M. & Margaret E. | 94W-13,  17 |
| Fredy, Augustine & Frances | 94W-40,  6 & 7 |
| ~~Freeman, John D. & Jeann T.~~ | ~~93W-18,  5~~ |
| Frohmiller, John & Scott | 93W-17,  22B |
| Fuhrman, Carl E. & Marie | 94W-13,  22B & 22C1 |
| Fuller, Evelyn | ~~93W-18,  20A~~ <br> 93W-43,  314 |
| Fuller, Ora Grace | 94W-43,  309, 310 |
| Fuller, William Henry & Beatrice | 94W-43,  309 |
| Gardner, Clarence H. & Kathryn S. | 93W-17,  65A & 65B, 65X2 <br> 94W-37,  16 |
| Garinghouse, Jennings W. & Mary Elizabeth | 93W-17,  67 |
| Garnes, Lee & Ruth | 93W-20,  1 |
| ~~Gates, Helen~~ | ~~94W-43,  329~~ |
| Gates, Walter S. & Faith M. | 93W-17,  65A & 65B |

-9-

2661

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(?Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Gerstenberger, Earl H. & Maybelle M. | 94W-13,  8A |
| Gilliland, William T. & Grace I. | 93W-7,  41X3 |
| Goddard, Julian C. & Anella C. | 94W-24,  19 |
| Goodwin, Ewart W. & Mary Alice | 93W-7,  3 |
| Gracey,  Clara Ellis | 94W-40,  25 |
| Graham, Harold L. & Thresa A. | 93W-18,  3X1 |
| Graham,  W. A. & Anna H. | 94W-40,  22 |
| Granthum,  Raymond A. & Naomi M. | 94W-37,  16 |
| Granville, Elizabeth | 94W-13,  10 |
| Grassman, Sherill G. & Dorothy J. | 94W-42,  6 |
| Gray, Jane P. | 93W-17,  22D, 22C, 22B, 22X4, 22A |
| Green, S. W. & Alice | 94W-24,  11 |
| Green, Zade & Gertrude A. | 94W-13,  12 94W-43,  223 |

-10-

2862

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Greer, Buford D. & Bessie B. | 94W-13,  21A3 |
| Gregor, John | 94W-44,  14 |
| Grevatt, Willard Ferens & Helen Louise | 94W-24,  3 |
| Griffith, Harold W. & Mary E. | 93W-17,  44X1 |
| Griffith, Henry C. | 93W-17,  44A |
| Groleau, Christine M. | 94W-39,  6 |
| Groom, Augusta M. | 94W-37,  1 & 7 |
| Grooms, Lonnie & Betty W. | 94W-40,  2 |
| Gudman, William F. | 94W-42,  6 |
| Gwyther, Helen M. | 94W-13,  22AX2, 22A1X1, 22C2 |
| Halloran, Arthur F. & Audrey G. | 97W-44,  18 |
| Hamilton, Etta | 93W-17,  39 |
| Hanson, W. Horace & Bernadean | 94W-13,  10 |
| Harris, Basil & Pauline L. | 93W-7,  39X1 |

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Harrison, Leighton L. & Florine D. | 94W-13, 5 |
| Haselwood, Lester B. & Lena E. | 94W-43, 219 |
| Hass, Elizabeth | 93W-17, 8A |
| Havens, Borden & Anna | 94W-40, 5 |
| Hawn, Velma | 94W-43, 227, 228, 229, 233, 234, 235 236B1 |
| Hayes, Oliver B. & Harriet B. | 93W-7, 19 93W-8, 15 |
| Heald, O. P. & Alice L. | 94W-42, 8 |
| Hecock, Faye L. | 94W-37, 4 |
| Heflin, Hal M. & Frances | 94W-43, 238A |
| Heis, Neal S. & Thelma G. | 93W-17, 78 |
| Hekman, George | 93W-17, 70X1 |
| Held, Harry E. & Dora V. | 94W-13, 11 |
| Henderson, E. C. | 94W-37, 5A |
| Henderson, U. G. | 94W-37, 5A |

2269

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Henry, William E. & Norma J. | 94W-43,   322 |
| Hess, Frances W. & Merna J. | 93W-18,   20X1 & 23X1 |
| Hicks, Harry D. | 94W-43,  314 |
| Hilbert, William R. & Lucille | 93W-7,   36X2<br>94W-13,  1<br>94W-12,  10X1<br>93W-18,  1 |
| Hobbs, Clarence & Fern | 94W-43,  236X3 |
| Hollenberg, R. W. | 94W-13,  20 |
| Holmes, Raymond J. | 93W-7,  18X1 |
| Houtz, Karl G. & Margaret A. | 93W-17,  22D |
| Hovenden, Glenn E. & Helen R. | 94W-43,  239 & 240 |
| Hroch, Theodore E. & Hilda M. | 94W-44,  12, 13 |
| Hudkins, Edgar H. & Pearl | 94W-37,  2 |
| Hunter, C. M. & Ella J. | 93W-17,  51 |
| Huscher, Martha E., Florence V. & Fay Winifred | 94W-43,  318 |

-13-

2965

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Husted, William C. & Virginia M. | 93W-18, 2 |
| Jackson, Walter & Dorothy I. | 94W-43, 335X1, 335A |
| Jacobson, Celia E. | 93W-18, 7 |
| Jay, Henry D. & M. Lucille | 94W-40, 13<br>94W-43, 248 |
| Johnson, Arthur W. & Melena M. | 93W-17, 45 |
| Johnson, C. Carl & Frances | 94W-13, 8X1, 7 |
| Johnson, Harold E. & Doris | 94W-40, 5 |
| Johnston, Lonnie T. & Laura Mae | 94W-44, 9X1 |
| Johnson, Violet G. | 94W-13, 22X4, 22CX3, 22D, 22C3, 19A, 19X2 |
| Kaufman, Lena | 93W-18, 7 |
| Kaufman, Lillian A. | 94W-43, 236BX1 |
| Kaufman, Sam & Claire | 93W-17, 58 & 59 |
| Keach, Eckley M. & Edrie | 93W-18, 12 & 14 |

-14-

2668

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Keith, Nathanial B. &<br>        Maxine | 94W-39,  3 |
| Kennedy, Royce W. &<br>        Mary | 94W-43,   230 & 232 |
| Kendrick, J. L. &<br>        Alice R. | 94W-13,  19A2 |
| Kentis, John B. &<br>        Penelope C. | 93W-18,  64, 67 |
| Kenworthy, Lionel C. &<br>        Faith W. | 93W-8,  17 |
| Kester, Edgar M. | 94W-43,  241 |
| King, George E. &<br>        Allene | 94W-43,  225 |
| King, Samuel E. &<br>        Mae E. | 94W-13,  14A |
| Kingston, George E. &<br>        Marina B. | 94W-43,  303 & 304,  316 |
| Kinsman, Tyke G. | 94W-24,  11 |
| Kirk, Laurence &<br>        Margurite | 93W-17,  6 & 16 |
| Knapp, Lester W. &<br>        Ethel | 94W-37,  3 |
| Knoche, Elmer E. &<br>        Esther M. | 93W-17,  20 |

-15-

2867

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Kolb, Ben Harvey & Margaret Bierman | 94W-24, 13 |
| Kozel, Walter M. & Helen M. | 94W-43, 335X1 |
| Krause, Mike & Karma | 94W-37, 2, 6 |
| Krell, John N. & Marriet L. | 94W-39, 8 |
| Krider, Melvin & Alberta A. | 94W-13, 15, 16<br>94W-39, 5 |
| Kunkel, A. O. & Ada J. | 93W-7, 15X1 |
| Laird, Jessie & Sonia E. | 94W-43, 239 & 240 |
| LaJolla Federal Savings & Loan Association | 94W-13, 22A2, 22AX2, 22AX1, 22C2, 9,<br>93W-18, 19, 5<br>93W-17, 75<br>94W-37, 5X1<br>94W-40, 5, 6, 7, 25 |
| Land Title Ins. Co. | 93W-17, 73<br>94W-40, 4<br>94W-2, 17 |
| LaPointe, Albert C. & Gerlaine | 94W-24, 19 |
| Lattimer, W. F. & Alice M. | 94W-39, 3 |
| Laughlin, Harvey N. & Mildred | 93W-17, 40 |

-16-

2868

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Leadbeater, Mavis L. (formerly Mavis L. Mount) | 93W-7, 36X2<br>94W-13, 1<br>94W-12, 10X1<br>93W-18, 6 (Mount), 1 |
| Lee, Karl D. & Dorothy Louise | 93W-17, 71A & 54 |
| Lhamon, William H. & Gwen M. | 94W-44, 11 |
| Ligon, Patsy | 94W-40, 17 |
| Lincoln, Laura Jean | 94W-37, 15 |
| Litch, Russell M. & Doris A. | 93W-18, 3A |
| Loan Guaranty Div., Veterans Administration., Regional Office, San Diego | 93W-17, 67<br>94W-39, 3, 4, 5, 6, 7, 8, 9, 12<br>94W-40, 1<br>94W-43, 231, 322, 334 |
| Lodes, George P. & Fay Winifred | 94W-43, 311 |
| Loer, Perry E. & Corinne M. | 93W-8, 17 |
| Lovett, Harry Jr. & Carolyn | 93W-17, 49 & 56 |
| McClain, Beryl H. | 94W-43, 315 |
| McClure, Douglas C. & Ruth C. | 93W-42, 9 |
| McDonald, Baylis M. & Opal B. | 93W-18, 58, 55X1 |

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| McDonald, O. J. & Beatrice | 94W-44,  9A |
| McMahan, Walter G. & Frankie C. | 94W-40,  18 |
| McMillan, Barbara | 94W-40,  14 |
| McMillan, Cora B. | 94W-40,  14 |
| McMillan Mortgage Company | 94W-24,  17 |
| Mac Pherson, Janet W. | 94W-13,  14X1 |
| Margetts, Cyril G. & Gordon | 93W-18,  2 |
| Martin, Hugh Verne & Wilotta W. | 94W-24,  18 |
| Martin, Kenneth W. & Esperance S. | 93W-17, 22X4 |
| Martin, Milton P. & Maggie E. | 94W-13,  20 |
| Martinez, Narciso R. & Vita F. | 94W-40,  17 |
| Martinez, Stephen & Bernard | 94W-13,  23 |
| Masonic Cemetery Association of Fallbrook | 93W-18,  60 |

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Mattfield, Orionna | 94W-13,  22X4,  22CX3, 22D, 22C3 |
| Medina, Macario & <br>     Amalia | 94W-39,  6, 10A |
| Metzger, Fred B. & <br>     Geraldine L. | 94W-24,  17 |
| Monfort, Gordon W. & <br>     Ruth B. | 93W-17,  73 |
| Morgagni, Medardo & <br>     Iride | 93W-17,  64 |
| Morris, B. D. Jr., & <br>     Patricia O'R | 93W-18,  21 & 22X1 |
| Mott, Milton & <br>     Edith | 93W-7,  36X2 <br>94W-13,  1 <br>94W-12,  10X1 <br>93W-18,  1 |
| Murphy, Tolbert Audrey & <br>     Alice Ruth | 94W-43, 238X1 & 246 |
| Nagele, August & <br>     Anna | 94W-40,  15 |
| Navarro, Frank R. & <br>     Dora H. | 94W-37,  14 |
| Nelson, William B. | 94W-44,  10 |
| Nicola, Tesla C. & <br>     Ruth E. | 93W-17,  3 & 15 |
| Nicholas, William H. & <br>     Geneva B. | 93W-17,  24 & 25 |

2971

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Nicholas, William H. & <br>    Geneva B. | 93W-17,  24 & 25 |
| Noweck, Fred W. & <br>    Veronica C. | 94W-13,  21A1, 21A2, <br>       21B1 |
| Nufer, Jacob & <br>    Lydia | 93W-17,  29 |
| Oceanside Federal Savings & <br>   Loan | 94W-13,  22AX2, 22A1X1 <br>       22C2, 21AX3 <br> 94W-39,  7 <br> 94W-40,  17 <br> 94W-43, 239, 240 |
| Oceanside Finance Co. | 94W-13,  22AX2, 22A1X1, <br>       22C2, 21AX3 <br> 94W-39,  7 <br> 94W-40,  17 <br> 94W-43, 239 & 240 |
| Olive, Floyd & <br>    Opal | 94W-43,  243 |
| Oliver, Charles A. & <br>    Bertha H. | 93W-17,  79 |
| Orr, Herbert & <br>    Lucille | 94W-40,  19 |
| Oswald, Jackson M. & <br>    Susie M. | 94W-40, 23 <br> 94W-43, 241 |
| Pahl, Charles | 93W-17,  22C |
| Palmer, Coburn T. & <br>    Marjorie H. | 94W-43,  230 & 232 |
| Palomar Savings & <br>   Loan Association | 94W-40,  4 |

2672

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Papenhausen, William H. & Mary | 93W-18, 6 94W-44, 20 & 21 |
| Parkinson, Frank P. & Adele A. | 93W-18, 61, 62, 63, 70X1 & 73 |
| Patton, Gerald R. & Blanche | 94W-13, 2 |
| Payne, John H. & Elsie M. | 94W-44, 15, 16 |
| Perkins, John W. & Leotta | 94W-43, 242 |
| Peterson, Ervin H. & Ora J. | 94W-43, 236A |
| Peterson, Katherine K. | 93W-17, 6, 16 |
| Peterson, L. W. & Velma | 94W-13, 22AX2, 22A1X1, 22C2, 21AX3 |
| Peterson, Walter G. & Alma E. | 93W-7, 36B |
| Pfau, Zeno J. & Georgiette M. | 93W-17, 47 |
| Pfeffer, Helen | 94W-40, 11A |
| Prudden, Earl D. | 93W-42, 9 |
| Quinn, Jack & Frankie Mae | 94W-40, 4 |

-21-

2S7

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Randall, Kermit E. & Erma B. | 93W-18, 4 |
| Ransom, Ethel H. | 94W-43, 245, 247 |
| Rarick, Doris G. & Geyer R. | 94W-40, 21 |
| Ravaioli, Dante & Lillie Mae | 93W-17, 64 |
| Raymond, Robert William | 94W-43, 308 |
| Regal Distributors, Inc. | 94W-13, 7<br>93W-17, 78 |
| Rhodes, Roy & Edna | 94W-43, 316 |
| Rice, Joseph & Wanda L. | 94W-40, 26 |
| Roberts, Eugene & Iris A. | 94W-13, 22A1A |
| Robinson, J. D. & Laura A. | 93W-18, 58, 55A |
| Rogers, Lincoln & Elizabeth R. | 93W-17, 38 |
| Rosemead Escrow Co. | 94W-43, 245 |
| Rowley, Truman C. & Beatrix | 94W-13, 8X1 |

-22-

2974

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Rowley, Vernon James II & Margaret Helen | 94W-13,  9 <br> 94W-40,  25 |
| Salt, Harold & Ethel M. | 94W-43,  237X1 |
| San Dieguito Properties, Inc. | 94W-13,  22X4, 22CX3, 22D & 22C3 |
| Sansom, Gordon C. & Marcia K. | 94W-43,  313A |
| Sawday, Charles F. & Ruth Cornell | 93W-7,  3 |
| Schallock, Frank & Ann | 94W-40,  24 |
| Schattschneider, Hugo U & Alice A. | 94W-40,  16 |
| Schneider, Walter C. & Marianne | 94W-43,  215X1, 217 |
| Schooley, John L. & Rosalie M. | 94W-44, 9A,  19 |
| Scovoli, Harry J. & Daisy W. | 94W-24,  15 |
| Seacoast Savings & Loan Association | 94W-13, 22X4, 22CX3, 22D, 22C3 |
| Seaton, Stephen A. & Nan F. | 93W-7,  28 |
| Seaton, Stephen A., Jr. & Shirley Mae | 93W-7,  28 |

-23-

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|---|---|
| Security First National<br>   Bank of Los Angeles | 94W-37,  2, 6 |
| Security First National<br>   Bank of San Diego | 93W-17,  75 |
| Security Title Insurance<br>   Company | 93W-8,   17<br>93W-18,  5<br>94W-40,   3X1, 3A<br>        6 & 7<br>94W-43,  315<br>94W-24,  6, 14, 16 |
| Security Trust & Savings<br>   Bank of San Diego | 94W-13,  22A2, 22AX2,<br>      22A1X1, 22C2<br>93W-18,  19, 3A, 2<br>94W-37,  5X1<br>94W-40,  5, 6, 7, 25<br>94W-43,  243<br>94W-44,  16, 17, 19 |
| Seery, Earl A. &<br>    Betty E. | 93W-18,  61, 62, 63,<br>      70X1, 73 |
| Shipley, Verne G. &<br>    Luella G. | 94W-43,  319 |
| Siel, Carl Reinhart &<br>    Mary Phyllis | 94W-39,  9 |
| Sievers, Linden H. &<br>    Betty Ann | 93W-17,  67<br>93W-42,  9 |
| Sim, William A. &<br>    Dorothy A. | 93W-17,  8A |
| Sisco, H. Dean &<br>    Ruby A. | 94W-13,  22X4, 22CX3,<br>      22D, 22Cs |
| Smiley, Jan Hillweg | 93W-17,  49 & 56,<br>      48 & 57 |
| Smith, Caroline E. | 93W-17,  1X1 & 4 |

2676

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Smith, Harry V. & Myrtle | 94W-43, 238X1 & 246 |
| Smith, Leslie Fitzsimmons & Nellie Ellen | 93W-43, 231 |
| Smith, Marie Dunn | 94W-43, 245 |
| Smith, Walter L. & Rose | 94W-43, 335A |
| Smyth, Daniel K. & Lucy F. | 93W-7, 17X1, 26X1, 30X1, 34 & 39 |
| Somacal, Geno L. & Louise R. | 94W-43, 296 |
| Southern Title Ins. Co. | 93W-7, 3 |
| Southern Title & Trust Company | 93W-20, 1 |
| State Director of Farmers Home Administration of the State of California | 93W-18, 65, 68 |
| Stelle, James D. | 94W-13, 4 |
| Stenton, Fred J. & Florence M. | 93W-17, 5 |
| Stiefel, Charles J. & Grace L. | 93W-7, 32 |
| Strain, Frances M. | 93W-17, 66 |

-25-

2977

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Suburban Savings & Loan Association | 94W-40, 3X1, 3A |
| Summit, Lottie | 94W-37, 6 |
| Sundell, Charles G. & Irene J. | 94W-40, 4 |
| Thaning, Walter E. | 94W-24, 6 |
| Thompkins, Harry D. & Vena S. | 93W-7, 38 |
| Thompkins, Sterling S. & Dorothy E. | 93W-7, 38, 40 |
| Thompson, Robert E. & Virginia D. | 94W-39, 7 |
| Tibbitt, Delsia P. | 94W-43, 312, 313X1, 313A |
| Title Insurance & Trust Co. | 94W-12, 8<br>94W-40, 17 |
| Title Investment Service | 93W-17, 8A |
| Tomlin, N. W. | 94W-39, 12<br>94W-40, 2 |
| Torkilson, Fremont A. & Irene L. | 93W-18, 66 |
| Trobat, Edward & Margie Raymond | 93W-7, 33<br>93W-7, 41A & 41C<br>(Margie A.) |
| Turk, Joseph & Ruth Ethelene | 94W-39, 12 |

-26-

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Turnbull, James O. & Betty Lucille | 94W-12, 7 |
| Turner, Maurice P. & Alice M. | 93W-18, 3A |
| Turner, Tom | 93W-18, 12 & 14 |
| Union Title Insurance & Trust Company | 94W-13, 9, 5<br>93W-18, 61, 62, 63, 70X1, 73<br>93W-17, 67, 48 & 57, 22X4<br>94W-37, 4<br>94W-39, 6<br>94W-40, 23<br>94W-42, 5<br>94W-43, 220 & 221, 239 & 240, 241<br>94W-44, 14 |
| United States of America (FHA) | 93W-18, 65, 68 |
| Urspring, Paul & Esther R. | 94W-44, 13 |
| Vaught, Roy L. & Rhea F. | 94W-43, 218 |
| Vickers, Russell G. & Gladys Sullivan | 94W-39, 7 |
| Vlasek, Arne F. | 94W-39, 4 |
| Voorhees, Delisle C. & Ophia J. | 94W-43, 242 |
| Vruwink, Dolores C. | 94W-13, 3 & 18 |

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Wagenaar, Gerardus | 94W-12,  8 |
| Wagenaar, John L. & <br> Mary Agnes | 94W-12,  8 |
| Walker, Senator N. & <br> Jenny D. | 94W-37,  15 |
| Waller, N. A. & <br> Ethel R. | 93W-17,  74, 71X1 <br> 93W-43,  331 & 332 |
| Walters, Harry F. & <br> Jessie May | 94W-42,  5 |
| Warren, J. Rex & <br> Bonnie R. | 93W-17,  31 |
| Watchtower Bible & <br> Tract Society | 94W-43,  308 |
| Weeks, LeRoy I. & <br> Nellie M. | 94W-40,  10 & 11X1, <br> 11A <br> 94W-43,  218 |
| Wester, Eleanore, aka <br> Webster, Eleanore, aka <br> Rasneor, Eleanore | 94W-24,  14, 16 |
| Whelden, Charles M. & <br> Grace | 93W-17,  73 |
| Wiatt, G. Edward & <br> Berenice M. | 93W-17,  52 & 72 |
| Wilbur, Richard W. & <br> Elizabeth | 94W-40,  20 |
| Williams, Charles  L. & <br> Erma C. | 94W-40,  3X1 |

-28-

2980

AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Assessor's Numbers)

| NAME | PROPERTY |
|------|----------|
| Wilson, Orlan D. &<br>    Irene L. | 94W-40,  18 |
| Winans, Joy A. &<br>    Adele I. | 93W-7,  21 |
| Wisdom, Margaret | 93W-17,  7 |
| Woodrow, H. C. &<br>    Lillian H. | 94W-40,  18, 19 |
| Woodry, Floyd D. &<br>    Lucille K. | 94W-24,  6 |
| Woods, Clarence | 94W-24,  192 |
| Woods, William Samuel &<br>    Mary Elizabeth | 94W-43,  216, 222 |
| Wyatt, George L. &<br>    Jean M. | 94W-40,  3A |
| Yackey, George F. &<br>    Alma H. | 94W-13,  2<br>93W-18,  54<br>94W-24,  12 |
| Young, Florence J. | 94W-13,  17 |
| Zimmerman, Charles &<br>    Emma | 94W-24,  8X2 |

2381

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

4F-7-A

Parcel 93W - 7 - 1

All that portion of the Northwest Quarter of the Northwest Quarter of
Section Seven (7), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, described as follows:  BEGINNING at the
Northwest corner of the Northwest Quarter of the Northwest Quarter of
said section; thence East along the North line thereof 1022 feet; thence
at right angles South to a point in the South line of the Northwest Quarter
of the Northwest Quarter; thence West along the South line thereof to the
Southwest corner of the Northwest Quarter of the Northwest Quarter of said
section; thence North along the West line of the Northwest Quarter of the
Northwest Quarter to the point of beginning.

ALSO, the Southwest Quarter of the Northwest Quarter of Section Seven (7),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian.

Owners:        DICKEY, Walter T. (hus)
               DICKEY, Ethel L. (wf)


Parcel 93W - 7 - 2

The East 130 feet of the Westerly 1152 feet of the Northwest Quarter of the
Northwest Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT


1

Def Joint #39A
Exhibit G  2982

Ex 214-B

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 3

    All of the Northwest Quarter of the Northwest Quarter of Section Seven (7),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, EXCEPT that portion described as follows:  BEGINNING at the
Northwest corner of Section Seven (7); thence East along the North line
1152 feet; thence at right angles South to the South line of the Northwest
Quarter of the Northwest Quarter of Section Seven (7); thence at right
angles West to the West line of Section Seven (7), which point is the
Southwest corner of the Northwest Quarter of the Northwest Quarter of said
section; thence at right angles and North along the West line of said
section to the point of beginning.

Owners:      BRADSHAW, Paul D. (hus)

              BRADSHAW, Margaret (wf)

              SAWDAY, Charles F. (hus)

              SAWDAY, Ruth Cornell (wf)

              CAREY, Arthur W. (hus)

              CAREY, Inez Wagner (wf)

              GOODWIN, Ewart W. (hus)

              GOODWIN, Mary Alice (wf)

              SOUTHERN TITLE INSURANCE COMPANY (TDTr)

              CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)

2983

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township Nine South, Range 3 West)

Parcel 93W - 7 - 4    (24)

The West Half of the Northeast Quarter of the Northwest Quarter; and
the North Half of the Southeast Quarter of the Northwest Quarter of
Section Seven (7), Township  Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, EXCEPT the North 270 feet of the
East 835 feet of the North Half of the Southeast Quarter of the
Northwest Quarter of Section Seven (7).  ALSO EXCEPTING the following
described parcel:  BEGINNING 400 feet South of the Northwest corner
of the Southeast Quarter of the Northwest Quarter of said Section Seven
(7); thence South 300 feet; thence East 140 feet; thence North 300 feet;
thence West 140 feet to the point of beginning.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W - 7 - 5

Outside the above watershed area.

Parcel 93W - 7 - 6

Outside the above watershed area.

3

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 7X1 and 7A   (32)

All of the East Half of the South Half of the Southeast Quarter of the
Northwest Quarter of Section Seven (7), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian.

Owner:       FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W - 7 - 8 and 37

The Southwest Quarter of the Southeast Quarter of the Northwest Quarter
of Section Seven (7), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, EXCEPT that portion described as
follows:  BEGINNING 400 feet South of the Northwest corner of the Southeast
Quarter of the Northwest Quarter of said section; thence South 300 feet;
thence East 140 feet; thence North 300 feet; thence West 140 feet to the
point of beginning.  ALSO, the Northeast Quarter of the Southwest Quarter
of Section Seven (7), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, EXCEPT the East 330 feet thereof.

Owner:       FALLBROOK PUBLIC UTILITY DISTRICT.

Parcel 93W - 7 - 9

All that portion of the Southeast Quarter of the Northwest Quarter of Section
Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, described as follows:  BEGINNING 400 feet South of the North-
west corner of the Southeast  Quarter of the Northwest Quarter of said
section; thence South 300 feet; thence East 140 feet; thence North 300 feet;
thence West 140 feet to the point of beginning.

Owner:       FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W - 7 - 10

Outside the above watershed area.

4

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 11     (21)

All of the Southeast Quarter of the Northeast Quarter, and all of the
Northeast Quarter of the Southeast Quarter of Section Seven (7), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
EXCEPTING therefrom that portion described as follows:  BEGINNING at a
point on the West line of the Northeast Quarter of the Southeast Quarter,
distant 300 feet Southerly from the Northwest corner thereof; thence
at right angles East 300 feet; thence South, parallel with the West line
of the Northeast Quarter of the Southeast Quarter to the South line of
said quarter quarter; thence West along said South line to the Southwest
corner of said quarter quarter; thence North along the West line of the
Northeast Quarter of the Southeast Quarter to the point of beginning.

Owners:        BAYLE, Verlie L.  (single)

               BANK OF AMERICA (TDTr)

               CRALEGO, Joseph A. (hus)(TDBen)

               CRALEGO, Lola M. (wf)(TDBen)


Parcel 93W - 7 - 12     (22)

The Southwest Quarter of the Northeast Quarter of Section Seven (7),
Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

5

2986

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 13   (34)

That portion of the Westerly part of the Northwest Quarter of the Southeast
Quarter of Section Seven (7), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, described as follows:
BEGINNING at a point on the North line of said Northwest Quarter of the
Southeast Quarter, distant North 87°49'10" East 668.52 feet from the
Northeast corner of said Northwest Quarter of the Southeast Quarter;
thence South 0°53'22" West 651.37 feet; thence South 88°24'50" West
66.82 feet; thence South 0°53'22" West 651.97 feet to the South line of
said Northwest Quarter of the Southeast Quarter;  thence along said South
line to the Southwest corner of said Northwest Quarter of the Southeast
Quarter; thence North 0°20'20" East, along the West line of said Northwest
Quarter of the Southeast Quarter 1290.02 feet to the Northwest corner of
said Northwest Quarter of the Southeast Quarter; thence along the North
line of said Northwest Quarter of the Southeast Quarter to the point of
beginning.  EXCEPTING therefrom that portion described as follows:
BEGINNING at a point in the West line of the Northwest Quarter of the
Southeast Quarter, distant North 0°20'20" East 308.10 feet from the Southwest
corner thereof; thence parallel with the South line North 88°58'29" East
100 feet; thence parallel with said West line North 0°20'20" East 353.60
feet; thence parallel with said South line South 88°58'29" West 100 feet to
said West line; thence thereon South 0°20'20" West 353.60 feet to the
point of beginning.

Owners:        BARKOW, Harold W. (hus)

               BARKOW, Marcella C. R. (wf)

6

2887

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 14   (19)

That portion of the East Half of the Northwest Quarter of the Southeast
Quarter of Section Seven (7), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, described as follows:
BEGINNING at the Northeast corner of the Northwest Quarter of the
Southeast Quarter; thence South along the East line thereof South
1°27'44" West 227.59 feet; thence South 72°46' West 700.10 feet to
the West line of the Northwest Quarter of the Southeast Quarter;
thence North along said West line to the North line of said Northwest
Quarter of the Southeast Quarter; thence East along said North line
to the point of beginning.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT

7

2689

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 15X1    (35)

The East Half of the Northwest Quarter of the Southeast Quarter, and the
Westerly 300 feet of the Northeast Quarter of the Southeast Quarter of
Section Seven (7), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, lying Southerly of a line described
as follows:  BEGINNING at a point in the East line of the Northwest
Quarter of the Southeast Quarter, distant South 1°27'44" West 227.59
feet from the Northeast corner of the Northwest Quarter of the Southeast
Quarter; thence South 72°46' West 700.10 feet; thence South 0°54' West
241.83 feet; thence North 88°24'50" East 66.82 feet; thence
South 0°53'22" West 86.28 feet to the true point of beginning.
Thence South 61°19'55" East 186.24 feet; thence South 11°45'35" East
322.42 feet; thence South 70°52' East 455.61 feet to the end of said
line in the North Half of the Southeast Quarter of Section Seven (7).

Owners:        KUNKEL, A. O. (hus)

               KUNKEL, Ada J. (wf)

8

2989

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South,  Range 3 West)

Parcel 93W - 7   15A    (35A)

All that portion of the North Half of the Southeast Quarter of Section Seven

(7), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, described as follows:  BEGINNING at a point on

the West line of the Northeast Quarter of the Southeast Quarter of

said section, distant thereon South 1°27'15" West 300 feet from the

Northwest corner of said Northeast Quarter of the Southeast Quarter;

thence South 88°32'45" East 300 feet; thence South 1°27'15" West

1004.49 feet to a point on the South line of said North Half of the

Southeast Quarter; thence South 88°59'30" West along said line 220.18 feet;

thence North 70°52' West 455.61 feet; thence North 11°45'35" West

322.42 feet; thence North 67°19'55" West 186.24 feet to a point on

the East line of the West 66.82 feet of the Southeast Quarter of the

Northwest Quarter of the Southeast Quarter; thence North 0°53'22" East

along said line 86.28 feet to the Northeast corner thereof; thence along

the North line of said Southeast Quarter of the Northwest Quarter of the

Southeast Quarter South 88°24'50" West 66.82 feet to the Northwest corner

thereof; thence North 0°53'22" East along the West line of the East Half

of the Northwest Quarter of the Southeast Quarter 241.83 feet; thence

North 72°46' East 700.10 feet to the said West line of the Northeast

Quarter of the Southeast Quarter; thence along said line South 1°27'15" West

72.41 feet to the point of beginning.


Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

9

2990

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 16    (4)

All of the Northwest Quarter of the Southeast Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:        EASON, Robert R. (hus)
               EASON, Florence M. (wf)

Parcel 93W - 7 - 17X1

That portion of the North 400 feet of the West 60 feet of the Northeast Quarter of the Southeast Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, lying Southerly of a line described as follows: BEGINNING on the West line of the above described land, distant thereon South 2°01'08" West 177.01 feet from the Northwesterly corner thereof; running thence South 68°51'45" East to a point on the Easterly line distant thereon South 2°35' West 197.91 feet from the Northeasterly corner thereof.

Owners:        SMYTH, Daniel K. (hus)
               SMYTH, Lucy F. (wf)

Parcel 93W - 7 - 17A

The West 60 feet of the Northeast Quarter of the Southeast Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPTING therefrom that portion lying Southerly of a line that begins on the West line of the above described land distant thereon South 2°01'08" West 177.01 feet from the Northwesterly corner thereof; running thence South 68°51'45" East to a point on the Easterly line distant thereon South 2°35' West 197.91 feet from the Northeasterly corner thereof.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

10

2991

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 18X1

The West 400 feet of the East 600 feet of the North 660 feet of the
Southeast Quarter of the Southeast Quarter of Section Seven (7), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
lying Southwesterly of a line that begins on the West line of the above
described land distant South $2^\circ 35'$ West 197.91 feet from the Northwesterly
corner thereof; thence South $68^\circ 51'45''$ East 421.93 feet to a point on the
Easterly line distant South $2^\circ 35'$ West 357.28 feet from the Northeasterly
corner thereof.

Owner:        HOLMES, Raymond J. (single)


Parcel 93W - 7 - 18A

The West 400 feet of the East 600 feet of the North 660 feet of the
Southeast Quarter of the Southeast Quarter of Section Seven (7), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,
EXCEPT that portion lying Southerly of a line that begins on the West line
of the above described land distant thereon South $2^\circ 35'$ West 197.91 feet
from the Northwest corner thereof; running thence South $68^\circ 51'45''$ East
421.93 feet to a point on the Easterly line South $2^\circ 35'$ West 357.28 feet
from the Northeasterly corner thereof.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT


Parcel 93W - 7 - 19

The East 200 feet of the North 600 feet of the Southeast Quarter of the
Southeast Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian.

Owners:        HAYES, Oliver B. (hus)

               HAYES, Harriet B. (wf)

11

2992

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)


Parcel 93W - 7 - 20

    Outside the above watershed area.


Parcel 93W - 7 - 21

    The South 100 feet of the West 60 feet of the Northeast Quarter of the Southeast Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:       WINANS, Joy A. (hus)

              WINANS, Adele I. (wf)


Parcel 93W - 7 - 22

    The West 60 feet of the North 160 feet of the South 260 feet of the Northeast Quarter of the Southeast Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:       DUNBAR, Raymond J. (hus)

              DUNBAR, Elene H. (wf)


Parcel 93W - 7 - 23

    Outside above watershed area.


Parcel 93W - 7 - 24

    Outside above watershed area.


Parcel 93W - 7 - 25

    Outside above watershed area.


12

2893

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8,  Township 9 South, Range 3 West)

**Parcel 93W – 7 – 26X1**

The South 330 feet of the East 200 feet of the Southeast Quarter of the
Southeast Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, lying Westerly of a
line that begins in the Southeast corner of Section Seven (7); thence
North 4°56' West 331.65 feet to a point on the Northerly line of the
above described land.  EXCEPTING therefrom the Southerly 165 feet thereof.

Owners:        SMYTH, Daniel K. (hus)

               SMYTH, Lucy F. (wf)


**Parcel 93W – 7 – 27X1**

The South 165 feet of the East 200 feet of the Southeast Quarter of the
Southeast Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, lying West of a line that
begins in the Southeast corner of Section Seven (7); thence North 4°56' West
331.65 feet to a point on the Northerly line of the above described land.

Owner:         EASON, Robert R.


**Parcel 93W – 7 – 26A and 27A**

All that portion of the South 330 feet of the East 200 feet of the South-
east Quarter of the Southeast Quarter of Section Seven (7), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, lying
lying Easterly of a line that begins in the Southeast corner of said Section
Seven (7); thence North 4°56' West 331.65 feet to a point on the Northerly
line of the above described land.

Owner:         FALLBROOK PUBLIC UTILITY DISTRICT


13

2694

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 28      (3)

    All of the North Half of the Southwest Quarter of the Southeast

Quarter of the Southeast Quarter of Section Seven (7), Township Nine

(9) South, Range Three (3) West, San Bernardino Base and Meridian.

Owners:       SEATON, Stephen A. (hus)

             SEATON, Nan F. (wf)

             SEATON, Stephen A., Jr. (hus)

             SEATON, Shirley Mae (wf)

Parcel 93W - 7 - 29

    Included with Parcel 93W - 7 - 34.

14

2995

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 30X1     (16)

The North Half of the Northwest Quarter of the Southwest Quarter of the
Southeast Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, EXCEPT that portion
described as follows:  BEGINNING at the Northwest corner of the
Southwest Quarter of the Southeast Quarter; thence South 0°19'30" West
322.43 feet to the North line of the South Half of the Northwest Quarter
of the Southwest Quarter of the Southeast Quarter of said section; thence
along said North line North 89°16'50" East 241.78 feet; thence North
15°26'40" East 66.77 feet; thence North 10°34'30" East 264.91 feet to the
North line of the Southwest Quarter of the Southeast Quarter; thence along
said North line South 88°59'30" West 306.37 feet to the point of beginning.

Owners:        SMYTH, Daniel K. (hus)

               SMYTH, Lucy F. (wf)


Parcel 93W - 7 - 30A     (16A)

That portion of the North Half of the Northwest Quarter of the Southwest
Quarter of the Southeast Quarter of Section Seven (7), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, described
as follows:  BEGINNING at the Northwest corner of the Southwest Quarter
of the Southeast Quarter of said section; thence South 0°19'30" West
322.43 feet to the North line of the South Half of the Northwest Quarter
of the Southwest Quarter of the Southeast Quarter of Section Seven (7);
thence along said North line North 89°16'50" East 241.78 feet; thence
North 15°26'40" East 66.77 feet; thence North 10°34'30" East 264.91 feet
to the North line of said Southwest Quarter of the Southeast Quarter; thence
along said North line South 88°59'30" West 306.37 feet to the point of
beginning.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

15

2696

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 31X1 and 35X1    (14 & 15)

All of the South Half of the Northwest Quarter of the Southwest Quarter
of the Southeast Quarter, and all of the Southwest Quarter of the
Southwest Quarter of the Southeast Quarter of Section Seven (7),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, EXCEPTING therefrom that portion deeded to Fallbrook Public
Utility District by deed dated 11-22-55, recorded in Book 5885 at page
527, Official Records, described as follows:  BEGINNING at a point on the
West line of said Southwest Quarter of the Southeast Quarter, distant
thereon South 0°19'30" West 963.62 feet from the Northwest corner thereof;
thence along said West line North 0°19'30" East 641.53 feet to the North
line of the South Half of the Northwest Quarter of the Southwest Quarter
of the Southeast Quarter of said Section Seven (7); thence along said
North line North 89°16'50" East 241.78 feet; thence South 15°26'40" West
643.34 feet; thence South 71°44'20" West 78.0 feet to the point of
beginning.

Owner:        EDWARDS, Marie E.  (widow)

16

2997

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 31A and 35A    (15A)

All that portion of the Southwest Quarter of the Southeast Quarter of

Section Seven (7), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, described as follows:

BEGINNING at a point on the West line of the Southwest Quarter of the

Southeast Quarter of Section Seven (7), distant thereon South 0°19'30"

West 963.62 feet from the Northwest corner thereof; thence along said

West line North 0°19'30" East 641.53 feet to the North line of the

South Half of the Northwest Quarter of the Southwest Quarter of the

Southeast Quarter of said section; thence along said North line

North 89°16'50" East 241.78 feet; thence South 15°26'40" West  643.34 feet;

thence South 71°44'20" West 78.0 feet to the point of beginning.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

17

2998

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 32      (11)

 The West Half of the Northeast Quarter of the Southwest Quarter of the
Southeast Quarter of Section Seven (7), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian.

Owners:  STIEFEL, Charles J. (hus)
    STIEFEL, Grace L. (wf)

Parcel 93W - 7 - 33     (12)

 The East Half of the Northeast Quarter of the Southwest Quarter of the
Southeast Quarter of Section Seven (7), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian.

Owners:  TROBAT, Edward (hus)
    TROBAT, Margie Raymond (wf)

Parcel 93W - 7 - 34 and 29    (13)

 All of the Southeast Quarter of the Southwest Quarter of the Southeast
Quarter, and that portion of the Southeast Quarter of the Southeast
Quarter of Section Seven (7), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, described as follows:  BEGINNING
at the Southwest corner of the Southeast Quarter of the Southeast Quarter;
thence along the South line of said Southeast Quarter of the Southeast Quarter
130 feet; thence North 330 feet; thence West 130 feet to the West line
of the Southeast Quarter of the Southeast Quarter; thence South on
said West line to the point of beginning.

Owners:  SMYTH, Daniel K. (hus)
    SMYTH, Lucy F. (wf)

Parcels 93W - 7 - 35X1 and 35A

 Included with Parcels 93W - 7 - 31X1 and 31A.

18

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 36X2   (30)

The West Half of the Southwest Quarter of Section Seven (7), Township

Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,

EXCEPT the following two parcels:

Parcel 1, conveyed to Fallbrook Public Utility District by deed dated

3-16-56, Book 6170 at page 149, Official Records, described as follows:

BEGINNING at the Northeast corner of the Northwest Quarter of the

Southwest Quarter of Section Seven (7); thence South 87°50'10" West

along the North line 238.10 feet; thence South 1°27' West 452.10 feet;

thence South 33°52' East 453.89 feet to a point on the East line of the

West Half of said Southwest Quarter; thence North 0°14'38" East along

said East line 837.84 feet to the point of beginning.

Parcel 2, conveyed to Walter G., & Alma E. Peterson by deed filed

1-29-57, Book 6435 at page 367, Official Records, described as follows:

BEGINNING at a point in the North line of the Southwest Quarter, distant

South 87°49'10" West 238.10 feet from the Northeast corner of said West

Half of the Southwest Quarter, being also the Northwest corner of parcel

conveyed to Fallbrook Public Utility District 7-9-56, recorded in Book

6170 at page 149 of Official Records; thence along the Westerly and

Southwesterly lines of land so conveyed, South 1°27' West 457.10 feet,

and South 33°52' East 453.89 feet to the East line of said West Half of the

Southwest Quarter; thence along said East line South 0°14'10" East 422.20 feet

to the Northeast corner of the Southwest Quarter of the Southwest Quarter of

said Section Seven (7); thence South 72°13' 45" West 550.43 feet; thence

North 78°02'10" West 375.00 feet; thence North 0°14'10" West 1316.44 feet to

the North line of said Southwest Quarter of Section Seven (7); thence along

said North line North 87°49'10" East 653.67 feet to point of beginning.

Owners:      MOTT, Milton (hus)
             MOTT, Edith (wf)
             HILBERT, William R. (hus)
             HILBERT, Lucile M. (wf)
             BANK OF AMERICA (TDTr)
             LEADBEATER, Mavis L. (formerly Mavis L. Mount)(TDBen)

19

3000

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 36A    (30A)

That portion of the Northwest Quarter of the Southwest Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northeast corner of the Northwest Quarter of the Southwest Quarter of said Section Seven (7); thence South 87°50'10" West along the North line 238.10 feet; thence South 1°27' West 452.10 feet; thence South 33°52' East 453.89 feet to a point on the East line of the West Half of said Southwest Quarter; thence North 0°14'38" East along said East line 837.84 feet to the point of beginning.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 93W - 7 - 36B    (30B)

That portion of the West Half of the Southwest Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at a point in the North line of said Southwest Quarter, distant South 87°49'10" West 238.10 feet from the Northeast corner of said West Half of the Southwest Quarter, being also the Northwest corner of parcel conveyed to Fallbrook Public Utility District by deed dated 7-9-56, recorded in Book 6170 at page 149 of Official Records; thence along the Westerly and Southwesterly lines of land so conveyed South 1°27' West 452.10 feet, and South 33°52' East 453.89 feet to the East line of said West Half of the Southwest Quarter; thence along said East line South 0°14'10" East 422.20 feet to the Northeast corner of the Northwest Quarter of the Southwest Quarter of Section Seven (7); thence South 72°13'45" West 550.43 feet; thence North 78°02'10" West 375.00 feet; thence North 0°14'10" West 1316.44 feet to the North line of said Southwest Quarter; thence along said North line North 87°49'10" East 653.47 feet to the point of beginning.

Owners:        PETERSON, Walter G. (hus)
               PETERSON, Alma E. (wf)

Parcel 93W - 7 - 37.
               Included with Parcel 93W - 7 - 8.

2b

3001

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)



Parcel 93W - 7 - 38    (33)

The East 330 feet of the Northeast Quarter of the Southwest Quarter

of Section Seven (7), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian.

Owners:         TOMPKINS, Sterling S. (hus)

                TOMPKINS, Dorothy E. (wf)

                BANK OF AMERICA (TDTr)

                TOMPKINS, Harry D. (hus)(TDBen)

                TOMPKINS, Vena S. (wf)(TDBen)

Parcel 93W - 7 - 39X1

All of the Southeast Quarter of the Southwest Quarter of Section Seven (7),

Township Nine (9) South, Range Three (3) West, San Bernardino Base and

Meridian, EXCEPT that portion conveyed to Fallbrook Public Utility District

by deed dated 12-7-55, recorded in Book 6974 at page 176 of Official Records,

described as follows:  BEGINNING at the Northwest corner of the Southeast

Quarter of the Southwest Quarter of Section Seven (7); thence South 34°58'40"

East 810.93 feet; thence South 33°06'20" East 540.50 feet; thence North

71°44'20" East 551.13 feet to a point on the East line of said Southeast

Quarter of the Southwest Quarter, distant thereon South 0°19'30" West 963.96

feet from the Northeast corner thereof; thence along said East line North

0°19'30" East 963.96 feet to the Northeast corner thereof; thence along the

North line of said Southeast Quarter of the Southwest Quarter South 89°08'50"

West 1289.04 feet to the point of beginning.

Owners:         HARRIS, Basil (hus)

                HARRIS, Pauline L. (wf)

21

3002

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)


Parcel  93W - 7 - 39A    (20A)

That portion of the Southeast Quarter of the Southwest Quarter of Section

Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, described as follows:  BEGINNING at the Northwest

corner of the Southeast Quarter of the Southwest Quarter; thence

South 34°58'40" East 810.93 feet; thence South 33°06'20" East 540.50

feet; thence North 71°44'20" East 551.13 feet to a point in the East line

of said Southeast Quarter of the Southwest Quarter, distant thereon

South 0°19'30" West 963.96 feet from the Northeast corner thereof;

thence along said East line North 0°19'30" East 963.96 feet to

the Northeast corner thereof; thence along the North line of said

Southeast Quarter of the Southwest Quarter South 89°08'50" West

1289.04 feet to the point of beginning.


Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

3003

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 40   (18)

That portion of the Northwest Quarter of the Southeast Quarter of

Section Seven (7), Township Nine (9) South, Range Three (3) West, San

Bernardino Base and Meridian, described as follows:  BEGINNING at

a point on the West line of said Northwest Quarter of the Southeast

Quarter of said section, distant North 0°20'20" East 308.10 feet

from the Southwest corner of said Northwest Quarter of the Southeast

Quarter; thence parallel with the South line of said Northwest Quarter

of the Southeast Quarter North 88°58'29" East 100 feet; thence parallel

with said West line North 0°20'20" East 353.60 feet; thence parallel

with said South line South 88°58'29" West 100 feet to said West line;

thence thereon South 0°20'20" West 353.60 feet to the point of beginning.

Owners:      TOMPKINS, Sterling (hus)

TOMPKINS, Dorothy E. (wf)

23

3004

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 41X3      (2)

That portion of the Southeast Quarter of the Southeast Quarter of

Section Seven (7), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, described as follows:

BEGINNING at a point in the South line of said section distant West

200 feet from the Southeast corner thereof; thence West 990 feet;

thence North 330 feet; thence East 530 feet; thence North 330 feet;

thence East 460 feet; thence South 660 feet to the point of beginning.

Owners:      FORSYTH, Robert Allan (hus)

FORSYTH, Edna V. (wf)

BANK OF AMERICA (TDTr)

GILLILAND, William T. (hus)(TDBen)

GILLILAND, Grace I. (wf)(TDBen)

24

3005

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

### Parcel 93W – 7 – 41B

That portion of the Southeast Quarter of the Southeast Quarter of
Section Seven (7), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, described as follows: BEGINNING at
a point in the South line of said Section Seven (7), distant thereon West
200 feet from the Southeast corner thereof; thence continuing West along
said South line a distance of 990 feet; thence North 330 feet; thence
East 530 feet; thence North 330 feet; thence East 460 feet; thence North
60 feet; thence East 200 feet to the East line of said Section Seven (7);
thence South along said East line 390 feet; thence West 200 feet; thence
South 330 feet to the point of beginning. EXCEPTING therefrom that portion
lying Westerly of a line described as follows: BEGINNING at the Southeast
corner of Section Seven (7); thence North 4°56' West 567.05 feet; thence
North 14°33'20" East 160.01 feet to a point on the Northerly line of the
above described parcel of land, distant thereon 41.32 feet Westerly of
the Northeasterly corner thereof.

Owner:        FALLBROOK PUBLIC UTILITY DISTRICT

### Parcel 93W – 7 – 41A and 41C

That portion of the Southeast Quarter of the Southeast Quarter of Section
Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southeast corner
of Section Seven (7); thence along the South line thereof North 89°49'20"
West 200 feet; thence North 330 feet to the true point of beginning.
Thence continuing North 390 feet; thence South 89°49'20" East 158.68 feet,
more or less, to the West line of land conveyed to Fallbrook Public Utility
District by deed recorded in Book 6031 at page 285 of Official Records;
thence along said West line South 14°33'20" West 160.01 feet (record South
14°26'30" West 160.11 feet); thence South 4°36' East 237.66 feet to a point

25

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 7 - 41A and 41C (cont'd)

which bears South 89°49'20" East from the true point of beginning;

thence leaving said West line North 89°49'20" West 171.47 feet, more

or less, to the true point of beginning.

Owners:        TROBAT, Margie A. (m/w)

               BANK OF AMERICA (TDTr & Ben)

26

3007

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
Between FALLBROOK CREEK and RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 8 - 11A (4A & 7)

All that portion of the Northwest Quarter of the Southeast Quarter, and
the Northeast Quarter of the Southeast Quarter of Section Eight (8),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian (EXCEPT the East 30 acres of the Northeast Quarter of the Southeast
Quarter), described as follows:  BEGINNING at the Northwest corner of the
Southeast Quarter; thence along the Westerly line South 1°25'10" East
1219.08 feet; thence North 32°20'10" East 877.90 feet; thence South
86°37'55" East 667.11 feet; thence South 54°41'45" East 260.68 feet; thence
South 37°00'20" East 610.15 feet to the West line of the East 30 acres of
said Northeast Quarter of the Southeast Quarter; thence along said West line
North 0°03'40" West 1157.35 feet to the North line of said Southeast Quarter;
thence along said North line 1744.49 feet to the point of beginning.
ALSO, all that portion of the Southwest Quarter of the Northeast Quarter of
Section Eight (8), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at the Southwest
corner of the Southwest Quarter of the Northeast Quarter; thence East along
the South line of said Southwest Quarter of the Northeast Quarter 902.22 feet
to the Southwest corner of tract of land conveyed by J. E., & Irene Morgan
to William O. Howell by deed dated Sep. 11, 1882 and recorded in Book 42
of Deeds at page 495; thence North 18° East along the Westerly line of said
land of Howell 13 chains; thence North 66-3/4° West along the Southwesterly
line of land so conveyed to Howell 19.25 chains to the Northwest corner of
the Southwest Quarter of the Northeast Quarter of said section; thence South
along the West line of said Southwest Quarter of the Northeast Quarter of
said section to the point of beginning.

Owner:      FALLBROOK PUBLIC UTILITY DISTRICT, a municipal corporation

27

3008

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
Between FALLBROOK CREEK and RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)



Parcel 93W - 8 - 14 (15)

The Southeast Quarter of the Southwest Quarter; the East 443.8 feet of

the Southwest Quarter of the Southwest Quarter; and the Northeast

Quarter of the Southwest Quarter of Section Eight (8), Township Nine (9)

South, Range Three (3) West, San Bernardino Base and Meridian.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT, a municipal corporation


Parcel 93W - 8 - 15 (16)

All that portion of the Southwest Quarter of the Southwest Quarter of

Section Eight (8), Township Nine (9) South, Range Three (3) West, San

Bernardino Base and Meridian, described as follows:  BEGINNING at the

Northwest corner of the Southwest Quarter of the Southwest Quarter;

thence South 600 feet along the section line between Sections 7 and 8

to a point; thence East 170 feet to a point; thence North 47°27'32" East

560 feet to a point; thence North 225 feet to a point; thence West 600 feet

to point of beginning.

Owners:          HAYES, Oliver B. (hus)
                 HAYES, Harriet B. (wf)


Parcel 93W - 8 - 16  (17)

The East 60 feet of the West 660 feet of the Southwest Quarter of the

Southwest Quarter of Section Eight (8), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, lying North of a line

described as follows:  BEGINNING on the East line of said West 660 feet distant

thereon 170.0 feet South of the Northeast corner of said West 660 feet;

thence South 47°27'32" West to the East line of the West 660 feet.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT, a municipal corporation


28

3009

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 8 - 17    (19)

All that portion of the Southwest Quarter of the Southwest Quarter of

Section Eight (8), Township Nine (9) South, Range Three (3) West, San Ber-

nardino Base and Meridian, described as follows:  BEGINNING at a point on

the North line of said Southwest Quarter of the Southwest Quarter, distant

660 feet East from the Northwest corner thereof, being the Northeast corner

of land conveyed to Daniel Smyth and wife by deed recorded in Book 355 at

page 338 of Official Records; thence South along the Easterly line of Smyth

land 170.0 feet to an angle point; thence South 47°27'32" West along said

Easterly line 781.0 feet to an angle point; thence South along said Easterly

line and the Easterly line of parcel of land conveyed to Smyth by deed re-

corded in Book 1724 at page 487 of Official Records, 628 feet to the

Southeast corner of land conveyed to Smyth, being a point on the South line

of the Southwest Quarter of the Southwest Quarter and 65.0 feet East from

the Southwest corner thereof; thence East along the South line of said

Southwest Quarter of the Southwest Quarter to the Southwest corner of land

conveyed to Harris by deed recorded in Book 1651 at page 442 of Official

Records; thence North along the West line of land so conveyed, being the

West line of the East 443.8 feet of the Southwest Quarter of the Southwest

Quarter, a distance of 1320 feet, more or less, to the Northwest corner

thereof, being a point in the North line of said Southwest Quarter of the

Southwest Quarter; thence West along said North line to the point of beginning.

Owners:      LOER, Perry E. (hus)

LOER, Corinne M. (wf)

SECURITY TITLE INSURANCE COMPANY (TDTr)

KENWORTHY, Lionel C. (hus)(TDBen)

KENWORTHY, Faith W. (wf)(TDBen)

29

3010

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Sections 7 and 8, Township 9 South, Range 3 West)

Parcel 93W - 8- 42    (18 & 20)



All that portion of Section Eight (8), Township Nine (9) South, Range Three
(3) West, San Bernardino Base and Meridian, described as follows:
BEGINNING at a point on the West line of Section Eight (8), distant
thereon 478 feet North of the Southwest corner thereof; thence North along
said West line to a point distant thereon 600 feet South of the Northwest
corner of the Southwest Quarter of the Southwest Quarter of said section;
thence East 170 feet; thence South 47°27'32" East to a point on the East
line of the West 65 feet of the Southwest Quarter of the Southwest Quarter
of said Section Eight (8); thence South along said East line 150 feet;
thence West 65 feet to the point of beginning.
ALSO, the West 65 feet of the South 478 feet of the Southwest Quarter of
the Southwest Quarter of Section Eight (8), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian.

Owners:        FALLBROOK PUBLIC UTILITY DISTRICT, a municipal corporation

30

3011

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   1X1 and 4

All of the Southwest Quarter of the Northwest Quarter, and all of the North-
west Quarter of the Northwest Quarter of Section Seventeen (17), Township
Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in
the County of San Diego, State of California, EXCEPT the East 330 feet there
and EXCEPT that portion of the Northwest Quarter of the Northwest Quarter of
said section described as follows:  BEGINNING at the Northwest corner of the
East 330 feet of said Northwest Quarter of the Northwest Quarter of Section
Seventeen (17); thence South 0°15'40" West along the Westerly line of the East
330 feet thereof 295.17 feet; thence South 46°54'20" West 331.12 feet; thence
North 09°19'20" West 529.0 feet to the North line of said Northwest Quarter
of the Northwest Quarter of said section; thence South 89°53'20" East along
said North line 328.81 feet to the point of beginning.

OWNERS:          SMITH, Caroline E.  (widow)

                 FIX, Hallie Estes (widow)


93W-17,   1A and 2A

All that portion of the Northwest Quarter of the Northwest Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Northwest corner of the East 330 feet
of the Northwest Quarter of the Northwest Quarter of said Section Seventeen
(17); thence South 0°15'40" West along the Westerly line thereof 295.17 feet;
thence South 46°54'20" West 331.12 feet; thence North 09°19'20" West
529.0 feet to the North line of said Northwest Quarter of the Northwest
Quarter; thence South 89°53'20" East along said North line 328.81 feet to the
point of beginning.   ALSO, that portion of the Northwest Quarter of the
Northwest Quarter of Section Seventeen (17), Township Nine (9) South, Range
Three (3) West, San Bernardino Base and Meridian, in the County of San Diego
State of California, described as follows:   BEGINNING at the Northwest

1

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(NW¼ Sec 17, T9S, R3W)

### Parcel 93W-17, 1A and 2A (cont'd)

corner of the East 330 feet of the Northwest Quarter of the Northwest
Quarter of said section; thence South 0°15'30" West along the Westerly
line thereof 295.17 feet; thence North 46°54'20" East 282.54 feet; thence
North 30°59'40" East 118.53 feet to a point on the North line of said
Northwest Quarter of the Northwest Quarter; thence North 89°53'20" West
along said North line 226.02 feet to the point of beginning.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT

### Parcel 93W-17, 2X1, 3, and 15

All of the East 330 feet of the Northwest Quarter of the Northwest Quarter
of Section Seventeen (17), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, EXCEPT that portion described as follows:
BEGINNING at the Northwest corner of the East 330 feet of said Northwest
Quarter of the Northwest Quarter; thence South 0°15'40" West along the
Westerly line thereof 295.17 feet; thence North 46°54'20" East 282.54 feet;
thence North 30°59'40" East 118.53 feet to a point on the North line of
the Northwest Quarter of the Northwest Quarter of said Section Seventeen (17);
thence North 89°53'20" West along said North line 266.02 feet to the point
of beginning.
ALSO, all of the East Half of the Northwest Quarter and the Southwest
Quarter of the Northeast Quarter of Section Seventeen (17), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, EXCEPTING
from said Southwest Quarter of the Northeast Quarter the South 10 acres
thereof, and that portion lying East of the 40-foot right of way described
in Book 751 at page 310 of Deeds.  ALSO EXCEPTING from said Southwest Quarter
of the Northeast Quarter any portion thereof lying within parcel of land
conveyed to Coit 1-7-47, by Instrument No. 15905, described as follows:
BEGINNING at the Southeast corner of said Southwest Quarter of the Northeast
Quarter; thence North 89°45'45" West 20 feet; thence along the center line

**RT**

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(NW¼ Sec 17, T9S, R3W)

Parcel 93W-17, 2X1, 3, and 15 (cont'd)

of strip of land described in Deed to County of San Diego recorded in
Book 751 at page 310 of Deeds, North 33°0'W 145 feet, and North 4°50' West
97.60 feet, and North 1°10' West 0.97 feet to the North line of parcel
conveyed to Harris by deed recorded in Book 246 at page 333 of Official
Records; thence along said North line of Harris' land South 89°45'45" East
20.01 feet to the East line of said strip of land deeded to San Diego County;
thence along said East line North 4°50' West 0.16 feet and North 1°10' West
69.68 feet, and North 3°0' West 42.15 feet to intersection with the center
line of Road Survey 954, being the true point of beginning. Thence, con-
tinuing along the East line of said strip of land deeded to San Diego County
North 3°0' West 179.49 feet and North 9°24' West 329.33 feet, and North
3°58' West 49.84 feet to the North line of tract of land conveyed to Coit
by deed recorded in Book 102 at page 318 of Official Records; thence along
the Westerly prolongation of said North line of Coit land North 89°45'45" West
23.87 feet to said center line of Road Survey 954; thence along said center
line South 11°38'30" East 558.47 feet to the true point of beginning.

Owners:      NICOLA, Tesla C. (hus)
             NICOLA, Ruth E. (wf)


Parcel 93W-17, 6 & 16

All that portion of the Northwest Quarter of the Northeast Quarter, the
Southwest Quarter of the Northeast Quarter, and the Southeast Quarter of
the Northeast Quarter of Section Seventeen (17), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, described as
follows: BEGINNING at a point in the center line of County Road at the
Northwesterly corner of land conveyed to Stanley S., & Marie V. Evans, by
deed recorded in Book 1029 at page 113 of Deeds; thence Southeasterly
along the center line of said road 193.4 feet; thence at right angles to
the center line of said road North 80°36' East 20 feet to the Easterly line

3

3014

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(NW¼ Sec 17, T9S, R3W)

Parcel 93W-17, 6 & 16 (cont'd)

of said road;  thence Northeasterly along a 17°curve concave to the
Southeast to a point distant South 89°45' East 224.52 feet from the
point of beginning; thence North 89°45' West 224.52 feet to the point of
beginning.

ALSO, BEGINNING at a point on the North line of the South Half of the
Northeast Quarter of Section Seventeen (17), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, distant 330 feet
Westerly from the East line of said section; thence North 250 feet; thence
Westerly parallel with the North line of the South Half of the Northeast
Quarter 1652.71 feet; thence Southerly in a straight line to the Northwest
corner of tract of land conveyed by Edwin L. Sahim and wife to Robert G.
Hood; thence Easterly 1510.71 feet along the North line of the South Half
of the Northeast Quarter to the point of beginning.

ALSO, the North 5 acres of the North 10 acres of the West 30 acres of the
Southeast Quarter of the Northeast Quarter of Section Seventeen (17),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian.

ALSO, that portion of the Southwest Quarter of the Northeast Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, lying North of the Westerly prolongation of
the South line of the North 5 acres described above, and Easterly of the
Easterly line of right of way conveyed by deed recorded in Book 751 at
page 310 of Deeds.

ALSO, that portion of the Southeast Quarter of the Northeast Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, described as follows:  BEGINNING at the
Southeast corner of the North 5 acres of the West 30 acres of the
Southeast Quarter of the Northeast Quarter; thence North 89°52'15" West
1104.31 feet to the true point of beginning, being a point in a curve

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 6 & 16 (cont'd)

concave Southeasterly having a radius of 500 feet, the radial line through
said point bears North 44°27'10" West; thence Southwesterly along said
curve 207.28 feet to the Easterly line of right of way conveyed by deed
recorded in Book 751 at page 310 of Deeds; thence along the Easterly line
of said right of way North 30°58' West 43.77 feet; thence North 44°40' West
15.37 feet to the Easterly line of parcel of land conveyed to Robert G.
Hood and Ruby Lee Hood by deed recorded in Book 63 at page 476 of Official
Records; thence along the Easterly line of Hood's land Northeasterly
along a 17° curve concave to the Southeast to a point on the Northerly
line of tract of land conveyed to Evans by deed recorded in Book 1029 at
page 113 of Deeds, distant thereon South 89°52'15" East 224.52 feet from
the center line of said 40-foot right of way; thence along said Northerly
line of Evans' land South 89°52'15" East 73.13 feet to the true point of
beginning. EXCEPTING therefrom that portion described as follows:
BEGINNING at the Southeast corner of the North 5 acres of the West 30
acres of the Southeast Quarter of the Northeast Quarter; thence along the
South line of said North 5 acres and its Westerly prolongation North
89°52'15" West 1104.31 feet, being a point in a curve concave Southeasterly
having a radius of 500 feet, the radial line through said point bears
North 44°27'10" West; thence Northeasterly along said curve 14.47 feet to
a point distant 10 feet North at right angles to said Westerly prolongation
of the South line of said North 5 acres; thence parallel with said Westerly
prolongation of the South line of the North 5 acres and the South line of
said North 5 acres, South 89°52'15" East 653.64 feet; thence North 41°53'
East 152.56 feet; thence North 81°36' East 61.08 feet; thence South 24°32'
East 135.19 feet to the North line of the South 10 feet of said North
5 acres; thence thereon South 89°52'15" East 221.93 feet to the East line
of said West 30 acres of the Southeast Quarter of the Northeast Quarter;
thence thereon South 0°55' West 10 feet to the point of beginning.

5

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTAMARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 6 & 16 (cont'd)

ALSO EXCEPTING therefrom that portion described as follows:  BEGINNING at a
point on the North line of the South Half of the Northeast Quarter of
said section, distant thereon North 89°52'15" West 338.07 feet (record
330.0 ft W) from the East line of said Section Seventeen (17) being the
Northeast corner of a parcel of land conveyed to Robert Hood by deed
recorded in Book 1775 at page 114 of Deeds; thence North 250.0 feet;
thence North 89°52'15" West, parallel with the North line of said South Half
of the Northeast Quarter a distance of 330.51 feet to the true point of beginning.
Thence South 66°44' West 544.80 feet; thence South 86°21' West 22.55 feet;
thence South 60°05' West 44.81 feet; thence South 41°48' West 36.37 feet;
thence South 26°01' West 80.85 feet; thence North 58°01' West 32.22 feet;
thence North 21°56' East 46.75 feet; thence North 68°38' West 20.90 feet;
thence North 13°10' East 39.91 feet; thence North 24°18' West 256.30 feet
to an intersection with a line drawn parallel with the North line of said
South Half of the Northeast Quarter through the true point of beginning;
thence South 89°52'15" East along said parallel line 747.27 feet to the
true point of beginning.

Owners:       KIRK, Laurence (hus)

              KIRK, Margurite (wf)

              PETERSEN, Katherine K.

Parcel 93W-17, 7

All that portion of the North Half of the Northeast Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southeast corner
of the North Half of the Northeast Quarter; thence along the South line
thereof North 89°52'15" West 330 feet to the Southeast corner of land conveyed
to Robert G. Hood and wife by deed recorded in Book 1872 at page 333 of Deeds;

301

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17. 7 (cont'd)

thence along the East line of Hood's land 250 feet to the Northeast corner

thereof; thence along the North line thereof North 89°52'15" West 341.30 feet

to the Southeast corner of land conveyed to Emerson C. Eachel and wife

by deed recorded 8-16-33 as Instrument No. 36487 in Book 240 at page 4

of Official Records; thence along the Easterly line of said Eachel's

land North 435 feet to the Northeast corner thereof; thence along the

North line of said Eachel's land West 241.38 feet to the true point of

beginning.  Thence North 27°43' West 113.10 feet; thence North 89°52'15" West

111.05 feet; thence South 34°16' West 525.56 feet; thence North 89°52'15" West

667.63 feet; thence North 29°35'50" West 19.74 feet; thence North 89°52'15" West

to the West line of said North Half of the Northeast Quarter; thence along

said West line South 1°12'40" West to the Southwest corner of the North Half

of the Northeast Quarter; thence along said South line of the North Half

South 89°52'15" East to the Southwest corner of said land conveyed to Robert

G. Hood and wife by deed recorded in Book 1872 at page 333 of Deeds;

thence Northerly along the Westerly line of said Hood's land to the

Northwest corner thereof being a point which is North 89°52'15" West parallel

with the South line of said North Half of Northeast Quarter, a distance of

1652.71 feet from the Northeast corner of said Hood's land; thence along

the North line of said land South 89°52'15" East 662.71 feet, more or less,

to the Southwesterly corner of said land conveyed to Emerson C. Eachel by

deed recorded in Book 240 at page 4 of Official Records; thence along the

Northwesterly line thereof North 34°16' East 526.51 feet to the Northwesterly

corner of said land; thence along the Northerly line of said land East 110.87

feet, more or less, to the true point of beginning.

Owner:        WISDOM, Margaret (widow)

3018

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

### Parcel 93W-17 - 8A

That portion of the North Half of the Northeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northwest corner of the Northeast Quarter of the Northeast Quarter of said section; thence along the North line South 89°58'40" East 344.00 feet; thence South 9°20' East 640.12 feet to a point in the North line of tract of land conveyed to Emercon C. Eachel and wife by deed recorded in Book 240 at page 4 of Official Records, distant North 89°52'15" West 190.38 feet from the Northeast corner of said land of Eachel, said point being also in the South line of parcel 2 of land conveyed to Rudolph G. Hass and wife by deed recorded in Book 4436 at page 412 of Official Records. Thence, along the boundary line of said land of Hass North 89°52'15" West 51.00 feet; North 27°43' West 113.10 feet; North 89°52'15" West 111.05 feet; South 34°16' West 525.56 feet; North 89°52'15" West 667.63 feet; North 29°35'50" West 19.74 feet; North 89°52'15" West 603.52 feet to the West line of said Northeast Quarter of said Section Seventeen (17); thence along the West line North 1°12'40" East 571.23 feet to a point distant South 1°21'40" West 375.08 feet from the Northwest corner of said Northeast Quarter of Section Seventeen (17); thence parallel with the North line of Section Seventeen (17), South 89°58'40" East 737.37 feet; thence North 57°45'50" East to the point of beginning.

Owners:     SIM, William A. (hus)

            SIM, Dorothy A. (wf)

            TITLE INVESTMENT SERVICE (TDTr)

            HASS, Elizabeth (widow)(TDBen)

3010

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 5; and
Parcel 93W-8, 11X1

Those portions of the Northwest Quarter of the Northeast Quarter of Section Seventeen (17) and the Southeast Quarter of Section Eight (8), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Northwest corner of the Northeast Quarter of Section Seventeen (17); thence along the West line of said Northeast Quarter South 1°12'40" West 375.08 feet; thence parallel with the North line of Section Seventeen (17), South 89°58'40" East 737.37 feet; thence North 57°45'50" East 702.62 feet to the Northeast corner of the Northwest Quarter of the Northeast Quarter of said section; thence along the West line of the Southeast Quarter of the Southeast Quarter of Section Eight (8) North 0°41' West 1051.33 feet to a point distant South 0°41' East 300 feet from the Northwest corner of said Southeast Quarter of the Southeast Quarter; thence parallel with the North line of said Southeast Quarter of the Southeast Quarter North 89°57' East 662.07 feet; thence parallel with the West line of said Southeast Quarter of the Southeast Quarter North 0°41' West 300 feet to the North line of said Southeast Quarter of the Southeast Quarter; thence along said North line South 89°57' West to the West line of the East 30 acres of the North Half of the Southeast Quarter of Section Eight (8); thence North along said West line to the South line of land conveyed to Fallbrook Public Utility Distrtict by deed dated 10-14-55, recorded in Book 5891 at page 27 of Official Records; thence along said South line of Fallbrook lands North 37°00'20" West 610.15 feet; thence North 54°41'45" West 260.68 feet; thence North 86°37'55" West 667.11 feet; thence South 32°20'10" West 877.90 feet to the West line of of the Southeast Quarter of Section Eight (8); thence South along said West line to the point of beginning.

Owners:       STENTON, Fred J. (hus)

              STENTON, Florence M. (wf)

              CONTINENTAL AUXILIARY COMPANY (TDTr)

              BANK OF AMERICA (TDBen)

9

3021

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 20

That portion of the Southwest Quarter of the Northeast Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at the Southeast corner
of said Southwest Quarter of the Northeast Quarter; thence North 89°45'45"
West along the South line of said Southwest Quarter of the Northeast
Quarter 20 feet to the center line of a strip of land described in Deed
recorded in Book 751 at page 310 of Deeds; thence North 33°00' West along
said center line 23.91 feet to the true point of beginning, being an angle
point in the boundary of land conveyed to Cassel and wife by deed recorded
in Book 4029 at page 57 of Official Records.  Thence, along the boundary
line of said land North 89°45'45" West 325.71 feet, and North 7°02'45" West
314.51 feet to the North line of a strip of land conveyed to Clarno and wife
by deed recorded in Book 4013 at page 3 of Official Records, distant along
said North line South 89°45'45" East 932.82 feet from the Northwest corner
of said strip; thence South 89°45'45" East along the North line of said
strip 306.35 feet to the center line of Road Survey 954; thence South
11°38'30" East along said center line 0.61 feet to the Easterly line of said
strip of land described in deed to Clarno; thence South 3°00' East along
said Easterly line 5.41 feet to the Northeast corner of land conveyed to
O. E. Clarno and wife; thence South 89°45'45" East along the Northerly line
of said land 0.83 feet to the center line of Road Survey 954; thence along
said center line the following courses and distances:  South 11°38'30" East
22.34 feet to the beginning of a tangent 300-foot radius curve concave
Westerly; thence Southerly along said curve through a central angle of
11°20' a distance of 59.34 feet; thence tangent to said curve South 0°18'30"
East 9.17 feet to the beginning of a tangent 500-ft radius curve concave Easterly;
thence Southerly along said curve to its intersection with the Easterly prolongation
of a portion of the Northerly boundary of said land conveyed to Cassel; thence
North 89°45'45" West along said Easterly prolongation to the point of beginning.

Owners:       KNOCHE, Elmer E. (hus)
              KNOCHE, Esther M. (wf)
              CONTINENTAL AUXILIARY COMPANY (TDTr)
              BANK OF AMERICA (TDBen)

3021

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 21

That portion of the Southwest Quarter of the Northeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:   BEGINNING at a point in the South line of said Northeast Quarter distant North 89°45'45" West 20 feet from the Southeast corner of the Southwest Quarter of the Northeast Quarter; thence along said South line North 89°45'45" West 1317.16 feet to the Southwest corner of said Northeast Quarter; thence along the West line of said Northeast Quarter North 1°12'40" East 332.02 feet to the Northwest corner of strip of land conveyed to O. E. Clarno by deed recorded in Book 4013 at page 3 of Official Records; thence along the North line of said Clarno strip South 89°45'45" East 932.82 feet; thence South 7°02'45" East 314.51 feet to the North line of the South 20 feet of said Southwest Quarter of the Northeast Quarter; thence along said North line South 89°45'45" East 325.71 feet to the center line of strip of land included in deed to Raymond Wayman, recorded in Book 751 at page 310 of Deeds; thence along said center line South 33°0' East 23.91 feet to the point of beginning.

Owners:       CASSEL, Chester (hus)

              CASSEL, Dorothy A. (wf)

11

3022

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 22X4

That portion of the North Half of the Southeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, described as follows:  BEGINNING at the Southwest corner
of the North Half of the Southeast Quarter; thence along the South line
South 89°55' East 433.22 feet to the center line of County Highway Mission
Road 1-C; thence along said center line North 38°19'30" East 98.61 feet
to the beginning of a tangent 200-foot radius curve concave Southeasterly;
thence Northeasterly along said curve through an angle of 3°24'15" a distance
of 11.88 feet to the true point of beginning, Point "A".  Thence leaving
said center line North 37°27'40" West 176.75 feet to the beginning of a
tangent 200-foot radius curve concave Southwesterly; thence Northwesterly
along said curve through an angle of 28°42', 99.13 feet; thence tangent to
said curve North 65°51'40" West 338.14 feet to a point designated as
Point "B", said point being in the West line of the North Half of the
Southeast Quarter; thence along said West line North 1°12'40" East
906.23 feet to the center line of said section; thence along the East and
West center line South 89°45'45" East 482.10 feet to the Northwesterly
corner of land conveyed to Carmichael by deed recorded in Book 5575 at page
583 of Official Records; thence along the boundary line of said land South
26°15' East 81.75 feet; thence South 70°08' East 394.80 feet; thence South
8°51'30" East 236.48 feet to the Northwest corner of land conveyed to Pahl
by deed recorded in Book 5828 at page 361 of Official Records; thence along the
boundary line of said land South 8°51'30" East 105.12 feet; thence South
34°39'20" East 188.13 feet, and South 39°39' West 94.89 feet to an angle
point in the Northerly boundary line of land conveyed to Frohwitter by
deed recorded in Book 5824 at page 183 of Official Records; thence along the
boundary line of said land South 39°39' West 71.61 feet; thence North
32°10' West 332.90 feet; thence North 84°48' West 127.90 feet; thence
South 32°34'30" West 313.20 feet; thence South 8°36'30" East 405.60 feet

302 3

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 22X4 (cont'd)

to the Southwesterly corner of land being a point in an arc of 200-foot

radius curve concave Southerly in said center line of Mission Road 1-C;

thence Southwesterly along said center line 73.96 feet to the true point

of beginning.

Owners:    MARTIN, Kenneth V. (hus)

MARTIN, Esperance S. (wf)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

GRAY, Jane P. (widow)(TDBen)


Parcel 93W-17, 22A

That portion of the North Half of the Southeast Quarter of Section Seventeen

(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base

and Meridian, described as follows:  BEGINNING at a point on the North line

of the Southeast Quarter, said point being distant North 89°45'45" West

18.20 feet from the Northwest corner of the Northeast Quarter of the Southeast

Quarter; thence Southeasterly 38.81 feet; thence South 33°0' East 716.75 feet;

thence South 62°54'20" West 92.83 feet; thence North 46°09'20" West 219.16 feet;

thence North 67°04' West 212.97 feet; thence North 89°18'30" West 364.38 feet;

thence North 8°51'30" West 236.48 feet; thence North 70°08' West 394.80 feet;

thence North 26°15' West 81.75 feet; thence South 89°45'45" East 834.80 feet

to the point of beginning.

Owners:    CARMICHAEL, O. S. (hus)

CARMICHAEL, Clara A. (wf)

BANK OF AMERICA (TDTr)

GRAY, Jane P. (widow)(TDBen)

3024

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17 - T9S, R3W)

Parcel 93W-17, 22B

That portion of the North Half of the Southeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northwest corner of the Northeast Quarter of the Southeast Quarter; thence along the North line of the Southeast Quarter North 89°45'45" West 18.20 feet to the center line of Road Survey No. 954, according to Map thereof on file in the office of the County Surveyor of San Diego County, being a point in a curve concave Northeasterly having a radius of 500 feet, the radial line through said point bears South 61°26'5" West; thence Southeasterly along said center line tangent to said curve South 33°0'East 716.75 feet; thence South 62°54'20" West 92.83 feet; thence North 46°09'20" West 219.16 feet; thence North 67°04' West 212.97 feet; thence North 89°18'30" West 304.38 feet; thence South 8°51'30" East 105.12 feet; thence South 34°39'30" East 188.13 feet; thence South 39°39' West 94.89 feet to the true point of beginning. Thence South 36°15'30" East 305.00 feet; thence South 28°44'30" East 329.90 feet to the center line of Mission Road 1C, according to map thereof on file in the office of the County Surveyor of San Diego County; thence along the center line of said Mission Road 1C the following courses and distances: North 89°53' West 247.02 feet to the beginning of a curve concave Northerly having a radius of 500 feet; thence along the arc of said curve 191.40 feet; thence North 67°57' West 211.54 feet to the beginning of a curve concave Southerly having a radius of 200 feet; thence along the arc of said curve 171.51 feet; thence leaving said Mission Road 1C North 8°36'30" West 405.60 feet; thence North 32°34'30" East 313.20 feet; thence South 84°48' East 127.90 feet; thence South 32°10' East 332.90 feet; thence North 39°39' East 71.61 feet to the true point of beginning.

Owners:  FROHWITTER, John (hus)
        FROHWITTER, Rachel (wf)
        BANK OF AMERICA (TDTr)
        GRAY, Jane P. (widow)(TDBen)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 22C

That portion of the North Half of the Southeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Northwest corner of the Northeast Quarter of the Southeast Quarter; thence along the North line North 89°45'45" West 18.20 feet to the center line of Road Survey No. 954 according to map thereof on file in the office of the County Surveyor of San Diego County, being a point in a curve concave Northeasterly having a radius of 500 feet, the radial line through said point bears South 61°26'50" West; thence Southeasterly along said curve 38.81 feet to the end thereof; thence continuing along said center line tangent to said curve South 33°00' East 716.75 feet to the true point of beginning.  Thence South 62°54'20" West 92.83 feet; thence North 46°09'20" West 219.16 feet; thence North 67°04' West 212.97 feet; thence North 89°18'30" West 364.38 feet; thence South 8°51'30" East 105.12 feet; thence South 34°39'30" East 188.13 feet; thence South 39°39' West 94.89 feet; thence South 36°15'30" East 305.00 feet; thence South 28°44'30" East 329.90 feet to the center line of said Mission Road 1-C, according to map thereof on file in the office of the County Surveyor of San Diego County; thence along said center line South 89°53' East 110.68 feet to the Southwest corner of tract of land conveyed to Jacob Nufer and wife by deed recorded October 23, 1951 in Book 4270 at page 222 of Official Records of San Diego County; thence along the boundary line of said land of Nufer North 17°10' West 155.05 feet, North 7°15' West 201.73 feet, North 87°55' East 199.97 feet, and North 69°17'30" East 301.98 feet to the Northeast corner of said land of Nufer, being a point in the center line of said Road Survey No. 954, a curve concave Southwesterly having a radius of 1500 feet, the radial line through said point bears North 63°56'34" East; thence Northwesterly along said curve and center line 181.76 feet to the end of said curve; thence tangent to said curve North 33°00' West 58.19 feet to the true point of beginning.

OWNERS:        PAHL, Charles (single)
               BANK OF AMERICA (TDTr)
               GRAY, Jane P. (widow)(TDBen)

RT

15

3026

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 22D

That portion of the Northwest Quarter of the Southeast Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at the South-
west corner of the Northwest Quarter of the Southeast Quarter; thence
along the South line of said Northwest Quarter of the Southeast Quarter
South 89°55' East 433.22 feet to the center line of Mission Road 1-C,
according to map thereof on file in the office of the County Surveyor of
San Diego County; thence along said center line North 38°19'30" East
98.61 feet to the beginning of a tangent 200-foot radius curve concave
Southeasterly; thence Northeasterly along said curve through an angle of
3°24'15" 11.88 feet to a point herein designated as Point "A"; thence leaving
said center line North 37°27'40" West 176.75 feet to the beginning of a
tangent 200-foot radius curve concave Southwesterly; thence Northwesterly
along said curve through an angle of 28°42', 99.13 feet; thence tangent to
said curve North 65°51'40" West 338.14 feet to a point designated as
Point "B", said point being in the West line of said Northwest Quarter of the
Southeast Quarter; thence along said West line South 1°12'40" West 425.37
feet to the point of beginning.

Owners:          HOUTZ, Karl G. (hus)

                 HOUTZ, Margaret A. (wf)

                 BANK OF AMERICA (TDTr)

                 GRAY, Jane P. (widow)(TDBen)

3027

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 24 and 25

That portion of the Northeast Quarter of the Southeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the Northeast corner of the Southeast Quarter of said section; thence North 89°45'45" West 395.03 feet; thence South 9°23'10" West 197.26 feet; thence South 35°48' West 136.62 feet; thence South 26°30' West 200.00 feet; thence South 23°00'30" West 71.24 feet; thence South 72°33'30" East 86.65 feet; thence South 88°03'30" East 78.75 feet; thence South 79°50'30" East 51.70 feet; thence South 40°58' East 72.75 feet; thence South 58°30'30" East 44.20 feet; thence South 49°03' East 149.70 feet to the center line of Mission Road 1-C; thence Northeasterly along the curve to the end thereof; thence North 26°21' East 311.48 feet; thence Northeasterly along said curve 98.47 feet to the East line of Section Seventeen (17); thence along said East line 391.47 feet to the point of beginning.

ALSO, that portion of the Northeast Quarter of the Southeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows:  BEGINNING at the most Southerly corner of land conveyed to Inhelder by deed recorded in Book 3075 at page 182, Official Records of San Diego County;  thence South 33°00' East 368.00 feet; thence North 40°14'30" East 122.50 feet; thence North 77°32'30" East 62.76 feet; thence South 81°31'30" East 115.65 feet; thence South 61°34'30" East 105.62 feet; thence North 23°0'30" East 71.24 feet; thence North 26°30' East 200 feet; thence North 35°48' East 136.62 feet; thence North 9°23'11" East 197.26 feet; thence North 89°45'45" West 428.82 feet; thence South 50°55'30" West 448.65 feet to the point of beginning.

Owners:      NICHOLAS, William H. (hus)

NICHOLAS, Geneva B. (wf)

3028

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

**Parcel 93W-17,  29**

That portion of the North Half of the Southeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, according to
United States Government Survey approved September 11, 1879, described as
follows:  BEGINNING at the Northwest corner of the Northeast Quarter of said
Southeast Quarter; thence along the North line of said Southeast Quarter
North 89°45'45" West 18.20 feet to the center line of Road Survey No. 954,
according to map thereof on file in the office of the Surveyor of said San
Diego County, being a point in a curve  concave Northeasterly having a radius
of 500 feet, the radial line through said point bears South 61°26'50" West;
thence Southeasterly along said curve 38.81 feet to the end thereof; thence
continuing along said center line tangent to said curve South 33°0' East
774.94 feet to the beginning of a curve concave Southwesterly having a radius
of 1500 feet; thence Southeasterly along said curve 181.76 feet to the true
point of beginning, the radial line through said point bears North 63°56'34"
East;  thence South 69°17'30" West 301.98 feet; thence South 87°55' West
199.07 feet; thence South 7°15' East 201.73 feet; thence South 17°10' East
155.05 feet to the center line of Mission Road No. 1-C; thence along said
center line South 89°53' East 157.37 feet to the beginning of a curve concave
Northerly having a radius of 500 feet; thence Easterly along said curve
228.35 feet to the end thereof; thence on a tangent to said curve North
63°57' East 187.05 feet to said center line of Road Survey No. 954; thence along
said center line of Road Survey No. 954, North 21°43'40" West 243.20 feet
to the beginning of a curve concave Southwesterly having a radius of 1500 feet;
thence Northwesterly along said curve 113.42 feet to the true point of beginning.

**Owners:**      NUFER, Jacob (hus)

         NUFER, Lydia (wf)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 30

All that portion of the Northeast Quarter of the Southeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, described as follows: BEGINNING at the Northwest corner of the Northeast Quarter of the Southeast Quarter of said section; thence North 89°45'45" West along the North line of said Southeast Quarter 18.20 feet to a point on the center line of Road Survey No. 954, said point being in a curve in said center line concave Northeasterly having a radius of 500 feet, the radial line through said point bears North 61°26'50" East; thence Southeasterly along said center line and curve 38.81 feet to the end thereof; thence South 33°00' East tangent to said curve and along said center line 668.09 feet to the true point of beginning, being the Southwesterly corner of parcel of land conveyed to Nicholas by deed recorded in Book 3254 at page 152, Official Records of San Diego County; thence along the South line of Nicholas' land North 4°14'30" East 122.50 feet; thence North 72°32'30" East 62.76 feet; thence South 81°31'30" East 115.65 feet, and South 61°34'30" East 105.62 feet to the Southeast corner of said land of Nicholas; thence South 72°33'30" East 86.65 feet; thence South 88°03'30" East 78.75 feet; thence South 79°50'30" East 57.70 feet; thence South 40°58' East 72.75 feet; thence South 58°30'30" East 44.24 feet; thence South 49°03' East 149.70 feet to a point on a curve in the center line of Mission Road 1-C, said curve being concave Northwesterly with a radius of 800 feet, the radial line through said point bears North 68°08' West; thence Southwesterly along said curve 503.81 feet to the end thereof; thence South 63°57' West along said center line being tangent to aforementioned curve, 132.44 feet to its intersection with the center line of Road Survey No. 954; thence North 21°43'30" West along said center line 243.20 feet to the beginning of a curve therein concave Southwesterly having a radius of 1500 feet; thence Northwesterly along said curve 295.18 feet to the end thereof; thence North 33°00' West tangent to said curve and along said center line 106.85 feet to the true point of beginning.

OWNERS:         BERRY, Charles H. (hus)
                BERRY, Carlotta (wf)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 31

That portion of the East Half of the Southeast Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base
and Meridian, described as follows:  BEGINNING at the Southwest corner
of the Southeast Quarter of the Southeast Quarter of said section; thence
along the West line of said East Half North 0°52'20" East 917.83 feet to
the true point of beginning.Thence South 89°55' East 457.31 feet to the
Easterly line of tract of land conveyed to Etta Hamilton by deed recorded
in Book 1983 at page 382, Official Records of San Diego County; thence
along said Easterly line of land of Hamilton North 9°19' East 508.11 feet
to the center line of County Highway Road 1-C; thence along said center
line South 63°57' West 37.48 feet to the beginning of a curve concave
Northerly having a radius of 500 feet; thence Westerly along said center
line 228.35 feet to the end thereof; thence on a tangent to said curve
North 89°53' West 278.69 feet to the West line of the East Half of the
Southeast Quarter; thence along said West line South 0°52'20" West
434.10 feet to the true point of beginning.

Owners:      WARREN, J. Rex (hus)

             WARREN, Bonnie R. (wf)

             CORPORATION OF AMERICA (TDTr)

             BANK OF AMERICA (TDBen)

3031

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

## Parcel 93W-17,  38

All that portion of the Southwest Quarter of the Southeast Quarter, and
that portion of the Southeast Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, described as follows:  BEGINNING at the North-
east corner of the Southeast Quarter of the Southwest Quarter; thence along
the North line thereof North 89°50'30" West 652.39 feet; thence South 22°03'
East 302.59 feet; thence South 47°03' East 425.74 feet to the center line
of Highway 395; thence along said center line North 25°47'30" East 80.22 feet
to the beginning of a curve concave to the Southwest and having a radius of
400 feet; thence Northeasterly thereon to the end thereof and to the be-
ginning of a curve concave to the Northwest and having a radius of 900 feet;
thence Northeasterly thereon 300.55 feet to the end thereof and to the be-
ginning of a curve concave to the Northwest and having a radius of 600 feet;
thence Northeasterly thereon 137.36 feet to the end thereof; thence on a
tangent thereto North 38°19'30" East 64.46 feet to the North line of the
Southwest Quarter of the Southeast Quarter; thence thereon North 89°53'
West 433.22 feet to the point of beginning.

Owners:        ROGERS, Lincoln (hus)

               ROGERS, Elizabeth B. (wf)

21

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,  39

All that portion of the Southwest Quarter of the Southeast Quarter of

Section Seventeen (17), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, in the County of San Diego, State of Cal-

ifornia, according to United States Government Survey approved September

11, 1879, described as follows:  BEGINNING at the Northeast corner of the

West 25 acres of said Southwest Quarter of the Southeast Quarter of Section

17; thence South 0°52'20" West along the East line of said West 25 acres

654.20 feet to the Northeasterly corner of the parcel of land conveyed to

Fred J. Stewart and wife by Deed dated January 11, 1944, and recorded in

Book 1629, page 35 of Official Records; thence along the Northerly line of

said land conveyed to Stewart North 66°15'40" West 244.55 feet, and North

89°15' West 267.94 feet to the Northwest corner thereof, being a point on

the East line of the reservoir site of the Fallbrook Public Utility District,

as shown on Record of Survey Map No. 1071, distant thereon North 0°45' East

120 feet from the Southeast corner of said site; thence continuing along the

boundary line of said reservoir site as follows:  Northerly along a curve tan-

gent to the preceding bearing and having a radius of 110 feet through a central

angle of 36°01'30" for a distance of 69.17 feet to the beginning of a reverse

curve to the left having a radius of 90 feet; thence Northerly, Northwesterly

and Southwesterly along said curve, through a central angle of 170°00' for a

distance of 267.04 feet to the end thereof; thence South 46°46'30" West

tangent to said curve 91.07 feet; thence leaving the boundary line of said

reservoir site North 35°25'30" West 184.65 feet to a point in the center line

of United States Highway No. 395, which center line is on a curve concave to

the Northwest and having a radius of 900 feet, and the radial line through

said point bears South 21°34'50" East; thence Northeasterly along said curve

266.69 feet to the beginning of a compound curve, concave Northwesterly and

having a radius of 600 feet; thence Northeasterly along said curve 137.36 feet

to the end thereof; thence North 38°19'30" East tangent to said curve,

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17.  39 (cont'd)

64.46 feet to the North line of said Southwest Quarter of the Southeast

Quarter of Section Seventeen (17); thence along said North line South

89°55' East 420.27 feet to the point of beginning.

ALSO, all that portion of the Northwest Quarter of the Southeast Quarter

of Section Seventeen (17), Township Nine (9) South, Range Three (3) West,

San Bernardino Base and Meridian, lying South of the center line of U. S.

Highway No. 395, as shown on Map of Mission Road 1-C, as said road

existed on January 2, 1945, in the County of San Diego, State of California,

according to U. S. Government Survey approved September 11, 1879.

Owner:              HAMILTON, Etta (unmarried woman)


Parcel 93W-17.  40

That portion of the West Half of the Southeast Quarter of Section Seventeen

(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and

Meridian, described as follows:  BEGINNING at the Northeast corner of the

Southwest Quarter of the Southeast Quarter of said section; thence along the

East line South 0°52'20" West 442.35 feet to the Northeast corner of tract of

land conveyed to N. W. Tomlin and wife by deed recorded in Book 1999, page 273

Official Records of San Diego County; thence along the North line of said

Tomlin land South 89°55'30" West 471 feet; thence parallel with the East line of

the West Half of the Southeast Quarter North 0°52'20" East 522.67 feet to the

center line of Mission Road 1-C; thence along said center line South 67°57'

East 50.79 feet to the beginning of a curve concave Northerly having a radius

of 500 feet; thence Easterly along said curve 191.40 feet to the end thereof;

thence tangent to said curve South 89°53' East 236.38 feet to said East line of

the West Half of the Southeast Quarter; thence leaving said center line South

0°52'20" West along the East line of said West Haof of the Southeast Quarter

23.54 feet to the point of beginning.

Owners:           LAUGHLIN, Harvey N. (hus)
                  LAUGHLIN, Mildred (wf)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17.  44X1

That portion of the Southeast Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, according
to United States Government Survey thereof, described as follows:
BEGINNING at the Southeast corner of said  Southeast Quarter of the Southwest
Quarter, said point of commencement being also a point on the Southerly line
of that parcel of land conveyed to Harold W. Griffith, a married man, by
deed recorded January 28, 1944 in Book 1629, page 36 of Official Records;
thence along said Southerly line North 89°56' West 126.58 feet to the true
point of beginning.  Thence leaving said Southerly line North 0°32'20" East
668.08 feet to a point in the Northerly line of said Griffith's land that is
North 88°38'40" West (Record North 88°34'30" West) 289.00 feet therealong
from the Southwest corner of the reservoir site of the Fallbrook Public
Utility District; thence along the Northerly, Northwesterly, Westerly and
Southerly lines of said Griffith's land the following courses and distances:
North 88°38'40" West 122.85 feet to the center line of U. S. Highway No. 395,
being the beginning of a 200.0 foot radius curve concave Northwesterly, a
radial line of which bears North 64°12'30" West; Southwesterly along said
curve 220.81 feet;  South 3°15'40" West 558.98 feet; South 89°56' East
325.26 feet to the true point of beginning.


Owners:        GRIFFITH, Harold W. (hus)

               GRIFFITH, Mary E. (wf)

3035

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17,T9S, R3W)

## Parcel 93W-17, 44A

Those portions of the Southwest Quarter of the Southeast Quarter, and of
the Southeast Quarter of the Southwest Quarter of Section Seventeen (17),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows: BEGINNING at the Southwest corner of the Southwest Quarter of the
Southeast Quarter, said point of beginning being a point in the Southerly
line of parcel of land conveyed to Harold W. Griffith, a married man, by
deed recorded January 28, 1944 in Book 1629 at page 36 of Official Records;
thence along said Southerly line North 89°55'30" East 368.69 feet to the
Southeast corner of Griffith's land; thence along the Easterly and Northerly
lines of said land the following courses and distances: North 00°52'20" East
658.15 feet; North 89°15' West 210.00 feet; and North 88°38'40" West to a
point that is distant 289.00 feet from the Southwest corner of reservoir site
of Fallbrook Public Utility District; thence leaving the Northerly line
South 00°32'20" West 668.08 feet to a point in the Southerly line of said
Griffith's land that is distant thereon North 89°56' West 126.58 feet from the
point of beginning; thence South 89°56' East along said Southerly line to the
point of beginning.

Owners:      CASPER, Loren L. (hus)

             CASPER, Marian K. (wf)

             BANK OF AMERICA (TDTr)

             GRIFFITH, Henry C. (un/m)(TDBen)

3036

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17.  45

All that portion of the Southeast Quarter of the Southwest Quarter, and of
the Southwest Quarter of the Southeast Quarter of Section Seventeen (17),
Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Southwest  corner of said Southwest Quarter of the
Southeast Quarter; thence along the South line of said Southwest Quarter of the
Southeast Quarter North 89°56'30" East 159.79 feet; thence North 0°45' East
661.17 feet to the Southwest corner of reservoir site of Fallbrook Public
Utility District, being the true point of beginning.  Thence, along the
Westerly boundary of said reservoir site North 0°45' East 210 feet, and
North 46°46'30" East 42.00 feet to the Southwesterly corner of parcel of
land conveyed to Hamilton by deed recorded in Book 2081 at page 307 of the
Official Records of San Diego County; thence along the Southwesterly boundary
of said Hamilton land North 35°25'30" West 184.65 feet to the center line of
U. S. Highway No. 395, which is a curve concave to the Northwest having a
radius of 900 feet, the radial line through said point of intersection bears
South 21°34'50" West; thence Southwesterly along said curve 33.86 feet to a
point of reverse curve; thence Southwesterly along a curve concave to the
Southeast having a radius of 400 feet, a distance  of 312.65 feet to the
end of said curve; thence on a tangent to said curve South 25°51' West 182.06
feet to the Northwesterly line of tract of land conveyed to Griffith by deed
recorded in Book 1629 at page 36 of Official Records of San Diego County;
thence along said North line South 88°34'30" East 411.85 feet to the true point
of beginning.

Owners:          JOHNSON, Arthur W. (hus)

                 JOHNSON, Melena M. (wf)

3037

ASSESSOR's MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 46

That portion of the Southwest Quarter of the Southeast Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at a point South 89°55'30" West 368.39 feet from the Southwest corner of said Southwest Quarter of the Southeast Quarter; thence North 0°52'20" East 658.15 feet to the true point of beginning. Thence North 0°45' East 120 feet to the beginning of a curve concave Northeasterly having a radius of 110 feet; thence along said curve 69.17 feet to the beginning of a reverse curve to the left having a radius of 90 feet; thence Northerly, Northwesterly and Southwesterly along said curve a distance of 267.04 feet to the end thereof; thence South 46°46'30" West tangent to said curve 133.07 feet; thence South 0°45' West 210 feet; thence South 88°34'30" East 210 feet to the true point of beginning.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT

3C33

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 47

That portion of the North Half of the Southwest Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows: BEGINNING at the West quarter corner of Section Seventeen (17);
thence South 0°42'40" East along the West line thereof 542.19 feet, said
point being Northerly 126.26 feet from the Southwest corner of the Northwest
Quarter of the Northwest Quarter of the Southwest Quarter of said section;
thence along a line parallel to and distant Northerly 126.26 feet from the
South line of said Northwest Quarter of the Northwest Quarter of the
Southwest Quarter, South 89°48' East 690.87 feet to a point in the East line
of said Northwest Quarter of the Northwest Quarter of the Southwest Quarter;
thence along said East line and the East line of the Southwest Quarter of
the Northwest Quarter of the Southwest Quarter of said Section Seventeen (17)
South 0°13'50" East 659.20 feet; thence leaving said East line North 31°07' East
193.82 feet; thence South 84°00'30" East 75.25 feet; thence North 17°17'40"
East 162.06 feet; thence North 57°21'45" East 281.89 feet; thence North
74°23'30" East 244.72 feet; thence North 9°23' East 87.22 feet; thence North
59°12' East 377.81 feet to a point in the East line of the West Half of the
West Half of the Northeast Quarter of the Southwest Quarter of Section Seven-
teen (17); thence along said East line North 0°29'25" East 386.28 feet to a
point in the East and West center line of said section 17;  thence along said
East and West center line North 89°45'45" West 1738.55 feet to the point of
beginning.

Owners:         PFAU, Zeno J. (hus)

                PFAU, Georgiette M. (wf)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 48 and 57

All of the Southwest Quarter of the Northwest Quarter of the Southwest
Quarter of Section Seventeen (17); and the South 126.26 feet of the
Northwest Quarter of the Northwest Quarter of the Southwest Quarter
of Section Seventeen (17), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian.  ALSO, that portion of the Southwest
Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County
of San Diego, State of California, described as follows:  BEGINNING 20 feet
East and 1336.80 feet North of the Southwest corner thereof; thence South
88°52' East 502.60 feet; thence South 4°44' East 146.20 feet; thence North
88°52' West 515.34 feet to a point distant 20 feet East of the West line
and  145.45 feet South of the point of beginning; thence North 145.45 feet
to the point of beginning.  EXCEPTING from the first two above described
parcels  that portion of the West Half of the Northwest Quarter of the
Southwest Quarter  of Section Seventeen (17), described as follows:
BEGINNING at the Northwest corner of the Southwest Quarter of the Northwest
Quarter of the Southwest Quarter of said section; thence along the West line
South 0°42'40" East 148.60 feet; thence South 89°48' East 431.34 feet; thence
North 0°42'40" West 274.86 feet to the North line of the South 126.26 feet
of the Northwest Quarter of the Northwest Quarter of the Southwest Quarter;
thence along said North line North 89°48' West 431.34 feet to the West line
of Section Seventeen (17); thence South 0°42'40" East 126.26 feet to the
point of beginning.

Owners:      SMILEY, Jane Hillweg (m/w)

             UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

             DAVIS, William N. (m/m)(TDBen)

3040

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,  49 and 56

All that portion of the West Half of the Northwest Quarter of the Southwest

Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3)

West, San Bernardino Base and Meridian, in the County of San Diego, State

of California, described as follows:  BEGINNING at the Northwest corner of

the Southwest Quarter of the Northwest Quarter of the Southwest Quarter of

said section; thence along the West line South 0°42'40" East 148.60 feet;

thence South 89°48' East 431.34 feet; thence North 0°42'40" West 274.86 feet

to the North line of the South 126.26 feet of the Northwest Quarter of the

Northwest Quarter of the Southwest Quarter; thence along said North line

North 89°48' West 431.34 feet to the West line of Section Seventeen (17);

thence South 0°42'40" East 126.26 feet to the point of beginning.

Owners:        LOVETT, Harry, Jr. (hus)

               LOVETT, Gertrude Carolyn (wf)

               THE FARMERS AND MERCHANTS NATIONAL BANK OF LOS ANGELES (TDTr)

               SMILEY, Jane Hillweg (m/w)(TDBen)

3042

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17 -- 50, 53, 55, 60, 61, 62, and 63X1

These portions of the Southeast Quarter of the Northwest Quarter of the
Southwest Quarter and of the West Half of the West Half of the Northeast
Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine
(9) South, Range Three (3) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, described as follows:

BEGINNING at a point South 89°50'30" East 163.50 feet from the Southwest corner
of the Southeast Quarter of the Northwest Quarter of the Southwest Quarter
of said section, which said point is also in the East-West center line of
Section Seventeen (17); thence along said East-West center line 78.04 feet;
thence North 44°39'30" East 326.09 feet to the beginning of a curve; thence
Northeasterly, Easterly, and Southeasterly along said curve 163.45 feet to
the end thereof; thence South 72°54'30" East 146.82 feet; thence North 56°32'
East 50 feet; thence North 79°09'50" East 234.39 feet to a point on the
Easterly line of the West Half of the West Half of the Northeast Quarter of
the Southwest Quarter of Section 17, which point is North 0°29'25" East
320.45 feet from the Southeast corner of said West Half of the West Half;
thence North 0°29'25" East along said Easterly line 627.34 feet; thence South
59°13'45" West 377.54 feet; thence South 9°23' West 87.27 feet; thence
South 74°23'30" West 244.72 feet; thence South 57°21'45" West 281.89 feet;
thence South 17°17'40" West 162.06 feet; thence North 84°00'30" West 75.25
feet; thence South 31°07' West 128.82 feet; thence South 34°18'50" West
231.40 feet to the point of beginning.

ALSO, BEGINNING at the Southeast corner of the West Half of the West Half
of the Northeast Quarter of the Southwest Quarter of said Section Seventeen (17),
said point being North 89°50'30" West 1026.30 feet from the Southeast corner
of the Northeast Quarter of the Southwest Quarter of said section; thence
North 0°29'25" East along said East line of said West Half of the West Half
220.45 feet; thence South 38°57'30" West 125.62 feet; thence North 60°78' West
215.34 feet; thence South 9°29'20" West 50 feet; thence South 6°59'20" East
180.24 feet to a point on the East-West center line of the Southwest Quarter;
thence South 89°50'30" West along said center line 250.76 feet to point of beginning.

OWNERS:        DAVIS, William N. (sep prop)
               DAVIS, Mary E. (wf)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 51

All that portion of the North Half of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the East-West center line of the South-
west Quarter distant thereon South 89°50'30" East 605.34 feet from the South-
west corner of the Southeast Quarter of the Northwest Quarter of the South-
west Quarter of said section; thence North 16°42'40" West 279.83 feet to
a point in a curve; thence Easterly along said curve 98.45 feet; thence
South 72°54'30" East 146.82 feet; thence South 9°29'20" West 500 feet;
thence South 6°59'20" East 180.24 feet; thence North 89°50'30" West
170.20 feet to the point of beginning.

Owners:        HUNTER, C. M. (hus)

               HUNTER, Ella J. (wf)

32

3043

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)


**Parcel 93W-17,    52 and 72**

That portion of the North Half of the Southwest Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at a point on the East-West center line of the South-
west Quarter, distant South 89°50'30" East 241.54 feet from the Southwest
corner of the Southeast Quarter of the Northwest Quarter of the Southwest Quarter;
thence North 44°39'30" East 326.09 feet to the beginning of a tangent curve to
the right having a radius of 150 feet; thence Northeasterly along said curve
through a central angle of 24°49'36" a distance of 65.0 feet; thence South
16°42'40" East 279.83 feet to a point on the East-West center line of the
Southwest Quarter of Section 17, distant thereon South 89°50'30" East 363.80
feet from the point of beginning; thence North 89°50'30" West along said center
line 363.80 feet to said point of beginning.

ALSO that portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, described as follows:  BEGINNING at a point on the Northerly
line of said Southwest Quarter of the Southwest Quarter of said section, dis-
tant thereon South 89°50'30" East 522.60 feet from the Northwest corner of
said Southwest Quarter of the Southwest Quarter, said point being the Northeast
corner of tract of land conveyed to William N. Davis and wife by deed dated
August 26, 1941 and recorded in Book 1260 at page 68, Official Records; thence
continuing along said Northerly line South 89°50'30" East 403.14 feet to the
Northerly terminus of the center line of a 40-foot strip of land described
in Parcel 2 of Deed to C. M. Hunter and wife, dated November 29, 1951, and
recorded in Book 4327 at page 382 of Official Records of San Diego County,
the true point of beginning.   Thence, continuing along said Northerly line
South 89°50'30" East 143.06 feet to the Northwest corner of parcel of land
conveyed to Joel C. Burnell and wife by deed recorded in Book 1731 at
page 133 of Official Records of San Diego County;

33

3044

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 52 and 72  (cont'd)

thence South 0°09'30" West along the West line of said parcel 310.22 feet
to a corner therein; thence leaving said Westerly line South 0°09'30"
West 12.05 feet; thence North 89°25'54" West 176.40 feet to intersection
with the center line of strip described in parcel 2 in deed to Hunter,
referred to above, at a point distant therealong South 6°05' West 322.94
feet from the true point of beginning; thence North 6°05' East along
said center line 322.94 feet to the true point of beginning.

Owners:        WIATT, G. Edward (hus)

               WIATT, Berenice M. (wf)

Parcel 93W-17, 53

Included with Parcels 93W-17, 50,

Parcel 93W-17, 54

Included with Parcel 93W-17, 71A.

Parcel 93W-17, 55

Included with Parcel 93W-17, 50.

Parcel 93W-17, 56

Included with Parcel 93W-17, 49.

Parcel 93W-17, 57

Included with Parcel 93W-17, 48.

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,  58 and 59

All of the East Half of the West Half of the Northeast Quarter of the
Southwest Quarter, and all of the East Half of the  Northeast Quarter of
the Southwest Quarter of Section Seventeen (17), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

Owners:          KAUFMAN, Claire (m/w)

                 KAUFMAN, Sam


Parcel 93W-17,  60

Included with Parcel 93W-17, 50.


Parcel 93W-17.  61

Included with Parcel 93W-17,  50


Parcel 93W-17.  62

Included with Parcel 93W-17,  50


Parcel 93W-17.  63X1

Included with Parcel 93W-17,  50

35

2046

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   63A

That portion of the North Half of the Southwest Quarter of Section Seventeen

(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base

and Meridian, in the County of San Diego, State of California, described

as follows:  BEGINNING at a point in the East line of the West Half of

the West Half of the Northeast Quarter of the Southwest Quarter, distant

North 0°29'25" East 220.45 feet from the East-West center line of said

Southwest Quarter; thence continuing along said East line North 0°29'25"

East 100 feet; thence South 79°09'50" West 234.39 feet; thence South

56°32' West 50 feet to the center line of cul-de-sac shown as Easterly

terminus of road easement on Record of Survey 2601;  thence South 60°28' East

215.34 feet; thence North 38°57'30" East 125.62 feet to the point of

beginning.

Owners:        BRANDENBURG, Arthur Paul (hus)

               BRANDENBURG, Peggy L. (wf)

               BANK OF AMERICA (TDTr)

               DAVIS, W. N. (m/m)(sep prop)(TDBen)

               BANK OF AMERICA (TDTr)

               DAVIS, William N. (m/m)(sep prop)(TDBen)

36

3047

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17.   64

All that portion of the Southeast Quarter of the Southwest Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  BEGINNING at a point on the North line of
Southeast Quarter of the Southwest Quarter, distant thereon North 89°50'30"
West 652.39 feet from the Northeast corner of said Southeast Quarter of the
Southwest Quarter, said point of beginning being the most Westerly corner
of tract of land conveyed to Lincoln Rogers by deed recorded in Book 1629
at page 31, Official Records of San Diego County; thence North 89°50'30" West
along said North line of the Southeast Quarter of the Southwest Quarter of said
section 409.32 feet; thence South 671.67 feet to the center line of U. S. High-
way 395; thence South 79°58'30" East along said center line 584.25 feet to
the beginning of a tangent curve therein, concave Northwesterly and having
a radius of 200 feet;  thence Easterly and Northeasterly along said curve
through a central angle of 74°14' for a distance of 259.12 feet; thence
North 25°47'30" East tangent to said curve and along said center line,
101.84 feet to the most Southerly corner of aforementioned Rogers' land;
thence along the Southwesterly line of said land North 47°03' West 425.74 feet;
thence North 22°03' West 302.59 feet to the point of beginning.

Owners:
MORGAGNI, Medardo (hus)    )
MORGAGNI, Iride (wf)       )   Undivided one-half interest
                           )
RAVAIOLI, Dante (hus)      )
RAVAIOLI, Lillie Mae (wf)  )   Undivided one-half interest

3048

ASSESSOR'S MAP FOR
AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

### Parcel 93W-17,  65X2

All that portion of the Southeast Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southwest corner of Section Seventeen (17); thence along the South line thereof South 89°56' East 1470.98 feet to the Southwest corner of tract of land conveyed to John A. Marsh and wife by deed recorded in Book 1629 at page 33 of Official Records of San Diego County; thence along the Westerly line of said Marsh land North 2°23' East 325.25 feet; thence South 88°49'50" East 395 feet to the true point of beginning, said point being also the Southeast corner of land conveyed to Walter S. Gates and wife by deed recorded in Book 6500 at page 452, Official Records of San Diego County; thence North 2°23' East 304 feet, more or less, to a point in the center line of U. S. Highway 395, distant thereon South 79°58'30" East 411.16 feet from the end of a curve concave to the South having a radius of 4000 feet, being the Northwesterly corner of said Marsh land; thence along said center line South 79°58'30" East 347.07 feet to the beginning of a curve concave to the Northwest having a radius of 200 feet; thence Easterly along said curve 38.31 feet to a point distant Southwesterly along the center line of said curve 220.81 feet from the end thereof, being the Northeast corner of said Marsh land; thence along the Easterly line of said Marsh land South 3°15'40" West 248.40 feet to a line which bears South 88°49'40" East from the true point of beginning; thence North 88°49'40" West 378.76 feet to the true point of beginning.

Owners:            DAVIS, Clyde W. (hus)

                   DAVIS, Ivah M. (wf)

                   CORPORATION OF AMERICA (TDTr)
                   BANK OF AMERICA (TDBen)

                   BANK OF AMERICA (TDTr)
                   GARDNER, Clarence H. (hus)(TDBen)
                   GARDNER, Kathryn S. (wf)(TDBen)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   65A and 65B.

That portion of the Southeast Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Southwest corner of Section Seventeen
(17); thence along the South line thereof South 89°56' East 1470.98 feet to
the Southwest corner of tract of land conveyed to John A. Marsh and wife by
deed recorded in Book 1629 at page 33, Official Records of San Diego County;
thence along the West line of Marsh land North 2°23' East 325.25 feet to
the Southwest corner of tract of land conveyed to Clyde W. Davis and wife
by deed recorded in Book 3054 at page 125, Official Records of San Diego
County, said corner being the true point of beginning.  Thence along the South
line of said Davis land South 89°49'40" East 395.00 feet; thence parallel
with the West line of Marsh land North 2°23' East 304.00 feet, more or less,
to a point on the Northerly line of said Marsh land, being also a point in
the center line of U. S. Highway 395; thence along said center line
North 79°58'30" West 398.45 feet to the Northwest corner of said Marsh land;
thence along the West line thereof South 2°23' West 365.33 feet to the true
point of beginning.

Owners:          GATES, Walter S. (hus)

                 GATES, Faith M. (wf)

                 CORPORATION OF AMERICA (TDTr)

                 BANK OF AMERICA (TDBen)

                 BANK OF AMERICA (2dTDTr)

                 GARDNER, Clarence H. (hus)(2dTDBen)

                 GARDNER, Kathryn S. (wf)(2dTDBen)

39

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   66

All that portion of the Southeast Quarter of the Southwest Quarter of
Section Seventeen (17), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  BEGINNING at a point in the South
line of Section Seventeen (17), distant thereon South 89°56' East
1470.98 feet from the Southwest corner of said section; thence along the
Westerly line of land conveyed to John A., & Dorothy B. Marsh by deed
recorded in Book 1629 at page 33, Official Records of San Diego County,
North 2°23' East 325.25 feet; thence South 88°49'40" East 773.36 feet to
the Easterly line of said land of Marsh; thence along the Easterly line of said
land of Marsh South 3°15'40" West 310.58 feet to the South line of Section
Seventeen (17); thence along said South line North 89°56' West 769.20 feet
to the point of beginning.

Owner:        STRAIN, Frances M. (widow)

40

3051

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   67

All that portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point 20 feet East and 1336.80 feet North of the
Southwest corner of said section; thence South 88°52' East 502.60 feet;
thence South 4°44' East 146.20 feet to the Northeast corner of parcel con-
veyed to H. A. Croonquist and wife by deed recorded December 20, 1949 in
Book 3435 at page 417, Official Records of San Diego County, said point being
the true point of beginning.  Thence continuing South 4°44' East 127.66 feet
to the Easterly prolongation of the Northerly line of parcel of land conveyed
to Lillian H. Woody by deed recorded February 6, 1951 in Book 3973 at page
100, Official Records of San Diego County; thence North 89°50'30" West
526.47 feet to the Westerly line of said Croonquist land; thence North along
said West line 127 feet to the Northwest corner of said land; thence
South 88°52' East along the Northerly line 515.34 feet to the true point of
beginning.

Owners:          SIEVERS, Linden H. (hus)

SIEVERS, Betty Ann (wf)

WEBER, Edward John, an employee of Loan Guaranty Division,
   Veterans Administration Regional Office, San Diego 12,
   California (TDTr)

GRAY, Carl R., Jr., as Administrator of Veterans Affairs,
   and his successors in office (TDBen)

UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

GARLINGHOUSE, Jennings W. (hus)(TDBen)

GARLINGHOUSE, Mary Elizabeth (wf)(TDBen)

41

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,    68

That portion of the Southwest Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southwest corner of said Section Seventeen (17); thence along the West  line of said section North 0°42'40" West 1064.45 feet; thence South 89°50'30" East 20.00 feet to the true point of beginning. Thence continuing South 89°50'30" E East 259.03 feet; thence South 0°42'40" East 209.37 feet to the Northeast corner of parcel of land conveyed to Heis and wife by deed recorded in Book 3303 at page 44, Official Records of San Diego County; thence North 89°50'30" West along the North line of land so conveyed 259.03 feet to the Northwest corner thereof, being a point in a line parallel with and 20 feet East of the said West line of Section Seventeen (17); thence along said parallel line North 0°42'40" West 209.37 feet to the true point of beginning.

Owner:          FAY, John A. (single man)


Parcel 93W-17,    69

That portion of the Southwest Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southwest corner of said section; thence along the West line Northwest 1064.45 feet; thence South 89°50'30" East 279.03 feet to the true point of beginning.  Thence South 89°50'30" East 130 feet; thence South 8°52'10" East 424.23 feet to the center line of Mission Road 1-C; thence South 71°16'30" West along said center line 198.66 feet; thence Southwesterly along a curve in said center line; thence North 0°42'40" West 483.77 feet to the true point of beginning.

Owners:         ACKLES, Gerald W. (hus)

                ACKLES, Ellen V. (wf)

3053

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,  70X1

All that portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southwest corner of Section Seventeen (17);
thence North 0°42'40" West along the West line of said section 1064.52 feet;
thence South 89°50'30" East 409.03 feet to the true point of beginning, being
the Northeast corner of parcel of land conveyed to Gerald W. Ackles and wife
by deed dated J u n e 28, 1951 and recorded in Book 4177 at page 349 of
Official Records of San Diego County; thence continuing South 89°50'30" East
100.00 feet;  thence South 8°50'10" East 391.42 feet to a point in the center
line of Mission Road 1-C; thence South 76°16'30" West along said center line
100 feet, more or less, to intersection with the Southerly prolongation of
the Easterly line of said land conveyed to Ackles; thence North 8°52'10" West
along said Southerly prolongation and said Easterly line 424.23 feet, more
or less, to the true point of beginning. EXCEPTING that portion lying
within the right of way of said Mission Road 1-C.

Owner:          HEKMAN, George (single man)


Parcel 93W-17,  70A

All that portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southwest corner of said section; thence along
the West line thereof North 0°42'40" West 1064.45 feet; thence South 89°50'30"
East 409.03 feet to the Northeast corner of parcel of land conveyed to Gerald
W. Ackles and wife by deed recorded June 28, 1951 in Book 4177 at page 349,
Official Records of San Diego County; thence continuing South 89°50'30" East
100 feet to the true point of beginning.  Thence South 89°50'30" East 37.44
feet to the Easterly line of tract of land conveyed to H. A. Croonquist  and
wife by deed recorded December 20, 1949 in Book 3435 at page 417, Official

43

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   70A

Records of San Diego County; thence South 4°44' East along said Easterly line (South 5°42'30" East on Record of Survey Map 2496) 75.94 feet to an angle point thereon; thence South 32°11' East (South 33°09'30" East on said map) along said Easterly line and along the Southerly extension thereof 309.28 feet to its intersection with the center line of State Highway known as Mission Road 1-C as shown on said licensed surveyor's map 2496; thence along said center line South 71°16'30" West 162.60 feet to a line which bears South 8°50'10" East from the true point of beginning; thence North 8°50'10" West 391.42 feet to the true point of beginning. EXCEPTING therefrom that portion included within the right of way of Mission Road 1-C.

Owners:          BROWN, George Wesley (hus)

                 BROWN, Armilda Loraine (wf)


Parcel 93W-17,   71X1

That portion of the Southwest Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point on the Northerly line of said Southwest Quarter of the Southwest Quarter of said section, distant thereon South 89°50'30" East 522.60 feet from the Northwest corner of said Southwest Quarter of the Southwest Quarter, said point being the Northeast corner of tract of land conveyed to William N. Davis and wife; thence continuing along said Northerly line of Davis' land South 89°50'30" East 403.14 feet to the Northerly terminus of the center line of a 40-foot strip of land described in parcel 2 in deed to Hunter; thence South 6°05' West along said center line 342.28 feet to an angle point in the Westerly line of tract of land conveyed to Cope and wife, being the true point of beginning. Thence North 72°33'30" West 65.52 feet to an angle point therein; thence North 43°46'30" West

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   71X1  (cont'd)

205.20 feet to an angle point therein; thence North 79°04'30" West 153.50
feet to the West line of land conveyed to Croonquist and wife; thence
along said Westerly line of said land South 5°42'30" East 203.60 feet to
an angle point therein; thence continuing along said West line and its
Southerly prolongation South 33°09'30" East 309.28 feet to the center line
of U. S. Highway 395; thence along said center line North 71°16'30" East
82.57 feet to the beginning of a tangent curve to the South in said center
line having a radius of 300 feet; thence Easterly along said curve a distance
of 19.93 feet to the Southwesterly corner of land conveyed to Cope and wife;
thence North 18°05' East along the Westerly line of said Cope's land 242.21
feet to an angle point therein; thence North 72°33'30" West 19.34 feet to
the true point of beginning.

Owners:               BOEN, Louis (hus)

                      BOEN, Lora (wf)

                      BANK OF AMERICA (TDTr)

                      WALLER, N. A. (hus)(TDBen)

                      WALLER, Ethel R. (wf)(TDBen)


Parcel 93W-17.   71A and 54

That portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the Northerly line of said Southwest
Quarter of the Southwest Quarter of said section, distant South 89°50'30" East
522.60 feet from the Northwest corner thereof; thence South 89°50'30" East
403.14 feet; thence South 6°05' West 342.28 feet; thence North 72°33'30" West
62.52 feet; thence North 43°46'30" West 205.20 feet; thence North 79°04'30"
West 153.50 feet; thence North 5°42'30" West 146.20 feet to the point of
beginning.  ALSO, that portion of the Southeast Quarter of the Northwest

45                              5056

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,  71A and 54  (cont'd)

Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9)

South, Range Three (3) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California, described as follows:  BEGINNING at the

Southwest corner of the Southeast Quarter of the Northwest Quarter of the

Southwest Quarter of said Section Seventeen (17); thence North 0°13'50" West

135.03 feet; thence North 31°07' East 65 feet; thence South 34°18'30" East

231.40 feet; thence North 89°50'30" West 163.50 feet to the point of beginning.

Owners:          LEE, Karl D. (hus)

                 LEE, Dorothy Louise (wf)

                 BANK OF AMERICA (TDTr)

                 BOEN, Louis (hus)(TDBen)

                 BOEN, Lora (wf)(TDBen)

                 FALLBROOK LUMBER COMPANY (Mtgee)

Parcel 93W-17,   72

Included with Parcel 93W-17,   52.

46

3057

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   73

    All that portion of the South Half of the Southwest Quarter of Section Seven-
teen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the North line of said South Half of the
Southwest Quarter of said section, distant thereon North 89°50'30" West
1061.71 feet from the Northeast corner thereof; thence South 671.67 feet to
the center line of U. S. Highway 395; thence North 79°58'30" West along said
center line 173.98 feet to the beginning of a tangent curve  therein concave
Southerly and having a radius of 4000 feet; thence Westerly along said curve
180.35 feet; thence North 82°33'30" West tangent to said curve and along said
center line 122.34 feet to the Southeast corner of tract of land conveyed to
William N. Davis and wife by deed dated June 1, 1944 and recorded in Book
1683 at page 388, Official Records of San Diego County; thence along the
boundary of tract of land so conveyed North 00°09'30" East 272.70 feet;
North 82°50'30" West 138.10 feet; and North 00°09'30" East 310.22 feet to the
Northeast corner of said tract of land, being the North line of said South
Half of the Southwest Quarter of Section Seventeen (17); thence South
89°50'30" East along said North line 606.29 feet to the point of beginning.

Owners:        MONFORT, Gordon W. (hus)

                MONFORT, Ruth B. (wf)

                LAND TITLE INSURANCE COMPANY (TDTr)

                BURNELL, Joel C. (hus)(TDBen)

                BURNELL, Louise E. (wf)(TDBen)

                TITLE INSURANCE AND TRUST COMPANY (TDTr)

                WHELDEN, Charles M. (hus)(TDBen)

                WHELDEN, Grace (wf)(TDBen)

3058

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17.   74

That portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the Northerly line of the Southwest
Quarter of the Southwest Quarter, distant thereon South 89°50'30" East
522.60 feet from the Northwest corner of said quarter quarter, said point
being the Northeast corner of land conveyed to Davis by deed recorded
August 26, 1941 in Book 1260 at page 68, Official Records of San Diego County;
thence continuing along said Northerly line South 89°50'30" East 403.14 feet
to the Northerly terminus of the center line of a 40-foot strip of land
described in parcel 2 of deed to Hunter, recorded November 20, 1951 in Book
4327 at page 382, Official Records of San Diego County; thence South 6°05' West
along said center line 322.94 feet to the true point of beginning.  Thence,
continuing South 6°05' West along said center line 19.34 feet;  thence South
72°33'30" East 10.00 feet; thence South 18°05' West 242.21 feet to a point
in the center line of U. S. Highway 395, said point being in a curve concave
Southerly and having a radius of 300 feet, a radial line to said curve at
said last mentioned point bears South 14°55'05" East; thence Easterly along
said curve and center line through a central angle of 22°21'35" an arc
distance of 117.08 feet to the end of said curve;  thence along said center line
tangent to said last mentioned curve South 82°33'32" East 266.54 feet; thence
leaving said center line North 0°09'30" East 272.70 feet; thence North
89°50'30" West  138.10 feet; thence South 0°09'30" West 12.05 feet; thence
North 89°25'54" West 176.40 feet to the true point of beginning.

Owners:                    CALDWELL, Jack W. (hus)
                           CALDWELL, Ellen A. (wf)

                           BANK OF AMERICA (TDTr)
                           WALLER, N. A. (hus)(TDBen)
                           WALLER, Ethel R. (wf)(TDBen)

                           BANK OF AMERICA (TDTr)
                           COPE, Jack J. (hus)(TDBen)
                           COPE, Octovan P. (wf)(TDBen)

3059