ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)


Parcel 93W-17,   75

That portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southwest corner of Section Seventeen (17);
thence along the South line thereof South 89°56' East 994.78 feet; thence
North 23°45'20" West 488.78 feet to the true point of beginning.  Thence
North 23°45'20" West 296.64 feet to the center line of Mission Road 1-C;
thence along said center line North 71°16'30" East 115.88 feet to the beginning
of a curve concave Southerly having a radius of 300 feet; thence Easterly
along said curve 137.01 feet to the end thereof; thence on a tangent to said
curve South 82°33'30" East 243.39 feet to the Northwest corner of tract of
land conveyed to Virgil B. Dew by deed recorded in Book 2783 at page 377,
Official Records of San Diego County; thence along the Westerly line of said
land of Dew South 2°23' West 291.15 feet to a line which bears South 89°56'
East from the true point of beginning; thence North 89°56' West 354.65 feet
to the true point of beginning.


Owners:        EUBANKS, Hale B. (hus)

               EUBANKS, Marjorie H. (wf)

               LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

               SECURITY FIRST NATIONAL BANK OF SAN DIEGO (TDTr)

49

3060

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   76

That portion of the South Half of the Southwest Quarter of Section Seventeen
(17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, described as
follows:  BEGINNING at the Southwest corner of said Section Seventeen (17);
thence along the South line thereof South 89°56' East 994.78 feet; thence
North 23°45'20" West 785.42 feet to the center line of Mission Road 1-C;
thence along said center line North 71°16'30" East 115.88 feet to the beginning
of a curve concave to the South and having a radius of 300 feet; thence
Easterly along said curve 137.01 feet to the end thereof; thence on a tangent
to said curve South 82°33'30" East 243.39 feet to the true point of beginning.
Thence South 2°23' West 738.67 feet to the South line of said Section Seventeen
(17); thence along said South line South 89°56' East 337.05 feet to the
Southeast corner of parcel of land conveyed to Allmon by deed recorded in
Book 1958 at page 385, Official Records of San Diego County; thence along the
Easterly line of Allmon land North 2°23' East 690.58 feet to said center line
of Mission Road 1-C; thence along said center line North 79°58'30" West
12.71 feet to the beginning of a curve concave to the South and having a
radius of 4000 feet; thence Westerly along said curve 180.32 feet to the
end thereof; thence on a tangent to said curve North 82°33'30" West 145.49
feet to the true point of beginning.

Owners:          DREHER, Amos C. (hus)

                 DREHER, Jeanette E. (wf)

8061

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,  77

All that portion of the Southwest Quarter of the Southwest Quarter of Section Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at a point in the South line of Section Seventeen (17), distant thereon South 89°56' East 994.78 feet from the Southwest corner thereof; thence North 23°45'20" West 488.78 feet to the Southwest corner of parcel of land conveyed to Hale B. Eubanks and wife by deed recorded July 19, 1950 in Book 3735 at page 278, Official Records of San Diego County; thence South 89°56' East along the South line of said land 354.65 feet to the Westerly line of land conveyed to Virgil B. Dew by deed  dated March 23, 1948, recorded in Book 2783 at page 377, Official Records of San Diego County; thence South 2°23' West along the Westerly line of said Dew's land 447.52 feet to the aforementioned South line of said Section Seventeen (17); thence North 89°56' West along said South line 139.15 feet to the point of beginning.


Owners:          BRAND, Frank J. (hus)

                 BRAND, Mabel E. (wf)

3062

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17,   78

The East 259.03 feet of the West 279.03 feet of the Southwest Quarter of the
Southwest Quarter of Section Seventeen (17), Township Nine (9)  South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, lying Northerly of the North line of Mission
Road 1-C, EXCEPTING therefrom the Northerly 481.82 feet thereof.

Owners:                     HEIS, Neal S. (hus)

                            HEIS, Thelma G. (wf)

                            BANK OF AMERICA (TDTr)

                            REGAL DISTRIBUTORS, INC. (TDBen)

Parcel 93W-17,   79

That portion of the Southwest Quarter of the Southwest Quarter of Section
Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southwest corner of Section Seventeen (17);
thence along the South line thereof South 89°56' East 994.78 feet; thence
North 23°45'20" West 785.42 feet to the center line of U. S. Highway 395;
thence along said center line South 71°16'30" West 427.96 feet to the beginning
of a curve concave Southeasterly having a radius of 300 feet; thence South-
westerly along said curve 112.05 feet to the end thereof; thence tangent to
said curve South 49°52'20" West 236.32 feet to the West line of Section Seven-
teen (17); thence along said West line South 0°42'40" East 371.30 feet/to the point of
beginning.  EXCEPTING therefrom that portion described as follows:
BEGINNING at a point in the South line of Section Seventeen (17) distant
South 89°56' East 503.54 feet from the Southwest corner of said section;
thence continuing along said South line South 89°56' East 141.24 feet;
thence North 24°39' East 175.55 feet; thence North 29°34' West 124.56 feet;
thence North 89°40' West 136.44 feet;
thence South 27°53' West 72.10 feet; thence South 29°23' East 114.46 feet;

52

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 17, T9S, R3W)

Parcel 93W-17, 79 (cont'd)

thence South 20°21' West 112.12 feet to the point of beginning.  The

above described property also includes that portion of the Southeast

Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine

(9) South, Range Three (3) West, San Bernardino Base and Meridian, lying

Southeasterly of U. S. Highway 395.

Owners:          OLIVER, Charles A. (hus)

                 OLIVER, Bertha H. (wf)


Parcel 93W-17, 80

That portion of the Southwest Quarter of the Southwest Quarter of Section

Seventeen (17), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, described as follows:    BEGINNING at a point in the South

line of Section Seventeen (17), distant South 89°56' East 503.54 feet from

the Southwest corner of said section; thence continuing along said South

line South 89°56' East 141.24 feet; thence North 24°39' East 175.55 feet;

thence North 29°34' West 124.56 feet; thence North 89°40' West 136.44 feet/
thence South 27°53' West 72.10 feet;

thence South 29°23' East 114.46 feet; thence South 20°21' West 112.12 feet

to the point of beginning.

Owners:          BESSE, Walter J., Jr. (sep prop)

                 BESSE, Marie M. (widow)

53

3064

$y$- 14F 7-C

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18,   1

All of the Northwest Quarter of the Northwest Quarter of Section Eighteen
(18), and the North 615 feet of the East 40 feet of the Southwest Quarter
of the Northwest Quarter of Section Eighteen (18), Township Nine (9) South,
Range Three (3) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California.

Owners:      MOTT, Milton (hus)

             MOTT, Edith (wf)

             HILBERT, William R. (hus)

             HILBERT, Lucile M. (wf)

             BANK OF AMERICA (TDTr)

             LEADBEATER, Mavis L. (formerly Mavis L. Mount)(TDBen)

Parcel 93W-18,   2

All of the North Half of the Northeast Quarter of the Northwest Quarter of
Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Ber-
nardino Base and Meridian, in the County of San Diego, State of California.

Owners:      HUSTED, William C. (hus)

             HUSTED, Virginia M. (wf)

             SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

             MARGETTS, Cyril G.   (TDBen)

             MARGETTS, Gordon    (TDBen)

             EDDY, Belle J. (TDBen)

$Ex$ 214-B

Interlocutory Judgment No. 9A
Exhibit G   3065

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHED
(Section 18, T9S, R3W)

Parcel 93W-18,   3X1



The South Half of the South Half of the Northeast Quarter of the Northwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:          GRAHAM, Harold L. (hus)
                 GRAHAM, Thresa A. (wf)


Parcel 93W-18,   3A



The North Half of the South Half of the Northeast Quarter of the Northwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:          TURNER, Maurice P. (hus)
                 TURNER, Alice M. (wf)
                 SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)
                 LITCH, Russell M. (hus)(TDBen)
                 LITCH, Doris A. (wf)(TDBen)


Parcel 93W-18,   4



The North Half of the Southeast Quarter of the Northwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:          RANDALL, Kermit E. (hus)
                 RANDALL, Erma B. (wf)

3066

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHED
(Section 18, T9S, R3W)

Parcel 93W-18, - 5



The South Half of the Southeast Quarter of the Northwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:

FREEMAN, John D. (hus)

FREEMAN, Joann T. (wf)

SECURITY TITLE INSURANCE COMPANY (TDTr)

LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

SECURITY TITLE INSURANCE COMPANY (2dTDTr)

LAGUNA FEDERAL SAVINGS AND LOAN ASSOCIATION (2dTDBen)

Parcel 93W-18,  6



The Southwest Quarter of the Northwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:

PAPENHAUSEN, William H. (hus) )
                               ) Undivided one-half interest
PAPENHAUSEN, Mary (wf)         )

CASTOR, Carl M. (hus)          )
                               ) Undivided one-half interest
CASTOR, Kathrynen (wf)         )

BANK OF AMERICA (TDTr)

MOUNT, Mavis L. (widow)(TDBen)

Parcel 93W-18,  7



The Northeast Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:

JACOBSON, Celia E. (sep prop)

KAUFMAN, Lena (Mtgee)

3

3067

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18,  10 and 15X:

That portion of the East Half of the Northwest Quarter of the Southeast Quarter
of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at a point in the South line of the North-
west Quarter of the Southeast Quarter distant South 89°30'10" West 372.28 feet
from the Southeast corner; thence parallel with the West line of said East Half
of the Northwest Quarter of the Southeast Quarter North 0°15'20" West 138.81
feet; thence parallel with the South line of said Northwest Quarter of the
Southeast Quarter North 89°30'10" East 23.44 feet; thence parallel with said
West line North 0°15'20" West 348.50 feet; thence parallel with said South
line North 89°30'10" East 24.06 feet; thence parallel with said West line
North 0°15'20" West 847.31 feet to the North line of said Southeast Quarter;
thence along said North line South 89°25'20" West 327.53 feet to the Northwest
corner of said East Half of the Northwest Quarter of the Southeast Quarter;
thence along the West line of said East Half South 0°15'20" East 1334.16 feet
to the Southwest corner of said East Half; thence along the South line of said
Northwest Quarter of the Southeast Quarter North 89°30'10" East 280.03 feet
to the point of beginning.   EXCEPT that portion described as follows:
BEGINNING at a point in the South line of the Northwest Quarter of the Southeast
Quarter, distant thereon North 89°30'10" East 171.53 feet from the Southwest
corner of said East Half of the Northwest Quarter of the Southeast Quarter;
thence along said South line of the Northwest Quarter of the Southeast Quarter
North 89°30'10" East 108.50 feet to the Southeast corner of parcel of land
conveyed to Thomas A. Atkisson and wife by deed recorded December 27, 1949
in Book 3433, page 190, Official Records of San Diego County; thence along
the boundary of said Atkisson's land as follows:  North 00°15'20" West
parallel with the West line of the East Half of the Northwest Quarter of the
Southeast Quarter, 138.81 feet; thence parallel with the South line of the
Northwest Quarter of the Southeast Quarter North 89°30'10" East 23.44 feet;

4

3068

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHED
(Section 18, T9S, R3W)

Parcel 93W-18, 10 and 15X1 (cont'd)

thence parallel with the West line of the East Half of the Northwest Quarter
of the Southeast Quarter North 00°15'20" West 348.50 feet; thence parallel
with the South line of the Northwest Quarter of the Southeast Quarter
North 89°30'10" East 24.06 feet; thence parallel with said West line
North 00°15'20" West 179.99 feet to the North line of the Southeast Quarter
of the Northwest Quarter of the Southeast Quarter; thence leaving the
boundary of said Atkisson's land and along said North line South 89°27'45"
West 156.00 feet to a line which bears North 00°15'20" West from the point
of beginning; thence South 00°15'20" East 667.20 feet to the point of beginning.

Owners:              ATKISSON, Thomas A. (hus)

                     ATKISSON, Opal Wallace (wf)


Parcel 93W-18, 11 and 13

That portion of the East Half of the Northwest Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  BEGINNING at the Southeast corner of said
Northwest Quarter of the Southeast Quarter; thence along the East line of
said Northwest Quarter of the Southeast Quarter North 0°24'30" West 1335.07
feet to the North line of said Southeast Quarter; thence thereon South
89°25'20" West  321.25 feet to the Northeast corner of tract of land conveyed
to Atkisson; thence along the East line of said land South 0°15'20" East
422.98 feet to a point distant North 0°15'20" West 424.33 feet from an angle
point in said East line of said land; thence parallel with the South line of
said Northwest Quarter of the Southeast Quarter North 89°30'10" East 121.33 feet;
thence South 0°57'30" East 911.64 feet to a point in said South line of the
Northwest Quarter of the Southeast Quarter distant North 89°30'10" East 180.00
feet from the Southeast corner of said land of Atkisson; thence along said South
line North 89°30'10" East 192.28 feet to the point of beginning.

Owners:              BAKER, Warren D. (hus)

                     BAKER, Lillian (wf)

5

3069

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18, 12 and 14

That portion of the East Half of the Northwest Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California, described as follows:  BEGINNING at the Southeast corner of the
Northwest Quarter of the Southeast Quarter of said section; thence along the
South line thereof South 89°30'10" West 192.28 feet to a point distant North
89°30'10" East 180 feet from the Southwest corner of tract of land conveyed to
Floyd O. Smith and wife by deed dated January 11, 1947 and recorded in Book
3937 at page 299 of Official Records of San Diego County, the true point of
beginning.  Thence continuing along said South line  South 89°30'10" West
180.00 feet to said Southwest corner of land of Smith; thence following along
the Westerly line of said land of Smith, being also the Easterly line of
tract of land conveyed to Atkisson and wife by deed recorded in Book 3433,
at page 190 of Official Records of San Diego County, North 0°15'20" West
138.81 feet, North 89°30'10" East 23.44 feet; North 0°15'20" West 348.50
feet;  North 89°30'10" East 24.06 feet and North 0°15'20" West 424.33 feet;
thence parallel with the South line of said Northwest Quarter of the Southeast
Quarter North 89°30'10" East 121.33 feet; thence South 0°57'30" East
911.64 feet to the true point of beginning.

Owners:          TURNER, Tom (s/m)

                 BANK OF AMERICA (TDTr)

                 KEACH, Eckley M. (hus)(TDBen)

                 KEACH, Edrie (wf)(TDBen)

Parcel 93W-18,  13

Included with Parcel 93W-18,  11.

Parcel 93W-18,  14

Included with Parcel 93W-18,  12.
Parcel 93W-18,  15X1
Included with Parcel 93W-18,  10.

6

2070

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18.   18 and 24

The West Half of the West Half of the Northeast Quarter of the Southeast
Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California.

Owners:          DENISTON, William H. (hus)

                 DENISTON, Charlotte Mary (wf)


Parcel 93W-18.   19

The North 534.48 feet of the West 244.50 feet of the East Half of the West
Half of the Northeast Quarter of the Southeast Quarter of Section Eighteen
(18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

Owners:          SAVERIEN, Gale Houston (sep prop)

                 SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

                 LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 93W-18,   20X1 and 23X1

The Westerly 244.50 feet of the East Half of the West Half of the Northeast
Quarter of the Southeast Quarter of Section Eighteen (18), Township Nine (9)
South, Range Three (3) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, EXCEPT the South 105.08 feet of the North
639.56 feet thereof, and the South 18 feet of the North 657.56 feet of the
East 97 feet of the West 244.50 feet thereof; ALSO EXCEPTING that portion
described as follows: BEGINNING at a point in the South line of said Northeast
Quarter of the Southeast Quarter, distant North 89°30'10" East 15 feet from
the Southwest corner of said East Half of the West Half of the Northeast
Quarter of the Southeast Quarter; thence continuing along said South line North
89°30'10" East 214.50 feet; thence parallel with the West line North 0°29'02"
West 515.32 feet; thence South 89°25'20" West 214.50 feet; thence

7

3071

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18. 20X1 and 23X1 (cont'd)

South 0°29'02" East 514.97 feet to the point of beginning.  ALSO EXCEPTING

the North 534.48 feet of said West 244.50 feet thereof.

Owners:          HESS, Francis W. (hus)

                 HESS, Merna J. (wf)


Parcel 93W-18,   20A

The South 105.08 feet of the North 639.56 feet of the West 244.50 feet of the

East Half of the West Half of the Northeast Quarter of the Southeast Quarter;

and the South 18 feet of the North 657.56 feet of the East 97 feet of the

West 244.50 feet of the East Half of the West Half of the Northeast Quarter

of the Southeast Quarter of Section Eighteen (18), Township Nine (9) South,

Range Three (3) West, San Bernardino Base and Meridian, in the County of San

Diego, State of California.

Owner:           FULLER, Evelyn M. (widow)


Parcel 93W-18,   21 and 22X1

The East Half of the Northeast Quarter of the Southeast Quarter, and the

East Half of the West Half of the Northeast Quarter of the Southeast Quarter

of Section Eighteen (18), Township Nine (9) South, Range  Three (3) West,

San Bernardino Base and Meridian, in the County of San Diego, State of Cali-

fornia,  EXCEPT the West 244.50 feet thereof; and EXCEPT that portion de-

scribed as follows:  BEGINNING at the Southeast corner of the Northeast

Quarter of the Southeast Quarter; thence along the East line thereof

 North 0°42'50" West 315.00 feet; thence North 82°22'20" West 143.40 feet;

thence South 88°13'10" West 590.70 feet to the East line of the West 244.50

feet of the East Half of the West Half of said Northeast Quarter of the

Southeast Quarter; thence along said East line South 0°29'02" East 319.51

feet to the South line of said Northeast Quarter of the Southeast Quarter;

8

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18,   21 and 22X1 (cont'd)

thence along the South line North 89°30'10" East 733.99 feet to the point

of beginning.

Owners:        MORRIS, B. D., Jr. (hus)

               MORRIS, Patricia O'R. (wf)

9

3073

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)


Parcel 93W-18,   54

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter)
of Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  BEGINNING at a point on the Westerly line of
Lot 2, distant thereon North 0°06' East 252.80 feet from the Southwest corner
of the North 665 feet of said lot;  thence North 89°25'20" East 195 feet;
thence South 0°06' West 244.80 feet; thence North 89°25'20" East 449.84 feet;
thence North 0°02'20" East 655 feet to the Northerly corner of Lot 2; thence
South 89°25'20" West 644.14 feet to the Northwest corner thereof; thence South
0°06' West to the point of beginning.  ALSO, the North 10 feet of the South
20 feet of the North 670 feet of the East Half of Lot 2, and the South 40
feet of the East 40 feet of Lot 2.

Owners:            YACKEY, George F. (hus)
                   YACKEY, Alma H. (wf)


Parcel 93W-18,   55X1

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter)
of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:   BEGINNING at the Southwest corner of the North 665
feet of Lot 2; thence North 89°25'20" East 644.85 feet to the true point of
beginning.  Thence North 0°02'20" East 665 feet to the Northerly line of Lot 2;
thence North 89°25'20" East 644.14 feet; thence South 0°01'20" East 670 feet;
thence South 89°25'20" West 644.86 feet; thence North 0°02'20" East 5 feet to
the true point of beginning.  EXCEPTING the Northerly 10 feet of the
Southerly 20 feet of Lot 2.

Owners:            McDONALD, Baylis M. (hus)
                   McDONALD, Opal B. (wf)


                        10

                                          3074

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18, 55A

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter)
of Section Eighteen (18), Township Nine (9) South, Range Three (3) West,
San Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  BEGINNING at the Southwest corner of the
North 665 feet of Lot 2; thence North 0°06' East 252.80 feet; thence North
89°25'20" East 195 feet; thence South 0°06' West 242.80 feet; thence North
89°25'20" East 449.84 feet; thence South 0°02'20" West 10 feet to the South
line of the North 665 feet of Lot 2; thence South 89°25'20" West to the point
of beginning.

Owners:                ROBINSON, J. D. (hus)

                       ROBINSON, Laura A. (wf)

3075

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)

Parcel 93W-18.  58

All that portion of Lot 2 (the Northwest Quarter of the Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southwest corner of Lot 2; thence North along the West line thereof 659.70 feet to the South line of the North 665 feet of Lot 2; thence along said South line of the North 665 feet of Lot 2 North 89°25'20" East 644.85 feet; thence South 0°02'20" West 661.03 feet to the South line of Lot 2; thence thereon South 89°32'30" West 645.55 feet to the point of beginning.  EXCEPTING therefrom that portion described as follows: BEGINNING at a point on the West line of Section Eighteen (18), distant 215 feet Northerly from the Southwest corner of Lot 2; thence at right angles Easterly 185 feet to the true point of beginning.  Thence at right angles Northerly parallel with the West line of Section Eighteen (18) 200 feet; thence at right angles Easterly 217.80 feet; thence at right angles Southerly 200 feet; thence at right angles Westerly 217.80 feet to the true point of beginning.

ALSO, that portion of Lot 2 (Northwest Quarter of the Southwest Quarter) of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Southwest corner of the North 665 feet of Lot 2; thence North 0°06' East along the West line thereof 252.80 feet; thence North 89°25'20" East 195 feet; thence South 0°06' West 242.80 feet; thence North 89°25'20" East 449.84 feet to the East line of the West Half of Lot 2; thence South 0°02'20" West 10 feet to the South line of the North 665 feet of Lot 2; thence South 89°25'20" West along said South line to the point of beginning.

Owners:          ROBINSON, J. D. (hus)

                 ROBINSON, Laura A. (wf)

                 BANK OF AMERICA (TDTr)
                 McDONALD, B. M. (hus)(TDBen)
                 McDONALD, Opal B. (wf)(TDBen)

12

3C76

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 18, T9S, R3W)


Parcel 93W-18,  60

The Northeast Quarter of the Southwest Quarter of Section Eighteen (18),

Township Nine (9) South, Range Three (3) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California, EXCEPT the

East 30 acres thereof.

Owner:              MASONIC CEMETERY ASSOCIATION OF FALLBROOK.


Parcel 93W-18,  61,  62,  63,  70X1, and 73

The West 5 acres of the East 30 acres of the Northeast Quarter of the

Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California,  EXCEPT that portion lying within the West 182 feet of

the South 164.81 feet of said East 30 acres.

ALSO, the West 7 acres of the East 25 acres of the Northeast Quarter of the

Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range

Three (3) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California, EXCEPT that portion lying within the West 182 feet of the

South 164.81 feet of the East 30 acres.

ALSO, the South 52 feet of the East 25 feet of the West 116 feet of the

East 30 acres of the Northeast Quarter of the Southwest Quarter of Section

Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California.

Owners:             SERRY, Earl A. (hus)

                    SERRY, Betty E. (wf)

                    UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

                    PARKINSON, Frank P. (hus)(TDBen)

                    PARKINSON, Adele A. (wf)(TDBen)


13

3077

ASSESSOR'S MAP FOR

AREA SOUTH OF SANTA MARGARITA RIVER

BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS

(Section 18, T9S, R3W)

Parcel 93W-18,  _64_ and _67_

The West 7.075 acres of the East 18 acres of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:          KENTIS, John B. (hus)

KENTIS, Penelope C. (wf)

Parcel 93W-18,  _65_ and _68_

The East 18 acres of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPT the East 127 feet, and EXCEPT the West 7.075 acres.

Owners:          EAST, Lloyd L. (hus)

EAST, Helen L. (wf)

STATE DIRECTOR OF FARMERS HOME ADMINISTRATION
    of the STATE OF CALIFORNIA (TDTr)

UNITED STATES OF AMERICA (TDBen)

Parcel 93W-18,  _66_

The North Half of the East 127 feet of the Northeast Quarter of the Southwest Quarter of Section Eighteen (18), Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

Owners:          TORKILSON, Fremont A. (hus)

TORKILSON, Irene L. (wf)

3078

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 20, T9S, R3W)


Parcel 93W-20,   1

        The North Half of the Northwest Quarter of Section Twenty (20) Township

        Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian,

        in the County of San Diego, State of California.


Owners:                 CARMES, Lee (hus)

                        CARMES, Ruth (wf)

                        SOUTHERN TITLE AND TRUST COMPANY (TDTr)

                        THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY (TDBen)

3079

EXHIBIT 7-D

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 12, T9S, R4W)

Parcel 94W-12,   6

All of the Southeast Quarter of the Northeast Quarter of Section Twelve (12),
Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meri-
dian, in the County of San Diego, State of California, EXCEPTING therefrom
that portion described as follows:   BEGINNING at a point 208.71 feet North
of the Southwest corner of the Southeast Quarter of the Northeast Quarter of
said Section Twelve (12); thence North 208.71 feet along the West line of said
quarter; thence Easterly a distance of 313.06 feet at right angles with the
said West line; thence Southerly 208.71 feet at right angles to the last
mentioned line; thence Westerly at right angles a distance of 313.06 feet to
the point of beginning.   ALSO EXCEPTING therefrom the South 208.71 feet of
the West 208.71 feet of the Southeast Quarter of the Northeast Quarter of said
Section Twelve (12);   ALSO EXCEPTING therefrom that parcel described as follows:
BEGINNING at a point 208.71 feet East of the Southwest corner of the Southeast
Quarter of the Northeast Quarter of said Section Twelve (12); thence Easterly
along the South line of said quarter section a distance of 104.35½ feet;
thence North at right angles with the last mentioned line a distance of
208.71 feet; thence West at right angles with the last mentioned line a distance
of 104.35½ feet; thence South at right angles with the last mentioned line
a distance of 208.71 feet to the point of beginning.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT

Parcel 94W-12,   7

The South 417.42 feet of the West 313.06 feet of the Southeast Quarter of the
Northeast Quarter of Section Twelve (12), Township Nine (9) South, Range Four
(4) West, San Bernardino Base and Meridian, in the County of San Diego, State of
California, EXCEPTING the Southerly 20 feet of the Westerly 104 feet of the said
Southeast Quarter of the Northeast Quarter.

Owners:         TURNBULL, James O. (hus)
                TURNBULL, Betty Lucille (wf)
                BANK OF AMERICA (TDTr)
                BRAY, Richard (hus)(TDBen)
                BRAY, Cora B. (wf)(TDBen)

3080

1

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 12, T9S, R4W)

Parcel 94W-12,   8

The Southwest Quarter of the Northeast Quarter of Section Twelve (12),
Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.



Owners:            WAGENAAR, John L. (hus)
                   WAGENAAR, Mary Agnes (wf)
                   TITLE INSURANCE AND TRUST COMPANY (TDTr)
                   WAGENAAR, Gerardus (TDBen)

Parcel 94W-12,   9

The Northwest Quarter of the Southeast Quarter of Section Twelve (12), Township
Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California.



Owners:            WAGENAAR, John L. (hus)
                   WAGENAAR, Mary Agnes (wf)

Parcel 94W-12,   10X1

All of the Southeast Quarter of the Southwest Quarter of Section Twelve (12)
Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, lying Easterly of the U. S.
Naval Reservation (formerly the Rancho Santa Margarita y Las Flores).
ALSO, all of the South Half of the Southeast Quarter, and all of the Northeast
Quarter of the Southeast Quarter of Section Twelve (12), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, EXCEPTING therefrom that
portion conveyed to Fallbrook Public Utility District by deed recorded in Book
6170 at page 149, Official Records of San Diego County, described as follows:
BEGINNING at the Northeast corner of the Northeast Quarter of the Southeast
Quarter of said Section Twelve (12); thence South 88°25'50" West 962.84 feet;

2

8081

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 12, T9S,  R4W)

Parcel 94W-12,  10X1  (cont'd)

thence South 48°41'20" East 522.33 feet; thence South 45°25'50" East 86.47 feet;

thence South 31°14' East 72.30 feet; thence South 85°56'50" East 415.84

feet; thence North 6°13' East 520.77 feet to the point of beginning.

Owners:          MOTT, Milton (hus)

                 MOTT, Edith (wf)

                 HILBERT, William R. (hus)

                 HILBERT, Lucile M. (wf)

                 BANK OF AMERICA (TDTr)

                 LEADBEATER, Mavis L. (formerly Mavis L. Mount)(TDBen)


Parcel 94W-12,  10A

That portion of the Northeast Quarter of the Southeast Quarter of Section

Twelve (12), Township Nine (9) South, Range Four (4) West, San Bernardino Base

and Meridian, in the County of San Diego, State of California, described as

follows:  BEGINNING at the Northeast corner of the Northeast Quarter of the

Southeast Quarter of said section; thence South 88°25'50" West 962.84 feet;

thence South 48°41'20" East 522.33 feet; thence South 45°25'50" East 86.47

feet; thence South 31°14' East 72.30 feet; thence South 85°56'50" East

415.84 feet; thence North 6°13' East 520.77 feet to the point of beginning.

Owner:          FALLBROOK PUBLIC UTILITY DISTRICT


Parcel 94W-12,  11

The Southerly 20 feet of the Westerly 104 feet of the Southeast Quarter of the

Northeast Quarter of Section Twelve (12), Township Nine (9) South, Range Four

(4) West, San Bernardino Base and Meridian, in the County of San Diego, State

of California.

Owners:          BRAY, Richard (hus)

                 BRAY, Cora B. (wf)

3

3082

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)


Parcel 94W-13,   1

All of Lot 1 (Northeast Quarter of Northwest Quarter), and all of the
Northeast Quarter of Section Thirteen (13), Township Nine (9) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, EXCEPT 2 acres of land in the Southwest corner of the
Southwest Quarter of the Northeast Quarter of said section, lying West of the
County Road commencing 30 feet from the center line of said road as located
on September 26, 1891.


Owners:            MOTT, Milton (hus)

                   MOTT, Edith (wf)

                   HILBERT, William R. (hus)

                   HILBERT, Lucile M. (wf)

                   BANK OF AMERICA (TDTr)

                   LEADBEATER, Mavis L. (formerly Mavis L. Mount) (TDBen)


Parcel 94W-13,   2

All of Lot 2 (the Southeast Quarter of the Northwest Quarter), and two (2)
acres of land in the Southwest corner of the Southwest Quarter of the Northeast
Quarter of Section Thirteen (13), Township Nine (9) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of San Diego, State of California,
lying West of  the County Road commencing 30 feet from the center of road as
located on September 26, 1891.


Owners:            PATTON, Gerald R. (hus)

                   PATTON, Blanche (wf)

                   BANK OF AMERICA (TDTr)

                   YACKEY, George F. (hus)(TDBen)

                   YACKEY, Alma H. (wf)(TDBen)

3083

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

**Parcel 94W-13,   3 and 18**

Lot 3 (the Northeast Quarter of the Southwest Quarter), and that portion of the
Northwest Quarter of the Southeast Quarter of Section Thirteen (13), Township
Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, lying Westerly of a line described
as follows:  BEGINNING at a point in the Southerly line of said Northwest
Quarter of the Southeast Quarter, distant South 89°56'10" East 222.97 feet
from the Southwest corner of said Northwest Quarter of the Southeast Quarter,
said point being the beginning of a 250-foot radius curve concave Southwesterly ,
a radial line through said point bearing North 70°03'58" East; thence North-
westerly along said curve 74.79 feet; thence tangent to said curve North
37°04'30" West 92.15 feet to the beginning of a tangent 150-foot radius curve
concave Northeasterly; thence Northerly along said curve 93.72 feet; thence
tangent to said curve North 1°16'30" West 216.83 feet to the beginning of a
tangent 200-foot radius curve concave Southeasterly; thence Northeasterly along
said curve 145.88 feet; thence tangent to said curve North 40°31' East 87.09
feet to the beginning of a tangent 150-foot radius curve concave Westerly;
thence Northerly along said curve 2.42 feet; thence North 46°00' West 68.36
feet; thence North 44°00' East 100 feet; thence South 46°00' East 19.09 feet
to a point in said above mentioned 150-foot radius curve, having a radial
bearing of North 85°57'40" East; thence Northerly along said curve 16.13 feet;
thence tangent to said curve North 10°12' West 61.85 feet to the beginning of
a tangent 300-foot radius curve concave Easterly; thence Northerly along said
curve 171.09 feet; thence tangent to said curve North 22°28'30" East 82.48 feet
to the beginning of a tangent 800-foot radius curve concave Northwesterly; thence
Northeasterly along said curve 206.41 feet; thence tangent to said curve North
7°41'30" East 56.00 feet to the North line of said Northwest Quarter of the
Southeast Quarter of said Section Thirteen (13).

**Owner:**          VRUWINK, Dolores C. (m/w)(sep prop)

SC84

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13, _4_

That portion of the Northwest Quarter of the Southeast Quarter of Section

Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, de-

scribed as follows:  BEGINNING at the Southwest corner of said Northwest

Quarter of the Southeast Quarter; thence along the South line of said North-

west Quarter of the Southeast Quarter South 88°56'10" East 222.97 feet to

a point in the center line of County Road Survey 967, being a point in a

curve concave Westerly having a radius of 250 feet, a radial line through

said point bears North 70°03'58" East; thence Northerly along said curve

74.79 feet to the end thereof; thence tangent to said curve North 37°04'30"

West 92.15 feet to the beginning of a tangent 150-foot radius curve concave

Northeasterly; thence Northerly along said curve 93.72 feet; thence tangent

to said curve  North 01°16'30" West 216.83 feet to the beginning of a curve

concave Southeasterly having a radius of 200 feet; thence Northeasterly along

said curve 145.88 feet to the end thereof; thence tangent to said curve

North 40°31' East 87.09 feet to the beginning of a curve concave Westerly

having a radius of 150 feet; thence Northerly along said curve 2.42 feet to

a point, the radial line through said point bears South 50°24'30" East;

thence South 46°0' East 31.64 feet; thence North 44°0' East 59.19 feet to

the Southwesterly corner of tract of land conveyed to Fredy and wife by deed

recorded in Book 4565 at page 150, Official Records of San Diego County;

thence along the boundary line of said Fredy land South 69°18' East 296.20

feet; thence North 81°20' East 226.50 feet; thence North 9°57'17" West

502.50 feet to the true point of beginning.  Thence North 9°57'17" West

233.52 feet to the Northeast corner of said Fredy land; thence North 88°49'10"

West 306 feet to the Northwest corner of said Fredy land; thence South

7°11'30" West 56 feet to the beginning of a curve concave Westerly having a

radius of 800 feet and Southerly along said curve 164.82 feet to a line which

bears North 86°57'20" West from true point of beginning; thence leaving the

6

GC85

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,  4 (cont'd)

boundary line of said Fredy land South 86°57'20" East 393.03 feet to the
true point of beginning.

Owners:           STELLE, James D. (s/m)

                  BANK OF AMERICA (TDTr)

                  BARKOW, Harold W. (hus)(TDBen)

                  BARKOW, Marcella C. R. (wf)(TDBen)


Parcel 94W-13,  5

That portion of the Northwest Quarter of the Southeast Quarter of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point on the South line of said Northwest Quarter
of the Southeast Quarter distant thereon South 88°56'10" East 222.97 feet from
the Southwest corner thereof, said point being in the center line of the 40-
foot right of way as described in Deed to the County of San Diego, recorded
November 22, 1944 as Document No. 87210 in Book 1783 at page 79, Official Records
of San Diego County, and known as Road Survey No. 967, said point being also
in the arc of a 250-foot radius curve concave Westerly, a radial line of
said curve bearing North 70°03'58" East to said point; thence Northerly along
said curve 74.79 feet; thence tangent to said curve North 37°04'30" West
92.15 feet to the beginning of a tangent 150-foot radius curve concave
Easterly; thence Northerly along said curve 93.72 feet; thence tangent to
said curve North 1°16'30" West 216.83 feet to the beginning of a tangent
200-foot radius curve concave Southeasterly; thence Northeasterly along said
curve 145.88 feet; thence tangent to said curve North 40°31' East 87.09 feet
to the beginning of a tangent 150-foot radius curve concave Westerly; thence
Northerly along said curve 2.42 feet to a point in said curve, a radial line
bearing South 50°24'30" East to said point; thence leaving said curve South
46°00' East 31.64 feet; thence North 44°00' East 59.19 feet to the true point
of beginning.  Thence South 69°18' East 296.20 feet; thence North 81°20' East

3C86

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,  5  (cont'd)

226.50 feet; thence North 9°57'17" West 502.50 feet; thence North 86°57'20"

West 393.03 feet to a point in the arc of an 800-foot radius curve concave

Westerly in the Westerly line of a parcel of land conveyed to W. N. Davis

et al.; thence along said Westerly line of said Davis land as follows:

Southerly along said curve 41.59 feet to the Southerly terminus thereof;

tangent to said curve South 22°28'30" West 82.48 feet to the beginning of a

tangent 300-foot radius curve concave Easterly; Southerly along said curve

171.09 feet; tangent to said curve South 10°12' East 61.85 feet to the beginning

of a tangent curve concave Westerly, Southerly along said curve 16.13 feet to

a point in said curve, a radial line of said curve bearing North 85°57'40"

East to said point; thence leaving said curve South 46°00' East 80.91 feet

and South 44°00' West 40.81 feet to the true point of beginning.

Owners:          HARRISON, Leighton L. (hus)

                 HARRISON, Florine D. (wf)

                 UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

                 FIRST NATIONAL BANK OF VISTA (TDBen)


Parcel 94W-13,  6

That portion of the Northwest Quarter of the Southeast Quarter of Section Thir-

teen (13), Township Nine (9) South, Range Four (4) West, San Bernardino Base and

Meridian, in the County of San Diego, State of California, described as follows:

BEGINNING at a point in the Southerly line of said Northwest Quarter of the

Southeast Quarter, distant South 89°56'10" East 222.97 feet from the South-

west corner of said Northwest Quarter of the Southeast Quarter, said point

being the beginning of a 250-foot radius curve concave Southwesterly, a

radial line to said point bearing North 70°03'58" East; thence Northwesterly

along said curve 74.79 feet; thence tangent to said curve North 37°04'30" West

92.15 feet to the beginning of a tangent 150-foot radius curve concave North-

easterly; thence Northerly along said curve 93.72 feet; thence tangent to

said curve North 1°16'30" West 216.83 feet to the beginning of a tangent

8

3087

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-14, __6__ (cont'd)

200-foot radius curve concave Southeasterly; thence Northeasterly along said
curve 145.88 feet; thence tangent to said curve North 40°31' East 87.09 feet
to the beginning of a tangent 150-foot radius curve concave Westerly; thence
Northerly along said curve 2.42 feet to the true point of beginning.
Thence North 46°West 68.36 feet; thence North 44° East 100 feet; thence
South 46° East 100 feet; thence South 44° West 100 feet; thence North 46° West
31.64 feet to the true point of beginning.

Owner:          C. LEONARD IMPROVEMENT CO.


Parcel 94W-13, __7__

The Northeasterly portion of the Northwest Quarter of the Southeast Quarter
of Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
lying Easterly and Northerly of the following described line:  BEGINNING at
a point on the East line of said Northwest Quarter of the Southeast Quarter,
distant North 0°15' East 690.36 feet from the Southeast corner thereof;
thence South 86°03'30" West 372.60 feet; thence South 67°44' West 77.45 feet;
thence South 80°20' West 112.65 feet to a point, which said point is also the
Southeasterly corner of land conveyed to Leighton L. Harrison and wife by
deed recorded in Book 5649 at page 268, Official Records of San Diego County;
thence North 8°57'17" West along the Easterly line of land so conveyed and
along the Easterly line of land conveyed to James D. Stelle by deed recorded
in Book 6470 at page 292, Official Records of San Diego County, a distance of
736.02 feet to the North line of said Northwest Quarter of the Southeast
Quarter, said point being South 88°49'10" East 306 feet from the center line
of County Road.

Owners:         JOHNSON, C. Carl

                JOHNSON, Frances H.

                REGAL DISTRIBUTORS, INC.


9

3088

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)


**Parcel 94W-13,   8X1**

That portion of the Northwest Quarter of the Southeast Quarter of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the South line of said Northwest Quarter
of the Southeast Quarter, distant North 88°56'10" West 400.00 feet from the
Southeast corner thereof; thence North 0°15' East 335 feet; thence South
88°56'10" East 400.00 feet; thence North 0°15' East along the North and South
center line of said Southeast Quarter 335.36 feet; thence South 86°03'30" West
372.60 feet; thence South 67°44' West 77.45 feet; thence South 80°20' East
112.65 feet; thence South 81°20' East 226.50 feet; thence South 1°03'50" West
567.07 feet to the South line of said Northwest Quarter of the Southeast
Quarter; thence South 88°56'10" East along said South line 385.71 feet to the
point of beginning.

Owners:          ROWLEY, Truman C. (hus)   )
                 ROWLEY, Beatrix (wf)      )  Undivided one-half interest
                 BANK OF AMERICA (TDTr)    )
                 JOHNSON, Frances (TDBen)


**Parcel 94W-13,   8A**

That portion of the Northwest Quarter of the Southeast Quarter of Section
Thirteen, Township Nine (9) South, Range Four (4) West, San Bernardino Base
and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Southeast corner of said Northwest Quarter of
the Southeast Quarter of Section Thirteen (13); thence North 88°56'10" West
along the South line of said Northwest Quarter of the Southeast Quarter a
distance of 400.00 feet; thence leaving said South line North 0°15' East
parallel with the North and South center line of the Southeast Quarter of
said section 335 feet; thence South 88°56'10" East, parallel with the South
line of said Northwest Quarter of the Southeast Quarter 400.00 feet;

10

3089

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,  8A  (cont'd)

thence South 0°15' West along said North and South center line of said

Southeast Quarter 335.00 feet to the point of beginning.

Owners:              GERSTENBERGER, Earl H. (hus)

                     GERSTENBERGER, Maybelle M. (wf)


Parcel 94W-13,  9

That portion of the Northwest Quarter of the Southeast Quarter of Section

Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, described

as follows:  BEGINNING at the Southeast corner of the Northwest Quarter of the

Southeast Quarter; thence along the South line North 88°56'10" West 785.71

feet to the true point of beginning.  Thence, continuing along said South line

North 89°56'10" West 310.32 feet to a point in the center line of County Road

Survey 967, said point being an arc of a curve concave Westerly and having a

radius of 250 feet, a radial line to said point bearing North 70°03'58" East;

thence Northerly along the arc of said curve 74.79 feet; thence tangent to

said curve North 37°04'30" West 92.15 feet to the beginning of a tangent

curve concave Easterly and having a radius of 150 feet; thence Northerly

along said curve a distance of 93.72 feet; thence tangent to said curve

North 1°16'30" West 216.83 feet to the beginning of a tangent curve concave

Easterly and having a radius of 200 feet; thence Northerly along said curve

a distance of 145.88 feet; thence tangent to said curve North 40°31' East

87.09 feet to the beginning of a tangent curve concave Northwesterly having

a radius of 150 feet; thence Northeasterly along said curve a distance of

2.42 feet to a point, a radial line to said point bearing South 50°24'30" East;

thence South 46°00' East 31.64 feet; thence North 44°00' East 59.19 feet; thence

South 69°18' East 296.20 feet;thence South 1°03'50" West 567.07 feet to the true

point of beginning.

Owners:              ROWLEY, Vernon James II (hus)

                     ROWLEY, Margaret Helen (wf)

                     UNION TITLE INSURANCE AND TRUST COMPANY (TDTrustee)

                     LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)        3090

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,  10

The Northeast Quarter of the Southeast Quarter of Section Thirteen (13),
Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

Owners:            HANSON, W. Horace (hus)

                   HANSON, Bernadean (wf)

                   COAST ESCROW COMPANY (TDTr)

                   GRANVILLE, Elizabeth (TDBen)

Parcel 94W-13,  11

All that portion of the West Half of the Southwest Quarter of the Southeast
Quarter of Section Thirteen (13), Township Nine (9) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of San Diego, State
of California, lying Westerly of Road Survey 967 in the Southwest Quarter
of the Southeast Quarter, EXCEPT the South 20 feet thereof.
ALSO, that portion of the West Half of the  Southwest Quarter of the South-
east Quarter of said Section Thirteen (13), described as follows:
BEGINNING at the intersection of the South line of Section Thirteen (13)
with the West line of Main Street; thence Northerly along said West line a
total distance of 404 feet; thence Westerly  parallel with the South line of
said section 124 feet; thence Northerly parallel with the East line of the
West Half of the Southwest Quarter of the Southeast Quarter 100.83 feet;
thence Westerly parallel with the South line of said section to the Easterly
line of Road Survey 967; thence Southerly along said Easterly line to the
South line of said section; thence South 89°26'30" East 253.20 feet to the
point of beginning.  EXCEPT the Southerly 20 feet thereof, and EXCEPT the
North 344 feet of the South 404 feet of the West 87 feet of said Southwest
Quarter of the Southeast Quarter of said Section Thirteen (13).

Owners:            HELD, Harry E. (hus)

                   HELD, Dora V. (wf)

3091

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)


Parcel 94W-13,   12

All that portion of the Southwest Quarter of the Southeast Quarter of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point 271 feet East of the Northeast corner of
the Southwest Quarter of the Southeast Quarter; thence South 5° East 400 feet;
thence South 35°30' East 100 feet; thence South 60°30' East 352 feet; thence
North 625 feet to the North line of the Southwest Quarter of the Southeast
Quarter; thence West to the point of beginning.

Owners:              GREEN, Zade (hus)

                     GREEN, Gertrude A. (wf)


Parcel 94W-13,   13

All that portion of the Southwest Quarter of the Southeast Quarter of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  (EXCEPT Main Street)  BEGINNING at a point on the North line of
the Southwest Quarter of the Southeast Quarter, distant thereon 271 feet East
of the Northwest corner thereof; thence South 5°00' East 400 feet; thence
Southeast 35°30' East 100 feet; thence South 60°30' East 352 feet; thence
Southerly along the East line of the West Half of said Southwest Quarter of the
Southeast Quarter to the Northerly line of the Southerly 404 feet of said
West Half; thence Westerly along said Northerly line 124 feet; thence Norther-
ly parallel with said East line of the West Half 100.83 feet; thence
Westerly parallel with the South line of said West Half to Road Survey 967;
thence Northerly along the East line of Road Survey 967 to the North line of
said Southwest Quarter of the Southeast Quarter; thence Easterly to the point
of beginning in the West Half of the Southwest Quarter of the Southeast Quarter
of said Section Thirteen (13).

Owners:              FRANCIS, George M. (hus)

                     FRANCIS, Margaret E. (wf)

3092

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13.   14X1

All that portion of the Southwest Quarter of the Southeast Quarter of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the intersection of the South line of Section
Thirteen (13) with the Northerly prolongation of the center line of Main
Avenue; thence along the South line of said section North 89°13'30" West
20 feet; thence along the West line of the Northerly prolongation of Main
Avenue North 0°33'30" East 220 feet to the true point of beginning.  Thence
Westerly parallel with the South line of said section 67 feet; thence North
0°33'30" East 184 feet; thence South 89°13'30" East 67 feet; thence South
0°33'30" West 184 feet to the true point of beginning.  EXCEPT the
Southerly 84 feet thereof.

Owner:              MAC PHERSON, Janet W. (widow)


Parcel 94W-13,   14A

That portion of the Southwest Quarter of the Southeast Quarter of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the intersection of the South line of Section
Thirteen (13) with the Northerly prolongation of Main Avenue; thence along
said South line North 89°13'30" West 20 feet; thence along the West line of
the Northerly prolongation of Main Avenue North 0°33'30" East 220 feet to the
true point of beginning.  Thence continuing North 0°33'30" East 84 feet; thence
North 89°13'30" West 67 feet; thence South 0°33'30" West 84 feet; thence
South 89°13'33" East 67 feet to the true point of beginning.

Owners:             KING, Mae E. (m/w)

                    KING, Samuel E. (m/m)


14                                          3093

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

### Parcel 94W-13,   15

That portion of the Southwest Quarter of the Southeast Quarter of Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the intersection of the South line of Section Thirteen (13) with the Northerly prolongation of the center line of Main Avenue; thence North 89°13'30" West 20 feet; thence North 0°33'30" East along the West line of said Northerly prolongation of Main Avenue 160 feet to the true point of beginning.  Thence continuing North 0°33'30" East 60 feet; thence North 89°13'30" West 67 feet; thence South 0°33'30" West 60 feet; thence South 89°13'30" East 67 feet to the true point of beginning.

Owners:          KRIDER, Melvin (hus)

                 KRIDER, Alberta A. (wf)

                 DEPARTMENT OF VETERANS AFFAIRS of the STATE OF CALIFORNIA

### Parcel 94W-13,   16

That portion of the Southwest Quarter of the Southeast Quarter of Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the intersection of the South line of Section Thirteen (13) with the Northerly prolongation of the center line of Main Avenue; thence North 89°13'30" West 20 feet; thence North 0°33'30" East along the Westerly line of Main Avenue 60 feet to the true point of beginning.  Thence North 0°30'30" East 100 feet; thence at right angles West 67 feet; thence South 0°33'30" West 100 feet; thence at right angles 67 feet to the true point of beginning.

Owners:          KRIDER, Melvin (hus)

                 KRIDER, Alberta A. (wf)

                 DEPARTMENT OF VETERANS AFFAIRS of the STATE OF CALIFORNIA

2094

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13, __17__

    The South 20 feet of the West 677.5 feet of the Southwest Quarter of the

Southeast Quarter of Section Thirteen (13), Township Nine (9) South, Range

Four (4) West, San Bernardino Base and Meridian, in the County of San Diego,

State of California, EXCEPT street.

Owner:          YOUNG, Florence J.

Parcel 94W-13, __18__

    Included with Parcel 94W-13, __3__

Parcel 94W-13, __19X2__

    All of the Easterly 144.68 feet of the Northwest Quarter of Lot 4 (Southeast

Quarter of the Southwest Quarter) of Section Thirteen (13), Township Nine (9)

South, Range Four (4) West, San Bernardino Base and Meridian, in the County

of San Diego, State of California, said 144.68 feet being measured at right

angles to the South line of said section.

Owner:          JOHNSON, Violet G. (widow)

Parcel 94W-13, __19A__

1 -  The Southerly 152 feet measured at right angles to the Southerly line thereof

    of that portion of the Rancho Santa Margarita y Las Flores described as

    follows:  BEGINNING at a point on the East boundary line of said rancho

    distant thereon South 7°04'52" West 5581.44 feet from Corner No. 1 of said

    rancho; thence continuing along said Easterly boundary line South 7°04'52" West

    669.58 feet; thence North 89°21'25" West 143.88 feet to a half-inch iron pipe;

    thence North 6°56'21" East 671.08 feet to a three-fourths-inch iron pipe;

    thence South 88°41'40" East 145.38 feet to the point of beginning.

2 -  The Southerly 152 feet measured at right angles to the Southerly line thereof

    of that portion of Lot 4 (the Southeast Quarter of the Southwest Quarter) of

    Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San

3095

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,   19A (cont'd)

Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Northwest corner of said Lot 4;
thence South 88°15' East 9.92 chains; thence South 1°00' West 10.13 chains;
thence North 88°15' West 11.02 chains to the Easterly line of the Rancho
Santa Margarita y Las Flores; thence North 6°15' East along said Easterly
line to the point of beginning.  EXCEPTING the Easterly 144.68 feet of said
property, said 144.68 feet being measured along the Southerly line thereof.

Owners:        BAETZ, Edward J. (s/m)

BANK OF AMERICA (TDTr)

JOHNSON, Violet G. (TDBen)


Parcel 94W-13,   19A2

Parcel 1 - That portion of the Rancho Santa Margarita y Las Flores described
as follows:  BEGINNING at a point on the East boundary of said rancho,
distant thereon South 07°04'52.98" West 5581.44 feet from Corner No. 1 of
said rancho; thence continuing along said Easterly boundary line South
07°04'52.98" West 669.58 feet; thence North 89°21'25" West 143.88 feet
to a half-inch iron pin; thence North 6°56'21" East 671.08 feet to a
three-fourths-inch iron pipe; thence South 88°41'40" East 145.38 feet to the
point of beginning.  EXCEPTING the Southerly 152 feet thereof measured
at right angles to the Southerly line thereof.
Parcel 2 - That portion of Lot 4 (the Southeast Quarter of the Southwest
Quarter) of Section Thirteen (13), Township Nine (9) South, Range Four (4)
West, San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  BEGINNING at the Northwest corner of said
Lot 4; thence South 88°15' East 9.92 chains; thence South 1°00' West 10.13
chains; thence North 88°15' West 11.02 chains to the Easterly line of the
Rancho Santa Margarita y Las Flores; thence North 6°15' East along said
Easterly boundary line to the point of beginning.  EXCEPTING the Easterly

17

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,   19A2 (cont'd)

144.68 feet of said property, said 144.68 feet being measured along the
Southerly line thereof.  ALSO EXCEPTING the Southerly 152 feet of the
property described above, said 152 feet being measured at right angles to
the Southerly line of said property.

Owners:           KENDRICK, J. L. (hus)

                  KENDRICK, Alice R. (wf)


Parcel 94W-13,   20

That portion of Lot 4 (the Southeast Quarter of the Southwest Quarter) of
Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at the Northeast corner of Lot 4; thence
North 88°15' West along the North line of said Lot 4, 10.13 chains to the
Northeast corner of land deeded to Ben Rice, recorded in Book 245 at page
466 of Deeds of San Diego County; thence South 1°00' West along the East
line of said Rice's land 10.13 chains to the Northerly line of land conveyed
to Given by deed recorded in Book 243 at page 138 of Deeds of San Diego
County; thence South 88°15' East along the North line of Given's land
10.13 chains to the East line of Lot 4; thence North along said East line
of Lot 4 to the point of beginning.  EXCEPTING therefrom that portion thereof
included in street set out in deed recorded in Book 245 at page 466 of Deeds
of San Diego County.

Owners:           MARTIN, Milton P. (hus)

                  MARTIN, Maggie E. (wf)

                  BANK OF AMERICA (TDTr)

                  HOLLENBERG, R. W. (TDBen)

2097

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,   21X2  and 21BX1

The West 134.04 feet of the East 154.04 feet of the North 324.97 feet of
the South 10 acres of the East 20 acres of Lot 4 (the Southeast Quarter of
the Southwest Quarter) and the East 20 feet of Lot 4 of Section Thirteen
(13), Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California.

Owners:        COX, Edna Rymal

Parcel 94W-13,   21AX3

The West 134.04 feet of the East 154.04 feet of the North 564.97 feet of
the South 10 acres of the East 20 acres of Lot 4 (the Southeast Quarter of the
Southwest Quarter) of Section Thirteen (13), Township Nine (9) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, EXCEPTING therefrom the North 404.97 feet and the
South 80 feet thereof.

Owners:        PETERSON, L. W. (hus)

               PETERSON, Velma (wf)

               OCEANSIDE FINANCE COMPANY (TDTr)

               OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

Parcel 94W-13,   21A1,   21A2, and 21B1

Parcel 1 - The South 80 feet of the North 564.97 feet of the West 134.04 feet
of the East 154.04 feet of the South 10 acres of the East 20 acres of Lot 4
(the Southeast Quarter of the Southwest Quarter) of Section Thirteen (13),
Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

Parcel 2 - The West 134.04 feet of the East 154.04 feet of the South 10 acres
of the East 20 acres of Lot 4 (the Southeast Quarter of the Southwest Quarter)
of Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San

3098

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

**Parcel 94W-13,   21A1,   21A2,   and 21B1   (cont'd)**

Bernardino Base and Meridian, in the County of San Diego, State of California,

EXCEPTING therefrom the North 564.97 feet thereof.

Owners:            NOWECK, Fred W. (hus)

NOWECK, Veronica C. (wf)


**Parcel 94W-13,   21A3**

The South 80 feet of the North 404.97 feet of the West 134.04 feet of the

East 154.04 feet of the South 10 acres of the East 20 acres of Lot 4 (the

Southeast Quarter of the Southwest Quarter) of Section Thirteen (13), Township

Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the

County of San Diego, State of California.

Owners:            GREER, Buford D. (hus)

GREER, Bessie B. (wf)


**Parcel 94W-13,   21BX1**

Included with Parcel 94W-13,   21X2.


**Parcel 94W-13,   21B1**

Included with Parcel 94W-13,   21A1.


**Parcel 94W-13,   22X4,   22CX3,   22D,  and 22C3**

The West 368.83 feet of the East 522.87 feet of the South 10 acres of the

East 20 acres of Lot 4 (the Southeast Quarter of the Southwest Quarter) of

Section Thirteen (13), Township Nine (9) South, Range Four (4) West, San Ber-

nardino Base and Meridian, in the County of San Diego, State of California,

EXCEPTING therefrom the South 237.80 feet of the West 200 feet thereof.

Owners:            SISCO, H. Dean (hus)
SISCO, Ruby A. (wf)
BANK OF AMERICA (TDTr)
JOHNSON, Violet G. (s/w) (TDBen)
BANK OF AMERICA (TDTr)
MATTFIELD, Orionna (m/w (TDBen)
SAN DIEGUITO PROPERTIES, INC. (TDTr)
SEACOAST SAVINGS AND LOAN ASSOCIATION (TDBen)

3039

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,  22AX2,  22A1X1, and 22C2

Parcel 1 -  The South 260 feet of the South 10 acres of the East 20 acres
of Lot 4 (Southeast Quarter of the Southwest Quarter) of Section Thirteen
(13), Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, EXCEPTING
therefrom the East 522.87 feet thereof.

Parcel 2 - The North 60 feet of the South 10 acres of the East 20 acres
of Lot 4 (Southeast Quarter of the Southwest Quarter) of Section Thirteen
(13), Township Nine (9) South, Range Four (4)  West, San Bernardino Base and
Meridian, in the County of San Diego, State of California, EXCEPTING
therefrom the East 522.87 feet thereof.

Owners:          PETERSON, L. W. (hus)

                 PETERSON, Velma (wf)

                 SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

                 LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

                 OCEANSIDE FINANCE COMPANY (TDTr)

                 OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

                 BANK OF AMERICA (TDTr)

                 GWYTHER, Helen M. (s/w)(TDBen)


Parcel 94W-13,  22AX1

Included with Parcel 94W-13,  22AX2.


Parcel 94W-13,  22A1A

The South 10 acres of the East 20 acres of Lot 4 (Southeast Quarter of the
Southwest Quarter) of Section Thirteen (13), Township Nine (9) South, Range
Four (4) West, San Bernardino Base and Meridian, in the County of San Diego,
State of California, EXCEPTING therefrom the East 522.87 feet and the South
480 feet, and the North 60 feet thereof.

Owners:          ROBERTS, Eugene (hus)

                 ROBERTS, Iris A. (wf)

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S,  R4W)

Parcel 94W-13,  22A2

The North 220 feet of the South 480 feet of the South 10 acres of the East
20 acres of Lot 4 (Southeast Quarter of the Southwest Quarter) of Section
Thirteen (13), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California,
EXCEPTING therefrom the East 522.87 feet thereof.

Owners:            BEZZANT, Elroy (hus)

                   BEZZANT, Lenon (wf)

                   SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

                   LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 94W-13,  22B, and 22C1

The West 200 feet of the East 522.87 feet of the South 237.80 feet of Lot 4
(Southeast Quarter of the Southwest Quarter) of Section Thirteen (13), Town-
ship Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

Owners:            FULCOMER, Carl E. (hus)

                   FULCOMER, Marie (wf)


Parcel 94W-13,  22CX3

Included with Parcel 94W-13,  22X4.


Parcel 94W-13,  22C1

Included with Parcel 94W-13,  22B.

Parcel 94W-13,  22C2

Included with Parcel 94W-13,  22AX2.

Parcel 94W-13,  22C3

Included with Parcel 94W-13,  22X4.

Parcel 94W-13,  22D

Included with Parcel 94W-13,  22X4.

3101

ASSESSOR'S MAP FOR
AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 13, T9S, R4W)

Parcel 94W-13,   23

Parcel 1 - All of the Southwest Quarter of Lot 4 (the Southeast Quarter of
the Southwest Quarter) of Section Thirteen (13), Township Nine (9) South,
Range Four (4) West, San Bernardino Base and Meridian, in the County of
San Diego, State of California, described as follows:  BEGINNING at the
Southwest corner of Lot 4; thence South $88\frac{1}{4}°$ East 11.96 chains to the corner
of street; thence North 1° East 10.13 chains; thence North 88° West 10.87
chains to boundary line of the Rancho Santa Margarita y Las Flores; thence
South $6\frac{1}{4}°$ West along the rancho line to the point of beginning.

Parcel 2 - That portion of the Rancho Santa Margarita y Las Flores described
as follows:  BEGINNING at a point on the East boundary line of said rancho,
distant thereon South 7°04'52" West 6251.02 feet from Corner No. 1 of said
rancho; thence continuing along said Easterly boundary line South 7°04'52.98"
West 673.13 feet to closing corner for Sections Thirteen (13) and Twenty-four
(24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and
Meridian, in the County of San Diego, State of California; thence North
89°21'25" West 142.20 feet to a $1\frac{1}{2}$ inch iron pipe with brass cap marked
"R.S.M. Sec 13-Sec 24"; thence North 6°56'21" East 672.95 feet to a
one-half-inch iron pin; thence South 89°21'25" East 143.88 feet to the
point of beginning.

Owners:          MARTINEZ, Stephen

                 MARTINEZ, Bernard

8102

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,   192 (formerly 1, 2, 9A, 9B, and 9C)

That portion of the Rancho Santa Margarita y Las Flores in the County of San Diego, State of California, described as follows:  BEGINNING at a point on the Easterly boundary line of sand Rancho Santa Margarita y Las Flores distant thereon South 7°04'52.98" West 6924.15 feet from Corner No. 1 of said rancho, said point being the closing corner for Sections Thirteen (13) and Twenty-four (24) in Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian; thence continuing along said Easterly boundary line South 7°04'52.98" West 924.07 feet; thence North 0°20'15" East 200.00 feet; thence North 89°21'25" West 114.18 feet to a half-inch iron pin; thence North 6°44'12" East 722.33 feet to a 1½-inch iron pipe with brass cap marked "R.S.M. Sec 13-Sec 24"; thence South 89°21'25" East 142.20 feet to the point of beginning.

ALSO, that portion of Lot 1 (fractional North Half of the Northwest Quarter) of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at a point in the Northerly line of said Lot 1 distant thereon North 89°13'30" West 902.40 feet from the Northeast corner of Lot 1; thence South 0°28' West 919.38 feet to the Northerly line of land conveyed to Traub by deed recorded in Book 1360 at page 207 of Deeds of San Diego County; thence North 7°11'40" East 144.69 feet; thence North 25°26'30" East 121.41 feet; thence North 16°20'20" East 136.79 feet; thence North 19°40' East 104.69 feet; thence North 0°28'40" East 79.23 feet; thence North 0°42' East 128.71 feet; thence North 0°12'20" East 103.40 feet; thence North 13°17'10" West 106.34 feet to the Southerly line of the North 20 feet of said Lot 1; thence along said Southerly line South 89°13'30" East 135.14 feet; thence North 0°28' East 20.00 feet to the Northerly line of said Lot 1; thence North 89°13'30" West along said Northerly line 250.00 feet to the point of beginning.

ALSO, that portion of Lot 1 (fractional North Half of the Northwest Quarter) of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West,

Interlocutory Judgment No. 31A
Exhibit G

8103

Ex 214-B

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,    192 (cont'd)  (formerly 1, 2, 9A, 9B, and 9C)

San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the Northwest corner of said Lot 1, being also the Northwest corner of Section Twenty-four (24); thence South 89°13'50" East along the Northerly line of said section 550.00 feet, more or less, to the Northwest corner of land conveyed to Woods by deed recorded in Book 2554 at page 458, Official Records of San Diego County; thence South 0°28' West along the Westerly line of said land 919.38 feet to the Northerly line of land conveyed to Traub by deed recorded in Book 1360 at page 207 of Deeds of San Diego County; thence along the boundary line of said land North 89°13'30" West 558 feet, North 0°28' East 200.00 feet, and North 89°13'30" West 126.42 feet to the Westerly line of said Lot 1; thence Northerly along said Westerly line 717.8 feet to the point of beginning.

ALSO, that portion of Lot 1 (fractional North Half of the Northwest Quarter) of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:  BEGINNING at the intersection of the South line of said Lot 1 with the center line of Wisconsin Avenue; thence along the Northerly prolongation of said center line North 0°28' East 401.00 feet to the Northeast corner of land conveyed to Traub by deed recorded in Book 1360 at page 207 of Deeds of San Diego County; thence along the North line of said Traub land North 89°13'30" West 485.22 feet to the true point of beginning.  Thence South 46°09'10" West 184.26 feet; thence South 81°10'10" West 116.49 feet; thence South 67°58'40" West 57.26 feet to the Easterly line of the Rancho Santa Margarita y Las Flores; thence along said Easterly line North 6°33'06" East 171.92 feet to the North line of said Traub land; thence thereon South 89°13'30" East 281.49 feet to the true point of beginning.

ALSO, that portion of the Rancho Santa Margarita y Las Flores in the County of San Diego, State of California, described as follows:

2

3104

ASSESSOR'S MAPS FOR THE AREA SOUTH OF THE SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,   192 (cont'd) (formerly 1, 2, 9A, 9B, and 9C)

BEGINNING at a point on the Easterly boundary line of said rancho, distant
thereon South 7°04'52.98" West 7848.22 feet from Corner No. 1 of said rancho;
thence South 406.18 feet; thence North 88°39'40" West 133.99 feet to a
half-inch iron pin; thence North 6°44'12" East 605.41 feet to a half-inch
iron pin; thence South 89°21'25" East 114.18 feet; thence South 0°20'25" West
200 feet to the point of beginning. EXCEPTING therefrom that portion thereof
lying Southerly of a line described as follows: BEGINNING at the intersection
of the South line of Lot 1 with the center line of Wisconsin Avenue; thence
along the Northerly prolongation of said center line North 0°28' East 401
feet to the Northeast corner of land conveyed to Traub by deed recorded in
Book 1360 at page 207 of Deeds of San Diego County; thence along the North
line of said Traub land North 89°13'30" West 485.22 feet; thence South
46°09'10" West 184.26 feet; thence South 81°10'10" West 116.49 feet; thence
South 67°58'40" West 57.26 feet to the Easterly line of said Rancho Santa
Margarita y Las Flores and the true point of beginning; thence South
67°58'40" West 152.82 feet to the Westerly line of parcel above mentioned.

ALSO, that portion of Lot 1 (fractional North Half of the Northwest Quarter)
of Section Twenty-four (24), Township Nine South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows: BEGINNING at a point on the Westerly line of said Lot
1, distant thereon 717.8 feet Southerly from the Northwest corner thereof,
said point being the Northwest corner of land conveyed to Traub by deed
recorded in Book 1360 at page 207 of Deeds of San Diego County; thence along
the boundary of said land South 89°13'30" East 126.42 feet and South 0°28' West
200 feet to an angle point therein; thence North 89°13'30" West to the
Westerly line of Lot 1; thence Northerly along said Westerly line to the
point of beginning.

Owners:          WOODS, Clarence (s/m)
                 BANK OF AMERICA (TDBen)
                 CONTINENTAL AUXILIARY COMPANY (TDTr)

3

3105

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24, _3_

All that portion of Lot 1 (fractional North Half of the Northwest Quarter)
of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows:  BEGINNING at the Southeast corner of Lot
1; thence along the South line North 89°11' West 338.18 feet to the true
point of beginning, being the Southeast corner of a 12-foot strip of land
conveyed to Crocker by deed recorded in Book 472 at page 429 of Official
Records of San Diego County, said point being 10 feet Westerly from the
Southeast corner of parcel of land conveyed to Traub by deed recorded in
Book 1363 at page 72 of Deeds of San Diego County; thence North 89°11' West
along the South line of said Lot 12 feet to the Southwest corner of aforesaid
12-foot strip; thence North 0°28' East along the West line of said Traub land
156 feet, more or less, to the North line thereof, being a point on the South
line of parcel of land conveyed to Helbig by deed recorded in Book 5 at page
11 of Official Records of San Diego County; thence North 89°11' West along
said South line of Helbig land and along the Westerly extension of said
South line 306.20 feet to the East line of parcel of land conveyed to Traub
by deed recorded in Book 1360 at page 207 of Deeds of San Diego County,
said East line being on the Northerly prolongation of the center line of
Wisconsin Avenue, formerly Indiana Avenue; thence North 0°28' East along said
East line of land of Traub 245 feet to the Northeast corner thereof; thence
North 89°13'30" West along the North line of said land 246.02 feet, more or
less, to the most Southerly corner of parcel of land conveyed to Woods;
thence along the Easterly boundary of said Woods land North 7°11'40" East
144.69 feet, North 25°26'30" East 121.41 feet, and North 16°20'20" East
136.79 feet, and North 19°40' East 104.69 feet, and North 0°28'40" East
79.23 feet, and North 0°42' East 128.71 feet, and North 0°12'20" East 103.40
feet, and North 13°17'10" West 106.34 feet to the South line of the North 20
feet of Lot 1; thence along said South line South 89°13'30" East 135.14 feet;

4

8106

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,   3   (cont'd)

thence North 0°28' East 20 feet to the North line of said Lot 1; thence

thereon South 89°13'30" East 156.17 feet, more or less, to the Northwest

corner of parcel of land conveyed to Crittenden by deed recorded in Book

1436 at page 9 of Official Records of San Diego County; thence South 0°28'

West along the West line of said land 557.4 feet to the Southwest corner

thereof; thence South 89°13'30" East along the South line of said land 156.29

feet to the Southeast corner thereof being also the Northwest corner of

10-foot strip of land conveyed to Zimmerman by deed recorded in Book 484

at page 88 of Official Records of San Diego County; thence South 0°28' West

along the West line of said 10-foot strip 607 feet to the  Southwest corner

thereof, being also the Northeast corner of 12-foot strip conveyed to Crocker

by deed recorded in Book 472 at page 429 of Official Records of San Diego

County; thence South 0°28' West along the East line of said 12-foot strip

156 feet, more or less, to the true point of beginning.

Owners:             GREVATT, Willard Ferens (hus)

GREVATT, Helen Louise (wf)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

Parcel 94W-24,   4

That portion of Lot 1 (the Northeast Quarter of the Northwest Quarter) of

Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San

Bernardino Base and Meridian, in the County of San Diego, State of California,

described as follows:  BEGINNING at a point on the North line of Lot 1 distant

thereon North 89°13'30" West 339.94 feet from the Northeast corner of said

Lot 1, said point of beginning being the Northwest corner of parcel conveyed

to Morris B. Cope and wife by deed recorded in Book 767 at page 235 of

Official Records of San Diego County; thence South 0°28' West along the West

line of Cope land 557.4 feet to the Southwest corner thereof; thenceNorth

89°13'30" West parallel with the North line of said Lot 1, 156.29 feet;

5

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)


Parcel 94W-24, __4__ (cont'd)

thence North 0°28' East parallel with said West line of Cope's land 557.4
feet to said North line of Lot 1; thence South 89°13'30" East along said
North line 156.29 feet to the point of beginning.  Containing 2.0 acres,
more or less.

Owners:          CRITTENDEN, Clifford L. (hus)
                 CRITTENDEN, Martha (wf)


Parcel 94W-24, __5__

That portion of Lot 1 (the Northeast Quarter of the Northwest Quarter) of
Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at a point on the North line of said Lot 1
distant North 89°13'30" West 165 feet from the Northeast corner of Lot 1, said
point of beginning being the Northwest corner of portion of said Lot 1 con-
veyed to Zimmerman February 8, 1936, by deed recorded in Book 384 at page 87
of Official Records of San Diego County; thence along the West line of said
land of Zimmerman South 0°28' West 287 feet; thence parallel with the North
line of said Lot 1 North 89°13'30" West 174.94 feet to the West line of par-
cel conveyed to Cope and wife April 13, 1938 by deed recorded in Book 767 at
page 235 of Official Records of San Diego County; thence along said West
line of Cope land North 0°28' East 287 feet to said North line of Lot 1;
thence thereon South 89°13'30" East 174.94 feet to the point of beginning.

Owners:          BELL, F. M. (hus)
                 BELL, Dora A. (wf)

6

3108

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,   6

That portion of Lot 1 (the Northeast Quarter of the Northwest Quarter) of
Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at a point on the North line of said Lot 1,
distant 165 feet North 89°13'30" West from the Northeast corner of said Lot 1,
said point of beginning being the Northwest corner of parcel of land conveyed
to Zimmerman by deed recorded in Book 484 at page 87 of Official Records of
San Diego County; thence along the West line of said Zimmerman land South
0°28' West 287 feet to the true point of beginning.  Thence parallel with the
North line of said Lot 1 North 89°13'30" West 174.94 feet to the West line of
parcel conveyed to Cope by deed recorded in Book 767 at page 235 of Official
Records of San Diego County; thence along the West line of said Cope land
South 0°28' West 157.25 feet; thence South 89°13'30" East, parallel with the
North line of said Lot 1, 174.94 feet to the West line of Zimmerman land;
thence North 0°28' East along said West line 157.25 feet to the true point of
beginning.

Owners:                    WOODRY, Floyd D. (hus)

                           WOODRY, Lucille K. (wf)

                           SECURITY TITLE INSURANCE COMPANY (TDTr)

                           THANING, Walter E. (TDBen)


Parcel 94W-24,   7

That portion of Lot 1 (the Northeast Quarter of the Northwest Quarter) of
Section Twenty-four (24),Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at a point on the North line of said Lot 1,
said point being the Northwest corner of parcel conveyed to Zimmerman February
8, 1936 by deed recorded in Book 484 at page 87 of Official Records of San
Diego County; thence South 0°28' West along the West line of land of Zimmer-
man 557.4 feet; thence North 89°13'30" West 174.94 feet; thence North 0°28' East

3109

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,   7  (cont'd)

557.4 feet; thence South 89°13'30" East 174.94 feet to the point of beginning.

EXCEPTING therefrom that portion lying North of a line beginning at a point

on the North line of said Lot 1, distant North 89°13'30" West 165 feet from

the Northeast corner of said lot; thence South 0°28' West 444.25 feet to

the true point of beginning.  Thence North 89°13'30" West 174.94 feet.

Owners:          CULPEPPER, Roberta (un/w)

BUCK, Leora M. (m/w)

BANK OF AMERICA (TDTr)

COPE, Morris B. (hus)(TDBen)

COPE, Grace W. (wf)(TDBen)


Parcel 94W-24,   8X2

That portion of Lot 1 (the Northeast Quarter of the Northwest Quarter) of

Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San

Bernardino Base and Meridian, in the County of San Diego, State of California,

described as follows:  BEGINNING at the Southeast corner of said Lot 1;

thence North along the East line thereof 576.45 feet; thence North 89°13'30"

West 98 feet; thence North 0°28' East 187.00 feet; thence North 89°13'30"

West 231.18 feet; thence South 0°28' West 763.19 feet to the South line of

said Lot 1; thence East along said South line 338.16 feet to the point of

beginning.

Owners:          ZIMMERMAN, Charles (hus)

ZIMMERMAN, Emma (wf)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

8

3110

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24, 8A, and 8B

That portion of Lot 1 (the Northeast Quarter of the Northwest Quarter) of
Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at a point in the East line of Lot 1,
distant North 0°28' East 576.45 feet from the Southeast corner of Lot 1;
thence continuing along said East line North 0°28' East 187 feet to the
Northeast corner of tract of land conveyed to Zimmerman by deed recorded in
Book 1495 at page 258 of Deeds of San Diego County; thence along the North
line of said land North 89°13'30" West 98 feet; thence parallel with the
East line of said Lot 1, South 0°28' West 187 feet to a line that bears
North 89°13'30" West from the point of beginning; thence South 89°13'30"
East 98 feet to the point of beginning.

ALSO, that portion of Lot 1 (the Northeast Quarter of the Northwest Quarter)
of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West,
San Bernardino Base and Meridian, in the County of San Diego, State of Cali-
fornia, described as follows:  BEGINNING at the Northeast corner of Lot 1;
thence along the East line of said Lot 1 South 0°28' West 557.76 feet to
the Northeast corner of land conveyed to Zimmerman by deed recorded in Book
1495 at page 258 of Deeds of San Diego County; thence along the North line
of Zimmerman land North 89°13'30" West 165 feet; thence parallel with the
East line of said Lot 1 North 0°28' East 557.76 feet to the North line of
said Lot 1; thence along said North line South 89°13'30" East 165 feet to
the point of beginning.

Owner:              COOPER, Ida

3111

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24, 9X3

Those portions of Lot 1 (the Northeast Quarter of the Northwest Quarter) of
Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San
Bernardino Base and Meridian, in the County of San Diego, State of California,
described as follows:

BEGINNING at a point on the South line of Lot 1 where said South line is inter-
sected by the Northerly prolongation of the center line of Wisconsin Avenue,
formerly Indiana Avenue; thence South 89°11' East along said South line
35 feet; thence North 0°28' East 46 feet to the true point of beginning.
Thence South 89°11' East 93.20 feet; thence North 0°28' East 110 feet;
thence North 89°11' West 93.20 feet; thence South 0°28' West 110 feet to
the true point of beginning.

ALSO, BEGINNING at a point on the South line of Lot 1 where said line is in-
tersected by the Northerly prolongation of the center line of Wisconsin Ave-
nue, formerly Indiana Avenue; thence South 89°11' East along said South line
35 feet to the true point of beginning.  Thence North 0°28' East 46 feet;
thence South 89°11' East 93.20 feet; thence North 0°28' East 110 feet; thence
South 89°11' East 178 feet; thence South 0°28' West 156.19 feet to the South
line of said Lot 1; thence North 89°11' West along said South line 271.20
feet to the true point of beginning.

ALSO, BEGINNING at a point on the South line of Lot 1 where said line is
intersected by the Northerly prolongation of the center line of Wisconsin
Avenue, formerly Indiana Avenue; thence South 89°11' East along the South
line of said Lot 1, 35 feet; thence North 0°28' East 156 feet; thence North
89°11' West 35 feet to intersection with the Northerly prolongation of the
center line of said Wisconsin Avenue; thence South 0°28' West 156 feet along
said Northerly prolongation of said center line of said Wisconsin Avenue to
the point of beginning.

ALSO, BEGINNING at a point on the South line of Lot 1, where said line is
intersected by the Northerly prolongation of the center line of Wisconsin

10

3112

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

<u>Parcel 94W-24,   9X3</u> (cont'd)

Avenue; thence North 0°28' East 401 feet; thence North 89°13'30" West 485.52
feet; thence South 46°09'10" West 184.26 feet;  thence South 81°10'10" West
116.49 feet; thence South 67°58'40" West 210.08 feet; thence South 6°44'12"
West to the Westerly extension of the Southerly line of Lot 1; thence
Easterly to the point of beginning.

<u>Owners:</u>          COLVIN, William Herbert (hus)

                  COLVIN, Addie G. (wf)

<u>Parcel 94W-24,   9A,   9B, and 9C</u>

Included with Parcel 94W-24, 192 (formerly 1, 2, 9A, 9B, and 9C)

<u>Parcel 94W-24,   10</u>

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at the Northwest corner of the Northeast Quarter of
said section; thence East 330 feet; thence South 363 feet; thence West 330
feet; thence North 363 feet to the point of beginning.

<u>Owners:</u>          GREEN, S. W. (hus)

                  GREEN, Alice M. (wf)

<u>Parcel 94W-24,   11</u>

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernar-
dino Base and Meridian, in the County of San Diego, State of California,
described as follows:  BEGINNING at a point 363 feet South of the Northwest
corner of the Northeast Quarter of said section; thence East 330 feet; thence
South 333.5 feet to the intersection of the center line of Kalmia Street

11

2113

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24,   11   (cont'd)

extended Westerly along said property; thence West along the center line of
said street 330 feet to the West line of said Northeast Quarter; thence North
333.5 feet to the point of beginning.

Owners:                 KINSMAN, Tyke G. (widower)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

Parcel 94W-24,   12

All that portion of the Northeast Quarter of Section Twenty-four (24), Town-
ship Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian,
in the County of San Diego, State of California, lying Northerly of
Dougherty Street and between Main and Pico Streets.

Owners:                 YACKEY, George F. (hus)

YACKEY, Alma H. (wf)

Parcel 94W-24,   13

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the West line of land conveyed to Kuhn
by deed recorded in Book 1289 at page 177 of Official Records of San Diego
County, distant North 170 feet from the Southwest corner of said land, said
point of beginning being the Northwest corner of parcel of land conveyed to
Wester; thence along the North line of said parcel 111.85 feet to the East
line of said tract of land conveyed to Kuhn; thence along said East line of
land of Kuhn 219.33 feet to the North line of said Northwest Quarter of the
Northeast Quarter; thence West along said line 111.85 feet to the Northwest
corner of said land of Kuhn; thence along said West line of land of Kuhn
219.63 feet to the point of beginning.  EXCEPT the South 141.63 feet thereof.

Owners:                 KOLB, Ben Harvey (hus)

KOLB, Margaret Bierman (wf)

12

3114

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

**Parcel 94W-24,   14**

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows: BEGINNING at a point on the West line of land conveyed to Kuhn
by deed recorded in Book 1289 at page 177 of Official Records of San Diego
County, distant North 170 feet from the Southwest corner of Kuhn land, said
point being the Northwest corner of parcel of land conveyed to Wester; thence
continuing North along said West line of Kuhn land 141.63 feet; thence East
parallel with the North line of the Northwest Quarter of the Northeast Quarter
111.85 feet to the East line of land conveyed to Kuhn; thence South along
said East line of Kuhn land 141.63 feet to the Northeast corner of land of
Wester; thence West along the North line of Wester land 111.85 feet to the
point of beginning.

**Owners:**          WESTER, Eleanore, also known as Eleanore Webster,
                      also known as Eleanore Rasneor

                     SECURITY TITLE INSURANCE COMPANY (TDTr)

                     FIRST NATIONAL BANK OF VISTA (TDBen)


**Parcel 94W-24,   15**

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows: BEGINNING at a point in the North line of said Section Twenty-
four (24) at the intersection of the Northerly prolongation of the East line
of tract of land conveyed to Hayes by deed recorded in Book 54 at page 223
of Deeds of San Diego County; thence East along said North line 111.85 feet
to the true point of beginning.  Thence South, parallel with the Northerly
prolongation of said East line of said land of Hayes 197.63 feet; thence
East, parallel with the North line of Section Twenty-four (24) 220.11 feet
to the West line of land conveyed to Pattee by deed recorded in Book 78 at

13

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24, __15__ (cont'd)

page 492 of Deeds of San Diego County; thence North along said West line

of land of Pattee 197.63 feet to said North line of Section 24; thence

West along said North line 220.71 feet to the point of beginning.

Owners:           SCCVCLI, Harry J. (hus)

                  SCCVCLI, Daisy W. (wf)

Parcel 94W-24, __16__

That portion of the Northwest Quarter of the Northeast Quarter of Section

Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino

Base and Meridian, in the County of San Diego, State of California, described

as follows:  BEGINNING at the Southeast corner of land conveyed to Kuhn by

deed recorded in Book 1289 at page 177 of Official Records of San Diego

County;  thence West along the South line thereof 111.85 feet to the South-

west corner thereof; thence North along the West line thereof 170 feet; thence

East parallel with the South line of said tract conveyed to Kuhn, 111.85

feet to the East line thereof; thence South thereon 170 feet to the point of

beginning.

Owners:           Wester, Paul S.

                  WESTER, Eleanore, also known as Webster,
                  also known as Eleanore Rasneor

                  SECURITY TITLE INSURANCE COMPANY (TDTr)

                  FIRST NATIONAL BANK OF VISTA (TDBen)

14

3116

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24, 17

That portion of the Northwest Quarter of the Northeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point in the North line of said Section 24 at the intersection of said line with the Northerly prolongation of the Easterly line of land conveyed to Hayes by deed recorded in Book 54 at page 223 of Deeds of San Diego County; thence East 111.85 feet; thence South, parallel with the Northerly prolongation of said Easterly line of land conveyed to Hayes 197.63 feet to the Southwest corner of land conveyed to Scovoli by deed recorded in Book 3640 at page 32 of Official Records of San Diego County, being the true point of beginning. Thence East 60 feet; thence South 191.47 feet; thence West 60 feet; thence North 191.70 feet to the true point of beginning.

Owners:        METZGER, Fred B. (hus)

METZGER, Geraldine L. (wf)

LAND TITLE INSURANCE COMPANY (TDTr)

McMILLAN MORTGAGE CO. (TDBen)

Parcel 94W-24, 18

That portion of the Northwest Quarter of the Northeast Quarter of Section Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows: BEGINNING at a point in the North line of Section 24 at the intersection of said line with the Northerly prolongation of the East line of land conveyed to Hayes; thence East 111.85 feet; thence South parallel with the Northerly prolongation of said East line of Hayes land, 197.63 feet to the Southwest corner of land conveyed to Scovoli; thence East along the South line of Scovoli land to the true point of beginning. Thence continuing East along said South line 60 feet; thence South parallel with the East line

15

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

<u>Parcel 94W-24, 18</u> (cont'd)

of Hayes land 191.24 feet, more or less, to the North line of land conveyed
to Matthews; thence West along said North line 60 feet to a line which bears
South and parallel with the East line of Hayes land from the true point of
beginning; thence North parallel with said East line of Hayes land 191.47
feet, more or less, to the true point of beginning.

<u>Owners:</u>           BURNAMAN, Murray E. (hus)(Agreement to Convey)

BURNAMAN, Neva M. (wf)(Agreement to Convey)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

MARTIN, Hugh Verne (hus)

MARTIN, Wilotta W. (wf)

<u>Parcel 94W-24, 19</u>

That portion of the Northwest Quarter of the Northeast Quarter of Section
Twenty-four (24), Township Nine (9) South, Range Four (4) West, San Bernardino
Base and Meridian, in the County of San Diego, State of California, described
as follows:  BEGINNING at a point in the North line of said Section 24 at the
intersection of said line with the Northerly prolongation of the East line
of land conveyed to Hayes by deed recorded in Book 54 at page 223 of Deeds
of San Diego County; thence East 111.85 feet; thence South parallel with the
Northerly prolongation of said East line of said Hayes land 197.63 feet to
the Southwest corner of land conveyed to Scovoli by deed recorded in Book
3640 at page 32 of Official Records of San Diego County; thence East along
said South line of Scovoli land 120 feet to the true point of beginning.
Thence continuing East along said South line 100.11 feet to the West line
of land conveyed to Pattee by deed recorded in Book 78 at page 492 of
Deeds of San Diego County; thence South along said West line of Pattee
land 190.85 feet to the North line of land conveyed to Matthews by deed

16

ASSESSOR'S MAP FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Section 24, T9S, R4W)

Parcel 94W-24, -19- cont'd)

recorded in Book 75 at page 350 of Deeds of San Diego County; thence West
along said North line 99.53 feet to a line which bears South parallel with
the East line of said Hayes land from the true point of beginning; thence
North parallel with the East line of Hayes land 191.24 feet to the true
point of beginning.

Owners:          LA POINTE, Albert C. (hus)

                 LA POINTE, Gerlaine (wf)

                 BANK OF AMERICA (TDTr)

                 GODDARD, Julian C. (hus)(TDBen)

                 GODDARD, Aniella C. (wf)(TDBen)

17

3119

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-37)

Parcel 94W-37,  1 and 7

Lots 1 and 10 of Block 17 of Stevenson Bros. Addition to West Fallbrook,
in the County of San Diego, State of California.
Owners:              GROOM, Homer P. (hus)

                     GROOM, Augusta M. (wf)


Parcel 94W-37,  2

Lots 2 and 3 of Block 17 of Stevenson Bros. Addition to West Fallbrook,
in the County of San Diego, State of California.
Owners:              KRAUSE, Mike (hus)

                     KRAUSE, Karma (wf)

                     SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

                     HUDKINS, Edgar H. (hus)(TDBen)

                     HUDKINS, Jeanette Pearl (wf)(TDBen)


Parcel 94W-37,  3

Lot 4 of Block 17 of Stevenson Bros. Addition to West Fallbrook, in the

County of San Diego, State of California.

Owners:              BELL, Vincent V. (hus)

                     BELL, Wilma M. (wf)

                     BANK OF AMERICA (TDTr)

                     KNAPP, Lester W. (hus)(TDBen)

                     KNAPP,  Ethel (wf)(TDBen)


Parcel 94W-37,  4

Lot 5 of Block 17 of Stevenson Bros. Addition to West Fallbrook, in the

County of San Diego, State of California.

Owners:              BIGHAM, Cordelia

                     UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

                     HECOCK, Faye L. (TDBen)

Interlocutory Judgment No. 39A

Exhibit G          3120

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-37)

Parcel 94W-37,   5X1

Lot 6 of Block 17 of Stevenson Bros. Addition to West Fallbrook, in the
County of San Diego, State of California.

Owners:          PETERSON, L. W. (m/m)

SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 94W-37,   5A

Lot 7 of Block 17 of Stevenson Bros. Addition to West Fallbrook, in the
County of San Diego, State of California.

Owners:          HENDERSON, U. G. (m/m)

HENDERSON, E. C. (m/m)


Parcel 94W-37,   6

Lots 8 and 9 of Block 17 of Stevenson Bros. Addition to West Fallbrook, in the
County of San Diego, State of California.

Owners:          KRAUSE, Mike (hus)

KRAUSE, Karma (wf)

SECURITY FIRST NATIONAL BANK OF LOS ANGELES (TDTr)

SUMMIT, Lottie (un/w)(TDBen)


Parcel 94W-37,   7

Included with Parcel 94W-37,   1.


Parcel 94W-37,   8 and 9

Lots 1 and 2 of Block 18 of Stevenson Bros. Addition to West Fallbrook, in
the County of San Diego, State of California.

Owners:          FIRST CHURCH OF CHRIST SCIENTIST.

2

**3121**

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-37)

**Parcel 94W-37.   10, 11, 12, and 13X1**

Outside the watershed.

**Parcel 94W-37.   13A**

The West Half of Lots 6 and 7 of Block 18 of Stevenson Bros. Addition to

West Fallbrook, in the County of San Diego, State of California.

Owners:          BENTON, Hazel A. (s/w)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)

**Parcel 94W-37,   14**

Lot 8 of Block 18 of Stevenson Bros. Addition to West Fallbrook, in the

County of San Diego, State of California.

Owners:          NAVARRO, Frank R. (hus)

NAVARRO, Dora H. (wf)

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)

**Parcel 94W-37,   15**

Lot 9 of Block 18 of Stevenson Bros. Addition to West Fallbrook, in the

County of San Diego, State of California.

Owners:          LINCOLN, Laura Jean (s/w)

BANK OF AMERICA (TDTr)

WALKER, Senator N. (hus)(TDBen)

WALKER, Jenny D. (wf)(TDBen)

**Parcel 94W-37,   16**

Lot 10 of Block 18 of Stevenson Bros. Addition to West Fallbrook, in the

County of San Diego, State of California.

Owners:          GRANTHAM, Raymond A. (hus)
GRANTHAM, Naomi M. (wf)
BANK OF AMERICA (TDTr)
GARDNER, Clarence H. (hus)(TDBen)
GARDNER, Kathryn S. (wf)(TDBen)

8122

3

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-39)

Parcel 94W-39,   1

    The East 379.89 feet of the North 229.33 feet of Block 66 of West Fallbrook,

in the County of San Diego, State of California, further described as follows:

Lots 2, 3, 4 and 5, and portions of Lots 1, 6 and 7 in Block "A", and

a portion of Lots 4, 5, and 6 in Block "B" of Villinger's Subdivision of

Block 66 of West Fallbrook.

Owners:           LATTIMER, W. F. (hus)

                  LATTIMER, Alice M. (wf)


Parcel 94W-39,   2, and 10X1

    That portion of Block 66 of West Fallbrook, in the County of San Diego, State

of California, described as follows:  BEGINNING at the Northwest corner of

said Block 66; thence Easterly along the North line of said block 194.56

feet to a point which is 399.89 feet from the Northeast corner of said

Block 66, the true point of beginning. Thence Southerly/parallel with the Easterly

line of said Block 66, 229.33 feet; thence Easterly parallel with the North

line, 379.83 feet to the East line thereof, said point being 229.93 feet

South of the Northeast corner of said Block 66; thence Southerly along said

East line to a point 214.43 feet North of the Southeast corner of said

Block 66; thence South 88°12'30" West 141.40 feet; thence South 0°20'30" West

208.10 feet to the South line of said Block 66; thence North 89°13'30" West

along the Southerly line of Block 66 to a point 258.64 feet from the

Southwest corner of said Block 66; thence North 0°27' East 133.50 feet;

thence North 89°13'30" West 129.25 feet to the center line of alley between

Lots 3, 4 and 5 of Block "C" of said Block 66; thence North along the center

line of said alley and the Northerly prolongation thereof to the North line of

said Block 66 at the true point of beginning, said property being a portion of

Lots 1, 6, and 7 of Block "A", a portion of Lots 4, 5, and 6 of Block "B", a

portion of Lot 5 of Block "C", and a portion of Lots 1 to 5 of Block "D" of

Villinger's Subdivision of Block 66, of West Fallbrook.

Owner:           COOK, William F. (widower)

8123

ASSESSOR'S MAP FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-39)

Parcel 94W-39,   3

    Lot 1 of Block "B" of Villinger's Subdivision of Block 66 of West Fallbrook,

in the County of San Diego, State of California.  ALSO, the North Half of

Kansas Street adjoining said Lot 1 on the South, and the West Half of the

alley adjoining said Lot 1 on the East.

Owners:              KEITH, Nathaniel B. (hus)

                  KEITH, Maxine (wf)

                  U. S. A., Veterans Administration (TDTr)

                  U. S. A., Administrator of Veterans Affairs (TDBen)


Parcel 94W-39,   4

    Lot 2 of Block "B" of Villinger's Subdivision of Block 66 of West Fallbrook,

in the County of San Diego, State of California, and also the West Half of

the alley adjoining said Lot 2 on the East.

Owners:              VLASEK, Arne F. (s/m)

                  WEBER, Edward John, VETERANS ADMINISTRATION (TDTr)

                  GRAY, Carl R., Jr., Administrator of Veterans Affairs (TDBen)


Parcel 94W-39,   5

    The North Half of Lot 3 of Block "B" of Villinger's Subdivision of Block

66 of West Fallbrook, in the County of San Diego, State of California, and

also the West Half of the alley adjoining the North Half of Lot 3 on the East.

Owners:              BARKEY, Maurine Nash (m/w)

                  WEBER, Edward John, Veterans Administration (TDTr)

                  GRAY, Carl R., Jr., Administrator of Veterans Affairs (TDBen)

                  KRIDER, Melvin (hus)(TDBen)

                  KRIDER, Alberta (wf)(TDBen)

3124

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-39)

Parcel 94W-39,   6

Lot 1 of Block C of Villinger's Subdivision of Block 66 of West Fallbrook,
in the County of San Diego, State of California.  Also the West Half of
the alley adjoining said Lot 1 on the East.

Owners:       MEDINA, Macario (hus)

              MEDINA, Amalia (wf)

              U. S. A., VETERANS ADMINISTRATION (TDTr)

              U. S. A., ADMINISTRATOR OF VETERANS AFFAIRS (TDBen)

              UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

              GROLEAU, Christine M. (m/w sep prop)(TDBen)


Parcel 94W-39,   7

Lot 2 of Block C of Villinger's Subdivision of Block 66 of West Fallbrook,
in the County of San Diego, State of California.  Also the West Half of the
alley adjoining Lot 2 on the East.

Owners:       THOMPSON, Robert E. (hus)

              THOMPSON, Virginia D. (wf)

              BANK OF AMERICA (TDTr)

              VICKERS, Russell G. (hus)(TDBen)

              VICKERS, Gladys Sullivan (wf)(TDBen)

              OCEANSIDE FINANCE COMPANY (TDTr)

              OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

              WEBER, Edward John, Veterans Administration (TDTr)

              GRAY, Carl R., Jr., Administrator of Veterans Affairs (TDBen)


Parcel 94W-39,   8

Lot 3 of Block C of Villinger's Subdivision of Block 66 of West Fallbrook, in
the County of San Diego, State of California; also the West Half of the alley
adjoining said Lot 3 on the East.

Owners:       KRELL, John N. (hus)
              KRELL, Harriet L. (wf)

              WEBER, Edward John, Veterans Administration (TDTr)
              GRAY, Carl R., Jr. Administrator of Veterans Affairs (TDBen)

6

3125

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-39)

Parcel 94W-39,   9

Lot 4 of Block C of Villinger's Subdivision of Block 66 of West Fallbrook, in
the County of San Diego, State of California.  Also the South Half of Kansas
Street adjoining said Lot 4 on the North, and the West Half of the alley
adjoining said Lot 4 on the East.

Owners:        SIEL, Carl Reinhart (hus)

               SIEL, Mary Phyllis (wf)

               WEBER, Edward John, Veterans Administration (TDTr)

               GRAY, Carl R., Jr., Administrator of Veterans Affairs (TDBen)


Parcel 94W-39,   10X1

Included with Parcel 94W-39, 2.


Parcel 94W-39,   10A

That portion of Block C of Villinger's Subdivision of Block 66 of West Fall-
brook, in the County of San Diego, State of California, described as follows:
BEGINNING at the Southwest corner of Block C; thence along the South line of
said block South $89^\circ 13'30''$ East 129.37 feet to the center line of the alley
between Lots 1, 2, and 7 of said Block C, said point being the true point of
beginning.  Thence along the center line of said alley North $0^\circ 30'10''$ East
133.50 feet to the Westerly prolongation of the North line of Lot 7 of said
Block C; thence along the Westerly prolongation and along the North line of
Lots 7 and 6 of said Block C South $89^\circ 13'30''$ East 129.25 feet to the West
line of Iowa Street as shown on said Map333; thence along said West line
South $0^\circ 27'$ West 133.50 feet to the Southeast corner of said Block C; thence
along the South line of said Block C North $89^\circ 31'$ West 129.27 feet to the
true point of beginning. (Contains   n e     portion of Iowa Street).

Owners:        MEDINA, Macario (hus)

               MEDINA, Amalia (wf)

               BANK OF AMERICA (TDTr)

               COOK, W. F. (widower)(TDBen)

2126

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-39)

Parcel 94W-39,  11

That portion of Block 66 of West Fallbrook, in the County of San Diego,
State of California, described as follows:  BEGINNING at the Southeast corner
of Block 66 of West Fallbrook; thence along the South line North 89°13'30"
West 141.30 feet; thence parallel with the East line of Block 66 North
0°20'30" East 208.10 feet; thence North 88°12'30" East 141.40 feet to the
East line of Block 66; thence South 0°20'30" West 214.43 feet to the point
of beginning, being a portion of Block D of Villinger's Subdivision of
said Block 66 of West Fallbrook.

Owner:          COOK, Ernest C.


Parcel 94W-39,  12

The South Half of Lot 3 of Block B of Villinger's Subdivision of Block 66 of
West Fallbrook, in the County of San Diego, State of California; also the
West half of the alley adjoining said Lot 3 on the East.

Owners:

FARGIE, Oscar Smith, Jr. (hus)

FARGIE, Kawelolielani J. (wf)

BANK OF AMERICA (TDTr)

TURK, Joseph (hus)(TDBen)

TURK, Ruth Ethelene (wf)(TDBen)

BANK OF AMERICA (TDTr)

TOMLIN, N. W. (TDBen)

WEBER, Edward John, Veterans Administration, (TDTr)

GRAY, Carl R., Jr., Administrator of Veterans Affairs (TDBen)

3127

8

ASSESSOR'S MAP FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)

Parcel 94W-40,   1

    Lot 1 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,

    in the County of San Diego, State of California, together with that portion

    of the west half of Deacon Street adjoining said Lot 1 on the East.

Owners:          BECKER, Edgar LeRoy (hus)

               BECKER, Gloria Ellen (wf)

               WADDELL, Kenneth Louis, Employee of Veterans Administration
                 (TDTr)

               HIGLEY, H. V., Employee of Veterans Administration (TDBen)


Parcel 94W-40,   2

    Lot 2 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,

    in the County of San Diego, State of California, together with that portion

    of the West Half of Deacon Street adjoining said Lot 1 on the East.

Owners:          TOMLIN, N. W. (hus)

               TOMLIN, Lucy C. (wf)

               GROOMS, Lonnie (hus)(Agmt to purchase)

               GROOMS, BETTY W. (wf)(Agmt to purchase)


Parcel 94W-40,   3X1

    All of Lot 3 and the Northerly 9.70 feet of Lot 4 of Pruett & Short's Sub-

    division, Block 65, Additions to West Fallbrook, in the County of San Diego,

    State of California, together with that portion of the West Half of Deacon

    Street adjoining Lot 3 and the Northerly 9.70 feet of Lot 4 on the East.

Owners:          WILLIAMS, Charles L. (hus)
               WILLIAMS, Irma C. (wf)

               BANK OF AMERICA (TDTr)
               BUSBY, James C. (hus)(TDBen)
               BUSBY, Louise C. (wf)(TDBen)

               SECURITY TITLE INSURANCE COMPANY (TDTr)
               SUBURBAN SAVINGS AND LOAN ASSOCIATION (TDBen)

3128

ASSESSOR'S MAP FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)

Parcel 94W-40,   3A

Lots 4 and 5 of Pruett & Short's Subdivision, Block 65, Additions to West

Fallbrook, in the County of San Diego, State of California, EXCEPT the

North 9.70 feet of Lot 4, and EXCEPT the South 36 feet of Lot 5, together

with the West Half of Deacon Street adjoining the portions of Lots 4 and 5,

described above, on the East.

Owners:          WYATT, George L. (hus)

                 WYATT, Jean M. (wf)

                 SECURITY TITLE INSURANCE COMPANY (TDTr)

                 SUBURBAN SAVINGS AND LOAN ASSOCIATION (TDBen)

                 BANK OF AMERICA (TDTr)

                 BUSBY, James C. (hus)(TDBen)

                 BUSBY, Louise C. (wf)(TDBen)


Parcel 94W-40,   4

The South 36 feet of Lot 5 of Pruett & Short's Subdivision, Block 65,

Additions to West Fallbrook, in the County of San Diego, State of California,

together with that portion of the West Half of Deacon Street lying Easterly

of and adjoining the South 36 feet of Lot 5, and also that part of the Northerly

half of Kentucky Street lying Southerly of and adjoining Lot 5 and lying

Southerly of and adjoining said portion of the West half of Deacon Street.

Owners:          QUINN, Jack (hus)

                 QUINN, Frankie Mae (wf)

                 BANK OF AMERICA (TDTr)

                 SUNDELL, Charles G. (hus)(TDBen)

                 SUNDELL, Irene J. (wf)(TDBen)

                 LAND TITLE INSURANCE COMPANY (TDTr)

                 PALOMAR SAVINGS AND LOAN ASSOCIATION (TDBen)

3129

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(Map 94W-40)

Parcel 94W-40.   5

    Lot 6 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
in the County of San Diego, State of California, together with that portion
of the West Half of Deacon Street adjoining Lot 6 on the East, and the
South Half of Kentucky Street adjoining Lot 6 and said portion of Deacon
Street on the North.

Owners:
    JOHNSON, Harold E. (hus)
    JOHNSON, Doris W. (wf)
    HAVENS, Borden (hus)(Agmt to convey)
    HAVENS, Anna (wf)(Agmt to convey)
    SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)
    LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

Parcel 94W-40.   6 and 7

    Lots 7 and 8, Pruett & Short's Subdivision of Block 65, Additions to West
Fallbrook, together with that portion of the West Half of Deacon Street ad-
joining Lots 7 and 8 on the East, in the County of San Diego, State of California.

Owners:
    FREDY, Augustine (hus)
    FREDY, Frances (wf)
    SECURITY TITLE INSURANCE COMPANY (TDTr-Lot 7)
    BILLMAN, Dan E. (m/m)(TDBen-Lot 7)
    SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr-Lot 7)
    LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen-Lot 7)
    CORPORATION OF AMERICA (TDTr-Lot 8)
    BANK OF AMERICA (TDBen-Lot 8)

11

3130

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)

Parcel 94W-40,   8

Lot 9, Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
in the County of San Diego, State of California, together with that portion
of the West Half of Deacon Street adjoining said Lot 9 on the East.

Owners:            ANTHONY, Donald (hus)

                   ANTHONY, Charlotte (wf)

                   BANK OF AMERICA (TDTr)

                   BARKOW, Harold W. (hus)(TDBen)

                   BARKOW, Marcella C. R. (wf)(TDBen)


Parcel 94W-40,   9

Lot 10 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
in the County of San Diego, State of California, together with that portion
of the West Half of Deacon Street adjoining said Lot 10 on the East.

Owners:            BIBB, James H. (hus)

                   BIBB, Frances M. (wf)

                   BANK OF AMERICA (TDTr)

                   BARKOW, Harold W. (hus)(TDBen)

                   BARKOW, Marcella C. R. (wf)(TDBen)


Parcel 94W-40,   10 and 11X1

Lots 11, 12, and 13 of Pruett & Short's Subdivision, Block 65, Additions to
West Fallbrook, in the County of San Diego, State of California, together
with that portion of the Easterly Half of Deacon Street adjoining said Lots
11, 12, and 13 on the West.

Owners:            WEEKS, LeRoy I. (hus)

                   WEEKS, Nellie M. (wf)

12

3131

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)

Parcel 94W-40, 11A

Lot 14 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
in the County of San Diego, State of California, together with that portion
of the East Half of Deacon Street adjoining said Lot 14 on the West.

Owners:        PFEFFER, Helen (widow)

BANK OF AMERICA (TDTr)

WEEKS, LeRoy I. (hus)(TDBen)

WEEKS, Nellie M. (wf)(TDBen)

Parcel 94W-40, 12

Lot 15 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
together with that portion of the Easterly Half of Deacon Street adjoining
said Lot 15 on the West, and that portion of the Northerly Half of Kentucky
Street adjoining Lot 15 and said portion of Deacon Street on the South.

Owner:        ANDERSON, Maud May (s/w)

Parcel 94W-40, 13

Lot 16 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
County of San Diego, State of California, together with that portion of the
Easterly half of Deacon Street adjoining said Lot 16 on the West and that
portion of the South Half of Kentucky Street adjoining said Lot 16 and said
portion of Deacon Street on the North.

Owners:        JAY, Henry D. (hus)

JAY, M. Lucille (wf)

Parcel 94W-40, 14

Lots 17, 18, 19, and 20 of Pruett & Short's Subdivision, Block 65, Additions
to West Fallbrook, in the County of San Diego, State of California, together
with that portion of the Easterly Half of Deacon Street adjoining said Lots
17, 18, 19, and 20 on the West.

Owners:        McMILLAN, Cora B. (widow)

McMILLAN, Barbara (s/w)

3132

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)


Parcel 94W-40,  15

Lots 21, 22, and 23 of Pruett & Short's Subdivision, Block 65, Additions
to West Fallbrook, in the County of San Diego, State of California, together
with the West Half of the street now vacated, adjoining said Lots 21, 22,
and 23 on the East.

Owners:          NAGELE, August (hus)

                 NAGELE, Anna (wf)


Parcel 94W-40,  16

Lot 24 and that portion of Lot 35 lying immediately South of and adjoining Lot
24, of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
in the County of San Diego, State of California, together with the West half
of the street, now vacated, adjoining Lots 24 and 35 on the East.

Owners:          SCHATTSCHNEIDER, Hugo (hus)

                 SCHATTSCHNEIDER, Alice A. (wf)


Parcel 94W-40,  17

Lot 26 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,
in the County of San Diego, State of California, together with the West Half
of the street, now vacated, adjoining said Lot 26 on the East.

Owners:          MARTINEZ, Narciso R. (hus)

                 MARTINEZ, Vita F. (wf)

                 OCEANSIDE FINANCE COMPANY (TDTr)

                 OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCITION (TDBen)

                 TITLE INSURANCE AND TRUST COMPANY (TDTr)

                 LIGON, Patsy (TDBen)

3133

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)

Parcel 94W-40,  18

    Lot 27 of Pruett and Short's Subdivision, Block 65, Additions to West Fall-

brook, in the County of San Diego, State of California, together with the

West half of the street, now vacated, adjoining Lot 27 on the East.

Owners:           WOODROW, H. C. (hus)

                  WOODROW, Lillian L. (wf)

                  BANK OF AMERICA (TDTr)

                  McMAHAN, Walter C. (TDBen)

                  McMAHAN, Frankie C. (TDBen)

                  WILSON, Orlan D. (hus)(Agmt to convey)

                  WILSON, Irene L. (wf)(Agmt to Convey)

Parcel 94W-40,  19

    Lot 28 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook,

in the County of San Diego, State of California, together with the West half

of the street now vacated adjoining said Lot 28 on the East.

Owners:           ORR, Herbert (hus)

                  ORR, Lucille E. (wf)

                  BANK OF AMERICA (TDTr)

                  ADAMS, Howell H. (hus)(TDBen)

                  ADAMS, Ida J. (wf)(TDBen)

                  WOODROW, H. C. (hus)(TDBen)

                  WOODROW, Lillian H. (wf)(TDBen)

Parcel 94W-40,  20

    Lots 29 and 30 of Pruett & Short's Subdivision, Block 65, Additions to West

Fallbrook, in the County of San Diego, State of California, together with the

West half of the street, now vacated, adjoining said lots 29 and 30 on the East.

Owners:           WILBUR, Richard W. (hus)

                  WILBUR, Elizabeth (wf)

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)

Parcel 94W-40, _21_

    Lot 31 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook, in the County of San Diego, State of California, together with the East half of the street, now vacated, adjoining Lot 31 on the West.

Owners:      RARICK, Doris G. (widow)

              RARICK, Geyer R. (widower)


Parcel 94W-40, _22_

    Lot 32 of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook, in the County of San Diego, State of California, together with the East half of the street, now vacated, adjoining said Lot 32 on the West.

Owners:      GRAHAM, W. A. (hus)

              GRAHAM, Anna H. (wf)


Parcel 94W-40, _23_

    Lot 33 of Pruett & Short's Subdivision,  Block 65, Additions to West Fallbrook, in the County of San Diego, State of California, together with the East half of the street, now vacated, adjoining Lot 33  on the West.

Owners:      OSWALD, Jackson M. (hus)

              OSWALD, Susie M. (wf)

              UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

              BLACKLIDGE, William T. (hus)(TDBen)

              BLACKLIDGE, Ruby C. (wf)(TDBen)


Parcel 94W-40, _24_

    Lot 34, and that portion of Lot 35 lying immediately South of and adjoining Lot 34, of Pruett & Short's Subdivision, Block 65, Additions to West Fallbrook, together with the East half of the street, now vacated, adjoining said Lots 34 and 35 on the West., in the County of San Diego, State of California.

Owners:      SCHALLOCK, Frank (hus)

              SCHALLOCK, Ann (wf)

8135

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-40)


Parcel 94W-40.   25

    Lots 36, 37 and 38 of Pruett & Short's Subdivision, Block 65, Additions to

West Fallbrook, in the County of San Diego, State of California, together

with the East half of the street, now vacated, adjoining said Lots 36,

37, and 38 on the West.

Owners:        ROWLEY, Vernon James III (hus)

          ROWLEY, Margaret Helen (wf)

          BANK OF AMERICA (TDTr)

          GRACEY, Clara Ellis (m/w)(TDBen)

          LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDTr)

          SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDBen)


Parcel 94W-40,   26

    Lots 39 and 40 of Pruett & Short's Subdivision, Block 65, Additions to West

Fallbrook, in the County of San Diego, State of California, together with

the East half of the street, now vacated, adjoining said Lots 39 and 40 on

the West.

Owner:        RICE, Joseph (hus)

          RICE, Wanda L. (wf)

3136

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-42)

Parcel 94W-42, 5

Lot 5, Block C, of Bartlett's Addition to West Fallbrook, in the County of
San Diego, State of California; also that portion of the West Half of Pros-
pect Avenue adjoining Lot 5 on the East.

Owners:        WALTERS, Harry F. (hus)

               WALTERS, Jessie May (wf)


Parcel 94W-42, 6

Lot 6, Block C of Bartlett's Addition to West Fallbrook, in the County of
San Diego, State of California; also that portion of the West half of
Prospect Avenue adjoining Lot 6 on the East.

Owners:        GRASSMAN, Sherill G. (hus)

               GRASSMAN, Dorothy J. (wf)

               UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

               GUDMAN, William F. (TDBen)


Parcel 94W-42, 8

Lots 2, 3, 4, 5, and 6 of Block J, Bartlett's Addition to West Fallbrook,
in the County of San Diego, State of California, EXCEPT the South 8 feet of
Lot 2. ALSO EXCEPTING those portions of Lots 3, 4, 5, and 6 of Block J,
described as follows: BEGINNING at a point on the North line of Lot 6,
South 89°13'30" East 82.50 feet from the Northwest corner of Lot 6; thence
parallel with the West line of Block J South 0°43'15" West 164 feet; thence
parallel with the North line of Lot 6, South 89°13'30" East 107.50 feet to the
East line of tract of land conveyed to O. P. Heald and wife by deed recorded
in Book 3466 at page 237 of Official Records of San Diego County; thence
along the East line North 0°43'15" East 164 feet to the North line of Lot 6;
thence along said North line North 89°13'30" West 107.50 feet to the point
of beginning.

Owners:        HEALD, O. P. (hus)
               HEALD, Alice L. (wf)
               BANK OF AMERICA (TDTr)
               ERICKSON, Victor E. (hus)(TDBen)
               ERICKSON, Hazel M. (wf)(TDBen)

3137

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-42)

Parcel 94W-42, 9

All those portions of Lots 3, 4, 5, and 6 of Block J of Bartlett's Addition

to West Fallbrook, in the County of San Diego, State of California, described

as follows:  BEGINNING at a point in the North line of Lot 6 South 89°13'30"

East 82.50 feet from the Northwest corner of Lot 6; thence parallel with the

West line of Block J South 0°43'15" West 164 feet; thence parallel with the

North line of Lot 6 South 89°13'30" East 107.50 feet to the East line of

tract of land conveyed to O. P. Heald and wife by deed recorded in Book

3466 at page 237 of Official Records of San Diego County; thence along the

East line North 0°43'15" East 164 feet to the North line of Lot 6; thence

along said North line North 89°13'30" West 107.50 feet to the point of

beginning.

Owners:          SIEVERS, Linden H. (hus)

                 SIEVERS, Betty Ann (wf)

                 BANK OF AMERICA (TDTr)

                 McCLURE, Douglas C. (TDBen)

                 McCLURE, Ruth C. (TDBen)

                 PRUDDEN, Earl D. (TDBen)

19

8138

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, 215X1

Lots 1, 2, 3, 4, 5, 6, 7, 8, and 9 of Block 57 of Township of West Fallbrook,

in the County of San Diego, State of California.

Owners:          SCHNEIDER, Walter C. (hus)

                 SCHNEIDER, Marianne (wf)


Parcel 94W-43, 215A

Lot 10 of Block 57 of Township of West Fallbrook, in the County of San

Diego, State of California.

Owners:          CHURCHILL, Frank A. (m/m)


Parcel 94W-43, 216

Lots 1 and 10 of Block 58 of Township of West Fallbrook, in the County of San

Diego, State of California.

Owners:          WOODS, William Samuel (hus)

                 WOODS, Mary Elizabeth (wf)

                 CORPORATION OF AMERICA (TDTr)

                 BANK OF AMERICA (TDBen)


Parcel 94W-43, 217

Lots 2, 3, 4, 5, 6, 7, 8, and 9 of Block 58 of Township of West Fallbrook,

in the County of San Diego, State of California.

Owners:          SCHNEIDER, Walter C. (hus)

                 SCHNEIDER, Marianne (wf)


Parcel 94W-43, 218

Lots 1 and 10, and that portion of Lots 2 and 9 of Block 63 of Township of West

Fallbrook, in the County of San Diego, State of California, and vacated streets

and alleys described as follows:  BEGINNING at the Southeast corner of Lot 4,

in said Block 63; thence along the East line of Block 63 North 120 feet to

the true point of beginning.  Thence, parallel with the South line of said

20

3139

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, 218 (cont'd)

Lot 4 and its Westerly prolongation West 290.00 feet to the center line of
Vine Avenue; thence along said center line of said Vine Avenue North to
its intersection with the center line of said Porter Street; thence
Easterly along said center line of said Porter Street to its intersection
with the Northerly prolongation of the East line of said Block 63; thence
Southerly along said prolongation and said East line of said Block 63 to the
true point of beginning.

Owners:          VAUGHT, Roy L. (hus)

                 VAUGHT, Rhea F. (wf)

                 BANK OF AMERICA (TDTr)

                 WEEKS, LeRoy I. (hus)(TDBen)

                 WEEKS, Nellie M. (wf)(TDBen)


Parcel 94W-43, 219

That portion of Block 63 of Township of West Fallbrook, in the County of San
Diego, State of California, described as follows: BEGINNING at the Southeast
corner of Lot 4 of Block 63; thence along the East line of Lots 3 and 4,
North 0°33'30" East 107 feet; thence parallel with the South line of Lot
4 and its Westerly prolongation North 89°13'30" West 290 feet to the center
line of Vine Avenue; thence along the center line of Vine Avenue South
0°33'30" West 107 feet to the Westerly prolongation of the South line of
Lot 7; thence South 89°15'30" East 290 feet to the point of beginning.
Also, those portions of Lots 2, 3, 8, and 9 of Block 63, and that portion
of the alley in Block 63 lying between said lots, and that portion of the
East half of Vine Avenue lying adjacent to said Lots, all as vacated,
described as follows: BEGINNING at the Southeast corner of Lot 4 in
said Block 63; thence along the East line of said Block 63 North 0°33'30" East
107.00 feet to the true point of beginning. Thence, continuing along said
East line North 0°33'30" East 13.00 feet; thence parallel with the South

21

3140

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, 219 (cont'd)

line of said Lot 4 and its Westerly prolongation North 89°13'30" West 290.00
feet to the center line of said Vine Avenue; thence along said center line
South 0°33'30" West 13.00 feet to a line drawn North 89°13'30" West, parallel
with the South line of said Lot 4 and its Westerly prolongation from the true
point of beginning; thence South 89°13'33" East 290.00 feet to the true point
of beginning.

Owners:        HASELWOOD, Lester R. (hus)

               HASELWOOD, Lena E. (wf)


Parcel 94W-43, 220 and 221

Lots 5 and 6 of Block 63, and Block 64 of the Township of West Fallbrook, in
the County of San Diego, State of California.

Owners:        FLASCH, Edward H. (hus)

               FLASCH, Flora L. (wf)

               UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

               DODSON, John R. (hus)(TDBen)

               DODSON, Pearl (wf)(TDBen)


Parcel 94W-43, 222

Block 59 of the Township of West Fallbrook, in the County of San Diego, State
of California.

Owners:        WOODS, William Samuel (hus)

               WOODS, Mary Elizabeth (wf)


Parcel 94W-43, 223

Block 60 of the Township of West Fallbrook, in the County of San Diego, State
of California.

Owners:        GREEN, Zade (hus)

               GREEN, Gertrude A. (wf)


3141

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   224 and 226

Lots 1, 2, 3, 8, 9, and 10 of Block 60 of the Township of West Fallbrook,

in the County of San Diego, State of California.

Owners:              CARTWRIGHT, Charles Findley (hus)

                     CARTWRIGHT, Marian Lyall (wf)


Parcel 94W-43,   225

Lots 5, 6, 7, and 8 of Block 60 of the Township of West Fallbrook, in the

County of San Diego, State of California.

Owners:              KING, George E. (hus)

                     KING, Allene (wf)


Parcel 94W-43,   227, 228,   229, 233, 234, and 235

Lots 1, 2, 3, 8, 9, and 10 of Block 62 of the Township of West Fallbrook, in

the County of San Diego, State of California.

Owners:              ALLMON, Ralph D. (hus)

                     ALLMON, Jimmie B. (wf)

                     BANK OF AMERICA (TDTr)

                     HAWN, Velma M. (TDBen) (s/w)


Parcel 94W-43,   230, and 232

Lots 4 and 7 of Block 62 of the Township of West Fallbrook, in the County of

San Diego, State of California.

Owners:              KENNEDY, Royce W. (hus)

                     KENNEDY, Mary M. (wf)

                     BANK OF AMERICA (TDTr)

                     PALMER, Coburn T. (hus)(TDBen)

                     PALMER, Marjorie H. (wf)(TDBen)

3142

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, 231

Lots 5 and 6 of Block 62 of the Township of West Fallbrook, in the County
San Diego, State of California.

Owners:        SMITH, Leslie Fitzsimmons (hus)

               SMITH, Nellie Ellen (wf)

               WADDELL, Kenneth Lorain, employee of Loan Guaranty Division,
                  Veterans Administration Regional Office (TDTr)

               ADMINISTRATOR OF VETERANS AFFAIRS OF U. S. A. (TDBen)

Parcel 94W-43, 236X3

The East 62.50 feet of the Westerly 187.50 feet of the North Half of the
North Half of Block 67 of the Township of West Fallbrook, in the County of
San Diego, State of California.

Owners:        HOBBS, Clarence (hus)

               HOBBS, Fern (wf)

Parcel 94W-43, 236A

The West 62.50 feet of the North Half of the North Half of Block 67 of the
Township of West Fallbrook, in the County of San Diego, State of California.

Owners:        PETERSON, Ervin H. (hus)

               PETERSON, Ora J. (wf)

Parcel 94W-43, 236BX1

That portion of the West Half of the North Half of the North Half of Block 67
of the Township of West Fallbrook, in the County of San Diego, State of Cali-
fornia, lying Easterly of the following described line:  BEGINNING at a point
on the North line of Block 67, distant South 89°13'30" East 255.27 feet from
the Northwest corner of said Block 67; thence South 0°17'40" West 184.50 feet
to the South line of the North Half of the North Half of said Block 67.

Owner:         KAUFMAN, Lillian A. (m/w)

8143

24

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   236B1

That portion of the North Half of the North Half of Block 67 of the Township
of West Fallbrook, in the County of San Diego, State of California, described
as follows: BEGINNING at a point in the North line of said Block 67, distant
South 89°13'30" East 187.50 feet from the Northwest corner of said Block 67;
thence along said North line South 89°13'30" East 67.77 feet; thence South
0°17'40" West 148.50 feet to the South line of the North Half of the North
Half of said Block 67; thence along said South line North 89°13'30" West
67.89 feet to the East line of the Westerly 187.50 feet of said North Half
of the North Half of Block 67; thence along said East line North 0°20'30"
East 148.50 feet to the point of beginning.

Owners:        HAWN, Velma M. (un/w)


Parcel 94W-43,   236C

The Easterly 62.50 feet of the Westerly 125 feet of the North Half of the
North Half of Block 67 of the Township of West Fallbrook, in the County of
San Diego, State of California.

Owners:        BARDWELL, Virgil B. (hus)

               BARDWELL, Ruby H. (wf)

               DEPARTMENT OF VETERANS AFFAIRS


Parcel 94W-43,   237X1

The East Half of the North Half of the North Half of Block 67 of the Township
of West Fallbrook, in the County of San Diego, State of California, EXCEPT
the West 195 feet thereof.

Owners:        SALT, Harold (hus)

               SALT, Ethel M. (wf)

               CONTINENTAL AUXILIARY COMPANY (TDTr)

               BANK OF AMERICA (TDBen)

3144

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   237A

The West 195 feet of the East Half of the North Half of/ the North Half of/Block 67 of the

Township of West Fallbrook, in the County of San Diego, State of California.

Owners:           MURPHY, Thomas P. (hus)

                  MURPHY, Catherine W. (wf)

Parcel 94W-43,   238X1 and 246

That portion of Block 67 of the Township of West Fallbrook, in the County of
San Diego, State of California, described as follows:  BEGINNING at a point
in the East line of said Block 67 distant thereon 247.00 feet North from the
Southeast corner of said block, said point being the Southeasterly corner of
land described in deed to Harry V. Smith and wife, recorded February 7, 1945
as instrument No. 10551, Official Records of San Diego County; thence West
parallel with the South line of said Block 67, 217.80 feet to the Southwest
corner of said land; thence Northerly along the Westerly line of said land
50.00 feet to the South line of the North Half of said block; thence Westerly
along the South line 164.12 feet to the East line of the West 266.00 feet
of said Block; thence Northerly along said East line 148.50 feet to the
North line of the South Half of the North Half of said Block 67; thence
Easterly along said North line 380.55 feet to the East line of said block;
thence South along said Easterly line 198.50 feet to the point of beginning.

Owners:           POSTON, Tolbert Aubrey (hus)

                  POSTON, Alice Ruth (wf)

                  BANK OF AMERICA (TDTr)

                  SMITH, Harry V. (hus)(TDBen)

                  SMITH, Myrtle (wf)(TDBen)

3145

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, 238A

The West 266.0 feet of the South Half of the North Half of Block 67 of the
Township of West Fallbrook, in the County of San Diego, State of California.

Owners:        HEFLIN, Hal M. (hus)

               HEFLIN, Frances (wf)

               OCEANSIDE FINANCE COMPANY (TDTr)

               OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 94W-43, 239 and 240

The North 100 feet of the West 110 feet of the South Half of Block 67 of the
Township of West Fallbrook, in the County of San Diego, State of California.

Owners:        LAIRD, Jesse (hus)

               LAIRD, Sonia E. (wf)

               UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

               HOVENDEN, Glenn E. (hus)(TDBen)

               HOVENDEN, Helen R. (wf)(TDBen)


Parcel 94W-43, 241

The South 60 feet of the North 160 feet of the West 110 feet of the South
Half of Block 67 of the Township of West Fallbrook, in the County of San Diego,
State of California.

Owners:        KESTER, Edgar M. (s/m)

               UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)

               OSWALD, Jackson M. (hus)(TDBen)

               OSWALD, Susie M. (wf)(TDBen)

3146

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   242

The South 60 feet of the North 220 feet of the West 110 feet of the South
Half of Block 67 of the Township of West Fallbrook, in the County of San
Diego, State of California.

Owners:            VOORHEES, Delisle C. (hus)

                   VOORHEES, Ophia J. (wf)

                   ALLIED BENEFIT CORPORATION (TDTr)

                   PERKINS, John W. (hus)(TDBen)

                   PERKINS, Leotta (wf)(TDBen)


Parcel 94W-43,   243

The West 110 feet of the South Half of Block 67 of the Township of West Fall-
brook, in the County of San Diego, State of California, EXCEPTING therefrom
the North 220 feet.

Owners:            OLIVE, Floyd (hus)

                   OLIVE, Opal (wf)

                   SECURITY TRUST AND SAVINGS BANK OF SAN DIEGO (TDTr)

                   LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 94W-43,   244

The East 146.67 feet of the West 256.67 feet of the South Half of Block 67
of the Township of West Fallbrook, and the East 6.00 feet of the West 262.67
feet of the South 110 feet of the South Half of Block 67 of the Township
of West Fallbrook, in the County of San Diego, State of California.

Owners:            BRISCOE, Audrey (widow) (mother)

                   BUCKMAN, Beryl (daughter)

3147

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, 245

The East 146.67 feet of the West 403.34 feet of the South Half of Block 67,
of the Township of West Fallbrook, and the East 21 feet of the West 424.34
feet of the South 45 feet of said Block 67 in the Township of West Fallbrook,
in the County of San Diego, State of California, EXCEPTING therefrom the
West 6 feet of the South 10 feet thereof.

Owners:            DUNN, Helen V. (widow)

                   SMITH, Marie Dunn (m/w)

                   ROSEMEAD ESCROW COMPANY (TDTr)

                   RANSOM, Ethel H. (TDBen)


Parcel 94W-43, 246

Included with Parcel 94W-43, 238X1.


Parcel 94W-43, 247

The South Half of Block 67 of the Township of West Fallbrook, in the County of
San Diego, State of California, EXCEPTING the West 403.34 feet and also
EXCEPTING the East 21 feet of the West 424.34 feet of the South 45 feet
thereof, and also EXCEPTING the North 50 feet of the East 217.80 feet thereof.

Owners:            RANSOM, Ethel H.


Parcel 94W-43, 248

Block 68 of the Township of West Fallbrook in the County of San Diego, State
of California.

Owners:            JAY, Hal D. (also known as Henry D.)(hus)

                   JAY, M. Lucille (wf)

29

3148

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)


Parcel 94W-43,  296

The North Half of Block 113 of the Township of West Fallbrook, in the County
of San Diego, State of California, EXCEPT the East 128.96 feet measured
along the Northerly line of said block, together with the vacated street
adjoining said property on the Southwest.

Owners:          SOMACAL, Louise R. (wf)
                 SOMACAL, Geno L. (hus)


Parcel 94W-43,   303 and 304

The North Half of Block 114 of the Township of West Fallbrook, in the County
of San Diego, State of California.

Owners:          KINGSTON, George E. (hus)
                 KINGSTON, Marina B. (wf)


Parcel 94W-43,  308

The Southwest Quarter of Block 114 of the Township of West Fallbrook, in the
County of San Diego, State of California.

Owners:          WATCHTOWER BIBLE AND TRACT SOCIETY
                 RAYMOND, Robert William (life estate)


Parcel 94W-43,  309

The North Half of Block 115 of the Township of West Fallbrook, in the County
of San Diego, State of California, together with the East Half and the South
Half of streets (now closed) adjoining said North Half of Block 115 on the
West and North.

Owners:          FULLER, William Henry (hus)
                 FULLER, Beatrice (wf)
                 BANK OF AMERICA (TDTr)
                 FULLER, Ora Grace (widow)(TDBen)


3149

30

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

**Parcel 94W-43, 310**

The North Half of the South Half of Block 115 of the Township of West Fallbrook,

in the County of San Diego, State of California, together with that portion

of the East Half of Summit Avenue lying West of and adjoining said North

Half of the South Half of Block 115 as vacated.

**Owners:**          BELLAMY, Keith Paul (hus)

BELLAMY, Pauline (wf)

BANK OF AMERICA (TDTr)

FULLER, Ora Grace (widow)(TDBen)


**Parcel 94W-43, 311**

The South Half of the South Half of Block 115 of the Township of West Fallbrook,

in the County of San Diego, State of California, together with that portion

of Summit Avenue lying West of and immediately adjoining said South Half

of the South Half of Block 115, as vacated, said portion of Summit Avenue,

as vacated, extending from the Northerly line of said South Half of the

South Half to the Westerly prolongation of the center line of Hawthorne

Street.

**Owners:**          LODES, George P. (hus)

LODES, Fay Winifred (wf)


**Parcel 94W-43, 312, and 313X**

That portion of Block 116 of the Township of West Fallbrook, in the County of

San Diego, State of California, described as follows: BEGINNING at a point on

the North line of Block 116 distant North 89°17'30" West 168.00 feet from the

Northeast corner of said Block 116; thence along said North line North 89°17'30"

West 64.04 feet; thence parallel with the East line of said Block 116 South

0°39'30" West 112.00 feet; thence parallel with said North line of Block

116 South 89°17'30" East 64.04 feet to the Southwest corner of parcel con-

veyed to Barrett by deed recorded March 17, 1942 in Book 1316 at page 325,

Official Records of San Diego County; thence along the West line of said

2150

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   312, and 313X1 (cont'd)

parcel so conveyed to Barrett North 0°39'30" East 112 feet to the point of beginning.

Owners:          TIBBITT, Delsia P. (m/w)(sep prop)

                 BARRETT, Walter E. (widower)

Parcel 94W-43,   313A

That portion of Block 116 of the Township of West Fallbrook in the County of San Diego, State of California, described as follows:  BEGINNING at a point on the North line of Block 116 distant North 89°17'15" West 112 feet from the Northeast corner of said Block 116; thence parallel to the East line of said Block 116, South 0°39'30" West 112 feet; thence parallel to the North line of said Block 116 North 89°17'15" West 56 feet; thence parallel to said East line of said Block 116 North 0°39'30" East 112 feet to said North line of said Block 116; thence South 89°17'15" East 56 feet to the point of beginning.

Owners:          SANSOM, Gordon C. (hus)

                 SANSOM, Marcia K. (wf)

                 CORPORATION OF AMERICA (TDTr)

                 BANK OF AMERICA (TDBen)

                 BANK OF AMERICA (TDTr)

                 TIBBITT, Delsia P. (un/w)(TDBen)

                 BARRETT, Walter E. (widower)(life estate)

Parcel 94W-43,   314

That portion of Block 116 of the Township of West Fallbrook in the County of San Diego, State of California, described as follows:  BEGINNING at the Northeast corner of Block 116; thence along the North line North 89°17'15" West 112.00 feet; thence parallel to the East line of said Block 116 South 0°38'30" West 58 feet; thence parallel to said North line of said

32

3151

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,  314 (cont'd)

Block 116 South 89°17'15" East 112.00 feet to the East line thereof; thence
thereon North 0°38'30" East 58 feet to the point of beginning.

Owners:         HICKS, Harry D. (un/m)

                BANK OF AMERICA (TDTr)

                FULLER, Evelyn M. (widow)(TDBen)


Parcel 94W-43,  315

That portion of Block 116 of the Township of West Fallbrook in the County
of San Diego, State of California, described as follows:  BEGINNING at a
point in the East line of Block 116 distant South 0°39'30" West 58 feet from
the Northeast corner of said Block 116; thence continuing South 0°39'30" West
along said East line 56 feet; thence North 89°17'15" West 112 feet; thence
North 0°39'30" East 56 feet; thence South 89°17'15" East 112 feet to the
point of beginning.

Owners:         DUNNING, Herbert R. (hus)

                DUNNING, Mary K. (wf)

                SECURITY TITLE INSURANCE COMPANY (TDTr)

                BANK OF AMERICA (TDTr)

                McCLAIN, Beryl H. (m/w)(TDBen)


Parcel 94W-43,  316

That portion of Block 116 of the Township of West Fallbrook in the County of
San Diego, State of California, described as follows:  BEGINNING at the North-
east corner of said Block 116; thence along the East line of said Block 116
and its Southerly prolongation South 0°39'30" West 114.00 feet to the true
point of beginning.  Thence continuing along the Southerly prolongation of
said East line South 0°39'30" West  110.28 to the South line of said Block
116; thence along said South line North 89°20'30" West 105.76 feet; thence
thence North 0°39'30" East 110.37 feet; thence South 89°17'30" East to the
true point of beginning.

Owners:         RHODES, Roy (hus)
                RHODES, Edna (wf)
                BANK OF AMERICA (TDTr)
                KINGSTON, Marina B. (m/w)(TDBen)

8152

33

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

**Parcel 94W-43, 217.**

That portion of Block 116 of the Township of West Fallbrook in the County of
San Diego, State of California, described as follows: BEGINNING at the
Northeast corner of said Block 116; thence along the East line of said
block and its Southerly prolongation South 0°39'30" West 224.28 feet to
the South line of said Block 116; thence along said South line North
89°20' West 105.76 feet; thence continuing along said South line North
89°20'30" West 72.96 feet to the Southeast corner of the parcel of land con-
veyed to Harlan B. Griswold and wife by deed dated August 11, 1944 recorded
in Book 1768 at page 23 of Official Records of San Diego County; thence
along the East line of said land of Griswold North 2°03'30" East 112.46
feet to the South line of the parcel of land conveyed to Walter E. Barrett
and wife by deed dated March 3, 1942 and recorded in Book 1316 at page
325 of Official Records of San Diego County; thence along said South line
of land of Barrett South 89°17'30" East 64.04 feet to the West line of
the parcel of land conveyed to Sina R. Caine by deed dated February 4,
1944, and recorded in Book 1644 at page 473 of Official Records of San Diego
County; thence along said West line South 0°39'30" West 2.00 feet to the
Southwest corner of said land conveyed to Caine; thence along the South line
of said land of Caine South 89°17'30" East 6.24 feet to a line which bears
North 0°39'30" East from the true point of beginning; thence South
0°39'30" West 110.37 feet to the true point of beginning.
ALSO, that portion of Block 116 of the Township of West Fallbrook, in the
County of San Diego, State of California, described as follows: BEGINNING
at the Northeast corner of said Block 116; thence along the East line there-
of and its Southerly prolongation South 0°39'30" West 224.28 feet to the
South line of said Block 116; thence along said South line North 89°20' West
105.76 feet to the true point of beginning. Thence continuing along said
South line of Block 116 North 89°20'30" West 72.96 feet to the Southeast
corner of parcel of land conveyed to Harlan B. Griswold and wife by deed
dated August 11, 1944 and recorded in Book 1768 at page 23 of Official

34

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43, <u>317</u> (cont'd)

Records of San Diego County; thence along the East line of said land of
Griswold North 2°01'30" East 112.46 feet to the South line of the parcel of
land conveyed to Walter E. Barrett and wife by deed dated March 3, 1942
and recorded in Book 1316 at page 325 of Official Records of San Diego
County; thence along said South line of land of Barrett South 89°17'30" East
64.04 feet to the West line of the parcel of land conveyed to Sina B.
Caine by deed dated February 4, 1944 and recorded in Book 1644 at page 473
of Official Records of San Diego County; thence along said West line South
0°39'30" West 2.00 feet to the Southwest corner of said land conveyed to
Caine; thence along the South line of said land of Caine South 89°17'30"
East 6.24 feet to a line which bears North 0°39'30" East from the true
point of beginning; thence South 0°39'30" West 110.37 feet to the true point
of beginning.

<u>Owners</u>:          DERBY, Harriet T. (m/w)(sep prop)


Parcel 94W-43, <u>318</u>

The North 135 feet of the West 130 feet of Block 117 of the Township of West
Fallbrook in the County of San Diego, State of California.

<u>Owners</u>:          HUSCHER, Martha E. (un/w)
                   HUSCHER, Florence V. (s/w)
                   HUSCHER, Fay Winifred (s/w)

Parcel 94W-43, <u>319</u>

Block 117 of the Township of West Fallbrook, in the County of San Diego,
State of California, EXCEPT the West 130 feet thereof and EXCEPT the
South 75 feet thereof.

<u>Owners</u>:          SHIPLEY, Verne G. (hus)
                   SHIPLEY, Luella G. (wf)

Parcel 94W-43, <u>320</u>, and <u>321</u>

Outside area.

3154

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)


Parcel 94W-43,  322

    The West 70 feet of Block 117 of the Township of West Fallbrook, in the

County of San Diego, State of California, EXCEPT the Northerly 135 feet

thereof.

Owners:          HENRY, William E. (hus)

              HENRY, Norma J.

              WEBER, Edward John, an employee of Loan Guaranty Division
                 of the Veterans Administration (TDTr)

              ADMINISTRATOR OF VETERANS AFFAIRS, U. S. A. (TDBen)


Parcel 94W-43,  323 to 328A, inclusive.

    Outside area.


Parcel 94W-43,  329

    Block 125 of the Township of West Fallbrook in the County of San Diego, State

of California, EXCEPT the South 305.56 feet measured along the Easterly line

of said Block 125; also the West 10 feet of Summit Avenue adjoining said

parcel on the East.

Owners:          GATES, Helen (un/w)


Parcel 94W-43,  330

    Outside area.


Parcel 94W-43,  331, and 332

    All that portion of Block 126 of the Township of West Fallbrook in the County

of San Diego, State of California, and that portion of Ivy Street closed to

public use June 9, 1930 by order of the Board of Supervisors as recorded in

Book 1767 at page 494 of Deeds of San Diego County; and also that portion of

Summit Avenue closed to public use by the Board of Supervisors and recorded

in Volume 61 at page 296 of Vacations of San Diego County; and a portion of

the Rancho Santa Margarita y Las Flores as shown by Map in Book 7 at page 39

of Patents of San Diego County, described as a whole as follows:

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,  331  and  332 (cont'd)

BEGINNING at the Northwesterly corner of the parcel of land conveyed by the
Union title Insurance and Trust Company to Frederick Reed by deed dated
April 10, 1944 and recorded in Book 1162 at page 334 of Official Records of
San Diego County; thence along the North line of said parcel and along the
North line of tract of land conveyed to said Frederick Reed by deed recorded
in Book 1841 at page 383 of Deeds of San Diego County, and along the North
line of that certain parcel of land conveyed by James E. Potter to William
F. Kuhn, Jr., and wife by deed dated April 11, 1934 and recorded April 18,
1934 in Book 278 at page 472 of Official Records of San Diego County,
South 89°20'30" East 412.50 feet to the Northeasterly corner of said Kuhn land;
thence along the Easterly line of said Kuhn land South 6°17'30" West 208.75
feet to the South line of said Block 126; thence along said South line
South 89°20'30" East 30.14 feet to the Southwesterly corner of tract of land
conveyed by Mark Rhodes and wife to Robert B. Hodge and wife by deed dated
April 27, 1943 and recorded May 20, 1943 in Book 1487 at page 497 of Official
Records of San Diego County; thence along the Westerly line of said Hodge land
and its Northerly prolongation North 6°17'30" East 225.80 feet to the Westerly
prolongation of the North line of Block 116 of said Township of West Fall-
brook; thence along said Westerly prolongation of the North line of said
Block 116 South 89°17'30" East 232.74 feet to the Northwest corner of said
Block No 116; thence along the Northerly prolongation of the West line of said
Block 116 North 0°37'45" East 25.00 feet to the center line of Hawthorn Street;
thence along the Westerly prolongation of said center line North 89°17'30"
West 35.00 feet to the center line of said Summit Avenue; thence along said
center line of Summit Avenue North 0°37'45" East 389.80 feet to the North line
of said Ivy Street; thence along said North line North 89°11' West 604.85 feet
to the Northwest corner of the parcel of land conveyed by Union Title Insurance
and Trust Company to Richard E. Van Rensslaer and wife by deed dated April 10,
1944 recorded in Book 1158 at page 377 of Official Records of San Diego County;

8156

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,  331 and 332  (cont'd)

thence along the Westerly line of said Van Rensslaer land South 6°11'30"
West 435.33 feet to the point of beginning.

Owners:                  BELL, Earl W. (hus)

                         BELL, Rachel A. (wf)

                         BANK OF AMERICA (TDTr)

                         WALLER, N. A. (hus)(TDBen)

                         WALLER, Ethel R. (wf)(TDBen)


Parcel 94W-43,  333

That portion of Block 116 of the Township of West Fallbrook, in the County of
San Diego, State of California, described as follows: BEGINNING at the North-
east corner of Block 116; thence along the East line thereof and its Southerly
prolongation  South 0°39'30" West 224.28 feet to the South line of Block 116,
being also the North line of Alvarado Street; thence along said South line
North 89°20'30" West 178.72 feet to the true point of beginning. Thence
continuing along said South line and the North line of Alvarado Street and
along the South line of Block 116 North 89°20'30" West 251.80 feet to a
point distant South 89°20'30" East 112.69 feet from the Southeast corner of
parcel of land conveyed by James E. Potter and wife to William F. Kuhn, Jr.,
and wife by deed recorded April 18, 1934 in Book 278 at page 472 of Official
Records of San Diego County; thence North 1°53'30" East 224.70 feet to the
Westerly prolongation of said North line of Block 116 and along the North
line of Block 116 South 89°17'30" East (record S 89°17'15" E) 193.65 feet
to a point distant thereon North 89°17'15" West 232.04 feet from the Northeast
corner of said Block 116; thence South 0°39'30" West parallel with the East
line of said Block 116 a distance of 112 feet; thence South 89°17'15" East
56 feet; thence South 2°01'30" West 112.46 feet to said true point of beginning.

Owners:                  CIMPERMAN, Rudolph (hus)

                         CIMPERMAN, Estella H. (wf)

3157

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

### Parcel 94W-43,  334

That portion of Block 126 of the Township of West Fallbrook, in the County of
San Diego, State of California, described as follows:  BEGINNING at a point
in the South line of Block 126, distant South 89°20'30" East 477.64 feet
from the Southwest corner of said Block 126, said point being South
89°20'30" East 30.14 feet from the Southeast corner of parcel of land con-
veyed by J. E. Potter to William Kuhn, Jr., by deed recorded in Book 278
at page 472 of Official Records of San Diego County; thence North
16°17'30" East 225.80 feet; thence South 89°17'30" East, along the Westerly
prolongation of the North line of Block 116, 65.22 feet; thence South
1°53'30" West 224.7 feet to the South line of said Block 126; thence Westerly
along said South line 72.55 feet to the point of beginning.

Owners:            BELL, Earl Wayne (hus)

                   BELL, Rachel Agnes (wf)

                   WADDEL, Kenneth Lorain (VA) (TDTr)

                   HIGLEY, H. V. (VA) (TDBen)


### Parcel 94W-43,  335X1

That portion of Block 126 of the Township of West Fallbrook, in the County of
San Diego, State of California, described as follows:  BEGINNING at the
corner of parcel of land conveyed to Frederick Reed by deed dated January
2, 1931, recorded in Book 1841 at page 383 of Deeds of San Diego County,
said point being distant East 208.75 feet from the Southwest corner of
said Block 126; thence along the South line South 89°20'30" East 104.37
feet to the true point of beginning.  Thence continuing along said South
line South 89°20'30" East 104.38 feet to the Southeast corner of the
tract of land conveyed to Walter Jackson and wife by deed recorded in
Book 4850 at page 515 of Official Records of San Diego County; thence along
the Easterly line of said land of Jackson, being along a line parallel with
the Westerly line of said Block 126 North 6°17'30" East 208.75 feet to the
Northeast corner of said land of Jackson; thence parallel with the South
line of said  Block 126 North 89°20'30" West 124.87 feet to a line which

3158

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   335X1 (cont'd)

bears North 0°39'30" East from the true point of beginning; thence South

0°39'30" West 207.74 feet to the true point of beginning.

Owners:          JACKSON, Walter (hus)        KOZEL, Walter M. (Agmt to convey)
                 JACKSON, Dorothy I. (wf)     KOZEL, Helen M. (wf)(Agmt to convey)
                 CONTINENTAL AUXILIARY COMPANN (TDTr); BANK OF AMERICA (TDBen)

Parcel 94W-43,   335A

That portion of Block 126 of the Township of West Fallbrook, in the County
of San Diego, State of California, described as follows:  BEGINNING at the
Southeast corner of parcel of land conveyed to Frederick Reed by deed dated
January 2, 1931 and recorded in Book 1841 at page 383 of Deeds of San Diego
County, said point being distant East 208.75 feet from the Southwest corner
of said Block 126; thence along the South line of said Block 126 South
89°20'30" East (record East) 104.37 feet; thence North 0°38'30" East 207.74
feet to the North line of land conveyed to Walter Jackson and wife by deed
recorded in Book 4850 at page 515 of Official Records of San Diego County;
thence along said North line parallel with the South line of said Block 126
North 89°20'30" West (record West) 83.38 feet to the Northeast corner of land
of Reed; thence along the Easterly line of said land of Reed South 6°17'30"
West (record Sly) 208.75 feet to the point of beginning.

Owners:          SMITH, Walter L. (hus)

                 SMITH, Rose (wf)

                 BANK OF AMERICA (TDTr)

                 JACKSON, Walter (hus)(TDBen)

                 JACKSON, Dorothy I. (wf)(TDBen)

Parcel 94W-43,   336

That portion of Block 126 of the Township of West Fallbrook, in the County of
San Diego, State of California, described as follows:  BEGINNING at the
Southwest corner of Block 126; thence Northerly along the Westerly line of
said Block 126, being also the Easterly line of the Rancho Santa Margarita
y Las Flores, 208.75 feet; thence Easterly along a line parallel with the
South line of said Block 126, 208.75 feet; thence Southerly along a line

ASSESSOR'S MAP FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-43)

Parcel 94W-43,   236  (cont'd)

parallel with the Westerly line of said Block 126, 208.75 feet to the South

line of Block 126; thence Westerly along the South line of said Block 126,

being also the North line of Alvarado Street as shown on Map No. 567

of West Fallbrook, 208.75 feet to the point of beginning.

Owners:           FARMER, Howard N. (hus)

                  FARMER, Hildegard (wf)

41

3160

ASSESSOR'S MAP FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-44)

Parcel 94W-44,   8

The South 123 feet of the West 65 feet of Block 55 of Cheatham's Addition
to West Fallbrook, in the County of San Diego, State of California.

Owners:                FLECKENSTEIN, Martha (widow)


Parcel 94W-44,   9X1

The South 123 feet of Block 55 of Cheatham's Addition to West Fallbrook,
except the West 65 feet thereof, in the County of San Diego, State of
California.

Owners:                JOHNSTON, Lonnie T. (hus)
                       JOHNSTON, Laura Mae (wf)


Parcel 94W-44,   9A

That portion of Block 55 of Cheatham's Addition to West Fallbrook, in the
County of San Diego, State of California, described as follows:  BEGINNING
at a point in the West line of Block 55 distant North 0°43'45" East 123.00
feet from the Southwest corner of said Block 55; thence parallel with the
South line of said Block 55 South 89°18'30" East 129.17 feet to the East
line of said Block 55; thence along said East line North 0°43'45" East
40.60 feet to the Northeast corner of Lot 3, Block 55; thence along the
Easterly prolongation of the North line of said Lot 3, South 89°14'15" East
8.00 feet to the center line of alley; thence along the Northerly prolongation
of said center line North 0°43'45" East 25 feet to the center line of Arling-
ton Street; thence along said center line North 89°14'15" West 137.17 feet
to the Northerly prolongation of the West line of Lot 3; thence along said
Northerly prolongation of said West line of Lot 3, South 0°43'45" West
65.74 feet to the point of beginning.

Owners:                SCHOOLEY, John L. (hus)
                       SCHOOLEY, Rosalie M. (wf)
                       BANK OF AMERICA (TDTr)
                       BRUNE, Arthur D. (hus)(TDBen)
                       BRUNE, Georgia M. (wf)(TDBen)
                       McDONALD, C. J (hus)(TDBen)
                       McDONALD, Beatrice (wf)(TDBen)

3161

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-44)

Parcel 94W-44,   10

Lot 8 of Block 56 of Cheatham's Addition to West Fallbrook, in the County

of San Diego, State of California.

Owners:              NELSON, William B.

CORPORATION OF AMERICA (TDTr)

BANK OF AMERICA (TDBen)


Parcel 94W-44,   11

Lot 9 of Block 56 of Cheatham's Addition to West Fallbrook, in the County

of San Diego, State of California.

Owners:              FOX, Harriette N. (m/w)

LHAMON, William H. (hus)

LHAMON, Gwen M. (wf)

BANK OF AMERICA (TDTr)

ADAMS, Howell H. (hus)(TDBen)

ADAMS, Ida G. (wf)(TDBen)


Parcel 94W-44,   12

Lots 10 and 11 of Block 56 of Cheatham's Addition to West Fallbrook, in the

County of San Diego, State of California.

Owners:

HROCH, Theodore E. (hus)

HROCH, Hilda M. (wf)

CONTINENTAL AUXILIARY COMPANY (TDTr)

BANK OF AMERICA (TDBen)


Parcel 94W-44,   13

Lot 12 of Block 56 of Cheatham's Addition to West Fallbrook, in the County of

San Diego, State of California.

Owners:              HROCH, Theodore E. (hus)
                     HROCH, Hilda M. (wf)
                     BANK OF AMERICA, (TDTr)
                     URSPRING, Paul (hus)(TDBen)
                     URSPRING, Esther R. (wf)(TDBen)

8162

43

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-44)


Parcel 94W-44,   14

Acreage Lot 1 of Block 56 of Cheatham's Addition to West Fallbrook, in the

County of San Diego, State of California, EXCEPT the East 216 feet thereof,

together with the North Half of Arlington Street lying immediately to the

South of and adjoining said Lot 1, EXCEPT for the East 216 feet thereof.

Owners:          COCHRAN, William M. (hus)

                 COCHRAN, Beverly (wf)

                 BANK OF AMERICA (TDTr)

                 GREGOR, John (TDBen)

                 UNION TITLE INSURANCE AND TRUST COMPANY (TDTr)


Parcel 94W-44,   15

The West 54 feet of the East 216 feet of Acreage Lot 1 of Block 56 of

Cheatham's Addition to West Fallbrook, in the County of San Diego, State of

California; also the North Half of Arlington Street lying adjacent to said

West 54 feet of the East 216 feet of said Lot 1.

Owners:          PAYNE, John H. (hus)

                 PAYNE, Elsie M. (wf)

                 BANK OF AMERICA (TDBen)

                 CORPORATION OF AMERICA (TDBen)


Parcel 94W-44,   16

The West 54 feet of the East 162 feet of Acreage Lot 1 of Block 56 of

Cheatham's Addition to West Fallbrook, in the County of San Diego, State of

California; also the North Half of Arlington Street lying adjacent to said

West 54 feet of the East 162 feet of said Lot 1.

Owners:          PAYNE, John N. (hus)

                 PAYNE, Elsie M. (wf)

                 SECURITY TRUST AND SAVINGS BANK OF SAN DIEGO (TDTr)

                 LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)

3163

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-44)


Parcel 94W-44,   17

The West 54 feet of the East 108 feet of Acreage Lot 1 of Cheatham's Addition

to West Fallbrook, in the County of San Diego, State of California; also

the North Half of Arlington Street lying adjacent to said parcel.

Owners:            BURNS, William M. (hus)

                   BURNS, Ines F. (wf)

                   SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)

                   LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION (TDBen)


Parcel 94W-44,   18

The East 54 feet of Acreage Lot 1 of Cheatham's Addition to West Fallbrook,

in the County of San Diego, State of California; also the North Half of

Arlington Street lying adjacent to said parcel.

Owners:            HALLORAN, Arthur F. (hus)

                   HALLORAN, Audrey G. (wf)


Parcel 94W-44,   19

That portion of Acreage Lot 2 of Cheatham's Addition to West Fallbrook, in the

County of San Diego, State of California, described as follows:  BEGINNING at

a point in the South line of Acreage Lot 2 of Cheatham's Addition distant

South 89°18'30" East 53.63 feet from the Southwest corner of said Acreage

Lot 2; thence parallel with the West line of said lot and its Northerly pro-

longation North 0°43'45" East 188.52 feet to the center line of Arlington

Street; thence along said center line South 89°14'15" West 61.63 feet to the

Northerly prolongation of the center line of the alley adjacent to the

West line of said Acreage Lot 2; thence along said Northerly prolongation of

alley center line South 0°43'45" West 25 feet to the Northerly terminus of

said alley; thence South 89°14'15" East 8 feet to the Northwest corner of

said Acreage Lot 2; thence along the West line thereonf South 0°43'45" West

163.58 feet to the point of beginning.

Owners:            SCHOOLEY, John L. (hus)
                   SCHOOLEY, Rosalie M. (wf)
                   SECURITY TRUST & SAVINGS BANK OF SAN DIEGO (TDTr)
                   LA JOLLA FEDERAL SAVINGS AND AND LOAN ASSOCIATION (TDBen)

3164

ASSESSOR'S MAPS FOR AREA SOUTH OF SANTA MARGARITA RIVER
BETWEEN FALLBROOK CREEK AND RAINBOW CREEK WATERSHEDS
(MAP 94W-44)

Parcel 94W-44,  20  and 21

That portion of Acreage Lot 2 of Cheatham's Addition to West Fallbrook, in the
County of San Diego, State of California, described as follows:  BEGINNING
at a point in the South line of Acreage Lot 2 of Cheatham's Addition to
West Fallbrook, distant South 89°18'30" East 53.63 feet from the Southwest
corner thereof; thence North 0°43'45" East 188.52 feet to the center line
of Arlington Street; thence along said center line South 89°14'15" East
107.26 feet; thence South 0°43'45" West 188.38 feet to the South line of
Acreage Lot 2; thence North 89°18'30" West 107.26 feet to point of beginning.

Owners:            BRUNSON, Chester A. (hus)

                   BRUNSON, Dorothy J. (wf)

                   BANK OF AMERICA (TDTr)

                   PAPENHAUSEN, William H. (hus)(TDBen)

                   PAPENHAUSEN, Dorothy J. (wf)(TDBen)

46

3165

FALLBROOK AREA and AREA SOUTH OF
SANTA MARGARITA RIVER BETWEEN
RAINBOW CREEK AND FALLBROOK CREEK

Assessor's Maps
(U.S.A.Pl's Ex. 214 & 215-C)

| Apparent Owners | Map Page | Parcel |
|---|---|---|
| Abbott, Daniel T. & Jessie R. | MF-1-WA | 343 |
| Aul, Fred & Edith S. | MF-1-FA | 140 |
| Baird, Minnie | MF-1-Q | 61 |
| Banks, Gertrude | MF-1-R | 100A |
| Banks, Stanley C. & Elva L. | MF-1-R | 101X1 |
| Bardwell, Virgil & Ruby H. | MF-1-UA | 236C |
| Bartoo, M. L. & Genevieve | MF-1-OA | 89 |
| Beattie, Vernon L. & Ruth D. | MF-1-T | 141 |
|  | MF-1-R | 102BX2 |
|  | MF-1-R | 102D |
|  | MF-1-R | 102E |
|  | MF-1-R | P9 |
|  | MF-1-R | 102B1 |
|  | MF-1-JA | 32X2 |
| Belbo, Ingvar & Magda | MF-1-ZA | 15, 16 |
| Bonds, Wallace, Robinson & Lera A. | MF-1-VA | 262 |
| Boro, Eugene V. & Helen O. | MF-1-QM | 22 |
| Boss, Walter H. & Laurice S. | MF-1-X | 7X |
| Branch, Leona | MF-1-OA | 70 |
| Brand, Frederick & Catherine J. | MF-1-BA | 61 |
| Broadbrooks, Cecil A. & Dorothy A. | MF-1-VA | 301 |
| Brown, John E. | MF-1-Q | 60 |
| Buck, Valentine D. & Leora M. | MF-1-JA | 32 |
| Burns, William M. & Ines T. | MF-1-XA | 17 |
| Campbell, Thomas M. & Frances | MF-1-ZA | 30 |
| Christensen, W. D. & Frances L. | MF-1-BA | 62 |
| Churchill, Frank A. & Lillian R. | MF-1-SA | 215A |
| Crittenden, Clifford L. & Martha | MF-1-N | 4 |

INTERLOCUTORY JUDGMENT #39A

-1-

Exhibit H

3166

| Apparent Owners | Map Page | Parcel |
|---|---|---|
| Dahlberg, Rudolph C. & Gertrude C. | MF-1-P | 50 |
| Damron, Dale & Helen M. | MF-1-M | 13A |
| Dargan, Mrs. Ruby | MF-1-P | 40 |
| Davis, William A. & Blanche L. | MF-1-VA | 295 |
| Dawes, George F. & Dora P. | MF-1-R | 39 |
| Dawes, Larry | MF-1-R | 102AX1 |
| Denyes, Gordon S. & Isabel M. | MF-1-VA | 231, 232 |
| Dethlefs, Walter E. & Mary E. | MF-1-ZA | 8X1, 9A |
|  | MF-1-DA | 72 |
| Dixon, Norman J. & Laura | MF-1-X | 108 |
| Dona, Alfred & Leta M. | MF-1-JA | 23 |
| Dunbar, Raymond J. & Elene H. | MF-6-C | 32 |
| Dunker, Ervin George | MF-1-KA | 55, 56, 57 |
| Dunker, Minnie (TD Ben) | MF-1-ZA | 24 |
| Dunn, Barbara, Sidney Harold & Laura A. | MF-1-HA | 67 |
| Ellings, W. J. & Lucile | MF-1-R | 102A1 |
| Errot, Samuel S. & Elsie C. | MF-1-HA | 41 |
| Estrada, Alonzo E. & Erelinda F. | MF-1-F | 35 |
| Ellis, Henry W. & Bertha J. | MF-1-VA | 305 |
| Fant, Alfred & Donnye | MF-1-G | 6 |
| Fargie, Oscar Smith & Kawaloleilani J. | MF-1-FA | 12 |
| First Church of Christ Scientist | MF-1-DA | 8, 9 |
| Fleshman, Mrs. Martha A. | MF-1-HA | 23 |
| Francis, Sequoyah C. & Mabel S. | MF-1-CA | 94 |
| Friend, Victor S. & Violet L. (TD Ben) | MF-1-AD | 10 |
| Gleason, Roger A. & Elizabeth E. | MF-1-OA | 93 |
| Golden, Mary E. & Rowe, Charlotte C | MF-1-L | 8 |
| Graham, Agnes B. | MF-1-VA | 328A |
| Groom, Homer P. & Augusta M. | MF-1-DA | 1, 7 |
| Grooms, Lonnie & Betty | MF-1-GA | 2 |
| Grossman, Sherill S. & Dorothy A. | MF-1-IA | 46 |

7—1401

| | Apparent Owners | Map Page | Parcel |
|---|---|---|---|
| 1 | Gudman, W. F. | MF-1-OA | 100 |
| 2 | Gust, Elmar M. & Viola | MF-1-CA | 89 |
| 3 | Harris, Floyd W. & Gladys H. | MF-1-YA | 5, 6, 7 |
| 4 | Harrison, Howard V. | MF-1-W | 186 |
| 5 | | MF-1-F | 120 |
| 6 | Havens, Borden & Anna? | MF-1-GA | 5 |
| 7 | Hedrick, Earl & Lula M. | MF-1-J | 130X1 |
| | | MF-1-S | 115 |
| 8 | | | |
| 9 | Henry, William E. & Norma J. | MF-1-VA | 322 |
| 10 | Herrell, Ray M. & Mary R. | MF-1-AB | 2 |
| 11 | Hewiston, Thomas A. & Frances J. | MF-1-M | 12 |
| 12 | Hicks, Harry D. | MF-1-VA | 314 |
| 13 | Holland, Marie | MF-1-XA | 27A |
| 14 | Hoover, William A. & Elva B. | MF-1-R | 83A, 85 |
| 15 | Inglis, John P. & Eve Inglis | MF-1-R | 102X5 |
| 16 | Jacobs, Carrie B. & Ruth A, Roger T. & Jeanne L. | MF-1-VA | 320 |
| 17 | Jenson, Simon & Christine | MF-1-CA | 101 |
| 18 | Jesson, Jessie M. L. | MF-1-F | 101 |
| 19 | Keith, Nathaniel B. & Maxine Irma | MF-1-FA | 3 |
| 20 | Kimball, Arthur S., Jr. & Dorothy L | MF-1-XA | 22 |
| 21 | | MF-1-D | 36A |
| | | MF-1-CA | 67 |
| 22 | Krause, Mike & Karma | MF-1-DA | 2, 6 |
| 23 | Krell, John N. & Harriet L. | MF-1-FA | 8 |
| 24 | Krider, Melvin & Alberta A. | MF-1-J | 15, 16 |
| 25 | Laird, Jessie D. & Sonia E. | MF-1-VA | 239, 240 |
| 26 | Lewis, J. M. & Vee McCormick | MF-1-L | 10 |
| 27 | Ludy, John C. | MF-1-O | 21X1 |
| 28 | | MF-1-VA | 328X1 |
| 29 | Ludy, Rhoda | MF-1-O | 21A |
| 30 | Miller, Robert L. & Saranda H. | MF-1-CA | 70 |
| 31 | Miranda, Henry J. & Dortha | MF-1-M | 8 |
| 32 | Mitchell, Sumner T. & Elvira B. | MF-1-ZA | 20 |

-3-

Exhibit H   3168

| | Apparent Owners | Map Page | Parcel |
|---|---|---|---|
| 1 | Mitterling, Eben E. & Gina | MF-1-QA | 183 |
| 2 | Moore, Paul R. & Sylvia | MF-1-P | 57 |
| 3 | Myers, Harry & Pearl Jewel | MF-1-CA | 84 |
| 4 | Myracle, Paul & Pearl | MF-1-I | 52 |
| 5 | McClellan, Gertrude M. & Sterling, Bertha | MF-1-VA | 260 |
| 6 | McCurrin, Jack M. & Marcia | MF-1-D | 42 |
| 7 | McCready, Clementine M. | MF-1-VA | 321 |
| 8 | McLean, Parke H. & Bertha A. | MF-1-CA | 95 |
| 9 | Medearis, Mary C. | MF-1-P | 41 |
| 10 | Metzgar, Fred B. & Geraldine L. | MF-1-C | 17 |
| 11 | Meza, Justino & Concepcion | MF-1-F | 96 |
| 12 | Miller, Benjamin & Hazel | MF-1-P | 56 |
| 13 | Nagele, Anna | MF-1-CA | 15 |
| 14 | Nahra, Ray & Sue Mae | MF-1-QA | 180 |
| 15 | Navarro, Dora M. | MF-1-DA | 14 |
| 16 | Nicholas, Marion E. & Eileen A. | MF-1-S | 123 |
| 17 | Noweck, Fred W. & Veronica C. | MF-6-K | 21A1,21A2, 21B1 |
| 18 | Olive, Floyd & Opal | MF-1-C | 7 |
| 19 | O'Neal, L. Frank & Rebecca | MF-1-QA | 86 |
| 20 | Orcutt, Sherwood C. & Wilma Waters | MF-1-AB | 9 |
| 21 | Parker, Louis V. & Mrs. Louis V.(Jacquelyn L.) | MF-1-P | 88 |
| 22 | Perkinson, Frank P. & Annie Adele | MF-1-CA | 21 |
| 23 | Parks, Hester E. | MF-1-XA | 25 |
| 24 | Peck, Harold M. & Catherine | MF-1-L | 15 |
| 25 | Perigo, Lula F. | MF-1-FA | 126 |
| 26 | Peterson, Ervin & Ora J. | MF-1-UA | 236A |
| 27 | Phelps, Robert W. & Dorothy Y | MF-1-VA | 252 |
| 28 | Pitcher, Wilson V. & Lillian | MF-1-JA | 28 |
| 29 | Port, Marvin & Alberta L. | MF-1-HA | 61 |
| 30 | Port, Marvin & Alberta L. & Smith, Lee A. & Susie A. | MF-1-QA | 175 |
| 31 | | | |
| 32 | Powers, Harry B. & Mildred | MF-1-M | 11 |

7—1404

U. S. GOVERNMENT PRINTING OFFICE

Exhibit H

3169

| | Apparent Owners | Map Page | Parcel |
|---|---|---|---|
| 1 | Powers, James J. & Marydoris | MF-1-KA | 52 |
| 2 | | | |
| 3 | Protestant Episcopal Church in the Diocese of Los Angeles   (TD Ben) | MF-1-PA | 148 |
| 4 | Quinn, Jack & Frankie Mac | MF-1-CGA | 4 |
| 5 | Reynolds, Earl R. & Nell L. | MF-1-IA | 1 |
| 6 | Rice, Joseph & Wanda L. | MF-1-GA | 26 |
| 7 | Rigney, Mrs. Alberta C. | MF-1-WA | 306X1, 307A |
| 8 | Rivers, George A. | MF-1-XA | 28 |
| 9 | Robinson, Paul & Juanita | MF-1-AC | 330 |
| 10 | Roe, Edward M. & Faye J. | MF-1-WA | 50 |
| 11 | Rogers, Fred A. & Ida A. | MF-1-G | 113 |
| 12 | Rowe, Charlotte C.  (See Golden, Mary E.) | | |
| 13 | Russell, William R. & Anna E. | MF-1-OA | 72 |
| 14 | Sansom, Gordon C. & Marian R. | MF-1-VA | 313A |
| 15 | Scheial, Roy E. & Alpha L. | MF-1-ZA | 18 |
| 16 | Scovoli, Harry J. & Daisy W. | MF-1-HA | 44 |
| | | MF-1-O | 15 |
| 17 | Sellers, W. G. & Mozelle A. | MF-1-Y | 25 |
| 18 | Shockey, Laurel M. & Julia B. | MF-1-DA | 192 |
| 19 | Simmons, Lewis T. & Laura | MF-1-CA | 99 |
| 20 | Sims, James L. & Gladys V. | MF-1-I | 50X2 |
| 21 | Sluder, Clifford E. & Margaret E. | MF-1-P | 51A |
| 22 | Smith, Floyd C. & Eva H. | MF-1-OA | 92 |
| 23 | Smith, Howard H. & Emily | MF-1-IA | 14 |
| 24 | Smith, Leslie F. & Nellie E. | MF-1-TA | 231 |
| 25 | Smith, Leo A. & Susie A.  (See Port, Alberta L. & Marvin) | | |
| 26 | Soper, Samuel O. & Mildred L. | MF-1-S | 124 |
| 27 | Spence, Morgan L. & Juanita B. | MF-1-KA | 47A, 48A |
| 28 | Spencer, Herbert E. & Joanne | MF-1-R | 90 |
| 29 | Stambaugh, V. G. & Bessie | MF-1-R | 68, 71A |
| 30 | Stancek, Stanley & Della E. | MF-1-P | 54X1, 55 |
| 31 | Stefanick, John & Jennie D. | MF-1-Y | 26 |
| 32 | | | |

7-1644

U. S. GOVERNMENT PRINTING OFFICE

Exhibit H   3170

| Apparent Owners | Map Page | Parcel |
|---|---|---|
| Sterling, Bertha  (See McClellan, Gertrude M.) | | |
| Stewart, Herbert L. & Marie C. | MF-1-P | 45 |
| Stone, I. H. & Vera E. Liebes | MF-1-P | 51X1 |
| Thompson, Lewis & Ava | MF-1-O | 24 |
| Thompson, L. G. & Waldie | MF-1-YA | 1, 2 |
| Tooney, William D. & Mary | MF-1-L | 25 |
| Trotter, Emma L. | MF-1-D | 32 |
| Turner, Charles | MF-1-VA | 290 |
| Vines, Houston A. & Eva E. | MF-1-G | 111 |
| Vining, Briscoe Hatcher & Joane H. | MF-1-VA | 257 |
| Vlasek, Arne F. & Virginia H. | MF-1-FA | 4 |
| Vlasek, Fred & Meeta | MF-1-RA | 196 |
| Vorhees, DeLisle E. & Ophia J. | MF-3-VA | 242 |
| Walls, Isaac C. & Laura L. | MF-1-G | 107 |
| Walters, Harry F. & Jessie May | MF-1-LA | 5 |
| Wann, Milton & Margaret B. | MF-1-P | 54A |
| West, Chesley H. & Lillie C. | MF-1-LA | 13 |
| Whisnand, Charles D. & Helen H. | MF-1-AB | 3 |
| White, Fred H. ; & Alice Adams | MF-1-LA | 4 |
| Williams, Charles L. & Irma C. | MF-1-GA | 3X1 |
| Williams, Elizabeth H. | MF-1-D | 27X1 |
| Wilson, Orlan D. & Irene L | MF-1-GA | 18 |
| Wood, Myron E. & Helen M. | MF-1-JA | 28 |
| Young, H. E. (Henry E.) | MF-1-BA | 57 |

-6-

Exhibit H

3171