CARTER
4--9-63

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )  No. 1247-SD-C
 )
vs.  )  MINUTES OF THE COURT
 )
FALLBROOK, etc., et al  )  Dated: April 9, 1963
 )  At San Diego, California

PRESENT: Hon. JAMES M. CARTER                                District Judge

Deputy Clerk WILLIAM W. LUDDY  Reporter JOHN SWADER

Counsel for Plaintiff: RAMSEY CLARKE, WILLIAM VEEDER AND DONALD REDD.

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, FRED GIRARD, AND PHIL SWING.

PROCEEDINGS: FURTHER COURT TRIAL, AND FURTHER HEARNG OBJECTIONS TO FINDINGS, ETC.,

   At 10:35 A.M. convene herein.
   Attorney Sachse makes statement.
   Attorney Clarke makes statement.
   At 11 A.M. recess to 2 P.M.
   At 2 P.M. reconvene herein.
   Court and counsel discuss various findings.
   IT IS ORDERED that the order relating to determining water extractions from the Santa Margarita River, heretofore filed on December 12, 1962 be filed and entered as Interloc Judgment No. 45.

   It is ordered cause is continued to May 7, 1963, at 10 A.M. for further court trial, and for further hearing on objections to findings, etc.

   IT IS ORDERED that counsel for Plaintiff file memo of suggestions re final decree by April 22, 1963, and counsel for defendants by April 29, 1963.

JOHN A. CHILDRESS, Clerk
by _____
                    Deputy

7007