0249

FILED
APR 9 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

ENTERED
APR 9
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. | No. 1247-SD-C<br>ORDER AMENDING INTERLOCUTORY JUDGMENT NO. 39<br>Santa Margarita River Watershed Below Temecula Creek; Gorge and Downstream to Naval Enclave Boundary |

This Court on December 11, 1962, entered Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 39.

GOOD CAUSE BEING SHOWN, better to conclude this litigation and to simplify the entering of the final judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Interlocutory Judgment No. 39 be amended by adding to the caption on Page 1 immediately preceding the Findings of Fact, the following:

> " . . . Including Fallbrook Creek and the Area South of the Santa Margarita River between Fallbrook Creek and Rainbow Creek Watersheds."

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Finding of Fact number V, page 7 of Interlocutory Judgment No. 39 be and the same is hereby amended by adding the following provision immediately after the description of Stone Creek:

Fallbrook Creek: Fallbrook Creek, rising to the south and east of the Naval Enclave, in Section Eighteen (18), Township Nine (9) South, Range

Three (3) West, S.B.M. and flows in a northwesterly direction, is an intermittent stream both as to time and place. It proceeds across Section Twenty-four (24) Nine (9) South, Range Four (4) West, S.B.M., traversing the north-west corner of Section Twenty-five (25) Township Nine (9) South, Range Four (4) West, S.B.M., where it enters the Naval Enclave, continuing its general course across Sections Twenty-six (26); Thirty-five (35); Thirty-four (34); Twenty-seven (27); re-entering Section Thirty-four (34); Thirty-three (33), all in Township Nine (9) South, Range Four (4) West, where it enters Lake O'Neill, an off channel reservoir more fully described in Interlocutory Judgment No. 24. In a state of nature Fallbrook Creek enters the Santa Margarita River at a point not disclosed in the record. In its course Fallbrook Creek flows out and across basement complex and residuum.

Unnamed Tributaries in the Area South of Santa Margarita River Between Fallbrook Creek and Rainbow Creek Watersheds. An unnamed tributary rises in Section Seventeen (17) and proceeds northwesterly across that section and across Section Eight (8), all in Township Nine (9) South, Range Three (3) West, entering the Santa Margarita River in the Southwest Quarter of the Section last mentioned. Another unnamed tributary rises in Section Eighteen (18), proceeds due north, traversing Section Seven (7), all in Township Nine (9) South, Range Three (3) West and entering the Santa Margarita River at a point approximately the center of the Section last mentioned. These tributaries of the Santa Margarita River flow out and across basement complex and residuum.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Finding number VIII, Page 10 of Interlocutory Judgment No. 39, is hereby amended by adding this provision immediately following the statement respecting the riparian lands on Sandia Creek:

(e) Attached hereto, marked Exhibit C-5 and made a part hereof by reference is a tabulation of apparent owners and parcel numbers of the smallest tract of land held under one chain of title, a part of which abuts upon or is traversed by

Fallbrook Creek.

(f) Also attached , marked Exhibit C-5-1 and made a part hereof by reference is a tabulation of apparent owners and parcel numbers of the smallest tract of land held under one chain of title, a part of which abuts upon or is traversed by unnamed tributaries rising in Sections Seventeen (17) and Eighteen (18), Township Nine (9) South, Range Three (3) East, all within the area covered by this Interlocutory Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Conclusions of Law contained in Interlocutory Judgment No. 39, page 15, immediately following Conclusions of Law "7.", be and they are hereby amended as follows:

7a. All lands set-forth in Exhibit C-5 and Exhibit C-5-1 hereto attached and made a part hereof by reference which abut upon or are traversed by Fallbrook Creek and unnamed tributaries in Sections Seventeen (17) and Eighteen (18) Township Nine (9) South, Range Three (3) East, have correlative riparian rights to the use of the waters of those streams.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that paragraph 7, page 13 of the decretal portion of Interlocutory Judgment No. 39 be amended by adding "C-5" and "C-5-1" after "C-4" in the second line of that paragraph.

Dated: 4-9-63

JAMES M. CARTER
Judge, United States District Court

2295

4

LANDS RIPARIAN TO FALLBROOK CREEK WITHIN SANTA MARGARITA RIVER WATERSHED

BELOW TEMECULA CREEK GORGE AND DOWNSTREAM TO NAVAL ENCLAVE BOUNDARY

SECTION 19, Assessor's Map 19, 9S 3W

Parcel 2:

Beg. at a pt on N bdry Sec. 19, 31 rods E of NW Cor; th S 1045.3' m/l, to NW li of Cnty Hwy Com Rd, Rte 4, Div. 4; th NEly alng NWly li sd rd to inter. w N bdry Sec. 19; th W alng N Bdry to pob.

Apparent Owners:

STONE, Clarence M. & Mary B.

- - - - - - - - - - - - - - - - - -

Parcel 15:

That por of W 31 rods of Lot 1 (NW¼ of NW¼) Sec. 19, lying S of S li of Juniper St. produced Ely to inter w Cnty Hwy Rte 4 EXC Wly 205' thereof; ALSO EXC por lying SE of c/l Cnty Hwy Rte 4; ALSO EXC por incl in bdry of land desc in deed to AT&SFRR, 1-10-17, 734/211 deed daf: Beg at pt in S li NW¼ of NW¼ of Sec. 19, 511.5' E fr W li sd Sec; th N alng E bdry of W 31 rods to sd NW¼ of NW¼ 148.59'; th S 37°31' W p/w & 50' NWly fr c/l of location of AT&SFRR 202' to S li of NW¼ of NW¼; th E alng sd S li 119.62' to pob.

Apparent Owners:

HICKS, Norman L. & Lorraine I.

HICKS, Oliver T., Jr., & Eleanor Ann.

- - - - - - - - - - - - - - - - - -

Parcel 16:

Por of NE¼ of NW¼ of NW¼ of Sec. 19 daf: Beg at NW Cor of Sec. 19; th alng N li of sd Sec N 89°51' E 1208.5' m/l to W li of land desc in Order of Condem, AT&SF v. Williams, 730/401 deeds; th alng sd W li S 0°06' W 58.7'; th S 47°31' W 57.1' to pt in SEly li pub. hwy fr Fallbrook to Riverside Cnty li, being the beg of a 230' radius curve concave SEly to the SEly li, sd pt being true pob; th alng sd SEly li and tangent to sd curve S 47°31' W 357.9'; th S 89°54' E 284.4', m/l, to sd Wly li of land desc in Order of Condem; th alng sd W li N 0°06' E to sd curve in SEly li sd Hwy r/w; th SWly alng sd curve to true pob.

Apparent Owners:

RHODES, Roy & Edna

Parcel 17 & 19:

Beg at inter of Wly r/w of AT&SFRR with a li p/w & 618' Sly fr N li of Lot 1, Sec. 19; th Wly alng sd p/li to Ely li of Cnty Rd; th NEly alng sd Cnty Rd to intersec with Sly li of land conv to Union Oil Co., 853/184 Deeds; th alng Sly li S 89°54' E to a pt dist thereon N 89°54' W101.2' fr intersec thereon with Wly r/w li; th S 265.25' to pob. EXC that por of N 618' of E 49 rods of NE¼ of NW¼ of Sec. 19 daf: Com. at NW Cor of Sec. 19; th N 89°53' E alng N li 1208.5' to Wly bdry of land decreed to AT&SFRR 5-11-17, 730/401 Deeds; th S 0°06' W alng sd Wly bdry li 310.81' to beg of tangent curve NWly having radius of 523.7'; th Sly & SWly alng sd curve 322.42' to true pob, being a pt on li 618' S & p/w N li Sec. 19; th W alng sd p/li to a pt on c/l of San Diego Cnty Rte 4; th NEly alng sd c/l to its intersec with a li drawn p/w and 66.31' fr Wly ext of S li of par conv to Union Oil Co. 6-3-21, 853/184 Deeds; th S 81°28' E 279.61' to W li lnd conv to FPUD, 9-17-27, 1268/300 Deeds, sd pt being dist alng sd W li N 0°06' E 156' fr true pob; th S 0°06' W alng sd li 156' to true pob.

Apparent Owner:

YOUNG, Rhoda Sturtevant

- - - - - - - - - - - - - - - - -

Parcel 18:

Por of NW¼ of Sec. 19, daf: Beg at the NW Cor of Sec. 19; th Ely alng Nly li dist of 1208.7' to Wly li of r/w of AT&SFRR; th Sly alng Wly li of r/w to SE Cor of par conv to Union Oil Co 853/184 Deeds, sd pt being true pob; th Wly alng S li of prop so conv. 101.2'; th S 265.25' to an intersec w Wly li of r/w of AT&SFRR; th Nly alng sd li to pob.

Apparent Owners:

DAVING, Carl G. & Mildred L.

- - - - - - - - - - - - - - - - -

Parcel 20X1:

That por of N 618' of E 49 rods of NW¼ of NW¼ of Sec. 19 daf: Beg at NW Cor of Sec 19; th N 89°53' E alng N li of Sec. 19 1208.5' to Wly bdry of land desc in ATSFRR v. Will Williams et al, 730/401 Deeds; th S 0°06' W alng sd Wly bdry li 310.81' to beg of tangent curve NWly having radius of 523.7'; th Sly & SWly alng sd curve, being also alng sd Wly bdry li of land decreed to AT&SFRR, 322.4' to true pob, being a pt on line 618' S of & p/w N li of Sec. 19; th Wly alng sd p/li to a pt on c/l of Rte 4; th NEly alng sd c/l to its intersec with a li drawn p/w & 66.31' S fr Wly exten of S li and fr sd S li of par conv to Union Oil Co. 853/184 Deeds; th S 81°28' E 279.61' to W li of land conv to FPUD, 1268/300 Deeds, sd pt being dist alng sd W li N 0°26' E 156' fr true pob; th S 0°06' W alng sd li 156' to pob; EXC

Parcel 20X1 continued:

par daf: That por of Lot 1 (NW¼ of NW¼) of Sec 19 daf: Beg at NW Cor of sd Sec 19; th N 89°48' E alng Nly li Sec 19 1208.50' to a pt in Wly bdry li of AT&SFRR r/w; th S 0°01'11" W alng sd r/w li 310.81' to beg of tangent curve concave Wly & having a radius of 523.70'; th Sly & SWly alng arc of sd curve, being Wly li of sd r/w thru a cent angle of 36°22' an arc dist of 322.40' to a pt in Sly li of Nly 618' of sd Lot 1, sd pt being true pob; th leaving sd r/w li S 89°48' W alng sd Sly li of Nly 618'; 371.52' to a pt in SEly li of Mission Rd 1-C, sd pt being SWly Cor of deed recorded 644/378 of Deeds; th N 23°49' E alng sd SEly li 54.88' to beg of tangent curve concave SEly and having a radius of 480.00'; th NEly alng arc of sd curve, being SEly li of sd Mission Road 1-C thru a central angle of 7°56' an arc dist of 66.46' to a pt, a radial li to sd pt bears N 58°15' W; th leav sd SEly li S 88°10' E 126.18'; th S 80°33' E 196.00' to pt in Wly li of deed recorded 1260/300 of Deeds; th S 0°01' W alng sd Wly li 71.42' to true pob.

Apparent Owners:

FAULKNER, Raymond D. & Charlotte Flo

- - - - - - - - - - - - - - - - -

Parcel 20A:

That por of Lot 1 (NW¼ of NW¼) Sec 19, daf: Beg at NW Cor sd Sec 19; th N 89°48' E alng Nly li of Sec 19 1208.50' to pt in Wly bdry li of AT&SFRR r/w; th S 0°01'11" W alng sd r/w li 310.81' to beg of tangent curve concave Wly & having a radius of 523.70'; th Sly & SWly alng the arc of sd curve, being the Wly li of sd r/w thru a central angle of 36°22' an arc dist of 322.40' to a pt in Sly li of Nly 618.00' of sd Lot 1, sd pt being true pob; th fr sd true pob leaving sd r/w li S 89°48' W alng sd Sly li of Nly 618.00' 371.52'to pt in SEly li of Mission Rd 1-C, sd pt being SWly cor of deed recorded 644/378 of Deeds; th N 23°49' E alng sd SEly li 54.88' to beg of tangent curve concave SEly and having a radius of 480.00'; th NEly alng arc of sd curve, being the SEly li of sd Mission Road 1-C thru a central angle of 7°56' an arc dist of 66.46' to a pt, a radial li to sd pt bears N 58°15' W; th leaving sd SEly li S 88°10' E 126.18'; th S 80°33' E 196.00' to a pt in Wly li of deed recorded 1268/300 of Deeds; th S 0°01' W alng sd Wly li 71.42' to true pob.

Apparent Owners:

JONES, Alex N. & Marilyn M.

- - - - - - - - - - - - - - - - -

Parcel 21:

Por of NW¼ of NW¼ of Sec 19 daf: Beg at intersec of S li of par of land conv to Williams, 644/378 Deeds with E li of San Diego County Inland Blvd; th Sly alng sd Ely li 183.00'; th in SEly direc 189' to pt on Wly li of ATSFRR, dist thereon 340' SWly meas alng sd r/w li and alng Wly r/w li of Wly wing of "Y" track of sd RR from steel RR stake on Sly li of land of Williams; th in NEly direc alng sd RR r/w and Wly r/w of Wly wing of "Y" tract 340' to aforesaid steel RR stake; th Wly alng S li of sd Williams land 373.75' to pob.

Parcel 21 Continued:

Apparent Owners:

BEAMON, Alexander M. & Elsie Allen

- - - - - - - - - - - - - - - - -

Parcel 23:

That por of NW¼ of NW¼ of Sec 19 daf: Beg at int of S li of tract of land conv to Williams 644/378 Deeds, with Ely li of Cnty Hwy Rte 4; th Sly alng sd Ely li of Cnty Hwy S 23°53' W 68.5'; th S 65°14' E 121.32' to Wly li of r/w of AT&SFRR; th NEly alng sd Wly r/w li 125.57' to a pt dist 340' SWly meas alng Wly li and alng Wly r/w li of Wly leg of "Y" tract of sd RR fr rail monument on S li sd Williams land; th NWly in straight li 189' to true pob; EXC beg at NE cor of foregoing desc prop; th NWly alng Nly li sd prop a dist of 89'; th Sly 40'; th at r/a SEly on li p/w Nly li sd prop to Wly r/w li of AT&SFRR; th NEly alng sd r/w li to pob.

Apparent Owner: KELLER, Clarence O.

- - - - - - - - - - - - - - - - -

Parcels 24 & 25:

That por of the NW¼ of NW¼ of Sec 19 daf: Beg at a pt on Ely li of Cnty Hwy Rte 4, sd pt being dist 183' SWly fr pt in Ely li of sd Hwy where same is int by S li of land conv by Hawley to Williams 4-14-14, 644/378 Deeds; th running SEly in straight li 189' to pt on Wly r/w li of AT&SFRR, sd pt being dist 340' SWly, meas alng sd Wly r/w li and alng Wly r/w li of "Y" track of sd RR fr rail monument on S li of sd above men tract conv to Williams; th in SWly direc alng Wly li of sd RR r/w li to int with W li of land conv by Harriman to Hawley 3-15-1897, 261/63 Deeds; th N alng W li of sd par to a pt on Ely li of sd Cnty Hwy; th NEly alng sd Ely li of Cnty Hwy to pob; EXC that por thereof lying NEly of SWly li of fol desc par: That por of NW¼ of Sec 19 daf: Beg at int of S li of land conv by Hawley to Williams 4-14-14, 644/378 Deeds, with Ely li of Cnty Hwy, Rte 4; th Sly alng sd Ely li of Cnty Hwy S 23°53' W 183' to true pob; th cont alng sd Ely li of Cnty Hwy S 23°53' W 68.50'; th S 65°14' E 121.32' to Wly li of r/w of AT&SFRR; th NEly alng sd Wly r/w li 125.57' to a pt dist 340' SWly meas alng sd Wly r/w li and alng Wly r/w li of Wly leg of "Y" tract of sd RR fr rail monument on S li of above mentioned tract of land conv to Williams; th NWly in straight li 189' to true pob.

Apparent Owners:

LONGO, V. J.

LONGO, Dante F.

- - - - - - - - - - - - - - - - -

Parcel 26:

That por of W 31 rods of Lot 1 ($NW\frac{1}{4}$ of $NW\frac{1}{4}$) Sec 19 lying SE of c/l of Cnty Hwy Com Rd Rte 4, Div 4 EXC that por incl in bdry of land in deed to AT&SFRR Co. 1-10-17, 734/211 Deeds.

Apparent Owner:

BULLOCK, Delbert H.

- - - - - - - - - - - - - - - -

Parcel 27:

W 356.3' of E 638.2' of N 618' of $W\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 19 EXC por belonging to AT&SFRR CO.

Apparent Owner:

MYERS, Steve C.

- - - - - - - - - - - - - - - -

Parcel 28:

That por of $W\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec 19 daf: Beg at NE Cor of sd $W\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$; th S 0°08' E alng E li sd $W\frac{1}{2}$ 618'; th at r/a S 89°52' W 281.9' to SE Cor of par conv to Charles E. Leaming 6-20-32, 140/45; th N 0°08' W alng E li sd par 618' to NE Cor thereof, being a pt on N li sd Sec 19; th E alng sd N li 281.9' to pob.

Apparent Owners:

MYERS, S. C. & Myrtis

- - - - - - - - - - - - - - - - -

Parcel 33:

Railroad right of way

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY CO.

- - - - - - - - - - - - - - - - -

Parcel 35X1:

That por of $E\frac{1}{2}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Sec. 19 lying N of AT&SFRR r/w EXC N 150' of E 320' of W 350' thereof

Apparent Owner:

TERRIERE, Alta M.

- - - - - - - - - - - - - - - - -

Parcel 38:

W 30' of NW¼ of NE¼ of Sec. 19, EXC S 330' thereof.

Apparent Owners:

BAGBY, William L. & Lillian H.

- - - - - - - - - - - - - - - - - -

Parcel 39:

That por of NW¼ of NE¼ of Sec. 19 daf: Beg at the SW Cor of NW¼; th alng W li of NW¼ N 0°2'20" E 330'; th p/w S li of NW¼ N 89°44'30" E 30'; th p/w W li N 0°02'20" E 660' to true pob; th p/w S li N 89°44'30" E 315'; th p/w W li N 0°02'20" E 335.45', m/l to N li of NW¼; th thereon S 89°35' W 315' to E li of W 30' of NW¼; th alng sd E li S 0°02'20" W 334.58' m/l to true pob.

Apparent Owners:

WALLACE, G. I. & Mabel S.

- - - - - - - - - - - - - - - - - -

Parcel 40:

N 335.45' of E 315' of W 660' of NW¼ of NE¼ of Sec. 19

Apparent Owners:

JOHNSTON, Murray S. & Frances

- - - - - - - - - - - - - - - - - -

Parcel 41:

W 660' of N 660' of S 990' of NW¼ of NE¼ of Sec. 19 EXC W 30' thereof.

Apparent Owners:

FIELD, Harry O. & Mable B.

- - - - - - - - - - - - - - - - - -

Parcel 42:

E½ of NW¼ of NE¼ of Sec. 19 EXC Ely 321.65' conv to Frederick G. Nelson, 7-17-53, 4948/389. Also EXC por conv to Murray S. Johnston 1-9-53, 4759/493, sd land so conv be daf: Beg at NE Cor of NW¼ of NE¼; th S 89°35' W 655.86' to pt dist N 89°35' E 660' fr NW Cor, being true pob; th cont alng N li S 89°35'W 4.14' to W li of E ½ of NW¼ of NE¼; th alng sd W li S 0°0'10" E 336.62' to N li of S 990' of NW¼ of NE¼; th alng sd N li N 89°44'30" E 3.89' to E li of W 660' of NW¼ of NE¼; th alng sd W li N 0°02'20" E 336.32' to pob.

Apparent Owners:

BAGBY, William L. & Lillian H.

Parcel 43:

E 321.65' of NW¼ of NE¼ of Sec. 19

Apparent Owners:

NELSON, Frederick G. & Mariam

- - - - - - - - - - - - - - - -

SHIPLEY TRACT, Assessor's Map 41, 9S 3W

Parcel 7:

All that portion of Lot 4, Shipley Tract, lying Wly of Wly li of Cnty Hwy (SD Hwy Com Rte 4, Div 4) and AT&SFRR.

Apparent Owner:

KAUFMAN, Velma Maurine

- - - - - - - - - - - - - - - - -

TOWNSHIP OF WEST FALLBROOK, Assessor's Map 43, 9S 4W

Parcel 3:

Railroad right of way

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY

- - - - - - - - - - - - - - - - -

Parcel 5:

Railroad right of way

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY

- - - - - - - - - - - - - - - - -

Parcel 8 & 10:

Lots 4, 6 and 7 of Block 27 of Township of West Fallbrook

Apparent Owners:

JOHNSTON, Murray S. & Frances M.

- - - - - - - - - - - - - - - - -

Parcel 11:

Lot 8 of Block 27 of Township of West Fallbrook

Apparent Owners:

WYATT, Clifford V. & Grace C.

- - - - - - - - - - - - - - - - -

Parcel 12X1:

Lots 9 & 10 of Block 27 of Township of West Fallbrook EXC the E 54' thereof.

Apparent Owners:

KAUFMAN, Lillian A.

- - - - - - - - - - - - - - - - -

Parcel 16:

Lots 6 & 7, Block 28 of Township of West Fallbrook

Apparent Owners:

BULLOCK, D. H. & Glenn C.

- - - - - - - - - - - - - - - - -

Parcels 17, 18 & 19:

Lots 8, 9 & 10, Block 28, Township of West Fallbrook

Apparent Owner:

THE CALIFORNIA ELDERSHIP OF THE CHURCHES OF GOD IN NORTH AMERICA.

- - - - - - - - - - - - - - - - -

Parcel 21:

Railroad right of way.

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY

- - - - - - - - - - - - - - - - -

Parcel 22:

Lots 1 through 5, Block 4, Township of West Fallbrook

Apparent Owner:

FALLBROOK CITRUS ASSOCIATION

Parcel 27:

Beg at NW Cor of Lot 7, Block 25, Township of West Fallbrook; th S alng W li to a pt where the W li of sd Lot int r/w of AT&SFRR; th NEly alng sd r/w to pt in N bdry li of sd Lot; th W 21.42' to pob.

Apparent Owners:

SCOTT, John C. & Virginia R.

- - - - - - - - - - - - - - - - -

Parcel 28:

Railroad Right of Way

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY

- - - - - - - - - - - - - - - - -

Parcel 32:

Lot 6, Block 26, Township of West Fallbrook

Apparent Owners:

FALLBROOK I.O.O.F, Lodge #339

PORTER, ANNA J. & Don Carlos

- - - - - - - - - - - - - - - - -

Parcel 33:

Lot 7, Block 26, Township of West Fallbrook

Apparent Owners:

INGLIS, John P. & Eve

- - - - - - - - - - - - - - - - -

Parcel 35:

Lots 8, 9 & 10, Block 26, Township of West Fallbrook, EXC E 17' of N 14' of Lot 9, and that por lying in AT&SFRR r/w.

Apparent Owners:

WOLFE, Russell P. & Ruby I.

- - - - - - - - - - - - - - - - -

Parcel 36:

Railroad right of way

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY

PORTION OF TOWNSHIP OF WEST FALLBROOK Assessor's Map 45, 9S 4W

Parcel 24:

Lot 1, Block 24, of Township of West Fallbrook

Apparent Owner:

NATIONAL LIFE INSURANCE COMPANY

- - - - - - - - - - - - - - - - -

Parcel 27:

Lot "Tracy", Block 24, Township of West Fallbrook

Apparent Owners:

LORITSCH, John W. & Richard H.

- - - - - - - - - - - - - - - - -

Parcel 28:

"Weaver" Lot, Block 24, Township of West Fallbook

Apparent Owner:

WEST FALLBROOK SCHOOL DISTRICT

- - - - - - - - - - - - - - - - -

Parcel 29:

Lot 8, Block 24, Township of West Fallbrook

Apparent Owners:

COLVIN, William H. & Addie G.

- - - - - - - - - - - - - - - - -

Parcel 30:

Lot 9 & S 1' of Lot 10, Block 24, Township of West Fallbrook

Apparent Owners:

HASELWOOD, Cliff H. & Rena D.

- - - - - - - - - - - - - - - - -

Parcel 31:

Lot 10, Block 24, Township of West Fallbrook, EXC S 1' thereof

Apparent Owner:

COLE, Louise C.

- - - - - - - - - - - - - - - - -

SECTION 25, Assessor's Map 25, 9S 4W

Parcel 6:

West 50' of E 253.76' of Sly 72' of Lot 1, Sec. 25

Apparent Owners:

~~MOORE, J. L. & Ila L.~~
OWENS, JOHN T. & ETTA R.

- - - - - - - - - - - - - - - -

Parcel 10:

Beg at SE Cor of NW¼ of NW¼ of Sec. 25; th alng S li N 89°12'30" W 203.76'; th N 0°47'30" E 72'; th N 89°12'30" W 50'; th N 0°47'30" E to SEly r/w li of AT&SFRy; th alng SEly r/w li of AT&SF N 33°07'30" E 382.85' to c/l of 100' rd; th NEly alng sd c/l 36.17' to E li of NW¼ of NW¼; th alng sd E li S 0°32' E 615.95' to pob.

Apparent Owners:

MOORE, J. L. & Ila L

- - - - - - - - - - - - - - - -

Parcel 13:

Por of NE¼ of NW¼ of Sec 25 daf: Beg at pt on W li of NE¼ of NW¼, 600' N of SW Cor of NE¼ of NW¼; th E 462' to a pt; th N at r/a to int with Sly r/w of AT&SF; th SWly alng r/w to W li of NE¼ of NW¼; th S alng W li to pob.

Apparent Owner:

CLEMMENS, Burkley A.

- - - - - - - - - - - - - - - -

Parcel 16:

Por of NE¼ of NW¼ of Sec 25 daf: Beg at NE Cor of NW¼; th S alng E li 732.98' to a pt; th N 89°13' W alng li p/w S li sd NW¼ 853.37' to SE Cor of land conv to Clemmens 142/43 Official Records; th N 0°47' E alng E li sd land 348.25'; th N 59°01' E 302.40'; th N 35°06' E 143.32'; th N 59°18' E 167.60'; th N 87°42' E 362.99' to pob.

Apparent Owners:

KLEIN, Elroy C.

LOVELL, Frederick & Sarah I.

- - - - - - - - - - - - - - - -

Parcel 32:

Por of NE¼ of NW¼ of Sec 25 daf: Beg at SW Cor of NE¼ of NW¼; th N 228.98' to true pob; th N 371.02' to NW Cor of land conv to Lloyd 4409/377 Official Records; th E 192'; th S 246' to SE Cor of land of Lloyd; th SW in direct li 226.68' to true pt of beg.

Apparent Owners:

DONATH & PIERCE, INC.

- - - - - - - - - - - - - - - -

Parcel 50:

A por of Lot 2 (SW¼ of NW¼) of Sec 25 daf: Beg at NE Cor of sd Lot 2; th alng N li sd Lot 2 N 89°12'30" W 432.46' to SEly li of r/w of AT&SFRR; th alng sd SEly li S 33°07'30" W 380'; th S 58°40'30" E 748.25' to E li sd Lot 2; th N 0°04'50" W 701.30' to pob. EXC any por which lies within a par of land conv to Ellen W. Gaston 162/402 Deeds daf: A sq 2 ac of land com at the NW Cor of Lot 2, Sec 25.

Apparent Owners:

SCHULTZ, James C. & Delta A.

- - - - - - - - - - - - - - - - -

Parcel 51:

Por of Lot 2 (SW¼ of NW¼) of Sec. 25 daf: Beg at a pt on E li of sd Lot 2 dist S 701.30' fr NE Cor, sd pt being most Sly Cor of land conv to Pratt Mutual Water Company by deed 2805/177 OR; th N 58°40'20" W alng SWly li sd land 416.25' to true pt of beg; th S 33°07'30" W alng li p/w por of SEly li of r/w of AT&SF 340'; th N 58°40'20" W p/w SWly li of sd land conv to Pratt Mutual Water Company 332' to SEly li of r/w; th NEly alng sd SEly li 340' to most Wly cor of sd land conv to Pratt Mutual Water Company; th S 58°40'20" E alng SWly li sd land 332' to true pob.

Apparent Owners:

FALLBROOK SANITARY DISTRICT

- - - - - - - - - - - - - - - -

Parcel 155:

Por of Lots 2, 3 & 4, Sec 25, daf: Beg at a pt in Ely li Lot 4, dist N 0°04'50" E 693.30' fr SEly Cor; th N 0°04'50" E alng Ely li sd lots 910.30'; th N 89°37'40" W 787.85'; th N 0°13'25" E 1760.71', m/l to a pt in land desc in 4906/126 dist N 58°40'20" W 248.18' fr most Sly Cor sd land desc at Par I; th N 58°40'20" W alng SWly li sd land 93.62' m/l to pt in SEly r/w of AT&SF; th SWly alng r/w 106.90' to pt in Wly li of land desc in 1219/73; th S 6°09' W alng Wly li 2650.74' to pt which bears N 89°37'40" W fr pob; th S 89°37'40" E 1182.87' to pob.

Apparent Owners: DEPARTMENT OF VETERANS AFFAIRS OF STATE OF CALIFORNIA
RODGERS, Thomas B III & Janet Kalker

SECTION 18, Assessor's Map 18, 9S 3W

Parcel 17:

S½ of W 10 ac of NW¼ of SE¼ of Sec. 18

Apparent Owners:

UHL, Sylvester J. & Gladys W.

- - - - - - - - - - - - - - - -

Parcel 16:

S½ of E 10 ac of W 20 ac of N½ of SE¼ of Sec. 18

Apparent Owners:

MARTIN, Verne B. & Hazel

- - - - - - - - - - - - - - - -

Parcel 33:

Wly 238' of Ely 694.63' of Sly 291.56' of N½ of SE¼ of SE¼ of Sec. 18.

Apparent Owners:

BEAIRSTO, John R. & Shirley Ann

- - - - - - - - - - - - - - - -

Parcel 34:

Por of S½ of SE¼ of SE¼ of Sec 18, daf: Beg at NE Cor of sd S½ of SE¼ of SE¼ of sd Sec 18; th alng N li sd S½ S 89°32'30" W 311.65' to true pob; th cont alng sd N li S 89°32'30" W 253.56' to NWly Cor of tract of land conv to Hildebrand by Phelps, in Book 2075 OR at page 261; th alng Wly bdry of sd Hildebrand's land S 33°28'40" W 378.84' & S 0°24'30" E 98.17'; th S 36°21' E 60.53'; th S 79°23' E 133.76'; th N 71°58' E 113.36'; th S 54° 55'30" E 205.0' to c/l U.S. Hwy 395, being a pt in a curve concave to the NW having a radius of 500'; th NEly alng sd curve 39.03' to the end of sd curve; th on a tangent to sd curve N 49°52'30" E 78.26' to a pt which bears S 7°30'30" E 192.77' & S 8°32' E 310.31' fr true pob; th N 8°32' W 310.31'; th N 7°39'30" W 192.77' to true pob.

Apparent Owners:

HURTY, Ralph O. & Frances E.

HURTY, Sanna T.

- - - - - - - - - - - - - - - -

Parcel 38:

That por of SE¼ of SE¼ of Sec. 18 daf: Beg at NE Cor of S½ of SE¼ of SE¼ of sd Sec. 18; th alng N li of sd S½ S 89°32'30" W 565.21' to NWly cor of tract of land conv to Hildebrand by deed recorded in Book 2075 at page 261 of OR; th alng Wly li of Hildebrand's land S 33°28'40" W 378.84' & S 0°24'30" E 97.17'

Parcel 38 Continued:

to true pob; th S 36°21' E 60.53'; th S 79°22' E 133.76'; th N 71°58' E 113.36'; th S 54°55'30" E 205' to c/l of U. S. Highway 395 being a pt in a curve concave to NW & having a radius of 500'; th SWly alng sd curve 310.03' to end thereof; th S 0°07'30" E 4.45' to S li sd Sec 18; th alng S li sd Sec S 89°35' W 150.74' to SW Cor of Hildebrand's land; th alng Wly li sd Hildebrand's land North 0°24'30" W 255.42' to true pob.

Apparent Owners:

BENSON, George W. & Sophia N.

- - - - - - - - - - - - - - - -

Parcel 43:

Por of S½ of SE¼ of SE¼ of Sec. 18, daf: Beg at a pt in N li of sd S½ of SE¼ of SE¼, dist N 89°32'30" E 311.33' fr NW Cor sd S½; th alng sd N li N 89°32'30" E 431.65' to NE Cor of tract of land conv to McDonald; th alng SEly li sd land S 33°28'40" W 227.94'; th S 77°10' W 104.12'; th S 58°04' W 238.08' to a pt in E li of W 311.33' of sd S½ of SE¼ of SE¼, dist S 0°24'30" E 336.03' fr pob; th N 0°24'30" W 336.03' to pob.

Apparent Owners:

HART, H. A. & Olive

- - - - - - - - - - - - - - - -

Parcel 44:

Por of S½ of SE¼ of SE¼ of Sec. 18, daf: Beg at NW Cor of sd S½ of SE¼ of SE¼; th alng N li sd S½ N 89°32'30" E 311.33' to int with E li of W 311.33' of sd S½ of SE¼ of SE¼; th p/w W li sd SE¼ of SE¼ S 0°24'30" E 336.03' to SE Cor of tract of land conv to Willard R. O'Neal by deed recorded in Book 3350 at page 495 of OR, being the true pob; th alng SEly li sd O'Neal land N 58°04' E 238.08' & N 77°10' E 104.12' to SEly li of tract of land conv to Ernest T. McDonald by deed recorded in Book 2853 at page 59 of OR; th alng SEly & Ely li sd McDonald land S 33°28'40" W 150.90' & S 0°24'30" E 84.54'; th p/w S li Sec. 18 S 89°35' W 100'; th N 81°07' W 122.08' to a li which bears S 0°24'30" E fr True pob; th N 0°24'30" W 43.09' to true pob.

Apparent Owners:

REITENBACH, Francis J. & Ruth E.

- - - - - - - - - - - - - - - -

Parcel 45:

Por of S½ of SE¼ of SE¼ Sec. 18 daf: Beg at NW Cor sd S½ of SE¼ of SE¼ sd sec; th alng N li sd S½ N 89°32'30" E 742.98'; th S 33°28'40" W 378.84'; th S 0°24'30" E 84.54' to true pob; th p/w S li sd Sec. 18, S 89°35' W 100'; th N 81°07' W 122.08' to E li of W 311.33' of sd S½ of SE¼ of SE¼; th alng sd E li

 Interlocutory Judgment #39
Exhibit "C-5"

2309

Parcel 45 Continued:

S 0°24'30" E 288.64' to S li of sd Sec 18; th alng sd S li N 89°35' E 120.48' to SW Cor of par of land conv to R. E. Mapes by deed, 3294/253 OR; th alng W li sd Mapes land N 0°24'30" W 263' to NW Cor sd Mapes land; th alng N li sd Mapes land N 89°35' E 100' to NE Cor sd Mapes land; th N 0°24'30" W 6.05' to true pob.

Apparent Owners:

MAPES, Robert E. & Evelyn Mae

- - - - - - - - - - - - - - - -

Parcel 46:

Por of $S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$ Sec 18 daf: Beg at SW Cor sd $S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$; th alng W li sd $S\frac{1}{2}$ N 0°24' W 667.52' to N li sd $S\frac{1}{2}$; th N 89°32'30" E 742.98'; th S 33°28'40" W 378.84'; th S 0°24'30" E 90.59' to true pob; th cont S 0°24'30" E 263' to S li sd $SE\frac{1}{4}$ of $SE\frac{1}{4}$; th S 89°35' W 100'; th N 0°24'30" W 263' to int with li which bears S 89°35' W fr true pob; th N 89°35' E 100' to true pob.

Apparent Owners:

MAPES, Robert E. & Evelyn Mae

- - - - - - - - - - - - - - - -

Parcel 47X2:

W 311.33' of $S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of Sec. 18 EXC N 279.8' & por daf: Beg at SEly Cor; th N 0°24'30"W 75'; th S 89°35' W 150'; th S 0°24'30" E 75'; th N 89°35' E 150'; Also EXC Beg at NW Cor of $S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$; th alng N li thereof N 89°32'30" E 311.33'; th p/w W li $S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$ S 00°24'30" E 279.80' to true pob; th p/w sd N li S 89°32'30" W 140'; th p/w W li S 00°24'30" E 95'; th p/w N li N 89°32'30" E 140'; th p/w W li N 00°24'30" W 95' to true pob.

Apparent Owners:

MC DONALD, Ernest T. & Eva.

- - - - - - - - - - - - - - - -

Parcel 47B

Por of $S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$ Sec 18 daf: Beg at NW Cor of sd $S\frac{1}{2}$; th alng N li thereof N 89°32'30" E 311.33'; th p/w W li sd $S\frac{1}{2}$ S 00°24'30" E 279.80' to true pob; th p/w N li S 89°32'30" W 140'; th p/w W li S 00°24'30" E 95'; th p/w N li N 89°32'30" E 140'; th p/w W li N 00°24'30" W 95' to true pob.

Apparent Owners:

MILES, Lunsford & Lisle

- - - - - - - - - - - - - - - -

Parcel 49:

E 261.06' of NE¼ of SW¼ of SE¼ of Sec. 18; and, E 261.06' of N½ of SE¼ of SW¼ of SE¼ sd Sec.

Apparent Owners:

WILLIAMS, L. C. & Gail

- - - - - - - - - - - - - - - -

Parcel 51:

S½ of SE¼ of SW¼ of SE¼ of Sec. 18 EXC W 132' thereof.

Apparent Owners:

BOLTON, Lauren D. & Ethel M.

- - - - - - - - - - - - - - - - -

Parcel 53 & Par. 93W-17-79:

Por of SE¼ of SE¼ of Sec 18 lying SEly of U.S. Hwy 395. Also, that por of SW¼ of SW¼ of Sec. 17, T9S, R3W daf: Beg at SW Cor of Sec. 17; th alng S li of Sec 17 S 89° 56' E 994.78'; th N 23°45'20" W 785.42' to c/l Hwy 395; th alng sd c/l S 71°16'30" W 427.96' to beg of curve concave SEly having a radius of 300'; th SWly alng sd curve 112.05' to end thereof; th tangent to sd curve S 49°52'30" W 236.32' to W li of Sec. 17; th alng sd W li S 0°42'40" E 373.30' to pob, EXC beg at a pt in S li sd Sec. 17, dist S 89°56' E 503.54' fr SW Cor Sec. 17; th cont alng sd S li S 89°56' E 141.24'; th N 24°39' E 175.55'; th N 29°34' W 124.56'; th N 89°40' W 136.44'; th S 27°53' W 72.10'; th S 29°23' E 114.46'; th S 20°21' W 112.12' to pob.

Apparent Owners:

OLIVER, Charles A. & Bertha H.

- - - - - - - - - - - - - - - -

Parcels 65 & 68:

E 18 ac of NE¼ of SW¼ of Sec. 18 EXC E 127' & EXC W 7.075 acres thereof.

Apparent Owners:

EAST, Lloyd L. & Helen L.

- - - - - - - - - - - - - - - -

Parcel 69X2:

Sly 327.43' of E 127' of NE¼ of SW¼ of Sec. 18

Apparent Owners:

BUDAI, Thresa & Steve J.

- - - - - - - - - - - - - - - -

**Parcel 74:**

NW¼ of SE¼ of SW¼ of Sec. 18 EXC that por daf: Beg at pt in W li sd SE¼ of SW¼, dist thereon N 0°06' W 320.57' fr SW Cor of sd NW¼ of SE¼ of SW¼ of sd Sec; th N 89°44'30" E, p/w S li sd NW¼ of SE¼ of SW¼ a dist of 175.00'; th N 0°06' W, p/w E li sd SE¼ of SW¼, a dist of 125.00'; th S 89°44'30" W, p/w S li of NW¼ of SE¼ of SW¼, a dist of 175.00' to aforesaid W li of SE¼ of SW¼; th alng sd W li S 0°06' E 125.00' to pob.

**Apparent Owners:**

HUSS, William E. & Marie M.

- - - - - - - - - - - - - - - -

**Parcel 76:**

NE¼ of SE¼ of SW¼, EXC SW ½ ac thereof, sd parcel running 165' E & W, and 132' N & S fr SW Cor thereof.

**Apparent Owners:**

OGDEN, Robert Nash & Rose Marie Blodgett

- - - - - - - - - - - - - - - -

**Parcel 82:**

SW¼ of SE¼ of SW¼ of Sec. 18.

**Apparent Owners:**

DAVING, Carl G. & Mildred L.

- - - - - - - - - - - - - - - -

**Parcel 113:**

That por of Lot 1 (SW¼ of SW¼) of Sec. 18 daf: Beg at SE Cor of Lot 1; th alng S li thereof S 89°48' W 90' to W li AT&SFRR r/w; th alng sd W li sd r/w N 0°05' E 643.49' to int of Ely prol of N li of par of land conv to Thor Hansen by deed 751/158 OR, being true pob; th alng sd Ely prol of N li of sd Hansen land S 89°32'30" W 169.83' to a pt dist N 89°32'30" E 120' fr NE Cor sd Hansen's land; th p/w E li sd Hansen's land & its Sly prol S 0°04' E 257.30'; th p/w sd Ely prol of N li Hansen's land N 89°32'30" E 169.16' to sd W li of AT&SFRR r/w; th alng sd W li N 0° 05' E 257.30' to true pob.

**Apparent Owner:**

BUCK, Margaret Lindall

- - - - - - - - - - - - - - - -

Parcel 114:

A par of land running 90' E & W, & 664.87' N & S in SE Cor Lot 1 (SW¼ of SW¼) of Sec. 18.

Apparent Owner:

ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY

- - - - - - - - - - - - - - - -

Parcel 115X1:

That por of Lot 1 (SW¼ of SW¼) Sec. 18 daf: Beg at a pt on S li Sec. 18, dist S 89°53' W 90' fr SE Cor Lot 1; th N 0°05' E 233.80' to true pob; th S 89°48' W 272.58'; th N 0°04' W 153.30'; th N 89°32'30" E 83.83'; th N 0°04' W 257.30'; th N 89°32'30" E 20'; th S 0°04' E 257.30'; th N 89°32'30" E 169.16'; th S 0°05' W 154.59' to true pob.

Apparent Owners:

GOSS, Richard B. & Sarah H.

- - - - - - - - - - - - - - - -

Parcel 115X1 Continued:

Apparent Owners:

GOSS, Richard B. & Sarah H.

- - - - - - - - - - - - - - - -

Parcel 116:

That por of Lot 1 (SW¼ of SW¼) of Sec. 18 daf: Beg at a pt 25' N of SW Cor of Sec. 18; th p/w S li Sec. 18, 1026' to true pob; th N p/w E li Sec. 18, 208.80'; th E, p/w S li Sec. 18, 185.20'; th S p/w E li Sec. 18, 208.80'; th W to true pob.

Apparent Owners:

WALLS, Robert H.

HUGHES, Bobbie Jean

- - - - - - - - - - - - - - - -

HARRIS ADDITION TO WEST FALLBROOK, Assessor's Map 41, 9S 4W

Parcel 7:

Those portions of Lots 9, 10, 11, 12, 13 & 14 of Abbott's Addition to West Fallbrook lying Easterly of Easterly line of AT&SFRR as desc in instru rec in Book 722, page 215 of Deeds

Apparent Owners:

PETTIT, Ida M.

VORE, Maude P.

- - - - - - - - - - - - - - - -

SECTION 24, Assessor's Map 24, 9S 4W

Parcel 29:

Railroad right of way.

Apparent Owners:

ATCHISON, TOPEKA & SANTA FE REAILWAY

- - - - - - - - - - - - - - - -

Parcel 30:

Por of E½ of NE¼ of Sec. 24 daf: Beg at pt on E li sd NE¼ dist N 0°19'20" E 1088' fr SE Cor sd NE¼, being NEly cor land conv to Stubblefield, 135/20 Deeds; th alng Nly li sd land of 135/20 S 77°25'20" W 337.92' to SEly cor of land conv to Rott, 580/77 Deeds; th alng Ely li thereof N 12°39' W 60' to NEly Cor thereof; th alng Nly li and Nly li of land conv to Rott by deed recorded in Book 406 at page 109 of Deeds, South 77°32'30"

Parcel 30 Continued:

W 447.5' to true pob; th alng Wly li sd land of Root S 1°08'30" E 128.54' to int with li p/w & dist 150' W of N li of Ely ext of Alvarado St; th alng sd p/l N 89°08' W 222.53' to E li land conv to Fallbrook Union High School Dist by deed rec in Book 564 at page 143 of Deeds; th alng sd E li N 0°39' E 365.44' to pt 40' S of S li of Ivy St in Bartlett's Add to West Fallbrook; th on li p/w & 40' S of S li of Ivy St S 89°18'30" E 128.85' to SE Cor of land conv to Sample by deed rec in Book 943 at page 401 of Deeds; th alng E li N 0°45' E to S li of Ivy St; th alng S li sd Ivy St S 89°18'30" E 89.92' to int with a li which bears N 0°14'30" E fr true pob; th S 0°41'30" W 277.87' to true pob. Also, por of E½ of NE¼ of Sec 24, daf: Beg at pt of int of Sly prol of E li of Iowa Ave with S li of Ivy St; th S 40'; th W p/w S li Ivy St 40'; th N 40' to S li Ivy St; th E alng sd S li Ivy St 40' to pob.

Apparent Owner:

FALLBROOK UNION SCHOOL DISTRICT.

- - - - - - - - - - - - - - - -

Parcel 31C, 31X3 & 31A:

Por of SE¼ of NE¼ of Sec 24 daf: Beg at pt of int of c/l of Ely ext of Alvarado St and E li of Sec 24; th W 417.8'; th N 331.8' to NWly Cor of land conv to Root; th N 77°25'20" 66.62' to true pob; th N 77°25'20" E 92.92'; th S 12°34'40" E 184.26' to Nly li AT&SFRR: th W alng curve of r/w 117.79' to end of curve; th W 67.4'; th N 17°59' E 175.09' to true pob.
Also, that por daf: Beg at pt of int of c/l of Ely ext of Alvarado St & E li of Sec 24; th W 417.8'; th N 331.8' to NWly Cor of land conv to Root; th N 77°25'20" E 254.54' to true pob; th N 77°25'20" E 75'; th S 12°34'40" E 175.73' to N li of AT&SFRR r/w; th Wly alng curve 75.53'; th N 12°34'30" W 185.53' to true pob.
Also, that por daf: Beg at pt of int of c/l of Sec. 24; th W 417.8'; th N 331.8' to NWly Cor of land conv to Root; th N 77° 25'20" E 329' to true pob; th N 77°25'20" E 100' to Ely li Sec. 24; th S 166.22' to Nly li AT&SFRR r/w; th SWly along curve 64.4'; th N 12°34'40" W 175.73' to true pob.

Apparent Owners:

SHIGUT, Emil A. & Gladys F.

- - - - - - - - - - - - - - - -

Parcel 31B:

Por of SE¼ of NE¼ of Sec. 24 daf: Beg at pt of int of c/l of Ely ext of Alvarado St & E li of Sec 24; th W alng c/l sd ext of Alvarado St 418.70'; th N & p/w E li sd Sec 24 331.80' to NWly Cor of Root land 703/352 Deeds; th alng Nly li sd Root land N 77°25'20" E 159.54' m/l to pt dist thereon S 77°25'20" W 270' fr NEly cor Root land, sd pt being true pob; th cont alng sd Nly li N 77°25'20" E 95'; th S 12°34'40" E 184.53' to Nly li of r/w of AT&SFRR, 735/79 Deeds, sd pt being in curve concave Northerly & having a radius of 713.50', radial li thru sd pt bears S 16°14'05" E; th Wly alng sd curve in sd Nly li 95.06' to li which bears S 12°34'40" E fr true pob;

Parcel 31B Continued:

Th N 12°34'40" W 184.26' to true pob.

Apparent Owner:

HURTY, Frances E.

- - - - - - - - - - - - - - - -

Parcel 32:

Por of NE¼ of Sec. 24, T9S, R4W daf: Beg at inter of Alvarado St c/l & E li of sd NE¼; th Wly 418.7' alng sd c/l; th Nly 331.8' p/w sd E li; th N 77°25'30" E to a pt which bears S 77°25'30" W 362.92' fr sd E li, sd pt being true pob; th N 77°25'30" E 25'; th N 12°39' W 60'; th S 77°32'30" W 448.3'; th S 1°08'30" E to N li of RR r/w; th Ely thereon to a li which bears S 17°59' W fr true pob; th N 17°59' E 175.9' to true pob.

Apparent Owner:

HOOVER, Alonzo

- - - - - - - - - - - - - - - -

Parcel 133, & Par 1, 2, 3, & 4 of Abbotts Addition:

Lots 1, 2, 3, 4 & 5A, and por of Lot 5B, Abbott's Addition & por of SW¼ of SE¼ of Sec. 24, T9S, R4W, daf: Beg at a pt on N li of sd SW¼ of SE¼, dist 89°07'45" W 150' fr c/l of Cnty Hwy 1-C, being NW Cor of land conv to Baird, 2067/299 OR; th alng W li sd Baird land S 0°36' W 309.61'; th Wly & p/w N li sd SW¼ of SE¼ to W li of Lot 5B; th N 0°32'45" E 290.28' to NW Cor sd Lot 1; th alng N li sd Lot 1 S 89° 07'45" E 120' to NE Cor thereof; th alng Nly prol of E li sd Lot 1 N 0°32'45" E 20' to sd N li of SW¼ of SE¼; th thereon S 89°07'45" E 22.09' to pob.

Apparent Owners:

WILLETT, P. W. & Fayette D.

- - - - - - - - - - - - - - - -

Parcel 135 & Par 5 of Abbott's Addition:

All of Lot 6, & those por of Lots 5B & 7 of Abbott's Add, together with por of SW¼ of SE¼ of Sec. 24, T9S, R4W daf: Beg at NW Cor sd SW¼ of SE¼; th S 87°07'43" E alng N li of sd SW¼ 521.14' to a pt on sd N li which is dist N 89°07' 45" W 150' fr c/l of Cnty Hwy 1-C, sd pt being true pob; th cont alng sd N li S 89°07'45" E 150' to sd c/l of Hwy; th S 0°36' W alng sd c/l 408.90'; th N 89°24' W 291.7' to pt in W li of Lot 7 Abbott's Add; th N 0°32'45" E alng W li of Lot 7 and lang W li of Lots 6 & 5B of sd Abbott's Add 100'; th S 89°24' E 141.79' to a pt on li drawn p/w & dist 150' Wly, meas at r/a, fr sd c/l of Hwy 1-C; th N 0°36' E 309.61' to true pob; EXC N 100' of E 120' thereof.

Apparent Owner:
FALLBROOK LUMBER CO.

Parcels 136 & 137 & Par. 6 of Abbott's Addition:

All of Lot 8 & por of Lot 7, Abbott's Add, & por of SW¼ of SE¼ of Sec. 24 daf: Beg at NW Cor of sd SW¼ of SE¼; th alng N li S 89°07'45" E 671.14' to c/l Cnty Hwy 1-C; th alng sd c/l S 0°36' W 408.90' to true pob; th N 89°24' W 291.70' to W li sd Lot 7; th alng W li sd Lots 7 & 8 S 0°32'45" W 56.32' to SW Cor sd Lot 8; th alng S li sd Abbott's Add N 89°07'45" W 180.85' to Ely li of r/w of AT&SFRR; th Sly alng sd Ely li 46.92' to NW Cor of land conv to Wenicke, 1895/301 OR; th alng N li of sd Wernicke land S 89°24' E 487.30' to c/l Cnty Hwy 1-C; th thereon N 0°36' E 100' to true pob. Also, parcel lying N of li drawn p/w & 100' S of S li of above desc parcel between Ely li of AT&SFRR & c/l of Cnty Hwy 1-C.

Apparent Owners:

WERNICKE, Leonard S. & Florence H.

- - - - - - - - - - - - - - - -

Parcel 139:

Por of SW¼ of SE¼ of Sec. 24, daf: Beg at NW Cor of SW¼ of SE¼; th alng N li of sd SW¼ of SE¼ 671.14' to c/l of Cnty Hwy; th S 0°36' W alng sd c/l W 608.90' to true pob; th cont S 0°36' W 215.26'; th N 87°28' W 384.22'; th S 0°36' W 176' to N li of land desc in deed to Liech in 78/1619 Deeds; th W alng sd N li of Liech land 282.10', m/l to W li sd SW¼ of SE¼, being also Ely li of Harris Add; th Nly alng sd W li of sd SW¼ of SE¼ of Sec. 24 & alng Ely li sd Harris Add 158.90', m/l, to int in SEly li of land desc in deed to AT&SFRR in 776/174 Deeds; th NEly alng SEly li of sd AT&SF land to int with li that bears N 89°24' W fr true pob; th S 89°24' E 521.16' to true pob.

Apparent Owners:

RUSS, Frank J.

STOCKTON, James N.

MC DONNELL, Clark T.

SHAMEL, Bert A.

- - - - - - - - - - - - - - - -

Parcel 164:

Por of SW¼ of SE¼ of Sec. 24 daf: Beg at SW Cor of SE¼ sd Sec; th alng S li S 88°56' E 354.99'; th N 00°31' E 302.8', sd pt being in NW Cor of land conv to Emery by deed recorded in Book 132, page 485 OR; th N 89°17' W 355', m/l to W li of SE¼ & true pob; th S alng W li 150' to a pt; th NEly in a direct li to a pt which bears S 89°17' E 75' fr true pob; th N 89°17' W 75' to true pob.

Apparent Owner:

JONES, George M.

Interlocutory Judgment #39
Exhibit "C-5-1"

Parcel 165:

That por of SW¼ of SE¼ of Sec. 24, daf: Beg at SW Cor of sd SE¼; th alng S li S 89°56' E 354.99'; th N 0°31' E 302.8' to true pob; th N 89°17' W 355' m/l to W li of SW¼ of SE¼; th S alng W li 150'; th S 89°17' W 355' m/l to int with a li which bears S 0°31' W fr true pob; th N 0°31' E to true pob, EXC E 158' thereof. ALSO EXC por daf: Beg at NW Cor of above desc par; th S alng W li 150'; th NEly to a pt which bears S 89°17' E 75' fr sd NW Cor; th N 89°17' W 75' to pob.

Apparent Owners:

SCOTT, Will T. & Martha W.

- - - - - - - - - - - - - - - -

Parcel 169:

That por of SW¼ of SE¼ of Sec. 24 lying S of S li of Aviation Rd & W of W li of Mission Rd 1-C, EXC N 150' thereof.

Apparent Owners:

BUSENBURG, Milo O. & Mariella

- - - - - - - - - - - - - - - -

Parcel 184 of Sec. 24 & Parcel 15 of Sec. 25:

Por of S 10 ac of SE¼ of SW¼ of Sec. 24 lying S & E of r/w li of Fallbrook Branch of AT&SFRR.
Also por of NE¼ of NW¼ of Sec. 25 daf: Beg at NE Cor of sd NW¼; th S 87°42' W 362.99'; th S 59°18' W 167.70'; th S 35' 06" W 143.32'; th S 59°01' W 302.46' to int with E li of land conv to Clemmens, 142/43 OR; th N 0°47' E alng E li sd land to int with r/w li of AT&SFRR; th NEly alng sd r/w li to N li Sec. 25; th E alng N li sd Sec 25 to pob.

Apparent Owners:

ALMAND, John G. & Loraine A.

- - - - - - - - - - - - - - - -

Parcel 186:

Por of NW¼ of SE¼ of Sec. 24, daf: Beg at NW Cor of Lot 7, Block 25 of West Fallbrook; th alng Nly prol of W li of sd Lot 7 N 167.62' to Ely prol of S li of Elder St; th alng Ely prol of sd S li of Elder St E 61.00'; th p/w sd Nly prol of W li of sd Lot 7 S 58'; th p/w sd Ely prol of S li of Elder St 39.28' to NWly li of r/w of AT&SF; th alng sd NWly li S 33°11' W 130.13', m/l to Nly li of sd Lot 7; th Wly alng sd Nly li to pob.

Apparent Owners:

HARRISON, Howard V.

- - - - - - - - - - - - - - - -

PARCELS RIPARIAN TO UNNAMED TRIBUTARIES TO

SANTA MARGARITA RIVER RISING IN SECTIONS 17 AND 18, T9S, R3W.

Parcel 93W-17, 1X1 & 4:

All of SW¼ of NW¼, and NW¼ of NW¼ of Sec. 17, T9S, R3W EXC E 330' & EXC por of NW¼ of NW¼ of sd Sec daf: Beg at NW Cor of E 330' of sd NW¼ of NW¼ of Sec. 17; th S 0°15'40" W alng Wly li of E 330' thereof 295.17'; th S 46°54'20" W 331.12'; th N 09°19'20" W 529' to N li of sd NW¼ of NW¼ of sd Sec; th S 89°53'20" E alng sd N li 328.81' to pob.

Apparent Owners:

SMITH, Caroline E.

FIX, Hallie Estes

- - - - - - - - - - - - - - - -

Parcel 93W-17, 1A & 2A:

That por of NW¼ of NW¼ of Sec. 17, T9S, R3W daf: Beg at NW Cor of E 330' of NW¼ of NW¼ of sd Sec 17; th S 0°15'40" W alng Wly li thereof 295.17'; th S 46°54'20" W 331.12'; th N 09°19'20" W 529' to N li sd NW¼ of NW¼; th S 89°53'20" E alng sd N li 328.81' to pob.
Also, that por of NW¼ of NW¼ of sd Sec. 17 daf: Beg at NW Cor of E 330' of NW¼ of NW¼ of sd Sec; th S 0°15'30" W alng Wly li thereof 295.17'; th N 46°54'20" E 282.54'; th N 30°59'40" E 118.53' to a pt on N li sd NW¼ of NW¼; th N 89°53'20" W alng sd N li 266.02' to pob.

Apparent Owner:

FALLBROOK PUBLIC UTILITY DISTRICT

- - - - - - - - - - - - - - - -

Parcel 93W-17, 2X1, 3 & 15:

All of the E 330' of NW¼ of NW¼ of Sec. 17, T9S, R3W EXC that por daf: Beg at NW Cor of E 330' of sd NW¼ of NW¼; th S 0°15'40" W alng Wly li thereof 295.17'; th N 46°54' 20" E 282.54'; th N 30°59'40" E 118.53' to a pt on N li of NW¼ of NW¼ of sd Sec. 17; th N 89°53'20" W alng sd N li 266.02' to pob.
Also, E½ of NW¼ & SW¼ of NE¼ of Sec. 17, T9S, R3W EXC fr sd SW¼ of NE¼ the S 10 ac thereof, and that por lying E of 40' r/w desc in Book 751 at page 310 of Deeds. Also EXC fr sd SW¼ of NE¼ any por thereof lying within parcel of land conv to Coit 1-7-47, by Inst No. 15905, daf: Beg at SE Cor sd SW¼ of NE¼; th N 89°45'45" W 20'; th alng c/l of strip of land desc in Deed to Cnty of San Diego recorded in Book 751 at page 310 of Deeds, North 33°0' W 145', and North 4°50' W 97.6', and N 1°10' W 0.97' to N li of parcel conv to Harris by deed recorded in Book 246 at page 333 of OR; th alng sd N li of Harris' land S 89°45'45" E 20.01' to E li sd strip of land deeded to San Diego Cnty; th alng sd E li N 4°50' W 0.16' & N 1°10' W 69.68', & N 3°0' W 42.15' to int with c/l of RS 954, being true pob; th cont alng E li sd strip of land deeded to San Diego Cnty N 3°0' W 179.49' and N 0°24' W 329.33',

Parcel 93W-17, 2X1, 3 & 15 Continued:

& N 3°58' W 49.84' to N li of tract of land conv to Coit by deed rec in Book 102, page 318 of OR; th alng Wly prol of sd N li of Coit land N 89°45'45" W 23.87' to sd c/l of RS 954; th alng sd c/l S 11°38'30" E 558.47' to true pob.

Apparent Owners:

NICOLA, Tesla C. & Ruth E.

- - - - - - - - - - - - - - - - -

Parcel 93W-17, 21:

Por of SW¼ of NE¼ of Sec. 17, T9S, R3W daf: Beg at a pt in S li of sd NE¼ dist N 89°45'45" W 20' fr SE Cor of SW¼ of NE¼; th alng sd S li N 89°45'45" W 1317.16' to SW Cor sd NE¼; th alng W li sd NE¼ N 1°12'40" E 332.02' to NW Cor of strip of land conv to O. E. Clarno by deed rec in Book 4013 at page 3 of OR; th alng N li sd Clarno strip S 89°45'45" E 932.82'; th S 7°02'45" E 314.51' to N li of S 20' sd SW¼ of NE¼; th alng sd N li S 89°45'45" E 325.71' to c/l strip of land included in deed to Raymond Wayman, rec in Book 751 at page 310 of Deeds; th alng sd c/l S 33°0' E 23.91' to pob.

Apparent Owners:

CASSEL, Chester & Dorothy A.

- - - - - - - - - - - - - - - - -

Parcel 93W-17-22X4:

Por of N½ of SE¼ of Sec. 17, T9S, R3W daf: Beg at SW Cor of N½ of SE¼; th alng S li S 89°55' E 433.22' to c/l Cnty Hwy Mission Rd 1-C; th alng sd c/l N 38°19'30" E 98.61' to beg of tangent 200' radius curve concave Southeasterly; th NEly alng sd curve through an angle of 3°24'15" a dist of 11.88 ' to true pob, Point "A"; th leaving sd c/l N 37°27'40" W 176.75' to beg of a tangent 200' radius curve concave SWly; th NWly alng sd curve through an angle of 28°42', 99.13'; th tangent to said curve N 65°51'40" W 338.14' to a pt desig as pt "B", sd pt being in W li of N½ of SE¼; th alng sd W li N 1°12'40" E 906.23' to c/l sd sec; th alng E & W c/l S 89°45'45" E 482.10' to NWLy Cor of land conv to Carmichael by deed rec in Book 5575 at page 583 of OR; th alng bdry li sd land S 26°15' E 81.75'; th S 70°08' E 394.80'; th S 8°51'30" E 236.48' to NW cor land conv to Pahl by deed rec in Book 5828 at page 361 of OR; th alng bdry li sd land S 8°51'30" E 105.12'; th S 34°39'20" E 188.13' & S 39°39' W 94.89' to an angle pt in N bdry li of land conv to Frohwitter by deed rec in Book 5824 at page 183 of OR; th alng bdry li sd land S 39°39' W 71.61'; th N 32°10' W 332.90'; th N 84°48' W 127.90'; th S 32°34'30" W 313.20'; th S 8°36'30" E 405.60' to SWly cor of land being a pt in an arc of 200' radius curve concave Sly in sd c/l of Mission Road 1-C; th SWly alng sd c/l 73.96' to true pob.

Apparent Owners:

MARTIN, Kenneth V. & Esperance S.

Interlocutory Judgment #39
Exhibit "C-5-1"

Parcel 93W-17, 22B:

Por of N½ of SE¼ of Sec. 17, daf: Beg at NW Cor of NE¼ of SE¼; th alng N li of SE¼ N 89°45'45" W 18.20' to c/l RS 954, being a pt in a curve concave NEly having a radius of 500', the radial li through sd pt bears S 61°26'5" W; th SEly alng sd c/l tangent to sd curve S 33°0' E 716.75'; th S 62°54'20" W 92.83'; th N 46°09'20" W 219.16'; th N 67°04' W 212.97'; th N 89°18'30" W 304.38'; th S 8°51'30" E 105.12'; th S 34° 39'30" E 188.13'; th S 39°39' W 94.89' to true pob; th S 36° 15'30" E 305'; th S 28°44'30" E 329.9' to c/l Mission Road 1-C, th alng c/l sd rd fol courses and distances: N 89°53'W 247.02' to beg of curve concave Nly having radius of 500'; th alng arc of sd curve 191.40'; th N 67°57' W 211.54' to beg of curve concave Sly having radius of 200'; th alng arc of sd curve 171.51'; th leaving sd Mission Road 1C N 8°36'30" W 405.6'; th N 32°34'30" E 313.20'; th S 84°48' E 127.90'; th S 32°10' E 332.90'; th N 39°39' E 71.61' to true pob.

Apparent Owners:

FROHWITTER, John & Rachel

- - - - - - - - - - - - - - - - -

Parcel 93W-17, 22C:

Por of N½ of SE¼ of Sec. 17, T9S, R3W daf: Beg at NW Cor of NE¼ of SE¼; th alng N li N 89°45'45" W 18.20' to c/l RS No. 954, being a pt in a curve concave NEly having a radius of 500'; the radial li through sd pt bears S 61°26'50" W; th SEly alng sd curve 38.81' to end thereof; th cont alng sd c/l tangent to sd curve S 33°0' E 716.75' to true pob; th S 62°54'20" W 92.83'; th N 46°09'20" W 219.16'; th N 67°04' W 212.97'; th N 89°18'30" W 364.38'; th S 8°51'30" E 105.12'; th S 34°39'30" E 188.13'; th W 39°39' W 94.89'; th S 36°15'30" E 305'; th S 28°44'30" E 329.9' to c/l sd Mission Road 1-C; th alng sd c/l S 89°53' E 110.68' to SW Cor of tract of land conv to Jacob Nufer & wife by deed rec Oct. 23, 1951 in Book 4270 at page 222 of OR; th alng bdry li sd land of Nufer N 17°10' W 155.05'; th N 7°15'W 201.73'; th N 87°55'E 199.97', and N 69°17'30" E 301.98' to NE Cor sd land of Nufer, being pt in c/l sd RS No. 954, a curve concave SWly having a radius of 1500', the radial li through sd pt bears N 63°56'34" E; th NWly alng sd curve & c/l 181.76' to end of sd curve; th tangent to sd curve N 33°00' W 58.19' to true pob.

Apparent Owner:

PAHL, Charles

- - - - - - - - - - - - - - - - -

Parcel 93W-17, 47:

Por of N½ of SW¼ of Sec. 17, T9S, R3W daf: Beg at W ¼ Cor of Sec. 17; th S 0°42'40" E alng W li thereof 542.19'; sd pt being Nly 126.26' fr SW Cor of NW¼ of NW¼ of SW¼ of sd Sec; th alng a li p/w & dist Nly 126.26' fr S li sd NW¼ of NW¼ of SW¼ S 89°48'E 690.87' to a pt in E li of sd NW¼ of NW¼ of SW¼; th alng sd E li and E li of SW¼ of NW¼ of SW¼ of sd Sec. S 0°13'50" E 659.20'; th leaving sd E li N 31°07' E 193.82'; th S 84°00'30" E 75.25';

Parcel 93W-17, 47 Continued:

th N 17°17'40" E 162.06'; th N 57°21'45" E 281.89'; th N 74°23'30" E 244.72'; th N 9°23' E 87.22'; th N 59°12' E 377.81' to a pt in E li of W½ of W½ of NE¼ of SW¼ of Sec. 17; th alng sd E li N 0°29'25" E 386.28' to a pt in E & W c/l sd Sec 17; th alng sd E & W c/l N 89°45'45" W 1738.55' to pob.

Apparent Owners:

PFAU, Zeno J. & Georgiette M.

- - - - - - - - - - - - - - - -

Parcel 93W-17, 48 & 57:

All of SW¼ of NW¼ of SW¼ of Sec. 17; & S 126.26' of NW¼ of NW¼ of SW¼ of Sec. 17, T9S, R3W. Also, that por of SW¼ of SW¼ of Sec. 17, T9S, R3W daf: Beg 20' E & 1336.80' N of SW Cor thereof; th S 88°52' E 502.60'; th S 4°44' E 146.20'; th N 88°52' W 515.34' to a pt dist 20' E of W li and 145.45' S of pob; th N 145.45' to pob EXC fr first two above desc parcels that por of W½ of NW¼ of SW¼ daf: Beg at NW Cor of SW¼ of NW¼ of SW¼ of sd Sec; th alng W li S 0°42'40" E 148.60'; th S 89°48' E 431.34'; th N 0°42'40" W 274.86' to N li of S 126.26' of NW¼ of NW¼ of SW¼; th alng sd N li N 89°48' W 431.34' to W li Sec. 17; th S 0°42'40" E 126.26' to pob.

Apparent Owner:

SMILEY, Jane Hillweg

- - - - - - - - - - - - - - - -

Parcel 93W-17, 50, 53, 55, 60, 61, 62 & 63X1:

Those por of SE¼ of NW¼ of SW¼, and of W½ of W½ of NE¼ of SW¼ of Sec. 17, T9S, R3W daf: Beg at a pt S 89°50'30" E 163.50' fr SW Cor of SE¼ of NW¼ of SW¼ of sd Sec, which sd pt is also in the E-W c/l of sd Sec 17; th alng sd E-W c/l 78.04'; th N 44°39'30" E 326.09' to beg of a curve; th NEly, Ely & SEly alng sd curve 163.45' to end thereof; th S 72°54'30" E 146.82'; th N 56°32' E 50'; th N 79°09'50" E 234.39' to a pt on Ely li of W½ of W½ of NE¼ of SW¼ of Sec. 17, which pt is N 0°29'25" E 320.45' fr SE Cor sd W½ of W½; th N 0°29'25" E alng sd Ely li 627.34'; th S 59°13'45" W 377.54'; th S 9°23' W 87.27'; th S 74°23'30" W 244.72'; th S 57°21'45" W 281.89'; th S 17°17'40" W 162.06'; th N 84°00'30" W 75.25'; th S 31°07' W 128.82'; th S 34°18'50" W 231.40' to pob.
Also, Beg at SE Cor of W½ of W½ of NE¼ of SW¼ of sd Sec. 17, sd pt being N 89°50'30" W 1026.30' fr SE Cor of NE¼ of SW¼ of sd Sec; th N 0°29'25" E alng sd E li of sd W½ of W½ 220.45'; th S 38°57'30" W 125.62'; th N 60°78' W 215.34'; th S 9°29'20' W 50'; th S 6°59'20" E 180.24' to a pt on E-W c/l of SW¼; th S 89°50'30" W alng sd c/l 250.76' to pob.

Apparent Owners:

DAVIS, William N. & Mary E.

- - - - - - - - - - - - - - - -

Parcel 93W-17, 58 & 59:

E½ of W½ of NE¼ of SW¼ & E½ of NE¼ of SW¼ of Sec. 17, T9S, R3W.

Apparent Owners:

KAUFMAN, Claire

KAUFMAN, Sam

- - - - - - - - - - - - - - - -

Parcel 93W-18, 2:

N½ of NE¼ of NW¼ of Sec. 18, T9S, R3W

Apparent Owners:

HUSTED, William C. & Virginia M.

- - - - - - - - - - - - - - - -

Parcel 93W-18, 3X1:

S½ of S½ of NE¼ of NW¼ of Sec. 18, T9S, R3W.

Apparent Owners:

GRAHAM, Harold L. & Thresa A.

- - - - - - - - - - - - - - - -

Parcel 93W-18, 4:

N½ of SE¼ of NW¼ of Sec. 18, T9S, R3W

Apparent Owners:

RANDALL, Kermit E. & Erma B.

- - - - - - - - - - - - - - - -

Parcel 93W-18, 5:

S½ of SE¼ of NW¼ of Sec. 18, T9S, R3W.

Apparent Owners:

FREEMAN, John D. & Joann T.

- - - - - - - - - - - - - - - -

Parcel 93W-18, 6:

SW¼ of NW¼ of Sec. 18, T9S, R3W.

Apparent Owners:

PAPENHAUSEN, William H. & Mary

CASTOR, Carl M. & Kathrynen

Parcel 93W-18, 7:

NE¼ of Sec. 18, T9S, R3W.

Apparent Owners:

JACOBSON, Celia E.

- - - - - - - - - - - - - - - - -

Parcel 93W-18, #3A

N½ of S½ of NE¼ of NW¼ of Sec. 18, T9S, R3W

Apparent Owners:

TURNER, Maurice P. & Alice M.

Santa Margarita River Watershed Below Temecula Gorge

And Above Deluz Creek Confluence

Parcel: 83W, 84W & 93W - 1 Continued

The Following described property in Township Nine (9) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of San Diego, State of California:

The Northwest Quarter of the Northwest Quarter of Section One (1)

The Northeast Quarter of the Northeast Quarter of Section Three (3).

OWNER

U. S. A.

Parcel: 83W-36-2

The Northwest Quarter; and the West Half of the Northeast Quarter of Section Thirty-six (36), Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

STATE OF CALIFORNIA

~~Parcel: 83W-23 & 24-3~~

~~Lots One (1), Two (2), Three (3) and Four (4), Section Twenty-three (23), Township Eight South, Range Three (3) West, San Bernardino Base and Meridian, in the County of Riverside, State of California. Also, Lot Six (6) in Section Twenty-four (24) in said Township and Range.~~

~~OWNER:~~

~~VAIL COMPANY, Inc.~~

Parcel: 83W & 93W - 4

The following described property in Township Eight (8) South, Range Three (3) West, San Bernardino Base and Meridian, in the County of

232 - A

Santa Margarita River Watershed Below Temecula Gorge

And Above DeLuz Creek Confluence

Parcel: 83W & 93W - 4 Continued

Riverside, State of California

South Half of Southwest Quarter and the Southwest Quarter of the Southeast Quarter of Section Twenty-six (26).

The Northwest Quarter and the North Half of the Southwest Quarter and the Southeast Quarter of the Southeast Quarter of Section Twenty-seven (27).

Fractional Section Twenty-eight (28) EXCEPT the South Half of the Southeast Quarter and the Northeast Quarter of the Southeast Quarter.

The South Half of the Northwest Quarter; the North Half of the Northeast Quarter; the Southwest Quarter of the Northeast Quarter; the Northwest Quarter of the Southwest Quarter of Section Thirty-four (34).

The Northwest Quarter of the Northwest Quarter; the East Half of the Southeast Quarter of Section Thirty-five (35).