RAMSEY CLARK
Assistant Attorney General
Department of Justice
Washington 25, D. C.

Attorney for the UNITED STATES OF AMERICA

FILED

APR 2 2 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ [signature] DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | MOTION |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | TO STAY FINAL JUDGMENT |
| Defendants. | ) | |

Comes now the United States of America and alleges as follows:

I

This Court has indicated its intention shortly to enter a final judgment in this case with attendant far-reaching effect upon the interests of the United States of America and all other parties to this cause;

II

Important in regard to the possible effect of the final judgment are these facts predicated largely upon findings entered by this Court:

(a) The Marine Corps training base, Camp Pendleton, the United States Naval Hospital, and the United States Naval Ammunition Depot constitute a vast Naval Enclave essential to the National Defense, established in the years 1942-1943, involving expenditures aggregating approximately two hundred million dollars ($200,000,000.00).

(b) The population of the Naval Enclave both civilian and military, has averaged approximately 42,000 people a year.

- 1 -

7008

Water requirements to satisfy the needs of that population are 9,400 acre-feet annually, though the quantity of water actually utilized was less than that reasonably required.

(c) During the approximately twenty (20) years of its operation the Naval Enclave has depended upon and is now dependent upon the Santa Margarita River to supply the water needs of both the military and civilian population of the Naval Enclave. That stream traverses the eastern boundary of the Enclave, proceeding generally westward for a distance of approximately twenty-one (21) miles where it enters the Pacific Ocean without again leaving the Enclave. Virtually all of the waters consumptively used on the Naval Enclave are pumped from the Santa Margarita Coastal Basin which underlies part of Camp Pendleton. Sole source of recharge for the Santa Margarita Coastal Basin is the surface flow of the Santa Margarita River which has its course over and across that Basin.

(d) Severest drought in the recorded history of Southern California has continued virtually without respite for the last ten (10) years. Effect of that drought, together with increased upstream uses, has greatly reduced the quantity of water reaching the Naval Enclave from the Santa Margarita River.

(e) Due to the grave shortage of Santa Margarita River water reaching the Naval Enclave, the United States of America has undertaken and diligently prosecuted most efficient water conservation practices involving the control of phreatophytes, the spreading of water reaching the Enclave thus inducing greater quantities into the Santa Margarita Coastal Basin, sharply reducing the use of water and by other means.

(f) Salt water contamination of the Santa Margarita Coastal Basin is a constant and continuing threat. That circumstance stems from the fact that approximately two-thirds (2/3) of the alluvial deposits of the Santa Margarita Coastal Basin are below

the level of the Pacific Ocean. To prevent the salt water intrusion, the United States of America has found it necessary to maintain the water levels in the Ysidora Subbasin segment of the Santa Margarita Coastal Basin at a minimum of five (5) feet above sea level in order to prevent the waters of the Pacific Ocean from entering the Basin and contaminating the source of water supply for the Naval Enclave.

(g) Salt water intrusion with the resultant damage to the lower portion of the Santa Margarita Coastal Basin occurred prior to the year 1956 due to reduction in Santa Margarita River runoff reaching the Naval Enclave and the pumping of water from the lower extremities of that Basin. By reason of careful management of the waters in the Basin and the conservation practices conducted by the United States of America there has been no further salt water contamination since the year last mentioned.

(h) Maintenance of the fresh-water barrier by the United States of America is a reasonable beneficial use.

(i) Any reduction of the quantities of Santa Margarita River water reaching the Naval Enclave through increased artificial diversions, increased impoundments, greater lowering of the water table through increased pumping of ground or surface waters of that river or its tributaries upstream from the Naval Enclave will result in irreparable damage to the United States of America by further curtailing its already insufficient supply to meet reasonable water demands within the Naval Enclave and by increasing the threat of salt water contamination of the waters of the Santa Margarita Coastal Basin.

Wherefore the United States of America respectfully moves this Court to stay operation or enforcement of the judgment in this cause or any

provision of it until that judgment has become final on appeal or the expiration of the time for appeal, if none is taken.

UNITED STATES OF AMERICA

*Ramsey Clark*
RAMSEY CLARK
Assistant Attorney General

*William H. Veeder*
WILLIAM H. VEEDER
Attorney, Department of Justice

Dated 17 April 1963