Franz R. Sachse
LAW OFFICES
~~SACHSE AND PRICE~~
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
APR 26 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
           Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
           Defendants.

No. 1247-SD-C

REPLY OF DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT TO PLAINTIFF'S MOTION FOR STAY OF FINAL JUDGMENT

    Defendant FALLBROOK PUBLIC UTILITY DISTRICT respectfully submits the following in reply to the Motion of United States of America to Stay Final Judgment.

    1. The factual matter contained in paragraph II of the Motion of the United States of America is in large part inaccurate and does not reflect the Findings of Fact heretofore made by the Court. In the opinion of this defendant, however, such matter is immaterial and should not be included in any form in whatever Stay Order may be made by the Court. It is respectfully suggested that whatever Stay Order may be made in this cause should expressly state that no approval of such factual statements, either expressed or implied, is intended by the Stay Order.

    2. This defendant has no objection to the entry of a Stay Order in the language set forth in the Prayer of the Motion of the United States of America.

Dated: April 24, 1963

Attorney for Defendant
Fallbrook Public Utility District

7012

(PROOF OF SERVICE BY MAIL — 1013a, 2015.5 C. C. P.)

STATE OF CALIFORNIA } ss.
COUNTY OF San Diego

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1092 So. Main St., Fallbrook, California

On the 24th day of April, 1963, I served the within Reply of Defendant Fallbrook Public Utility District to Plaintiff's Motion for Stay of Final Judgment on the Plaintiff in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Fallbrook, California addressed as follows: Mr. Wm. Veeder, San Diego, Calif.; Mr. Wm. Veeder, Washington, D.C.; Mr. Fred Girard, Sacramento, Calif.; Mr. George Stahlman, Fallbrook, Calif.; Mr. James Krieger, Riverside, Calif.

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Executed on April 24, 1963 (date) at Fallbrook (place), California

(Signature)

*The proof of service by mail form, being signed under penalty of perjury, does not require notarization.

Received copy of the within _____ this _____ day of _____ 19___

7013