LODGED

NOT
used -
Recorded

MAY 3 - 1963

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY.

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11   UNITED STATES OF AMERICA,        )    No. 1247-SD-C
                                      )
12                     Plaintiff,     )
                                      )    FINAL JUDGMENT
13         vs.                        )    AND DECREE
                                      )    _____
14   FALLBROOK PUBLIC UTILITY DISTRICT,)
     a public service corporation of  )
15   the State of California, et al., )
                                      )
16                     Defendants.    )
                                      )
17   _____

18          The above-entitled cause came on regularly for trial

19   before the Honorable James M. Carter, United States District

20   Judge, following remand from the United States Circuit Court

21   of Appeals for the Ninth Circuit, which directed that this

22   Court ". . . enter no judgment until the entire suit can be

23   disposed of at the same date."

24          Because of the complexities of this litigation and

25   the fact that the physical water resources were located through-

26   out the watershed, this Court determined that the said mandate

27   could best be complied with by adjudicating the rights of the

28   parties to the cause in segments of the watershed involving

29   limited areas and numbers of defendants and by entering Inter-

30   locutory Judgments as the trial concerning each such segment was

31   concluded.  Proceeding in this manner, this Court has entered

-1-

7020

1   interlocutory judgments as the trial progressed, each of which

2   concerns a specified area within the Santa Margarita River

3   watershed, or a limited legal issue presented by the parties.

4   These interlocutory judgments expressly provided that they were

5   not final and not operative until made a part of the final

6   judgment.  This Court having now entered orders or interlocu-

7   tory judgments on all areas within the watershed and all issues

8   presented for decision, and the rights to the use of the waters

9   of the Santa Margarita River stream system having been adjudicated

10  in those interlocutory judgments, this Court therefore will enter

11  its final judgment and decree.

12          Evidence both oral and documentary having been intro-

13  duced, and the Court having heard arguments of counsel on the

14  issues presented, and having considered the matter,

15          NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

16                      1.

17          IT IS ORDERED, ADJUDGED AND DECREED that each of the

18  following Interlocutory Judgments or Orders and the Findings of

19  Fact and Conclusions of Law attached thereto, including amend-

20  ments, if any, are adopted by reference as the final Findings

21  of Fact, Conclusions of Law, and Judgment and Decree of this

22  Court:

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|---|---|---|
| 1 | April 7, 1961 | Jack & Cosette Garner (Wilson Creek Area) - now merged into 33A |
| 2 thru 21 | April 7, 1961 | Fallbrook & Area South (non-riparian) - now included in Amended 39A |
|  | November 21, 1962 | Amendment to 2 (Parcels to be included in 42 - Rainbow) |
| 22 | April 7, 1961 | Regarding Water Rights on Lands Originally Conveyed by Mexican Grants |

-2-

7021

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|---|---|---|
| 23 | April 7, 1961<br>April 4, 1962 | Appropriative Rights - FPUD<br>Amendment to 23 |
| 24 | April 13, 1961 | Non-Statutory Appropriative Rights of USA in SMR for Lake O'Neill |
| 24A | May 7, 1963 | Stipulation Respecting Appropriative Rights to Use of Waters of SMR for Lake O'Neill - USA & FPUD |
| 25 | April 17, 1961 | Pertaining to 1930 and 1940 California State Court Judgments |
| 26 | April 25, 1961 | Oviatt (Parcels in 33 and 34A) |
| 27 | April 25, 1961 | Knox (All parcels included in 40) |
| 28 | May 24, 1961 | Miscellaneous Surface Impoundments |
|  | December 8, 1961 | Amendments to 29A, 31A, 32A, 33A & 34A (Explanation of parcel numbers) |
|  | February 8, 1962 | Amendments to 29A, 31A, 32A, 33A, 34A & 38A (Jurisdiction of surface waters) |
| 29A | August 1, 1961 | Sandia Creek sub-watershed (All Parcels now included in 39A) |
| 30 | March 8, 1962 | Murrieta-Temecula Ground Water Area (Riverside County subdivisions) |
|  | July 3, 1962 | Amendment to 30 (Storage Units 1, 2, 3, 4 - approximately 418,000 ac.ft.) |
|  | March 6, 1963 | Amendment to 30 - Respecting Stipulation--Settling Rights |
| 30A | March 13, 1963 | Murrieta-Temecula - Outside Ground Water Area |
| 31 | January 25, 1963 | Santa Gertrudis (Lower Murrieta) |
| 31A | July 27, 1961 | Tucalota Creek Sub-watershed Amended (Lower Murrieta) |
|  | March 6, 1963 | Amendment to 31A - Respecting Stipulation - Settling Rights |
| 32 | December 11, 1962 | DeLuz Creek Sub-watershed |
|  | March 6, 1963 | Amendment to 32 - Respecting Stipulation - Settling Rights |
| 32A | August 4, 1961 | DeLuz Creek Sub-watershed |
| 33 | December 11, 1962 | Anza Valley, Wilson Creek & Coahuilla - Down to ground water area |

-3-

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|--------|------------------|------------------|
| 33A | August 4, 1961 | Wilson & Coahuilla Creeks Sub-watershed |
| | March 6, 1963 | Amendment to 33A - Respecting Stipulation  - Settling Rights |
| | April 9, 1963 | Amendment to 33A - Interlocutory Judgment 1 merged into 33A |
| 34 | February 20, 1963 | Temecula Creek above Aguanga Ground Water Area |
| | March 6, 1963 | Amendment to 34 - Respecting Stipulation - Settling Rights |
| 34A | December 7, 1961 | Temecula Creek Sub-watershed Above Vail Dam |
| | March 6, 1963 | Amendment to 34A - Respecting Stipulation - Settling Rights |
| 35 | June 4, 1962 | Vail Company (Temecula Creek below Vail Dam and to the Gorge) |
| 35A | December 11, 1962 | Vail Company |
| 36 | July 3, 1962 | Warm Springs & Diamond-Domenigoni (Upper Murrieta) |
| 36A | February 20, 1963 | Warm Springs (Upper Murrieta) |
| | March 6, 1963 | Amendment to 36A - Respecting Stipulation - Settling Rights |
| 37 | April 6, 1962 | Military Enclave |
| | November 8, 1962 | Amendment to 37 (Sewage effluent discharges & Water conservation practices) |
| | February 20, 1963 | Amendment to 37 (Exclusive jurisdiction) |
| 38 | | (All except 2 parcels included in 38A) |
| 38A | January 3, 1962 | Temecula Creek Sub-watershed - Below Vail Dam and above Gorge |
| | March 6, 1963 | Amendment to 38A - Respecting Stipulation - Settling Rights (1/30/62 Order setting aside 38A 2/1/62 Order vacated) |
| 39 | December 11, 1962 | SMR - Below Gorge and above Enclave (Includes Sandia) |

7023

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|---|---|---|
| | April 9, 1963 | Amendment to 39 - (Includes Fallbrook and Area South) |
| 39A | November 8, 1962 | SMR - Below Gorge and above Enclave (Includes 29A) |
| | March 13, 1963 | Amendment to 39A (Includes Fallbrook and Area South) (Also 2 thru 21) |
| 40 | December 12, 1962 | Aguanga Ground Water Area (Temecula & Wilson) |
| 41 | November 8, 1962 | Indian Reservations |
| 42 | October 10, 1962 | Rainbow Creek |
| 42A | February 25, 1963 | Rainbow Creek |
| 43 | February 6, 1963 | Cottle & Gibbon |
| 44 | May   , 1963 | National Forest Lands |
| 45 | December 12, 1962 | Order Regarding Water Extractions |

2.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment provisions as set forth in these interlocutory judgments and orders are effective as of the date of entry of this final judgment and decree.

3.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court retains continuing jurisdiction of this cause as to the use of all surface waters within the watershed of the Santa Margarita River and all underground or sub-surface waters within the watershed of the Santa Margarita River, which have been determined in the above-referred to interlocutory judgments or orders to be a part of the sub-surface flow of any specific river or creek, or which have been determined in said interlocutory judgments or orders to add to, contribute to, or support the Santa Margarita River stream system.

7024

1                                 4.

2          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

3   STATE OF CALIFORNIA STATE WATER RIGHTS BOARD, or its successor

4   agencies as may be provided by the laws of the State of Cali-

5   fornia, shall continue to exercise its statutory jurisdiction

6   over all present or future appropriative rights to the use of

7   waters of the Santa Margarita River and its tributaries.

8                                 5.

9          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

10  Court shall also continue to exercise jurisdiction concerning all

11  present or future appropriative rights insofar as such uses may

12  be adverse to the exercise of any prior vested water right within

13  the Santa Margarita River watershed, as adjudicated by the pro-

14  visions of the Interlocutory Judgments or orders above set forth.

15                                6.

16         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this

17  Court reserves the right to amend, nunc pro tunc, upon its own

18  motion either with or without notice, any interlocutory judgment

19  or order or exhibit attached thereto, for the purpose of correct-

20  ing errors or inaccuracies in names, legal descriptions or other

21  similar factual data contained in said interlocutory judgments

22  or orders or exhibits.

23                                7.

24         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

25  continuing jurisdiction reserved by this Court will be exercised

26  on the Court's own Motion, or upon the motion of any party to

27  this cause, his heirs, successors, or assigns, made upon notice

28  and in accordance with the Rules of this Court.

29                                8.

30         IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

31  neither this Final Judgment and Decree or any Interlocutory

                                 -6-

1   Judgment or order incorporated herein shall in any manner affect

2   the right of the United States of America to acquire by the

3   exercise of the power of eminent domain property including

4   water rights of any nature as is or may be authorized by the

5   laws of the United States of America; nor shall this Final

6   Judgment and Decree or any Interlocutory Judgment or order

7   incorporated herein prevent any defendant from acquiring

8   property including water rights of any nature by the exercise

9   of the power of eminent domain as is or may be authorized by

10  the laws of the State of California.

11          DATED: _____, 1963.

12

13

14                              _____
                                JAMES M. CARTER, Judge
15                              United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

-7-

7026