UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                    )   No. 1247-SD-C         CIVIL
                          )
vs.                       )   MINUTES OF THE COURT
                          )
FALLBROOK, etc., et al    )   Dated:   May 7, 1963
                          )
                          )   At San Diego, California

PRESENT: Hon.  _____ JAMES M. CARTER _____ District Judge

   Deputy Clerk WILLIAM W. LUDY ___ Reporter   JOHN SWADER

   Counsel for Plaintiff   WILLIAM VEEDER AND DONALD REDD


   Counsel for Defendant:  FRANZ SACHSE, FRED GIRARD AND GEORGE STAHLMAN

PROCEEDINGS:   FURTHER COURT TRIAL, AND FURTHER HEARING ON OBJECTIONS, etc.


   At 10:15 A.M. reconvene herein.
   Court and counsel discuss various findings.
   Exs. Nos. 19A thru 26 A are marked and received in evidence.
   Filed various letters, objections to findings, etc., and IT IS
ORDERED said objections are overruled.
   Hearing on governments motion for stay, etc.
   Court and counsel each make statements.
   IT IS ORDERED said motion is denied without prejudice to renewal
on the pleadings now on file and after notice of appeal is filed, and on
condition proper notice be served on all indispensable parties.
   IT IS ORDERED cause is continued to May 8, 1963, at 10 A.M. for
further court trial, and for further hearing on objections, etc.










                                            JOHN A. CHILDRESS, Clerk
                                            by _____
                                                        Deputy Clerk
                                                                     7027