FILED MAY 7 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

      Defendants.

No. 1247-SD-C

At the hearing in regard to the above entitled case, commencing May 7, 1963, at 10:00 A.M., in Court Room No. 1, United States Court House, San Diego, California, the following matters will be on the agenda:

1. Delivery to counsel of copies of the letter dated April 29, 1963, to this Court from Assistant Attorney General Ramsey Clark.
2. Entry of Interlocutory Judgment No. 44 respecting Forest Service and Bureau of Land Managemtns rights to the use of water.
3. Consideration of objections which have been made to the Interlocutory Judgments and the filing of those objections.
4. Consideration of and action upon the objections filed by the United States of America.
5. Review and discussion respecting the form of the stay orders proposed by the parties in connection with final decree.
6. Consideration of the form of the Final Judgment and Decree concluding the case.

Dated: May 7, 1963

                        /s/ James M. Carter
                        JAMES M. CARTER
                        Judge, United States District Court

7019