

```
STANLEY MOSK, Attorney General
    of the State of California
F. G. GIRARD, Deputy Attorney General
Library and Courts Building
Sacramento 14, California
HIckory 5-4711, Ext. 5448

Attorneys for State
of California
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 1247-SD-C |
|---|---|
| Plaintiff, | |
| vs. | INTERLOCUTORY JUDGMENT NO. 24A PERTAINING TO LAKE O'NEILL STIPULATION |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

From the records in this case, it appears as follows:

1.  That the United States of America and the Fallbrook Public Utility District on April 13, 1961, entered into a stipulation respecting the appropriative rights to the use of waters of the Santa Margarita River for Lake O'Neill.

2.  That on said date of April 13, 1961, this Court approved said stipulation.

3.  That on April 13, 1961, Interlocutory Judgment No. 24 was entered by this Court, which judgment concerns the appropriative rights to the use of the waters of the Santa Margarita River for Lake O'Neill.

4.  That the provisions of paragraphs 1, 2, and 3 of said Interlocutory Judgment No. 24 are identical to sub-paragraphs 1 and 2 of paragraph I and paragraph II of said stipulation.

5.  That said Interlocutory Judgment No. 24 and the

-1-

331

provisions of said stipulation are not inconsistent, but in fact equivalent.

It appearing to this Court that it would be desirable to incorporate into Interlocutory Judgment No. 24 the stipulation referred to herein, and to have said stipulation made a part of said Interlocutory Judgment No. 24.

Now therefore, insofar as the United States of America and Fallbrook Public Utility District are concerned, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stipulation between the United States of America and the Fallbrook Public Utility District, filed April 13, 1961, be and the same hereby is incorporated into and made a part of Interlocutory Judgment No. 24; that said stipulation provides as follows:

"FILED 4/13/61

"IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

"UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
    Defendants.

No. 1247-SD-C

STIPULATION RESPECTING THE APPROPRIATIVE RIGHTS TO THE USE OF WATERS OF THE SANTA MARGARITA RIVER FOR LAKE O'NEILL

"It is hereby stipulated and agreed by and between the United States of America and the Fallbrook Public Utility District that:

I

"1. The United States of America is the owner of, and title resides in it, to a non-statutory appropriative storage right to the use of water in the Santa

Margarita River with a priority date of 1883, during the period from April 1st through October 31st of each irrigation season, to divert Santa Margarita River water through the headworks of the Lake O'Neill ditch, at the rate not to exceed twenty (20) cubic feet per second and annually to store that water in Lake O'Neill in a quantity not to exceed eleven hundred (1100) acre feet per year; provided, however, that if the dead storage in Lake O'Neill is less than one hundred (100) acre feet, the United States of America may divert a quantity of Santa Margarita River water sufficient to bring the dead storage up to one hundred (100) acre feet or a maximum appropriative right of twelve hundred (1200) acre feet annually.

"2. The United States of America in the exercise of its storage right for Lake O'Neill, in so far as possible, shall attempt to fill Lake O'Neill from the winter and spring runoff during the period from the first (1st) of November through the thirty-first (31st) of March of each irrigation season; provided, however, that if Lake O'Neill is not filled on April 1st of any irrigation season, the United States of America shall have the right to continue to divert Santa Margarita River water until Lake O'Neill is filled; provided further, that the United States of America shall have the right to divert Santa Margarita River water throughout the irrigation season in quantities sufficient to offset seepage and evaporation losses for the purpose of keeping Lake O'Neill filled to capacity.

"3. The above described appropriative right to the use of water in the Santa Margarita River for Lake O'Neill, title to which resides in the United States of America, is prior to any appropriative right to the use of water claimed by the Fallbrook Public Utility District, in the Santa Margarita River.

II

"This stipulation does not in any way relate to the riparian rights to the use of water, or any other rights to the use of water, in the Santa Margarita River, if any, title to which may be ultimately decreed in the United States of America.

"UNITED STATES OF AMERICA

William H. Veeder
WILLIAM H. VEEDER
Attorney for United States
of America


FALLBROOK PUBLIC UTILITY DISTRICT

Franz R. Sachse
FRANZ R. SACHSE
Attorney for Fallbrook Public
Utility District

"APPROVED:

Allen C. Bowen
ALLEN C. BOWEN
Lt.Col. USMCR
Officer in Charge
Office of Ground Water Resources

"Approved 4/13/61

James M. Carter

U.S.District Judge"

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that those defendants in this cause not a party to said stipulation

-4-

334

4

and their rights to the use of the waters of the Santa Margarita River and its tributaries are not affected by said stipulation, or by its incorporation into Interlocutory Judgment No. 24, and said stipulation is not applicable to said defendants.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America and the Fallbrook Public Utility District, as to each other, have such rights, duties, privileges, and immunities as follow from the specific provisions of Interlocutory Judgment No. 24, and the stipulation by this Interlocutory Judgment No. 24A incorporated into and made a part thereof.

DATED: May 7, 1963.

*[signature]*
Judge of the District Court