UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-SD-C CIVIL
)
vs. ) MINUTES OF THE COURT
)
FALLBROOK, etc., et al ) Dated: May 8, 1963
)
) At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge

Deputy Clerk WILLIAM W. LUDDY Reporter JOHN SWADER

Counsel for Plaintiff WILLIAM VEEDER AND DONALD REDD

Counsel for Defendant: FRANZ SACHSE, GEORGE STAHLMAN, AND FRED GIRARD.

PROCEEDINGS: FURTHER COURT TRIAL, AND FURTHER HEARING ON OBJECTIONS TO FINAL JUDGMENT.

At 10 A.M. reconvene herein.
Court and counsel each make statements.
IT IS ORDERED that all objections to final judgment are hereby overruled and court signs final judgment and decree.
IT IS ORDERED that certain portions of transcript, to be prepared by the Court Reporter, be filed and sealed, to be opened on order of this Court, or by the Circuit Court.

JOHN A. CHILDRESS, Clerk
by [signature]
Deputy Clerk

7028