Orig-

RAMSEY CLARK
Assistant Attorney General
Department of Justice
Washington 25, D. C.

Attorney for the UNITED STATES OF AMERICA

ENTERED

MAY 8 - 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
Deputy Clerk

FILED

MAY 8 - 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT NO. ___44___ |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | RESPECTING THE RIGHTS TO THE USE OF WATER OF THE UNITED STATES OF AMERICA WITHIN FOREST RESERVES AND AREAS ADMINISTERED PURSUANT TO THE TAYLOR GRAZING ACT |
| Defendants. | ) | |

In regard to the lands of the United States of America in the Santa Margarita River watershed, situated within Forest Reserves or located in areas administered pursuant to the Taylor Grazing Act of June 28, 1934 (Ch. 865, 48 Stat. 1269), this Court makes and enters the following Findings of Fact, Conclusions of Law and Interlocutory Judgment:

### FINDINGS OF FACT

### FINDING I

All of the lands of the United States of America to which these Findings of Fact, Conclusions of Law and

3539

- 1 -

9

Interlocutory Judgment pertain were ceded to it by the Treaty of Guadalupe Hidalgo, which was proclaimed July 4, 1848.

### FINDING II

Forest Lands:

By the Proclamation dated February 22, 1897 (29 Stat. 893 et seq.), establishing the San Jacinto National Forest, there were withdrawn from settlement, location, sale or entry all of the following lands:

a. The Palomar Division of the Cleveland National Forest, the lands of which are described in the tabulation marked Exhibit A and made a part of this Interlocutory Judgment by reference;

b. The Trabuco Division of the Cleveland National Forest, the lands of which are described in the tabulation marked Exhibit A-1 and made a part of this Interlocutory Judgment by reference;

c. The San Bernardino National Forest, the lands of which are described in the tabulation marked Exhibit A-2 and made a part of this Interlocutory Judgment by reference.

### FINDING III

Temecula Creek rises in the Palomar Division of the Cleveland National Forest on the eastern slope of the Coastal Range in San Diego County, Section three (3), Township ten (10) South, Range two (2) East, S.B.M. From there it

3540

- 2 -

10

proceeds in a northerly and easterly direction a distance of
approximately two (2) miles where it turns and proceeds north
and westerly traversing Dodge Valley and Oak Grove Valley
where it has its confluence with Chihuahua Creek in Section
eighteen (18), Township nine (9) South, range two (2) East,
S.B.M., proceeding in a generally northwesterly direction
through a deeply incised area for a distance of approximately
one (1) mile. Continuing in its north and westerly course
Temecula Creek crosses Aguanga Valley where it has its
confluence with Tule Creek in Section thirty-four (34),
Township eight (8) South, Range one (1) East, S.B.M., from it
proceeds northwesterly through Radec Valley, Nigger Valley
and enters Vail Lake, a short distance above where it had its
confluence with Wilson Creek in the state of nature.

### FINDING IV

Tributaries of Temecula Creek Rising
    in the Palomar Division of Cleveland
National Forest:

  The following streams tributary to Temecula Creek
rise in the Palomar District of the Cleveland National
Forest:

    a. Kohler Canyon Creek rises in Section four (4),
     Township ten (10) South, Range two (2) East
     and flows generally northeasterly across
     Section thirty-three (33), Twenty-eight (28)
     and twenty-one (21), all in Township nine (9)
     South, Range two (2) East, S.B.M. where it
     has its confluence with Temecula Creek.

    b. Rattle Snake Creek rises in Section thirty

3541

(30) and flows generally north and easterly across Section twenty-nine (29), twenty-eight (28), and twenty-one (21), Township nine (9) South, Range two (2) East, where it enters Temecula Creek.

c. Long Canyon Creek rises in the National Forest in Section twenty-six (26), Township nine (9) South, Range one (1) East, proceeding north-westerly across Sections twenty-three (23) and twenty-two (22), Township nine (9) South, Range one (1) East. Continuing north and westerly across Sections thirty-two (32) and twenty-nine (29), it enters Temecula Creek after leaving the National Forest when it entered the last mentioned Section, all in Township eight (8) South, Range one (1) East, S.B.M.

d. Cottonwood Creek rises in Section twenty-five (25), traverses Section fourteen (14), all in Township nine (9) South, Range one (1) East, and proceeds in a northwesterly direction where it leaves the National Forest near the center of the south boundary of Section thirty-four (34), Township eight (8) South, Range one (1) East, where that stream continues its course to its confluence with Temecula Creek near the center of the northern boundary of Section thirty-three (33),

- 4 -

3542

Township eight (8) South, Range one (1) East.

e.  Arroyo Seco Creek rises in Section fourteen
(14), Township nine (9), South, Range one (1)
West, and proceeds northerly to Section
thirty-six (36), Township eight (8) South,
Range one (1) West, and proceeds northwesterly
across that Section traversing Sections
twenty-five (25), twenty-six (26), twenty-
seven (27), and twenty-two (22), all in
Township eight (8) South, Range one (1) West,
where that stream enters Pauba Grant of Vail
Company and continues into Vail Lake where in a
state of nature it had its confluence with
Temecula Creek.

f.  <u>Numerous unnamed creeks and arroyos</u>:  Through-
out the Cleveland National Forest are numerous
springs and unnamed creeks and arroyos which
drain into Temecula Creek and tributaries
of that stream.

FINDING V

In the Trabuco District of the Cleveland National
Forest, Nelson Creek, Coleman Creek and numerous unnamed
creeks and springs arise upon and traverse those lands
draining into DeLuz Creek or tributaries of that stream.

FINDING VI

<u>San Bernardino National Forest</u>:

Cahuilla Creek rises on the slopes of Thomas
Mountain and flows southwesterly across
Section thirty-three (33) traversing the

- 5 -

3543

13

northeast quarter (NE 1/4) of Section
thirty-two (32), all in Township six (6) South,
Range three (3) East, where it enters the
Ramona Indian Reservation.  Also rising in
Section Thirty-three (33), Township six (6)
South, Range three (3) East, is a major
tributary of Cahuilla Creek.  There is like-
wise a tributary of Wilson Creek which
rises in Section six (6), which traverses the
northwest corner of Section seven (7), all in
Township seven (7) South, Range two (2) East,
entering Wilson Creek in Section twelve (12),
Township seven (7) South, Range one (1)
East.  In addition to the streams last
mentioned, there are numerous springs,
unnamed creeks and arroyos within the water-
shed of the Santa Margarita River which are
located on the lands of the San Bernardino
National Forest, including Duval Spring
located in the Southeast Quarter of Section
six (6), Township seven (7) South, Range
Two (2) East.

FINDING VII

Vagrant, Local, Percolating Ground Waters:

All of the ground waters found in the basement
complex and weathered basement complex, as distinguished
from alluvium, as depicted on Exhibits 15, 15E, 67, 216C,
275, 276, 277, 278 and 281, found with the Cleveland National

- 6 -                    3544

14

Forest and the San Bernardino National Forest, are vagrant, local, percolating, not a part of any surface or sub-surface stream, or sub-surface basin of the Santa Margarita River or its tributaries.

## FINDING VIII

### WATER USES ON FOREST RESERVES

Palomar District of Cleveland National Forest

(a)  Present use:

The sources of water, location, present uses, maximum intended use, and points of diversion by the United States of America of the Santa Margarita River system within the Palomar District of the Cleveland National Forest are set forth on the attached copy of Water Use Inventory, USA-Pltf's Exhibit 147, which is marked Exhibit B and made a part of this Interlocutory Judgment by reference.  Likewise set forth in Exhibit B are the names of individual defendant permittees who have been allowed to use waters arising upon the Palomar Division of the Cleveland National Forest, the sources of water, points of diversion and present uses.  (Findings XXII and XXIII.)

## FINDING IX

(b)  Planned Future Use:

Planned future use of water in the Palomar Division of the Cleveland National Forest is set forth in USA-Pltf's Exhibit 146, a copy of which is attached marked Exhibit C and made a part of this Interlocutory Judgment by reference, which Exhibit C discloses the source of water, location, planned future use and related data.  (See Findings XXII and XXIII.)

- - - -

- 7 -

3545

16

### FINDING X

**Trabuco Division of Cleveland National Forest**

(c) **Present Use**:

The source of water, location, present uses, and points of diversion by permittees allowed by the United States of America to use waters arising upon the Trabuco Division of th the Cleveland National Forest are set forth on the attached copy of Water Use Inventory, USA-Pltf's Exhibit 148, which is marked Exhibit D and made a part of this Interlocutory Judgment by reference. (See Findings XXII and XXIII.)

### FINDING XI

(d) **Planned Future Use**:

Planned future uses by the United States of America in the Trabuco Division of the Cleveland National Forest, are set forth in the attached copy of USA-Pltf's Ex. 149, marked Exhibit E, which is attached to this Interlocutory Judgment and by reference made a part of it. In that exhibit are set forth the source of water, location, point of diversion, planned maximum intended use and related data. (See Findings XXII and XXIII.)

### FINDING XII

Wells have been drilled within the Palomar District of the Cleveland National Forest at the following locations:

1. Oak Grove Station, situated in the Southeast quarter of the Southeast Quarter (SE 1/4 SE 1/4) of Section seventeen (17) Township nine (9) South, Range two (2) East; 8 inches in diameter and 62 feet deep; used for domestic, recreation, fire fighting and related uses;

3546

- 8 -

16

estimated use of 350,000 gallons annually
with estimated increase to 450,000 gallons
annually;

2.  Dripping Springs Camp Grounds, in the North-
east Quarter of the Northeast Quarter (NE 1/4
NE 1/4) of Section twenty-two (22), Township
eight (8) South, Range one (1) West; eight
inches in diameter, 73 feet deep, with
present uses 50,000 gallons annually with
an increase to 100,000 gallons anticipated;
the waters are used for domestic, recreation,
fire fighting and related purposes;

3.  Also located at the Dripping Springs Camp
Ground is a dug well 28 feet deep, located
in the Northeast Quarter of the Northeast
Quarter (NE 1/4 NE 1/4) of Section twenty-
two (22), Township eight (8) South, Range
one (1) West.  The waters are used for
domestic, recreation, fire fighting and
related purposes.

FINDING XIII

The waters        arising upon or traversing the
Cleveland and San Bernardino National Forests are presently
used for domestic, recreation, stock watering, fire fighting,
wild life and other beneficial purposes.

FINDING XIV

By the Executive Order No. 6910, dated November 26,
1934, there was withdrawn from entry, settlement, location

3547

17

or sale, pursuant to the provisions of the Taylor Grazing Act of June 28, 1934 (Ch. 865, 48 Stat. 1269, 43 U.S.C. 315 et seq.) all of the lands described in the attached Exhibit F, which exhibit is incorporated into this Interlocutory Judgment by reference and made a part of it.

### FINDING XV

A. Aguanga Ground Water Area:

Attached and made a part of this Interlocutory Judgment by reference is Exhibit G, which sets forth the descriptions of the lands of the United States of America overlying the Aguanga Ground Water Area, all as more particularly described in Interlocutory Judgment No. 40. The ground waters within that Area which underlie those lands are part of the Santa Margarita River system, add to and contribute to the flow of that stream.

### FINDING XVI

B. Land which are traversed by or abut upon Wilson and Temecula Creeks:

Likewise set forth in the above mentioned Exhibit G are the lands within the Aguanga Ground Water Area, which are traversed by or abut upon Wilson and Temecula Creeks, based upon this Court's finding that the geological contacts between the older and younger alluvium constitute the bed and banks of the stream, all as more fully set forth in the above-mentioned Interlocutory Judgment No. 40.

### Finding XVII

This Court finds that of the acreages set forth on Exhibit G, overlying the Aguanga Ground Water Area, or which are traversed by or abut upon Temecula or Wilson Creek or

3548

both, which is irrigable in character, totals 287.18 acres.

### FINDING XVIII

A reasonable water duty for each acre of land referred to in Finding XVII is four (4) acre-feet per acre and a reasonable project loss would be ten percent (10%) for those lands totaling an annual maximum water duty for them of 1,263.59 acre-feet.

### FINDING XIX

This Court further finds that the United States of America also owns the lands administered pursuant to the Taylor Grazing Act, the descriptions of which are set-forth on Exhibit G of this Interlocutory Judgment, which overlie ground waters or which are traversed by or abut upon streams tributary to the Santa Margarita River, the waters of which add to, are a part of and contribute to the Santa Margarita River. A reasonable annual water duty for the irrigable acreage set-forth in Exhibit G is four (4) acre feet per acre, and a reasonable project loss would be ten percent (10%) for a maximum annual diverstion duty for each acre of that land of four and four-tenths (4.4) acre feet, from the sources set forth in the following tabulations:

1. There are 37.2 irrigable acres overlying the Anza-Cahuilla Ground Water Area or which abut upon or are traversed by Cahuilla Creek or its tributaries, with a maximum annual water duty of 163.68 acre feet from those sources.

2. There are 8.2 irrigable acres overlying the

19

Murrieta-Temecula Ground Water Area or which abut upon or are traversed by Pechanga Creek or its tributaries, with a maximum annual water duty of 36.08 acre feet from those sources.

3.  Lands which are traversed by or abut upon Temecula Creek which are irrigable in character total 5.8 acres with a maximum annual water demand for those lands of 25.52 acre-feet from Temecula Creek.

4.  Lands which are traversed by or abut upon Tucalota Creek which are irrigable in character total 10.91 acres with a maximum annual water duty for those lands of 48 acre-feet from Tucalota Creek.

5.  Lands which are traversed by or abut upon Rainbow Creek which are irrigable in character total 2 acres with a maximum annual water duty for those lands of 8.8 acre-feet from Rainbow Creek.

6.  Lands which are traversed by or abut upon DeLuz Creek which are irrigable in character total 5.7 acres with a maximum annual water duty for those lands of 25.08 acre-feet from DeLuz Creek.

7.  Lands which are traversed by or abut upon Chihuahua Creek, a tributary of Temecula Creek, which are irrigable in character

- 12 -

3550

20

total 75.6 acres with a maximum annual
demand for those lands of 332.64 acre-feet
from Chihuahua Creek.

Historically the waters which arise upon, flow
across or underlie the lands described in Exhibit F and G have
been diverted or pumped for stock watering, domestic purposes,
recreation, wild life and other beneficial uses and in
connection with the lands described in Exhibits F and G there
will be a continuing need for water for the purposes mentioned.

### FINDING XX

<u>Unnamed Springs and Creeks</u>:

There are unnamed springs, cienagas, creeks,
arroyos and alluvial fills, situated upon the lands described
in attached Exhibits F and G, the waters of which do not flow
or percolate beyond the exterior boundaries of those lands.

### FINDING XXI

<u>Vagrant, Local, Percolating Waters</u>:

All of the ground waters found in the basement
complex and weathered basement complex, as distinguished from
alluvium, as depicted on Exhibits 15,15E, 67, 216C, 275, 276,
277, 278 and 281, found with the lands described in Exhibits
F and G of this Interlocutory Judgment, are vagrant, local,
percolating, not a part of any surface or sub-surface stream,
or sub-surface basin of the Santa Margarita River or its
tributaries.

### FINDING XXII

The factual statements and conclusions contained in
these Findings of Fact and Conclusions of Law, which relate

- 13 -

3551

to gross acreages, irrigable acreages, irrigated acreages and water duty, quantities of water, presently used and planned future use, shall be _prima facie_ evidence in any subsequent proceeding before this Court in this cause.  As used herein, _prima facie_ evidence is that which shall suffice for the proof of a particular fact until contradicted or overcome by other evidence.

### FINDING XXIII

Except as otherwise provided herein, these Findings of Fact, Conclusions of Law and Interlocutory Judgment do not adjudge or determine as among any of the parties to this cause the rights to the use upon the lands to which the judgment pertains of the surface flow or flood flow of the Santa Margarita River or its tributaries which arise upon, flow across or flow from the National Forest lands or the lands administered pursuant to the Taylor Grazing Act.  This Court as in all other Interlocutory Judgment retains continuing jurisdiction over the use of all surface and flood waters.

### CONCLUSIONS OF LAW

### CONCLUSION I

Title to National Forest Lands

Fee simple title to the lands comprising the Cleveland National Forest, and the San Bernardino National Forest, within the watershed of the Santa Margarita River, subject to existing easements, licenses and permits, resides in the United States of America, and has resided in it since the Treaty of Guadalupe Hidalgo, proclaimed July 4, 1848.

- - - -

- 14 -

3552

## CONCLUSION II

### Rights To the Use of Water Upon
### National Forest Lands

Since February 22, 1897, date of withdrawal of the lands comprising the Cleveland National Forest and the San Bernardino National Forest, those lands were no longer open to settlement, location, sale or entry, pursuant to the Public Land Laws, and the Acts of 1866, 1870 and the Desert Land Act of 1877 (43 U.S.C. 321, 661), respecting the acquisition of rights to the use of water, were no longer applicable to those lands. Descriptions of those lands are set forth in Exhibits A, A-1, and A-2 of this Interlocutory Judgment.

## CONCLUSION III

Subject to the rights to the use of water in Temecula Creek, DeLuz Creek, Cahuilla Creek, Wilson Creek, and their tributaries, all of which are tributaries of the Santa Margarita River, which rights were acquired prior to the Treaty of Guadalupe Hidalgo of 1848, or acquired prior to February 22, 1897, pursuant to the Acts of 1866, 1870 and the Desert Land Act of 1877 (43 U.S.C. 321, 661), the United States of America is the owner of and entitled to exercise the rights to the use of the waters of those streams and their tributaries which arise upon, traverse, or flow across, or through the lands of the Cleveland National Forest and the San Bernardino National Forest, including all ground waters which add to or contribute to the Santa Margarita River or its tributaries, found in the alluvial deposits located within those National Forests, for use upon those lands, all as

- 15 -

3553

27

provided in Conclusion of Law numbered IV.

CONCLUSION IV

The United States of America, subject to vested
rights referred to in Conclusion of Law numbered III, is the
owner of rights to the use of water in and is entitled to use
for any beneficial purposes upon those lands from each of the
sources referred to in Exhibit B of this Interlocutory
Judgment, USA-Pltf's Ex. 147, the quantities of water from the
sources within the Cleveland National Forest set forth in that
Exhibit, and may increase those uses up to the maximum
quantities of water prescribed under the heading "Planned
Future Use" from each of the sources set forth in that
Exhibit; provided, however, that these Conclusions of Law are
subject to the provisions of Finding numbered XXII and XXIII
above.

CONCLUSION V

Subject to the vested rights to the use of water
referred to in Conclusions of Law numbered III above, the
United States of America, within the Cleveland National Forest
is the owner of the rights to the use of water from the
sources referred to in Exhibits C and E respectively of this
Interlocutory Judgment, USA-Pltf's Ex. 146 and Ex. 149, and
entitled to utilize the waters from those sources, for
beneficial purposes upon those lands up to the maximum yearly
consumption as set forth in those Exhibits; provided, however,
that these Conclusions of Law are subject to the provisions
of Finding numbered XXII and XXIII above.

- - - -

- 16 -

3554

CONCLUSION VI

The United States of America, subsequent to the date of withdrawal, has by revocable permit allowed certain individuals to divert and utilize waters arising upon the lands of the Cleveland National Forest, all as set forth in Exhibits B and D of this Interlocutory Judgment, USA-Pltf's Exs. 147 and 148.  Subject to the terms of those permits those uses may continue unless and until the United States of America exercises its right to revoke the permits.  The holders of the permits have no vested rights, title or interest in and to the waters which they divert and use against the United States of America pursuant to their revocable permits; provided, however, that as to the waters diverted for use off of the lands of the National Forest the California laws respecting the appropriation of rights to the use of water have application as to individual users.

CONCLUSION VII

There resides in the United States of America title to and the right to utilize within the Cleveland National Forest and the San Bernardino National Forest all of the waters in the springs, streams, arroyos, creeks, sub-flow, or subterranean basins, which do not now and historically have not passed beyond the boundaries of those National Forest lands.

CONCLUSION VIII

Ground Waters

The United States of America is the owner of all rights to the use of the vagrant, local and percolating ground



- 17 -

3555

27

waters and is entitled to use those waters found in the basement complex or weathered basement complex within the Cleveland and San Bernardino National Forests.  As the issue of the respective rights among claimants to the vagrant, local and percolating waters not a part of the Santa Margarita River stream system is not before this Court, those rights are not here adjudicated.

## CONCLUSION IX

**Title to Lands Administered Pursuant**
**To Taylor Grazing Act**

Fee simple title to the lands administered pursuant to the Taylor Grazing Act and described in Exhibit F of this Interlocutory Judgment, within the watershed of the Santa Margarita River, subject to existing easements, licenses and permits, resides in the United States of America, and has resided in it since the Treaty of Guadalupe Hidalgo, proclaimed July 4, 1848.

## CONCLUSION X

**Rights To the Use of Water Upon**
**Taylor Grazing Act Lands**

Since November 26, 1934, date of withdrawal, pursuant to the Taylor Grazing Act, of lands described in Exhibit F of this Interlocutory Judgment, those lands were no longer open to settlement, location, sale or entry, pursuant to the Public Land Laws, and the Acts of 1866, 1870 and the Desert Land Act of 1877 (43 U.S.C. 321, 661), respecting the acquisition of rights to the use of water, were no longer applicable to those lands.

- - - -

- 18 -

## CONCLUSION XI

Subject to the rights to the use of waters in the streams and basins referred to in Findings XVII and XIX above, acquired prior to the Treaty of Guadalupe Hidalgo of 1848, or acquired prior to November 26, 1934, pursuant to the Act of 1866, 1870 and the Desert Land Act of 1877 (43 U.S.C. 321, 661), the United States of America is the owner of and entitled to exercise the rights to the use of waters of those streams and their tributaries which arise upon, traverse, or flow across, or through the lands described in Exhibits F and G, including all ground waters which add to or contribute to the Santa Margarita River or its tributaries, found in the alluvial deposits located within those lands, for use upon those lands, all as provided for in Conclusion of Law numbered XII.

## CONCLUSION XII

The United States of America, subject to vested rights of the nature referred to in Conclusion of Law numbered XI, is the owner of and entitled to exercise the rights to the use of water, from each of the sources referred to in Findings XVII and XIX and is entitled to divert, pump and extract water from those sources for any beneficial purpose in quantities not to exceed those specified in Findings XVIII and XIX, all as referred to in the last Findings; provided, however, that these Conclusions of Law are subject to the provisions of Finding numbered XXII above as to the prima facie nature of findings and as to the surface and flood waters, referred to in Finding XXIII.

3557

27

## CONCLUSION XIII

There resides in the United States of America title to and the right to utilize all of the waters which arise upon, flow over, across or percolate or flow through the lands described in Exhibit F of this Interlocutory Judgment, that do not now and historically have not passed beyond the boundaries of those lands which are administered pursuant to t. the Taylor Grazing Act.

## CONCLUSION XIV

### Vagrant, Local, PercolatingGround Waters

The United States of America is the owner of all rights to the use of the vagrant, local and percolating ground waters and is entitled to use those waters found in the basement complex or weathered basement complex within the lands described in Exhibit F of this Interlocutory Judgment. As the issue of the respective rights among claimants to the vagrant, local and percolating waters not a part of the Santa Margarita River stream system is not before this Court, those rights are not here adjudicated.

## CONCLUSION XV

### Decree Quieting Title to All
### Rights of United States of America

The United States of America is entitled to have quaieted its title in and to all of the rights to the use of water referred to in the preceding Findings of Fact and Conclusions of Law against any and all claims of all of the defendants and each of them, their heirs, executors, admini- strators and assigns, and is entitled to have the defendants and each of them, their heirs, executors, administrators and

3558

24

assigns enjoined and restrained forever from asserting, claiming or setting up any title or interests in or to the rights to the use of the waters title to which resides in the United States of America in the Santa Margarita River or its tributaries.

## INTERLOCUTORY JUDGMENT

This Court having entered its Finding of Fact and Conclusions of Law, all as set forth above, respecting rights to the use of water in connection with the lands of the United States of America situated within the Cleveland National Forest and the San Bernardino National Forest; having likewise entered the above set forth Findings of Fact and Conclusions of Law relative to the uses by individual permittees who have been allowed to divert and use waters within or from the Palomar and Trabuco Divisions of the Cleveland National Forest; and having entered Findings of Fact, Conclusions of Law respecting rights to the use of water in connection with the lands of the United States of America, described in Exhibit F of this Interlocutory Judgment, which lands are administered pursuant to the Taylor Grazing Act (43 U.S.C. 315 et seq.),

GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY

ORDERED, ADJUDGED AND DECREED, as follows:

### I

The United States of America is now the owner and has at all times since the Treaty of Guadalupe Hidalgo in 1848 been the owner in fee simple, subject to existing

3559

29

easements, licenses and permits, of the lands comprising the
Cleveland National Forest and the San Bernardino National
Forest, all of which lands are described with particularity
in attached Exhibits A, A-1 and A-2 of this Interlocutory
Judgment.

II

From and after February 22, 1897, date of withdrawal
of the lands comprising the Cleveland National Forest and the
San Bernardino National Forest, from settlement, location,
sale or entry, those lands and the right to use the waters
including ground waters rising upon or flowing upon, across
or percolating through them, were no longer subject to
unlimited acquisition, pursuant to the provisions of the
Public Land Laws and the Acts of 1866, 1870 and the Desert
Land Act of 1877 (43 U.S.C. 321, 661).

III

IT IS FURTHER ORDERED, DECLARED, ADJUDGED, AND
DECREED, that the United States of America is the owner of and
entitled to utilize the ground waters in the basement complex
and weathered basement complex found within the Cleveland
National Forest and San Bernardino National Forest which are
not part of the Santa Margarita River system; provided,
nevertheless, that this decree does not relate in any way to
the respective rights of owners in and to the vagrant, local
and percolating waters referred to in this provision.

IV

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED, that the United States of America is the owner of

- 22 -

3560

30

all rights to the use of water and is entitled to utilize
all of the waters which arise upon, flow over or across or
percolate or flow through the lands within the Cleveland
National Forest and the San Bernardino National Forest but
which do not, and have not historically passed beyond the
boundaries of the National Forests.

## V

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED, that subject to the rights to the use of water in
Temecula Creek, DeLuz Creek, Cahuilla Creek, Wilson Creek,
and tributaries to those streams, all of which are
tributaries of the Santa Margarita River, which rights were
acquired prior to the Treaty of Guadalupe Hidalgo of 1848, or
acquired prior to February 22, 1897, pursuant to the Acts of
1866, 1870 and the Desert Land Act of 1877 (43 U.S.C. 321,
661), the United States of America is the owner of and
entitled to exercise rights to the use of waters of those
streams and their tributaries which arise upon, traverse, or
flow across, or through the lands of the Cleveland National
Forest and the San Bernardino National Forest, including all
ground waters which add to or contribute to the Santa
Margarita River or its tributaries, found in the alluvial
deposits located with those National Forests.  The United
States of America, in regard to those National Forests, is
decreed the right to continue its present uses, or any other
beneficial uses and may increase the amounts of water used
by it, up to the planned yearly consumption, all as set forth
in Exhibits B, C, D, and E of this Interlocutory Judgment,

- 23 -

3561

7(

respectively USA-Pltf's Ex. 146, 147, 148 and 149; provided,
however, this provision is subject to the limitations
contained in Finding numbered XXII above as to the
prima facie nature of findings and as to surface and flood
waters, referred to in Finding numbered XXIII.

VI

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED that the United States of America is the owner of the
rights to the use of all of the waters in the springs and
other sources concerning which it has issued permits to
individuals, all as set forth in Exhibits C and D, USA-Pltf's
Ex. 147 and 148; provided, however, the present holders of
those permits may continue to use the waters from those
sources unless and until the permits are cancelled by the
United States of America, or until such time as the State of
California has cancelled any permit or license it may have
issued.  Provided, further, that the waters used off of the
National Forests are subject to the provisions of Conclusions
of Law numbered VI.

VII.

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND.
DECREED, that the United States of America is now the owner
and has at all times since the Treaty of Guadalupe Hidalgo in
1848 been the owner in fee simple, subject to existing
easements, licenses and permits, of the lands described in
Exhibit F, those lands being administered pursuant to the
Taylor Grazing Act.

- - - -

- 24 -

3562

VIII

From and after November 26, 1934, date of withdrawal
of the lands described in Exhibit F, from settlement, location,
sale or entry, those lands and the right to use the waters or
ground waters rising upon or flowing upon, across or
percolating through them were no longer subject to unlimited
acquisition pursuant to the provisions of the Public Land
Laws and the Acts of 1866, 1870 and the Desert Land Act of
1877 (43 U.S.C. 321, 661).

IX

IT IS FURTHER ORDERED, DECLARED, ADJUDGED AND
DECREED, that the United States of America is the owner of
and entitled to utilize the ground waters in the basement
complex and weathered basement complex found within the lands
described in Exhibit F which are not part of the Santa
Margarita River system; provided, nevertheless, that this
decree does not relate in any way to the respective rights of
owners in and to the vagrant, local and percolating waters
referred to in this provision.

X

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED, that the United States of America is the owner of all
rights to the use of water and is entitled to utilize all of
the waters which arise upon, flow over or across or
percolate or flow through the lands described in Exhibit F,
but which do not, and have not historically, passed beyond
the boundaries of those lands.

- - - -

- 25 -

3563

XI

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED, that subject to the rights to the use of waters in
the streams and basins referred to in Findings XVII and XIX
above, acquired prior to the Treaty of Guadalupe Hidalgo of
1848, or acquired prior to November 26, 1934, pursuant to
the Acts of 1866, 1870 and the Desert Land Act of 1877 (43
U.S.C. 321, 661), the United States of America is the owner
of and entitled to exercise rights to the use of waters of
those streams and their tributaries which arise upon,
traverse, or flow across, or through the lands described in
Exhibits F and G, including all ground waters which add to
or contribute to the Santa Margarita River or its
tributaries, found in the alluvial deposits located within
those lands, for use upon those lands.  The United States of
America may exercise those rights and divert, pump and use
the waters from the sources set forth in Exhibit G upon those
lands up to the maximum annual quantities specified or
referred to in the above set forth Findings numbered XVIII
and XIX; provided, however, this provision is subject to
the limitations contained in Findingsnumbered XXII and XIII
above as to the prima facie nature of findings and as to
surface and flood waters.

XII

Decree as to Forest Reserve Lands

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED, that the title of the United States of America, its
successors and assigns, in and to the rights to the use of

- 26 -

3564

74

water as set forth in this Interlocutory Judgment, in
connection with the Cleveland and the San Bernardino National
Forests, subject to the rights referred to in paragraph V
above of this Interlocutory Judgment, and to the extent and
in the amounts herein declared in paragraph V of this
Interlocutory Judgment, be and the same are hereby forever
quieted against any and all of the defendants in this cause,
their successors, administrators, executors and assigns and
those defendants and each of them, and their heirs, successors,
administrators, and assigns are forever restrained from
asserting, claiming, or setting up any right, title or
interest in or to the rights to the use of water of the United
States of America decreed by this Interlocutory Judgment.

## XIII

### Decree As to Lands Administered
### Pursuant to Taylor Grazing Act

IT IS FURTHER ORDERED, ADJUDGED, DECLARED AND
DECREED, that the title of the United States of America, its
successors and assigns, in and to the rights to the use of
water as set forth in this Interlocutory Judgment, in
connection with the lands described in Exhibits F and G of
this Interlocutory Judgment, which are administered pursuant
to the Taylor Grazing Act, to the extent and in the amounts
herein declared, subject to the rights and limitations
referred to in paragraph XI above of this Interlocutory
Judgment, be and the same are hereby forever quieted against
any and all adverse claims of all of the defendants in this
cause, their successors, administrators, executors and

- 27 -

3565

assigns and those defendants and each of them, and their heirs, successors, administrators, and assigns, are forever restrained from asserting, claiming, or setting up any right, title or interest in or to the rights to the use of water of the United State of America decreed by this Interlocutory Judgment.

## XIV

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based upon the decision of the United States Court of Appeals for the Ninth Circuit, California v. United States, 235 F.2d 647 (C.A. 9, 1956), that this is not a final decree but is interlocutory in character and by reason of the Order by this Court that all parties are adverse one to another, thus dispensing with cross-pleadings, all other parties to this proceeding may object to these Findings of Fact, Conclusions of Law and Interlocutory Judgment and will be given full opportunity upon due notice to interpose their objections to these Findings of Fact, Conclusions of Law and Interlocutory Judgment.

Dated: 5/8/63

JAMES M. CARTER
Judge, United States District Court

- 28 -

3566

DESCRIPTION OF LANDS WITHIN THE CLEVELAND NATIONAL FOREST

WHICH ARE EITHER WITHIN THE SANTA MARGARITA RIVER WATERSHED

OR ARE TRAVERSED BY THE SANTA MARGARITA RIVER WATERSHED LINE

$W\frac{1}{2}$, and $SE\frac{1}{4}$ of Section 30.

All of Section 31 except the following:

$E\frac{1}{2}$ of $SE\frac{1}{4}$ of $NW\frac{1}{4}$; and $SW\frac{1}{4}$ of $NE\frac{1}{4}$ and $N\frac{1}{2}$ of $NW\frac{1}{4}$

of $SE\frac{1}{4}$; and Lots 3, 6 and 7; $SW\frac{1}{4}$ of $SE\frac{1}{4}$ of $NW\frac{1}{4}$;

and $NE\frac{1}{4}$ of $SW\frac{1}{4}$; and $N\frac{1}{2}$ of $SE\frac{1}{4}$ of $SW\frac{1}{4}$.

Section 32.

$SW\frac{1}{4}$ of Section 33.　　　　　　　　　　　<u>All in Township 8 South, Range 1 East</u>

$S\frac{1}{2}$; $NW\frac{1}{4}$; $E\frac{1}{2}$ of $NW\frac{1}{4}$ of $NE\frac{1}{4}$; $NE\frac{1}{4}$ of $NE\frac{1}{4}$;

$N\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$; and $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of

$NE\frac{1}{4}$ of Section 3.

Sections 4, 5, 6, 7, 8, 9 and 10.

$W\frac{1}{2}$ and $SE\frac{1}{4}$ of Section 11.

$SW\frac{1}{4}$ of Section 12.

Sections 13, 14, 15, 16 and 17.

All of Section 18, except the $SW\frac{1}{4}$ of $SE\frac{1}{4}$.

$W\frac{1}{2}$ and $E\frac{1}{2}$ of $SE\frac{1}{4}$ of Section 19.

$SW\frac{1}{4}$ of $NW\frac{1}{4}$; $W\frac{1}{2}$ of $SW\frac{1}{4}$; $NE\frac{1}{4}$ of $NW\frac{1}{4}$; $N\frac{1}{2}$ of

$NE\frac{1}{4}$ and $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of Section 20.

Sections 21, 22, 23, 24 and 25.

Lot 1 ($NW\frac{1}{4}$ of $NE\frac{1}{4}$), and $NW\frac{1}{4}$ of $NW\frac{1}{4}$ of Section 30.

　　　　　　　　　　　<u>All in Township 9 South, Range 1 East</u>

Lots 15 and 16 ($S\frac{1}{2}$ of $SE\frac{1}{4}$) of Section 17.

Lots, 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15

and 16 ($W\frac{1}{2}$ and $SE\frac{1}{4}$) of Section 18.

Section 19.

Interlocutory Judgment #44
Exhibit A Page 1

3567

and 13 ($W\frac{1}{2}$ of $SW\frac{1}{4}$); Lot 14 ($SE\frac{1}{4}$ of $SW\frac{1}{4}$); and Lot

15 ($SW\frac{1}{4}$ of $SE\frac{1}{4}$) of Section 20.

Lots 3, 4, 5, 6, 11, 12, 13 and 14 ($N\frac{1}{2}$) and Lots 9,

10, 15 and 16 ($SE\frac{1}{4}$) of Section 28.

Sections 29, 30, 31, 32 and 33.

Lot 4 and 5 ($W\frac{1}{2}$ of $NW\frac{1}{4}$); $W\frac{1}{2}$ of Lots 3 and 6 ($W\frac{1}{2}$ of $E\frac{1}{2}$ of $NW\frac{1}{4}$);

and Lots 9, 10, 11, 12, 13, 14, 15 and 16 ($S\frac{1}{2}$)

of Section 34.               All in Township 9 South, Range 2 East

Sections 2, 3, 4 and 5.             All in Township 10 South, Range 2 East

$E\frac{1}{2}$ of Fractional Section 22.

Fractional Section 23.

$N\frac{1}{2}$, $N\frac{1}{2}$ of $SW\frac{1}{4}$, and $E\frac{1}{2}$ of $SE\frac{1}{4}$ of Section 25.

Section 26 and 27.

$W\frac{1}{2}$ of $SW\frac{1}{4}$, $W\frac{1}{2}$ of $E\frac{1}{2}$ of $SW\frac{1}{4}$, and $E\frac{1}{2}$ of $SE\frac{1}{4}$ of

Section 28.

$S\frac{1}{2}$, $NW\frac{1}{4}$, and $S\frac{1}{2}$ of $NE\frac{1}{4}$ of Section 29.

Sections 30, 31, 32, 33, 34 and 35.

$W\frac{1}{2}$ of $W\frac{1}{2}$; $SE\frac{1}{4}$ of $NW\frac{1}{4}$; $SE\frac{1}{4}$ of $SW\frac{1}{4}$; $NE\frac{1}{4}$ of $NE\frac{1}{4}$, and

$S\frac{1}{2}$ of $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of Section 36.      All in Township 8 South, Range 1 West

$E\frac{1}{2}$ of $E\frac{1}{2}$; $SW\frac{1}{4}$ of $SE\frac{1}{4}$; $E\frac{1}{2}$ of $NE\frac{1}{4}$ of $SW\frac{1}{4}$; $S\frac{1}{2}$ of $SW\frac{1}{4}$; $NW\frac{1}{4}$ of $NW\frac{1}{4}$; and

$NW\frac{1}{4}$ of $SW\frac{1}{4}$ of $NW\frac{1}{4}$ of Section 1.

All of Section 2 except: $SE\frac{1}{4}$ of $NE\frac{1}{4}$ of $NW\frac{1}{4}$; $NE\frac{1}{4}$ of

$SE\frac{1}{4}$ of $NW\frac{1}{4}$; $N\frac{1}{2}$ of $SW\frac{1}{4}$ of $NE\frac{1}{4}$; $S\frac{1}{2}$ of $SW\frac{1}{4}$ of $NW\frac{1}{4}$ of

$NE\frac{1}{4}$; $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$; and $E\frac{1}{2}$ of $NE\frac{1}{4}$ of $SE\frac{1}{4}$.

Sections 3, 4, 5, 6, 9, 10, 11, 12, 13, 14 and 15.

                           All in Township 9 South, Range 1 West

Section 1.                   All in Township 9 South, Range 2 West

Interlocutory Judgment #44
Exhibit A Page 2

3569

TRABUCO AREA

Sections 14,23, 26 and 27 EXCLUDING

portions within Homestead Entry Surveys

No. 48, 49 and 54.                    All in Township 8 South,Range 5 West,SBBM.

INTERLOCUTORY JUDGMENT NO. 44

Exhibit A-1

3569

DESCRIPTION OF LANDS WITHIN THE SAN BERNARDINO NATIONAL FOREST

WHICH ARE EITHER WITHIN THE SANTA MARGARITA RIVER WATERSHED OR ARE

TRAVERSED BY THE SANTA MARGARITA RIVER WATERSHED LINE

Sections 14, 23 and 24.

North half of Sections 25 and 26.                    All in T6S,R1E

Sections 30, 31, 32 and 33.                          All in T6S,R2E

Sections 28, 29, 32, 33 and 34.

EXCEPT from Section 32 the South half of the

Southeast quarter, the East half of the South-

west quarter, and the Northwest quarter of the

Southwest quarter.  AND EXCEPT the Southwest

quarter of Southwest quarter in Section 33.         All in T6S,R3E

Sections 4, 6, 8, 10, 16, 18 and 19.

North half, and North half of Southeast quarter,

and Southwest quarter of Section 20.                All in T7S,R2E

Southwest quarter of Section 1

Sections 2, 3 and 12                                All in T7S,R3E

South half of fractional Section 7,

Southwest quarter of Section 8

Section 16

South half, and South half of North half of

Section 17.

Fractional Section 18.                              All in T7S,R4E

Interlocutory Judgment #44
Exhibit A-2

3570

WATER USE INVENTORY
SANTA MARGARITA WATERSHED – PALOMAR DIVISION
CLEVELAND NATIONAL FOREST   SEPT 1958

PRESENT USE

| No. | Water Source<br>United States of America<br>Owner-User | Point of Diversion | Place of Use |
|---|---|---|---|
| 1 | Sourdough Springs | SW¼ NE¼ Sec. 25 T9S R1E | Same as Point of<br>Diversion |
| 2 | Eagle Craig Spring | SE¼ SE¼ Sec. 14 T9S R1W | "    " |
| 3 | Aguanga Mtn Spring | SW¼ NW¼ Sec. 19 T9S R2E | "    " |
| 4 | Crosley | NE¼ SE¼ Sec 10  T9S R1W | "    " |
| 5 | Long Canyon Spring | SE¼ NW¼ Sec. 16 T9S R1E | "    " |
| 6 | Cutca Valley Spring | SW¼ SW¼ Sec. 17 T9S R1E | "    " |
| 7 | Surface Catchment<br>Halfway-Palomar TT Jn'tn | SW¼ NE¼ Sec. 4 T10S R2E | "    " |
| 8 | Surface Catchment<br>Deer Flat Quail Guzzler | NE¼ SE¼ Sec. 4 T9S R1E | "    " |
| 9 | Surface Catchment<br>Quail Guzzler | NW¼ SW¼ Sec. 30 T9S R2E | "    " |
| 10 | Surface Catchment<br>Quail Guzzler | NE¼ NE¼ Sec. 31 T9S R2E | "    " |
| 11 | Surface Catchment<br>Halfway-Quail Guzzler | SW¼ NE¼ Sec. 4 T10S R2E | "    " |

INTERLOCUTORY JUDGMENT # 44
EXHIBIT B – Page 1
[Substance of USA-Pltf's
Exhibit 147]
3571

WATER USE INVENTORY - SANTA MARGARITA WATERSHED - PALOMAR DISTRICT
CLEVELAND NATIONAL FOREST    SEPT. 1958

EXHIBIT B - Continuation of Page 1

| | | | | Date System First Used | | PLANNED FUTURE USE | | |
|---|---|---|---|---|---|---|---|---|
| No. | Type | Use Period | Yearly Consumption | | Type and Numbers | Use Period | Yearly Consumption | Expected Use Date |
| | | | INFORMATION ON PRESENT USE | | | | | |
| 1 | Fire Wildlife | 5/1-11/30 Yearlong | 10,000 Gals. 600 Gals. | 5/15/37 | Recreation 6 Units | 5/1-11/30 | 25,680 Gals. | 1963 |
| 2 | Fire | 5/1-11/30 | 2,100 Gals. | 7/1/39 | Fire Wildlife Recreation | 5/1-11/30 Yearlong | 7,900 Gals. 600 Gals. | 1960 |
| 3 | Fire Wildlife | 5/1-11/30 Yearlong | 10,000 Gals. 600 Gals. | 8/1/37 | | | | |
| 4 | Fire | 5/1-11/30 | 4,700 Gals. | 8/1/39 | Fire | 5/1-11/30 | 5,300 Gals. | 1965 |
| 5 | Fire | 5/1-11/30 | 10,000 Gals. | /44 | Wildlife | Yearlong | 600 Gals. | 1961 |
| 6 | Fire | 5/1-11/30 | 10,000 Gals. | 5/1/55 | Recreation 40 (10 Units) | 5/1-11/30 | 42,800 Gals. | 1966 |
| 7 | Fire | 5/1-11/30 | 2,300 Gals. | 6/10/55 | Fire | 5/1-11/30 | 7,700 Gals. | 1967 |
| 8 | Wildlife | Yearlong | 600 Gals. | 1949 | No Planned expansion | | | |
| 9 | Wildlife | Yearlong | 600 Gals. | 1949 | No Planned expansion | | | |
| 10 | Wildlife | Yearlong | 600 Gals. | 1949 | No Planned expansion | | | |
| 11 | Wildlife | Yearlong | 600 Gals. | 1949 | No Planned expansion | | | |

INTERLOCUTORY JUDGMENT # 44
EXHIBIT B - Page 2
[Substance of USA-Pltf's
Exhibit 147]

3572

WATER USE INVENTORY – SANTA MARGARITA WATERSHED – PALOMAR DISTRICT
CLEVELAND NATIONAL FOREST   SEPT. 1958

EXHIBIT B continued

PRESENT USE

| No. | Water Source United States of America Owner | Point of Diversion | Water Right Status | | |
|---|---|---|---|---|---|
| | | | Application | Permit | License |
| 12 | Oak Grove Spring User: Lloyd, M.M. | NE¼ NE¼, s. 20 T9S R2E | 6893 | 3719 | 2843 |
| 13 | Unnamed Spring User: Lloyd, M.M. | SW¼ NW¼, s. 20 T9S R2E | 7731 | 4259 | 2844 |
| 14 | Hillside Cienega (Lohman Springs) User: Reedy, Marvin | SE¼ SE¼, s. 29 T8S R1W | 10269 | 5926 | |
| 15 | Spring in Kohler Canyon User: Oviatt, James | NE¼ NE¼, s. 33 T9S R2E | | | |
| 16 | Unnamed Spring User: Payne, Frank A. | NE¼ NE¼, s. 4 T9S R1E | | | |
| 17 | Unnamed Spring User: Grammer, Martin | SE¼ SW¼, s. 34 T9S R2E | 10806 | 6279 | 4356 |
| 18 | Diversion on Cottonwood Creek User: Barre, Ruth E. | SE¼ SE¼, s. 3 T9S R1E | | | |
| 19 | Unnamed Spring User: Jurkovich, Robert M. | N¼ NE¼, s. 25 T8S R1W | 8484 | 4696 | |
| 20 | Unnamed Spring in Rattle- snake Canyon User: Pursche, Carl P. | NE¼ NW¼, s. 28 T9S R2E | 11161 | 6499 | |
| 21 | Unnamed Spring User: Williamson, Leonard L. & Sarah | NE¼ SW¼, s. 12 T9S R1E | 9137 | | 3268 |
| 22 | Sawyer Spring User: Appel | NE¼ NE¼, s. 31 T8S R1E | | | |
| 23 | Clear Springs User: White, Forrest (Clear Springs Ranch) | N¼ NE¼, s. 33 T8S R1W | | | |
| 24 | MacMillan Spring User: MacMillan, M. J. | SE¼ NE¼, s. 3 T10S R2E | | | |

INTERLOCUTORY JUDGMENT # 44
EXHIBIT B – Page 3
[Substance of USA-Pltf's
Exhibit 147]

3573

WATER USE INVENTORY - SANTA MARGARITA WATERSHED - PALOMAR DISTRICT
CLEVELAND NATIONAL FOREST     SEPT. 1958
EXHIBIT B - Continuation of Page 3

| No. | Applied For | Estimate of Needs | Licensed | Place of Use | Type and Number | Use Period | Yearly Consumption | Date System First Used |
|---|---|---|---|---|---|---|---|---|
| 12 | Unknown | | 820 GPD | NE¼ NE¼ s.20 T9S R2E | Domestic | Yearlong | | 1931 |
| 13 | 7200 GPD | | 7200 GPD | NE¼ NE¼ s.20 T9S R2E | Irr. 5 ac. | Yearlong | 11.75 a.f. | 1933 |
| 14 | 3500 GPD | 250 GPD 7.05 a.f. | | W2 NW¼ s.28 T8S R1W | Dom. 5 Irr. 3 ac. | 5/1-11/30 | | 12/27/38 |
| 15 | | 2000 GPD 11.75 a.f. | | SE¼ SW¼ s.16 T9S R2E | Dom. 4 Irr. 5 ac. | 5/1-11/30 | | 1914 |
| 16 | | 250 GPD 7.05 a.f. | | SW¼ SW¼ s.34 T8S R1E | Dom. 5 Irr. 3 ac. | 5/1-11/30 | | 6/ /44 |
| 17 | 16,000 GPD | | 2880 GPD | SE¼ SE¼ NW¼ s. 34 T9S R2E | Irr. 3 ac. Dom. 3 | Yearlong | | 8/11/41 |
| 18 | 2 GPM | 200 GPD | | NE¼ s.3 T9S R1E | Dom. 4 | Yearlong | | 1/16/34 |
| 19 | Unknown | 250 GPD | | SW¼ SE¼ s.24 T8S R1W | Dom. 5 | Yearlong | | 11/22/35 |
| 20 | 16,000 GPD | 200 GPD 11.75 a.f. | | SW¼ s. 21 T9S R2E | Dom. 4 Irr. 5 ac. | 5/1-11/30 | | 11/11/45 |
| 21 | 0.5 cu.ft. | | | SE¼ NW¼ s. 12 T9S R1E | Dom. 5 Irr. 50 ac. | Yearlong | 117.5 a.f. | 9/21/31 |
| 22 | 150 GPD 11.75 a.f. | 150 GPD 11.75 a.f. | | SW¼ s. 25 T8S R1E | Dom. 3 Irr. 5 ac. | Yearlong 5/1-11/30 | 11.75 a.f. | Unknown |
| 23 | | 400 GPD | | SW¼ SE¼ s.28 T8S R1W | Dom. 8 | Yearlong | 146,000 Gal. | Unknown |
| 24 | | 150 GPD | | SE¼ NE¼ s. 3 T10S R2E | Dom. 3 | Yearlong | 54,750 Gals. | 1938 |

INTERLOCUTORY JUDGMENT # 44
EXHIBIT B - Page 4
[Substance of USA-Pltf's
Exhibit 147]

3574

## WATER USE INVENTORY

SANTA MARGARITA WATERSHED          PALOMAR DISTRICT  CLEVELAND NATIONAL FOREST
SEPT 1958

| No. | Water Source United States of America, Owner | Location Section, Town- ship, Range | Type of Use | Number of People | Expected Use Period | Yearly Consumption | Expected First Use Date |
|---|---|---|---|---|---|---|---|
| | | | | Information on Planned Future Use | | | |
| 1 | Devils Hole Spring | SE¼ SW¼ Sec.36 T8S R1W | Fire Wildlife | | 5/1-11/30 Yearlong | 10,000 Gal. 600 Gal. | 1960 |
| 2 | Long Canyon | SW¼ NE¼ Sec.16 T9S R 1E | Recreation (10 Units) | 40 | 5/1-11/30 | 132,000 Gal. | 1967 |
| 3 | Cottonwood Creek | SW¼ NW¼ Sec.14 T9S R1E | Recreation (4 Units) | 16 | 5/1-11/30 | 56,800 Gal. | 1968 |
| 4 | Sawyer Springs | NE¼ NE¼ Sec.31 T8S R1E | Recreation (6 Units) | 24 | 5/1-11/30 | 85,200 Gal. | 1965 |
| 5 | Cottonwood Creek | NW¼ SW¼ Sec.15 T9S R1E | Wildlife | | Yearlong | 4 Ac. Ft. | 1967 |
| 6 | Long Canyon | NE¼ NW¼ Sec.9 T9S R1E | Wildlife | | Yearlong | .8 Ac. Ft. | 1968 |
| 7 | Cutca Valley Branch Long Canyon Creek | SE¼ SE¼ Sec.18 T9S R1E | Wildlife | | Yearlong | .1 Ac. Ft. | 1966 |
| 8 | Arroyo Seco Creek | NW¼ NE¼ Sec.27 T8S R1W | Wildlife | | Yearlong | 46 Ac. Ft. | 1963 |
| 9 | S.C.A.-Br. of Kolb Cr. | NE¼ SE¼ Sec.32 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1964 |
| 10 | S.C.A.-Br. of Arroyo Seco | NW¼ SW¼ Sec.2 T9S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1962 |
| 11 | S.C.A.- W. Br. Long Canyon | NE¼ NW¼ Sec.18 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1961 |
| 12 | Surface Catchment Apron | SW¼ SE¼ Sec.23 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1966 |
| 13 | Surface Catchment Apron | SW¼ SW¼ Sec.23 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1966 |
| 14 | Surface Catchment Apron | NE¼ NE¼ Sec.25 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1963 |
| 15 | Surface Catchment Apron | NE¼ NE¼ Sec.29 T9S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1960 |
| 16 | Surface Catchment Apron | SE¼ SE¼ Sec. 29 T9S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1967 |
| 17 | Surface Catchment Apron | SW¼ NW¼ Sec.34 T9S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1968 |
| 18 | Surface Catchment Apron | SE¼ SE¼ Sec.3 T10S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1961 |
| 19 | Surface Catchment Apron | NW¼ SW¼ Sec.3 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1966 |

INTERLOCUTORY JUDGMENT #44
EXHIBIT C - Page 1
[U.S.A.-Plff. Ex. 146]   3575

WATER USE INVENTORY - Continued

SANTA MARGARITA WATERSHED    PALOMAR DISTRICT    CLEVELAND NATIONAL FOREST    SEPT 1958

| No. | Water Source United States of America, Owner | Location Section, Township, Range | Type of Use | Number of People | Expected Use Period | Yearly Consumption | Expected First Use Date |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | Information on Planned Future Use | | | |
| 20 | Surface Catchment Apron | NW¼ NW¼ Sec.15 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1965 |
| 21 | Surface Catchment Apron | SW¼ NW¼ Sec.28 T9S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1966 |
| 22 | Surface Catchment Apron | SE¼ NE¼ Sec.35 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1967 |
| 23 | Surface Catchment Apron | SW¼ NE¼ Sec.25 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1968 |
| 24 | Surface Catchment Apron | NE¼ NE¼ Sec.30 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1966 |
| 25 | Surface Catchment Apron | NW¼ SW¼ Sec.31 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1967 |
| 26 | Surface Catchment Apron | NE¼ SW¼ Sec.32 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1967 |
| 27 | Surface Catchment Apron | SW¼ NW¼ Sec.32 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1967 |
| 28 | Surface Catchment Apron | SW¼ NE¼ Sec.6 T9S R1W | Fire | | 5/1-11/40 | 10,000 Gal. | 1968 |
| 29 | Surface Catchment Apron | SW¼ SW¼ Sec.5 T9S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1968 |
| 30 | Surface Catchment Apron | SW¼ SW¼ Sec.30 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1963 |
| 31 | Surface Catchment Apron | SW¼ SW¼ Sec.27 T8S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1963 |
| 32 | Surface Catchment Apron | NE¼ SE¼ Sec.1 T9S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1964 |
| 33 | Surface Catchment Apron | SE¼ NE¼ Sec.3 T9S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1964 |
| 34 | Surface Catchment Apron | SW¼ SW¼ Sec.3 T9S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1962 |
| 35 | Surface Catchment Apron | SE¼ SE¼ Sec.13 T9S R1W | Fire | | 5/1-11/30 | 10,000 Gal. | 1965 |
| 36 | Unnamed Spring (Roadside Cut) | NW¼ SW¼ Sec. 24 T9S R1W | Fire Recreation (8 Units) | 32 | 5/1-11/30 | 10,000 Gal. 113,600 Gal. | 1961 |
| 17 | Surface Catchment Apron | SE¼ NW¼ Sec.32 T8S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1965 |

INTERLOCUTORY JUDGMENT #44
EXHIBIT C - Page 2
[U.S.A. Pltf. Ex. 146]

3576

WATER USE INVENTORY - Continued

SANTA MARGARITA WATERSHED   PALOMAR DISTRICT   CLEVELAND NATIONAL FOREST   SEPT 1958

| No. | Water Source United States of America, Owner | Location Section, Township, Range | Type of Use | Information on Planned Future Use | | | |
|-----|------|------|------|------|------|------|------|
| | | | | Number of People | Expected Use Period | Yearly Consumption | Expected First Use Date |
| 38 | Surface Catchment Apron | SW4 SW4 Sec.33 T8S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1965 |
| 39 | Surface Catchment Apron | SW4 NE4 Sec.4 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1965 |
| 40 | Surface Catchment Apron | NE4 NE4 Sec.6 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1968 |
| 41 | Surface Catchment Apron | SW4 SE4 Sec.6 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1966 |
| 42 | Surface Catchment Apron | NW4 NW4 Sec.7 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1967 |
| 43 | Surface Catchment Apron | NE4 SW4 Sec.11 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1962 |
| 44 | Surface Catchment Apron | SE4 NE4 Sec.14 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1963 |
| 45 | Surface Catchment Apron | SE4 SW4 Sec.13 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1964 |
| 46 | Surface Catchment Apron | NW4 SE4 Sec.24 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1961 |
| 47 | Surface Catchment Apron | SW4 NW4 Sec.22 T9S R1E | Fire | | 5/1-11/30 | 10,000 Gal. | 1961 |
| 48 | Surface Catchment Apron | SW4 NW4 Sec.18 T9S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1969 |
| 49 | Surface Catchment Apron | NE4 NE4 Sec.19 T9S R2E | Fire | | 5/1-11/30 | 10,000 Gal. | 1964 |
| 50 | Unnamed Spring (N. of Gomez Trail Junction and Palomar Truck Trail) | NW4 NW4 Sec.25 T9S R1W | Fire Recreation (8 Units) | 32 | 5/1-11/30 | 10,000 Gal. 113,600 Gal. | 1960 |

INTERLOCUTORY JUDGMENT #44
EXHIBIT C - Page 3
[U.S.A.-Pltf. Ex. 146]

3577

WATER USE INVENTORY
SANTA MARGARITA RIVER WATERSHED  —  TRABUCO DISTRICT
CLEVELAND NATIONAL FOREST
PRESENT USE  T6 & T7S, R4W  and  T8S, R5W, SBB&M

| Map Refer-ence | Water Source | Point of Diversion Site | | Name of User | Water Rights Status | | |
|---|---|---|---|---|---|---|---|
| | | Location | Land Owner | | Application | Permit | License |
| 1 | Nelson Creek, a branch of Cottonwood Creek | NE¼ of SE¼ Sec.23 | United States Cleveland N.F. | E.A.Cook | 9291 | 5201 | |
| | | NW¼ of SW¼ Sec.24 T8S R5W | E.A.Cook | | | | |
| 1A | Nelson Creek, a branch of Cottonwood Creek | NE¼ of SE¼ Sec.23 | United States Cleveland N.F. | E.A.Cook | 18151 | | |
| | | NW¼ of SW¼ Sec.24 T8S R5W | E. A. Cook | | | | |
| 2 | Srpings in Coleman Creek Canyon, a branah of Nelson Creek | SW¼ of SE¼ Sec.23 T8S R5W | United States Cleveland N.F. & Claytor | Cyril M. Ewing | 9242 | 2596 | |

| Map Refer-ence | Water Amounts | | | Place of Use | Information on Present Use | | | |
|---|---|---|---|---|---|---|---|---|
| | Applied For | Estimated Needs | Licensed | | Type | No. of People | Use Period | Yearly Consumption | Date First Used |
| 1 | Unknown | | | Pvt land of E.A. Cook N½ of SW¼ Sec.24 T8S R5W | Domestic and Ir-rigation | | Year Long | | 3/1/1936 |
| 1A | 14,650 GFD | | | As above | Domestic and Ir-rigation Stock Water-ing & Re-creation | | Year Long | | 5/5/58 |
| 2 | .025 sec. ft. or approx. 16,000 GPD | | | Pvt. land of C.M.Ewing S½ of SW¼ Sec.24 T8S R5W | Domestic and Irrigation | | Year Long | | 11/22/35 |

WATER USE INVENTORY
SANTA MARGARITA RIVER WATERSHED   -   TRABUCO DISTRICT
CLEVELAND NATIONAL FOREST
PRESENT USE   T6 & T7S, R4W   and   T8S, R5W, SBB&M

| MAP Refer-ence | Future Use | | | |
| | No. of People | Use Period | Yearly Con-sumption | Expected Use Date |
| --- | --- | --- | --- | --- |
| 1 | Private land outside National Forest Boundary. No predictions made on use | | | |
| 1A | As Above | | | |
| 2 | As Above | | | |

(USA  Ex. 148)

Interlocutory Judgment #44  3579
Exhibit D

SANTA MARGARITA R. WATERSHED          TRABUCO DISTRICT
CLEVELAND NATIONAL FOREST

9/11/52     FUTURE USE          T6 & T7S, R4W    and T8S, R5W    SBB&M

| Map Reference | Water Source | Point of Diversion Site | |
|---|---|---|---|
| | | Location | Land Owner |
| 3 | Springs Creek near headwaters of Nelson Cr, a branch of Cottonwood Creek | SE¼ of NE¼ - Sec.23 T8S R5W | United States Cleveland N.F. |
| 4 | Surface 1/ Catchment | SW¼ of NE¼ - Sec.23 T8S R5W | United States Cleveland N.F. |
| 5 | " " | NE¼ of SE¼ - Sec.27 T6S R5W | " " |
| 6 | " " | NE¼ of SW¼ - Sec.26 T8S R5W | " " |
| 7 | " " | SW¼ of SW¼ Sec.26 T8S R5W | " " |

1/ Large concrete or asphalt aprons, similar to quail gusslers, will serve as funnels for delivery of surface run-off and rain water to storage tanks during the winter months for use during the dry summer fire season.

SANTA MARGARITA R. WATERSHED     TRABUCO DISTRICT
CLEVELAND NATIONAL FOREST

9/11/58          FUTURE USE               T6 & T7S, R4W  and  T8S, R5W, SBB&M

| Map Refer- ence | Information on Planned Future Use | | | | Yearly Consumption | | Expected 1st Use Date | Water Rights Status | |
|---|---|---|---|---|---|---|---|---|---|
| | User | Type | No. of People | Expected Use Period | | | | | |
| 3 | United States Cleveland N.F. | Public Camp- Ground 30 Units | 120 | Year Long | Approx.2.7 acre-feet (3000 GPD 10/1- 4/30  6000 GPD 5/1 - 9/30 | | 1961 | None Initiated | |
| 4 | " | Fire Pro- tection | Fire Use Only | 5/1 - 1/1 | 10,000 gallons/ year | | 1961 | " | " |
| 5 | " | " | " | " | " | " | 1962 | " | " |
| 6 | " | " | " | " | " | " | 1963 | " | " |
| 7 | " | " | " | " | " | " | 1962 | " | " |

(USA Ex. 149)

Interlocutory Judgment #44
Exhibit E

3581

DESCRIPTION OF LANDS WITHIN THE PUBLIC DOMAIN

WHICH ARE EITHER WITHIN THE SANTA MARGARITA RIVER WATERSHED

OR ARE TRAVERSED BY THE SANTA MARGARITA RIVER WATERSHED LINE

AND ADMINISTERED BY THE BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR

The following lands in Township 6 South, Range 1 East; SBBM:

Lots 1, 2, 3 and 4 in Section 22.

$NE_4^1$ of the $NE_4^1$ of the $SE_4^1$ and the $W_2^1$ of the $W_2^1$ of the $SE_4^1$ of the $SE_4^1$, all in Section 26.

$E_2^1$ of the $E_2^1$ of the $NE_4^1$ of the $SW_4^1$, and the $SW_4^1$ of the $NW_4^1$ of the $SW_4^1$, and the $W_2^1$ of the $SE_4^1$ of the $NW_4^1$ of the $SW_4^1$, all in Section 28.

$S_2^1$ of the $NW_4^1$, and $SW_4^1$ of the $NE_4^1$, and $NW_4^1$ of the $SW_4^1$, all in Section 32.

$SE_4^1$ of the $SW_4^1$, $E_2^1$ of the $E_2^1$ of the $SE_4^1$, and $E_2^1$ of the $SE_4^1$ of the $NE_4^1$, all in Section 36.

The following lands in Township 7 South, Range 1 East; SBBM:

Lot 3, and $SE_4^1$ of the $SE_4^1$, all in Section 4.

$N_2^1$ of the $N_2^1$, and $SE_4^1$ of the $NE_4^1$ and $SE_4^1$, all in Section 10.

$W_2^1$ of Section 12.

$NW_4^1$ of the $NW_4^1$ in Section 14.

$NE_4^1$ of the $SE_4^1$ in Section 24.

Lots 3 and 4 and $E_2^1$ of the $SW_4^1$ in Section 30.

The following lands in Township 7 South, Range 2 East; SBBM:

Fractional Section 12.

$NE_4^1$ of the $SW_4^1$ in Section 13.

The following lands in Township 7 South, Range 3 East; SBBM:

Lots 5,6,7,8 and fractional $NE_4^1$ of the $NW_4^1$ ($NW_4^1$, EXCEPT for the $NW_4^1$ of the $NW_4^1$); and Lot 4 ($NW_4^1$ of the $NE_4^1$), and $SW_4^1$ of the $SE_4^1$, all in Section 4.

Lots 5,6,7 and 8 ($NE_4^1$) in Section 6.

Lot 1 in Section 8.

3582

all in Section 13.

$S_2^1$ of $SE_4^1$, in Section 18.

$SE_4^1$ of Section 19.

$N_2^1$ of $NE_4^1$ of Section 36.

The following lands in Township 7 South, Range 4 East; SBBM:

$SW_4^1$ of $SW_4^1$ of Section 20.

Entire Section 28.

Lot 1 and $NE_4^1$ of $NE_4^1$ of fractional Section 30.

The following lands in Township 8 South, Range 1 East; SBBM:

Lots 1, 2, 3 and 4; & $S_2^1$ of $NE_4^1$; & the $SW_4^1$ of Section 4.

Lots 3 and 4 of Section 5.

$NE_4^1$ of the $SW_4^1$, Section 7.

Lots 3 and 4 of Section 10.

$SW_4^1$ of $SE_4^1$, $S_2^1$ of the $SW_4^1$ & the $NW_4^1$ of the $SW_4^1$, Section 13.

Lots 1,2,3,4,5,7,8 and 12 of Section 15.

$E_2^1$, Section 16.

$SE_4^1$ of the $SE_4^1$, Section 17.

$E_2^1$ of the $NW_4^1$, $NE_4^1$, & the $NW_4^1$ of the $SE_4^1$, Section 20.

$N_2^1$, $N_2^1$ of the $S_2^1$, & the $S_2^1$ of the $SE_4^1$, Section 21.

Lots 10,11,12,13,14 and 15 and $W_2^1$ of Lots 9 and 16 of Section 22.

$SE_4^1$ of the $SE_4^1$, Section 23.

Lots 5,6,7 and 8; & $SE_4^1$ of the $NE_4^1$, SEction 24.

$N_2^1$ & $N_2^1$ of $S_2^1$, Section 25.

Lots 1,2,4 and 5 of Section 26.

$N_2^1$ of the $NW_4^1$, $NW_4^1$ of the $NE_4^1$, $NE_4^1$ of the $SW_4^1$, & the $NW_4^1$ of the $SE_4^1$, Section 27.

$SW_4^1$ of the $NE_4^1$, Section 30.

$SW_4^1$ of the $NW_4^1$ & the $SW_4^1$ of the $SE_4^1$, Section 33.

Interlocutory Judgment #44
Exhibit F   Page 2

3583

of 12 of Section 35.

The following lands in Township 8 South, Range 2 East; SBBM:

SE$\frac{1}{4}$ of the NE$\frac{1}{4}$, Section 7.

NE$\frac{1}{4}$ of the SW$\frac{1}{4}$ & the SW$\frac{1}{4}$ of the SE$\frac{1}{4}$, Section 8.

Lots 5,6,7,8, 11 and 12 of Section 11.

The following lands in  Township 8 South, Range 2 East; SBBM:

Lots 17, 18 and 19 of Section 12.

NW$\frac{1}{4}$ of the NW$\frac{1}{4}$, Section 14.

W$\frac{1}{2}$, Section 16.

S$\frac{1}{2}$, Section 17.

Lots 2 and 4; SE$\frac{1}{4}$ of the NW$\frac{1}{4}$; E$\frac{1}{2}$ of the NE$\frac{1}{4}$; and SW$\frac{1}{4}$ of the NE$\frac{1}{4}$, Section 18.

Lots 1, 2 and 4; SE$\frac{1}{4}$ of SW$\frac{1}{4}$, NE$\frac{1}{4}$ of the SE$\frac{1}{4}$, & the S$\frac{1}{2}$ of the SE$\frac{1}{4}$, Section 19.

NW$\frac{1}{4}$ of the SW$\frac{1}{4}$ & the S$\frac{1}{2}$ of the S$\frac{1}{2}$, Section 20.

S$\frac{1}{2}$ of the SW$\frac{1}{4}$ & the SW$\frac{1}{4}$ of the SE$\frac{1}{4}$, Section 21.

SE$\frac{1}{4}$ of the SE$\frac{1}{4}$, Section 22.

S$\frac{1}{2}$ of the S$\frac{1}{2}$, Section 23.

NE$\frac{1}{4}$ of the SE$\frac{1}{4}$ & the S$\frac{1}{2}$ of the S$\frac{1}{2}$, Section 24.

Section 25.

E$\frac{1}{2}$ of the NE$\frac{1}{4}$ & the S$\frac{1}{2}$ of the SW$\frac{1}{4}$, Section 26.

N$\frac{1}{2}$ & the SW$\frac{1}{4}$, Section 27.

N$\frac{1}{2}$ of the NW$\frac{1}{4}$ & the S$\frac{1}{2}$, Section 28.

N$\frac{1}{2}$ & the S$\frac{1}{2}$ of the SW$\frac{1}{4}$ & the SW$\frac{1}{4}$ of the SE$\frac{1}{4}$, Section 29.

Lots 1, 2 and 3; NE$\frac{1}{4}$; E$\frac{1}{2}$ of NW$\frac{1}{4}$; NE$\frac{1}{4}$ of SW$\frac{1}{4}$; & the SE$\frac{1}{4}$ of the SE$\frac{1}{4}$, Section 30.

NE$\frac{1}{4}$ of the NE$\frac{1}{4}$, Section 31.

N$\frac{1}{2}$ of the N$\frac{1}{2}$; SE$\frac{1}{4}$ of the NW$\frac{1}{4}$; S$\frac{1}{2}$ of the NE$\frac{1}{4}$, N$\frac{1}{2}$ of the S$\frac{1}{2}$ & the S$\frac{1}{2}$ of the SE$\frac{1}{4}$, Section 32.

NW$\frac{1}{4}$ & the S$\frac{1}{2}$, Section 33.

NE$\frac{1}{4}$ of the NE$\frac{1}{4}$ & the S$\frac{1}{2}$, Section 34.

NW$\frac{1}{4}$ & the W$\frac{1}{2}$ of the NE$\frac{1}{4}$; & the S$\frac{1}{2}$, Section 35.

NW$\frac{1}{4}$ of the NW$\frac{1}{4}$, E$\frac{1}{2}$ of the NW$\frac{1}{4}$, NE$\frac{1}{4}$; & the S$\frac{1}{2}$, Section 36.

The following lands in Township 8 South, Range 2 East; SBBM:

Lots 8, 9, 10, 11, 12, 13, 14 and 15 of Section 7.

Lots 7, 8 and 12 of Section 8.

Lots 14 of Section 9.

$E\frac{1}{2}$ of the $NW\frac{1}{4}$ & the $S\frac{1}{2}$, Section 16.

$NE\frac{1}{4}$; $E\frac{1}{2}$ of the $SE\frac{1}{4}$; & Lot 4, Section 18.

Lots 3 and 4 and $E\frac{1}{2}$ of $SW\frac{1}{4}$, Section 19.

$NW\frac{1}{4}$, $W\frac{1}{2}$ of the $SW\frac{1}{4}$, $SE\frac{1}{4}$ of the $SW\frac{1}{4}$; $S\frac{1}{2}$ of the $SE\frac{1}{4}$; $NE\frac{1}{4}$ of the $SE\frac{1}{4}$; & the $E\frac{1}{2}$ of the $NE\frac{1}{4}$, Section 20.

Section 22, 26, 28, 29, and 30 (All entire).

$NE\frac{1}{4}$; $E\frac{1}{2}$ of $W\frac{1}{2}$; Lots 1 to 4; & the $E\frac{1}{2}$ of the $SE\frac{1}{4}$, Section 31.

Sections 32,33,34 and 36 (All entire).

The following lands in Township 8½ South, Range 3 East; SBBM:

Sections 31, 32, 33, 34, 35 and 36 (All entire).


The following lands in Township 9 South, Range 1 East; SBBM:

$W\frac{1}{2}$ of $NW\frac{1}{4}$, and $NW\frac{1}{4}$ of $SW\frac{1}{4}$ and $E\frac{1}{2}$ of $SW\frac{1}{4}$ and $SE\frac{1}{4}$, all in Section 2.

$NE\frac{1}{4}$ in Section 11.

$W\frac{1}{2}$ of $NW\frac{1}{4}$, Section 12.


The following lands in Township 9 South, Range 2 East; SBBM:

Lots 1 through 12 in Section 1.

Lots 1 through 14 in Section 2.

Section 3.

Lots 1,2,3,4,8,9,15 and 16 in Section 4.

Lots 1,2,7,8 and 9 in Section 5.

Lots 2,3,4,6,7,9,10 and 11 in Section 8.

Lots 8 and 12 in Section 9.

Lots 1,2,3,4 & 5 and $E\frac{1}{2}$ of Lot 16 in Section 10.

Lots 1,4,7,8,12,13 and 14 in Section 11.

Lot 1 and Lots 3 through 16 in Section 12.

Interlocutory Judgment 44
Exhibit F  Page 4

3585

2   Section 14, EXCEPT for Lot 13.

3   Lot 8 in Section 15.

4   Lot 15 in Section 16.

5   Lot 6, $S\frac{1}{2}$ of Lot 7, Lots 9, 10 and 13 in Section 21.

6   Lot 12 and $N\frac{1}{2}$ of Lot 14, and the $SE\frac{1}{4}$ of Lot 14, and $S\frac{1}{2}$ of Lot 10, and Lot

7   15, all in Section 22.

8   Lots 1, 2, 3, 6, 7 and 8 in Section 23.

9   Lots 1,2,4,6,7 and 8 in Section 24.

10  $N\frac{1}{2}$, and $N\frac{1}{2}$ of $SW\frac{1}{4}$, and $NW\frac{1}{4}$ of $SE\frac{1}{4}$ in Section 25.

11  Lots 9, 15 and 16 in Section 26.

12  Lot 17 ($N\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$) and $E\frac{1}{2}$ of Lot 2 in Section 27.

13  Lot 4 ($NW\frac{1}{4}$ of $NE\frac{1}{4}$) in Section 28.

14

15  The following lands in Township 9 South, Range 3 East; SBBM:

16  $S\frac{1}{2}$ of $NW\frac{1}{4}$, and $SW\frac{1}{4}$ in Section 3.

17  $S\frac{1}{2}$ and $S\frac{1}{2}$ of $NE\frac{1}{4}$ in Section 4.

18  Section 5.

19  Lots 8 and 9 ($N\frac{1}{2}$ of $NW\frac{1}{4}$), Lot 10 (Fractional $SE\frac{1}{4}$ of $NW\frac{1}{4}$), Lots 11, 12 and 13

20  (being fractional $NE\frac{1}{4}$ of $SW\frac{1}{4}$, $SW\frac{1}{4}$ of $SW\frac{1}{4}$, and $SE\frac{1}{4}$ of $SW\frac{1}{4}$, respectively),

21  $SE\frac{1}{4}$, and $SW\frac{1}{4}$ of $NE\frac{1}{4}$, all in Section 6.

22  $N\frac{1}{2}$ of $NE\frac{1}{4}$, and $SW\frac{1}{4}$ of $NE\frac{1}{4}$, and $S\frac{1}{2}$ of $NW\frac{1}{4}$, and $W\frac{1}{2}$ of $SE\frac{1}{4}$, and $SW\frac{1}{4}$, in

23  Section 7.

24  $SE\frac{1}{4}$ of $NW\frac{1}{4}$, in Section 8.

25  $N\frac{1}{2}$ of $NW\frac{1}{4}$ in Section 9.

26  $N\frac{1}{2}$ of $N\frac{1}{2}$, and $SW\frac{1}{4}$ of $NE\frac{1}{4}$, and $NW\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 10.

27  $S\frac{1}{2}$ in Section 11.

28  $N\frac{1}{2}$ of $N\frac{1}{2}$, and $SE\frac{1}{4}$ of $NE\frac{1}{4}$, in Section 12.

29  Lots 1, 2 & 3, and $NE\frac{1}{4}$ of $NW\frac{1}{4}$, and $NW\frac{1}{4}$ of $NE\frac{1}{4}$, in Section 18.

30  $NW\frac{1}{4}$, and $E\frac{1}{2}$ of $SW\frac{1}{4}$, and $SE\frac{1}{4}$, in Section 19.

31  $SW\frac{1}{4}$ of $SW\frac{1}{4}$, and $E\frac{1}{2}$ of $W\frac{1}{2}$, and $E\frac{1}{2}$ in Section 20.

32

33

Lot 7 and $SE_4^1$ of $SW_4^1$, and $SW_4^1$ of $SE_4^1$, all in Section 6.

$SW_4^1$ of $NE_4^1$, $W_2^1$ of $SE_4^1$, and $SE_4^1$ of $SE_4^1$, all in Section 10.

$SW_4^1$ of $SW_4^1$, in Section 26.

The following lands in Township 6 South, Range 2 West; SBBM:

Lot 4, $S_2^1$ of $NW_4^1$, and $SW_4^1$ of $NE_4^1$, all in Section 4.

Section 14.

$NE_4^1$ of $SW_4^1$, and $NW_4^1$ of $SE_4^1$, all in Section 20.

$NW_4^1$ of $NW_4^1$, $SW_4^1$ of $SW_4^1$, and $NW_4^1$ of $SE_4^1$, all in Section 24.

The following lands in Township 6 South, Range 3 West; SBBM:

Lots 1 and 2, and $S_2^1$ of $SE_4^1$, all in Section 30.

$N_2^1$ of $NW_4^1$, $N_2^1$ of $NE_4^1$, and $SE_4^1$ of $NE_4^1$, all in Section 32.

The following lands in Township 6 South, Range 4 West; SBBM:

$NW_4^1$ of $NW_4^1$, in Section 24.

The following lands in Township 7 South, Range 1 West; SBBM:

Lot 4 in Section 2.

Lot 7 in Section 6.

$E_2^1$ of $NE_4^1$, $NW_4^1$ of $NE_4^1$, $SW_4^1$ of $NW_4^1$, and $W_2^1$ of $SW_4^1$, in Section 8.

Lots 4,5 and 6 in Section 12.

Fractional Section 32.

$W_2^1$ and $SE_4^1$, in Section 34.

The following lands in Township 7 South, Range 2 West; SBBM:

$N_2^1$ of $NW_4^1$, $NE_4^1$ of $NE_4^1$, in Section 2.

The following lands in Township 8 South, Range 1 West; SBBM:

Fractional Section 4.

Lots 2 and 3 in Section 12.

Interlocutory Judgment #44
Exhibit F Page 6

3587

Lots 4,5 6 and 7 in Section 13.

$SE\frac{1}{4}$, $SE\frac{1}{4}$ of $NW\frac{1}{4}$, and $E\frac{1}{2}$ of $SW\frac{1}{4}$, all in Section 19.

$W\frac{1}{2}$ of $SW\frac{1}{4}$, in Section 20.

$SE\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 24.


The following lands in Township 8 South, Range 2 West; SBBM:

Lots 4 and 5, $S\frac{1}{2}$ of $SW\frac{1}{4}$, and $SE\frac{1}{4}$ of fractional Section 23.

$S\frac{1}{2}$ of $S\frac{1}{2}$, and $NE\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 24.

$SW\frac{1}{4}$ of $SW\frac{1}{4}$, and Lot 2 in Section 29.

Lot 5, in Section 30.

$E\frac{1}{2}$, $SE\frac{1}{4}$ of $NW\frac{1}{4}$, $E\frac{1}{2}$ of $SW\frac{1}{4}$, and Lot 4 in Section 31.

$NW\frac{1}{4}$, $NE\frac{1}{4}$ of $SW\frac{1}{4}$, and $N\frac{1}{2}$ of $SE\frac{1}{4}$, in Section 32.


The following lands in Township 8 South, Range 3 West; SBBM:

$SE\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 23.

Lots 1, 2 and 3, and $S\frac{1}{2}$ of $SW\frac{1}{4}$, in Section 24.

$W\frac{1}{2}$, $W\frac{1}{2}$ of $NE\frac{1}{4}$, and $SE\frac{1}{4}$, in Section 25.

$E\frac{1}{2}$ of $NE\frac{1}{4}$, and $NE\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 26.

Lots 1 and 2 in Section 31.

$S\frac{1}{2}$ of $NW\frac{1}{4}$, $W\frac{1}{2}$ of $NE\frac{1}{4}$, $SE\frac{1}{4}$ of $NE\frac{1}{4}$, $NE\frac{1}{4}$ of $SE\frac{1}{4}$, and $N\frac{1}{2}$ of $SW\frac{1}{4}$, in Section 33.


The following lands in Township 8 South, Range 4 West, SBBM:

$S\frac{1}{2}$ of $S\frac{1}{2}$, in Section 26.

$SE\frac{1}{4}$, $S\frac{1}{2}$ of $NE\frac{1}{4}$, $S\frac{1}{2}$ of $NW\frac{1}{4}$, and $N\frac{1}{2}$ of $SW\frac{1}{4}$, in Section 27.

$S\frac{1}{2}$ of $SW\frac{1}{4}$, and $SW\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 31.

$W\frac{1}{2}$ of $SE\frac{1}{4}$, in Section 32.

$SW\frac{1}{4}$ of $NE\frac{1}{4}$, and $N\frac{1}{2}$ of $SE\frac{1}{4}$ of $NE\frac{1}{4}$, in Section 33.

$NE\frac{1}{4}$ of $NE\frac{1}{4}$, in Section 34.

$N\frac{1}{2}$, $N\frac{1}{2}$ of $SW\frac{1}{4}$, $N\frac{1}{2}$ of $SE\frac{1}{4}$, and $SE\frac{1}{4}$ of $SE\frac{1}{4}$, in Section 35.


The following lands in Township 8 South, Range 5 West; SBBM:

Section 36.

$E\frac{1}{2}$ of $NW\frac{1}{4}$, Section 25.

Interlocutory Judgment #44
Exhibit F   Page 7

3588

The following lands in Township 9 South, Range 2 West; SBBM:

SE$\frac{1}{4}$ of NW$\frac{1}{4}$, and N$\frac{1}{2}$ of SW$\frac{1}{4}$, in Section 4.

Lots 2,3,5 and 6 in Section 6.


The following lands in Township 9 South, Range 3 West; SBBM:

NW$\frac{1}{4}$ of NW$\frac{1}{4}$, in Section 1.

Lot 4 in Section 3.

SW$\frac{1}{4}$ of SE$\frac{1}{4}$, and SW$\frac{1}{4}$ of NE$\frac{1}{4}$, in Section 10.

NW$\frac{1}{4}$ of NW$\frac{1}{4}$, and NW$\frac{1}{4}$ of NE$\frac{1}{4}$, in Section 15.


The following lands in Township 9 South, Range 4 West; SBBM:

Lot 1, in Section 9.


The following lands in Township 9 South, Range 5 West; SBBM:

Fractional Section 3.

Interlocutory Judgment #44
Exhibit F Page 8

3589

| LANDS OF THE UNITED STATES OF AMERICA OVERLYING AGUANGA GROUND WATER AREA | | | WATERSHED | TOTAL ACRES | IRRIGABLE ACRES |
|---|---|---|---|---|---|
| 81E | Sec. 4 | SW$\frac{1}{4}$ | Wilson | 407.0 | 79.3 |
| | Sec. 7 | NE$\frac{1}{4}$ of SW$\frac{1}{4}$ | " | 40.0 | 1.2 |
| | Sec. 16 | E$\frac{1}{2}$ | " | 320.0 | 102.5 |
| | Sec. 17 | SE$\frac{1}{4}$ of SE$\frac{1}{4}$ | " | 40.0 | 5.7 |
| | Sec. 20 | E$\frac{1}{2}$ of NW$\frac{1}{4}$; NE$\frac{1}{4}$; NW$\frac{1}{4}$ of SE$\frac{1}{4}$ | Temecula & Wilson | 280.0 | 4.4 |
| | Sec. 21 | Entire, EXC S$\frac{1}{2}$ of SW$\frac{1}{4}$ | Temecula & Wilson | 560.0 | 40.58 |
| | Sec. 22 | Lots 10-15; W$\frac{1}{2}$ of Lots 9 & 16 | Temecula | 287.8 | 11.1 |
| | Sec. 27 | N$\frac{1}{2}$ of NW$\frac{1}{4}$; NW$\frac{1}{4}$ of NE$\frac{1}{4}$; NE$\frac{1}{4}$ of SW$\frac{1}{4}$; NW$\frac{1}{4}$ of SE$\frac{1}{4}$ | Temecula | 200.0 | 19.3 |
| 81W | Sec. 13 | Lots 4, 5, 6, 7 | Temecula & Wilson | 136.6 | 23.1 |
| | | | | | 287.18 |

| LANDS OF THE UNITED STATES OF AMERICA OVERLYING ANZA-CAHUILLA GROUND WATER AREA | | | | | |
|---|---|---|---|---|---|
| 73E | Sec. 4 | NW$\frac{1}{4}$ of NE$\frac{1}{4}$; SW$\frac{1}{4}$ of SE$\frac{1}{4}$; NW$\frac{1}{4}$ | Cahuilla | 231.6 | 30.2 |
| | Sec. 8 | Lot 1 | Cahuilla | 40.0 | 7.0 |
| | | | | | 37.2 |

| LANDS OF THE UNITED STATES OF AMERICA OVERLYING THE MURRIETA-TEMECULA GROUND WATER AREA | | | | | |
|---|---|---|---|---|---|
| 82W | Sec. 23 | Lots 4, 5, S$\frac{1}{2}$ of SW$\frac{1}{4}$; SE$\frac{1}{4}$ | Pechanga | 302.6 | 8.2 |
| | | | | | 8.2 |

-1-

Interlocutory Judgment No. 44
Exhibit G

3590

| LANDS OF THE UNITED STATES OF AMERICA WHICH ARE TRAVERSED BY OR ABUT UPON TEMECULA CREEK | TOTAL ACRES | IRRIGABLE ACRES |
|---|---|---|
| 92E  Sec. 21  Lot 6'  $S\frac{1}{2}$ of Lot 7; Lots 9, 10 | 141.3 | 0 |
| Sec. 22  Lot 12, $N\frac{1}{2}$ of Lot 14, $SE\frac{1}{4}$ of Lot 14, $S\frac{1}{2}$ of Lot 10, Lot 15 | 137.4 | 1.9 |
| Sec. 23  Lots 1, 2, 3, 6, 7, 8 | 249.8 | 3.9 |
| | | 5.8 |

| LANDS OF THE UNITED STATES OF AMERICA WHICH ARE TRAVERSED BY OR ABUT UPON TUCALOTA CREEK | TOTAL ACRES | IRRIGABLE ACRES |
|---|---|---|
| 71E  Sec. 4  Lot 3;  $SE\frac{1}{4}$ of $SE\frac{1}{4}$ | 83.6 | 10.91 |
| | | 10.91 |

| LANDS OF THE UNITED STATES OF AMERICA WHICH ARE TRAVERSED BY OR ABUT UPON RAINBOW CREEK | TOTAL ACRES | IRRIGABLE ACRES |
|---|---|---|
| 92W  Sec. 4  $SE\frac{1}{4}$ of $NW\frac{1}{4}$; $N\frac{1}{2}$ of $SW\frac{1}{4}$ | 98.5 | 2.0 |
| 93W  Sec. 10  $SW\frac{1}{4}$ of $SE\frac{1}{4}$ | 40.0 | 0 |
| | | 2.0 |

| LANDS OF THE UNITED STATES OF AMERICA WHICH ARE TRAVERSED BY OR ABUT UPON DE LUZ CREEK | TOTAL ACRES | IRRIGABLE ACRES |
|---|---|---|
| 84W  Sec. 27  $SE\frac{1}{4}$; $S\frac{1}{2}$ of $NE\frac{1}{4}$; $S\frac{1}{2}$ of $NW\frac{1}{4}$; $N\frac{1}{2}$ of $SW\frac{1}{4}$ | 400. | 5.7 |
| Sec. 31  $S\frac{1}{2}$ of $SW\frac{1}{4}$; $SW\frac{1}{4}$ of $SE\frac{1}{4}$ | 120.0 | 0 |
| Sec. 32  $W\frac{1}{2}$ of $SE\frac{1}{4}$ | 80.0 | 0 |
| 85W  Sec. 25  $E\frac{1}{2}$ of $NW\frac{1}{4}$ | 80.0 | 0 |
| Sec. 36 | 652.9 | 0 |
| | | 5.7 |

-2-

Interlocutory Judgment No. 44
Exhibit G

3591

| | | | TOTAL ACRES | IRRIGABLE ACRES |
|---|---|---|---|---|
| LANDS OF THE UNITED STATES OF AMERICA WHICH ARE TRAVERSED BY OR ABUT UPON THE SANTA MARGARITA RIVER | | | | |
| 83W | Sec. 31 | Lots 1, 2 | 29.2 | 0 |
| | Sec. 33 | $S_\frac{1}{2}$ of $NW_\frac{1}{4}$; $W_\frac{1}{2}$ of $NE_\frac{1}{4}$; $SE_\frac{1}{4}$ of $NE_\frac{1}{4}$; $NE_\frac{1}{4}$ of $SE_\frac{1}{4}$; $N_\frac{1}{2}$ of $SW_\frac{1}{4}$ | 320.0 | 0 |
| | | | | 0 |
| LANDS OF THE UNITED STATES OF AMERICA WHICH ARE TRAVERSED BY OR ABUT UPON CHIHUAHUA CREEK-- A TRIBUTARY OF TEMECULA CREEK | | | | |
| 92E | Sec. 8 | Lots 2, 3, 4, 6, 7, 9, 10, 11 | 308.7 | 0 |
| | Sec. 9 | Lot 12 | 38.0 | 0 |
| | Sec. 11 | Lots 1, 4, 7, 8, 12, 13, 14 | 309.9 | 34.0 |
| | Sec. 12 | Entire Section with exception of Lot 2 | 589.5 | 5.0 |
| 93E | Sec. 6 | Entire, EXC $N_\frac{1}{2}$ of $NE_\frac{1}{4}$; $SE_\frac{1}{4}$ of $NE_\frac{1}{4}$, Tract 37 | 382.0 | 30.1 |
| | Sec. 7 | $N_\frac{1}{2}$ of $NE_\frac{1}{4}$, & $SW_\frac{1}{4}$ of $NE_\frac{1}{4}$, & $S_\frac{1}{2}$ of $NW_\frac{1}{4}$, & $W_\frac{1}{2}$ of $SE_\frac{1}{4}$, & $SW_\frac{1}{4}$ | 401.4 | 6.5 |
| | | | | 75.6 |

-3-

Interlocutory Judgment No. 44
Exhibit G

3592