

ENTERED
MAY 8 - 1963

FILED
MAY 8 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| vs. ) | FINAL JUDGMENT AND DECREE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of ) the State of California, et al., ) | |
| Defendants. ) | |

The above-entitle cause came on regularly for trial before the Honorable James M. Carter, United States District Judge, following remand from the United States Circuit Court of Appeals for the Ninth Circuit, which directed that this Court ". . . enter no judgment until the entire suit can be disposed of at the same date."

Because of the complexities of this litigation and the fact that the physical water resources were located throughout the watershed, this Court determined that the said mandate could best be complied with by adjudicating the rights of the parties to the cause in segments of the watershed involving limited areas and numbers of defendants and

- 1 -

7030

by entering Interlocutory Judgments as the trial concerning each such segment was concluded. Proceeding in this manner, this Court has entered interlocutory judgments as the trial progressed, each of which concerns a specified area within the Santa Margarita River watershed, or a limited legal issue presented by the parties. These interlocutory judgments expressly provided that they were not final and not operative until made a part of the final judgment. This Court having now entered orders or interlocutory judgments on all areas within the watershed and all issues presented for decision, and the rights to the use of the waters of the Santa Margarita River stream system having been adjudicated in those interlocutory judgments, this Court therefore will enter its final judgment and decree.

Evidence both oral and documentary having been introduced, and the Court having heard arguments of counsel on the issues presented, and having considered the matter,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1.

IT IS ORDERED, ADJUDGED AND DECREED that each of the following Interlocutory Judgments or Orders and the Findings of Fact and Conclusions of Law attached thereto, including amendments, if any, are adopted by reference as the final Findings of Fact, Conclusions of Law, and Judgment and Decree of this Court:

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|---|---|---|
| 1 | April 7, 1961 | Jack & Cosette Garner (Wilson Creek Area) - now merged into 33A |
| 2 thru 21 | April 7, 1961 | Fallbrook & Area South (non-riparian) - now included in Amended 39A |
|  | November 21, 1962 | Amendment to 2 (Parcels to be included in 42 - Rainbow) |
| 22 | April 7, 1961 | Regarding Water Rights on Lands Originally Conveyed by Mexican Grants |
| 23 | April 7, 1961<br>April 4, 1962 | Appropriative Rights - FPUD<br>Amendment to 23 |
| 24 | April 13, 1961 | Non-Statutory Appropriative Rights of USA in SMR for Lake O'Neill |
| 24A | May 7, 1963 | Stipulation Respecting Appropriative Rights to Use of Waters of SMR for Lake O'Neill - USA & FPUD |
| 25 | April 17, 1961 | Pertaining to 1930 and 1940 California State Court Judgments |
| 26 | April 25, 1961 | Oviatt (Parcels in 33 and 34A) |
| 27 | April 25, 1961 | Knox (All parcels included in 40) |
| 28 | May 24, 1961 | Miscellaneous Surface Impoundments |
|  | December 8, 1961 | Amendments to 29A, 31A, 32A, 33A & 34A (Explanation of parcel numbers) |
|  | February 8, 1962 | Amendments to 29A, 31A, 32A, 33A, 34A & 38A (Jurisdiction of surface waters) |
| 29A | August 1, 1961 | Sandia Creek sub-watershed (All Parcels now included in 39A) |
| 30 | March 8, 1962 | Murrieta-Temecula Ground Water Area (Riverside County subdivisions) |
|  | July 3, 1962 | Amendment to 30 (Storage Units 1, 2, 3, 4 - approximately 418,000 ac.ft.) |
|  | March 6, 1963 | Amendment to 30 - Respecting Stipulation--Settling Rights |

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|---|---|---|
| 30A | March 13, 1963 | Murrieta-Temecula - Outside Ground Water Area |
| 31 | January 25, 1963 | Santa Gertrudis (Lower Murrieta) |
| 31A | July 27, 1961 | Tucalota Creek Sub-watershed Amended (Lower Murrieta) |
|  | March 6, 1963 | Amendment to 31A - Respecting Stipulation - Settling Rights |
| 32 | December 11, 1962 | DeLuz Creek Sub-watershed |
|  | March 6, 1963 | Amendment to 32 - Respecting Stipulation - Settling Rights |
| 32A | August 4, 1961 | DeLuz Creek Sub-watershed |
| 33 | December 11, 1962 | Anza Valley, Wilson Creek & Coahuilla - Down to ground water area |
| 33a | August 4, 1961 | Wilson & Coahuilla Creeks Sub-watershed |
|  | March 6, 1963 | Amendment to 33A - Respecting Stipulation - Settling Rights |
|  | April 9, 1963 | Amendment to 33A - Interlocutory Judgment 1 merged into 33A |
| 34 | February 20, 1963 | Temecula Creek above Aguanga Ground Water Area |
|  | March 6, 1963 | Amendment to 34 - Respecting Stipulation - Settling Rights |
| 34A | December 7, 1961 | Temecula Creek Sub-watershed Above Vail Dam |
|  | March 6, 1963 | Amendment to 34A - Respecting Stipulation - Settling Rights |
| 35 | June 4, 1962 | Vail Company (Temecula Creek Below Vail Dam and to the Gorge) |
| 35A | December 11, 1962 | Vail Company |
| 36 | July 3, 1962 | Warm Springs & Diamond-Domenigoni (Upper Murrieta) |

| Number | Date Interlocutory Judgment or Order Entered | Brief Description of Subject Matter |
|---|---|---|
| 36A | February 20, 1963 | Warm Springs (Upper Murrieta) |
|  | March 6, 1963 | Amendment to 36A - Respecting Stipulation - Settling Rights |
| 37 | April 6, 1962 | Military Enclave |
|  | November 8, 1962 | Amendment to 37 (Sewage effluent discharges & Water conservation practices) |
|  | February 20, 1963 | Amendment to 37 (Exclusive jurisdiction) |
| 38 |  | (No Judgment #38) |
| 38A | January 3, 1962 | Temecula Creek Sub-watershed - Below Vail Dam and above Gorge |
|  | March 6, 1963 | Amendment to 38A - Respecting Stipulation - Settling Rights (1/30/62 Order setting aside 38A 2/1/62 Order vacated) |
| 39 | December 11, 1962 | SMR - Below Gorge and above Enclave (Includes Sandia) |
|  | April 9, 1963 | Amendment to 39 - (Includes Fallbrook and Area South) |
| 39A | November 8, 1962 | SMR - Below Gorge and above Enclave (Includes 29A) |
|  | March 13, 1963 | Amendment to 39A (Includes Fallbrook and Area South) (Also 2 thru 21) |
| 40 | December 12, 1962 | Aguanga Ground Water Area (Temecula & Wilson) |
| 41 | November 8, 1962 | Indian Reservations |
| 42 | October 10, 1962 | Rainbow Creek |
| 42A | February 25, 1963 | Rainbow Creek |
| 43 | February 6, 1963 | Cottle & Gibbon |
| 44 | May 8, 1963 | National Forest Lands |
| 45 | December 12, 1962 | Order Regarding Water Extractions |

- 5 -

7034

2.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment provisions as set forth in these interlocutory judgments and orders are effective as of the date of entry of this final judgment and decree.

3.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court retains continuing jurisdiction of this cause as to the use of all surface waters within the watershed of the Santa Margarita River and all underground or sub-surface waters within the watershed of the Santa Margarita River, which have been determined in the above-referred to interlocutory judgments or orders to be a part of the sub-surface flow of any specific river or creek, or which have been determined in said interlocutory judgments or orders to add to, contribute to, or support the Santa Margarita River stream system. The continuing jurisdiction of this Court reserved in this judgment, shall only be exercised during the pendency of an appeal, upon an application to the Court of Appeals for the Ninth Circuit for leave to so proceed, and upon the granting of such application by the Court of Appeals and the restoration of jurisdiction to the Court for such limited purpose.

4.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the STATE OF CALIFORNIA STATE WATER RIGHTS BOARD, or its successor agencies as may be provided by the laws of the State of California, shall continue to exercise its statutory

- 6 -

7035

jurisdiction over all present or future appropriative rights to the use of waters of the Santa Margarita River and its tributaries.

5.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall also continue to exercise jurisdiction concerning all present or future appropriative rights insofar as such uses may be adverse to the exercise of any prior vested water right within the Santa Margarita River watershed, as adjudicated by the provisions of the Interlocutory Judgments or orders above set forth.

6.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court reserves the right to amend, nunc pro tunc, upon its own motion either with or without notice, any interlocutory judgment or order or exhibit attached thereto, for the purpose of correcting errors or inaccuracies in names, legal descriptions or other similar factual data contained in said interlocutory judgments or orders or exhibits, as provided in Rule 60A of the Federal Rules of Civil Procedure.

7.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the continuing jurisdiction reserved by this Court will be exercised on the Court's own Motion, or upon the motion of any party to this cause, his heirs, successors, or assigns, made upon notice and in accordance with the Rules of this Court.

- - - -

8.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that neither this Final Judgment and Decree or any Interlocutory Judgment or order incorporated herein shall in any manner affect the right of the United States of America to acquire by the exercise of the power of eminent domain property including water rights of any nature as is or may be authorized by the laws of the United States of America; nor shall this Final Judgment and Decree or any Interlocutory Judgment or order incorporated herein prevent any defendant from acquiring property including water rights of any nature by the exercise of the power of eminent domain as is or may be authorized by the laws of the State of California.

DATED: 5/8/    , 1963.

*James M. Carter*
JAMES M. CARTER, Judge
United States District Court

5/13/63

Returned Notices sent out February, 1963, and may be eliminated from list for Notices on Final Judgment and Decree

#1247-SD-C

FILED

MAY 23 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

- Adams, Harold L. & Vera L.
- Aitken, Jack C.
- Anderson, Ruth
- Anderson, Edward
- Anderson, Henry Albert
- Anderson, Jack L.
- Anderson, Myrtle A.
- Angeloty, Achilles
- Appleford, Basil Brandaden
- Appleford, Ernest James William
- Appleford, John Henry
- Appleford, Peter Hugh
- Argetsinger, Freeman H. & Nell E.
- Armstrong, Glenn F. & Dorothy R.
- Arthur, Herbert C. & Margaret L.
- Ayres, Joseph A. & Ruth F.

- Bacher, Frederick A. & Virginia Rogers
- Bacon, Bertrand A. & Methel S.
- Bacon, Fulton S.
- Baetz, Edward J.
- Bailey, Chalma L.
- Baker, Chalace U. & Francis O.
- Ballard, Robert H. & Mary Elizabeth
- Ballinger, Bert
- Bandel, Henry
- Barell, Minnie
- Barnes, Garland E.
- Barnes, Kate
- Barnett, Francis L.
- Barrett, Delbert E.
- Barrett, Walter E.
- Bartlet, Henry James & Isabella Margaret
- Bastian, Glenn
- Batson, Nathanial P.
- Bawden, Marietta Eleanor
- Beason, Karl T. & Dorothy J.
- Beattie, Vernon L. & Ruth D.
- Beausoleil, George & Nina
- Beck, Justine R.
- Beck, Nellie F.
- Becker, Edgar L. & Gloria E.
- Begion, Raymond D. & Dorotha
- Belbo, Ingvar & Magda
- Bella, Nicholas G. & Mayo G.
- Benson, Cleon E. Jr. & Mildred T.
- Bergman, Nathan & Ann
- Bergman, Walter A.
- Berridge, Wallace Weaver (W. W.)
- Berthold, George H.
- Bettendorf, Nick & Katherine
- Biggs, Chauncey P. & Susan C.
- Blitch, William J.
- Block, Clifford W.
- Bloodsworth, Leonard F. & Naomi L.
- Blount, Ruth E. & Estes
- Boen, Lora Mae
- Bogart, Guy
- Boosing, Albert D. & Petrona Delgado
- Booth, Alberta Evanell
- Boro, Eugene V. & Helen O.

- Boswell, Roy W.
- Bradford, Ione
- Bradley, Hazel Laura
- Branch, Leona
- Brandenburg, Arthur & Peggy
- Brann, Charles A.
- Bray, Richard & Cora D.
- Breedon, Kathryn K.
- Brings, Donald A. & Beryl F.
- Brinkerhoff, Elzada C.
- Briscoe, Audrey K.
- Brittingham, Leroy & Dora Belle
- Britton, William J. Jr. & Christina W.
- Brockman, Harold L. & Edith V.
- Brockman, Edward W. & Bessie C.
- Brome, Dorothy Mae
- Brown, E. J.
- Brown, Marcus Holt & Caterina F.
- Bruna, Arthur & Georgia
- Brunson, Chester A. & Dorothy J.
- Brunson, Robert M.
- Bruwin, Mary H.
- Bryant, Newton T. & Willie Mae
- Buchanan, Cora Ann
- Buckmann, Beryl
- Buckner, Wilbur G. & Beulah E.
- Buford, Arlo
- Buono, Victor Francis
- Burch, Frank J.
- Burnell, Joseph (Joel) & Louise E.
- Burnett, W. C.
- Burns, William H. & Ines F.
- Burr, Winston T. & Dorothy
- Burt, Jerry F. & Catherine T.
- Burton, Henry Charles & Winifred Edith
- Busby, James C. Sr. & Louise C.
- Buttress, Hilda R.

- California Pacific Title Insurance Company
- Cameron, Ferol Rowland
- Campbell, Roscoe D. & Dorothy H.
- Campbell, Thomas & Francis
- Cannon, Theresa M.
- Cantrell, Edith M.
- Cargile, Dellamore D. & Marguerite C.
- Carmichael, C. S. & Clara A.
- Carillo, Refugia
- Carter, Charles C. & Ada B.
- Casas, Joseph
- Cheney, Bryant E. & Avis B.
- Cianfrini, John & Carol Joan
- Cipperman, Rudolph & Estella
- Clark, Allen B. & Virginia
- Clark, Jean H. & Mildred C.
- Clarke, Willard F. & Marguerite A.
- Claypool, Ray L. & Dora

-1-

7038

-2-

Clyde, West S. & Thelma B.
Coast Escrow Co.
Coast Surety Corporation
Cochran, William H. & Beverly
Coleman, William B. & Bonnie May
Colvin, William Herbert & Addie G.
Combs, Jack Le Roy
Compton, Frederick H. & Madaline
Compton, Jack K. & Ruth
Conkle, Phillip M. & Hilda M.
Connely, Theodore
Covell, Robert L.
Cox, Edna Wynal
Cox, Flora
Coy, Alfred H. & Anna
Crites, Mildred
Crow, Reuben T. & Lydia M.
Crum, Robert B.
Culling, Louis Turley
Curtis, Clyde C. & Alice K.

Dameri, James L.
Dameri, Robert L.
Daniels, Arthur M.
Davis, David A.
Davis, Estella
Davis, Le Compte & Edythe G.
Davis, Richard W.
Deal, O. T.
Deal, William C. & Anna C.
Dean, Clare P. & Pearl
Deering, Mary
DeLeon, R. & Lucy Chaves
Denton, Gerald R. & Fredonia F.
DePauley, Leopoldine
DeVana, Lula
Dew, Isabella
Dickson, Harry Richard
Dickson, David M.
Dickson, Joseph H. & Pauline
Dietz, Henry Edward
Dimitri, Anna R.
Dindinger, K. R.
Dinnel, Robert A. & Jennie M.
Dinsmore, James A.
Dodge, Mildred E.
Doerrer, Anna
Dover, Ernest & Xenia I.
Drake, A. T. & Bert
Drake, Alden T.
Drake, Murl W. & Evelyn D.
Dulaney, Ellen M.
Duncan, Tom W. & Frances W.
Dunham, Sarah A.
Dunker, Minnie
Dunlap, Andy E.
Dunlap, Frank & Ruth
Dunn, Barbara

Eason, Robert R. & Florence M.
Eberhardt, Neoma
Eberle, Anton & Betty
Eden, Joseph E. & Josephine E.
Ehlers, Fred
Ehmcke, Casper
Eilers, Alvina L.
Elianch, Hjalmar H.
Engleman, Robert L. & Helen M.
Enpert, John W. & Violet A.
Escrow & Loan Service Co., Inc.
Eubanks, Hale B. & Marjorie M.
Evans, Claude D. & Freda A.
Everett, Rena Amelia

Faeth, John & Edna G.
Fargie, Oscar & Kaweleleilani J.
Farmer, Gordon G. & Murriel
Figstad, Sam
Fisher, Jack M. & Frances
Flagg, Georgia E.
Fleetwood, Donald F. & Margaret
Fleetwood, Donald W.
Fleetwood, Robert C.
Fleshman, Martha
Fortin, C. E.
Foster, George K.
Fowler, Frank W. & Ellen T.
Fox, Harriette H.
Francius, Enno D. & Mellisande
Freeman, Estefana
Frohlick, Elbert S. & Josie V.
Frost, Myron O.
Funk, Jerry H. & Beatrice

Gach, Theodore I.
Galloway, Joseph P. & Ruth E.
Gant, T. H. & Ruth
Gardner, Dennis D. & Marion E.
Gardner, F. J.
Gardner, J. O.
Garrone, Louis
Garroway, L. Roba
Gartler, Stanley
Gassner, Leo D. & Gladys L.
Gaulding, Karl J. Jr.
Gavin, Frank
Gerend, Frank T. & Lydia E.
Gerstenberger, Earl H. & Maybelle M.
Gilbert, F. C. & Maude G.
Giles, Lawrence
Gleason, Charles A. & Lena L.
Gledhill, H. J. & Coral G.

7039

Godfrey, William H. & Vera M.
Gold, Hyman
Goldenboe, George W. & Lela P.
Goodair, Enoch
Gordon, Edsil J.
Goss, Richard B. & Sarah H.
Gottfried, Abraham
Graber, Sidney
Gracey, Betty K.
Gracey, Clara Ellis
Grah, Harry M. & Lucienne
Graham, George H. & Sarah Jane
Graham, W. A. & Anna H.
Grammer, Joseph F. & Gertrude M.
Graver, Homer L. & Rose A.
Green, Prudence V.
Green, Seth W. & Alice M.
Gregg, Donald T. & Jane
Griffith, Walton J. & Dora A.
Groleau, Lawrence & Gladys L.
Guegal, William R.
Guthrie, Suzanne
Gwyther, Helen M.

Haas, L. C. & Sylvia E.
Hagan, Park K. & Rosalie G.
Hale, Linnea, Deceased
  c/o Robert E. Hale
Hale, Walter B. & Myrtle
Haller, Raymond J.
Hamberger, Arnold C. & Frances E.
Hamilton, Viola V.
Hansen, Thor
Harmon, Rosa
Harris, Dan J. & Virgia M.
Harrison, Howard V.
Harvey, Leonard N.
Haskell, Agnes R.
Hasselquist, Gustav H. & Jeanne B.
Hayes, Edward C. & Marguerite
Hecker, William F. & Myrtle M.
Hedler, William M. & Frances M.
Hekman, George
Helvey, K. F.
Hemet Investment Co.
Henry, Nora
Hibbard, Royal & Judy
Hicks, Harry D.
Higlee, William J. & Merlyn S.
Hill, Edward M.
Hill, William H. & Mary H.
Hinkley, George E. & Emma M.
Hoge, Erma E.
Holcomb, Cathryn L.
Holley, Jess L. & Maud
Hollowell, D. L. & Eva
Holmes, Elsie M.
Holmes, Serverin I. & Lea
Hope, Eddy Augustine
Hoppes, Earl J. & Juanita L.
Hetrich, Lawrence & Jean

Howell, Ida E.
Huber, Albert J. & Eunice M.
Hunt, Inez M.
Hunter, Victoria
Huscher, Carroll D. & Gladys T.


Ingram, Harriet M.
Irving, Charles H.
Isrig, Clayton S. & Grace F.


Jackson, J. P. & June
James, William & Della
Jeffries, George T. & Eleanor G.
Jenewein, Francis A. & Virginia Mae
Jensen, William F. & Edna
Jerome, Betty C.
Jesson, Jessie R. L.
Jewish Agriculture Society Inc.
Johannsen, Louis J. & Gwendolyn H.
Johnson, C. Carl
Johnson, Clarence E.
Johnson, Harold E. & Doris W.
Johnson, Henrietta May
Johnson, Lawrence B.
Johnson, Mabel L.
Johnson, Rudolph
Johnson, Violet C.
Johnstone, Helga L.
Jones, Alex H. & Marilyn M.
Jones, Carl & Mary Elizabeth
Jones, Norma Mae
Jones, Oliver L. & Winifred E.
Jorgenson, Bernice H.
Jorgenson, Merle E. & Patricia
Juarez, Carmen


Kalinczok, Michael & Lynda M.
Katz, Louis & Esther
Katz, Mary
Keele, Eldon R. & Geraldine
Kempf, Joe & Elizabeth
Kennedy, Margaret M.
Kennedy, Royce W. & Mary M.
Kenworthy, Lionel C. & Faith W.
Kernick, Frank
Kilmer, Philip S. & Venetta J.
Kimball, Carolyn
King, Charles & Mae E.
King, Margorie Holt
King, Rollo Ward & Minnie D.
Kinsall, Harry & Della A.
Kinsman, Tyke G.
Klein, Elroy C.

-3-

Knutson, Odin C. & Martha R.
Koch, Paul & E. Jean
Kovar, Paul J.
Krafft, Charles L. & Lennora
Kries, Laura Bella
Kriegel, Thomas A. & Edna C.
Kurnik, Frank
Kuykendall, Harold B. & Ardys M.

McCurnin, Jack & Marcia
McDaniel, Cyrus J.
McDonald, William J. & Ethel
McDonnell, Ruja A.
McGill, W. R. & Allairé F.
McKethan, Geddie W., Jr.
McNichols, John

La Flasch, Richard & Lillian
La Mesa Ranch Co.
Land Escrow & Safe Deposit Co.
Landgren, John A.
Landi, John H. & Betty
Lanning, Clarence Roy & Leona L.
La Pointe, Albert C. & Gislaine
Lareva, John G. & Phyllis A.
Lawson, Mable
Lawton, Ferns R. & Martha
Laybourn, George R.
Layer, Helen Elizabeth
Leiendecker, Ella M.
Leslie, Charles E. & Faye R.
Leuschner, Charles C.
Lewandowski, John & Helen A.
Lewis, Glenda A.
Lhamon, William H. & Gwen H.
Liger, John M. & Beverly
Lillie, Tim
Lincoln, Laura Jean
Lindell, Orville A. & Charlotte L.
Lipp, Fred L. & Martha M.
Lobb, Thomas, Jr., & Janet
Logan, F. M. T.
Lohman, Edgar S. & Myrtle D.
Loit, Woodrow W. & Jessie
Long, C. R.
Loveberg, A. Godfrey Jr.
Lucier, Ella J.
Lund, Per Z.
Lundgren, Grace
Lunog, John & Fern
Lutze, Alfred M. & Sadie C.
Lux, Charles A. & Edna T.

McCalmant, R. M.
McCarrell, Frances
McClellan, Gertrude
McCracken, F. V., Executor

MacDonald, Allan W. C. & Elizabeth
MacDonald, Leonard
MacPherson, Janet W.
Macres, Harry
Macy, Roy W. & Mary T.
Madigan, Robert H. & Barbara Jean
Madley, William C. & Katherine
Madzoeff, John
Madzoeff, Madaros & Victoria
Magnes, Charles Lorenzo
Mulholland, Hazel
Malone, Irma
Malzacher, Richard
Markley, Robert Earl
Marks, Paul R. & Ada D.
Marshall, Drain M.
Marshall, George & Iona
Martin, C. P.
Martin, Gene R. & Joline A.
Martin, Kirk & Lynn
Martin, Lynn
Martin, William Seeds
Marty, Madge
Mason, John William
Mayor, F. L.
Mazacre, Filomena
Meinke, Theodore & Florence
Meier, Ada E.
Melone, Earl T. & Marion B.
Melton, Mary M.
Meredith, Glenn T. & Dena J.
Merrick, Byrnh
Metcalf, Marion & Lela
Meyer, David & Amelia
Miller, Benjamin F. & Hazel
Miller, Florence H.
Miller, Lula I.
Mills, John A. & Ellen A.
Miner, Laura K.
Mitchard, Herbert & Bessie
Mitchell, Eve U.
Mitchell, Sumner T. & Fliner
Moffitt, Sharon
Moore, J. L. & Ila L.
Morales, Santo & Helena
Morgan, James C. & Mildred A.
Morris, Thomas M. & Sarah E.

-4-

Mosley, Wilburn & Dorothy P.
Mossholder, J. L. & Rose
Mount Helix Associates
Murray, Lenora Henry
Myers, Harry A.
Myers, Harry & Pearl Jewell
Myers, W. D.

Nahra, Ray & Sue Mae
Nay, Edwin F. & Barbara J.
Neilson, Lucy B.
Nelson, Everett B.
Nelson, Frederick & Miriam
Nettels, Edward & Shirley Ann
Nichols, Ralph F.
Nieder, Peter J.
Nielson, Jack W. & May P.
Nixon, Hugh & Bernice

O'Connor, Rosaline G.
O'Laughlin, Joseph F. & Janet A.
Older, Kenneth J.
Oldham, William G. & Henrietta B. E.
Olivera, Joseph L. & Josie H.
O'Rourke, Thomas J. & Louise M.
Oswald, Jackson M. & Susie M.
Ott, John W. & Georgia L.
Oxley, Abner S.

Paddock, George H.
Pahl, Charles
Palmer, Coburn T. & Marjorie
Papenhausen, William H. & Mary
Paris, Tom
Parks, William R. & Amy
Paterson, Margaret Smith
Pearce, William John
Perry, Roy
Peters, Rossie M.
Peterson, Herbert J.
Peterson, Holger H. & Madga M.
Peterson, Jack L.
Peterson, Katherine K.
Peterson, Velma, Executrix
Phelps, Edwin, Sr.
Phillian, Alexander John
Phillips, Caroline E.
Phillips, John William
Phillips, Marjorie C.

Pinkham, Clarence I. & Annie E.
Pitman, Leora A.
Pitt, Ralph C. & Ethel R.
Plante, Arthur J. & Emilienne
Pohle, Albert W. & Margie L.
Pollard, Arthur V. & Hilda
Pollard, Clarence O. & Florence H.
Pool, Edwin D. & Ruth
Poorman, J. Ray & Jean E.
Porteny, Jaime & Tillie
Power, Roscoe H. & Barbara E.
Preston, Albert H.
Provolt, Myrtle A.
Purtee, Charles M. & Lena Jo

Ragland, Dorsey W. & Jack R.
Rail, Clarence Harold
Rail, J. C.
Rand, Marie T.
Randall, Kermit E. & Erma B.
Randolph, Randy & Barbara
Ranney, James P. Jr. & Barbara G.
Ransom, Daniel & Ethel H.
Rauschelbach, John F. & Jennie Belle
Raymond, John B. & Viola M.
Raymond, Robert W.
Reed, Abraham L. & Anna P.
Reid, Herbert K. & Rose V.
Reitenbach, Francis J. & Ruth E.
Renon, John, Jr., & Dorothy M.
Rappert, Sierra H. & Frances E.
Reyes, Cruze F.
Reyes, Pancho & Domintila
Ribaudo, John & Mary
Richards, Edgar A., Jr. & Ruth M.
Richmond, James A. & Julia A.
Richmond, James A., Trustee
Rick, Faye C.
Rickert, Otto G.
Ridenour, Ralph O. & Myrtle E.
Ridgeway, Edith
Rissman, Maurice & Irene
Ritter, J. F.
Riverside County Production
   Credit Association
Robbins, Genevieve
Robbins, Lonnie J. & Marjorie M.
Roberts, W. M. & Jean
Robertson, Lincoln Glenn
Rogers, David Robert
Rogers, Nettie J.
Rogers, Lincoln & Elizabeth B.
Rogers, Roy & Gina
Rojas, Ruben
Rook, Arthur W. & June D.
Rosch, Leon & Oka Betty
Ross, Henrietta Eliot
Ross, Iva

-5-

7042

Rouse, Clayton W. & Margaret E.
Rowden, E. W. & Eunice L.
Rush, Mary C.
Russell, George D. & Audrey Darlene
Russell, William R. & Anna E.

Salcedo, Henry & Josephine
Salmon, Ernest & Muriel C.
San Diego County Berries Investment Co.
San Pedro, Robert & Marjorie D.
Saunders, Edward C. & Ida L.
Saurin, Edward W.
Sawyer, Jean
Sawyer, Louis
Sawyer, Rebecca E.
Schmidt, Ino A. & Mildred A.
Schmoyer, Luther A. & Dorothy A.
Schneider, Max
Schoutzow, Ray E.
Schroeder, Anna P.
Schryer, Julia H. & Wilfred L.
Schwabacher, Phillip H.
Schwartz, Arthur C.
Scranton, Harold C.
Sears, David F. & Carolyn J.
Sears, James B.
Seery, Mick A. & Mabel S.
Sellers, W. G. & Mozelle A.
Semans, John L. & Eva M.
Severns, Frieda W.
Sharpless, Monroe
Shears, Robert V. & Ruth
Shoemaker, Carl R.
Simmons, Lewis T.
Simmons, Margaret
Singletery, Everett & Alta
Skaggs, Roy G. & Mabel J.
Slaton, Glen A. & Marie C.
Sluder, Clifford E.
Slusser, Ann
Smarr, Rita
Smith, Floyd O. & Eva H.
Smith, Geraldine
Smith, Harold A. & Marian
Smith, Harry V. & Myrtle
Smith, Howard H. & Emily
Smith, Leslie F. & Nellie E.
Smith, Loren D. & Lorraine M.
Smith, Martin H. & Aleta D.
Smith, Sidney B. & Julia T.
Snodgrass, T. C. & Lorene
Snyder, Harold W. & Sidney
Soudan, Earle F. & Dorothy
Southern California District Advisory Board
Spaulding, Grandin & Mary
Spears, Leonard
Spence, Morgan L. & Juanita B.
Spencer, Herbert E. & Joanne
Steifel, Charles J.

Stevinson, Solida
Stewart, Stanley & Adelaide
Stites, Katherine Jean
Stockton, James H.
Strider, H. E. & Odette D.
Stroud, Robert A. & Irene K.
Stuart, Elliott H. & Robyn J.
Stucker, Roger F.
Stults, Allan C. Jr., & Helen D.
Sullivan, L. G. & Anna L.
Sullivan, Earl L. & June M.
Smarl, Watson, Henry M.
Sundit, Lottie
Sundell, Charles G. & Irene J.
Sunny Cal Ranch Corp.
Swain, Rex & Lottie
Sweeney, Clark L. & Goldie
Swindle, James A. & Charlotte L.
Synarinos, Basil T.

Talbert, Thomas V. et al.
Tarwater, Benjamin W. & Clara I.
Taylor, Duane O. & Maxine
Taylor, Minnie A.
Tharp, Alvin C. & Mildred E.
Theil, Marion
Thomas, Donald J. & Peggy J.
Thomas, Frank & Gladys
Thompson, Glenn M. & Mary T.
Thompson, Lewis Jr. & Ava A.
Thompson, Robert E. & Virginia D.
Tibbett, Delsia P.
Tingler, Charles & Leota
Tingler, Howard J.
Tingler, William
Tippit, Charles F. & Patricia
Tomlinson, Bruce A. & Julia M.
Tomlinson, Donald A. & Betty J.
Torbett, Harry G. & Etta M.
Torry, Stanley & Barbara
Toy, Florence P.
Traylor, Wilfred L. & Laura Howell
Trent, Charles W. & Joni J.
Tripp, Mary Alice
Tripp, Clyde S.
Trotter, Edna Lee
Turk, William J. & Ruth E.
Turner, Dewie W. & Doris M.
Turner, James & Ada M.
Turner, Maurine P. & Alice M.

-6-

7043

Underwood, E. D. & Dorothy M.
United Title Guarantee Co.
Utt, Florence G.



Van Hoose, Laura K.
Van Landuyt, Irene
Vaughn, Patrick A. & Margaret P.
Vaught, Roy L. & Thea F.
Vickers, Gladys Sullivan & Russell G.
Vix, Harry R. & J. Lenore
Vogel, Karl



Wagenaar, Gerardus
Waggoner, T. L.
Wagnon, Patricia Ruth
Walker, Paul U. & Helen H.
Wallace, Donn E. & Ruth A.
Wallace, Elsie Jean
Wanetick, Israel & Rose
Ward, Harry J.
Ward, Minnie
Warren, J. Sex & Bonnie R.
Washburn, Ira D.
Washburn, Thomas D. & Rose F.
Watt Development Corp.
Weaver, Adrian F.
Weeks, Arthur Benson
Weichers, Edwin O. & Martha E.
Weidlein, Mary
Weston, Claude & Lorraine
Welch, Laura
Wells, Orven E. & Leona W.
Wetzel, Winona
Wheeler, Illa
Whitcomb, Donald B. & Patience L.
White, Dorothy Ayers
White, Dorothy O.
White, Oliver M.
Whitlock, John H. & Florence A.
Whittemore, Edward R. & Alice
Wickerd, W. R.
Wilkins, Hilda
Williams, Allen W. & Gladys
Williams, Clarence F., Jr.
Williams, Mamie J.
Williams, Milton A.
Willis, William V. & Flossie F.
Willoughby, Luther A. & Patricia A.
Wilson, Burton E. & Ione S.
Wilson, Charles W. & Lilly M.
Wilson, Orland D. & Irene L.
Wilson, Robert John
Wilson, Truman & Florence R.
Wilson, Walter D.
Wisdom, Margaret R.
Wise, Charley C. & Mildred A.

Wolford, Richard F. & Lucille G.
Woody, Lillian H.
Worcester, Doris I.
Wright, Fred M. & Verba B.
Wrotnowski, Delcine
Wyatt, Charles C. & Emma Phoebe



Yost, Forest L.
Young, Anna C.
Young, George L. & Lenore L.
Young, H. C.
Young, Violet M.
Yzarri, Catherine M.



Zegers, Victoria Hunter