RAMSEY CLARK
Assistant Attorney General
Department of Justice
Washington 25, D. C.

Attorney for the UNITED STATES OF AMERICA

**FILED**
JUL 1 - 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
| Defendants. ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Ninth Circuit from that certain Final Judgment and Decree which was entered in this case on the 8th day of May, 1963.

Dated this 27th day of June, 1963.

UNITED STATES OF AMERICA

_Ramsey Clark_
RAMSEY CLARK,
Assistant Attorney General

_William H. Veeder_
WILLIAM H. VEEDER,
Attorney, Department of Justice

Attorneys for Appellant

7180