LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUL - 3 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )    No. 1247-SD-C
             Plaintiff,          )
                                 )    NOTICE OF CROSS-APPEAL
      vs.                        )
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
             Defendants.         )
_____)

Notice is hereby given that FALLBROOK PUBLIC UTILITY DISTRICT, one of the defendants in the within proceedings hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from certain portions of the FINAL JUDGMENT AND DECREE entered in this action on May 8, 1963, such portions being:

Paragraph I of the FINAL JUDGMENT AND DECREE insofar as the same incorporates paragraph 12 of Interlocutory Judgment Number 37, holding that the present uses of water by the United States of America within the Naval Enclave are proper riparian uses.

Dated: July 1, 1963

FRANZ R. SACHSE
Attorney for Fallbrook Public
Utility District
Cross-Appellant
1092 South Main Street
Fallbrook, California

7161