LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for _Defendants_

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUL - 3 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   No. 1247-SD-C
)
  v. )   PERSONAL BOND ON APPEAL
)
FALLBROOK PUBLIC UTILITY )   SECURED BY CASH DEPOSIT
DISTRICT, et al., )
)
        Defendants. )

Defendant FALLBROOK PUBLIC UTILITY DISTRICT, having filed Notice of Cross-Appeal from the Judgment of this Court, entered on the 8th day of May, 1963, to the United States Court of Appeals for the Ninth Circuit, herewith deposits in the Registry of the Court the sum of TWO HUNDRED FIFTY DOLLARS ($250.00), subject to the orders of this Court as security that said cross-appellant shall prosecute his said cross-appeal to effect; and that said cross-appellant shall pay to appellant UNITED STATES OF AMERICA all costs if the cross-appeal is dismissed or the judgment appealed from affirmed, or such costs as the Appellate Court may award if the judgment is modified.

Dated:   July 2, 1963.

FALLBROOK PUBLIC UTILITY DISTRICT

by _____
                     President

Approved
_____
U.S. District Judge
7/2/63

_____
Katherine Enigenburg
                Secretary