RAMSEY CLARK
Assistant Attorney General
Department of Justice
Washington 25, D. C.

Attorney for the UNITED STATES OF AMERICA

FILED
JUL 11 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>        Plaintiff, ) <br>        v. ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br>   et al., ) <br>        Defendants. ) | NO. 1247-SD-C |

TO: The Clerk of the United States District Court for the Southern District of California, Southern Division:

### DESIGNATION OF THE RECORD ON APPEAL

The United States of America, plaintiff-appellant in the above-entitled case, in accordance with Rule 75 (o) of the Federal Rules of Civil Procedure, and amended Rule 37 of the United States District Court for the Southern District of California, designates the complete record, including this designation of record, and all the proceedings before the Court and before the Special Master, including all evidence and exhibits in the proceedings before the Court, and all the proceedings, evidence and exhibits before the Special Master, the findings of fact, conclusions of law, reports and recommendations of the Special Master; all proceedings in connection with them; all findings of fact, conclusions of law, orders, interlocutory judgments and the Final Judgment and Decree entered by the Court, including

- 1 -

7162

Copy recd
GPO 16—20005-1

1  but not limited to the reporter's transcript of all proceedings before the
2  Court and the Special Master in the case.
3　　　　　Dated at Washington, D. C., this 10th day of July, 1963.
4　　　　　　　　　　　　　　　　　Respectfully submitted,
5　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

7
8　　　　　　　　　　　　　　　　　RAMSEY CLARK
　　　　　　　　　　　　　　　　　Assistant Attorney General

11
12　　　　　　　　　　　　　　　　WILLIAM H. VEEDER
　　　　　　　　　　　　　　　　　Attorney, Department of Justice

- 2 -　　　　　　　　　　　7163