```
```

BOOTH, MITCHEL, STRANGE & WILLIAN
ATTORNEYS AT LAW
SUITE 1109 ROWAN BUILDING
458 SOUTH SPRING STREET
LOS ANGELES 13, CALIFORNIA
MADISON 4-7291

Attorneys for **Defendants**
SOUTHERN COUNTIES GAS COMPANY of CALIFORNIA and AMERICAN TRUST COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**
JUL 31 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants. | NO. 1247-SD-C <br><br> SUBSTITUTION OF ATTORNEYS |

Defendants Southern Counties Gas Company of California and American Trust Company hereby substitute Booth, Mitchel, Strange & Willian as their Attorney of Record in place of Bates Booth and Gray, Binkley & Pfaelzer.

DATED: July 26, 1963.
_____
Defendants

We consent to the above substitution.
DATED: July 30, 1963.
_____
Bates Booth and Gray, Binkley & Pfaelzer

Above Substitution accepted.
DATED: July 30, 1963.
_____
BOOTH, MITCHEL, STRANGE & WILLIAN

Approved
_____
United States District Judge.

7159