RAMSEY CLARK
Assistant Attorney General
Department of Justice
Washington 25, D. C.

Attorney for the UNITED STATES OF AMERICA

FILED

AUG 9 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| v. ) | MOTION |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | FOR AN EXTENSION OF TIME FOR FILING RECORD AND DOCKETING APPEAL |
| ET AL., ) | |
| Defendants. ) | |

    Comes now the United States of America, plaintiff-appellant in the above-entitled case, pursuant to the provisions of Rule 73 (g) of the Federal Rules of Civil Procedure and alleges that due to the magnitude of the record in this cause, the numerous exhibits and extensive transcript of testimony, it is essential that additional time be allowed to file the record in this appeal and docket it;

    WHEREFORE the UNITED STATES OF AMERICA respectfully moves this Court for an order extending the time for filing the record on appeal and docketing the appeal for a period of ninety (90) days from July 1, 1963, the date of filing the Notice of Appeal in this cause.

Respectfully submitted,

UNITED STATES OF AMERICA

*Ramsey Clark*
RAMSEY CLARK
Assistant Attorney General

*William H. Veeder*
WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: Aug. 7, 1963

GPO 16-29995-2

7164