FILED

AUG 9 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | ) ) ) | EXTENDING TIME FOR FILING THE RECORD AND DOCKETING THE APPEAL |
| Defendants. | ) | |

Good cause being shown, and upon the Motion of the United States of America:

IT IS HEREBY ORDERED in accordance with Rule 73 (g), of the Federal Rules of Civil Procedure, that the period for filing the record on appeal and the docketing of the appeal be and the same is hereby extended ninety (90) days subsequent to July 1, 1963, the date upon which the Notice of Appeal was filed, to September 30, 1963.

Dated  Aug. 9th , 1963.

_____
United States District Judge

7165