# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

## HONORABLE JAMES M. CARTER, JUDGE PRESIDING

— — —

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al,

Defendants.

No.  1247-SD-C

---

## REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:     San Diego, California

Date:      Thursday
           October 2, 1958.

Pages:  2384 to 2497

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOHN SWADER
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        vs.                     )        No. 1247-SD-C
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                Defendants.     )

REPORTERS' TRANSCRIPT OF PROCEEDINGS

San Diego, California

Thursday, October 2, 1958

APPEARANCES:

        For the Plaintiff          WILLIAM H. VEEDER, ESQ.,
                                   Special Assistant to the
                                   Attorney-General,
                                   Department of Justice,
                                   Washington, D. C.

| | | |
|---|---|---|
| 1 | For U. S. Marine Corps | COL. ELLIOT ROBERTSON |
| 2 | For Defendant Vail Company | GEORGE E. STAHLMAN, ESQ. |
| 4 | For Defendants Fallrook Public Utility District, et al. | FRANZ R. SACHSE, ESQ. |
| 6 | For Defendant State of California | EDMUND G. BROWN, ESQ., Attorney-General, by ADOLPHUS MUSKOVITZ, ESQ., Deputy Attorney-General. CARL BARONKAY, ESQ. |
| 9 | For Defendant Santa Margarita Mutual Water Company | W. B. DENNIS, ESQ. |
| 11 | For Defendants Hartman, Lewis, Wilks and Bayle, and Oviatt | BEST, BEST & KRIEGER, by JAMES H. KRIEGER, ESQ. |
| 13 | For Defendants Sawday | LUCE, FORWARD, KUNZEL & SCRIPPS, by ROBERT McGINNIS, ESQ. |
| 15 | For Defendants Charlotte Flo and Raymond C. Faulkner; Carl G. and Mildred Daving | BERT BUZZINI, ESQ. |

SAN DIEGO, CALIFORNIA, THURSDAY, OCTOBER 2, 1958.   10:00 A.M.

THE CLERK:  The case on trial, No. 1247-SD-C, United States versus Fallbrook.

MR. VEEDER:  Your Honor, at the outset I would like to call attention to the fact that the United States intends to offer aerial photographs made in 1929 and in 1939 and in 1955. Now those have been available for review by counsel, and it is important to us to know if there is going to be an objection made to those from the standpoint of who made the flights and who took the pictures-- in other words, as to their competency.

MR. STAHLMAN:  I can't hear you.

MR. VEEDER:  We are going to offer in evidence, and we would like to have counsel, if they would, review those aerials and advise us as to the kind and type of objection they intend to interpose to them, because it makes a difference whether we keep a man under subpoena, as we now have him, or release him.  I don't think there should be a great deal of objection.

THE COURT:  What objection could there be made to aerial photographs?  Unless there is some contention that they were faked or something of that sort.

MR. VEEDER:  Well, we have an ingenious crowd here, your Honor.  That is the point.

1    THE COURT:  Does anyone have any objection to aerial
2    photographs?

3    MR. STAHLMAN:  Include me out.

4    THE COURT: Obviously the dates on which they were made
5    should be indicated.  Situations change from time to time.
6    Dates will be shown?

7    MR. VEEDER:  Dates will be shown, your Honor, and if we
8    need to call witnesses as to when those flights were made we
9    can.  That is what I am thinking about now.

10   THE COURT:  Well, will anyone request the present
11   witnesses to describe the flights inthe photographs?

12   MR. DENNIS:  I don't.

13   MR. VEEDER:  We will have prints of the two flights now
14   in 1955 and the 1938 flight.  We will have prints of the 1929
15   flight this afternoon or tomorrow.  So if you care to review
16   them we would like to list those and be prepared to offer
17   them shortly.

18   At this time, your Honor, we would also like to offer
19   in evidence the identifications marked the United States
20   Geological Survey Quadrangles, which have been marked for
21   identification the 29 series, that is, 29-A through AB.

22   THE COURT:  A through AB?

23   MR. VEEDER:  Yes, your Honor.

2588

1    MR. VEEDER:  Now, for the convenience of the Court,

2  though I haven't offered it as an exhibit, we have a

3  diagrammatic showing of the locations of the various quads.

4  It may be helpful now to just put in the exhibit.

5    THE COURT:  Hand it up to the Clerk.

6    Do you have a ruler, Mr. Clerk?

7    THE CLERK:  Yes.

B    8

9                    FRED KUNKEL,

10  heretofore called and sworn, recalled as a witness in behalf

11  of the plaintiff, testified further as follows:

12

13                  DIRECT EXAMINATION

14  BY MR. VEEDER:

15    Q  Mr. Kunkel, would you locate on Plaintiff's Exhibit

16  No. 15 the Tule Creek area and describe--

17    THE COURT:  What creek area?

18    MR. VEEDER:  Tule.

19    THE COURT:  Tule.

20  BY MR. VEEDER:

21    Q  Locate it and state the legal subdivisions as nearly

22  as you can indicate them, and then describe the surface terrain

23  of that area.

24    THE COURT:  Before you answer, let me conclude this other

25  matter.  The exhibits for identification 29-A through 29-AB,

1       the quadrangles, will be received in evidence.

2           MR. VEEDER:  They have been admitted?

3           THE COURT:  Yes, it is admitted.

4           (The quadrangles above described are admitted in

5       evidence as Plaintiff's Exhibits 29-A through 29-AB.)

6       BY MR. VEEDER:

7           Q  You may proceed, Mr. Kunkel, if you would, please.

8           A  Tule Creek is tributary to Temecula River.

9           Q  And would you locate that with legal subdivisions for

10      us, please?

11          A  The headwaters of Tule Creek are in Section 20,

12      Township 8 South, Range 2 East.  The stream or the drainage

13      of the area is generally westward into Section 24 and 23,

14      Township 8 South, Range 1 East.

15          THE COURT:  Point it out on the map.

16          THE WITNESS:  This area here.

17      BY MR. VEEDER:

18          Q  Would you state where you have traced along with your

19      map, so that we will be sure there is no question?

20          A  I described Section 17.  I am sorry.  May I correct

21      that?  Section 20.

22          THE COURT:  It is not named on the map, is it?

23          THE WITNESS:  No, it is not named on the map.

24          THE COURT:  What were the sections again?

25          THE WITNESS:  I will correct the sections.  Sections 20

2390

1   and 19, flowing-- Township 8 South, Range 2 East, flowing in

2   a westerly direction through Sections 24, 23, Township 8 South,

3   Range 1 East.   In Section 23 Tule Creek flows in a southerly

4   course through Sections 23 and 26.   And in the Southwest

5   Quarter, Section 26, Township 8 South, Range 1 East, Tule--

6   the drainage of Tule Creek flows into Temecula River.

7   BY MR. VEEDER:

8       Q   Describe the bed and bank of that stream from its

9   source.

10      A   In Sections 20 and 19, Township 8 South, Range 2 East,

11  the creek flows over the consolidated rocks of the basement

12  complex.   In Section 24 and 19-- I am sorry-- Section 24 and

13  23, Township 8 South, Range 1 East, the area is an elongated

14  alluvial filled valley.   The width of the valley is approx-

15  imately a quarter to a half mile wide.   It is bounded on the

16  north and the south by the rocks of the basement complex.   In

17  the Northwest Quarter, Section 23, Township 8 South, Range 1

18  East, the thread of the stream is constricted to several

19  hundred feet in width.

20      MR. VEEDER:   May I hear the term that you used?   Would

21  you read that back?

22  BY MR. VEEDER:

23      Q   Did you say "bed" or "thread"?

24      A   Thread of the stream.

25      Q   Do you mean bed, Mr. Kunkel?

A   Bed would perhaps be a better word.

Q   Yes, you may proceed.

THE COURT:   May I interrupt a minute.   Do you have a list of these exhibits of yours that I may look at?

MR. VEEDER:   Yes, your Honor.

THE COURT:   The list you are going to attach to the stipulation.

MR. VEEDER:   I will have to send down for it.

THE COURT:   Do you have one?

THE CLERK:   No, I don't.

MR. VEEDER:   I will borrow Mr. Dennis's for you.

I will get you a copy.

I am using the numbers, your Honor.

THE COURT:   I understand.   The Clerk is just calling my attention to the fact that there is listed a 29-AC, and I told him it was not offered and not received.

MR. VEEDER:   That is correct, your Honor.

BY MR. VEEDER:

Q   You had just corrected "thread" to "bed", so would you proceed, Mr. Kunkel?

A   In the Northwest Quarter, Section 23, the bed of the stream is constricted to a width of about a hundred or two hundred feet in width.   And it is bounded on both sides by older continental deposits.   North of the constriction, in the north half of Section 23, there is a spring, the flow of which

issues from the consolidated rocks.  Following the stream course southward, from the point of constriction, through Section-- through the west half of Section 26, the younger alluvial plain of the stream widens out to approximately a quarter to a half mile in width.  On the east, the area is bounded by the consolidated rocks of the basement complex. To the west the area is bounded by the older continental deposits.  In the southwest quarter, Section 26, Township 8 South, Range 1 East, there is an area of rising water along the-- or on the alluvial plain of Tule Creek.  I have indicated three points of rising water.  Again the area-- the entire area within the lower part of the alluvial plain is saturated and swampy, and the number of springs that can be identified is largely a matter of development work or activities of man that would channel or direct the flow of the rising water at that point.  The rising waters flow for a very short distance and then disappear.

Q  Proceed then to the confluence of the Temecula.  Have you reached that point yet, Mr. Kunkel?

A  The actual confluence of the Temecula is approximately a quarter to a half mile below the point where the rising water has disappeared.  As I testified earlier, in this part, in the part of the Aguanga Valley in Section 34, the bed and banks of the Temecula River are not well defined but occupy a broad, sandy channel.

1    Q Now, proceeding to the Southwest Quarter of

2 Section 27 - 7 - 2, would you locate the Temecula Creek and

3 proceed from that point.

4    A I am sorry, Mr. Veeder.  What was the section?

5    Q The Southwest Quarter of 27, where you terminated last

6 evening in your testimony.

7   A We are talking along Coahuila.

8    Q We had brought in an acrea which relates to the

9 Temecula, and we are going back now to the Coahuila area.

10   A Going back or going up to Coahuila Creek, in the

11 Southwest Quarter of Section 27, Township 7 South, Range 2

12 East, I had testified to a point of rising water in the stream

13 bed which flowed for a short distance, a quarter mile or less,

14 and disappeared into the alluvium.  Below that point, in the

15 South Half of Section 28, the North Half of Section 23,

16 Township 7 South, Range 2 East, the alluvial plain along

17 Coahuila widens out into an area known as Coahuila Valley.

18 Coahuila Valley is, in general, a circular-shaped valley about

19 a mile and a half in diameter.  The area of the alluvial plain

20 is covered with native grasses.

21    Q Would you describe the bed and bank of the stream in

22 that area before you proceed any further, where it enters

23 the Coahuila Valley-- Coahuila Creek.

24   A The bed and bank of Coahuila Creek across Coahuila

25 Valley is not deeply incised beneath the alluvial plain of

1 the valley.  The bed and bank occupies the lowest point in

2 the valley, but there is no appreciable incision of the

3 stream channel into the alluvial plain.

4   Q  Would you estimate, then, the distance from each bank,

5 if you can do that.  (A pause.)  Of course, if you can't,

6 just proceed, Mr. Kunkel.

7   A  I could not.

8   Q  All right, go ahead.

9   A  Do you wish me to proceed with my description of the

10 valley in general?

11   Q  Yes.

12   A  In parts of Section 32-33, Township 7 South, Range 2

13 East, and in part of Section 5, Township 8 South, Range 2 East,

14 there are several islands or outcrops of basement complexes

15 within the area mapped as younger alluvium.  These outcrops

16 indicate that the basement complex is at relatively shallow

17 depth in this particular area.  In the Northwest Quarter of

18 Section 31, Township 7 South, Range 2 East, there are about

19 six or eight spring mounds.  I refer to them as "spring

20 mounds" in this case as differentiated from the term "rising

21 water" that I have been using in the past.

22   Q  Would you describe what you mean by the sping mounds,

23 then?

24   A  Spring mounds are circular areas approximately 10 to

25 30 feet in diameter, within which there is standing water,

1   water rising from the alluvial deposits.  The area is over-

2   grown with grasses and vegetation approximately one or more

3   feet higher than the surrounding alluvial plain, the immediate

4   surrounding alluvial plain.

5        The two spring mounds shown in the Northwest Quarter in

6   the northernmost part of Section 31 do not have appreciable

7   flow of water from them.

8        Q  At what time now, Mr. Kunkel?

9        A  In November to November 19--

10       THE COURT:  Did you say the Northwest Quarter of Section

11  31 or 32?

12       THE WITNESS:  I am sorry, your Honor; 32.  I believe I

13  referred to that section as possibly 31 in my earlier state-

14  ments.  The springs I am talking about or have testified to

15  were in the Northwest Quarter of 32.

16       There are additional springs in the Northwest Quarter

17  of 32, and one or more springs in the Northeast Quarter of

18  Section 31.  These are similar in character to the springs

19  that I have just described or the spring mounds that I have

20  just described, and from this group of spring mounds there is

21  a flow of water that increases downstream along the channel

22  of Coahuila Creek.  The quantity increases in flow as one

23  goes downstream along Coahuila Creek to a point approximately

24  in the center of Section 31, at which there is an earth dam

25  across Coahuila Creek.

1        Q   Would you describe that earth dam, Mr. Kunkel?

2        A   The earth dam is about 20 feet high and is across the

3   full channel of Coahuila Creek.

4        Q   Of what is it made?

5        A   It is made of earth.

6        Q   And would you describe it?   Is it rip-rapped on the

7   face of it, or how is it built?

8        A   The date I visited it I did not observe rip-rap.

9        THE COURT:   What do you call that?

10       THE WITNESS:   Rip-rap --  r-i-p-r-a-p, two separate

11   words.

12       THE COURT:   What is "rip-rap"?

13       THE WITNESS:   Rip-rap is a cover of a bank.   It is not

14   necessarily confined to a dam or dams.   It may be on levees

15   or any other steep slope.   It can be composed of boulders

16   held in place by wire screen.   It can be heavy vegetative

17   material holding it in place.   Any type of material that

18   would prevent erosion of the steep surface.

19   BY MR. VEEDER:

20       Q   What was the condition of the stream below this

21   structure to which you have just made reference?

22       A   Below the structure the channel was alluvium filled

23   for approximately one-half mile.   There was no flow in the

24   stream below that point.

25       Q   What were the evidences, if any, of water below that

1   point on Coahuila Creek?

2       A  Well, farther down in the Southwest Quarter of

3   Section 31, Township 7 South, Range 2 East, through Section

4   36, Township 7 South, Range 1 East and through parts of

5   Sections 1 and 2 in Township 8 South, Range 1 East, the

6   channel of Coahuila Creek is incised completely in the rocks

7   of the basement complex.  There is no alluvial fill or no

8   appreciable alluvial fill at any point in the channel along

9   the course I have described.  There was no flow of water

10  observed in Coahuila Creek during the period that I observed

11  it.

12      Q  Would you proceed from the point last mentioned with a

13  description of Coahuila Creek?

14      A  In the Southwest Quarter of Section 2, Township 8

15  South, Range 1 East--

16      Q  Before proceeding, Mr. Kunkel, would you state

17  whether you observed water impounded behind the dam which

18  you have just described?

19      A  Yes, there was an impoundment of water behind the

20  dam.

21      Q  Did you observe how far it extended backward up the

22  stream?

23      A  In terms relative to the width of the impoundment,

24  there was a considerable length.  I would estimate it to be a

25  quarter of a mile.

D

1    Q  You may proceed with the rest of your description

2    then of the creek where you last made reference.

3    A  My last reference I believe was in the Southwest

4    Quarter, Section 2, Township 8 South, Range 1 East, at which

5    point there is a spring that issues from the consolidated

6    rock.  I did not measure the flow, but it was a very minor

7    quantity.  By "minor", I would estimate that it was suitable

8    for domestic use only.

9    Q  Now, where was that spring located in regard to the

10   creek itself?

11   A  The spring was located in the channel of the Coahuila

12   Creek.

13   Q  You may proceed, Mr. Kunkel.

14   A  Below the spring just described, in the Southwest

15   Quarter of Section 2, through part of Section 3, and through

16   the Northwest Quarter, Section 10, the alluvial plain along

17   Coahuila Creek widens out into an area known as Wilson Valley.

18   Wilson Valley is a valley filled with younger alluvium.  The

19   younger alluvium in this valley is very sandy in character.

20   The stream--

21   Q  Could you describe the bed and bank of the stream in

22   that area?

23   A  The bed and bank of the stream is a hundred or more

24   feet wide, a very sandy channel cut beneath it, or incised

25   into the younger alluvial plain.  The alluvial plain on the

1    south is bounded by consolidated rocks of the basement

2    complex, and on the north is bounded by older continental

3    deposits.

4        Q   Now, will you proceed from that point on down the

5    creek?   What is the name of the stream at that junction?

6        A   At this point it is Wilson.   It is Wilson Creek at

7    this point, above the--

8        Q   When you say "this point", would you give the section,

9    township and range for purposes of location?

10       A   In Section 3-- Southeast Quarter of Section 3 there

11   is a confluence between Coahuila Creek and Wilson Creek, and

12   below that confluence the stream is known as Wilson Creek.

13       Q   Now, would you describe the areas which you observed

14   in regard to Wilson Creek itself above the confluence with

15   the Coahuila Creek?

16       A   Wilson Creek has its headwaters in the area of Sections

17   25-- Sections 25, 26, 35, 36, an area generally known as--

18   Pardon me-- known as Reed Valley.   Reed Valley is a long

19   narrow alluvium filled valley.   The valley is approximately--

20   the alluvial filled part of the valley is approximately two

21   and a half miles long and a quarter to a half mile wide.   Reed

22   Valley in the-- the stream leaves Reed Valley in Section 11

23   and flows through Section 11.

24       THE COURT:   Wait a minute.

25       THE WITNESS:   I am sorry.   Section 12.   Through Section

1   13 and the northern part of Section 24, over the consolidated

2   rocks of the basement complex.  In Section 24 the valley widens

3   out into another alluvium filled area.  I do not believe the

4   valley is identified by name.  It is approximately a quarter

5   to a half mile wide and about a mile and a half long.

6   BY MR. VEEDER:

7       Q   Would you describe the stream in that area to which

8   you just made reference?

9       A   The stream flows through the lowest part of the valley.

10  The banks are not deeply incised.  And the valley is bounded

11  on all sides by rocks of the basement complex.

12      Q   Now, will you proceed on down the--

13      A   The outlet to the valley, unnamed valley just described

14  in the Southwest Quarter of Section 26, the Wilson Creek

15  flows over consolidated rock for approximately a half mile,

16  at which point there is another patch or another part of the

17  valley filled with alluvium.  The alluvium in this little

18  valley is approximately a quarter mile or less in width and

19  approximately a half mile in length.

20      THE COURT:  That is largely in the northwest corner of

21  Section 35?

22      THE WITNESS:  Yes, sir.  At the lower end of this valley

23  there is rising water from the alluvium.  The spring is shown

24  in the Northwest Quarter.  The point of rising water is shown

25  as a spring in the Northwest Quarter of Section 35.  There is

1    a pipe line from this spring that diverts the total flow of

2    the spring towards down gradient for use to a ranch on the

3    west side of Wilson Creek.  I do not recall--

4    BY MR. VEEDER:

5        Q  Did you observe the size and dimensions of that pipe

6    line?

7        A  Yes, I did.  It was-- I do not recall the exact

8    dimensions.  It was a small pipe line in relation to other

9    pipe lines that I have described.

10       Q  Would you proceed from that point, then, please?

11       THE COURT:  We will have other testimony on the diver-

12   sion?

13       MR. VEEDER:  Yes, your Honor.

14       THE COURT:  All right.

15       THE WITNESS:  In the Southeast Quarter, Section 34, the

16   channel of Wilson Creek is alluvium filled to the point where

17   it joins Wilson Valley in the southeast quarter of Section 3,

18   Township 8 South, Range 1 East.  The stream Wilson Creek is

19   bounded on the-- the younger alluvial deposits of Wilson

20   Creek are bounded on the east by rocks of the basement

21   complex and on the west by older continental deposits.

22   BY MR. VEEDER:

23       Q  Now, would you proceed from that point and describe

24   the area into which that Wilson Creek flows?

25       A  Wilson Creek from the confluence of Wilson Creek

2402

1   and Coahuila Creek in the Southwest Quarter-- Southeast

2   Quarter, Section 3, Township 8 South, Range 1 East, flows in

3   a southwesterly direction for approximately one mile over or

4   through the area mapped as younger alluvium.  At a point

5   approximately at the quarter corner, Section 9, on the east

6   side of the section, there was observed a point of rising

7   water.  At this point ground water rose from the younger

8   alluvial deposits.  And below that point the flow increased

9   to a point in the Southeast Quarter, Section 9, Township 8

10  South, Range 1 East, where the total flow flowed over rocks

11  of the basement complex.  There is no alluvium in the stream

12  channel at that point.

13       Q   And from that point would you go on and describe the

14  area?

15       A   In the Southwest Quarter of Section 9 there is a

16  diversion works that diverts the-- that diverted on the day

17  that I observed it the total flow of Coahuila Creek at that

18  point.

19       Q   Are you using the term Wilson or Coahuila Creek at

20  that point?

21       A   I am sorry.  It is Wilson Creek at this point.

22       Q   Would you proceed from there with your description?

23  MR. SACHSE:  Mr. Veeder, would you clarify the date?

24       THE WITNESS:  It was within the period October through

25  December, 1957.  I will have to check my notes for the exact

2403

date.

BY MR. VEEDER:

Q  Will your notes show exactly?

A  I can show the exact date I was out.

MR. SACHSE:  You are on one of my clients.

MR. VEEDER:  I will be very glad to get you the date.

THE COURT:  What type of diversion is this?

THE WITNESS:  This diversion is a structure across the channel of the Wilson Creek that diverts the flow into a pipe line that goes-- or is along the south side of Wilson Creek.  The gradient of the pipe line is considerably less than the gradient of the stream, so the pipe line relative to the stream bed, as one goes downstream, becomes higher above the stream bed.  I did not observe the exact place to where the water was diverted.  But I did talk to the ranch manager, several other persons on the ranch at that time.  I would have to check my notes for their names and their position in regard to the ranch.  But they reported--

Q  You can't testify in that regard, Mr. Kunkel.

A  I am sorry.

THE COURT:  Go ahead.  That is just a rule of law, Mr. Witness.

THE WITNESS:  I am sorry.

BY MR. VEEDER:

Q  You may proceed from that point, Mr. Kunkel, with the

1    description of the Wilson Creek and the terrain through which

2    it flows, the kind and type of rock which underlies it.

3         A   Pardon me?

4         Q   I was using your terminology.  Go ahead.

5         A   Below the diversion in the Southwest Quarter, Section

6    9, the channel of Wilson Creek is underlain by younger

7    alluvium.   The younger alluvium is very sandy, and the exact

8    position of the channel within the alluvial plain, or the

9    channel deposits within that area, are not well defined, but

10   approximately in the South Half of Section 8 or the North

11   Half of Section 17.

12        Q   Would you speak up, Mr. Kunkel, please.

13        A   Approximately in the south half of Section 8 or the

14   north half of Section 17.  My measurements arenot precise

15   enough at this scale to give the exact section.  The channel

16   of Wilson Creek flows approximately due west and is confined

17   on both sides by levees, by man-made levees.

18        Q   Would you describe the height of those levees as you

19   recall them?

20        A   About ten feet or less.  I did not--

21        Q   Of what did they comprise?

22        A   They are composed of earth.

23        Q   You may proceed.

24        A   The Lancaster Valley is bounded on the north by rocks

25   of the basement complex and by older continental deposits,

1    and on the south by older continental deposits.  In Section 16

2    there is an outcrop of basement complex within the area mapped

3    as older continental deposits and younger alluvium.  Proceed-

4    ing downstream in Lancaster Valley to a point in Section-- in

5    the Southeast Quarter of Section 7, there is a point of rising

6    ground water.

7        Q  Would you describe the terrain in that area and the

8    kind-- and also describe the creek at that point.

9        A  The creek at this point is confined to a very narrow--

10   is confined to a narrow channel.  The alluvial plain of

11   Lancaster Valley is very narrow, because of an outcrop of

12   basement complex in the southeast quarter of Section 7,

13   Township 8 South, Range 1 East, and on the north the area is--

14   the north bank of the stream is confined by older continental

15   deposits.  The rising ground water was between the two types

16   of rocks, the basement complex, the older continental deposits.

17   But the ground water arose from the younger alluvium.

18       Q  Now, would you proceed downstream from that point,

19   describing the terrain and also the bed and bank of the stream.

20       A  The stream below the point of rising water widens

21   out to approximately a quarter mile in width.  The channel is

22   very sandy.  The stream flow continued for approximately a

23   quarter mile, at which time it disappeared into the younger

24   alluvium.  Below the point where the ground water disappeared,

25   the channel of Lancaster Creek is very sandy and lies along

1   the northern part of Lancaster Valley in the Southwest

2   Quarter, Section 7, Township 8 South, Range 1 East, and

3   continues in a generally westerly direction to projected

4   Section 10, Township 8 South, Range 1 West, where a point of

5   rising water--

6      Q  Would you again check the section reference, Mr.

7   Kunkel?

8      A  It is Section 10.

9      THE COURT:  He is going clear over to this place of

10   rising water, which is in 10, according to the map.

11      THE WITNESS:  Projected section.

12      MR. VEEDER:  I sometimes hear comments behind me, your

13   Honor.  I want to be very sure the sections are right.

14      THE COURT:  It runs Sections 12, 11, and 10; right?

15      THE WITNESS:  It is Section 10.  It is very close to the

16   east boundary of Section 10, but the projected section is 10.

17   At which point there is rising ground water.  Below that point

18   the rising ground water increases in quantity until it enters

19   Vail Reservoir.

20      MR. VEEDER:  Your Honor, at this point, if it would be

21   amenable to your Honor and to counsel, I think the thing to do

22   is to have Sections marked on the map, and if there is no

23   objection to that we will have someone do that, and we will

24   also project the lines around the Vail Company land, if that

25   is agreeable to you.  On Section 15 I think we have had

E-1

2407

1    sufficient difficulty in location to show that we should have

2    those section numbers on there.

3         THE COURT:  Any objection?

4         MR. DENNIS:  No objection.

5         THE COURT:  I have put them on my map already.

6         MR. MOSKOVITZ:  That is what we are doing.

7         MR. VEEDER:  I didn't realize that.

8         THE COURT:  Put them on the exhibit.

9         MR. VEEDER:  We will have that done, your Honor.

10        Q  Mr. Kunkel, will you refer to the pictures that you

11   have in this general area--

12        And if it is agreeable with your Honor--

13        THE COURT:  What was this letter that we assigned to the

14   pictures?

15        THE CLERK:  It was 58, your Honor.

16        MR. VEEDER:  It would be a continuation.

17        THE COURT:  You listed Exhibit 56 on your list of ex-

18   hibits.  Then we went to 58.  The pictures are Exhibit 58.

19   What is Exhibit 57?

20        MR. VEEDER:  Exhibit 57, as I recall, is a chemical

21   analysis, to be used by another witness.

22        THE COURT:  The pictures start with Exhibit 58.

23        THE CLERK:  Yes, your Honor.

24        THE WITNESS:  This is slide No. 19.

25        THE COURT:  What date was this taken?

1          MR. VEEDER:  Just a moment.  We ought to stay with the

2    Anglo-Saxon procedure, shouldn't we, question and answer?

3    BY MR. VEEDER:

4          Q  Would you describe, first, the location of this slide?

5          THE COURT:  Let's identify it.  It is Exhibit 58, slide

6    19.  What date was it taken?

7          THE WITNESS:  November 21, 1957.

8          THE COURT:  Is that true with the series that you are

9    going to show today?

10         THE WITNESS:  All of the pictures that will be shown today

11   were taken on that date, and they are so identified on the

12   slide.

13   BY MR. VEEDER:

14         Q  Would you proceed with the statement as to location,

15   describing the terrain generally, locating the important

16   features that appear in the picture?

17         A  We are looking west in Lancaster Valley along

18   Coahuila Road, in the Southwest Quarter of Section 14,

19   Township 18 South, Range 1 East.  We are standing at the point

20   shown by the numbers on this photograph.  We are standing on

21   the contact between the rocks of the basement complex-- May

22   I approach the slide?

23         THE COURT:  Yes.

24         MR. VEEDER:  Go ahead.

25         THE WITNESS:  We are standing on the contact along the

Coahuila Road.

BY MR. VEEDER:

Q   When you say "contact," what do you mean on that point?

A   It is the point where rocks or deposits of two differ-ent types are in physical contact with each other.

Q   And when you say "rocks" are you referring to alluvium in this instance?

A   In this instance I am referring to rocks in the very broadest sense.

Q   Why don't we say "alluvium," then, Mr. Kunkel?

A   We are standing on the contact between the basement complex on the north or the right of the slide.  The basement complex can be observed in the slide forms a highland area that is very rugged, covered with brush and large boulders.  From this point, from the point approximately in the center of the slide south the area has been mapped and is shown on Exhibit 15 as older continental deposits.  In the left side of the slide the older continental deposits are dissected.  The younger alluvial deposits can be seen in the central part of the slide.  This picture shows in the central part of the picture the upper part of the Lancaster Valley.  Vail Reservoir is shown in the distance.  Drainage--

Q   Just be sure we locate the Vail Dam--

A   Vail dam is-- (indicating).

1          Q   Describe it, would you, please?

2          A   Vail Dam is in the central part of the photograph or

3     in the middle distance of the photograph.

4          THE COURT:   Appearing as a white area?

5          THE WITNESS:   Yes, sir.

6          MR. VEEDER:   Thank you.

7          THE WITNESS:   Next slide, please.

8          This is the same position looking a little more south-

9     west to show the character of the badlands.   Vail Dam is now

10    on the extreme right of the photograph in the distance.

11    BY MR. VEEDER:

12         Q   And how does it appear?

13         A   It appears as a white feature.

14         MR. DENNIS:   Is this 20?

15         MR. VEEDER:   This is 20, is it not?

16         THE WITNESS:   This is No. 20.   It is the same as 19,

17    only looking more southwest.

18         The area on the extreme left of the photograph, the

19    rugged terrain above the badlands are mapped as rocks of the

20    basement complex.   In this photograph they are heavy brush

21    covered.   Nigger Valley lies beyond the badlands in the

22    central part of the valley.   The alluvial deposits cannot be

23    seen because they are at a considerably lower altitude.

24    BY MR. VEEDER:

25         Q   Describe Nigger Valley from the standpoint of its

1  depth, width?

2  A  Nigger Valley-- May I approach my map-- is a northwest

3  trending valley approximate a quarter to a half mile wide,

4  and it is bounded on the northeast and southwest by the older

5  continental deposits, which are shown in slide No. 20.

6  Q  Mr. Kunkel, on two or three occasions you have used

7  the term "badlands" in connection with the older continental

8  deposits.  Would you explain for the record what you mean by

9  that term?

10  A  "Badlands" are deposits that might have been dissected

11  by--

12  Q  When you use the term "dissected," what do you mean--

13  eroded?

14  A  Eroded by the-- I was going to say dissected by the

15  process of erosion or eroded into a very rugged terrain with,

16  I may use the term, knife-like divides between the minor

17  drainage areas within the major drainage areas.

18  Q  You may proceed now with your other photographs.

19  A  Next slide, please.

20  MR. KRIEGER:  Is that water on the left of that picture?

21  THE WITNESS:  I would have to see what you are referring

22  to.

23  MR. KRIEGER:  Would you put the slide back on.  On the

24  left of the picture there seems to be a body of water.

25  THE WITNESS:  I don't see what you are referring to.

2412

1    MR. KRIEGER:  Is that water or is that shadow?

2    THE WITNESS:  Oh, no.  That is a shadow.

3    THE COURT:  Next is slide 21.

4    THE WITNESS:  This is slide 21.  We are looking a little

5    further to the northwest than the first slide.  Vail Dam now

6    in this picture is on the extreme left side as a white feature

7    in the distance.

8    BY MR. VEEDER:

9    Q  What are the characteristics to which you desire to

10   allude in this picture?

11   A  The characteristics that are shown up very well is the

12   nature of the basement complex.  It is bouldery.  It is brush

13   covered.  And we are looking down a fault line which is shown

14   or which is mapped on Exhibit 15.

15   Q  For the purpose of the record would you indicate

16   whether the term "contact" becomes applicable in regard to

17   alluvial fill and the basement complex?

18   A  (Stepping to the slide.)  The contact is right at

19   this point.

20   Q  When you say "this point," would you connect that,

21   so that we will be able to identify it in the record.

22   A  There is a dwelling shown in the picture.  It is in

23   the left side of the picture.  The dwelling is on-- I would

24   have to check to be certain of the exact position of the

25   dwelling.  But the dwelling is approximately on the contact.

THE COURT:  The contact line you are referring to is at the base of the hill which you referred to as the basement--complex, is it?

THE WITNESS:  Yes, sir.

THE COURT:  And where the valley land runs off on a more gradual plane.  That would be the line of contact around there, wouldn't it?

THE WITNESS:  Yes, sir.

BY MR. VEEDER:

Q  Is there a comparison from the standpoint of coloring, Mr. Kunkel, on the photograph where you were making reference there?

A  The major comparison is one of bouldery outcrop of the basement complex.  It is extremely distinctive.

Q  Do you have anything further on this?

A  Yes, sir.  The deposits where they can be observed in the road cuts-- it cannot be observed inthis picture-- in the road cuts and other natural cuts will be sedimentary in character:  Sand, clay and gravel as opposed to igneous rocks in this particular photograph, very distinct types.

Next slide, please.

Q  What is the number of this, now, Mr. Kunkel, please?

A  No. 22.  This is a spring mound in Coahuila Valley. (Stepping to the map.)  This particular mound is the mound shown in the Northwest Quarter of Section 32--

1        THE COURT:  Township 7 South, Range 2 East?

2        THE WITNESS:  Yes, sir.  The area of the grasslands in

3    this photograph corresponds very closely to the area of the

4    younger alluvium.  The bouldery deposits of the basement

5    complex can be observed in the back half of the picture.  The

6    hill on the horizon is entirely basement complex.  The area

7    covered with brush is generally underlain with basement

8    complex, although the brush and the basement complex do not

9    everywhere correspond.  This is just an approximation in

10   this picture.  The spring mound can be observed to rise

11   approximately a foot or so above the plain on which we are

12   standing in this picture when the picture was taken.  The

13   tule grasses can be observed growing from the mound.  The

14   places where cattle have stepped around and have stepped into

15   the very wet ground can be observed in the central part of the

16   picture.

17   BY MR. VEEDER:

18       Q  Would you state for the record your opinion as to

19   what gave rise to the phenomena of the spring mounds?  What

20   causes a spring mound?

21       A  A spring mound is caused by ground water with a

22   hydraulic head greater than the land surface at this point

23   and the water there is rising through the deposits.

24       Q  Are there other phenomena that cause it to rise above

25   the surface of the land which surrounds it?

A   The entire area is moist.   The spring mound is merely one point at which the water has risen to the point that you can actually see it standing in a slight depression in the land surface, a depression of the size that a cow's hoof would make, whereas where the picture was taken a matter of a few feet from the spring mound the ground is moist but there is not actually standing water there.

THE COURT:   Well, Mr. Veeder's question is sort of like the hen and the egg.   Does the water rise here because there is a mound?   Or is there a mound because the water rises here?

MR. VEEDER:   I might add that about 10 o'clock one night he went into it in great detail for me, and I am not sure that it will prove anything but I thought it would be interesting to you.

THE COURT:   Does the water carry some material with it and that created the mound?   Is that it?

THE WITNESS:   I have several theories on the subject.

MR. VEEDER:   All I asked you was a theory, Mr. Kunkel.

THE WITNESS:   All right.

MR. STAHLMAN:   Which is the preponderating theory?

MR. VEEDER:   I will withdraw the question.

THE COURT:   Well, I am curious.   It is not going to decide this lawsuit.   What causes the phenomena of the mound?

MR. VEEDER:   He explained it to me, and I would like to

1  have it in the record.

2  THE WITNESS:  Based on observations in this and numerous

3  other springs, spring mounds very frequently are associated

4  with a channel or a pipe that apparently goes through the

5  alluvial deposits.

6  BY MR. VEEDER:

7  Q  When you say "a pipe", what created the pipe, Mr.

8  Kunkel?

9  A. If we may go back into the history of the valley, at

10  one time this valley was not filled with the quantity of

11  alluvium it is filled with now.  There was water flowing or

12  moving into the area from a point of recharge.  The exact

13  position, for the purpose of discussion, is not important.

14  The alluvial deposits were washed in on top or into the valley

15  and the source of water was concentrated in a single point.

16  Vegetation could have grown around that point and as the valley

17  filled in this growth of vegetation continued and by the time

18  the valley was filled into its present level the area which

19  is now the spring mound extends to considerable depth, there

20  could be a growth of vegetative material there that caused the

21  deposits to be of slightly different permeability.  There

22  could be a concentration of salts that formed a ring where the

23  spring mound now exists.  The salts accumulated because of

24  evaporation of the water and the spring mound, as the valley

25  fills in, continues to grow and at all times keep a slight

1    distance ahead of the alluvial deposits.

2         Q   When you say, "ahead," you mean above?

3         A   Above in terms of vertical growth.

4         THE COURT:   Wouldn't wind and sand have something to do

5    with it?

6         THE WITNESS:   Wind and sand could have.

7         THE COURT:   With vegetation there to hold it and stop it?

8         THE WITNESS:   Yes, sir.   The vegetation there, with wind

9    blowing sand over the area, could very easily cause the sand

10   to be deposited at this point, whereas the materials that were

11   washed in by the rainfall in the area would be finer grained

12   and clayey, which gives you a difference in permeability.

13        You have asked me these questions with regard to a

14   general theory.   I am not saying that that is the way that

15   spring was formed.   I don't know.

16        THE COURT:   All right.

17        THE WITNESS:   Next slide, please.

18        This is slide No. 23.   We are looking now toward the east

19   up Coahuila Valley.   The rocks of the basement complex can

20   be observed as the boulders on the extreme left of the photo-

21   graph.   The grassed land area is the alluvial plain of the

22   Coahuila Valley.   This is a spring mound in the centre of the

23   picture.   A second spring mound exists further in the distance.

24   A few fence posts can be observed.   Those are the fence posts

25   that were observed in the first photograph.   In the first

2418

1   photograph we were standing to the south and looking toward the

2   north.  We have now moved down the valley.

3        Next slide, please.

4        This is another shot of the same spring mound.   This is

5   slide No. 24.  The alluvial deposits are in the area of the

6   grasslands.  The bouldery deposits are the basement complex.

7   The brush lands on the back part of the photograph are under-

8   lain by basement complex.

9        Slide 25, please.

10        This is slide 25.  This is the outlet-- unfortunately I

11   moved when I took the picture-- this is the outlet to

12   Coahuila Valley.  There was a weir at this point, or a measur-

13   ing device, and there was evidence that there was a gauge

14   maintained at that point.

15   BY MR. VEEDER:

16        Q  Give us the section, township and range for that

17   photograph, please.

18        A  This photograph is taken approximately in the North-

19   east Quarter of Section 31, Township 7 South, Range 2 East.

20   The blurred area is actually ground water spilling over a

21   concrete face in the channel of the stream.  The main channel

22   of Coahuila Creek at this point is from the contact of the

23   basement complex and at approximately the same point as the

24   wall in the left side of the photograph over to the contact

25   with the basement complex on the stream out to the right of

2419

the photograph.  All of the ground water flow that rose from the series of springs up above, up gradient from this photograph, flows over this point and over this structure and down the valley of the Coahuila Creek.  Below the structure the channel of Coahuila Creek is incised a matter of ten or fifteen feet beneath its bed and banks.  Above the structure it can be observed that the stream has no well-defined channel, whereas on the other photographs as we looked upstream there was no well-defined bed and channel-- the entire area was one of grassland.

THE COURT:  Is the type of material on the left, where the water is flowing over-- of course, there has been a concrete apron put in there, but before the concrete apron was put in was that basement complex clear across there?

THE WITNESS:  No, sir; it is alluvium there.

THE COURT:  How wide is the alluvium?

THE WITNESS:  A matter of several hundred feet.

THE COURT:  This, then, that you see on the opposite side is alluvium, too-- the cliff?

MR. VEEDER:  Above the fence posts?

THE COURT:  No, I mean over in the lower right-hand side of the picture, the bank-- that is alluvium, too?

THE WITNESS:  This is all alluvium.  Everything from the right of the concrete bank is alluvium.  There is alluvial fill in the front left part of the picture.  The basement

complex is in the central left of the picture.   There is a

contact between the two.

BY MR. VEEDER:

Q   Is that a concrete abutment, Mr. Kunkel?

A   That is a concrete abutment, yes, sir.

Q   Serving to prevent the basement complex from falling

into the stream, is that it?

A   I don't know what purpose it served.

MR. SACHSE:   Is this the earth dam?

THE WITNESS:   No, sir.   The earth dam is half a mile or

more downstream.

Next slide, please.

THE COURT:   This is 26.

THE WITNESS:   This is slide 26.   We have climbed the

basement complex to the south of Coahuila Creek and we are

looking down on the group of spring mounds.   In this picture

there is a spring mound in the right central part of the

picture.   The first one that we observed was away in the

top part of the picture to the right side.   There is a spring

mound on the extreme right in the middle.   There are three or

four spring mounds in the lower left part of the picture.

The channel of Coahuila Creek begins to become identifiable

here and there is actually a flow of water in the creek and

it is increasing as one proceeds downstream.

BY MR. VEEDER:

Q   Could you give us the section, township and range where we are looking at, at the moment?

A   Those are in the Northwest Quarter of Section 32 and in the Northeast Quarter of Section 31, Township 7 South, Range 2 East.   The northernmost spring mound that I observed was at this point in the top part of the picture on the right side.   There was no actual flow from that mound that reached the channel of Coahuila Creek, and from the two spring mounds shown in the upper part of the photograph the channel of Coahuila Creek cannot be identified as a definite point.   It is a broad grassland and undoubtedly when the water does flow it occupies the lowest point of the valley.   But you cannot identify that lowest point without precise leveling.   It cannot be done upon field inspection.

Next slide, please.

This is slide No. 31.   Slides 27 to 30 were destroyed in the taking of the pictures, your Honor.   Slide 31 we are standing on the Coahuila Road in Section 23 and we are looking east.

THE COURT:   Section 23, Township 7 South, Range--

THE WITNESS:   Sorry.   Township 8 South, Range 1 East.

THE COURT: Township 8 South?

THE WITNESS:   Yes, sir.   We have moved from Coahuila Valley into Tule Creek.

1     THE COURT:   You are on Tule Creek now?

2     THE WITNESS:   Yes, sir -- well, we are along the Coahuila

3     Creek Road.   This is below the point at which I previously

4     testified where Tule Creek changed direction from due west to

5     flowing south.   The channel of Tule Creek downstream is in the

6     right central part of the photograph at the base of the base-

7     ment complex, the bouldery deposits.   The alluvial plain has

8     the flat grassland area moving due north, which is to the

9     left in the picture.   The channel of the stream is constricted.

10    I previously testified to the constriction.   The constriction

11    on the east is of -- actually there is a small outcrop of

12    older continental deposits east of the Creek,and there is the

13    large area to the west of the Creek that extends all the way

14    to Vail Dam.   But the amount or the quantity of older contin-

15    ental deposits east of the Creek is very minor, because

16    immediately behind them the rocks of the basement complex crop

17    out.

18    Proceeding toward the north, Tule Creek can be

19    observed.   You can observe the bend in the Creek where the

20    Valley then goes back toward the east and is bounded on both

21    sides by rocks of the basement complex.   You cannot observe

22    the channel of Tule Creek after it makes its bend and extends

23    toward the east.   However, the upland areas of the basement

24    complex are very well shown in this photograph as the high-

25    land areas.

2423

F

1   The bouldery character is very distinctive.  The extreme

2   lower left side of the picture is right next to the road,

3   and is older continental deposits, clay, sand and gravel

4   deposits.  My next slide, please.

5       THE COURT:  How many more do you have?

6       THE WITNESS:  I believe this may be the last one, your

7   Honor.  32.

8       THE COURT:  This is 32 now?

9       THE WITNESS:  32.  This is along Coahuila Road in Section

10  26, Township 8 South, Range 1 East.  We are looking east across

11  Tule Creek Valley.  The alluvial plain of Tule Creek Valley

12  is in the central part of the picture.  The contact of the

13  younger alluvial deposits with the rocks of the basement

14  complex can be very distinctly observed.  The highland area

15  of the basement complex rises as a very bouldery area.  In

16  the foreground of the picture where we were standing when we

17  took the picture, we are standing on older continental

18  deposits.  These deposits are brush covered and are being

19  dissected by the present processes of erosion.  And the younger

20  alluvial deposits occupy the area, the flat area between the

21  older continental deposits and the basement complex.  In

22  the central part of the picture you can observe the areas

23  of rising water.  The green growth of the vegetation is the

24  area of rising water.  And there is a flow of water down

25  through the center part of the picture.  The quantity is very

1  minor, and disappears within a short distance.

2       Next slide.

3       THE COURT:  This is 33?

4       THE WITNESS:  Yes, sir.  We are in this picture standing

5  on the alluvial plain of Nigger Valley, looking across the

6  Temecula River.  We are in Section 14, projected, Township

7  8 South, Range 1 West.  The point where we are observing, we

8  are above the rising water in the Temecula River.  The river

9  in this point has scoured its channel or entrenched its channel

10  to the depth indicated by that-- by the bank in the central

11  part of the picture.  The bank in the central part of the

12  picture is on the order of 15 to 20 feet high.  The material--

13  the valley that we are looking up is just a tributary

14  alluvium filled valley.  The bank was cut by the scouring

15  of the Temecula Creek.  On a small scale it can be observed

16  that if and when there is appreciable runoff from the badlands

17  area-- the highland areas in this area are the older

18  continental deposits, and the younger alluvium is the valley

19  fill.  Materials washed from the younger-- from the older

20  continental deposits will be deposited on the alluvial plain

21  of the younger alluvium.  The fact that the younger alluvium

22  is dissected--

23       MR. VEEDER:  Just a minute.  I would like to have you

24  read-- the reporter read back what Mr. Kunkel just testified

25  to.  I fell off the sled, myself.

THE WITNESS:  Certainly.

(Record read.)

THE COURT:  I think it is--

MR. VEEDER:  I am going to ask some questions.

THE COURT:  I think it is clear.

MR. VEEDER:  Is it clear to your Honor?

THE COURT:  Yes.

MR. VEEDER:  Go ahead.

THE WITNESS:  I see your problem, Mr. Veeder.

MR. VEEDER:  If it is clear to the Court-- I understand what you are saying, but I wanted that part of the record clear.  So you just go ahead and describe what you have.

THE WITNESS:  The point that I am trying to show is that the younger alluvial plain in the valley, which is tribtuary to the main stem of the Temecula Creek, the main course of this Temecula Creek in this area will receive alluvial deposits during periods of appreciable runoff.

MR. VEEDER:  Thank you.  That is what I wanted.

THE WITNESS:  The other point I am trying to show is that the highland areas in this photograph are older continental deposits which will be eroded and dissected during periods of precipitation and runoff.

THE COURT:  This is in a way unusual in the sense that it is one of the instances where the newer alluvia is being in substance cut away or dissected by the stream bed.

2426

THE WITNESS:  That is right.  That is not an unusual phenomenon, because the younger alluvium may be scoured and filled and backfilled many times during its geological history. But the areas mapped as younger alluvium are deposits that receive or have received deposition in recent geologic times. I am using the word "recent" with a capital R to distinguish.

MR. VEEDER:  It wasn't since this lawsuit started?

THE WITNESS:  Pardon me?

THE COURT:  A thousand years?

THE WITNESS:  Recent in terms of a geologist is approximately the last 10,000 years, and maybe as many as the last 25,000.

MR. STAHLMAN:  It is kind of hard to remember back that far.

THE COURT:  Memory of man runeth not to the contrary in that period of time.

What is the next one?

THE WITNESS:  Those are all the slides, your Honor.

MR. VEEDER:  May we have a recess, your Honor, or do we proceed?

THE COURT:  Yes.  The slides 58-19 running consecutively through 26, and 31 through 33 will be received in evidence.

(The slides above mentioned are received in evidence as Plaintiff's Exhibits 58-- 19-26, and 58-- 26-31.)

THE COURT:  Why doesn't the Government spend a little

1    of its money and have some colored pictures made from these

2    slides, put them in evidence?  Have the slides and the pic-

3    tures.

4    MR. VEEDER:  We will do that, your Honor.  I will have

5    that done.

6    THE COURT:  It won't cost very much.

7    MR. VEEDER:  I will have that done, your Honor, and we

8    will substitute--

9    THE COURT:  Well, leave your slide in and the picture

10   too, if somebody wants to look at the slide.  We will just give

11   the picture the number of the slide.

12   MR. VEEDER:  We will have that done, your Honor.

13   MR. DENNIS: If your Honor please, if they make the

14   pictures I wonder if it might not be possible, for the purposes

15   of the record, to have the witness by a line identify those

16   areas that were the basement complex and the older continental

17   and younger continental deposits.

18   THE COURT:  I think it is clear.

19   MR. VEEDER:  We have been working hard to get those

20   contacts done all the way through.

21   MR. DENNIS:  I think it would be very helpful for the

22   record, without referring to it, for somebody who isn't here

23   today.

24   THE COURT:  We will see later when we get the pictures.

25   We will have a short recess.

(Recess.)

MR. VEEDER:  Are we on the record now, your Honor?

THE COURT:  Now we are on the record.

MR. VEEDER:  Your Honor, this is a matter that I would like to bring to your attention.  You have suggested that we have reproduction of these slides.  I am advised the reproduction would not be nearly as effective.  However, if your Honor would care to view what we have provided you with, I think you will see that-- press the picture down, your Honor, and you get surprising results.  Push it clear down.  You will be able to see George Stahlman sitting on the Vail Dam down there.

THE COURT:  Oh, yes.  Well, I didn't mean that we shouldn't keep these in the record, but these pictures will turn out.  I have copies made of the slides I take.

MR. VEEDER:  Well, your Honor, I will raid the Marines and get some money.

THE COURT:  It costs you 32 cents to make a negative and it costs you another 32 cents to make a copy.

MR. VEEDER:  I think Col. Robertson must have an interest in some photographic outfit, because he said it would cost $7 a throw.

THE COURT:  No, they will make you a little picture about two by three.

MR. VEEDER:  You said eight by ten, your Honor, on the

record.

THE COURT:  I didn't say that.

MR. VEEDER:  I thought you did, sir.

THE COURT:  No, I didn't say that.  It will cost you 32 cents for a negative.  You can get a five by seven for 60 cents, after you get the negative.  They aren't expensive.

MR. VEEDER:  I am not complaining, your Honor.  I will get thatdone.  I thought you might--

THE COURT:  We will leave these in the record, so if anyone wants to look at them-- but let's have copies to refresh our recollection.

MR. VEEDER:  All right, Mr. Kunkel, will you again take the stand.  You can just work from there.

Q  Would you refer to the last affluent of the Wilson or Temecula River and describe into the record, Mr. Kunkel--

MR. MOSKOVITZ:  I didn't hear what you said.

MR. VEEDER:  I asked him to describe the last affluent of the stream, Temecula Creek above Vail Dam.

THE WITNESS:  The last--

BY MR. VEEDER:

Q  --stream?

A  Not the last, but the last major stream tributary to the Wilson-- Temecula Creek drainage is known as--

Q  Above Vail Dam, now?

A  Above Vail Dam is the area-- is the tribtuary that drains Lewis Valley.  The headwaters of Lewis Valley are in

1  Section 9, Township 7 South, Range 1 East.  The stream runs in

2  a-- the stream channel runs in a general southerly direction

3  into the lower part of Lancaster Valley, where it joins Wilson

4  Creek in Section 11, Township 8 South, Range 1 West.  Lewis

5  Valley is a narrow alluvium filled valley that crosses Sec-

6  tions 9, 8, 17, 20, 29 and 30, Township 7 South, Range 1 East.

7  The length of the alluvium filled valley is approximately 4

8  miles, a quarter mile or less in width.

9  BY MR. VEEDER:

10  Q  Now, still referring to Plaintiff's Exhibit 15, would

11  you describe the sources and the headwaters of Murrieta Creek?

12  Please refer to the section, township and range.

13  THE COURT:  I take it there are no other creeks that run

14  into Temecula that have to be described.  There is none

15  running from the south?

16  MR.VEEDER:  There are none of any importance, your

17  Honor, other than those we have described, the sources that

18  we have proceeded through.

19  THE WITNESS:  May I ask you--

20  MR. VEEDER:  What is the matter?

21  THE WITNESS:  Murrieta Creek has its headwaters in

22  projected Section 34, Township 6 South, Range 4 West.  The

23  divide between Murrieta drainage area and Elsinore-- the

24  divide at the Murrieta Valley is in projected Section-- I am

25  afraid I gave you a wrong number there.  --is in Sections 27,

28, 33 and 34.  These are projected sections.  And the Sections 28 and 34 are barely-- well, Section 28 is in the Elsinore area.  34 is in the Murrieta Valley area.  The divide runs through Sections 27 and 33, Township 6 South, 4 West.  The upper two or three miles of the drainage area of Murrieta Creek, there is no well-defined channel for Murrieta Creek. The area is one of grasslands and irrigated crops.  The area is bounded on the south by the consolidated rocks of the basement complex and on the north by the older continental deposits and the rocks of the basement complex.  As one proceeds down gradient in Murrieta Creek the channel becomes more-- becomes defined.  Approximately two miles below the headwaters the channel has definite bed and banks.  But the bed and banks are not deeply incised beneath the surface of the alluvium.

BY MR. VEEDER:

Q  At that point to which you are making reference now, would you describe the vegetative cover within the near vicinity of the stream?

A  The vegetative cover is grasslands, and it is also an agricultural area of row type crops.

Q  Would you please proceed downstream from the point of last reference?

MR. MOSKOVITZ:  May I ask whether the testimony about the vegetative cover is something you saw on a particular date

1   you visited or something you derived from Exhibit 15?

2       MR. VEEDER:  Now, you go ahead and answer, if it is all

3   right with your Honor.  I think, however, cross-examination

4   should wait.

5       THE COURT:  Well, you may answer the question now.

6       MR. VEEDER:  Go ahead and answer.

7       THE WITNESS:  The material to which I am testifying are

8   observations I have made on specific dates.

9   BY MR. VEEDER:

10      Q  You may go ahead.

11      A  The channel of Murrieta Creek is within the area of

12  younger alluvium, which is bounded on both sides by older

13  continental deposits.  To the northeast and to the southwest

14  the older continental deposits are in turn bounded by the

15  rocks of the basement complex on the northeast and southwest.

16  The channel of Murrieta Creek is a sandy channel for a course

17  of approximately five or six miles, approximately in Section

18  34 and part of 35, Township 7 South, Range 3 West.  And I

19  have used the approximate descriptions.  For more exact

20  descriptions I would have to refer to the U. S. Geologic

21  Survey topographic map which has been entered in evidence.

22      The channel of the Temecula Creek is bounded on both

23  sides by a levee.

24      MR. DENNIS:  You said "Temecula".

25      THE WITNESS:  Did I say "Temecula"?  I meant Murrieta

1    is bounded by a levee.

2    BY MR. VEEDER:

3        Q   Would you estimate the height of the levee?

4        A   It is-- I estimate it to be five or ten feet.

5        Q   And the length of the levee, do you recall?

6        A   I do not recall.   I would have to consult my maps

7    on that.

8        Q   All right, you may proceed with the description of the

9    stream.

10       A   The alluvial plain of Murrieta Valley, the younger--

11   or the area as mapped as younger alluvial deposits on Exhibit

12   15, within that area there are numerous outcrops of older

13   continental deposits.   These outcrops may be described as

14   islands of older continental deposits, completely surrounded

15   by younger alluvial materials.   And the older continental

16   deposits underlie the materials mapped as younger alluvium.

17       In Section 35, southeast quarter, Township 7 South,

18   Range 3 West-- this is a projected section-- below the point

19   where there are no further levees-- the levees previously

20   testified to are no longer in existence, the levees stop--

21   the channel of the Temecula Creek-- I am sorry-- Murrieta

22   Creek becomes deeply incised beneath the alluvial plain.

23   BY MR. VEEDER:

24       Q   Would you estimate the depth that the creek is incised,

25   based on your recollection?

A   At the Southeast Quarter of Section 35, which I have just described, within a very short distance, a quarter mile or so, the channel becomes incised a matter of five feet or more.  And as one proceeds downstream the channel becomes more deeply incised a matter of ten to fifteen feet, depending where you are in the channel.

In the southeast quarter of Section 35, projected, the projected section I have just described, I observed ground water to rise from the alluvial fill in the definite channel of Murrieta Creek.  The channel at that point is very definite, a very definite channel.  As you proceed downstream the quantity of water in the stream increases to the point of confluence of Murrieta Creek and Temecula Creek.

Q   Would you estimate the distance between the point where you observed rising water and the point of confluence to which you just made reference?

A   The point of rising water and the point of confluence is slightly more than three miles.

Q   Now, would you refer to the Diamond Valley area and describe that area, making reference to the stream which has its headwaters there?

A   The headwaters of Diamond Valley are in Section-- the Northeast Quarter of Section-- the headwaters of Diamond Valley are in Sections 15, 10, 3, 4, all of Township 6 South, Range 1 West.  The surface water divide between Diamond

Valley and the San Jacinto area is an area of alluvial deposits.

THE COURT:  What sections did you describe as the head-waters?

THE WITNESS:  The headwaters of Diamond Valley are in Sections 15, 10, 3, 4, Township 6 South, Range 1 West.

THE COURT:  All right.

THE WITNESS:  The surface water divide between Diamond Valley and the adjacent drainage area is very low.  The actual divide cannot be easily determined in the field, but would have to be more precisely determined by leveling.  There is no stream as such flowing through Diamond Valley.  The area is one of grasslands and irrigated crops.  There are extensive areas devoted to the growing of flowers.  There are also areas devoted to grains.  The entire area has been called and the stream channel has been-- the position of the stream channel has been altered by man.  Diamond Valley drains through a constriction.  Well Diamond Valley is bounded on the north and on the south by rocks of the basement complex and Diamond Valley drains into Domenigoni Valley to a constriction in the northeast quarter of Section 1, Township 6 South, Range 2 West.

MR. STAHLMAN:  Is that a good place to stop, going into the next valley?

THE COURT:  That is good enough.  Recess until 2 o'clock.

SAN DIEGO, CALIFORNIA, THURSDAY, OCTOBER 2, 1958.  2:00 P. M.


MR. VEEDER:  I would like to report to your Honor in regard to the pre-trial order.  We have completed the list for Fallbrook, for California.  The Vail list will be completed shortly.  And I think-- I am hoping that by tomorrow we will be able to deposit the completed document with your Honor.

THE COURT:  O.K.


FRED KUNKEL,

heretofore called and sworn, recalled as a witness in behalf of the plaintiff, testified further as follows:


DIRECT EXAMINATION (Resumed)

BY MR. VEEDER:

Q  Mr. Kunkel, you had completed the Diamond Valley area, and I would appreciate it if you would describe into the record the bed and bank of the creek traversing Diamond Valley at this point.

A  The bed and bank of the creek traversing Diamond Valley has been plowed over and has been diverted to a course in general paralleling existing roadways.

Q  And would you describe the point where it leaves the Diamond Valley?  Does your description pertain to that?

A   The outlet to Diamond Valley--

Q   From Diamond Valley.

A   --from Diamond Valley into Domenigoni Valley is an alluvium filled area approximately a quarter mile wide, between outcrops of basement complex.

Q   Would you proceed from there and describe the stream as it flows on down to the Murrieta Valley?

A   The course of the drainage is generally southwest across an alluvium filled valley known as Domenigoni Valley. Domenigoni Valley is approximately one to two miles wide and approximately five miles in length.  The alluvial plain of Domenigoni Valley is bounded on the north-- on the south by consolidated rocks of the basement complex.  At several places in along the north edge of the valley, specifically in part of Township-- part of Section 34, part of Sections 8 and 9 in Township 6 South, Range 2 West, and in part of Section 13, Township 6 South, 3 West, the alluvial plain of Domenigoni Valley extends to the top of the watershed boundary.

MR. STAHLMAN:   I think there is an error there.

BY MR. VEEDER:

Q   Could you check those sections again, Mr. Kunkel?

A   The section-- the first section that I mentioned was Section 34, 5 South, Range 2 West.  The other sections are parts of Sections 8, 9, 6 South, 2 West, and part of Section 13, 6 South, 3 West.  There are outcrops of basement complex

1    within the area of younger alluvium in Domenigoni Valley, and

2    the drainage lines are not well defined.  There is no definite

3    bed and bank of the stream channel.

4         Q  Proceeding on down the valley, would you indicate

5    where the stream leaves the valley and proceeds on down

6    through the basement complex?

7         A  In Sections 16 and 17, Township 6 South, Range 2 West,

8    the Domenigoni Valley narrows down to approximately one-half

9    mile in width, and within the area mapped as younger alluvium

10   there are also outcrops of basement complex.  The channel at

11   this point is not well defined, but there is evidence of

12   rising water in this area.  I observed a growth of salt grass,

13   which is an indication of ground water at shallow depths.

14   The channel from about the point described in Sections 16

15   and 17, the channel of the stream traversing Domenigoni

16   Valley becomes more well-- becomes more defined.  It is

17   locally incised beneath the alluvial plain a matter of several

18   feet.  And the direction of the channel is southwesterly into

19   Section 19, where the channel-- Section 19, Township 6 South,

20   Range 2 West, where the channel is less than a quarter of a

21   mile in width and is bounded by definite banks of basement

22   complex on both sides of the alluvial plain.

23        Q  Would you describe the kind and type of surface soils

24   that the stream enters at that junction?

25        A  The basement complex in Section 19 is not the coarse

2439

1    bouldery type of deposit as indicated in photographs 31 and

2    32 that occurred along the east bank, or east of Tule Valley.

3    The topography is more subdued.  However, the rocks in the--

4    beneath the soil mantle are rocks of the basement complex.

5    As you follow the stream channel downstream through Sections

6    25 and 35 in Township 6 South, Range 3 West, the channel of

7    Warm Springs Creek-- from this point on the creek--

8         Q   When you say "from this point on"--

9         A   From the point from Sections 25 and 36 to which I

10   have just testified, from that point south the channel is

11   well defined and is identified or known as Warm Springs Creek.

12        Q   Now, would you describe the channel on down to the

13   continental deposits, and the kind and type of growth that you

14   have encountered in that area, or that region of the stream

15   when you made your investigation.

16        A   Warm Springs Creek for a course of approximately three

17   and a half miles from Section 25 south to the west half of

18   Section 11, Township 7 South, Range 3 West, is bounded on the

19   west by the consolidated rocks of the basement complex, and

20   on the east by the deeply weathered phase of the basement

21   complex, described and identified as residuum.  The channel

22   of Warm Springs Creek is filled with younger alluvium for the

23   length described.  At no point along the channel of Warm

24   Springs Creek was rising ground water observed as actual

25   flow.  Above a point in the north half of Section 14, Township

7 South, Range 3 West--

THE COURT:  What is the name of the stream upstream of Warm Springs Creek?  What do you call it, Diamond?

THE WITNESS:  As far as I know, your Honor, the stream is not identified by name.

BY MR. VEEDER:

Q  Would you please go ahead from the point of your last reference and describe the physical features of the area?

A  In Section 14-- well in the south half of Section 11 and in Section 14, Township 7 South, Range 3 West, the channel of Warm Springs Creek is bounded on the west by older continental deposits and on the east by residuum.  From the South Half of Section 14 downstream through Section 13 and the Northeast Quarter of Section 27 the channel of Warm Springs Creek is across the younger alluvial plain of the stream, which is approximately a tenth of a mile or a quarter of a mile in width and is bounded on both sides-- the younger alluvium is bounded on both sides by older continental deposits.

In the Southeast Quarter of Section 14, Townwhip 7 South, Range 3 West, a projected section, ground water was observed to rise at the base of a slope which very closely corresponds to the contact between the basement complex and the younger alluvium deposits.  The actual issue of rising water was from the younger alluvium.  The spring, locally known as

1   Murrieta Hot Springs, water flows from this source downstream

2   for approximately one mile, at which point the flow dis-

3   appears underground.

4        Q  And would you trace the Warm Springs Creek on down

5   to its confluence with the Murrieta Creek?

6        A  Warm Springs Creek flows in a southwesterly direction

7   over deposits of younger alluvium which are bounded on both

8   sides by continental deposits to its confluence with Murrieta

9   Creek, which is approximately located in the Southwest

10  Quarter of Section 27, Township 7 South, Range 3 West, a

11  projected section.

12       MR. VEEDER:  I would suggest, your Honor, if it is

13  amenable to you and to counsel, that the upper reaches of

14  Warm Springs Creek and Diamond Valley be referred to as Warm

15  Springs Creek.  The witness has said that it is unnamed, but

16  I think we should have a designation.

17       THE COURT:  Any objection to calling it Warm Springs

18  Creek?

19       (No response.)

20       MR. VEEDER:  Throughout its entire length.

21       THE COURT:  All right, that is what it will be called.

22       MR. VEEDER:  There is an additional factor that I would

23  like to bring to your Honor's attention and to the attention

24  of counsel at this time.  We have indicated along Murrieta

25  Creek on the eastern bank some areas of rising water.  I don't

believe that that appears on the copies of the maps which have been distributed and we will enter those on the copies, your Honor.

THE COURT:  Where does this rising water appear?

MR. VEEDER:  I will have the witness testify to that, if I may, your Honor.

Q  Would you indicate on the map, giving the legal subdivisions, if you would, Mr. Kunkel, before proceeding further.

A  I have indicated seven points of rising ground water at the lower end of Santa Gertrudis Creek and at the lower end of Long Canyon.

Q  Where are they located?

A  They are located in Section 35 projected.

THE COURT:  Section 35, 7 South, 3 West?

THE WITNESS:  7 South, 3 West, and in Section 1 projected, 8 South, 3 West.  All of the points are either on or above the area indicated as a concealed fault.  By "above" I mean upgradient.

BY MR. VEEDER:

Q  And generally where are they located in regard to Murrieta Creek which you have already described?

A  They are located adjacent to Murrieta Creek on the upstream side.

Q  On which side?

1     A  On the upstream side.  They should be thought of as

2  part of Santa Gertrudis Creek and Long Canyon.

3     THE COURT:  They are north and west of Murrieta, then?

4     THE WITNESS:  North and east.

5     THE COURT:  North and east?

6     THE WITNESS:  Yes.

7  BY MR. VEEDER:

8     Q  Would you proceed to describe the next tributary of

9  Murrieta Creek proceeding southward from Warm Springs Creek?

10    A  The next tributary I will testify to is Tecolote Creek,

11 which has three tributaries to it.  The northernmost tributary

12 has the headwaters in Section 8, Township 6 South, 1 West.

13 The tributary flows in a generally southerly direction and

14 flows over consolidated rocks of the basement complex.  There

15 is no appreciable alluvial fill in that channel.

16    The second tributary to Tecolote Creek is in Section 34,

17 Township 6 South, Range 1 West.  There is a small alluvium

18 filled valley in the Northwest Quarter of Section 35.

19    The drainage line from that valley is generally west and

20 in Sections 32 and 33 the flow is over consolidated rocks of

21 the basement complex.

22    A third tributary has its headwaters in Section 32,

23 Township 6 South, Range 1 East, an area identified as Willow

24 Canyon.  And there is another minor tributary to the same

25 area.

THE COURT:   I don't place Tecolote.

THE WITNESS:   It is identified on the map as Willow Canyon, your Honor.

THE COURT:   What township and range, please?

THE WITNESS:   Township 6 South, Range 1 East.

THE COURT:   I see.

MR. VEEDER:   May he proceed, your Honor?

THE COURT:   Yes.

THE WITNESS:   As part of the same drainage system, one stream is not identified by name, in Section 33, Township 6 South, Range 1 East, which flows in a southwesterly direction to a confluence with drainage from Willow Canyon.   The two drainages come together in the South Half of Section 6, Township 7 South, Range 1 East, and flow in a generally westerly direction.

The area previously described in Willow Canyon and another unnamed tributary are filled with alluvial deposits.   These alluvial deposits are a tenth of a mile or less in width and extend for several miles in length along the channels of the tributary.

In the South Half of Section 6 and the North Half of Section 7 and in Township 7 South, 1 East, and in the East Half of Section 12, Township 7 South, Range 1 West, the community of Sage is located and there is a ranch, Forest Service facility and other habitation in the area.

From the South Half of Section 12 the stream flows in a westerly direction for approximately two miles, a mile and a half to two miles over consolidated rocks of the basement complex, at which point there is an alluvium filled valley approximately two miles in length and a quarter of a mile in width.

In Sections 9 and 10, Township 7 South, Range 1 West, the stream flows from the point in Section 9 northwestward across consolidated rocks of the basement complex to a point in Section 6, Township 7 South, Range 1 West, where the channel flows over residiuum derived from the basement complex.

In Section 1, Township 7 South, Range 2 West, the tributary joins Tecolote Creek.  From that point downstream for a number of miles, which I will specifically identify later on, the channel is known as Tecolote Creek.  From a point in the Southwest Quarter of Section 31, Township 6 South, Range 1 West, southwesterly to the South Half of Section 8, Township 7 South, Range 2 West, the channel of Tecolote Creek is alluvium filled,  The alluvium is approximately a tenth of a mile in width.  It is bounded on both sides by deeply weathered residuum of the basement complex and in the Southwest Quarter of Section 8 the channel becomes incised beneath the surface of the residuum.  There is a point of rising water in the stream channel and as one proceeds downstream the quantity of water increases.

BY MR. VEEDER:

Q   Describe the vegetation cover in that area or any other growths that you observed when you were in there.

A   In general the area along Tecolote Creek on the area map is residuum and are devoted largely to grain or grass-lands.   In Section 7, the Southeast Quarter of Section 7, and in Section 18, Township 7 South, Range 2 West, the channel of Tecolote Creek is deeply incised beneath the surface of the residuum.   The deposits are incised I estimate to be 30 to 50 feet beneath the surface.   And the channel of the stream runs across consolidated rock of the basement complex.   There is no alluvial fill in the channel at that point.

Q   For what distance does that phenomena exist?

A   That phenomenon exists-- no alluvial fill exists for approximately a half mile.   The deeply incised channel is approximately a mile and a quarter in length.

THE COURT:   Well, my map isn't colored, but the dotted lines seem to show an alluvial fill, but in Sections 7 and 18, 7 South, 2 West.

THE WITNESS:   Yes, sir, your Honor.   There is a little-- a small amount of alluvial fill in the Southeast Quarter of Section 7 along the channel, and there is alluvial fill shown in the south half of Section 18.   But between the two points, for approximately five-tenths of a mile, there is no alluvial fill shown.   There is no alluvial fill in the valley.

MR. SACHSE:  In what section is that again?  I am having trouble finding it.

THE WITNESS:  The stream is flowing over the consolidated rocks in Section 18.

THE COURT:  Let me have a look at this.  The area in the dotted line is filled in with blue, I see.

THE WITNESS:  Yes.

THE COURT:  I see.

THE WITNESS:  This is a deeply incised channel.

THE COURT:  Maybe you will color my map when you finish.

MR. VEEDER:  All right, your Honor.

THE COURT:  Go ahead.

THE WITNESS:  The area mapped on both sides is weathered, deeply weathered basement complex, underlain by rocks of the basement complex.  The evidence of the basement complex at shallow depth is indicated by the numerous outcrops of basement complex throughout the area, and this deeply incised channel shows the rocks of the basement complex which are the-- the channel is cut down beneath the zone of weathering, and it is an excellent exposure of the geologic section to show the underlying material of the residuum.

BY MR. VEEDER:

Q  In the residuum-- or rather on the surface of the residuum, would you describe the vegetative cover throughout that area in general?

2448

1    A  The residuum is reddish in color.  It is gently

2  rolling.  And as I have previously testified, I believe, it

3  is devoted to grain and native grasses.

4    Q  Would you state whether that is general throughout

5  that area which you have mapped?

6    A  That is general throughout that area that I have

7  mapped.

8    Q  Now, would you proceed from the point of last

9  reference on Tecolote Creek?

10    A  At a point in the Southwest Quarter of Section 18,

11  Township 7 South, Range 2 West, Tecolote Creek leaves the

12  area mapped as basement complex and residuum and flows across

13  the area of older continental deposits.  At that point the

14  valley is no longer deeply incised.  It is moderately incised.

15  The area widens out and there is a distinct topographic break

16  along the horizontal line shown in-- approximately horizontal

17  line shown in the South Half of Section 18.  Below that point

18  the stream flows for approximately one mile, where it flows

19  into Santa Gertrudis Creek.

20    MR. VEEDER:  Your Honor, we will undertake the coloring

21  of your map this evening, or certainly we will have it through

22  by the weekend for you.

23    THE COURT:  All right.

24  BY MR. VEEDER:

25    Q  Now, would you proceed to describe the upper reaches

and the sources of supply for Santa Gertrudis Creek and the
tributaries to that stream, above the confluence with
Tecolote Creek.

A   An area identified as Glen Oak Valley in the North
Half of Section 23, North half of Section 22, parts of
Sections 15, 16, and 21, Township 7 South, Range 1 West, the
channel of the tributary to Santa Gertrudis Creek is alluvium
filled for approximately a width of a tenth of a mile, and
for a length of about two miles.   The stream in the Northwest
Quarter of Section 21, across part of Section 20, Township
7 South, Range 1 West-- these are projected sections-- flows
over consolidated rocks of the basement complex.   In Section
29, through Section 30, on through Section 25--

THE COURT:   The first two sections are 7 South, 1 West.

THE WITNESS:   7 South, 1 West.   And in Sections 25, 26,
27, 22 and 21, Township 7 South, 2 West, the channel drainage--
the creek identified here as occupying the channel in Long
Valley flows over younger alluvial deposits and--

BY MR. VEEDER:

Q   Just a moment, Mr. Kunkel.   Did you say the channel
or the creek?   To which were you making reference now, the
stream bed and bank now in the area to which you are now
making reference?

A   The stream bed and banks to which I am now referring--
it is part of the unknown named stream-- flows over older

1 continental deposits and over the younger alluvial deposits

2 which are bounded on both sides by older continental deposits.

3 The tributary to which I have been testifying enters in

4 Section 21-- joins Section 21, Township 7 South, Range 2 West,

5 joins Santa Gertrudis Creek, and from that point on the

6 tributary-- the drainage line or the stream is known as Santa

7 Gertrudis Creek.

8  Q   Now, from that point would you continue to describe

9 Santa Gertrudis Creek down to the Tecolote Creek?

10  A   Santa Gertrudis Creek has its headwaters in Section

11 13 and 24 in Township 7 South, Range 2 West, flows in a

12 general westerly direction over older continental deposits

13 to a point in Section 21 and continues on through Section 20,

14 19 in Township 7 South, Range 2 West, in a valley or in a

15 stream course that is underlain by younger alluvium.  And the

16 younger alluvium is bounded on both sides by older continental

17 deposits.  From the point of confluence with Santa Gertrudis

18 Creek and Tecolote Creek, the valley-- that is, Santa Gertrudis

19 Valley-- is approximately a quarter mile wide, and for a

20 length of about two miles the valley is underlain by younger

21 alluvium, which is bounded on both sides by older continental

22 deposits.

23  Q   Would you describe the bed and banks of the stream

24 from the point of confluence?  Describe it at that point,

25 please.

2451

1    A   The stream channel of the Santa Gertrudis Creek with

2    point of confluence with Tecolote Creek is a sandy channel,

3    incised a few feet beneath the alluvial plain.   The channel

4    is about a hundred feet wide.

5    Q   And what is the vegetative cover in that area, and

6    particularly along the stream bed itself?

7    A   There are occasional trees along the stream bed.

8    However, throughout most of the area, the area of younger

9    alluvium is grassland and pasture and the older continental

10   deposits on both sides are native grasses and grains.

11   Q   You may follow the course of the stream on down, then,

12   if you would, to the confluence with Murrieta Creek.

13   A   The confluence of Santa Gertrudis Creek with Murrieta

14   Creek is in the Southwest Quarter of Section 27.

15   THE COURT:   Now, wait.   As I read the map it is either

16   in 34 or 35, by projection.

17   THE WITNESS:   I am sorry, your Honor.   I had my eye

18   on Warm Springs Creek.   The confluence is in the Southeast

19   Quarter of Section 35, projected, Township 7 South, Range 3

20   West.

21   THE COURT:   Southeast?

22   THE WITNESS:   Yes, sir.

23   THE COURT:   I have been looking on this map that I have

24   got, and by the projections I have made it would seem to be

25   in the East half of Section 34, just about midway.   In the

1  east half.

2  THE WITNESS:  I am sorry.  I am getting tired.  I am

3  looking at the wrong stream here.  I have been following this

4  down.  It is the Northeast Quarter-- I am sorry-- Northwest

5  Quarter of Section 35, or in the Northeast Quarter of Section

6  34.  The stream crosses a fault zone which is the boundary

7  of Murrieta Valley.  The crossing of the Santa Gertrudis Creek

8  and the fault is in the northwest quarter of Section 35.  The

9  confluence of the two creeks, Murrieta Creek and Santa

10  Gertrudis Creek, is in the Northeast Quarter of Section 34,

11  Township 7 South, Range 3 West.

12  BY MR. VEEDER:

13      Q  Now, would you describe the next creek or canyon

14  immediately south of Santa Gertrudis Creek?

15      A  The next canyon immediately south is known as Long

16  Canyon.

17      Q  Would you describe the terrain in which it lies?

18      A  Long Canyon-- the alluvial-- younger alluvial fill

19  of Long Canyon begins in Section 34, extends in an easterly

20  direction through Section 33, Section 32, Township 7 South,

21  Range 2 West, and continues in Sections 5 and 6, Township

22  8 South, Range 2 West, and through Section 1, Township 8

23  South, Range 3 West.  The channel of Long Canyon is alluvial--

24  is filled with younger alluvium for approximately a tenth

25  of a mile in width.  The length of the stream course is

1    approximately four and a half miles.  The stream occupies the

2    lowest point of the valley, but there is--

3         Q  The lowest point of which valley now?

4         A  The lowest point of Long Canyon.  For the record, there

5    is a Long Canyon and a Long Valley.  I am describing Long

6    Canyon.  The stream in Long Canyon is not a well-defined

7    feature that joins Murrieta Creek.  There is an area of rising

8    water along the fault line shown on Exhibit 15, or northeast

9    of the fault line.  And--

10        THE COURT:  In Section 1?

11        THE WITNESS:  In Section 1.

12        THE COURT:  8 South, 3 West?

13        THE WITNESS:  Yes, sir.

14   BY MR. VEEDER:

15        Q  Now, proceeding southward of the Temecula Creek, would

16   you describe the tributary of Temecula Creek which is located

17   there?

18        A  You are referring to Wolf Valley?

19        THE COURT:  Wait a minute.  Before we go to that, on the

20   map, between Santa Gertrudis Creek and Long Canyon, there is

21   shown a canyon with a broken line and three dots, which

22   indicates what, intermittent--

23        THE WITNESS:  Yes, sir.

24        THE COURT:  It has no name on it.

25        THE WITNESS:  That is this tributary here.  That is a

1    minor tributary in Santa Gertrudis Valley.   It is not tributary

2    to Santa Gertrudis Creek.   It flows through an alluvium filled

3    valley that is tributary to Santa Gertrudis-- that is

4    tributary to Murrieta Valley.   The stream, as far as I know,

5    has no name.

6          THE COURT:   All right.

7    BY MR. VEEDER:

8          Q   Now, proceeding southward of the Temecula Creek, would

9    you describe the tributary to the stream which enters near the

10   confluence of Murrieta and Temecula?

11         A   The stream to which you are referring is known as

12   Pechanga Creek.   Pechanga Creek--

13         Q   Will you describe the headwaters of that creek and

14   locate it by the legal subdivisions?

15         A   The headwaters of Pechanga Creek are in Section 36

16   and Section 25, Township 8 South, Range 2 West.   The stream

17   flows in a general northwesterly direction.   The stream flows

18   over younger continental deposits, younger alluvium, which are

19   bounded on both sides by older continental deposits.   The

20   stream flows between-- or is confined within a narrow channel

21   in Sections-- parts of Sections 19, 20 and 29, Township 8

22   South, Range 2 West, where the younger alluvium is bounded

23   on both sides by older continental deposits.   There is a

24   broad area of alluvial plain shown to the east of the main

25   stream.   There is no well-defined stream channel in that area.

Q  Have you described the bed and banks of the stream in

the upper reaches, or would you describe the bed and banks of

the stream in the upper reaches and the source, where the

source -- where Pechanga Creek has its source?

A  The channel of Pechanga Creek in its headwaters is on

a narrow alluvial plain, which is bounded on both sides by

older continental deposits.

Q  And then proceeding downstream from there, would you

describe the bed and bank of the stream?

A  The bed and bank of the stream become incised beneath

the surface of the alluvial plain.  The channel is sandy.

There is no flow of water observed in the channel.

Q  Now, would you proceed to describe the terrain on each

side of the channel from the standpoint of land surface and

topography?

A  The areas indicated as younger alluvium are very

gently rolling and are grasslands.  The areas on both sides

of the younger alluvium are the older continental deposits,

which are largely in native grasses.

Q  About what is the width of the area of the stream

in the lower reaches?

A  The width of the stream channel in the lower reaches

is oon the order-- I estimate about a tenth of a mile.  The

alluvial plain in Wolf Valley is about a half mile in width.

Q  You have made reference to Wolf Valley.  What

THE WITNESS:  It would be in Section 12.

MR. VEEDER:  Have you further question in that regard, your Honor?

THE COURT:  Well, I think probably the other question I had answers itself.  71 branches off of 395 where, Section 18?

THE WITNESS:  I would have to check the topographic map for the exact place.  But it would be approximately--I believe it is Section 7, Your Honor.  But I--

MR. VEEDER:  We will locate that.

Q   Will you refer to Plaintiff's Exhibit 29, Mr. Kunkel, which are the quadrangles, and locate for his Honor the section, township and range for Temecula?  That will be the Temecula quadrangle.

A   Apparently these are not alphabetized.

Q   Referring to Plaintiff's Exhibit 29K, would you respond to the inquiry of the Court?

A   Highway 71 proceeds easterly from Highway 395 approximately in the center of Section 18 projected, Township 8 South, 2 West.  The turnoff is north of the Temecula River.

THE COURT:  Let me see the exhibit, please.

Go ahead.

MR. VEEDER:  Exhibit 29-K.

THE COURT:  Yes.

THE WITNESS:  May I refer to the Pechanga quadrangle also.  It shows the continuations of the roads--

John's
H

1   relationship does that have to Pechanga Creek?

2      A  The drainage in the entire area is northwestward into

3   Temecula Creek.

4      Q  Now, will you describe--

5      THE COURT:  In other words, Wolf Valley drains into

6   Temecula Creek, or does Wolf Valley drain into Pechanga?  I

7   don't understand you.

8      THE WITNESS:  Part of Wolf Valley drains into Temecula

9   Creek.  However, there is no well-defined channel.  A large

10   part of the area is tributary to Pechanga Creek, which does

11   drain-- which also drains into the Temecula River.

12   BY MR. VEEDER:

13      Q  And when you say "the large area", to which valley are

14   you referring?

15      A  I am referring to the area known as Wolf Valley on the

16   map, and underlain by younger alluvium.

17      THE COURT:  While you are down in this area, for my

18   information can you designate the place where the town of

19   Temecula is located?  Do you have it on the map?

20      THE WITNESS:  The town of Temecula is not shown on the

21   map.  The town of Temecula is about at the "M" in the word

22   "Temecula Valley"-- in the words "Temecula Valley".

23   BY MR. VEEDER:

24      Q  Would you locate that by the legal subdivision?

25      THE COURT:  Section 12.

1      MR. VEEDER:  Does your Honor desire--

2      THE COURT:  No.

3      MR. VEEDER:  If you care to sit down for the moment, Mr.

4  Kunkel, you may, and respond to some questions in another

5  field.

6      Q  You have on several occasions alluded to faults, Mr.

7  Kunkel.  What is the meaning of that term from the standpoint

8  of geologic phenomena?  What is a fault, in other words?

9      A  A fault is a fracture within the earth's crust or on

10  the surface of the earth, along which there has been movement

11  or displacement of the rocks or deposits of the earth.

12      Q  Generally speaking, what brings about such an occur-

13  rence as a fault or a fracture, as you have stated?

14      A  The crust of the earth is subject to stresses and

15  strains which deform the earth, and when the deformation is

16  of sufficient magnitude with regard to the physical character

17  of the rock, the rock will fracture and movement will occur.

18  And I use the word "rock" to include unconsolidated deposits

19  as well as consolidated deposits, in this case.

20      Q  Now, have you lated in the watershed of the Santa

21  Margarita Valley and designated them on the map certain of

22  the faults which you think have materiality from the standpoint

23  of the runoff in the watershed and from the appearance of

24  currents of ground water?

25      A  Yes, I have.

Q   Would you please locate on Plaintiff's Exhibit 15 one of the principal faults that you have located and designated from the standpoint of the legal subdivisions?

A   One fault to which I have testified or have referred to in my testimony is along the northeast margin of the area identified as Murrieta Valley.

Q   And have you found other faults in the area?

A   Other faults have been mapped along the southwest side of Murrieta Valley, along Lancaster Valley, northeast of Aguanga Valley, southwest of Aguanga Valley.

Q   With particular reference to the fault in the southwestern part of the Aguanga Valley, would you describe the physical features of that area?  How did you determine that there was a fault there?

A   The fault in Aguanga Valley was determined by the displacement of the basement complex against a considerable thickness of alluvial and continental deposits.

Q   What was the effect of that fault, if any, upon the ground water occurrence and course of the ground water?

A   Faulting along the fault southwest of Aguanga Valley and coupled with the faulting along the northeast part of the area of older continental deposits has created a structural depression into which a considerable thickness of younger and older alluvial materials have been deposited.

Q   What other physical features did you observe in

1    connection with that particular fault?

2    A  Well, there is also an associated fault with a

3    generally northwesterly trend, along which there have been

4    displacements of water levels.

5    Q  Referring to Plaintiff's Exhibit 58-19, can you show

6    with your slides the occurrence of these faults and point out

7    to the Court the physical phenomena that assists you in

8    locating them?

9    A  Slides 19, 20 and 21 show a fault which I have in-

10   dicated on Exhibit 15.

11   Q  I hand you that exhibit and you inspect those three,

12   if you would, and put them on the screen, please.

13       Utilizing the pointer, if you would, Mr. Kunkel,

14   indicate where you have observed the fault line and explain

15   into the record how you made the determination of that line?

16   A  The determination of the fault line was made by an

17   inspection in the field of the rocks and alluvial deposits

18   in the area of this picture and in the area of the entire

19   map.  The fault changes shown on Exhibit 15 as paralleling

20   or comprising the northern boundary of the older alluvial

21   deposits north of Aguanga Valley is along the line on the

22   right side of the photograph.

23   THE COURT:  Step over with your pointer, please.

24   THE WITNESS:  I am sorry (stepping over to the screen).

25   It is the line at the base of the basement complex.  The

1   rocks of the basement complex rise to considerable height

2   to the north.  Wells drilled for the ranch houses shown in

3   the photograph, wells that are drilled on the alluvial plain--

4   I cannot see the windmill but there is a windmill in a draw

5   a matter of a few hundred feet from the contact.  There are

6   also other wells down in the lower part of the valley beyond

7   where you can't see in the photograph which have been drilled

8   to considerable thickness and--

9        Q  Considerable thickness?

10       A  By "considerable thickness" I mean several hundred

11  feet, and for the valley as a whole there are wells that

12  have been drilled-- I would have to check my notes, but we

13  have logs on wells that have gone down several thousand feet.

14  One well in particular, I believe, is 2,500 feet.  I would

15  have to check my notes for the exact depth.  But we have

16  encountered considerable thickness of the materials mapped

17  as older continental deposits without encountering rocks in

18  the basement complex.

19       Q  What significance should be attributed to that fact?

20       A  If the rocks of the basement complex had a slope and

21  topography that reflected purely an erosional surface, we

22  would expect basement complex to be encountered in wells at

23  a depth much shallower than we do encounter in basement

24  complex.

25       Q  How could you ascribe such a result to a fault?  What

1    would occur that would bring that about?

2        A  On the basis of geologic evidence, which includes the

3    age determinations of the deposits by their stratagraphic

4    position, we know that the rocks of the basement complex

5    are considerably older in age than the continental deposits.

6    To achieve the situation necessary for a deep alluvial filled

7    valley, the rocks of the basement complex, as indicated by

8    this photograph, have been raised up on the north relative to

9    the continental deposits on the south, which have been

10   dropped down.  The directions of movement that I described are

11   relative to each other and not necessarily the direction in

12   regard to sea level.  Because the entire area could also have

13   been lifted up, even though the relative displacement between

14   the two types of material is the same.

15       Q  What then has been the actual net effect of the fault

16   in that area from the standpoint of the levels of the basement

17   complex as they relate to the continental deposits?

18       A  It has been to lower the depth of the basement complex.

19       Q  What, in your opinion, has caused the deposits to go

20   into that faulted area?

21       A  Erosion from highland areas surrounding the depression.

22   The erosion is from the rocks of the basement complex, and

23   with regard to the younger alluvial deposits it is also

24   erosion now, erosion in recent times of the older continental

25   deposits.

2463

1     Q  What other factors appear in Plaintiff's Exhibit 58-19

2  which indicate to you the presence of a faulted area in

3  that vicinity?

4     A  The feature shown on Exhibit 19, Photograph 19,

5  extends in a generally northwest direction through the

6  Lancaster Valley.  There are areas where the basement complex

7  is not visible but is covered by continental deposits.  But

8  within those areas of continental deposits, there are two

9  critical outcrops of the basement complex along which the

10  fault is drawn.

11     Q  Would you locate those on Plaintiff's Exhibit 15 for

12  the purpose of further clarification.

13     A  The two other points of the outcrops of basement

14  complex to which I have referred are in the West Half of

15  Section 16 and in the South Half of Section 7 and the North

16  Half of Section 18, Township 8 South, Range 1 East.

17     THE COURT:  I understand then that the basement complex

18  north of that fault line running near where you have just

19  described is higher than the basement complex to the south

20  of that fault line?

21     THE WITNESS:  Yes, sir.

22     THE COURT:  What about the situation of these two other

23  fault lines shown immediately south of the one you have been

24  talking about?

25     THE WITNESS:  The other two fault lines, the evidence

1   indicates that there has been movement along that fault line.

2   Based on information in an oil well test, the area north of

3   the center one of the three faults shown has dropped down, the

4   northern part of the area has dropped down relative to the

5   southern part.

6     THE COURT:  Then that is almost a series of steps, if I

7   understand you right.  We will take first the fault line that

8   runs roughly from Section 7 down to Section 23 in 8 South, 1

9   East.  In the area north of that the basement complex is

10   higher, and in the area immediately south; and then in the

11   area immediately south of that fault line the basement complex

12   is again higher than the basement complex in the area south

13   of the middle fault line.

14     THE WITNESS:  That is correct.

15     THE COURT:  And then what about the area completely to

16   the south, say Sections 30, 31 and 32 in 8 S, 1 E? The base-

17   ment complex in there is high again?

18     THE WITNESS:  The basement complex is very high there.

19     THE COURT:  So the lowest portion in this immediate

20   township and range would be in an area starting, say, in

21   Sections 34 and 35 and running northwest between the two

22   fault lines up across part of Sections 28 and 29 and up into

23   Section 19.

24     THE WITNESS:  I am sorry, your Honor, I didn't get

25   your statement.

1    THE COURT:  That would be the area between the middle

2  fault line and the most southerly fault line?

3    THE WITNESS:  No, the deepest part of the area is north

4  of the middle fault line.

5  BY MR. VEEDER:

6    Q  Would you locate that, Mr. Kunkel, with section,

7  township and range, please, where you just expressed a

8  conclusion as to depth?

9    A  The greatest depth to the basement complex and the

10  thickest accumulation of the continental deposits is in

11  Sections 15, 16, 17, 18, 20, 21, 22, the north half of Section

12  27.

13    Q  Mr. Kunkel, in expressing your conclusion that you

14  just expressed, did you have reference to the surface of the

15  ground or to the level at which the fault has subsided?  You

16  are not speaking of ground surface now, are you?

17    A  I am not speaking of ground surface.  I am speaking

18  of the--

19    THE COURT:  Basement complex?

20    THE WITNESS:  --of the depth to basement complex.

21    MR. VEEDER:  I wanted to be sure that your Honor and

22  Mr. Kunkel were talking about the same thing.

23    Do you follow, Mr. Kunkel?

24    THE WITNESS:  Yes.

25    MR. VEEDER:  The question is, do I?

1        THE COURT:  Who knows?  All right.

2   BY MR. VEEDER:

3        Q  Mr. Kunkel, referring to Plaintiff's Exhibit 58-20,

4   would you proceed to describe further the physical situation

5   which occurred when a fault is found to be present?

6        A  I don't understand the question.

7        Q  Would you refer to the phenomena there that would

8   indicate to you the presence of a fault?

9        A  Well, the fault which we have testified to is to the

10  north and out of this photograph on the right side.  The other

11  faulting to which you may be alluding would be faulting a

12  considerable distance to the south and on this photograph I

13  cannot identify the points with enough certainty to say ex-

14  actly where they are on this photograph.

15       Q  Those appear on 58-21, Mr. Kunkel?

16       THE COURT:  The next picture-- this is No. 20-- do they

17  appear on 21?

18       THE WITNESS:  No, the three photographs are essentially

19  from the same point, just slightly a different angle.

20  BY MR. VEEDER:

21       Q  Have you any other photographs that would indicate the

22  presence of faults?

23       A  No, I do not have any other photographs that show

24  faults.

25       Q  Proceeding onward, then, with the descriptions of the

2467

faults--

THE COURT:  Well, this is a good time to take a recess.

(Recess.)

J-1

MR. VEEDER:  At this time, your Honor, we would like to place in the record Exhibits 20, 21, 22 and 23, which are the locations of gauging stations in the Santa Margarita River.

THE COURT:  What are the numbers again?

MR. VEEDER:  20, 21, 22 and 23.

THE COURT:  Any objection?

MR. SACHSE:  What are they?

THE COURT:  Location of gauging stations.

MR. VEEDER:  Location of gauging stations in the valley. And we have copies downstairs of these exhibits.

MR. MOSKOVITZ:  These are more than locations.  Aren't these hydrographs?

MR. VEEDER:  No.  Take a look.  I thought they had seen them.

These are to supplement those exhibit, which are the runoff tables for certain gauging stations in the Santa Margarita River watershed.  We have copies for all counsel.

MR. MOSKOVITZ:  They are not so described in the list you gave us, Mr. Veeder.  Are you changing the numbers?

MR. VEEDER:  No.  They are being added to the exhibits for the purpose of locating the gauging stations.

MR. SACHSE:  In other words, this is just to be an

1    additional sheet for 20, 21, 22--

2         MR. VEEDER:  That is right, just an additional sheet for

3    identification.

4         THE COURT:  Well, then, you are adding a sheet to your

5    exhibits already lodged.

6         MR. VEEDER:  That is correct.

7         THE COURT:  And the sheet added and what you have

8    already deposited will be 20, 21, 22, 23?

9         MR. VEEDER:  That is right.  Exhibits 20, 21, 22, 23

10   have already been admitted.

11        THE COURT:  No, they have been lodged but they haven't

12   been admitted.

13        MR. VEEDER:  That is right.

14        THE COURT:  Are you offering 20, 21, 22, 23?

15        MR. VEEDER:  Not at this time, your Honor.  I am sorry

16   I got confused.  We will simply add those to the--

17        THE COURT:  --lodged exhibits.

18        MR. VEEDER:  --lodged exhibits.

19        THE COURT:  All right.

20        MR. VEEDER:  And at the same time I would like to add to

21   or rather substitute identification Plaintiff's Exhibit No.

22   34.  We have made a correction on 34.

23        THE COURT:  What is 34?

24        MR. VEEDER:  That is the hydrograph of monthly runoff

25   of Murrieta Creek at Temecula.

MR. SACHSE:  Can you tell us, Mr. Veeder, whether the ones we have been given are right or wrong now?

CMDR. REDD:  They are wrong.

MR. VEEDER:  If you return them, I will give you another.

THE COURT:  He is substituting a new 34 to correct some mistake on the 34 heretofore lodged.  It will still be 34.  You can turn in your old one, get a new one.  Is that correct?

MR. VEEDER:  That is right, your Honor.

Q  Mr. Kunkel, would you return to Plaintiff's Exhibit No. 15, and referring to the Aguanga Valley, would you point out the other faults that you found in that valley?

A  I have testified to the fault north of the older continetal deposits, the fault south of Aguanga Valley.  I also observed a fault in the central part of the area not as older continental deposits.  The fault occurs approximately from the point in the southwest quarter of Section 26, and is extended through the southwest quarter of Section 20 in Township 8 South, Range 1 East.

Q  Now, for the purpose of further clarification, would you read into the record the legend which you have prepared in regard to fault zone, and explain the application of that legend to the particular fault to which you made reference?

A  The symbol for the fault is shown as a long solid heavy line.  And I have also extended that line with several dashes, and then followed by several dots.  The legend reads as

1  follows:   "Fault, dashed where position is inferred, dotted

2  where concealed."

3      Q  All right.  Now, would you describe--

4      THE COURT:  Wait a minute.  You say "dashed where

5  inferred".

6      THE WITNESS:  Yes.

7      THE COURT:  And "dotted where concealed".

8      THE WITNESS:  And dotted where concealed, yes, sir.

9      THE COURT:  What is the difference between the two?

10     THE WITNESS:  A fault may be inferred on the basis of

11 evidence, geologic evidence, even though you cannot see the

12 fault on the surface.  That is an inferred fault.  A fault

13 may not continue-- may be inferred to continue beneath deposits

14 which are not faulted, and they are-- the inferred fault--

15 it is inferred-- it would have to be inferred by its very

16 nature.  The faulting is in the deposits that underlie the

17 deposits which conceal it.  So I have shown a solid fault line

18 along the base of the high land area that is under-- that is

19 composed of basement complex.  I have inferred it by a dashed

20 area across an area of older continental deposits.  I have

21 carried it as a solid line along the base of consolidated

22 rocks, which I have observed.  I have inferred its position

23 to be concealed beneath the younger alluvial deposits.  The

24 fault is in the older deposits beneath the younger alluvial

25 deposits across a stretch of Lancaster Valley.  I have again

2471

1    observed its position where the basement complex is exposed.

2        Q  What was the phenomena that shows you where the ex-

3    posure existed that a fault was present?

4        A  There the evidence on which I have determined the

5    fault to exist is the alignment of the fault line throughout

6    a considerable area.  I have based it on the depth to which

7    basement complex has been encountered in wells, and I have

8    observed the direct evidence of the basement complex where

9    the fault occurs.

10       Q  Now, referring to the fault that is depicted on

11   Plaintiff's Exhibit 13 in the center, would you--

12       A  15.

13       Q  --on Exhibit 15, would you describe the physical

14   features that point up to you the presence of a fault in that

15   area?

16       THE COURT:  Which fault is this?

17       THE WITNESS:  We are talking--

18   BY MR. VEEDER:

19       Q  Now, would you describe--

20       THE COURT:  The center of the three faults in 8 South,

21   1 East?

22       THE WITNESS:  Yes, sir.

23   BY MR. VEEDER:

24       Q  Is that correct, Mr. Kunkel?

25       A  Yes, sir.  I just previously testified exactly to the

2472

1   position.   In the center, Section 27 of Township 8 South,

2   Range 1 East, there is an outcrop of basement complex com-

3   pletely surrounded by older continental deposits.   The evidence

4   indicates that this is a type of outcrop or a geologic

5   phenomena known as horst, h-o-r-s-t.   It is a block of

6   basement complex, in this case, which has been thrust up or

7   raised to the surface during the process of faulting, and is

8   left suspended above the main body of the basement complex.

9   At this point, or in Section 27, on the south side of the

10  outcrop of basement complex the surface is very steep.   There

11  was a ranch house located in the older alluvial deposits

12  within a hundred or so feet from the outcrop.   They have a

13  well.   I measured the water level.   The well did not encounter

14  basement complex.   And the water level in the well in the

15  fall of 1957, when I measured it, was 141 feet below land

16  surface.   I walked up the steep slope of the basement complex,

17  walked up gradient a matter of, I estimate, a hundred feet,

18  at which point there is a spring flowing from the older

19  continental deposits where a small surface channel is cut in

20  a north-south direction across the basement complex in that

21  area.   There is a considerable displacement of water levels.

22  The exact distance would have to be determined by leveling.

23  But it is 141 feet plus whatever distance I had to climb to

24  get to the spring.   And I estimate the displacement in that

25  particular spot to be in excess of 200 feet.

1          In that area I have indicated the fault as a solid line.

2     The evidence is, in my opinion, conclusive.

3          Q   Now, what are the other fault zones that you have

4     located in that--

5          THE COURT:   Before you pass that--

6          MR. VEEDER:   Excuse me.

7          THE COURT:   Did I understand you right to say that in

8     talking about those three fault lines lying in 8 South, 1

9     East-- and you have an area between the most northerly one

10    and the center one, an area between the center one and the

11    most southerly one-- I understood you to say the depth to

12    basement complex was deepest between the most northerly one

13    and the center one.

14         THE WITNESS:   That is correct.

15         THE COURT:   Yet this well which went down 140 feet to

16    water is between the center one and the southerly one.

17         THE WITNESS:   That is correct.   I would have to check

18    my notes to determine the depth of wells in this area.   But

19    it is-- we are talking in terms of several hundred feet for

20    the thickness of the younger alluvial and older continental

21    deposits, whereas based on logs of wells, the deposits in the

22    central-- in the area between the central fault and the northern

23    fault are on the order of 2,000 feet.

24         THE COURT:   All right.

25    BY MR. VEEDER:

          Q   Now, what other fault zones have you investigated and

1 concerning which you have data, those fault zones being

2 depicted on Plaintiff's Exhibit No. 15?

3 A  The other fault zones that I have investigated have

4 been the fault zone known as the San Jacinto fault zone that

5 trends in a northwesterly direction across Sections 4, 3, 10,

6 11 and 13 in Township 7 South, Range 3 East.  The displacement,

7 as observed in the field, indicates that the area to the

8 northeast has been uplifted with regard to the area southwest

9 of the fault zone.  The San Jacinto fault is part of the

10 San Jacinto-San Andreas fault zone that extends from Northern

11 California to the area of the Salton Sea.  It is not a single--

12 one single fault for the entire distance, but a series of

13 faults and fault splinters, as we would term them.  And this

14 is one particular fault along that system.

15 Q  Now, what other fault zones have you investigated in

16 the area which have significance in regard to the geology

17 of the Santa Margarita River watershed?

18 A  One other fault zone lies southwest of Murrieta Valley,

19 and extends southwest of Wolf Valley.  This is a fault system

20 that extends from the Elsinore area, and presumably extends

21 south out of the area.  I have not investigated the area to

22 the south.

23 Q  What are the evidences to you of the presence of the

24 fault which you have just described?

25 A  The considerable displacement of the rocks.  The areas

2475

1    of the outcrops shown as volcanic rocks.  They occur on top

2    of an area known as Mesa de Burro.  The altitude of that mesa

3    is about 2,000 feet.

4        Q  Now, would you locate this for the Court, if you

5    would, by legal subdivision?

6        A  Mesa de Burro is in Sections 30, 31, Township 7 South,

7    Range 2 West.  The altitude of land surface on the plateau

8    is about 2,000 feet above sealevel.

9        THE COURT:  What are you pointing to now?

10   BY MR. VEEDER:

11       Q  State what you are pointing to.

12       A  Sections 30, 31, 7 South, 2 West, the area as indi-

13   cated as QTV.

14       Q  What is that?

15       A  That is a high land plateau, an area underlain by

16   volcanic rocks.

17       THE COURT:  What does the QTV stand for?

18       THE WITNESS:  The QT indicates the age, **Quaternary and**

19   **Tertiary.**  And the V stands for volcanic.

20   BY MR. VEEDER:

21       Q  Where else in that general area have you found the

22   presence of volcanic deposits?

23       A  Volcanic rocks are also observed-- and I have observed

24   them-- on the tops of four hills, known as the Hog Back.  The

25   hills occur in Sections 1, 2, and 11, Township 7 South, Range

2476

3 West.  The area is also a plateau, several hundred feet
above the surrounding area.  The altitude of the plateau, the
volcanic rocks in the plateau, is approximately 1800 feet
above sea level.  The volcanic rocks are also observed in
Section 7, Township 7 South, Range 3 West.  They are very
limited in extent.  But they are related in kind to the rocks
on Mesa de Burro and on the Hog Back.  And these rocks occur
at an altitude of approximately 1,340 feet.  The rocks-- the
volcanic rocks I have just described probably were an extensive
lava flow from a single force, or a series of related source,
and were deposited during the same period of volcanic activity.
The difference in altitude is evidence of down dropping in the
central part of the area.

 Volcanic rocks also have been encountered in deep-- in
wells.  The exact depth I do not recall, but is in excess of
a thousand feet.  And if I am correct, I believe it is in
excess of 2,000 feet.

 Q  And what does that evidence to you from the stand-
point of the deposits that are situated in the Murrieta
Valley?

 A  It indicates to me there is a considerable thickness
of continental deposits in Murrieta Valley within the area
indicated as older continental deposits.  By "condiderable
thickness" I mean several thousand feet.

 Q  Now, proceeding southward down the Murrieta Valley,

1    what other faults have you located?  And state generally

2    where they are found.

3         A  The other faults are along the northeast side of

4    Murrieta Valley.  They extend from the divide.  They are also

5    part of the fault system that extends from Elsinore, or is in

6    the Elsinore area, and extends in a northwest-southeasterly

7    direction across the area mapped.

8         Q  Now, in the upper valley, what evidence did you rely

9    upon to map the fault that is depicted there?

10        A  This fault is mapped on the outcrop of the basement

11   complex sheer zones and brecciated zones can be observed.

12        THE COURT:  What kind of zone?

13        THE WITNESS:  Brecciated, b-r-e-c-c-i-a-t-e-d.

14   BY MR. VEEDER:

15        Q  What does that mean, Mr. Kunkel?

16        A  Breccia is a rock, if I may use the term, composed

17   of angular fragments in a matrix of finer grained material.

18        Q  What would the presence of breccia in that form

19   indicate to you as a geologist?

20        A  The breccia in this case is a-- it is a-- what we

21   would call a fault breccia.  It is formed by the displacement

22   along a fault, the action of the-- or the movement of the

23   fault breaking up and fracturing the rocks and rolling them

24   along the fault zone.  A brecciated zone may be a matter of

25   an inch or so, or they may be a matter of 40, 50 feet, or a

1  quarter to a half mile in width.

2      Q  Now, proceeding southward from that point, would

3  you state what other indications you had resulting in your

4  delineating a fault zone further south?

5      A  The fault zone to the south is dashed and dotted,

6  indicating that its position is inferred.  The position is

7  inferred by examination of water level measurements in wells.

8  And a displacement of water levels is observed from one side

9  of the fault to the other.  In general-- it is not in general,

10  it is in all cases the water level altitude in wells un-

11  affected by pumping--

12      Q  Where are you pointing to?

13      A  Northeast of the fault zone-- stand at a higher

14  altitude than water levels in wells to the southwest of the

15  fault zone.  The position of the fault was inferred on the

16  basis of the position of the wells and their relative heads.

17  In addition, a spring line, or a series of springs-- I have

18  indicated seven springs.  Actually it is a zone for approx-

19  imately two miles, along which there is rising water.

20      Q  Now, to which streams are you making reference at this

21  time?

22      A  These are the streams of the Santa Gertrudis Creek

23  and of Long Canyon.

24      Q  Now, continue in your statement in regard to the

25  location of those fault lines and zones and express your

2479

1   opinion, if you would, please, as to why you have reached the

2   conclusions you have expressed?

3      A   The springs occur along northeast of the fault zone.

4   They reflect the position of the head of water in the contin-

5   ental-- the older continental deposits.   In this area the

6   gradient of land surface is steeper than the gradient of the

7   water surface, and at the spring line the two intersect and

8   the head of water-- the head of the ground water body is

9   higher than the altitude of land surface.   And that point you

10  have rising water, or moist ground.

11     Q   How does that compare with the area through which

12  Murrieta Creek flows?

13     A   From the point of rising water along the main stem

14  of Murrieta Creek and from the points indicated as points

15  of rising water south of-- southwest of Santa Gertrudis and

16  Long Canyon, Santa Gertrudis Creek and Long Canyon, the area

17  is moist or swampy, and there is considerable growth of

18  vegetation that draws its supply directly from ground water.

19     Q   Now, what is your conclusions in regard to the re-

20  lationship between the ground water and the surface flow of

21  Murrieta Creek and the areas lying eastward and the water

22  sources lying eastward of the fault you have just described?

23     A   Pardon me?

24     Q   What is the relationship between the ground water,

25  rather, the surface flow of Murrieta Creek and the ground

1    water which emanates from those seven streams to which you

2    have made reference?   Is there a relationship between them?

3         A   Yes, sir, there is.   The surface flow during the

4    periods of low water and when there is no runoff from

5    precipitation, the flow of Murrieta and Temecula Creeks is

6    from ground water rising from the alluvial deposits.

7         Q   What are the other fault zones that you have located

8    in the area in general?

9         A   Well, there is a minor fault zone northeast of the

10   area of basement complex in Sections 6 and 7, Township 7

11   South, 3 West.   This little feature of basement complex is

12   also a horst and is geologically of similar character to the

13   horst previously testified to.

14        Q   Are there any other fault zones in the southern and

15   western part of the watershed concerning which you have not

16   as yet testifed?

17        A   There is a fault zone south of the area mapped as

18   residuum or basement or deeply weathered basement.   The fault

19   zone occurs in the east-west direction, approximately east-

20   west direction, in Sections 13 and 14, Township 7 South,

21   Range 3 West, and also extends into Sections 17 and 18,

22   Township 7 South, Range 2 West.   The direct evidence for

23   this fault is at the contact between the older continental

24   and the basement complex along Tecolote Creek, where I

25   previously testified that the stream is deeply incised and at

1   the point where the stream crosses the fault at Section 18

2   the stream widens out.  Also the flow of water from Murrieta

3   Hot Springs is from that source.  The fault is inferred to

4   extend toward the east, but the position cannot be definitely

5   determined.

6       Q  What other faults are there?  Have you found any in

7   the southwestern part of the valley-- the southern part of the

8   valley or the Temecula Creek area?

9       A  There is a fault along the southwest boundary of Oak

10  Grove Valley.

11      Q  What evidences the presence of that fault?

12      A  This fault is part of the same fault system.  If you

13  will observe, the faults in the entire region in general have

14  a northwest-southeast trend.  It could be referred to as the

15  "grain" or trend of the faults in the region.

16      This is another fault along which there has been con-

17  siderable displacement.  The rocks of the basement complex

18  rise very steeply above the alluvial area of Oak Grove Valley

19  and in my opinion there is a fault at that point.

20      Q  Based upon your observations of the valley and the

21  faults concerning which you have testified, have you arrived

22  at any conclusion as to the course of drainage during the

23  geological periods concerning which you have testified?

24      A  Yes, I have.

25      Q  Would you state what your opinions are in that regard?

A   The evidence indicates that there is a considerable body of continental and alluvial deposits in the area indicated on my map.

Q   When you say "my map"--

A   Pardon me-- on Exhibit 15.   The source of these deposits was the highland area surrounding the basin which was formed as a result of the faulting and other earth movements that occurred at the same time.   The drainage area was not necessarily as it is now.   The thick accumulation of deposits indicates that in the Pleistocene Period--

Q   For the record, would you state what you mean by "Pleistocene"?

A   The Pleistocene Period is the geologic time that extended, looking backwards, from the beginning of the Recent, which was approximately from ten to twenty-five thousand years ago back to approximately a million years ago.

Q   What?

A   Approximately a million years ago.

Q   I thought you said a billion.   I just want to keep this straight.

A   Geologists refer to time not in terms of years but in terms of relative ages.   The Pleistocene is the age to which I am now referring.

Q   What are the conditions, from the standpoint of availablity of runoff at that time, based upon your geologic

1 study?

2     A  Geological studies indicate that the Pleistocene

3 Period was a period of considerable precipitation in this

4 part of the world.  It was the period of the Ice Age when

5 glaciers covered a large part of the continents of the United

6 States, Europe and Asia.  The southern part of California was

7 not covered by glaciers, but at the same time of glaciation

8 there was considerable increase in the precipitation during

9 that period.  Runoff at the Middle Pleistocene was from

10 highland areas toward the northwest out of the present or

11 over what is now the present drainage divide between Elsinore

12 and Murrieta Valleys.  Drainage was in through the Elsinore

13 Valley and ultimately into the Santa Ana and thence to the

14 ocean.

15     Q  What effect did that have upon the continental deposits

16 which are depicted upon your map as being orange in color?

17     A  The deepest of the continental deposits continued

18 through that period.

19     Q  From the standpoint of the present location of the

20 Santa Margarita River, would you state what your opinion is

21 as to whether that stream as we now know it was connected

22 with the areas where the continental deposits appear to be

23 depicted on this map?

24     A  In my opinion, the Santa Margarita River had not

25 eroded its canyon back to the point where it pirated the

1   Temecula-Murrieta drainage.

2       MR. STAHLMAN:  Isn't some of this testimony a little

3   remote?

4       MR. VEEDER:  Is that an objection?

5       MR. STAHLMAN:  No.

6       THE COURT:  In other words, sometime along the line

7   either Santa Margarita Canyon eroded so that it took that

8   water off, or water back up in the basement and broke through,

9   or how?

10      THE WITNESS:  In my opinion, the Santa Margarita River

11  eroded its channel until the Santa Margarita, which was not

12  a major stream at that time, until the headwaters actually

13  tapped the Temecula-Murrieta drainage system, at which time

14  then drainage from Temecula Creek flowed down the Santa

15  Margarita River and the Murrieta Creek drainage has actually

16  undergone a reversal and the flow of water instead of being

17  toward the northwest has been toward the southeast.

18      MR. VEEDER:  I would like to put up another identification,

19  your Honor.

20      THE COURT:  Are you through with this map now?

21      MR. VEEDER:  Momentarily, yes, your Honor.  We will be

22  alluding to it again.  But this is another phase of this

23  study.

24      THE COURT:  All right.

25      I want him to explain somewhere along the line what these

2485

1     lines mean showing levels of various kinds.

2          Go ahead.

3          MR. VEEDER:  You may go ahead and express what they are.

4     They will tie back to this exhibit now that we are going to

5     offer.

6          THE WITNESS:  What I understood you to refer to are the

7     water level contours.  They are contours drawn on the altitude

8     of the/water surface in wells.  They reflect the head of waters

9     in the deposits.

10          THE COURT:  What do you mean?  Here is a line-- you

11     were pointing to several of them-- here is one 1050, 1100,

12     1150.  Is it that far down to water?

13          THE WITNESS:  No, sir.  That is the level at which water

14     would stand in a well.  The depth of water at that point --

15     take the 1150-foot contour-- if your land surface was 1200

16     feet at that point, it would be 50 feet.

17     BY MR. VEEDER:

18          Q  1200 feet from what, now, Mr. Kunkel?

19          A  1200 feet above sea level.  If that were the altitude

20     of the land surface, a well that tapped the water body, the

21     water in the well, would stand at 50 feet below that surface

22     or at an altitude of 1150 feet.

23          THE COURT:  The same, then, is true with regard to these

24     series of lines running in a northwest direction up the

25     Murrieta Valley?

1    THE WITNESS:  Yes, sir.

2    THE COURT:  Starting at the mouth of Santa Margarita

3   Canyon at 980, and another 980, 1,000, 1025, 1050, et cetera;

4   is that right?

5    THE WITNESS:  Yes, sir.

6   BY MR. VEEDER:

7    Q  What do the extended lines mean, though?  You have a

8   location of a water level at one point and then you extend

9   your lines.  What does that mean?

10   A  The lines are constructed from the water level measure-

11   ments in numerous wells throughout the area.  The altitude

12   of the water surface is determined by subtracting the depth

13   of water from the altitude of the reference point from which

14   the measurement was made.  One then has a series of points

15   for which the altitude of the water surface has been de-

16   termined, and then it is possible to construct contours on the

17   water surface just as contours are constructed on the land

18   surface for a topographic map.

19   Q  And how extensive of that kind and type of mapping

20   did you do in the preparation of Plaintiff's Exhibit 15 and

21   and the related exhibits?

22   A  I examined all available water level measurements in

23   the area for which the water level contours have been drawn.

24   Q  Would you state whether that investigation extended

25   beyond the Murrieta Valley and drainage area and to the other

1    parts of the area?

2        A  Yes, sir.  It is also true for the areas of Aguanga

3    Valley, Lancaster Valley, the area in between the two valleys,

4    and also for Diamond Valley.

5        MR. VEEDER:  Does your Honor have further questions?

6        THE COURT:  No.

7        What was the last valley that you mentioned?

8        THE WITNESS: Diamond Valley.  It als included Wolf Valley.

9        MR. VEEDER:  The map that we have just put on the easel,

10   your Honor, is Plaintiff's for Identification No. 16, which is

11   geological sections along the Santa Margarita-Temecula River

12   and Murrieta Creek Valley.

13       Q  Now, Mr. Kunkel, did you undertake the preparation

14   of that Plaintiff's Exhibit marked 16 for Identification?

15       A  Yes, sir, it was prepared by me or under my direction.

16       Q  And what factors did you take into consideration in the

17   preparation of that identification?

18       THE COURT:  Do you have a copy of that that I can look

19   at?

20       MR. VEEDER:  Yes, your Honor (handing document to the

21   Court).

22       Q  Now, Mr. Kunkel, generally what does that depict?

23       A  This is a cross-section along the Temecula River from

24   the headwaters divide between the Santa Margarita River

25   watershed and the adjacent watershed, the San Luis Rey to sea.

level or to the ocean, following approximately the main

course of the river system.   The exact line of section is

shown on the inset map.

Q   When you say "section" what do you mean?

A   The exact line of the cross-section, the area along

which this cross-section or along which Exhibit 16 is drawn.

It is the line indicated by the letters ABC.

Q   What does the column at the far right of the exhibit

indicate?

A   The column at the far right of the exhibit is the

scale in feet above or below sea level.   Sea level is shown

or identified as the first line above the bottom of the cross-

section.   The cross-section extends from a minus 500 feet

below sea level, a scale which is 500 feet minus or below

sea level to 3500 feet above sea level.

Q   In the upper left-hand corner I observe there is a

diagrammatic display.   What is that?

A   This is a cross-section from the drainage divide

between Murrieta Creek and Elsinore Creek to the confluence

of Murrieta and Temecula Creeks.   This point, or this line of

section is indicated by the letters BD, which also are shown

on the inset map, BD, which parallels the line of section.

Q   And what does the  legend on the map disclose?

A   The legend discloses the types of material through

which water wells were drilled.   The wells are shown on the

2489

1 line of section.  They are identified by a number which gives

2 their legal description.

3 THE COURT:  So that you could spot a well within a 40-

4 acre tract?

5 THE WITNESS:  Yes, sir.  The faults are shown.  The

6 ground surface is shown.  The thickness of the younger

7 alluvial deposits is shown and their relationship to the older

8 continental deposits and the basement complex.  The water

9 level profile or the gradient of the water level as determined

10 by water level measurements in wells is shown.

11 BY MR. VEEDER:

12    Q  Has that been prepared to scale?

13    A  This has been prepared on scale.

14    Q  And to your knowledge is that accurately scaled as

15 you have prepared it?

16    A  This is accurately scaled.

17 THE COURT:  Your yellow, again, is the younger alluvium,

18 and your orange is the older alluvium?

19 THE WITNESS:  The colors are the same.

20 The blue is the basement complex?

21 THE WITNESS:  Yes, sir.

22 THE COURT:  What do some of these symbols mean?  What

23 does CR mean?

24 That is consolidated rock.  I see that you have the

25 symbol there.

1    THE WITNESS:  I believe your Honor has a preliminary

2  copy.  Ours is bc.  We have used the same symbol throughout.

3    THE COURT:  I see.

4    MR. SACHSE:  May I ask what the legend in the lower

5  left-hand corner means-- Woodford,AO 1925, et cetera?

6    THE WITNESS:  It is a reference.  Under our legend we

7  have Tsn, San Mateo formation of Woodford 1925.  The reference

8  to which the 1925 is indicating is a publication by Dr.

9  Woodford entitled "The San Onofre Breccia, Its Nature and

10  Origin.  California University Geology Science Bulletin 15,"

11  with the pages.

12    MR. VEEDER:  That is a more recent drawing of the same

13  exhibit, your Honor, with the basement complex shown, with a

14  legend which comports exactly with the exhibit.

15    MR. SACHSE:  Was that the hole answer, Mr. Kunkel?

16  Because I am still confused.  In the lower left-hand corner I

17  see Tsn and then I see Tsn in the legend.  Does that refer

18  only to this one column?

19    THE WITNESS:  That is correct.  That is the only place

20  of this section where the San Mateo formation is shown.

21    THE COURT:  What is the San Mateo formation?

22    THE WITNESS:  It is a geologic formation of the Tertiary

23  Age that was encountered in one well that is shown on this

24  geologic section.

25    MR. MOSKOVITZ:  May I ask a question on this.  Is this

1   legend in the lower left-hand corner from which you cited

2   Woodford and the name of the article, is this something that

3   is customarily done by geologists to give them credit for the

4   citation?  Is that what it is for?

5           This is voir dire.  I'm trying to find out what

6   this is for.

7           THE COURT:  In the right-hand corner it says

8   "Prepared by Kunkel, Walker and Worts.  Approved by A. C.

9   Bowen, . . .  Approved by U. S. Geological Survey . . ."  Did

10  you borrow some of this from Mr. Woodford?  Is that why you

11  have his name there?

L-1

THE WITNESS:  No, sir, your Honor.  We borrowed his name, the name for the formation, but the identification is our own. The geological survey, when it uses a geologic name, has a very precise procedure for determining and naming formations.  The purpose is to keep the many geologists working for the Geologic Survey from going out in different parts of the country and naming different formations by the same name.

THE COURT:  Then if it hadn't been for the fact of this TSM, the San Mateo formation of Woodford, 1925, if it hadn't been for the fact that that had been encountered in your research, you wouldn't have had to put Woodford's name on this.

THE WITNESS:  That is right.  We could have called it the Z formation, and there would have been no necessary credit to Woodford.  Our map would have been the same.

THE COURT: That appears only in the left-hand corner of the map in the one instance?

THE WITNESS:  It appears only in the left-hand corner--

THE COURT:  No, I mean the TSM occurred only once.

THE WITNESS:  Yes, sir.

MR. KRIEGER:  May I ask if these wells have been platted from original well logs?

THE WITNESS:  I cannot tell you at the moment which wells are which.  But some of the wells have not.

MR. VEEDER: Just one moment, Mr. Kunkel.  What is meant by an original well log?

1    MR. KRIEGER:  By original well log, I mean the man who

2    drilled the well and left a record of what he found, was that

3    available to you?  Did you have it in your hands when you

4    platted those on the exhibit?

5    THE WITNESS:  Answer the question?  Four wells that have

6    been drilled under the Geological Survey supervision, we logged

7    those wells ourselves.  Which ones, I do not recall at the

8    moment.  Other wells were drilled by well drillers who filed

9    their records with the State of California, as required by

10   law.  Other logs are logs that have been collected by the

11   State of California in the regular course of their business

12   and are available to the public.  The source of those logs

13   are original logs from the drillers, and logs collected by the

14   Department of Water Resources.  In all cases, I cannot tell

15   you exactly where they got the log.  But they have it on file

16   as a log for the specific well to which it is used.

17   MR. KRIEGER:  Are those well logs going to be introduced,

18   Mr. Veeder?

19   MR. VEEDER:  I have discussed this matter with Mr.

20   Moskovitz, and I have agreed that the well logs which have

21   been compiled by the State of California, so far as we are

22   concerned, should go into this record.  And that is the source

23   upon which Mr. Kunkel has relied in part.  Those are well logs

24   which, as I understand it, are maintained by the State of

25   California as public records.  And that is the source of the

1  data which Mr. Kunkel has relied upon, other than those where

2  the U.S.G.S. actually made the drillings themselves and

3  actually in their course of business maintained those records

4  in the--

5  THE COURT:  Well, will those be available, too, for those

6  four wells?

7  MR. VEEDER:  Yes, they will.

8  MR. MOSKOVITZ:  Your Honor, Mr. Veeder referred to a

9  conversation with me on this.  I have no recollection of

10  such a conversation.  I believe he must have discussed it with

11  someone else.

12  THE COURT:  Do you object to what he says?

13  MR. MOSKOVITZ:  No.  I just wanted to clarify the record.

14  As I understand, these well logs are collected--

15  MR. VEEDER:  May I interrupt Mr. Moskovitz at this

16  oment?  The last time we were here he was wondering what he

17  was going to do about Bulletin 57.  I said to him, "I will

18  agree with you now in regard to the well logs, and I suggest

19  they be made part of the record."  You do not remember that?

20  MR. MOSKOVITZ:  I do not remember that.

21  THE COURT:  Mr. Krieger.

22  MR. KRIEGER:  I think they should be made part of the

23  record.  I would have no objection to the exhibit otherwise.

24  THE COURT:  Mr. Veeder just said they would be made

25  available.

MR. VEEDER:  Yes, your Honor.

THE COURT:  Both the California records and the records of the four wells or so drilled by the Geological Survey.

THE WITNESS:  Your Honor, I could not quote a number. I am not certain of the exact number.

THE COURT:  Whatever they are.

MR. SACHSE:  Are these wells the logs-- the ones referred to in Bulletin 57, to be specific?  Are those the ones Mr. Kunkel used?

THE WITNESS:  Some of them.  Wait a minute.

MR. VEEDER:  Some of those.

THE WITNESS:  Yes, sir.  Yes, sir.  There are many logs referred to in Bulletin 57.  I have not used all of those logs.

MR. SACHSE:  The appendix is very thick.

THE WITNESS:  That is right, but some of the wells on here are not referred to in Bulletin 57.

MR. MOSKOVITZ:  Your Honor, Mr. Illingworth tells me there is some problem of confidentiality of well logs.  I don't know what it is.

THE COURT:  Of what?

MR. MOSKOVITZ:  But I think we had better explore it before we concede all these may be put into evidence.  I don't know just what the problem is, but I don't think--

MR. VEEDER:  Now, Mr. Moskovitz, didn't you list those

1  as part of the exhibits you were going to offer?

2  MR. MOSKOVITZ:  Among the exhibits we are going to

3  offer we indicated certain portions of Bulletin 57.  All those

4  are matters of public record.  Now if you are talking about

5  something more than that, records which are in the files of

6  the Department of Water Resources, I have just been informed--

7  and I haven't checked it-- that there may be some problem

8  of confidentiality of some of those logs.

9  THE COURT:  Confidentiality?

10  MR. MOSKOVITZ:  Yes.

11  MR. VEEDER:  You might be going through to China and

12  create an incident?

13  MR. MOSKOVITZ:  Your Honor, I think perhaps there may be

14  some provisions of State law with respect to keeping con-

15  fidential logs which are submitted by well drillers or by

16  owners of wells.  These logs must be submitted.  But as I

17  understand it there is some problem that they must be--

18  THE COURT:  How would the U. S. Geological Survey get

19  them?  They got them from State records.

20  MR. MOSKOVITZ:  Your Honor, there is an agreement

21  apparently between the two agencies.  May I confer for a

22  moment with them?

23  THE COURT:  We will not take it up further tonight.  I

24  am not concerned about this.  This business of keeping records

25  confidential always leaves me kind of cold, Mr. Moskovitz.  I

1   hope we don't get into that.

2       MR. MOSKOVITZ:  Your Honor, if I was asked to stipulate

3   to something, I want to know for sure that I have the authority

4   to stipulate.

5       THE COURT:  We don't want you to go to jail, but don't

6   worry about that.

7       MR. VEEDER:  I am not sure we don't, your Honor.

8       MR. STAHLMAN:  We might bring the well drillers in here.

9       THE COURT: We are not going to do that, either.

10      All right.  Now the Exhibit 16 that has been produced is

11  the latter one which you handed me, is it?

12      MR. VEEDER:  That is correct.

13      THE COURT:  It is not that earlier one?

14      MR. VEEDER:  No, it is the latter.

15      THE COURT:  Is somebody going to have time to work on

16  my 15 tonight, or do you want to--

17      MR. VEEDER:  Well, we will take it along, your Honor,

18  if we may.

19      THE COURT:  We will adjourn until 10 o'clock tomorrow.

20      (Adjournment until Friday, October 3, 1958, at 10 o'clock

21  A.M.)

22

23

24

25