# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

—

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

—

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al,

Defendants.

No.  1247-SD-C

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:      San Diego, California

Date:       October 16, 1958

Pages: 3261 to 3384

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

MALCOLM LOVE
and
JOHN SWADER
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
        vs.                    )          No. 1247-SD-C
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
              Defendants.      )


REPORTERS' TRANSCRIPT OF PROCEEDINGS

San Diego, California

Thursday, October 16, 1958


APPEARANCES:

    For the Plaintiff          WILLIAM H. VEEDER, ESQ.,
                                        Special Assistant to the
                                        Attorney-General,
                                        Department of Justice,
                                        Washington, D.C.

| | | |
|---|---|---|
| 1 | For U.S. Marine Corps | COL. ELLIOT ROBERTSON. |
| 2 | For Defendant Vail Co. | GEORGE E. STAHLMAN, ESQ. |
| 3 | For Defendants Fallbrook Public Utility District, | FRANZ R. SACHSE, ESQ. |
| 4 | et al. | |
| 5 | For Defendant State of California | EDMUND G. BROWN, ESQ., |
| 6 | | Attorney-General, By ADOLPHUS MOSKOVITZ, ESQ., |
| 7 | | Deputy Attorney General. |
| 8 | For Defendant Santa Margarita Mutual Water Company | W. B. DENNIS, ESQ. |
| 9 | | |
| 10 | For Defendants Hartman, Lewis, Wilks and Bayle, and Oviatt | BEST, BEST & KRIEGER, by ARTHUR L. LITTLEWORTH, ESQ. |

# INDEX TO WITNESSES

| FOR THE PLAINTIFF: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| KUNKEL, Fred | | | 3272 | |
| (Mr. Sachse) | | | | 3277 |
| (Mr. Littleworth) | | | | 3282 |
| (Mr. Stahlman) | | | | 3293 |
| HALL, H.M. | 3297 | 3346 | | |

# EXHIBITS

| Plaintiff's Exhibit - | In Evid. |
|---|---|
| 15-1  Vail Test Wells | 3320 |

SAN DIEGO, CALIFORNIA, THURSDAY, OCTOBER 16, 1958.   10 A.M.

THE CLERK:  Number one, the case on trial, No. 1247-SD-C,
United States vs. Fallbrook, et al.

MR. VEEDER:  Your Honor, may I make an observation here,
or a comment.

In regard to the course that the trial appears to be taking,
I am certainly not in any sense critical or certainly not in
any degree captious, but I am greatly concerned that Bulletin
57 is being compared with our exhibits.  And I say that in all
respect to your Honor.  We must take issue, with all respect,
to the statement that there is no fundamental disagreement
other than as to the areas delineated as storage basins.

THE COURT:  I was only talking about one plat that I have
been looking at.  I don't know what areas of disagreement there
are.  I haven't read the whole Bulletin.  I just thumbed through
it.

MR. VEEDER:  The important thing, though, as I view it,
your Honor, is this:  That the concept which is so fundamental
to us that there can be no confinement of water of the character
that is shown on the plat to which your Honor is making refer-
ence-- I believe the plat to which your Honor is referring is
10-B, is it not?

THE COURT:  That is one of the plats I have been looking
at-- 10-B.  I was just looking at it.  There is no law against

A

Z5

1   the Judge looking at it.

2       MR. VEEDER:  There is no law against it, certainly.

3       THE COURT:  I consider only matters which are in the record

4   when I decide this case.

5       MR. VEEDER:  But with all respect to your Honor, this is

6   going into the record quite rapidly.  We approached a free-for-

7   all last night, with Mr. Moskovitz announcing in no uncertain

8   terms as to their position.

9       THE COURT:  Well, there is nothing wrong with counsel

10  stating their position as the case progresses.  I would like

11  to know what counsel are shooting at.

12      MR. VEEDER:  I would be very pleased to interrupt my case

13  and put whomever did the geology for California and cross-

14  examine them.

15      THE COURT:  If you have been used to trying cases before

16  Judges who sit up on the bench and look solemn and wise and

17  never give you any indication of what they are thinking about,

18  a very fine judicial attitude, then you have an experience

19  coming.  Because I used to try cases before Judges of that

20  kind and I was very unhappy.  A Judge is what he is because of

21  the experiences he has had.  And one of the experiences I had

22  many times when I was a young lawyer was to try cases before

23  Judges with a very fine judicial manner.  You couldn't tell

24  from the way you tried your case whether you had the rifle

25  right on the target or whether you were a hundred feet away.

3266

A

Z6

1   He would sit and listen to your arguments very courteously and

2   when the case was all done this particular judge would talk

3   out of the corner of his mouth and he would say, "Judgment for

4   the defendant," and walk off the bench.  He wouldn't tell you

5   how he decided it or anything else.

6       I decided long ago that that was not the way to try a case.

7   I like to know what issues you are shooting at, and I will often

8   indicate to you who I think has the burden.  We are not at that

    place yet.  When we get down to argument I may say, "You have

9   four propositions to argue.  Mr. Veeder, I think you have the

10  laboring oar on 1 and 3, and Mr. Sachse, you have the laboring

11  oar on 2 and 4.  I haven't made up my mind, but I am giving you

12  a chance then to know where to put your heavy guns and not

13  waste your time on some matter which isn't giving me concern."

14      MR. VEEDER:  Your Honor, I daresay that I have tried

15  lawsuits in front of almost every kind of judge, and I never

    tried to analyze them one way or the other.

16      THE COURT:  That is a mistake.  You always ought to study

17  a judge when you try a case.

18      MR. VEEDER:  I realize that there is tavern immunity, but

21  I never indulge in that here.

22      But I do feel that the circumstances are such that this

23  Bulletin 57 is being draped around our neck, and if it were

24  in evidence that is one thing.  But it is not in evidence,

25  and I truly believe that for us to be confronted with it now

1  is very prejudicial, and I would just ask that the record show

2  and objection to references to Bulletin 57.

3       THE COURT:  It has been marked for identification.  It is

4  a well-known technique in trying a lawsuit that you can start

5  to identify your exhibits here and there as you go along.  When

6  I tried lawsuits I used to list my exhibits and I would make

7  notes of the various witnesses who I thought might help me

8  with the exhibit.  Maybe I wouldn't offer it until the end of

9  the trial.

10      MR. VEEDER:  I understand the technique, your Honor.  They

11 couldn't call an honest man and get it in.  But if you can sort

12 of weasel it in a little bit at a time--

13      THE COURT:  Now wait, Mr. Veeder.  Let's keep this on a

14 friendly basis.

15      MR. VEEDER:  I am willing to keep it on a friendly basis,

16 but I want to be realistic, with all respect, your Honor.

17      MR. STAHLMAN:  Your Honor, I would like to make one

18 comment with relation to the matter which we discussed last

19 evening and didn't pursue to its ultimate conclusion, and that

20 is, as I view it from the side and did not project myself into

21 it very far, it seemed like someone made the suggestion leg's

22 go up to Vail's and turn on some pumps, and I had visions of

23 buses driving up there and all these legal geologists and

24 lawyers running up and starting Vail's motors and pumps and

25 trying to prove something.  I think it is quite premature in

1   this case at this time to determine whether we are going to

2   make some practical experiments.  It may become necessary in

3   the course of the trial that that should be done.  However, I

4   feel that your Honor will be in a much better position to

5   determine what should be done in that respect with regard to

6   practical experiments that may be conducted to throw some light

7   on it after you have heard what the operation of this ranch

8   has been for the last half century.  There are a lot of factors

9   that I think will unravel themselves and develop here in court.

10       And I would like to comment on the other matter.  For

11   instance, it has been quite obvious up to the present time that

12   Vail Company has been very expeditious in giving out the

13   information.  Army engineers, State engineers, Marine engineers

14   have all come to Vail and we have, as a friendly friend, given

15   this information and the logs and other data according to the

16   operation.  Even Mr. Sachse has asked for the releases from the

17   Vail Dam.  For what reason, I don't know, but we supplied them.

18   And I feel that all of the defendants in the case should be

19   on the same basis-- that we should have this data.  Your Honor

20   should order all of them that have wells in that area to

21   present their data, because there are a lot of those matters

22   which I think tie into the Vail operation and will undoubtedly

23   tie into the picture here as to the operation of the situation

24   in that area from a practical standpoint.

25       Now, I make this observation.  I sent up a little test

1   balloon by objection yesterday to Mr. Moskovitz's examination.

2   I realize that the matter is important and I realize that he

3   has a right to cross-examine.  However, the witness on the

4   stand at the present time, it is already in the record here

5   that Mr. Worts, who is there on the ground, made these tests,

6   and I would think that a witness such as he would be better

7   able to interpret the notes which were made at that time than

8   some witness who was not even there.

9        The only point I am making there is that I think when we

10  go over it here and go over it again with Mr. Worts we are

11  just spending a lot of time on something that can be more

12  definitely proven at a later time.

13        THE COURT:  It is the intention of the Court to direct

14  counsel to produce material testimony.  We have to feel our way

15  along on this as it comes along.  We have already directed

16  Mr. Krieger and Mr. Littleworth to produce data from their

17  clients.  But these matters came up very recently.  If counsel

18  knows certain wells they are interested in and there is no data

19  in the State file or in the U. S. Geological Survey file on

20  those wells, I will make suitable direction to counsel to

21  produce them and have them here marked for identification.

22  But we can't do it all at one time.  We will be even-handed on

23  that.  No one has any corner on evidence in the Federal Court

24  merely because he has possession of it.

25        So now, gentlemen, put your concerns aside and let's get on

1   with the case.

2       MR. LITTLEWORTH:  Are we at the point of recross-examina-

3   tion, your Honor?

4       THE COURT:  Are you finished, Mr. Veeder?

5       MR. VEEDER:  Has everyone completed his cross-examination

6   in regard to the Pauba well?

7       THE COURT:  I think we could well do that before we leave

8   this Pauba well, on which we were last night.

9

10                  FRED KUNKEL,

11  recalled as a witness in behalf of the plaintiff, having been

12  previously sworn, testified further was follows:

13

14      MR. VEEDER:  Are there any further questions on that?

15      MR. SACHSE:  Not from me.

16      MR. MOSKOVITZ:  I have completed mine.

17      MR. VEEDER:  I would like to have the witness, if he

18  could, as we requested last night, to put the Pauba well and

19  the related wells on to Plaintiff's Exhibit 29-0.  It will take

20  only a moment, your Honor.

21      THE COURT:  I thought that he was going to do that over

22  the evening.

23      MR. VEEDER:  I hated to have him do it without your Honor

24  being present.  It will take only a minute.

25      THE COURT:  He is putting it on a new copy?

1    MR. VEEDER:  That is right.

2    THE COURT:  Similar to 29?

3    MR. VEEDER:  No, he is putting it on 29-0.  We might as

4 well use the exhibit in the record.

5    THE COURT:  All right, put it on 29-0.

6    MR. VEEDER:  While we have a moment, your Honor, on page

7 3226, at line 14, a question was asked by me as follows:

8        "Q  What would be the effect, in your opinion, of

9        pumping in the area marked No. 4017 upon the runoff",

10 et cetera.  That should be "in the area marked No. 4 on

11 Plaintiff's Exhibit 17."

12    THE COURT:  I will make the correction.  On what line was

13 that?

14    MR. VEEDER:  On Line 15, page 3226, is where the correc-

15 tion would be.

16    THE COURT:  What volume is this?

17    MR. VEEDER:  That would be Volume 32.

18    THE COURT:  Get it for me, Mr. Bailiff.

19 BY MR. VEEDER:

20    Q  Would you, Mr. Kunkel, place on the easel this Plain-

21 tiff's Exhibit 29-0.

22    THE COURT:  May I see it.

23    Do you have an extra copy of 29-0 for me?

24    MR. VEEDER:  We will have those made up, yes.  We will

25 get one for your Honor.

A
Z12

1        Col. Robertson is getting your Honor a copy.

2        May I proceed, your Honor?

3        THE COURT:  Yes.

4   BY MR. VEEDER:

5        Q  Mr. Kunkel, would you step to Plaintiff's Exhibit

6   marked 29-0 and very rapidly state where you have located

7   the wells concerning which you were cross-examined last night

8   or yesterday by Mr. Moskovitz, with particular reference to

9   those wells as they relate to the Pauba well?

10       A  The Pauba well is shown on the Pechanga quadrangle,

11  Exhibit 29-0.  The Pauba well lies about 700 feet northwest

12  of Highway 71 and about 3650 feet east of the San Diego

13  Aqueduct as shown on the Pechanga quadrangle.

14       The Studley well is shown at the northeast corner of an

15  area colored blue on the Pechanga quadrangle at a point

16  identified by a mark in blue at 1067.  The point is about 1350

17  feet north of the center line of State Highway 71 and roughly

18  5,500 feet east of the San Diego Aqueduct.

19       THE COURT:  The Studley well is 17-G-1?

20       THE WITNESS:  Yes, sir.  It is 3150 feet northeast of

21  the Pauba well.

22       Well 18R1, identified as the McSweeney well, is about 500

23  feet south of Highway 71, about 1550 feet east of the San

24  Diego Aqueduct, and about 2050 feet southwest of the Pauba well.

25       Well 20D1 is about 3200 feet south of the Pauba well.  The

Kunke    Redirect

3273

A

Z13

1   bearing is a few degrees toward the east, but it is virtually

2   south.

3        THE COURT:  Is there a name of the owner of that well

4   property?

5        THE WITNESS:  No, I have no name.  I have no idea who the

6   owner is.  To the best of my knowledge, it is on the Vail

7   property.

8        20L1 is about 5500 feet south-southwest of the Pauba well.

9   It is about 950 feet northeast of the Pala-Temecula Road.  It

10   is shown as several hundred feet north of the "l" in the word

11   "Wolf Valley."

12        MR. STAHLMAN:  Your Honor, I might make an explanation.

13   The name of the well as to which you inquired would be the

14   Cantarini windmill well.  That is marked here as 20D1.  I

15   understand that in the State's Bulletin it is identified as

16   20E1.

17        MR. VEEDER:  I would like to have the Cantarini name

18   indicated there, if permissible, your Honor.

19        MR. STAHLMAN:  Write it as Cantarini windmill, because

20   there are other Cantarini wells.

21        MR. VEEDER:  Would you tell the man how to spell Cantarini,

22   for the record?

23        MR. HALL:  C-a-n-t-a-r-i-n-i.

24        THE COURT:  Is the Querry well one of the wells you put

25   on there?

A

214

1          THE WITNESS:  No, sir.

2          THE COURT:  It is not?

3          THE WITNESS:  No, sir.

4          THE COURT:  And 20L1, is there an identification of the

5     owner of that well?

6          THE WITNESS:  It is also on the Vail Ranch, to the best

7     of my knowledge.

8          MR. STAHLMAN:  Well 20L1 is the Pen well.

9          THE WITNESS:  And the other one is the Pen well.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ML B-1 J

1    Q  BY MR. VEEDER:  Now, Mr. Kunkel, would you state

2    the relative location of those wells that you have placed

3    on Exhibit 29-O as they relate to the Wildomar Fault line

4    shown on Plaintiff's Exhibit 16-1, 16 and 15.  State on

5    which side, the east or the west, those wells that you have

6    now put on 29-O are located as they relate to that fault?

7    A     The Pauba well, 17 M-1, the Studley well, 17

8    G-1, are both northeast of the Wildomar Fault zone.  Wells

9    18 R-1, the Sweeney well, 20 D-1, the  Cantarini    well,

10   and 20 L-1, the    Pen     well, are southwest of the

11   Wildomar Fault zone.

12   Q     What is your opinion as to the reasons for the

13   sympathetic relationship between the Pauba well and the

14   Studley well and the apparent lack of relationship between

15   the Pauba well and the other three wells to which you made

16   reference?

17   A     As I have previously testified, the Wildomar  .

18   Fault zone is a barrier to the movement of ground water.

19   The Pauba well and the Studley well are on the same side of

20   the barrier.  Also, the Studley well is -- the Studley well

21   and the Pauba well are on the same side of the barrier.  The

22   Studley well is 548 feet deep as reported to me.  The Pauba

23   well is 2478 feet as logged by the Geological Survey.

24   Q     As logged by the Geological Survey.  Did you see

25   any such statement?

A     As logged by the Geological Survey.  The two

wells, while greatly different in depth, are more -- well,

the Pauba well is perforated in the zone from 235 feet to

about 271 -- 2100 feet, plus or minus.  I do not know the

exact interval.  But there are perforations of the Pauba

well within the same interval that the Studley well draws

its water.  Therefore, even though the wells are vastly

different in depth, their perforated intervals or their --

I do not know the exact perforated intervals of the Studley

well, but it is more than a reasonable assumption that the

Studley well draws water from the lower aquifers.  There-

fore, in my opinion, the Studley well and the Pauba well

are drawing water from the same stratographic horizon,

whereas the Sweeney well, the Cantarini well and the Pen well

are all shallow wells.  The records, as I am able to

determine --  I am sorry.  I will have to correct my

statement.  The well, 18 R-1, the Sweeney well, is 44 feet

deep, and the well 20 D-1 is 60.2 feet deep, and the well

20 L-1 is 524 feet deep, from the log.

Q     Where are they situated in connection with the

Wildomar Fault?

A     They are southwest of the Wildomar Fault.  The

cause of the barrier effect of the Wildomar Fault, in my

opinion the pumping test at the Pauba well was not

sufficiently long to conclusively prove the interaction of

3

3877

the Pauba well and the wells on the other side of the fault.

    MR. VEEDER:  I have no further questions to that phase of the cross examination.

    MR. SACHSE:  I have some very brief recross, then, your Honor.

    MR. VEEDER:  Excuse me, Mr. Sachse.

    MR. SACHSE:  Surely.

    MR. VEEDER:  The reference to the exhibit from which you were testifying on cross examination was 16-A 73.  We would like to withdraw that and have it reproduced, your Honor, and we will distribute copies to counsel.

    THE COURT:  You may do that.


RECROSS EXAMINATION

BY MR. SACHSE:-

    Q    Mr. Kunkel, you can sit down.  I don't think I will need you at the board.  The effect of the Wildomar Fault zone to which you have just testified, does that same confining effect continue all the way the length of the fault zone or is it restricted to the immediate area of the Pauba-Studley wells?

    A    In my opinion, there is a confining effect or a, I believe the word barrier --

    Q    Barrier.

    A    -- barrier effect, a barrier effect extends the

4

1      --      May I define what barrier means to me?

2      Q      Go ahead.

3      A      A barrier is anything that impedes the motion,

4   not necessarily stops.   A barrier effect, in my opinion,

5   extends the full length of the fault zone.

6      Q .    And that barrier effect is equally great at all

7   parts of the fault zone?

8      A      In my opinion it would vary from one part of

9   the fault zone to the other.

10      Q      Have you any opinion as to whether it is a

11   tighter barrier or a looser barrier at the Pauba-Studley

12   area than it is farther northwest?

13      A      I have no opinion as to the points where the

14   effect differs.

15      Q      Now, you testified yesterday, in answer to a

16   question by Mr. Veeder -- Mr. Veeder asked you to state

17   what evidence of confinement, if any, you observed in

18   connection with ground water in the Pauba Basin; and you

19   stated that you found the area is not confined.   Now, that,

20   as I understand you, does not in any way conflict with the

21   statement you have just made that there is a barrier effect

22   between the Pauba Basin and the area immediately west, which

23   you show as No. 2 on your Exhibit 17?

24      A      In my opinion, there is no conflict.

25      Q      In other words, there is this barrier effect

5

1    between 3 and 2?

2        A    Yes.  Yes.

3        Q    And the same barrier effect exists between the

4    northerly portion of 4 and 1?

5        A    Yes.  Yes.

6        Q    May I just move this out of the way?  Notwith-

7    standing this barrier effect, you diagrammed for us

8    yesterday -- and I am referring to the larger of the two

9    diagrams delineated in red --

10       MR. MOSKOVITZ:  In Exhibit 16?

11       MR. SACHSE:  In Exhibit 16-1.

12       Q    A cross-section between the northerly portion

13   of 4 and 1.  I understood you to testify -- correct me if

14   I am in error -- that pumping in the area of Basin 4 north-

15   east of the Fault zone has an effect of lowering the water

16   table in Basin 1 southwest of the fault zone?

17       MR. VEEDER:  I object, your Honor, on the grounds that

18   this goes far beyond the redirect that I just concluded with

19   Mr. Kunkel, as relates to Pauba Basin.

20       MR. SACHSE:  This was redirect, your Honor.  Your

21   Honor, I have had no opportunity to recross since this

22   diagram was on the board.

23       MR. VEEDER:  I want to know --  If this is the recross

24   from my original redirect, all right.  But if we are opening

25   up another phase in regard to this Pauba situation, I think

6

B-2

we should know what he is doing.

THE COURT: Overruled.

Q BY MR. SACHSE: Your diagram indicates, does it not, in the section marked QTOAL generally a cross-section in area 4?

A Correct.

Q And in your left-hand section marked Murrieta Valley, it indicates a cross-section in No. 1, water storage area No. 1?

A The single cross-section goes across both units, yes.

Q Yes, and the barrier between the two is written as Wildomar Fault, is it not?

A Correct.

Q Now, did you not testify yesterday that pumping in area No. 4 would lower the water table in area No. 1?

A Correct. I testified that.

Q Now, Mr. Kunkel, you testified also that water flows down the hydrolic gradient?

A Yes, sir.

MR. VEEDER: We will stipulate that.

THE COURT: Let me see 29-O that you are taking off of there.

Q BY MR. SACHSE: Is it not a fact that before pumping in unit 4 could have the effect of lowering the water table

1  in unit 1, you would have to, in substance, reverse a

2  hydrolic gradient presently existing in unit 4?

3  A    No.

4  Q    Will you tell me why not?

5  A    The quantity of ground water moving through and

6  over the Wildomar Fault zone is the quantity, is determined

7  by the head of the water driving and moving the ground water

8  in ground water storage unit 4 to, through and over the

9  fault.  Any reduction in that head will reduce the quantity

10  going over, through, over and through the Wildomar fault

11  into Murrieta Valley; and because part of the recharge from

12  the older continental deposits along the line of cross-

13  section is the recharge to Murrieta Valley, a reduction in

14  that quantity will reduce the water level.

15  Q    In other words, what you are stating is that the

16  recharge to Murrieta Valley is being reduced because less

17  water comes into it?

18  A    The ground water recharge is being reduced.

19  Q    Which is exactly the phenomenon that occurs on

20  the surface if you stop by a structure surface flow?   That

21  stops recharge, doesn't it?

22  A    That also stops recharge.

23  Q    And you have made no calculations as to the quantities

24  of flow or quantities of recharge in the state of nature over

25  through the Wildomar Fault?

MR. VEEDER: ' I object.  It is repetitious.

THE COURT:  Sustained.

MR. SACHSE:  I have no further questions.

MR. LITTLEWORTH:  I have some, your Honor.


RECROSS EXAMINATION

BY MR. LITTLEWORTH:-

Q      Mr. Kunkel, you testified with respect to the Wildomar Fault, that, at least in the lower area along the bottom of the Pauba Valley, that there were some areas where it would be more of a barrier than others.  Now, is that true throughout its full length?

A      In my opinion, that is probably the condition that exists.

Q      Is it possible that there are areas of that fault which, for practical purposes, very little water gets through?

MR. VEEDER:  Now, what is meant by "practical purposes"?  I think that should be defined, your Honor.

What do you mean "practical purposes"?

Q  BY MR. LITTLEWORTH:  Take it out and just leave "very little water gets through."

A      My opinion -- and you are using very general terms -- there are parts of the fault through which the quantity moves, for all practical purposes is very small.  That is

1   probably a true statement. I would have to define my

2   terms, however, exactly what we mean.

3       Q    You don't know, however, where the areas are

4   where the barrier effect is the greatest and where the

5   areas are that it is the least?

6       A    I made no such determinations, no.

7       Q    Mr. Kunkel, you have not used either the

8   Roripaugh or the Querry wells in the preparation of any of

9   your exhibits which you had prepared at the time this trial

10   began?

11       A    That is correct.

12       MR. STAHLMAN:  I didn't hear the question.

13       THE COURT:  Read it.

14       (The reporter read the pending question.)

15       Q  BY MR. LITTLEWORTH:  And you had not used any data

16   from either the Querry or the Roripaugh wells in reaching

17   the conclusion which you testified to on your direct

18   examination?

19       A    No.  The converse is true.  The results of those

20   wells supported my conclusions.

21       Q    You said that any pumping from the Roripaugh

22   well would reduce the amount of water passing from basin 4

23   into subbasin 1 on 17, is that correct?

24       A    That is correct.

25       Q    You would say the same thing, I take it, of any

1    well drilled any place within, say, basin 4 on 17?

2         MR. VEEDER:  Is that north or south?  Now, are you

3    saying the whole area in 4?

4         Q   BY MR. LITTLEWORTH:  All of 4.

5         A     I would say that any water pumped from area 3 or

6    4 north or south of Pauba Valley would reduce the quantity

7    of water that flows downstream to Camp Pendleton.

8         Q     In other words, there is nothing particularly

9    significant about the Roripaugh well?  This is simply, in

10   your opinion, having the same effect as any other well in

11   that whole basin 4?

12        A     That is true.

13        Q     Do you know how much water has been pumped out

14   of that Roripaugh well in the past?

15        A     I have Mr. Roripaugh's reported rate of pumping,

16   and I do not know what his total consumption has been in the

17   past.  It has no bearing on the study.

18        A     You don't know how long any effect from the

19   Roripaugh well pumping would require to be felt in basin 1?

20        MR. VEEDER:  I object to that, your Honor.  It is not

21   clear to me to begin with.  And secondly, I don't believe

22   there is any basis for a question.

23        MR. LITTLEWORTH:  I am trying to get the time factor in

24   here.

25        Q     Maybe I can simplify the question and say:  You

1   know how long it takes this effect to be felt that you

2   have spoken about?

3       A     Well, with regard to a specific rate of pumping?

4   Or how do you --

5       Q     You said that any pumping from the Roripaugh well

6   would affect the amount of water moving into basin 1?

7       A     Correct.

8       Q     Is that an immediate effect or an effect over

9   years, or what?

10       A     I have not determined the rate of that effect.

11       Q     Would you say that if there were 100-acre feet

12   of water pumped, say, out of basin 4, that there would

13   therefore be 100-acre feet of water left which would pass

14   through the Temecula Gorge?

15       A     The entire question would have to be evaluated

16   in terms of the --

17       MR. VEEDER:   I object to this on the ground there are

18   too many unknown factors. Consumptive use would be a very

19   important factor.

20       MR. LITTLEWORTH:   I think the witness can say.

21       MR. VEEDER:   What was your ruling?

22       THE COURT:   Sustained.

23       Q   BY MR. LITTLEWORTH:   What are the factors you would

24   have to take into account in order to answer a question like

25   that?

that?

A    Could we read the question, the original question, back to me?

(The reporter read the question, as follows:

"Q   Would you say that if there were 100-acre feet of water pumped, say, out of basin 4, that there would therefore be 100-acre feet of water left which would pass through the Temecula Gorge?")

MR. VEEDER:  Now, the question has been rephrased. You know there is a different question before the witness.

THE COURT:  You can rephrase it.

MR. LITTLEWORTH:  I believe I asked what factors he would have to take into account in order to answer a question of that kind.

A    The primary factor that I would have to know would be the accurate determination of the transmissibility of the water-bearing deposits.

Q    Anything else you would have to know?

A    At the moment I do not know.

Q    Wouldn't you have to know what happened to the water that was pumped out; if it was used in such a way that part of it got back into the basin?

A    Are we talking about natural conditions, or with one well in the valley or -- you have to consider all of the hydrologic factors, if you take a basin -- there are so many --

Q    I am not talking about a state of nature.  I am talking about pumping as it exists at the present time.

THE COURT:  Let's shorten it down.  What are these hydrologic factors you have to take into account?  Wouldn't they be whether the water was used within the watershed or without the watershed?  What was the type of ground it was spread on?  The temperature of the community at the time it was spread?  And the rate of evaporation?

THE WITNESS:  The rate of return, irrigation water, the whole --

Q    BY MR. LITTLEWORTH:  Recharge?

A    -- all of the elements of recharge, all the elements of discharge would have to be equated against the equation, inflow equals outflow, plus or minus the change of storage.  And to name them all on the spur of the moment is --

Q    Okay.  Turning to Exhibit 16-1 and the diagrammatic sketch which you placed with your letters, F, E and G.  I want to make it clear that this is not an attempt to accurately portray the cross-section that you theoretically used between Long Canyon and Santa Gertrudis Valley.

MR. VEEDER:  Now, wait a minute.  Is that a question or a statement?

THE COURT:  I will sustain the objection to it.  If you mean it is not to scale, that is what he stated.  If you mean

Kunkel - Recross

1   it is not illustrative of what he says in the cross-section,

2   then you are wrong.  The question is too broad.

3   MR. LITTLEWORTH:  All right.  I mean that it is not to

4   scale.  That is the first correction.

5   THE WITNESS:  It is not to scale.

6   Q  BY MR. LITTLEWORTH:  And there are some lines on

7   here that you were not entirely sure about, but you put on

8   as a result of an opinion.

9   A    I am sure the line is this.

10   MR. VEEDER:  I think you should ask questions rather

11   than making statements.

12   THE COURT:  Overruled.  Overruled.  It is the same.

13   The form of the question doesn't make any difference.

14   Q  BY MR. LITTLEWORTH:  You said something about I

15   think you felt the upper fault line continued across but

16   you weren't sure of that?

17   A    I had not -- I do not know exactly what the

18   record said.  You want me to repeat the conditions?

19   Q    No, I am --

20   THE COURT:  Ask him the specific lines, Mr. Littleworth,

21   that you are talking about.

22   Q  BY MR. LITTLEWORTH:  Are you sure that this line on

23   the right-hand part of your sketch, as you are facing it,

24   which you indicated as an upper fault line, runs completely

25   across basin 4?

1          Let me rephrase that.  It runs completely
2  across the area which you diagrammed in a cross-section?

3          A     As diagrammed in the cross-section, it is my
4  opinion that the fault,shown exists.  It is the extension
5  of the fault zone in --

6          THE COURT:  Exhibit 15.

7          THE WITNESS:  -- Exhibit 15.

8          THE COURT:  Between the yellow -- between the grey
9  and the orange-colored areas lying north of ground unit
10  basin 4.

11          THE WITNESS:  That is correct.  It is extension of the
12  fault as described.

13          Q   BY MR. LITTLEWORTH:  Then, you placed in the upper
14  area here your little sketch of the dam to indicate that
15  there was water moving generally in this northwesterly --
16  or southwesterly direction hitting the Wildomar Fault and
17  rising to the surface, and it was then caught in the dam;
18  is that right?

19          MR. VEEDER:  I object.  That is a misstatement of the
20  record.

21          THE COURT:  This is cross examination, Mr. Veeder.  One
22  of the ways to test a witness on cross examination is to
23  ask him if --

24          MR. VEEDER:  He misstated the record.  Excuse me.

25          THE COURT:  It is not being done deliberately.  Let's

1    save some time.

2            Do you know the question?

3        THE WITNESS:  Please, would you repeat it to me?

4    (The reporter read the question, as follows:

5        "Q   Then, you placed in the upper area here your

6    little sketch of the dam to indicate that there was

7    water moving generally in this northwesterly -- or

8    southwesterly direction hitting the Wildomar Fault

9    and rising to the surface, and it was then caught in

10    the dam; is that right?")

11    MR. LITTLEWORTH:  I mean to say, "southwesterly

12    direction."

13        A     I understand; southwesterly.  The diagram to

14    which you have directed your question shows the point of

15    rising ground water in the northwest quarter of Section 1,

16    Township 8 South, range 3 East.  The water observed leading

17    out of the deposits is ground water that has risen to the

18    surface at, or is rising to the surface at that point; and

19    it is now, and is now leading out of the older continental

20    deposits.  And it had a head higher than the younger

21    alluvial, than the surface of the younger alluvial plain in

22    Murrieta Valley.

23

24

25

MR. VEEDER:  Your Honor, I object on the grounds that

that is not responsive to the question.  The question was

whether that water that comes down and out of this area here--

I am now pointing to the drawing on the diagram-- is water that

rises by reason of the Wildomar fault.  Now he made no reference

to the Wildomar fault in his response.

THE WITNESS:  The rising ground water observed is caused

by the Wildomar fault.

BY MR. LITTLEWORTH:

Q  Now, is this a condition which is illustrative of the

whole area of rising water or was this illustrative simply of

the point where you saw this little dam?

A  In general it is illustrative of the entire area

marked on Plaintiff's Exhibit--  May I have the Murrieta

quadrangle?  It is Exhibit 29-J, I believe.  It is the con-

dition illustrative of the entire area shown on Plaintiff's

Exhibit 29-J along the line of blue checks to the points marked

in red HJ, with the qualification that there are not dams at

all points along there, and that for part of the area there

is a thin veneer of younger alluvium.

Q  That is roughly the area from the Santa Gertrudis area

or basin on southeasterly to the confluence of the two streams?

A  In general, that is correct.

Q  Generally speaking, how far is this line of rising water

from the actual stream bed of the Murrieta Creek?

C

Z16

1    A   The distance varies from, oh, 3000--

2    MR. VEEDER:  You are measuring off 29-J, is that correct?

3    THE WITNESS:  I am scaling off Plaintiff's Exhibit 29-J.

4  --from approximately 3000 feet to as close as 1000 feet.

5  BY MR. LITTLEWORTH:

6    Q   And this area of rising water is visible as you look

7  at the ground surface?

8    A   It is visible as you look at the ground surface, yes.

9    Q   Marked by a lot of vegetation?

10   A   Below the point-- starting at the point--  Well, to

11  answer the question with regard to all points, it is somewhat

12  difficult.  However, in the area around the points of rising

13  water there is a growth of green vegetation.

14   Q   None of this rising water runs on the surface down to

15  join the Murrieta creek?

16   A   The rising water from points HJ, when observed by me

17  during the period of October through November, 1957, at which

18  time I specifically checked out that occurrence, I did not

19  observe any flow from the points of rising water to Murrieta

20  Creek.  On my last visit I did not follow every possible course

21  that the water could take to see whether that condition still

22  existed, but in my opinion the condition still exists.

23   Q   That is, that there is no surface running water from the

24  area of rising water into the Murrieta Creek?

25   A   As of the period to which I have testified, that is

C

Z17

1   true.

2       Q  Is it true, then, that the rising water either evaporates

3   or is consumed and transpires through vegetation or percolates

4   back into the ground?

5       MR. VEEDER:  Your Honor, I object to that as being beyond

6   the scope of the redirect examination.  He testified not one

7   word of what happened to that water once it rose and passed

8   over the fault.

9       MR. LITTLEWORTH:  I am talking about the water, I am

10  simply trying to find out what happens to it.

11      THE COURT:  Sustained.  We can't do everything with this

12  witness.

13      MR. LITTLEWORTH:  I have no other questions, your Honor.

14      MR. STAHLMAN:  I have about two questions, your Honor.

15      THE COURT:  All right.

16      MR. STAHLMAN:  Now or after the recess?

17      THE COURT:  Do it after the recess.

18      (Recess.)

19      THE COURT:  Mr. Stahlman.

20

21                     RECROSS-EXAMINATION

22  BY MR. STAHLMAN:

23      Q  Mr. Kunkel, you made reference to the fact that the

24  Pauba well and the Studley well had perforations that were on

25  a plane at the same distances; in other words, that the Pauba

well was perforated at a point that was opposite the perforations

on the Studley well; is that correct?

A  I testified that, in my opinion, that situation existed.
I did not have the--

Q  What, in your opinion, then, would the effect be if
those perforations were at a lower depth in the Pauba well
than the perforations in the Studley well?  Would that materially
change the sympathetic effect between the two wells, in your
opinion?

A  It would not change the sympathetic effect.

Q  In any degree?

A  In a degree-- do I understand your question correctly?
If the Pauba well were only perforated at a distance consider-
ably below the perforations in the Studley well-- Is that the
question?

Q  Let me put it to you in another way.  You yourself made
mention of the fact that the Pauba well was perforated at the
point where the perforations appeared in the Studley well on
a horizontal plane.  Do you recall that?

A  Yes.

Q  What was the significance that you gave to the fact
that those perforations existed at that point?

A  That the effect of the interaction would be quicker.

Q  Would be quicker?

A  Yes, sir.

C

Z19

1    Q  And assuming that they were not to the same depth in

2  the Pauba well as in the Studley well, in other words, if they

3  were deeper down, there would be an effect but it would take

4  longer?

5    A  That is correct.

6    Q  Now, in preparation of your Exhibit 18, where you

7  determined the ground water in storage as of 1953 to be 30,000

8  acre feet, did you determine the capacity of that basin?

9    A  No, sir, I did not determine the capacity of the basin.

10    Q  So that you are unable to say what the capacity of the

11  basin would be if fully charged?

12    A  I made no such estimates.

13    Q  And the matters which you have indicated that you took

14  into consideration in previous studies, did you come in contact

15  with any of the data or studies that other engineers or

16  geologists had made relative to either the capacity or the

17  quantity of water in the basin?

18    A  I went through the work notes and field notes and

19  information that the Department of Water Resources had in

20  their files, but I did not follow it through to see whether I

21  agreed with it or disagreed with it.

22    Q  Did you, in the course of that check which you made,

23  learn that there had been previous estimates of water capacity

24  of the basin as well as quantities of water in storage in

25  different times in the past by other engineers and geologists?

Kunkel   Recross

3296

C

Z20

1     A   I believe that to be-- I believe, to the best of my

2  knowledge, other studies have been made, yes.

3     Q   Do you have any present recollection as to what the

4  conclusions were in these other studies or any of them?

5     A   My recollection is that we were not in agreement.

6     Q   In other words, not only that you were not in agreement,

7  but it would be fair to say that the studies of other people

8  that had been made in the past were not in agreement each

9  with the other?   Did you learn that?

10    A   In general, that is a true statement; yes, sir.

11    MR. STAHLMAN:   That is all I have, your Honor.

12    MR. VEEDER:   Any further questions?

13    MR. SACHSE:   Not from me.

14    MR. LITTLEWORTH:   I have none.

15    MR. MOSKOVITZ:   No further questions.

16    MR. VEEDER:   I am through, your Honor.  I have no questions.

17    THE COURT:   All right, you are excused now, subject to

18  recall.  We will let you know when we need you back.

19    (Witness excused subject to recall.)

20    MR. VEEDER:   We have a map that we are in the process of

21  making for your Honor that will be produced.

22    I will call Mr. Hall as the next witness for the United

23  States.

24

25

C

Z21

H. M. HALL,

called as a witness in behalf of the plaintiff, being first

duly sworn, testified as follows:


THE CLERK:  State your name, please.

THE WITNESS:  H. M. Hall.


DIRECT EXAMINATION

BY MR. VEEDER:

Q  Mr. Hall, would you state your present residence.  Where

do you live?

A  460 Plymouth Road, San Marino, California.

Q  How old are you, Mr. Hall?

A  Seventy-six.

Q  Would you briefly state your educational background,

starting in the grade school and bring it on down to date.

A  I attended grade school and high school at Vancouver,

Washington, and after graduating from high school and working

for two years to get the money to go to college I entered the

University of California at Berkeley and took the course in

electrical engineering with a submajor in hydraulics and

graduated in 1907 with a degree of B.S. in Engineering.

Q  After you left the University of California, Mr. Hall,

would you briefly state your professional experience.

A  I first stayed at the University a few months helping

C

Z22

1  with the honor societies to which I had been elected a member--

2    Tau Beta Pi and Sigma Xi , scientific and engineering--

3  and then went to work for the Southern Pacific Company in the

4  electrification of their trans-bay passenger lines.  And after

5  two years with them I worked for the General Electric Company

6  as their specialist on pumping equipment as used in California

7  and was transferred to the Los Angeles office for the same

8  purpose, and from then on until 1914 I had charge of the sale

9  of pumping equipment, that is, the electrical end of pumping

10  equipment and installation in California irrigation equipment.

11    Q  What would that entail from the standpoint of your

12  responsibilities?  Capacities and ratings of pumps and similar

13  activities?

14    A  Yes; the inspection of wells for their production and

15  the advice to ranchers or irrigators as to the proper sizes

16  of pumps to be installed in wells and similar design of

17  pumping equipment.

18    Q  Would you proceed with your statement as to your

19  experience.

20    A  In 1914 I joined the California Irrigated Farms Company

21  as their irrigation engineer.  I worked with them throughout

22  the San Joaquin Valley and over to the Mono Basin in the

23  development of irrigated ranches, and stayed with them until

24  about 1918 when I --

25    Q  During that period would you just state briefly what

C

Z23

1  your responsibilities were down to 1918?

2    A  To make hydrologic surveys of areas that were intended

3  to be developed for farms, including the investigation of water

4  sources and the reasonable degree of availability of water and

5  the economic feasibility whether or not such areas were worth

6  developing.

7    Q  Particularly what part of the country were you working

8  in at that time, Mr. Hall?

9    A  In Kern County, Tulare County and Fresno County of the

10  San Joaquin Valley, and in Mono County east of the mountains.

11    Q  Will you proceed with your statement as to the

12  engineering experience that you have had.

13    A  After working for the California Irrigated Farms

14  Company, I went with the Delco Division of General Motors.  I

15  went back to Dayton to work with Mr. Kettering in the de-

16  velopment of household refrigeration equipment.  That was a

17  precise job intended to be only of short duration and ended

18  with the completion of the development.

19    And then I returned to Los Angeles and became a pump

20  salesman for the Westco Pump Company, and I sold and installed,

21  through my helpers, the Westco pumps, until my health failed

22  in 1924.

23    And at that time, having been acquainted with the Vail

24  Company, Mr. N. R. Vail, who was the managing trustee at the

25  time, have me a few small interesting jobs with the water

1  on the Pauba Ranch.

2      Q  That was the same ranch to which we have had reference

3  here at Fallbrook?

4      A  Yes-- Vail.

5          In 1924 Mr. Vail suggested that I take over the measure-

6  ment of water on the ranch, provided I would agree to stay with

7  it if it took six weeks; and I have been there practically

8  ever since.

9      Q  Would you proceed briefly to outline your responsi-

10  bilities down through the years and your activities down

11  through the years working with the Vail Company, and with

12  particular reference to the Temecula Creek area.

13      A  In the years 1924 and early 1925 there was developing

14  the situation between the Santa Margarita Ranch and Vail

15  Company as to proper division of water between the two

16  riparian users, and my first work in that connection was

17  constructive with Mr. Jerome O'Neill and Mr. Charles Lee of

18  the Department of Water Resources-- the predecessor of the

19  Department of Water Resources, and the question of the building

20  of what is now the Vail Dam was up for discussion and Mr.

21  O'Neill was helpful in cooperating with Vail Company in the

22  proposed building of the dam because of the flood control it

23  would give his ranch.  But about that time some other engineers

24  entered the situation and it turned into a bitter water fight

25  which began in the fall of 1925 and lasted to a final decision

3301

C

Z25

1    in 1940.

2        THE COURT:  You said the Vail Dam.  I had understood that

3    the Vail Dam had been built much earlier.  Was there an earlier

4    dam at the same site?

5        THE WITNESS:  There had been a dam designed as early as

6    1892 or 1893 by a San Diego engineer, but there was no con-

7    struction of any dam until 1948, when the present dam was begun.

8    BY MR. VEEDER:

9        Q  During that period from 1924 down to date, would you

10   state for the record the kind and type of observation that

11   you made in connection not only with the surface runoff of the

12   Temecula Creek and the Santa Margarita River stream system in

13   general, but also the subterranean basins, particularly the

14   Pauba basin?

15       MR. STAHLMAN:  This is still on qualifications?

16       MR. VEEDER:  Yes.

17       THE WITNESS:  Mr. Malin Vail has been in charge of the

18   ranch for a long time and I have been practically his assistant

19   in installation and design and economic necessity for pumping

20   plants and changes in pump sizes and relocation of wells and

21   similar water development work, which has included observations

22   of the underground water not only in the Vail Pauba basin but

23   in the higher mesas each side of the basin and in the whole

24   surrounding country, including what are marked on Exhibit 17

25   as basins 3, 4 and 2.

C

Z26

BY MR. VEEDER:

1

2      Q   Now, would you state for the record the kind of

3   observations that you made, for example, in the mesa areas to

4   which you have made reference?

5      A   We put down test wells in the mesa areas, one deeper

6   pumping well which was pumped only for a driller's test, and

7   we plotted some underground contours in that connection-- by

8   "underground contours" I mean water level contours-- mostly

9   connected only with the Pauba basin itself and the extension

10  into the mesa silts to the north of it.

11     Q   Now, would you state generally what your observations

12  have been in regard to the surface flow of the Temecula Creek

13  and any measurements that you made in connection with that

14  surface flow?

15     A   Ever since 1923, probably, I have had charge of the

16  measurement of stream flow, having done a lot of the measuring

17  myself, and of recent years have had a hydrographer working

18  jointly for the Vail Ranch and Camp Pendleton, who has been

19  measuring the stream flow daily, making daily and monthly

20  reports to both Camp Pendleton and Vail Company, and I have

21  tabulated the results of his measurements and studied them

22  and watched them as the stream supplied water or failed to

23  supply it, depending on the season.

24     Q   Now, what was your responsibility in connection with

25  the construction of the Vail Dam to which reference has been

1  made?  Did you assist in that matter?

2      A  I worked on that only as a representative of the Vail

3  Company to correlate the work of the different engineers who

4  were specialists in that line, like Mr. Sonderegger, the

5  hydraulic engineer, and Dr. Buwalda of Cal Tech, who was the

6  geologist, and the dam designer who was from Sacramento; I

7  can't say his name this second, but I know it.

8      Q  That was a "d-a-m" designer, wasn't it?

9      A  Yes.

10     MR. VEEDER:  This is past qualifications now, Mr.

11  Stahlman.  You inquired.

12     MR. STAHLMAN:  We will watch you.

13     MR. VEEDER:  I just thought I would mark in the record

14  where we cease qualifying Mr. Hall and begin to go to work.

15

16

17

18

19

20

21

22

23

24

25

1    Q  BY MR. VEEDER:  Would you briefly state for the

2    record, Mr. Hall, the methods utilized in the operation of

3    the Vail Dam in connection with the Pauba Basin which under-

4    lies the portion of the Vail Company ranch?  How is that

5    operated?

6    A    A dam, to be much good, has to be emptied

7    annually.  The emptying of the Vail Dam has always been a

8    difficult question as to how much should be husbanded for

9    use the following year or how much should be used this year.

10   It is similar to a man with a bank account; how much may

11   he spend and how much may his income be.  The appropriative

12   rights for Vail Dam include the 2000 acre-feet to be

13   released to the basin in the winter for recapture the

14   following summer.  The exact number of acre feet that has

15   been handled in that way has varied due to changing con-

16   ditions, not only on the Vail ranch but especially downstream

17   from there.  But the exhibits will include the amount of

18   water released from Vail Dam, which is metered by a Sparling

19   meter and is used either to replenish the Pauba Basin or is

20   put directly into the irrigation lines and used as irrigation

21   water.

22   THE COURT:  And if it is used as irrigation water, it

23   is used in the Pauba Valley?

24   THE WITNESS:  Yes, in the Pauba Valley.

25   Q  BY MR. VEEDER:  Now, would you proceed to explain the

1    methods utilized to divert and to apply the waters to the

2    irrigated land on the Pauba ranch?

3          A      Pauba ranch for a long time has had a very large

4    system, complete system of concrete irrigation  pipes that

5    conduct the water to the different fields.  These pipes

6    take water from the different pumping plants, and at the

7    present time also take water direct from the flow down the

8    Nigger Canyon that has been released from the lake.  All

9    measurements have been metered so that Vail Company knows

10    exactly how much water is used and where.

11        THE COURT:  When you said the Pauba ranch, you mean

12    that part of the Vail ranch in the Pauba Valley?

13        THE WITNESS:  Pauba ranch has been used broadly as

14    being -- a better term would be the Vail ranch; but it

15    includes the Pauba grant, Temecula grant, and Little Temecula

16    grant.  And the Pauba Valley crosses all three of those

17    grants.

18        THE COURT:  Most of the irrigation is done in the

19    Pauba Valley?

20        THE WITNESS:  Yes, in the Pauba Valley, and in the

21    Pechanga Valley and in the Murrieta Valley; or, as it is

22    marked on the geological sheets, Temecula Valley.  So that

23    we have three valleys forming a key there, the Pauba Valley

24    being the main stem, the Temecula Valley the northernmost

25    stem, and the Pechanga Valley the southernmost stem.

THE COURT:  And by Pechanga Valley, you include what is shown on some of the maps as Wolf Valley?

MR. STAHLMAN:  May I ask if your Honor has familiarity with what is referred to as the Vail ranch as a whole?

THE COURT:  It is shown on the map.

MR. STAHLMAN:  Well, the Santa Rosa ranch is another -- the Santa Rosa grant is another part of it.

THE COURT:  I am not familiar with which is the Santa Rosa grant.  Which part is it?

MR. STAHLMAN:  I don't know if we have a map here that shows it all or not.  That, just generally, is the land that is to the west of the Temecula.

THE WITNESS:  It shows it there.

MR. VEEDER:  Right here.  You can show it here on Plaintiff's Exhibit No. 1, which is the base map.  Or you can show it on 15.

MR. STAHLMAN:  Use this.

MR. VEEDER:  I think it is better depicted, though --

MR. STAHLMAN:  Santa Rosa is up in that area.

THE COURT:  Santa Rosa, a portion of the Vail ranch, lies west and south of the Temecula-Murrieta Valley?

MR. STAHLMAN:  Right.

THE COURT:  All right.

MR. STAHLMAN:  And it joins all the four grants contiguous.  It joins the Temecula to the west.

THE COURT: All right.

MR. VEEDER: The matter is an important one to us, your Honor. If I may state just one more word to your Honor about it. De Luz Creek rises on the Santa Rosa; and, in regard to the special master hearing, evidence has not yet been introduced as to the Vail holding in that --

MR. STAHLMAN: That is correct.

MR. VEEDER: --in regard to that, so your Honor's question is very pertinent and very important to us.

THE COURT: All right.

Q BY MR. VEEDER: Now, during the period that you have been operating and working for the Vail Company, you have had occasion to observe the drilling of wells, have you not?

A Yes, I have.

Q Do you recall the number of wells that you have had drilled under your direction or concerning which you have not?

A I have never counted them, but it is in the neighborhood of ten or a dozen.

Q And during that period what has been your experience with respect to the methods of the drilling of the well and the logging of the well? Have you had any responsibility in that connection?

A Yes. We have put some test wells down with a two-inch boiler pipe and a pile driver. Other test wells

have been put down with an Okell well rig, which is a rotary type of drill. Other main wells have been put down with a standard rig with a regular sand bucket, and some of our later wells have been put down with rotary equipment with gravel envelope outside the casing to permit freer entry of water.

Q    What were the objectives of the test wells to which you made reference, Mr. Hall?

A    They were to explore the extent of the water plain, not only in Pauba Valley but as far as we thought necessary into the surrounding older alluvium -- which I will probably call mesa silt, because I have called it that for 25 years.

THE COURT:  Mesa silt for the older alluvium?

THE WITNESS:  Yes.

Q  BY MR. VEEDER:  Now, briefly, so there will be no confusion, will you point out on Plaintiff's Exhibit 15 there as to which you have reference when you say "mesa silt"?

A    The orange-colored part of Exhibit 15 corresponds with my understanding of mesa silt.

Q    And generally, does the legend and the areas depicted in what we have designated younger alluvium and the older continental deposits comport with your understanding of the areas?

A     Yes, they do.

Q     Now, you said that you had drilled test wells and made tests in the mesa deposits or older alluvium. Where, in general, were those made?  Can you state that, Mr. Hall?

A     They were made just north of the upper end of the Pauba basin and also on the mesa just south of Long Canyon.

Q     Would it be possible for you to locate those, just in general, with the section, township, range?  Or are you sufficiently acquainted with the Exhibit 15 to do that, Mr. Hall?

A     Well, a small scale of Exhibit 15 -- and it can be transferred to Exhibit 15, but it would take a little time to do it accurately, and it would be better done out of court.

THE COURT:  Could you do it at least within the section in those areas out of court?

THE WITNESS:  Oh, yes.  Yes, out of court I can do it to rather accurate -- as close as the map would allow.

THE COURT:  All right.  How many of these wells are there that you are going to put on?  Approximately?

THE WITNESS:  Six or eight in the mesas north of Pauba basin and perhaps three or four in the mesas farther north, including the Long Valley and Long Canyon wells used for

7

1    watering cattle, and one pumping test well, all in the

2    mesa silts just south of Long Canyon.

3        THE COURT:  All right.  You can do that over the

4    noon hour?

5        THE WITNESS:  I think so.

6        THE COURT:  Good.

D-2

7        Q  BY MR. VEEDER:  Now, in regard to the well which

8    are for the purposes of irrigation, what were your

9    responsibilities in connection with those from the stand-

10   point of their location, the drilling and the logging of

11   the well?

12       A     Engineers like to locate wells.  Sometimes water

13   which -- you put down a better one very close.  But outside

14   of that, I have had charge of the location of all the

15   irrigation wells that have been put down, both in the

16   Murrieta Valley on the Vail property and in the Pauba

17   Valley.  And I have watched the logs, studied the terrain

18   and tried to gather the proper information to know better

19   how to locate the next well.

20       Q     Generally speaking, what are the criteria to

21   guide you in locating the wells?

22       A     Of course, the whole purpose in indicating a well

23   is to get the best specific yield, the greatest yield for

24   the least drawdown.  So that the yield of the wells and what

25   we have learned from the different materials that have been

8

1    entered have guided us in where to locate the next well.

2         Q       What key wells, for example, have you observed

3    in the Temecula area?

4         MR. SACHSE:  Did I understand?  Key, did you say?

5         Q  BY MR. VEEDER:  What key wells have you observed in

6    the Temecula from the standpoint of indicating water-bearing

7    stratas?

8         A       By Temecula area, do you mean Temecula --

9         Q       Temecula school house, or the general area through

10   there.

11        A       Meaning the Murrieta Valley?

12        Q       Yes.  I beg your pardon.  The Murrieta Valley,

13   yes.

14        A       We have the logs of all of the wells, whether

15   they were put down by Vail Company or our neighbors, except

16   in one or two cases recently.  But we have the old logs of

17   the wells in the valley and our own well, called the Hutch-

18   ison-Brown     well, and some test wells.

19        Q       From the analysis that you have made of these

20   test wells and the observation wells, what assistance have

21   they been to you in locating water-bearing strata?

22        A       In our well work in that valley we have attempted

23   to stay in the younger alluvium in order to get a higher

24   specific yield.  The highest possible is most desirable,

25   and the location of the younger alluvium corresponds, in

general, with Exhibit 15 and with the basin as drawn thereon.

Hall    Direct

3312

E

Z28

1    Q  Now, during this period have you found that there is a

2    correlation between the surface runoff of Temecula Creek and

3    the wells which have been drilled in the Pauba Valley?

4    A  Yes, we have.  When our basin is depleted by the lowering

5    of the water tables, as exist at the present time, the outflow

6    by Temecula Creek is greatly reduced.  In other words, the

7    height of the water plane through the Pauba Valley and Temecula

8    Valley has a direct influence upon the flow of the Temecula

9    Creek.

10   Q  What have you observed from the standpoint of any of

11   the wells which are under pressure, so to speak, in relation

12   to the surface flow of the stream?

13   A  The pressures on the Pauba well I have not made

14   personal observation.  The pressures on the Studley, the Dairy,

15   the Upper Camp-- not Upper Camp, but China Garden I should have

16   said, and the Main Camp well and the Windmill well have all

17   been watched by me and measured-- the flows measured, the

18   pressures measured-- and the variation in the flow of the

19   stream has been notably directly connected with the pressures'

20   rise and fall in those wells.

21   Q  Now, would you state the relationship in the pressures

22   of those wells during the period when the surface flow of the

23   Temecula Creek has been low?

24   A  The pressures are least when the flow is lowest, and

25   under the wetter conditions of higher pressures in those wells

E

Z29

1   the flow has been greater.

2       Q   Have you formulated any conclusions on the basis of

3   those physical phenomena as to an interrelationship between

4   the surface runoff of Temecula Creek and the wells which you

5   have described as being under pressure?

6       A   It is my opinion that the underground feed into the

7   Pauba Valley is continuous and differs only in a matter of

8   degree between dry and wet seasons, but the water coming up

9   from the underground feeds has always supplied a considerable

10  proportion of the water going out as Temecula Creek.

11      Q   For the record would you state what you mean by a well

12  that is under pressure?

13      A   I mean a well in which the water plane, if plotted,

14  would be above the surface of the ground, in contradistinction

15  to a well that we normally meet which is not a flowing or a

16  pressure well where the water stands at some distance below

17  the surface.

18      Q   What observations have you made in regard to the well

19  logs which you have observed as they relate to the wells in

20  what you have referred to as the younger alluvium?

21      A   Well, the younger alluvium is very definitely recognized

22  on the surface, and--

23      Q   Right there, Mr. Hall, how would you definitely recognize

24  the younger alluvium on the surface?

25      A   By its appearance.  The difference in appearance

Hall    Direct

3314

E

Z30

1    between it and what we have called the mesa silts or the older

2    alluvium.

3        Q   What are the elements by which you would distinguish

4    those?  First, would you describe the appearance of the younger

5    alluvium as you have observed it?

6        A   To make a brief explanation, it looks more like ordinary

7    soils such as we meet in our gardens-- sandy or gravelly or

8    with silt, but lesser amounts of clays and lesser amounts of

9    the denser materials.

10       Q   The colorations of that--

11       A   --are usually lighter in color.

12       Q   What have been your observations in regard to the well

13   logs which penetrate the younger alluvium from the standpoint

14   of the stratas of geologic deposits that you have found there?

15       A   Well, in most any alluvial area you get a mixture of

16   the degrees of density due to the difference in intensity of

17   the storms which deposit those alluvia, but it is illustrated

18   by the interlaced or interspersed areas of sand and gravel and

19   good water-bearing material and water-bearing material that is

20   not quite so free.  But in all of the well logs I have attempted

21   to ascertain a point of difference.  As the well log deepens

22   so that I could say, "Well, this is in the older alluvia down

23   here, and the upper end is in the younger alluvia;" but even

24   when the pressure conditions show that the water is coming

25   from a deeper area, the well logs have not informed me as to

1   any point that I could definitely say was old and young.

2       Q   Now, from the standpoint of your observations of the

3   alluvial deposits on the surface, have you been able to observe

4   a difference in the coarseness or texture of them from the

5   deposits at the upper end of the alluvial plain and the lower

6   end of the alluvial plain?

7       THE COURT:   I don't know as I understand you.   Are you

8   talking now about the younger alluvia?

9       MR. VEEDER:   Yes, I am still speaking of the younger

10  alluvia, your Honor.

11      THE COURT:   Is there a difference between the texture at

12  the upper end?

13      MR. VEEDER:   Whether it is coarser, or the texture of it

14  at the upper end as it relates to the lower end of the valley

15  where the Vail operations are conducted.

16      THE WITNESS:   Well, the extent to which coaser or finer

17  materials are segregated depends on the intensity of the storm

18  or the flood runoff.   So that we find at the upper end of the

19  Pauba basin, in fact, further upstream than is indicated as

20  basin on the map, we find some very coarse material and some

21  very fine material intermixed, not in layers but in different

22  areas.

23      But in general in an alluvial deposit like that, that is

24  washed out of the canyons or hills above, is graded so that

25  the finer material is carried the farthest downstream.   So that

E

Z32

1  in general modern alluvia are finer at the lower end of the

2  valley than at the upper end.

3  BY MR. VEEDER:

4      Q  From the standpoint of the older alluvia in which you

5  have dug these wells, what have you observed from the stand-

6  point of the various kinds and types of silts and sands through

7  which the wells have been drilled?  Is there a consistency,

8  in other words, throughout the drilling logs that you observed?

9      A  There is a consistency in that no two are alike as to

10  elevation, but have similar variations between finer and

11  coarser material, and as in the old Vail suit we learned to

12  say lenses and lozenges of deposits.

13     Q  For the record, what is a lozenge?

14     A  It is a lens with a thicker edge, I should think.

15     Q  After lunch I will have you draw one.

16     A  It was used by a very well-known geologist, Professor

17  Tolman of Stanford, and I have always liked the application.

18     Q  Now, in regard to those deposits, have you found a

19  variance between the wells drilled in the upper part of the

20  basin and the wells drilled in the lower part, for example,

21  near the Wildomar fault, as it has been located on Plaintiff's

22  Exhibit 16?

23     A  I don't recognize any particular difference.

24     Q  I have been refering  to 16.  I am sure that you are

25  acquainted with it.

E

Z33

1    A  Yes.

2    Q  I interrupted you.

3    A  I don't think there is any recognizeable particular

4  difference in those older alluvia, whether they are at the

5  upper end of the basin or the lower end.

6    Q  Now, you have made reference to the Windmill well.

7  What significance is attributed to that well from the stand-

8  point of your operation of the Pauba basin?

9    A  That has been called our key well.  It was originally,

10  when I first knew it, a flowing well with water standing under

11  light pressures, not much head but sufficient to make it flowing

12  over the top of the casing.  Today it is 65 feet to water there,

13  showing in my judgment a great depletion in our basin due

14  to the long drouth we have experienced.

15    The pressures in the wells are greater as you progress

16  downstream.  That is, I haven't measured the pressure in the

17  Pauba well, but I would say it would be greater than the

18  Studley by a little bit, and the Dairy well next, and the

19  China Garden well next.

20    THE COURT:  It is noontime.  During the noon hour you

21  can put these wells on the map.

22    Take an adjournment until 2 o'clock.

23    (Noon recess.)

24

25

SAN DIEGO, CALIFORNIA, THURSDAY, OCTOBER 16, 1958, 2:00 P.M.

---o---


(Another matter.)

THE COURT:  Proceed.

MR. VEEDER:  Would you take the stand, Mr. Hall.



H. M. HALL,

having been previously sworn as a witness on behalf of

the plaintiff, resumed the stand and testified further, as

follows:-


DIRECT EXAMINATION (Continued)

BY MR. VEEDER:-

Q   Mr. Hall, you have been requested to prepare a

map showing the location of certain wells.  I ask you if

you have completed that work for the court?

A   I did.

THE COURT:  This is on the form base map.

MR. VEEDER:  15, your Honor.

THE WITNESS:  15.

MR. MOSKOVITZ:  Your Honor, is this another exhibit

to be introduced?  We have never seen it.

MR. VEEDER:  You will in just a moment.

1    THE COURT:  Yes.  You recall we asked that Mr. Hall

2    place on Map 15 several wells.  We have got so many things

3    on 15 now that he has merely taken a copy of 15, and he has

4    put these wells in that we have talked about.

5         Now we have to decide what number to give it.

6    MR. VEEDER:  I would like to give it 15-1, if it is

7    all the same to you, your Honor.

8    THE COURT:  Do we have any 15-1?

9    MR. VEEDER:  No 15-1, no.

10   THE COURT:  Well, it will be 15-1.

11        Well, I can do it later.  I was going to put it

12   on mine.  Let counsel see it.

13   MR. VEEDER:  I will put it on the easel, if I may,

14   your Honor.  You want to mark it first, Bill?

15   THE COURT:  15-1 for identification.  Do you have a

16   second map or just the one?

17   THE WITNESS:  Just the one.

18   MR. VEEDER:  Your Honor, we will put those on for you

19   right now in the courtroom if you want us to.

20   THE COURT:  What?

21   MR. VEEDER:  Mr. Kunkel is here.  We can put those on

22   your map while counsel are examining it.

23   THE COURT:  Put it on this map with a blue circle.  I

24   have got some others on there with little red dots.  Put

25   them on with blue.

3

1    MR. KUNKLE:  There will be slight inaccuracies.

2    THE COURT:  There are a lot of inaccuracies on that.

3 I draw my own maps as I go along, see.  I have one here

4 that -- (showing to witness).  15-1 might be called Vail

5 test wells?

6    MR. VEEDER:  Yes, that is the designation on it, your

7 Honor.

8    THE COURT:  Mr. Hall, are these strictly all test wells

9 or have any of them been used to produce water for the use

10 of the Vail Company?

11    THE WITNESS:  They are all test wells to determine the

12 ground water levels.

13    THE COURT:  All right.

14    THE WITNESS:  Not the capacity.

15    MR. VEEDER:  I would like to have Mr. Hall step to the

16 plaintiff's Exhibit 15-1.  It has been offered and admitted,

17 as I understand it, your Honor.  We have offered it.

18    THE COURT:  It may be admitted.  It hasn't been fully

19 identified, but there is no objection to putting it in

20 evidence now.  Be admitted.

21    Q  BY MR. VEEDER:  Now, Mr. Hall, refer to the wells

22 that you have placed upon Plaintiff's Exhibit 15-1.  Refer

23 to the legend and indicate the location of each of the wells.

24 Now, I understand you are using the well designation the

25 same as on Plaintiff's 16 and 16-1, Plaintiff's exhibits?

THE COURT:  Yes.

THE WITNESS:  And 15.

Q  BY MR. VEEDER:  Yes, and 15, too.

Now, if you will just take each well in the order that you desire and show its location.

THE COURT:  By section, you mean?

MR. VEEDER:  By section, yes, your Honor.

THE COURT:  All right.

THE WITNESS:  The farther easterly well is labelled here 6 B-1.  This 6 B-1 is the location in Section 6 of Township 8 South, and 1 West.  The Vail Company number on it was P-V-8 when it was drilled.

THE COURT:  P-V?

THE WITNESS:  P-V 8.  Pauba Valley No. 8.  And it is one of the wells that is an extension of an irrigation line in the valley extended northerly into the older alluvium. A similar explanation will apply to 2-A-1, which is in Section 2 of the same township and range and was designated when drilled as E-7 North.  That is the E line of wells in our irrigation work, and it is the 7th well northerly of the middle of Pauba Valley.  The same explanation would apply to the well labelled 3-K-1, that being in Section 3 of the same town and range and was designated as L-8 North when drilled.  Going farther westerly, we come to 7-A-1, which is in Township 8 South and 2 West, Section 7, in the location

of A-1 and is a windmill well drilled by Vail Company for
the watering of cattle and is active. And we have measure-
ments on it up to recent times. Well No. 1-P-3 is in
Section 1 of Township 8 South and 3 West and was a test
well for ground water measurements only, drilled in 1927,
and referred to in our older records as an Okell test hole,
because it was drilled by an Okell rig, which was a small
rotary rig.

THE COURT: O-k-e-l?

THE WITNESS: Yes, double l. Now, well 18-M-1 is
next southerly from that, and is in our Temecula field and,
therefore, named T-F-3 when it was drilled and is in
Section 18 of 8 South and 2 West. Similarly, T-F-2, or on
the map 18 N-1, like Nancy, was --

THE COURT: 18 what? What was that, again? 18 what?

THE WITNESS: N, like Nancy, 1.

THE COURT: Yes.

THE WITNESS: Is in Section 18 of Township 8 South,
2 West. It was drilled for test purposes. Well 18-N-2
was our number T-F-4 and is otherwise the same as the
preceding two. Now, 18-R-1 is drilled 44 feet deep, a
domestic supply well for the lower camp on the Vail ranch.

THE COURT: That is the McSweeney well?

THE WITNESS: McSweeney well, correct.

Q BY MR. VEEDER: That is the extent of them, Mr. Hall?

Hall - Direct

1    A    That is all.

2    MR. STAHLMAN:  May I say for verification, for every-

3    body, point out something that may be obvious, however,

4    the windmill well and the Cantorini windmill well are two

5    different wells.

6    THE COURT:  All right.

7    MR. VEEDER:  If you want to return to the stand, Mr.

8    Hall, why --

9         Now, your Honor, I will return to you your map.

10   Q    Have you reached any opinion based on your

11   investigations of those wells, Mr. Hall, as to whether there

12   is a hydrological interconnection between the wells which

13   are situated in the older alluvium, that is, the continental

14   deposits -- or, as you use it, of mesa deposits -- and the

15   younger alluvium through which the Temecula Creek flows?

16   Would you like to have the question again?

17   A    I think I understand the question.  It is so

18   broad a subject that I was wondering which corner to attack.

19   It is --

20   Q    Let's do this, then.  It may save time.  I will

21   withdraw the question.

22        Have you considered the cross-section marked F,

23   E, and G, on Plaintiff's Exhibit 16-1?

24   A    Yes, I have.

25   Q    Would you refer to the well drilled in the older

alluvium appearing on Plaintiff's Exhibit 15-1, which would be most closely located to that cross-section?

A    It is labelled 7-A-1 on Exhibit 15-1.

Q    Has that well a name which you generally use in making reference to it?

A    Yes; we call that the Shrode well, and I think in my immediately previous testimony I said it was an Okell well, which is not correct.  It was drilled by a regular standard rig 604 feet deep.

THE COURT:  In your previous testimony your reference to the Okell well was 1-P-3.

THE WITNESS:  That is correct.  7-A-1 was not an Okell well.

THE COURT: You call it the Shrode well?

THE WITNESS:  S-h-r-o-d-e.

Q    BY MR. VEEDER:  Do you recall when that well was drilled, Mr. Hall?

A    It was drilled, finished in February 9, 1926.

Q    And what was the water level in that well, do you recall?

A    Approximately 60 feet to water.

Q    And were there any tests run on that well?

A    Yes, we pumped it following the completion of the drilling.  The driller put an air rig -- that is an air type of pump -- on the well and pumped it for 15 hours --

1    pardon me, for 30 hours.  And at that time it was yielding

2    360 gallons per minute with a drawdown of 55 feet.

3         Q    Now, Mr. Hall, would you state the approximate

4    of the well 7-A-1 to the cross-section F and G as designated

5    on 16-1?  How far is it from the general location of that

6    cross-section?

7         A    Perhaps a mile southerly of the cross-section

8    line, which I don't have the exact location of.  But

9    approximately a mile southerly and across the Long Canyon

10   shown on Exhibit 15.

11        Q    How would you compare the areas from the stand-

12   point of the alluvial characteristics of the two areas?

13        A    I would say they were both mesas and very much

14   the same in every detail.

15        THE COURT:  What are you comparing 7-A-1 with?

16        MR. VEEDER:  The well 7-A-1 with the cross-section,

17   the location of the cross-section on 16-1.

18        THE COURT:  Oh, all right.

19        Q  BY MR. VEEDER:  What is your information in regard

20   to the alluvial deposits as disclosed by 1-P-3, this well up

21   here?

22        A    I haven't logs on those wells, because they were

23   drilled with a rotary rig.

24        Q    In regard to the well 6-B-1, which you have, did

25   you drill that yourself or --

A     That is another rotary job and was done to discover the water plain.

Q     And what did that reveal to you when you made that investigation?

A     Water plain standing higher than the water plain in the Pauba Valley southerly of it.

Q     In regard to well 2-J-1, what was the objective of drilling that well?

A     The same objective and the same answer.

Q     In other words, as to water levels, would you state that?

A     Yes.  The Pauba Valley irrigation system has an arbitrarily assigned system of lines, irrigation lines, across the valley; and those were extended northerly for water plain observations; and these wells were in that string.

Q     And what was the objective when you undertook the drilling of well 18-M-1 here in the lower valley, the lower Pauba Valley?

A     That was only for the purpose of water plain observation.

Q     Now, based upon your well investigations and returning to the question originally stated, what is your opinion as to the relationship, if any, of the younger alluvium in the Pauba Valley and the older continental

deposits or mesa deposits from the standpoint of their interrelationship, if any, hydrologically?

A     All of my investigations have indicated a close hydrological connection between the two formations, with the understanding that in a manner of degree, lightly in some places and more in others, there is a difference in the rapidity with which water passes through and a difference in pressure in the wells drilled into them.

Q     Now, based upon your observations throughout this area in general, have you observed any sympathetic reaction between wells situated west of the Wildomar Fault line and east of that line?

A     I have one very notable situation in that the pumping of the Cantarini well, which is --

Q     You want the number on that?

A     I don't have the number.

THE COURT:  20-D-1.

THE WITNESS:  Is that --

THE COURT:  20-D-1.

THE WITNESS:  There are so many Cantarinis, your Honor.

THE COURT:  This is the Cantarini windmill?

THE WITNESS:  No, that isn't the one.  It is the Cantarini pumping well.  I am sorry.

THE COURT:  All right.

Q     BY MR. VEEDER:  I think I would suggest that you

1    look at the exhibit.

2        A    Well, it is not shown on this map, Mr. Veeder.

3        Q    Wait a minute.

4        A    It is shown on --

5        Q    Just a moment.

6        A    Yes, that is the one.  The Pechanga.

7    MR. KUNKEL:  The Pechanga.

8        Q  BY MR. VEEDER:  Here it is.  Can you locate that

9    well now on Plaintiff's Exhibit 29-O, which is the Pechanga

10   quadrangle?  Yes, you indicate to the Court.

11       THE COURT:  Does it have a number?

12       MR. VEEDER:  It hasn't been assigned a number on that.

13       THE COURT:  I mean, does it have a number that shows

14   the portion of the quarter and all that sort of thing?

15       THE WITNESS:  Well, I could soon get it from my list,

16   but I haven't it here.  Showed that is the windmill well.

17   I saw a map just before court convened that had them both

18   on.  What map was that?

19       Q  BY MR. VEEDER:  You can go ahead and make a state-

20   ment, Mr. Hall, from the standpoint of --

21       A    Well, I can locate it very closely on 29-O by

22   saying that it is just an eighth of an inch north of the

23   "11" in the contour 1100 that is directly north of the word

24   "Wolf" in Wolf Valley.

25       Q    And you are now referring to 29-O, is that

1   correct?

2       A    At 29-0.

3       THE COURT:  That contour is 1060.  1100 contour occurs

4   at the end of the words "Wolf Valley."

5       THE WITNESS:  True, but if you could go directly north

6   of the word "Wolf" until you find the figure "1100" --

7       THE COURT:  Yes.

8       THE WITNESS:  -- that is almost exactly the location

9   of the Cantarini pumping well.

10      THE COURT:  All right.  Near the figure "1100"?

11      THE WITNESS:  Yes.

12      THE COURT:  Which side of it?  On it, below it, or

13  east of it?

14      THE WITNESS:  Just an eighth of an inch north of it,

15  of the figure "11."

16      THE COURT:  Figure 11.  All right.

17      Q  BY MR. VEEDER:  Now, would you proceed and state the

18  relationship that you have found between that well and the

19  other wells to which you made reference?

20      A    The pumping of that well for irrigation almost

21  immediately affected the height of water in a well southwest

22  of there at the location just above the "r" in the word Grave.

23  "Grave" refers to the Wolf monument on the hill, and the

24  Temecula school house well was just about the letter "r."

25      MR. SACHSE:  What was the name of that well?  Temecula

1    school house well?

2        THE WITNESS:  Temecula school house.

3        Q   BY MR. VEEDER:  Now, what would occur when you

4    commenced the pumping?

5        A      The pumping of Cantarini pumping well dropped

6    the -- the pressure dropped the elevation of the water in

7    the Temecula school house well and also decreased the flow

8    at the Temecula Canyon gaging station, Station No. 3.

9        Q      Are you familiar with the Querry well that was

10   located --

11       A      Yes.

12       Q      -- on 15?

13       A      Yes, I am.

14       Q      In your opinion, do you think that there is an

15   interrelation between those wells, the Querry well and the

16   wells to which you have made reference?

17       MR. LITTLEWORTH:  I object to that on the ground that

18   no proper foundation has been laid.  I have no evidence of

19   any investigation of the Querry well.

20       THE COURT: Sustained.  What facts, first, do you know

21   about the Querry well?

22       THE WITNESS:  I know its location, but I don't know its

23   log or its yield.  But I know its location, which is

24   directly between the two wells I have just spoken about.

25       THE COURT:  Did you make any observations or did you

have any information as to what happened to the Querry well
when the Cantarini pumping well was pumped?

THE WITNESS:  No; I made no such observations.

MR. VEEDER:  I was going to proceed with some questions
as to the general location of those wells, your Honor, with
particular reference to the Querry well, its location in
connection with the Temecula school well, and to the Cantarini
well.

Q     Now, generally, Mr. Hall, would you locate that
from the standpoint of  geographical location of those
three wells?

A     They are nearly on a line with the Querry well,
nearer to the Temecula school house well and --

Q     Why don't you sit down, Mr. Hall, I think.

A     -- and a distance of only about a thousand feet
between the two.

THE COURT:  3 seems to be a line which would run from
the southwest toward the northeast.

THE WITNESS:  Yes.

1    Q   Now, have you located the line in which-- I wish you

2   would put that into the record what you are saying, Mr. Hall.

3        MR. LITTLEWORTH:   I just asked him where the Querry well

4   was on here.

5        THE WITNESS:   I just located the Querry well very closely

6   on Exhibit 29-O as being near the corner of the two highways

7   that cross at bench mark 1030.

8        THE COURT:   That is just immediately south of that inter-

9   section, isn't it?

10        THE WITNESS:   Yes.

11        MR. VEEDER:   I am going to ask you to write "Querry" at

12   the point where you made the circle, so that there will be

13   no doubt-- "Querry well", if you would, please.

14        (The witness marking the document.)

15   BY MR. VEEDER:

16        Q   Now, Mr. Hall, from the standpoint of the wells concerning

17   which you have personal knowledge, would you state-- and now

18   I am referring to the Temecula School well and the other wells

19   that you have drilled in there-- would you state your opinion

20   as to whether those wells are in the same geologic strata?

21        Q   What is the strata in which those wells are located?

22        MR. LITTLEWORTH:   I will object to that in so far as the

23   Querry well is concerned, your Honor, because he has already

24   said that he has not seen the well log.

25        MR. VEEDER:   I did not refer to the Querry well.

1      MR. LITTLEWORTH:  If that is to be included in the wells

2  in that area.

3      MR. VEEDER:  No, Mr. Hall has testified in regard to the

4  Temecula well, and I asked    the name of the well that was

5  drilled in the same general area.  I am inquiring whether he

6  has observed any relationship between those wells and his

7  opinion as to the geologic formation in which those wells are

8  situated.

9      THE COURT:  There is still uncertainty as to which wells

10  you are asking him to compare.  The Cantarini pumping well,

11  the school house well?

12  BY MR. VEEDER:

13      Q What other wells are located in that general area, Mr.

14  Hall, that you worked with in the drilling?

15      A Well, there are so many wells there.  But they indicate

16  to us, after comparing all of them together, that the stream

17  channel of the Temecula Creek in geologic past time flowed on

18  the northerly side of the Pauba Valley and swung in a curve

19  which included the school house well, the Temecula School

20  House well, where the log disclosed washed boulders as big

21  as two fists lying in there like eggs in a basket, and then

22  the stream at that point turned northerly and we find there

23  exactly the same type of log in the log of the Gonzales well,

24  which is in the Murrieta Valley just south of the Vail northerly

25  boundary and in an island that is out of that tract and belongs

Hall   Direct

G

736

to Gonzales.

Q   Now, would you relate those two wells to the point where the Querry well is located?

A   Well, under that description I just gave, the Querry well would be in that same channel.

Q   What is your opinion, then, as to whether the Querry well and the two wells to which you have made reference are interrelated hydrologically?

MR. LITTLEWORTH:   I will object still on the grounds that there is no proper foundation, your Honor.   All he has shown is that at some past geologic time apparently the stream ran in a different direction and that they may have had some relationship at that time.   I think that doesn't show anything today.

THE COURT:   It goes to the weight.   The objection is overruled.

THE WITNESS:   In my judgment, the pumping of the Querry well would have the same general effect as the pumping of the Cantarini well in lowering the water table in that basin and in the Pauba basin.

MR. LITTLEWORTH:   I will move to strike that answer, your Honor, on the grounds that it is not responsive to the question, and again there is no proper foundation laid for that answer. It is pure speculation.

THE COURT:   Well, to the extent that his answer went

1    beyond the question, it may go out.

2        The question was related entirely to the relationship

3    between the Temecula School House well, the Querry well and

4    the Cantarini pumping well, and what the effect would be of

5    pumping the Querry well on the two other wells.

6    BY MR. VEEDER:

7        Q   What, in your opinion, would be the effect upon the

8    pumping of the Pauba well upon the--

9        THE COURT:   Do you want the answer to the question that

10   you asked?

11       MR. VEEDER:   I thought your Honor struck only part of it.

12       THE COURT:   I thought it was all tied in together.   I

13   thought we would have him give another answer.

14       MR. VEEDER:   Then I will repeat my question, your Honor,

15   because there were certainly parts of it that were truly

16   responsive.

17       THE COURT:   All right, let's have it repeated.

18   BY MR. VEEDER:

19       Q   Would you state whether, in your opinion, the Querry

20   well and the Temecula School well and the Cantarini well are

21   hydrologically interrelated?

22       A   I think they are.

23       Q   Upon what ground do you base your opinion, Mr. Hall?

24       A   The investigation of all the wells in that area and

25   the pumping of the Cantarini well and its effect upon the

Hall    Direct

G

38

1    school house well, which is a little further away than the

2    Querry well.

3        Q   Would you state whether, in your opinion, the Querry

4    well and the Temecula School well and the Cantarini well are

5    hydrologically interconnected with the Pauba well and the

6    other wells in the Pauba Valley?

7        A   Only as a matter of degree would I be able to answer

8    that, because they are on opposite sides of the stream and

9    the Pauba well is a deep well into the older alluvium and both

10   these wells are mostly at least in the younger alluvium.

11       Q   Well, then, would you state whether, in your opinion,

12   they are interrelated?

13       A   I think all of those wells in that whole area are

14   interrelated, but in a matter of degree there is a difference

15   in both time and quantity of the interrelation.

16       Q   You have been in the courtroom during the period

17   during which Mr. Kunkel testified and you have made observa-

18   tions of your own in regard to the area which has been marked

19   by Mr. Kunkel as an area of rising water at the toe of the

20   continental deposits immediately above the Murrieta Creek

21   alluvial wash.  And I am referring to Exhibit 29-J.  What, in

22   your opinion, would be the effect, Mr. Hall, of the runoff

23   of Murrieta Creek by reason of the pumping of the Roripaugh

24   well, which is situated easterly from the Wildomar fault line,

25   and in the area to which I have just made reference?

G

739

1          MR. LITTLEWORTH:  Again I object on the grounds that there

2     is no foundation for this conclusion, your Honor, since there

3     has been no testimony as to this witness's knowledge of the

4     Roripaugh well, or how much it produces, or how deep it is,

5     or how much water it has pumped in the past-- anything about

6     it.

7          MR. VEEDER:  I will ask a few questions in regard to the

8     Roripaugh well.

9          THE COURT:  The objection is sustained.

10    BY MR. VEEDER:

11         Q  Are you able to locate the Roripaugh well on Plain-

12    tiff's Exhibit 29-J?

13         A  Is it marked on here?

14         MR. STAHLMAN:  Which Roripaugh well?

15         MR. VEEDER:  The one concerning which Mr. Kunkel testified

16    yesterday.

17         THE COURT:  The exhibit number was 16-A-72, and it is

18    26J1.

19         THE WITNESS:  26J1.

20         MR. VEEDER:  And is marked on this 29J to which I have just

21    made reference.

22         THE WITNESS:  The question again please.

23    BY MR. VEEDER:

24         Q  Are you familiar with that area in which that well is

25    located, Mr. Hall?

Hall     Direct

1     THE COURT:  Just northwesterly of the Vail estate line

2  about a half mile, a third of a mile; is that right?

3     MR. VEEDER:  Are you able to locate that?

4     THE WITNESS:  The Vail estate line?

5     THE COURT:  It is not shown on your map.

6     THE WITNESS:  It is not shown on the map, but that is

7  approximately correct, as the bench stated.

8     THE COURT:  Where is the Roripaugh well shown here?

9     All right, go ahead.

10     THE WITNESS:  Yes, that is the one.

11  BY MR. VEEDER:

12     Q  Have you been able to locate the Roripaugh well?

13     A  Yes.

14     Q  What observations have you made along the area marked

15  with a blue mark on Plaintiff's Exhibit 29-J from the stand-

16  point of rising water?  Would you describe what you observed

17  there?

18     A  Yes, I have observed those points of rising water

19  both northerly and southerly from those indicated on this

20  Exhibit 29-J.

21     Q  Have you an opinion as to what causes the water to

22  appear at the surface of the land in that area?

23     A  I think it is the interception of the water plane with

24  the surface plane and therefore the draining out of the water

25  from under the older alluvium.

G

Z41

Q  What, in your opinion, would be the effect of pumping water from the area east of the Wildomar fault upon the surface runoff of Murrieta Creek?

A  I think it would decrease it, because the runoff of Murrieta Creek is dependent upon the waters from both sides of it coming through either underground or by surface to increase the stream flow.

Q  Have you made any observations, Mr. Hall, in regard to the relationship, if any, of the wells on the Vail Company property, for example, the Cantarini well, with the surface flow of the Santa Margarita River?

MR. SACHSE:  Which Cantarini well?

MR. VEEDER:  We have been referring to the Cantarini well and the Cantarini Windmill well.  I am now referring to the Cantarini pumping well, if that will make it clearer.

THE WITNESS:  The pumping of the Cantarini well for irrigation always showed immediate effect upon the stream flow and dipping of the recorder gauge at Station No. 3 or Temecula Gorge.

THE COURT:  How deep was the Cantarini pumping well?

THE WITNESS:  I was looking at Mr. Vail because he probably knows it better than I do, but I think it was around 400 feet.  I have that data, but I haven't it with me.

BY MR. VEEDER:

Q  Now, have you made any other observations of any other

G

Z42

wells of the Vail Company with the surface flow of the
Temecula Creek upon the lands of the Vail estate?  What occurs
when you use your pumps for irrigation purposes?

A  I don't know of any of our irrigation wells but what
show an effect upon the surface flow of the Temecula Creek.
The point of rising water would go downstream after extensive
pumping of the wells in that area.  But it is a matter of how
quickly and in what quantity-- it is a matter of degree.

Q  Would you state what transpires in connection with
surface flow of the stream when you pump the deeper wells on
the Vail Company land?

A  By deep wells, if you are referring to those with
artesian pressures, we have not pumped those.

Q  When you are utilizing water from those wells?

A  The flow of those wells from the deeper deposits, I
would say, has an effect on the stream, but much delayed and
of difference in degree, depending upon conditions.

Q  Mr. Hall, have you made any observations in regard to
the quantity of water from the standpoint of the deeper wells
as compared with the shallower wells?

A  Yes.  The deeper wells, meaning those wells which flow
and have some static head above the ground level, the quality
of that water is inferior from an irrigation standpoint but
superior from a domestic standpoint, because the waters are
richer in sodium.

Hall   Direct

3341

G

Z43

Q  How would you explain that phenomenon that the water coming from the deeper stratas of the basin have a different quality?

A  I would give what seems a reasonable and usual explanation; that waters coming from deep underground have had a period of fairly inactive existence among the felspars and the kaolins and clays that yield their sodium molecules in the ordinary chemical replacement that you use in softening water as the calcium is replaced by sodium.

Q  Do the shallower wells disclose a sodium content comparable to those deeper wells?

A  Comparable in the sense that they are usually a little less than half of the parts per million that we find in the deeper wells.  The figure is somewhere around 45 as against 90.

THE COURT:  Do you consider the Studley well one of the deeper wells?

THE WITNESS:  Yes.

THE COURT:  And the Pauba well?

THE WITNESS:  Yes.

THE COURT:  And the Cantarini pumping well?

THE WITNESS:  No, that is not.  Other deeper wells are the Dairy artesian, the China Garden artesian, and the Main Camp well which supplies the water for the domestic use in the Main Camp.

G

Z44

BY MR. VEEDER:

Q  Mr. Hall, are you acquainted with any of the wells to the east of the Vail Dam as located on Plaintiff's Exhibit--

THE COURT:  15-1.

MR. VEEDER:  Yes, we can use 15-1 and 15-2-- just 15 and 15-1.

THE COURT:  All right.

THE WITNESS:  In general, yes, I have spent a good deal of time in that upper territory, especially in the years 1926 and 1927; but the recent developments I am not familiar with in detail.

BY MR. VEEDER:

Q  Would you name some of those wells with which you have an acquaintance in the upper area, Mr. Hall.

THE COURT:  These are east of Vail Dam?

MR. VEEDER:  Yes, your Honor, it is in the upper reaches of the Temecula.

MR. SACHSE:  I think the question stated wells located on some map.  I don't know of any located up there on the exhibit.

THE COURT:  No, he was not talking about wells on the exhibit.  He was talking about the area on Exhibits 15 and 15-1 east of Vail Dam.

THE WITNESS:  There are two branches to the stream:  The Lancaster Valley branch, in which Mr. Oviatt has holdings,

G

Z45

1   and his wells are pumping from the underground in that area.

2   But that is above the crossing of a fault line in that general

3   location.  And then we have the wells in the main branch of the

4   Temecula running through the Sunnybrook Ranch at first, which

5   in the old days was supplied entirely from stream surface

6   diversion, on up into the Aguanga Valley and the Gibbon and

7   McCottle possessions, and then up into the Bar     Ranch, now

8   owned by Mr. Ward, I believe, in a valley just below the Oak

9   Grove area, and the old Oak Grove area that was surface

10   diversion at the time I investigated it.

11      Q  You have observed the contour lines on Plaintiff's

12   Exhibit 15-1.  What is your opinion as to the correctness of

13   those locations from the standpoint of correctly depicting the

14   ground water gradient down toward the Murrieta Creek?

15      MR. LITTLEWORTH:  I object to that on the ground that no

16   foundation has been laid for that opinion, your Honor.

17      MR. VEEDER:  Your Honor, here is a witness who has gone

18   out and dug these wells himself and has made these observa-

19   tions.

20      THE COURT:  What area are you talking about?

21      MR. LITTLEWORTH:  The ground water contours are a great

22   area.

23      MR. VEEDER:  All right, I will limit it to the area north

24   of the Pauba well.

25      MR. STAHLMAN:  I didn't get the question as to what aspect

Hall – Direct

of the contours.

MR. VEEDER: Whether in his view the ground water contours are properly located.

THE COURT: In ground water basin unit 4 north of Pauba well, as shown on Exhibit 17.

MR. LITTLEWORTH: Which basin was that, your Honor?

THE WITNESS: 4.

THE COURT: It would be 4, north of basin 3.

MR. MOSKOVITZ: Your Honor, I submit that there is still no foundation. Those contours are based on 1953 water levels. There is no foundation that Mr. Hall has examined 1953 water levels.

MR. LITTLEWORTH: Contour levels also go considerably beyond, if we are talking about Basin 4, any of the test wells he has.

MR. VEEDER: I will limit my question, then, your Honor, because I am trying to shorten the examination as much as I can.

Q If you will step down here, Mr. Hall, I will ask you to view the contour lines showing a gradient generally to the westward in ground water unit No. 4 and ask you whether you think they correctly depict the course which the ground water takes as it progresses through the older alluvium.

MR. MOSKOVITZ: Your Honor, I object again; there is no foundation laid as to what time he is talking about.

G

Z47

1    THE COURT:  I will sustain the objection on the ground that

2    there is no foundation, except for the testimony as to where

3    the contour lines would intersect the line between the test

4    wells drilled by Vail.

5    MR. VEEDER:  I will ask more questions, your Honor.

6    Q  Mr. Hall, have you observed the water levels in the

7    test wells which were drilled under your direction?

8    A  Yes, but not recently.  The location of the contour lines

9    with an exact elevation from sea level is dependent upon the

10   season, but the direction of flow is usually, and in this case

11   I think is, a fairly constant affair, although the exact

12   location of wells of specific elevation would be differently

13   placed.

14   Q  Then based upon the observations which you have made,

15   would you state for the record your opinion as to the course

16   of the ground water as it progresses through the older alluvium?

17   A  I think it is correctly shown on Exhibit 15-1, its

18   direction of flow.

19   MR. VEEDER:  I have no further questions.

20   MR. LITTLEWORTH:  Your Honor, I wonder if this might not

21   be a good time to take a recess.

22   THE COURT:  All right, take a recess.  The first thing to

23   do is to sit down among the defendants and decide who is

24   going to cross-examine and on what and see if we can make a

25   little better progress.  Take a shor recess.

     (Recess.)

3346

1      (Discussion off the record.)

2      THE COURT:  Be seated, Mr. Hall.

3      THE WITNESS:  Thank you.

4      (Discussion off the record.)

5                          CROSS EXAMINATION

6  BY MR. MOSKOVITZ:-

7      Q      Mr. Hall, I would like to establish some of the

8  facts about the wells --

9      A      Yes.

10     Q      -- that you testified to and which, as I under-

11 stand it, are located, in fairly rough fashion, on Exhibit 15-1?

12     A      They are located as exactly as that very small

13 scale will allow.

14     Q      Did you locate them, Mr. Hall?

15     A      Yes.

16     Q      And could you tell us one by one when these

17 wells that are so located on Exhibit 15-1 were drilled?

18     A      They were all drilled in one year, which, that

19 is within the scope of 12 months, and it was the latter part

20 of '26 and the early part of '27.

21     Q      And that is true of all the wells that are

22 located on 15-1?

23     A      Yes.

24     Q      And do you have any records as to how deep each

25 of these wells were drilled?

       A      Yes.  They are in our records, and those records

MALCOLM E. LOVE, OFFICIAL REPORTER

hall - Direct

1    have been handed to both the State and to the United States
2    Government.  And I believe the State published them.

3        Q       Where is this published by the State?
4        A       In the Referee's report on the Santa Margarita
5    River and in the other bulletin numbered 57.
6        MR. STAHLMAN:  If your Honor is not familiar with the
7    situation, I might explain that in the Oviatt-Barbee
8    dispute, the Superior Court made a reference in the State
9    Water Resources Department to make an investigation.  They
10   did so, and that was published.

11       THE COURT:  Is that suit still pending?

12       MR. STAHLMAN:  Yes, your Honor.  That is a suit, how-
13   ever, that I have raised an issue of with relation to Vail
14   Company, feeling that all the issues in that case are
15   issues that are raised in this case, and that eventually I
16   think it should be logically the agreement of all parties
17   concerned that those matters be determined before this court.
18   We haven't reached that point.

19       THE COURT:  It didn't seem that much doubt to me in
20   relation to the vested rights, they were comparable to the
21   issues in this case.

22       MR. STAHLMAN:  I think so.

23       THE COURT:  Who is representing Barbee or his successor?

24       MR. 'VEEDER:  Phil D. Swing started the case.

25       MR. STAHLMAN:  Mr. Swing started it and then -- Mr.

MALCOLM E. LOVE, OFFICIAL REPORTER

1    Hall may know.  I don't know.  There has been no activity

2    on the case.

3         THE COURT:  You were coming in, according to Mr.

4    Scharnikow, Mr. Sachse, on some of these matters.

5         MR. SACHSE:  I have had no connection, and there is

6    most definitely no connection with Barbee-Oviatt.

7         THE COURT:  Who represents Mr. Oviatt?

8         MR. LITTLEWORTH:  We represent Mr. Oviatt.  But I

9    am not sure, in that case, I think he is just hoping that

10   it is dead and gone.

11        MR. STAHLMAN:  Maybe it can be disposed of a lot

12   easier.

13        THE COURT:  Let's pass on and look into it.

14        MR. STAHLMAN:  All right.

15        Q  BY MR. MOSKOVITZ:  Now, as I understood it, only

16   two of the wells so located are still being used, is that

17   correct?

18        A    The McSweeney well is still being used.  And I

19   don't recall the other.  Perhaps you are right.

20        Q    I think you said that the Shrode well was an

21   active windmill?

22        A    Yes, that is correct.

23        Q    And the McSweeney well was a domestic supply

24   well?

25        A    Correct.

Q      And others have never been used and are, in effect, abandoned; is that correct?

A      Correct.

Q      When were water level measurements last taken in these wells?

A      On all except the two that are in use, the water level measurements have not been made since the early exploration, probably 1927.  But the McSweeney well has been measured by the State.  And I believe the Shrode well, also. I would have to look in their bulletin to make sure.

Q      And the last measurements of those two wells were made by the State, and those measurements are recorded in Bulletin 57?

A      To my best knowledge, that is correct.

Q      I believe you testified that the Shrode well was 8 South, 2 West, 7-A 1; is that correct?

THE COURT:  That is right.

THE WITNESS:  I depend on the bench.  I am sure that is right.  Thank you.

Q  BY MR. MOSKOVITZ:  And the McSweeney well was 8 South, 2 West, 18-R-1?

A      Yes, but that should be 13-R-1.  That was a mistake in the transcribing; the "3" into an "8."  It is in the next town west.  Therefore, it should be "3 West."

MR. VEEDER:  We would like to have that changed, your

1    Honor, if that is permissible.

2         THE COURT:  What is that?  It should be what?

3         THE WITNESS:  8 South and 3 West, 13-R-1.

4         Q  BY MR. MOSKOVITZ:  8 South, 3 West, 13-R-1, instead

5    of 8 South, 2 West, 18-R-1?

6         A     Right.  It is just across the township line.

7         THE COURT:  13-R-1.

8         MR. MOSKOVITZ:  Could we have Mr. Hall make that

9    correction on the map 15-1 subsequently?

10        THE COURT:  He has put it right there.  It was

11   erroneously put on my map in Section 18 and 2 West.  And he

12   has placed it, if you will look there, it is in Section 13,

13   3 West.

14        MR. MOSKOVITZ:  Yes, it is placed correctly, but the

15   "8" in "18" should be made "3."  We can have Mr. Hall do

16   that later if it is convenient.

17        THE COURT:  It is listed "18" there?

18        THE WITNESS:  Yes.

19        MR. VEEDER:  It is "18" on 15-1.

20        THE COURT:  It can be corrected to read "13-R-1."

21             This Shpode well is drawn in, and looks like

22   Section 6; and yet, it is given the symbol 7-A-1.

23        THE WITNESS:  That is a difference in the projection

24   of those survey lines across an unsurveyed tract.

25        THE COURT:  All right.  Go ahead.

Q  BY MR. MOSKOVITZ:  Mr. Hall, are you familiar with the tables on water well data in Volume II of Bulletin 57?

A    Partly, at least.

Q    I have a reference here to a well marked 8 South, 3 West, 18-R-1, and it is indicated that that has --

THE COURT:  What page are you on?

MR. MOSKOVITZ:  This is page F-34, your Honor, in Volume II.  It is Appendix F, page F-34.

MR. VEEDER:  Now, I am going to renew my objection to the use of Bulletin 57, as it is not in evidence, and Mr. Hall has not relied upon it or considered it in any way in his testimony.

THE COURT:  Overruled.  The witness certainly can be asked if this well he has  been talking about is the same well that he knows that is listed in this bulletin.  Where, is it listed as 13-R-1?

MR. MOSKOVITZ:  Yes, your Honor, this is the number that Mr. Hall has just testified he believes should be the number of the McSweeney well.  And I believe there may be some confusion.

THE WITNESS:  I think that there is confusion.

MR. VEEDER:  I think you are adding to it.

THE WITNESS:  Without a thorough search, I can't explain it.  But I can easily search it out.

MR. MOSKOVITZ:  All right.  Perhaps we can drop it and

1    have Mr. Hall make the correction the next time we meet.

2        THE COURT:  All right.  Find out what more you can

3    about it.

4        THE WITNESS:  I shall.

5        Q  BY MR. MOSKOVITZ:  Mr. Hall, I believe I understood

6    you to say that in drilling wells the Vail Company intended

7    to stay in younger alluvium --

8        A    Yes.

9        Q    -- in order to get a higher specific yield?  I

10   just have some questions about the term "specific" yield,

11   as to what you meant by that?

12       A    I don't believe I used that term, but if I did,

13   I probably meant what we might call specific capacity; in

14   other words --

15       MR. VEEDER:  I think that is what he said.

16       THE WITNESS:  -- acre-feet per foot of drawdown.

17       Q  BY MR. MOSKOVITZ:  Yes.  I believe you said acre-foot

18   per foot of drawdown.  But I had "specific yield" also in

19   my notes.

20       A    Those terms have been used interchangeably by

21   many drillers, and the exact scientific designation is

22   slightly different from -- they can't be used inter-

23   changeably except by explanation.

24       Q    Now, Mr. Hall, I believe you testified that, in

25   your opinion, the water flow in Murrieta Creek was

1  contributed to by ground water rising from the older

2  alluvium deposits in unit 4?

3      A     That is part of the reason for Murrieta Creek.

4      Q     And what other sources are there for the

5  surface water in Murrieta Creek?

6      A     The rising of the ground water in the stream

7  channel itself and forming rising water in the channel of

8  Murrieta Creek.

9      Q     And would you say that the major part of the

10  flow of MurrietaCreek came from the rising water from under

11  Murrieta Valley itself or from the older alluvial deposits

12  in unit 4?

13      MR. VEEDER:  I object on the grounds it is beyond the

14  scope of the direct examination.

15      THE COURT:  Sustained.

16      Q  BY MR. MOSKOVITZ:  Am I correct in understanding,

17  Mr. Hall, that you express an opinion that a considerable

18  portion of the flow of the Temecula Creek comes from ground

19  water underlying Pauba Basin underlying Pauba Valley?

20      A     Yes.

21      Q     And did you express an opinion as to whether

22  this water comes from recent alluvium or from the older

23  continental deposits lying underneath the recent alluvium,

24  or from both?

25      A     I don't think I did express an opinion.

3354

Hall - Cross

1    Q    Do you have an opinion?

2    A    I think so.

3    MR. VEEDER:  I object.  It is beyond the scope of the

4 direct examination.

5    THE COURT:  What is that exhibit number, 29 --

6    MR. VEEDER:  29-J?

7    THE COURT:  29-J.  Let me see it.

8    You were asked about the blue marks on 29-J,

9 where there was rising of ground water.  And from Exhibit

10 15, most of that is adjacent to the older alluvial and was

11 indirectly covered on direct.

12    MR. VEEDER:  The question is now, as I understand, the

13 one that is presented, is whether the waters in Temecula

14 Creek stem from the ground water in the older alluvium or

15 the younger alluvium.  Isn't that the question, Mr.

16 Moskovitz?

17    MR. MOSKOVITZ:  Yes.  And your Honor, he has been

18 testifying about both sources.

19    THE COURT:  That is what I am talking about.

20    THE WITNESS:  That is Murrieta Creek there.

21    MR. STAHLMAN:  That was the Murrieta.

22    THE COURT:  Oh, Temecula.

23    MR. VEEDER:  Yes, Temecula.

24    THE COURT:  Oh, pardon me.  The other map is Temecula.

25 I don't recall that, either.  Mr. Veeder is right.

1    MR. VEEDER:  29-0.

2    THE COURT:  I think Mr. Veeder is right.  Objection

3    sustained.

4    MR. MOSKOVITZ:  Well, your Honor, I believe there was

5    testimony as to ground water being in both deposits and --

6    THE COURT:  I don't recall any testimony from this

7    witness that water was originating from the older alluvial

8    and what would be lower basin 4 and running into the

9    Temecula.

10   MR. MOSKOVITZ:  Your Honor, I am not referring to the

11   older alluvium in basin 4; I am referring to the older

12   alluvium which underlies the recent alluvium in basin 3.

13   THE COURT:  Ask your question again, then.  I will see

14   if I can get oriented here.  I am all mixed up.

15   Q   BY MR. MOSKOVITZ:  Do you have an opinion as to

16   whether the surface flow of the Temecula River is contributed

17   to by ground water found in the continental deposits under-

18   lying the recent alluvium in the Pauba Valley?

19   A      Yes, I do.  I have that opinion.

20   Q      And what is your opinion?

21   A      That a great part of it comes from the older

22   alluvial deposits.

23   Q      Would you say the greater part?

24   A      Now, when you begin to narrow it down to degrees

25   and quantities, it is very difficult to answer; because it

1   would depend on the season and the time of the season.  But

2   the recent pumping of the underchannel across Temecula

3   Creek -- that has been done by the Metropolitan Water

4   District and the gas company, to place their lines across

5   there -- has illustrated what we knew before by surface

6   measurements; that the greatest increase in the flow of the

7   Temecula Creek was in that general area, which is in the

8   basin No. 2.  And it has been my experience that those

9   huge slopes, both north and south, which have very little

10  surface runoff, must contribute greatly to that underground

11  growth in the stream.

12      THE COURT:  When you say "very little runoff," "great

13  slopes have little surface runoff," you mean the slopes are

14  not great in area?  Or do you mean the runoff is not great

15  in area?

16      THE WITNESS:  Yes.  The slopes are rather great in

17  area comparatively speaking.  The whole north slope of

18  Palomar Mountain or Smith Mountain toes down toward this

19  area, and the Pechanga Creek is noted for a small amount of

20  surface runoff compared to the drainage area of the stream.

21      Q  BY MR. MOSKOVITZ:  You were talking about ground

22  water unit 2, which is the Wolf Valley area?

23      A    Wolf Valley, yes.

24      Q    Are you limiting your comment, then, to ground

25  water unit 2?

1        A       No; that was only a point where it was most

2   apparent; just at the present time.

3        Q       Now, Mr. Hall, you testified concerning the

4   quality of the water --

5        A       Yes.

6        Q       -- which is found in the older continental

7   deposits underlying Pauba Valley, did you not?

8        A       Yes.

9        Q       And I believe you expressed the view that the

10  water quality there was different from the quality of the

11  water in the younger alluvium; is that correct?

12       A       Yes, that is correct.

13       Q       And as I recall the difference, the water contained

14  a much higher concentration of sodium in the older continental

15  deposits?

16       A       Yes.

17       Q       Have you had occasion to compare the quality of

18  the water in the older continental deposits with the quality

19  of the water found in the surface stream of the Temecula

20  River?

21       A       Yes, I have.

22       Q       And what did you find in that regard?

23       A       The same difference.  That is, the stream flow

24  had its principal constituents in the calcium class

25  where the artesian flows are heavy with sodium.  But the

3358

1  parts per million are greater in the stream flow than in the

2  water obtained from the flowing wells. That is, it is over

3  a ton per acre-foot of water that comes down the Temecula

4  Creek by nature, and it isn't that concentrated in the

5  alluvial yield.

6    Q    Let me see if I understand you. The water which

7  is secured from the older continental deposits is high in

8  sodium; is that correct?

9    A    Right.

10    Q    And the water secured from the younger alluvium

11  in the Pauba Valley is considerably lower in sodium; is that

12  correct?

13    A    Yes; the same as the stream flow in the points

14  where we have had it tested.

15    Q    In other words, the similarity in quality is

16  between the water found in the younger alluvium and the

17  water found in the stream at the point of rising water, is

18  that correct?

19    A    It is not limited to the point of rising water,

20  but our samples were taken mostly just where Vail Lake now

21  exists.

22    THE COURT: Did I understand you to say also that the

23  stream flow, however, had more minerals in it than either

24  the water from the younger alluvial or the older alluvium?

25    THE WITNESS: Not from the younger alluvial. That is

1    practically the same as stream flow but more in the older

2    alluvial yield.

3        Q   BY MR. MOSKOVITZ:   So the water in the stream is

4    substantially identical in quality to the water which is

5    found in the younger alluvium, is that correct?

6        A    Yes.

7        Q    And the water found in the older continental

8    deposits are considerably different in quality; is that

9    not correct?

10       A    It depends on what is meant by "considerably."

11   About the only difference is the replacement of the calcium

12   by sodium.

13       Q    The water in the older deposits has more

14   sodium?

15       A    Yes.

16   THE COURT:   And less calcium?

17   MR. MOSKOVITZ:   And less calcium.

18       Q    Would you conclude from that data that the water

19   in the stream at the point of rising water in Pauba Valley

20   probably comes from the water in the younger alluvium?

21       A    I think most of it does, yes.  Although the

22   long summer flows would be maintained by the upward feed

23   of the older alluvium.

24       Q    Does the quality of the water during the long

25   summer feed which you find in the rising water bear any

1    similarity to the older continental deposits?

2         MR. VEEDER:  May I have that question, please.  I

3    didn't comprehend that.

4         THE COURT:  Read it.

5         (The reporter read the question.)

6         Q  BY MR. MOSKOVITZ:  In chemical quality.

7         MR. VEEDER:  I want to be sure I understand it.  By

8    "feed" you mean the long period of time that the water

9    from the deeper alluvium is feeding into the surface stream,

10   is that right?

11        MR. MOSKOVITZ:  Well, I will ask Mr. Hall.  He used

12   the term first.

13        Q     What do you mean by the term "long summer feed"?

14        A     I will have to translate it.  I don't remember

15   using it.  But, if I did use it, it would mean the feed of

16   the rising water into the stream flow during the summer.  And

17   we haven't made tests that would extend by date enough to

18   differentiate so that I cannot answer your question.

19        Q     Are you familiar with any tests which have been

20   made of the chemical quality of the water at the point where

21   it rises in Pauba Valley during the summertime?

22        A     Yes; I have a tabulation of those tests with the

23   dates and places of the samples.

24

25

I
Z48

1     Q  And were there some samples which were taken at the

2  point of rising water in Pauba Valley during the summertime?

3     A  I don't think any of the samples were taken right at the

4  point of rising water, but they were taken in the stream both

5  above and below that point.

6     Q  And you have some whichwere taken below the point of

7  rising water?

8     A  Yes.

9     Q  And how did the chemical quality of that water compare

10 with the chemical quality of the water secured from the deeper

11 continental deposits?

12    A  It had the same difference we had spoken of before,

13 more calcium and less sodium in the rising water than in the

14 yields from the deeper artesians.

15    Q  So that that water which was tested below the point

16 of rising water also bore a close similarity to the water in

17 the younger alluvial deposits and differed from the water from

18 the older continental deposits; is that not so?

19    A  Yes, it follows that to get that richer sodium content

20 it has to spend some time down in the deeper areas of the

21 basin so as to come in contact with the clays and felspars

22 that gives time for the chemical exchange.

23    Q  If the water from the deeper continental deposits

24 furnished any substantial contribution to the rising water in

25 the summertime in the lower part of the Pauba Valley, would

I

Z49

1  you not expect to find that the quality of that rising water

2  would resemble the quality of the water found in the deeper

3  continental deposits?

4      A  I think the yield of the continental deposits would come

5  from the top of the water in the basin.  It would not necessarily

6  be the water that had been fairly stagnant in the bottom of

7  that basin.  As every chemist is familiar with decanting a

8  liquid, you draw off the top and it may be considerably differ-

9  ent from the bottom in the same container.

10     Q  Do I understand that it is your view that as the water

11  from the deeper portion of the continental deposits rises it

12  changes quality as it travels toward the surface?

13     A  No.  It is different in quality for having lain fairly

14  inactive with the active flows across the upper parts of the

15  basin, just as a thicker liquid-- "thicker" isn't a good term,

16  but as any chemical mixture of water and chemical will decant

17  and be different in top and bottom of the container.  The waters

18  in the upper part of the older alluvium are the waters that

19  have just gone in and they are the ones that are forced out

20  quickest, and it is easily conceived at least by me that there

21  would be less active water lying below that but supporting the

22  water plane and ready to come up as soon as the proper pressure

23  conditions are arrived at.

24     Q  But in fact the water from the deeper deposits do not

25  come up according to the quality you find on the surface?

Hall   Cross
122

A   In a matter of degree.  They do come up undoubtedly because there is pressure all through the bottom of the younger alluvial deposits, a pressure area maintained by the upward pressure of the water in the older alluvial deposits.

Q   And can you detect that those waters from deep down do come up by examining the quality of the water found on the surface?

A   I have never tried to, and I think it would require some very accurate measurements and repeated measurements under different conditions to establish any such condition, and at best you would only get a difference in degree, depending upon the season and the local pressures at the time.

Q   But as I take it, Mr. Hall, the tests of which you are aware do not show any such contribution on the basis of quality of the surface water?

A   Contribution showing working from either the deeper or not so deep continental deposits?

Q   That is correct.

A   That is correct, yes.

Q   In fact, to the extent that they show a comparison of quality, they show a similarity as between the surface waters and the waters which are in the younger alluvial deposits; is that not so?

A   Yes, the surface waters are the waters that are in the younger alluvial deposits.

I

Z51

Q   Mr. Hall, I believe you have located the Cantarini pumping well and the Temecula School House well on one of the U.S.G.S. quad sheets which are in evidence?

A   That is correct.

Q   I think it was 29-O.  Does that quad sheet show the location of the Wildomar fault?

A   It doesn't label the Wildomar fault, but it shows the location of it, yes.

Q   Would it be possible to locate those two wells on Exhibit 15-1 where we can readily see the relationships of those two wells?

A   Yes, it would, within the range of the smaller scale of the map.

Q   Could you do so now?

A   Now?

Q   You could do so very quickly, couldn't you?

MR. VEEDER:  Would you like to work at the table there? We can give you the map.

THE WITNESS:  No, that's all right.

The longer I take the more accurate it will be on there.

I am locating the Cantarini well with a penciled circle. I don't know the number of it, but I will mark it "Cant." for Cantarini.

THE COURT:  Cantarini Pumping Well?

THE WITNESS:  Cantarini Pumping Well, yes.  It is on

I

252

the same contour line that is labeled on the map 1025, and it is in the narrow space between the stream and the orange-colored area of the older alluvium.

The school house well I have put on the map as being at the edge of the older alluvium southwest of the "O" in Wolf Valley, and between it and the "Q" in "Q-t-o-a-l" which lies in the older alluvium. I have drawn a circle there and marked it "S-c-h-o-o-l."

BY MR. MOSKOVITZ:

Q  Mr. Hall, do you know the numbers of those two wells?

A  I think they were given this morning. The Cantarini are 20B1, 2 and 3.

Q  They are three wells?

A  They were three wells in a pit at that time. It is different now. The school house is shown as the school house well-- here it is-- on 8 South, 3 West, 12M1.

THE COURT:  Are you sure that it is not 19M1?

THE WITNESS:  It shows it as 12M1 here, and labeled "Temecula School." There are two Temecula schools, so I may be wrong, because this says "Temecula School House," which is not correct for this well.

MR. STAHLMAN:  19J1.

MR. MOSKOVITZ:  Is it 19J1, Mr. Hall?

MR. VEEDER:  Would it be helpful, your Honor--  29-0, I think, was the one-- that is the quad with the location

I

3

1      (handing document to the witness).

2          THE WITNESS:  The lines aren't extended on this map, and

3      it again becomes a guessing contest.

4          THE COURT:  It would be pretty certain to be in 19,

5      wouldn't it?  Look where 30 is below.

6          THE WITNESS:  Yes, I think it would be in 19, and perhaps

7      we could even get--

8          THE COURT:  Who had the information on 19-J-1?

9          MR. SACHSE:  We checked the "comic book" for it, your

10     Honor.

11         MR. VEEDER:  Thank you.

12         MR. MOSKOVITZ:  This is Appendix F to Volume II, page

13     F56.

14         MR. VEEDER:  That is the B-R-C-B reference now.

15         THE WITNESS:  Yes, 19J1, of 8 South, 2 West, is labeled

16     here "Little Temecula School District School House Well" and

17     that is the one.

18         MR. MOSKOVITZ:  It is the tenth well listed on page F56

19     in Appendix F, your Honor.

20     Q  And that is the well you had in mind?

21     A  Yes, that is the well I had in mind.

22     Q  The Temecula School House well?

23     A  Yes, drilled by Mr. Hunsaker.

24     Q  This reference in Bulletin 57 indicates that the well

25     is 53 feet in depth.

I

Z54

A   That, I believe, is correct, since they got it from my files.

Q   Then it must be correct.  Mr. Hall, do you know the depth of the Cantarini wells in feet?

A   Around 400 feet.

Q   Could you check that also in Bulletin 57, please?

A   Yes.

THE COURT:  F56, a little over halfway down on the page.

THE WITNESS:  The new 28 on that page 20C1--

THE COURT:  20B2, you mean?

THE WITNESS:  You are correct, your Honor.  That is right. PR27 and PR28 are the old numbers on the Cantarini wells, and 20B1 is the only one still in use, although B1, 2 and 3 are all in the same pit.  B1 is being used for domestic service, but B2 and B3 have been abandoned and replaced by the new 28, which is 20C1.

THE COURT:  And the question was the depth.  298 feet-- does that seem correct for the new 20C1 well?

THE WITNESS:  I notice here an error in labeling.  20B4 and 20C1 have had the names interchanged, and 20C1 is really the Caterpillar well, and 20B4 is really the new 28.  So my immediately preceding testimony will have to be varied with that in mind.

MR. VEEDER:  That is a mistake in the "BRCB", is that right?

I

255

1        THE WITNESS:  It is marked with a correction here "Per

2   Hall."

3        Now what was the question?

4   BY MR. MOSKOVITZ:

5        Q  The question is, what was the depth of the Cantarini

6   well?

7        A  Here it is shown only 200 and some feet, which varies

8   considerably with my memory.

9        Q  Would you say that the depth indicated in Bulletin 57

10  is probably correct?

11       A  Probably correct, because they were taken from my

12  records.

13       MR. VEEDER:  You think they copied them correctly?

14       THE WITNESS:  Yes.

15       MR. VEEDER:  Well, that's unusual.

16       MR. LITTLEWORTH:  What was the depth?

17  BY MR. MOSKOVITZ:

18       Q  220 feet; is that not it?

19       A  About 220 feet.

20       Q  Mr. Hall, you have referred to tests of pumping and

21  effect of pumping which were conducted on the Cantarini wells;

22  is that not so?

23       A  Yes, that is so.

24       Q  And when were those tests conducted?

25       A  In '26 and '27.

I

Z56

Q   I take it that there was more than one test, then?

A   I don't remember the tests-- I don't connect the tests that you are referring to to any definite tests, but we have made many tests upon those wells.

Q   I understood that on direct examination you testified that there were tests in which you were able to observe the effect of pumping of the Cantarini well upon the level in the Temecula School House well.

A   That was a continuous string of observations during the years '26 and '27, even perhaps into '25.  The starting and stopping of the Cantarini pumping well was reflected in the distance to water in the school house well.

Q   So this was a series of tests and observations which went on for some two or three years?

A   It was a series of observations rather than tests.

Q   And were these observations recorded in any written form?

A   I might find them in my old notebooks.  I think I did. But it would be a real job of 35 years ago.

Q   Are you now testifying from your recollections of what occurred?

A   Yes.

Q   About 35 years ago?

A   I have a very clear recollection.

Q   Do you have any clear recollection of the amount of effect you noted in terms of feet of depth?

I

257

1     A  No, because the effect is very quick across a con-

2  siderable distance when wells are hydrologically connected.

3  We have occasion to have tested wells that were half a mile

4  apart where the simultaneous change in the water level as

5  established by recorders was within a matter of minutes only,

6  the starting of the pumping when the water in the other well

7  dropped.

8     Q  Are you talking about the tests conducted on these

9  two wells?

10    A  Not on these two wells, no; on other tests.  But it

11  shows that tests are very quickly transmitted through a

12  considerable distance, and we had no recorder upon the Temecula

13  School House well but we noted the changes in the elevation

14  of the school house well during the times of pumping the

15  Cantarini well that made the distance to water greater at

16  those times.

17    Q  Then your recollections concern the fact that there was

18  a difference and not as to any amount in depth?

19    A  That is correct.

20    Q  What is the horizontal distance between those two wells?

21    MR. VEEDER: Do you want to use the quads for that, Mr.

22  Hall?

23    THE WITNESS:  According to the scale on the map here, it

24  is about seven-eighths of a mile.

25

BY MR. MOSKOVITZ:

Q   Do you have any recollection as to how quickly, in terms of minutes, the effect from the pumping of the Cantarini well was noted on the level in the Temecula School House well?

A   No, I don't, because we did not make a particular test with a man at each pump, but noticed the condition throughout the lengthy period that we were operating those pumping wells and measuring the other wells.

Q   Was the effect immediate in the sense that it came within the space of a few minutes or within the space of a few hours?

A   I can't answer how quickly it came, but we just knew it was there.

Q   It could have been as much as a few days after?

A   Oh, no.

Q   I am just trying to get an idea as to the time spent.

A   No, it was a matter probably of a few hours.  A more accurate test would be the drop in the flow at Temecula Canyon, which occurred simultaneously and concomitantly, if I may say so-- that is, it was due to the same cause, the starting or stopping of the Cantarini pumping well and its effect upon the stream flow and the little Temecula School House.

Q   And at what gaging station was this drop in flow noted?

A   The Temecula Gorge, No. 3 in the old numbering.

Q   Is that the one that is also referred to as Santa

I

Z59

Margarita River in Temecula?

A   Right.

Q   That is downstream from the confluence of the Murrieta and the Temecula?

A   It is, yes.

Q   You said, I believe, that the effect was noted concomitantly.  By that you mean within the space of a few minutes or--

A   From the same cause.

Q   Pardon me.  And how about the time?

A   The time I said would be shown there, but it was within perhaps minutes but at least within a few hours.  I can't remember that detail.

Q   Am I correct in understanding that it is your opinion that the Cantarini well is drilled into Recent alluvium?

A   Yes, at least partly.  As I have said before, I can't tell by looking at a log when it goes from new to old alluvium, and the location of the Cantarini wells close, in fact up on part of the rising land that rises up to the south mesa, would indicate to me that with any normal slope of that rise that the well must be at least partly in the older alluvium.  But the log does not show that so that you could say this is true.

Hall - Cross

J-1 ML j

1       Q  BY MR. MOSKOVITZ:  But there is no doubt that it

2  does penetrate and draw water from the recent alluvium, is

3  that correct?

4       A     The surface, yes.  Although the pit is 27 feet

5  deep, and, by pure guesswork, that must be pretty close

6  to the bottom of the recent alluvium.  You could put the

7  well in its major part in older alluvium.

8       Q     I believe that the Cantarini well is on the

9  northeast side of the Wildomar Fault and the Temecula school

10  house well the southwest side, is that correct?

11       A     That is right.

12       Q     I believe you were here in the courtroom when

13  there was discussion about the effect of pumping of the

14  Pauba well --

15       A     Yes.

16       Q     -- on other wells in the vicinity?

17       A     Yes, I was here.

18       Q     Do you believe that the Cantarini well is

19  comparable to the Pauba well in the deposits from which it

20  draws water?

21       A     In the upper couple of hundred feet it would be

22  hard to distinguish between the two wells.  The Pauba well

23  is over 2000 feet deeper than the Cantarini.

24       Q     What is the minimum depth from which the Pauba

25  well draws water?

Hall - Gross                                                              3375

1      A      That is the way I read the exhibit, yes.

2      Q      Whereas, the observations which you noted of the
3  effect of the Cantarini well showed that there was affect
4  on shallow wells on the southwest side of the Murrieta
5  Fault zone?

6      A      In that particular case, yes.

7      Q      And do you have many views as to the reason for
8  the difference in the effects noted?

9      A      Well, I mentioned in previous testimony that
10  those two wells seemed to be hydrolically connected, because
11  of the log of the Temecula school house well showing that
12  it was now in a place that had been a river bed.  And if it
13  was in an old river bed, it must be the Temecula River.
14  And the other indications of our wells from tests in there
15  showed that the older river bed swept around in a curve
16  at the Temecula school house well, and from there went out
17  northward along the Murrieta, what is now the Murrieta
18  Valley.  But that is geological time that we are speaking
19  of there and nothing recent.

20      Q      Is it your view, then, that the Pauba well and
21  the shallow wells on the southeast side of the Wildomar
22  Fault line or zone which were tested when it was being
23  pumped, are not connected, whereas the Cantarini well and
24  the Temecula school house well are connected?

25      MR. VEEDER:  You use southeast.  It is southwest.

Q   BY MR. MOSKOVITZ:   Southwest, pardon me.

A   I would/say not connected.   They are connected,
but there is a difference in degree which influences the
time of a phenomenon to occur in relation to some cause.

Q   Can we conclude that the wells which you observed,
the Cantarini well and the Temecula school house well, both
draw their water primarily from the recent alluvium in
Pauba and Wolf Valleys?

A   I would hate to have to say which is recent
and which is older when we are talking of geological times,
when the river made a river bed through that area.   It must
be in times long past and in geological periods rather
than modern history.

Q   Does the Cantarini well show what you have
called "pressure characteristics"?   Is it a pressure well?

A   No, it is not, under the usual interpretation of
that; although, the water did rise in the casing when it
was being drilled.   But that is the usual result.   As you
drill a well and begin to clean it out, perforations begin
to operate, the water usually comes up to what is the
normal water plain of the surrounding alluvia.

Q   I take it, then, that the Cantarini well is one
that reflects the normal water plain in the shallow area,
shallow zone, of the Pauba Valley; is that correct?

A   Yes, except we have to remember that it was very

close to the stream, the present flowing stream; and there might have been some closer effect across that with the surface water as well as the water plain below which were not together at that point.

Q    How close is the Cantarini well to the stream, the Temecula stream?

A    Around 100 feet or more.

Q    Then, I take it, that the effect that was noted in the flow of the stream down at the gaging station at the Temecula Gorge was what you would expect would occur in any area where there was a well located that close to a river; am I correct?

A    That would be generally correct, but in this particular case the effect was also noted more in the stream flow down into Temecula Canyon than in the immediate vicinity of the well.  And that, perhaps, was explained by the fact that we had so much rising water in between those two points.

THE COURT:  The Cantarini pumping well, which, on Exhibit 29-O was apparently marked with a circle above that figure "1100" --

THE WITNESS:  Yes.

THE COURT:  It was never marked.

THE WITNESS:  That looks like the tentative location I put on there this morning.

1    THE COURT:  I don't think you finished marking it.

2    THE WITNESS:  There is no indication on there.

3    THE COURT:  The number is 20 --   What number do we

4    use for that, 20-B --

5    THE WITNESS:  20-B.

6    THE COURT:  -- 1, 2, 3; is that sufficient?

7    THE WITNESS:  Yes; they are all the same place.

8    THE COURT:  That will identify them?

9    THE WITNESS:  Yes.

10   MR. LITTLEWORTH:  20 B-1 was the one he said was still

11   in use.

12   THE COURT:  All right.  20 B-1, we will call it.

13        Now, my question is; Which side of the Wildomar

14   Fault is that well on?  It looks to me like it is just

15   about as close to that fault line as you could place it.

16   THE WITNESS:  It is pretty close to it, but it is

17   definitely on the northeast side of it; because the sand

18   craters that we found in the river were some 150 feet below,

19   the point in the stream opposite the well.  And the turn of

20   bluff there would indicate the location of the fault line.

21   And it is southwest of the location of the well.  But it is

22   close.

23   THE COURT:  Well, I am complimenting myself on my

24   mapping.  I have just northeast of the fault line.

25   THE WITNESS:  Right.

MALCOLM E. LOVE, OFFICIAL REPORTER

THE COURT:  Go ahead.

Q  BY MR. MOSKOVITZ:  Mr. Hall, do you know of any pumping tests of wells with pressure wells in which there was shown a change in water level of shallow wells which were not pressure wells in the Pauba Valley?

A     No; but the reason for that is I don't know of any of the pressure wells having been pumped.  We do have a windmill on the windmill well, but its pumping is very slow and very little.

Q     The Pauba well was pumped in its test, was it not?

A     Yes.

Q     The Vail ranch extends how many miles north-westerly from Pauba Valley?

A     Northwesterly?

Q     Northwesterly.

A     Oh, a matter of five or six miles or more, unless you go into the Santa Rosa Grant, and then it goes a long ways north.

Q     I am talking about the ground water unit called No. 4.  Now, have any other wells been drilled by Vail ranch in that area northwesterly of Pauba Valley other than those which are spotted on Exhibit 15-1?

A     Yes; windmill wells, as we call them, or stock watering wells, have been drilled in several places in that

1     (Discussion off the record.)

2     THE COURT:  All right.  It says here:  "Abandoned,

3  not used, 229 feet deep."

4     THE WITNESS:  There is a new well in that area.  It

5  is 1-P-3.  I think you are looking at 1-P-1.

6     THE COURT:  No, I am looking at 1-P-3.

7     THE WITNESS:  1-P-3.

8     MR. VEEDER:  On what are you relying, your Honor?

9     THE COURT:  I am looking at Bulletin 57.

10    MR. VEEDER:  Oh, well --

11    THE COURT:  It says: "The well was drilled in March,

12  1957, 229 feet deep."

13    THE WITNESS:  That is better.

14    THE COURT:  But it says:  "Not used, abandoned."

15    THE WITNESS:  Wait.  I am not very familiar with when

16  that well was drilled.  Oh, it was several years ago.

17    THE COURT:  You mean it has been redrilled in the same

18  location?

19    THE WITNESS:  Yes; practically the same location; a

20  hundred feet difference.

21    THE COURT:  Deeper or shallower?

22    THE WITNESS:  It is deeper  and north of where the older

23  well lies.

24    Q  BY MR. MOSKOVITZ:  It was drilled since 1954?

25    A     No, I think it was drilled around 1951 or '2.

1    Q      At the pumping of any one?

2    A      Of any of them would have an effect.

3    Q      Would have an effect.  And is this observation

4    the result of your having noted such an effect or your

5    conclusions that such an effect would occur?

6    A      Noted.  I have noted this effect.

7    Q      And by irrigation wells you are referring to

8    wells of what depth?

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Q   And by irrigation always you are referring to wells of what depth?

A   Probably the deepest are less than 500 feet and they are drawing their water from the upper more available water in general.

Q   Drawing their water from the Recent alluvium, you say?

A   Yes.

Q   You have testified that it was your opinion that the pumping of the deep pressure wells would also have an effect upon the flow of the Temecula River; is that correct?

A   Yes, I think so.

Q   But you said how long this would be delayed and how much of an effect was something that you could not testify to?

A   Right.

Q   And is this because of the lack of data on such effect?

A   Yes.

MR. STAHLMAN:  Your Honor, would this be a convenient place to stop?  We have work to do tonight and a long drive home.

THE COURT:  It would be a good place to stop.

Tomorrow is Friday.  Do you want to start a little earlier and quit at 4?

MR. STAHLMAN:  I would rather quit at noontime.

THE COURT:  All right, start at 10 o'clock then.

(Adjournment until Friday, October 17, 1958, 10 A.M.)