MR. VEEDER

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

— — —

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT,
et al,

Defendants.

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:     San Diego, California

Date:      Wednesday, November 26, 1958.

Pages:  5595 to 5649.

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
DEPUTY

JOHN SWADER
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )
        vs.                    )          No. 1247-SD-C.
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
               Defendants.     )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Oceanside, California

Wednesday, November 26, 1958

APPEARANCES:

        For the Plaintiff          WILLIAM H. VEEDER, ESQ.,
                                   Special Assistant to the
                                   Attorney-General,
                                   Department of Justice,
                                   Washington, D. C.

1   APPEARANCES (Continued)

2        For Defendant Vail          GEORGE E. STAHLMAN, ESQ.
            Company

3

4        For Defendant State         EDMUND G. GROWN, ESQ.,
            of California             Attorney-General, by
                                      ADOLPHUS MOSKOVITZ, ESQ.,
5                                     Deputy Attorney General.

6        For Defendants
            Fallbrook Public         F. R. SACHSE, ESQ.
7        Utility District,
            et al.

8

9        For Defendants
            Hartman, Lewis,          BEST, BEST & KRIEGER, by
            Wilks and Bayle,         ARTHUR L. LITTLEWORTH, ESQ.
10       and Oviatt

11

12                              -  -  -

13                                 -

14                                 -

15

16

17

18

19

20

21

22

23

24

25

5597

1   OCEANSIDE, CALIFORNIA, WEDNESDAY, NOVEMBER 26, 1958.   8:00 A.M.

2         (CAMP PENDLETON - CAMP DEL MAR, CALIFORNIA)

3

4         (Present:  The Court, The Clerk of the Court, the

5   Reporter.  For Plaintiff:  Messrs. William H. Veeder, Col.

6   Elliott Robertson, Col. A. C. Bowen, Lt.-Cdr. Donald Redd.

7   For Defendants:  Messrs. F. R. Sachse, George Stahlman,

8   Adolphus Moskovitz, Carl Boronkay, Robert C. Fox, Malin Vail,

9   Ranch Foreman Wilkinson, Mr. Hall, and Frank Cannon.  Mr.

10  Littleworth boarded the bus during the course of the tour of

11  the camp.)

12        (The party boarded the bus and started a tour of the

13  camp.  Each break in the transcript indicates a stopping of the

14  bus and the occurrence of proceedings for the record.)

15               - - - - - - - -

16        THE COURT:  Does anybody want any of this on the record?

17        MR. VEEDER:  It is up to you as much as anyone, your

18  Honor.  That Exhibit 99 was one of the key exhibits.

19        THE COURT:  Are you going to mark the places on it?

20        MR. VEEDER:  I have asked Col. Bowen to bring along some

21  plots, and I think they should be marked because there will have

22  to be some correlation.

23        THE COURT: We will mark this as point number one.

24        MR. VEEDER:  How about making this Plaintiff's Exhibit

25  89-CG-1, this quadrangle?

5598

1          THE COURT:  All right, for identification Plaintiff's

2  Exhibit 89-CG-1, to tie in with the combination map.

3          COL. BOWEN:  I will mark it with a black pencil.  Do

4  you want the Clerk to mark this, your Honor?

5          THE COURT:  All right.

6          THE CLERK:  I can mark it.

7          (Map marked Plaintiff's Exhibit No. 89-CG-1 for Iden-

8  tification.)

9          MR. VEEDER:  For my edification, Col. Bowen, how much

10  has this been changed from the state of nature down to the

11  ocean?

12          THE COURT:  Speaking of that low area.

13          COL. BOWEN:  The area where that pipe is stockpiled to

14  where the fence is was all filled when the boat basin was

15  dredged out.  The dredged-out material was discharged into this

16  end of the slough.

17          MR. STAHLMAN:  Are we about on the watershed line now?

18          COL. BOWEN:  Yes.

19          MR. STAHLMAN:  I am not saying which one.

20          MR. VEEDER:  For thepurpose of the record, let us call

21  it the natural watershed line.  We are near there, isn't that

22  right, Colonel?

23          COL. BOWEN:  Yes.  This point of land here runs up--

24          MR. VEEDER:  You are pointing toward the ocean?

25          COL. BOWEN:  Near the triangulation side.

1      THE COURT: Exhibit 89-CG-1 shows a little bit of area

2  up here.  I take it we are up somewhere--

3      COL. BOWEN:  This triangulation station, your Honor,

4  which has No. 27, the triangle there, is at that break, and we

5  are located on this road junction which shows on Exhibit 89-

6  CG-1 as being nearest the triangulation station No. 27.

7      THE COURT:  When you get time put in a 1 here somewhere

8  to indicate we are near the triangulation station.

9      COL. BOWEN:  This structure that Mr. Illingworth pointed

10  out is one of the three sewage treatment plants, the Imhoff Dam.

11      Incidentally, testimony, I believe, was presented that

12  the three sewage treatment plants in this Camp Del Mar area are

13  tied in with an outfall system that will pump the effluent back

14  up the river.

15      I will mark No. 1 in the ocean area on Plaintiff's

16  Exhibit 89-CG-1, with an arrow indicating the approximate spot

17  where we are stopped now.

18      THE COURT:  There has been no fill out on this point

19  where this flag is located?

20      COL. BOWEN:  No, sir.

21      Are there any other questions at this point?

22              ---------

23      COL. BOWEN:  As you noted, we crossed the Santa Margarita

24  River and saw that brackish water there.  The barrier beach

25  which Mr. Sachse mentioned is clear across the river mouth.

5600

1       There is no direct surface contact at the moment with the sea.

2           THE COURT:  That is mostly salt water, isn't it?

3           COL. BOWEN:  Yes, sir.  It is brackish.  There is some

4       influence of fresh water that ran in there.

5           THE COURT:  At high tides salt water comes over that

6       barrier?

7           COL. BOWEN:  No, sir, it doesn't reach the barrier.

8       There is undoubtedly some water through the sands, but there

9       is no direct surface contact.

10          MR. STAHLMAN:  Does it rise and fall with the tide?

11          COL. BOWEN:  There is some response to the tide.

12          THE COURT:  Mark this spot where we are stopped as No.

13      2 on that map.

14          COL. BOWEN:  I wanted to point out that this Exhibit

15      89-CG-1 shows a portion of Stuart Mesa and the road to Highway

16      101 appearing in the upper portion of Exhibit 89-CG-1, more

17      particularly that road north of the cluster of buildings which

18      you will observe to your right rear, is the approximate loca-

19      tion of the natural watershed line as defined on the McKissick-

20      Bell Topographic Survey No. 97.  I willput a 2 at this road

21      junction.

22          THE COURT:  All right.  And this road running toward the

23      ocean is an extension of the road east of the railroad tracks?

24          COL. BOWEN:  Yes, sir; it shows as a dashed road symbol.

25          THE COURT:  That is about the line of the natural water-

5601

1   shed according to the position of the Government-- this road-

2   way?

3        COL. BOWEN:  Yes, sir.  The line is shown just a little

4   bit north of that east-west road to Highway 101.

5        MR. VEEDER:  You are going to mark that, Colonel?

6        COL. BOWEN:  I will mark that 2 on Plaintiff's Exhibit

7   89-CG-1.

8                              - -

9        COL. BOWEN:  That windbreak over there of eucalyptus

10  marks the northerly boundary of the lemon grove which is shown

11  in part on Plaintiff's Exhibit 89-CG-1, lying mostly in

12  Section 4, Township 11 South, Range 5 West, symbolized on

13  Plaintiff's Exhibit 89-CG-1 with an orchard symbol.  That is

14  40 acres, approximately a half a mile long and an eighth of a

15  mile wide, and that is half of the 80 which Mr. Nichols testi-

16  fied his father had subjugated to irrigation, I believe in

17  1939.

18       THE COURT:  His testimony as to the water occurred

19  south of that line of eucalyptus trees.

20       COL. BOWEN:  Now, sir.  His testimony, as I recall, he

21  said it came from the corner.  Here is another topo.

22       THE COURT:  Mark it Plaintiff's Exhibit 89-CG-2.

23       The other part of the 80 lay north of the lemon grove?

24       COL. BOWEN:  I believe that is correct, your Honor.

25       Plaintiff's Exhibit 89-CG-2 shows the remainder of Stuart

1   Mesa located in Section 4 and Section 5, 11 South, 5 West, and

2   Section 33, 10 South, 5 West; and as I recall Mr. Nichols'

3   testimony, he indicated the reservoir, which is symbolized on

4   Plaintiff's Exhibit 89-CG-2 within Section 33 previously

5   mentioned, stating that water came from that high point to the

6   south and ran across the 80, a portion of which is still in

7   lemons and continued on parallel to the highway and railroad

8   to the Santa Margarita River.

9       MR. VEEDER:  Shouldn't that be marked as 3 there, the

10  upper extremity of the Stuart Mesa?

11      THE WITNESS:  I planned on driving up there and turning

12  around and coming back.

13      MR. VEEDER:  All right.

14      THE COURT:  All right.

15                          -----

16      COL. BOWEN:  We can see the easterly end of the Stuart

17  Mesa area.  The high reservoir is marked by that thicket to

18  our left front.

19      THE COURT:  Mark it 3, approximately where we are here.

20      COL. BOWEN:  Yes, sir.  No. 3 will appear on Plaintiff's

21  Exhibit 89-CG-2 at the road junction where we are situated here,

22  lying within Section 33, 10 South, 5 West.  I will mark that

23  with a No. 3.

24      THE COURT:  Let me see that map.

25      (Col. Bowen handing document to the Court.)

5603

1      THE COURT:  All right.

2                  ------

3      COL. BOWEN:  The watershed line-- I will point out that

4  cluster of buildings which was near the second point that was

5  marked No. 2 on Plaintiff's Exhibit 89-CG-1 -- that cluster

6  of buildings is symbolized on the map in Section 4, 11 South,

7  5 West, and we are immediately almost directly east of that

8  cluster of buildings at the present time.  The watershed line

9  is north of us.  It follows that ridge that was off to our right

10  as we came down, crossed over and then followed the ridge, and

11  then went into the hill country.  We are in the watershed as

12  shown on Plaintiff's Exhibit 97.

13      MR. VEEDER:  Do you want that marked, your Honor?

14      THE COURT:  No.

15      MR. VEEDER:  Are we going to have any more stops in this

16  area?

17      COL. BOWEN:  I might point out, your Honor, that the

18  first reservoir on the top of the mesa is just southerly of

19  this cluster of buildings symbolized on the map in Section 4

20  with a blue oval.  Water is pumped from the reservoir down at

21  the bottom of the draw up to that reservoir and then delivered

22  through that reservoir through a pipe system throughout the

23  mesa.

24      THE COURT:  All right.

25                  - - -

1      COL. BOWEN:  Note on Plaintiff's Exhibit 89-CG-1 you

2   were on Vandegrift Boulevard, which is named on 89-CG-1 within

3   the Marine Corps Base.  There is a symbolized group of build-

4   ings and roads between this portion of Vandegrift and Highway

5   101.  That is this area where you can still see remnants of

6   pavement off to your left.  That formerly had Homaja Housing

7   units built on it.  That is what the symbols on Plaintiff's

8   Exhibit 89-CG-1 denote.  They were used for quarters for

9   Marine personnel stationed at Camp Pendleton and their depend-

10   ents.  They have all been removed now and other housing areas

11   are in existence which are not shown on this series of topo-

12   graphic quadrangles.

13      MR. SACHSE:  We are proceeding now up the map on

14   Vandegrift?

15      COL. BOWEN:  That is correct; we are proceeding on

16   Vandegrift Boulevard.

17                    -----

18      COL. BOWEN:  This is our Post Nursery in there, Judge.

19   All of the stock for landscaping such as it is around the camp,

20   is produced here.

21      We are on what is known as the South Coast Mesa.  Ahead

22   of us is the 65-acre lemon grove on South Coast Mesa, which

23   is triangular in area and symbolized on 89-CG-1 with an orchard

24   symbol, lying largely in Section 10, 11 South, 5 West.  I

25   call your attention to that grove because it is one of the

1    finest producers in the world, I guess.

2          MR. VEEDER:  That is on Plaintiff's Exhibit 89-CG-1 you

3    are referring to?

4          COL. BOWEN:  Yes, sir.

5          And the railroad ahead of us here is the Atchison,

6    Topeka & Santa Fe spur that takes off from the main line out

7    to your left there and traverses the Naval Reservation to a

8    terminus in the town of Fallbrook at the present time.

9          THE COURT:  Do you want to mark this spot?  What is

10   your next number?

11         COL. BOWEN:  The next number is 4, your Honor.

12         THE COURT:  Mark this 4 about where we are.

13         (Mr. Littleworth boards the bus at this point.)

14                        -----

15         COL. BOWEN:  This is Sewage Treatment Plant No. 1 we

16   see here that handles the sewage discharge from the Wire

17   Mountain Housing Unit, part of the greater unit, and the

18   effluent is discharged from the plant into this lagoon.  This

19   is called the Twin Lakes Lagoon.  It appears without the

20   central dividing dike on Plaintiff's Exhibit 89-CG-1, in about

21   the center of Section 10, 11 South, 5 West.

22         THE COURT:  Mark 5 about where we are here on the map.

23         MR. VEEDER:  Could I ask you to locate that with regard

24   to Ysidora Narrows?

25         COL. BOWEN:  Ysidora Narrows is the canyon which is

1    generally east of us, and Twin Lakes Lagoon sets at about the

2    point where the narrows terminates into the coastal estuary

3    or mouth of the river.

4           THE COURT:   Where is the water pumped from these

5    lagoons?  Or is the water pumped from the lagoons?

6           COL. BOWEN:   From the lagoon here the water discharges

7    out to the river bed by gravity flow.

8           MR. SACHSE:   That is below the narrows?

9           COL. BOWEN:   Yes, sir.

10          I will mark it No. 5 on the Twin Lakes Lagoon symbolized

11   on Plaintiff's Exhibit 89-CG-1.

12          THE COURT:   All right.

13          (At this point the bus was turned around and proceeded

14   in another direction.)

15                        - - - - - - -

16          COL. BOWEN:   This is the Officers Unit of the Wire

17   Mountain Housing Area that we have just come through.   The

18   cluster of stucco buildings to your left and front down there

19   is the enlisted housing area, also called Wire Mountain.

20          THE COURT:   Is this in or out of the Santa Margarita

21   watershed?

22          COL. BOWEN:   It is out of the Santa Margarita River

23   watershed.

24          THE COURT:   Is the entire housing area outside?

25          COL. BOWEN:   Yes, sir.

5607

1    The trailer unit is at the front there, you see that
2  group of trailers there, occupies what we call the Little
3  Tokoyo Area.

4    MR. VEEDER:  I would like to have these areas marked,
5  your Honor.

6    THE COURT:  The next number is 6.  Mark about where we
7  are.  No. 6 would be on 89-CG-2?  Or would it be on 89-CG-3?

8    COL. BOWEN:  This would be 89-CG-3, your Honor.

9    THE COURT:  This will be marked No. 6 on 89-CG-3.

10   COL. BOWEN:  Yes, sir, No. 6.

11   THE COURT:  Put a 6 about where we are on this Wire
12  Mountain.

13   MR. VEEDER:  You have inquired in regard to the
14  materiality of these areas outside the watershed.  It is, of
15  course, our position that certainly we have appropriative
16  rights for Lake O'Neill and that we have the right to change
17  the point of diversion and the place of use as to use that
18  water outside the watershed for places similar to Wire Mountain
19  Housing and other places outside the watershed.

20   COL. BOWEN:  I have put a No. 6 on 89-CG-3 in the North-
21  east Quarter of Section 14, Township 11 South, Range 5 West
22  to indicate our approximate position, your Honor.

23   THE COURT:  All right, let me see the map.

24   Why don't you put a 6-1 where you have pointed out the
25  enlisted men's housing?

1        Did you also point out Little Tokoyo?

2        COL. BOWEN:  We are going over there, your Honor.

3        THE COURT:  Are we going over to the enlisted men's

4   housing, too?

5        COL. BOWEN:  Yes, sir.

6        THE COURT:  Allright, we will let it go until we get

7   there.

8        This is entirely outside the watershed, this whole

9   housing area?

10       MR. VEEDER:  That is correct, your Honor.

11                          -----

12       COL. BOWEN:  Your Honor, Mr. Cannon wants to explain

13   to you gentlemen the plans for use of this site off to your

14   right.

15       MR. FRANK CANNON:  There has just been a request come
                                 Union
16   in from the Oceanside Libby / School District to provide

17   additional school facilities for this area up here.

18       THE COURT:  Wire Mountain Housing?

19       MR. CANNON:  Wire Mountain housing, and this is the

20   site they have selected.  It consists of twelve acres abutting

21   this road, and the levelest area here will provide the minimum

22   amount of grading, and a survey crew here have just been

23   determining the metes and bounds for transfer to the Oceanside

24       School District.  The watershed line as it is estab-

25   lished goes right through some of those buildings.

1      THE COURT:  Mark it No. 7.

2      COL. ROBERTSON:  It might be interesting to know how

3  this school situation works.  The Federal Government finances

4  the school, builds the property, and it is operated by the

5  local school agency, and the Federal Government pays for each

6  pupil off the reservation that goes there.  We use the local

7  school district as an instrumentality to educate our children

8  at Federal expense.  That is what it amounts to.

9      THE COURT:  Do you want that to be marked 7 on the

10  record?

11      MR. VEEDER:  Yes, your Honor.

12      COL. BOWEN:  Mr. Cannon has marked the approximate site

13  for the school on Plaintiff's Exhibit 89-CG-1, lying within

14  Section 11, Township 11 South, Range 5 West.  I will put the

15  No. 7 within the perimiter of that site marked.

16      THE COURT:  Mr. Veeder wanted the question I asked a

17  while ago put on the record.  Why did the Marine Corps build

18  the Wire Mountain Housing units outside the watershed instead

19  of on high ground within the watershed?

20      MR. CANNON:  I think the obvious reason was that that

21  was the best site as far as terrain was concerned to get that

22  many houses here.

23      THE COURT:  Mr. Veeder has been thinking about this

24  answer for months.  He wanted to make the answer.  Go ahead,

25  Mr. Veeder.

MR. VEEDER:  As a matter of fact, my only concern in regard to making the answer was that we, of course, have the right to use our appropriative water within or out of the watershed, and the Wire Mountain Housing is of course dependent upon our appropriative rights.

MR. SACHSE:  If you have any appropriative rights.

COL. ROBERTSON:  It was the cheapest place to build, and we had to find a place that didn't interfere with military activity.

MR. VEEDER:  It is military activity, hosever, to provide housing for the military.

MR. SACHSE:  Seriously, this is privately-owned and operated?

COL. ROBERTSON:  It is not privately-owned.

MR. SACHSE:  Explain it.

COL. ROBERTSON:  Do you want to know how it is financed? It is done under Title VIII of the Federal Housing Act known as the Wherry Act.

MR. VEEDER:  So-called after the former Senator from Nebraska.

COL. ROBERTSON:  The so-called sponsor is a private agent.  He got a contract to build these houses and rent them at a certain amount to our people.  He financed the property. The mortgage was insured for 90% by the Federal Government, under the Housing Act.  The title to the property immediately

1    passed to the United States.  We own the buildings.  He has a

2    lease on them for a specified period; 75 on this, and 35 to 90

3    years all over the country, at which time he leaves and the

4    Government takes charge.  In the meantime he operates them

5    and actually is in the place of an owner.  The title vests in

6    the United States.  The State of California taxes him for his

7    leasehold interest only.

8            THE COURT:  Let's go.

9                        -----

10           COL. BOWEN:  This is California's leasing land out to

11   the front.

12           MR. VEEDER:  Part within and part without the watershed.

13           THE COURT:  For what?

14           COL. BOWEN:  For experimental purposes.  They use most

15   of it for seed potatoes.  They are working on some potato

16   diseases.

17           THE COURT:  Is this a trailer court on the right?

18           COL. BOWEN:  Yes, sir.  This is a 750-family unit area

19   that is rented to the lower pay grades of enlisted personnel.

20           THE COURT: Mark this No. 8.

21           COL. BOWEN:  On Plaintiff's Exhibit 89-CG-1?

22           MR. VEEDER:  Are you going to mark California's potato

23   patch?

24           THE COURT:  No, we are right between the two.

25           COL. BOWEN:  I will put the No. 8 where the trailer unit

1    is located.

2         THE COURT:  Is this what you call Little Tokoyo?

3         COL. BOWEN:  Yes, sir; and that is within the natural

4    watershed boundary.

5         The enlisted Wire Mountain Housing unit is that group

6    of buildings to your left over there.  That is outside the

7    watershed of the Santa Margarita.

8         MR. SACHSE:  The watershed must angle somewhere through

9    the experimental property?

10        COL. BOWEN:  Yes, sir, right across the corner of that

11   enlisted men's housing, and runs diagonally toward our rear.

12        MR. VEEDER:  Did you indicate that section of the Wire

13   Mountain Housing on the map?

14        COL. BOWEN:  Not yet.  His Honor hasn't directed me.

15        THE COURT:  We are not going any closer to it, are we?

16        COL. BOWEN:  Not unless you wish.

17        THE COURT:  Mark the the enlisted men's housing No. 9.

18        COL. BOWEN:  I will mark No. 9, the approximate location

19   of the enlisted Wherry Housing Unit on Wire Mountain, on

20   Plaintiff's Exhibit 89-CG-1.

21        THE COURT:  Let me see the map.

22                    ------

23        COL. BOWEN:  Mr. Moskovitz wanted to stop by one of these

24   marine deposits.  This is the San Onofre breccia, I believe,

25   Mr. Fox.

1        MR. VEEDER:  Could we get Exhibit 37?

2        MR. FOX:  If you say it is.  I don't remember.

3        THE COURT:  What do you want to do, Mr. Moskovitz?

4        MR. VEEDER:  Here is the exhibit here.

5        MR. FOX:  Where are we on the map.

6        (Mr. Fox and Col. Bowen conferring over the exhibit.)

7        MR. MOSKOVITZ:  Is that gray different from the reddish

8    material?

9        MR. FOX:  Yes.

10       MR. MOSKOVITZ:  What is the gray material?

11       MR. FOX:  I don't know what they have it on the map.

12       COL. BOWEN:  The gray is the San Onofre breccia, and

13   this material is terrace material, as shown on Plaintiff's

14   Exhibit 37.

15       THE COURT:  All right, are you satisfied?

16                        -----

17       THE COURT:  Are we in the Narrows now?

18       COL. BOWEN:  We are in the Ysidora Narrows.  The Ysidora

19   Gage is located on the other side of the river just below the

20   earth fill.  This is our on-channel spreading structure No. 1.

21       THE COURT:  Mark this on the map as the next number in

22   order.

23       MR. VEEDER: Would your Honor be interested in looking

24   at Exhibit 73?

25       THE COURT:  Let us all not talk at once here.

5614

1    MR. VEEDER:  Mr. Luddy, could we have the aerials?  I

2    think it is Exhibit 73.

3    THE COURT:  What is the next number?

4    COL. BOWEN:  10, sir.

5    THE COURT:  Mark this place 10.

6    COL. BOWEN:  This is the spreading dam No. 1 we are on.

7    MR. VEEDER:  This is Plaintiff's Exhibit 93.

8    COL. BOWEN:  The Narrows begins at photograph 4-0093.

9    The Narrows begins upstream about half a mile from where we are

10   standing and thence on downstream just a little upstream from

11   the Twin Lakes Lagoon where it widens out into the river

12   estuary.

13   THE COURT:  The spreading dam is shown a little off

14   center to the left from the middle of the picture?

15   COL. BOWEN:  Yes, sir, the first spreading dam on the

16   river going from the ocean upstream.

17   MR. VEEDER:  If your Honor is interested in the water

18   table, you can see its level right down here.

19   COL. BOWEN:  We utilize this also as a road.

20   The Ysidora Gage Station is immediately downstream from

21   the No. 1 spreading ground earlier indicated on Plaintiff's

22   Exhibit 93, photograph No. 4-0093.

23   MR. SACHSE:  This would be an actual channel on stream

24   at the lowest surface flow over here, or over on the other

25   side?

5615

1    COL. BOWEN:  The lowest surface flow would be on the

2  westerly side of the Ysidora Narrows.

3    MR. VEEDER:  Could I ask you to identify that on plain-

4  tiff's Exhibit 93, 4-0093?

5    THE COURT:  The westerly side of the stream?

6    COL. BOWEN:  It shows up as the white portion of the

7  stream channel.  We are right at No. 1.

8    MR. MOSKOVITZ:  Is this water standing to our right a

9  reflection of the ground water level, or is that just rain

10  water?

11    COL. BOWEN:  There has been no appreciable rain since

12  last April, and that is the gound water level in here.

13    MR. SACHSE:  The culverts underneath here permit the

14  low flow to pass on down the Ysidora Gage, even with low flows?

15    COL. BOWEN:  Yes.

16    THE COURT:  How big are the culverts?

17    MR. SACHSE:  You can see them right here.

18    THE COURT:  What are they,  24-inch culverts or 18-inch?

19    COL. BOWEN:  They are five 18-inch culverts, your Honor.

20    MR. SACHSE:  The water has to get this high before any

21  runs out?

22    COL. BOWEN:  That is right.

23    THE COURT:  What does this gaging station gage down

24  here?

25    MR. SACHSE:  The river.  That is the Ysidora Gage--

1   surface flow.

2        MR. ILLINGWORTH:  What was the configuration of the flow

3   at a time when there was a flow of a thousand second feet,

4   or a few hundred, last winter and spring?  You said this one

5   was partially washed out.  What did these both look like?

6        COL. BOWEN:  This structure here at times impounded

7   water that spread shallowly over the flat to the east there.

8   The deepest portion, of course, is in the channel section on

9   the west.

10        MR. ILLINGWORTH:  But during the flow when this was

11   washed out?

12        COL. BOWEN:  When water passed here?

13        MR. ILLINGWORTH:  Yes.

14        COL. BOWEN:  It flowed on the west side here in contact

15   with the Ysidora Gage.

16        MR. ILLINGWORTH:  Was this halfway washed out, or--

17        COL. BOWEN:  No, the break occurred about centrally in

18   the dam.

19        MR. ILLINGWORTH:  I see.

20        COL. BOWEN:  And the water swung over across the down-

21   stream toe of the dam and made contact with the gage.  There

22   was no time that there was surface flow past here that it was

23   not in contact with the gage.

24        MR. ILLINGWORTH:  But the actual measurements, of course,

25   are taken downstream.

5617

1    COL. BOWEN:  The cable way is down near Twin Lakes

2  Lagoon.  They have a cable way that goes with the gaging

3  station so that the hydrographer can get in a little cart and

4  go across and drop a current meter and take measurements.

5    MR. ILLINGWORTH:  There were times last winter when he

6  had to do that.

7    COL. BOWEN:  There are times when the hydrographer used

8  the cable way.

9    THE COURT:  What number are you marking this?

10    COL. BOWEN:  I am marking this No. 10, your Honor.  No.

11  10 will appear on Plaintiff's Exhibit 89-CG-1 at the approximate

12  location of the Ysidora Gage on the Santa Margarita River,

13  being in Section 2, 11 South, 5 West.

14    THE COURT:  The next question I wanted to ask of

15  somebody, and I don't know who the witness would be.  We had

16  testimony as to salt water intrusion in the Ysidora Basin.

17  Have we yet got to the extent of that intrusion?  Is it further

18  east of us?

19    COL. BOWEN:  It is further north, sir.  We are generally

20  traveling north.

21    THE COURT:  We will wait until we get there, then.

22    MR. VEEDER:  Your Exhibit 37 would be good for that,

23  locating the wells.

24    THE COURT:  What do you call this?

25    MR. SACHSE:  No. 1 spreading structure.

1    COL. BOWEN:  No. 1 spreading dam; yes, sir.

2    THE COURT:  I am going to write on here, on the exhibit.

3                        --O--

4    COL. BOWEN:  To the front, near the upper end of the

5    Ysidora Narrows, is the site of irrigation Well 582, concerning

6    which Mr. Nichols testified.  He had to cease operations at

7    that well because of the salt water intrusion.  That is not an

8    operating well at the present time, but it was put in by the

9    Ranch and carried that number.

10    THE COURT:  All right.

11                        -----

12    COL. BOWEN:  That white house (indicating) 4Cl is the

13    closest pump house.  That is the one that Mr. Nichols now

14    operates to provide irrigation water to the South Coast Mesa

15    irrigated area.

16    THE COURT:  Just to the downstream or toward the toe of

17    that hill that lies, south would it be, of the pump house?

18    COL. BOWEN:  Yes, sir.

19    THE COURT:  I can see water on the ground there.  What

20    is the source of that water?

21    COL. BOWEN:  That is ground water, your Honor.

22    THE COURT:  That would indicate the ground water level?

23    COL. BOWEN:  Yes, sir.

24    THE COURT:  Your salt water intrusion--

25    COL. BOWEN:  --came in the Narrows and followed-- it was

1    detected at a well upstream from 4C1 here with the old 4C, just

2    beyond the booster pump station.   There is a concrete stand

3    pipe and pipe sticking up between two poles there that markes

4    the site of the well that was abandoned because of high

5    salinity.

6             THE COURT:   Mark this area next in order-- No. 11?

7             COL. BOWEN:   Yes, sir, this would be No. 11, which

8    will appear on Plaintiff's Exhibit 89CG-4.

9             THE COURT:   This is the beginning of Ysidora Basin?

10            COL. BOWEN:   Yes, sir, this is the southerly end of

11   Ysidora Valley.

12            MR. VEEDER:   Mr. Cannon, what did you say about this

13   well being deeper?

14            MR. CANNON:   It is the deepest of the whole group.

15            THE COURT:   Which one?

16            MR. CANNON:   The 4C.   It has been entirely taken out of

17   commission.   The pump house is gone.   That is the deepest one.

18   That is the first one to show up high chlorides content.

19            The well across over here, I believe, is only 133 or 150

20   feet.

21            This is 192 feet.

22            MR. VEEDER:   When you say this, you mean--

23            MR. CANNON:   4C.   That well is completely abandoned.

24   4C-1 is presently pumping.   That tank is a booster station

25   which boosts water up to the upper reservoir for the housing.

5620

1    MR. HALL:  Where is old 17?

2    MR. CANNON:  4C is the old 17.

3    MR. HALL:  Thank you.

4    COL. BOWEN:  I will mark No. 11 on Plaintiff's Exhibit

5  89-CG-3 in the extreme upper left-hand corner.

6    MR. HALL:  What is the well behind you?

7    THE COURT:  When you say "behind you," this is to our

8  west.

9    COL. BOWEN:  North.

10    THE COURT:  On the northerly side of the highway.  What

11  is the number of the well?

12    MR. CANNON:  That is 5A6 presently.  It replaced

13  5A5, which is only ten feet away, and which is now pumped.

14    THE COURT:  May I see that map.

15    Are we through here?

16    COL. BOWEN:  Yes, sir.

17    MR. HALL:  Can we see 4I from here?

18    COL. BOWEN:  We can see that better when we get on up

19  the valley.

20    MR. HALL:  Fine.

21    COL. BOWEN:  No. 11 in the upper left-hand corner

22  indicates these structures to the east of us.

23    MR. CANNON:  We got a report yesterday on the well

24  straight ahead of us.  Although not pumped, the chlorides

25  content has increased.  The well directly ahead, which is in a

5621

1  northeasterly direction from this point is Well 4BB. It was

2  formerly a domestic well for the Del Mar area. It has not been

3  pumped for two or three years, but the chlorides content is

4  still rising somewhat. It is 258 parts per million, according

5  to the report I got yesterday.

6      MR. VEEDER: How far up is that?

7      MR. CANNON: I would say it is approximately five-

8  eighths of a mile.

9      COL. BOWEN: At the lower right-hand corner of CG2 are

10  located two wells on the map. The lower one is 5A2.

11      THE COURT: What series of numbering? Is the Camp's

12  numbering?

13      COL. BOWEN: That is the old Ranch numbering. That is

14  southwest of us.

15      And 5A6, which Mr. Cannon pointed out, generally west

16  of us, is the upper one of those two wells.

17      THE COURT: All right.

18      MR. VEEDER: Before leaving here, this is farmed area

19  to the right; is that correct?

20      COL. BOWEN: This area on the right is included in the

21  least to one of our grazing lessees, and from time to time the

22  tenant does farm this to grow crops for feed for her cattle.

23  Most of the cattle out there belong to Miss Toots Whalen. She

24  is a spinster. She is quite a cattle lady, too.

25      THE COURT: All right, let's go.

------

1    COL. BOWEN:  The well that is north of us up there-- we

2  came a little too far-- is the principal well for providing

3  irrigation water to the Stuart Mesa area.  That is operaed by

4  Mr. Nichols.  The pipe line comes down from that well here,

5  makes a turn at this stand pipe, goes across the river.  We

6  have another on-channel spreading device where this equipment

7  is working, beefing it up. We hope that we may get a little

8  water behind it this winter.

9    THE COURT:  On which map is this well shown?

10    COL. BOWEN:  This well 4I is shown on Plaintiff's

11  Exhibit 89-CG-4, your Honor.

12    THE COURT:  Is it marked on the map?

13    COL. BOWEN:  It is not marked on the map, sir.

14    MR. VEEDER:  Does it appear on Exhibit 37?

15    COL. BOWEN:  It appears on Exhibit 37.

16    THE COURT:  Mark it on 89-CG-4 with an arrow andput

17  "4I."

18    COL. BOWEN:  Yes, sir.  It is about in the center of

19  Section 35, 10 South, 5 West.  I have indicated the approx-

20  imate location with a circle and marked "4I" the well number

21  above it on 89-CG-4.

22    Incidentally, this road we are on-- I don't know whether

23  you want it on the record or not-- it is part of the old El

24  Camino Real.  It came down from San Luis Rey and went up the

25  draw to our right front.

1        I might say, your Honor, that this cultivated area that

2   is to either side of us here is farmed regularly for the

3   production of feed for our Base Special Services horses,

4   maintained for the recreation of military personnel and their

5   dependents at Camp Pendleton.

6        THE COURT:  Are we going to see this spreading dam?

7        COL. BOWEN:  If you like sir.

8        THE COURT:  They are about all alike, aren't they?

9        COL. BOWEN:  Yes, they are about all alike.

10       THE COURT:  Does anybody want to see this one?

11       COL. BOWEN:  They are working on this one now.  It

12   would be a little difficult.

13       THE COURT:  Let's not look at it.

14       (The bus turned around at this point.)

15                        -----

16       COL. BOWEN:  The irrigation well 4I can be seen off to

17   your left.

18       Looking across the valley over there, the draw where

19   the structures are located at the mouth, a little to the left

20   of front, is the canyon down which the sewage effluent from

21   Plant No. 2 drains down into the Ysidora Basin.

22       THE COURT:  Is that Pueblitos Canyon?

23       COL. BOWEN:  No, sir, it is downstream from Pueblitos.

24   The canyon which enters Ysidora Valley in the Southwest Quarter

25   of Section 36, 10 South, 5 West.

1        THE COURT:  I have made an X and I have marked "Sewage

2    effluent" on the map.

3        MR. VEEDER:  Which map is that, your Honor?

4        THE COURT:  89-CG-4.

5            On this map 89-CG-4 there appear to be some little

6    basins up above.  Is that part of the sewage effluent?

7        COL. BOWEN:  The lower one of the two, the one that

8    shows as a permanent pond, receives the discharge from the

9    sewage effluent plant.  The upper two are stock ponds.

10       THE COURT:  All right.

11       COL. BOWEN:  The sewage effluent now is picked up at

12   the mouth of the canyon and brought by pipe line across to the

13   Ysidora Valley northerly of Well 4I and discharged into the

14   bed of the Santa Margarita River.

15       THE COURT:  I have run a rough dotted line across to

16   indicate where the sewage effluent goes.

17       COL. BOWEN:  As a matter of historical interest, your

18   Honor, this little mound here which you can see across the

19   valley was the site of Andreas Pico's house, the first hacienda

20   was built by the Old Grant.

21       MR. HALL:  The old ruins was still there in 1927.

22       THE COURT:  All right, let's go.

23                    ------

24       COL. BOWEN:  This is our Dam No. 6 here, behind which,

25   on those 1955 pictures, Mr. Sachse showed some water at the

1   time the photographs were taken.

2   THE COURT:  Does this come from that sewage effluent

3   line you showed us on another one?

4   COL. BOWEN:  It comes from a treatment plant which you

5   can barely make out off to our right up there.  The oxidation

6   lagoons are located in the vicinity of that little white house,

7   and the sewage comes from the lagoons down the channel into

8   this area here, and if it seeps through here it is trapped at

9   the next one downstream.

10   THE COURT:  Is there a culvert under this road?

11   COL. BOWEN:  No, sir.

12   THE COURT:  This is seepage on the west?

13   COL. BOWEN:  This is seepage; yes, sir.

14   MR. VEEDER:  What is the grass coverage here?

15   COL. BOWEN:  This is all Bermuda grass.

16   THE COURT:  Can you mark on the map the next number in

17   order?

18   Are we on the spreading dam now?

19   COL. BOWEN:  Yes, sir.

20   THE COURT:  This isn't the channel of the stream here,

21   is it?

22   COL. BOWEN:  No, sir.  We will drive on across and I

23   will point out the channel.

24   This dam is located approximately in the southern part

25   of Section 23, 10 South, 5 West, as shown on 89-CG-4, and I

5626

1    will indicate with a number 12 our approximate location.

2        MR. VEEDER:  That is the Bermuda grass area.

3        THE COURT:  Yes, and Spreading Dam No. 6.

4        COL. BOWEN:  Spreading Dam No. 6.

5        THE COURT:  And we saw Spreading Dam No. 1.

6        COL. BOWEN:  Yes.

7        THE COURT:  Are the others in between?

8        COL. BOWEN:  Yes, sir.  The one we drove out to and

9    noticed some activity on was No. 3.

10        MR. SACHSE:  There are five of them below us?

11        COL. BOWEN:  Five below us.

12        THE COURT:  And the one above us, No. 7, is the diversion

13   dam into Lake O'Neill?

14        COL. BOWEN:  No, sir.  No. 7 is the Rifle Range road,

15   which I will point out as we get up, and then the O'Neill

16   diversion dam would be the eighth structure across the river.

17        THE COURT:  All right.

18        COL. BOWEN:  Your Honor will note No. 12 appears at the

19   upper end of the Ysidora Basin just below the narrow point in

20   the hills that mark the general boundary betweenthe Ysidora and

21   Chappo Subbasins.

22                    ------

23        COL. BOWEN:  We have just crossed the River channel,

24   your Honor.

25        That is one of our pistol ranges there, Judge.

1    I wanted to point out to your Honor that our first well,

2  domestic and military production well, the closest one to the

3  ocean, you can see out to the right front there.  The trans-

4  former is on the pole to the left of the silver aluminum

5  painted structure.

6    THE COURT:  Are you going to mark this the next number

7  in order-- No. 13?

8    COL. BOWEN:  I have marked No. 13 on 89-CG-4 at the

9  approximate location of the domestic well I have previously

10  mentioned.

11    THE COURT: Does that well have a number?

12    MR. CANNON:  I believe 33195.

13    MR. STAHLMAN:  Is that domestic well used for domestic

14  purposes?

15    MR. CANNON:  About five years old.

16    MR. HALL:  Do you know Green's number?

17    MR. CANNON:  That is the only number we have.

   COL. BOWEN:  According to the U.S.G.S. numbering system,

it would be 23KI, 10 South, 5West.  The Plan Account number

is 33925, or 23KI.  All right.

   THE COURT:  All right.

                              ----

23    COL. BOWEN:  This road occupies what was initially built

24  as one of our on-channel spreading structures and provided

25  convenient access over to the Chappo rifle range and Camp Santa

1    Margarita, which sets to the left rear on the terrace, so

2    traffic started using it and ultimately they blacktopped it.

3    But it still serves as a spreading structure.

4            THE COURT:  Did it wash out last year?

5            COL. BOWEN:  Yes, sir, it washed out last year in the

6    culvert section where we are sitting here.

7            THE COURT:  Do you have culverts under here?

8            COL. BOWEN:  Yes, sir.  This is the river channel we

9    are sitting over now.

10           THE COURT:  You have culverts in all of these spreading

11   dams?

12           COL. BOWEN:  No, sir.  Some of them just have an earth

13   type spillway around one end of it or the other.  But each of

14   them has some device for passing flood over, by or through

15   them.

16                      ------

17           COL. BOWEN:  The Sewage Treatment Plant No. 3 is to

18   your right down there.  That is the one from which the effluent

19   behind No. 6 spreading dam is released.

20                      ------

21           COL. BOWEN:  This is the 22 industrial area.  It is

22   shown on 89-CG-4.

23           THE COURT:  Mark the structures on there.

24           MR. VEEDER:  Would you locate on Exhibit 73, that

25   mosaic 1929, where we are in that connection.

1      COL. BOWEN:  On Plaintiff's Exhibit 73 we are within the

2  unit delineated in red and marked "Chappo."  We are approxim-

3  ately in the southwest corner of the Chappo unit as shown on

4  Plaintiff's Exhibit 73.

5      THE COURT:  All right.

6      COL. BOWEN:  Incidentally, for Mr. Moskovitz's benefit,

7  the cut there shows what is mapped on Plaintiff's Exhibit 37

8  as La Jolla.

9      THE COURT:  All right, let's go.

10                          ———

11     COL. BOWEN:  This barracks area, your Honor, is not

12  shown on the map 89-CG-4, but it lies in this flat area which

13  is southeasterly of the industrial area, lying largely in

14  Section 24, 9 South, 5 West.

15     THE COURT:  All right.

16                          - - - - -

17     COL. BOWEN:  This is Sewage Treatment Plant No. 8.

18  These are conservation lagoons.

19                          - - - - -

20     THE COURT:  Are we in Chappo Basin yet?

21     COL. BOWEN:  Chappo Basin is off to your right, your

22  Honor.

23     The camp we just came through is Camp Margarita. The

24  camp ahead of us, which we will not go through, is Camp Vado

25  Del Rio.

1          The air field is off to the right.  The 22 Industrial

2    Area you can see, which we just drove through.

3          The old Ranch House is to the right front.

4          The river channel is this side of that row of tetra-

5    hedrons you can see just off the terrace.  The tetrahedrons

6    were put in by the Ranch as a flood control device.

7          The watershed line generally is at the highest point

8    that you can see (indicating).

                              -----

10         COL. BOWEN:  This is Rattlesnake Canyon here, your

11   Honor.

                              -----

13         (From this point the touring party returned to the

14   Hostess House on the Base, where lunch was had.)

                              -----

16         COL. BOWEN:  I might point out that we are in  the area

17   called the Main Division.  This is called the 11 Area where

18   we are now.  A clear division I could point out to you between

19   the areas across the parade grounds, that Bermuda grass area

20   to our right rear, and across the area are the 13 Area--

21         MR. VEEDER:  May I interrupt.  We brought along the

22   102-17 areas.

23         COL. BOWEN:  --the 13, 15, 16 Areas.  The 15 Areas is

24   off to your right, and the 14 Area lies over the hill.  We can't

25   see it from here.  I thought we would drive down to the 17 Area,

1  turn around about at the rodeo grounds, and come back.

2                              --oOo--

3      COL. BOWEN:  This was converted into housing for field

4  grade officers.

5      You can see the end of the little red schoolhouse up

6  on the hill there, part of the Fallbrook School District

7  system.  This portion of the camp is in the Fallbrook School

8  District.  We have this schoolhouse, and one in the De Luz

9  area, administered by the Fallbrook Board.

10     Pilgrim Creek is to the front.

11     Sewage Plant No. 2 is located just to the left of that

12  sign where it says "Sheriff's Office."  That effluent is pumped

13  up to a pond up on the divide between Pilgrim Creek and

14  Windmill Canyon and there goes by gravity across the golf

15  course, where a portion of it is used to irrigate the golf

16  course.  The remainder of that goes into the effluent tributary

17  which flows into Ysidora and then by pipe into the bed of the

18  Santa Margarita River.

19     MR. MOSKOVITZ:  Are those some of the Special Services

20  horses?

21     COL. BOWEN:  Those particular ones are privately owned.

22  You can see some of the Special Services horses to the left

23  rear, Mr. Moskovitz.  We have some down here in the rodeo arena

24  that I would be glad to bounce you up on.

25     THE COURT:  All right, let's go.

                            ------

1      COL. BOWEN:  We just crossed over the divide between

2  the Santa Margarita and the San Luis Rey.

3      Mr. Illingworth here requested to see Lake Urine, which

4  is that pond on the other side of the railroad track to your

5  left rear.  That pond receives sewage effluent discharged from

6  Plant No. 1, which is beyond these buildings in the San Luis

7  Rey watershed.  Effluent is pumped back and down the road

8  here I can show you where it is discharged out into the Santa

9  Margarita and flows down that channel into Lake Urine and from

10  there it flows on down the channel into Lake O'Neill.

11      THE COURT:  Is this still Vandegraift Boulevard?

12      COL. BOWEN:  No, sir.  This is the road to the

13  Naval Ammunition Depot.  Vandegrift Boulevard we just turned

14  off of.

15                     ------

16      COL. BOWEN:  At the present time there is no effluent

17  coming through.  If you stand up you can see it, Judge.

18                     ------

19      COL. BOWEN:  This area here, Judge, is the first Wherry

20  Housing units constructed on the Reservation.  This is all

21  within the watershed of the Santa Margarita River.  It is

22  called De Luz Housing.

23      THE COURT:  For officers or enlisted men?

24      COL. BOWEN:  For officers and enlisted, your Honor.

25  Mary Fay          Pendleton School is situated to your right

1   rear.   That school is operated by the Fallbrook School District

2   as part of their system.

3       I believe I mentioned that there were 563 family units

4   in this De Luz Homes.

5                    -------

6       COL. BOWEN:  If you want to get out here, Judge, I can

7   show you this gate structure.

8       This is the outlet structure for Lake O'Neill.  This

9   post here is the control structure.  There is a screw rod

10  that raises and lowers the gates with this capstan arrangement

11  manually powered to activate it.  The staff age is underneath

12  the steel platform, and Mr. Cannon says it reads 11.15.

13      THE COURT:  What does that mean?

14      COL. BOWEN:  That is the depth on the gage.

15      MR. SACHSE:  This water that would be let out of here

16  would go through your control ditch?

17      COL. BOWEN:  It goes through the outlet ditch.

18      MR. SACHSE:  Not directly to the spreading ground?

19      COL. BOWEN:  No, sir.  We can walk across the road and

20  I can show you where the water comes.

21      THE COURT:  I saw it in the open ditch.

22      COL. BOWEN:  There is about three second feet being

23  discharged from here at the present time.

24      THE COURT:  Is there sewage effluent?

25      COL. BOWEN:  Yes, sir.  It comes behind that recreation

1  area-- I will show you where it enters-- in that inlet just

2  behind that pier.

3      MR. STAHLMAN:  Where is the ditch it enters in?

4      COL. BOWEN:  At the other end.

5      MR. SACHSE:  You testified that you tried to lower the

6  lake level getting ready for the early runoff rains.  Is that

7  the reason for the early discharge now?

8      COL. BOWEN:  Yes, sir.

9      MR. SACHSE:  To let it out and let it get into the basin

10  downstream?

11      COL. BOWEN:  Yes.

12      MR. SACHSE:  You are using how much?

13      COL. BOWEN:  Approximately 3 second feet.

14      THE COURT:  How high can the level come here?

15      COL. BOWEN:  13.70 brings it up to the spillway level.

16  The spillway is on the other end of the dam.  The dam is traversed

17  by this hard-surfaced road.

18      THE COURT:  About two feet higher than it is now?

19      COL. BOWEN:  About 2.55.

20      THE COURT:  I thought it was 11.15.  You said 13-what?

21      COL. BOWEN:  13.70.

22      THE COURT:  Two and a half feet.

23      COL. BOWEN:  Fallbrook Creek enters this lake out of our

24  view at the northern end of the lake beyond that green slope.

25  It comes down from the hospital area.

1    MR. SACHSE:   Where does the hospital sewage go?

2    COL. BOWEN:   The hospital sewage is treated in Plant

3 No. 3.

4    MR. SACHSE:   Down the river?

5    COL. BOWEN:   Yes.

6    This is the spillway section right in front of us here.

7 Water can go underneath the road.

8    The inlet to the ditch is behind that clump of tules

9 over there.   A gate structure marks the inlet to the lake.

10 Water from O'Neill ditch comes underneath the road.   We can

11 see the ditch when we get up about where that lattice house is.

12                     ------

13    COL. BOWEN:   To the left here are spreading areas.   The

14 lowest division box on our ditch is where these iron pipes are

15 located over here.   You can either divert water into the lake

16 or bypass the lake in a channel which we just crossed, which

17 goes over and joins up with that outlet channel from the other

18 outlet structure.

19    MR. SACHSE:   These sand dikes we see here are--

20    COL. BOWEN:   --part of the channel spreading area.

21    The ditch parallels the road to the right and follows

22 along the toe of the terrace.

23                     ------

24    COL. BOWEN:   This is the official gage on the O'Neill

25 ditch, Parshall Flume, with an automatic Stevens water staff

1 recorder housed in blocks.  This is the point where the
2 official U.S.G.S. record is made that appears in the Water
3 Supply Paper.

4      THE COURT:  Is this the flume way into Lake O'Neill?

5      COL. BOWEN:  Yes, sir, this is the O'Neill ditch here,
6 and there were no diversions from the ditch below this point
7 except at the lowest division box that I pointed out.

8      THE COURT:  There is no water in the ditch now?

9      COL. BOWEN:  No, sir, there is no surface flow in the
10 river.

11      THE COURT:  The lake is maintained by sewage effluent?

12      COL. BOWEN:  Yes, sir.

13      This area to your left is the first off-channel water
14 spreading device.  We will stop at the division box which
15 diverts water from the ditch into the spreading area.  We show
16 three spreading areas on the exhibit we have.  We are working
17 continuously on enlargement of it. They plan to continue on
18 down the floor of the valley.

19                    --------

20 COL. BOWEN:  This is the division box here where water can be
21 diverted into the spreading area.  There is a 72-inch corru-
22 gated steel culvert under the ditch bank and water can be diverted
23 either into the spreading area or can be allowed to continue on
24 down the ditch, or both.

25      The capacity of the ditch to this point is about 100

1   cubic feet per second, and the lower reach of the ditch is

2   limited to about 25 c.f.s.  Naturally, that controls the amount

3   that can be released from this point down into the lower

4   portion of the ditch.

5          This levee along which the tetrahedrons are sited is

6   that old flood control levee that the Ranch put in and the

7   control gate that Mr. Sachse inquired about is in the ditch.

8   The elongation with that row of tetrahedrons allowed the

9   ranch to put stock logs in the ditch and effectively seal off

10   this area from flood flow.  That is the only reason for it

11   being there.

12          The river channel, incidentally, is just beyond this

13   row of tetrahedrons.

14                    - - - - - - -

15          COL. BOWEN:  This is the upper of the two Parshall

16   flumes shown on our exhibit.  This is the five-foot flume.  It

17   is equipped to put an automatic recorder on, but we haven't

18   had an automatic recorder on it since its construction.  It

19   was completed last fall.  It is a five-foot flume.  It can

20   carry a little more then 100 c.f.s. with this concrete block

21   lift that has been put on top of the flume.

22          The earthen structure in front of us, running out to the

23   left there, is the diversion dam as it is shown on that exhibit.

24          Do we have that exhibit, the sketch of the Lake O'Neill

25   diversion area?

5638

1        THE COURT:  I remember it.

2        COL. BOWEN:  It was one of those later ones.  That is

3   the site of the diversion dam.

4        MR. VEEDER:  86-A.

5        COL. BOWEN:  86-A.

6        MR. VEEDER:  I don't believe we have it.

7        COL. BOWEN:  On the right abutment there, looking

8   downstream, you can see the breach in the fill.  During March

9   and April, periods of freshet--

10       THE COURT:  Will that be filled up again this fall?

11       COL. BOWEN:  We have a different plan now for diverting

12  it, and I will show your Honor what that is when we get up

13  there.

14                    -------

15       COL. BOWEN:  Here we are puttin in a diversion weir,

16  and we are placing part of it below ground water level, so we

17  had to excavate and put in a pump to pump water out, and that

18  accounts for the stream flow you see off to your left.

19       On your right is the first control structure on O'Neill

20  ditch.  It is comprised now of two gates.  You will notice

21  that one of the gates is new.  Under the old system of

22  diversion, where we impounded water behind a dam here and

23  built up a head, one 36-inch culvert was sufficient to carry

24  the peak capacity of O'Neill ditch; but our revised plans now

25  call for taking water further upstream without building up a

5539

1    head, and it required an additional 36-inch culvert and head

2    wall structure in order to meet the peak capacity of the upper

3    reach of the ditch.  We don't intend to use this impounding

4    structure any more, and that is the reason we haven't replaced

5    the breach.

6                              ------

7         COL. BOWEN:  You can see the origin of the water in the

8    creek.  There is no surface stream flow.

9         We have escavated and pulled down the water and are

10   placing that rock in there to finish a weir for the purpose

11   of diverting water into the ditch on your right.  Of course,

12   this section of road will be opened up to allow passage of

13   water into it when the construction is completed.  This weir

14   is designed for a given stream flow.  It should result in much

15   less maintenance than our former type of diversion dam.

16        THE COURT:  What will it be, sort of an open ditch

17   water line; is that the idea?

18        COL. BOWEN:  This weir will come up four feet above the

19   stream bed.

20        THE COURT:  Will it be covered over?

21        COL. BOWEN:  It will just be rock.  That big rock is

22   being used at the base of the weir and it will simply serve to

23   divert the water over toward the ditch on your right and flows

24   in excess of the capacity of the ditch will simply flow over

25   the rock weir and continue on down the channel.

1       THE COURT:  Is the weir going to be in the shape of a

2  ditch, or filled up?

3       COL. BOWEN:  No, it will be filled up, your Honor.

4       THE COURT:  What will happen in case of flood?

5       COL. BOWEN:  It will go right over the top of it.

6       THE COURT:  Is there going to be material on top of

7  this rock weir?

8       COL. BOWEN:  This big rock here theoretically will not

9  be washed out.

10      THE COURT:  Will sand wash in and fill up between the

11  rocks?

12      COL. BOWEN:  Yes, sir, but it won't matter.  It will

13  probably be in and out.

14      THE COURT:  When are you going to have this done?

15      COL. BOWEN:  The 1st of January.

16      THE COURT:  One good flood and you have it filled up

17  with sand.

18      COL. BOWEN:  It won't matter too much.  This is just a

19  diversion type structure.

20      THE COURT:  But if this floods over like this, isn't

21  this the channel?

22      COL. BOWEN:  This is the channel.  The water washes all

23  down.

24      THE COURT:  This hole you have dug in here, one good

25  flood and you have it filled up.

1    COL. BOWEN:  That will be filled up anyhow.  That will

2 be back-filled with rock material across the sand material

3 across channel when the rock is completed.

4       -------

5    COL. BOWEN:  The hospital well is in the river bottom.

6 Water is pumped to the reservoir up on the hill to our right

7 front for the hospital.

8    THE COURT:  This is about the upper end of the Upper

9 Basin here?

10    COL. BOWEN:  Yes, sir.

11       --------

12    THE COURT:  Why doesn't the Government want a dam at

13 De Luz Dam Site?

14    MR. VEEDER:  I am in favor of it, if you ever chase

15 Fallbrook out of the case.

16       ---------

17    THE COURT:  Is the De Luz Dam Site here?

18    COL. BOWEN:  Yes, sir.

19    Go up a little further.

20    THE COURT:  What kind of material is underneath here?

21    COL. BOWEN:  That is granitic.  That generally marks

22 the axis of the De Luz Dam Site, and it was at this point that

23 Mr. Worts used for his upper limit.  I should say this position

24 was his upper limit of his Upper Basin for purposes of his

25 analysis of the Lower Santa Margarita Basin.  But there is no

1   physical barrier underground here which limits it.  The

2   alluvium continues on up through De Luz Creek, which comes in

3   about half a mile above us and on up the Santa Margarita.

4   There is no hydraulic barrier in the alluvium at this point.

5         MR. VEEDER:  What is the depth of the alluvium here?

6   Do you know?

7         COL. BOWEN:  125 feet.

8         THE COURT:  The dam would have to go down that deep?

9         COL. BOWEN:  Yes, sir.

10                    --------

11        COL. BOWEN:  This is the river channel.  We just crossed

12   the Santa Margarita River, your Honor.  The water that you

13   noted in the stream down there rises about at the De Luz Dam

14   Site.  There is a constriction in the channel.  The hills come

15   close together and the water rises and flows for a short

16   distance down there.  De Luz Creek enters toward the north.

17   It flows toward us.

18        This white house houses the De Luz well, which is the

19   standby well for the Ammunition Depot.  You can see the pipe

20   line taking out from the well house.  The old rusty line leading

21   up to the stream, that is the line that leads up there and is

22   operated during the dry months.  I had thought we might get

23   to their diversion today, but I don't believe that we will be

24   able to.  But we can pick that up when we are up in the Fall-

25   brook area.

5643

1      MR. VEEDER:  Before we go off the record, could you have

2  Col. Bowen mark each of these stops on the record?  We had

3  gone to No. 12 or 13.  Can he go to the record and just mark

4  on the quadrangles?

5      THE COURT:  This is probably the only other stop we would

6  have to note.  Some of these matters are just general observa-

7  tions.  Do you want to mark this stop?  We have marked most

8  of them that were pertinent.  Lake O'Neill doesn't need to be

9  marked.  We can see that easily.  I will let the Colonel use

10  his judgment.  If he wants to mark this stop, he may mark it

11  with the next number in order, and if you want to mark some

12  of the others you may mark them on the map.

13                          -------

14      COL. BOWEN:  This is the stream channel of De Luz Creek

15  here.

16                          -------

17      (After crossing De Luz Creek, the bus turned around.)

18                          -------

19      COL. BOWEN: ' I overheard Mr. Hall ask about the location

20  of the gallery.  To make it clear, it is about five river miles

21  up the Santa Margarita River from this well.  The beginning

22  of the pipe line there stretches across that sandy strip there.

23      THE COURT:  What gallery is this?

24      COL. BOWEN:  That is the NAD's infiltration gallery

25  which is astride the stream.  That is the one I mentioned that

1   I thought we would defer until we were in the Fallbrook area.

2          THE COURT:   We haven't been in any area of the NAD yet,

3   have we?

4          COL. BOWEN:   No, sir.   It would take at least thirty

5   minutes to go up there and back.

6          THE COURT:   We will catch it with the rest of it.

7          COL. BOWEN:   Yes, sir.

8                        --------

9          COL. BOWEN:   This is Fallbrook Creek, your Honor.   You

10   might like to take a look at it and see if there is anything

11   flowing in it.

12          MR. SACHSE:   It only flows during and immediately after

13   heavy periods of precipitation and runoff.

14          COL. BOWEN:   I would like to point out that neither of

15   the sewage effluent gets down this far, neither Fallbrook nor

16   Naval Ammunition Depot.

17          THE COURT:   It is dumped in above this?

18          COL. BOWEN:   Above this.

19          THE COURT:   Mark this on your map next in order.

20          COL. BOWEN:   Your Honor, I have marked the general area

21   of the confluence of De Luz Creek with the Santa Margarita

22   River, which appears on 89-CG-4, with the number 14, and I

23   will mark on 89-CG-4, the number 15 where the Camp De Luz Road

24   crosses Fallbrook Creek. That appears in the Southeast Quarter

25   of Section 32, 10 South, 4 West.

5645

1        THE COURT:  Very good.

2        MR. SACHSE:  I would like you to note the size of those

3   phreatophytes, sycamores, et cetera.

4        THE COURT:  What has that to do with it?

5        MR. SACHSE:  Underground water, according to the testi-

6   mony of Col. Bowen.

7        MR. STAHLMAN:  Do they run all the way up the creek?

8        COL. BOWEN:  Yes, they do, even in the town of Fallbrook.

9        MR. STAHLMAN:  Better be a little revision of that

10  geology.

11       MR. VEEDER:  That's what I say.

12       THE COURT:  Who is on whose side?

13       MR. SACHSE:  Right now Col. Bowen is on my team.

14       THE COURT:  All right, let's go.

15                        ---------

16       COL. BOWEN:  This is the boundary between Camp Pendleton

17  and the Naval Ammunition Depot.

18                        ---------

19       COL. BOWEN:  Coincidentally, Judge, they have some

20  training going on out here.

21       THE COURT:  You had this timed well.  This wouldn't

22  happen once in six months, I guess.

23       MR. STAHLMAN:  Didn't you see Cdr. Redd jump out and

24  go ahead?

25       THE COURT:  I recognize this from the description.  This

1    is where the bridge-building crew is.

2         COL. BOWEN:  This is the point where the bridge platoon

3    operates from, and the only place on the reservation that

4    they can get still water to practice over-water temporary

5    bridge construction of the pontoon variety.  They can build

6    that fixed bridge type on dry land.

7         We also have a climatological station out on this point

8    here, a Class A weather station, which has a recording hydro-

9    thermograph max-min  thermometers, evaporation fan, which we

10   have used and the State has used in their evaluation of

11   evaporation from the fresh water surfaces of this area.  I

12   think some mention of that is made in their Bulletin.

13        MR. STAHLMAN:  In that you know what.

14        THE COURT:  All right, let's go.

15             - - - - - - -

16        COL. BOWEN:  This is where the sewage effluent comes

17   from Lake Urine into Lake O'Neill.

18        THE COURT:  How is Lake Urine spelled, seriously?

19        COL. BOWEN:  U-r-i-n-e.  It has no other name that I

20   know of.  Sometimes called Sutro Lake.

21        THE COURT:  How is it spelled-- H-u-r-o-n?

22        COL. BOWEN:  No, sir; U-r-i-n-e.

23        MR. VEEDER:  Did you see these suds down here, your

24   Honor?

25        THE COURT:  Yes.  There are some over here, too.

             - - - - -

5647

1        COL. BOWEN:  This illustrates some of the recreational

2   uses to which Lake O'Neill is put.  We have this recreational

3   area for military personnel, their dependents and guests.

4   Small boats are available for rowing about Lake O'Neill.

5                              -----

6        MR. STAHLMAN:  Is this the upper reservoir?

7        MR. VEEDER:  Is this whole area to the left outside

8   the watershed?

9        COL. BOWEN:  This little canyon to the immediate left

10  is Windmill Canyon, a tributary of the San Luis Rey River.

11       Here is Reservoir No. 3 on your left, the biggest of the

12  reservoirs.

13       You wondered about the booster pumps.  Below here is

14  one of the booster stations that boost water up into this

15  reservoir system.  You notice from a point about that ridge

16  that projects in front of us that Photograph 86B, I think, was

17  taken.

18       MR. VEEDER:  What is the booster pump for?

19       COL. BOWEN:  It boosts water from our well field on up

20  to this reservoir system on the ridge line.

21       THE COURT:  Which is on 101?

22       COL. BOWEN:  The ridge line is not on 101, but the

23  reservoirs are.

24       MR. VEEDER:  That is what I say.

25       COL. BOWEN:  Yes.

1       MR. VEEDER:  And this is one of the reservoirs?

2       COL. BOWEN:  This is No. 3 above us.  No. 2 is where we

3  first came up onto the crest of the ridge.  You can see it

4  over there to your right rear.

5                        ------

6       COL. BOWEN:  A little ammunition depot for storing the

7  immediate needs of the Marine Corps is off to your right in

8  the canyon down there.

9                        ------

10      COL. BOWEN:  This is Reservoir No. 4, Judge, on the

11  Santa Margarita watershed.

12      To your right, again, is Windmill Cayon, a tributary to

13  the San Luis Rey.

14      The main division area is laid out in front of you

15  there, lying largely outside the Santa Margarita watershed.

16      The buildings denoted the industrial area and barracks

17  area where the troops are billeted we toured before lunch.

18      I now propose to go back down through the 24 area and

19  that will just about terminate this tour for today, and then

20  we will proceed down to my office, if that meets with your

21  pleasure.

22      THE COURT:  All right.

23      I have made a mental note of this vast area to the right,

24  Mr. Veeder.

25      MR. VEEDER:  I was about to say a few words, but it is

1   unnecessary.

2                              - - - - - -

3         COL. BOWEN:   I will let Mr. Cannon go back to his work,

4   Judge, at this point, unless you have any desire for his

5   continued presence.

6         THE COURT:   Good to see you, Mr. Cannon.

7         (Mr. Cannon leaves the bus at this point.)

8                              - - - - - - -

9         COL. BOWEN:   This is the 24 area here.   This is the

10  Camp headquarters.   The big building in front of us is the

11  headquarters of the Commanding General and his staff.

12                             - - - - - - -

13        (Whereupon the bus carried the touring party back to

14  Col. Bowen's office at Camp Del Mar and the tour was there con-

15  cluded.)

16

17

18

19

20

21

22

23

24

25