# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

### HONORABLE JAMES M. CARTER, JUDGE PRESIDING

— — —

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al,

Defendants.

No.  1247-SD-C

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:        San Diego, California

Date:         Wednesday, December 10, 1958

Pages:   6296 to 6358

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____  DEPUTY

**JOHN SWADER**
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA, )
                   )
          Plaintiff, )
                   )
    vs.               )      No. 1247-SD-C.
                   )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                   )
          Defendants. )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Temecula, California

Wednesday, December 10, 1958.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff | WILLIAM H. VEEDER, ESQ., Special Assistant to the Attorney General, Department of Justice, Washington, D.C. |

APPEARANCES (Continued):

| | |
|---|---|
| For Defendant Vail Company | GEORGE E. STAHLMAN, ESQ. |
| For Defendant State of California | EDMUND G. BROWN, ESQ., Attorney-General, by ADOLPHUS MOSKOVITZ, ESQ., Deputy Attorney General, and CARL BORONKAY, ESQ. |
| For Defendants Fallbrook Public Utility District, et al. | F. R. SACHSE, ESQ. |
| For Defendants Hartman, Lewis, Wilks and Bayle, and Oviatt | BEST, BEST & KRIEGER, by ARTHUR L. LITTLEWORTH, ESQ. |

Temecula, California, Wednesday, December 10, 1958.  8:00 A.M.


(Court convened at the Vail Ranch.  Those present were as follows:  The Court, the Clerk, and the Reporter; for the plaintiff:  Messrs. William H. Veeder, Frank H. Cannon, Fred Kunkel, Lt.Col. A. C. Bowen, Lt. Carter, Lcdr. Donald W. Redd; for the defendants:  Messrs. George Stahlman, H. M. Hall, Wilkinson, Mahlon Vail, F. R. Sachse, Adolphus Moskovitz, Robert Fox, Laurence James, Carl Boronkay, Arthur Littleworth, Jack Roripaugh, Leo Roripaugh, Albert Ceas, H. F. Doherty, Joe Rowe, Owen W. Strange.)

(The above-named persons boarded the Marine bus at the site of the Vail Ranch offices and started a tour of Murrieta Valley.  Each break in the transcript indicates a stopping of the bus and the occurrence of proceedings for the record.)

- - - -

THE COURT:  Let us have some ground rules.  The reporter can't get everybody talking at once.  If somebody wants something on the record, you will have to speak up and find a time to do it.  Otherwise, we will just take down the essential parts, the remarks of the viewer, and anything that any of the other parties want to put on the record.

Go ahead.

MR. ILLINGWORTH:  This first stop enables us to look down Temecula Canyon.  Temecula Creek passes through Pauba

1  Valley on our left, through which we have been driving.

2  Murrieta Creek comes from the hills right at the toe of the

3  hills, and the two rivers form the Santa Margarita River at

4  the head of the gorge.  This is the gorge that follows on down

5  to the Fallbrook diversion and the NAD diversion and on down

6  to Camp Pendleton.

7       THE COURT:  Mark this as No. 1 with a circle around it

8  on the segment.

9       MR. MOSKOVITZ:  This is Exhibit 29K, the quadrangle

10  sheet of the Temecula quadrangle.

11       (The spot was marked as No. 1 on Exhibit 29K.)

12       MR. ILLINGWORTH:  There is a stream gauging station in

13  the gorge which measures the flow in the Santa Margarita River

14  at that point.  There is a second stream gauging station just to

15  the right about where that tree shows, and that is the gauge

16  of the Murrieta Creek.  We will be able to see the top of the

17  gauging station house as we proceed along the road.

18            -------

19       MR. ILLINGWORTH:  I would like to have Mr. Hall, Mr.

20  Stahlman or Mr. Vail correct me if I am wrong, but this, I

21  believe, is what has been identified as Sheep Camp Spring.

22  There is a dam-like structure you see there and beyond it is

23  some vegetation which doesn't appear green at the moment of

24  the low temperatures, but there is a spring at that location.

25  I believe it is the largest one along this Wildomar fault.  It

1    is one of those that demarks the fault.

2            THE COURT:  That is what you have referred to as one

3    of the points of rising water?

4            MR. ILLINGWORTH:  One of the springs, I believe.  It

5    has been referred to as a point of rising water, yes.

6            Looking in the other direction, this is Murrieta Valley,

7    and the point of rising water is off in this general direction

8    somewhere.  You can barely see the cut of the stream.  It is

9    maybe 10 to 20 feet deep along in this section, and the first

10   point of rising water is out in this general area.

11           MR. VEEDER:  At this time of year; is that right?

12           MR. ILLINGWORTH:  Yes, it stays pretty constant.

13           THE COURT:  You are pointing off in a westerly direction,

14   aren't you?

15           MR. ILLINGWORTH:  Yes, sir.  It is approximately at the

16   location of the Vail property line, I believe.

17           MR. VAIL:  A little above.

18           MR. ILLINGWORTH:  Just a little above, yes.

19           MR. LITTLEWORTH:  Is that area primarily in Storage Unit

20   No. 1 where you are looking straight ahead?

21           MR. ILLINGWORTH:  That is true.  That is the one desig-

22   nated as Murrieta Valley.

23           This has been classed as Recent alluvium in here on the

24   geologic map to the west of the highway here, and above the

25   edge of the valley floor is the material which has been called

1   older alluvium or older continental deposits.

2       THE COURT:  What plate are we on?  Mark this is No. 2.

3       MR. MOSKOVITZ:  This is Exhibit 29J.

4       MR. ILLINGWORTH:  We are right at the point right here

5   (indicating).

6       THE COURT:  I will put a 2 with a circle around it on

7   Exhibit 29J to indicate this place.

8       (The Court marked a figure 2 on Exhibit 29J.)

9       MR. MOSKOVITZ:  Is that Santa Rosa Plateau?

10      MR. ILLINGWORTH:  Yes, it is.  The Santa Rosa Ranch is

11  located in that area.

12      The next stop will be up here ahead and on the old highway

13  to Elsinore, where you can see some of the trees there.  I

14  thought maybe it would be well to get out and walk in to one

15  of these small springs that is on this Wildomar fault.

16      MR. MOSKOVITZ:  Proceeding in a northwesterly direction.

17          -----

18      THE COURT:  Is this a point of rising water?

19      MR. ILLINGWORTH:  Yes, it is one of the springs along

20  the Wildomar fault.

21      (At this point the party got off the bus.)

22      MR. MOSKOVITZ:  Here is Exhibit 29J.

23      MR. ILLINGWORTH:  These little ponds don't show on this

24  map.

25      THE COURT:  You are talking about Exhibit 29J?

1    MR. ILLINGWORTH:  Yes, sir.  And the point where we are

2  standing is on the line delineated as the Wildomar fault line

3  on Exhibit 29J by a series of X's in blue pencil.

4    THE COURT:  Where are you-- about here (indicating)?

5    MR. ILLINGWORTH:  Right about there.

6    THE COURT:  I will put a 3 there with a circle around

7  it.

8    (The Court marked the figure 3 on Exhibit 29J.)

9    THE COURT:  Point out the fault line.  Right along the

10  base of the escarpment?

11    MR. VEEDER:  Would you like to look at Exhibit 15-A,

12  your Honor?  We have a copy of 15-A here.

13    THE COURT:  The fault line is along this escarpment

14  here?

15    MR. ILLINGWORTH:  Yes, sir, that is my understanding

16  of the geology.

17    MR. VEEDER:  Here is 15-A.  Where are we on that, Mr.

18  Kunkel?

19    MR. KUNKEL:  Right there (indicating).

20    MR. MOSKOVITZ:  Would you like to point out where you

21  think the fault line is where we are standing?

22    MR. JAMES:  We are standing pretty close to it right

23  now.

24    THE COURT:  The dotted lines on 15-A-- we will put it

25  a little bit in front of it?  No, here is the road.  We are

1  just about at the dotted lines on 15-A.  This is an artificial

2  bank thrown up?

3      MR. ILLINGWORTH:  Yes, I believe so.  The water emanates

4  from springs along the fault here.

5      MR. LITTLEWORTH:  This is on the property of Mr. Waddell,

6  who is one of the defendants, your Honor-- one of our clients

7  in this action.

8      THE COURT:  How much does he own in here?

9      MR. ILLINGWORTH:  All this land ahead of us here is

10 rather a swampy type.  That extends for some distance up to the

11 right also.  Murrieta Creek is out there along where you can

12 see earth thrown up.  That is the bank of Murrieta Creek.

13     MR. LITTLEWORTH:  Mr. Roripaugh thinks Mr. Waddell owns

14 40 acres cutting across this way.  The ranches generally lie

15 across the valley and they lie one after another cutting across.

16     THE COURT:  Any other questions here?

17     MR. MOSKOVITZ:  I would like to have Mr. Kunkel or Mr.

18 James point out whether we are standing on older alluvium and

19 where the contact is between the older and the Recent alluvium.

20     MR. KUNKEL:  I think the material we are standing on

21 right here is a very thin veneer of younger alluvium, but the

22 older alluvium is at very shallow depth.

23                      ------

24     (The party again gets off the bus at this point.)

25     MR. MOSKOVITZ:  Use Exhibit 29J to point out the spot.

1    MR. ILLINGWORTH:  The spot on Exhibit 29J where we are

2  standing will be designated 4, and these ponds shown are the

3  ones back here, so that we are some few hundred feet--

4    THE COURT:  Put your number over in that space.

5    Whose property is this on?

6    MR. LITTLEWORTH:  This is Ralph Barnett's property.  He

7  has about 200 acres.

8    Can you make any estimate of the flow that is coming

9  out there, Mr. Illingworth?

10    MR. ILLINGWORTH:  I could.  This is an art that you

11  acquire, and I haven't been estimating such things recently.

12    MR. LEO RORIPAUGH:  We measured it.  It is approximately

13  30 gallons a minute.

14    MR. LITTLEWORTH:  When did you measure it?

15    MR. LEO RORIPAUGH:  Just a couple of weeks ago.

16    THE COURT:  Mr. Roripaugh told me that this spring has

17  run like this as long as he can remember.

18    MR. LEO RORIPAUGH:  Yes.

19    THE COURT:  At all times throughout the year?

20    MR. LEO RORIPAUGH:  Yes, that runs all of the time.

21    MR. MOSKOVITZ:  And the flow doesn't vary at all?

22    MR. LEO RORIPAUGH:  Very little.

23    THE COURT:  All right, shall we go?

24    MR. ILLINGWORTH:  The next stop will be on Mr. Leo

25  Roripaugh's place and we will take a quick look at the flow in

1  Santa Gertrudis Creek, which is rising water, and he says that

2  this flow started about two months ago in October.  It is dry

3  during the summer.

4                          ------

5      MR. MOSKOVITZ:  Is this standard every year? You have

6  the same pattern?

7      MR. LEO RORIPAUGH:  Yes, this rises every year.  Along

8  in April or May, depending on how wet the year is, it dries up.

9  During the summer months it is dry.

10      THE COURT:  This is not sworn testimony, but I suppose

11  we can waive that.

12      MR. LITTLEWORTH: Do you want to swear him in?

13      THE COURT: Either waive the requirement or have him

14  sworn.  Otherwise it is not sworn testimony in the case.

15      MR. VEEDER:  What is this now?

16      THE COURT:  Raise your right hand.

17      (Whereupon Mr. Leo Roripaugh was duly sworn by the Court.)

18      THE COURT:  Ordinarily what you have just stated is true?

19      MR. LEO RORIPAUGH:  Yes.

20      THE COURT:  That this little stream rises each year about

21  this time of the year?  That water starts to come up in the

22  fall?

23      MR. LEO RORIPAUGH:  About in October.

24      MR. VEEDER:  How does that correlate with the time you

25  quit pumping around here?

1    MR. LEO RORIPAUGH:  It doesn't make any difference.  We

2  have been pumping like at present because there has been no

3  rain, but this water came up as usual.

4    MR. LITTLEWORTH:  Has there been any change in the flow

5  over the years in this rising water?

6    MR. LEO RORIPAUGH:  I would say it is approximately the

7  same.

8    MR. VEEDER: You have dug this out?

9    MR. LEO RORIPAUGH:  Yes, we just keep it clean so that

10  at flood time the water can get through without flooding.

11  Every year we clean it out and we keep it clean.

12    MR. MOSKOVITZ:  On Exhibit 29-J I would like to have

13  Mr. Illingworth mark No. 5, pointing to the place where we are

14  now.

15    (Mr. Illingworth marks the spot with the number 5 on

16  Exhibit 29-J.)

17    THE COURT:  Where is that big pond?

18    MR. ILLINGWORTH:  The one that we see here is across the

19  way.

20    MR. VEEDER:  On the other side of the embankment; is that

21  it?

22    MR. ILLINGWORTH:  Yes.  There is another to the northeast

23  of Highway 71 that we haven't seen yet, but it shows here

24  prominently on the map.

25    The gauging station as shown on Exhibit 29-J was one that

1    we installed during our investigation, and it was on this

2    Highway 71 bridge across Santa Gertrudis Creek.

3         MR. VEEDER:  How long was that in operation?

4         MR. ILLINGWORTH:  A little less than two years.

5         MR. MOSKOVITZ:  During what years of the investigation

6    by the Division of Water Resources?

7         MR. ILLINGWORTH:  The latter part of 1952 through the

8    spring of 1954.

9         MR. MOSKOVITZ:  And the records that were kept are

10   found in the Appendices to Bulletin 57, Exhibit L?

11        MR. ILLINGWORTH:  Yes.

12        MR. LITTLEWORTH:  Can you point out the fault line with

13   respect to this water?

14        MR. LEO RORIPAUGH:  You see this reservoir across the

15   way.  The spring on the fault line comes up where you see that

16   cottonwood in the middle of the three.  Then you look west

17   where the road curves.  Just below the road there is another

18   spring coming up, and there is a stock watering trough that

19   is fed by the spring on the fault line also.

20        THE COURT:  North of this fault line is there another

21   standard of water?

22        MR. LEO RORIPAUGH:  There is quite a lot of water above

23   this fault line.

24        THE COURT:  You go down how far to get water?

25        MR. LEO RORIPAUGH:  Our wells are 500 feet, but it is

1    only probably, say, 30 feet to water.  As you go back further,

2    of course, it gets deeper.

3         THE COURT:  The sister is drilling a well over here?

4         MR. LEO RORIPAUGH:  Yes.

5         THE COURT:  She is down what-- about 35 feet now?

6         MR. LEO RORIPAUGH:  Yes.  My dad can tell you whether

7    they are in water or not.  I haven't been over there.  If you

8    want to ask him, he knows about it.

9                        -------

10         MR. ILLINGWORTH:  Next we will proceed up Santa Gertrudis

11   Valley to the left here and stop at Leo Roripaugh's well, the

12   well designated 7 South, 3 West, 26J1.

13                    _____

14         (The party again gets off the bus at this point.)

15         THE COURT:  What do you have there?

16         MR. KUNKEL:  A tape for measuring the well.  This is

17   your access hole that goes into your well casing.

18         (Mr. Kunkel uses a tape.)

19         THE COURT:  You put it down to where you think it is?

20         MR. KUNKEL:  You put it in more than you think it is, and

21   then you subtract what is wet from what you put in.

22         I have dropped in 50 feet of tape.  It comes up, the

23   tape is wet at 20.76, which means there is 29.24 feet to water.

24         MR. VEEDER:  How does that compare with the last time

25   you were out here?

6309

1        MR. KUNKEL:  It is up about ten feet.

2        MR. VEEDER:  When was it pumped the last time, Mr.

3 Roripaugh?

4        MR. LEO RORIPAUGH:  Two or three weeks.  This is a guess.

5        MR. VEEDER:  It is about 10 feet higher than it was last

6 time?

7        MR. LEO RORIPAUGH:  It is about two or three weeks since

8 it was last--

9        MR. VEEDER:  We are not on the record?

10        THE COURT:  Yes.

11        MR. VEEDER:  I was just talking.

12        MR. LITTLEWORTH:  How many acres do you irrigate with

13 this well and your Well No. 1?

14        MR. LEO RORIPAUGH:  About 200.

15        MR. LITTLEWORTH: What is the designation of Well No. 1,

16 Mr. Illingworth-- the well just up here?

17        MR. ILLINGWORTH:  I don't know offhand.  I will have to

18 get my well location map.

19        THE COURT:  Where is this well perforated?

20        MR. LEO RORIPAUGH:  This is pre-perforated all the way

21 down.  There is about 90 feet no perforation.

22        THE COURT:  The first 90 feet?

23        MR. LEO RORIPAUGH:  Not perforated.  The rest is machine

24 perforated.

25        THE COURT:  It is down about 500 feet?

1          MR. LEO RORIPAUGH:  I think this is about 505 feet deep.

2          MR. MOSKOVITZ:  I will put a No. 6 by this well, your

3    Honor.

4          THE COURT:  Put a 6 by the Roripaugh well on Exhibit 29-J.

5          (The spot was marked No. 6 on Exhibit 29-J.)

6          MR. VEEDER:  Let's go down and take a look at the older

7    alluvium protruding from the younger alluvium.

8          THE COURT:  All right.

9          MR. ILLINGWORTH:  The well referred to, Mr. Roripaugh's

10   well No. 1, is well 7 South, 3 West, 25E1.

11         (The party moves away from the well.)

12         MR. VEEDER:  What is that?

13         THE COURT:  Older alluvium?

14         MR. KUNKEL: (Using a pick.)  This possibly may be

15   younger.

16         MR. JAMES:  That is pretty hard to say.

17         THE COURT:  Are you talking about the piece you broke

18   off?

19         MR. KUNKEL:  I am talking about the piece I broke off.

20   This is approximately on the contact.  The material I referred

21   to here has been bulldozed under.  I will dig and see if I can

22   find it.

23         MR. JAMES:  It is not very permeable.

24         MR. VEEDER:  What would you call that?

25         THE COURT:  Clay lens?

1    MR. VEEDER:  Is that a clay lens?

2    MR. JAMES:  Clay silty lens.

3    THE COURT:  You can't tell about this, though.  For

4 instance, if you had a pool of water in here, it could have

5 been formed very recently.

6    MR. JAMES:  I suspect, your Honor, that this was some-

7 thing that was deposited when the flow was petering out.

8    MR. MOSKOVITZ:  Right underneath it you have the sandy

9 material.

10    THE COURT:  That is a clay lens?

11    MR. FOX:  Yes.

12    MR. VEEDER:  There is no agreement whether this is

13 younger or older; is that right?

14    THE COURT:  Here is your contact.  Look at the differ-

15 ence in here (digging).

16    MR. JAMES:  That is the way that is deposited.  The fine

17 is deposited when the flow is low, and the coarser material is

18 deposited when it is flowing at a greater rate.

19    THE COURT:  You wouldn't call that a clay, generally,

20 would you?

21    COL. BOWEN:  No, sir.

22    MR. JAMES:  It is more in the silty category than it

23 is a clay, but nevertheless--

24    MR. VAIL:  How old would you say that is?

25    MR. JAMES:  In years you mean?

1       MR. VAIL: Yes. Five years or ten years?

2       MR. JAMES: I couldn't tell you. That particular piece

3 is of low permeability.

4       THE COURT: Going back to Mr. Vail's question, is there

5 some possibility that this layer of silt here was deposited

6 during recent flood times? By "recent" I mean five or ten

7 years?

8       MR. JAMES: There is a possibility, yes.

9       THE COURT: Or does it run back clear through underneath

10 here?

11       MR. VEEDER: It couldn't be five or ten years.

12       MR. JAMES: With this excavating here, it is difficult

13 to tell. I wouldn't want to hazard a guess.

14       THE COURT: It could have been put down by a flood two

15 years ago or ten thousand years ago?

16       MR. JAMES: Not ten thousand years ago. It could have

17 been dropped down here in the last twenty years or so or

18 possibly longer.

19       THE COURT: Anything further?

20       Let's go.

21       - - - - - - -

22       MR. ILLINGWORTH: We plan to proceed north through the

23 Santa Gertrudis Valley and turn left on Webster Avenue and go

24 past Murrieta Hot Springs. We will stop there briefly.

25       MR. FOX: What quad will we be on?

1          MR. ILLINGWORTH:  Still on 29-J.

2          It has been suggested that we stop here before pro-

3     ceeding to Murrieta Hot Springs.  This is the location from

4     which we can see the sites of some holes that were drilled by

5     Mr. Roripaugh.

6          MR. LITTLEWORTH:  This property to the right, your

7     Honor, is also Leo Roripaugh's property, which is dry farmed,

8     and he has made two attempts to get water on this land.

9          Can you point out the two locations?

10         MR. LEO RORIPAUGH:  That isn't exactly right.  These

11    wells were drilled along about 1927 or 1928 and they only

12    produced domestic water.

13         MR. LITTLEWORTH:  Can you point them out?

14         MR. LEO RORIPAUGH:  One of them is at this little house,

15    and the other is at the little group of trees up the valley.

16         MR. LITTLEWORTH:  How deep did the wells go?

17         MR. LEO RORIPAUGH:  They are just under 200 feet.

18         MR. STAHLMAN:  What do you call this location?

19         MR. LEO RORIPAUGH:  We call this the Martin Ranch.

20         MR. MOSKOVITZ:  Is this Nicholas Road to our right?

21         MR. LEO RORIPAUGH:  That is Nicholas Road to our right.

22         MR. MOSKOVITZ:  I will put No. 7 between Nicholas Road

23    and the creek, showing our location.

24         MR. STAHLMAN:  Are both of them considered the Martin

25    Ranch?

1        MR. LEO RORIPAUGH:  Yes.

2        MR. STAHLMAN:  Approximately how far apart are they?

3        MR. LEO RORIPAUGH:  You have me there.  You can judge it

4   there.  They are probably--

5        MR. LITTLEWORTH:  Quarter of a mile?

6        MR. LEO RORIPAUGH:  A little more than a quarter of a

7   mile.  I am guessing.

8        MR. VEEDER:  How deep was your recent well down there

9   that we were looking at?  500 feet?

10        MR. LEO RORIPAUGH:  That is right.

11        MR. LITTLEWORTH:  Did the driller hit bedrock at these

12   two spots?

13        MR. LEO RORIPAUGH:  That is what I have been told.  It

14   was before my time.  My dad knows quite a little bit about the

15   drilling.

16        MR. JACK RORIPAUGH:  Quite a bit of bedrock.

17        THE COURT:  Mark them on 29-J, the place where we are.

18        MR. MOSKOVITZ:  Yes.

19        THE COURT:  The first well pointed out is right below

20   the figure 7, and the second well is over near the pond.

21        MR. VEEDER:  What number?

22        MR. MOSKOVITZ:  No. 7 is where the bus is.  We put no

23   number where the other two spots are.  Would you like a number

24   on those?

25        THE COURT:  7A and 7B.

1       MR. LITTLEWORTH:  Who drilled those wells?

2       MR. LEO RORIPAUGH:  Mr. Barnett.

3       MR. VEEDER:  Do we have logs on those?

4       MR. LEO RORIPAUGH: We never could get the logs, and the

5 driller is dead, and as far as I know there are no logs on

6 them.

7       THE COURT:  How big casings were they?

8       MR. LEO RORIPAUGH:  They are about about 14 or 16.  They

9 are big holes.  I think 16, in fact.

10      What did we measure?

11      MR. JACK RORIPAUGH:  It seems to me they were 16, but

12 I wouldn't be sure.  They wouldn't be less than 14.

13      THE COURT:  What is this canyon that Nicholas Road runs

14 out of?

15      MR. ILLINGWORTH:  It is an extension of Santa Gertrudis

16 Valley.

17      THE COURT:  It is Santa Gertrudis, isn't it?

18      MR. JACK RORIPAUGH:  I believe so.

19      MR. VEEDER:  Do you know how those wells were perforated?

20      MR. JACK RORIPAUGH:  I don't know.

21      MR. LEO RORIPAUGH:  This first one doesn't even have a

22 casing down to the bottom.  It is just cased 40 feet.

23             - - - - - - -

24      THE COURT:  Mark this No. 8.

25      Mr. Albert Ceas, you own the property here to the right?

1       MR. CEAS:  Yes.

2       THE COURT:  How many acres do you have?

3       MR. CEAS:  240 in this place.  I own other land here.

4       THE COURT:  Other land adjoining?

5       MR. CEAS:  No.

6       THE COURT:  How much of this is in permanent pasture?

7       MR. CEAS:  Approximately 15 acres.

8       THE COURT:  Do you have a well?

9       MR. CEAS:  Yes.

10       THE COURT:  How deep is your well?

11       MR. CEASE:  160 or 65 feet.

12       THE COURT:  Perforated how far?  All the way down?  Or

13 do you know?

14       MR. CEAS:  I think the perforations start at about 30

15 or 40 feet down to the bottom of the hole.  The bottom of the

16 hole is bedrock.

17       THE COURT:  What do you get?

18       MR. CEAS:  25 inches the last time it was tested several

19 years ago.

20       THE COURT:  Pumped that consistently?

21       MR. CEAS:  Yes.

22       MR. ILLINGWORTH:  The Judge pointed out the fault zone

23 on Exhibit 15-A.  It passes through Murrieta Hot Springs from

24 east to west.  Perhaps we can see the escarpment of it here.

25       THE COURT:  Is there anything else about Mr. Ceas'

1    property that you want to point out here?

2         MR. LITTLEWORTH:  Did you say the well hit bedrock at

3    165 feet?

4         MR. CEAS:  The size of the casing-- is that what you

5    want to know, your Honor?

6         THE COURT:  Yes.

7         MR. CEAS:  12-inch.

8         MR. LITTLEWORTH:  Did you say that the well hit bedrock

9    at 165 feet, approximately?

10        MR. CEAS:  That is right.  It is on rock.

11        MR. VEEDER:  In other words, you don't know whether it

12   is bedrock or not.  You hit a rock?

13        MR. CEAS:  I am not a geologist.  I don't know whether

14   it is bedrock.

15        THE COURT:  How long did they try to go through it?

16        MR. CEAS:  I didn't drill it myself.  The well was

17   drilled when I bought the place.  They told me it hit bedrock.

18        MR. VEEDER:  Do you have a log on that?

19        MR. CEAS:  I believe so.  I believe Mr. Littleworth has

20   it.

21        MR. VEEDER:  What is the depth to water?

22        MR. CEAS: You mean where the water stands now?

23        MR. VEEDER:  Yes.

24        MR. CEAS:  58 feet.

25        MR. VEEDER:  165 feet?

1        MR. CEAS:  The well is 165 feet deep.  The water stands

2   at 58 feet.

3        MR. MOSKOVITZ:  Maybe Mr. Kunkel can tell quickly.  Is

4   this within your Ground Water Storage Unit No. 4?

5        MR. LITTLEWORTH:  It is.

6        MR. KUNKEL:  I believe it is.

7        MR. VEEDER:  We have Exhibit 17 here.  Why don't we

8   look at it?

9        MR. LITTLEWORTH:  It is.

10       THE COURT:  There is a well shown at A-1.

11       MR. VEEDER:  You are looking at 15-A, your Honor?

12       THE COURT:  In Section 24.  You are in Section 24, are

13   you?

14       MR. LITTLEWORTH:  Yes.  24A1 is the well.

15       MR. KUNKEL:  I believe it is.  This is cut up in lots

16   and blocks.

17       MR. LITTLEWORTH:  It is right on the edge, Mr. Kunkel,

18   of Storage Unit 4.

19       THE COURT:  But within it?

20       MR. LITTLEWORTH:  Within it.  It is inside it, but it is

21   near the top of it.

22       MR. VEEDER:  How far from Murrieta Hot Springs to here,

23   now?

24       MR. KUNKEL:  I would guess a mile, a mile and a half.

25       THE COURT:  All right, shall we go?

1    MR. CEAS:  I might say that right up back of me there

2  have been several attempts made to get water, to get producing

3  wells up in this valley behind me, and haven't been too suc-

4  cessful.

5        THE COURT:  In the floor of the valley?

6        MR. CEAS:  I guess so.  If you drive up a little bit we

7  can look at the valley.

8        MR. MOSKOVITZ:  You mean up Tucalota?

9        MR. CEAS:  It goes up off Tucalota.

10        MR. MOSKOVITZ:  No. 8 has been put on this same spot.

11              -------

12        THE COURT:  Point out generally.

13        MR. CEAS:  Back up where the water tank is there is a

14  well up there and that is over 300 feet deep.  It was drilled

15  in about--

16        MR. VEEDER:  Do you know this yourself, or is this hear-

17  say?

18        MR. CEAS:  That well drilled back there?  I saw it

19  drilled.

20        THE COURT:  When was it drilled?

21        MR. CEAS:  That is what I am trying to think of.

22        MR. LITTLEWORTH:  Approximately, Mr. Ceas.

23        MR. CEAS:  I think it was in the early '40's.  About 1940

24  I think it was.

25        THE COURT:  It would be either in the northeast quarter

1    of 19 or the Northwest Quarter of 24.

2       MR. VEEDER:  And that would be out of Basin No. 4?

3       THE COURT:  Probably.

4       MR. MOSKOVITZ:  Do you want to get Exhibit 17 out?

5       MR. JAMES:  Did that well encounter bedrock?

6       MR. CEAS:  I don't believe so.

7       MR. LITTLEWORTH:  Do you know how much it produces?

8       MR. CEAS:  I couldn't say.  Not very much.

9       MR. LITTLEWORTH:  Is it used for irrigation?

10       MR. CEAS:  It has been.

11       MR. MOSKOVITZ:  Who owns that property?

12       MR. CEAS:  That property has just changed hands.  It

13    belongs to a fellow by name of Guy Campbell, I understand.  It

14    was Servel property.  I believe it was 300 feet.

15       THE COURT:  It is in the Northeast Quarter of Section 19

16    or the Northwest Quarter ofSection 19 or the Northeast Quarter

17    of Section 24.

18       MR. ILLINGWORTH:  But it would have to be this side

19    of the stream.  It depends on which you rely on more, the stream

20    or the section.

21       THE COURT:  That section line doesn't agree with this

22    one exactly.

23       MR. ILLINGWORTH:  No.

24       THE COURT:  All right, let's go.

25

- - - - - - - -

1    MR. ILLINGWORTH:  This is Murrieta Hot Springs.  We will

2  designate this as point 9 on Exhibit 29-J.

3    MR. VEEDER:  Where are the springs?

4    MR. LITTLEWORTH:  Behind those buildings, Mr. Veeder.

5    MR. ILLINGWORTH:  The phreatophytes growing in this area

6  are maintained and probably have been for many years by the

7  springs.

8    THE COURT:  These are sulphur springs, aren't they?

9    MR. LITTLEWORTH:  Yes.

10    MR. ILLINGWORTH:  They are.  We have an analysis of them.

11    MR. LITTLEWORTH:  It is hot sulphur water.  When it

12  comes out, 138 degrees, something like that.

13    MR. VEEDER:  From what does it emanate-- older alluvium?

14    MR. ILLINGWORTH:  Hot rocks.

15    MR. LITTLEWORTH:  I think this is just outside their

16  Storage Unit 4, as I have calculated their line.

17    THE COURT:  It is.  I have calculated it, too.

18    By the way, who represents Murrieta?

19    MR. LITTLEWORTH:  We do.  They are in the same group.

20    THE COURT:  How many acres do they have?

21    MR. RORIPAUGH:  500, approximately.

22    MR. LITTLEWORTH:  400-some-odd.

23    THE COURT:  Is it a corporation?

24    MR. LITTLEWORTH:  It is a trust operated by the bank.

25  The actual party in interest is the Security First National Bank.

6332

1    MR. ILLINGWORTH:  We plan to proceed along this road

2    for about another mile and a half and make a brief stop at

3    Mr. Yoder's place.  His wells have been referred to in the

4    testimony and we will stop there.

5        THE COURT:  Is he here today?

6        MR. LITTLEWORTH:  No.

7                    - - - - - - -

8        MR. LITTLEWORTH:  This is M. J. Yoder's property.

9        MR. ILLINGWORTH: This is the property of M. J. Yoder on

10   the left, to the south of the highway.  He has two wells,

11   designated on Plaintiff's Exhibit 15-A as 7 South, 3 West,

12   15Q2 and Q3.

13       MR. MOSKOVITZ: Will you put a number 10 at this point

14   on Exhibit 29J?

15       THE COURT:  Yes.

16       MR. ILLINGWORTH:  Yes, I have placed No. 10 at this

17   location.

18       THE COURT:  I notice that the sign on the ranch says

19   "Webster Ranch."

20       MR. ILLINGWORTH:  This is Webster Avenue.

21       THE COURT:  The sign says "Webster Ranch."  That is the

22   Yoder property?

23       MR. MOSKOVITZ:  The mail box says "M. J. Yoder" right

24   ahead.

25       MR. ILLINGWORTH:  The sign is "395-Webster," I guess,

6323

1  indicating the intersection of 395 and Webster Avenue.

2      MR. SACHSE:  That's right.

3      MR. VEEDER:  Is that Mesa De Burro off to the left?

4      MR. ILLINGWORTH:  It is part of the Santa Rosa Plateau,

5  of which Mesa De Burro is a part.  I don't know whether you

6  can see that particular one or not, but there are a series

7  of mesas up there which are very flat.

8      MR. VEEDER:  They are basalt, are they not?

9      MR. ILLINGWORTH:  Some of them are, I believe, covered

10  with basalt.  I don't know whether all of them are or not.

11      MR. LITTLEWORTH:  These wells are in Storage Unit 4,

12  as I calculated the line-- the wells on the Yoder property.

13  One of these wells is the abandoned oil well that went down

14  something over a thousand feet, and one them produces hot sulphur

15  water also.

16      MR. STAHLMAN:  That is the two wells you spoke about?

17      MR. LITTLEWORTH:  Yes.

18      MR. STAHLMAN:  This is the fellow who heats his house

19  with the well?

20      MR. LITTLEWORTH:  Yes.

21      MR. ILLINGWORTH:  If we go across Highway 395 and a little

22  beyond we will be able to look down on Murrieta Valley itself.

23  Here we are looking over Murrieta Valley toward the Santa Rosa

24  Mountains.

25

-------

6324

1    MR. ILLINGWORTH:  We are now back onto the location of

2    the Wildomar fault.  It runs from our left to our right here

3    immediately north of Highway 71 at its intersection with

4    Webster Avenue.

5         THE COURT:  It seems to run right at the foot of the

6    toe of this little embankment here.

7         MR. LITTLEWORTH:  Yes.

8                         ------

9         MR. ILLINGWORTH:  It might be of interest to note that

10   the water quality problem, referred to in the testimony, was

11   in relation to this plant.  The chrome waste discharge into the

12   ground at this location contaminated some wells.

13        MR. MOSKOVITZ:  What has happened to that discharge?

14        MR. ILLINGWORTH:  The nuisance was abated.  The Water

15   Pollution Control Board handled this problem.

16        MR. VEEDER:  Do you know the source of the water that is

17   coming out of those sprinklers up there?

18        MR. ILLINGWORTH:  Ground water.

19        THE COURT:  Mark this place 12 on the map, on 29-J.

20        MR. VEEDER:  Is it older or younger alluvium?  Does

21   anybody know?

22        MR. SACHSE:  You are sitting next to a geologist.

23        THE COURT:  On your Exhibit 15-A it is younger alluvium.

24        MR. ILLINGWORTH:  Mr. Moskovitz is marking this point on

25   29-J as 12.

1    THE COURT:  I stand corrected.  The Colonel has pointed

2    out to me on 15-A that the sprinklers are in older continental

3    deposits.

4                    ------

5    MR. ILLINGWORTH:  I would like to point out here on our

6    left a canyon that is called Cole Canyon.

7    COL. BOWEN:  Slaughterhouse Canyon-- isn't that what it

8    is?

9    MR. LEO RORIPAUGH:  No.

10   MR. ILLINGWORTH:  Not on Exhibit 29-J.

11   During our investigation we had a stream gauging station

12   located on it.  It is shown also on 29-J.  It was generally

13   off to the left of the highway and just to the west of those

14   eucalyptus trees.  The creek that drains that canyon follows

15   around the top of the hill and to the left and joins Murrieta

16   Creek.  It is a fairly good producer of water.

17   THE COURT:  Mark it next in order.

18   MR. MOSKOVITZ:  Where the bus is, or where the gauging

19   station is?

20   MR. SACHSE:  The gauging station is on your U.S.G.S.

21   THE COURT:  Let's mark where the bus is and put a circle

22   around the gauging station.  It is on 29-J.

23   MR. MOSKOVITZ: Willyou point precisely where you think

24   the bus is, Mr. Illingworth and mark this spot 13 on Exhibit

25   29-J.

1         MR. STAHLMAN:  Mr. Illingworth, I notice off to our

2    right here is an irrigated field.  What is the source of that

3    water?

4         MR. ILLINGWORTH:  Groundwater.

5         MR. STAHLMAN:  Do you know the well from which--

6         MR. ILLINGWORTH:  I don't know offhand, no, sir.

7         MR. VEEDER:  Is this on older or younger alluvium on

8    15-A, your Honor?

9         THE COURT:  Where we are now situated?  The roadway

10   runs right through the younger alluvium on 15-A.

11        Shall we go?  All right.

12              - - - - - - - -

13        MR. ILLINGWORTH:  This stop is to indicate the watershed

14   boundary line.  The watershed runs down the ridge to our right,

15   crosses the highway just at the bend, proceeds westerly from the

16   intersection and then southwesterly across Murrieta Valley and

17   up one of the ridges on the slope of Elsinore Mountains.

18        MR. VEEDER: Is that the watershed by Col. Bowen?

19        MR. ILLINGWORTH:  We have the same line in this area,

20   I believe.  It is rather a flat divide here.  We both surveyed

21   this area and we compared our maps.  This is rather difficult to

22   see but it is not too hard when you have aerial photographs and

23   the U. S. Geological Survey quadrangles.

24        MR. MOSKOVITZ:  Will you mark 14 on 29-E where we are at

25   this point.

1      MR. VEEDER:  Is the well immediately to our left within

2  or without the watershed?

3      MR. ILLINGWORTH:  I am now marking No. 14 on Exhibit

4  29-E.

5      This well is within the watershed.

6      MR. VEEDER:  That great big one?

7      MR. MOSKOVITZ:  It looks like about a quarter horse-

8  power.

9      MR. ILLINGWORTH:  That is also within the watershed.

10      We will proceed and turn onto the new Highway 71 and

11  return to the vicinity of Murrieta.

12                    - - - - - - -

13      MR. ILLINGWORTH::  This is apprxomately the location of

14  the watershed boundary.  Col. Bowen stated that this creek we

15  just passed was within it.  So we are very close to being on

16  the boundary, and now we are in the Santa Margarita watershed.

17      THE COURT:  All right.

18                    - - - - - - - -

19      MR. ILLINGWORTH: We have been driving along the north-

20  easterly edge of Unit 4, approximately.  Maybe Mr. Kunkel can

21  say whether we are in or out of it.  But generally speaking it

22  runs from this location of the highway to the southwest to the

23  Wildomar fault, which bounds Murrieta Valley itself.  We will

24  go up ahead and turn to the left on Los Alamos Road and cross

25  Unit 4, the older alluvium.

                    - - - - -

1          MR. ILLINGWORTH:  We have been driving on Los Alamos

2    Road from the new location of Highway 71, and Los Alamos Road

3    generally trends toward the northeast.  The farm place we passed

4    about a half a mile or a little more down the road was the

5    Charles Yoder place.  Mr. Little states that he has a domestic

6    well only there.  No irrigation well.

7          MR. LITTLEWORTH:  That is Well 16N-1.

8          THE COURT:  What section?

9          MR. ILLINGWORTH:  It is in 7 South, 3 West.

10          MR. MOSKOVITZ:  Section 16.

11          THE COURT:  16N1, yes.

12          MR. ILLINGWORTH:  We are now at the intersection of Los

13    Alamos Road and Highway 395 and we are about a quarter of a

14    mile outside of Unit 4 as designated on Plaintiff's Exhibit 17.

15          MR. MOSKOVITZ:  I will put a No. 15 at this point on

16    Exhibit 29-J.

17          THE COURT:  All right.

18          MR. MOSKOVITZ:  Right there?

19          MR. ILLINGWORTH:  Yes.

20          MR. SACHSE:  The red line is the unit, isn't it?

21          MR. LITTLEWORTH:  Yes.

22          This is my work map (handing document to the Court).

23    That square marked C. E. Yoder is the property we have been

24    passing through.

25          MR. ILLINGWORTH:  It is now 10:30.  We are scheduled to

1   be at your place at about 12, Mr. Vail.  How long will it take

2   to get up there?

3       MR. VAIL:  You can get to the ranch house in fifteen

4   minutes from here, and it is only ten minutes further.

5       MR. ILLINGWORTH:  About a half hour altogether.

6       MR. VAIL:  You have an hour to go, if you want to go.

7       MR. ILLINGWORTH:  Unless someone else has something

8   else in mind, we had thought we would just proceed down Highway

9   395, stop to see the flow in Murrieta Creek at Temecula.

10      THE COURT:  Murrieta or Temecula?

11      MR. ILLINGWORTH:  Murrieta.  We can also see Temecula

12  if we have time.

13      MR. SACHSE:  How about that well 30 feet down in the

14  ground which they are drilling?  Can we stop there?

15      MR. ILLINGWORTH:  We can stop there.  We will be there

16  later again this afternoon because after lunch we plan to go

17  through Radec Valley, Diamond Valley, through Domenigoni, and

18  we will be back down there again.  We can do it now.

19              - - - - - - -

20      (At this point the party got off the bus and walked over

21  to a well.)

22      (At this point, after some discussion off the record,

23  Richard Ramsey was by the Court duly sworn.)

24      THE COURT:  What is your name?

25      MR. RAMSEY:  Richard Ramsey.

1          THE COURT:  He is a member of the Border Patrol, and

2    he and his wife own this property.

3          MR. RAMSEY:  Margaret R. Ramsey is my wife's name.

4          THE COURT:  This other well you referred to was drilled

5    eight years ago?

6          MR. RAMSEY:  Approximately.

7          THE COURT: You went how far?

8          MR. RAMSEY:  113 feet.

9          THE COURT:  And you perforated the bottom five feet?

10         MR. RAMSEY:  The bottom five feet is perforated; yes,

11   sir.

12         THE COURT:  What size casing?

13         MR. RAMSEY:  8-inch casing.

14         THE COURT:  Water raised up to within--

15         MR. RAMSEY:  Six inches of the surface at the time it

16   was drilled.

17         THE COURT:  Has it ever been up that high?

18         MR. RAMSEY:  No.  It stands at about ten feet.

19         MR. VEEDER:  It is under pressure?

20         MR. RAMSEY:  It would have to be under pressure to stand

21   at 10 feet; yes, sir.

22         THE COURT:  What do you mean?

23         MR. VEEDER:  Something is pushing the water up that

24   high.

25         MR. RAMSEY:  It is coming up from 110 feet.

6331

1      THE COURT: You say this tests at about 15 inches?

2      MR. RAMSEY:  It would test 15 inches drawing it clear

3  down when it started to suck bottom.

4      THE COURT:  Where is this well?

5      MR. RAMSEY:  Back of that little brown bunkhouse (In-

6  dicating).

7      MR. VEEDER:  At what point did you strike water on this

8  well to which you are just making reference?

9      MR. RAMSEY:  You mean the first water?

10      THE COURT:  That is this new well?

11      MR. VEEDER:  No, the one eight years old, concerning

12  which he testified is under pressure.

13      MR. RAMSEY:  The first water you hit here is at about

14  15 feet.  The first water gravel you run into surface water.

15      MR. VEEDER:  That is comparable to the well you are

16  presently drilling?

17      MR. RAMSEY:  That is just about the same, yes.  I would

18  compare the two.

19      MR. VEEDER:  Do you have anything more, Mr. Kunkel?

20      MR. LITTLEWORTH:  Is the water table about the same?

21      MR. RAMSEY:  No, it is local from about six inches to ten

22  feet-- six inches to the surface when we started drilling it.

23  Now it stands about 10 feet static level.  There was water

24  gravel at 15 feet and again at 30 feet.  We went through both

25  of those and didn't peforate then.  There is hard clay between

1  both those levels and the bottom.

2    MR. MOSKOVITZ:  How thick is this clay strata?

3    MR. RAMSEY:  I would have to see my log to be sure.  I

4  can have it this afternoon.  I think there was about four or

5  five feet of that blue clay.

6    THE COURT:  You have a log on this well here?

7    MR. RAMSEY:  Yes, we are making a log on this well.

8    MR. MOSKOVITZ:  Can we identify this on the map, Mr.

9  James?

10    THE COURT:  Shall we get out of here or wait to see

11  what he brings up?

12    MR. MOSKOVITZ:  Shall we put the number 16 at this point?

13  That would be the next number.

14    THE COURT:  No. 16.

15    MR. VEEDER:  Do you think you can correlate the log from

16  this present well?

17    MR. RAMSEY:  I expect them to be just about the same.

18    MR. VEEDER:  And you have kept the log as far as you

19  have gone now?

20    MR. RAMSEY:  We keep an accurate log on this well, yes.

21    MR. VEEDER:  In other words, we could compare the two?

22    MR. RAMSEY:  Yes, sir.

23    MR. VEEDER:  It would be interesting to do that.

24    THE COURT:  Would you send that log down to me and I

25  will have it photostated and send it back to you.

1    MR. RAMSEY:  Yes, sir.  I will give both of them to you,

2  if you wish.

3    THE COURT:  We will make copies and give your original

4  back to you.  Is that all right?

5    MR. RAMSEY:  All right, sir.

6    THE COURT:  Let us go on.

7    - - - - - - -

8    MR. ILLINGWORTH:  This is Murrieta Creek.  The water

9  ponded on the right-- there is some on the left-- would be

10  running in this location from the point of rising water that

11  we designated approximately earlier this morning and the flow

12  was measured at a gauging station downstream just above the

13  confluence of Temecula Creek.

14    THE COURT:  What is the next number?

15    MR. MOSKOVITZ:  The next number would be 17 on Exhibit

16  29-K, the Temecula quadrangle.

17    THE COURT:  Mark where we are.

18    MR. MOSKOVITZ:  All right.

19    MR. ILLINGWORTH:  Mr. Vail, from this road can we see

20  the gauging station?

21    MR. VAIL:  You might get to the Murrieta Gauging Station.

22  I don't know whether you could turn this bus around on that

23  narrow road.

24    MR. ILLINGWORTH:  I think we can see it well enough

25  from the other side.  We will turn around and go on the other

1  side of Murrieta Creek and take a look at the gauging station.

2                    --------

3        MR. ILLINGWORTH:  This is the stream gauging station.

4  We just went past it.  We could see it a minute ago.  If you

5  backup just a few feet we will see it.  There it is.  It is

6  just this side of the cattle.

7        THE COURT:  Does that operate only in the winter?

8        MR. ILLINGWORTH:  No, it operates continuously.  It

9  is a continuous water stage recorder located at a point where

10  the water will always reach it, and it is rated regularly so

11  that they know what the flow is passing the gauge at a given

12  gauge height-- it is indicated on the recorder.  They wade the

13  stream during the summertime, and during the winter they wade

14  as long as possible until water gets to such depth that they

15  can no longer wade and then they use a cableway, which we

16  will probably see as we go.  It is downstream from the gauging

17  station.

18        MR. MOSKOVITZ:  This would be No. 18.  Will you mark it

19  on Exhibit 29-K, please, where we are stopped now.

20        MR. ILLINGWORTH:  I mark this No. 18 on 29-K.

21                    --------

22        MR. ILLINGWORTH:  There is the cableway for the

23  Murrieta Stream Gauging Station.

24                    --------

25        (At this point the party got off the bus and took a

1   walk.)

2         THE COURT:   What is this?

3         MR. HALL: That is the old original gauge for Murrieta

4   Creek.

5         THE COURT:   What is the next number on the map?

6         MR. MOSKOVITZ:   No. 19.   Do you want me to mark the place

7   where we got off the bus or the confluence?

8         THE COURT:   The confluence.

9         MR. MOSKOVITZ:   I am marking the confluence of Temecula

10   and Murrieta on the map as No. 19.

11        THE COURT:   Anybody want anything in the record here?

12   Mr. Veeder?

13                      ---------

14        (Whereupon the party returned to the Vail Ranch for

15   lunch.)

16        (Following lunch the party boarded the bus and left the

17   Vail Ranch Headquarters.)

18                      ---------

19        MR. ILLINGWORTH:   We are located in Nigger Valley.

20   Nigger Valley lies to the left of us.   We will mark this spot

21   No. 20 on Exhibit 29-R.

22        MR. MOSKOVITZ:   Will you do that, Mr. Illingworth?

23        MR. ILLINGWORTH:   Plaintiff's Exhibit 17, I believe, the

24   exhibit that shows the ground water basins, shows this as

25   Ground Water Unit No. 5, which lies to the left of us, as I

1  understand it.  It may not be quite as far to the south as this

2  highway.

3      MR. VEEDER:  Better get Exhibit 17 out.

4      MR. ILLINGWORTH:  The ranch in the far distance to the

5  left there is Sunnybrook Ranch.

6      MR. VEEDER:  Is that a client of yours?

7      MR. LITTLEWORTH:  No.

8      Is that yours?

9      MR. SACHSE:  No.  Stardust is my client.

10      MR. STAHLMAN:  Where is the dam on the map?

11      MR. SACHSE:  Right there (indicating).

12      MR. ILLINGWORTH: As near as I can tell from looking at

13  Plaintiff's Exhibit 17, we are just about on the boundary of

14  Ground Water Unit 5, which would lie to the north of us at

15  this point.

16      MR. VEEDER:  Is that right, Mr. Kunkel?

17      MR. KUNKEL:  That is correct.

18      THE COURT:  Is this mine (looking at exhibit)?  It has

19  my writing on it.

20      MR. SACHSE:  It is the one that Mr. Luddy just gave us.

21  This is the official exhibit.

22      THE COURT:  All right.

23      MR. VEEDER:  How about the gauging station down there?

24      MR. ILLINGWORTH:  The material adjacent to the road is

25  classed as Recent alluvium, and the material to the north of

1   Temecula Creek, which lie to the north of us at this point, are

2   classed as older continental deposits or in State Exhibit L,

3   plate 13B as Upper Pleistocene sediments.

4        I believe that is all that is of interest here.  We

5   will proceed down the road, crossing Temecula Creek at a

6   highway bridge.  It is down at this time of year.

7        This Sunnybrook Ranch receives the water from a diversion

8   upstream from this highway bridge on Temecula Creek and also

9   from wells.

10                        --------

11       MR. ILLINGWORTH:  This is Temecula Creek.

12                        --------

13       MR.ILLINGWORTH:  This is Radec Valley.  We will mark

14   this as 21 on Plaintiff's Exhibit 29-R.

15       MR. MOSKOVITZ:  Gibbon and Cottle have their ranches

16   some place here.

17       MR. ILLINGWORTH:  This is Cottle's place on the right,

18   and Gibbon's is in the distance.  The water is obtained from

19   wells.  I don't know that Cottle has any irrigation wells.

20   Gibbon has one or two irrigation wells and also a diversion

21   from Temecula Creek.

22       You can see the canyon of Temecula Creek, and also you

23   can see in the distance another canyon coming in from the south

24   off the slope of Palomar Mountain.  That is known as Smith

25   Creek, one of the names for it.  It is a tributary of Temecula

6338

1    Creek at that point.

2         This diversion of Gibbon's and Cottle is from Temecula

3    Creek upstream from that point.

4         THE COURT:  Also called as Long Canyon?

5         MR. ILLINGWORTH:  Yes, it is also called Long Canyon.

6         MR. VEEDER:  Where does the water come from with which

7    they are irrigating?

8         MR. ILLINGWORTH: Either from a well or from this diversion

9    upstream.  I couldn't say at the moment without investigating

10   further.

11        But the ditch crosses the ravine immediately to the

12   right of us in the wooden flume and you can follow the line

13   across the field.  It serves both the Gibbon and the Cottle

14   place here.  They alternate the using of that water.

15        COL. BOWEN:  Primarily their source of water is from

16   direct stream diversion?

17        MR. ILLINGWORTH:  That is right.  I believe the irriga-

18   tion well is of rather low yield.

19        THE COURT:  Is this area on the right part of this Unit

20   5 Basin?

21        MR. ILLINGWORTH:  Unit 5, as it is delineated on Plain-

22   tiff's Exhibit 17, does not include this portion of the valley,

23   as I view it, but the boundary is off to the left some few

24   hundred yards.

25        MR. MOSKOVITZ:  Is that correct, Mr. Kunkel?

1      MR. KUNKEL:  That is correct.  Radec Valley is not in

2   Unit 5, the central alluvial plane.

3      MR. VEEDER:  Why isn't it?

4      MR. KUNKEL:  The alluvium is thin-- there is no thick

5   section of alluvium under it, and the wells in the valley are

6   of low yields.  In my opinion, there is little storage in this

7   area.

8      MR. VEEDER:  That is, in Radec?

9      MR. KUNKEL:  In Radec.

10      MR. ILLINGWORTH:  The stream gauging station that Mr.

11  Hofmann testified to is located in this general direction,

12  which would be southwesterly of us.

13      MR. MOSKOVITZ:  That is the new one.

14      MR. ILLINGWORTH:  That is the new one, I believe called

15  Temecula Creek near Aguanga.

16      THE COURT:  All right, let's go.

17      MR. ILLINGWORTH:  We will turn to the left here and

18  cross Ground Water Unit 5 and go toward Lancaster Valley.

19      ------

20      MR. SACHSE:  On the left is Defendant Irwin's extensive

21  development.

22      On the right around the corner-- just keep on going,

23  driver-- are the extensive holdings of Mr. Kohn.

24      THE COURT:  What is the next number?

25      MR. MOSKOVITZ:  No. 22.  We will mark that as the next

1    number.

2                          -------

3        MR. ILLINGWORTH:  We are now located in Lancaster

4    Valley.  We will call this Upper Lancaster Valley to our right,

5    and Lower Lancaster Valley would be to our left just on the

6    other side of these low hills.  We will mark this spot on the

7    map as 23.

8        MR. LITTLEWORTH: To the left, your Honor, lies one of

9    Oviatt's holdings.  He has two separate holdings.  Rancho

10   Ramona lies to the left down there a hundred yards or so.

11       THE COURT:  Mr. Kunkel, is this area of this valley

12   within your Ground Water Unit 5?

13       MR. KUNKEL:  The boundary splits the valley and it

14   corresponds to the concealed position of the fault that is

15   shown on Exhibit 17.  There is a fault running the length of

16   the valley.  It shows the fault.  To the north of the fault

17   the thickness of the alluvium is thin and has been omitted.

18   To the south the thickness of the alluvium is considerably

19   thicker, in excess of 500 feet, and has been included in the

20   area.

21       MR. SACHSE:  With relation to the stream, particularly

22   as it is shown on 29-R, would that stream be in or out of the

23   levees?

24       MR. KUNKEL:  The stream as shown is out of the unit.

25   However, water will permeate from the stream into the alluvium

6341

1   and recharge the entire area.   The reason it was left out is

2   that the deposits were thin and I selected the area where the

3   deposits had a thickness of at least 100 feet.

4           MR. STAHLMAN:   Where would the road be in that Unit 5?

5           MR. KUNKEL:   We are sitting right about here at the

6   present time (indicating).

7           The basement complex crops out at the bend of the road

8   and the fault is just about where the road goes, and there is

9   another outcrop of basement complex back in Section 16, which

10   is used as a control on the fault plus the observed position

11   of the fault at the east end of the valley.

12           MR. LITTLEWORTH: We are on the northerly edge of Basin

13   5, then?

14           MR. KUNKEL:   We are on the northerly edge of Basin 5

15   at the present time.  We are within Basin 5 at the moment.

16           The well indicated by P in Section 7-- there are several

17   P's and I didn't hang a number on there because I didn't want

18   to confuse the record with an incorrect number-- that well is

19   drilled to a depth of 588 feet and reportedly encountered

20   basement complex.  There was no water in the well to a depth

21   of 90 feet.  However, when the well was completed a year ago

22   last November, about November 18, the well was flowing.  I

23   arrived at the well site immediately after it was test pumped

24   and the driller reported that he had pumped the well in excess

25   of 300 gallons per minute.  I have the well indicated by "P"

6342

1    on my map.

2           THE COURT:   Lower part of Lancaster Valley?

3           MR. KUNKEL:   Yes.

4           MR. LITTLEWORTH:   Who owns it?

5           MR. KUNKEL:   Oviatt.

6           MR. MOSKOVITZ:   That is within your Ground Water Storage

7    Unit?

8           MR. KUNKEL:   Yes.

9           THE COURT:   Anything further?

10          MR. ILLINGWORTH:   Yes.   It has been mentioned that this

11   is the Stardust Ranch on our right.   The canyon is visible

12   through which Wilson Creek flows.   It is the creek that is

13   designated Wilson Creek on the Geological Survey quadrangle.

14   It is also known as Lancaster Creek by some of the local people,

15   and Coahuila Creek.   It flows out of that canyon, and about

16   the midpoint of the canyon, which is a few miles long, there

17   is a diversion to Stardust Ranch.   You can't see any of the

18   pipeline from here, but it is a rather large size, about a 12-

19   inch pipeline, as I recall at the moment, and it is visible

20   from midway up in the valley.

21          Another thing perhaps should be pointed out.   There is a

22   well, of which we have a more exact location, that was drilled

23   within the last year, probably within the last six months,

24   located in the general vicinity of the large eucalyptus trees

25   on the far side of the valley, which is an artesian well until

1  it is pumped, and it had a flow of a few hundred gallons a

2  minute.  I am not certain of the details at the moment, but

3  that is where it is located in that general area or perhaps a

4  little toward the stream from that.

5       MR. VEEDER:  Do we have the well log on that?

6       MR. MOSKOVITZ:  We just got some information from the

7  well log.  Mr. James, do you recall that?

8       MR. JAMES:  I have some of the well logs in my notes.

9  The well log has been filed with the Regional Water Pollution

10  Control Board.

11       MR. ILLINGWORTH: As we proceed ahead and cross the

12  channel of Wilson Creek, there is a diversion for the Oviatt

13  Rancho Ramona located in the bed of that stream.  It is par-

14  tially surface diversion and partly a subterranean gallery.

15  It is a few hundred feet to the left of the highway.

16               --------

17       MR. ILLINGWORTH:  This is Lewis Valley.  It is one of the

18  small alluvium-filled valleys in this upper portion of the

19  watershed.  It is more or less typical.  I will mark this as

20  poing 24 on Plaintiff's Exhibit 29-R.

21       MR. MOSKOVITZ:  This is not defined by any party thus

22  far as a ground water storage unit.

23       MR. ILLINGWORTH:  That is correct; it is not so desig-

24  nated.

25               -------

1    MR. ILLINGWORTH:  We are almost at Sage.  This is

2    Tucalota Creek, which flows when it flows, on our right, and

3    to our left.  State Exhibit L refers to this area on both

4    sides of the highway at this location as Tucalota Basin.  It

5    is one that we had sufficient information on to say something

6    about.

7        MR. VEEDER:  State's what?

8        MR. MOSKOVITZ:  It is Plates 10B and 11B.

9        MR. VEEDER:  I don't want anybody to be misled.

10       THE COURT:  Mr. Kunkel, is this listed as one of your

11   basins?

12       MR. KUNKEL:  No, I did not calculate storage in this

13   basin.

14       THE COURT:  Is the State of California on the side of

15   Fallbrook on this?

16       MR. SACHSE:  Fallbrook has no interest in this.

17       MR. MOSKOVITZ:  On no particular side.

18       MR. ILLINGWORTH:  We simply had enough information to

19   say something about it, so we gave it a label so that we could

20   refer to it.  It is of no great significance beyond that.

21       This is one of the tributaries of Santa Gertrudis Creek.

22       MR. MOSKOVITZ:  The fact that it is a ground water basin

23   on those plates doesn't necessarily mean that it has particular

24   effect on the creek from pumping here.

25       MR. ILLINGWORTH:  There is more of a valley than this,

1    I might add.  Just beyond these rocks it widens out.  We got

2    a view of it above at the time when we were just passing it.

3    There was one littlespot where we could see it.  It is a rather

4    flat, broad valley, as shown on the quad sheet.

5         THE COURT:  What number did you put there?

6         MR. MOSKOVITZ:  It would be No. 25.

7         Would you put that down, please.

8         Actually, from the quad sheet it looks like the portion

9    of the valley to the right is considerably bigger than the

10   portion on the left.

11        MR. ILLINGWORTH:  Next we are going northerly past the

12   place named Sage, which is immediately ahead of us, to a point

13   on the Santa Margarita watershed line a couple of miles ahead.

14                        -------

15        MR. ILLINGWORTH:  We are now located at the intersection

16   of Red Mountain Road and State Highway 79.  St. Johns Grade is

17   ahead.

18        MR. MOSKOVITZ:  Will you mark this No. 26.

19        THE COURT:  Let's see Exhibit 17.

20        MR. ILLINGWORTH:  I will label this location 26 on

21   Plaintiff's Exhibit 29-Q.

22        MR. MOSKOVITZ:  I have Exhibit 17 here.

23        MR. ILLINGWORTH: We are located on the watershed divide

24   here.  The Santa Margarita River watershed is behind the bus.

25   and the San Jacinto River watershed ahead of us.  The line

1  comes across the ridge from our right toward our left and turns

2  to our right up this ridge and roughly parallels the highway

3  for a few miles, and we will cross back into the Santa Margarita

4  ahead.   The next stop will be at Diamond Valley.

5        THE COURT:  Mark this place.

6        MR. ILLINGWORTH:  I did.  It is No. 26.

7        THE COURT:  All right, let's go.

8                      --------

9        MR. ILLINGWORTH:  I will mark the point on the map.

10  We are located on Newport Road one-half mile west of Highway

11  79.  We just passed over a culvert.  You notice that the water

12  that drains under that goes to the north and goes into the San

13  Jacinto River.  The divide between the San Jacinto River and

14  the Santa Margarita River watersheds is just up ahead.  Perhaps

15  it is this rise you see in the road.  It is approximately at

16  this location and it meanders off to the south of us and goes

17  up the ridge that is just slightly east of south of us.  The

18  water that drains out of the canyon due south of us flows to

19  the Santa Margarita, and the water out of St. John's Canyon,

20  in which Highway 79 is located, goes down San Jacinto.  I

21  daresay that at times of flood this may spread out and goes

22  both ways.

23        MR. MOSKOVITZ:  This would be No. 27 in our numbering

24  series.

25        THE COURT:  Will you mark it.

1          MR. MOSKOVITZ:  Will you mark it on Exhibit 29-P, the

2     Hemet quadrangle.

3          MR. ILLINGWORTH:  All right.

4          MR. SEARL:  This is one of those lines that is hard to

5     define.  If you raise this six inches it goes into the Santa

6     Margarita instead of going into the other.

7          MR. DOHERTY:  On both sides of the road is the Searl

8     Brothers property.  This is Mr. Ed Searl. And the land lies

9     in the direction in which we are headed.

10          MR. SEARL:  Actually that is the Garbani land, and the

11     Searl land is south and west of the road going into Diamond

12     Valley.

13          There is no question about this part going into the

14     Elsinore-San Jacinto River.  The area we are concerned with is

15     here.

16          MR. DOHERTY:  Right now you are talking about the surface?

17          MR. SEARL:  Yes, right now I am talking about the surface.

18          MR. ILLINGWORTH:  We have designated this as Diamond

19     Basin.  This is Diamond Valley that we are looking westerly to-

20     ward, and as you can see there is no line of demarcation

21     between it and the San Jacinto Valley.  One becomes the other

22     at an indefinite location.  Likewise, from all the information

23     we have, the underground formations are connected between the

24     two.  In our studies we did make an estimate that based on the

25     wells that were supplying various lands and the estimated

6348

1   consumptive use of the crops on the irrigated lands that there

2   was approximately an importation from the San Jacinto to the

3   Santa Margarita of about a hundred acre feet annually.  It is a

4   very small amount.

5        THE COURT:  All right.

6           - - - - - - - - - -

7        MR. DOHERTY:  Further down is the Garbani property and

8   we will point that out to you.

9           - - - - - - - - - -

10        MR. DOHERTY:  We can point out the Garbani property.

11  Do you want to refer to it?

12        MR. ILLINGWORTH:  You go ahead, Mr. Doherty.

13        MR. DOHERTY:  What number is this?

14        MR. MOSKOVITZ:  No. 28.

15        MR. ILLINGWORTH:  I will mark this number 28 on Plain-

16  tiff's Exhibit 29-P.

17        MR. DOHERTY:  The land lying ahead of us and to the

18  left in the westerly direction is the Garbani property.  The

19  buildings to the right of us, to the north, are the Searls'

20  ranch property, one of the ranches.  Isn't that right?

21        MR. SEARL:  Yes.  We call it the Home Ranch.

22        THE COURT:  This water that is being used to irrigate

23  to the west of us, fore and back, is from wells?

24        MR. SEARL:  This water Garbani is using down there is

25  from wells. He has an access to the Eastern Municipal Water

1  District.  This is water from wells-- this first group is from

2  wells.  The other that you saw in the other watershed is

3  imported water.

4       MR. ILLINGWORTH:  Is the imported water now piped up

5  this far?

6       MR. SEARL:  Yes.

7       MR. MOSKOVITZ:  This would be the Metropolitan Water

8  District water?

9       MR. SEARL:  Yes; imported water.

10      COL. BOWEN:  Mr. Searl advises that there are some bad

11 spots in the road up there and it might stick the bus.  So

12 based on Mr. Searl's recommendation I would suggest turning

13 around.

14      MR. ILLINGWORTH:  Looking to the west from this point,

15 you can see that the valley narrows.  You can't see the narrowest

16 point.  But at the narrow point we have designated the boundary

17 of this basin, and the stream flows through this narrows and

18 on into Domenigoni Valley.

19      MR. MOSKOVITZ:  What stream is this?

20      MR. DOHERTY:  Yes, where is the stream?

21      MR. ILLINGWORTH:  This would be the upper reaches of

22 Warm Springs Creek.

23      MR. SACHSE:  Is that it to the left in the gutter?

24      MR. SEARL:  That is the drainageway, yes.  That is some

25 irrigation water.

1        This is all storm water that comes out of this valley

2    through this drainage ditch here.

3        (The bus turned around at this point.)

4                    --------

5    MR. ILLINGWORTH:  We have just come back across the

6    watershed boundary into the Santa Margarita River watershed

7    again.  I will mark this point as being on Winchester Road,

8    No. 29.  There is Winchester Road at Newport Road on Exhibit

9    29-M.  Newport Road is the road we were on at Mr. Searl's

10   place.  This is the road due west of it.  The watershed line

11   crosses this flat divide to our left.  It is just to the right

12   of the windmill you see there, and the structure you see beyond

13   that is the MWD conduit from San Jacinto Tunnel to San Diego

14   County Water Authority.

15   MR. LITTLEWORTH:  This line beyond the fence belongs to

16   the defendant Margarita Domenigoni.

17   MR. ILLINGWORTH:  We will go up ahead and then we can

18   look toward Diamond Valley and also we can see off to the right

19   downstream.

20                    --------

21   MR. ILLINGWORTH:  We are now located on Winchester Road

22   at the location where the San Diego Water Authority aqueduct

23   crosses the road.  This is the first of the two pipe lines of

24   the aqueduct--that show on Plaintiff's Exhibit 29-M.  I will

25   mark this No. 30.

6351

1          You can look back across Domenigoni Valley and see the

2    narrow spot that distinguishes it from Diamond Valley.

3          Off to the right-- it is difficult to see, but there

4    are some rocks in the distance beyond the cattle where Warm

5    Springs Creek flows.  It meanders off to the southwest of this

6    point and then southerly, and the watershed divide crosses

7    from the rocks beyond the barn to the southwest of us and

8    generally in a southwesterly direction across that flat divide.

9    We had a level out at this location to identify the watershed

10   boundary.  It is very difficult to discern by eye.

11          MR. MOSKOVITZ:  And that is the Santa Margarita on one

12   side and the San Jacinto again on the other side?

13          MR. ILLINGWORTH:  That is correct.

14          MR. DOHERTY:  There is not a creek bed here, is there?

15          MR. ILLINGWORTH:  No, I don't even see a culvert under

16   the highway here.  I am sure there must be one.

17          MR. SEARL:  Probably down another half mile.

18          MR. ILLINGWORTH:  It is probably located where there is

19   a stake on either side of the road there.  But it is a very

20   ill-defined channel at this point.  It has been confined to the

21   property lines at this location.

22          If you want to see anything in particular, we can.

23          MR. JOE ROWE:  This canyon goes down about a mile and

24   onto a dirt road.

25          MR. SEARL:  It would help our people quite a bit.  There

1  is a ground raise here.  We think it is a valley extending out

2  here.  Here is where all our wells are-- a mile south and a

3  mile west.

4       MR. ILLINGWORTH: Do you want to go out here and across

5  and around?

6       MR. ROWE:  Right along the north side of Section 16.

7  In this direction we get into the Santa And River watershed.

8  This is the only contact between Domenigoni and Santa Margarita

9  watershed, as far as underflow is concerned, through this gap

10  right here.

11       If we drive south and go more or less onthis particular

12  gap, can we get clear through out here?

13       MR. SEARL:  No.  I think if we go down to here where

14  the aqueduct crosses and turn around and go on home it will be

15  fine.

16       THE COURT:  Mr. Rowe, the people whose property is here

17  are the Searls again?

18       MR. ROWE:  No, sir.  The yellow on here is Garbani, the

19  blue is Searl's.

20       THE COURT:  Whose is this?

21       MR. LITTLEWORTH:  They are our clients-- Domenigoni.

22       MR. ROWE:  You see the outcropping.  These are all hills

23  in here.  The divide between the two watersheds is pretty hard

24  to define.  It is roughly like this.  The blue line is approx-

25  imately where the Federal Government has established it.  The

1 red line is approximately where the State established it.  They

2 both could be right.  It doesn't make much difference.

3     THE COURT:  Domenigoni owns all this in here?

4     MR. LITTLEWORTH:  Several different members of the

5 Domenigoni family.

6     MR. ROWE:  We can more or less see across this divide

7 out here and we can see more or less the gap.  This red line

8 is roughly the edge of the Recent alluvium as established by

9 the State.

10     MR. ILLINGWORTH:  Let's go up ahead about a mile.

11                --------

12     THE COURT:  Mark this point.

13     MR. MOSKOVITZ:  Will you mark it on Exhibit 29-M with

14 the next number, which is No. 31.

15     MR. ROWE:  (Marking the exhibit.)  There are a number

16 of outcroppings through that particular area.  That is about

17 all you can see.

18     (Discussion off the record.)

19     (The party moved forward about a quarter of a mile.)

20     THE COURT:  This is the little valley you were talking

21 about?

22     MR. SEARL:  Yes, this is where the surface water comes

23 through.  There is some pretty fair land here.  Highway 395 is

24 down through there.  There is what we call the Liberty Ranch.

25 The wells are down along those trees.

THE COURT: Highway 395 is down along those trees?

MR. SEARL: It is quite a ways over there. It is about three miles over there.

THE COURT: From this little divide, for the record, as you look westerly and a little to the north, you see the flat bottom where the surface flow would come through, and across the bottom in various places there are outcroppings of these rocks. There are outcroppings here on the higher side to the east and a big outcropping on the western side and some right in the bottom of the river channel. Is that about two or three hundred yards wide?

MR. SEARL: Probably a hundred yards wide would be better.

THE COURT: I mean the channel itself clear across.

MR. VEEDER: The outcropping of the basement complex are the big boulders; is that what we are viewing here?

MR. KUNKEL: Yes.

MR. VEEDER: What is in the bottom-- residuum, alluvium?

MR. KUNKEL: Thin veneer of alluvium.

MR. ROWE: The drainage divide is more or less in that clearing to the northwest.

THE COURT: For surface water?

MR. ROWE: For drainage of surface water, yes.

MR. VEEDER: Going this way?

MR. ROWE: No, I am talking about the drainage divide

1    now.

2         THE COURT:   The drainage divide is down through here,

3    so the surface water goes down through here.

4         MR. ROWE:   There are no visible outcroppings across the

5    drainage divide.

6         MR. VEEDER:   And this here?

7         MR. KUNKEL:   These are all patches of basement complex.

8         MR. VEEDER:   These are the outcroppings we are looking

9    at.

10        MR. KUNKEL:   Yes.

11        THE COURT:   Where is the source of supply for the

12   reservoir?

13        MR. SEARL:   Back in here some place.   We have some

14   potatoes and some carrots.

15        MR. VEEDER:   What is this tributary here?

16        MR. ROWE:   That is Warm Springs.

17        MR. VEEDER:   And this is the whole area through here?

18        THE COURT:   Actually you are talking about Section 17,

19   Township 6 South, 2 West.

20        MR. ROWE:   Yes, and the west corner of 16.   We are in

21   16 at the present time.

22        MR. VEEDER:   Where do you locate us, Mr. Kunkel?

23        MR. KUNKEL:   We are in the North Half of Section 16.

24        MR. VEEDER:   And this is the watershed line here?

25        MR. KUNKEL:   No.   This is the boundary between--

1    MR. VEEDER:  The watershed lines appear there.

2    MR. KUNKEL:  Approximately,  At a point where water

3    will flow this way and that way, it would take a more precise

4    survey than a 10 or 20-foot contour.

5    This is basement complex.  All these are basement com-

6    plex.  This is BC over here.

7    MR. VEEDER:  You draw a line on there.

8    MR. KUNKEL:  Approximately, I will draw a straight line,

9    subject to revision of more precise survey, but approximately

10   this is one watershed , and approximately this is the other

11   watershed.

12   THE COURT:  On the surface.

13   MR. KUNKEL:  On the surface.

14   (The party then returned to the bus.)

15   MR. ILLINGWORTH: We plan to go south on Winchester

16   Road and stop and look at French Valley and up Auld or Los

17   Alamos Valley, and then back to Winchester Road, and if it is

18   time to stop we will stop.  Otherwise, we can make one more

19   stop and the MWD stop in Santa Gertrudis Valley.

20   MR. MOSKOVITZ:  The end of that little trip we just made

21   would be No. 32.

22   MR. ILLINGWORTH:  The point where we have the bus lo-

23   cated is point No. 31.  I will mark the ridge that we walked to

24   as point 32.

25   THE COURT:  Let's go.

1    MR. ILLINGWORTH:   We have just passed diagonally across

2  French Valley.

3    We are now located just a few hundred feet north of

4  Benton Road on Beeler Road.

5    MR. MOSKOVITZ:   Would you mark No. 33 on Exhibit 29N

6  where we stopped.

7    MR. ILLINGWORTH:   I have so marked it 33.

8    THE COURT:   Looking east is Auld Valley listed on the

9  State's map as Los Alamos Basin?  What kind of material is

10  this field over here?

11    MR. ILLINGWORTH:   I don't know offhand.

12    THE COURT:   Anything else?

13    MR. ILLINGWORTH:   We can look at the plate here, your

14  Honor, and indicate how it has been mapped on State's Exhibit

15  L, plage 13B.

16    MR. VEEDER:   You have that a combination of older

17  alluvium and residuum, do you not?

18    MR. ILLINGWORTH:   We are located at a point on which

19  State's L, Plate 13B indicates that the material north of this

20  road intersection has been mapped as older alluvium, both to

21  our left rear and right rear, and that at the intersection is

22  approximately the boundary between that older alluvium and some

23  residuum, which is generally south of us, except for the hill

24  immediately south of us, which is Ksm, which is San Marcos

25  gabbro-- that is a basement complex formation.

1    MR. VEEDER:  So there is really very little, though, to

2  distinguish, is it not correct, from the standpoint of appear-

3  ance, between the older alluvium and the residuum?

4    MR. ILLINGWORTH:  I would rather have the geologist

5  testify to that detail.

6    MR. VEEDER:  I am simply inquiring.

7    MR. ILLINGWORTH:  To a layman it would appear this way.

8    MR. VEEDER:  I can't tell the difference.

9    THE COURT:  Let's go.

10                    ----------

11    (The party returned by bus to the Vail Ranch, where

12  court was adjourned until the following morning at 8 A.M. at

13  the same place.)

14                    ------

15

16

17

18

19

20

21

22

23

24

25