# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

### HONORABLE JAMES M. CARTER, JUDGE PRESIDING

— — —

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

                              No.   1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT,
et al,

                    Defendants.

## REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:      San Diego, California

Date:      Thursday, December 11, 1958

Pages:  6359 to 6404

**FILED**

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____, Deputy

**JOHN SWADER**
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
        vs.                    )          No. 1247-SD-C.
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                Defendants.    )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Temecula, California

Thursday, December 11, 1958

APPEARANCES:

        For the Plaintiff          WILLIAM H. VEEDER, ESQ.,
                                   Special Assistant to the
                                   Attorney General,
                                   Department of Justice,
                                   Washington, D.C.

APPEARANCES (Continued):

|  |  |
|---|---|
| For Defendant Vail Company | GEORGE E. STAHLMAN, ESQ. |
| For Defendant State of California | EDMUND G. BROWN, ESQ., Attorney-General, by Adolphus Moskovitz, ESQ., Deputy Attorney General; and Carl Boronkay, Esq. |
| For Defendants Fallbrook Public Utility District, et al. | F. R. SACHSE, ESQ. |
| For Defendants Hartman, Lewis, Wilks and Bayle, and Oviatt | BEST, BEST & KRIEGER, by ARTHUR L. LITTLEWORTH, ESQ. |

1    <u>Temecula, California, Thursday, December 11, 1958.  8:00 A.M.</u>

2

3         (Court convened at the Vail Ranch Headquarters in

4    Temecula at 8 o'clock A.M. on the above date.  Present:  The

5    Court, the Clerk of the Court, the Reporter.  For plaintiff:

6    Messrs. William H. Veeder, Fred Kunkel, Frank H. Cannon, Lt.-

7    Col. A. C. Bowen, Lcdr. Donald W. Redd and Lt. Sterling Carter;

8    for the defendants:  Messrs. George Stahlman, Mahlon Vail,

9    Wilkinson, Hall, and William Pemberton; F. R. Sachse; Arthur

10   Littleworth, Leo Roripaugh, Jack Roripaugh, Lewis Roripaugh,

11   Albert Ceas; Adolphus Moskovitz, Carl Boronkay, Robert Fox,

12   Laurence James, and Leland Illingworth.)

13        The party boarded the bus and started a tour of the

14   Vail Ranch.  Each break in the transcript indicates a stopping

15   of the bus and the occurrence of proceedings for the record.)

16             ---------

17        THE COURT:  What is your next number?

18        MR. MOSKOVITZ:  34 would be the next number, your Honor.

19        THE COURT:  Put in your 34.

20        MR. MOSKOVITZ:  Would you put 34 on Plaintiff's Exhibit

21   29-R, where we are standing on the left abutment, is that

22   right?

23        MR. ILLINGWORTH:  The left abutment of Vail Dam I will

24   mark 34.

25             ---------

6362

1      MR. MOSKOVITZ:  Would you mark No. 35 at the point on

2  Exhibit 29-Q where we are standing at this weir.

3      MR. ILLINGWORTH:  Yes (marking the exhibit).

4      MR. MOSKOVITZ:  Would you describe what this structure

5  is, for the record?

6      MR. ILLINGWORTH:  I have marked this location 35 on

7  Plaintiff's Exhibit 29-Q.  This is the intake to the Vail

8  irrigation system.  Water released from Vail Dam and reservoir

9  follows down the channel of Temecula Creek and Nigger Canyon

10  to this location, where it enters the pipe line of the irriga-

11  tion system leading to reservoirs in Pauba Valley.

12      MR. VEEDER:  Also to the distribution system, too?

13      MR. ILLINGWORTH:  To the reservoirs and distribution

14  system.

15      MR. STAHLMAN:  They are tied together.

16               --------

17      THE COURT:  What is your next number?

18      MR. MOSKOVITZ:  The next number would be 36.

19      MR. ILLINGWORTH:  I will mark the location where we are

20  standing on Exhibit 29N as No. 36.

21      MR. MOSKOVITZ:  And the sample of sand that we had

22  introduced in the courtroom in the M series was taken about

23  200 yards or so--

24      MR. VEEDER:  Wasn't that M-14?

25      MR. MOSKOVITZ:  I can't recall that number.  It was

1  about 200 yards down the road from where we are.

2      THE COURT:  Have you marked this spot?

3      MR. ILLINGWORTH:  I have so marked the map.

4      We are just down below the outlet of Nigger Canyon

5  where Temecula Creek flows out over the Pauba Valley lands.

6  Plaintiff's Exhibit 29-N shows by a sand symbol, the dotted

7  area, the extent that material has washed out from the canyon

8  and it has spread pretty well across this portion of the

9  valley.  We see one of the portions of the irrigation distri-

10 bution system at this location.  The system extends on down

11 through the valley.

12     Mr. Vail has stated that they plan to plant potatoes

13 in this area.

14     MR. LITTLEWORTH:  How many acres is being leveled here?

15     MR. ILLINGWORTH:  I do not know.

16     MR. VAIL:  I guess about 1200.

17     MR. VEEDER:  1200 in the outwash area?

18     MR. VAIL:  Yes.

19     MR. ILLINGWORTH:  Incidentally, there is some interesting

20 geology here.  Perhaps Mr. James should describe these forma-

21 tions and the location of the fault across the canyon.

22     MR. JAMES:  There is a very pronounced fault that

23 extends from the north side of the canyon.  We passed it on the

24 way down about a quarter of a mile upstream, the fault between

25 the sedimentary materials and the igneous materials further to

1    the east.  The material we are observing to the south here is

2    the Recent alluvium as deposited by the Temecula Creek.  This

3    is some of the more permeable material in Temecula Valley.

4         However, I would like to point out, as has been men-

5    tioned before, that this alluvium is comparatively fine-grained

6    and it would not compare in permeability with some of the

7    deposits elsewhere in Southern California, such as the Big

8    Tujunga Canyon or Pacoima on the south slopes of the San

9    Gabriels or in these areas where you have large cobbles and

10   boulders and that sort of thing deposited.

11        MR. MOSKOVITZ:  What is the material just to our north?

12        MR. JAMES:  Those are undifferentiated older alluvium,

13   we have been calling it.

14        MR. SACHSE:  What is the red?  Is that the igneous

15   material?

16        MR. JAMES:  That is the volcanic rock.

17        MR. VEEDER:  Did you see on Exhibit 15-A the fault to

18   which he made reference?

19        THE COURT:  I saw it, yes.

20        You haven't been sworn in this case?

21        MR. VAIL:  No.

22        THE COURT:  Do you swear to tell the truth?

23        MR. VAIL:  I do.

24        THE COURT:  Have crops been grown in this area before?

25        MR. VAIL:  No.

6365

1       THE COURT:  Is this the first year you are going to

2   grow crops?

3       MR. VAIL:  Not in this portion.  Crops have been grown

4   in this area a little below here about half a mile.

5       THE COURT:  The dual purpose is growing crops and

6   spreading the water?

7       MR. VAIL:  That is right.  That is one reason we like

8   this.  The other reason is that we had a very good crop on

9   adjacent land last year.

10      THE COURT:  This is actually to spread the ground water

11  to get your water into the Pauba Basin, if you are going to

12  try to put any into the basin, rather than use it for irriga-

13  tion.  You will get it in indirectly further down?

14      MR. VAIL:  I wouldn't say so in this particular crop

15  we are growing this spring, because of the fact that we are

16  using overhead sprinklers, which will allow very little return

17  water.

18      MR. LITTLEWORTH:  What is the crop for this spring?

19      MR. VAIL:  Potatoes.

20      THE COURT:  You get more return to the basin with check

21  or ditch irrigation than by sprinklers?

22      MR. VAIL:  Yes, much more.  In this land, probably three

23  times more.

24      MR. STAHLMAN:  I might indicate that as we get further

25  down with that type of irrigation, where you have your crops

1    and you flood irrigate your lands, you get a much higher return

2    into the basin.

3        MR. VEEDER:  That is your natural pasture and irrigated

4    pasture?

5        MR. STAHLMAN:  Yes.  There are different crops, too.

6        THE COURT:  Any further questions?

7        MR. VAIL:  To clarify what I said, we would probably

8    expect to use about two and a half acre feet to grow this crop

9    of potatoes on this land.  On the other land below, which is

10   similar, we used seven and a half acre feet the first year that

11   we grew potatoes there.

12       THE COURT:  But you irrigated those in rows?

13       MR. VAIL:  Yes.

14       MR. VEEDER:  You didn't have overhead sprinklers?

15       MR. VAIL:  No.

16       THE COURT:  Ditch irrigation-- furrows?

17       MR. VAIL:  Yes.

18       MR. VEEDER:  That was a good-looking photograph you were

19   looking at.

20       MR. VAIL:  That is my only photograph.

21       THE COURT:  Bring it down to court and we will get it in.

22       MR. ILLINGWORTH: The tentative route we have planned

23   here, I suggest that we go out of the valley to our right,

24   passing over the older continental deposits which extend to the

25   north of us at this location, going to Buck Mesa, down Long

1    Valley Road for some distance, and then come back across mesa

2    lands to the valley where we can return to headquarters and

3    pick up the bus.

4        MR. STAHLMAN:  I have a question.  What, in your

5    opinion, is the depth of this younger alluvium in the area on

6    which we are standing?

7        MR. JAMES:  Offhand, I couldn't say.  As I recall, our

8    closest well log is some distance downstream.  I have no

9    opinion right in here.  It would be rather hard to judge be-

10   cause we do have the fault that we mentioned, which shows that

11   there has been a vertical offset to the east.

12       MR. STAHLMAN:  I will ask Mr. Kunkel the same question.

13   Do you have an opinion as to what the depth of the younger

14   alluvium is in this area in which we are?

15       MR. KUNKEL:  As Mr. James pointed out, I do not know.

16   I have an opinion.

17       MR. STAHLMAN:  What is your best judgment?

18       MR. KUNKEL:  My best judgment would be that in this

19   area from about 100 feet to a maximum of approximately 130.

20       MR. STAHLMAN:  Do you have an opinion as to whether there

21   is any difference in the change of the characteristics of this

22   area here as you go underneath as to whether it is the same

23   kind and type of alluvium as you see on the surface, or is it

24   underlain with larger boulders or rocks or other types of

25   material?

1    MR. KUNKEL:  In general it is the same sequence of
2  materials we have observed, and I cannot differentiate when
3  one goes from Recent to older alluvium.

4    MR. STAHLMAN:  You believe then that underlying this
5  hundred feet or so there is older alluvium at this point?

6    MR. KUNKEL:  There is older alluvium in the hills right
7  behind us.  There is older alluvium in the hills on the other
8  side.  In my opinion there is older alluvium beneath the
9  younger alluvium.

10    MR. STAHLMAN:  Do you have an opinion as to the
11  characteristics of that type of older alluvium as to its
12  permeability?

13    MR. KUNKEL:  Statistically, as one proceeds deeper I
14  would expect the permeability on the average to be lower.
15  However, there are zones in the older alluvium that are as
16  permeable as the permeable zones in the younger or Recent
17  alluvium.

18    MR. STAHLMAN:  Do you have an opinion as to the relative
19  relationship of the proportion of the permeability of these
20  older alluvium to the lenticular alluvium that you say is
21  similar to what you see on top?

22    THE COURT:  This is the type of thing you can do better
23  in the courtroom.  You are getting involved here.  Do you mind?

24    MR. STAHLMAN:  I don't mind a bit.

25    THE COURT:  Let me ask a question of the experts here.

1   How does it appear here at the mouth of Nigger Canyon where

2   the flood waters would have to come out of the Temecula that

3   you see no boulders or coarse gravel?  It is common in

4   Southern California streams to see much of this heavier type

5   of material  Why don't you see any here, Mr. James?

6          MR. JAMES:  I think this is partially due to the fact

7   that the sediments, a large part of them, are derived from the

8   older Pleistocene deposits upstream in the area that lies

9   between Lancaster Valley and Temecula Canyon and that these

10  sediments from which this material down here is derived are

11  relatively fine grained themselves.

12         THE COURT:  But there are not materials upstream of

13  the character I talked about.  Is that what you mean?

14         MR. JAMES:  There are hard rock source ares upstream.

15  But this other material being fine-grained and sedimentary

16  weathers so rapidly that the bulk of material down here is

17  from that source.

18         THE COURT:  Is there any possibility that underlying

19  the material we see on top there could be extensive areas of

20  the bigger material below?

21         MR. JAMES:  There is a possibility, but I think the odds

22  would be against it, because as I said the bulk of the material

23  consists of this material that erodes much more easily and is

24  transported downstream in large quantities.

25         THE COURT:  Mr. Kunkel?

1    MR. KUNKEL:  I in general agree with the statement.  I

2  would like to add that stream gradient, along with the quantity

3  of water, would also be a factor.

4    THE COURT:  I can understand that.

5    MR. KUNKEL:  The fact that the material, as Mr. James

6  pointed out the bulk of it is derived from the older alluvium,

7  that is the type of material that has been brought down.  That

8  is an additional reason why one cannot differentiate the younger

9  from the older.  They are the same material merely redeposited.

10    THE COURT:  In other words, your younger alluvium in

11  these valleys is merely the older alluvium picked up and re-

12  deposited at a later date?

13    MR. KUNKEL:  That is right, by the same processes

14  originally deposited.

15    THE COURT:  Do you agree, Mr. James?

16    MR. JAMES:  I agree, except that I believe the older

17  stuff which has been deposited at considerable depth and has,

18  so to speak, aged longer is less permeable.  More of the

19  felspars that are in it have weathered to clays and it is

20  compacted by the greater weight of the thickness of overlying

21  material.  A lot of this finer stuff and clay material is

22  carried out with the muddy water.

23    THE COURT:  When we get on top where we are going, we

24  will be within the limits of what the Government has marked out

25  as Storage Unit No. 4, lying north and south of Pauba Valley

1    and east of Murrieta Valley; is that right?

2         MR. JAMES:  Yes.

3         THE COURT:  The fault nearest the Santa Rosa Mountains

4    is what-- the Elsinore fault?

5         MR. JAMES:  Yes, we call that the Willard fault or part

6    of the Elsinore system.

7         THE COURT:  What is the fault on this side?

8         MR. JAMES:  The Wildomar fault.

9         THE COURT:  When the Elsinore fault occurred, apparently

10   the Santa Rosa basement complex arose and the area to the east

11   of it sank.  We don't know exactly where.  Following that

12   faulting, I would ask, Mr. James, would it be your opinion that

13   the area of the basement complex as it then existed had a

14   gradient that moved up from the Elsinore fault in a northeast

15   direction?

16        MR. JAMES:  I am not sure that I follow that exactly.

17   You are talking about the bottom of the Elsinore graben?

18        THE COURT:  Yes.  Here is what I mean.  Here is the

19   plane, here is the Elsinore fault running from southwest to

20   northeast--

21        MR. JAMES:  Northwest to southeast.

22        THE COURT:  -- and we will say this is pretty much

23   basement complex.  We haven't got a place where there are any

24   deposits.  Santa Rosa Mountains moved up and the area east of

25   it sank.  So you have your basement complex in the Santa Rosa.

1    In this area that lies east of the Elsinore fault, when this

2    faulting occurred, was the gradient that resulted in the area

3    east of the Elsinore fault with a dip forward toward the west,

4    toward the ocean?

5         MR. JAMES:  I can't answer that, your Honor.  I can say

6    that we correlate the basement in this down-faulted block with

7    the basalts on top here, which shows that there is a throw in

8    this fault on the order of 2,500 feet.  Offhand I don't know

9    what the gradient was.

10        THE COURT:  Wouldn't the fact that further to the east

11   we find the basement complex again east of the area of Govern-

12   ment's Storage Unit 4, wouldn't that indicate that the gradient

13   of that basement complex probably ran downward in a westerly

14   direction toward the Elsinore fault line?

15        MR. JAMES:  I think this is more complicated than what

16   we are looking at here, your Honor.  For one thing, the Santa

17   Rosa Plateau is comprised of volcanic rock, which we believe

18   was fairly fluid.  It flowed out over the area and was fairly

19   flat-- we can't see it from here on the far hills-- and it was

20   poured out, it was apparently flat-lying.  And yet it has been

21   offset.  So that from that view I would suspect that this was

22   fairly flat lying down to the bottom of the basin.

23        THE COURT:  If you can trust the well logs, they show

24   that east of Unit 4, either the easterly edge of it or easterly

25   beyond it there was bedrock hit at 160 feet-- one well up near

1   Mr. Ceas's place there.  Yet we know that the Pauba well went

2   2,500 feet and didn't hit basement complex.  Doesn't that

3   indicate that there was a gradient of that basement complex

4   tipping downward in a westerly direction toward the Elsinore

5   fault?

6   　　　　MR. JAMES:  Well, it would indicate to me that you have

7   an irregular basement surface except where these volcanics

8   were, and whether there was tipping I don't think we have

9   enough information to say.

10   　　　　THE COURT:  What do you say, Mr. Kunkel?

11   　　　　MR. KUNKEL:  One has the Elsinore fault, to which we

12   have been testifying, and then paralelling that is the Wildomar

13   fault.  We have only one well log that has penetrated to what

14   may be volcanics and/or basement complex.  Therefore, we

15   don't know the depth.

16   　　　　THE COURT:  What log is that?

17   　　　　MR. KUNKEL:  The Bernard oil well.  However, the fact

18   that you have the two faults, plus the fact that the Wildomar

19   fault at the moment appears to be the more active fault, it is

20   a possibility that it is a perfectly flat plane or that the

21   direction of the dip could be in either direction in Murrieta

22   Valley.

23   　　　　THE COURT:  After this faulting occurred and before the

24   older alluvium was deposited in that basin, we have no reason

25   to believe that the area was a flat area?

1    MR. KUNKEL:  No.

2    THE COURT:  There would be your same irregularities that

3  we see around here, would there not?

4    MR. KUNKEL:  Generally.

5    THE COURT:  There might be ridges, there might be places

6  where basement complex was raised up-- there have been all

7  sorts of irregularities in there; is that right?

8    MR. KUNKEL:  In general, that is correct.

9    THE COURT:  Mr. James?

10    MR. JAMES:  That is true.

11    THE COURT:  So therefore the fact that you hit the

12  basement complex at 160 feet toward the east side of Storage

13  Unit No. 4, you might be coming right down on top of a ridge

14  of basement complex; is that right?

15    MR. JAMES:  It is a possibility.

16    THE COURT:  A hundred feet away you might go twice that

17  depth or more.

18    MR. VEEDER:  A quarter of a mile away they did; they

19  went to 300 feet.

20    THE COURT:  Isn't that a possibility?

21    MR. JAMES:  It is a possibility.

22    THE COURT:  Isn't it a probability that that floor was

23  not exactly level before the older alluvium came in?  Rather

24  than a possibility, isn't that a probability, that this was a

25  very irregular-shaped area?

1    MR. JAMES:  I would be inclined to take exception to

2  that, for this reason:  The only evidence we have, the deep

3  well that goes in between the Wildomar and Willard faults, is

4  this one that penetrates the volcanic material.  The Santa

5  Rosa basalts, which was a flat-lying formation as shown on

6  the Santa Rosa plateau, and I would assume that that was flat-

7  lying at the bottom at the basement level, too.

8    THE COURT:  You were going to say something when I

9  interrupted you.

10    MR. JAMES:  I was going to say that the movement of

11  these faults did not occur all at once by any means.  It is

12  still occurring at the present time, and these things were

13  happening gradually over a long period of time-- a relatively

14  short period geologically speaking.

15    THE COURT:  It wouldn't make any difference from the

16  standpoint of the questions I asked, though?

17    MR. JAMES:  No.  But I wouldn't want to leave you under

18  the impression that this all happened at once and that we had

19  tremendous erosion after the downdrop.

20    THE COURT:  Mr. Kunkel?

21    MR. KUNKEL:  I go along with the concept that the fault

22  movement was a series of steps, none of them of extreme dis-

23  placement.  I also think in terms of the order of magnitude

24  that we observe faulting happen today was taking place then.

25  We don't have enough data to know what the original erosional

1   surface was on which these deposits were laid down.  It would

2   be extremely unlikely that it would be a flat plane.  However,

3   it could have been more standard than at present.  It is un-

4   likely that it was more rugged than at present, although there

5   you are getting into the theories of geologic history and

6   correlation regionally.

7        THE COURT:  I don't want to prolong this here, but I

8   have one other question.  There is a fault running almost

9   parallel to the Elsinore and the Wildomar faults easterly of

10  the limits of your ground basin 4, the fault that runs along

11  through Murrieta Hot Springs there.  I will ask you, Mr.

12  Kunkel, what evidence is there as to what displacement occurred

13  there?  Did the area to the east rise relative to the area to

14  the west?

15       MR. KUNKEL:  The area of basement complex behind Murrieta

16  Hot Springs rose relative to the area to the west.

17       THE COURT:  Mr. James?

18       MR. JAMES:  I go along with that.

19       THE COURT:  We don't know what the extent of that

20  displacement was as much as we know on the Santa Rosa?

21       MR. JAMES:  No.

22       THE COURT:  And if there was as much displacement as

23  occurred in the Santa Rosa, that might have some bearing on

24  the gradient of this area?

25       MR. JAMES:  That is true.  We just don't know these

1   things.

2          THE COURT:  On the other hand, if there was less dis-

3   placement than in the Santa Rosas, the gradient of the base-

4   ment complex might run to the west?

5          MR. JAMES:  That is possible.  We don't know.

6          THE COURT:  Mr. Kunkel?

7          MR. KUNKEL:  In general that is true.  That is all we

8   have to go on, are these scattered deep oil wells.

9          THE COURT:  We will go up and look at this stuff up

10  here.

11                    --------

12          THE COURT:  Let's put an approximation of where we are

13  here.

14          MR. MOSKOVITZ:  Mark No. 37 at the point where we are

15  now on Exhibit 29-N, Mr. Illingworth.

16          MR. ILLINGWORTH:  I have marked it.

17          THE COURT:  We are in an area of little rolling hills

18  and valleys of older alluvium at about a mile west of basement

19  complex up here?  It's hard to guess.  A couple of miles from

20  the basement complex, a mile or two?

21          MR. ILLINGWORTH:  I would say, yes, about that.  I think

22  distances are deceiving, because it is so clear.

23          MR. MOSKOVITZ:  Our next stop probably should be when

24  we enter Ground Water Storage Unit 4, shouldn't it?

25          THE COURT:  As a matter of fact, we enter it about the

1    time we drop off of Buck Mesa down toward the windmill, we

2    would be entering, wouldn't we?

3        MR. ILLINGWORTH:  Yes.

4        Mr. Vail would like to go up to this point, which is a

5    good viewpoint, and then we will go back down.

6        THE COURT:  All lright.

7             -------

8        THE COURT:  On Exhibit 29-N mark the place where we are.

9        MR. MOSKOVITZ:  This will be No. 38 on Exhibit 29-N.

10       MR. ILLINGWORTH:  I have marked the intersection of

11    Buck Road and Long Valley Road on Exhibit 29-N with the number

12    38.

13       THE COURT:  You have your 37 a little out of place.  It

14    will not do any harm, will it?

15       MR. ILLINGWORTH:  I will put an arrow to the proper

16    location, your Honor, of No. 37.

17       THE COURT:  We are outside of Ground Water Unit 4, a

18    mile and a half or two miles?

19       MR. ILLINGWORTH:  Just about two miles.

20       MR. SACHSE:  We are in this weathered BC that you showed.

21       MR. VEEDER:  Right on the boundary.

22       THE COURT:  We are in what you call older alluvium now?

23       MR. KUNKEL:  No, we are in what you call the residuum.

24       THE COURT:  Just outside?

25       MR. KUNKEL:  Just above the contact.

1    THE COURT:   We are just within the weathered basement

2  complex.

3    MR. ILLINGWORTH:   Storage Unit 4 is mapped as older

4  continental deposits the same as this material just a few

5  hundred feet to the south of us.

6    THE COURT:   Where do we go now?

7    MR. ILLINGWORTH:   We will go southwesterly from the

8  location of point 38 down Long Valley Road to the intersection

9  of Long Valley Road and Long Valley.

10    MR. STAHLMAN:   What is the object of that?

11    MR. ILLINGWORTH:   At that point we will be close to the

12  boundary of Ground Water Unit 4.   We are not in it now.

13    THE COURT:   My computation-- how accurate it is I

14  can't tell-- is that after we start down the Long Valley Road,

15  after we make a little swing to the right, we drop off a mesa

16  and I think just about there we are getting into it, a quarter

17  of a mile or half a mile before we reach the windmill well.

18              -------

19    THE COURT:   Mark where we are as 39 on Exhibit 29N.

20    Mr. Veeder, let me see your Exhibit 17.

21    From an inspection of Exhibit 17, we are just about at

22  the eastern edge of Underground Unit No. 4.   Is that right?

23    MR. ILLINGWORTH:   It appears that way to me, your Honor,

24  and this point is marked 39.

25    MR. STAHLMAN:   What do you say about it, Mr. Kunkel?

6380

1          MR. KUNKEL:  You are right approximately on the boundary.

2          THE COURT:  Somebody wanted to look at some of this

3   older alluvium.

4          MR. MOSKOVITZ:  I thought you might want to hack at it

5   yourself.

6          THE COURT:  The theory I have is that your stuff on the

7   outside is a lot harder than it would be in four or five feet.

8   It gets weatherbeaten and hardens up.  Do you think so, Mr.

9   James?

10         MR. JAMES:  No, your Honor.  I think if you were to go

11  in here with a blade or a cat you could cut back ten or fifteen

12  feet or so and it would be the same.

13         THE COURT:  It would be just as hard as it is here

14  exposed to the sun?

15         MR. JAMES:  Yes.

16         THE COURT:  What do you think, Mr. Kunkel?

17         MR. KUNKEL:  I think it is probably a matter of degree.

18  I think going back in the direction you said there wouldn't be

19  an appreciable difference.

20         THE COURT:  The two experts disagree with me.  I can't

21  help but believe that the weathering action would harden this

22  stuff.  What would they make adobe out of if they didn't use

23  the sun to harden it up?

24         (The Court does a little digging.)

25         THE COURT:  Going in that far, only a couple of inches, I

1   would say it isnot as hard as it is on the outside.

2       MR. MOSKOVITZ: Down here is a good illustrating (dig-

3   ging).  Here is material that is a good deal more sandy than

4   up there.  It varies.

5       THE COURT:  I am interested in seeing one of these open

6   cuts that have been put in recently.

7       MR. SACHSE:  We ought to go to see that Metropolitan

8   cut.

9       MR. MOSKOVITZ: That is on our schedule for this morning,

10   isn't it, Mr. Illingworth?

11       MR. ILLINGWORTH:  Yes, we will be down there pretty

12   soon.

13       THE COURT:  All right, let's go.

14                    ----------

15       MR. JAMES:  I would like to point out that we have a

16   series of beds that are dipping to the north about 50 degrees,

17   and that some of these beds are a clay material of low permea-

18   bility that range inthickness up to probably 15 feet, and

19   that these dipping layers would very seriously impede any

20   horizontal movement in this area.  In other words, any

21   horizontal percolation would be stopped, for all practical

22   purposes, by these thick layers of clay material.

23       THE COURT:  This is the only place we saw this dipping

24   of these beds?

25       MR. JAMES:  This is the only place we saw this dipping.

1  But we did observe it further up the line-- in those areas

2  now covered-- we had some pictures that we showed the other

3  day, you recall.

4      MR. VEEDER:  I think Mr. Kunkel should make a statement,

5  too.

6      MR. STAHLMAN:  What is his statement?

7      MR. VEEDER:  Make your statement, "Tiger."

8      MR. KUNKEL:  I would like to point out that overlying

9  this clay bed, which is a matter of three, four or five feet

10  at the most, it is overlain by very soft, sandy material that,

11  if you brought it up in a bag, would look like the stuff you

12  pick up out of the channel of Temecula Creek below the area

13  that we observed at stop 36.  This is a matter of 15 or 20

14  feet, extremely soft.

15      MR. STAHLMAN: Quit chopping and talk.  It's getting

16  near lunch time.

17      MR. KUNKEL:  The clay lens is not infinite in length.

18  These lenticular deposits, the clay will peter out in each

19  direction.  Underneath the clay it is soft.

20      THE COURT:  Where did you see 50 feet of clay here?

21      MR. JAMES:  I said 15 feet, approximately.  I was looking

22  at that thin lens where the pipe is separated.

23      THE COURT:  In view of that 15 feet, wouldn't you expect,

24  as Mr. Kunkel said, that it would peter out?

25      MR. JAMES:  That probably would. We don't know how far

1    it goes.  But there are a series of them of variable thickness.

2    It is my feeling, anyway, that these would impede any movement

3    of ground water.

4         MR. STAHLMAN:  As you cut through, do you feel there

5    are more and more of them as you go down the basin?

6         MR. KUNKEL:  The only thing we can go by is what we see

7    here and elsewhere.

8         MR. STAHLMAN:  All right.

9         MR. KUNKEL:  What we have seen here and further up the

10   line would indicate to me that this may occur also at other

11   places within the basin.

12        THE COURT:  An example of this lenticular situation is

13   the deposit that Mr. Kunkel is now digging, which is almost

14   all sand and gravel, a little pocket of it in there-- it runs

15   up here and then terminates in some clay.

16        MR. KUNKEL:  The men who have logged the Pauba well and

17   are still working on our staff indicate to me that the material

18   they observed coming out of the Pauba well at considerable

19   depth, five or six hundred feet or more, there were lenses of

20   this character in them, of the various soft, sandy material,

21   and they said, as permeable as anything they will find in the

22   younger alluvium.

23        THE COURT:  Let me have your pick.

24        Here is an interesting thing.  This soft stuff coming

25   up on an angle terminates in some clay and then the soft stuff

1  appears over here again almost like there had been a slipping

2  there. Do you see what I mean?

3      MR. JAMES:  There are great irregularities in this,

4  your Honor.

5      MR. VEEDER:  I will stipulate to that.   There is no

6  continuous lens of anything any place.  Isn't that right, Mr.

7  Stahlman?

8      MR. JAMES:  One six-inch layer of concrete would

9  certainly cut out all the leakage.  What I am trying to point

10  out is that the similarity here--

11      MR. VEEDER:  You are not calling this concrete, are

12  you?

13      MR. JAMES:  No, I am not calling this concrete.  But

14  even a thin lens of this low permeability material would

15  greatly curtail the flow.

16      THE COURT:  Where it exists?

17      MR. JAMES:  That is right.

18      THE COURT:  But when it ceases to exist, then what

19  happens?

20      MR. JAMES:  Then there is another lens that overlaps it,

21  we feel. We don't feel this is wholly impermeable.  There may

22  be some leakage past these lenses, but the fact that they are

23  there will greatly impede the flow.

24      THE COURT: Can we give this place a number?

25      MR. VEEDER:  I would like to have those other two places

1   marked.

2   THE COURT:  The others we will mark down at camp.  They

3   would be 40 and 41.  This would be 43.

4   MR. VEEDER:  They would be 40 and 41, and this would

5   be 42.

6   THE COURT:  All right.

7   MR. ILLINGWORTH:  I have marked this place 42.

8   MR. VEEDER:  And the other two would be 40 and 41.

9   MR. ILLINGWORTH:  I am going to mark the last stop 41

10   at this time.

11   THE COURT:  All right, let's go.

12   --------

13   (The party then returned to the Vail Ranch for the

14   noon recess.)

15   --------

16   (After the noon recess the Court proceeded with its

17   tour of the Vail Ranch.)

18   --------

19   THE COURT:  What is the next number, Mr. Moskovitz?

20   MR. MOSKOVITZ:  The next number is 43, and we are on

21   Exhibit 29-O, the Pechanga quadrangle, I think.  Do you want

22   to put 43 on now, Mr. Illingworth?

23   THE COURT:  This is near the Windmill well.

24   MR. MOSKOVITZ:  Yes.

25   MR. ILLINGWORTH:  I have marked the present location as

1    43 on Exhibit 29-O.

2         I would like to note that I marked 40 and 41.

3         When we were located at point 42 I also marked location

4    40.

5         THE COURT:  Which was the cut for the new tube of the

6    aqueduct on the top of the ridge, and you marked 41, which is

7    the same kind.

8         MR. ILLINGWORTH:  Yes.

9         MR. STAHLMAN: As we proceeded down the valley this

10   morning, you marked your map with a number of locations of

11   wells where we stopped at that outwash area.

12        MR. ILLINGWORTH: That was not the last stop.

13        MR. STAHLMAN:  What was the last stop in the valley?

14   My intention was to proceed down the valley so that we could

15   understand the Vail Ranch.  I want the number.

16        MR. ILLINGWORTH: That stop number was 36.

17        MR. STAHLMAN: Then the next place coming down the valley

18   here as we proceeded down following the distribution line of

19   the Vail system, the windmill well was talked about a great

20   deal.

21        THE COURT:  Which is now marked 43.

22        MR. STAHLMAN:  Yes.  Where we are standing now, the

23   windmill well is now used as a measuring well.

24        Then looking down to the right here is Well No. 10,

25   recently drilled, which is a productive well, and the first

1    productive well as you proceed down the valley.

2         MR. HALL:  The windmill well normally has flowed over

3    the top of the casing.  Now it is 65 feet to water.

4         THE COURT:  When was normally?  How long ago?

5         MR. HALL:  All the time throughout the '20's and '30's.

6         MR. MOSKOVITZ:  When did it start to drop?

7         MR. HALL:  It went up and down every year, but it has

8    beengoing down more or less of late.  That is partially due to

9    the dam and partially due to the drough.

10         MR. VEEDER: As I recall, the log upon which everyone

11   has been relying is not truly the log to this well, but rather

12   the report of the man who cleaned out the well.  Isn't that

13   right?

14         MR. HALL:  The history is very vague, but Mr. Hunsinger

15   who was the driller and wrote the log that you have been using,

16   he may have copied that from a more original log because he

17   said that he knew the original driller, so it may have more

18   authenticity than is apparent by our records.

19         MR. VEEDER:  At the same time he reports bedrock, and

20   I want to show that he hit it.

21         MR. HALL:  He hit something hard at the bottom, and that

22   old driller called it bedrock.  But he called his other

23   artesians bedrock, too, when the samples showed it to be gravel

24   and sand.

25         MR. STAHLMAN:  This artesian well pumps into the

1   distribution system.  You can see it down through the valley

2   here.

3         MR. HALL:  Yes.

4         MR. STAHLMAN: And this reservoir and others that we

5   will visit tie into the system.

6         THE COURT:  How deep are these two weels, the windmill

7   well and the other one?

8         MR. HALL: The windmill is over 500 feet, and No. 10 is

9   two hundred and some.

10        MR. VAIL:  It was about 280.

11        MR. HALL:  That is close.  It is a very new well.

12        MR. STAHLMAN:  As we proceed down through the valley

13  here, the distribution system is in two pipe lines.  Where

14  does that start it with one up here.

15        MR. HALL:  Yes.

16        MR. STAHLMAN:  Do you know where the second new pipe

17  line ties into the old one?  In other words, there are two

18  pipe lines.

19        MR. VAIL:  Yes.  The old original main line ties in at

20  JK Reservoir.

21        MR. STAHLMAN:  We are right to the north of the JK

22  Reservoir.  And the old system is the 20-inch line at this

23  point; is that right?

24        MR. VAIL:  Yes.

25        MR. STAHLMAN:  And the new system is a 24-inch line?

6389

1     MR. VAIL:  Yes.

2     MR. STAHLMAN:  In other words, we split there with two

3   lines that traverse the valley floor.

4     MR. HALL:  The reason for two lines is to give greater

5   capacity.

6     MR. STAHLMAN:  There is some change in the dimensions

7   of those lines as we proceed south and after we get to that

8   point we will pick them up.  We are not going to look at every

9   one of these reservoirs, but it might be well if we stopped

10   at the JK Reservoir.  There are some factors there that might

11   be of interest.

12     THE COURT:  All right.  Do you have the GS numbers for

13   these two wells?

14     MR. ILLINGWORTH:  I do have for the Windmill Well; not

15   for the No. 10 well.

16     MR. HALL:  Yes.  That is J instead of K.

17     MR. ILLINGWORTH:  It is 12J, is that right?

18     MR. HALL:  No. 10 is 12J, where the Windmill Well is in

19   12H.

20     MR. ILLINGWORTH:  That is right.

21     THE COURT:  Give him the number of the windmill well.

22     MR. ILLINGWORTH:  The township, range and section number

23   of the Windmill Well is 8 South, 2 West, 12H1.

24     The number of the No. 10 well would be 8 South, 2 West,

25   12J1.

1          THE COURT:  Mark this your next number on the map-- 44.

2          MR. ILLINGWORTH:  This is marked 44 on Plaintiff's

3   Exhibit 29-O.  I am so marking it.

4          THE COURT:  How old is the reservoir?

5          MR. VAIL:  Twenty years, I guess.

6          MR. STAHLMAN:  Just as a matter of illustration, we have

7   discussions in court the other day in regard to different

8   reservoirs and materials, et cetera, and using this as an

9   illustration, this is a reservoir which has been found at

10  times to be not too efficient and there have been different

11  operations performed on it for the purpose of making it hold

12  water.  One reason is that it does leak some.  It is not too

13  significant in this particular case, because whatever goes

14  underground will drain into the basin. But at times this has

15  been oiled and there have been other mechanical means used in

16  its construction to make the base of it more impervious, so

17  that it would function as a reservoir and hold the water.

18         MR. VEEDER:  Have you observed the lenticular character

19  of the older alluvium across from us?

20         MR. STAHLMAN:  No, I am not geology-minded.  Yes, there

21  is some earth and rocks over there.

22         THE COURT:  That is the older alluvium on the other

23  side?

24         MR. JAMES:  That is the older alluvium against that wall.

25         THE COURT:  This area was in the older alluvium where

1  this reservoir was constructed?

2       MR. JAMES:  This corner certainly is.

3       MR. VEEDER:  It is on the younger alluvium.

4       THE COURT:  This corner, yes.

5       MR. VEEDER:  Do you think what I am pointing at over

6  there is younger or older alluvium?

7       MR. JAMES:  That is older alluvium, and I think its

8  permeability is low.

9       MR. VEEDER:  I move to strike that statement.

10       What do you think about the boulders, sand, gravel?  It

11  is lenticular, is it not?

12       MR. STAHLMAN:  Your motion was overruled, Bill.

13       MR. VEEDER: All right, I will just proceed, then.

14       MR. JAMES:  It is lenticular, but even the coarse stuff

15  over there is of low permeability.

16       MR. VEEDER:  The boulders?

17       MR. JAMES:  Yes, it is fine stuff between that, if you

18  take a look at it.  I have been over there and looked at it.

19       MR. STAHLMAN:  I was merely using this as an illustra-

20  tion of the function and type of reservoir and the peculiar-

21  ities of other reservoirs may differ somewhat and the type of

22  soil upon which the reservoir is built, and the fact that there

23  were mechanical and other means used in the construction of

24  this reservoir as well as other reservoirs to cause them to hold

25  water.

1          MR. VEEDER:  To seal them, isn't that right?

2          THE COURT:  Will that be in the record sometime in this

3    case?

4          MR. STAHLMAN:  Yes.

5          THE COURT:  What you have stated is true under oath?

6          MR. STAHLMAN:  I am not testifying.  This is an offer

7    of proof.

8          THE COURT:  Are we through here?  Let's go.

9                         --------

10         MR. STAHLMAN:  We are now standing at what is known as

11   Well No. 40, according to Vail Company's designation, and it

12   is a well that is connected into the irrigation system.  Water

13   can be diverted into the reservoir, which is to the north up

14   there, the next reservoir down the valley, which is known as

15   the Diesel Reservoir.

16         MR. HALL:  That is the one behind us.

17         MR. STAHLMAN:  Yes.

18         MR. HALL:  Yes, right beside the road.

19         MR. STAHLMAN: As you can see here, it is located right

20   near the two main pipe lines which traverse the valley of the

21   Pauba Basin.

22         THE COURT:  What is your next number, Mr. Moskovitz?

23         MR. MOSKOVITZ:  No. 45, your Honor.

24         THE COURT:  Will it be marked 45 on Exhibit 29-O?

25         MR. MOSKOVITZ:  Yes.

1  MR. ILLINGWORTH:  I have so marked this point.

2  This well No. 40, incidentally, is also numbered 8

3  South, 2 West, 11L1.

4  THE COURT:  Is Mr. Hall going to testify?

5  MR. STAHLMAN:  He will testify.

6  THE COURT:  Where do we go now?

7  MR. STAHLMAN:  To No. 50 and then go to the Dairy.

8  ---------

9  THE COURT:  We are at what well?

10  MR. VAIL:  This is the Dairy Artesian.

11  THE COURT:  What is the next number?

12  MR. MOSKOVITZ:  No. 46.

13  THE COURT:  Is this well being pumped?

14  MR. VAIL:  Just momentarily, just for fire protection

15  and domestic use.

16  THE COURT:  How much will it run without being pumped?

17  MR. VAIL:  I can't answer the question.  Not very much.

18  The man in charge of pumps says there was practically no

19  pressure here.

20  THE COURT:  Is the water level up to the top of the

21  well?

22  MR. VAIL:  I guess it was.

23  MR. HALL:  Just the other day it was some 18 feet above

24  this well.  It was 18 feet aboveground here two days ago.

25  THE COURT:  Would you say it is 10 or 12 feet above the

1   level of the valley here?

2           MR. HALL:  No; about four feet.

3           MR. ILLINGWORTH:  These things are a matter of record,

4   your Honor.  We could look them up.

5           MR. HALL:  It was drilled in 1903.

6           THE COURT:  It is within a hundred feet of the contact

7   between the younger alluvium and the older alluvium.

8           MR. ILLINGWORTH:  The number of this well is 8 South,

9   2 West 16A1.

10          THE COURT:  Is that correct?  It is near the contact

11  between the younger alluvium and the older alluvium?

12          MR. ILLINGWORTH:  Yes.

13          MR. JAMES:  That is correct.

14          THE COURT:  Anything else here, Mr. Stahlman?

15          MR. STAHLMAN:  No.

16          There is only one other little thing.  Up here at the

17  contact there used to be a spring that flowed, called the Dairy

18  Spring, and at times, like late in the year when the irrigation

19  is stopped, it will ooze out a little water, just enough to

20  make the area in front of it a little soggy and muddy.  That is

21  about the extent to which it will ooze.  Years ago that flowed

22  as a spring.  We have other phenomena further down that are

23  similar to this.  In other words, there is a spring down here

24  where they used to water.  It is completely dry now.

25          THE COURT:  As we went west on the road before we came

1    to the turn-off for the Dairy Well, Mr. Stahlman pointed out

2    the China Garden Well.

3         MR. VEEDER:  Is that artesian?

4         MR. HALL:  The China Garden Well raised water only five

5    feet aboveground a couple of days ago when it was tested.  But

6    it used to be that we could run a straight line from the

7    Windmill and go through the top of the pressure of all these

8    wells.  It is a matter of how much they have been used and

9    how much they have been shut off as to where the pressure goes.

10   Because it is only four feet eight at the Pauba Well.  It used

11   to be over 30 feet.

12        MR. WILKINSON:  This use here is probably in the

13   neighborhood of 18,000 gallons a day.

14        THE COURT:  From this well?

15        MR. WILKINSON:  Yes.

16        MR. HALL:  It used to flow 25 inches.

17        MR. ILLINGWORTH:  The China Garden Well is numbered 8

18   South, 2 West, 15C1.

19             -------

20        THE COURT:  Where is the well?

21        MR. VAIL:  The other side of that tree.

22        MR. HALL:  The Main Camp Artesian.

23        THE COURT:  We will mark it No. 47 on Exhibit 29-0.

24        MR. ILLINGWORTH:  It is also known as 8 South, 2 West,

25   16G1.

1          THE COURT:  How deep it is?

2          MR. HALL:  Over 500 feet, like all those five artesians.

3          THE COURT:  Is it a producing well now?

4          MR. HALL:  Yes.  It supplies the main camp with domestic

5    water.

6          THE COURT:  Artesian?

7          MR. HALL:  Yes.

8          MR. STAHLMAN:  Domestic well.

9          MR. HALL:  The head is 6 feet 8 inches.

10         MR. STAHLMAN: Where we are stopping now we are on the

11   highway.  Almost directly to the north is the Studley Reservoir

12   and the Studley Well, about which we have had a great deal

13   said in the testimony, is at the corner of that reservoir.  Is

14   that right?

15         COL. BOWEN:  Yes.

16         THE COURT:  I will mark it 48 where we are stopped.

17         MR. ILLINGWORTH: The number of that well is 8 South, 2

18   West, 17G1.

19         MR. STAHLMAN:  In view of the testimony we have had,

20   regarding the Studley well and the Navy well, it would be well

21   to go to the Navy well.

22         THE COURT:  How deep is the Studley well?

23         MR. HALL:  Over 500 feet.  It is another of that same

24   group.

25         THE COURT:  It is on the far corner of that reservoir?

1    MR. HALL:  It is in the water by the farther right-hand

2  corner of that reservoir.  But we didn't measure the height

3  on it because it was all wet.

4    THE COURT:  But it is near the contact of the older and

5  the younger alluvium, isn't it?

6    MR. HALL:  Yes.

7    THE COURT:  It is up where the valley floor starts to

8  rise up?

9    MR. HALL:  Yes.

10    MR. MOSKOVITZ:  Is that well used right now for any

11  purpose?

12    MR. HALL:  Yes, I think so.  We reserve it for irrigation

13  work, but we have to mix it withother water.

14    MR. VAIL:  I think it has been closed.

15    MR. HALL:  I haven't seen any flow from it for some time.

16  That's true.

17    MR. STAHLMAN:  Will you explain, Mr. Hall, the mixing of

18  the qualities of the water?

19    MR. HALL:  The percentage of sodium is a little too

20  high in the Studley well for good irrigation work, just as it

21  is in the Pechanga Creek.  It is about the same amount of

22  sodium as in Pechanga Creek.  It is not good irrigation water

23  unless mixed with the stream water, which is not so rich in

24  sodium.

25    THE COURT:  By Penchanga Creek you mean the water that

1   flows in the creek?

2        MR. HALL:  Yes.

3        THE COURT:  All right, go to the Navy well-- the Pauba

4   Well.

5                         -------

6        MR. STAHLMAN:  We are at the Navy well and the water

7   that is now running is artesian.  However, as we noted when we

8   pulled up here, the valve was closed.  When that runs about

9   two hours, the flow will materially decrease.  I doubt that

10  it will be 20% of what it is running right now.  It will keep

11  decreasing, and when it reaches its normal flow, if it were

12  continuously left open, it would be, I would say, having seen

13  it before, probably 20% of the water that is running out there.

14  But it will continue to be artesian.

15       THE COURT:  What is the head on this well?

16       MR. STAHLMAN:  I will ask Mr. Hall, but I think it is

17  around 19 feet or 18 feet.

18       MR. WILKINSON:  The head day before yesterday was four

19  feet eight inches.  It used to be 12 to 14.  Now it is four

20  feet eight inches.

21       MR. STAHLMAN:  It is true, is it not, that after that

22  runs awhile the flow materially decreases from what it is when

23  you first open it as you did now?

24       MR. WILKINSON:  When we originally tested it, I wouldn't

25  say that applied.

1    MR. STAHLMAN:  But I mean at this time.

2    MR. WILKINSON:  At this time, yes.

3    MR. STAHLMAN:  After we came up here you just opened the

4    valve, and in a couple of hours it will decrease materially.

5    MR. WILKINSON:  Not in two hours.

6    MR. STAHLMAN:  How long?

7    MR. WILKINSON:  In a day.

8    MR. STAHLMAN:  It will continue to go down?

9    MR. WILKINSON:  Until it reaches a set flow, which is

10    changed as time goes by.

11    MR. STAHLMAN:  I want to point out to the Court from

12    here the Schrode well.  You recall the testimony in relation

13    to the Schrode well.  We can't see it.  According to the map

14    here, it looks like it is about two miles.

15    THE COURT:  What was the testimony?  That when this well

16    was pumped the Schrode well showed the effects of it?

17    MR. MOSKOVITZ:  No.  I thought it was the Studley well

18    that showed it.

19    MR. STAHLMAN:  The Studley well is the one I had in mind.

20    It is about a half a mile up here.  The testimony was that when

21    this well was first put into operation on the initial tests

22    there was an indication in the Studley well after this was

23    pumped.

24    THE COURT:  And the significant thing you are arguing

25    about is that the Studley well went only about 570 to 80 feet

6400

1   and this went--

2       MR. STAHLMAN:  2,500 feet.

3       THE COURT:  Where is the Pauba well perforated?

4       MR. HALL:  Below 260 or 280-- 230, all below that.

5       MR. JAMES:  Is this well gravel packed to the surface?

6       MR. HALL:  Yes.

7       MR. STAHLMAN:  As was testified, you can't see the motor

8   on this well, but it is underground.

9       THE COURT:  The motor is underground?

10      MR. STAHLMAN:  Yes, there is a submersible pump.  And

11  then we put the water into this pipeline here.  We are standing

12  on the bank of the Navy reservoir.

13      THE COURT:  Why doesn't your flow increase when you

14  put your pump on?

15      MR. STAHLMAN:  I will have to ask somebody.  I don't

16  know about it.

17      There is a meter in there.

18      The water is coming up.  It will come over the top in a

19  minute.

20      THE COURT:  What are you trying to do?

21      MR. WILKINSON:  Shut off the artesian.  That's all.  The

22  artesian starts up again as soon as I shut off the pump.

23      MR. KUNKEL:  The contact of the older alluvium, as shown

24  on Exhibit 15-A, is north of the Pauba well.

25      MR. VEEDER:  How far?

6401

1    MR. KUNKEL:  A matter of a few hundred feet.  The younger

2    alluvium here is merely a thin veneer or wash from the hills.

3    There is a little island of older alluvium that, from where we

4    are standing, is not too visible.  But as you travel down the

5    highway there is a slight rise and there is a substation along

6    the highway and it will drop as soon as you get northeast of

7    the substation and that is indicated as an island of older

8    alluvium.

9        MR. VEEDER:  Largely in the North Half of the Southwest

10   Quarter of 17; is that right?

11       MR. KUNKEL:  That is right.  The point I want to make is

12   that the younger alluvium indicated at the Pauba well is a

13   matter of a few feet at the most, a matter of two or three feet.

14       MR. PEMBERTON:  How do you know it is older alluvium?

15       MR. KUNKEL:  It is a matter of observing your hills.

16   You are on practically an erosive slope here.  By careful in-

17   spection of the contour out here you can actually find the

18   breaks.  By careful examination of the contour of the land you

19   can actually observe the island of older alluvium in the

20   Southwest Quarter of Section 17.

21       THE COURT:  Let's go.

22               - - - - - - - -

23       THE COURT:  This is Vail on the east side of the road

24   all along here?

25       MR. STAHLMAN:  Yes.

1          This is the Querry well about which there was a great

2     deal of testimony.

3          THE COURT:  This is the well on which we couldn't get

4     a well log; is that right?

5          MR. STAHLMAN:  Yes.

6          THE COURT:  Do you know how deep it is?

7          MR. VEEDER:  It is something to see the sprinklers run

8     away up in the hills when they turn the pump on.

9          THE COURT:  Mr. Kunkel, is this Querry well in older or

10    younger alluvium?

11         MR. KUNKEL:  Still in the younger alluvium, but in my

12    opinion it goes into the older alluvium.

13         THE COURT:  Mr. James?

14         MR. JAMES:  It starts in the younger alluvium.  Just at

15    what depth it would go under the older alluvium I don't know.

16    We have no log, as we mentioned before.

17         MR. VEEDER:  If you had a log, could you tell?

18         MR. JAMES:  Possibly.

19         MR. VEEDER:  How?

20         MR. LITTLEWORTH:  The State tried to locate the log in

21    the San Diego office of the Regional Pollution Control Board.

22    It is not there.

23         THE COURT:  This isn't part of the Pechanga Creek.  That

24    is over at the other side of that hill.  This is higher than

25    the bed of that creek, isn't it?

1    MR. WILKINSON:  Approximately the same elevation.

2    MR. ILLINGWORTH:  The bottom of the creek at this loca-

3    tion is about at elevation 1040, and we are located at about

4    1030.

5    COL. BOWEN:  The 1030 bench mark is right at this corner.

6    MR. VEEDER:  What did you say about the relationship to

7    the bottom of the stream?

8    MR. KUNKEL:  If one would take the bedrock lip on

9    Temecula Creek and project it back we would not expect contact

10   between the younger and the older alluvium to be beyond that

11   depth.  We would have to have a reverse gradient in order to

12   have the younger alluvium deeper than the outlet of bedrock

13   at the head to Temecula Canyon.

14                    --------

15   THE COURT:  Are we going to see the Pechanga Indian

16   Reservation today?  How long will that take?

17   COL. BOWEN:  About half an hour.

18   MR. STAHLMAN:  The only thing I suggest is that we see

19   the Cantarini property, which is north of here.

20   THE COURT:  Is that out of the older alluvium?

21   MR. HALL:  Still in the new and goes into the old,

22   according to the testimony.

23   THE COURT:  What do you say we go up to Pechanga, then?

24   Are you ready, Col. Bowen?

26   MR. VEEDER:  I would like to have the representative of

1    the Indian Affairs here, but I would just as soon go and take a

2    look at the valley.  I thought Mr. Stahlman was going to

3    conduct the tour.  It suits me.

4         MR. STAHLMAN:  I am trying to leave it up to him.  I

5    don't want to show him a lot of things he may be satisfied on.

6         MR. VEEDER:  I think his Honor is ready to go home, and

7    I think I am.

8         THE COURT:  Does somebody know the boundaries when we

9    get to it?

10        MR. HALL:  Yes.

11        THE COURT:  All right, let's go up there.

12                        - - - - - - - -

13   .      THE COURT:  This is part of the Indian Reservation on

14   the right, Mr. Veeder.  This is the so-called Kelsey?

15        MR. VEEDER:  That is right.

16        THE COURT:  Riparian to the stream?

17        MR. VEEDER:  Well, yes-- it is riparian.

18                        - - - - - - - -

19        (Whereupon the party returned to the Vail Ranch head-

20   quarters and court was then adjourned until the following day

21   at 10 A.M.)

22

23

24

25