# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

— — —

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al,

Defendants.

No. 1247-SD-C

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**Place:**   San Diego, California

**Date:**   Tuesday, March 29, 1960.

**Pages:**   12590 to 12603

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
DEPUTY

JOHN SWADER
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 · Ext. 370

VOLUME DIS

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
|           Plaintiff,   ) | |
| )  | |
|      vs.   ) | No. 1247-SD-C. |
| )  | |
| FALLBROOK PUBLIC UTILITY   ) | |
| DISTRICT, et al.,   ) | |
| )  | |
|           Defendants.   ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

San Diego, California
Tuesday, March 29, 1960

APPEARANCES:

| | |
|---|---|
| For Defendant<br>Murray Schloss<br>Foundation | WALTER GOULD LINCOLN, ESQ.<br>MRS. ROSALIND G. BATES. |

12591

San Diego, California, Tuesday, March 29, 1960.   10:00 A. M.


1    THE CLERK:  Seven, 1247-Sd-C, United States vs.

2 Fallbrook.

3    Hearing on motion for substitution of attorneys and

4 further court trial.

5    MR. LINCOLN:  In that Fallbrook matter, your Honor, I

6 have a report to the Court, and perhaps I should take up the

7 matter of the proof of the Schloss determination.

8    I telephoned yesterday to Col. Bowen at Camp Pendleton,

9 but the Colonel was not there.  I was able to talk to Commander

10 Redd.  He said that while their investigations were complete,

11 they had not yet compiled a report and would not have it ready

12 for some days.  In addition to that, he said that he and Mr.

13 Veeder were obliged to be in Los Angeles today on some water

14 appropriation matter concerning the United States and Camp

15 Pendleton.  Of course, I wouldn't be ready today for that

16 reason.

17    THE COURT:  What is the status of these State proceed-

18 ings?

19    MRS. BATES:  Your Honor, may I add to Mr. Lincoln's

20 statement that I also inquired, because I had the impression,

21 probably erroneous, that you were going to proceed first on

22 the substitution of attorneys and then you would take up the

23 matter of the Schloss Estate.  But I was informed that it would

be probably three or four weeks before they were ready to

proceed in the Schloss matter, as to Col. Bowen's maps and

his survey in that matter.

I think that already Mr. Lincoln has informed your

Honor, so I have been informed, that on the 7th of March his

writ was denied in the Appellate Court.  I might add that while

that was pending, on the 18th of February he filed a notice

of appeal against all of the previous orders during the last

year of Judge Bucciarelli both as to the appointments of

trustees filling the positions of those who had died, those

who had resigned and those who were removed.  That was done

while the petition for a writ was still pending.  I have a

copy of the notice on the 18th day of February.  The writ was

denied on the 7th of February.

I was in Riverside on another matter day before yester-

day and I checked the file and find that no funds have been

forwarded either to the Clerk, to the Reporter or to anyone

else, although an extension of time was granted during the

time the appeal was pending, but that instead of filing for

the ordinary clerk's transcript notice was given to the clerk

that the persons appealing, Mr. Lincoln and his wife Mrs.

W. M. Beale would themselves furnish the various papers

involved.

I cannot see, your Honor, how this effort merely to

delay matters both here and in the Riverside court should be

1   permitted to destroy the rights of this estate, because if I

2   don't get in within time to amend this answer-- I have checked

3   all of the various papers in this matter and I find that only

4   Mr. Lincoln's pleadings have failed to ask that the stipulated

5   judgment and the judgment be set aside, and it is axiomatic

6   that youdon't get what you don't pray for-- this will leave

7   the Schloss Estate the only ones with no water whatsoever,

8   unless these pleadings are amended.

THE COURT:  That doesn't follow; this is an equity

10  proceeding, and if on the decision on the issue between Vail

11  and the Government the Vail judgment is held ineffective, it

12  will be held ineffective so far as all of the people in the

13  watershed are concerned.

14      MRS. BATES:  I am greatly relieved to hear that, your

15  Honor.

16      THE COURT:  You haven't any concern.  The trial of this

17  matter, if and when we try it, is going to take probably

18  about thirty minutes.  We have the geology in, we have the

19  area, we know what land the Schloss Estate owns-- it is

20  probably all riparian, and there is probably only a small

21  portion of it that is irrigable-- we anticpate the report

22  from Col. Bowen will be a fair report, because his reports

23  have generally been accepted in this watershed as being very

24  fair to the land owners.  I imagine that when Col. Bowen's

25  report comes in we will know how many irrigable acres there

1  are.  The title to the property is in the estate.   .

2       This matter about who is going to represent the estate

3  sort of leaves me cold.

4       MRS. BATES:  Your Honor, the title is not in the

5  estate.  The title is actually in this Foundation.  This was

6  distributed to them in 1931, your Honor.  It is no longer the

7  Estate of Schloss as such.  It was distributed to these

8  trustees.  Although even in the answer in which Mr. Lincoln

9  names them he has people who were dead when he named them,

10  who had resigned, who were no longer acting.  It is completely

11  defective.  I have a photostat of his amended answer here.

12  But there is no question that the title is not in the Estate

13  of Schloss.  It is in the trustees.  It is in actually the

14  Murray Schloss Foundation for Hothan Pioneering and has been

15  since 1931, and they have informed Mr. Lincoln that they no

16  longer wish him to represent them, and as I set out, they have

17  full power under the Court to employ their agents, secretaries

18  and attorneys.  It is probably of no particular interest to

19  this Court, but the record shows that $40,000 have been paid

20  to counsel and nothing to the beneficiaries-- not a five-cent

21  piece.  That is one of the reasons.  It meant $2,000 out of

22  this estate last year just to have counsel come and be present

23  here.  It is only fair to this estate, where it has been left

24  to beneficiaries, that they should have some benefits.

25       THE COURT:  Does the answer filed by Mr. Lincoln show the

1  property to be in the trustees of the Murray Schloss Foundation

2  for Hothan Pioneering?

3      MRS. BATES:  Yes, it does, your Honor.  May I read it

4  to you?

5      THE COURT:  Yes.

6      MRS. BATES:  Now come certain of the persons named as

7  defendants herein, namely:  Walter Gould Lincoln (who has since

8  been removed); S. A. Shepard (apparently dead or totally un-

9  known); W. M. Beale (who is really Mrs. Lincoln under another

10  name); Fred Hessert (who resigned 15 years ago); Otto Witchner

11  (who is a trustee); Axel Emil Gibson (who resigned fifteen

12  years ago), et cetera, heretofore appointed as such trustees,

13  and now appearing for themselves alone, and they answer as the

14  trustees, and they had the property as of the year 1931, your

15  Honor.  Not that they have ever done anything with it-- not

16  a thing in the world, except to pay attorney's fees and taxes.

17      THE COURT:  There are two issues that eventually have

18  to be resolved:  (1) Who are the trustees; and, (2) Who are

19  the attorneys for the trustees?  That is a matter which is

20  pending in the Superior Court and is now on appeal.  Is that

21  right?

22      MRS. BATES:  I have the matters from which he has

23  appealed, your Honor.  They are not appealable orders.  These

24  people have a right to discharge their attorney, as their

25  by-laws set forth.

1          THE COURT:  I am going to continue the matter.  The

2     next hearing we have set, I think, is for May 27th, which is

3     a Friday.  I will continue the matter to that date and see

4     if meanwhile the matter is disposed of in the State court.  I

5     don't propose to proceed to try the same issues that the

6     Superior Court has undertaken to try.  Apparently the pro-

7     ceeding in the Superior Court is to determine who are the

8     trustees.  Is that right?

9          MRS. BATES:  Not as far as I am concerned, no, your

10    Honor.  Mr. Lincoln has appealed from everything.  For instance,

11    Mr. Lincoln moved for a change of venue in a probate matter

12    to move it down here.  He has appealed from that.  On what

13    basis I don't know.

14         THE COURT:  Who instituted this proceeding in the

15    Superior Court?

16         MRS. BATES:  Mr. Lincoln.

17         THE COURT:  Is this a new proceeding you instituted?

18         MRS. BATES:  This appeal, yes.

19         THE COURT:  No, not the appeal.  The Superior Court

20    proceeding.

21         MRS. BATES:  It is the same proceeding, your Honor.  It

22    is under the Estate of Schloss.  Last fall, in about September,

23    we found that two of the trustees were dead, so we asked for

24    the appointment of two trustees.  About the same time Mr.

25    Lincoln came along and had his wife in pro per ask the Court

1  to appoint two trustees.  The Court held that he didn't give

2  proper notice, et cetera, and appointed two trustees in place

3  of the two that were dead.  At that time Mr. Lincoln filed a

4  motion for a change of venue to San Diego on the basis that

5  he had moved to Solana Beach and that the entire State matter

6  should be moved down here, apparently, to this jurisdiction,

7  and he set it himself.  And at the same time we went in then

8  and moved to remove Mr. Lincoln as trustee and this Mrs. Beale,

9  who is Mrs. Lincoln, actually, as trustee on the basis that

10  they had attempted to sell the property.  We brought the

11  witnesses into court to whom they attempted to sell the

12  property.  We brought the real estate man into court to whom

13  they attempted to sell the property.

14      And although Mr. Lincoln himself set the date for this

15  change of venue, the judge continued it three times because he

16  did not appear, and on one of these occasions when he did not

17  appear I received a telegram purportedly from Mr. Veeder

18  telling me that he was requesting Mr. Lincoln's presence here

19  on the Estate of Schloss, that it was urgent and he had wired,

20  the judge receiving the same telegram requesting Mr. Lincoln's

21  appearance here.  I now have Mr. Veeder's affidavit that he

22  didn't send me the telegram; that he didn't send the judge

23  the telegram, that he didn't authorize the use of the stationery

24  of the United States Government in a memorandum stating "U. S.

25  Government Memorandum" at the top, and that he knew nothing

12598

1   about the wire to me.

2         On a third continuance the Court proceeded to overrule

3   Mr. Lincoln's demurrer, Mr. Lincoln's motion to strike, Mr.

4   Lincoln's motion for a change of venue, Mr. Lincoln's motion,

5   which previously had been denied, for setting aside the order

6   about the trustees who were appointed for the two who were

7   dead.  There were eight motions in all, all more or less the

8   same type of motion that you find in the answer that Mr.

9   Lincoln has filed here-- rather in his special demurrer,

10  motion to strike and what have you that he has filed here

11  (as I understand, contrary to the Federal Rules, but possibly

12  I am in error).  Everything that had happened in the last

13  eight months, all of these "actions" of Judge Bucciarelli, he

14  took a writ of mandate to the District, then sitting in Fresno,

15  which writ was denied on the 7th of March, and on the 18th

16  of February, with that motion still pending, with the petition

17  for a writ still pending, he filed notice of appeal.  Absolutely

18  no funds have been placed in the hands of either the Clerk,

19  the Reporter or anyone else.  But it is perfectly possible

20  that Mr. Lincoln could request additional time to put up funds.

21  This could be delayed ad infinitum.  The only advantage to

22  anyone is the ability to go into the estate and claim attorney's

23  fees.

24        THE COURT:  You will have to take that up with the State

25  court.  I have no power to make any order that he put the money

1   up or not put it up.  That has to be done by the State court.

2        To support your motion for substitution of attorneys,

3   it would seem to me that you would have to present to this

4   Court the final judgment of the Superior Court of Riverside

5   County showing who the trustees are and that these trustees

6   want you to be their attorney.  You have plenty of time to do

7   that.  The Schloss Estate, as far as the proceedings in this

8   court are concerned, is not going to suffer.  The only thing

9   that could happen to it is that some of the ground could wash

10  away in a flood.  But we don't seem to have floods any more.

11  It will probably be another year before we can get a final

12  decree drawn up to wind up this Fallbrook case.  There is

13  plenty of time to have this half-hour hearing at sometime

14  in the future.  When the judgment of the Superior Court of

15  Riverside County is final and you can come to me with an order

16  stating who the trustees are and a statement that these

17  trustees want you as their attorney, I will make the substi-

18  tution.

19       MRS. BATES:  Is it your opinion that this will be delayed

20  even as long as an appeal going to the Supreme Court of the

21  State of California would be?

22       THE COURT:  I don't know.  I haven't looked into that

23  State proceeding.

24       MRS. BATES:  It runs about two years.  In the meantime

25  there is no particular reason--

1   THE COURT:  If an appeal is without merit, there are

2   methods to move to dismiss appeals.  I am not going to pretry

3   anything that goes on in the Superior Court of Riverside

4   County.  I am willing to have whoever is the proper litigant

5   come in and be present in this court.  Under principles of

6   comity that exist between State and Federal courts, I don't

7   intend to stick my oar in these troubled waters that surround

8   the situation in Superior Court.

9   MRS. BATES:  All I am interested in is that the property

10   be protected, and secondly that no attorney be allowed to

11   come down twenty-two or twenty-five times and charge the estate

12   for that amount.  With your statement that it would take about

13   thirty minutes, and the matter has not yet been set, certainly

14   the estate would be relieved of the additional thousands in the

15   next few months.

16   THE COURT:  I am going to continue it until May 27th.

17   At that time, if there is no determination of these matters

18   in the State court, I would suggest that you and Mr. Lincoln

19   arrange for a continued date sometime in the future and avoid

20   having to make trips down here on the matter.  It can be done

21   on a motion, if necessary.

22   MRS. BATES:  If we are going to get into the State court

23   with any summary type of proceeding-- in fact, I haven't made

24   up my mind on a possible injunction on this.

25   THE COURT:  Let me interrupt you a minute.

(Another matter.)

THE COURT:  Proceed, Mrs. Bates.

MRS. BATES:  Your Honor, could you make it longer than that, because I think even summary action--

THE COURT:  Yes, I would be willing to set some convenient date.  May is only two months away.  Would you like it three months away?

MRS. BATES:  I would like it in June, because by then possibly we will find out whether we are going to be able to get some type of summary proceedings that will terminate this unconscionable situation.

THE COURT:  How about Friday morning, June 24th?

MRS. BATES:  Thank you.

THE COURT:  Is that agreeable?

MR. LINCOLN:  Yes, your Honor.

THE COURT:  All right, Fallbrook (Schloss) continued to 9:30 on June 24, 1960.

MR. LINCOLN:  As I understand it, your Honor, that is to prove up the Schloss Estate matters alone.  It has nothing to do with the--

THE COURT:  Presently it is the matter of the motion for substitution of attorneys.

MR. LINCOLN:  All right.

THE COURT:  But if there is available the material, I may go ahead and take the evidence on the Schloss Estate even

1    while this controversy proceeds.  In other words, if you and

2    Mr. Lincoln can sit down here and offer what you want and make

3    objections that you want.  But as I said, having tried a lot of

4    these parcels, I don't think there will be any problem.  I

5    don't think either of you will object to Col. Bowen's report.

6    The Court has already in evidence the geology.  There is no

7    dispute as to the number of acres.  The two of you could sit

8    down and have a cozy little time while I tried the case and

9    then you could litigate your question in the Superior Court

10    to your heart's content.  But presently I will not fix any

11    date for the Schloss matter on the merits.  We have other

12    things to do.  If we can be ready on June 24th, all right.

13    If somebody wants to bring it on earlier, the Court is always

14    available to hear a formal or informal application to hear

15    this Schloss Estate.

16    MRS. BATES:  It will be at least on notice.

17    THE COURT:  I am not going to let anyone's rights be

18    prejudiced, even the people who have defaulted, Mrs. Bates.

19    We are holding some kind of hearing to find out what kind of

20    rights they have.

21    MRS. BATES:  I noticed that you were the few times I

22    have been here previously.  And I might say that neither Mr.

23    Lincoln nor I would object to your trying the matter.

24    THE COURT:  All right, is there anything further on this

25    calendar.

1          The Fallbrook court trial is continued from this morning

2     until tomorrow morning at 10 o'clock A.M.

3          (Adjournment until Wednesday, March 30, 1960, at 10:00

4     A. M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25