# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

#### HONORABLE JAMES M. CARTER, JUDGE PRESIDING

— — —

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT, et al,

Defendants.

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:     San Diego, California

Date:      Monday, June 27, 1960

Pages: 13,873 - 13,974

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
DEPUTY

JOHN SWADER
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - - - - - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - - - - - -

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )        No. 1247-SD-C
         vs                    )
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
             Defendants.       )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

San Diego, California
Monday, June 27, 1960

APPEARANCES:

FOR THE PLAINTIFF:                    WILLIAM H. VEEDER,ESQ.,
                                      Special Assistant to
                                      the Attorney General,
                                      Department of Justice,
                                      Washington, D.C.

                                      LCDR DONALD W. REDD

FOR THE DEFENDANTS:

    For Defendant Fallbrook           FRANZ R. SACHSE,ESQ.,
    Public Utility District, et al.

    For Defendant Vail                GEORGE STAHLMAN,ESQ.
    Company

APPEARANCES (continued)

    FOR THE DEFENDANTS (continued)

      For Defendant State of           STANLEY MOSK, ESQ.,
      California                          Attorney General,
                                  By FRED GIRARD,ESQ.,
                                  Deputy Attorney
                                  General.

                                ARTHUR L. LITTLEWORTH,
                                ESQ.,
                                Best, Best & Krieger

13,875

P 38   1

INDEX TO WITNESSES

2   <u>For the Plaintiff</u>                    D       X      RD      RX

3      Fred Kunkel                             13,876 (by Girard)

4                                              13,922 (by Sachse)

5                                              13,924 (by Littleworth)

6                                              13,949 (by Stahlman)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    SAN DIEGO, CALIFORNIA, Monday, June 27, 1960, 6:45 P.M.

2         THE COURT:   Who wants to start now?   Mr. Girard?

3         MR. GIRARD:   All right, your Honor.

4         CROSS EXAMINATION

5    BY MR. GIRARD:

6         Q     Mr. Kunkel, on this 1927 water well contour level,

7    as I understand it, that was taken from records that were kept

8    by the Vail Company, Mr. Green, etc.,?

9         A     That is correct.

10        Q     Have you made any comparison insofar as the rainfall

11   figures which existed for, say, a period 15 years prior 1927

12   with the amount of rainfall that fell prior to 1959?

13        A     Only insofar as I have examined the stream flow

14   records as depict on Government's Exhibit 15-I.

15        Q     Would it be fair to say that the rainfall was greater

16   during that period preceeding 1927?

17        A     Compared with a similar period preceeding 159?

18        Q     Yes.

19        A     Yes, I believe it would.

20        Q     As I understand it, you admit, Mr. Kunkel, that

21   insofar as the lowering of the water levels throughout, it

22   would depend in addition to pumping on the amount of run off

23   that went back into the ground?

24        A     Yes, it would depend on both.

25        Q     Have you made any actual comparison, estimate or

1    valuation as to comparitive figures for those two factors?

2         A    Percentage caused by precipitation or lack of it,

3    percentages caused by pumping?

4         Q    Yes.

5         A    No, I have made no quantitative comparison.

6         Q    And that is both in Murrieta and the same thing in

7    Pauba?

8         A    That is correct.

9         Q    And that would be true throughout the area?

10        A    That is correct.

11        Q    Now, I believe, you used the term in describing the

12   movement of ground water of "hydraulic continuity;" is that

13   correct?

14        A    I have used that term, yes.

15        Q    By "continuity" do you mean, for example, that there

16   is a continual, constant movement of water?   I am speaking of

17   ground water.  Each molecule of water is connected to another

18   molecule of water all the way down; is that correct?

19        A    And moving all the way down.

20        Q    There are no places, for example, where there might

21   be minor barriers even?

22        A    There very well might be barriers.  However, this

23   would be reflected by an increased hydraulic gradient or per-

24   haps even a ground water cascade could exist.  But there is a

25   constant progression and continuous movement of ground water.

1    Q    In other words, all the way through from the top of

2    the basement complex all the way down to the ocean molecules of

3    water are connected with each other?

4    A    There are places where the circumstances occur. It

5    is not necessarily everywhere true.

6    Q    There are places then where a molecule of water is

7    not connected with another molecule of water; is that correct?

8    A    There could be.

9    Q    I realize that you can't look down in there and see,

10   but it is possible that they may not be connected in that sense?

11   A    There are places where this circumstance may exist.

12   Q    You don't know, do you, Mr. Kunkle, whether it does

13   or does not?

14   A    No I don't.

15   Q    You would have to look in there and see before you

16   could say with certainty, wouldn't you?

17   A    That is correct.

18   Q    One other preliminary question, Mr. Kunkel. When

19   we are talking -- I believe you used this entire area -- are

20   we talking about a ground water basin?

21   MR. VEEDER:   To what area are you pointing?

22   MR. GIRARD:   This entire area in here.

23   THE COURT:      Of the older alluvium.

24   MR. GIRARD:   The older alluvium.

25   THE COURT:   On Exhibit 15-E.

BY MR. GIRARD:

Q    Are we talking about a ground water basin which is not under pressure or are we talking about a pressure area?

A    In my opinion, all except perhaps the very shallowest ground water in the younger alluvial areas is under a degree of confinement.  I would refer to virtually all of the ground water as semi-confined.

Q    In other words it would be semi under pressure, then; is that what you mean?

A    Owing to the lenticularity of the deposits, there are differences in horizontal and vertical permeabilities, and this would give an increasing pressure effect as one generally drills deeper in areas of ground water discharge.  In areas of recharge the reverse would be true.  This does not imply that there is complete separation of zones.  There is a semi-confinement involved.

Q    When you were talking with Mr. Sachse and I believe with Mr. Veeder, you used the term "head," did you not?

A    I used the term "head,".

Q    Does that imply pressure?

A    I generally use the term "head," because it very well may imply pressure, and in my opinion it does in most cases.

Q    In most of this area?

A    That is correct.

13,880

1      Q     In regard to these areas here, to which I think you

2  referred as "pumping depressions"  -- is that the term you

3  used?

4      A     Yes.

5      Q     Is there a difference between a pumping depression

6  and a pressure are?

7      A     I haven't made this distinction.   The pumping

8  depressions as depict on 15-E in the large part represent a

9  reduction from the head.

10     Q     When you said it represents a reduction --

11     MR. VEEDER:   I don't believe he answered your question,

12 Mr. Girard.  Maybe I didn't comprehend your question.

13     MR. GIRARD:   As I understood it, he said that it rep-

14 resents a reduction in head, and my next question is going

15 to be, then that is not an actual dewatering of this area?

16     THE WITNESS:   If one were to calculate the volume of the

17 pumping hole and a reasonable value for specific yield of the

18 deposits and calculate the amount of water that would be re-

19 moved if this were a dewatering of the deposits, it would be

20 considerably greater than the actual amount of water pumped.

21 In this sense it does not represent the volume of water re-

22 moved from storage.  Water has been removed from storage, how-

23 ever, but not the magnitude that one would have if this were

24 in a pressure effect.

25 BY MR. GIRARD:

Q     You did not intend this to indicate a pumping area in the sense that the water has been entirely depressed in those areas?

A     The head or the water levels have been depressed.

Q     In other words, a lowering of the water level does not necessarily mean that there is less water?

A     In the immediate area of the pumping depression?

Q     Yes.

A     However, the water has been withdrawn from storage from father out towards the margins of the water body.

Q     In other words, somewhere out, and if your ideas are correct, it could be anywhere out in the area that figures into that depression area?

A     If you are not covering too broad an area with the sweep of your hand, yes.

Q     Then as soon as the pumping stopped, I believe you testified that the depression area would fill up again?

A     There would be a recovery of head, of water levels.

Q     There would be a recovery of water levels, and therefore when we lower the water level in this particular area it doesn't necessarily mean that the water will return there as soon as the pumping is stopped?

A     That is correct.  But it does not follow that the recovery would be to the original static level unless there has ben some recharge to cause that complete a recovery.

Q    Ordinarily you would expect recharge, wouldn't you?

A    Ordinarily one would expect some recharge.  However, as indicated by the hydrographs, the over-all trend has been down, and discharge, whether it be natural or artifical, over the long period has exceeded recharge.

Q    Are you telling me now that pumping has exceeded the amount of return flow?

A    No, what I am saying is that the total discharge, evapo-transpiration, ground water underflow out of the area, pumping as depict by Government's Exhibit 15-I, has been one of overall decline for the period recorded for the wells for which we have the longest record available.

Q    What period are you talking about, Mr. Kunkel, just estimating?

A    Approximately 1923 to 1960.

MR. SACHSE:  Excuse me.  I have the Government Exhibit if you want it.  I didn't realize it.

MR. GIRARD:  If you want to get more specific.  For my purposes it is all right, Mr. Kunkel.

Q    Now, as I understand it, Mr. Kunkel, this line -- what did you call it?

A    I called it an approximate position of a divide.

Q    Is there any specific reason why it went along here, or could it have gone here or slightly one way or the other?

A    On the basis of the contours as drawn, this is the

what
1   position where it placed.  Actually, it is/one would call a

2   floor low line.  A drop of water, if conditions were stabalized,

3   would start at any point you care to select on the line and

4   would move along that line.

5        Q    What is the reason for that?

6        A    For what?

7        Q    For the water, for example, that is on this side

8   moving along this line and the water on this side moving along

9   this line this way and this way?

10       A    The reason the divide has occurred is because of the

11  pumping depressions centered beneath Section 26 7 South 3 West

12  and the pumping depression in the Temecula Valley area in

13  Sections 27 and 34 7 South 3 West.

14       Q    When you were talking about Section 26 --

15       A    Sections 26, 27, and 34 7 South 3 West.

16       Q    Where are there pumping depressions over here which

17  cause the result on this side?

18       A    There is a pumping depression that does not have

19  closed contours at these scale contours used, but there is a

20  pumping depression in Section 12 8 South 2 West in Pauba Valley

21  also.

22       Q    Because of the fact that, as I think you testified

23  previously, these depression areas are in a sense recovering

24  after the pumping season is over, I take it this line then

25  would vary after the depressed areas have recovered?

13,884

1    A    It will in all probability.

2    Q    In other words, it is more or less a line which would

3    control the movement of the ground water during the pumping

4    season and thereafter?

5    A    That is correct.  You might say it is a transient

6    condition.

7    Q    And the period where the principal amount of at least

8    surface run-off and immediate ground water run-off in the

9    younger alluvium would occur at a time when this particular

10    line would be non-existent, generally speaking?  In other words,

11    these areas would recover --

12    MR. VEEDER:  I think you have two questions there, Mr.

13    Girard.

14    MR. GIRARD:  That is correct.  I think the witness sees

15    what I am asking.

16    Q    Or do you, Mr. Kunkel?

17    A    Well, I would like to have it broken down one question

18    at a time, please.

19    Q    You get your principal run-off in this particular

20    area, don't you, several months after the pumping period?

21    A    That generally is true.

22    Q    That is true generally.  And the run-off at least on

23    the surface and the run-off in this area of younger alluvium

24    which occur during periods of heavy precipitation would gen-

25    erally be at a time where the deposit area might well have

1  recovered?

2        A     Let's refer to Government's Exhibit 15-I-1, part-

3  icularly to the hydrograph of Well 7 South 3 West 23 K 1.

4        Q     Let's locate that.

5        A     7 South 3 West 23 K 1 is the Well indicated, and

6  also the hydrographs of 8 South 2 West 7 A 1 (the Shrode Well)

7  and 7 South 3 West 35 P 1 (the Hutch Well), all of which have

8  a very similar pattern.  The maximum recovery occurred some

9  time in the middle of February.  During the months of October,

10  November and December water levels are still 84 feet below

11  land surface as opposed to a 71 or 70 foot water level that

12  would be close to winter or recovery conditions.  Therefore,

13  there would still be a pumping depression in that area.

14  Certainly not of the magnitude that it would be, say, September.

15  The months of October, November, December and January often

16  are months in which precipitation and recharge does occur.

17        Q     Directing your attention to this Exhibit, it would

18  show that these pumping depressions arise generally just upon

19  the stopping of pumping and not upon rainfall, and as I read

20  this graph it is still going up here about September; is that

21  correct?

22        A     That is right, and to the best of my recollection

23  there is no particular --

24        Q     There is a fairly gradual increase right up to the

25  maximum month?

13,886

1    A    Up until about March 15th, at which time pumping

2   again started.

3    Q    In other words, the increase is not contingent upon

4   rainfall in the pumping depression area?

5    A    From an inspection of the hydrograph one cannot

6   separate the element, the amount of element due to pumping and

7   the element due to recharge.

8    Q    They undoubtedly may both contribute.  But certainly

9   this period here where it has gone up you would expect that

10  there has not been a great deal of rainfall, wouldn't you?

11   THE COURT:  Being the period right after September.

12   MR. GIRARD:  Right after September, generally speaking.

13   THE WITNESS:  Right after September, on the particular

14  year there was not any appreciable rainfall, if any.  I don't

15  recall the precipitation that year.

16   MR. VEEDER:  Was there any in 1959 until --

17   THE WITNESS:    1959 was relatively dry.

18   MR. GIRARD:  One other point, Mr. Kunkel.

19   Q    You don't have, or do you, an exact ground water

20  level figure?  In other words, this turns automatically when

21  you reach a certain amount of ground water level and then back

22  on the other side --

23   MR. VEEDER:  Wait a minute.  The record is meaningless the

24  way it is right now.

25  BY MR. GIRARD:

1    Q    This line that is depict on this Exhibit, which is

2   as you recall it -- what was it?

3    MR. VEEDER:   Ground water division line.

4    MR. GIRARD:   Ground water division line.

5    Q    You can't express an opinion, for example, when the

6   Wells reach one ground level that the water immediately goes

7   over the side?

8    A    On the basis of data presently available, this is

9   true.  If enough wells were measured in a period basis and a

10  map were constructed for every period the migration on this

11  line could be certainly it.

12   Q    In other words, if there were enough wells and a

13  long enough period of time to study it, you could give a pretty

14  good estimate as to the actual water level that would result

15  in a change of water movement?

16   A    In my opinion, this could be done.

17   Q    But it has not been done here, and you don't attempt

18  to infer it, do you?

19   A    Presently I don't have the data to do it.

20   Q    You may come over here, if you will, Mr. Kunkel.

21  Referring to this Well in Section 27 R-1, the Windmill Well,

22  is that correct?

23   A    That is right, 7 South 2 West 27 R 1, and you are

24  also pointing to 7 South 2 West 26 N 1,

25   Q    And those are both right in the stream channel of

1  the younger alluvium in Long Valley?

2      A    They are drilled, they start on the alluvial plane

3  of Long Valley.

4      Q    And the distance between them is roughly on the scale

5  --

6      A    The distance between them is approximately 1050 feet.

7      Q    Then again calling your attention to this Well in

8  Section 33 E 1 in Long Canyon -- do you see?

9      A    Yes.

10     Q    And then I take it that this Well F-1 up here in

11 Section 24, right up the top of the older alluvium --

12     A    Yes.

13     Q    On this side of your dividing line --

14     MR. VEEDER:  On the outside.

15 BY MR. GIRARD:

16     Q    On the outside of the dividing line, not counting the

17 Wells in Pauba Valley and not counting the Wells in Murrieta

18 or right on Murrieta, what other control points do you have in

19 here insofar as Wells and drawing the contour line are concerned?

20     A    34 N 1, 24 F-1, 7 South 1 West 30 N 1 (actually that

21 Well is in Section 25, but to avoid confusion we use the

22 number has been assigned to it previously), 33 E 1.  Those are

23 the principal control points.  However, we do have date in 1927

24 on Wells in Sections 6 --.

25     Q    Just outside Pauba Valley?

1    A    -- 8 South 1 West, Section 2 8 South 2 West, Section

2   3 8 South 2 West.  Since that water did occur in those Wells,

3   we know that there are saturated deposits beneath them.  How-

4   ever, they are not exactly control points for the year 1959,

5   but they did indicate the presence of water in those deposits.

6    Q    Let me put it this way.  How many of these wells in

7   this area are also shown on the United States Exhibit which-

8   ever number it is, that was concerned with 1953 with showing

9   measurements which were made in 1953?

10   A    I would have to check.

11   MR. VEEDER:  I think that is G.

12   MR. GIRARD:    15-G?

13   MR. VEEDER:  Yes.

14   THE WITNESS:  For 1953, 8 South 2 West 24 F 1, 26 N -1,

15   27 R 1, 33 E 1, were control points.  If I recall correctly,

16   Well 34 N-1 did not exist at that time.

17   Q    In other words, you had these 4 wells running more

18   or less southerly or southwesterly?

19   A    That is correct.

20   You also had the Schrode Well on both maps, which is

21   8 South 2 West 7 A 1.

22   Q    And this is roughly how large an area?  Just an

23   estimate?

24   A    From the Schrode Well, which is Well 8 South 2 West

25   7 A 1, to 8 South 2 West 24 F 1 the distance is approximately

1   five and one-half miles.

2          Q     And it is not quite        --

3          A     It is, oh, between Pauba and Santa Gertrudis Valley,

4   the distance is approximately four miles.

5          Q     It is about five by four miles, roughly?

6          A     That is correct.

7          Q     This 1953 measurement of water in these wells was

8   taken right after the water years of 1951 -- what is it, 1950-

9   51?

10         A     The measurements were based on measurements in the

11  fall of 1953.

12         Q     When was the heavy rainfall in this area?

13         A     If I recall correctly, it was 1952.

14         Q     Is that two years previous or two water years pre-

15  vious or what?

16         A     Approximately one water previous or one year previous.

17         Q     And that was a good deal higher or a good deal more

18  water than fell in 1958; isn't that correct?

19         A     I haven't compared the hydrographs.   To the best of

20  my recollection this is so.

21         Q     And as I understand, referring to Sections 27 and 26,

22  Wells R 1 and N 1 in the respective Sections, one of them had

23  a ground water level of 1152 and the other had a ground water

24  level of 1153; is that correct?

25         A     That is correct.

13,891

1    Q    What were they in 1958?

2    A    1958 Well 26 N-1 showed virtually no recovery; it

3    was 1153 feet.

4    Q    This is 1958?

5    A    1958.  I will have to refer to 15-F.  Referring to

6    Government's Exhibit 15-F, the water levels in 26 N-1 was

7    1153.2 above land surface, whereas the water level in 27 R-1

8    was 1151.

9    THE COURT:  Above sea level?

10   THE WITNESS:  That is the altitude of the water surface

11   above sea level.

12   BY MR. GIRARD:

13   Q    When you use the term, they hadn't recovered, it is

14   possible, Mr. Kunkel, that after that heavy rain in the 1951,

15   52 period that they had reached a recovery or at least as high

16   as they had been in recent years?  As I understand it, just

17   looking at the hydrograph, you had a heavy rain and then about

18   an average rain.

19   A    In regard to that question, there is insufficient

20   record.  No, I don't know.

21   Q    You haven't made a study to determine whether or not

22   there was any maximum recovery in, say, the last --

23   A    Well, there were insufficient water levels at that

24   time to make a comparison.

25   Q    There were no facts available for you to make a

Belt 2

1    comparison?

2        A     I will check on that.   I don't believe there are.

3    In Well 26 N-1 there was a measurement in May and in November,

4    1953, and prior to that there were no measurements before that

5    until 1927.

6        Q     Well, lets approach it on this basis.   From the per-

7    iod 1953 to 1958, which is a period of approximately 5 years,

8    the level in the well did not decrease or either one of those

9    wells did not decrease or increase as depict on your two maps?

10       A     We don't know this, because you don't have a suff-

11   icient number of measurements.   As of the fall of 1953 and as

12   of the fall of 1958 the conditions were very close to the same.

13   What had happened between there, I don't know.

14       Q     These are respective periods, the fall of 1953 and

15   the fall of 1958, the water level in this well had not changed

16   any?

17       A     That is correct.

18       Q     Is that true for this area in here (indicating)?

19       THE COURT:   Indicating the southern part of the Murrieta

20   Valley.

21       MR. GIRARD:   The southern part of the Murrieta Valley.

22       THE WITNESS:   No, the   southern part of the Murrieta

23   Valley, between the fall of 1953 and the fall of 1959, there

24   was a considerable decline of water levels in the Murrieta

25   Valley area owing to the increase in irrigation pumpage.

1    MR. VEEDER:  I didn't follow that.

2    THE WITNESS:  In large part owing to the increase in

3  irrigation pumpage.  A considerable number of wells had been

4  drilled in the Murrieta Valley area from 1953 to 1959 and the

5  ground water pumpage has been increased.

6  BY MR. GIRARD:

7    Q   I take it, Mr. Kunkel, that this connection between

8  the waters in this area, referring to the area above Murrieta

9  and north of Pauba Valley, this continuity of ground water at

10  that time was this way; is that correct?

11    A   From northeast to southwest.

12    Q  And these wells went down in the Murrieta Valley?

13    MR. VEEDER:  When you say "these wells" --

14    MR. GIRARD:  In the southern end of the Murrieta Valley.

15    THE WITNESS:  In the vicinity of Temecula there has not

16  been appreciable decline.  The barrier that you refered to

17  earlier was in the area of Murrieta itself and for one or two

18  miles to the south.

19    MR. VEEDER:  When you Murrieta you mean the town of

20  Murrieta?

21    THE WITNESS:  In the town of Murrieta down through Sections

22  21, 28, 27 and 34 there has been a considerable increase in

23  pumpage.

24  BY MR. GIRARD:

25    Q   In 1959, as depicted on your Exhibit 15-E, this Well

1   went within a year from 1152 or 1151 -- which was it, Mr.

2   Kunkel?

3      A   From 148.8 feet below land surface to 128.85 feet

4   below land surface, a rise of 20 feet.

5      Q   And what was the rise in feet on this one in Section

6   26?

7      A   Virtually very small or not at all.  I will give you

8   the exact measurements.

9      MR. VEEDER:  Which is the Well Number now?

10     MR. GIRARD:  N-1 in Section 26, Mr. Veeder.

11     THE WITNESS:  On November 20, 1959 the water level was

12  measured at 159 feet to water, and on December 1, 1959 water

13  levels were measured at 156.4 feet, a recovery of approximately

14  3 feet.  I am sorry, I gave you the wrong measurements.  Strike

15  the previous figures.

16     On October 28, 1958 the water level was measured in 26 N-1

17  at 154.8 feet below measuring point, and on November 4, 1959

18  a water level was measured at 156.2 feet.  On November 20, 1959

19  a water level was measured at 159 feet, but this was a pumping

20  measurement.  On December 1, 1959 a water level was measured

21  at 156.4 feet.  So if anything had occurred it appeared that

22  perhaps there was a decline of water level.  But this, in my

23  opinion, in large part was due to the fact that this is a

24  sluggish well that pumps down very rapidly and recovers very

25  slowly.

1    Q    In other words, these two wells, the one in Section 27

2 R-1 went up 20 feet from 1958 to 1959?

3    A    That is correct.

4    Q    And this one in Section 26 N-1 went down or stayed

5 about the same?

6    A    The water levels in those wells were as you indicated.

7    Q    And you attribute that difference in these two adjacent

8 wells to the fact that this well is a sluggish well?

9    A    That is my opinion.  This also is, according to Mr.

10 Wilkinson, a well that pumps dry very quickly or pumps way

11 down.

12    Q    What is the reason for that?  Do you know Mr. Kunkel?

13    A    Well, not being able to look down in the well, I have

14 to give an opinion; but it is my opinion that the perforations

15 are plugged or not properly spaced.

16    Q    In other words, it is a deficient well?

17    A    There is something inadequate in the construction

18 of the well, in my opinion.

19    Q    Now, taking these 4 wells -- lets take this well in

20 Section 24 F-1, in 1959 that is at 1434.  What was it in 1958?

21    A    I don't believe we had a 1958 measurement.  We had

22 a 1959 measurement.  If I recall correctly, it is on the order

23 of 2 feet to water.

24    Q    Here you have anotation in Exhibit 15-F, which is

25 1958, which says 1434.  You may use the Exhibit there.

13,896

1      A    I would like to refer to my own notes.   7 South 2

2   West 24 F-1 was 1.43 feet to water on November 4, 1959.   It

3   was 1.32 feet on October 28, 1958.

4      THE COURT:   Then you have made some mistake in your

5   calculations, because you show a difference of 60 feet between

6   the 2 years.   You say 1494 in 1959.

7      MR. GIRARD:   No, he shows it identical in the 2 years on

8   the maps, your Honor, in Section 24.

9      THE WITNESS:   Rounding the figure to a foot, they are

10   1434 feet in 1959 and 1435 in 1953.

11   BY MR. GIRARD:

12      Q    In other words, it was approximately a foot higher

13   in 1953 than it was in 1959?

14      A    That is right.

15      Q    And approximately the same as it was in 1958?

16      A    In 1958 it was also 1434.

17      Q    That is the same as it was in 195?

18      A    That is right.   So from pumpage there has been

19   virtually no change in the water level in that section as

20   indicated by that well.

21      Q    In Section 23 E-1 it was 1143 in 1959 and 1136 in

22   1953; is that correct?

23      THE COURT:   Which well?

24      MR. GIRARD:   That is in Section 33, your Honor, E-1.

25      THE WITNESS:      7 South 2 West 33 E-1, November 19, 1953

1  was a measured depth to water of 94 feet; October 28, 1958 was

2  93.68 feet; November 4, 1959, 87.09 feet.

3  BY MR. GIRARD:

4      Q    In other words, this well went down a little bit

5  between 1958 and 1959 ;is that right?

6      A    No, between 1958 and 1959 there was a recovery of

7  6½ feet.

8      Q    This well recovered 6½ feet then?

9      A    That is correct.

10      Q    And this well recovered 20 feet?

11      A    That is correct.

12      Q    This well shows no change at all?

13      A    That is right.  34 N-1 also recovered 11.6 feet.

14      Q    This well up here maintained the same; is that

15  correct?

16      A    That is correct.

17      Q    11 N-1.  You don't show a -- yes, you do -- 1115.

18  Geologically speaking, that is certainly a variance at least

19  in the amount of feet, the 5 separate wells which/you have measure-

20  ments on.  Well, dropping out this one, you did not have a

21  measurement in this one in Section 34 in 1953, did you?

22      A    No.  We did have one in 1958.

23      Q    But the 4 wells that you had a measurement on, your

24  water level measurements in 1953 and that you still used in

25  1959,one of them went up drastically, two of them stayed the

13,898

1   same, and one went up moderately; would you say that was

2   correct?

3       A   I would say that three wells -- 27 R-1, 33 E-1, and

4   26 N-1 -- showed an appreciable recovery from 1958.

5       Q   What is this 26 N --

6       A   34 N-1.

7       Q   You do not have a control point on that well in 1953?

8       A   No control point on that well in 1953.

9       Q   But of the four wells that were in existance in 1953

10  and on which you have measurements for the 3 year period, the

11  one in Section 33 E-1 went up 6 feet approximately; is that

12  right?

13      A   Roughly, yes.

14      Q   Then the one in Section 27 R-1 went up 20 feet; is

15  that right?

16      A   That is correct.

17      Q   Then the one in Section 26 stayed the same; is that

18  right?

19      A   That is correct.

20      Q   And the one in Section 24 stayed the same?

21      A   That is correct.

22      Q   I presume that there is an explanation for this, Mr.

23  Kunkel.  Apparently you testified in response to Mr. Sachse's

24  examination that this increase in these well levels were the

25  result of the run-off during the 1958-59 rainy season; is that

1    correct?

2        A     That is correct.

3        Q     Why is it that of the 4 wells which we can trace back

4    to 1953, 2 went up and 2 didn't?

5        A     The 2 that went up, in my opinion, as I stated,

6    reflect that recharge for the preceeding wet period.   26 N-1,

7    which did not recover, in my opinion, is a sluggish well and

8    does not reflect the water level as adequately as well 27 N-1.

9    The Well 24 F-1, which did not recover appreciably, in my

10   opinion, is due to the fact that the alluvial deposits in that

11   area of 24 F-1 are relatively thin.   As a matter of fact, this

12   is outside the line which I indicated there were 100 feet of

13   saturated section and storage space was not available for

14   deposits to fill up.   So the lack of recovery in 24 F-1 and

15   the lack of recovery in 26 N-1 are not the same cause.

16       Q     What you are saying is that in Section 24 the reason

17   this thing didn't recover is that there is not any water up

18   there?

19       A     No, I didn't say that.   I said the saturated thick-

20   ness of the deposits was relatively thin.   Also, we cannot --

21       Q     Now lets get that straight.

22       A     Okay.

23       Q     By the saturated deposits do you mean the younger

24   alluvium?

25       A     The older alluvium and the underlying residuum which

13,960

1      may or may not be there.

2      Q      In other words, the underlying --

3      A      This is in the fringe area where the older alluvium

4      laps up over the residuum, and in my opinion the older alluvium

5      may be very thin in this area and underlaid by residuum.

6      Q      Which, in your opinion, does not carry much water?

7      A      It does not give water as freely as the older

8      alluvial deposits plus the fact that it is not as thick.

9      Q      In fact, in this particular area it didn't raise it

10     an inch.

11     A      I will have to check. But for all practical purposes,

12     there was little recovery.

13     Q      In other words, the run-off in this area above this

14     particular well was such that even though this well increased

15     20 feet this well didn't increase any?

16     A      We don't know what happened in the intervening time,

17     and where we had a complete hydrograph we might have well

18     observed that there was a recovery, and if we happened to hit

19     both these wells at a time when they showed no apparent change.

20     Q      Is it possible that this increase of 20 feet in this

21     particular well in Section 27 R-1 might be attributed to some

22     local condition?

23     A      If it is, I don't know what the local condition

24     might be.  And also we have to consider the fact that we do

25     have 3 wells -- 27 R-1, 33 E-1 and 34 R-1 -- all of which

1    did show an appreciable rise between 1958 and 1959, and we

2    have to evaluate that against the fact that the one well,

3    26 N-1, did not show the recovery.

4        Q    Two wells did not show the recovery.

5        A    Yes, but the two wells did not show a recovery for

6    different reasons.  The two wells 26 N-1 and 24 F-1 are not

7    comparable for the purpose of evaluating water level fluct-

8    ations.

9        Q    Can I take it, Mr. Kunkel, by your treating this

10   according to your knowledge, that it was a deficient well,

11   you didn't give it any weight, this one in Section 26 N-1

12   which shows 1152 ground water level  -  you didn't give it

13   any weight?

14       A    I certainly didn't give it the same degree of weight

15   that I gave 27 R-1.

16       Q    As I understand your testimony, Mr. Kunkel, this

17   lowering of the ground water level here in upper Pauba Valley

18   has caused this water north of it to change its gradient and

19   now move this way rather than that way?

20       THE COURT:  Southerly rather than southwesterly.

21       THE WITNESS:  The water now has more of a southern

22   increment owing to the decrease of water levels in Pauba Basin

23   than there would have been if there had not been that decrease

24   of water levels.  In other words, there is movement of ground

25   water from the older alluvium toward the younger alluvial area

1   of Pauba Valley.

2       Q    Ordinarily in the absense of recharge you would

3   assume that when this movement occurred this way into Pauba

4   Valley, southerly into Pauba Valley, the wells up here would

5   go down somewhat?

6       A    If it were not for the recharge, I would expect that

7   there would be a decline.

8       Q    And you conclude that the wells went up because of

9   the recharge?

10      A    This is the principal reason.  I would not at this

11  time be prepared to say that there was not a pumping effect

12  involved also.  But on the basis of the available data, I

13  cannot demonstrate this.

14      Q    Pumping effect where?

15      A    I am not absolutely -- I am not of the opinion that

16  pumping in Pauba Valley does not cause a fluctuation of water

17  levels in the area to the north.  However, we have not had

18  sufficient period of record or close enough control to demon-

19  strate this.

20      Q    In other words, you admit, as I take it, just then,

21  that you do not have sufficient control to determine whether

22  pumping in Pauba Valley would affect the water levels in the

23  area northerly?

24      A    At this time, I do not have sufficient control to

25  demonstrate this period.

Q    In other words, you can't demonstrate it by actual measurement?

A    On the available date I cannot demonstrate it.

Q    And you also cannot demonstrate, can you, Mr. Kunkel, that these wells in this area north of Pauba Valley went down or lowered and the ground water lowered, you cannot demonstrate that by pointing to them?

A    At the same time the Pauba Valley wells  -- question -- dropped.

MR. VEEDER:  May I interrupt for just a moment.  Are you speaking of all the wells now, Mr. Girard?

MR. GIRARD:  No, I am speaking of these wells from the 1050 line up.

THE WITNESS:  If this includes the Schrode Well, I would like to refer to Government's Exhibit 15-I.

BY MR. GIRARD:

Q    Which is the Schrode Well?  Right there?

A    That is correct. In my opinion, there is little doubt that the principal fluctuation in Well 7 South 3 West 35 P-1, particularly on a daily basis of high and low fluctuation and then virtually no fluctuation, daily fluctuation during the winter months, although an overall recovery occurred and also daily fluctuation from the period for which we have water level recorders installed on the Well 7 South 23 K-1, there is little doubt that that is a pumping effect caused by the

1   pumping of nearby wells.  In the case of 23 K-1, as I testified

2   earlier, the nearest well with any pump on it at all is 3200

3   feet away.  That is what I mean by a nearby well.  The fluct-

4   uation of those two wells was caused by pumping effect.

5       Q     That is what, K 1?

6       A     23 K 1 and 35 P 1 and the nearest pumping well to

7   35 P 1 is also in the order of 5000 feet, unless one wishes

8   to cross the Murrieta fault and then there is a pumping well

9   approximately 3000 feet away.  But as demonstrated by a

10  hydrograph, this is my opinion, is a pumping effect.  And I

11  wish to point, in this regard, then to the similarity of

12  fluctuation of water level.  In the Schrode Well it is true

13  that we have only spot measurements, but the similarity of

14  the pattern of the over-all fluctuation between Rorapaugh's

15  No. 8 7 South 23 K-1 and the Schrode Well 7 South 2 West 7 A-1

16  and 7 South 3 West 23 P-1, all three wells have a very similar

17  pattern.

18      Q     You don't have a daily hydrograph for the Schrode

19  Well?

20      A     I do not have one.  The Vail's maintained a recorder

21  on that Well for aperiod of time.

22      Q     And that is the only one of these Wells in here,

23  is it not, that is right here in Section 7?

24      A     That is correct.

25      MR. VEEDER:  What is the Township and Range please?

1        THE WITNESS:   8 South 2 West 7 A 1.

2        MR. GIRARD:  May I go ahead.

3        Q    That is the only Well that you have on these hydro-

4   graphs that is north of Pauba Valley and north of the 1050

5   foot elevation line that you depicted here on 15-E; is that

6   right?

7        A    That is right.   In this regard, I would like to

8   point out that the nearest pumping well of any consequence

9   to the north, the nearest pumping well on the same side of the

10  Wildomar Fault zone is 8 South 3 West 1 P 2, which is approx-

11  imately 8000 feet from the Schrode Well, and the other nearest

12  Well that is pumped is the Navy Well, which is approximately

13  8000 feet due south, and in my opinion part of the fluctuation

14  of the Schrode Well is caused by the pumping of the Wells, in

15  all probability the 2 Wells that I named, plus pumping in

16  Well 8 South 2 West 20 C 1, the Vail Cat Well, and 8 South

17  2 West 20 B 1, 2 or 3 -- I don't recall the exact number of

18  the Well, but it is in the B quadrant known as their Pit Well.

19       Q    To get back to my original idea here, Mr. Kunkel,

20  insofar as this area north of the 1050 foot line is concerned,

21  you have no Well measurements where pumping in the depression

22  area of the Pauba Valley has lowered the ground water table;

23  is that correct?

24       A    That is correct.

25       Q    Correspondingly, where you have actually measured,

1    lowered the ground water table up here?

2        A    Except for the Schrode Well 8 South 2 West 7 A1.

3        Q    That is down here on the 1050 foot line; is that

4    correct?

5        A    That is correct.

6        Q    Nothing up here at all?

7        A    As far as I can demonstrate, no.

8        Q    And the only other evidence you have is that these

9    wells rose at the time that these wells were going down; isn't

10   that correct?

11       A    That is correct.

12       Q    And you contribute that to rainfall?

13       A    That is correct.

14       Q    What is the 15-I series?

15       A    I-1 and I-2.

16       Q    These hydrographs, you wouldn't be surprised, would

17   you, Mr. Kunkel, if we had a hydrograph either on a daily --

18   well certainly on a daily -- this is a daily average isn't it?

19       A    These 3 spot measurements.  One measurement is

20   October, 1958, one measurement in February, 1959, and then a

21   series of tape measurements beginning in September, 1959 and

22   continuing into the middle of February, 1960, at which time a

23   water level recorder was installed on the Well.

24       Q    That isn't an unusual type of thing in this particular

25   area, is it?

1    MR. VEEDER:  Which is that, Mr. Girard?

2    MR. GIRARD:  Well, what is it?

3    THE WITNESS:  15 I-1.

4    BY MR. GIRARD:

5    Q    To show this type of general fluctuation, up and then

6    down, and up and down, during the pumping season, they go down

7    and recover?

8    A    When one considers that the scale of Wells shown on

9    Government's Exhibit 15 I-1 and 15 I-2 are all the same, and

10   when one considers that the distance to the nearest pumping

11   Wells from Well 7 South 3 West 23 K 1, greater than a 30 foot

12   seasonal fluctuation is a rather large magnitude.

Belt 3    13   THE COURT:  Which is the Well that shows this larger

14   fluctuation?

15   MR. GIRARD:  K 1, I think.

16   THE WITNESS:  23 K 1, Rorapaugh's No. 8.

17   MR. GIRARD:  That is in Section 23.

18   THE WITNESS: This is a considerable magnitude of fluct-

19   uation, and it is certainly greater than the magnitude of

20   fluctuation indicated by either the Hutch or the Schrode or

21   the Pit Well, which also very decidely shows the effect of a

22   nearby well pumping.

23   BY MR. GIRARD:

                                                very
24   Q    The Pit Well shows a/drastic effect of a nearby well

25   here, doesn't it , Mr. Kunkel, in certain areas?

1   A   Yes, it shows a very rapid drop of about 10 feet

2   when a Well 65 feet away is turned on.

3   Q   And that would certainly be expected wouldn't it?

4   A   That would be expected.

5   Q   And that well is where?

6   A   Both wells, the pumping well and the recorder well

7   are within the circle shown as 8 South 2 West 20 V-14.  They

8   are two Wells within a very small area.

9   Q   Your measuring device that you had in the Pit Well

10   immediately picked up the adjoining Well pumping and then

11   ceasing pumping, is that correct, on these daily hydrographs?

12   A   That is correct.

13   Q   Do you have any companion hydrographs for anything

14   in this area which would also pick it up?

15   A   No, because when one begins to get a considerable

16   distance from a Well, when an observation Well is a consider-

17   able distance from a number of pumping wells, to isolate which

18   Well causes which particular fluctuation on a hydrograph is

19   virtually impossible, unless there is very close control on

20   the pumping of all the wells, and we were not able to achieve

21   this close control.

22   Q   In other words, in this investigation you didn't get

23   enough control whereby you  could actually make a determination

24   that this Well was affecting one of these Wells and prove it

25   by the hydrograph?

1  A  That is correct.  We could not isolate individual

2 wells.  However, the fact that there is pumping effect is very

3 definite, in my opinion.

4  Q  For the purpose of the record, that would be the Pit

5 Well in C-1?

6  A  8 South 2 West 20 B-1 are the Pit Wells, there are

7 4 wells, one of which has a large irrigation pump on it and

8 the other has a water level recorder installed in it.  The

9 2 Wells are approximately 65 feet apart.

10  Q  Have you got the actual measurement in the Schrode

11 Well on a hydrograph, Mr. Kunkel, where you can show here that

12 when the Pit Well went up or down 10 feet you can definitely

13 tie it into the Schrode Well in a momentary hydrograph?

14  A  No.

15  Q  So you don't have it north of the 1050 line?

16  A  That is right.  It does not follow then the effect

17 does not exist, and hydrographs indicate a strong similarity

18 of pattern.

19  Q  The conclusion is for you to draw.  I am just asking

20 you what actual facts you had on this particular hydrograph.

21  A  That is right.

22  MR. VEEDER:  I don't believe that Mr. Kunkel finished

23 his statement.

24  MR. GIRARD:  Go ahead, Mr. Kunkel.

25  THE WITNESS:  I merely pointed up the similarity between

1   the 3 wells as shown on Government's Exhibit 15-I.

2        THE COURT:   You started to state, Mr. Girard, that it

3   wouldn't surprise you if we had a hydrograph where -- ?

4        MR. GIRARD:   Let us say in the San Luis Rey watershed

5   similar to one of these for a similar period of time, Mr.

6   Kunkel.

7        MR. VEEDER:   I object to that.   I have no objection to

8   extended cross examination, but I think that the record simply

9   reflects that 23 K-1 is situated in the middle of a lot of

10  Wells, and that there is --

11       THE COURT:   The hydrographs have a definite relation to

12  the month of the year.

13       MR. VEEDER:   Of course.   I don't know what the doubt is.

14       THE COURT:   You would expect that kind of pattern.

15       MR. VEEDER:   I truly would.   But what difference does

16  it make?

17       THE COURT:   But you have offered them as showing something

18  else.

19       MR. VEEDER:   No.

20       THE COURT:   Not just the season of the year.

21       MR. VEEDER:   Let me tell you the position of the United

22  States in this matter.

23       MR. GIRARD:   Let's get on with the cross examination.

24       THE COURT:   Just a short answer, Mr. Veeder.   What is it.

25       MR. VEEDER:   A very short answer.   23 K-1 is reflective,

1   in our view, of pumping through the Gunther, the Yoder, the

2   Shamel, the Rorapaugh, and showing an inter-connection here

3   among those Wells.  That is very short and sweet, and there

4   you are.

5       THE COURT:  All right Mr. Girard.

6       MR. GIRARD:  Would you answer the Court's question, Mr.

7   Kunkel?

8       THE WITNESS:  Is there a question on the record?

9   May I have it read back.

10      THE COURT:  No, lets go ahead.

11      MR. GIRARD:  All right.

12      Q    Mr. Kunkel, you used this term "vadose water."

13      A    Yes.

14      Q    And that was in the remote areas; is that correct?

15      A    No, vadose water can occur anywhere above the water

16  table where ground water is moving down toward the saturated

17  zone.

18      Q    Before I leave this general area of the movement of

19  the water, if this were a true pressure of water with a strong

20  head on it moving through the ground, you say, you would expect

21  --

22      MR. VEEDER:  You are pointing at the residuum, Mr. Girard.

23      MR. GIRARD:  Yes, I am pointing to the residuum, Mr.

24  Veeder.

25      THE COURT:  The older alluvium.

1     MR. GIRARD:   The older alluvium.

2     Q     If it was under a strong head, you would expect, say,

3  a large irrigation well -- is this a large irrigation well?

4     A     That is a large irrigation well, yes.

5     Q     -- which was turned on and off to measure it up

6  here, wouldn't you? By "up here" I mean north of 1050.

7     A     If it were a truly confined area and not semi-confined,

8  as in my opinion the situation exists, it would be very pro-

9  bable that if the well were turned on the effect would be

10  measurable for a distance.

11     Q     Almost instantly, wouldn't it?

12     A     Very quickly, within a distance of a mile or more.

13     Q     And this, in your opinion, is not what you used the

14  term "truly confined"?

15     A     I used the term "semi-confined".  It is not a true

16  water table.  It is not true confinement.  It is an inter-

17  mittent condition where you have lenticular deposits having

18  changes in the vertical and horizontal permeability.

19     Q     Would you give me a little better explanation on

20  that, what you have just said there?

21     A     We have gone into this in previous testimony, but

22  I'll be glad to do it.

23     The deposits are lenticular in nature.  There are deposits

24  of relatively low permeability and there are deposits of rel-

25  atively high permeability.  The lenticular deposits are not

1    infinite in length.  They are actually lenses in and out.  And

2    if one were to drill a well 1000 feet deep one would go through

3    alternate sequences of clay, silt, sand and gravel.  If one

4    moves over a 100 feet or 200 feet, one would go through a very

5    similar sequence, but it would be extremely difficult and

6    unlikely that there would be a direct correlation of the part-

7    icular beds across.  But if one were to drill a relatively

8    shallow well in a hollow area where there is rising water in

9    Pauba Valley or to the sides on the older alluvium, if one

10    were to drill a 200 foot well one would have a water level,

11    of say, 30 feet.  If one were to drill a well of 1000 feet

12    the water level may be 3 feet.  However, if one were to pump

13    a deep well there would be a change in water level in the

14    shallow well.  The closer the wells were to the same depth of

15    the more rapid the interchange would be.  Likewise wells based

16    different distances, depending on what the particular combina-

17    tion of the lenticular deposits happens to be in the area,

18    would cause very rapid response.

19        And in the case of Well 23 K-1 the response apparently

20    was quite rapid.  As one will observe on approximately March 13th

21    the water levels in 23 K-1 were on the order of 72.25 feet

22    below the reference point, and as Mr. Shamel testified in

23    Court, I believe, just a few days after that he had turned his

24    pump on about the middle of March there is quite a precipitous

25    drop within one day of more than 2 feet and it continued right

13,915

1   on into the next day, a total drop of nearly 6 feet in about

2   2 days.   The nearest wells again, I point out, are several

3   thousand feet away.   This is a rather rapid inter-action of

4   water levels in wells.

5        Q    May I go into a point here, Mr. Kunkel.   I believe

6   you testified that as far as you were concerned there was

7   hydrologic continuity in everything throughout this watershed.

8        A    Where ground water exists.

9        Q    Where ground water exists?

10       A    Ground water does not exist everywhere in the

11  watershed.

12       Q    But where ground water exists, even if it is up

13  here in a crack or fissure up at the top of the basement

14  complex, there is hydraulic continuity with Camp Pendleton,

15  for example, down at the bottom?

16       A    One cannot demonstrate in this regard that there is

17  or there isn't.   It is entirely possible and likely that any

18  point where ground water is found that a system of intersecting

19  cracks and fractures may well lead from a point where one cares

20     to choose down to Camp Pendleton.   However, it is possible

21  that the amount of water moving through some of these cracks

22  and fractures is extremely small.

23       Q    You say that it is entirely possible that this fact

24  of cracks and fissures going all the way down exist; is that

25  correct?

1    A    That is correct.

2    Q    Is it possible that it does not exist?

3    MR. VEEDER:   All the way down to where?

4    MR. GIRARD:   All the way down, right down to the ocean.

5    THE WITNESS:   It is possible that there might well be

6    areas where the basement complex is extremely tight and where

7    there is no veneer of anything whatsoever, that ground water

8    in certain areas might be severed from the downstream area.

9    However, this is --

10   Q    Speculation?

11   A    This is also speculative.

12   Q    Mr. Kunkel, do you know the biggest well in the

13   Navy property or Marine property?

14   A    I don't recall right off.

15   Q    What are some of the big ones?

16   A    I would have to check my notes.

17   Q    Let's say one of the big ones, about how much volume

18   do they have?

19   A    I will say a couple thousand gallons a minute, a

20   thousand gallons a minute.

21   Q    Let's say they pump that Navy well down there

22   two thousand gallons a minute.  What measurable effect would

23   that have on this well up here?  What is this one?

24   A    You wouldn't measure any effect.

25   Q    You couldn't measure any effect?

1    THE COURT:   Indicating the Frick Well.

2    MR. GIRARD:   Thank you Judge.

3    THE COURT:   In weathered complex.

4    MR. GIRARD:   In weathered complex.

5    Q    You couldn't measure the effect?

6    A    That is correct.

7    Q    Conversely, could you measure the effect of the

8    pumping of the Frick Well on the Navy Well?

9    A    Again, the actual pumping of the Frick Well, inasmuch

10   as it creates a cone of depression and the cone of depression

11   expands to the point that it is felt in the Navy Well, this

12   effect would not be felt.  But this is not the only effect,

13   as I said earlier.

14   Q    Is there any way that you can measure the water,

15   either in second feet or any other way, where you can actually

16   measure the effect that the pumping of the Frick Well will

17   have on that Navy Well?

18   A    One could make certain assumptions concerning trans-

19   missibility, storage capacity.  We always agree on reasonable

20   values, drop them into appropriate formulas and come up with

21   an estimate.

22   Q    And that would be an assumption based on many

23   factors that the experts would take into account and might

24   vary; is that right?

25   A    That is right.  But I believe that a group of experts

1  could arrive at something that they would all consider to be

2  of a reasonable order of magnitude.

3      Q     Could you give us a guess at it?  Would it be 500

4  years, 100 years, or do you have any idea along that line?

5      A     It would be more than 500 years.

6      Q     I t would be more than 500 years?

7      A     Yes.

8      Q     As far as you are concerned, the pumping of 2000

9  gallons in one of the large Navy Wells would not have an effect

10 on the Frick Well?

11     A     That is correct.

12     Q     Would it have an effect on any of this?

13     A     For all practical purposes, the effect would be

14 limited to the basin in which it is contained and the down-

15 stream basin.

16     THE COURT:  Are you about through Mr. Girard?

17     MR. GIRARD:  I am through your Honor.  Thank you.

18     THE COURT:  Let me ask a question or two.

19     I noticed that you extened the so-called divide up past

20 the older alluvium through the weathered complex into the

21 basement complex.  Where did you get any controls to extend

22 the line up there?  Or is that just a guess?

23     THE WITNESS:  The control is the actual surface water

24 divide.  Any water falling on the north side that would in-

25 filtrate ground water, in my opinion, would go down north of

1    the line.  It would not cross the actual surface water divide.

2    Likewise, water falling to the south, any water that infiltrated

3    into the ground would move in a generally southwesterly

4    direction without crossing the line.

5        THE COURT:  That is just an assumption then from the

6    surface of the ground?

7        THE WITNESS:  Yes, rainfall.

8        THE COURT:  And based on rainfall?

9        THE WITNESS:  Based on rainfall.

10        THE COURT:  You have no evidence of any movement of water,

11    from the tests you have made in either area of weathered

12    complex or the basement complex from your line of divide where

13    it leaves the older alluvium to where it goes off the map on

14    the right hand side?

15        THE WITNESS:  Would you repeat that, your Honor?

16        THE COURT:  Would any condition underground allow you to

17    draw that line?

18        THE WITNESS:  Well, when one gets into the older

19    alluvium there are wells that do have water levels in them,

20    and based on the assumption that I made in earlier testimony

21    that the residual was relatively thin and the contact between

22    the base of the residual and the basement complex closely

23    approximate the slope of that contact, closely approximate

24    land surface, it is my opinion that ground water in the res-

25    iduum would move toward the nearest drainage.  In that degree

13,920

1    it is my opinion that there is a movement of ground water in

2    the residuum.

3        MR. STAHLMAN:  As long as we are talking about that --

4        THE COURT:  Go ahead, Mr. Stahlman.

5        MR. STAHLMAN:  This would be the contour of the surface,

6    then, wouldn't it?

7        THE WITNESS:  Where it occurs on the basement complex.

8        THE COURT:  Talking about the divide line now on the

9    basement complex and the weathered basement complex.

10       MR. STAHLMAN:  Where does your surface line depart from

11   your other ground swale or contour of the underground water?

12       THE WITNESS:  Where I have contoured the divide is based

13   on the water level contours as they are drawn between the

14   basement complex and the residuum.  It is based on wells plus

15   an inspection of the out crop pattern and also the contour of

16   the land surface, which is a controling factor.

17       MR. STAHLMAN:  How far does it depart from your land

18   contour generally?

19       THE WITNESS:  Very little, For all practical purposes,

20   little or none.

21       MR. STAHLMAN:  I have cross examination, but I think

22   Mr. Littleworth is first.

23       THE COURT:  One more question about that divide.  You

24   say that is based upon controls from these water tests as it

25   crosses the older alluvium.

13,921

1       THE WITNESS:  Where the divide crosses the older alluvium

2  is based on contours.

3       THE COURT:  On the water contours?

4       THE WITNESS:  Yes on the water contours.

5       THE COURT:  You could be a section off on that line,

6  couldn't you?

7       THE WITNESS:  I would have my doubts that there would be

8  a section.

9       THE COURT:  Haven't you based that line entirely on the

10  fact that you know that there are pumping depressions in the

11  Pauba Valley, that there are pumping depressions in the Santa

12  Gertrudis?

13       THE WITNESS:  That is right;  it is based on that knowledge.

14       THE COURT:  Between the two you draw a line.

15       THE WITNESS:  That is true.  As indicated in the legend,

16  the line is approximate.  I have my doubts that it would be

17  a mile different from that.  If somebody wanted to draw contour

18  slightly different, that divide line might be somewhat different.

19  But --

20       MR. STAHLMAN:  Would the comparison of the quantity of

21  water pumped in the two areas have some determination as to

22  where the top of the swale would be?

23       THE WITNESS:  If the quantity were increased in the areas

24  north of the divide, the divide would move to the south.  If

25  the quantity were decreased or if there were a very appreciable

1   increase in pumping in Pauba Valley or dependent on the poss-

2   ible recharge coming down the Long Valley area, that divide

3   might move either north or south.

4        MR. SACHSE:     I have about 2 questions, and they fit

5   right into this, if I could do it now.

6        THE COURT:   This is a good time.

7        FURTHER CROSS EXAMINATION

8   BY MR. SACHSE:

9        Q    Mr. Kunkel, you testified tothe hydrologic continuity

10  of the ground water in the basement complex on the upper side

11  of this map.  We also have basement complex clear on to the

12  south and southwest which you have not entirely depicted here.

13  You are aware of that, aren't you?

14       A    I am aware of that.

15       Q    And you have of course given us no ground water

16  arrows to this area to the south like you did up here; is

17  that correct?

18       A    That is correct.

19       Q    Do you have any opinion as to which way the ground

20  water in this material runs, the areas south and southwest

21  of the Temecula and Wolf Valleys?

22       A    Where ground water occurs in the basement complex

23  southwest of Wolf Valley, it is my opinion that the movement

24  in general would approximate the slope of land surface.

25       Q    In other words, it would slope, in all probability,

1    toward the river?

2         A     In all probability, toward the river.

3         Q     And you don't think that there is any appreciable

4    ground water movement from the older alluvium through the

5    basement complex toward the river, do you?

6         A     In my opinion, there is none.

7         Q     None.  Do you know how deep the alluvium is at the

8    shallowest point at the Temecula Gorge?

9         A     For all practical purposes, it is lacking at the

10   shallowest point.

11        Q     For all practical purposes there is a bedrock lip;

12   isn't that correct?

13        A     That is correct.

14        Q     So the only water that is available to the Navy or

15   to any downstream user, let us say, in a state of nature, is

16   water which spills over that rock lip?

17        A     That is correct for all practical purposes.

18        Q     Or water out of the creeks below?

19        A     That is correct.

20        Q     And if this upper basin were brimfull, with no use

21   of this by any person, just tules and marsh, there would be

22   a maximum surface flow to the users below the gorge, would

23   there now?

24        A     That is correct.

25        Q     And as perfectly reasonable and proper irrigation

Belt 4

1    uses dry up any part of this entire upstream basin, that then

2    of necessity reduces to some extent the amount of water flow-

3    ing over the lip, is that correct?

4        A    That is correct.

5        MR. VEEDER:  Did you point all the way up when you made

6    your sweep?

7        MR. SACHSE:  I mean any perfectly reasonable and proper

8    uses in Pauba Valley, in Wolf Valley,, in Murrieta Valley or

9    in the older alluvium.

10        MR. VEEDER:  That is what I wanted to be sure.

11    BY MR. SACHSE:

12        Q    This would reduce the amount going over the lip?

13        A    That is correct.

14        MR. SACHSE:  That is all.

15        THE COURT:  Who hasn't had a turn?

16        MR. LITTLEWORTH:  I will take him for a few minutes, your

17    Honor.

18        THE COURT:  All right.

19        CROSS EXAMINATION

20    BY MR. LITTLEWORTH:

21        Q    Mr. Kunkel, let me go back a minute to make sure I'm

22    clear on the tests you have used to determine whether ground

23    water in certain areas or part of the stream system, I take it

24    that in essence it was whether there was hydraulic continuity;

25    is that correct?

1    A    In essence it was whether there was the existance

2    of ground water.

3    Q    And if there was ground water, that it was in

4    hydraulic continuity?

5    A    No, that it is part of the stream system.

6    Q    The tests you used to determine whether or not

7    ground water in a particular area was part of the stream

8    system was whether or not it was in hydraulic continuity; is

9    that correct?

10   A    No, the basic assumption is that the ground water is

11   moving from high head to low head and it is part of the

12   stream system.  It is a matter of deciding which one it is

13   part of.  It could be part of the Santa Margarita or the San

14   Jacinto or the San Luis Rey system.  This is the basic start-

15   ing point of ground water hydrology.

16   THE COURT:  You take the position then that any water that

17   would have to be in this watershed, take north of the Temecula

18   Gorge, becomes part of the stream system?

19   THE WITNESS:  That is correct.

20   THE COURT:  Anywhere?

21   THE WITNESS:  Anywhere.

22   THE COURT:  That would involve a situation like this.

23   Suppose that up in the weathered basement complex where we see

24   these outcroppings of the basin, suppose there is a good sized

25   basin in there completely healed off by basement complex. Water

13,926

1   collects in it.  Water can't get out of the basin.  It is true

2   that when a freshet comes the basin might fill up and the water

3   might pass over the lip.  But the water down in this basin

4   surrounded completely by basement complex can     never get out

5   of there.

6         THE WITNESS:  However, a basin of that type  of necessity

7   must be full.  Then there must of necessity be discharge out

8   of the lower end equaling amount on a long term basis to the

9   amount of recharge to the area on a long term basis.  This

10  could concievably be small enough that in the summer months

11  there was no stream flow out of this basin.  However, there

12  would be natural discharge of ground water by evaporation and

13  transpiration of plants.

14        THE COURT:  That water that is caught in that basin is

15  part of the stream system?

16        THE WITNESS:  It is definitely a part of the stream system,

17  and pumping from that basin will have an effect on the amount

18  of water reaching downstream basins.

19        THE COURT:  In the sense that that basin has to be filled

20  up again?

21        THE WITNESS:  In the sense that that deficiency must be

22  made up before the water will go on.

23        THE COURT:  This is a matter of semantics.  It hard for

24  me to believe that water which never could get out of that

25  basin and never could flow downstream would ever be part of

1    the stream system.  The basin might be part of the stream system

2    and the fact that the basin might have to be filled up in order

3    to let flood water run over and on down, you might consider

4    the basin part of the stream system.  But I can't see how the

5    water trapped in the basement complex which in itself can never

6    get out could be considered part of the water of the river.

7      THE WITNESS:  Actually, the water in the basin is in

8    constant motion going from the point of recharge to the point

9    of discharge and during the winter months or whenever the

10   recharge does come under natural conditions there would be a

11   flood water throughout the basin and part of that water would

12   flow out of the basin and its increment of ground water dis-

13   charge mixed in with it and the water going downstream then

14   would be in large part surface water run-off plus an increment

15   of rising ground water mixed in with it, and when the basin is

16   drawn down, if it is by artificial means during the dry period,

17   then the stream flow that would normally run off has to make up

18   the deficiency before it can continue on down.  The concept,

19   in my opinion, is critical to the overall study that all elements

20   of discharge for the lowest most basin is the amount of water

21   that is available to the entire stream system.  If one can go

22   to the lowest basin and make estimates of all the elements of

23   discharge, surface and ground water, under natural conditions,

24   this is the overall yield of all the basins in the system, and

25   it cannot be exceeded without withdrawing ground water from

1    storage.

2    BY MR. LITTLEWORTH:

3        Q    Mr. Kunkel, am I correct then that in determining

4    whether ground water from a particular area was part of the

5    stream system, as you have defined it, you did not take into

6    account what the effect of pumping from that area might be on

7    the stream flow at the gorge or down at the Navy property?

8        A    I made no quantitative determinations in this respect.

9        Q    You did not take into account then the quantitative

10   effect of extracting water in any areas upstream?

11       A    Not a quantitative estimate no.

12       Q    If you were to determine what the quantitative effect

13   would be, you would have to know first, wouldn't you, how much

14   water was extracted from a particular area?

15       A    That is correct.

16       Q    You would have to know what the consumptive use was?

17       A    That is right.

18       Q    You would have to know the rate of recharge?

19       A    You would have to know the rate of natural discharge.

20       Q    You would also have to know how much water was coming

21   in to fill it up, wouldn't you?

22       MR. VEEDER:   Didn't he answer that?   He said no.

23       THE WITNESS:   The elements one uses to determine discharge;

24   that is the critical determination.

25   BY MR. LITTLEWORTH:

1    Q   In your determination of discharge you take into

2    account the rate of recharge, don't you?

3    A   The sum of the discharges is the recharge.

4    Q   Then indirectly you have to know what the rate of re-

5    charge is?

6    A   Indirectly when this determination is made, yes.

7    Q   Am I correct that you have made no studies whatsoever

8    on the rate of recharge of any areas lying upstream from

9    Temecula gorge?

10   A   I made no quantitative studies of that nature.

11   Q   Nor of the quantitative amounts of water which have

12   been withdrawn from the same area; is that correct?

13   A   That is correct.

14   Q   Nor of the safe yield of any basins which might be in

15   that area?

16   A   I made no safe yield determinations.

17   Q   To the best of your knowledge, has anyone else made

18   any such studies?

19   A   No.

20   Q   Now Mr. Kunkel, you said that the area in the older

21   alluvium shown on 15E--or is it F?

22   A   15E.

23   Q---was semi-confined.  Do you mean that there are con-

24   fining horizontal layers in that general area?

25   A   There are lenticular beds of differing vertical and

P 2 1    horizontal permeability.  This does not mean that the beds

2    themselves are impervious.  They just have differences in

3    permeability in vertical and horizontal direction.

4        Q  You answered with the phrase "semi-confinement" a

5    question that was asked you whether that area was a basin.

6    Would you tell me how you define an underground water basin?

7        A  In my opinion, an underground water basin is a

8    structure surrounded by virtually impermeable deposits or

9    deposits of very low permeability, within which are contained

10    permeable deposits.

11        Q  Would you say the Ground Water Unit No. 4, storage

12    unit No. 4, as you have shown it on, I thing, Exhibits 17 and

13    other exhibits, represents an underground water basin?

14        A  I can't recall the numbers of the units myself.  But

15    1, 2, 3, and 4, the entire group, is an overall basin.  The

16    concept of sub-basins within the basin could be used, but the

17    overall--within the ground water storage unit, in my opinion,

18    it is one basin.  The boundaries as indicated on Government's

19    Exhibit 17 are not necessarily the basin boundaries.  All I

20    am saying is that within those boundaries there is a basin.

21        Q  What is the confining boundary to the north of Storage

22    Unit No. 4?

23        A  By the definition of the basin that I have used, it

24    would be the basement complex to the north where the residuum

25    is very thin.  It might well be the residuum.  The boundary

13,931

P 3 1    there, because of the lack of exact or sufficient data, is

2    poorly defined.  Along the southwest edge it would be, for all

3    practical purposes, the Elsinore fault zone, which, in large

4    part, is concealed by older alluvial deposits.

5        Q  Am I correct that the boundary north of Storage Unit

6    No. 4 is, generally speaking, the weathered basement complex

7    or the basement complex?

8        A  It is the basement complex.  But this is not the

9    boundary of Storage Unit No. 4.  You asked me what I thought

10    would be the boundary of the basin in that area.  What I actually

11    did in the construction of storage units was that I stepped it

12    far enough from the basin boundaries, based on the available

13    data, to include all areas where there was at least a hundred

14    feet of saturated material, and this was for the purpose of

15    estimated storage capacity in that area.

16        Q  This area of Storage Unit No. 4 lying northeasterly of

17    the Wildomar fault line is, in general, composed of horizontal

18    layers of clays and or gravels, is it not?

19        A  That is right; clay, silt and gravel.

20        Q  Some of these layers carry water and some of them don't;

21    is that right?

22        A  Some of them transmit water very freely, and some of

23    them transmit water very poorly.

24        Q  So a storage unit is broken horizontally?

25        A  That is correct.

13,993

P 5

1    Q  Where in the older alluvium are the areas that you

2  characterize as low yield areas?

3    A  One very well might be in the vicinity of Well 7South

4  3 West 6K1, I think.

5    MR. STAHLMAN:  Point that out to us.

6    (The witness indicates on the map.)

7    MR. LITTLEWORTH:  Generally in the Wildomar area.

8    THE WITNESS:  In the area behind the Wildomar fault the

9  yields appear to be quite low.  As one goes to the northwest

10  the yields are considerably better.

11    THE COURT:  The area you are pointing out  as an area of

12  low yield is northeast of that big area of basement complex

13  lying at the edge of Murietta Valley?

14    THE WITNESS:  That is right.  It is the area known as the

15  Wildomar Horst in 7 South 3 West, Section 6 7 South 3 West,

16  part of Section 1 in 7 South 4 West.

17  BY MR. LITTLEWORTH:

18    Q  Are there other areas of low yield in Storage Unit No. 4?

19    A  As one approaches the margin--this is outside of Storage

20  Unit No. 4, but as one approaches the margin of basement contact

21  between the older alluvium and the basement complex the wells

22  encounter consolidated rock at relatively shallow depth.  The

23  yields are quite low, although they are adequate for domestic

24  purposes.  This is true in areas such as, oh, perhaps the North

25  half of Section 9 and the North half of Section 10 and the area

P 4

1    Q  Is it also broken vertically by various faults?

2    A  There are faults that exist.  These would have an effect

3    of creating a barrier effect.  The best example is the Wildomar

4    fault zone.

5    Q  There are areas then where there is a restricted ground

6    water movement?  Is that right?

7    A  There are areas where ground water movement is retarded.

8    Q  You said that some areas in the older alluvium here

9    produced a very low yield; is that correct?

10   A  Some of the lenses in the older alluvium have very low

11   yields.

12   Q  And that would be because you don't have free flow of

13   water throughout this storage unit?

14   A  In some of the areas it is my opinion that the deposits

15   in depths of more than two or three hundred feet are quite tight

16   and yield water slowing, and this results in low yields of wells

17   in those areas.

18   Q  You have areas where no recharge can get in, and further-

19   more you can't get the water out if it is in there?

20   A  There is movement throughout the area and there is

21   discharge.  There are wells in that area that do yield water.

22   Quantities are not as great as in some other areas.  When that

23   water is extracted ground water will move toward cones of

24   depression around those wells and will ultimately effect water

25   levels in nearby wells.

p. 6

1  torthe north of that, all in 7 South 3 West.

2      Q  Would you show me any other low yield areas?

3      A  Well, there is not much control, but it would be my

4  opinion that there would be low yield areas north of Long Valley

5  near the contact with the weathered basement complex and the

6  older alluvium.

7      Q  Any others?

8      A  The area south of Pauba Valley has not been tested

9  adequately.  I would not rule that area out until after ade-

10  quate testing.

11      Q  Any others?

12      A  No, I can't recall any.

13      Q  Would you say that these low yield areas which you have

14  just described are sufficient to produce water for domestic

15  purposes only?

16      A  In all probability the yields would be limited to

17  domestic uses only.  However, I have seen similar areas where,

18  I don't know how people do it, but they irrigate with water

19  that comes from equally poor areas, very low specific yields,

20  and yet water is being sold for subdivision where high cost

21  water can be utilized.

22      Q  Do you think the extraction of ground water from these

23  low yield areas could have an appreciable effect on the stream

24  flow at the Narrows?

25      A  The yields of those wells by themselves would have very

P 7

1  little effect at the Narrows.  However, coupled with this same

2  situation throughout the water shed and over a long enough

3  period of time, the sum total of them can be appreciable.  Yet

4  it would be difficult to say that any one man was the cause of

5  it.  The sum total could be quite great.

6  THE COURT:  You don't labor under any apprehension that the

7  people in this valley would not be entitled to take water out

8  of wells even though it diminished the flow that went down to

9  Camp Pendleton?

10  THE WITNESS:  I have considered this a legal opinion, but

11  as a layman I would certainly believe that these people would

12  be entitled to those uses.  I would be the last one to say that

13  they weren't.  I'm merely answering the question.  It does have

14  some effect on the flow.  This cannot be denied, in my opinion.

15  BY MR. LITTLEWORTH:

16  Q  But not an appreciable effect?

17  A  Each one would have a small effect.

18  Q  Extracting water from a well is going to have an effect

19  on stream flow only in so far as it effects recharge, isn't it?

20  A  Where water levels in marginal areas are relatively

21  deep, more than ten feet or so, virtually the only effect that

22  extraction will have will be a reduction in head further down

23  stream, drying up moist areas, which in turn will induce addi-

24  tional ground water outflow which, under natural conditions,

25  would have discharged out of the valley to the downstream basins.

13,936

Q   I hear hydrologists talking about "mining" water some-times.

A   That is correct.

Q   If you take water out of the ground and recharge doesn't go back in to fill up the void, it is not going to have any effect on the stream flow at the gorge, is it?

A   Ultimately that deficiency must be made up.  The water isn't truly mined for all time.

Q   But that recharge might take in some areas of Storage Unit No. 4 even hundreds of years?

A   It is entirely probable that in certain areas it will take a very long time.

Q   Mr. Kunkel, you testified that the alluvium in Long Valley was very thin, I think ten to twenty feet?

A   That is correct; relatively thin.

MR. VEEDER:   That was the younger alluvium he testified to.

MR. LITTLEWORTH:   Younger alluvium, yes.

Q   Would you say that the younger alluvium in Santa Gertrudis lying northeasterly of Wildomar fault is of a similar thickness?

A   It is the same order of magnitude.  In my opinion, the younger alluvium in Santa Gertrudis Valley in the vicinity of Roripaugh Well 26J-1 is not more than 30 feet, and in my opinion it is probably less than that.

P 9

1    Q  What would say about the thickness of the younger

2  alluvium in Warm Springs Creek northeast of the Wildomar fault?

3    A  Northeast of the Wildomar fault it will be the same order

4  of magnitude--fifteen, absolute maximum of thirty feet.perhaps.

5    Q  Am I correct then that if a well were located in that

6  younger alluvium but perforated only in the older alluvium, it

7  would not have any effect on recharge from water flowing through

8  the younger alluvium?

9    A  If the water levels were greater than ten feet, the

10  extraction of water from that well in the immediate vicinity

11  of the well would have no effect on recharge.  The effect would

12  be felt downstream owing to a reduction in head and decline of

13  water levels in the area of natural ground water discharge.

14    Q  So far as effect on recharge is concerned, then, in your

15  opinion it doesn't make any difference whether wells lying north-

16  easterly of the Wildmar fault are drilled in the younger alluvi-

17  um and on down into the older or drilled just out in the older

18  alluvium itself?

19    A  The effect would be no different.

20    Q  I don't want to labor these water contours, Mr. Kunkel,

21  but step down here a second will you.  You have Mr. M. J. Yoder

22  closed in with a closed contour at 1050; is that correct?

23    A  That is correct.

24    Q  In the middle of the contour you have his hot well at

25  1111 feet.  How do you account for that?

P 10

1     A   That is a very deep well.  A great many things have

2  been done to it, if one will inspect the well log and subsequent

3  history along with it, and in my opinion this represents a head

4  of water where the degree of confinement is much greater than

5  is generally encountered.  However, the history of the well is

6  such that there has been a considerable decline of water level

7  in that well.  According to the records in the log--16A or

8  whatever the particular log for that well is--it indicates that

9  that well formerly flowed a considerable distance below land

10  surface.

11     Q   This well is right on the same horizontal level as

12  Temecula Hot Springs, isn't it?

13     MR. VEEDER:  Which well is that?

14     MR. LITTLEWORTH:  15Q2 and Q3.

15     THE WITNESS:  The Temecula Hot Springs Well is 23D1, D2,

16  and D3.

17  BY MR. LITTLEWORTH:

18     Q   Isn't there some faulting in that area?

19     A   Well, the principal and most obvious fault is the one

20  south, I mean adjacent to Murietta Hot Springs, and east-west

21  fault, and it is extremely probable that there is additional

22  faulting.

23     Q   Probably faulting at Temecula Hot Springs, isn't there?

24     A   At depth there very well may be faulting.

25

  
1     Q    Doesn't the explanation of the difference between

2  the water levels of 15 Q-2 and 3 have to be that they are tak-

3  ing water from different pressure aquifers?

4     A    If a case can be made for a high degree of confine-

5  ment, this perhaps is the best one that exists in the area.

6  And if I may do a little speculation, it is my opinion that the

7  hot water wells and the considerable discharge of hot ground

8  water in the vicinity of Murrieta Hot Springs has its source

9  of recharge in the residuum and is a downward motion of ground

10  water perhaps to considerable depth in order to get the heat

11  necessary or perhaps the friction caused by the faulting --

12  friction along the fault planes.  Water then rises along the

13  fault planes and I would be of the opinion that perhaps part

14  of the water in Mr. Yoder's Well might well have a similar

15  source.

16     THE COURT:  Which are the hot wells?

17     THE WITNESS:  Q 3 is the hot Well, your Honor.

18     MR. LITTLEWORTH:  1111 feet elevation.

19     THE COURT:  What are the hot Wells at Temecula Hot

20  Springs?

21     THE WITNESS:  I have not had an opportunity to check it,

22  but as reported by the owner, the ranch foreman at the hot

23  springs, D-1 is supposed to be the hot Well.  But I do not

24  believe it is as hot as the Yoder Well.

25  BY MR. LITTLEWORTH:

1      Q      Drawing your conclusions about Storage Unit No. 4,

2   have you concluded that it was a single pressure system or a

3   multi-pressured system?

4      A      I am not quite sure of your terminology.

5      Q      Do you think that there are different pressure areas

6   of water in Storage Unit No. 4?

7      A      As I testified earlier, if one were to drill 2 wells

8   in the older alluvium and one is very deep and one is very

9   shallow, there would be a higher head in the deeper well.  But

10  that pumping that well would have an effect on the shallow

11  well, but it would not be as rapid as another well of comparable

12  depth, and in that sense there is a degree of separation or

13  confinement.  This confinement is not complete.

14     Q      In some areas the confinement is pretty severe,

15  because here you have the better part of a 100 feet difference

16  in two wells right next door to one another, 15 Q-2 and 3.

17     A      That is right.  This well, if I remember correctly,

18  as originally drilled was 1300 feet or more; I forget the

19  exact details -- Government's Exhibit 16-A.

20     Q      Let's take a look at the other pumping wells in the

21  vicinity of 23 K-1.  First, 23 K-1 is a Windmill, isn't it?

22     A      It is a Windmill.  It was originally drilled as an

23  oil well.  If I remember correctly, it is 400 feet plus or

24  minus in depth.  I can very quickly check that.

25     Q      It doesn't make any difference.

13,941

1    A    It is on the order of 400 feet, and we have no

2    record of where the perforations occur.

3    Q    You say the closest producing well is something

4    over one half a mile away?

5    A    Approximately 3000 feet.

6    Q    That is the Murrieta Hot Springs Well?

7    A    Murrieta Hot Springs Well.

8    Q    How far is it over to the Wells in Santa Gertrudis?

9    A    Santa Gertrudis, 5000 feet to 26 K-1, 5000 feet to

10   25 E-1.

11   Q    So your closest Well is    3/5 of a mile away and

12   you have some other Wells about a mile away?

13   A    That is correct.

14   Q    And Yet you say you have almost an instantaneous

15   efeect of the pumping of those Wells on this Windmill 23 K-1?

16   A    That is right.  I don't know that it is instant-

17   aneous, but it occurs in a relatively short period of time.

18   I do not know that it is instantaneous.  One cannot tell this

19   until one has complete control of the pumping regimen around

20   the entire area and only turn on one pump at a time and observe

21   the effect in 23 K-1.

22   Q    The effect that you say has been observed due to

23   pumping in 23 K-1 is as much as 10 feet, more than that maybe?

24   A    I said 6 feet, although it might well be 10 feet.

25   If one would inspect the hydrograph for Well 23 K-1 on

1    Government's Exhibit 15 I-1, for about the 20th of March over

2    a period of 3 or 4 days the water levels went from about 73½

3    feet to 86, almost 86 feet.  Now this may be a composite effect

4    of pumping several wells.  This doesn't necessarily show that

5    that is the effect of pumping one well.

6         Q    Mr. Kunkel, if you dewatered the area between the

7    Gunther Wells and the Wells in the Santa Gertrudis 13 feet in

8    those few days, wouldn't you have to take out an enormous

9    quantity of water, say more than any of those Wells could pump

10   if you pumped them day and night?

11        A    If this were a true water table condition , this

12   is very true; this would be an enormous quantity of water.

13        Q    So 23 K-1 indicates really, doesn't it, that you

14   have a lot of confinement in that area?

15        A    This represents a relatively high degree of semi-

16   confinement.

17        Q    You have probably one or two Wells tapping some

18   particular aquifer on which 23 K-1 is located, haven't you?

19        A    It is entirely probable that one or more Wells tap

20   the same aquifer or series of aquifers.

21        Q    Doesn't 23 K-1 and the effect shown on it indicate

22   that you don't have a nice continuous body of ground water

23   where you have freemovement like the bucket of sand?

24        A    It certainly is not a bucket of sand, as I have

25   stated many times.  It is a series of lenticular deposits of

1    differing permeabilities.

2         Q     And the effect shown on 23 K-1 indicates a small

3    amount of water?

4         A     This would indicate a low coefficient of storage.

5    This doesn't necessarily follow that there is a small amount

6    of water, because it is my opinion that if one were to drill

7    a relatively shallow well next to 23 K-1, say a 100 feet or

8    so, the depth to water in that Well during the period of low

9    head in 23 K-1, it might be considerably above the water level

10   in 23 K-1.  However, owing to this relief of pressure in the

11   deeper zones of higher permeability, ground water is slowly

12   moving down and recharging those zones and given a sufficient

13   period of time this water would be drained out of the upper

14   deposits and be available for use.  The storage capacity on

15   the long haul, if one were to conduct a pumping test in there

16   for a long time, one would probably find the storage capacity

17   is on the order of 10 feet.  If one were to conduct a pumping

18   test in there for a relatively short period of time, the

19   immediate storage coefficient that would be reflected might

20   be on the order of .001 or even smaller.

21        Q     Isn't Well 23 K-1 up on the top of a knob?

22        A     A little rise.

23        Q     Or rolling hill?

24        A     Yes.

25        Q     Whatever recharge there is in that area is going to

13,944

1    run off very fast, isn't it?

2        A    Yes, but the recharge on 23 K-1 is not in this area.

3    It might well be another area marginal to 23 K-1.

4        Q    Passing through the younger alluvium?

5        A    The younger alluvium might well be the sponge that

6    takes up a large part of the water.  It transmits it downward.

7    However, in my opinion, there is probably a considerable

8    increment of ground water recharge by the direct infiltration

9    of rainfall on the older alluvium.

10        Q    Just one other series of Wells I will ask you to

11    look at, Mr. Kunkel, and may be these show the same thing.

12    Take a look at you 1050 contour line in Murrieta Valley and

13    then your 1100 contour line someways up.  I notice that line

14    northwesterly of the 1050 contour line that you have quite a

15    few Wells that have elevations of less than 1050.

16        A    You are correct.  I am aware of this.

17        Q    I counted 4 or 5 of them down as low as 1016, 1017

18    feet.

19        A    This is correct.  If we had sufficient control and

20    very carefully contoured this in great detail we undoubtedly

21    would find a number of minor pumping depressions around from

22    the larger irrigation wells in tha t area.  But remember that

23    this is the condition as it existed at the end of the pumping

24    season.

25        Q    I think it was your opinion that most of these

7

13,945

1    holes would recover with the winter months?

2        A    In my opinion, the pattern of any hydrograph on any

3    of these wells would closely approximate the hydrographs shown

4    on Government's Exhibit 15-I-1.

5        MR. LITTLEWORTH:  I think that is about it, your Honor.

6    Let me check my notes.

7        I think those are the only questions I have, your Honor.

8        THE COURT:  Mr. Kunkel, during the recess, to give you

9    something to do here and keep you busy, you mentioned that up

10   there north and east of the older alluvium, up in there, there

11   was a marginal area in the older alluvium where, in your

12   opinion, people could only get domestic water.

13       THE WITNESS:  That is correct.

14       THE COURT:  Then you carried the line around across the

15   area over under the area of the saturated basement complex.

16       THE WITNESS:  That is correct.

17       THE COURT:  Get yourself a red pencil or an orange one or

18   a grease pencil or something that will write and draw a line

19   along there, in your best judgment, where this area is which

20   you are speaking about.  You have a line in already that is

21   supposed to be some sort of contact line.  I don't know rel-

22   ation that has to what you are talking about.  See if you can

23   run a line across there for me.

24       THE WITNESS:  All right.  May I use some color other than

25   red, your Honor.

1    THE COURT:  Yes.

2    Take a short recess.

3    (Recess)

4    THE WITNESS:  Your Honor, I would like to point out a

5  few questions that are in my mind as I draw this line.

6    THE COURT:  All right.

7    THE WITNESS:  I am starting with the eastern extention

8  of the fault that goes through Murrieta Hot Springs in the

9  South half of Section 17, 7 South 2 West.  I have drawn a

10  purplish dashed line that goes south a number of patches of

11  basement complex and stays rather close to what I have ind-

12  icated to be the contact between the older alluvium and the

13  residuum.  From this area north, I do not have the recollection

14  that there is any area of rising ground water or very low,

15  very shallow water table.

16    THE COURT:  You are indicating an area up towards

17  Tucalota Creek.

18    THE WITNESS:  Up the banks of the Tucalota Creek.  How-

19  ever, as one goes north of Tucalota Creek the ground waters

20  are quite shallow.  There is a certain amount of evapo-trans-

21  piration in the area.  The source af water at Murrieta Hot

22  Springs is a very disturbing factor.  I have seen photographs

23  around the area that are in the older or in the weathered

24  residuum where Mr. Gunther put down a -- this whole swimming

25  pool started just tipping, going at odd angles.  So they wanted

13,947

1    to set piles all around it, drill a whole series of large

2    diameter (perhaps 18 - 24 inches) of shallow holes, a dozen

3    or more, around above the swimming hole; and I have seen photo-

4    graphs where there were large quantities of hot ground water

5    discharged from those Wells.  I wouldn't estimate the yield,

6    but it was on the order of several hundred gallons a minute or

7    more.   There is, in my opinion, the possibility or probability

8    of getting good wells in a area here in the residuum north of

9    Murrieta Hot Springs.

10        THE COURT:  Sections 13 and 14.

11        THE WITNESS:  Sections 13 and 14.  And the recharge or the

12   source of ground water that gives the head for that large flow

13   of water of necessity must come from this older alluvium.

14        THE COURT:  Older alluvium -- you mean weathered basement.

15        THE WITNESS:  Weathered basement complex.  So I would hate

16   to say that Wells cannot be developed in the areas of Section

17   13 and 14.  But yet the minute that one would draw a line say-

18   ing that north of this line yields are poor and south of the

19   line yields might be good, if this is used as a basis for

20   determining judgment in the area it might be a gross inequity

21   to one man on one side of the line or the other.

22        MR. VEEDER:  What does this have to do with the question

23   of asking him to draw a line up here?

24        THE COURT:  Now draw your line and use your best judgment.

25   I will probably move it down half a section.

P 11

1    THE WITNESS:  I would stand on the line, the dashed line

2    separating the Qtoal? and the Qtoal.

3    THE COURT:  And I take it then that you put a dashed line

4    along here, and the area northerly and easterly of that would

5    be a line where a person might get domestic water but no appre-

6    ciable irrigation water?

7    THE WITNESS:  The probability of good irrigation wells in

8    that area would be relatively poor.

9    THE COURT:  And this area here in which I will put a

10   general line around here, a red line, that is a similar area?

11   THE WITNESS:  In my opinion, you would be very unlikely

12   to get a good irrigation well in that area.  The area north

13   of Murietta Hot Springs, in good conscious, I can't--

14   THE COURT:  Well, we have knocked out a good big chunk

15   of weathered complex in one stroke of the red pencil.

16   MR. LITTLEWORTH:  The water you are concerned about is the

17   hot mineral sulphur water; is that right?

18   THE WITNESS:  They call it hot mineral sulphur water, but

19   it is not a poor quality; it is of relatively good quality.  I

20   would want to check the analysis to be certain, but I am of the

21   opinion that this water is potable and it is as suitable for

22   irrigation as many waters.  I have actually compared the waters

23   at Barnett Springs and the waters at Murietta Hot Springs and

24   in quality they are very similar.  It is hot water, but it is

25   not highly mineralized sulphurous water.

P 12

1   MR. LITTLEWORTH:  It has to come from depth; is that right?

2   THE WITNESS:  It has circulated to depth, or friction a-

3   long the fault zone might well provide the source of the heat.

4   We don't know.  This water has to have something to get it heated.

5   MR. LITTLEWORTH:  Can't you smell the hydrogen sulphide

6   content of that water?

7   A  I have been up to it, I have been swimming it, but it

8   is not as bad as you say.

9   THE COURT:  Mr. Stahlman.

10  MR. STAHLMAN:  Yes your Honor.

11              CROSS EXAMINATION

12  BY MR. STAHLMAN:

13  Q  Mr. Kunkel, I wonder if you will go to the blackboard

14  and illustrate to me the principal that you have explained in

15  regard to the water levels that would exist in a well drilled

16  to a shallow depth as compared to one that is deeper and why

17  the water levels would be different in one than in the other.

18  A  (The witness goes to the blackboard and draws thereon).

19  For simplicity, let's think of a basement complex comparable

20  to the Elsinore fault zone with up gradient from it a deep

21  section of alluvium.  And I will minimize the vertical exagger-

22  ation which has occurred on many of our sections.  And let's

23  not show the Wildomar fault zone because it would merely give

24  us a double set of flow lines.  In part this is a hypothetical

25  situation, but in part, in my opinion, quite comparable to the

P 13

1   situation that exists in Pauba Valley.

2       THE COURT:  We have been all over this, George, but we will

3   go into it again.

4       MR. STAHLMAN:  Now your Honor, I have been asked by others

5   to do this.

6       THE COURT:  All right.

7       THE WITNESS:  Let's take an arbitrary line above which

8   recharge occurs and below which discharge occurs.  This exact

9   point may be difficult actually to say this is the place in

10  Pauba Valley there is such a point.  Ground water movement

11  greatly exaggerated would be from this point south, there would

12  be mostly the ground and evapo-transpiration.  From here on

13  whenever there was recharge ground water would infiltrate and

14  move.  Because of the head and the pressure the water must

15  ultimately rise and discharge its surface flow out of the valley.

16  These would be the flow lines.  If one were to construct per-

17  pendicular lines to the flow lines they would be head lines,

18  lines of equal head or equal potential.  If one were to go in

19  this area and put down a well to this depth, with a water level

20  at a point slightly below land surface, say, and it would re-

21  flect the head which would be diagramatically indicated by this

22  head line, and there would be a large number of head lines in

23  here.  If one were to put a deeper well down, water of higher

24  head would be encountered, a higher water level.  As one would

25  continue to go deeper one would hit higher and higher head until

P 14

1    actually the head would be above land surface.  And this circum-

2    stance would occur whether you had buckshot or whether you had

3    lenticular deposits of differing vertical and horizontal permea-

4    bility.

5         Where one has differing degrees of vertical and horizontal

6    permeability, this head differentiation is much greater than

7    if one had a basin full of buckshot.  However, even to a small

8    degree this situation would exist in the situation of buckshot.

9    If one were to go in the recharge area and put down a well,

10   one would have a water level that would be reflected by this

11   head line.  Let's put in a series of head lines.  If one were

12   to drill deeper on would have a water level that would be re-

13   flected by a lower head line, and consequently deeper wells

14   would have lower head in the area of recharge, and in the area

15   of discharge they would have high head.  The greater the diff-

16   erence in vertical and horizontal permeability the greater these

17   head differentiations would be.  In this sense, the entire basin

18   is semi-confined.  There is no one lens that gives you complete

19   confinement.  If there were complete confinement, water coming

20   down here would have a certain head and it would be level.  If

21   there were leakage through the confining bed, there would be a

22   hydraulic gradient to the slope.  But as one drilled a deep

23   well and a shallow well there would be a considerable difference

24   in head.  But this differentiation of head as one went from

25   deeper to deeper wells would not exist.  This is a peculiar

P 15

1   situation to alluvium filled valleys where one has deposits of

2   differing vertical and horizontal permeability.

3      MR. STAHLMAN:  Then it is not always true that when you

4   drill it depends on the location where you drill as to whether

5   the deeper well is higher or lower?

6      A  That is right.  I believe I have stated that in the

7   record.

8      MR. STAHLMAN:  Let's get back to my cross-examination.

9      MR. VEEDER:  Wasn't that cross-examination, George?

10     THE COURT:  Let's go ahead.  I'm getting tired.

11     MR. STAHLMAN:  I hope your Honor is not too tired.  I am

12  tired too, but I still have a few questions.

13     Q  Directing your attention to the hydrograph in 15I1,

14  which you indicated was the Shrode Well, you obtained these

15  measurements from manual well measurements?

16     A  The measurements indicated are wetted tape measurements.

17     Q  You took them with a tape?

18     A  Yes.

19     Q  You knew there was a water level device on there for

20  a period of time; is that correct?

21     A  That is correct.

22     Q  Mr. Veeder demanded that we turn them over to you.  The

23  Vail Company had them on there.

24     A  We were supplied a copy of them.

25     Q  Why didn't you use it?

P 16

1    A   Our wetted tape measurements very closely agreed with

2    the measurements of the recorder chart, and the recorder did

3    not show the very distinct daily fluctuation, so there was no

4    daily highs or lows that would be meaningful if they were

5    plotted up.  So for the record that is available this is a true

6    depiction of the water level.

7    Q   The water recorder, however, would give you a more de-

8    tailed measurement for that period of time in which the water

9    recorder was on there, would it not?

10   A   At the scale at which this is plotted up this is vir-

11   tually the same record.  We did not have the control on time

12   that we did with our own records.  We had no system of equating

13   the chart against time, except when we were out there and made

14   our own spot measurements.

15   Q   Directing your attention to Exhibit 15E, particularly

16   the water contour 1150, I notice as you come down into the

17   younger alluvium in the Pauba Valley this has an abrupt curve

18   toward the southwest; isn't that correct?

19   A   That is correct.

20   Q   How did you determine that curve?

21   A   There is no precise control point at that point.

22   Q   What was it that you based your judgement on that that

23   line would curve down?

24   A   In my opinion, and on the basis, I believe, of a well

25   in that area, I have an opinion that there is an increment of

13,954

P 17

1   recharge coming into Pauba Valley from the little tongue of

2   alluvial area in Section 18 8 South 1 West.

3      Q  You mean by that that the water level is higher at this

4   point?

5      A  In all probability it is.  We also know that there was

6   rising water in 1953 at the point indicated by the word "spring"

7   in Section 13.

8      Q  What is the elevation of the spring?

9      A  I would have to check my notes to see.

10      Q  Directing your attention to this point, the bench mark

11   1308 feet--is that correct?

12      A  I have not checked it, but I have every reason to be-

13   lieve it is correct.

14      Q  There is a spring at that elevation also, isn't there?

15      A  There may well be.  I wouldn't be surprised.

16      Q  Assuming there to be a spring at that point, what effect

17   would that have upon the contour line?

18      A  Well, it would indicate that there would be additional

19   contours in that area.  There would be 1200, 1250.

20      Q  Let's go to another point.  Directing your attention

21   to the same map 15E, you have not indicated upon this map the

22   Elsinore fault, have you?

23      A  That is correct.

24      Q  Why not?

25      A  At the scale that this map was made I did not have

P 18   1   sufficient control to place the fault.

2      Q  Did you place it on 15F?

3      A  No.  It is on 15.  That is the only one on which it is

4   shown.

5      Q  And on 15 how does it extend, do you recall?

6      A  If I remember correctly, it extends with an offset to

7   the watershed boundary.  There is a fault at that position.  I

8   don't wish to imply that there is not.

9      Q  Then directing your attention to Roripaugh's A, would

10   you say that the Elsinore fault line is about as depicted on

11   Roripaugh's A?

12      A  Give or take several thousand feet in either direction.

13   When one goes from one map projection to another there are

14   certain inherent differences between the projection plus the

15   fact that one goes to a larger scale, there are additional areas,

16   and to actually blow one projection up from a small scale to a

17   larger scale does throw a number of errors in, and this is

18   generally not as accurate as we would care to show on 24,000.

19      Q  Do you have a map which shows the Elsinore fault line

20   continuing up to the watershed?

21      A  No I don't.

22      Q  Do you know any such map that exists?

23      A  Studies on the aerial photographs in spots have shown

24   us the position of this or at least where we have inferred the

25   position of this fault to be.  To show it in more detail would

1    require some additional work.

2         Q  Can you prepare a map that will show the Elsinore fault

3    line up to the watershed in your best judgement?

4         A  Not on short notice I can't.

5         Q  Can you do it?

6         A  It could be done.  It would require additional field

7    checking.  I have of the opinion that this would work in much

8    better with Colonel Bowen's engineering surveys.  As a matter

9    of fact, he and his crew have, where they have been able to

10   determine the position of the fault, have done so.

11        Q  Do you know whether or not they have determined the

12   position of the fault in the area from the point at which you

13   terminated in June, Exhibit 15 up to the watershed line?

14        A  I discussed this matter to some degree with Colonel

15   Bowen.  I know they have done some work and have some opinions

16   on the subject.  However, this is not complete.

17        MR. STAHLMAN:  May I ask Colonel Bowen whether they have

18   made such a study.

19        Can you determine the fault line up to the watershed line

20   from the position at which it terminates on Exhibit 15?

21        THE WITNESS:  You mean 15E, do you not?

22        MR. VEEDER:  I can give you an example, your Honor, where

23   that was done.  It was done in connection with D. A. Brown's

24   engineering study.

25        THE WITNESS:  In this regard, I would suggest that if this

P 20

1  becomes critical that the fault where it has been determined on

2  some of Colonel Bowen's soil surveys could be indicated as a

3  dotted line where known.

4      COL. BOWEN:  Complete throughout where we have made detailed

5  investigations in there we have those particular sites, but it

6  doesn't extend continously to the crest of the watershed because

7  we haven't been on all of those lands.

8  BY MR. STAHLMAN:

9      Q  How did you make a determination, Mr. Kunkel, of the

10  watershed line to the extent to which you have shown it on the

11  15 series?

12      A  Where shown I have based it in a large part on available

13  well logs that gave the depth to basement complex.  If I remember

14  correctly, Well 8 South 3 West 13R-1 encountered bedrock at

15  85 feet.  Bedrock crops out also in the stream channel in Section

16  13 in the Southeast Quarter.

17      Q  Can you with additional wells up in this area extend

18  from where you have indicated at the end of the fault line here

19  in Section 57 up to the watershed lines?  There are wells in

20  close proximity to the end of the older alluvium, aren't there?

21      A  Yes.  With the available data at the moment, I cannot

22  do this.

23      Q  Can you do it by the time you come back into Court next

24  time?

25      A  No.

P21

1    Q  How long will it take?

2    THE COURT:  What is the significance of that fault line on

3  the south side?

4    MR. STAHLMAN:  Your Honor, it has a relationship to the

5  riparian feature of the Santa Rosa Ranch.

6    THE COURT:  From this map which has the boundary line here,

7  it would seem that the only place that the Vail property gets

8  out of the basement complex is up in Range 3 West 19, a bit in

9  18, also in 19 by Cold Canyon, and then the upper part.  So you

10  wouldn't be concerned with the fault line at the bottom here.

11    MR. STAHLMAN:  I will show your Honor.

12    THE COURT:  I take it that this is the boundary of the Vail

13  property.  So it is up here in Section 19.

14    MR. STAHLMAN:  No, your Honor.  It goes back again.

15  It is not down in here, no, not in this part.

16    THE COURT:  That is what I say.  I start with 19 as the

17  first area.

18    MR. STAHLMAN:  Yes, then it goes (indicating).

19    THE COURT:  So you are not concerned with the fault line.

20    MR. STAHLMAN:  Not on here; just in the upper portion.

21  Because it is our contention that the property crosses not only

22  the fault line, but the channel of the stream at that point,

23  and there may be a dispute when we come into this evidence.

24  I thought as long as Mr. Kunkel, a geologist who put the fault

25  lines on the map, the fault line would be a factor at that time.

P 22

1    THE COURT:   That would do it.   If the Santa Rosa Ranch is

2  riparian to the Murietta--

3    MR. VEEDER:   That would do what, your Honor?

4    THE COURT:   You could have plenty of land to report that

5  is riparian to the stream.   The Santa Rosa Ranch, I take it

6  that any part of the Santa Rosa Ranch borders the stream or

7  overlies the basin since it is one rancho, it has water rights

8  out of the stream, doesn't it?

9    MR. SACHSE:   That is my understanding your Honor.

10    MR. VEEDER:   The stipulated judgement specifically refers

11  to the Santa Rosa.

12    MR. STAHLMAN:   We are making a study now, your Honor.   I

13  think we can do what everybody else has done in this case.

14    THE COURT:   Mr. Kunkel, we don't know whether you can do

15  this or not, but if you can, all right.   If you can't, say so.

16    THE WITNESS:   It is a matter of timing, your Honor.   We

17  could do the job.   I don't believe we could have it done by the

18  next time Court convenes.   The way we have been working these

19  soil surveys, this is something I would like to work in coopera-

20  tion with Colonel Bowen to save going over the property twice

21  for the geology and the soils.

22    THE COURT:   I think you ought to work together on it.

23    THE WITNESS:   The best time I would see would be somewhere

24  perhaps October.

25    MR. STAHLMAN:   Maybe Colonel Bowen could come up with an

P 23  1   answer quicker than that.  Maybe I can ask you one question

2   right now and settle it.

3        Come down here, please.

4        Q  Here is a well in Section 12 Range 4 South Township 7.

5        A  7-4-12G1.

6        Q  Yes.  Do you have an opinion as to whether the fault

7   line lies to the west or to the east of that well?

8        A  I don't recall.  There are a number of wells in this

9   general area and also to the southeast that reportedly encountered

10  bedrock at relatively shallow depth, and if this is true then

11  the fault in all probability would lie to the northeast of those

12  wells.  Whether 12G1 is one of those wells I do not recall, but

13  I know there are wells in this area.

14        Q  Isn't that well in the bed of Murietta Creek?

15        A  It very well might be.  It is shown as on--

16        Q  Would your opinion be, then, that it is on the east or

17  the west side of the fault line, the Elsinore fault?

18        A  If the bedrock was encountered at, oh, a hundred feet

19  or less, it would be my opinion that in all probability it is

20  on the southwest side of the fault.  But this is something that

21  would require some checking.

22        Q  Mr. Kunkel, when you showed the graph here as to the

23  Navy well--that is this one here, is it not, with the question

24  mark?

25        A  Yes.

P 24

1   Q  Is that all the information you had, two measurements?

2   A  I have made every effort to get more record of that.

3   Those are absolutely the only measurements I could dig up.

4   Q  Didn't you take some yourself recently?

5   A  This is up-to-date through May 25.  Up to that time no

6   measurements had been taken.  I believe subsequent to May 25.

7   Q  May 25?

8   A  May 25, 1960.  Up until that time we were unable to get

9   any measurements.  I made considerable effort to find additional

10  measurements and to take them.

11  MR. STAHLMAN:  We have some other measurements--I will wait

12  until a later date--that do have an effect on this.

13  Q  You recall being questioned by Mr. Veeder about how the

14  Windmill well--these are your measurements on the Windmill well;

15  is that correct?

16  A  The upper hydrograph of California's AC, which is shown

17  on Government's 15I.

18  Q  Do the years below as to this graph show the same com-

19  parative years as above?

20  A  That is correct.

21  Q  You were asked the question as to whether the water level

22  in this well started to decline on the closing of the Vail dam.

23  Isn't it a fact that, according to this hydrograph, it started

24  to decline or to reduce quite some period of time before, several

25  years before?

P 25

1    A  That is right; the decline started in 1946.

2    Q  I will ask you if it is not true that after the closing

3  of the Vail dam there was less decline comparatively speaking

4  than there was prior thereto?

5    A  The rate of decline, as you stated, is more.

6    Q  Now directing your attention to this exhibit, which I

7  believe is 16, you have previously testified, Mr. Kunkel, that

8  the drilling of the Pauba well was to a depth of how many feet?

9    A  2478 feet.

10   Q  And that it was drilled entirely through older alluvium,

11  isn't that right?  That is what you testified?

12   A  Yes, through the older alluvial deposits.

13   Q  How did you determine that the deposits that it was

14  drilled through were older alluvium?

15   A  Geologists from our office sat on the well and inspected

16  all of the cuttings coming out of the well.

17   Q  Did you use the information he had obtained?

18   A  I used their information.

19   Q  What was the nature of that information that you utilized?

20   A  The lithologic log is entered in evidence as Government's

21  Exhibit A, and also--

22   Q  By the man that you had there?

23   A  By the men who logged the well.

24   Q  By the man you mean Mr. Werts?

25   A  Well, the man who actually sat on the well was Mr. Lee

P 26

1   Dutcher, who, until just a few months ago, was working under my

2   direct supervision.

3        Q   Mr. Werts had the charge of the well, did he?

4        A   Mr. Werts was in overall charge.

5        Q   And the report that was made in connection with the

6   drilling of the well was made by Mr. Werts?

7        A   Mr. Werts; that is correct.

8        Q   Did you consult the information that Mr. Werts had

9   supplied in his report in order to reach your conclusion that

10  this was older alluvium?

11       A   That is correct.

12       Q   Did you use all the information available in your office?

13       A   I used all the information available.

14       Q   Did it ever come to your attention that Mr. Werts made

15  a report to Lt. Comdr. H. E. Hobson in a letter dated June 19,

16  1951, which is Exhibit AR9 in this case, in which he stated:

17  "Drilling of the pilot well on the Pauba Ranch has reached a

18  depth of about 2500 feet on June 19, 1951.  Sample of the well

19  at ten and twenty foot intervals by the Geological Survey in-

20  dicates a steady decrease in water-bearing strata below the

21  800 foot level."  I am going to skip down to the next paragraph.

22  "Thus the materials penetrated in at least the lower 1000 feet

23  of the hole are considered to be bedrock and are essentially

24  all non-water bearing."  Did you have that information?

25       A   I was aware of this letter.

P 27

1    Q   Is older alluvium and bedrock one and the same thing?

2    A   This is a letter written to the Navy for recommendation

3  on how to develop the well.  I also know--

4    Q   The question is, is bedrock--

5    MR. VEEDER:  Let him finish answer to the question.

6    Your Honor, I would like to have a ruling.

7    THE COURT:  Go ahead and answer, Mr. Kunkel.  Finish your

8  statement.

9    THE WITNESS:  This was a letter written to the Navy for

10  advice on how to develop the well.  The terminologies used in

11  that report are not with the same degree of precision as we

12  have attempted to use in this report.  Bedrock and basement

13  complex are rock.  I have even referred to rock as the older

14  alluvium.  There is no doubt, and I have testified earlier,

15  that the lower part of the older alluvium in general is much

16  tighter, of lower permeability, and there are beds in there that

17  are of considerable hardness.  But there are also beds--and this

18  is from the men who were working under my supervision--Lee

19  Dutcher, who did the principal log on this well, and he stated

20  as a geologist that he logged materials at very great depth

21  that were as permeable as anything he saw in the shallower zones,

22  but these were not as numerous.

23  BY MR. STAHLMAN:

24    Q   Where did you get that information?

25    A   It is in the well log, and it is also from the examination

P 28

1  of the men who did the drilling.

2     Q  Let's go back to my question.  Is bedrock and older

3  alluvium one and the same thing?

4     A  As used in the report by Mr. Werts, the bedrock and

5  older alluvium are one and the same thing in that letter to the

6  Navy.

7     Q  By the way, what else did this letter say, since you

8  have read it?

9     A  I don't recall the details on it.  But I am aware of

10  the correspondence that took place.

11     Q  Did you give consideration to it?

12     A  Yes I did.

13     Q  What consideration did you give to the letter?

14     A  I gave consideration to the point, as I testified

15  earlier, I am very aware that the older alluvium at depth is of

16  much lower permeability and that there are definitely zones in

17  there that are relatively hard.  The term "bedrock," as Mr.

18  Werts used it--I am sure that Mr. Werts will testify in this

19  regard if you want to put him on the stand--is not the basement

20  complex.  The basement complex is a much harder material that

21  has no zones of high permeability.

22     Q  Were you aware of the fact that there was a conference

23  of people your office represented in which the driller had in-

24  dicated that there would be three bits, and there were seven

25  used?

P 29

1    A   No, I was not aware of this.

2    Q   Would that mean anything to you?

3    A   I don't get the tie-in, Mr. Stahlman.

4    Q   It would mean that the further you go down the harder

5    the material was, wouldn't it?

6    A   I thought you said "bids."  I thought there were seven

7    people bid on it.  I didn't understand what you were driving at.

8    You mean driller bits?

9    Q   Yes, bits.

10   A   No, I was not aware of the number of bits, or if I was

11   I have forgotten.

12   Q   You have seen a lot of well logs.  You used the term

13   "bedrock" when we were talking about this fault line.  What do

14   you mean by "bedrock"?

15   A   This is a point for confusion, and this is something

16   that I had hoped to discuss later on in rebuttal.  There is

17   apparent confusion between "bedrock" and "rock" as used by the

18   drillers in basement complex, and there are a number of logs--

19   Well 6K1 is one of them--in which the driller encounters rock.

20   I don't recall the depth, but it is several hundred feet, and

21   then at the very bottom, at 1355 feet, he encounters basement

22   complex, and this has occurred in a number of areas where de-

23   posits have thinned out.

24   Q   What have you meant all the time when you talked to us

25   about wells here and many times you said "bedrock," just as you

P 30

1    use it this evening in connection with wells along the Elsinore

2    fault?

3        A   I do not recall that I have used the term "bedrock," but

4    if I have I would be intending it to be basement complex.  I am

5    of the opinion that I have used "basement complex," when I have

6    referred to it in the testimony.

7        Q   You have also testified that this all water-bearing,

8    haven't you, the entire length of this well?

9        A   That is what I testified, that the entire unit is water-

10   bearing, with the statement in there that as one goes deeper

11   the degree and amount of water-bearing material decreases.

12       Q   And this statement made by Mr. Werts here, "Thus the

13   material penetrated in at least the lower 1000 feet of the hole

14   are considered to be bedrock and are essentially all non-water

15   bearing, " do you agree with that or not?

16       A   No, I don't agree with that.

17       Q   But you knew he made the statement before you testified

18   in this case, did you not?

19       A   Well, whether I knew it before or after I don't recall,

20   George.

21       THE COURT:   What was Mr. Werts' capacity here?

22       MR. STAHLMAN:   He had Mr. Kunkel's job prior to Mr. Kunkel.

23   He was at the Long Beach Office at the time, as I understand

24   it, representing the U.S.G.S, and also present during the drill-

25   ing of the well and took all these tests and samples as they

13,966

P 31   1   indicate here every ten to twenty feet, and Mr. Kunkel at that

2   time was working under him but was not on the well.

3       THE WITNESS:  However, the--

4       MR. STAHLMAN:  There is no question.

5       THE WITNESS:  Pardon me.

6       MR. STAHLMAN:  Unless the Court has one for you.

7       THE COURT:  I don't think we can conclude the cross-

8   examination, and if we did there would be other questions asked

9   Mr. Kunkel at some other time.  So I think we had better stop.

10       MR. STAHLMAN:  Verywell your Honor.

11       THE COURT:  Have you some pertinent matter you want to go

12   into?  I can go a few minutes more.

13       MR. STAHLMAN:  No, I can do it at the next session just as

14   well, however, I do  think this is a rather important thing.

15       THE COURT:  Well, he hasn't concluded his testimony.

16   I understand that you have described on this map a geologic

17   section.

18       THE WITNESS:  That is correct.

19       THE COURT:  And that map is not ready; is that correct?

20       THE WITNESS:  Yes, that is correct.  Actually, this problem

21   is indicated--

22   BY MR. STAHLMAN:

23       Q  That is this line you have indicated here as H?

24       A  The section runs from G to L 6K1 through 7 South 3 West

25   27H1.

P 32

| | |
|---|---|
| 1 | Q  I see it on the map here. |
| 2 | A  To the point called H. |
| 3 | Q  Do you intend to make a profile? |
| 4 | A  There is a profile under construction. |
| 5 | Q  Where did you get the information to make that profile? |
| 6 | A  Logs available in the Court, Government's Exhibit 16A. |
| 7 | Q  You don't have any that goes down to this depth of |
| 8 | 2400 feet in this vicinity, do you? |
| 9 | A  It goes to the Navy well as shown.  There is also |
| 10 | another section up the valley--E EF. |
| 11 | Q  I notice also that on the Navy well you have not given |
| 12 | the water contour elevation, have you? |

Belt 7

| | |
|---|---|
| 13 | A  That is right, because as indicated by the Government's |
| 14 | Exhibit 15I I was unable to secure a-- |
| 15 | Q  This is a 59, isn't it? |
| 16 | A  That is correct. |
| 17 | Q  Couldn't you go over there and measure it? |
| 18 | A  No I couldn't go over there and measure it.  I made |
| 19 | every effort to do it on many occasions.  I checked with Vail |
| 20 | Company to get measurements and it was physically impossible to |
| 21 | do it. |
| 22 | Q  When the well was shut down? |
| 23 | A  When the well was shut down there was leakage around |
| 24 | the pump and I couldn't get together with Mr. Wilkinson to |
| 25 | get measurements. |

13,970

P 33

1   MR. STAHLMAN:  Measurements have been made.  I don't know

2   why he didn't get them.  We cooperated in every possible way.

3   THE WITNESS:  I am sorry.  I didn't get them.  I tried.

4   MR. STAHLMAN:  We might have more to say about that.

5   THE COURT:  Well, we are all getting tired here.

6   MR. LITTLEWORTH:  Would it involve too lengthy an answer

7   if I asked where we are going from here, so I could gauge the

8   necessity for our appearance here, your Honor?

9   THE COURT:  Mr. Veeder made the suggestion about coming

10  back in July.  Did I understand you to say that you wanted to

11  be back in July here Mr. Veeder?

12  MR. VEEDER:  My own view of this matter is that with Mr.

13  Kunkel planning to go to Europe I wanted very much to get him

14  finished on this phase of it.

15  THE COURT:  Will you have this geologic section done in

16  July at any time?

17  THE WITNESS:  I can have it ready in July.

18  MR. VEEDER:  Would you want me to have Mr. Werts down here

19  on the basis of what you have been saying, Mr. Stahlman?

20  MR. STAHLMAN:  I don't know.  I think it is something that

21  affects the testimony of Mr. Kunkel.  Until I found this letter

22  I have been laboring under the impression all of the time that

23  this was a simple question of having drilled down there and found

24  older alluvium.

25  MR. VEEDER:  I will call Mr. Werts tomorrow.  I am just as

P 34

1    anxious as anybody.

2        THE COURT:  When do you leave for Europe?

3        THE WITNESS:  I wanted to leave Los Angeles on August 4th.

4        MR. VEEDER:  What about the week of the 18th?

5        MR. GIRARD:  Any date but July 12th would be fine with me

6    your Honor.

7        THE COURT:  What would you figure, a day or two days?

8        MR. VEEDER:  George has his witnesses, too, on the stipu-

9    lated judgement.

10       MR. GIRARD:  I will not have more than one question from

11   Mr. Kunkel, I don't think.

12       THE COURT:  When will you be back from Europe, Mr. Kunkel?

13       THE WITNESS:  I believe it is September 17th.  I would like

14   a little time before I have to appear to get things in the office

15   squared away.

16       THE COURT:  This just raises hob with my calendar, but do

17   you want to say Monday the 18th, 19th and 20th, with this possi-

18   bility, that if Judge Kunzel is back and will take the criminal

19   calendar on the 18th I would have Monday.  If he is not going

20   to take it, I will not have much time on Monday.  Tuesday and

21   Wednesday I would have some time, plus the fact that we have a

22   Miramar case for a two-day trial on an issue of fact that may

23   not be ready, which would mean that we might have most of the

24   week.

25       MR. VEEDER:  That would be fine.

P 35

1    MR. STAHLMAN:  That would be fine.

2    THE COURT:  This means that you may lose a little time.

3    MR. GIRARD:  That is Monday the 18th?

4    THE COURT:  Yes.  We will just see how much time we can get.

5    MR. LITTLEWORTH:  This is to finish up Mr. Kunkel's testi-

6    mony?

7    THE COURT:  And Mr. Stahlman's on the stipulated judgement.

8    MR. LITTLEWORTH:  I don't have any more on Mr. Kunkel.

9    THE COURT:  We will finish with Mr. Kunkel, and we hope

10   he will have this geologic section ready, finish his direct and

11   cross-examination on that and get through with him, and then

12   Mr. Stahlman go ahead on what the Vail Company has on the stip-

13   ulated judgement.

14   MR. SACHSE:  Before we adjourn I suggest for bedside

15   reading between now and the 18th of July--I am quite sure that

16   when I have a little time to dig into the transcripts I can do

17   a better job, but I did recall the exact occasion of my last

18   objection to the admissability of irrigable acreage, and if your

19   Honor will look at Volume 82 page 9,351 and about eight pages

20   after there is a very lengthy colloquy between your Honor, Mr.

21   Veeder and myself at the end of which your Honor says:

22   "THE COURT:  Well, you are together in your positions.

23   "MR. VEEDER:  I think we are in agreement."

24   MR. VEEDER:  There is one problem here, your Honor, and

25   that is that they simply don't understand language.

P 36

1    MR. SACHSE:  Let the Court decide what the language says.

2    THE COURT:  You are talking to me, too.

3    MR. VEEDER:  All right, your Honor, and I am very pleased

4    to talk to your Honor.  But I say this, I am entitled to be

5    heard in regard to that phase of it.  I repeat what I said be-

6    fore, that I never ever said that there would be anything but

7    what I said this afternoon, namely, that you can have a quanti-

8    tative adjudication of prescriptive and appropriative rights,

9    but it is impossible in regard to riparian rights.  You will

10   not find a word where I said I would not ask for the regulation,

11   in these citations that Mr. Sachse cites.  If you want me to

12   write up--

13   THE COURT:  I have already directed you to write up as to

14   what defendants, what areas and on what grounds and all the

15   facts about the ones where you think there should be apportion-

16   ment.  Bear this distinction in mind.  A finding that a person

17   does not have a prescriptive right or does not have an appro-

18   priative right is different from an apportionment.  Some of

19   these matters may solve themselves or they may not.

20   MR. SACHSE:  I will concede very frankly, to save Mr.

21   Veeder some work, that any person that has an appropriative

22   right can require an apportionment.  There is no argument about

23   that.  That requires a definitive finding by your Honor.

24   THE COURT:  You said "apportionment."

25   MR. SACHSE:  I mean a quantitative allocation.

P 37  1     THE COURT:  If one is found to exist.

2     MR. SACHSE:  Yes.

3     THE COURT:  If one is found not to exist, you have a finding

4  that doesn't exist.

5     MR. SACHSE:  That is right.

6     MR. VEEDER:  And I stated inn there that you couldn't

7  conceivably enter a quantitative decree in regard to riparian

8  rights, for one reason; it varies from day-to-day and from

9  moment to moment and from year to year.  That is precisely what

10  I said.  It doesn't mean that there is not a situation where

11  there will be a requirement for regulation among riparian owners.

12     THE COURT:  Well, I gave you until the 11th of August to

13  get that material together.  We will not need that for the

14  hearing in July.

15     MR. VEEDER:  That is right, and that of course has already

16  been started.

17     THE COURT:  Goodbye gentlemen.

18     (Adjourment until July 18, 1960 at 10:00 A.M.)

19

20

21

22

23

24

25