# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

---

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

---

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　No. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

　　　　　　　Defendants

## REPORTER'S TRANSCRIPT OF PROCEEDINGS

Place:　　San Diego, California

Date:　　Wednesday, June 28, 1961

Pages: 17,387 to 17,398

**FILED**

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

JOHN SWADER
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        vs.                      )   No. 1247-SD-C
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                Defendants.      )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

San Diego, California

Wednesday, June 28, 1961
- - -

APPEARANCES:

  For the Plaintiff:           WILLIAM H. VEEDER, ESQ.
                               Special Assistant to the
                               Attorney General

  For the Defendants:

    Vail Company               GEORGE STAHLMAN, ESQ.

    State of California        FRED GIRARD, ESQ.

MARIE G. ZELLNER, OFFICIAL REPORTER

17,388

t-2

SAN DIEGO, CALIFORNIA, WEDNESDAY, JUNE 28, 1961, 9:50 A.M.

- - -

(Pursuant to adjournment at 4:30 o'clock p.m., Tuesday, June 27, 1961 until 9:30 a.m., this morning, the following proceedings were had.)

THE CLERK: Number one, 1247-SD-C, United States vs. Fallbrook.

MR. VEEDER: Your Honor, we have come to an agreement in regard to the non-overlying rights, using forms identical with your Tucalota Creeks Interlocutory Judgment No. 31-A, that, as rapidly as the Office of Ground Water Resources can complete the exhibits for those overlying rights in each of the various sub-watersheds, they will be tendered to your Honor without further reference to any other counsel for the purpose of signature. That is the biggest single job we have.

MR. STAHLMAN: You don't mean overlying rights.

MR. VEEDER: Non-overlying rights.

THE COURT: Who is drawing the findings on them?

MR. VEEDER: We will use the same form in each instance for the non-overlying rights, your Honor, only I will have them varied to cover the particular watershed to which they relate.

THE COURT: So that can go forward, then?

MR. VEEDER: Yes, sir.

THE COURT: Those can go forward, and they will be given

t-3

1  numbers and they will always be an A-Series.

2  MR. VEEDER: They will all be the A-Series, and the next
3  one can begin today.

4  Mr. Girard is leaving today, and I wanted to have the
5  record reflect the agreement on those non-overlying lands.

6  THE COURT: All right. Now, you will be gone the rest
7  of the week, will you?

8  MR. GIRARD: That is right, your Honor.

9  THE COURT: Then are you coming back here to work?

10  MR. GIRARD: Yes, I know I will be back here July 7th.
11  I understand that Mr. Veeder will not be here next week, but
12  I intend to be here on that date.

13  THE COURT: So you will be back a day or so before I
14  leave.

15  MR. GIRARD: When are you leaving, your Honor?

16  THE COURT: I am leaving on Sunday night, July 9th, on
17  a week of conferences, but I expect to be here on Saturday.

18  MR. GIRARD: I expect to be in San Diego on the 7th.

19  THE COURT: Then you can contact me. My number is in the
20  phone book. Otherwise, I will see you on the 17th.

21  You will be gone when?

22  MR. VEEDER: I plan to leave this coming Saturday, and
23  I will be gone from San Diego for at least two weeks. However,
24  the work is going forward.

25  THE COURT: Just a minute.

t-4

MR. VEEDER: We are now working on conclusions of law. I have handed to Mr. Stahlman and Mr. Girard the first few conclusions that have been written. They are in form for them to review. I will try this afternoon to have them in your hands for review, and I will be here.

THE COURT: On what subject?

MR. GIRARD: On Tucalota Creek.

MR. VEEDER: On the Tucalota Creek riparian and overlying rights. So those forms will be subject to your review, and for distribution to Mr. Girard in Sacramento.

I have agreed with Mr. Stahlman to call him when they are completed, and I will call Mr. Krieger. I think he should see them, too.

THE COURT: Before Mr. Girard goes today, will you have a chance to go over them with him?

MR. VEEDER: Yes, I can.

THE COURT: And work out any problems that you have?

MR. VEEDER: Yes.

MR. GIRARD: I have seen only a couple of them, your Honor, and I think we will have some substantial differences on them. I want to look up a little law on a couple of things.

We are in total agreement now on findings of fact on Tucalota on the riparian and overlying lands, but I have something here that I want to look up a little further. I will not be able to agree or disagree on a couple of them

t-5

1   until, as I say, I look up a little law on them.

2   MR. VEEDER: I will give you the citations to save you
3   some time.

4   MR. GIRARD: On some of them I think I have some
5   substantial doubts.

6   THE COURT: Then what is your suggestion? That the case
7   be continued to July 17th?

8   MR. GIRARD: Mr. Sachse will be back then, too, I
9   believe on the 17th, and he was interested in the Tucalota
10  findings. In fact, he submitted some himself.

11  MR. VEEDER: I don't have a calendar here, your Honor.

12  THE COURT: That is a Tuesday.

13  MR. GIRARD: That is fine with me.

14  THE COURT: That skips the next two weeks. Or, since
15  this work is going forward, do you want to make it the 24th?

16  MR. VEEDER: I would like to make it the 25th, your
17  Honor, or the 24th.

18  THE COURT: The 25th?

19  MR. VEEDER: The 25th. That is a Tuesday.

20  MR. GIRARD: I would like very much to have it be the
21  17th, because I am planning to go to Donner Lake on the 25th.
22  In fact, I already have reservations.

23  MR. STAHLMAN: That gives you two weeks, Bill, if you
24  were to come back here on the 17th.

25  Mr. Girard, you are coming down to work with me, aren't

1  you?

2  MR. GIRARD: We hope to spend a week out at Colonel
3  Bowen's office getting at the United States findings.

4  MR. VEEDER: I hope that this does not interfere with
5  this other work.

6  MR. STAHLMAN: I don't think it will interfere with this
7  other work. It will be up to Colonel Bowen to say whether
8  it interferes with other work.

9  MR. VEEDER: Your Honor, I feel that the 25th is the
10 best date for me.

11 MR. STAHLMAN: Oh, let's get this thing along. I have
12 some trials set.

13 MR. GIRARD: As I say, I have a cabin reserved for a
14 week's vacation over at Donner Lake, and I would like to take
15 the week of the 25th.

16 THE COURT: There is no reason why you couldn't keep
17 your engagement and be back here the following week. The
18 main thing I want is to have Mr. Veeder back here so we can
19 have him marshall the activities and see things move along.

20 MR. VEEDER: What date will you want me here, your Honor?
21 If you will say, I will be here.

22 THE COURT: I will be gone the week beginning the 10th
23 of July, and I will wind up the week around Portland. I
24 haven't planned to take any days off, but there is a
25 possibility I will try to steal maybe the week of the 17th,

t-7

1   which probably will be better, and we can make it the week

2   of the 25th. Is that a Tuesday?

3   MR. STAHLMAN: That is a Tuesday, yes.

4   THE COURT: There are some of these things on which we

5   can postpone final decision until you get back in the

6   following week.

7   MR. STAHLMAN: None of the findings will be signed in the

8   meantime, will they?

9   MR. VEEDER: The non-overlying will.

10  MR. STAHLMAN: Oh, that is all right. I am in agreement

11  on that. The other findings which affect the riparian and

12  overlying rights are the only ones I am concerned with. I

13  will want to see those.

14  MR. VEEDER: That is fine, your Honor. The work is

15  going ahead, and will continue to go ahead, and will be fed

16  into your office, and I will be here until this Saturday, and

17  I will work whenever your Honor is available.

18  THE COURT: Where do we stand on Mr. Krieger? He wanted

19  to see some of these things.

20  MR. VEEDER: They are in his hands now, your Honor.

21  THE COURT: And you will follow up this week on that?

22  MR. VEEDER: I will call him this afternoon.

23  THE COURT: What about the conclusions? Is he going to

24  get to look at those that you are drawing?

25  MR. VEEDER: Mr. Krieger?

MARIE G. ZELLNER, OFFICIAL REPORTER

t-8

17,394

1 THE COURT: Yes.

2 MR. VEEDER: I am going to call Mr. Krieger and ask him
3 to come down on Friday and look at them with me, and I will
4 have a copy available to you, and Mr. Stahlman has agreed to
5 come down and look at them.

6 MR. STAHLMAN: You will have them completed before we go
7 so that we can look them over?

8 MR. VEEDER: I will have them before the weekend.

9 THE COURT: And will you and Mr. Girard go over them
10 before he leaves? When do you leave?

11 MR. GIRARD: I haven't a plane reservation yet, your
12 Honor. It doesn't make any difference.

13 THE COURT: Is that agreeable?

14 MR. VEEDER: I have no reason to assume not, your Honor.

15 THE COURT: You can find out where you stand, and maybe
16 you can talk to Mr. Krieger on some of the problems, and then
17 we will be in a position to know pretty well where we are on
18 this.

19 MR. VEEDER: Very good. You will leave sometime this
20 afternoon, Mr. Girard?

21 MR. GIRARD: Yes, but, as I say, from the way some of
22 these things are drafted, I want to look at some law on them.

23 THE COURT: You can mark out what the problems are, and
24 give me a chance to look at it, too.

25 MR. STAHLMAN: I would like to, too. I think some of the

conclusions that he has drawn can be drawn in a simpler way. I think he has a tendency to be verbose.

MR. VEEDER: George, some day --

THE COURT: Oh, wait a minute. The three of you will confer about it, and what shall I say? Shall I put it over until 4:00 o'clock this afternoon?

MR. VEEDER: 4:00 o'clock will be fine, your Honor.

THE COURT: Or do you want to come in earlier?

MR. STAHLMAN: I think earlier, if we can, and if we finish, and if your Honor can spare the time.

THE COURT: Then we have this loose end with Stark, too, and I don't have that memorandum before me. When did he say he would be here?

MR. VEEDER: Stark said he would take no further action unless he offers evidence by July 14th, and I will call him today, this afternoon, and I will be able to tell you what his plans are.

THE COURT: I think I had better fix the week following July 25th. July 25th is a Tuesday, you say?

MR. GIRARD: Yes. That will be August 1st, your Honor.

THE COURT: Would it be August?

MR. VEEDER: August 1, your Honor.

MR. GIRARD: July 25th is a Tuesday, and August 1st is the next Tuesday.

MR. VEEDER: He said he wanted to make his argument during

August, and I think that would take care of it.

THE COURT: We had better fix the date and notify him that on August 1st he is to put on any proof that he has and make his final argument. Mr. Girard will be back at that time --

MR. GIRARD: That is correct.

THE COURT: And you will be here, and we will try to wind that up.

MR. GIRARD: Your Honor, come to think of it, I can be here the 25th of July, because the reservation is actually for the 29th, which is a Friday. It starts on Friday. So I can be here on the 25th, and maybe he can come in on that date.

THE COURT: Then we will set it for the 25th of July.

MR. STAHLMAN: That is a better date.

THE COURT: The case will be continued to July 25th at 10:00 a.m., and Mr. Stark to be notified to be ready to put on his proof and his argument, and we will wind up his case at that time.

Meanwhile, I will continue this until this afternoon at 4:00 o'clock, to see what you gentlemen have accomplished.

MR. VEEDER: We will be in at 4:00 o'clock, your Honor.

THE COURT: And the record should show that this case was continued last night until 9:30 this morning.

(Whereupon, at 10:10 o'clock a.m., a recess was taken )
(until 4:00 o'clock p.m. of the same date.                )

- - -

17,397

t-11

1   (At 4:00 o'clock p.m., an off the record discussion)
    (between Court and counsel was had.                  )

2

3   (Thereupon, an adjournment was taken to Tuesday,  )
    (July 25, 1961, at 10:00 o'clock a.m.             )

- - -

```
IN THE UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF CALIFORNIA

          SOUTHERN DIVISION

              - - -
```

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
       vs.                       )   No. 1247-SD-C
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                Defendants.      )
_____)

## CERTIFICATE OF REPORTER

We, the undersigned, do hereby certify that we are, and on the date herein involved, to with: June 28, 1961 were duly qualified, appointed and acting official reporters of said Court;

That as such official reporters we did correctly report in shorthand the proceedings had upon the trial of the above-entitled case; and that we did thereafter cause our said shorthand notes to be transcribed, and that the within and foregoing 11 pages of typewritten matter constitute a full, true and correct transcript of our said notes.

Dated at San Diego, California, this 28th day of June, 1961.

_____
        Official Reporter

_____
        Official Reporter

MARIE G. ZELLNER, OFFICIAL REPORTER