Case 3:51-cv-01247-JO-SBC   Document 4665   Filed 09/24/63   PageID.58444   Page 1 of 11

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

---

HONORABLE JAMES M. CARTER, JUDGE PRESIDING

---

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

             Defendants.

No. 1247-SD-C

## REPORTER'S TRANSCRIPT OF PROCEEDINGS

**Place:**    San Diego, California

**Date:**    Thursday, July 27, 1961

**Pages:** 17,465 to 17,473

# FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

**JOHN SWADER**
Official Reporter
United States District Court
325 West F Street
San Diego 1, California
BElmont 4-6211 - Ext. 370

P.1

1        IN THE UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3             SOUTHERN DIVISION

4                  - - -

5     HONORABLE JAMES M. CARTER, JUDGE PRESIDING

6                  - - -

7   UNITED STATES OF AMERICA,        )
8                        Plaintiff, )
9        vs.                         )        No. 1247-SD-C
10   FALLBROOK PUBLIC UTILITY         )
     DISTRICT, et al.,                )
11                                    )
                       Defendants. )
12

13          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14               San Diego, California

15             Thursday, July 27, 1961

16                  - - -

17   APPEARANCES:

18       For the Plaintiff:              WILLIAM H. VEEDER, ESQ.
19                                       Special Assistant to the
                                         Attorney General
20                                       CDR. DONALD W. REDD

21       For the Defendants:

22         Vail Company                  GEORGE STAHLMAN, ESQ.

23         State of California           FRED GIRARD, ESQ.

24         Fallbrook Public Utility      FRANZ R. SACHSE, ESQ.
25         District, et al.,

P 2

1    SAN DIEGO, CALIFORNIA, Thursday, July 27, 1961, 9:30 A.M.

2         (Another matter.)

3         THE CLERK:  1-1247-SD-C United States vs. Fallbrook.

4         THE COURT:  You have run off new pages on 31-A.

5         MR. VEEDER:  We have rerun the whole thing, your Honor.

6         THE COURT:  Mr. Clerk, on the judgment that was heretofore

7    entered, if we withdraw it and set it aside, we could use those

8    exhibits, could we not?

9         THE CLERK:  Yes, sir.

10        THE COURT:  As a matter of fact, if they photostated all

11   that material, the office could be told that the judgment was

12   amended only as to the first seven pages and that there is no

13   amendment as to the exhibits.

14        THE CLERK:  I believe they will want to microfilm the

15   whole thing so that the judgment is all in one place.

16        THE COURT:  Have you looked it over to see whether it is

17   proper?

18        MR. VEEDER:  Your Honor, they were just reproduced and I

19   handed them to your Honor and to counsel. I haven't heard any

20   comment from them yet.

21        THE COURT:  Is today the 27th?

22        THE CLERK:  Yes, sir.

23        THE COURT:  I will instruct the Clerk to make a minute

24   order setting aside Interlocutory Judgment 31-A which was filed

25   on June 20, 1961 and signed  July 5, 1961.

P 3

1      This should be called "Amended Interlocutory Judgment,"

2 should it not, the new one?

3      MR. STAHLMAN:  It should be.  Otherwise, there will be

4 confusion.

5      THE COURT:  I will write on the original here "Amended"

6 Interlocutory Judgment 31-A and instruct the Clerk to take the

7 exhibits out of the original 31-A and attach them to Amended

8 31-A.

9      Here is my copy, Mr. Clerk.  You can attach my copies to

10 31-A.

11      THE CLERK:  Yes, sir.

12      THE COURT:  Let me have this back.  Here is the original.

13 Can you take care of that?

14      THE CLERK:  Yes, sir.

15      THE COURT:  All right.  I have signed this as of this date.

16 The same language was carried over into Wilson and Coahuilla.

17 You gave me two copies of that.

18      MR. VEEDER:  I gave you the changed pages, your Honor.

19      THE COURT:  Yes, two copies of the changed pages.

20      MR. VEEDER:  That is correct.

B fls.

21

22

23

24

25

17,468

THE COURT:  We don't have that judgment in form yet to go?

MR. VEEDER:  No.

MR. GIRARD:  I might add that I think yesterday we were going to have some other judgments, and I think we are pretty well agreed and settled on the language in Diamond-Domengoni Valley, and are just waiting for the exhibits.  Is that right or not?

MR. VEEDER:  I think that Mr. Sachse and I have been over those.

MR. GIRARD:  You and Mr. Sachse were talking about them?

MR. SACHSE:  My understanding is that Mr. Girard has taken the exhibits and Colonel Bowen is to indicate on them which of the parcels are riparian and which are not.  Mr. Girard then is to have the exhibits reproduced, and if we can come back on that a week from Tuesday, we will be ready to roll.

MR. GIRARD:  Do you know how many of those we should prepare, Mr. Veeder, on a stencil?

MR. VEEDER:  We have been running 25, but I think we will have to have more.

MR. STAHLMAN:  Oh, you will have to have more than that.

MR. GIRARD:  Then on yesterday, your Honor, I prepared here the findings of fact and conclusions of law on Tucalota Creek, which Mr. Swader's assistant is now typing, and I will serve those today on the Court and counsel.

t-2

1    THE COURT: All right. You have other work you can do,
2  I take it?

3    MR. GIRARD: Yes, sir. I hope that I can take out of
4  here tonight for Sacramento. I will not be here next week, and
5  I would like to know what the plans of the Court are. I will
6  be here, I presume, the following week.

7    THE COURT: Shall we continue the matter then until the
8  following Tuesday?

9    MR. VEEDER: Your Honor, it is up to your Honor. I am
10  going to stay here until the 11th of August working on these
11  findings.

12    THE COURT: I want to keep the case on call on the
13  calendar whether we can do very much on it or not, and I would
14  suggest now that I say that the matter is continued to --

15    MR. VEEDER: To August 1st? That is Tuesday.

16    THE COURT: To August 1st at 9:30. Is that agreeable?

17    MR. GIRARD: Yes, your Honor.

18    MR. VEEDER: Yes, your Honor.

19    THE COURT: Meanwhile, if you have any other matters to
20  take up, we can do it.

21    MR. VEEDER: That is what I would like to do, your Honor.
22  I would like to work today with Mr. Girard, and if Mr. Girard
23  will not be here next week, will Mr. Sachse be here?

24    MR. SACHSE: I will be here. I can say that Mr. Girard
25  and I have worked on these matters yesterday that are not

17,470

t3

1  typed up yet on Tucalota Creek, on the younger alluvium, and

2  those will be in your hands today.

3      MR. VEEDER:  You are speaking of the --

4      MR. SACHSE:  Of the findings and conclusions.  They will

5  be in your hands today, and the judgment I will try to do next

6  week.

7      MR. STAHLMAN:  What is the situation on the Camp Pendleton

8  findings?

9      MR. GIRARD:  I am working on them, but they are not

10 complete by any stretch yet.

11     THE COURT:  Then you have some Vail findings, too?

12     MR. GIRARD:  The Vail findings are almost finished.

13     MR. STAHLMAN:  They are all finished except for the work of

14 correlating them so that we will be in accordance with

15 Commander Redd's work.  In other words, within the Murrieta-

16 Tucalota Creek findings there are some properties described

17 which are Vail properties, and we are working on those so as

18 to have them consistent.  But the findings are all finished.

19     THE COURT:  All right.  Anything further?

20     MR. VEEDER:  Continued until Tuesday?

21     MR. SACHSE:  This is for the record, Mr. Veeder.  Your

22 Honor, just to clear the record on this:  Your Honor sent a

23 letter on May 19th requiring certain named defendants that I

24 represent to appear if they desired to object to the proposed

25 order or to let you know if they don't.

t4

1      I would like the record to show on that proposition that

2  I represent the defendants in connection with these parcels:

3      Fred R. Stevenson.  That is Exhibit 210-B, Parcel

4  92E/7-146 and 147.

5      The second one is Leonard L. and Sarah Williamson,

6  Exhibit 210-B, Parcel 81E/12-130.

7      The third one is Edith L. Burlingame, Aileen T. Quinn

8  and Mae M. Zimmerman, Exhibit 210-B, Parcel 91E/12-133.

9      They all consent and accept the proposed order.

10      THE COURT:  May I suggest that you just put an approval

11  on the bottom of the letter and it will be made a part of

12  Exhibit --

13      MR. VEEDER:  207-E.

14      THE COURT:  Is that the exhibit number?

15      MR. VEEDER:  That is right.

16      THE COURT:  -- of Exhibit 207-E.

17      MR. SACHSE:  I will do that.

18                          (The document referred to was)
19                          (filed and made a part of     )
                            (Plaintiff's Exhibit 207-E.   )

20      THE COURT:  All right.  Now, I will be in so I can see

21  the Tucalota findings.

22      MR. GIRARD:  I will bring them in, your Honor.

23      THE COURT:  And I take it Mr. Stahlman and Mr. Veeder

24  will get copies?

25      MR. GIRARD:  Yes.

17,472

t5

1    THE COURT:  I would like to know whether you have

2  reached some agreement after you confer.

3    MR. GIRARD:  I don't think --  Mr. Veeder has not seen

4  them, but I don't think there will be any major disagreement.

5  Most of them follow pretty well his outline insofar as

6  treatment of the property is concerned.  We found that these

7  are largely a part of the stream system and found that the

8  Court has continuing jurisdiction, that is, by those findings

9  and conclusions of law that these are the conclusions of law

10  and that the jurisdiction, if it is exercised as to those

11  ground waters in the younger alluvium, will be exercised only

12  upon a showing of changing conditions from those which exist

13  today.  The language is along that line.  I don't believe that

14  Mr. Veeder objects to that principle.

15    MR. VEEDER:  I would like to see the language.

16    MR. GIRARD:  Yes, I think he would have to see the

17  language.

18    THE COURT:  In other words, we are practically all in

19  agreement that this showing would never be made, but that we

20  are taking a legal approach, leaving the door open if it should

21  be?

22    MR. GIRARD:  That is right.

23    THE COURT:  Is that your view on it, Mr. Veeder?

24    MR. VEEDER:  Yes, your Honor.

25    THE COURT:  August 1st at 9:30.

17,472-A

1      (Whereupon, at 10:00 o'clock a.m., Thursday, July )
        (                                                 )

2      (27, 1961, an adjournment was taken until Tuesday,)
        (                                                 )

3      (August 1, 1961, at 9:30 o'clock a.m.           )

4

5                        - - -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

17,473

t-6

# IN THE DISTRICT COURT OF THE UNITED STATES

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

- - -

UNITED STATES OF AMERICA,      )
                       )
           Plaintiffs,   )
                       )
      vs.              )   No. 1247-SD-C
                       )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                       )
           Defendants.   )
_____)

## CERTIFICATE OF REPORTER

We, the undersigned, do hereby certify that we are,
and on the date herein involved, to wit:  July 27, 1961, were
duly qualified, appointed and acting official reporters of
said Court;

That as such official reporters we did correctly
report in shorthand the proceedings had upon the trial of
the above entitled case; and that we did thereafter cause
our said shorthand notes to be transcribed, and the within
and foregoing  9 Pages of typewritten matter constitute a
full, true and correct transcript of our said notes.

Dated at San Diego, California, this 27th day of July,1961.

_____
Official Reporter

_____
Official Reporter

MARIE G. ZELLNER, OFFICIAL REPORTER