ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

---

### BEFORE HON. JOHN M. CRANSTON, SPECIAL MASTER

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

   Defendants.

No. 1247-SD-C

## REPORTER'S TRANSCRIPT

**FILED**

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

| | |
|---|---|
| **Volume:** | 20 |
| **Pages** | 2462-2538 |
| **Date:** | October 13, 1958 |
| **Place:** | Fallbrook, California |

RANDOL, FIVECOAT & STEWART

CERTIFIED SHORTHAND REPORTERS

1113 FIRST NATIONAL BUILDING

SAN DIEGO 1, CALIFORNIA

BELMONT 9-4191

1

2

3

APPEARANCES:

4       WILLIAM H. VEEDER, ESQ., representing
          the United States of America.

5
        LCDR DONALD W. REDD, U.S.N., repre-
6          senting the United States of America.

7       Lt. ROBERT NAGEL, U.S.N., representing
          the United States of America.

8
        FRANZ R. SACHSE, ESQ., representing
9          Fallbrook Public Utility District.

10      P. W. WILLETT, ESQ., representing
          Alta M. Terriere, and others.

11
        MR. and MRS. FRED M. ANDERSON,
12         in pro per.

13      MRS. GEORGE GRAHAM, in pro per.

14      CLYDE L. HALLSTEAD, in pro per.

15      MR. and MRS. WILLIAM L. BAGBY, in
          pro per.

16

17                          - - -

18                            -
                              -
19

20

21

22

23

24

25

## EXHIBITS

|  | | | Iden. | Evid. |
|---|---|---|---|---|
| F-1-A | Assessor's Map | | | 2469 |
| F-1-B | " | " | | 2470 |
| F-1-C | " | " | | 2471 |
| F-1-D | " | " | | 2472 |
| F-1-E | " | " | | 2473 |
| F-1-F | " | " | | 2473 |
| F-1-G | " | " | | 2474 |
| F-1-H | " | " | | 2474 |
| F-1-I | " | " | | 2475 |
| F-1-J | " | " | | 2476 |
| F-1-K | " | " | | 2476 |
| F-1-L | " | " | | 2477 |
| F-1-M | " | " | | 2477 |
| F-1-N | " | " | | 2480 |
| F-1-O | " | " | | 2480 |
| F-1-P | " | " | | 2481 |
| F-1-Q | " | " | | 2481 |
| F-1-R | " | " | | 2482 |
| F-1-S | " | " | | 2483 |
| F-1-T | " | " | | 2483 |
| F-1-U | " | " | | 2484 |
| F-1-V | " | " | | 2484 |
| F-1-W | " | " | | 2485 |
| F-1-X | " | " | | 2485 |
| F-1-Y | " | " | | 2486 |
| F-1-Z | " | " | | 2486 |
| F-1-AA | " | " | | 2487 |
| F-1-BA | " | " | | 2488 |
| F-1-CA | " | " | | 2488 |
| F-1-DA | " | " | | 2490 |
| F-1-EA | " | " | | 2490 |
| F-1-FA | " | " | | 2490 |
| F-1-GA | " | " | | 2491 |
| F-1-HA | " | " | | 2491 |
| F-1-IA | " | " | | 2492 |
| F-1-JA | " | " | | 2493 |
| F-1-KA | " | " | | 2493 |
| F-1-LA | " | " | | 2494 |
| F-1-MA | " | " | | 2494 |
| F-1-NA | " | " | | 2495 |
| F-1-OA | " | " | | 2495 |
| F-1-PA | " | " | | 2496 |
| F-1-QA | " | " | | 2496 |
| F-1-RA | " | " | | 2497 |

EXHIBITS (Continued)         <u>Iden</u>.   <u>Evid</u>.

| | | | |
|---|---|---|---|
| F-1-SA | Assessor's Map | | 2497 |
| F-1-TA | " | " | 2498 |
| F-1-UA | " | " | 2499 |
| F-1-VA | " | " | 2499 |
| F-1-XA | " | " | 2501 |
| F-1-YA | " | " | 2501 |
| F-1-ZA | " | " | 2501 |
| F-1-AB | " | " | 2502 |
| F-1-BB | " | " | 2502 |
| F-1-WA | " | " | 2500 |
| F-1-CB | " | " | 2503 |

Def. Rogers
1-2        Deeds                                2535


## INDEX TO WITNESSES


| | |
|---|---|
| Allen C. Bowen | 2466-2524 |
| P. W. Willett | 2510 |
| Alta M. Terriere | 2516 |

64

Z12

1    Fallbrook California, Monday, October 13, 1958.   9:45 A. M.

2

3        THE CLERK:   Court is now in session.

4        THE MASTER:   Will the counsel please state their appear-

5    ances for the record?

6        MR. VEEDER:   William H. Veeder for the United States.

7        LCDR REDD:   LCDR Redd for the United States.

8        MR. SACHSE:   Franz Sachse for the Fallbrook Public Utility

9    District and for a list of individual defendants that I will

10   supply after the watershed map is on the wall, because I don't

11   know just exactly which ones are in this area.

12       MR. WILLETT:   P. W. Willett, attorney for quite a number

13   of the people living within that watershed.

14       THE MASTER:   Very well.   Now, will the individual defendants

15   who are in the courtroom, who are not represented by counsel,

16   would you state your names?   In other words, if you have an

17   attorney it is not necessary for you to state your name.

18       MR. ANDERSON:   Mr. and Mrs. Fred M. Anderson.

19       THE MASTER:   You filed an answer, but you have no attorney.

20       MRS. GRAHAM:   Mrs. George Graham, and Mr. George Graham.

21       MR. HALLSTEAD:   Clyde Hallstead.

22       THE MASTER:   And you filed a stipulation?

23       MR. HALLSTEAD:   Well, I answered that paper that I got.

24       THE MASTER:   Very well.   And the other gentleman in the

25   back.

1    A VOICE:  Just listening.

2    MR. BAGBY:  Mr. and Mrs. William L. Bagby.

3    THE MASTER:  The gentleman in the back row?

4    A VOICE:  No.

5    THE MASTER:  I believe that today, as far as the main

6 proceedings they will relate to the Fallbrook Creek area.

7 However, before we commence that I believe that the plaintiff

8 has one exhibit affecting the De Luz Creek area which should

9 be introduced.

10    MR. VEEDER:  I should like also to make a statement,

11 hour Honor, in regard to the position of the United States

12 respecting this proceeding.  We have introduced, as your Honor

13 is fully aware, the documents, title and related matters which

14 we feel have made out our prima facie case; that data was

15 offered in connection with the De Luz proceedings and, for the

16 purpose of the record, we ask that those exhibits be incorporated

17 by reference into this record by reference, to the end that there

18 will be no doubt as to the fulfillment of our purpose in regard

19 to this proceeding.

20    THE MASTER:  Well, all evidence which was presented in the

21 De Luz Creek proceedings, in so far as it is pertinent and

22 relates to the Fallbrook Creek area, will be considered in

23 evidence at this stage of the proceedings without the necessity

24 of re-introducing it at the present time.

25    MR. VEEDER:  Or re-marking it?

2466

Z4

1    THE MASTER:  Or re-marking it.

2    MR. VEEDER:  I just wanted to be sure that that circum-

3    stance prevailed, because the amount of the evidence which will

4    be introduced by the United States here will relate to our

5    determination of the watershed line and Fallbrook Creek.  And

6    we would like to call Col. Bowen for the purpose of identifying

7    the exhibits which we have, and then we make the offer.

8    THE MASTER:  Very well.  I wonder before you start if

9    you would offer that property listing description in the De Luz

10   Creek area?

11   MR. VEEDER:  Yes, your Honor.  What is that, 125?

12   THE MASTER:  The original list was 125.  I believe this

13   should be 125-A.  I understand that this is a list of the parcels

14   in the De Luz Creek area, with the references to the deed and

15   other exhibits omitted, and a complete description given in this

16   list?

17   MR. VEEDER:  Pursuant to directions, your Honor.

18   THE MASTER:  That will be received and marked Exhibit M-125A.

19   Col. Bowen, will you take the stand?

20

21           ALLEN C. BOWEN,

22   recalled as a witness in behalf of the plaintiff, having been

23   previously sworn, testified further as follows:

24

25

Z5

### DIRECT EXAMINATION

MR. VEEDER:  May we dispense, your Honor, with the quali-
fications of Col. Bowen?

THE MASTER:  I think he was sufficiently qualified in the
previous hearings.

BY MR. VEEDER:

Q   I would like him, however, to state his official title
and position to the end that the record will show that.

A   Lieutenant-colonel in the United States Marine Corps.
And my job is Officer in Charge of the Office of Ground Water
Resources, Marine Corps Base, Camp Pendleton.

MR. VEEDER:  And we would like to have marked for iden-
tification--  Did your Honor agree that that should be--

THE MASTER:  F-1, and so on.

MR. VEEDER:  I am having marked for identification the
Assessor's Map, San Diego County, California, on which is
depicted the watershed line.  We would like to have that F-130,
and then I think--

MR. SACHSE:  F what?

MR. VEEDER:  F-130.

THE MASTER:  Why don't we start with F-1?

MR. VEEDER:  We will have it F-1, then.

MR. SACHSE:  Will the whole thing be F-1?

MR. VEEDER:  It will be F-1-A, B, C and D, throughout.

MR. SACHSE:  Those are copies of the San Diego County

Z6

1  Assessor's maps, are they not?

2      A   That is right.

3      MR. VEEDER:   And we will have reproductions.

4      THE CLERK:   Do you want the first one marked F-1-A?

5      MR. VEEDER:   Yes, that is right.

6      Q   Col. Bowen, I hand you the plaintiff's exhibit marked

7  F-1-A for Identification, and ask you to state into the record

8  what it is.

9      A   Plaintiff's Exhibit F-1-A is a copy of the Assessor's

10  Map, Book 93W, page 17, San Diego County, California, which is

11  a platof Section 17, Township 9 South, Range 3 West.

12      Q   What else is depicted on that map, Col. Bowen?

13      A   Depicted on the map in the left-hand side is a solid

14  black line which is the Fallbrook Creek watershed crest.

15      Q   Now, who drew the black line on that identification

16  F-1-A, Colonel?

17      A   The black line was drawn in my office under my direction

18  and supervision.

19      Q   Does it correctly locate the watershed line on this map?

20      A   Yes, sir.

21      MR. VEEDER:   We offer in evidence Plaintiff's Exhibit F-1-A

22      THE MASTER:   Is there any objection?

23      MR. SACHSE:   No objection.  I just, for my own information

24  and I think some of the spectators, the section may not mean

25  much, if Col. Bowen could elaborate; if Col. Bowen says this

2489

Z7

F1A

1  represents an area lying north and east of Mission Road, and so

2  on.

3      THE MASTER:  This will be received in evidence then as

4  Plaintiff's Exhibit F-1-A

5      Col. Bowen, I understand that the area within the watershed

6  is to the left of the heavy black line you have referred to, the

7  area which contains the words Fallbrook Creek Watershed, and the

8  area immediately above that to the left of the line.  Is that

9  correct?

10      THE WITNESS:  That is correct, your Honor.

11      MR. VEEDER:  Your Honor, may I be excused?

12      THE MASTER:  Yes.

13      (Mr. Veeder left the courtroom.)

14      THE MASTER:  Then can you state for the benefit of the

15  defendants in the courtroom the general area covered by this

16  map?

17      THE WITNESS:  The general area, your Honor, covered by this

18  map Plaintiff's Exhibit F-1-A includes on the left or westerly

19  margin the road junction, or the junction of Stage Coach Lane

20  and Mission Road.  It lies easterly of Stage Coach Lane, and the

21  junction heretofore referred to lies in the southwest corner of

22  the plat.

23      THE MASTER:  Very well.

24  BY LCDR REDD:

25      Q  I show you what has been marked as F-1-B for Identification

2470

Z8

1  or have these been--

2      THE MASTER:   These have just been marked for identifica-

3  tion.

4  BY LCDR REDD:

5      Q   And could you identify that for the Court?

6      A   This is a copy of San Diego County, California, Assessor's

7  Map, Book 93W, page 18.

8      Q   And does this show a portion of the watershed boundary

9  on this?

10      A   Yes, this shows Section 18, 9 South, 3 West.   And in

11  the center of the section is a black arc which is the Fallbrook

12  Creek watershed.   The sheets 2, 3, 4 and 5 of the Assessor's Map

13  Book contains the extensions of the watershed crest line south-

14  easterly and southwesterly from the ones shown on Plaintiff's

15  Exhibit F-1-B.

16      Q   Now, on this F-1-B which parcels shown, according to the

17  Assessor's number, are included within the watershed, or

18  portions of which parcels?

19      A   A portion of parcel No. 7 is within the watershed.

20      LCDR REDD:   No further questions.

21      THE MASTER:   That will be received in evidence as Plaintiff's

22  Exhibit F-1-B.

F1B

23      As I understand your testimony, Col. Bowen, the only area

24  which is actually shown on this map is the area north of the heavy

25  line across the center of the page, and the only portion of it

1   in the watershed is a small area between that straight heavy

2   line and the arc that you have referred to.  Is that correct?

3        THE WITNESS:  That is correct, your Honor.

4        THE MASTER:  Very well.

5   BY LCDR. REDD:

6        Q  Now, I will show you what has been marked as F-1-C

7   for Identification and ask you to identify it.

8        A  F-1-C is a copy of Assessor's Map, Book 93W, page 18,

9   San Diego County, California, which shows-- it is sheet 2 of

10  5, and shows a portion of Section 18, Township 9 South, Range

11  3 West.  And delineated on this copy of the Assessor's map is a

12  solid black line which is the crest of the Fallbrook Creek

13  watershed.

14       THE MASTER:  The watershed shown on Exhibit F-1-C for

15  Identification is south of the heavy black line?

16       THE WITNESS:  Yes, sir.  Plaintiff's Exhibit F-1-C is sheet

17  2 as shown on Plaintiff's Exhibit F-1-B, it is an enlargement

18  of that area shown as sheet 2 on F-1-B.  And the watershed line

19  leaving the mapped area on Plaintiff's Exhibit F-1-C northerly

20  of Parcel No. 10 adjoins the eastern end of the watershed

21  boundary shown on Plaintiff's Exhibit F-1-B.

22       THE MASTER:  Very well.  That will be received in evidence

23  as Plaintiff's Exhibit F-1-C.

24  BY LCDR REDD:

25       Q  I show you what has been marked as Exhibit F-1-D for

2472

Z10

1  Identification and ask you to identify that.

2      A  Plaintiff's Exhibit F-1-D is a copy of Assessor's Map

3  Book 93W, page 18, sheet 3 of 5.  It shows a portion of the

4  Section 18, Township 9 South, Range 3 West.

5      Q  And is all of this included within the watershed?

6      A  Yes, sir.

7  LCDR REDD:  No further questions.

8  THE MASTER:  The entire area shown on this map is all in

9  the watershed?

10  THE WITNESS:  Yes, your Honor.

11  THE MASTER:  This will be received in evidence as Exhibit

F1D

12  F-1-D.

13      This covers the property lying north of Highway 395 and

14  west of Stage Coach Lane.  Is that correct?

15  THE WITNESS:  Yes, your Honor, and south of Hillcrest Lane.

16  THE MASTER:  Very well.

17  BY LCDR REDD:

18      Q  I show you what has been marked as F-1-E for Identifica-

19  tion and ask you to identify it for the Master.

20      A  Plaintiff's Exhibit F-1-E is a copy of the Assessor's

21  Map Book 93W, page 18, Sheet No. 4 of 5, which shows a portion

22  of Section 18, 9 South, 3 West.  Hillcrest Lane is depicted as

23  running halfway and centrally through the eastern half of this

24  particular map; and in the northern half of the map is a solid

25  black line which is the crest of the Fallbrook Creek watershed.

**Z11**

1  The property north of that crest line is outside of the water-

2  shed of Fallbrook Creek.  And the property south of the crest

3  line is within the watershed of Fallbrook Creek.

4      The road on the southerly portion of the map is Mission

5  Road.

6      LCDR REDD:  No further questions.

7      THE MASTER:  This will be received in evidence as Plain-

**F1E**

8  tiff's Exhibit F-1-E.

9  BY LCDR REDD:

10     Q  I show you what has been marked as Exhibit F-1-F for

11  Identification and ask you to identify it.

12     A  Plaintiff's Exhibit F-1-F is a copy of Assessor's Map

13  Book 93W, page 18, San Diego County, California, sheet No. 5

14  of 5.  It contains a portion of Section 18, 9 South, 3 West.

15  The watershed line is shown on this map as cutting across the

16  extreme northwestern corner and the portion-- the small portion

17  which is west and north of the solid black line is outside

18  of the watershed of Fallbrook Creek.  And the remainder is inside

19  the watershed.

20     THE MASTER:  This will be received in evidence as Plain-

**F1F**

21  tiff's Exhibit F-1-F.

22  BY LCDR REDD:

23     Q  Now, I show you what has been marked as Exhibit F-1-9

24  for Identification--

25     THE MASTER:  It should be F-1-G.

Z12

BY LCDR REDD:

Q   --F-1-G and ask you to identify it.

A   Plaintiff's Exhibit F-1-G is a copy of Assessor's Map Book 93W, page 19, sheet 1 of 5.  It shows a portion of Section 19, 9 South, 3 West.  This portion contains the spur intersection of the Atchison, Topeka & Santa Fe Railroad.  The conjunction of Juniper Street coming in from the west joins the road which runs diagonally across the map.  And this entire area, your Honor, is within the watershed of Fallbrook Creek.

THE MASTER:  This will be received in evidence as Plaintiff's Exhibit F-1-G.

F1G

BY LCDR REDD:

Q   I show you what has been marked as Exhibit F-1-H for Identification and ask you to identify it.

A   Plaintiff's Exhibit F-1-H is a copy of Assessor's Map Book 93W, page 19, San Diego County, California, Sheet 2 of 5, and is a portion of Section 19, 9 South, 3 West.  The Santa Fe Railroad is a little below center and crosses this portion of the section in an east-west direction.  And the northerly boundary of this particular map is shown on the map as Route 4, Division 4.

THE MASTER:  The entire parcel is in the watershed?

THE WITNESS:  The entire parcel is in the watershed, your Honor.

F1H

THE MASTER:  This will be received as Exhibit F-1-H.

Z13

1    BY LCDR REDD:

2        Q   I will show you what has been marked as Exhibit F-1-I

3    for Identification and ask you to identify it.

4        A   Plaintiff's Exhibit F-1-I is a copy of Assessor's Map

5    Book 93W, sheet 3 of 5.  Alvarado Street crosses the southerly

6    portion of the map in an east-west direction, and Gumtree Lane

7    bounds the map on the north.  The solid black line traversing

8    the northerly half of the area depicted on the map is the crest

9    of the Fallbrook Creek watershed.  And the portion of the map

10   north of that line is within the Fallbrook Creek watershed.  The

11   portion of the map southerly of that line is outside of the

12   Fallbrook Creek watershed.

13       THE MASTER:  It will be received as Exhibit F-1-I.

14   BY LCDR REDD:

15       Q   I will show you what has been marked as Exhibit F-1-J

16   for Identification and ask you to identify it.

17       A   Plaintiff's Exhibit F-1-J is a copy of Assessor's Map

18   Book 93W, page 19, San Diego County, California, sheet 5 of 5.

19   The area shown on this map is bounded on the east by Morrow

20   Road, on the north by Fallbrook Street.  Crossing the northwesterly

21   portion of the area shown on the map is a solid black line which

22   is the Fallbrook Creek watershed crest line.  The area west

23   and north of that solid black line is inside the Fallbrook Creek

24   watershed, and the remainder of the map is outside of the

25   Fallbrook Creek watershed.

F1I

Z14

F1J

1    THE MASTER:  It will be received in evidence as Plain-

2    tiff's Exhibit F-1-J.

3    BY LCDR REDD:

4        Q   I will show you what has been marked as Exhibit F-1-K

5    for Identification and ask you to identify it.

6        A   Plaintiff's Exhibit F-1-K is a copy of Assessor's Map

7    Book 93W, page 20, sheet 1 of 4.  It shows a portion of Section

8    20, 9 South, 3 West, bounded on the north by Gumtree Lane, on

9    the west by Stage Coach Lane, with Alvarado Street in the

10   southerly portion of the map.  Depicted on this map in the

11   northwest quarter of the map is a solid black line which is the

12   crest of the Fallbrook Creek watershed.  The portion of the map

13   which is north and west of the solid black line is within the

14   watershed of Fallbrook Creek, and the remainder of the map is

15   outside of the watershed of Fallbrook Creek.

16       THE MASTER:  And only one small portion of this 80-acre

17   piece is actually in the watershed, and all of the other pieces

18   shown on this map are outside?

19       THE WITNESS:  Yes, sir.

F1K   20       THE MASTER:  This will be received as Exhibit F-1-K.

21   BY LCDR REDD:

22       Q   I show you what has been marked as Exhibit F-1-L for

23   Identification and ask you to identify it.

24       A   Plaintiff's Exhibit F-1-L is a copy of Assessor's Map

25   Book 93W, page 38, entitled Donath & Pierce Tract, Lots 1 to 28.

Z15

1  Running north and south through the center of the portion de-

2  picted on the map is Knoll Park Lane, Mission Road bounds the

3  map on the south, Hillcrest Lane on the north.  And all of these

4  properties are within the watershed of Fallbrook Creek.

5  THE MASTER:  This will be received in evidence as Plain-

F1L  6  tiff's Exhibit F-1-L.

7  BY LCDR REDD:

8  Q  I show you what has been marked as F-1-M for Identifica-

9  tion and ask you to identify it.

10  A  Plaintiff's Exhibit F-1-M is a copy of Assessor's Map,

11  Book 93W, page 41, San Diego County, California.  It is entitled

12  the Shipley Tract.  A solid black line running from the north-

13  eastern corner of the map diagonally to the southwest is the

14  crest of the Fallbrook Creek watershed.  The area lying westerly

15  of the solid black line is within the watershed of Fallbrook

16  Creek, and the area lying easterly of the solid black line is

17  outside of the Fallbrook Creek watershed.  Alvarado Street

18  bisects from east to west the northern half of the area shown on

19  the map.  View Street and Fruit Street are shown on this map,

20  and a road entitled on the map County Road bounds this map on the

21  south.

22  THE MASTER:  It will be received as Plaintiff's Exhibit

F1M  23  F-1-M.

24  BY LCDR REDD:

25  Q  I show you what has been marked as F-1-N for Identification

Z16

1  and ask you to identify it.

2      A  Plaintiff's Exhibit F-1-N is a copy of Assessor's Map

3  Book 94W, page 24, sheet 1 of 10, a portion of Section 24, 9

4  South, 4 West.  In the southeasterly portion of the map are

5  shown Ivy Street, Wisconsin Avenue, Pasadena Avenue, Juniper

6  Street, and Kalmia Street.  The solid black line which runs

7  from the vicinity of the Kalmia Street-Hill Avenue intersection

8  southwesterly to the vicinity of the Wisconsin Avenue-Ivy Street

9  intersection is the crest of the Fallbrook Creek watershed.

10  The area lying south and east of the solid black line is inside

11  of the watershed of Fallbrook Creek, and the remainder of the

12  area shown on the map is outside the watershed of Fallbrook

13  Creek.

14      THE MASTER:  This will be received in evidence as--

15      MR. SACHSE:  May I look at that one, please?

16      THE MASTER:  Surely.  Do you have any questions concerning

17  this?

18      MR. SACHSE:  This delineation of Fallbrook Creek watershed,

19  Col. Bowen, doesn't imply that the area north of that line is

20  not in the Santa Margarita River watershed?

21      THE WITNESS:  No, sir.

22      MR. SACHSE:  However, on some of your other maps the

23  Fallbrook Creek watershed, particularly on the south, has also

24  been the watershed of the river itself, has it not?

25      THE WITNESS:  Yes, sir.

Z17

1    MR. SACHSE:  I think to straighten our record out, in each

2    one of these cases-- I happen to know this whole thing is in the

3    Santa Margarita River watershed-- I think it is wise to say the

4    whole thing is in the Santa Margarita River watershed, but the

5    south is all that is in the Fallbrook Creek watershed.  Do you

6    follow me, your Honor?

7    THE MASTER:  Yes.  I think that would be good, Col. Bowen,

8    to advise me whether or not the area is in the Fallbrook Creek

9    watershed, whether the balance is in the Santa Margarita River

10   watershed or outside of the Santa Margarita River watershed.

11   MR. SACHSE:  There has been one exhibit to my knowledge

12   that a portion of it has not been in the Santa Margarita.  That

13   is Exhibit F-1-J.  Maybe there are others, too, but I spot 1-J

14   because my own property is in that.

15   Now, am I not correct, Col. Bowen, in stating that the

16   area to the south of the watershed line as delineated on 1-J

17   is in the San Luis Rey watershed?

18   THE WITNESS:  That is correct.

19   MR. SACHSE:  The area to the north is in the Fallbrook

20   Creek watershed and in the Santa Margarita River watershed?

21   THE WITNESS:  Yes, sir.

22   MR. SACHSE:  There may be others like that, your Honor.

23   LCDR REDD:  Could I state for the record at this time that

24   we will have a map at a later time which will be prepared and

25   will show the entire watershed on one map.  And of course that

Z18

1  will delineate which is outside of the Santa Margarita River

2  watershed, and also the part that is within just the Fallbrook

3  Creek watershed.

4      THE MASTER:  Yes.  Will that also have a key to these other

5  maps, that is, have indicated on that which portion of that say

6  is on Exhibit F-1-N, and which portion is on F-1-A?  If it could

7  be keyed to it that way it would be very helpful.

8      LCDR REDD:  Yes, sir.

9      THE MASTER:  Very well.  This particular map will be re-

F1N    10  ceived as Plaintiff's Exhibit F-1-N.

11  BY LCDR REDD:

12      Q  Now, I show you what has been marked as Exhibit F-1-O

13  for Identification and ask you to identify it.

14      A  Plaintiff's Exhibit F-1-O is a copy of Assessor's Map

15  Book 94W, page 24, San Diego County, California, sheet 2 of 10.

16  It is a portion of Section 24, 9 South, 4 West.  Running

17  diagonally across the map is an irregular solid black line

18  running from the southwest to the northeast.  The portion of the

19  map south of the solid black line is in the Fallbrook Creek

20  watershed; the properties north of the solid black line are

21  outside the Fallbrook Creek watershed but inside the Santa

22  Margarita River watershed.  This map shows Kalmia Street on the

23  south, Dougherty Street on the north, Pico Avenue, Main Avenue,

24  Vine Avenue and a portion of Orange Avenue.

F1O    25      THE MASTER:  This will be received as Plaintiff's Exhibit F-1-O

Z19

1 BY LCDR REDD:

2      Q   I show you what has been marked as Exhibit F-1-P for

3 Identification and ask you to identify it.

4      A   Plaintiff's Exhibit F-1-P is a copy of Assessor's Map

5 Book 94W, page 24, sheet 3 of 10.  Alvarado Street runs east

6 and west through the central portion of this map, as does the

7 Santa Fe Railway.  Ivy Street bounds the area on the north,

8 Vine Avenue on the west, Elder Street on the south, and Brandon

9 Road on the southeast.  All of the area shown on this map is

10 within the Fallbrook Creek watershed.

11      THE MASTER:  This will be received as Plaintiff's Exhibit

FLP

12 F1-P.

13 BY LCDR REDD:

14      Q   I show you what has been marked as Exhibit F-1-Q for

15 Identification and ask you to identify it.

16      A   Plaintiff's Exhibit F-1-Q is a copy of Assessor's Map

17 Book 94W, Page 24, San Diego County, California, sheeet 4 of 10.

18 The area shown on the map is bounded on the north by Elder

19 Street, on the west by Main Avenue, on the south by Fallbrook

20 Street.  The entire area shown on this map is within the water-

21 shed of Fallbrook Creek.

22      THE MASTER:  This will be received in evidence as Plain-

F1Q

23 tiff's Exhibit F-1-Q.

24 BY LCDR REDD:

25      Q   I will show you what has been marked as Exhibit F-1-R

Z20

1    for Identification and ask you to identify it.

2          A   Plaintiff's Exhibit F-1-R is a copy of Assessor's Map

3    Book 94W, page 24, San Diego County, California, Sheet 5 of 10.

4    The area mapped is bounded on the north by Elder Street--

5          THE MASTER:   This property lies just to the east of the

6    property that was shown in the preceding map?

7          THE WITNESS:   Yes, your Honor.

8          THE MASTER:   This will be received in evidence as Plain-

F1R   9    tiff's Exhibit F-1-R.

10          THE WITNESS:   All of the area shown on this exhibit, your

11   Honor, is within the watershed of Fallbrook Creek.

12          THE MASTER:   Yes.

13   BY LCDR REDD:

14          Q   I will show you what has been marked as Exhibit F-1-S

15   for Identification and ask you to identify it.

16          A   Plaintiff's Exhibit F-1-S is a copy of Assessor's Map

17   Book 94W, page 24, San Diego County, California, sheet 6 of 10.

18   This map is bounded on the north by Fallbrook Creek.   The

19   junction of Aviation Road with a north-south road is shown in

2    20   the southwesterly corner of the map--

21          THE MASTER:   This lies directly south of the previous map

22   sheet 5, does it not?

23          THE WITNESS:   Yes, your Honor.   And in the southeasterly

24   corner of this map is shown a solid black line running from the

25   southwest to the northeast.   And the area which is west and

Z21

1 north of the solid black line is within the Fallbrook Creek

2 watershed, and the area which is south and east of the solid

3 black line is in the San Luis Rey watershed.

F1S

4     THE MASTER:  It will be received as Exhibit F-1-S.

5 BY LCDR REDD:

6     Q  I show you what has been marked as Exhibit F-1-F for

7 Identification and ask you to identify it.

8     A  Plaintiff's Exhibit F-1-T is a copy of Assessor's Map

9 Book 94W, page 24, San Diego County, California, sheet 7 or 10.

10 This area lies immediately west of the last previous exhibit.

11 Running north to south through the center of the map is Mission

12 Road; Aviation Road runs from east to west in the southerly

13 portion of the map; Fallbrook Street bounds the map on the

14 north.  The Santa Fe Railway-- A portion of the Santa Fe Rail-

15 way lies in the northwest corner of the map.  And all of the

16 area shown on this map, your Honor, is within the Fallbrook

17 Creek watershed.

18     THE MASTER:  This will be received in evidence as Plain-

F1T

19 tiff's Exhibit F-1-T.

20 BY LCDR REDD:

21     Q  I will show you what has been marked as Exhibit F-1-U

22 for Identification and ask you to identify it.

23     A  Plaintiff's Exhibit F-1-U is a copy of Assessor's Map

24 Book 94W, page 24, San Diego County, California, sheet 8 or 10.

25 The area shown on this map is bounded on the west by the Naval

Z22

1  Reservation.  The old grant line is shown as the Rancho Santa

2  Margarita y Las Flores.  Elder Street, Beech Street and Fallbrook

3  Street are shown on the easterly portion of the map.  And all

4  of the area shown on this map is within the Fallbrook Creek

5  watershed.

6      THE MASTER:  This will be received in evidence as Plain-

F1U  7  tiff's Exhibit F-1-U.

8  BY LCDR REDD:

9      Q  I show you what has been marked as Exhibit F-1-V for

10  Identification and ask you to identify it.

11      A  Plaintiff's Exhibit F-1-V is a copy of Assessor's Map

12  Book 94W, page 24, San Diego County, California, sheet 9 or 10.

13  The area shown on this map is bounded on the north by Elder

14  Street, on the east by Hill Avenue, on the west by the grant line

15  of Rancho Santa Margarita y Las Flores, now the U. S. Naval

16  Reservation.  The Santa Fe Railroad runs through the southeasterly

17  corner of the area mapped.  And all of the area shown on this

18  map is within the watershed of Fallbrook Creek.

19      THE MASTER:  This also includes all of the area that was

20  shown in the preceding exhibit, doesn't it, from Elder,

21  Fallbrook--

22      THE WITNESS:  This Sheet 8, yes, your Honor.

23      THE MASTER:  This will be received in evidence as Exhibit

F1V  24  F-1-V.

25      MR. SACHSE:  That is F-1-V.  Is that right?

85

Z23

1          THE MASTER:   F-1-V.

2   BY LCDR REDD:

3          Q   I show you what has been marked as Exhibit F-1-W for

4   Identification and ask you to identify it.

5          A   Plaintiff's Exhibit F-1-W is a copy of Assessor's Map

6   Book 94W, page 24, San Diego County, California, sheet 10 or 10.

7   The area is bounded by Main Avenue, Elder Street, Pico Street

8   and College Street.   And all of the area depicted on this map

9   is within the watershed of Fallbrook Creek.

10          THE MASTER:   This will be received in evidence as Plain-

F1W          11   tiff's Exhibit F-1-W.

12   BY LCDR REDD:

13          Q   I will show you what has been marked as Exhibit F-1-X

14   for Identification and ask you to identify it.

15          A   Plaintiff's Exhibit F-1-X is a copy of Assessor's Map

16   Book 94W, page 25, San Diego County, California, sheet 1 of 12.

17   It is a portion of Section 25, 9 South, 4 West.   The map shows

18   Ammunition Road crossing the map diagonally in the southeasterly

19   corner.   The area is bounded by the grant line of the Rancho

20   Santa Margarita y Las Flores, now the U. S. Naval Reservation.

21   And all of the area shown on this map is within the watershed

22   of Fallbrook Creek.

23          THE MASTER:   It will be received in evidence as Plaintiff's

24   Exhibit F-1-X.

25

Z24

1  BY LCDR REDD:

2      Q  I will show you what has been marked as Exhibit F-1-Y

3  for Identification and ask you to identify it.

4      A  Plaintiff's Exhibit F-1-Y is a copy of Assessor's Map

5  Book 94W, page 25, San Diego County, California, sheet 2 or 12.

6  It lies immediately east of Plaintiff's Exhibit F-1-X.

7  Ammunition Road bisects the map from east to west.  Clemmens

8  Lane bounds it on the south, Aviation Road is shown in the

9  northwesterly corner of the map.  And all of the area depicted

10  on this map is within the Fallbrook Creek watershed.

11      THE MASTER:  This will be received in evidence as Plain-

F1Y    12  tiff's Exhibit F-1-Y.

13  BY LCDR REDD:

14      Q  I will show you what has been marked as Exhibit F-1-Z

15  for Identification and ask you to identify it.

16      A  Plaintiff's Exhibit F-1-Z is a copy of Assessor's Map

17  Book 94W, page 25, San Diego County, California, it is sheet 3

18  of 12.  And it lies immediately south of the Plaintiff's Exhibit

19  F-1-Y.  Clemmens Lane bounds it on the north.  A solid black

20  line running from the northeast corner to the approximate south

21  center of the map is the crest of the Fallbrook Creek watershed.

22  All of that area lying westerly of the solid black line is

23  within Fallbrook Creek watershed, and the area lying easterly

24  of the line is in the San Luis Rey watershed.

F1Z    25      THE MASTER:  This will be received in evidence as

Z25

1  Plaintiff's Exhibit F-1-Z.

2  BY LCDR REDD:

3      Q   I show you what has been marked as Exhibit F-1-AA for

4  Identification and ask you to identify it.

5      A   Plaintiff's Exhibit F-1-AA is a copy of Assessor's Map

6  Book 94W, page 25, San Diego County, California, it is sheet 4

7  of 12.  The area shown on this map lies immediately west of

8  that shown on sheet 3.  Ammunition Road is shown in the north-

9  westerly corner paralleling the Santa Fe Railroad.  The area

10 depicted on the map is bounded on the west by the grant line

11 of the Rancho Santa Margaraita y Las Flores, now the U. S. Naval

12 Reservation.  All of the area shown on this map is within the

13 watershed of Fallbrook Creek.

14     THE MASTER:  This will be received in evidence as Plain-

FlAA
15 tiff's Exhibit F-1-AA.

16 BY LCDR REDD:

17     Q   I show you what has been marked as Exhibit F-1-BA for

18 Identification and ask you to identify it.

19     A   Plaintiff's Exhibit F-1-BA is a copy of Assessor's Map

20 Book 94W, page 25, San Diego County, California, Sheet 5 of 12.

21 Mission Road runs north and south approximately through the

22 center of the area mapped.  The junction of Ammunition Road

23 with Mission Road is within this map and about centrally located

24 on the map.  A solid black line in the southerly portion of the

25 map depicts the crest line of Fallbrook Creek watershed. The

Z26

1  area north of the solid black line is within Fallbrook Creek

2  watershed, and the area south of the solid black line is in the

3  San Luis Rey watershed.

4      THE MASTER:  This will be received in evidence as

F1BA

5  Plaintiff's Exhibit F-1-BA.

6  BY LCDR REDD:

7      Q  I show you what has been marked as Exhibit F-1-CA for

8  Identification and ask you to identify it.

9      A  Plaintiff's Exhibit F-1-CA is a copy of Assessor's Map

10  Book 94W, page 25, San Diego County, California, sheet 6 of 12.

11      THE MASTER:  This is property immediately to the east of

12  sheet 5.  Is that correct?

13      THE WITNESS:  Yes, your Honor.

14      THE MASTER:  It is actually outlined on sheet 5, but no

15  details are given?

16      THE WITNESS:  That is right, your Honor.

17      MR. SACHSE:  May I look again on 5?  I am lost.

18      THE MASTER:  And the property north of the line is in the

19  Fallbrook Creek watershed, and the property south of the line

20  in the San Luis Rey watershed?

21      THE WITNESS:  Yes, your Honor.

22      THE MASTER:  This will be received in evidence as

F1CA

23  Plaintiff's Exhibit F-1-CA.

24      LCDR REDD:  Your Honor, let me state for the record here

25  that there will be a gap in this one section of the watershed,

Z27

1  because the Assessor had changed the scale on these maps and

2  had used a smaller scale than originally, and this original

3  section on the old map was shown on six individual sheets rather

4  than twelve individual sheets, and we ordered the six sheets

5  thinking we were getting the whole section, and discovered it

6  too late for us.  We will have those others at the next hearing,

7  which cover from 7 on through 12 in this particular sequence.

8       THE MASTER:  Yes.  In other words, at a later session you

9  will introduce 94W, page 25, sheets 7 to 12?

10      LCDR REDD:  Yes, your Honor.

11      THE MASTER:  Very well

12  BY LCDR REDD:

13      Q  Now, I show you what has been marked as Exhibit F-1-DA

14  for Identification and ask you to identify it.

15      A  Plaintiff's Exhibit F-1-DA is a copy of Assessor's Map

16  Book 94W, page 37, San Diego County, California, entitled Blocks

17  17 and 18, Stevenson Bros. Addition.  The area shown on this

18  map is bounded on the north by Dougherty Street, on the west by

19  Pico Avenue, on the south by Kalmia Street and the East by Main

20  Avenue.  The solid black line running through the southerly

21  portion of the map from the northeast to the southwest is the

22  crest of the Fallbrook watershed.  The area south and east of the

23  solid black line is within Fallbrook Creek watershed.  The

24  remaining portion of the property depicted on the map, although

25  outside Fallbrook Creek watershed, is within the Santa Margarita

Z28

1  River watershed.

2      THE MASTER:   This will be received as Plaintiff's Exhibit

F1DA

3  F-1-DA.

4  BY LCDR REDD:

5      Q   I show you what has been marked as Exhibit F-1-EA for

6  Identification and ask you to identify it.

7      A   Plaintiff's Exhibit F-1-EA, a copy of Assessor's Map

8  Book 94W, page 38, San Diego County, California, entitled

9  Abbott's Addition.   It is bounded on the north by Fallbrook

10 Street, on the east by Main Avenue.   All of the area depicted

11 on this map is within the watershed of Fallbrook Creek.

12     THE MASTER:   This will be received in evidence as Plain-

F1EA

13 tiff's Exhibit F-1-EA.

14 BY LCDR REDD:

15     Q   I will show you what has been marked as Exhibit F-1-FA

16 for Identification and ask you to identify it.

17     A   Plaintiff's Exhibit F-1-FA is a copy of Assessor's Map

18 Book No. 94W, page 39, San Diego County, California, entitled

19 Villinger's Subdivision.   Bounded on the east by Olive Avenue,

20 the north by Townsend Street, on the west by Orange Avenue, and

21 on the South by Porter Street.   All of the area depicted on this

22 map is within the Fallbrook Creek watershed.

23     THE MASTER:   It will be received in evidence as Plaintiff's

F1FA

24 Exhibit F-1-FA.

25

Z29

1 | BY LCDR REDD:

2 |    Q  I will show you what has been marked as Exhibit F-1-GA

3 | for Identification and ask you to identify it.

4 |    A  Plaintiff's Exhibit F-1-GA is a copy of Assessor's Map

5 | Book 94W, page 40, San Diego County, California, entitled

6 | Pruett & Short's Subdivision, Block 65.  Bounded on the north

7 | by Porter Street, on the east by Olive Avenue, the south by

8 | Dougherty Street, and the west by Orange Avenue.  And all of the

9 | area depicted on this map is within the Fallbrook Creek water-

10 | shed.

11 |    THE MASTER:  This will be received in evidence as Plain-

F1GA

12 | tiff's Exhibit F-1-GA.

13 | BY LCDR REDD:

14 |    Q  I will show you what has been marked as Exhibit F-1-HA

15 | for Identification and ask you to identify it.

16 |    A  Plaintiff's Exhibit F-1-HA is a copy of Assessor's Map

17 | Book 94W, page 41, San Diego County, California.  It is entitled

18 | Harris' Addition to West Fallbrook.  Bounded on the north by

19 | Fallbrook Street, on the south by Aviation Road.  And all of

20 | the area depicted on this map is within the watershed of Fall-

21 | brook Creek.

22 |    THE MASTER:  It will be received in evidence as Plaintiff's

F1HA

23 | Exhibit F-1-HA.

24 | BY LCDR REDD:

25 |    Q  I show you what has been marked as Exhibit F-1-JA--

Z30

2492

1    THE MASTER:  That is F-1-IA.

2    BY LCDR REDD:

3    Q  --F-1-IA and ask you to identify it.

4    A  Plaintiff's Exhibit F-1-IA is a copy of Assessor's Map

5    Book 94W, page 42, San Diego County, California, Sheet 1 of 3.

6    It is entitled Bartlett's Addition to West Fallbrook, and

7    bounded on the north by Dougherty Street, the west by Iowa

8    Street, with a portion of View Street in the southwest corner,

9    and Minnesota Street at its conjunction with Dougherty Street.

10   In the northwest corner of the map is shown a solid black line

11   which is the crest line of Fallbrook Creek watershed.  All of

12   the portion lying southerly and easterly of the solid black

13   line is within the watershed of Fallbrook Creek.  The area

14   lying northerly and westerly of the solid black line is out-

15   side the Fallbrook Creek watershed, but within the Santa

16   Margarita River watershed.

17   THE MASTER:  This will be received as Plaintiff's Exhibit

18   F-1-IA.

19   BY LCDR REDD:

20   Q  I show you what has been marked as Exhibit F-1-JA for

21   Identification and ask you to identify it.

22   A  Plaintiff's Exhibit F-1-JA is a copy of Assessor's Map

23   94W, page 42, San Diego County, California, sheet 2 of 3.  It

24   is entitled Bartlett's Addition to West Fallbrook.  It is bounded

25   on the west by Iowa Street, on the south by Peach Street; View

F1IA

Z31

F1JA

F-1-KA

1  Street is in the northwest corner, Minnesota Street runs north

2  and south through the easterly portion of the map.  And all of

3  the area depicted on this map is within the watershed of

4  Fallbrook Creek.

5      THE MASTER:  This will be received in evidence as Plain-

6  tiff's Exhibit F-1-JA.

7  BY LCDR REDD:

8      Q  I show you what has been marked as Exhibit F-1-KA for

9  Identification and ask you to identify it.

10     A  Plaintiff's Exhibit F-1-KA is a copy of Assessor's Map

11  Book 94W, page 42, San Diego County, California, sheet 3 of 3,

12  also entitled Bartlett's Addition to West Fallbrook.  Bounded

13  on the west by Iowa Street, on the north by Peach Street, on

14  the south by Ivy Street, Minnesota Street and Wisconsin Street

15  are shown in the northeast corner; Juniper Street bisects the

16  area shown on the map from east to west.  All of the area shown

17  on this map is within the watershed of Fallbrook Creek.

18     THE MASTER:  It will be received in evidence as Plaintiff's

19  Exhibit F-1-KA.

20  BY LCDR REDD:

21     Q  I show you what has been marked as Exhibit F-1-LA for

22  Identification and ask you to identify it.

23     A  Plaintiff's Exhibit F-1-LA is a copy of Assessor's Map

24  Book 94W, page 43, San Diego County, California, Sheet 1 of 12.

25  The area is bounded on the north by Beech Street, on the south

Z32

1   by Fallbrook Street, on the west by Hill Avenue, and on the

2   east by Main Avenue.  In the center of the area mapped is the

3   junction of Ash Street with Pico Avenue.  And all of the area

4   shown on this map is within the watershed of Fallbrook Creek.

5   THE MASTER:  This will be received in evidence as

F-1-LA

6   Plaintiff's Exhibit F-1-LA.

7   BY LCDR REDD:

8   Q   I show you what has been marked as Exhibit F-1-MA for

9   Identification and ask you to identify it.

10   A   Plaintiff's Exhibit F-1-MA is a copy of Assessor's Map

11   Book 94W, page 43, San Diego County, California, sheet 2 of 12.

12   The area bounded on the north by Elder Street, on the east by

13   Main Avenue, on the south by Beech Street, and on the west by

14   Hill Avenue.  The conjunction of College Street and Pico Avenue

15   is in the center of the area mapped.  All of the area depicted

16   on this exhibit is within the watershed of Fallbrook Creek.

17   THE MASTER:  It will be received in evidence as Plaintiff's

F1MA

18   Exhibit F-1-MA.

19   BY LCDR REDD:

20   Q   I show you what has been marked as Plaintiff's Exhibit

21   F-1-NA and ask you to identify it.

22   A   Plaintiff's Exhibit F-1-NA is a copy of Assessor's Map

23   Book 94W, page 43, San Diego County, California, sheet 3 or 12.

24   This area is bounded on the north by Ivy Street, on the east by

25   Main Avenue, on the south by Alvarado Street, and on the west by

Z33

1   Hill Avenue.  The conjunction of Hawthorne Street with Pico

2   Avenue is centrally located on the map.  All of the area

3   depicted on this map is within the watershed of Fallbrook Creek.

4        THE MASTER:  This will be received as Plaintiff's Exhibit

F1NA

5   F-1-NA.

6   BY LCDR REDD:

7        Q  I show you what has been marked as Exhibit F-1-OA for

8   Identification and ask you to identify it.

9        A  Plaintiff's Exhibit F-1-OA is a copy of Assessor's Map

10  Book 94W, page 43, sheet 4 of 12.  The area is bounded on the

11  north by Kalmia Street, on the east by Vine Avenue, on the south

12  by Ivy Street, and on the west by Hill Avenue.  Juniper Street

13  bisects the area on the map from east to west, and Pico and

14  Main Avenue run north and south through the map.  All of the

15  area shown on this exhibit is within the watershed of Fallbrook

16  Creek.

17        THE MASTER:  This will be received as Plaintiff's Exhibit

F1OA

18  F-1-OA.

19  BY LCDR REDD:

20        Q  I show you what has been marked as F-1-PA for Identi-

21  fication and ask you to identify it.

22        A  Plaintiff's Exhibit F-1-PA is a copy of Assessor's Map

23  Book 94W, page 43, San Diego County, California, sheet 5 of 12.

24  The area is bounded on the north by Alvarado Street, on the

25  south by Elder Street, on the west by Main Avenue; Fig Avenue

Z34

1  runs east and west through the westerly two-thirds of the map,

2  where it joins Orange Avenue running north and south.  All of the

3  area shown on this map is within the watershed of Fallbrook

4  Creek.

5       THE MASTER:  This will be received as Plaintiff's Exhibit

F1PA

6  F-1-PA.

7  BY LCDR REDD:

8       Q   I show you what has been marked as Exhibit F-1-QA and

9  ask you to identify it.

10      A   Plaintiff's Exhibit F-1-QA is a copy of Assessor's Map

11  Book 94W, page 43, San Diego County, California, Sheet 6 of 12.

12  The area is bounded on the north by Ivy Street, on the south

13  by Alvarado Street, and on the west by Main Avenue.  All of the

14  area shown on this map is within the watershed of Fallbrook

15  Creek.

16      THE MASTER:  This will be received as Plaintiff's Exhibit

F1QA

17  F-1-QA.

18  BY LCDR REDD:

19      Q   I will show you what has been marked as Exhibit F-1-RA

20  for Identification and ask you to identify it.

21      A   Plaintiff's Exhibit F-1-RA is a copy of Assessor's Map

22  Book 94W, page 43, San Diego County, California, Sheet 7 of 12.

23  The area is bounded on the north by Kalmia Street, on the east

24  by Iowa Avenue, on the south by Ivy Street, and on the west by

25  Vine Avenue.  The conjunction of Juniper Street with Orange

Z35

1  Avenue is centrally located on this map.  All of the area shown
2  on this map is in the Fallbrook Creek watershed.

3  THE MASTER:  This will be received as Plaintiff's Exhibit

F1RA

4  F-1-RA.

5  BY LCDR REDD:

6  Q  I will show you what has been marked as Exhibit F-1-SA
7  for identification and ask you to identify it.

8  A  Plaintiff's Exhibit F-1-SA is a copy of Assessor's Map,
9  Book 94W, page 43, San Diego County, California, sheet 8 of 12.
10  Bounded on the east by Orange Avenue, south by Dougherty Street,
11  west by Main Avenue.  All of the area depicted on this map is
12  within the watershed of Fallbrook Creek.

13  THE MASTER:  This will be received in evidence as Plain-

F1SA

14  tiff's Exhibit F-1-SA.

15  LCDR REDD:  We still have quite a number of these to go.

16  THE MASTER:  Let's take about a five-minute recess and
17  then we will finish these up.

18  (Recess.)

19  MR. SACHSE:  Judge Cranston, there is a party who I happen
20  to know was not here to make an appearance.

21  THE MASTER:  Will you state your appearance, then?

22  MRS. MYERS:  Myrtis Myers, and we have put in a statement
23  about the property which we own that would lie in the Fallbrook
24  Creek area.

25  THE MASTER:  Very well.  Then if you wish to offer evidence

Z36

1  after the plaintiff has finished identifying these maps you

2  may do so then or at a later time.

3      MRS. MYERS:  I prefer to do it at a later time.

4      MR. SACHSE:  Your husband's name is Steven?

5      MRS. MYERS:  Yes, Steven C. Myers.

6      THE MASTER:  You may proceed.

7  BY LCDR REDD:

8      Q  I show you what has been marked as Exhibit F-1-TA for

9  Identification and ask you to identify it.

10     A  Plaintiff's Exhibit F-1-TA is a copy of Assessor's Map

11 Book 94W, page 43, San Diego County, California, sheet 9 of 12.

12 Bounded on the east by Orange Avenue, and on the west by Main

13 Avenue.  All of the area depicted on this map is within the

14 watershed of Fallbrook Creek.

15     THE MASTER:  This will be received in evidence as Plain-

F1TA    16 tiff's Exhibit F-1-TA.

17 BY LCDR REDD:

18     Q  I will show you what has been marked as Exhibit F-1-UA

19 for Identification and ask you to identify it.

20     A  Plaintiff's Exhibit F-1-UA is a copy of Assessor's Map

21 Book 94W, page 43, San Diego County, California, sheet 10 of 12.

22 The area is bounded on the north by Townsend Street, on the west

23 by Olive Avenue, on the south by Dougherty Street.  A solid

24 black line running from the northeast corner southerly and

25 westerly to approximately the southwest corner is the crest line

Z37

1  of Fallbrook Creek watershed.  The area lying southerly and

2  easterly of the solid black line is within the Fallbrook Creek

3  watershed, and the area lying northerly and westerly of the

4  solid black line is without the Fallbrook Creek watershed but

5  is within the Santa Margarita River watershed.

F1UA

6     THE MASTER:  This will be received as Exhibit F-1-UA.

7  BY LCDR REDD:

8     Q  I will show you what has been marked as Exhibit F-1-VA

9  for Identification and ask you to identify it.

10    A  Plaintiff's Exhibit F-1-VA is a copy of Assessor's Map

11  Book 94W, page 43, San Diego County, California, sheet 11 of 12.

12  The area is bounded on the north partially by Ivy Street, and

13  on the east by Hill Avenue, on the south by Elder Street, and

14  on the west by the grant line of Rancho Santa Margarita y Las

15  Flores, now the U. S. Naval Reservation.  A solid black line

16  running from the northern boundary of the map down near the

17  center and over to the west central portion of the map is the

18  crest line of Fallbrook Creek watershed.  That area lying

19  southerly and easterly of the solid black line is inside the

20  Fallbrook Creek watershed, and the area lying northerly and

21  westerly of the solid black line is outside the Fallbrook

22  Creek watershed but is within the Santa Margarita River watershed.

23    THE MASTER:  This will be received in evidence as

F-1-VA

24  Plaintiff's Exhibit F-1-VA

25

Z38

BY LCDR REDD:

Q   I will show you what has been marked as Exhibit F-1-WA for Identification and ask you to identify it.

A   Plaintiff's Exhibit F-1-WA is a copy of Assessor's Map Book 94W, page 43, San Diego County, California, sheet 12 of 12. The area is bounded on the north by Elder Street, on the east by Hill Avenue, on the south by Fallbrook Street; and near the westerly boundary is Summit Avenue.  All of the area depicted on this map is within the watershed of Fallbrook Creek.

THE MASTER:  This will be received in evidence as Plaintiff's Exhibit F-1-WA.

BY LCDR REDD:

Q   I will show you what has been marked as Plaintiff's Exhibit F-1-XA for Identification and ask you to identify it.

A   Plaintiff's Exhibit F-1-XA is a copy of Assessor's Map Book 94W, page 44, San Diego County, California.  It is entitled Cheatham's Addition.  Bounded on the north by Dougherty Street, on the east by Iowa Avenue, on the south by Kalmia Street, and the west by Vine Avenue.  A solid black line traversing the northerly half of the map is the crest of the Fallbrook Creek watershed.  The area southerly of the crest line is within the Fallbrook Creek watershed, and the area northerly of the crest line on this map is outside Fallbrook Creek watershed but is within the Santa Margarita River watershed.

THE MASTER:  This will be received as Plaintiff's Exhibit

F1XA

Z39

1    F-1-XA.

2    BY LCDR REDD:

3        Q   I will show you what has been marked as Exhibit F-1-YA

4    for Identification and ask you to identify it.

5        A   Plaintiff's Exhibit F-1-YA is a copy of Assessor's Map

6    Book 94W, page 45, San Diego County, California.  Bounded on

7    the north by Alvarado Street, on the east by Main Avenue, on

8    the south by Elder Street, and on the west by Hill Avenue.

9    All of the area depicted on this map is inside the Fallbrook

10   Creek watershed.

11       THE MASTER:  This will be received in evidence as

F1YA

12   Plaintiff's Exhibit F-1-YA.

13   BY LCDR REDD:

14       Q   I will show you what has been marked as Exhibit F-1-ZA

15   for Identification and ask you to identify it.

3

16       A   Plaintiff's Exhibit F-1-ZA is a copy of Assessor's Map

17   Book 94W, page 46, San Diego County, California.  It is

18   entitled College Street tract of Fallbrook.  It is bounded on

19   the north by Elder Street, on the west by Main Avenue; and

20   College Street runs from east to west through this map.  All

21   of the area depicted on this map is inside the Fallbrook Creek

22   watershed.

23       THE MASTER:  This will be received in evidence as

F1ZA

24   Plaintiff's Exhibit F-1-ZA.

25

Z40

BY LCDR REDD:

Q   I show you what has been marked as Exhibit F-1-AB for Identification and ask you to identify it.

A   Plaintiff's Exhibit F-1-AB is a copy of Assessor's Map Book 94W, page 47, San Diego County, California.   The area is bounded on the east by Summit Avenue, on the south by Elder Street, and on the west by the grant line of the Rancho Santa Margarita, now the U. S. Naval Reservation.   All of the area depicted on this map is inside the watershed of Fallbrook Creek.

THE MASTER:   This will be received as Plaintiff's Exhibit F-1-AB.

BY LCDR REDD:

Q   I show you what has been marked Exhibit F-1-BB for Identification and ask you to identify it.

A   Plaintiff's Exhibit F-1-BB is a copy of Assessor's Map Book 94W, page 49, San Diego County, California, Sheet 1 of 2. It is entitled Miraflores Terrace.   Bounded on the north by Elder Street, on the east by Summit Avenue, on the south by Beech Street, and on the west by the grant line of Rancho Santa Margarita y Las Flores, now the U. S. Naval Reservation.   All of the area depicted on this map is inside the watershed of Fallbrook Creek.

THE MASTER:   This will be received as Plaintiff's Exhibit F-1-BB.

RF1AB

F1BB

2503

Z-41

1   BY LCDR REDD:

2       Q   I will show you what has been marked as Exhibit F-1-CB

3   and ask you to identify it.

4       A   Plaintiff's Exhibit F-1-CB is a copy of Assessor's Map

5   Book No. 94W, page 49, San Diego County, California, sheet 2 of

6   2, entitled Miraflores Terrace.  This area is also shown

7   partially at least on Plaintiff's Exhibit F-1-BB, sheet 2.  It

8   is bounded on the west by the grant line of the Rancho Santa

9   Margarita y Las Flores, now the U. S. Naval Reservation.  And

10  in the southeast corner is bounded by Alturas Street and Beech

11  Street.  All of the area depicted on this map is inside the

12  watershed of Fallbrook Creek.

13          THE MASTER:  This will be received in evidence as

F-1-CB

14  Plaintiff's Exhibit F-1-CB.

15          LCDR REDD:  I would like to offer,  and perhaps it would be

16  wise to put in just a little bit on what these maps show in

17  general as to the areas, the dimensions on the property, the

18  metes and bounds, and so forth.  Or do you think that is

19  necessary?

20          THE MASTER:  Well, I think that should probably be on the

21  record if you are going to present it.  That is, did you want

22  Col. Bowen to testify what these various indications on the

23  maps indicate?

24          LCDR REDD:  Yes.

25          THE MASTER:  I think that probably should be on the record,

Z42

1  then.

2  BY LCDR REDD:

3    Q  Now, these Exhibits F-1-A through F-1-CB in general,

4  which have been identified as Assessor's Maps, could you tell

5  us other than the book what the number 94W indicates?

6    A  The book number indicates the particular township in

7  which the area on the map lies; for example, Book 94W indi-

8  cates Township 9 South, Range 4 West.  And the page number 1

9  through 36 would indicate the section in which the property on

10  the map lies; and numbers over 36 are subdivision numbers or

11  addition numbers, such as this on Plaintiff's Exhibit F-1-CB,

12  page 49, is the number of the Miraflores Terrace, which is shown

13  in part on this exhibit.

14    Q  Now, is the area on the individual lots shown on these

15  numbers?

16    A  Yes, sir.

17    Q  And how is that shown?

18    A  The lot number is shown with a capsule-like outline

19  containing the number.

20    THE MASTER:  That is the Assessor's number?

21    THE WITNESS:  That is the Assessor's number, yes, sir.

22    THE MASTER:  The number of the lot is shown without any

23  indication thereon?

24    THE WITNESS:  Yes, sir.  And the acreage of the lot is·

25  shown below the Assessor's number as a rule, with the acreage

   and the letters AC indicating the acres following the number of

Z43

1    acres.

2    BY LCDR REDD:

3        Q   And what other information with respect to the lots is

4    shown?

5        A   Well, the dimensions of the lot are shown on these

6    Assessor's maps by the use of polar coordinates, which is

7    simply a direction, a compass direction in which the line runs

8    and the distance which the line runs.  For example, referring

9    again to Plaintiff's Exhibit F-1-CB, on the southerly boundary

10   of the Lot 19 is the letter N, with 89 degrees, 9 minutes, 20

11   seconds West, indicating the compass direction in which the line

12   runs, and the numbers 469.69 indicating the distance in feet.

13   Similarly, each one of the boundaries of the lot is indicated

14   by a polar coordinate; the sum total would be what the land

15   surveyor would call a metes and bounds description, which means

16   that the surveyor starts from an initial point or point of

17   origin and follows the perimeter of the property, ultimately

18   closing on the point of origin.

19       LCDR REDD:  No further questions.

20       THE WITNESS:  The maps also contain a scale in the lower

21   right-hand corner, as a rule, which indicate on Plaintiff's

22   Exhibit F-1-CB, for example, one inch on the map is equal to a

23   hundred feet on the ground.

24   BY LCDR REDD:

25       Q   Now, does the scale vary from map to map?

244

A   Yes, sir, it does.

Q   And what determines the scale?

A   Well, the scale is determined by the detail, it must be shown on the areas which have been subdivided into small lots; a larger scale is used in order that the lots may be depicted. In areas where the land ownerships are large, smaller scales can be used.  A good example of this is the two sheets which show the Miraflores Terrace, your Honor.  On sheet 1, which is Plaintiff's Exhibit F-1-BB, one inch on the map is equal to 50 feet on the ground, a larger scale because the lots shown are smaller; whereas the scale on Plaintiff's Exhibit F-1-CB is one inch on the map equals 100 feet on the ground.

LCDR REDD:  No further questions.

THE MASTER:  Now, Mr. Sachse--

MR. SACHSE:  I have no questions at this time.  Col. Bowen I understand is available if he has to be recalled when we know how these hearings will go.

THE MASTER:  That is correct.

Now, Mr. Willett, did you wish to present some testimony with regard to the defendants you represent?

MR. WILLETT:  I didn't follow these maps close enough to know whether the description on these particular maps-- but there is just two portions of property that I own-- I mean that I represent that is on Fallbrook Creek, and one portion is the East Half of the Northeast Quarter of the Northwest Quarter

Z45

1  of Section 19, Township 9 South, Range 3 West.  This property--

2       THE MASTER:  That is Township 9 South, Range 4 West?

3       MR. WILLETT:  Range 3 West, San Bernardino County, State

4  of California.

5       THE MASTER:  Range 3 West is not included in any of these

6  maps that are included, is it?

7       LCDR REDD:  Yes.  It is included in A through about K or L,

8  I think.

9       THE MASTER:  Can you find the map then, Cdr. Redd, that

10  contains that property?

11      LCDR REDD:  Yes, sir.  That was Section 19?

12      MR. WILLETT:  Section 19, Township 9 South, 3 West.

13      LCDR REDD:  We have five sheets covering Section 19.  Could

14  you tell me the approximate-- do you have any streets or any-

15  thing that would identify it?

16      MR. WILLETT:  Well, it is Mission Street, 395 is on the

17  north, the Santa Fe Railroad runs across the property--

18      THE MASTER:  Off the record.

19      (Discussion off record.)

20      THE MASTER:  On the record.  The property represented by

21  Mr. Willett's client appears to be shown on Plaintiff's Exhibit

22  F-1-H.

23      MR. WILLETT:  And of course whether or not I will have

24  to have a witness come in and swear to this, this is an answer

25  which I put in giving the full description of the property, all

2508

1   of the water that was used on it, the number of wells, and it

2   is a sworn-- a verified answer, so I take it--

3       THE MASTER:  Well, let me just look at the answer here a

4   minute and see what the allegations are.

5       Well, Col. Bowen, I notice that the answer alleges that

6   Fallbrook Creek flows over said land and percolates in an

7   underground channel through said property.  Do you know whether

8   or not Fallbrook Creek traverses this particular parcel of

9   property shown on Exhibit F-1-H lying north of the railroad

10  track and south of the road marked Route 4, Division 4?

11      THE WITNESS:  No, your Honor, right at the moment I can't

12  say whether it does traverse it or not.

13      THE MASTER:  Well, Mr. Willett, I assume unless Col.Bowen

14  can testify that either you or some other witness would have

15  to testify to it.  Can you testify to it of your own knowledge?

16      MR. WILLETT:  Well, I have been on the property.  The

17  funny thing is the defendant was here awhile ago and then she

18  went home.

19      THE MASTER:  Mr. Sachse, you don't happen to know so you

20  could testify, do you?

21      MR. SACHSE:  Whose property is it?

22      MR. WILLETT:  Alta Terriere's.

23      MR. SACHSE:  The creek runs right in that area, but I am

24  like Col. Bowen, I can't say whether it is on the back line or

25  where.  Just how it cuts it I don't know.

Z47

1   MR. WILLETT:  I can testify to it to the extent that I

2   know that she owns the property, she has owned it for years,

3   because I probated her husband'e estate back five or six or

4   seven years ago, the same property, and I know that it has on

5   it wells from which she irrigates both lemons and avocados; also

6   has a dam on it that was placed there by the Government itself

7   that has a capacity of-- well, I think it tells there how much

8   of a capacity.

9   THE MASTER:  Well, the answer doesn't allege the capacity,

10  it simply says, "A check dam was placed across Fallbrook in

11  1946 at the suggestion of United States Soil Conservation.  Said

12  water has been used on said land by defendant and her predeces-

13  sors for many years openly, notoriously, continuously, adversely

14  and under claim of right to meet the domestic requirements

15  thereof," but it does not state what those requirements are or

16  how much water has been used or how much has been stored by the

17  dam.

18  Well, I wonder if you want to bring your client back at

19  1:30 this afternoon, Mr. Willett, and then we could introduce the

20  evidence which you have.

21  MR. WILLETT:  Yes.  And I have an answer of my own here, I

22  am also a defendant.

23  THE MASTER:  Well, you can testify to your own answer right

24  now, then.

25  MR. WILLETT:  One parcel lies--

Z48

1      THE MASTER:  If you are going to testify maybe you had

2    better be sworn as a witness.

3

4                        P. W. WILLETT,

5    called as a witness in behalf of defendants, having been first

6    duly sworn, testified as follows:

7

8                   DIRECT EXAMINATION

9      THE WITNESS:  I own one piece that is at the corner of

10   Pico and Fallbrook Street, West Fallbrook.

11     THE MASTER:  Cdr. Redd, could you find that map for us,

12   then?

13     Off the record.

14     (Discussion off record.)

15     THE WITNESS:  I have all of these lots, 1, 2, 3, 4, 5-A,

16   then a portion of Lot 5-B.

17     THE MASTER:  You have Lots 1, 2, 3, 4, 5-A and a portion

18   of 5-B?

19     THE WITNESS:  Yes.  And also a portion beginning at point--

20   a portion of this here, beginning at the point--

21     THE MASTER:  That is, you have a portion of Section 24,

22   which lies to the east of these lots, and that portion is

23   specifically described in your answer?

24     THE WITNESS:  Yes.

25     THE MASTER:  May I see the answer a minute?  And the total

Z-49

1  area is 3.85 acres?

2      THE WITNESS:  Yes.  Fallbrook Creek runs right down Pico

3  Street, the middle of the street there.

4      THE MASTER:  Then I see that you also own another parcel,

5  which is the west half of Lot 6 in Shipley Tract?

6      THE WITNESS:  Yes.

7      THE MASTER:  Shipley is F-1-N.

8      MR. SACHSE:  Your Honor, may I be excused?  What time are

9  you going to reconvene?

10     THE MASTER:  We will try and reconvene at 1:30.  And you

11  will be back then?

12     MR. SACHSE:  I will be back with some things you can keep

13  moving on.

14     (Mr. Sachse left the courtroom.)

15     THE MASTER:  Now, you state that you own the west half of

16  Lot 6 in Shipley Tract.  Is that south of Alvarado Street?

17     THE WITNESS:  Yes.

18     THE MASTER:  And that goes--

19     THE WITNESS:  Clear back to Fruit Street.  This is marked

20  View, but it is now as a matter of fact called Potter's Grove.

21     THE MASTER:  And you say you own  2.85 acres in that tract?

22     THE WITNESS:  I own all that is not taken out by these

23  houses right along there.

24     THE MASTER:  In other words, you own the parcel that is

25  numbered 17 with a capsule around it?

Z50

1    THE WITNESS:  Yes.

2    THE MASTER:  And you do not own the parts that are marked

3  16, 21 and 22?

4    THE WITNESS:  No.

5    THE MASTER:  Those are exceptions?

6    THE WITNESS:  Yes.

7    THE MASTER:  All right. Now, you allege that Fallbrook

8  Creek forms the western boundary of Parcel 1 of your property,

9  which is the Abbott's Addition property.  You say Fallbrook

10  Creek runs right down Pico Avenue?

11    THE WITNESS:  That is right; not even open, Pico Avenue.

12    THE MASTER:  Well, does Fallbrook Creek go clear to the

13  boundaries of your lots, or is there any area between your lots

14  and the creek?

15    THE WITNESS: There is not.

16    THE MASTER:  That is, your lots actually go into the river

17  bed?

18    THE WITNESS:  Yes, they go right up to where you go off of

19  the ditch.

20    THE MASTER:  Then you say that part of your land is planted

21  to lemon trees.  Do you know how much is planted to lemon trees?

22    THE WITNESS:  No, there is no lemon trees.  There is no

23  lemon trees in there worthwhile.  I am making no claim for any

24  of the waters-- that is, I use no water except what I get from

25  the Utility District on any of my property, but I do claim the

Z51

1  right to percolating waters, and that is all the right I claim in

2  any of them.

3      THE MASTER:  I see.  Now, you say there is a house and

4  some sheds on this property on Fallbrook Street?

5      THE WITNESS:  Yes.

6      THE MASTER:  Where is the house located, on what general

7  part?

8      THE WITNESS:  Well, let's see.

9      THE MASTER:  Here is Fallbrook Street.

10      THE WITNESS:  Well, the house is located right off of

11  Fallbrook Street.

12      THE MASTER:  That would be right over in Lot 1 or Lot 2?

13      THE WITNESS:  Yes, about 3 or maybe 4.

14      THE MASTER:  Lot 3 or 4?

15      THE WITNESS:  Yes, probably right there.  As a matter of

16  fact, I think those three right there might be little odd

17  buildings that is on it.

18      THE MASTER:  Now, you say that there are three houses

19  located on this property in Shipley Tract which is shown in

20  Exhibit F-1-N?

21      THE WITNESS:  Yes.

22      THE MASTER:  And where are those houses located on that

23  tract?

24      THE WITNESS:  Well, so far as Alvarado, one of them is

25  located just off of Alvarado.  The other one is down on Potter

Z52

1  Street, which is this and this.

2  THE MASTER:  That is the street which is marked View Street

3  on the map and you say is now known as Potter Street?

4  THE WITNESS:  Yes.

5  THE MASTER:  And one of the houses is located between

6  Parcels 21 and 22 shown on the map, and the other house is

7  located to the south of Parcel 22?

8  THE WITNESS:  That is right.

9  THE MASTER:  And you say that there are avocado trees and

10  lime trees on this property?

11  THE WITNESS:  Yes, sir.

12  THE MASTER:  About how many acres?

13  THE WITNESS:  $2\frac{1}{2}$ acres; 2,4, as a matter of fact.

14  THE MASTER:  Well, how is that divided between the avocados

15  and the limes?

16  THE WITNESS:  There would be about--  Well, I would have

17  to guess at that.  There would be two acres of it to avocados,

18  and then away back at the back part is limes which would be, oh,

19  approximately a half an acre.

20  THE MASTER:  Now, this land in Shipley Tract on Alvarado

21  Street, there is no watercourse going across it?

22  THE WITNESS:  No.

23  THE MASTER:  It is not riparian to anything?

24  THE WITNESS:  No.

25  THE MASTER:  Is there any other evidence that you want

Z53

1   to offer on your own property then?

2        THE WITNESS:  No.

3        THE MASTER:  Well, if you can have Mrs. Terriere back

4   here around 1:30 to testify as to whether Fallbrook Creek

5   actually crosses the property that is described in her answer

6   she can testify, and she can probably leave within a few minutes.

7        MR. WILLETT:  If I can reach her.  She is out in the orchard

8   watering, and sometimes I can't find her.

9        THE MASTER:  Sir, did you wish to present any evidence at

10  this time?

11       Mrs. Wilson, I guess you are just here to look on.  Is

12  that correct?

13       MRS. WILSON:  Yes.

14       THE MASTER:  I think we might as well recess then until

15  1:30.  And at that time I understand Mr. Sachse will have some

16  testimony to present and will introduce-- refer to answers to

17  admissions which would indicate that this underlying water was

18  vagrant water and not a part of the stream.

19       Very well, we will recess until 1:30.

20       (Noon recess.)

21

22

23

24

25

Z54

Fallbrook, California, October 13, 1958.  1:30 P. M.


THE MASTER:  Mr. Willett, do you wish to proceed with the testimony of Mrs. Terriere?


ALTA M. TERRIERE,

called as a witness in her own behalf, having been first duly sworn, testified as follows:


DIRECT EXAMINATION

THE CLERK:

What is your name, please?

THE WITNESS:  Alta M. Terriere.

BY MR. WILLETT:

Q  You own approximately nine acres?

A  Yes, nine and a fraction.

Q  Does Fallbrook Creek run through your property?

A  Approximately through the center.

Q  Have you wells situated on the property?

A  Two wells.

Q  How long have you owned this property?

A  Since March, 1941.

Q  And has it ever since been planted in trees or avocados or agricultural purposes?

A  Yes, it has been used continuously.

Z-55

1    Q   And during all of that time you have used the water out

2    of the wells?

3    A   That is true.

4    Q   Is there any other source of supply to irrigate your

5    orchard or take care of it?

6    A   I am in the utility district, but I do not use any

7    water and never have put any on the place I have now.

8    Q   Now, there was a dam placed on there on which there

9    was a reservoir formed?

10   A   That is true.

11   Q   But you do not use the water out of that?

12   A   No, no water has ever been pumped from that.

13   Q   It is necessary that you have water from these wells

14   in order to successfully irrigate and take care of your property?

15   A   Yes.

16   MR. WILLETT:   I believe that is all.

17   THE MASTER:   Mrs. Terriere, I believe that this map,

18   Exhibit F-1-H, shows your parcel of property right here between

19   the railroad and the road.   Could you tell me whether Fallbrook

20   Creek flows north and south or east and west through your

21   property, or how does it flow?

22   THE WITNESS:   It flows east and west.   I have a small

23   map, if I may I will get it for you.

24   THE MASTER:   Yes.

25   THE WITNESS:   This is just a rough sketch my son made

Z-56

1 several years ago, but it might give you some idea.  This is

2 the portion of the place I have now, and this is Fallbrook

3 Creek.

4     THE MASTER:  Then it flows from east to west approximately

5 across the center of the property?

6     THE WITNESS: That is true.

7     THE MASTER:  And how many acres do you have planted to

8 lemons and avocados?

9     THE WITNESS:  At present I have five acres.  And the lemon

10 grove that you see marked here I had the trees pulled last

11 December with the intention of planting young trees; my trees

12 were planted, as near as I have been able to ascertain, in 1928

13 and they were getting too old.

14     THE MASTER:  The lemons have been in the southwest part

15 of your property?

16     THE WITNESS:  That is true.

17     THE MASTER:  And they have been removed?

18     THE WITNESS:  Yes.  That is two acres.

19     THE MASTER:  And the avocados are in the southeast portion

20 of your property?

21     THE WITNESS:  Yes.

22     THE MASTER:  Approximately how many acres?

23     THE WITNESS: Approximately three acres.

24     THE MASTER:  That is the northeast corner?

25     THE WITNESS:  That is true.  And I have about 40 avocado

Z-57

4

1   trees and 65 orange trees planted there.

2        THE MASTER:  And is there anything in the northeast corner?

3        THE WITNESS:  That part I sold recently for building sites,

4   a little over an acre.  It was 150 feet by 320 feet.

5        THE MASTER:  And to whom did you sell that?

6        THE WITNESS:  To Orville McDonald.  I have the paper if

7   you would care to examine it.

8        THE MASTER:  Has there been a deed recorded on that?

9        THE WITNESS:  I assume there has, because he has paid for

10  it.  He doesn't owe anything on it.  I suppose he would record

11  the deed.

12       THE MASTER:  Did you issue a deed to him?

13       THE WITNESS:  Yes.

14       THE MASTER:  Was that Orville McDonald, or was it Mr.

15  McDonald and his wife?

16       THE WITNESS:  It was Mr. McDonald and his wife.

17       THE MASTER:  Do you know her name?

18       THE WITNESS:  Yes, Beatrice.  O. J. McDonald, I believe.

19       THE MASTER:  Do you have any questions, Commander?

20

21                    CROSS-EXAMINATION

22  BY LCDR REDD:

23       Q   When did you sell this property, Mrs. Terriere?

24       A   Let's see.  It was-- I can't remember the date.

25       Q   Was it within the last year?

1      A   I believe it has been a little over a year.  May I look

2   at the paper here?  I have a copy.

3      THE MASTER:  Sure.

4      THE WITNESS:  February 19, 1957, this went into escrow.

5      LCDR REDD:  Yes.

6      Q   Now, I think you testified that Fallbrook Creek runs

7   roughly through the middle of this from east to west.  Is that

8   correct?

9      A   That is true.

10     Q   Now, do you have any check dams or anything across

11  Fallbrook Creek?

12     A   Yes, I do have.

13     Q   And approximately where is that located on the map?

14     A   Well, this, as I said, is a rough sketch, my son made

15  it one time.  I haven't measured that.  I have a copy of the

16  application for the dam, that might give you some information

17  that you could use.

18     Q   Now, does this dam store any appreciable amount of water?

19     A   I hardly know how to answer that, because in terms of

20  large dams of course it doesn't, but I believe the capacity that

21  was given was five acre feet, wasn't it?

22     Q   Five acre feet?

23     A   Well, I really just don't know.  I have never pumped any

24  water from it, but it is quite a large pond for a farm pond.

25     Q   Now, does water spill out beyond that and go on down

1  the stream?

2    A  Yes, there is an overflow during the rainy season.  And

3  it is usually dry by the first of September.

4    Q  Is there water flowing above this during the summer

5  months?

6    A  No.

7    Q  There is no water flowing into the pond?

8    A  No, there is nothing flowing into it at all.

9    Q  Did you file any application with the State of California

10 for this dam at the time, or was it just with--

11   A  It was just with the United States Government.

12   Q  And approximately how long have you had your dam there?

13   A  It was put in in 1946.  I have a letter from Mr. Briggs

14 in regard to the soil conservation payment on the dam.

15   Q  Do you use this for stock watering, or anything?

16   A  No, it is merely a storage pond.

17   Q  For the purpose of recharging the basin?

18   A  No, for flood control and erosion control.  The water

19 has not been used for anything, except the children swim in

20 it sometimes.

21   LCDR REDD:  No questions.

22   THE MASTER:  Mrs. Terriere, the policy of title insurance

23 which you have showed to me indicates that the area of the

24 property sold to O. J. McDonald and Beatrice McDonald is 150

25 feet from north to south and 320 feet from east to west,

Z60

1  beginning 30 feet east of the northwest corner of your property.

2  Is that correct?

3      THE WITNESS:  That is true.

4      THE MASTER:  That is all.

5      Did you have further questions, Mr. Willett?

6      MR. WILLETT:  No.

7      THE MASTER:  Mr. Sachse, did you have any questions?

8      MR. SACHSE:  No questions, ma'am.

9      MR. WILLETT:  If the Court please, I put in the original

10  answer and an answer to the supplemental complaint for all of the

11  people whom I now designate:  Evelyn M. Fuller; Roberta L.

12  Culpepper and Leora M. Buck; Jeno L. Somacal and Louise R.

13  Somacal; Howard W. Robinson and Alla M. Robinson; Josephine H.

14  Reader; James Stuart Marshall and Nancy Harvey Marshall; Harland

15  L. Stryson and wife Doris G. Stryson.

16      All of these are either business property lots or lots

17  upon which the defendants have their homes.  They have never

18  used any water except water acquired from the Public Utility

19  District, and make no claim to any waters whatever with the

20  exception of the right to percolating waters under their

21  property.

22      Now, I have an answer that was filed originally for Ben G.

23  Martin and wife Blanche E. Martin.  The property described in

24  this is not within the drainage of the Santa Margarita River,

25  nor could they take water, and for that reason I ask for a

Z61

1    dismissal on the grounds that they are not within the district.

2         THE MASTER:  Commander Redd, can you ascertain at the

3    present time whether in your opinion that property is within the

4    district-- within the boundaries of the Santa Margarita water-

5    shed or outside the boundaries?

6         LCDR REDD:  Your Honor, I think that would be very diffi-

7    cult to say on these, because they run fairly close to the

8    crest line of the watershed there, and whether they fall in or

9    are out just by looking at the map I don't think I could say.

10        THE MASTER:  Well, it would appear to me that possibly the

11   best way to handle that would be to have someone on your staff

12   examine that property on the ground, then if you believe after

13   such an examination that the land is outside the watershed

14   an order to that effect could be made without further evidence

15   from Mr. Willett or his client; if you believed after your own

16   examination that a portion of the property was in the watershed

17   we would then give Mr. Willett and his client an opportunity to

18   present any further evidence that they might have to the effect

19   that the land was outside the watershed.

20        LCDR REDD:  Yes, we will check these and make a report.

21        THE MASTER:  Then you can report to me.  And, Mr. Willett,

22   if it appears the land is outside the watershed it will be

23   dismissed.  If their report indicates that in their opinion the

24   land is in the watershed you will be notified and given an

25   opportunity to present any evidence that you may have.

Z62

1    Now, do you have another parcel?

2    MR. WILLETT:  No, except I don't know whether I finished

3  up on my own property there on Fallbrook and Pico.  Were you

4  going over to see that?

5    COL. BOWEN:  Yes, sir, I went over and looked at it.

6    MR. WILLETT:  There is some lemon trees back on that.

7  Since I have owned that property there has never been any

8  water used there except for domestic purposes.  We do not

9  irrigate the lemon trees, nor do we make any claim on that

10  property except for the percolating waters.

11    THE MASTER:  Is there any further evidence you wish to

12  present on your property?

13    MR. WILLETT:  No.

14    THE MASTER:  Col. Bowen, if you examined Mr. Willett's

15  property can you resume the stand and advise me what your

16  investigation revealed to you?

17

18                    ALLEN C. BOWEN,

19  recalled as a witness, having been previously sworn, testified

20  further as follows:

21

22                  DIRECT EXAMINATION

23    THE WITNESS:  Well, your Honor, during the noon recess

24  today I went over and examined the property which Mr. Willett

25  described this morning as being southerly of Fallbrook Street

Z63

1  and westerly of Main Street.  And it appears that Fallbrook

2  Creek, which runs generally north and south in that reach-- as

3  shown on Plaintiff's Exhibit F-1-EA, your Honor, it appears

4  that Fallbrook Creek which runs generally north and south in

5  that reach of the stream occupies a portion of what is shown

6  on Plaintiff's Exhibit F-1-EA as Pico Avenue.  It is impossible

7  without actually making a survey and locating corners to

8  determine whether the thread of the stream or the banks of the

9  stream actually cross any of this series of lots which Mr.

10  Willett testified in regard to this morning.  The stream does

11  occupy that position, however, and a survey could show its

12  position with respect to those lots.

13  THE MASTER:  Well, now, Mr. Willett, as I understand your

14  claim is to water which may be underneath your lots rather than

15  to divert water from the creek.  Is that correct?

16  MR. WILLETT:  Yes.  There is never any water in that creek

17  except when we have the heavy rains, like the last heavy rains,

18  and then that there ditch is running full and spreading over on

19  both sides of it, but it soon runs away.  And the majority of

20  the years it is just a dry ditch, although it is supposed to

21  be the street.

22  THE MASTER:  Col. Bowen, could you tell us from your exam-

23  ination whether any underlying water under the property of Mr.

24  Willett would be part of the flow of the stream, or would it

25  be vagrant, percolating water, or do you have enough information

Z64

1   to base an opinion?

2        THE WITNESS:  Yes, sir.  On the strength of studies made

3   of the Fallbrook-- of these gently rolling hills which comprise

4   the major part of the upland portion of the Fallbrook area is

5   comprised of deeply weathered residuum; and generally throughout

6   the residuum it is my opinion that the ground waters are vagrant,

7   percolating and not a part of any defined channel, hence not a

8   part of the Fallbrook Creek, and hence the Santa Margarita

9   stream system.

10       THE MASTER:  Now, would you say that the Fallbrook Creek

11  in this particular portion flows only during and immediately

12  after periods of heavy rainfall?

13       THE WITNESS:  Yes, sir, I would say that Fallbrook Creek

14  throughout its entire reach is characterized by that phenomenon,

15  surface stream flow only during and immediately following

16  periods of high rainfall and runoff.  We have mapped no

17  significant alluvium anywhere within the approximately two

18  square miles of Fallbrook Creek watershed which lies outside

19  of the U. S. Naval Reservation, hence we don't have a defined

20  ground water body, as is true on some of the other tributaries

21  of the Santa Margarita River.

22       THE MASTER:  Mr. Willett, do you have any further questions

23  of Col. Bowen?

24       MR. WILLETT:  No, sir.

25       THE MASTER:  Mr. Sachse?

Z65

1    MR. SACHSE:  No questions.

2    THE MASTER:  Now, if you will turn for a minute to the

3 property of Mrs. Terriere, which is shown on Exhibit F-1-H, you

4 have heard her testimony that the creek crosses her property

5 from east to west.  Is it your opinion that any waters under-

6 lying her property which would be tapped by the wells that she

7 has testified to would be vagrant waters?

8    THE WITNESS:  Yes, sir.

9    THE MASTER:  Any further questions from any counsel?

10    LCDR REDD:  No questions.

11    MR. SACHSE:  Yes, I do have a question, your Honor.

12

13                    CROSS-EXAMINATION

14 BY MR. SACHSE:

15    Q  Col. Bowen, was your general testimony that the entire

16 two square miles of the Fallbrook Creek drainage, outside of

17 the Ammunition Depot, it is your opinion that the waters under-

18 lying them would be local, vagrant, percolating and not a part

19 of any stream?

20    A  Yes, sir.

21    MR. SACHSE:  That is all.

22    THE MASTER:  I think then, Mr. Willett and Mrs. Terriere,

23 that we have finished the testimony in so far as you are con-

24 cerned.  You of course may remain, but it would not be necessary

25 unless you desire to.

1    Now, are there any other defendants in this Fallbrook
2  Creek area who would desire to present evidence with reference
3  to their property at this particular time?

4    A VOICE:  I wasn't aiming to, but I have my answer out
5  in the car, I will get it.

6    THE MASTER:  Very well.

7    MR. SACHSE:  Your Honor, in light of the statement of
8  Col. Bowen's-- I hope I haven't misinterpreted it-- what are we
9  doing in the Fallbrook drainage, why does anyone need put on
10  any evidence even as to ownership?  Under Judge Carter's pre-
11  trial ruling, I don't have the opinion with me but I am certain
12  of the language, Judge Carter ruled that those waters which were
13  not-- Pardon me, that those lands overlying waters that were
14  not a part of the Santa Margarita River stream system were not
15  a part of the lawsuit.  Now, I realize that the United States
16  might offer another witness who would testify differently, but
17  I don't suppose they are going to.  We have here the Government's
18  own witness who states, if I understood him correctly, that the
19  entire drainage of Fallbrook Creek outside the Naval Ammunition
20  Depot shall be regarded as overlying local, vagrant, percolating
21  ground waters, not part of any stream.  In that case, I don't
22  even see the purpose of introducing a title document.

23    Your Honor could make a ruling that the Fallbrook drainage
24  is out of the case.

25    LCDR REDD:  As to the ground waters.

1    MR. SACHSE:  Unless there is in the pleading an assertion
2  of the right to surface flow.

3    THE MASTER:  That would appear from all of the testimony
4  introduced that all property which the creek does not flow
5  upon, and unless claiming some specific riparian right in the
6  waters of the creek while it is flowing, I think your conclu-
7  sion would follow, Mr. Sachse, as to all other property.

8    Cdr. Redd, do you have any intention of offering any
9  evidence contrary to what Col. Bowen has testified to?

10    LCDR REDD:  No, sir.

11    THE MASTER:  That would seem to dispose of the entire
12  Fallbrook Creek area as to all lands which are not specifically
13  claiming riparian rights or appropriative rights to the surface
14  flow of the stream.  That would simplify the issue as to all
15  of the other land.

16    Might I ask your name, sir?

17    MR. ANDERSON:  Fred Anderson.

18    THE MASTER:  Is your land riparian to Fallbrook Creek, does
19  the creek flow through your property?

20    MR. ANDERSON:  No.  You know where Mrs. Terriere's is?
21  Well, mine is just on the other side of the railroad track up
22  the hill.

23    THE MASTER:  Your land is south of the railroad track and
24  hers is north of the railroad track?

25    MR. ANDERSON:  That is right.  Originally part of her place

Z68

1   that we bought, we bought it from her.

2      THE MASTER:  And you are not claiming any right to divert

3   water from Fallbrook Creek?

4      MR. ANDERSON:  No.

5      THE MASTER:  It would appear from the testimony of Col.

6   Bowen that any water under your property would be vagrant and

7   percolating and you would have a perfect right to take it, as

8   far as this lawsuit is concerned.  This would not be a de-

9   termination, you understand, of your rights as against your

10   neighbors' rights if they claim you are taking more than your

11   share of that percolating water in some subsequent proceeding;

12   but as far as this proceeding is concerned it would seem you

13   would be obliged to present no testimony.  Have you filed an

14   answer already?

15      MR. ANDERSON:  Yes.

16      THE MASTER:  If you have filed an answer that would be

17   in the file, the statement of your title and the location of

18   your property.

19      Did you have some stipulations you wished to offer, Mr.

20   Sachse, or rather, answers to requests for admissions?

21      MR. SACHSE:  I wanted to refer to the record on them.  I

22   would give your Honor a copy, and also the United States so

23   that they can--  I won't need Col. Bowen on the witness stand.

24      THE WITNESS:  Thank you, sir.

25      MR. SACHSE:  These are the ones to which I am going to

Z69

1    refer, the ones scratched out please ignore.

2        Now, in each of these cases I filed in behalf of my

3    client a request that the United States admit ownership,

4    irrigable acreage, non-riparian status, and that the waters

5    beneath the land were vagrant, local, percolating waters, not

6    a part of the stream.   And each of these cases, a list of which

7    I have supplied your Honor, the United States has made replies

8    admitting those facts.   I would like, however, to run through

9    the defendants for the record, without repeating the whole

10   story for each one of them.

11       Jack L. Austin, the same admissions; Edward E. Bragg and

12   Glenita Bragg; Calavo Growers of California, a California non-

13   profit cooperative association; the Roman Catholic Bishop of

14   San Diego, Charles Francis Buddy, incumbent; C. W. and Jean

15   Cardon; the Fallbrook Assembly of God, a corporation; Helen

16   Gates; Ann B. Hall, as the surviving joint tenant of Ann B.

17   and Gordon W. Hall; Melvin K. Hess and Margaret Z. Hess;

18   Alonzo V. Hoover; Harvey N. Laughlin and Mildred Laughlin;

19   Calvin G. Sheld and Cora E. Sheld; Clarence O. Woods; J. D.

20   Robinson and Laura A. Robinson; Paul K. Algert; Samuel V.

21   Kostich; Linden H. Sievers and Betty Ann Sievers; Tom Turner;

22   Milton P. Martin and Maggie E. Martin.

23       Now, in view of the testimony of Col. Bowen I would like

24   at the next session or before the next session to know whether

25   or not your Honor will desire title evidence in other cases

     within this watershed, or whether the simple filing of an answer

1  alleging ownership of the land without the introduction of
2  deeds will be enough.  And I have also a question that I might
3  direct to Col. Bowen-- I just handed him a deed a moment ago,
4  and it is a tough one and you can't figure it out very readily
5  from the map-- how we can best proceed now to advise your Honor
6  what areas of land we represent and what areas are under this
7  statement of Col. Bowen's and not properly in this lawsuit.

8      THE MASTER:  Well, in so far as your first question is
9  concerned, I assume that since all parties are adversary to
10  other parties there should be some statement as to the owner-
11  ship of the parcels.  If the plaintiff will prepare a list of
12  the apparent owners that will be acceptable; otherwise I believe
13  that you should at least examine the deeds, Mr. Sachse, so that
14  you could be prepared to state that your clients were the
15  owners of their properties as shown by those deeds, and in the
16  absence of any objection, even though that would be hearsay, I
17  think it would be sufficient basis for a finding, in the
18  absence of any objection.

19      MR. SACHSE:  I think I can introduce the deeds if that
20  will be the most helpful, perhaps between the Fallbrook River
21  watershed and between the Santa Margarita River watershed I
22  have clients that are in both parts, in the Fallbrook Creek,
23  and it runs over the hill into the Santa Margarita River
24  watershed.  I am sure the United States will want to look at
25  the title.

Z71

1    THE MASTER:  In so far as the balance of the Fallbrook

2    Creek is concerned, as I understand Col. Bowen's testimony that

3    the creek itself runs only during and immediately after periods

4    of heavy precipitation, and that the underlying waters are

5    vagrant, percolating waters, it would be my thought, unless

6    someone could convince me to the contrary, that it is not

7    necessary to make any further findings in reference to that land

8    in the Fallbrook Creek area, even as to the areas which are

9    technically riparian to the creek; the only way they could use

10   the water would be to divert it and store it, because during

11   periods of precipitation and immediately afterwards there would

12   be no occasion for a surface diversion on the property, it

13   would be presumably already wet, it would be a time when you

14   wouldn't want to irrigate, it would be raining, and there would

15   be no occasion to make detailed findings as to all of these

16   parcels.

17   LCDR REDD:  Your Honor, I think the California law is that

18   when these lands are running they are, of course, riparian, and

19   that that water is part of the stream at the time that it is

20   running, even though it is only during the periods of heavy

21   rainfall and runoff.  Now, of course, it is entirely possible,

22   and it is becoming an accepted irrigation practice I understand,

23   to even though it is raining in many cases divert this land out

24   over the--

25   THE MASTER:  Divert the water?

Z72

1    LCDR REDD:  --divert this water out over the land and
2  recharge the underground deposits of water there.  Now, that is
3  the only reservation that comes to my mind.

4    THE MASTER:  Well, would there be any substantial usage of
5  water on any of these properties?

6    LCDR REDD:  Well, now, that of course I can't say, I don't
7  know what these people claim.  But I can--  In other words, I
8  am not in a position to say that we are disclaiming any claim
9  in those waters that run during the periods of runoff.

10    THE MASTER:  Well, between now and the session a week from
11  today can you, in addition to preparing a map which will show
12  the actual course of Fallbrook Creek across these various
13  parcels, can you prepare a list of the owners through whose
14  property the creek flows?

15    LCDR REDD:  Yes, sir.

16    THE MASTER:  And then also trying to determine whether at
17  that time you would or would not be willing to state that you
18  would object to the use of water during such periods of rainfall
19  for recharging the basin.

20    LCDR REDD:  Yes, sir.  I would have to clear that, though,
21  with my superiors.

22    THE MASTER:  I appreciate that.  But it would seem until
23  we have a list of the named defendants whose property is actually
24  traversed by the creek that there is not too much else that
25  can be done, in view of the testimony that in so far as the other

Z73

DX

1  defendants are concerned that the waters are vagrant, per-

2  colating waters to which the plaintiff makes no claim.

3      Off the record a minute.

4      (Discussion off record.)

5      MR. SACHSE:  I have one other thing for the record, your

6  Honor.  This may pose a question.  I don't have a copy for

7  counsel, but I could introduce it and withdraw it and have

8  my girl make a copy.  Can we decide first how we are going to

9  number this?  Can we use the defendant's name and number?

10      THE MASTER:  Yes.

11      MR. SACHSE:  I will offer this as Defendant Rodgers'

12  R-o-d-g-e-r-s, Exhibits 1 and 2.  No. 1 is the grant deed to

13  defendant Rodgers of property which is pleaded as being riparian

14  to Fallbrook Creek.  2 is a grant deed and easement from Rodgers

15  to the Fallbrook Sanitary District.  And in explanation of the

16  reason why I feel this should go on the record, that latter

17  instrument, Rodgers' 2, grants the Sanitary District the right

18  to use certain land for its sewage disposal plant, and then

19  reserves to the grantor Rodgers the right to take up to 150 acre

20  feet of sewage effluent for use on his adjoining property for

21  agricultural purposes.  If undisturbed that sewage effluent

22  would have continued on downstream into the Naval Reservation.

23  I don't know what the position of the United States is, but I

24  feel they should be given an opportunity to rebut or argue

25  Rodgers' rights.

Z74

1    THE MASTER:  I would agree on that.  And of course that
2    emphasizes the statement made by Lcdr. Redd that the Govern-
3    ment doesn't know what other people are pleading until they
4    put in their answer.

5    MR. SACHSE:  This was pleaded in the answer, but I think
6    these should go in.

7    THE MASTER:  No objection to the documents?

8    LCDR REDD:  No objection.

9    THE MASTER:  They will go into evidence as Defendant
10   Rodgers M-1 and M-2.

11   LCDR REDD:  I would like copies.

12   MR. SACHSE:  If your Honor wants to release these to me
13   I will have my girl rephotograph them and mail them back to you.

14   THE MASTER:  Yes, or bring the originals back next Monday.

15   Mr. Stahlman, is there any evidence that you wish to pre-
16   sent?

17   MR. STAHLMAN:  I don't think so, I am on a busman's holi-
18   day.

19   THE MASTER:  Mr. Sachse, do you have any further evidence
20   to present this afternoon?

21   MR. SACHSE:  No.  In view of the situation of the record
22   and your Honor's instruction to the United States to attempt
23   to delineate those parcels that are not riparian I don't think
24   there is anything further I can do until the next hearing.

25   THE MASTER:  Cdr. Redd, do you have any further evidence to

Z75

1    present this afternoon, then?

2        LCDR REDD:  Yes, your Honor.  We have, or are in the

3    process of making property descriptions.  Now, there is some

4    question in my mind as to whether we would want all of these in,

5    but we have prepared property descriptions.  This is just a

6    partial list here, I might add, so perhaps maybe we can reserve

7    these until we get this other list prepared.

8        THE MASTER:  Well, unless you are going to go further and

9    actually present some testimony this afternoon based upon that

10   I would suggest that you might as well retain it until it had

11   been completed.

12       LCDR REDD:  Yes, we will retain them.  We have nothing

13   further to offer this afternoon.

14       LT. NAGLE:  Your Honor, Col. Bowen asked me to correct

15   something that Mr. Sachse said when he referred to Col. Bowen's

16   statement regarding the waters of the Fallbrook Creek watershed

17   being vagrant and percolating waters.  He referred to the area

18   of the Fallbrook Creek watershed outside of the Naval Ammunition

19   Depot.  What Col. Bowen testified to was the Naval Reservation.

20       MR. SACHSE:  I stand corrected.

21       THE MASTER:  Yes, I think Col. Bowen's testimony is actually

22   on the record, and I think that is correct.

23       Is there any defendant in the courtroom who owns property

24   through which Fallbrook Creek actually runs?  Did you wish to

25   present any evidence at this time?

2538

Z76

1        A VOICE:  No.

2        THE MASTER:  The gentleman in the front, do you wish to

3   present any evidence?

4        A VOICE:  No.  In view of what just came up I think I might

5   as well wait until next week and see which side of the fence I

6   am on.

7        THE MASTER:  I think that is wise.  If anybody is here

8   and couldn't return next week I would afford them the opportunity

9   to testify.  I think there is no use to pursue the matter

10  further until the United States has prepared the maps and

11  ownership lists which had been referred to.  They can be de-

12  ferred until the United States is able to answer the question

13  which I have propounded to its counsel.

14       Then at this time we will recess until 9:30 on Monday,

15  October 20th.

16       (Thereupon, at 2:15 P.M., a recess was taken until Monday,

17  October 20, 1958, at 9:30 A.M.)

18

19

20

21

22

23

24

25