ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

---

### BEFORE HON. JOHN M. CRANSTON, SPECIAL MASTER

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

         Defendants.

No. 1247-SD-C

**FILED**

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
           DEPUTY

**REPORTER'S TRANSCRIPT**

**Volume:** 22

**Pages** 2615-2643

**Date:** November 3, 1958

**Place:** Fallbrook, California

RANDOL, FIVECOAT & STEWART

CERTIFIED SHORTHAND REPORTERS
1113 FIRST NATIONAL BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-4191

1
2
3
4
5          APPEARANCES:

6

7                LCDR DONALD W. REDD, U.S.N., representing
                    the United States of America.

8                FRANZ R. SACHSE, ESQ., representing the
                    Fallbrook Public Utility District.

9

10               E. S. McCORMICK, in pro per.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## INDEX TO WITNESSES

| For the Plaintiff: | | Direct | Cross |
|---|---|---|---|
| Allen C. Bowen | | 2620 | |
| | | 2623 | 2639 |

## INDEX TO EXHIBITS

| | | Ident. | Evid. |
|---|---|---|---|
| F-4-L | Property Description | 2617 | 2618 |
| F-4-M | " " | 2617 | 2618 |
| F-4-N | " " | 2617 | 2618 |
| F-4-O | " " | 2617 | 2618 |
| F-5 | Key to Assessor's Maps | 2623 | 2624 |
| F-6-A | Assessor's Map | 2625 | 2637 |
| F-6-B | " " | 2626 | 2637 |
| F-6-C | " " | 2627 | 2637 |
| F-6-D | " " | 2628 | 2637 |
| F-6-E | " " | 2629 | 2637 |
| F-6-F | " " | 2630 | 2637 |
| F-6-G | " " | 2630 | 2637 |
| F-6-H | " " | 2631 | 2637 |
| F-6-I | " " | 2632 | 2637 |
| F-6-J | " " | 2633 | 2637 |
| F-6-K | " " | 2634 | 2637 |
| F-6-L | " " | 2634 | 2637 |
| F-1-FA | " " | Prev. Ident. | 2637 |
| F-1-GA | " " | " " | 2637 |
| F-1-SA | " " | " " | 2637 |
| F-1-TA | " " | " " | 2637 |

1  <u>Fallbrook, California, Monday, November 3, 1958,  9:50 A.M.</u>

2

3       THE CLERK:  Court is now in session.

4       THE MASTER:  Will counsel state their appearances for the

5  record.

6       LCDR REDD:  Lt. Cdr. Redd for the United States.

7       MR. SACHSE:  Franz R. Sachse for Fallbrook Public Utility

8  District and individual named defendants.

9       THE MASTER:  And are there any individuals here who are

10 not represented by counsel?

11      MR. McCORMICK:  McCormick.  He has it.

12      THE MASTER:  Do you wish to state your name for the

13 record?

14      A VOICE:  I don't think so.

15      THE MASTER:  Very well.

16      Will you proceed, Commander?

17      LCDR REDD:  At this time we have some additional property

18 descriptions for the Fallbrook Creek watershed that we would

19 like to introduce.

20      THE MASTER:  Is that part of the F-4 series?

21      LCDR REDD:  Yes.

22      THE MASTER:  Very well.  The last portion of the exhibit,

23 I believe, is F-4-K.

24      LCDR REDD:  Yes, sir, F-4-K was Miraflores Terrace.

25      We have a list here of Assessor's map 45, which is a

1   portion of West Fallbrook we would like to introduce--I would

2   like to have this marked as F-4-L.

3       THE MASTER:  You might present them all to the clerk at

4   the same time.

5       LCDR REDD:  Yes, sir.  This is Section 25.

6       THE CLERK:  This is M.

7       LCDR REDD:  And this will be 18.

8       THE CLERK:  N.

9       LCDR REDD:  This is O.

10      I have here what have been marked as F-4-L, M, N and O.

11      F-4-L is a property description west of the area within

12  Fallbrook Creek watershed that appear on the Assessor's map 45,

13  which is a portion of the Township of West Fallbrook.

14      F-4-M is the property within the Fallbrook Creek watershed

15  that is located within Section 25, Township 9 South, 4 West.

16      F-4-N is a description of the properties within Section 18,

17  9 South, 3 West, within the Fallbrook Creek watershed.

18      And F-4-O is the Harris Addition to West Fallbrook, as

19  appears on Assessor's map 41, 9 South, 4 West.

20      MR. SACHSE:  Do you have N and O, copies for me, please?

21      LCDR REDD:  Yes, sir.

22      MR. SACHSE:  I have L and M, but not N and O.

23      THE MASTER:  Now, does this complete the list of owners

24  and property descriptions?

25      LCDR REDD:  No, sir, your Honor.  We are still missing

1    Section 24.  A mistake was discovered on one of the pages before

2    we had it reproduced, and that has held up the reproduction

3    assembly of it.  We have to bring that in at a later date.

4    It should be ready after--  It should be ready by tomorrow.

5         THE MASTER:  Well, this is complete then except for one

6    additional tabulation?

7         LCDR REDD:  There may possibly be a small piece over in

8    Section 17, or something like that, on the very extreme fringes

9    of the watershed that were not included.  I will have to check

10   that over for sure.

11        THE MASTER:  Very well.  The exhibits tendered, that is

12   Exhibits F-4-L, M, N and O will be received in evidence and

13   so marked.  And counsel for the United States will complete the

14   presentation of the property descriptions and owners at the

15   time of the next session of the Court then.

16        LCDR REDD:  Now, your Honor, we have begun work on the

17   riparian list to check those through the F-4 series, to show

18   on the F-4 property descriptions which ones are riparian; how-

19   ever, that has not been completed because of the incomplete

20   nature of the list at this time.  We will have those ready for

21   our next hearing.

22        THE MASTER:  Very well.

23        MR. SACHSE:  May I inquire?  I understand, however, LCDR

24   Redd, that the riparian list which you introduced as F-2, all

25   of these are supposed to be ultimately included in this F-4

2619

series?

LCDR REDD:  Yes, sir.

THE MASTER:  As I understand it, Mr. Sachse, they are included there now, and this is merely a matter of convenience in identifying them.

LCDR REDD:  You have the list of the riparian properties, but we agreed to indicate which of those were also on these-- on the F-4 series.

MR. SACHSE:  I have been cross indexing my own.

THE MASTER:  Now, do you have any other evidence then to introduce with reference to the Fallbrook Creek watershed?

LCDR REDD:  No, sir, that concludes our evidence at this time, that is, available at this time on the Fallbrook Creek watershed.

THE MASTER:  Now, in that connection Mr. Sachse at the hearing on October the 13th introduced in evidence Defendant Rodgers Exhibits 1 and 2, which were deeds from Rodgers to the Fallbrook Sanitary District.  Do you wish to offer any evidence in connection with those particular exhibits?

LCDR REDD:  No, sir.

THE MASTER:  Very well.

At this time I would like to have Col. Bowen testify a little bit further, if he can, with reference to the nature of Fallbrook Creek.  He has already testified it is an intermittent stream.  If there is any additional evidence he can give with

2620

1    reference to the flow of the stream I would like to hear it.

2        Will you take the witness stand, Col. Bowen?

3

4                    ALLEN C. BOWEN,

5    called as a witness, having been previously sworn, testified

6    further as follows:

7

8        THE MASTER:  Is there anything that you can add to the

9    testimony which you have already given as to the nature of the

10   flow of Fallbrook Creek?

11       A  Yes, your Honor.  Fallbrook Creek is an intermittent

12   stream which flows only during and immediately after periods of

13   high precipitation and runoff.

14       Q  And is that true throughout its entire course?

15       A  Yes, sir.  I am excepting, of course, the sewage

16   effluent which is in a portion of the creek throughout the year.

17       Q  That, of course, is entirely artificial?

18       A  Artificial, yes, sir.

19       Q  In its natural condition it would flow only during and

20   immediately after periods of high precipitation and runoff?

21       A  Yes, sir.

22       THE MASTER:  Mr. Sachse, do you have any questions?

23       MR. SACHSE:  I have no questions, your Honor.

24       THE MASTER:  Do you have any evidence you wish to produce

25   at this time?

1    MR. SACHSE:  No.  For the record, I am prepared to read

2    off, I think, the defendants, if you want, but maybe it would be

3    easier to make a list of them.  I would like to state for the

4    record that the defendants I represent in the Fallbrook Creek

5    watershed, we will rest our case on the evidence introduced by

6    the United States.

7        THE MASTER:  Very well.  I would appreciate if you would

8    prepare a written list of the defendants for whom you have made

9    that stipulation.

10       MR. SACHSE:  I will do so, your Honor.  There will be a

11   slight hazard that there may be an overlap, several of them

12   own parcels in other watersheds.

13       THE MASTER:  It will apply only to the land in this Fall-

14   brook Creek watershed?

15       MR. SACHSE:  Yes, your Honor.  May I mail that to you,

16   with a copy to counsel?

17       THE MASTER:  Yes.

18       MR. SACHSE:  I can get that done in the next 24 hours.

19       THE MASTER:  Is there any defendant here then who wishes

20   to present any evidence with reference to the Fallbrook Creek

21   watershed?

22       MR. SACHSE:  Excuse me, your Honor.  This is a partial

23   list now, indexed to the exhibits we have thus far received.

24   Now, I haven't checked it against L, M, N and O, but I will

25   mail you a list covering the rest.

3622

THE MASTER:  If you can mail a complete list then, or at least prepare a copy of a complete list so that it can at a later session of the Court be introduced in evidence.

MR. SACHSE:  These are the parcel numbers used by the United States in its exhibits.   This is the title of the exhibit, Section 19, F-4-A, B and C, and so on.  Now, if I supply a list of all of the exhibits on the Fallbrook Creek that is what you want?

THE MASTER:  Yes, so that can be a part of the record of the hearing.  All right.

We will proceed at this time to the presentation of evidence with reference to the area between Fallbrook Creek and the Santa Margarita River, and west of the Rainbow Creek watershed, being understood that the additional evidence will be submitted by the United States as the owners and property descriptions in the Fallbrook Creek watershed, and that the F-4 series will be marked to indicate the riparian properties which were included in it, which are now shown only on Exhibit 2.

LCDR REDD:  Yes, sir.  Now, how will we mark these in this new area here?  Can we mark these as continuing the general Fallbrook area?

THE MASTER:  I think that is as convenient as any, bearing in mind that some of the Fallbrook Creek maps will be used in this series.

LCDR REDD:  Actually this is rather an arbitrary division

1     we are making here now, for the convenience of introducing the

2     exhibits.  This will be--

3              THE MASTER:  F-5.

4              LCDR REDD:  F-5.

5

6                        ALLEN C. BOWEN,

7     recalled as a witness, having been previously sworn, testified

8     further as follows:

9

10                      DIRECT EXAMINATION

11    BY LCDR REDD:

12        Q  I show you what has been marked as Exhibit F-5 for

13    Identification and ask you to identify it.

14        A  Plaintiff's Exhibit F-5 for Identification is an

15    index or a key to the Assessor's maps for the area south of the

16    Santa Margarita River and north of the Fallbrook Creek watershed.

17    The area is bounded on the west by--partially by the Naval

18    Reservation boundary, and on the east by the crest of the drain-

19    age between Rainbow Creek on the right, and minor affluent to

20    Santa Margarita River on the left.  These heavy black lines

21    indicate watershed crests.

22             THE MASTER:  The area between the heavy black lines in

23    the lower right-hand corner is the portion of the Fallbrook

24    Creek watershed.  Is that correct?

25             THE WITNESS:  That is the lower left-hand corner, your

2624

1    Honor.  Yes, sir, that is the Fallbrook Creek watershed, a

2    portion of it.

3         THE MASTER:  Very well.  This will be received in evi-

4    dence as Plaintiff's Exhibit F-5.

5    BY LCDR REDD:

6         Q  Now, the numbers, could you explain what the numbers

7    in the capsules are on here for the record?

8         A  Yes, sir.  The map is divided into irregular areas

9    conforming with the Assessor's map; the boundaries of the

10   Assessor's maps are shown by different patterns of outlines,

11   plus a double dashed line, and inside each of these patterns

12   is a number in a capsule; the number indicates the book, page

13   and sheet number, if any, of the Assessor's map.  For example,

14   in the upper left-hand corner it is noted that 94W-12 appears

15   in the capsule, that is from County Assessor's book 94W, page

16   12, and similarly throughout the key.

17        THE MASTER:  It is the same general system that was used

18   in indicating the maps on the Fallbrook Creek watershed.  Is

19   that correct?

20        THE WITNESS:  Yes, your Honor.  It should be noted, sir,

21   that in the lower left portion of the key where the pages and

22   sheets are rather small that the numbers of those sheets appear

23   in capsules below the particular page indicated, with a line and

24   an arrow indicating a particular area to which that sheet

25   applies.  For example, the bottom capsulated number is 94W-13,

1   P-3, with a line which extends left and up to an arrowhead

2   terminating in a rectangle, hatched in a diamond-shaped design,

3   indicating that that is the sheet referred to by the number.

4       LCDR REDD:  Your Honor, we have this next group of

5   Assessor's maps.  Now, we have in the Fallbrook Creek area, we

6   have here A, B, C, D, E, F, up through O.  Now, this next area

7   here--  Wait a minute.

8       I would suggest on these we start over with F-6-A, B, C,

9   D.

10      THE MASTER:  I think that is the best thing to do, yes.

11  F-6-A, B, C, D.

12      MR. SACHSE:  In other words, the 93W-8, for example, in

13  the upper right-hand corner may be F-6-A, or F-6-J?

14      LCDR REDD:  Yes, sir.  Could I state for the record that

15  the maps that were included in the Fallbrook Creek watershed

16  area that have already been introduced into evidence, where

17  those include areas in this portion that we are considering

18  today of the watershed, we are not introducing those, but they

19  can be considered in the other section which shows the watershed

20  line drawn in.

21      THE MASTER:  Yes, that is understood, that you will not

22  duplicate maps such as the map covering 93W-18, P-1, which was

23  already introduced for Fallbrook Creek?

24      LCDR REDD:  Yes, sir.

25      Q  I show you what has been marked as F-6-A for Identifi-

    cation and ask you to identify it.

1          A  Plaintiff's Exhibit F-6-A  for Identification is a

2     copy of Assessor's map, book 93W, page 7, sheet 1 of 3, San

3     Diego County, California.

4          MR. SACHSE:  That is F-6-A?

5          THE WITNESS:  F-6-A, yes, sir.

6          MR. SACHSE:  Thank you.

7          THE WITNESS:  Referring to Plaintiff's Exhibit F-5, your

8     Honor, Plaintiff's Exhibit F-6-A appears in the northwest

9     quarter of Section 7, Township 9 South, Range 3 West, and in-

10    cludes a portion of the Santa Margarita River.  The river is

11    delineated on Plaintiff's Exhibit F-6-A.

12         THE MASTER:  And the only portion of the property shown

13    on this map then which is now under consideration is the portion

14    lying south and west of the course of the river?

15         THE WITNESS:  Yes, your Honor.

16         LCDR REDD:  I have no further questions concerning this.

17         THE MASTER:  Do you want to offer these separately, or

18    offer them all at once?

19         LCDR REDD:  I can offer them all at once.

20         THE MASTER:  I think it is quicker to offer them all at

21    once.

22    BY LCDR. REDD:

23         Q  I show you what has been marked as Exhibit F-6-B for

24    Identification and ask you to identify it.

25         A  Plaintiff's  Exhibit F-6-B for Identification is a

2627

1   copy of San Diego County Assessor's map, book 93W, page 7,

2   sheet 2 of 3.  This map has plotted on it in a heavy black line

3   the thread of the stream of the Santa Margarita River running

4   generally from east to west across the middle of the area shown

5   on the exhibit.  Plaintiff's Exhibit F-6-B appears on the

6   key map Plaintiff's Exhibit F-5 as the northeast quarter and

7   a portion of the southeast quarter of Section 7, 9 South, 3

8   West.

9       LCDR REDD:  No further questions.

10       THE MASTER:  Well, this also includes property in the

11   southwest quarter of the same section, does it not?  That is,

12   it  includes all of the northeast, all of the southwest, and

13   part of the southeast?

14       THE WITNESS:  Yes, your Honor, that is correct.

15       THE MASTER:  And the only portion considered in the testi-

16   mony we are now to hear would be the portion lying generally

17   south of the Santa Margarita River?

18       THE WITNESS:  Yes, your Honor.

19       THE MASTER:  Very well.

20   BY LCDR REDD:

21       Q  I show you what has been marked as Exhibit F-6-C for

22   Identification and ask you to identify it.

23       A  Plaintiff's Exhibit F-6-C is a copy of San Diego

24   County Assessor's map, book 93W, page 7, sheet 3 of 3, and de-

25   picts the portion of the southeast quarter of Section 7, 9 South,

1    3 West, which was not depicted on the Plaintiff's Exhibit F-6-B.

2    THE MASTER:  And all of the property shown on this parcel

3    is included except in the extreme upper left-hand corner where

4    the heavy black line indicates the course of the river.  Is

5    that correct?

6    THE WITNESS:  That is correct, your Honor.

7    BY LCDR REDD:

8    Q  I show you what has been marked as Exhibit F-6-D for

9    Identification and ask you to identify it.

10   A  Plaintiff's Exhibit F-6-D for Identification is a

11   copy of San Diego County Assessor's map, book 93W, page 8.

12   Delineated on this map is a heavy black line running generally

13   north and south through Parcel 11-X-1 into Parcel 10.  That

14   heavy black line, the north-south one, is the crest of the

15   watershed between Rainbow Creek on the right, or on the east,

16   and a minor affluent of the Santa Margarita River to the west.

17   The irregular black line which is drawn from the northern

18   extremity of the watershed line described to

19   the westerly margin of the map in Parcel No. 14 is the thread

20   of the stream of the Santa Margarita River.  This particular

21   Exhibit F-6-D is depicted on Plaintiff's Exhibit F-5 in the

22   upper right-hand corner, all of Section 8, 9 South, 3 West.

23   Q  And the only portion that has been considered today is

24   the portion to the left of the vertical black line which shows

25   the  crest of the watershed, and south of the irregular line

1    showing the thread of the Santa Margarita River.  Is that correct?

2         A   That is correct.  West of the crest line and south of

3    the river.

4         THE MASTER:  Now, I notice that on F-6-C there is an

5    irregular area to the right of Section 7, which actually appears

6    to be a portion of Section 8, and in the lower right-hand corner

7    of Exhibit F-6-D is a reference stating "See detail."

8         Now, in making your parcel numbers are you referring to

9    the parcel--for this particular property are you referring to

10   the parcel numbers as shown on Exhibit F-6-C for this particular

11   small area?

12        THE WITNESS:  That same area is detailed, your Honor,

13   on Plaintiff's Exhibit F-6-D immediately to the left of the

14   area described where the inscription "See detail" is recorded.

15   It coincides, as your Honor has pointed out, however, with

16   Parcel 42, which appears on Plaintiff's Exhibit F-6-C.

17        THE MASTER:  So that your parcel number for this particular

18   area would be Parcel 42, for the area shown on F-6-C.  Is that

19   correct?

20        THE WITNESS:  Yes, your Honor.

21   BY LCDR REDD:

22        Q   I show you what has been marked as F-6-E for Identifi-

23   cation and ask you to identify it.

24        A   Plaintiff's Exhibit F-6-E for Identification is a

25   copy of San Diego County Assessor's map, book 93W, page 17,

1   sheet 1 of 4.  That is keyed to Plaintiff's Exhibit F-5, and

2   is shown as depicting the northwest quarter of Section 17,

3   9 South, 3 West.  The entire quarter is within the area being

4   considered.

5          THE MASTER:  Very well.

6          LCDR REDD:  No further questions.

7          Q  I show you what has been marked as Exhibit F-6-F for

8   Identification and ask you to identify it.

9          A  Plaintiff's Exhibit F-6-F for Identification is a copy

10  of San Diego County Assessor's map, book 93W, page 17, sheet

11  2 of 4.  Referring to Plaintiff's Exhibit F-5, the key shows

12  this portion, F-6-F, as being the northeast quarter of Section

13  17, 9 South, 3 West, traversed by the crest of the watershed

14  between Rainbow Creek and the minor affluent of the Santa Mar-

15  garita River.  This crest line is shown on Plaintiff's Exhibit

16  F-6-F as a solid black line running generally in a northerly-

17  southerly direction.  The area being considered is that area

18  lying to the west of this solid black line.

19         LCDR REDD:  No further questions.

20         THE MASTER:  That is all.

21  BY LCDR REDD:

22         Q  I show you what has been marked as Exhibit F-6-G for

23  Identification and ask you to identify it.

24         Q  Plaintiff's Exhibit F-6-G for Identification is a copy

25  of San Diego County Assessor's map, book 93W, page 17, sheet 3

of 4.  Referring to Plaintiff's Exhibit F-5, it is noted that
this area is the southeast quarter of Section 17, and a portion
of the southwest quarter of Section 17, 9 South, 3 West.  On
Plaintiff's Exhibit F-6-G is a solid black line which begins
in the upper right-hand corner of the area depicted, forks--
one fork running to the northwest, the other to the southwest.
That line is the crest of the watershed line.  The southerly of
the two lines is the crest of the Santa Margarita River water-
shed.  The area lying south of the line which extends from the
northeast to the southwest across Plaintiff's Exhibit F-6-G
is in the San Luis Rey watershed.  The area which is east of
the northward projecting line and north of the Santa Margarita
watershed line is in the Rainbow Creek watershed; and the re-
maining area, that being the northwesterly portion of Plaintiff's
Exhibit F-6-G, is in the area being considered.

      LCDR REDD:  No further questions.

      THE MASTER:  That is all.

BY LCDR REDD:

      Q  I will show you what has been marked as F-6-H for
Identification and ask you to identify it.

      A  Plaintiff's Exhibit F-6-H for Identification is a
copy of San Diego County Assessor's map, book 94W, page 12--

      MR. SACHSE:  94W, page 12?

      THE WITNESS:  94W.  That lies in the extreme northwest
corner of the area depicted on Plaintiff's Exhibit F-5, and

2632

1   marked in a capsule as 94W-12.  It is bounded in the southwest

2   portion by the Naval Reservation boundary, shown on Plaintiff's

3   Exhibit F-6-H as the boundary of the Rancho Santa Margarita

4   y Las Flores.  The Santa Margarita River flows through this

5   portion depicted on F-6-H, but it has not been delineated.

6   It generally parallels the double line which is shown as a

7   dirt road on Plaintiff's Exhibit F-6-H.  It enters the Naval

8   Reservation generally paralleling and north of the double line

9   at the bottom of the map shown as a dirt (fair) road.  That is

10   now an asphalt road, which is known as the De Luz Road, your

11   Honor, that proceeds from Fallbrook to the community of De

12   Luz.

13       THE MASTER:  Well, this exhibit can be removed at a

14   later time to have marked upon it the actual course of the river.

15       LCDR REDD:  Yes, sir, we will do so, your Honor.

16       Q  I show you what has been marked as Exhibit F-6-I for

17   Identification and ask you to identify it.

18       Q  Plaintiff's Exhibit F-6-I for Identification is a

19   copy of San Diego County Assessor's map, book 94W, page 13,

20   sheet 2 of 4.  Referring to Plaintiff's Exhibit F-5, in the

21   westerly portion, a small square with the number 94W-13, P-2

22   in a capsule with an arrow extending from the capsule to the

23   white portion of the square, that square being the same as

24   Plaintiff's Exhibit F-6-I.

25       THE MASTER:  The entire  area is here considered?

2633

1      THE WITNESS:  Yes, sir.  Appearing on F-6-I in the westerly

2  portion of the area is a double line which is the hard surfaced

3  Fallbrook-De Luz Road, traversing the area in a northerly-

4  southerly direction.

5  BY LCDR REDD:

6      Q  I show you what has been marked as Exhibit F-6-J for

7  Identification and ask you to identify it.

8      A  Plaintiff's Exhibit F-6-J for Identification is a copy

9  of San Diego County Assessor's map, book 94W, page 13, sheet

10  3 of 4.  The Fallbrook-De Luz Road is shown on this map as the

11  double line running in a north-south direction approximately

12  through the center of the area depicted.  This area is shown on

13  Plaintiff's Exhibit F-5 as a rectangular area in the southwesterly

14  corner of the area under consideration this morning.  The number

15  of this particular sheet appears as the bottom one on Plaintiff's

16  Exhibit F-5, contained in a capsule with a line extending

17  westerly and northerly terminating in an arrowhead within the

18  area of the--within the area depicted on Plaintiff's Exhibit

19  F-6-J.  That entire  area on F-6-J is within the portion of the

20  watershed being considered this morning.

21      THE MASTER:  And the area considered on that map is only

22  the portion within the heavy dark lines, even though certain

23  other streets are marked on the map outside the boundaries?

24      THE WITNESS:  Yes, sir.  The westerly--or, easterly

25  boundary of the area of F-6-J is Main Street as shown on the

1  map.

2  BY LCDR REDD:

3      Q   I show you what has been marked as F-6-K for Identifi-

4  cation and ask you to identify it.

5      A   Plaintiff's Exhibit F-6-K for Identification is a

6  copy of San Diego County Assessor's map, book 94W, page 13,

7  sheet 4 of 4.  Bounded on the west by the Rancho Santa Margarita

8  grant line, which is now the Naval Reservation boundary.

9  Plaintiff's  Exhibit F-6-K is shown on the index in the south-

10  easterly portion of Plaintiff's Exhibit F-5 with the number of

11  the book, page and sheet contained in a capsule underneath the

12  words "United States Naval Ammunition Depot," and a straight

13  line extending from the capsule terminates in an arrowhead within

14  the area depicted on Plaintiff's Exhibit F-6-K.  The entire area

15  of F-6-K is within the area being considered this morning.

16      LCDR REDD:   Could I have a moment here to check this?

17  I want to check one more map out.

18      THE MASTER:   Certainly.

19  BY LCDR REDD:

20      Q   I show you what has been marked as Exhibit F-6-L for

21  Identification and ask you to identify it.

22      A   Plaintiff's Exhibit F-6-L for Identification is a copy

23  of San Diego County Assessor's map, book 94W, page 13, sheet

24  1 of 4.  The area bounded by the heavier line is the area that

25  is depicted on sheet 1.  The double line road running in a

1    northerly-southerly direction is the Fallbrook-De Luz Road.

2    In the northern portion of the map is a road junction, which is

3    the junction between the River Road to the right or east, and the

4    De Luz Road to the left or west.  Plaintiff's Exhibit F-6-L is

5    depicted on Plaintiff's Exhibit F-5, and shows that the westerly

6    boundary is coincident with the Santa Margarita grant line,

7    now the Naval Reservation boundary.  It encircles on three sides

8    the  Plaintiff's Exhibit Assessor's 94W, 13, sheet 2 of 4.

9    THE MASTER:  That is Plaintiff's Exhibit F-6-I?

10    THE WITNESS:  Plaintiff's Exhibit F-6-I, yes, sir.

11    LCDR REDD:  Your Honor, this gives us complete coverage

12    of the area within the watershed being considered today, and

13    coupled with the Assessor's maps introduced during the Fallbrook

14    Creek hearings.

15    MR. SACHSE:  What about the one in the middle, 93W, 7,

16    page 2 it says?

17    THE MASTER:  What was that, Mr. Sachse?

18    MR. SACHSE:  This is one up in the middle, 93W, 7, page

19    2, there is a cross hatched line around it.

20    THE MASTER:  That has been introduced.

21    MR. SACHSE:  What about this one?

22    THE MASTER:  It is all on the same map.

23    MR. SACHSE:  On the same one.  I didn't understand.

24    THE MASTER:  Apparently from the Exhibit F-5, 94W, 43,

25    page 9 and 39, and 94W, 43, page 8.

2636

1        Shall we take a recess, and maybe you and Col. Bowen

2   can check those.

3        LCDR REDD:  Yes, sir.

4        (Recess.)

5        THE CLERK:  Court is now in session.

6   BY LCDR REDD:

7        Q  Col. Bowen, we had testimony at the previous hearing

8   on the Fallbrook Creek watershed with reference to Exhibits

9   F-1-A, F-1-FA, which is Assessor's map 94W, 39, and F-1-GA,

10  which is Assessor's map 94W, 40, and F-1-SA, which is Assessor's

11  map 94W, 43, 8, or page 8, and 94W, 43, page 9, which is F-1-TA.

12       Now, I think at that time there was testimony to the

13  effect that these lands on those maps was within the Fallbrook

14  Creek watershed.  Do you have any further testimony with respect

15  to that at this time?

16       A  Yes, sir, that testimony was incorrect.  Your Honor,

17  these four plaintiff's exhibits enumerated by Mr. Redd, lying

18  north of the Fallbrook Creek watershed and wholly within the

19  area being considered by your Honor today, shown on Plaintiff's

20  Exhibit F-5 as lying in the southwesterly corner of the index

21  and north of Fallbrook Creek watershed, the Assessor's book,

22  page and sheet numbers are indicated in the capsules outside the

23  boundaries of the sheet indicated, they represent four sheets

24  which together form a rectangle or square.

25       THE MASTER:  Off the record a minute.

         (Discussion off record.)

1        THE MASTER:  The maps which have been referred to and

2   identified by Col. Bowen will be received in evidence as Exhibits

3   F-6-A to F-6-L, inclusive.  And the other maps, F-1-FA, F-1-GA,

4   F-1-SA, and F-1-TA will be received in connection with this

5   area; and the testimony previously given that the properties

6   shown on those maps is in the Fallbrook Creek watershed will

7   be disregarded in light of the subsequent testimony that the

8   property is north of the Fallbrook Creek watershed.  And the

9   other maps which were introduced in connection with the Fallbrook

10  Creek watershed will be considered in connection with this

11  property in so far as they depict property which is north of

12  the Fallbrook Creek watershed.

13        Very well, you may proceed.

14  BY LCDR REDD:

15        Q  Col. Bowen, are you familiar with the area which is

16  covered by the map which has been introduced into evidence as

17  F-5, our key map?  Are you familiar with the soils in that

18  general area?

19        A  I am generally familiar with them, yes, sir.

20        Q  Now, excluding the properties which would abut upon

21  the Santa Margarita River on the north, what is the general

22  nature of the soils of the remainder of this portion that we

23  are considering on the hearing today?

24        A  They are what are known as primary soils throughout the

25  bulk of the area being considered, that is north of Fallbrook

1    Creek and south of the properties contiguous to the Santa Mar-

2    garita River the soils are formed largely from residuum which

3    is weathered in place.

4        Q  Now, referring to Exhibit F-5, the portion on the right-

5    hand side, I notice an intermittent stream drawn in which

6    crosses the capsule with the symbol 93W, 17, P-1, one of the

7    branches of that stream crosses that.  Along that stream are

8    there any deposits of alluvium?

9        A  Well, none to my  knowledge.  This slope from the

10   watershed line to the north is fairly steep, and those small

11   intermittent streams which flow northerly to confluence with the

12   Santa Margarita River have a very steep gradient and there is

13   negligible, if any, deposition of alluvial along their courses.

14       Q  Now, would that be true of the other intermittent

15   streams that are shown on Exhibit F-5 that flow northward and

16   to the Santa Margarita River?

17       A  Yes, sir.

18       Q  Now, to your knowledge, with the exception of the

19   properties which are--which abut upon the Santa Margarita River,

20   are there any deposits of alluvium which would be sufficient to

21   store an appreciable quantity of water within the area that we

22   are holding hearings on today?

23       A  There is none.

24       Q  With the exception of those properties abutting upon

25   the Santa Margarita River what would be the nature of groundwaters

2639

found within the area we are considering today?

A   The groundwater in this area lying southerly of the properties contiguous to the Santa Margarita River, between the confluence of Rainbow Creek with that river, and the entrance of the river into the Naval Reservation, southerly to the crest of the Fallbrook Creek watershed, and that portion of the Santa Margarita watershed line as shown on Plaintiff's Exhibit F-5 between the Fallbrook Creek watershed and the Rainbow Creek watershed, bounded on the east by the Rainbow Creek watershed and on the west by the Naval Reservation boundary, within that area just described it is my opinion that the groundwater, if any, is vagrant, percolating, and not confined to any definite channel or basin or sub-basin.

Q   And would these be a part of the Santa Margarita River stream system?

A   The waters, in my opinion, would not be a part of the stream system of the Santa Margarita River.

LCDR REDD:   No further questions.

MR. SACHSE:   I think I have just one question, your Honor.


CROSS-EXAMINATION

BY MR. SACHSE:

Q   You excluded from your last answer, Col. Bowen, the lands that are contiguous to the Santa Margarita River.   Is that correct?

3640

1          A   Yes, sir.

2          Q   However, by your answer you do not mean to imply that

3     there cannot be parts of lands that are contiguous to the river

4     which also overlie purely vagrant, local water, depending upon

5     the size of the holding and how far up the hill it extends?

6          A   No, sir, I do not imply that.

7          MR. SACHSE:   I have no further questions.

8          THE MASTER:   Now, what is the nature of the tributaries

9     which are shown on Plaintiff's Exhibit F-5 as flowing north into

10    the Santa Margarita River?   LCDR Redd referred to one of them.

11    There are two or three others.   Can you state during what

12    periods of time those tributaries flow, referring to each one

13    separately, if necessary, or referring to them collectively if

14    that is possible?

15         THE WITNESS:   Your Honor, may I have reference to Plain-

16    tiff's Exhibit US Topographic Quadrangle?

17         THE CLERK:   Is that downtown?

18         THE MASTER:   The exhibits that were introduced with

19    reference to De Luz Creek are all in San Diego.

20         THE WITNESS:   Your Honor, if I may refer to a copy of

21    a map which has been introduced in evidence in the Court in

22    San Diego, this map doesn't show the stream, either, but there

23    is a stream which more or less parallels the Fallbrook-De Luz

24    Road as shown on Plaintiff's Exhibit F-5 as a double line,

25    extending northerly through Section 13, where it joins the

2641

1    Santa Margarita River Road, continuing on to the north and the

2    east, and the De Luz Road continuing on to the west.  There is

3    an intermittent stream paralleling that road which I have seen

4    running as late as July, but in my opinion the water in those

5    streams that late in the year is largely due to return flow from

6    irrigation.  Now, with the exception of that return of irriga-

7    tion water, it is my opinion that these intermittent streams

8    flowing northerly to the  Santa Margarita River within this

9    area your Honor is considering this morning are intermittent

10   and flow only during and immediately following periods of high

11   rainfall and runoff.

12        THE MASTER:  In other words, in its natural condition even

13   the stream that you have referred to would not be flowing

14   immediately after periods of high precipitation?

15        THE WITNESS:  No, sir.

16        LCDR REDD:  No further questions.

17        MR. SACHSE:  Nothing further, your Honor.

18        THE MASTER:  Off the record.

19        (Discussion off record.)

20        THE MASTER:  Back on the record.

21        It is understood that the property which is actually

22   riparian to the Santa Margarita River will be considered in the

23   hearings held before Judge Carter in San Diego.  It is also

24   understood that LCDR Redd will furnish by mail to Mr. Sachse

25   and to me the remaining portion of the F-4 exhibit listing

2642

1   owners and parcel descriptions in the Fallbrook Creek area, and

2   that I may then consider that list as if it had been introduced

3   in evidence, and may proceed to prepare findings, tentative

4   findings on the Fallbrook Creek property.

5       The hearings before the  Master will then be adjourned

6   until Monday, December 1st, at 9:30, the time set for hearing

7   arguments with reference to the tentative findings which have

8   been prepared on the De Luz Creek watershed.  And as soon as

9   the argument in connection with those findings has been com-

10  pleted, either on that day or whatever date that hearing has

11  been adjourned to, hearings will be resumed with reference to

12  the area now being considered north of the Fallbrook Creek

13  watershed, and the plaintiff will at that time have ownership

14  lists and parcel descriptions similar to the F-4 series in the

15  Fallbrook Creek area ready to present in evidence; and any

16  defendant or the plaintiff may present additional evidence with

17  reference to this area at that time.  Is that agreeable to

18  counsel?

19      LCDR REDD:  Yes, sir.

20      MR. SACHSE:  That is satisfactory, your Honor.

21      THE MASTER:  Very well.   Then the hearing will now be

22  adjourned until December 1st at 9:30.

23      LCDR REDD:  Just one thing.  We have permission to with-

24  draw the exhibits that have been introduced on the property

25  lists on Fallbrook Creek to indicate the  riparian  nature on

1    the F-4 series?

2        THE MASTER:   That is correct.   And also to withdraw I

3    believe it is F-6-H so as to mark the course of the Santa

4    Margarita River on that map.

5        LCDR REDD:   Yes, sir.

6        THE MASTER:   Very well.

7        (Hearing adjourned until December 1st.)

8

9

10

11                        - - - O - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25