ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

BEFORE HON. JOHN M. CRANSTON, SPECIAL MASTER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

Defendants.

No. 1247-SD-C

REPORTER'S TRANSCRIPT

**FILED**

SEP 2 4 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

| | |
|---|---|
| **Volume:** | 25 |
| **Pages** | 2813-2831 |
| **Date:** | March 2, 1959 |
| **Place:** | Fallbrook, California |

RANDOL, FIVECOAT & STEWART

CERTIFIED SHORTHAND REPORTERS
1113 FIRST NATIONAL BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-4191

2813

1  APPEARANCES:

2

3          LCDR. DONALD W. REDD, U.S.N,
            For the United States of America.

4          FRANZ R. SACHSE, ESQ.,
            For Defendant Fallbrook Public Utility

5          District and named individual defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## INDEX TO WITNESSES

2

3
For the Plaintiff:                              Direct      Cross

4
     Allen C. Bowen                          2815        2826

5

6

## EXHIBITS

                                                          In Evidence

7
F-7-A      Assessor's Map                          2817
F-7-B        "              "                       2819

8
F-7-C        "              "                       2822
F-7-D        "              "                       2823

9
F-7-E        "              "                       2824
F-7-F        "              "                       2825

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2814

1    Fallbrook, California, Monday, March 2, 1959.   9:40 A. M.

2

3         THE CLERK:   Court is now in session.

4         THE MASTER:   Will counsel state their appearance for

5    the record?

6         LCDR REDD:   Lieutenant-Commander Redd for the United

7    States of America.

8         MR. SACHSE:   Franz R. Sachse for Fallbrook Public

9    Utility District and named individual defendants.

10        THE MASTER:   There appear to be no defendants present

11   in propria persona.

12        Are you ready to proceed, Commander?

13        LCDR REDD:   Ready to proceed.

14        Your Honor, at this time we have the property descrip-

15   tions for the area south of the Santa Margarita River, below

16   the confluence of the Santa Margarita River with the Rainbow

17   Creek, and above Fallbrook Creek and over to the boundary of

18   the Naval enclave.

19        THE MASTER:   Then I would suggest you proceed to identify

20   those.

21        LCDR REDD:   I will Call Col. Bowen at this time then

22   to identify these.

23        THE MASTER:   Very well.

24

25

2815

1                          ALLEN C. BOWEN,

2   recalled as a witness, having been previously duly sworn,

3   testified further as follows:

4

5                        DIRECT EXAMINATION

6          LCDR REDD:  I would like to have these marked as exhibits

7   for identification.

8          THE MASTER:  Off the record.

9          (Discussion off record.)

10         LCDR REDD:  I would suggest F-7 on these. A, B, C, D.

11         F-7-A is 9 South, 3 West, 7 and 8.

12         Q  I show you what has been marked as Exhibit F-7-A

13   for Identification, and ask you to describe it.

14         A  F-7-A for Identification is a document consisting of

15   30 pages entitled Assessor's Map for area south of Santa

16   Margarita River between Fallbrook Creek and Rainbow Creek

17   watersheds, Sections 7 and 8, Township 9 South, Range 3 West,

18   San Bernardino Base Line and Meridian.

19         Q  Now, what does this contain?

20         A  Plaintiff's Exhibit F-7-A for Identification contains

21   descriptions of properties within the two sections given, and

22   lists the apparent owners of those properties.

23         Q  Now, is there any indication on these as to whether

24   these properties are riparian to the river?

25         A  Yes.

2816

1       Q  And how are the properties riparian to the Santa

2  Margarita River denoted?

3       A  On the left-hand margin of each page in the document

4  F-7-A for Identification appear stamped in blue ink the letters,

5  capital letters, RR, for those properties that are riparian

6  to the river.

7       Q  Now, are the properties which are riparian to

8  tributaries which were described by you in earlier testimony

9  as intermittent streams, is there any indication as to which

10  properties are riparian to those?

11       A  Yes.

12       Q  And how are they denoted?

13       A  Well, in the left-hand margin of the document F-7-A

14  for Identification appear the letters RT stamped in blue ink,

15  adjoining those properties which are riparian to a tributary

16  of the Santa Margarita River.

17       THE MASTER:  Now, if those letters appear, the tributary

18  referred to is one which flows only during and immediately

19  after periods of heavy precipitation.  Is that correct?

20       THE WITNESS:  Yes, sir.

21  BY LCDR REDD:

22       Q  Now, were these exhibits prepared in your office?

23       A  Yes, sir.

24       Q  And under your direction?

25       A  Yes, sir.

2817

F7A

1    LCDR REDD:  I offer F-7-A into evidence as an exhibit.

2    THE MASTER: That will be received in evidence, and so

3  marked.

4    MR. SACHSE:  Your Honor, could we go off for just a

5  second?

6    THE MASTER:  Yes.

7    (Discussion off record.)

8    MR. SACHSE:  Then, Colonel, if you will look-- Maybe you

9  want to make marks on your own copies of these, because I think

10  it will help you.

11    THE MASTER:  Excuse me a minute.  Can I have a copy of

12  that, Commander?

13    LCDR REDD:  Yes, sir.

14    MR. SACHSE:  On Parcel 93-W-7-1, Sickey, the entire

15  riparian portion of that parcel has been purchased by the

16  Fallbrook Public Utility District, and the remainder is no

17  longer riparian.

18    On 93W-7-3, Bradshaw and others, the entire riparian to

19  the river portion of that parcel has been purchased by the

20  Public Utility District, and the balance severed.

21    On page 5, 93W-7-11, Bailey, the entire parcel has been

22  purchased by the F.P.U.D.

23    Page 8, 93W-7-15-X-1, Kunkel, the entire parcel purchased

24  by the F.P.U.D.

25    On page 16, 93W-7-31-X-1 and 35-X-1 that has partially

1   been purchased by the F.P.U.D.

2           LCDR REDD:  Has there been a severance?

3           MR. SACHSE:  Well, you don't show it as riparian.  If it

4   is riparian to a tributary there has been a severance, west of

5   the portion that is in the tributary.

6           On page 19, 93W-7-36-2, that is partially purchased by

7   the F.P.U.D.

8           On page 21, 93W --

9           THE MASTER:  Excuse me, Mr. Sachse.  On this page 19 you

10  say partially purchased.  The riparian portion has been pur-

11  chased, and there is a severance?

12          MR. SACHSE:  I am not sure.  This says riparian to a

13  tributary.  I don't think we have taken it all.

14          On page 21, 93W-7-38 has been entirely purchased by the

15  Fallbrook Public Utility District.

16          And on page 23, 93W-7-40 has been entirely purchased by

17  the Fallbrook Public Utility District.

18          And page 29, 93W-8-17, Loer, L-o-e-r, that has been

19  partially purchased and I believe severed.

20          Now, there are, I would like the record to indicate,

21  other parcels here where the District has purchased all or a

22  part of the land that I have not yet mentioned, but in those

23  cases I am not sure what we have done, and I would prefer giving

24  you a list and supplying it also to counsel for the United

25  States.

1      THE MASTER:  Very well. Can you have such a list avail-

2  able by the--

3      MR. SACHSE:  I will try to work it up before the week is

4  out and mail it to you and Commander Redd, and he can incorporate

5  the list back to the exhibits.

6      THE MASTER:  Very well.

7  BY LCDR REDD:

8      Q  I now hand you what has been marked as F-7-B for

9  Identification and ask you to describe it.

10     A  Plaintiff's Exhibit F-7-B for Identification is a

11  document comprised of 53 pages, entitled Assessor's Map for

12  area south of Santa Margarita River between Fallbrook Creek

13  and Rainbow Creek watersheds, Section 17, Township 9 South,

14  Range 3 West.  The document contains descriptions of property

15  within that Section 17, the names of the apparent owners of

16  the property, and the symbols in the left-hand margin RR to

17  indicate riparian to the river, and RT to indicate riparian

18  to a tributary.

19     THE MASTER:  Here again in each case where it is

20  riparian to a tributary, the tributary flows only during and

21  immediately after periods of heavy precipitation?

22     THE WITNESS:  Yes, sir.

23     LCDR. REDD:  I offer F-7-B for Identification into

24  evidence.

F7B    25     THE MASTER:  That will be received in evidence as

1    Plaintiff's Exhibit F-7-B.

2    BY LCDR REDD:

3        Q   I now show you what has been marked F-7-C for

4    Identification, and ask you to describe it.

5        THE MASTER:  By the way, Mr. Sachse, were you prepared

6    to--

7        MR. SACHSE:  I see a couple of them here.  If it helps

8    the United States they can start some of this checking now.

9        THE MASTER:  I think to the extent that you can give

10   the information now it will be well for you to do it, with the

11   understanding that it is not intended to be complete.

12       MR. SACHSE:  Well, the very first one, Smith and Fix,

13   on page 1, is all Public Utility District.

14       Then there is very few more in this.  Just a moment.

15       On page 3, Nicola, the first parcel on page 3, is

16   partly F.P.U.D., and I believe severed from its connection with

17   the tributary.

18       THE MASTER:  When you say severed, you mean the balance

19   still owned by Nicola is severed?

20       MR. SACHSE:  Yes.

21       Then on page 9, Stenton, is partly owned by the Fall-

22   brook Public Utility District.  And I believe the United States

23   should check this.  I think they will find that this involves a

24   severance, and that it was riparian to the river.  They don't

25   indicate it as riparian.

1    That is all I have on that that I can say anything about

2  now.

3    THE MASTER:  Any additional parcels that have been

4  purchased, or any questions as to the status, you will indicate

5  in the list to be furnished?

6    MR. SACHSE:  Yes, sir.

7    LCDR REDD:  Could you read back the last question and

8  answer with reference to this?

9    (Record read.)

10  BY LCDR REDD:

11    Q  Could you now describe F-7-C for Identification?

12    A  Plaintiff's Exhibit F-7-C for Identification is a

13  document comprised of 15 pages, it shows, or contains a

14  description of lands within Section 18, Township 9 South,

15  Range 3 West, which are contained in the area south of the

16  Santa Margarita River between Fallbrook Creek and Rainbow

17  Creek watersheds.  The apparent owners of each parcel so listed

18  are named, and the symbols RT, indicating that the properties

19  are riparian to a tributary, appear in the left-hand margin of

20  the document.  None of the parcels in this section are riparian

21  to the river.

22    If I may have Plaintiff's Exhibit F-7-B, Mr. Redd.

23    I believe, your Honor, that I testified in regard to

24  Plaintiff's Exhibit F-7-B that the symbol RR appeared, and that

25  was in error inasmuch as none of the parcels in Section 17,

1  9 South, 3 West are riparian to the Santa Margarita River.

2  THE MASTER:  And the tributaries referred to in Exhibit

3  F-7-C for Identification are likewise tributaries which flow

4  only during and immediately after periods of heavy precipita-

5  tion?

6  THE WITNESS:  Yes, your Honor.

7  LCDR REDD:  I offer F-7-C for Identification into

8  evidence.

F7C  9  THE MASTER:  That will be received and so marked.

10  MR. SACHSE:  A quick review, your Honor, indicates that

11  none of those in F-7-C are involved in the Fallbrook Public

12  Utility District purchases.

13  THE MASTER:  Very well.

14  BY LCDR REDD:

15  Q  I show you what has been marked as F-7-D for Iden-

16  tification, and ask you to describe it.

17  A  Plaintiff's Exhibit F-7-D for Identification is a

18  document comprised of 23 pages, which contains the descriptions

19  of property within Section 12 and Section 13, 9 South, 4 West,

20  and the portion of those sections which lie south of the Santa

21  Margarita River, north of the Fallbrook watershed crestline,

22  and east of the U.S. Naval Reservation.  On the left-hand

23  margin of certain parcels described in Plaintiff's Exhibit for

24  Identification F-7-D are the symbols RR, which indicate that

25  those properties are riparian to the river.

2823

F7D

1          THE MASTER:   There are no parcels in this particular

2    sequence, then, riparian to a tributary?

3          THE WITNESS:   There are none indicated in the exhibit,

4    your Honor.

5          LCDR REDD:   I offer F-7-D for Identification into

6    evidence.

7          THE MASTER:   It will be received and so marked.

8          MR. SACHSE:   On this exhibit, your Honor, either Parcel

9    94W-12, which is described on page 2 and 3, or 94W-13, described

10   on page 4, or part or both are owned by the Public Utility

11   District, and I will have to supply the detail description.

12   And those are the only ones I know at this time.

13         THE MASTER:   Then you will give more definite information

14   on that?

15         MR. SACHSE:   Yes.

16         THE MASTER:   Very well.

17   BY LCDR REDD:

18      Q   I show you what has been marked as F-7-E for Iden-

19   tification, and ask you to describe it.

20      A   F-7-E for Identification is a document comprised

21   of 17 pages, which contains the descriptions of properties

22   lying within Section 24, Township 9 South, 4 West, which also

23   lie north of the Fallbrook Creek watershed boundary, and east

24   of the Naval Reservation boundary.   No indication on Plaintiff's

25   Exhibit F-7-E for Identification of any properties being

1  riparian to a tributary, and there are none of the properties

2  described in F-7-E riparian to the river.

3      MR. SACHSE:  None of those parcels on F-7-E are affected

4  by the Fallbrook Public Utility District condemnation.

5      LCDR REDD:  I offer F-7-E for Identification into

6  evidence.

F-7-E  7      THE MASTER:  That will be received as Plaintiff's Exhibit

8  F-7-E.

9  BY LCDR REDD:

10     Q  I now show you what has been marked as Exhibit F-7-F

11  for Identification, and ask you to describe it.

12     A  F-7-F for Identification is a document comprising 46

13  pages, which contains the descriptions of property in certain

14  numbered Assessor's Maps, those Assessor Map numbers being

15  94W-37, 39, 40, 42, 43 and 44.

16     The descriptions of the properties within these Assessor's

17  plats are contained along with the names of the apparent

18  owners of those properties.  There are none of these properties

19  listed in Plaintiff's Exhibit F-7-F which are riparian to the

20  river, and there are none listed as being riparian to a

21  tributary of the Santa Margarita River.

22     MR. SACHSE:  And none of these sections listed, your

23  Honor, are involved in the Fallbrook Public Utility District

24  condemnation.

25     LCDR. REDD:  I offer F-7-F for Identification into

2825

F7F.

1    evidence.

2         THE MASTER:  This will be received in evidence as Ex-

3    hibit F-7-F.

4         LCDR REDD:  Your Honor, I think that concludes the

5    property descriptions, with the reservation that as was men-

6    tioned some of the properties the title has changed due to the

7    completion of the condemnation suit by Fallbrook Public Utility

8    District on the dam site.

9         THE MASTER: Very well.

10        Now, this last Exhibit, F-7-F, appears in most part to

11   represent small holdings in or near the township of West Fall-

12   brook.  Is that correct?

13        MR. SACHSE:  Both of the two preceding ones, I think,

14   your Honor.

15        THE WITNESS:  Yes, sir.  That is in Section 24, 9 South,

16   4 West.

17        THE MASTER:  Well, the descriptions as prepared in

18   F-7-E, at least certain ones, refer to metes and bounds

19   descriptions simply as portions of the Santa Margarita Rancho

20   y Las Flores, whereas most of the descriptions in F-7-F are

21   lots by reference to some subdivision either in or near West

22   Fallbrook?

23        THE WITNESS:  Yes, sir.

24        MR. SACHSE:  May I inquire, from what your Honor said?

25        THE MASTER:  Yes.

1          MR. SACHSE:  Col. Bowen, has this been marked for

2     identification, or one like this?

3          LCDR REDD:  This is in evidence.

4          THE MASTER:  That is Exhibit F-5, I believe.

5

6                        CROSS-EXAMINATION

7     BY MR. SACHSE:

8          Q  Directing your attention to F-5 now, is this area

9     that you have just given us the titles for the area lying

10    westerly of the north-south plat line on the west side of the

11    sheet?

12         A  Yes, sir, and southerly of the river, easterly of the

13    reservation boundary, and northerly of the combined Fallbrook

14    Creek watershed-Santa Margarita River watershed.

15         Q  Now, I have a question then that is directed perhaps

16    to your Honor.  In this area on the easterly portion of the area

17    just described by Col. Bowen there are several cases where

18    titles have changed that don't involve the Fallbrook Public

19    Utility District, I happen to be aware of one or two of them.

20    Have you any thought as to how you want to proceed on those?

21    For example, Col. Bowen, you are aware, I think, of the Ray

22    and Barr parcel that they are developing immediately on the

23    ridge west of Willow Glen Road?

24         A  Yes, sir.

25         Q  That would be included in this area, would it not?

1          A   I believe that is in the Rainbow Creek watershed, Mr.

2   Sachse.  Willow Glen Road appears in the upper right-hand

3   corner of--

4          MR. SACHSE: . In any event, I know there have been title

5   changes.

6          Now, is there anything your Honor would like us to do

7   about those things?  If they are my own client I will try to

8   call it to your attention.

9          THE MASTER:  Well, I suppose, of course, that situation

10  wouldn't be unique in this particular area, it is going to be

11  occurring throughout the entire watershed.

12         The findings, while they have referred to the apparent

13  owner of such a parcel, the language has always been actually

14  intended to mean the apparent owner at the time of the filing

15  of lis pendens, except in the specific cases where it is called

16  to the court's attention during the trial that the property

17  had been purchased, in which case I believe the finding was

18  that the owner at the time of the filing of the action was so

19  and so, and that the property had since been purchased by so

20  and so.  One instance of that, I believe, was the purchase by

21  Mr. Anderson of a parcel of property in De Luz Creek, he

22  appeared and testified in connection with it.

23         I think if we have actual knowledge of some new owner

24  that he might be advised of the action.  I don't think in any

25  sense it is jurisdictional, because the lis pendens, and the

2828

1  service on the owner, who was the owner at the time the action

2  was filed, will give jurisdiction, but simply as a courtesy to

3  him and in order that we might get the benefit of any testimony

4  that the new owner would have, that he should be advised if

5  any of the counsel know of such a case and will call the

6  attention of counsel for the Government to it.  If we don't

7  know the specific identity of the new owner then I take it we

8  proceed on the defendants named in the lis pendens, and who

9  were actually served.

10      MR. SACHSE:  Very well.

11      Q  Now, Colonel, his Honor already asked you, but all

12  of these tributaries you have referred to here you would

13  characterize as being streams flowing only during and immediately

14  after periods of heavy precipitation and runoff?

15      A  Yes, sir.

16      Q  And with the exception-- Withdraw that.

17      How would you characterize the ground waters found

18  underneath the parcels which you have indicated in Exhibits

19  F-7-A through F-7-F as non-riparian to anything?

20      LCDR REDD:  I think that is already in evidence.  I am

21  not objecting.

22      MR. SACHSE:  I think it is, too, but I want to be sure.

23      THE WITNESS:  It is here, and also in the District Court.

24  But the ground waters, if any, underlying land within this

25  area which are non-riparian to anything would be vagrant and

1    percolating, and not a part of the stream system.

2    BY MR. SACHSE:

3         Q   Now, would you draw any distinction between those

4    ground waters you have just described and ground waters under-

5    lying land that be riparian to these tributaries and not

6    riparian to the main river?

7         A   No, sir.

8         MR. SACHSE:  I have no further questions.

9         THE MASTER:  By that answer then I infer that you mean

10   waters underlying land which is riparian to tributaries is

11   always vagrant waters?

12        THE WITNESS:  Yes, sir.  The only exception to the

13   vagrant ground waters in this area is the alluvial strip which

14   supports the Santa Margarita River itself.  The waters contained

15   in that alluvial material along the river are part of the stream.

16        THE MASTER:  Thank you.  Off the record a minute.

17        (Discussion off record.)

18        MR. SACHSE:  May I ask another question now?  I think

19   this should be on the record.

20        Would it be helpful or advisable for me to express

21   concurrence or non-concurrence in a note with these riparian

22   indications?  At the same time I send the data as to these

23   ownerships that I am going to shall I indicate thereon if there

24   is any disagreement?  In other words, I don't think there is

25   going to be the slightest.  And if I put myself on record

1   there isn't, your time of evidence-taking will be shortened.

2        THE MASTER:  Yes, I think that will be helpful to have

3   you indicate that any parcels are riparian which you believe

4   have not been marked, or any parcels that are not riparian,

5   please list that in the indication in which you show the change

6   in ownership.

7        Is there any other testimony you have to offer on this

8   area between the Fallbrook Creek area and the Santa Margarita

9   River?

10       LCDR REDD:  We have nothing further, your Honor.

11       THE MASTER:  Do you have any further?

12       MR. SACHSE:  Nothing, your Honor.

13       THE MASTER: Now, at the last hearing on the De Luz Creek

14  objections there was the general statement by Mr. Veeder that

15  he was to prepare, if possible, certain more definite descriptions

16  of portions of parcels which were irrigable. Have any of those

17  descriptions been prepared?

18       LCDR REDD:  To the best of my knowledge they have not.

19       THE MASTER:  Off the record again.

20       (Discussion off record.)

21       THE MASTER:  Back on the record.

22       The hearings will now be adjourned until Monday, April

23  the 6th, at 9:30 A.M., at this same place, at which time we

24  will consider testimony and evidence with reference to the

25  Rainbow Creek watershed and to the watershed of the Santa

1   Margarita River below its confluence with the Temecula River.

2        Are there any corrections on that?

3        THE WITNESS:  Below the confluence of the Murrieta and

4   Temecula Creek.

5        MR. SACHSE:  I think that is right.  The testimony has

6   been that the two creeks form a river.  Below the confluence of

7   Temecula and Murrieta Creeks.

8        THE MASTER: Very well.  The area to be considered will

9   be corrected to provide that the testimony will affect the

10  Rainbow Creek watershed and the area below the confluence of

11  the Temecula River and the Murrieta River, which at that point

12  forms the Santa Margarita River.

13       Court will be adjourned.

14                        -------