# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

---

BEFORE HON. JOHN M. CRANSTON, SPECIAL MASTER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

Defendants.

No. 1247-SD-C

**FILED**

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

REPORTER'S TRANSCRIPT

Volume: 34

Pages   3171 - 3187

Date:   March 7, 1960

Place:  Fallbrook, California

RANDOL, FIVECOAT & STEWART

CERTIFIED SHORTHAND REPORTERS

1113 FIRST NATIONAL BUILDING

SAN DIEGO 1, CALIFORNIA

BELMONT 9-4191

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>INDEX TO WITNESSES</u>

|  | D | X |
|---|---|---|
| Allen C. Bowen | 3176 | 3182 |
|  |  | 3183 |
|  |  | 3185 |

<u>INDEX TO EXHIBITS</u>

|  |  | Iden. | Evid. |
|---|---|---|---|
| MF-7D-1 Revised Engineering Report, James O. Turnbull |  |  | 3173 |
| MW-1 Tabulation |  | 3176 | 3177 |
| MW-2 Ownership map |  | 3176 | 3181 |

3172

APPEARANCES:

    WILLIAM H. VEEDER, ESQ., and
    LCDR. DONALD W. REDD, U. S. N.,
     For United States of America

    FRANZ R. SACHSE, ESQ.,
     For Fallbrook Public Utility District
     and individually named defendants.

    GEORGE STAHLMAN, ESQ.,
     For the Vail Company.

3173

1      <u>Fallbrook, California, Monday, March 7, 1960; 9:30 A. M.</u>

2

3      THE MASTER:  Will counsel state their appearance for the

4 record?

5      MR. VEEDER:  William H. Veeder for the United States of

6 America.

7      LCDR REDD:  Lieutenant Commander Redd for the United

8 States of America.

9      MR. SACHSE:  Franz Sachse, Fallbrook Public Utility

10 District.

11      THE MASTER:  There doesn't seem to be any individual

12 defendants present.

13      MR. VEEDER:  Your Honor, at the last hearing a question

14 came up about the engineering report on the property of James

15 O. Turnbull.  There has been prepared a revision in the exhibit

16 which was marked MF-7D-1.  I would like the privilege, your

17 Honor, of having this substituted, this engineering report

18 substituted for the one that was originally entered, and to with-

19 draw the exhibit which was made a part of the record.

20      THE MASTER:  Permission will be granted to withdraw the

21 exhibit MF-7D-1 which was introduced at the last session and to

22 substitute the one which has now been offered.  And this new

23 one will be received in evidence as the new exhibit MF-7D-1.

24      (Engineering report received in evidence as Exhibit MF-7D-1.)

25      THE MASTER:  Is there any testimony you wish to present with

1    reference to this, Mr. Veeder?

2        MR. VEEDER:  We would like to call Col. Bowen to identify

3    some exhibits and to offer the exhibits in evidence.

4        THE MASTER:  But there is no further evidence you wish to

5    present with reference to MF-7D-1?

6        MR. VEEDER:  No, your Honor, unless you desire to have

7    Col. Bowen make some statement in regard to it.

8        THE MASTER:  Well, Colonel, you might state the manner in

9    which any changes have been made in the exhibit.

10       (Attorney George Stahlman enters hearing room.)

11

12                      ALLEN C. BOWEN,

13   recalled as a witness, having been previously sworn, testified

14   as follows:

15

16       THE WITNESS:  Your Honor, the exhibit MF-7D-1, which was

17   placed in evidence at the last hearing, consisted of an old

18   report made on the James O. Turnbull property in 1952 and a

19   rough draft of a revision of the soil survey brought down to

20   date.  This copy of MF-7D-1 which is substituted today simply

21   brings to date the physical factors relating to this property of

22   James O. Turnbull. It includes the same acreage of land classes

23   as were submitted in the revised section of the report, and

24   indicates the fact that Mr. Turnbull has two residences for

25   which he requires domestic water instead of one, as indicated

3175

1    in the previous report.

2        MR. VEEDER:  I would like the record to show that George

3    Stahlman appeared in the courtroom prior to the time that

4    Col. Bowen testified.

5        MR. STAHLMAN:  Wait a minute, let's see, what did he

6    testify about?  Not prior to the time.  He was in the process

7    of testifying when I came in.  Is that right?

8        THE MASTER:  I think the record can show that Mr. Stahlman

9    appeared just as Col. Bowen was commencing his testimony, and

10   I don't think that anybody will be prejudiced by anything that

11   was said.

12       MR. STAHLMAN:  Just as a matter of information, what did

13   he testify to now, the Turnbull property below the dam?

14       THE MASTER:  Yes, the Turnbull property, MF-7D-1.

15       MR. VEEDER:  And also let the record show we withdrew the

16   original engineering report and substituted a new one, bringing

17   it down to date.

18       MR. STAHLMAN:  I thought maybe I was about to lose my case.

19       MR. VEEDER:  May we go off record a second, your Honor?

20       THE MASTER:  Surely.

21       (Discussion off record.)

22       MR. VEEDER:  Then I would propose, your Honor, to have

23   marked for Identification the Wilson Creek watershed legal

24   descriptions and ownership tabulations as MW-1, which will be --

25       MR. SACHSE:  What is the map going to be?

1      MR. VEEDER:   That map will be 2.

2      MR. SACHSE:   The map is 2 and the ownership is 1; is that

3  right?

4

5                        DIRECT EXAMINATION

6

7  BY MR. VEEDER:

8      Q   Col. Bowen, I hand you the exhibit marked for

9  Identification MW-1 and ask you to state in the record the

10  content of that tabulation.

11      A   MW-1 for Identification is a tabulation of Wilson

12  Creek watershed legal descriptions and ownership.

13      Q   And was that prepared under your direction, Col.

14  Bowen?

15      A   Yes.

16      Q   Would you just state briefly the content of that

17  Identification?

18      A   MW-1 for Identification is a tabulation of properties

19  numbered by parcels.  For example on the first page Parcel 1

20  is indicated to be that portion of the Vail Ranch within the

21  Wilson Creek watershed, and the owners of that property are

22  indicated to be the Vail Company, Incorporated.

23      Q   And is the tabulation correct to your personal

24  knowledge?

25      A   Yes, sir.

1    MR. VEEDER:   We offer in evidence the exhibit marked for

2    Identification MW-1.

3        MR. STAHLMAN:   May I just ask a question to orient myself

4    on this?

5    BY MR. STAHLMAN:

6        Q  This map which you have marked as MW-2 --

7        LCDR REDD:   It hasn't been offered at all.

8        MR. STAHLMAN:   I say marked Exhibit MW-2.

9        MR. VEEDER:   That is right, it is marked for Identification.

10   BY MR. STAHLMAN:

11       Q  Does that purport to have any of the boundaries of the

12   Vail property?

13       A  Yes.

14       Q  Where does the boundary show?

15       A  The lower left-hand corner.

16       MR. STAHLMAN:   Sure, now I am oriented.   That is all.

17       THE MASTER:   Exhibit MW-1 for Identification will be

18   received in evidence as Exhibit MW-1.

19       (Legal descriptions and ownership tabulation received in

20   evidence as Exhibit MW-1.)

21   BY MR. VEEDER:

22       Q  Col. Bowen, I refer to the exhibit marked for Identifi-

23   cation MW-2, ask you to read into the record from the title

24   block for the purpose of clarifying the data which appears on

25   it, and to describe in some particularity the areas embraced

within the watershed line as shown on that map.

A  MW-2 for Identification is entitled "Wilson Creek watershed Ownership Map".  In the lower left-hand corner of the map a portion of the Vail Ranch, including Vail Lake, appears. And the irregular solid line which goes northerly and easterly from the Vail Lake is the watershed -- crest of the watershed of the Wilson Creek.  Wilson Creek drains the area from Red Mountain on the north, Thomas Mountain, Lookout Mountain on the extreme east, the area of the Terwilliger Vally, Anza Valley, the Coahuila Creek drainange, all that is included within this map MW-2.  The Coahuila Indian Reservation is included within this map area and indicated with a horizontal hatching. San Bernardino National Forest land is indicated with a wavy diagonal cross-hatching.  And the Bureau of Land Management property is indicated with the diamond cross-hatching.

Q  I observe a line running somewhat easterly from the Vail Lake, and ask you to state what that line represents.

A  The line which you refer to, Mr. Veeder, is State Highway 79.

Q  And does not delineate any physical phenomena in the area; is that correct?

A  That is correct.  There is another highway shown easterly of that, which cuts across the northwest corner of the Coahuila Indian Reservation and runs east and west through Anza Valley, which is also a highway.

3179

1       Q   I am going to ask you to correlate MW-1 with

2    Identification MW-2.

3           A   On page 19 of MW-1, for example, appears Parcel

4    71E-3-31.   The 71E indicates Township 7 South, Range 1 East.

5    The next numeral 3 indicates Section 3.   And the final

6    numerals 31 indicate the parcel number, which is shown within

7    the outer boundaries of the parcel, encircled in each instance.

8    Similarly --

9           THE MASTER:   Pardon me a minute, Col. Bowen.   In that

10   instance it is only the very extreme southeasterly tip of that

11   parcel that is in the watershed; is that correct?

12          THE WITNESS:   That is correct, sir.

13          THE MASTER:   The number itself --

14          THE WITNESS:   That is within the Wilson Creek watershed.

15          THE MASTER:   The number 31 and 90 per cent of the parcel

16   are outside the Wilson Creek watershed.

17          THE WITNESS:   That is correct, your Honor.

18   BY MR. VEEDER:

19          Q   State whether it is within the watershed of the

20   Santa Margarita River, 31.

21          A   Yes, it is within the watershed of the Santa Margarita

22   River.

23          Q   Now, are the exterior boundaries as disclosed on MW-2

24   correct to your personal knowledge, Col. Bowen?

25          A   Yes, sir.

3180

1       MR. VEEDER:  We offer in evidence Identification marked

2   MW-2.

3       MR. STAHLMAN:  May I ask one question?

4   BY MR. STAHLMAN:

5       Q  If this solid line shows your outer boundary of the

6   watershed of Wilson Creek, when you come down to where you have

7   the dash line, what is the distinction there?

8       A  The dash line which is shown across the lower central

9   portion of MW-2 indicates that because of lack of control, that

10  is, suitable triangulation stations and other reference points,

11  the watershed is located approximately and not precisely.  But

12  this is the divide between Temecula Creek on the south and

13  Wilson Creek on the north.

14      Q  In other words, you are more definite in your boundary

15  line as it is the solid line as distinguished from the dotted

16  line?

17      A  Broken line, that is correct.

18      THE MASTER:  Col. Bowen, I notice in one point here on

19  MW-2 just south of Thomas Mountain there is a small area called

20  "Marginal Map A", and at the top of the map there is a large

21  rectangle called "Marginal Map A".  Can you explain for the

22  record the relationship between these two indications?

23      THE WITNESS:  Yes, your Honor.  In the southeast quarter of

24  the southeast quarter of Section 8, Township 7 South, Range 3

25  East appears the inscription "Marginal Map A".  The ownership

3181

1    in that sixteenth of a section is too small to show on the scale

2    of MW-2, which is one to twenty-four thousand.  Consequently

3    that sixteenth of a section is enlarged and shown in the top

4    center of MW-2, with the ownerships delineated and the parcel

5    numbers shown within those ownerships on the larger scale, which

6    is one inch equals 200 feet.  Similarly, your Honor, in the

7    southwest quarter Section 16, Township 7 South, Range 3 East

8    appears the inscription "Marginal Map B", and in the upper

9    left-hand corner of MW-2 is an enlargement to the scale of

10   one inch equals 400 feet of that particular sixteenth of a

11   section.  And in -- Correction, that particular quarter of a

12   section.  And the ownership of the parcel numbers are shown on

13   the enlarged quarter section.

14            THE MASTER:  Now, in the enlarged Marginal Map A I

15   notice two long rectangles also, with no numbers in them.  What

16   do those indicate?

17            THE WITNESS:  Those are roads, your Honor.

18            THE MASTER:  The map will be received in evidence and

19   marked as Plaintiff's Exhibit MW-2.

20            (Map received in evidence as Plaintiff's Exhibit MW-2.)

21            THE MASTER:  I notice that the surveyors seemed to have

22   had a field day between Sections 3 and 4.  The lines don't

23   match.  Is that correct?

24            THE WITNESS:  Yes, that is correct.

25            THE MASTER:  Now, on Exhibit MW-1 I notice there is a

1    Parcel 1 which represents Vail Company ownership, and then a

2    Parcel 2 representing ownership of the United States of America,

3    which is subdivided into numerals which are not referred to as

4    separate parcels, but the number system for these various

5    portions of Parcel 2 is the same as the numbering system for

6    the parcels in private ownership; is that correct?

7         THE WITNESS:  Except that only the Township, Range and

8    Section is shown underneath Parcel 2.  In other words, all of

9    the Federally owned lands of Parcel 2, and underneath that parcel

10   is shown Township, Range and Section without the parcel number

11   being repeated.

12        MR. VEEDER:  We have nothing more, your Honor.

13        MR. SACHSE: I have just one or two questions.

14

15                    CROSS EXAMINATION

16

17   BY MR. SACHSE:

18        Q Col. Bowen, on the southerly boundary of the watershed

19   are parcels that obviously overlap into the next watershed south.

20   They do not necessarily bear the same parcel number that

21   appears on the Temecula Creek Map, do they?  I am looking at

22   147, for example.

23        A No, sir.

24        Q The one on the Temecula Creek Map may well have a

25   different number?

1          A   Yes, sir.

2          MR. SACHSE:   And I want to call your Honor's attention,

3    I just checked with Commander Redd the title of the ownership

4    of this Parcel 147, and there is a typographical error on

5    page 71 of the exhibit.   The title shows the Tule Valley Land

6    & Title Company.   The correct name is Tule Valley Land & Cattle

7    Company.

8          MR. VEEDER:   May the record show that Col. Bowen is making

9    the change on Exhibit MW-1 to conform with the correct

10    designation of that corporation?

11          MR. SACHSE:   Then I have a question which I don't know

12    whether Col. Bowen is going to answer or Mr. Veeder.   Are you

13    going to introduce a larger scale geologic map of this area

14    like you did on the upper Temecula?

15          MR. VEEDER:   No.

16          MR. SACHSE:   That is all I have.

17          MR. STAHLMAN:  I may be a little dense.

18

19                         CROSS EXAMINATION

20

21    BY MR. STAHLMAN:

22          Q   Parcel No. 1 and Parcel No. 2 are both parcels of Vail

23    Company; is that right?

24          A   No, sir.   Parcel No. 1, Mr. Stahlman, is only that

25    portion of the Vail Ranch within the Wilson Creek watershed.

1    Q   Owned by the Vail Company?

2    A   Owned by the Vail Company, Incorporated.   Then Parcel

3   No. 2 refers to another ownership, namely, that of the United

4   States Government.

5    Q   All right.   And that is this parcel in through here?

6    A   Yes.

7    Q   When you refer to the outer boundary of the Vail

8   Ranch, it is that portion of the property to the north, south

9   and east Vail Lake shown on the map?

10    A   It is that portion of the Pauba Grant which is bounded

11   by the grant line on the north and east and by the Wilson

12   Creek watershed on the south.   And to the west of Vail Lake

13   it doesn't include that portion which is outside Wilson Creek.

14    MR. VEEDER:   Pauba Grant is designated by a series of

15   dashes and dots; isn't that correct?

16    THE WITNESS:   That is correct.   The symbol for the grant

17   line is a long dash and two dots.   Incidentally, for the

18   record, the parcel number 1 is not inscribed on MW-2.

19    MR. STAHLMAN:   That is what confused me.

20    THE MASTER:   Do you have any further questions?

21    MR. STAHLMAN:   No questions.

22    THE MASTER:   Now, off the record.

23    (Discussion off record.)

24    THE MASTER:   We will go back on the record for Mr. Sachse

25   to make a statement which he wishes to make and to set the time

1    for the next hearing.

2         MR. SACHSE:  First I would like to ask one more question

3    of Col. Bowen.

4

5                  FURTHER CROSS EXAMINATION

6

7    BY MR. SACHSE:

8         Q   Col., what is the designation of the next watershed to

9    the west of this one?  How will it be designated on your maps?

10        A   The area west and north of the Wilson Creek watershed

11   is drained by Tucalota Creek.

12        MR. SACHSE:  Now, your Honor, I will appear for these

13   clients in this watershed.

14        MR. VEEDER:  Which watershed is that?

15        MR. SACHSE:  That is Wilson.  And I will indicate if they

16   slough over into another.  All these clients' lands are indicated

17   in Exhibit MW-1 as follows:  Occidental College, 71E, Section

18   6, 7, 8 and 18, Parcel 32.  That ownership also is within

19   Tucalota Creek watershed.  Stardust Ranch or Allen, indicated

20   on MW-1 at 71E-33-93, which is wholly within the Wilson Creek

21   watershed.  Bergman, Harry Bergman, indicated on MW-1 as

22   82E-7-96 and 73E-16-312:0.  Harry Kohn, indicated on MW-1 as

23   81E, Sections 4 and 5-102.  And Paul Hernley, H-e-r-n-l-e-y,

24   indicated on MW-1 as 82E-9-145.  His parcel also extends over

25   the watershed and is also shown on the ownership map for the

1 upper Temecula Creek watershed.  Finally, Tule Valley Land &

2 Cattle Company, indicated on MW-1 as 82E-13-147.  This owner-

3 ship also extends over the watershed into the Temecula Creek

4 drainage, and is shown on the ownership map of Temecula Creek.

5 Now, on each of those parcels I would request at our next

6 hearing Col. Bowen be prepared to express opinions as to the

7 character of the ground waters and geology on them.  However,

8 by direction of Judge Carter the case of Stardust-Allen is

9 going to be heard before him.

10 　　　　MR. VEEDER:  What is the date on that, Mr. Sachse?

11 　　　　MR. SACHSE:  No date yet.  It is going to come shortly

12 after the 22nd.

13 　　　　MR. VEEDER:  After March 22nd?

14 　　　　MR. SACHSE:  It will be shortly after March 22nd.

15 Similarly, he expects to hear evidence on Occidental College

16 and on Tule Valley Land & Cattle.  In all cases, unless the

17 United States offers evidence different from that indicated

18 by these ownership maps and the geologic maps they have already

19 made, I will have no affirmative evidence to offer before you.

20 　　　　THE MASTER:  Well, now, do I understand as far as

21 Occidental College, Stardust and Tule Valley Land and Cattle

22 Judge Carter will be hearing testimony from the Government and

23 from you?

24 　　　　MR. SACHSE:  That is right.

25 　　　　THE MASTER:  Then I assume that the transcript of that

3187

1   testimony would then be referred to me, along with the other

2   evidence of Col. Bowen.

3       MR. VEEDER:   That is correct, your Honor.

4       THE MASTER:   Is there anything further which anyone wishes

5   to put on the record now before we adjourn?

6       MR. VEEDER:   We have nothing further at this time, your

7   Honor.

8       THE MASTER:   Very well.   Then the hearing will be

9   adjourned until Monday, April the 25th, at 9:30 at the same

10  place, at which time the Government will present soil reports

11  and further testimony with reference to the Wilson Creek area.

12  And as I understand it, prior to that time the defendants who

13  have requested soil reports will be personally notified of the

14  hearing and requested to be present.

15      MR. VEEDER:   We will mail statements to them.   It will not

16  be a personal contact.

17      THE MASTER:   No individual statements will be mailed --

18      MR. VEEDER:   Yes, your Honor.

19      THE MASTER:   -- to those defendants?

20      MR. VEEDER:   They will be mailed.

21      THE MASTER:   Very well.   Then the hearing is adjourned

22  until Monday, April 25th, at 9:30.

23

24

25