IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

BEFORE HON. JOHN M. CRANSTON, SPECIAL MASTER

UNITED STATES OF AMERICA,
          Plaintiff,
     vs.
FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
          Defendants.

No. 1247-SD-C

REPORTER'S TRANSCRIPT

FILED
SEP 24 1963
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Volume:   36

Pages    3206 - 3208

Date:    May 25, 1960

Place:   Fallbrook, California

RANDOL, FIVECOAT & STEWART
CERTIFIED SHORTHAND REPORTERS
1113 FIRST NATIONAL BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-4191

<u>Fallbrook, California, Wednesday, May 25, 1960, 9:40 A.M.</u>

THE MASTER: Will counsel state their appearances for the record?

MR. VEEDER: William H. Veeder for the United States of America.

LCDR REDD: Lieutenant Commander Redd for the United States of America.

MR. STAHLMAN: George Stahlman for the Vail Company.

THE MASTER: Mr. Veeder, do you have an order you wish to enter in the record?

MR. VEEDER: Your Honor, Judge Carter signed an order dated May 24, 1960, which is now filed in the office of the Clerk of the United States District Court for the Southern District of California, the Southern Division, and I hand it to you. Perhaps you want to read it into the record or have it copied into the record.

THE MASTER: Mr. Veeder has handed me an order, as indicated dated May 24, 1960, entitled "Order for Continuance by Special Master."

"Good cause having been shown, the Special Master in this case is hereby ordered to continue all hearings before him at the conclusion of the hearing to be held May 25, 1960, at 9:30 A.M. at the Reche School House on Live Oak Road, near Fallbrook, California, until November 1, 1960, at 10:00 A.M. in

1  court room No. 2, U. S. Customs and Courthouse, 325 West F
2  Street, San Diego, California."
3      MR. VEEDER: Your Honor, in that regard, it is my under-
4  standing it will be proper from your standpoint to cancel the
5  Lease on the Reche School where we have been holding these
6  hearings.
7      THE MASTER: That is correct. It is my understanding,
8  after discussing this order with Judge Carter, that if further
9  hearings are held outside of San Diego they will probably be
10 held in the Anza area, and there will be no further hearings at
11 the school house, in any event.
12     MR. VEEDER: Thank you, your Honor.
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

UNITED STATES OF AMERICA,  )
               Plaintiff,  )
      vs.  )   No. 1247-SD-C
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,  )
               Defendants.  )

- - -

C E R T I F I C A T E

I hereby certify that I am a duly appointed, qualified and acting official court reporter of the United States District Court for the Southern District of California.

I further certify that the foregoing is a true and correct transcript of the proceedings had in the above entitled cause on the dates specified therein, and that said transcript is a true and correct transcription of my stenographic notes.

Dated at San Diego, California, this 25th day of September, 1963.

_____
John Swader
Official Reporter

_____
Charles Finecoot
Official Reporter

_____
Official Reporter