ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

— — —

BEFORE HON. JOHN M. CRANSTON, SPECIAL MASTER

— — —

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

        Defendants.

No.  1247-SD-C

## REPORTER'S TRANSCRIPT OF PROCEEDINGS

### VOLUME 37

**Place:**    San Diego, California;

**Date:**    April 3, 1961;

**Pages:**    3209-3211.

FILED

SEP 24 1963

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
             DEPUTY

MALCOLM E. LOVE
OFFICIAL REPORTER
UNITED STATES DISTRICT COURT
325 WEST F STREET
SAN DIEGO 1, CALIFORNIA
BELMONT 4-6211 • EXT. 370

1    APPEARANCES:

2        WILLIAM H. VEEDER, ESQ., and
         LCDR DONALD W. REDD, U. S. N.,
3          For United States of America..

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3210

San Diego, California, Monday, April 3, 1961, 10:00 A.M.

THE CLERK:  Number 1247-SD-C, United States versus Fallbrook, for further Master's hearing.

MR. VEEDER:  You want the appearances, your Honor?

THE MASTER:  Yes, please, Mr. Veeder.

MR. VEEDER:  Mr. William Veeder for the United States of America.

COMMANDER REDD:  Commander Redd for the United States of America.

THE MASTER:  Let the record show that since the last hearing in January, I have sent to all counsel who appeared at that hearing proposed modifications and amendments of the findings with reference to Rainbow Creek watershed and have asked all counsel to present to me any objections which they might have to such proposed findings as amended by our correspondence with counsel.

I have received no objections to the findings as so amended.  I shall, therefore, proceed to sign the findings with reference to Rainbow Creek watershed as so amended and lodged in with the clerk for Judge Carter's further consideration.

Is there any evidence which you wish to present at this time, Mr. Veeder?

MR. VEEDER:  There is nothing, your Honor.

3211

1    THE MASTER:   Very well.   I consulted further with

2  Judge Carter, and the hearings before the Master will,

3  therefore, be continued until Monday, June 5 at 10:00 o'clock

4  in this same courtroom for any further proceedings which may

5  appear necessary to take before the Master.

\* \* \* \* \*

8                       CERTIFICATE

9     I certify the pages 3209-3211 encompassed in this volume

10  37 are a true and correct transcription of my stenotype notes.

*Malcolm E. Love*
                         Official Court Reporter