IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  NO. 1247-SD-C
                           )
              Plaintiff,   )  ORDER APPROVING FORM FOR
                           )  "MONTHLY WATER CONSUMPTION &
     v.                    )  CROP DATA"; and DIRECTING
                           )  COL. BOWEN TO PROCEED WITH
FALLBROOK PUBLIC UTILITY   )  WATER MEASURING.
DISTRICT, et al.,          )
                           )
              Defendants.  )

An Order in the above entitled matter having been entered on December 12, 1962, [Interlocutory Judgment No. 45] relating to determining water extractions from the Santa Margarita river stream system; and said Order having provided that Lt. Col. A.C. Bowen shall prepare forms which shall be approved by this court and which shall be served upon the substantial water users who are not metering extractions from wells or surface diversions; and Lt. Col. A.C. Bowen having prepared and submitted form entitled, "Monthly Water Consumption and Crop Data,"

NOW THEREFORE,

IT IS ORDERED that said form "Monthly Water Consumption and Crop Data" is hereby approved. A copy is attached to this Order.

IT IS FURTHER ORDERED that Lt. Col. A.C. Bowen forthwith proceed to put into effect and carry out the various directions to him contained in Order dated December 12, 1962 [Interlocutory Judgment No. 45].

DATED: Sept. 3, 1964.

_____
United States District Judge