UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

NOV 19 1965
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
FALLBROOK, etc., et al.,
Defendant.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES OF AMERICA )
) ss
SOUTHERN DISTRICT OF CALIFORNIA )

William W. Luddy, being first duly sworn, deposes and says:

That he is a citizen of the United States and a resident of San Diego County, California; that his business address is 325 W. F. St., San Diego, California; that he is over the age of eighteen years, and is not a party of the above-entitled action;

That on November 19, 1965, he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of notice placing case on calendar of November 29, 1965 at 10 A.M. (copy attached), addressed to those persons appearing on the attached list, at their last known address, at which places there is a delivery service of mail from the United States Post Office.

William W. Luddy

Subscribed and sworn to before me this date of 11/19/65
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] Deputy

CLERK, U. S. DISTRICT COURT
207 U. S. COURTHOUSE
SAN DIEGO, CALIFORNIA

Re: U.S.A. v. FALLBROOK, etc., et al. No. 1247-SD-C

Please be advised that the above-entitled case will be called for proceedings requisite to filing of the certified copy of the judgment of the court of appeals, and also for determination of subsequent proceedings, at ten o'clock, A.M. on Monday, November 29, 1965 in Court Room No. 1 before the Hon. JAMES M. CARTER, United States District Judge.

JOHN A. CHILDRESS, Clerk

By William W. Luddy
William W. Luddy, Deputy in Chg.

Office of Riverside County Counsel
County Court House
Riverside, Calif.
Attn. James H. Angell, Deputy

John L. Roberts
P. O. Box 507
Riverside, Calif.

Robinson & [illegible]
5 East [illegible] Street
Columbus 15, Ohio

Saul Ruskin
299 Cactus Bldg.
121 S. Palm Canyon Dr.
Palm Springs, Calif.

~~[illegible]~~ Sachse & Cooley
1092 South [illegible]
Fallbrook, Calif.

San Diego County Counsel
302 Civic Center
San Diego 1, Calif.
Attn. Robert G. Berrey
Joseph Kase, Jr.

Shatford & Shatford
5920 North Temple City Blvd.
Temple City, Calif.

J. D. Skeen
582 Newhouse Building
Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, Calif.

Smith, Watling & Brelsford
1006 Santa Barbara St.
Santa Barbara, Calif.
Attn. Tom Halde

George Stahlman
Route 1, Box 235
Fallbrook, Calif.

W. E. Stark
[illegible]
San Diego [illegible]

~~[illegible] & Winfield Jones~~
~~650 South Spring Street~~
~~Los Angeles 14, Calif.~~

Stone & Moran
880 E. Colorado St.
Pasadena, Calif.

Swing, Scharnikow [illegible]
~~[illegible]~~ 1401 US Natl Bank.
~~[illegible]~~
San Diego 1, Calif.
[illegible]

Swing & Swing
313 Central Bldg.
San Bernardino, Calif.

Thomer, Hanson & Myers
215 West 7th Street
Los Angeles 14, Calif.

Henry E. Tenedahl
114 North Main St.
Fallbrook, Calif.

Thompson & Colgate
409 Citizens Bank Bldg.
Riverside, Calif.

Walker & Sullivan
3742 10th Street
Riverside, Calif.

Watson, Hart & Nieves
5939 Monterey Road
Los Angeles 42, Calif.

Weyl, & Weyl
690 S. Grand Ave.
Los Angeles 17, Calif.

Van Dyke, Dellenback & McGoodwin
110 E. 6th St.
Medford, Oregon

Frank E. Walker
10908 Riviera Place, N. E.
Seattle 55, Washington

Robert W. Walker, Henry M. Moffatt, Robert S. Curtiss
446 Santa Fe Building
Los Angeles, Calif.

Wyckoff, Parker, Boyle & Pope
P. O. Box 960
Watsonville, Calif.

Department of Justice,
Washington, D. C.

Col. A. C. Bowen,
Ground Water Resources
Camp Pendleton, Calif.

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, Calif.

Fritz Stradling,
401 W. 8th St.,
Santa Ana, California.

[illegible]
755 [illegible]
Los Angeles [illegible], Calif.

Brant [illegible]
Ellery, Wahl [illegible] Anderson
Room 817
606 S. [illegible] St.
Los Angeles 14, Calif.

[illegible], Tashjian & Marchetti
[illegible]

California Attorney General
[illegible], Deputy
Library and Courts Bldg.
Sacramento 14, Calif.

[illegible]

[illegible] Hufstedler & Kemble
[illegible] Bldg.
Los Angeles 13, Calif.

Bauer, Booth & Gray, [illegible] &
Pfaelzer
[illegible] North Spring St.
Los Angeles 12, Calif.

[illegible] Granger
[illegible]
[illegible], Calif.

[illegible]
[illegible] Montgomery
San Francisco 4, Calif.

Brandt & Buhler
9711 Wiley Burke
Downey, Calif.

Thomas J. Burke
504 Granger Bldg.
San Diego 1, Calif.

Busch & Mahoney
367 North 2nd Ave.
Upland, Calif.

Charles H. Carter
1025 Main Street
Corona, Calif.

Alfred C. Chapman
Room 702
606 South Hill St.
Los Angeles 14, Calif.

Raymond Choate
127 West Anaheim Blvd.
Wilmington, California

Mabel Clausen
380 First Trust Bldg.
Pasadena, Calif.

Clayson, Stark & Rothrock
Security Bank Bldg.
Corona, Calif.
Attn. Geo. C. Grover & Owen Strange

Gordon Colegro
-8 - 525 Jackson St.
P. O. Box 56, Indio, Calif.

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, Calif.

Davidson & Russ
15405 S. New Hampshire Ave.
Gardena, Calif.

~~[illegible]~~
~~[illegible]~~
~~Los Angeles 17, Calif.~~

W. B. Dennis
~~Route 1, Box 75~~ 3631-B Village Circle
~~Fallbrook, Calif.~~ Carlsbad, Calif.

Richard F. Difani
1100 Loring Building
Riverside, Calif.

J. A. Donnelley & R P Mac Nulty
3535 4th Ave.
San Diego, Calif.

Roy C. Eberhard
Room 1231
215 West 7th St.
Los Angeles 14, Calif.

Estudillo & Bucciarelli
3900 Market Street
Riverside, Calif.

Garver & Garver
Camas,
Washington

Arthur W. Gediman
119 South Main Street
Elsinore, Calif.

Leo Goodman
629 South Hill St.
Los Angeles 14, Calif.

Charles Gorham
920 Avalon Blvd.
Wilmington, Calif.

Abraham Gottfried
424 S. Beverly Dr.
Beverly Hills, Calif.

EXHIBIT [illegible]

[illegible] A. [illegible]
1014 West Valley Blvd.
Alhambra, Calif.

Alvin [illegible]
6505 Wilshire Blvd.
Los Angeles 48, Calif.

[illegible] & [illegible]
Suite [illegible] 714 S. Spring
Los Angeles 14, Calif.

[illegible] Pugh
Room [illegible]
541 South Spring St.
Los Angeles 13, Calif.

Leslie E. [illegible]
[illegible] Blvd.
[illegible], Calif.

~~[illegible] & Bernstein~~
~~[illegible]~~
~~[illegible]~~
[illegible]ach & Bernstein
31 S. First Ave.
Phoenix, Arizona

Higgs, Fletcher & Mack
~~[illegible]~~ [illegible] Tower
San Diego 1, Calif.

Christopher M. Jenks and Orrick
Dahlquist, Herrington and Sutcliffe
405 Montgomery St.
San Francisco 4, Calif.
Attn. Christopher M. Jenks

Randolph Karr, Roy Jerome &
Harold S. Lentz
65 Market St.
San Francisco 5, Calif.

G. Norman Kennedy
Room 415
235 East Colorado St.
Pasadena, Calif.

[illegible] & Anderson
1016 North Broadway
Santa Ana, Calif.

James W. Kindel Jr.
Suite 405 458 S. Spring
Los Angeles 13, Calif.

Robert Kingsley
3518 University Ave.
Los Angeles 7, Calif.

M. E. Lewis
326 [illegible] Blvd.
Long Beach, Calif.

Walter Gould Lincoln
770 Granadas Ave.
Solana Beach, Calif.

Luce, Forward, Hamilton & Scripps
~~[illegible]~~ [illegible]
San Diego 1, Calif.
Att. Robert E. Mc Ginnis

Paul Melrose
Room 651
1206 Maple Ave.
Los Angeles 15, Calif.

Thomas F. Menzies
Room 803
458 S. Spring St.
Los Angeles 13, Calif.

Earnest E. Messner
5419 Crenshaw Blvd.
Los Angeles 43, Calif.

Minton, Minton & Farrell
111 North Harvard St.
Hemet, Calif.
Attn. Carl W. Minton

Henry M. Moffatt
111 E. 6th St.
Los Angeles 14, Calif.

A. J. O'Connor
639 S. Spring St.
Los Angeles 14, Calif.

O'Melveny & Myers
433 S. Spring St.
Los Angeles 14, Calif.

James H. Mitchell
Mitchell & Mitchell
333 Roosevelt Bldg.
727 W. 7th St.
Los Angeles 17, Calif.

Parker, Milliken & Kohlmeier
650 South Spring St.
Los Angeles 14, Calif.

George W. Pierson
816 Continental Building
Los Angeles 13, Calif.

Jesse R. O'Malley
Musick, Peeler & Garrett
621 South Hope St.
Los Angeles 17, Calif.

Postel & Postel
400 Montgomery St.
San Francisco 4, Calif.

Riedman, Dalessi, Shelton & Beyer
Suite 426
110 West Ocean Blvd.
Long Beach 2, Calif.
Attn. Fred M. Riedman