UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

USA
vs
Fallbrook

No. 1247-SD-C Civil
MINUTES OF THE COURT
Dated: 11-29-65
At San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge
Deputy Clerk: WILLIAM W. LUDDY    Reporter: LORUTH ALBRIGHT
Counsel for Plaintiff: A. Phillip Johnson

Counsel for Defendant: Geo Stahlman, Ted Sherman, Fray Sacks; Edw. Cooley, Jos. Kase, Fritz Stradling;

PROCEEDINGS:

Ord c c Judgmt c A be filed + spread. Case contd to 1-14-66- 9:30 for fur. Proc.

JOHN A. CHILDRESS, Clerk
By WILLIAM R. LUDDY
Deputy