FILED
JAN 5 - 1966
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK, etc., et al., Defendant.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES OF AMERICA )
) ss
SOUTHERN DISTRICT OF CALIFORNIA )

William W. Luddy, being first duly sworn, deposes and says:

That he is a citizen of the United States and a resident of San Diego County, California; that his business address is 325 W. F. St., San Diego, California; that he is over the age of eighteen years, and is not a party of the above-entitled action;

That on January 4, 1966 he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of notice placing case on calendar of January 14, 1966 at 9:30 A.M. (copy attached), addressed to those persons appearing on the attached list, at their last known address, at which places there is a delivery service of mail from the United States Post Office.

[signature]
William W. Luddy

Subscribed and sworn to before me this date of 1-4-66
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] Deputy.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Re: U.S.A. v. FALLBROOK, etc., et al

Please be advised that a hearing will be held on January 14, 1966, at 9:30 A.M. in Courtroom No. 1, before the Honorable James M. Carter, U. S. District Judge, for the determination of future proceedings in the above case.

Very Truly Yours,

JOHN A. CHILDRESS, Clerk

By_______________________
William W. Luddy, Dep.in ch

Office of Riverside County
Counsel
County Court House
Riverside, Calif.
Attn. James H. Angell, Deputy

John L. Roberts
P. O. Box 507
Riverside, Calif.

Robinson [illegible]
5 East [illegible]
Columbus 15, Ohio

Paul Tuchin
229 Oasis Bldg.
[illegible] S. Palm Canyon Dr.
Palm Springs, Calif.

~~[illegible]~~ Sachse & Cooley
109[illegible] South Main St.
Fallbrook, Calif.

San Diego County Counsel
302 Civic Center
San Diego 1, Calif.
Attn. Robert G. Berrey
Joseph Kase, Jr.

Shatford & Shatford
5920 North Temple City Blvd.
Temple City, Calif.

J. D. Skeen
532 Newhouse Building
Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, Calif.

Smith, Watling & Brelsford
1006 Santa Barbara St.
Santa Barbara, Calif.
Attn. Tom Halde

George Stahlman
Route 1, Box 235
Fallbrook, Calif.

~~W. E. S[illegible]~~
~~[illegible]~~
~~San Diego [illegible], Calif.~~

~~[illegible] Steinmyer & Winfield Jones~~
~~650 South Spring Street~~
~~Los Angeles 14, Calif.~~

Stone & Moran
680 E. Colorado St.
Pasadena, Calif.

Ewing, Schwabacher & ~~[illegible]~~ Lewis
~~[illegible]~~ 1401 US Natl Bank.
~~[illegible] Bldg.~~
San Diego 1, Calif.
~~[illegible]~~

Swing & Swing
315 Central Bldg.
San Bernardino, Calif.

Thaxter, Hanson & Myers
819 West 7th Street
Los Angeles 14, Calif.

Henry E. Tenndall
114 North Main St.
Fallbrook, Calif.

Thompson & Colgate
405 Citizens Bank Bldg.
Riverside, Calif.

Walker & Sullivan
3742 10th Street
Riverside, Calif.

Watson, Hart & Nieras
5915 Monterey Road
Los Angeles 42, Calif.

Weyl, & Weyl
650 S. Grand Ave.
Los Angeles 17, Calif.

Van Dyke, Dellenback & McGoodwin
110 N. 6th St.
Medford, Oregon

Paul E. Walker
10908 Riviera Place, N. E.
Seattle 55, Washington

Robert W. Walker, Henry M.
Moffat, Robert S. Curtiss
445 Santa Fe Building
Los Angeles, Calif.

Wyckoff, Parker, Boyle & Pope
P. O. Box 960
Watsonville, Calif.

Department of Justice,
Washington, D. C.

Col. A. C. Bowen,
Graound Water Resources
Camp Pendleton, Calif.

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, Calif.

Fritz Stradling,
401 W. 8th St.,
Santa Ana, California.

[illegible]
[illegible] Calif.

[illegible]
[illegible] & Anderson
Room 617
606 S. [illegible]
Los Angeles 14, Calif.

[illegible] & [illegible]
[illegible]
[illegible]
[illegible]

[illegible] Attorney General
[illegible], Deputy
Library and Courts Bldg.
Sacramento [illegible], Calif.

[illegible] W. [illegible]
[illegible] Bank of America Bldg.
[illegible] 4, Calif.

[illegible]sley, Hufstedler & Kemble
[illegible] Bldg.
Los Angeles 13, Calif.

[illegible], Booth & Gray, Binkley & Pfaelzer
[illegible] South Spring St.
Los Angeles 13, Calif.

[illegible], [illegible] & Krieger
P. O. Box 1028
[illegible], Calif.

A. [illegible]
Room 501 [illegible] Montgomery
San Francisco 4, Calif.

[illegible] & [illegible]
9711 Wiley Burke
Downey, Calif.

Thomas J. Burke
504 Granger Bldg.
San Diego 1, Calif.

[illegible] & [illegible]
307 North 2nd Ave.
Upland, Calif.

Charles M. Carter
1025 [illegible]
Corona, Calif.

Alfred S. Chapman
Room 702
606 South Hill St.
Los Angeles 14, Calif.

Raymond Choate
127 West Anaheim Blvd.
Wilmington, California

[illegible]
520 First Trust Bldg.
Pasadena, Calif.

Cleyson, Stark & Rothrock
Security Bank Bldg.
Corona, Calif.
Attn. Geo. G. Grover & Owen Strange

[illegible]
[illegible] - 556 Jackson St.
P. O. Box 96, Indio, Calif.

William J. Cusack
Room 810
307 West 8th Street
Los Angeles, Calif.

Davidson & Russ
16405 S. New Hampshire Ave.
Gardena, Calif.

~~[illegible]~~
~~[illegible]~~
Los Angeles 17, Calif.

W. D. Dennis
~~Route 1, Box 55~~
~~[illegible], Calif.~~
3631-B Village Circle
Carlsbad, Calif.

[illegible] J. [illegible]
[illegible] Loring Building
Riverside, Calif.

J. A. Donnelley & R P Mac Nulty
2535 4th Ave.
San Diego, Calif.

Roy C. Eberhard
Room 1231
615 West 7th St.
Los Angeles 14, Calif.

Estudillo & Tucciarelli
3900 Market Street
Riverside, Calif.

Garver & Garver
Camas,
Washington

Arthur W. Gediman
119 South Main Street
Elsinore, Calif.

Leo Goodman
629 South Hill St.
Los Angeles 14, Calif.

Charles Gorham
920 Avalon Blvd.
Wilmington, Calif.

Abraham Gottfried
424 S. Beverly Dr.
Beverly Hills, Calif.

EXHIBIT [illegible]

[illegible] A. [illegible]
1014 West Valley Blvd.
Alhambra, Calif.

[illegible]
6505 Wilshire Blvd.
Los Angeles 48, Calif.

[illegible] & [illegible]
Suite 811 704 S. Spring
Los Angeles 14, Calif.

[illegible] & Pugh
[illegible]
541 South Spring St.
Los Angeles 13, Calif.

Leslie E. [illegible]
[illegible] Blvd.
Los Angeles, Calif.

Mesh & Bernstein
31 S. First Ave.
Phoenix, Arizona

[illegible], Fletcher & Mack
[illegible] Tower
San Diego 1, Calif.

Christopher M. Jenks and Orrick
Dahlquist, Herrington and Sutcliffe
405 Montgomery St.
San Francisco 4, Calif.
Attn. Christopher M. Jenks

Randolph Karr, Roy Jerome &
Harold S. Lentz
65 Market St.
San Francisco 5, Calif.

C. Norman Kennedy
Room 415
155 East Colorado St.
Pasadena, Calif.

Kindel & Anderson
1116 North Broadway
Santa Ana, Calif.

James W. Kindel Jr.
Suite 405 453 S. Spring
Los Angeles 13, Calif.

Robert Kingsley
3518 University Ave.
Los Angeles 7, Calif.

M. E. Lewis
306 [illegible] Blvd.
Long Beach, Calif.

Walter Gould Lincoln
770 Granadas Ave.
Solana Beach, Calif.

Luce, Forward, Hamilton & Scripps
~~[illegible] Savings~~ Elec. Cap. Bldg.
San Diego 1, Calif.
Att. Robert E. Mc Ginnis

Paul McInerney
Room 651
1206 Maple Ave.
Los Angeles 15, Calif.

Thomas P. Menzies
Room 803
456 S. Spring St.
Los Angeles 13, Calif.

Earnest L. Messner
5429 Crenshaw Blvd.
Los Angeles 43, Calif.

Minton, Minton & Farrell
111 North Harvard St.
Hemet, Calif.
Attn. Carl W. Minton

Henry M. Moffatt
111 W. 6th St.
Los Angeles 14, Calif.

A. J. O'Connor
639 S. Spring St.
Los Angeles 14, Calif.

O'Melveny & Myers
433 S. Spring St.
Los Angeles 14, Calif.

James H. Mitchell
Mitchell & Mitchell
333 Roosevelt Bldg.
727 W. 7th St.
Los Angeles 17, Calif.

Parker, Milliken & Kohlmeier
650 South Spring St.
Los Angeles 14, Calif.

George H. Pierson
816 Continental Building
Los Angeles 13, Calif.

Jesse R. O'Malley
Musick, Peeler & Garrett
621 South Hope St.
Los Angeles 17, Calif.

Postel & Postel
400 Montgomery St.
San Francisco 4, Calif.

Riedman, Dalessi, Shelton & Beyer
Suite 426
110 West Ocean Blvd.
Long Beach 2, Calif.
Attn. Fred M. Riedman