FILED

JAN 27 1966

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          ) No. 1247-SD-C
     Plaintiff, )
          ) ORDER APPROVING FORM FOR
  v.         ) "MONTHLY WATER CONSUMPTION
          ) REPORT"; and DIRECTING COL.
FALLBROOK PUBLIC UTILITY )  BOWEN TO PROCEED WITH WATER
DISTRICT, et al.,    )     MEASURING.
          )
   Defendants. )

   An Order in the above entitled matter having been entered on December 12, 1962, [Interlocutory Judgment No. 45] relating to determining water extractions from the Santa Margarita river stream system; and said Order having provided that Lt. Col. A.C. Bowen shall prepare forms which shall be approved by this court and which shall be served upon the substantial water users who are not metering extractions from wells or surface diversions; and Lt. Col. A.C. Bowen having prepared and submitted form entitled, "Monthly Water Consumption and Crop Data," which was approved by Order dated September 3, 1964.

   A new Order having been made this date, January 27, 1966 relating to water extractions from the Santa Margarita river stream system; and said Order providing that Lt. Col. A.C. Bowen shall prepare forms which shall be approved by this court and which shall be served upon the substantial water users who are not metering extractions from wells or surface diversions; and Lt. Col. A.C. Bowen having prepared and submitted form entitled, "Monthly Water Consumption Report".

   NOW THEREFORE,

   IT IS ORDERED that the Order of September 3, 1964 is superseded by this Order and that said form "Monthly

Water Consumption and Crop Data" shall be no longer used.

IT IS FURTHER ORDERED that form "Monthly Water Consumption Report" is hereby approved. A copy is attached to this Order.

IT IS FURTHER ORDERED that Mr. Col. A.C. Bowen forthwith proceed to put into effect and carry out the various directions to him contained in Order dated January 27, 1966.

DATED: January 27, 1966

*[signature]*
United States District Judge

MONTHLY WATER CONSUMPTION REPORT

Owner: _____

Well Location: _____

Quantity pumped for irrigation
during the month of _____ Acre Feet

Depth to water end of month _____ Feet

Fuel or Power Consumption _____

_____    _____
Signature of Owner or Agent          Date

Orig

FILED

JAN 27 1966

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants. | No. 1247-SD-C <br><br> ORDER REQUIRING SUBMISSION OF <br> FACTUAL DATA TO COLONEL BOWEN |

It appearing that on December 12, 1962, this Court entered its "Order Relating To Determining Water Extractions From The Santa Margarita River Stream System" and that on September 3, 1964, this Court entered its "Order Approving Form For 'Monthly Water Consumption & Crop Data'; and Directing Col. Bowen To Proceed With Water Measuring," and it further appearing that experience has shown that a substantial number of the designated water users have failed to submit to said Col. Bowen the information requested on the approved form, or have not supplied said Col. Bowen with all of the information requested; and it further appearing that the ascertainment of certain facts concerning water use within the Santa Margarita River Stream System is essential to this Court's

-1-

exercise of its continuing jurisdiction of the Final Judgment and Decree entered by this Court on May 8, 1963;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1

This order shall supersede the Orders of this Court entered on December 12, 1962, and September 3, 1964, referred to above.

2

Col. Bowen, Officer in Charge, of the Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California, is hereby designated by this Court to act as this Court's representative to obtain certain factual data concerned with water use within the Santa Margarita River Watershed, and said Col. Bowen shall, from time to time, as ordered by this Court, submit this factual data to this Court by written report, the form of which shall be approved by this Court; any report submitted by said Col. Bowen shall be filed in this proceeding and all parties to this proceeding shall have the right to examine said report and shall also have the right to examine Col. Bowen before this Court concerning the matters set forth in the report and to introduce other evidence which may be relevant to the matters set forth therein.

3

Each of the water users designated in Section A of the exhibit attached to this order shall supply, in writing, to said Col. Bowen on or about the first day of each month the following factual data for each well designated in the exhibit attached hereto for the preceding month:

A. The owner of the well.

      B. The location of the well.

      C. The quantity in acre-feet of water pumped for irrigation during that month.

      D. The depth in feet to water on or about the last day of that month.

### 4

Each of the water users designated in Section B of the exhibit attached to this order shall supply in writing to Col. Bowen on or about the first day of each month, the following factual data for each designated diversion from surface stream flow for the preceding month:

      A. The quantity in acre-feet of water diverted during that month.

### 5

Each of the water users designated in Section C of the exhibit attached to this order shall supply in writing to said Col. Bowen on or about the first day of each month the following factual data for each designated surface storage reservoir for the preceding month:

      A. The amount in acre-feet of water stored on the last day of that month in the reservoir.

### 6

Col. Bowen is hereby directed to forthwith supply each of the water users designated in the exhibit attached hereto with appropriate forms upon which the above factual data is to be set forth by them and returned to said Col. Bowen as herein ordered.

### 7

On or about the first day of June of each year Col. Bowen shall make a written recommendation to this

1  Court as to each well or pumping plant upon which a well
2  pump efficiency test is desired and which shall have attached
3  thereto a form which shall designate the factual data to
4  be determined from the test; Col. Bowen shall serve upon
5  the landowners or water users concerned a copy of his
6  written recommendation and the attached form.  If any
7  landowner or water user concerned objects to the recommenda-
8  tions of Col. Bowen he may file with this Court within 10
9  days after the service upon him of said recommendation and
10 attached form his objections thereto, and serve upon Col.
11 Bowen by mail at the address set forth in paragraph 2 of
12 this order a copy of the objections.  At a date to be set
13 by the Court such landowner or water user will have the
14 right to examine Col. Bowen as to the propriety of his
15 recommendation and said landowner or water user concerned
16 may also submit to this Court on that date such evidence
17 as may be relevant on the issue as to whether a pump
18 efficiency test should be made, and the factual data to
19 be determined from the test if made.  The Court shall
20 thereafter enter such order as is appropriate.
21          If a landowner or water user concerned does not
22 file his objections with this Court within 10 days after
23 the service upon him of the recommendation and form as
24 provided above, he shall, during the month of July, at
25 his expense, accomplish the well pump efficiency test
26 recommended by Col. Bowen and shall complete on the form
27 which he received the factual data requested, and return
28 said completed form to Col. Bowen not later than August 15
29 of that year.
30 . . . . .
31 . . . . .

|     | 8 |
| --- | --- |
|     | Col. Bowen shall have the authority to enter upon the lands of any water user designated in the exhibit attached hereto, and to conduct such tests and measurements as he deems necessary. He shall also have the authority to cooperate with and assist any landowner or water user in complying with the provisions of this order. |

8
         9

        This Court retains jurisdiction to modify this order and the exhibit attached to this order and to designate additional water users not now set forth in said exhibit or to delete water users now set forth in said exhibit.

         10

        As used herein, the designated Col. Bowen shall include persons who are working under his supervision.

         11

        Should any water user or landowner fail to submit to Col. Bowen the factual data required by this order, at the time required by this order, Col. Bowen shall notify this Court and this Court will thereupon cause to be issued and served upon that water user or landowner an Order to Show Cause why he or she should not be held in contempt of Court for failure to comply with this Court's order, or such other order as may be appropriate.

Jan 27, 1966      *James M. Carter*
                                JUDGE

SUBSTANTIAL WATER USERS IN SANTA MARGARITA RIVER SYSTEM

## SECTION A  -  WELLS

Santa Margarita River

| Name | Location |
|---|---|
| Henderson, M. | 8S/3W 33Q1 |
| Naval Enclave | 9S/4W 14N1 |
|  | 9S/4W 26M1 |
|  | 9S/4W 29L1 |
|  | 10S/4W 5D1 |
|  | 10S/4W 7A2 |
|  | 10S/4W 7H2 |
|  | 10S/4W 7R2 |
|  | 10S/4W 18E3 |
|  | 10S/4W 18M4 |
|  | 10S/5W 13R2 |
|  | 10S/5W 23J1 |
|  | 10S/5W 23K1 |
|  | 10S/5W 26C1 |
|  | 10S/5W 26F1 |
|  | 11S/5W 2A1 |

Murrieta - Temecula Area

| Name | Location |
|---|---|
| Abshire, C. M. | 7S/3W 27? |
| Aub-Bren Construction Co. | 7S/3W 28J |
| Barr, T. D. | 7S/3W 28R |
| Bloemsma, A. | 7S/3W 21L |
|  | 7S/3W 21Q |
|  | 7S/3W 28H |
| Cain, C. | 7S/3W 21K |
|  | 7S/3W 21L |
|  | 7S/3W 21Q |

Murrieta - Temecula Area

| Name | Location |
|---|---|
| Cantarini, D. | 7S/3W 27J2 |
| Ceas, A. N. | 7S/3W 24A1 |
|  | 7S/3W 24Q |
| Chillingworth, S. C. | 7S/3W 18L |
|  | 7S/3W 18L |
|  | 7S/3W 18L |
|  | 7S/3W 18L |
|  | 7S/3W 18Q |
| Contreras, G. | 7S/3W 20R |
|  | 7S/3W 20R3 |
|  | 7S/3W 20R5 |
| Cox, T. A. | 7S/3W 6D |
|  | 7S/3W 6E |
|  | 7S/3W 6K |
|  | 7S/4W 1A |
|  | 7S/4W 1A |
|  | 7S/4W 1H |
|  | 7S/4W 1H |
| Cutler, D. | 7S/3W 28D |
| Denny, F. | 7S/3W 17M |
| Dillon, Ted | 7S/3W 17J1 |
|  | 7S/3W 17Q |
| Dwyer, A. | 7S/3W 27J |
|  | 7S/3W 27Q |
| El Rancho Trebol | 7S/3W 18Q |
|  | 7S/3W 18Q |
| Genger, L. M. | 7S/3W 17R3 |
| Gierson, W. H. | 7S/3W 20H |
| Guenther's Murrieta Hot Springs | 7S/3W 14J1 |
|  | 7S/3W 23A1 |
|  | 7S/3W 23A2 |
|  | 7S/3W 24D1 |

Murrieta-Temecula Area

| Name | Location |
|---|---|
| Gwinn, W. A. | 7S/3W 20L |
| | 7S/3W 20L |
| Hesnault, W. J. | 7S/3W 17M |
| | 7S/3W 18J |
| Howell, G. | 7S/3W 28C |
| Jordan, W. | 7S/3W 21J2 |
| Keen, R. R. | 7S/3W 29A1 |
| | 7S/3W 29A2 |
| Kidder, R. C. | 7S/3W 7R1 |
| King, C. | 7S/3W 27M1 |
| K & L Properties | 7S/4W 2G1 |
| Lamb, R. G. | 7S/3W 28K |
| Lovelady, A. L. & F. | 7S/4W 2H |
| Mardley Company | 7S/3W 20L |
| Mayer, B. L. | 7S/3W 17D |
| | 7S/3W 17D |
| Mays, F. | 7S/3W 21L1 |
| | 7S/3W 21M |
| McDaniel, R. | 7S/3W 20Q |
| | 7S/3W 20Q |
| | 7S/3W 29B |
| Mejia, A. | 6S/4W 35F2 |
| Morrow, H. | 7S/3W 7R2 |
| Morton, R. G. | 7S/3W 28B |
| Murrieta Mutual Water Company, Inc. | 7S/3W 17R Leasing, L.O. Lynch |
| | 7S/3W 20C Buying, C. W. Holliday |
| Murrieta Stud | 7S/3W 20E |
| | 7S/3W 20Q |
| Nicolas Ranch | 7S/2W 20M1 |
| Pascoe, W. T. | 7S/3W 27Q |
| | 7S/3W 33B |

Murrieta - Temecula Area

| Name | Location |
|---|---|
| Querry, F. | 8S/2W 19J2 |
| | 8S/2W 29C1 |
| | 8S/2W 29D1 |
| Ramgren, D. A. | 6S/4W 35L |
| Rancho California | 7S/2W 25D (#6) |
| | 7S/2W 26B (#4) |
| | 7S/2W 27J (#1) |
| | 7S/2W 30D1 |
| | 7S/2W 30D3 |
| | 7S/2W 33E1 |
| | 7S/2W 36J (#2) |
| | 7S/3W 25R1 |
| | 7S/3W 35P1 (MV 93) |
| | 7S/3W 35P2 (MV 132) |
| | 7S/3W 36D (#5) |
| | 8S/1W 6G (#3) |
| | 8S/2W 7A1 (MV 131 Shrode Well) |
| | 8S/2W 11H1 |
| | 8S/2W 11J1 (P.R. 30) |
| | 8S/2W 11J2 (30-A) |
| | 8S/2W 11J4 (Diesel) |
| | 8S/2W 11J5 (P.R. 26) |
| | 8S/2W 11L1 (No. 40) |
| | 8S/2W 11P1 (P.R.U.C. well) |
| | 8S/2W 11P2 (New C.G.C. well) |
| | 8S/2W 12H1 (Windmill well) |
| | 8S/2W 12J1 (No. 10) |
| | 8S/2W 12K1 (J.K. well) |
| | 8S/2W 14B (#7) |
| | 8S/2W 15C1 (China Garden well) |

Murrieta - Temecula Area

| Name | Location |
|---|---|
| Rancho California | 8S/2W 15D1 (No. 50) |
| | 8S/2W 16A1 (Dairy artesian) |
| | 8S/2W 16G1 (Main Camp artesian) |
| | 8S/2W 17F1 (Cantarini D) |
| | 8S/2W 17G1 (Studley artesian) |
| | 8S/2W 17M1 (Navy well) |
| | 8S/2W 17Q1 (Cantarini A) |
| | 8S/2W 18M1 (TF 3) |
| | 8S/2W 18N1 (TF 2) |
| | 8S/2W 18N2 (TF 4) |
| | 8S/2W 18R1 (McSweeney Domestic) |
| | 8S/2W 20B1 (P.R. 27) |
| | 8S/2W 20B2 (P.R. 28) |
| | 8S/2W 20B3 (P.R. 29) |
| | 8S/2W 20B4 (Cantarini) |
| | 8S/2W 20C1 (Cat) |
| | 8S/2W 20C2 |
| | 8S/2W 20E1 (Cantarini Camp of Cant. Wm.) |
| | 8S/2W 20L1 (Pen well) |
| | 8S/2W 28C1 (Ludy) |
| | 8S/3W 1P2 (Cantarini - Murrieta) |
| | 8S/3W 1P3 (O'Kell 14) |
| | 8S/3W 1Q1 (MV 96) |
| | 8S/3W 12B1 (MV 100) |
| | 8S/3W 12C1 (MV 98) |
| | 8S/3W 12C2 (MV 98A) |
| Reeves, G. H. | 7S/3W 28D |
| Ribaudo, J. | 6S/4W 35Q3 |

Murrieta - Temecula Area

| Name | Location |
|---|---|
| Roripaugh, Leo | 7S/3W 24Q2 |
| | 7S/3W 25E1 |
| | 7S/3W 26J1 |
| | 7S/3W 26N1 |
| | 7S/3W 34G1 |
| | 7S/3W 35C1 |
| | 7S/3W 35C |
| Shamel, J. B. | 7S/3W 25M |
| | 7S/3W 25M |
| | 7S/3W 26R |
| | 7S/3W 35B |
| | 7S/3W 35B |
| Shirmer, L. B. Jr. | 7S/3W 20F |
| Sykes, H. L. | 7S/3W 17R |
| Talbert, T. V. & Romano, A.A. | 6S/4W 35P |
| | 6S/4W 35P |
| Thompson, W. | 7S/3W 7N1 |
| | 7S/3W 17L4 |
| | 7S/3W 18A3 |
| Thralls, W. A. | 7S/4W 1E3 |
| Turner, C. W. | 7S/3W 28E |
| | 7S/3W 28G |
| | 7S/3W 28G |
| | 7S/3W 28G |
| | 7S/3W 28K |
| Venable, W. E. | 7S/3W 21G |
| | 7S/3W 21G |
| | 7S/3W 21G |
| Vessels, M. | 7S/3W 18A |
| Weinstein, A. | 7S/3W 7E |

Murrieta - Temecula Area

| Name | Location |
|---|---|
| Wilks, T. E. | 7S/4W 2A |
|  | 7S/4W 2B1 |
| Wilks, T. H. | 6S/4W 35Q2 |
| Winter, H. C. | 7S/3W 21P |
|  | 7S/3W 21P |
| Withrow, C. B. | 6S/4W 35D1 |
| Younger, H. C. | 6S/4W 36N1 |
|  | 6S/4W 36P |

### Aguanga Area

| Name | Location |
|---|---|
| Allen, W. H. | 8S/1E 8K2 |
| | 8S/1E 8Q1 |
| | 8S/1E 17A2 |
| | 8S/1E 17C1 |
| | 8S/1E 17H1 |
| Cottle, W. H. | 8S/1E 19K3 |
| | 8S/1E 19K |
| Gibbon, W. R. | 8S/1E 19K |
| | 8S/1E 19K |
| | 8S/1E 19Q |
| | 8S/1E 19Q |
| | 8S/1E 19Q |
| | 8S/1E 19R |
| | 8S/1E 20N |
| Marana, John L. | 8S/1W 13K |
| | 8S/1W 13Q |
| | 8S/1W 13Q |
| | 8S/1W 24B |
| Oviatt, J. | 8S/1E 7J1 |
| | 8S/1E 7Q1 |
| | 8S/1E 7Q4 |
| | 8S/1E 18B |
| | 8S/1E 18C1 |
| Reed, John E. | 8S/1E 33G1 |
| Trunnell, D. | 8S/1E 28P1 |
| Yerkes, Virginia C. | 8S/1E 29K |
| | 8S/1E 29K |

### Cahuilla Area

| Name | Location |
|---|---|
| Minor, J. | 7S/2E 29Q |
| | 7S/2E 29R |
| | 7S/2E 32A |
| | 7S/2E 32F |
| | 7S/2E 32J |
| | 7S/2E 32J |
| | 7S/2E 32K |
| | 8S/2E 5C |
| | 8S/2E 5F |
| | 8S/2E 5F |
| | 8S/2E 5? |

## SECTION B - SURFACE DIVERSIONS

| Name | Location |
|---|---|
| Naval Enclave | |
|    Weir Dam | 9S/4W/5E |
|    Naval Weapons Station | 9S/4W/14N |
| Fallbrook Public Utility District | 9S/3W/7D |
| Rancho California | 8S/1W/10D |
| Cottle-Gibbon | 8S/1E/29L |
| Yerkes, Virginia C. | 8S/1E/29K |

## SECTION C - SURFACE IMPOUNDMENTS

Naval Enclave

Rancho California

Lake O'Neill

Vail Lake