FILED

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FEB 2 - 1966

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                        DEPUTY

UNITED STATES OF AMERICA,              )        No. 1247-SD-C
                                       )
                Plaintiff,             )        NOTICE OF HEARING
                                       )
        vs.                            )
                                       )
FALLBROOK PUBLIC UTILITY               )
DISTRICT, et al.,                      )
                                       )
                Defendants.            )
_____)

YOU ARE HEREBY NOTIFIED:

        That on May 8, 1963, Final Judgment and Decree was entered

by this Court; that thereafter plaintiff, United States of America,

filed its appeal with the United States Court of Appeals for the

Ninth Circuit, which, on May 26, 1965, entered its decision which

stated in part:

        ". . .

        "As to the rights of the United States against Vail
        Ranch the judgment is reversed.  The matter is remanded
        with instructions that the final judgment be appropriately
        modified to the end that the 1940 State Court decree is
        reinstated, . . ."

        That on March 17, 1966, at 10 a.m. in the United States

District Court, Customs & Courthouse Building, San Diego,

California, this Court will commence a hearing for the purpose

of approving judgment provisions which are now required of this

Court pursuant to the above set forth mandate to this Court by

the United States Court of Appeals, Ninth Circuit.

        You are further notified that at said hearing to commence

on March 17, 1966, this Court will only consider judgment provisions

which are required to reinstate the 1940 State Court decree between

the United States of America and the Vail Company.  Any further

proceedings which may be required subsequently concerning said

1940 State Court decree will be held only after further notice to you.

                        JOHN H. CHILDRESS, Clerk


                        By_____
                           William W. Luddy,
                           Deputy in Charge

Daisy E. Abernathy
P. O. Box 66
Murrieta, Calif.

Dell Ackman
Wildomar, Calif.

J. S. Aitken
1102 17th Ave.
Seattle 22, Wash.

Douglas & Ingered Alderson
654 Keith Road
West Vancouver
British Columbia, Canada

Anne N. Allan
Box 54
Wildomar, Calif.

Loftus H. & Frances R. Allen
3687 Blenheim Street
Vancouver, British Columbia
Canada

Mamie Allen
115 Eulalia Street
Glendale, Calif.

Ralph B. & Helen A. Allman
944 North Orange
Fallbrook, Calif.

John G. & Loraine A. Almand
330 Aviation Road
Fallbrook, Calif.

Domingo & Mary N. Almaraz
P. O. Box 127
Temecula, Calif.

Harold A. Jr. & Florence Anderson
Box 227
Temecula, Calif.

Jack E. Anderson
610 Wendt Terrace
Laguna Beach, Calif.

Karl Anderson
c/o Amy Anderson
P. O. Box 716
Olympia, Washington

Olaf Anderson
c/o Amy Anderson
P. O. Box 716
Olympia, Wash.

Ossian Anderson
c/o Amy Anderson
P. O. Box 716
Olympia, Washington

Paul H. & Helen I. Anderson
11250 Playo Street
Culver City, Calif.

Trent C. Anderson
Eilers, Wehrle & Anderson
Room 817
606 South Hill Street
Los Angeles 14, Calif.

Raymond D. & Loraine N. Andrews
692 West Sierra Madre
Sierra Madre, Calif.

Franklin R. & Frances G. Angus
Murrieta,
Calif.

Donald & Charlotte Anthony
814 S. Main Street
Fallbrook, Calif.

Office of Attorney General
Attn:  Fred Girard, Deputy
Library and Courts Bldg.
Sacramento 14, Calif.

Floris Arnold
7 517½ North Willow
Compton, Calif.

Herbert C. & Margaret L. Arthur
P. O. Box 56
Murrieta, Calif.

Rose Arviso
Box 14
Temecula, Calif.

A. R. & Mary Ashman
Box 1
Temecula, Calif.

Ornulf Aune
613 First St.,
New Westminster
British Columbia, Canada

A. S. & Cecelia Averill
118 N. Scrivner
Elsinore, Calif.

-1-                                                    EXHIBIT "A"

William L. & Lillian E. Bagby
1405 E. Mission Road
Fallbrook, Calif.

Louis Baggenstos
P. O. Box 933
Murrieta Hot Springs
Murrieta, Calif.

Paul T. Bailey
Route 2, Box 459
Elsinore, Calif.

Ralph E. & Dorothy E. Hilton
c/o Robert H. & Mary Ballard
Rt. 1, 10542 Morada Dr.
Orange, Calif.

Fred G. Barnard Jr.
428 S. Horne St.
Oceanside, Calif.

Harriet L. Barnard
1111 S. Ditmar St.
Oceanside, Calif.

Neta L. Barnard
428 S. Horne St.
Oceanside, Calif.

Finnis E. & Theresa Marie Barnes
301 Franklin
Elsinore, Calif.

William E. Barnes
Box 93
Murrieta, Calif.

B. H. & Leone Barnett
49 E. Grand
Corona, Calif.

Frances L. Barnett & Ben W. Tarwater
1122 Coloma Way
Roseville, Calif.

William V. & Dorothy Barnett
Rt., Box 466A
Elsinore, Calif.

E. G. Barrett et al
3091 Volmer Road
Victoria, British Columbia
Canada

Wesley G. & Etta L. Barringer
255 W. Grand Ave.
Escondido, Calif.

L. V. & Francis M. Barth
Box 62
Murrieta, Calif.

Isabella M. Bartlett
1170 Fort St., Suite 3
Victoria, British Columbia
Canada

Arthur & Frances Basquez
P. O. Box 141
Temecula, Calif.

Floyd S. Batson
6166 Encenata
Temple City, Calif.

Jesse Batson
P. O. Box 19
Murrieta, Calif.

Joe Cletus Batson
1475 6th St.
Norco, Calif.

Mary Louise Batson
P. O. Box 19
Murrieta, Calif.

Nathanial P. Batson
P. O. Box 19
Murrieta, Calif.

Roy Parmer Batson
2949 Sierra
Norco, Calif.

Andrew W. & Mabel C. Bauer
Rt. 2, Box 556
Elsinore, Calif.

Marietta Eleanor Bawden
859 Villance St.
Victoria, British Columbia
Canada

John R. & Shirley Ann Beairsto
750 N. Stagecoach Lane
Fallbrook, Calif.

Alexander M. & Elsie Allen Beamon
841 E. Mission Rd.
Fallbrook, Calif.

Vance Beatty
P. O. Box 463
Stateline, Calif.

Otto E. & Grace V. Beaver
Box 55
Wildomar, Calif.

Morris & Lena Beller
6300 Orange St.,
Los Angeles, Calif.

-2-

Karl V. & Nina Bennis
1400 Coast Highway
Seal Beach, Calif.

George W. & Sophia N. Benson
1564 E. Mission Rd.
Fallbrook, Calif.

Mrs. W. W. Berridge
2483 Beachwood Drive
Hollywood 28, Calif.

H. A. Berry
455 Granville St.
Vancouver, British Columbia
Canada

Best, Best & Krieger
P. O. Box 1028
Riverside, Calif.

Agnes H. Bethell
Box 67
Temecula, Calif.

Joe F. Betschart
11666 E. Bolsa Ave.
Santa Ana, Calif.

Ray & Joanne E. Bezanson
P. O. Box 7
Murrieta, Calif.

John & Junnettie R. Biazo
P. O. Box 913
Murrieta, Calif.

Chauncey F. & Susan C. Biggs
309 Beloit Ave.
Los Angeles 49, Calif.

Bremond Bernard Birch
508 Lake Street
Oak Park, Illinois

Charles Francis & Jean E. V. Birch
508 Lake Street
Oak Park, Illinois

C. E. & Rita S. Bittikofer
Rt. 2, Box 568
Elsinore, Calif.

Loraine L. & Everelda C. Black
Rt. 2, Box 163B
Elsinore, Calif.

Henry E. & Eleanor P. Blackford
Rt. 2, Box 51
Wildomar, Calif.

Harvey & Betty Jean Blackmore
P. O. Box 122
Murrieta, Calif.

Arthur V. & Retha Darlene Blake
Rt. 2, Box 538
Elsinore, Calif.

George E. & Fern C. Blake
Murrieta, Calif.

Camilla J. Blakely
4901 Hilliard
La Canada, Calif.

J. Ward Blakely
3704 Mound View Ave.
Studio City, Calif.

P. Hoyt Blakely
8452 Melrose
Los Angeles, Calif.

Harry T. & Peggy Bodine
1135 S. Gladys Ave.,
San Gabriel, Calif.

Armand Boffa
P. O. Box 315
Wildomar, Calif.

Ralph S. & Virginia S. Bolander
1616 Meridian St.
Alhambra, Calif.

Lauren D. & Ethel M. Bolton
1412 E. Mission Rd.
Fallbrook, Calif.

Mariellen Bonnar
1036 Eldorado
Fullerton, Calif.

Jack & Esther Boobar
8427 Winsford Ave.,
Los Angeles 45, Calif.

Alberta Evanell Booth
17627 S. Broadway
Gardena, Calif.

Julius & Bella Borenstein
Rt. 2, Box 15
Murrieta, Calif.

John & Dora Boruchin
17568 Pine Street
Fontana, Calif.

-3-

Richard & Julia Boscacci
13307 Avenue 22½
Chowcilla, Calif.

Maureen Bricknell
General Delivery
Murrieta, Calif.

William J. Jr & Cristina W. Britton
2427 Mecklenburg Ave.
Charlotte 5, N. C.

Andrew J. & Myrtle Brown
Rt. 1, Box 9
Murrieta, Calif.

Elbert E. & Beulah W. Brown
16360 Citrus Tree Road
Whittier, Calif.

Fred Brown
566 Hornby St.
Vancouver, British Columbia,
Canada

John F. & Addie B. Brown
1210 S. Gramercy Place
Los Angeles 19, Calif.

John G. Brown
c/o O. B. Irvine
Minstrel Isle, British Columbia
Canada

Leslie S. Brown
Murrieta,
Calif.

Melvin H. & Margaret F. Brown
Murrieta,
Calif.

Merritt H. Brown
Rt. 1, Box 9
Murrieta, Calif.

Robert J. & Blanche C. Brown
2417 E. Glen Oaks Road
Glendale, Calif.

Rudolph J. & Vita Elliott Brown
Rt. 1, Box 15
Wildomar, Calif.

Howard E. & Corinne B. Bruse
337 East "D" St.
Colton, Calif.

William H. & Esther V. Bruggere
32250 Vista de la Luna
South Laguna, Calif.

Nora Bryant
Murrieta
Calif.

James David Buchanan
Rt. 2
Murrieta, Calif.

Maude M. Buchanan
Rt. 2,
Murrieta, Calif.

William & Gloria F. Buchanan
6110 Roosevelt Ave.
Hollydale, Calif.

Margaret Lindall Buck
845 E. Porter St.
Fallbrook, Calif.

Thresa & Steve J. Budai
1250 Hillcrest Lane
Fallbrook, Calif.

Frank A. & Vera E. Burnham
Box 24
Murrieta, Calif.

David H. & Hazel I. Burt
11475 Sunburst
San Fernando, Calif.

Milo O. & Mariella Busenburg
P. O. Box 41
Fallbrook, Calif.

Lavern G. Bush
c/o Murrieta Hot Springs
Murrieta, Calif.

Bert Buzzini, Attorney at Law
2233 Fulton Street
Berkeley 4, Calif.

Nick Cacia
5324 West 144th St.
Lawndale, Calif.

Carlington L. & Eunice Cain
Rt. 2, Box 53
Murrieta, Calif.

The California Eldership of the
Churches of God in North America
126 W. Ash
Fallbrook, Calif.

California Electric Power Co.
2885 Foothill Drive
San Bernardino, Calif.

-4-

California Water & Telephone Co.
224 W. Graham Ave.
Murrieta, Calif.

Dorothy E. Cammack
1017 South Curson St.
Los Angeles 19, Calif.

Leonard & Frances M. Candido
14217 S. Grandesa
La Mirado, Calif.

Joe & Theresa Cantacessi
Route 2, Box 453
Elsinore, Calif.

Edith M. Cantrell
346 Washington
Venice, Calif.

Joe & Dora Caringella
205 W. 90th St.,
Los Angeles, Calif.

Conrad H. Carlson
Rt. 2, Box 198A
Santa Fe, New Mexico

Garey W. & Alice Harmon Carr
P. O. Box 41
Murrieta, Calif.

Charles C. Carter
1755 W. 103rd St.
Los Angeles 47, Calif.

John T. & Helen Carter
6844 Palomar Way
Riverside, California

Louis M. & Nell F. Carter
Rt. 2, Box 461
Elsinore, Calif.

Carl M. & Kathrynen Castor
22 N. Thorp
Kansas City, Kansas

Thomas V. Jr. & Adelaide Cecchettini
Box 4
Murrieta, Calif.

Robert P. & Lucille H. Chaffey
5250 El Cedral St.,
Long Beach 4, Calif.

Edward B. & Anna R. Charnock
3549 Greenfield Ave.
Los Angeles 34, Calif.

Raymond Choate
127 West Anaheim Blvd.
Wilmington, California

Llewellyn F. Christopher
Rt. 1, Box 100
Perris, Calif.

Charlotte S. Clark
2611½ Monmouth Ave.
Los Angeles, Calif.

Doris I. Clark
Box 575
Wildomar, Calif.

Van Elmo & Regina W. Clark
Rt. 2, Box 20
Murrieta, Calif.

Burkley A. Clemmens
2303 Deerpark
San Diego 17, Calif.

Albert A. & Ellen Cobbin
5617 Edgemar Ave.
Los Angeles 43, Calif.

Matthew J. & Nettie Cockerline
Temecula
Calif.

Max Cohen
751 N. Croft
Los Angeles, Calif.

Louise C. Cole
1351 Fern Place
Vista, Calif.

Chester T. & Norma Coleman
2002 S. Corning Ave.
Los Angeles 35, Calif.

Cora V. Coleman
Murrieta, Calif.

Fern & Fay Coleman
448 Pershing Drive
Playa Del Rey, Calif.

Lewis & Clara Coleman
1315¼ N. Hayworth
Hollywood, Calif.

Frank Elliott & Flora E. Collier
c/o Mary Collier Wayne
909 Lyndon St.
South Pasadena, Calif.

Ralph Colton
8344 Beverly Blvd
Los Angeles 48, Calif.

Homer L. & Leamel A. Comparette
2730 Oregon St.
Long Beach, Calif.

Emma V. Compton
c/o Edith N. Small
Box 120
Murrieta, Calif.

James E. Conley
Rt. 2, Box 20
Elsinore, Calif.

Joseph D. & Lena May Conley
Box 101
Wildomar, Calif.

Geraldine Conover
1756 Argyle Ave.
Hollywood, Calif.

George C. & Aveni M. Contreras
P. O. Box 945
Murrieta, Calif.

Leo Cook
1756 Argyle Ave.
Hollywood 28, Calif.

Raymond P. & Lois E. Cook
Wildomar,
California

Jessie C. Cooper
Murrieta
Calif.

Cecil & Wahnetta Copeland
6616 Olive Ave.
Long Beach 5, Calif.

Jacob Frank Coppel
175 E. 7th St.
Perris, Calif.

Bennett M. & Jean C. Corazza
Rt. 2, Box 1
Wildomar, Calif.

Nora Cotter
Murrieta
Calif.

Walter A. & Oleta S. Coy
P. O. Box 911
Murrieta, Calif.

Edna E. Cozine
Box 696
Elsinore, Calif.

William & Marian Grace Crabb
665 Gorge East
Victoria, British Columbia
Canada

Donald C. & Mable Crews
6741 Zane Court
San Diego 11, Calif.

Harold C. Cross
Brentwood Bay
Vancouver Island, British Columbia
Canada

H. L. & Margaret Eleanor Crossley
Box 286
Banff, Alberta
Canada

Stanley B. & Cornelcia A. Crowe
22060 Independencia
Woodland Hills, Calif.

Lee Crum
Temecula
Calif.

Peter A. Cuccio
c/o Guenther's Murrieta Hot Springs
Murrieta, Calif.

Marvin Duane & Kay Louise Curran
P. O. Box 106
Murrieta, Calif.

Annie L. S. & William C. Curtiss
1616 Donaldson St.
Los Angeles, Calif.

Ross W. & Helen M. Daily
P. O. Box 215
Temecula, Calif.

William N. & Mary E. Davis
1805 Davis Drive
Fallbrook, Calif.

Robert & Constance Dawes
Temecula
Calif.

Nathaniel E. & Katherine M. DeArmond
Box 224
Temecula, Calif.

Mary Deering
3008 West 84th St.
Inglewood, Calif.

Lucy C. DeLeon
131 Coffman St.
Anaheim, Calif.

Andrew & Lydia Delgado
Box 213
Temecula, Calif.

Francisco Delgado
Box 64
Temecula, Calif.

William P. & Ione DeMund
13072 Yackey St.
Garden Grove, Calif.

W. B. Dennis
Attorney at Law
3631B Village Circle
Carlsbad, Calif.

Dept. of Veterans Affairs,
State of California
1227 O Street
Sacramento 7, Calif.

Walter E. Sr., & Mary E. Dethlefs
1023 E. Alvarado St.
Fallbrook, Calif.

Charles W. & Hilda N. Detwiler
Rt. 2, Box 255
Elsinore, California

Isabella Dew
P. O. Box 45
Murrieta, Calif.

Leonard J. Difani
220 Loring Building
Riverside, Calif

Harry Jerome & Gertrude E. Dillon
203 Maplewood
Orange, Calif.

Wayne L. & Alta D. Dillon
9212 Appleby
Downey, Calif.

Joseph Francis Diltz
2 South State St.
Emporia, Kansas

Giovannina & Ruggiers DiMaggio
Rt. 2, Box 202
Fallbrook, Calif.

Dorothy L. Dimm
5180 Village Green
Los Angeles, Calif.

James A. Dinsmore
1422 Harrison St.
Victoria, British Columbia
Canada

I. Di Silvestro
943 W. 3rd St.
Pomona, Calif.

Charles A. & Margie E. Dittner
13003 S. Hoover St.
Gardena, Calif.

Ida L. Dixon
1641 Tenth Ave.
Sacramento, Calif.

Donath & Pierce, Inc.
753 West Elder
Fallbrook, Calif.

John R. & Alice Ines Dorr
1132 Cedar Ave.
Long Beach, Calif.

Walter B. & Ruth Dorrer
Room 403, Metropolitan Bldg.
315 W. 5th St.
Los Angeles 13, Calif.

Howard D. & Corene Doty
1888 260th St.
Lomita, Calif.

Theodore S. & Gladys M. Dudley
1832 S. 7th St.
Alhambra, Calif.

Harry & Margaret Dukes
c/o Marietta Pantages
3341 West 43rd Place
Los Angeles, Calif.

Harry J. Dull
510 W. Orange Dr.
Whittier, Calif.

Elmo & Ethel Marie Dunham
Box 48
Murrieta, Calif.

Lawrence & Lucy A. Dunham
Box 915
Murrieta, Calif.

Sarah A. Dunham
c/o Herbert S. Sushinsky
1121 S. Main St.
Corona, Calif.

Andy E. Dunlap
844 West 79th St.
Los Angeles 44, Calif.

Esther Durst
2321 Hillhurst
Los Angeles, Calif.

Moe & Agnes Durst
3733 Santa Ana
Huntington Beach, Calif.

Cecil C. & Maudelene Dutton
1341 N. Cahuenga Blvd
Hollywood, Calif.

I. M. & Frieda Dyess
2nd & B Streets
Murrieta, Calif.

Lloyd L. & Helen L. East
1246 Hillcrest Lane
Fallbrook, Calif.

Ray C. Eberhard
Room 1231
215 West 7th St.
Los Angeles 14, Calif.

Ben S. Edwards
Rt. 2, Box 463
Elsinore, Calif.

XXXXXXXXXXXXXXXX
Hjalmar H. Eliasen
c/o Leslie S. Brown
1916 McMillan
Compton, Calif.

Fred Ellis
1611 Cedar Hill Cross Road
Victoria, British Columbia
Canada

Clinton & Gertrude Hazel Elsenpeter
232 Wyland Way
Monrovia, Calif.

Harvey & Gertrude B. Emerson
3209 W. Olympic
Los Angeles 6, Calif.

William T. & Nancy N. Eppard
c/o O. T. Grow
Rt. 1, Box 5
Wildomar, Calif.

Clayton S. & Nadine Erdel
P. O. Box 917
Murrieta, Calif.

Eva M. Erhart
1206½ 3rd Ave.
Los Angeles, Calif.

Alex J. & Blanche Escallier
Temecula
Calif.

Fernando C. & Francisco L. Escallier
P. O. Box 94
Temecula, Calif.

Joe L. & Grace Escallier
Box 35
Temecula, Calif.

Peter Escallier, Jr.
Box 135
Temecula, Calif.

Dick & Audrey Evans
P. O. Box 54
Temecula, Calif.

Fallbrook Citrus Assoc.
202 College St.
Fallbrook, Calif.

Fallbrook I.O.O.F. Lodge #339
P. O. Box 196
Fallbrook, Calif.

Fallbrook Lumber Co.
735 S. Main St.
Fallbrook, Calif.

Fallbrook Sanitary Dist.
204 S. Main St.
Fallbrook, Calif.

Mabbel Hibberson & Doris H. Farmer
853 Byug St., Oak Bay Road
Victoria, British Columbia
Canada

Walter L. Farr
2831 W. 41st Ave.
Vancouver, British Columbia
Canada

Malvern Ferguson
Rt. 2, Box 69B
Elsinore, Calif.

Fidelity Realty Corp. Ltd.,
c/o Temecula Rancho
Box 2
Temecula, Calif.

Harry O. & Mabel B. Field
1305 E. Mission Rd.
Fallbrook, Calif.

James W. Filmer
Box 2308, R.R. 4
Victoria, British Columbia
Canada

Catherine McArthur Finlay
Rt. 1, Box 335
Davis, Calif.

Berdell Firth
Box 17
Murrieta, Calif.

Hyman & Hattie Fisch
8111 Blackburn Ave.
Los Angeles, Calif.

~~Hyman & Hattie Fisch~~
Hallie Estex Fix
c/o Louise Robertson
Box 119
Fallbrook, Calif.

Mary Elizabeth Fletcher
P. O. Box 72
Wildomar, Calif.

Jewel H. & Dolores G. Flinn
Rt. 2, Box 464
Elsinore, Calif.

Francisco & Louise Flores
Rt. 3, Box 205
Hemet, Calif.

Mary B. & Paul N. Flores
Box 147
Temecula, Calif.

C. E. Fortin
1038 17th St.
Santa Monica, Calif.

M. Robi E. Francisco
c/o Los Angeles Brick & Clay Products
Alberhill, California

Bessie L. Freeman
P. O. Box 85
Wildomar, Calif.

Dorothy Freeman
P. O. Box 44
Temecula, Calif.

Ed Freeman
R. 1, Box 24
Wildomar, Calif.

Farel L. Freeman
Box 111
Temecula, Calif.

Harvey Freeman
C/O Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

James L. Freeman
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

John D & Joann T. Freeman
905 Santa Margarita Drive
Fallbrook, Calif.

Kenneth & Ida Mae Freeman
P. O. Box 85
Wildomar, Calif.

Margaret Freeman
Rt. 3, Box 205
Hemet, Calif.

Phillip C. Freeman
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

Russell O. & Gladys E. Freeman
P. O. Box 74
Murrieta, Calif.

Thomas Asa & Thelma Lillian Freeman
P. O. Box 100
Murrieta, Calif.

Verna & Edward Freeman
Rt. 1, Box 24
Wildomar, Calif.

E. Christine Friedman
5335 Aldama St.
Los Angeles, Calif.

William M. & Jessie E. Friedman
c/o Temecula Meat Packing Co.
P. O. Box 113
Temecula, Calif.

William R. & Patricia Friedman
Box 264
Temecula, Calif.

Josie V. & Elbert Frohlick
P. O. Box 154
Murrieta, Calif.

John & Rachel Frohwitter
2204 E. Mission Road
Fallbrook, Calif.

-9-

Frank & Nellie R. Frontino
336 N. 12th St.,
Montebello, Calif.

Byron O. Frost
Box 51
Wildomar, Calif.

Margaret E. Furleigh
610 Laveta Terrace
Los Angeles 26, Calif.

Ray E. Fulk
Rt. 2, Box 561
Elsinore, Calif.

Frances Ordendorff Fulton
1374 Hull Lane
Altadena, Calif.

Eugene H. Gach
152 N. Alta Vista
Los Angeles, Calif.

Jerome G. Gach
241 Magnolia St.
Orange, Calif.

Joseph B. Gach
4709 Hazelwood
Sacramento, Calif.

Edward F. & Priscilla I. Gagnon
Rt. 2, Box 65
Elsinore, Calif.

Leon & Bella Gancarski
7407 Mango
Fontana, Calif.

Bessie Mize Gardner
1819 N. Central Ave.
El Monte, Calif.

Erle Stanley Gardner
P. O. Box 67
Temecula, Calif.

J. H. Gardner
5225 Wilshire
Los Angeles 36, Calif.

Hugh W. & Frances Helen Garland
3306 Rancho La Carlotta Rd.
Covina, Calif.

John M. & Sadie F. Garrison
3623 Jasmine Ave.
Palms Station
Los Angeles 34, Calif.

Victor A. & Arlene V. Garrison
P. O. Box 112
Murrieta, Calif.

Peter J. & Etta H. Gatson
P. O. Box 32
Murrieta, Calif.

Arthur M. Gediman
119 South Main Street
Elsinore, Calif.

Henry E. & Loretta M. Gehring
Box 935
Murrieta, Calif.

James Laurence & Ethel Doolittle Gibson
1726 Barrett Ave.
Richmond, Calif.

George Robert Gilbert
2575 Hudson St.
Denver, Colorado

Margaret T. Gilbert
214 E. San Rafael
Colorado Springs, Colorado

William Burton Gilbert
10013 Guilford Ave.
Whittier, Calif.

Enoch Goodair
35 1245 Nelson St.
Vancouver 5, British Columbia
Canada

Otto R. & Gladys Goodcase
34791 Capistrano
San Clemente, Calif.

Leo Goodman
629 South Hill St.
Los Angeles 14, Calif.

Walter Thomas & Mary Jane Goodwin
124 W. 234th St.,
Wilmington, Calif.

Chris & Edna Gordoux
c/o H. G. Torbett
Rt. 2, Box 530
Elsinore, Calif.

Dixie V. Goveia
P. O. Box 15
Elsinore, Calif.

Paul E. Jr., & Phillip E. Goveia (Minors)
c/o Dixie E. Goveia, Guardian
P. O. Box 15
Elsinore, Calif.

Harry M. & Lucienne Crah
506 Marguerite St.
Corona Del Mar, Calif.

Harold L. & Thresa A. Graham
1810 Stuart St.
West Covina, Calif.

Mildred E. Graham
c/o Huldah H. Lundstedt
1635 Grandview
Glendale, Calif.

Lloyd A. W & Winifred Gray
5117 North Acacia St.
San Gabriel, Calif.

Prudence V. Green et al
7908 La Mesa Blvd.
La Mesa, Calif.

Alfred A. & Irma L. Gregory
Box 145
Elsinore, Calif.

E. F. & Maude G. Grether
728-36 So. Los Angeles St.
Los Angeles, Calif.

Frances A. Griffin
5104 York St.
Los Angeles, Calif.

Otis L. Griffin
4400 No. Figueroa
Los Angeles, Calif.

Walter T. Griffith
c/o Emma Griffith
200½ Rexford Dr.
Beverly Hills, Calif.

Jacob C. & Betty J. Grow
Rt. 2, Box 550
Elsinore, Calif.

Orville T. & Della V. Grow
Rt. 2, Box 5
Wildomar, Calif.

Herbert Gryde
4253 S. Norton
Los Angeles, Calif.

MX  Gwendolyn V. Hafner
3771½ Bethoven Street
Los Angeles 66, Calif.

Phyllis L. Hagland
610 Wendt Terrace
Laguna Beach, Calif.

Janie C. Haines
4 Williamsburg Lane
Rolling Hills, Calif.

Edward L. & Mary E. Haire
1922 W. 65th St.
Los Angeles 47, Calif.

William Howard & Isabel F. Haley
Temecula,
Calif.

Donald H. & Solidad Hallberg
Rt. 1, Box 178
Romoland, Calif.

C. E. Hammer
Rt. 2, Box 246
Eugene, Oregon

L. M. & Tecla Hand
623 W. Harding Blvd.
San Antonio 4, Texas

Robert M. & Virginia M. Hanks
Box 195
Temecula, Calif.

John A. & Bertha E. Hanson
Rt. 2, Box 458
Elsinore, Calif.

Carrie Happe
28 Eureka St.
Redland, Calif.

J. H. & Dora D. Hardeman
Rt. 1, Box 16
Wildomar, Calif.

James H. & Stelca A. Harker
P. O. Box 145
Elsinore, Calif.

Edison & Frances A. Harris
12967 Arillo Ave.
La Puente, Calif.

Evelyn W. Harrison
Rt. 2, Box 455
Elsinore, Calif.

Jessie R. Hart
1271 N. Hiatt
La Habra, Calif.

Jessie B. Hartman
115 Eulalia St.
Glendale, Calif.

Cliff H. & Rena D. Haselwood
1427½ Alvarado St.
Fallbrook, Calif.

Charles Earl Hastings
R.R. 4, Blenkinsop Road
Victoria, British Columbia
Canada

Royal M. & Marjorie E. Hatfield
2482 San Francisco St.
Long Beach, Calif.

S. J. & Edith Hathaway
521 South Horne St.
Oceanside, Calif.

Silas M. & Shirley J. Hathaway
P. O. Box 72
Murrieta, Calif.

Ida Emma LuPont Havens
2511 Birch St.
Denver Colorado

Beverly & Hazel Hawes
P. O. Box 29
Murrieta, Calif.

William D. Hawkinson
c/o Walter J. Redmond
203 Cherokee Lane
Alexandria, La.

Edward J. & Ellen T. Hazard
P. O. Box 76
Wildomar, Calif.

Helen Adelaide Hazelwood
4 Beach Drive
Victoria, British Columbia
Canada

Charles F. Heald
Box 202
Elsinore, Calif.

Jane Heath
750 Indian Hill
Claremont, Calif.

Alonzo F. & Estella M. Heathner
Rt. 2, Box 150
Elsinore, Calif.

Max M. & Aurelie S. Henderson
P. O. Box 635
Fallbrook, Calif.

D. G. Hewitt
7450 Angus Drive
Vancouver, British Columbia
Canada

Alice N. Hibberson
1619 Hampshire Rd.
Oak Bay, Victoria
British Columbia, Canada

Mabel Hibberson
853 Byng Road
Victoria, British Columbia
Canada

Robert John & Amy Hibberson
1513 Amphion St.
Victoria, British Columbia
Canada

Oliver T. Jr. & Eleanor Ann Hicks
P. O. Box 725
Fallbrook, Calif.

Arthur J. & Venita G. Hinman
R. 1, Box 19
Wildomar, Calif.

Historical Society of Murrieta
c/o O. R. Rail
Box 76
Murrieta, Calif.

Lucille Questa Hoagland
3544 Oakwood Place
Riverside, Calif.

Mary Hoagland
c/o Sam Donnell
3544 Oakwood Place
Riverside, Calif.

Robert & Emma Jean Hodnett
1210 S. Gramercy Place
Los Angeles 19, Calif.

Earl W. Hofeldt
3 Crescent Circle
Monterey, Calif.

John Hogya
Rt. 2, Box 352
Elsinore, Calif.

Victor A. & Norma P. Holchak
1602 W. 65th St.
Los Angeles 47, Calif.

Harold Holt
1629 W. 29th Ave.
Vancouver, British Columbia
Canada

-12-

Agnes F. Honberger
325 W. 6th St.
Perris, Calif.

Gerrit J. & Edith G. Horstman
Box 39
Murrieta, Calif.

Gordon D. & Virginia C. House
P. O. Box 118
Murrieta, Calif.

Gordon D. & Virginia C. House
P. O. Box 118
Murrieta, Calif.

Scottie E. & Marjorie Houston
Box 64
Murrieta, Calif.

A. T. & Lula Grace Howard
825 E. Grand Blvd.
Corona, Calif.

Kenneth L. & Nellie J. Howell
Wildomar, Calif.

Dale H. Hudson
239 Flood Ave.
San Francisco 12, Calif.

Grace A. Hudson
12891 8th St.
Garden Grove, Calif.

Bobbie Jean Hughes
c/o Sachse & Cooley
1092 South Main St.
Fallbrook, Calif.

Gerald Murray Watson & Ida
    Winifred Hummel
1252 Beach Drive
Victoria, British Columbia
Canada

Viola M. Hunter
Box 87
Wildomar, Calif.

Frances E. Hurty
1636 E. Mission Rd.
Fallbrook, Calif.

Ralph O. & Frances E. Hurty
1636 E. Mission Rd.
Fallbrook, Calif.

Sanna T. Hurty
1636 E. Mission Rd.
Fallbrook, Calif.

William E. & Marie M. Huss
1134 E. Mission Rd.
Fallbrook, Calif.

William C. & Virginia M. Husted
Route 1, Box 203
Fallbrook, Calif.

Wayne O. & Rose C. Hutson
13851 Harper
Santa Ana, Calif.

John Inchausti
Kings Cafe
Murrieta, Calif.

Herbert Inglis
528 Hastings St.
Vancouver, British Columbia
Canada

John P. & Eve Inglis
335 E. College
Fallbrook, Calif.

Edward Burton & Leone Inkster
Box 62
Luseland, Saskatchewan
Canada

Alexander Inrig
3371 Woodburn Ave.
Victoria, British Columbia
Canada

Stanley Inrig
3371 Woodburn Ave.
Victoria, British Columbia
Canada

John G. Brown & Charles H. Irving
c/o O. B. Irvine
Minstrel Isle, British Columbia
Canada

Leslie & Clara Irwin
P. O. Box 221
Temecula, Calif.

Celia E. Jacobson
1350 N. Fuller Ave.
Apt. No. 6
Los Angeles 46, Calif.

Reinhold R. & Velma F. James
c/o Ernest Streeter
Rt. 2, Box 564
Elsinore, Calif.

Robert James
14831 Kingsdale
Lawndale, Calif.

-13-

William C. & Irma James
Box 105
Murrieta, Calif.

Geneva Jenkins
Apt. 208
1922 Montrose St.
Los Angeles 26, Calif.

Ida J. Jennings
Murrieta,
Calif.

Murrel C. & Victoria Jensen
Box 37
Murrieta, Calif.

C. C. & Velma Johnson
604 W. 3rd St.
San Bernardino, Calif.

Raymond & Hazel Iren Johnson
Box 26
Murrieta, Calif.

Murray S. & Frances M. Johnston
902 E. Fallbrook St.
Fallbrook, Calif.

Alex M. & Marilyn M. Jones
907 E. Mission Road
Fallbrook, Calif.

William C. & Irma L. Jones
Box 105
Murrieta, Calif.

Wendell Jordan
9153 E. Telegraph Road
Rivera, Calif.

Walter Lewis Joy
3970 Canterbury Rd.
Riverside, Calif.

Frank L. & Elizabeth M. Kaser
P. O. Box 334
Elsinore, Calif.

Harry & Rosa Katz
P. O. Box 976
Elsinore, Calif.

Louis & Esther Katz
1443 Birchmont Dr.
Anaheim, Calif.

Hattie Kaufman
Box 18
Murrieta, Calif.

Claire & Sam Kaufman
2160 E. Mission Road
Fallbrook, Calif.

Lillian A. Kaufman
202 N. Brandon Rd.
Fallbrook, Calif.

Velma Maurine Kaufman
202 N. Brandon Rd.
Fallbrook, Calif.

Clarence O. Keller
Repair Welding, Hwy 395
Fallbrook, Calif.

James P. Kelly
Temecula
Calif.

Mary Louise Kenney
c/o Earl Glen Whitehead
448 S. Hill
Los Angeles 13, Calif.

Raymond Arthur & Marcelle Kennison
Box 25
Temecula, Calif.

A. J. & Hattie J. Kerr
P. O. Box 343
Willets, Calif.

Charles & Mae E. King
Box 89
Murrieta, Calif.

Lloyd H. & Josephine S. Kingsland
1725 Grant Ave.
Redondo Beach, Calif.

A. F. & Temple Annie Klyne
345 Harmony Way
Long Beach, Calif.

Alfred & Freda Knott
Box 96
Temecula, Calif.

G. Eldon & Vera E. Knott
P. O. Box 896
Fallbrook, Calif.
Vern
XXXX E. Knott
Rt. 2, Box 4
Fallbrook, Calif.

Vernon C. & Annie J. Knott
Rt. 2, Box 137
Fallbrook, Calif.

Walter A. Koll
1463 E. 223rd St.
Torrance, Calif.

Charles F. & Barbara Konkle
Wildomar
California

Katherine A. Kornitsky
P. O. Box 8
Murrieta, Calif.

David N. & Carol A. Kruger
6522½ Vinevale St.
Bell, California

August J. Krupka
Box 1303
Long Beach, Calif.

A. O. & Ada J. Kunkel
2415 N. Main St.
Las Vegas, Nevada

Feron & Melissa La Fevre
P. O. Box 81
Murrieta, Calif.

Alex & Ruth La Lanne
4030 La Salle
Culver City, Calif.

Henry P. & Margaret E. Langstraat
Twin Echo Farm
Jonesberg, Mo.

Henry M. Lannan
c/o James S. & Belva Lannan
5005 Noble St.
Sherman Oaks, Calif.

Belva Lannan
5005 Noble St.
Sherman Oaks, Calif.

C. G. Lanning
1818 Easy St.
Hanford, Calif.

E. G. & Henrietta Lanning
418 Douty Street
Hanford, Calif.

Paul Laning
225 E. Richmond
Richmond, Calif.

Ole E. & Naomi Larsen
P. O. Box 24
Temecula, Calif.

Mabel Lawson
1302 Rockland Ave.
Victoria, British Columbia
Canada

Marion Budge Lawson
162 E. Longdon
Arcadia, Calif.

Herbert J. & Gennell M. Leak
P. O. Box 146
Fallbrook, Calif.

Herbert Leatham
P. O. Box 55
Temecula, Calif.

Francis J. & Grace Le Clare
Temecula Hotel
Temecula, Calif.

Harry L. & Rose M. Lee
Rt. 2, Box 213
Elsinore, Calif.

John & Paulette V. Lee
Murrieta Hot Springs
Murrieta, Calif.

Albert R. Le Gaye
2121 Ocean View
Oceanside, Calif.

Peter J. & Aida M. Lehr
1350 Haynes
Elsinore, Calif.

XX Abraham Levine et al
c/o Charles W. Levine
3294 Redondo Beach Road
Torrance, Calif.

Charles W. Levine
3294 Redondo Beach Road
Torrance, Calif.

Saul Levine
16714 Faysmith
Torrance, Calif.

Mary E. Lewis
9851 Magnolia Ave.
Arlington, Calif.

R. Ray & Cleo M. Liefer
Temecula,
Calif.

Charles W. Lloyd
Box 34
Murrieta, Calif.

-15-

Frank Lloyd
Box 34
Murrieta, Calif.

Nettie M. & Hollie C. Lloyd
Box 455
Murrieta, Calif.

Angel Lopez
P. O. Box 174
Temecula, Calif.

Salvador Lopez
P. O. Box 213
Temecula, Calif.

John W. & Richard H. Loritsch
10269 Sunland Blvd.
Sunland, Calif.

Frederick & Sarah I. Lovell
2258 Felspar
San Diego 9, Calif.

Luce, Forward, Hamilton & Scripps
1220 San Diego Trust & Savings
San Diego 1, Calif.
Att: Robert E. McGinnis

Earl W. Lundstedt
c/o Huldah J. Lundstedt
1635 Grandview
Glendale, Calif.

Harold E. Lundstedt
c/o Huldah J. Lundstedt
1635 Grandview
Glendale, Calif.

Huldah J. Lundstedt
1635 Grandview
Glendale, Calif.

Harold M. & Dorothy Luther
4030 Spencer Ave.
Torrance, Calif.

Edna J. Lux
373 Pine St.
Los Altos, Calif.

George E. & Helen A. Lyell
Rt. 2, Box 462
Elsinore, Calif.

Edward D. McAdam
General Delivery
Palm Desert, Calif.

Charlotte McAsh
3277 Main St.
Vancouver, British Columbia
Canada

Charles H. & Ruth F. McClintock
212 S. Pacific St.
Oceanside, Calif.

Newell McCracken
P. O. Box 63
Murrieta, Calif.

James R. & Bessie M. McCutchen
Murrieta,
Calif.

Roscoe & Lillie C. McDaniel
P. O. Box 67
Murrieta, Calif.

Ernest T. & Eva McDonald
1512 Mission Road
Fallbrook, Calif.

Clark T. McDonnell
c/o J. H. Stockton
P. O. Box 1512
Beverly Hills, Calif.

Patricia McGhee
P. O. Box 912
Murrieta, Calif.

Hattie G. McGilvra
1041 S. Palmetto St.
Sioux City, Iowa

Mollie A. McKenna
1465 Pinkey St.
Omaha, Neb.

John & Kate McNeill
c/o R. B. McNeill
3031 EX W. 4th Ave.
Vancouver, British Columbia
Canada

John McNichol
c/o Florence Alberta McNichol
5863 Vine St., Suite 207
Vancouver, British Columbia
Canada

Edward H. & Rhea F. MacAdam
P. O. Box 644
Palm Desert, Calif.

John R. MacCann
605 S. Electric
Alhambra, Calif.

M. Machado
c/o Lewis Rawson
Box 158
Hemet, Calif.

-16-

Alda M. Macy
Wildomar
Calif.

Amorita N. Macy
1009 S. Cleveland
Oceanside, Calif.

Maderos & Victoria Madzoeff
244A E. Freemont Sq.
Montebello, Calif.

Louisa Magee
210 Park
Lakeside, Calif.

Robert B. Madin
Rt. 2, Box 570
Elsinore, Calif.

~~XXYIXXXIXXX~~
Earl Malmrose
Room 651
1206 Maple Ave.
Los Angeles 15, Calif.

~~XXXXYXXXXXIXXXX~~.
Velora M. Kreger
c/o Irma Malone
Rt. 2, Box 289A
Elsinore, Calif.

Mike & Lillian L. Mance
P. O. Box 115
Murrieta, Calif.

J. C. Mansfield
P. O. Box 92
Wildomar, Calif.

Ethel G. Mantay
137 E. 112th St.
Los Angeles 61, Calif.

Robert E. & Evelyn Mae Mapes
1550 E. Mission Rd.
Fallbrook, Calif.

Rose Mary March
634 N. Hanford
San Pedro, Calif.

Abraham & Pauline Margolis
2611 Rokeby St.
Los Angeles 39, Calif.

Earl & Robert E. Markley
Rt. 2, Box 548
Elsinore, Calif.

Francis D. & Wanda L. Martin
Box 18
Murrieta, Calif.

John & Mary A. Martin
Box 26
Temecula, Calif.

Lee Martin
12622 E. Dunton Dr.
Whittier, Calif.

Nettie Annette Martin
Rt. 1, Box 46
Davis, Calif.

Thomas Martin
12622 E. Dunton Dr.
Whittier, Calif.

Verne B. & Hazel Martin
1334 E. Hillcrest Lane
Fallbrook, Calif.

William S. Martin
980 W. Pender St., #403
Vancouver, British Columbia
Canada

Maria J. Martinez
Saticoy, Calif.

John William Mason
1204 Dallas Rd.
Victoria, British Columbia
Canada

Zalia K. Mason
1819 N. Central Ave.
El Monte, Calif.

Lotta M. Matteson
Box 11
Murrieta, Calif.

Joe & Agnes O. Matz
9323 Downey Ave.
Downey, Calif.

Conrad & Sylvia K. Mauerhan
9882 S. Windes Dr.
Orange, Calif.

Addison Maxwell
1861 N. Gramercy
Los Angeles, Calif.

Fred G. & Carrie C. Mays
Box 12
Murrieta, Calif.

Filamena Mazacro
2707 Orchard Place
South Gate, Calif.

Lupe M. & Arthur Mejia
P. O. Box 61
Wildomar, Calif.

Nicholas Messer
c/o D. M. Messer
1495 Monterey Blvd
San Francisco, Calif.

Ernest L. Messner
5429 Crenshaw Blvd.
Los Angeles 43, Calif.

Methodist Episcopal Church
   of Murrieta
Box 99
Murrieta, Calif.

Lunsford & Lisle Miles
714 Convertable Lane
Fallbrook, Calif.

Frederick W. Milich
585 Santa Ynez Way
Sacramento 16, Calif.

Jack C. Miller
Box 41
Mt. Center, Calif.

M. M. Miller
P. O. Box 1216
San Diego, Calif.

John A. & Ellen A. Mills
c/o Mrs. B. M. Klein
464 Conway St.
Winnipeg, Manitoba
Canada

Bessie Miranda
Box 273
Temecula, Calif.

Herbert & Bessie Mitchard
618 S. Main St.
Lombard, Illinois.

Ray Verner Mize
1819 N. Central
El Monte, Calif.

Elizabeth P. Mobley
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

Henry M. Moffatt
121 E. 6th St.
Los Angeles 14, Calif.

Elena Montenegro
10330 S. Painter Ave.
Whittier, Calif.

Seville & Esther P. Montenegro
10330 S. Painter Ave.
Whittier, Calif.

Earl L. Moon
c/o Verda A. Moon
1418 W. 59th Place
Los Angeles 47, Calif.

C. Belle Moore
503 Caledonia St.
Santa Cruz, Calif.

Milo S. Moore
1026 W. 20th St.
Los Angeles, Calif.

Walter E. & Ruth S. Moore
Box 67
Temecula, Calif.

S. M. & Edith Morrison
Rt. 2, Box 542
Elsinore, Calif.

Howard & Betty Morrow
Murrieta
Calif.

Joseph H. & Margaret H. Mouser
Rt. 1, Box 23
Wildomar, Calif.

Louis J. Munoa
P. O. Box 971
Elsinore, Calif.

Sam C. & Angie R. Munoz
P. O. Box 166
Temecula, Calif.

John J. & Mrs. J. J. Murphy
Box 145
Temecula, Calif.

Murrieta Union Church
Box 83
Murrieta, Calif.

S. C. & Myrtis Myers
1133 E. Mission Road
Fallbrook, Calif.

Dorothy S. Nelson
6737 Vesper Ave.
Van Nuys, Calif.

Merrit G. & Laura H. Nettleton
P. O. Box 216
Temecula, Calif

Harold E. & Laura M. Nicholson
412 W. "G" St.
Ontario, Calif.

Tesla C. & Ruth E. Nicola
6227 N. Golden West Ave.
Temple City, Calif.

Peter J. Nieder
8545 Santa Fe Ave.
Huntington Park, Calif.

Oscar & Ethel Niemi
3307 20th A St.
Vernon, British Columbia
Canada

Lew G. Norman
505 Maple Rd.
Richmond, British Columbia
Canada

Carl J. Obermeyer
XX 12898 2nd St.
Yucipa, Calif.

Patricia Anne Obrien
c/o Richard J. Obrien
1255 Clay St.
San Francisco 8, Calif.

Richard J. O'Brien
1255 Clay St.
San Francisco, Calif.

Warren J. & Louise C. Ogle
1984 West 174th St.
Torrance, Calif.

Vance Beatty & K. J. Older
151 W. San Antonio
San Clemente, Calif.

Charles A. & Bertha H. Oliver
1808 Gum Tree Lane
Fallbrook, Calif.

Albert & J. Christine Otto
Box 93
Temecula, Calif.

Vernon A. & Elizabeth J. Otto
Temecula
Calif.

Pacific Clay Products Inc.
1255 West 4th
Los Angeles, Calif.

Birdell Firth & Geo. H. Paddock
Box 17
Murrieta, Calif.

Gertrude Page
4557 Fountain Ave.
Los Angeles 29, Calif.

Mabel Page
4557 Fountain Ave.
Los Angeles 29, Calif.

O. J. Palmer
c/o Fisher Churchill Co.
Dedham, Mass.

George & Marietta Pantages
4185 2nd Ave.
Los Angeles, Calif.

Dorothy F. Parker
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

Glen E. & Lucille Parry
Rt. 2, Box 565
Elsinore, Calif.

John & Cecilia Patzner
Box 21
Murrieta, Calif.

J. M. Payne
c/o M. M. Miller
P. O. Box 619
Costa Mesa, Calif.

J. M. Payne, Trustee
3820 Edna Place
San Diego, Calif.

William John Pearce
1281 Filmer Ave.
Victoria, British Columbia
Canada

Jane A. Perry
P. O. Box 5
Temecula, Calif.

Moses E. & Annette L. Perry
Rt. 1, Box 75
Murrieta, Calif.

Linden W. & Velma H. Peterson
1044 Oldstage Road
Fallbrook, Calif.

-19-

Ida M. Pettit
Route 1, Box 266-B
Fallbrook, Calif.

Henry W. & Elizabeth M. D. Pfaff
Rt. 2, Box 465
Elsinore, Calif.

Zeno J. & Georgiette M. Pfau
1716 Midvale Ave.
Los Angeles 24, Calif.

Robert & Leah Phillips
P. O. Box 72
Wildomar, Calif.

Frank A. & Kate D. Philo
Box 73
Murrieta, Calif.

Merrill & Alberta E. Pick
635 Naomi Ave.
Arcadia, Calif.

Pable Page & Annie E. Pickham
c/o Citizens Mtg. Co.
Box 619
Costa Mesa, Calif.

Bertha Plam
1802 S. Norton Ave.
Los Angeles 6, Calif.

Arthur Vivian & Hilda Pollard
908 St. Charles St.
Victoria, British Columbia
Canada

Anna J. & Don Carlos Porter
1120 South Buena Vista St.
Pasadena, Calif.

Postel & Postel
400 Montgomery St.
San Francisco 4, Calif.

Charles D. & Esta M. Potter
Rt. 2, Box 21
Murrieta, Calif.

Elmer & Lucille Potter
515 Main St.
El Segundo, Calif.

Adoline E. Prebus
5068 Chester St.
Vancouver 15, British Columbia
Canada

Carl & Leona J. Preest
43-931 Towne
Indio, Calif.

Jim R. & Eva O. Pruett
3454 N. Figueroa
Los Angeles 64, Calif.

Clarence Harold Rail
14672 E. Starpath Dr.
Whittier, Calif.

Ira O. & Marion O. Rail
Box 99
Murrieta, Calif.

Otis R. & Hazel F. Rail
Box 76
Murrieta, Calif.

Albert & Geraldine R. Ramirez
13034 Carrillo St.
Chino, Calif.

Frederico & Josephine Ramirez
P. O. Box 12
Temecula, Calif.

Margaret R. Ramsay
607 Gretchan Road
Chula Vista, Calif.

Ranch Development Corp.
8228 Sunset Blvd.
Suite 101
Hollywood 46, Calif.

Marie Terese Rand
1123 S. Pacific St.
Oceanside, Calif.

Erwin E. & Mary L. Rasch
645 N. Yaleton St.
West Covina, Calif.

W. S. Rash, Jr.
Kings Cafe
Murrieta, Calif.

Edward C. & Madge Record
Rt. 2, Box 31
Murrieta, Calif.

Ralph W. & Walter H. Redman
c/o The Fisher Churchill Co.
Dedham, Mass.

Bror R. & Eleanora Rehnlund
878 California Ave.
Long Beach 13, Calif.

Percival & Lily Revill
c/o R. W. Hibberson
23 Hastings Rd.
Lancashire, England

John & Mary Ribaudo
P. O. Box 44
Wildomar, Calif.

Hilma J. Richer
1017 S. Curson St.
Los Angeles 19, Calif.

~~Karl & Ida C. Rieder~~
~~Box 59~~
~~Murrieta, Calif.~~

Office of Riverside County
Counsel
County Court House
Riverside, California
Attn:  James H. Angell, Deputy

Charles I. Rizzo
Route 2, Box 542
Elsinore, Calif.

Mary Rizzo
9128 Manhattan Place
Los Angeles, Calif.

Robinson & Robinson
5 East Long Street
Columbus 15, Ohio

Ray M. & Happy C. Robirds
Rt. 2, Box 193
Elsinore, Calif.

E. W. & Viola N. Robison
Rt. 2, Box 584
Elsinore, Calif.

John R. & Socorro Rodriquez
Box 84
Wildomar, Calif.

Rudolph & Edna Rodriques
12861 Lewis St.
Orange, Calif.

Addie A. Rogers
4073 S. Alameda St.
Los Angeles, Calif.

Roman Catholic Bishop of Monterey
   & Los Angeles
2820 Mariposa St.
Fresno, Calif.

Geo & Goldie Romocean
Rt. 2, Box 540
Elsinore, Calif.

John E. Roripaugh
Rt. 2, Box 43
Murrieta, Calif.

Max & Betty Rosenberg
c/o United Calif. Bank Co., Exec.
P. O. Box 3667, Terminal Annex
Los Angeles 54, Calif.

Ruth A. M. Ross
5251 W. 9th
Los Angeles 36, Calif.

Thomas B. Ross
1318 Mount Vernon Drive
San Gabriel, Calif.

Geo & Anna Rotz
Rt. 2, Box 55
Elsinore, Calif.

Martin A. & Loretta E. Rubbert
Wildomar
Calif.

Frank J. Russ
628 Gould Lane
Hermosa Beach, Calif.

DeEtta Russell
503 Caldonia St.
Santa Cruz, Calif.

Sachse & Cooley
1092 S. Main St.
Fallbrook, Calif.

Irving Sacknovitz
2461 Moreno Dr.
Los Angeles, Calif.

Thomas L. & Joanna A. Sager
Rt. 2, Box 1
Wildomar, Calif.

Frank R. & Mae Salas
Box 126
Temecula, Calif.

Ernest & Muriel Salmon
1395 Hampshire Rd.
Victoria, British Columbia
Canada

Lola Samaniego
P. O. Box 88
Murrieta, Calif.

Pat F. & Vera D. Samaniego
Murrieta
Calif.

Henry Sanders
11184 EX Ophir Dr.
West Los Angeles 24, Calif.

San Diego County Counsel
302 Civic Center
San Diego 1, Calif.
Attn: Robert G. Berrey
       Joseph Kase, Jr.

Kalmen C. Sapero
c/o Kalmen Y. Sapero
Attorney at Law
Suite 518 Professional Bldg.
XXXXXX Monterey, Calif.

Edward C. & Ida L. Saunders
2446 Mohawk St., Apt. 10
Pasadena, Calif.

Mary Elizabeth Saunders
c/o Toronto Central Trust Corp
590 West Pender St.
Vancouver, British Columbia
Canada

XXXXXX Stanley & Ruth Sayer
6211 Commodore Sloat Dr.
Los Angeles, Calif.

Hubert J. Sceats
157 Barkley St.
Victoria, British Columbia
Canada

Emil & Cecilia E. Schenk
7620 Sonoma Highway
Santa Rosa, Calif.

J. H. Schierz
P. O. Box 446
French Camp, Calif.

Arnold X. & Elsie Schleuniger
515 Main St.
El Segundo, Calif.

James N. & Josephine Schmitz
910 N. Norwalk Blvd.
Whittier, Calif.

Walter A. Schroeder
3758 E. 54th St.
Maywood, Calif.

Walter A. Jr., & Jeanette Schroeder
Box 143
Temecula, Calif.

Edward D. & Effa M. Schwan
1846 W. 67th St.
Los Angeles 47, Calif.

John C. & Virginia R. Scott
Rt. 2, Box 194A
Fallbrook, Calif.

Richard M. & Lenora G. Scott
157 S. East St. (Rear)
San Bernardino, Calif.

Will T. & Martha W. Scott
4820 Beaumont
La Mesa, Calif.

David P. & Carolyn J. Sears
P.O. Box 542
Sunnymead, Calif.

Security First National Bank of
   Los Angeles
561 S. Spring St.
Los Angeles, Calif.

Erla L. Seed
Rt. 2
Wildomar, Calif.

Luke Sertic
General Delivery
Wildomar, Calif.

Leon J. & Clementine C. Servel
81-385 Alberta Ave.
Indio, Calif.

John A. Sevier
214 E. San Rafael St.
Colorado Springs, Colo.

Bert A. Shamel
c/o J. N. Stockton
P.O. Box 1512
Beverly Hills, Calif.

Eleck & Gussie Shane
P. O. Box 61
Elsinore, Calif.

Mildred A. Sharp
1026 Madison St.
Defiance, Ohio.

Thomas L. & Jaqueline K. Sheld
P. O. Box 35
Murrieta, Calif.

Richard A. & Dorothy F. Shelton
16311 Elgenia St.
West Covina, Calif.

Mary L. Shields
551 S. Hobart Blvd.
Los Angeles, Calif.

Shirley R. & Kathryn E. Shippee
Route 2, Box 3A
Fallbrook, Calif.

Wilston H. & Irene J. Shirley
1200 5th St.
Susanville, Calif.

Sam Siegel
1339½ N. Los Palmas Ave.
Los Angeles 28, Calif.

~~Ritmmmdmkgmmmdbmftgmt~~
Harold B. & Elsie H. Simm
727 W. 7th St.
Los Angeles, Calif.

Margaret Simmons
c/o Dawn Zurilgen
Box 55
Midpines, Calif.

Louis J. Singleton
1830 Hancock
San Diego 1, Calif.

Myron G. Slagle
P. O. Box 222
Los Angeles 42, Calif.

Albert H. Small
1425 Third Ave.
Chula Vista, Calif.

Chester J. Small
722 Buschmann Rd.
Paradise, Calif.

Edward T. Small
2209 Tallac St.
Sacramento 21, Calif.

Emma M. Smiley
1053 Collison St.
Victoria, British Columbia
Canada

Jane Hillweg Smiley
General Delivery
Fallbrook, Calif.

Caroline E. Smith
c/o Louise Robertson
Box 119
Fallbrook, Calif.

G. A. Smith
Rt. 2, Box 195A
Elsinore, Calif.

Nancy Lee Smith
c/o Nancy Lee Gossett
Murrieta, Calif.

Norman W. & Fleda G. Smith
Romoland
Calif.

Prosper D. & Mabel E. Smith
3550 Linwood Place
Riverside, Calif.

Stuart Smith
11161 Truro St.
Inglewood, Calif.

Leonard O. & Ethel L. Smohl
Box 103
Murrieta, Calif.

Roy W. & Edna N. Southard
c/o Post Office
Murrieta, Calif.

C. J. & Jeanie Spore
c/o Ivan Chappell
Rt. 2, Box 508
Elsinore, Calif.

Sam O. & Evelyn K. Sprager
P. O. Box 799
Santa Monica, Calif.

Harva K. & Isobel T. Sprager
c/o S. O. Sprager
P. O. Box 799
Santa Monica, Calif.

George Stahlman
Route 1, Box 235
Fallbrook, Calif.

Derald R. & Billie J. Stapp
P. O. Box 307
Fallbrook, Calif.

Ivan Stauffer
Murrieta, Calif.

Samuel Steinberg
635 S. Hill, Room 401
Los Angeles, Calif.

Elcie H. Stekette
c/o Marie S. Harlan
1534 Hoover Ave.
Burlingame, Calif.

Sydney T. & Anna J. Stephens
P. O. Box 54
Wildomar, Calif.

Sydney T. & Anna J. Stephens
P. O. Box 54
Wildomar, Calif.

Adelaide Stewart
c/o Jean Stewart
2028 Columbia Pike
Arlington 4, Va.

Robert A. Stockmar
c/o Dorothy S. Nelson
6737 Vester Ave.
Van Nuys, Calif.

Cora B. Stollar
Murrieta Hot Springs
Murrieta, Calif.

Clarence M. & Mary B. Stone
201 S. Larchmont
Los Angeles 4, Calif.

Mack & Hazel Stone                    q
P. O. Box 104
Murrieta, Calif.

Ida M. & Lucy M. Story
c/o Lucy M. Olson
80 Ventura Ave.
San Francisco 22, Calif.

Ralph & Marie Stout
c/o Louis Cass
P. O. Box 2
Temecula, Calif.

Mr. Fritz Stradling
Rutan & Tucker
401 W. 8th St.
Santa Ana, Calif.

Joseph & Eula Strang
P. O. Box 19
Murrieta, Calif.

Ernest F. & Helen M. Streeter
Rt. 2, Box 564
Wildomar, Calif.  Elsinore, Calif.

Ruth J. Strobel
P. O. Box 729
Elsinore, Calif.

Bernard F. Struder
4522 W. 16th Place
Los Angeles, Calif.

William Stuart
Rt. 2, Box 580
Elsinore, Calif.

Augusta Stubblefield
P. O. Box 127
Temecula, Calif.

Carl C. & Helen I. Stuhr
P. O. Box 811
Elsinore, Calif.

Henry M. Sumarlidason
10706 69th Ave.
Edmonton, Alberta
Canada

M. Eleanor Sveinson
c/o Huldah H. Lundstedt
1635 Grandview
Glendale, Calif.

Agnes Sweet
442 Acacia St.
Whittier, Calif.

Swing, Scharnikow & Staniforth
Suite 604
San Diego Trust & Sav. Bank Bldg.
San Diego 1, Calif.

Amos J. & Dovie M. Sykes
P. O. Box 942
Murrieta, Calif.

Howard Henry & Nina G. Sykes
Murrieta
Calif.

Jack & Mary Talley
P. O. Box 104
Temecula, Calif.

John M. Tangway & Ronnie Harris
5571 Bellevue Ave.
LaJolla, Calif.

Urban K. & Rose C. Tarwater
Murrieta
Calif.

Nellie K. Tauber
517 W. Elm St.
Winslow, Arizona

Burt Taylor
Rt. 1, Box 17
Wildomar, Calif.

Clara Taylor
c/o Clarence Taylor
707 Johnson St.
Victoria, British Columbia
Canada

Howard A. & Elinore E. Taylor
P. O. Box 74
Temecula, Calif.

Olive L. Taylor
373 N. St. Andrews Place
Los Angeles 4, Calif.

Millicent Y. Taylor
315 Sussex Ave.
Spring Lake, New Jersey

Harry E. Teasdall
114 North Main St.
Fallbrook, Calif.

The Temecula Samaritan Society
c/o Mrs. Alfred Knott
Temecula, Calif.

Sam & Sarah Termine
Rt. 1
Murrieta, Calif.

Alta M. Terriere
1295 E. Mission
Fallbrook, Calif.

Frank & Gladys Thomas
c/o Royal Trust Co.
P. O. Box 580
Victoria, British Columbia
Canada

M. C. Thomas
214 E. San Rafael St.
Colorado Springs, Colo.

Blanche M. Thompson
Box 532
Elsinore, Calif.

Clifford J. & Allie J. Thompson
Murrieta
Calif.

Curtis T. Thompson
Rt. 2, Box 3
Murrieta, Calif.

H. C. Thompson
Murrieta
Calif.

Max D. & Nita A. Thompson
Box 131
Perris, Calif.

M. Walter & Sarah E. Thompson
Murrieta, Calif.

Miles W. & Sarah E. Thompson
Murrieta,
Calif.

Owen C. Thompson
c/o P. D. McLaren
550 Beatty
Van Couver, British Columbia
Canada

Paul H. & Mary M. Thompson
R. F. D.
Murrieta, Calif.

Raymond I. & Octavia Thompson
Rt. 2, Box 4
Murrieta, Calif.

Robert K. Thompson
Murrieta,
Calif.

Willis A. & Nellie T. Thompson
Rt. 2, Box 3
Murrieta, Calif.

Willis A. Jr., & Frances F. Thompson
Rt. 2, Box 3
Murrieta, Calif.

George E. & Rosaline Throop
4157 Yosemite Way
Los Angeles 65, Calif.

Patricia Tirk
P. O. Box 912
Murrieta, Calif.

Alfred W. & Mary E. Tordoff
Rt. 2, Box 54
Murrieta, Calif.

Harold J. Traynor
4014 5th Ave.
62G Schenley Apts.
Pittsburgh, Penn.

Leo G. & Maryon Tremblay
12226 Ilene
Detroit 4, Mich.

Donald G. & Irene Trenary
Rt. 2, Box 554
Elsinore, Calif.

Charles E. & Joni J. Trent
P. O. Box 152
Temecula, Calif.

Les Trethwey
c/o Trethwey Industries Ltd.
Port Douglas, Harrison Lake
British Columbia, Canada

Richard H. Troeger
P. O. Box 13
Littlerock, Calif.

-25-

Charles L. Trumbo
619 Columbia Ave.
Springfield, Ill.

Charles W. & Kathleen D. Turner
920 East Pomona
Santa Ana, Calif.

Fred A. Turner
550 E. Main St.
Alhambra, Calif.

James Turner
500 Dunsmuir St.
Vancouver 2, British Columbia
Canada

Wyman E. & Elizabeth M. Turner
Wildomar
Calif.

Union Title Ins. & Trust Co.
1028 2nd Ave.
San Diego 12, Calif.

U. S. Department of Justice
Lands Division
Washington, D. C. 20530
Attn:  Dave Warner, Chief
       Lands Division

Orie A. & Edith M. Ussery
P. O. Box 12
Murrieta, Calif.

Jesse M. & Harriet M. Vail
P. O. Box 10
Murrieta, Calif.

Carl M. & Maude J. Van Hoy
P. O. Box 112
Temecula, Calif.

Roy T. Vellacott
1030 E. Ocean Blvd.
Long Beach, Calif.

Raymond S. & Alice Vose
Box 30, Ivy St.
Murrieta, Calif.

John L. & Mary Agnes Wagenaar
24 Lindero Ave.
Long Beach 3, Calif.

Patricia Ruth Wagnon
1038 Sunrise Dr.
Whittier, Calif.

Kenneth & Lucille W. Waite
633 S. Gertruda Ave.
Redondo Beach, Calif.

Elsie Jean Wallace
35 1245 Nelson St.
Vancouver, British Columbia
Canada

G. I. & Mabel S. Wallace
1319 E. Mission Rd.
Fallbrook, Calif.

Robert H. Walls
P. O. Box 85
Fallbrook, Calif.

John M. Walter
R. R. #2
Rockport, Ind.

Ralph E. Walton
P. O. Box 246
Oakhurst, Calif.

Harry J. Ward
733 S. Arroyo Parkway
Pasadena, Calif.

Stanley E. & Marvella Ward
733 S. Arroyo
Pasadena, Calif.

Watchtower Bible & Tract Society
124 Columbia Heights
Brooklyn 2, New York

John H. & Laura T. Watkins
Box 916
Murrieta, Calif.

Roy Dodds Watson
3140 5th St.
Victoria, British Columbia
Canada

Rena Watts
1230 Artesia St.
Long Beach, Calif.

Gerald B. Webb
214 E. San Rafael
Colorado Springs, Colo.

Joel A. H. Webb
214 E. San Rafael
Colorado Springs, Colo

R. P. Weber
130 N. Bristol
Los Angeles 49, Calif.

Edward L. & Helen B. Webster
111 S. 15th
Philadelphia, Penn.

Arthur Benson Weeks
5402 Connecticut Ave.
Washington 15, D.C.

Robert Weinstein
706 Spokane & Eastern Bldg.
Spokane, Washington

Lydia M. Weisz
c/o Huldah J. Lundstedt
1635 Grandview
Glendale, Calif.

Orvan E. & Leona W. Wells
P. O. Box 174
Temecula, Calif.

Weyl & Weyl
650 S. Grand Ave.
Los Angeles 17, Calif.

Forrest L. & Mabel I. White
Box 31
Temecula, Calif.

Robert C. & Virginia Whitehurst
15206 Florwood Ave.
Lawndale, Calif.

Verne D. & Marie J. Whittlesey
Rt. 2, Box 15A
Murrieta, Calif.

Bessie M. Wickerd
Rt. 2, Box 19
Murrieta, Calif.

Cora R. Wickerd
Rt. 1, Box 142
Romoland, Calif.

Harold R. & Phronia P. Wickerd
P. O. Box 75
Wildomar, Calif.

Wildomar Cemetary Ass'n
Wildomar, Calif.

Eleanore Wiley
2154 Rose St.
Sarasota, Florida

XXXXXXXXXXXXXXXX
P. W. & Fayette D. Willett
P. O. Box 103
Fallbrook, Calif.

Genie E. Williams
P. O. Box 80
Murrieta, Calif.

H. E. Williams
c/o Alice Yesdan
2070 Pacific Ave.
San Francisco 9, Calif.

Marie Claire Williams
c/o Richard J. O'Brien
1255 Clay St.
San Francisco 8, Calif.

John E. & Pauline C. Wilson
Box 102
Wildomar, Calif.

Lee Charles Wilson
Rt. 2, Box 279
Escondido, Calif.

Fred G. & Georgella N. Winter
5929 Condon Ave.
Los Angeles, Calif.

Harry C. & Florence W. Winter
Box 89
Murrieta, Calif.

Sidney J. & Velma B. Winter
402 N. Main St.
Elsinore, Calif.

Warren S. Winter
P. O. Box 89
Murrieta, Calif.

Cora May Witcher
c/o Mrs. Nettie Martin
Rt. 1, Box 46
Davis, Calif.

Charles B. & Lola F. Withrow
Rt. 1, Box 256
Elsinore, Calif.

Herman Jr. & Virginia L. Witzell
3431 Clemens Way
Sacramento 25, Calif.

Russell P. & Ruby I. Wolfe
P. O. Box 524
Fallbrook, Calif.

Richard F. & Lucille G. Wolford
R 1, Box 18
Wildomar, Calif.

LeRoy E. & Elsie W. Wolverton
P. O. Box 13
Temecula, Calif.

Lewis J. Jr. & Gloria A. Wright
14661 East La Palma
Anaheim, Calif.

William Wright
Rt. 2, Box 585
Elsinore, Calif.

Clifford V. & Grace C. Wyatt
217 63rd St.
San Diego 13, Calif.

George F. & Alma Yackey
P. O. Box 871
Fallbrook, Calif.

Jerry & Alice E. Young
Box 2
Murrieta, Calif.

Robert M. Young
328 37th Ave. S.W.,
Calgary, Alberta
Canada

Rhoda Sturtevant Young
Box 544
Fallbrook, Calif.

Ted Young
P. O. Box 38
Murrieta, Calif.

Leo & Ann Zafran
17684 E. Miller
Fontana, Calif.

Olivia M. Ziegler
376 S. Commonwealth Ave.
Los Angeles, Calif.

Emil & Alda Zimarik
Murrieta,
Calif.

Hiebert & Dorothy Stewart
105 E. Flint
Elsinore, California

Armand & Muriel Faccou
2319 French Street
Santa Anna, California

Roscoe D. Campbell
801 E. El Segunda Blvd.
Hawthorne, California

-28-