# FILED

APR 6 1966

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

          Defendants.

No. 1247-SD-C Civil

## MODIFICATION OF ORDER REQUIRING SUBMISSION
## OF FACTUAL DATA TO COLONEL BOWEN

It appearing that on January 27, 1966, this Court entered
its "ORDER REQUIRING SUBMISSION OF FACTUAL DATA TO COLONEL BOWEN"
to which was attached an exhibit entitled "Substantial Water Users
in Santa Margarita River System," in which order this Court retained
jurisdiction to modify the aforesaid exhibit and to designate addi-
tional water users not then set forth in the exhibit or to delete
water users then set forth in the exhibit, and it further appearing
from information presented to the Court by Colonel Bowen that some
parties so designated should be deleted from that exhibit, and that
additional parties should be designated as substantial water users
in that exhibit; NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

I

The exhibit attached to this Court's order of January 27,

1966, be and the same is hereby withdrawn, and exhibit "A" attached
to this order be and the same is hereby substituted in place thereof
as the current list of substantial water users in the Santa
Margarita River stream system who are subject to the aforesaid
order of January 27, 1966.

II

A copy of this order, including the exhibit hereto, and a
copy of the aforesaid order of January 27, 1966, shall be forthwith
served by certified mail on each of the parties hereby added to the
list of substantial water users.  Each party hereby deleted from
that list shall also be notified of such action by mailing to him
by certified mail a notice in substantially the following form:

(Case heading)

To _____:

You are hereby notified that by order of this Court
dated _____, you are no longer required
to furnish to the undersigned the information required
to be so furnished by the order of the Court dated
January 27, 1966, a copy of which was heretofore served
upon you.

                                    _____
                                    Col. A. C. Bowen
                                    Officer in Charge
                                    Office of Ground Water Resources
                                    Marine Corps Base
                                    Camp Pendleton, California  92055

DATED:  This __6__ day of __April__, 1966.


                                    _____
                                    JAMES M. CARTER, Judge
                                    United States District Court

2.

GPO: 1963—O-713-713

# SUBSTANTIAL WATER USERS IN SANTA MARGARITA RIVER SYSTEM

## SECTION A - WELLS

### Santa Margarita River

| Name | Location |
|------|----------|
| Henderson, M. | 8S/3W 33Q1 |
| Naval Enclave | 9S/4W 14N1 |
| | 9S/4W 26M1 |
| | 9S/4W 29L1 |
| | 10S/4W 5D1 |
| | 10S/4W 7A2 |
| | 10S/4W 7H2 |
| | 10S/4W 7R2 |
| | 10S/4W 18E3 |
| | 10S/4W 18M4 |
| | 10S/5W 13R2 |
| | 10S/5W 23J1 |
| | 10S/5W 23K1 |
| | 10S/5W 26C1 |
| | 10S/5W 26F1 |
| | 11S/5W 2A1 |

### Murrieta - Temecula Area

| Name | Location |
|------|----------|
| Armfield, Frona | 7S/3W 29A |
| | 7S/3W 29A |
| Aub-Bren Construction Co. | 7S/3W 28J |
| Barr, T. O. | 7S/3W 28R |
| Bloemsma, A. | 7S/3W 21Q |
| | 7S/3W 28B |
| | 7S/3W 28H |
| Cain, C. | 7S/3W 21K |
| Cantarini, D. | 7S/3W 27J |
| Chillingworth, S. C. | 7S/3W 18L |
| | 7S/3W 18L |
| | 7S/3W 18Q |

-1-

EXHIBIT A

## Murrieta - Temecula Area

| Name | Location |
|------|----------|
| Clave, Ralph A. & Mickel, Paul B. | 7S/3W 20Q |
| Contreras, G. | 7S/3W 20R |
| Cox, T. A. | 7S/3W 6D |
| | 7S/3W 6E |
| | 7S/3W 6K |
| | 7S/4W 1A |
| | 7S/4W 1A |
| | 7S/4W 1H |
| | 7S/4W 1H |
| Denny, F. | 7S/3W 17M |
| Dillon, Ted | 7S/3W 17J |
| Draucker, C. D. | 7S/3W 27H |
| Dwyer, A. | 7S/3W 27J |
| | 7S/3W 27Q |
| El Rancho Trebol | 7S/3W 18Q |
| | 7S/3W 18Q |
| Gierson, H. W. | 7S/3W 20H |
| Guenther's Murrieta Hot Springs | 7S/3W 23A |
| | 7S/3W 23A |
| | 7S/3W 24D |
| Gwinn, W. A. | 7S/3W 20L |
| | 7S/3W 20L |
| Hesnault, W. J. | 7S/3W 17M |
| | 7S/3W 18J |
| Howell, G. | 7S/3W 28C |
| Kidder, R. C. | 7S/3W 18B |
| King, C. | 7S/3W 27M |
| K & L Properties | 7S/4W 2G |
| Lovelady, A. L. & F. | 7S/4W 2H |
| Mardley Company | 7S/3W 20E |
| Mayer, B. L. | 7S/3W 17D |
| | 7S/3W 17D |

## Murrieta-Temecula Area

| Name | Location | |
|---|---|---|
| Mays, F. | 7S/3W 21M | |
| McDaniel, R. | 7S/3W 20Q | |
| | 7S/3W 20Q | |
| | 7S/3W 29B | |
| Mejia, A. | 6S/4W 35F | |
| Morrow, H. | 7S/3W 7R | |
| Morton, R. G. | 7S/3W 28B | |
| Murrieta Mutual Water Company, Inc. | 7S/3W 17R | Leasing, L. O. Lynch |
| | 7S/3W 20C | Buying, C. W. Holliday |
| Murrieta Stud | 7S/3W 20E | |
| | 7S/3W 20Q | |
| Nelson, Leslie B. & Morton, Robert G. | 7S/3W 21K | |
| Pascoe, W. T. | 7S/3W 27Q | |
| | 7S/3W 33B | |
| Querry, F. | 8S/2W 19J | |
| Ramgren, D. A. | 6S/4W 35L | |

| Name | Location |
|------|----------|
| **Rancho California** | 7S/2W 25D (#6) |
| | 7S/2W 26B (#4) |
| | 7S/2W 27J (#1) |
| | 7S/2W 30D1 |
| | 7S/2W 30D3 |
| | 7S/2W 33E1 |
| | 7S/2W 36J (#2) |
| | 7S/3W 25R1 |
| | 7S/3W 35P1 (MV 93) |
| | 7S/3W 35P2 (MV 132) |
| | 7S/3W 36D (#5) |
| | 8S/1W 6G (#3) |
| | 8S/2W 7A1 (MV 131 Shrode Well) |
| | 8S/2W 11H1 |
| | 8S/2W 11J1 (P.R. 30) |
| | 8S/2W 11J2 (30-A) |
| | 8S/2W 11J4 (Diesel) |
| | 8S/2W 11J5 (P.R. 26) |
| | 8S/2W 11L1 (No. 40) |
| | 8S/2W 11P1 (P.R.U.C. well) |
| | 8S/2W 11P2 (New C.G.C. well) |
| | 8S/2W 12H1 (Windmill well) |
| | 8S/2W 12J1 (No. 10) |
| | 8S/2W 12K1 (J.K. well) |
| | 8S/2W 14B (#7) |
| | 8S/2W 15C1 (China Garden well) |

## Murrieta - Temecula Area

| Name | Location |
|------|----------|
| Rancho California | 8S/2W 15D1 (No. 50) |
| | 8S/2W 16A1 (Dairy artesian) |
| | 8S/2W 16G1 (Main Camp artesian) |
| | 8S/2W 17F1 (Cantarini D) |
| | 8S/2W 17G1 (Studley artesian) |
| | 8S/2W 17M1 (Navy well) |
| | 8S/2W 17Q1 (Cantarini A) |
| | 8S/2W 18M1 (TF 3) |
| | 8S/2W 18N1 (TF 2) |
| | 8S/2W 18N2 (TF 4) |
| | 8S/2W 18R1 (McSweeney Domestic) |
| | 8S/2W 20B1 (P.R. 27) |
| | 8S/2W 20B2 (P.R. 28) |
| | 8S/2W 20B3 (P.R. 29) |
| | 8S/2W 20B4 (Cantarini) |
| | 8S/2W 20C1 (Cat) |
| | 8S/2W 20C2 |
| | 8S/2W 20E1 (Cantarini Camp of Cant. Wm.) |
| | 8S/2W 20L1 (Pen well) |
| | 8S/2W 28C1 (Ludy) |
| | 8S/3W 1P2 (Cantarini - Murrieta) |
| | 8S/3W 1P3 (O'Kell 14) |
| | 8S/3W 1Q1 (MV 96) |
| | 8S/3W 12B1 (MV 100) |
| | 8S/3W 12C1 (MV 98) |
| | 8S/3W 12C2 (MV 98A) |
| Reeves, G. H. | 7S/3W 28D |
| Ribaudo, J. | 6S/4W 35Q3 |

## Murrieta - Temecula Area

| Name | Location |
|------|----------|
| Roripaugh, Leo | 7S/3W 25E |
| | 7S/3W 25E |
| | 7S/3W 26Q |
| | 7S/3W 34G |
| | 7S/3W 35C |
| Shamel, J. B. | 7S/3W 25M |
| | 7S/3W 26R |
| | 7S/3W 35B |
| Schirmer, L. B. Jr. | 7S/3W 20F |
| Sykes, H. H. | 7S/3W 17R |
| Talbert, T. V. & Romano, A. A. | 6S/4W 35P |
| | 6S/4W 35P |
| Thompson, W. | 7S/3W 7N |
| | 7S/3W 18A |
| Thralls, W. A., et al | 7S/4W 1E |
| Turner, C. W. | 7S/4W 28E |
| | 7S/3W 28G |
| | 7S/3W 28G |
| | 7S/3W 28G |
| | 7S/3W 28K |
| Venable, W. E. | 7S/3W 21G |
| Vessels, M. | 7S/3W 18A |
| Weinstein, A. | 7S/3W 7E |
| Wilks, T. E. | 7S/4W 2A |
| | 7S/4W 2B |
| Winter, H. C. | 7S/3W 21P |
| Withrow, C. B. | 6S/4W 35D |
| Yoder, M. J. | 7S/3W 15Q |
| | 7S/3W 15Q |

## Murrieta - Temecula Area

| Name | Location |
|------|----------|
| Younger, H. C. | 6S/4W 36N |
| | 6S/4W 36P |

## Aguanga Area

| | |
|------|----------|
| Allen, W. H. | 8S/1E 8Q |
| | 8S/1E 17A |
| | 8S/1E 17H |
| Cottle, W. H. | 8S/1E 19K |
| | 8S/1E 19K |
| Gibbon, Katherine C. | 8S/1E 19Q |
| Marana, John L. | 8S/1W 13K |
| Oviatt, J. | 8S/1E 7J |
| | 8S/1E 7N |
| | 8S/1E 18B |
| | 8S/1E 18B |
| Reed, John E. | 8S/1E 33G |
| Trunnell, D. | 8S/1E 28P |
| Yerkes, Virginia C | 8S/1E 29K |
| | 8S/1E 29K |

## Cahuilla Area

| | |
|------|----------|
| Minor, J. | 7S/2E 32G |
| | 7S/2E 32F |
| | 7S/2E 32L |
| | 7S/2E 32C |
| | 7S/2E 32D |

## SECTION B - SURFACE DIVERSIONS

| Name | Location |
|------|----------|
| Naval Enclave | |
|    Weir Dam | 9S/4W/5E |
|    Naval Weapons Station | 9S/4W/14N |
| Fallbrook Public Utility District | 9S/3W/7D |
| Rancho California | 8S/1W/10D |
| Cottle-Gibbon | 8S/1E/29L |
| Yerkes, Virginia C. | 8S/1E/29K |

## SECTION C - SURFACE IMPOUNDMENTS

Naval Enclave                    Lake O'Neill

Rancho California                Vail Lake

**FILED**

APR 6 - 1966

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CAL...
BY ... DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | No. 1247-SD-C |
| vs. ) | AFFIDAVIT OF SERVICE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al ) | |
| Defendants. ) | |

STATE OF CALIFORNIA )
               ) ss.
COUNTY OF SAN DIEGO )

    Alan J. Johnson, being first duly sworn, deposes and says: That he is a

citizen of the United States and a resident of San Diego County, California;

that his business address is Office of Ground Water Resources, Marine Corps

Base, Camp Pendleton, California; that he is over the age of eighteen years

and is not a party to the above entitled action.

    That in the above entitled action, he served a copy of

    ORDER REQUIRING SUBMISSION OF FACTUAL DATA TO COLONEL BOWEN, dated
    January 27, 1966, and

    ORDER APPROVING FORM FOR "MONTHLY WATER CONSUMPTION REPORT"; and
    DIRECTING COL. BOWEN TO PROCEED WITH WATER MEASURING, dated
    January 27, 1966

on Gertrude E. Reeves, on March 30, 1966, by leaving a true copy with said

Gertrude E. Reeves at her place of residence, 41945 Ivy St., Murrieta, California

as evidenced on Exhibit A, attached hereto and made a part hereof.

- - - -

1
2
3
4
5
6                                              *Alan J. Johnson*

7  Subscribed and sworn to before me

8  this _5th_ day of April 1966,

9  at Camp Pendleton, California

10  *Mabel J. Lepley*

    Notary Public in and for said County
11  and State

12  My Commission Expires:     **MABEL J. LEPLEY, Notary Public**
                               State of California–
13                             Principal Office, San Diego County
                               My Commission Expires March 16, 1967

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Service of copy of Order Requiring Submission Of Factual Data To Colonel
Bowen, dated January 27, 1966, and Order Approving Form For "Monthly Water Con-
sumption Report"; And Directing Col. Bowen To Proceed With Water Measuring,
dated January 27, 1966 acknowledged.

| Date | Place | Name |
|------|-------|------|
| Mar 30 '66 | 41 945. Ing | Gertrude H. R. Reeves |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# FILED

APR 6 - 1966

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff

    vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

               Defendants

No. 1247-SD-C

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
               ) ss.
COUNTY OF SAN DIEGO )

    Herbert L. McQueen, being first duly sworn, deposes and says:  That he

is a citizen of the United States and a resident of San Diego County,

California; that his business address is Office of Ground Water Resources,

Marine Corps Base, Camp Pendleton, California; that he is over the age of

eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, he served a copy of

    ORDER REQUIRING SUBMISSION OF FACTUAL DATA TO COLONEL BOWEN, dated
    January 27, 1966, and

    ORDER APPROVING FORM FOR "MONTHLY WATER CONSUMPTION REPORT"; and
    DIRECTING COL. BOWEN TO PROCEED WITH WATER MEASURING, dated
    January 27, 1966

on each of the defendants listed in Exhibit A, attached hereto and made

a part hereof, on the dates as set forth in said Exhibit A, by leaving

with each defendant a copy of the above described orders.

- - - - - - -

1
2
3
4
5
6                                    _Herbert L. M^cQueen_
7
8   Subscribed and sworn to before me
9   this _5th_ day of April 1966
10    at   Camp Pendleton, California
11   _Mabel J. Lepley_
     Notary Public in and for said County
12   and State
13                      MABEL J. LEPLEY, Notary Public
                        State of California-
14   My commission Expires:   Principal Office, San Diego County
                        My Commission Expires March 16, 1967
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Service of copy of Order Requiring Submission Of Factual Data To Colonel
Bowen, dated January 27, 1966, and Order Approving Form For "Monthly Water Con-
sumption Report'; And Directing Col. Bowen To Proceed With Water Measuring,
dated January 27, 1966 acknowledged.

| Date | Place | Name |
|------|-------|------|
| Feb. 9, 1966 | Aguanga Calif. | Virginia G. Perkes |
| Feb 9, 1966 | Aguanga, Cal | John E. Reed |
| Feb-9-1966 | Rodas Vall. | W. W. Gott |
| Feb 10 1966 | MURRIETA CALIF. | F. Hugo Guenther |
| Feb-10-1966 | Temecula, Calif. | Leo Roxbaugh |
| Feb 10-1966 | Murrieta | I. C. Carr |
| FEB 10 1966 | MURRIETA | B. A. Hamm |
| Feb 11 1966 | Murrieta | Austin Dwyer |
| Feb 11 1966 | Murrietta | Dan Cantarini |
| Feb 11 1966 | " | George Howell |
| Feb 11 1966 | Murrieta | Curl. H. Thompson |
| Feb. 15-1966 | Murrieta | Mrs. W. C. Venable |
| Feb. 15 1966 | Murrieta | Alex Weinstein |
| FEB 15 1966 | Wildomar | P. L. Lovelady |
| Feb. 15, 1966 | Wildomar | Mrs. Luella Wilks |
| Feb 15 1966 | Wildomar | Mr. W. S. |
| Feb 15-1966 | Murrieta calif | T. E. D. |
| Feb. 15 1966 | Murrieta Calif. | Murrieta Domestic Water Co. Olga M. Gordon |
| Feb 15 1966 | Murrieta Calif | Fred E. Mays |
| Feb 15, 1966 | Murrieta, Calif | George C. Contreras |
| Feb 16 1966 | Temecula Calif | Frank O. Querry |
| Howard H Sykes | 2/17-46 Murrieta Cal | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Service of copy of Order Requiring Submission Of Factual Data To Colonel
Bowen, dated January 27, 1966, and Order Approving Form For "Monthly Water Con-
sumption Report"; And Directing Col. Bowen To Proceed With Water Measuring,
dated January 27, 1966 acknowledged.

| Date | Place | Name PO Box 22 Murrieta, Calif. |
|---|---|---|
| 25 FEB 66 | Fallbrook | Leland Henderson |
| March 4/66 | San Jacinto | James Minor |
| 3/8/66 | Murrieta | Charles Mickel, Thomas B Goodhope |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 82 #2 | | |
| 70 #1 | | |
| 1974 FAIRVIEW | | |
| RIVERSIDE, Calif. | | |
| | | |
| | | |

MARGARITA LAND & DEVELOPMENT Co
PO BOX 584
FALLBROOK, CALIF. 92   (?)

EXHIBIT "A"

# FILED

APR 6 - 1966

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | No. 1247-SD-C |
| vs. ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
| Defendants ) | |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

Elsie R. Turley, being first duly sworn, deposes and says:  That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California;  that she is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, she deposited in the United States mail at Camp Pendleton, California, by certified or registered mail, in envelopes bearing the requisite postage, a copy of

ORDER REQUIRING SUBMISSION OF FACTUAL DATA TO COLONEL BOWEN, dated January 27, 1966, and

ORDER APPROVING FORM FOR "MONTHLY WATER CONSUMPTION REPORT"; and DIRECTING COL. BOWEN TO PROCEED WITH WATER MEASURING, dated January 27, 1966

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof, on the dates as shown on  Post Office

Receipts attached to said Exhibit A; that there is delivery service by United

States mail at each of the places so addressed, or there is regular communica-

tion by mail between the said place of mailing and each of the places so

addressed.

*Elsie R. Turley*

Subscribed and sworn to before me

this 5th day of April 1966
at Camp Pendleton, California

*Mabel J. Lepley*
Notary Public in and for said County
and State

(SEAL)

MABEL J. LEPLEY, Notary Public
State of California—
Principal Office, San Diego County
My Commission Expires March 18, 1967

My commission expires:_____

-2-



RECEIPT FOR CERTIFIED MAIL—20¢

No. 326439

SENT TO
Mr. W. H. Allen

STREET AND NO.
950 Holly Vista Drive

CITY, STATE, AND ZIP CODE
Pasadena, Calif. 91105

POSTMARK OR DATE
FEB 23 1966

If you want a return receipt, check which
[XX] 10¢ shows to whom, and when delivered
[ ] 35¢ shows to whom, when, and address where delivered

If you want delivery only to addressee check here
[ ] 50¢ fee

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

#1 INSTRUCTIONS TO DELIVERING EMPLOYEE

RETURN RECEIPT

RECEIPT FOR CERTIFIED MAIL—20¢

No. 858302

SENT TO
AUB-BREN CONSTRUCTION CO.

STREET AND NO. C/O L. B. MOVUIS
9512 LAMPSON AVE

CITY, STATE, AND ZIP CODE
GARDEN GROVE, CALIF. 92641

POSTMARK OR DATE
MAR 11 1966

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt
Shows to whom and when delivered
Shows to whom, when, and where delivered
Deliver to Addressee Only

[XX] 10¢ fee
[ ] 35¢ fee
[ ] 50¢ fee

POD Form 3800
Nov. 1964

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

-1-

EXHIBIT "A"

**RECEIPT FOR CERTIFIED MAIL**

No. 858274

SENT TO
Arnold Bloemsma

STREET AND NO.
13126 S. Western

CITY, STATE, AND ZIP CODE
Gardena, California 90249

EXTRA SERVICES FOR ADDITIONAL FEES

| Return Receipt | | Deliver to Addressee Only |
|---|---|---|
| Shows to whom and when delivered | Shows to whom, when, and where delivered | |
| [X] 10¢ fee | [ ] 35¢ fee | [ ] 50¢ fee |

POD Form 3800
Nov. 1964

NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL   (See other side)

POSTMARK OR DATE

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

[ ] Deliver ONLY to addressee    [ ] Show address where delivered
(Additional charges required for those services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)
*Arnold Bloemsma*

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY
*[signature]*

DATE DELIVERED
5-2-66

ADDRESS WHERE DELIVERED (only if requested)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326442

SENT TO
Mr. Carlington Cain

STREET AND NO.
Route 2, Box 53

CITY, STATE, AND ZIP CODE
Murrieta, California 92362

If you want a return receipt, check which

[X] 10¢ shows to whom and when delivered
[ ] 35¢ shows to whom, when, and address where delivered

If you want delivery only to addressee, check here
[ ] 50¢ fee

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963

NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL   (See other side)

POSTMARK OR DATE
FEB 23 1966

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

[ ] Deliver ONLY to addressee    [ ] Show address where delivered
(Additional charges required for those services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)
*Carlington Cain*

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY
*[signature]*

-2-

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858273

SENT TO
Mrs. Margaret L. Carnes, et al

STREET AND NO.
P. O. Box 56

CITY, STATE, AND ZIP CODE
Temecula, California 92930

POSTMARK OR DATE
FEB 23 1966 OCEANSIDE CALIFORNIA

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt

| Shows to whom, and when, delivered | Shows to whom, when, and where delivered | Deliver to Addressee Only |
|---|---|---|
| ☒☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964   NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL   (See other side)

#1 INSTRUCTIONS TO DELIVERING EMPLOYEE

☐ Deliver ONLY to addressee   ☒ Show address where delivered
Additional charges required for these services

RETURN RECEIPT
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED   ADDRESS WHERE DELIVERED (only if requested by whom #2)
3-3-66

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326445

SENT TO
Mr. T. A. Cox

STREET AND NO.
P. O. Box 1307

CITY, STATE, AND ZIP CODE
Newport Beach, Calif. 92663

POSTMARK OR DATE
FEB 28 1966 OCEANSIDE CALIFORNIA

If you want a return receipt, check which

| ☒ 10¢ shows to whom and when delivered | ☐ 35¢ shows to whom, when, and address where delivered | If you want delivery only to addressee, check here ☐ 50¢ fee |
|---|---|---|

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963   NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL   (See other side)

#1 INSTRUCTIONS TO DELIVERING EMPLOYEE

☐ Deliver ONLY to addressee   ☒ Show address where delivered
Additional charges required for these services

RETURN RECEIPT
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED   ADDRESS WHERE DELIVERED (only if requested by whom #2)
3-3-66

-3-

**RECEIPT FOR...**

SENT TO
Mr. Frank Denny

STREET AND NO.
5062 Marlborough Drive

CITY, STATE, AND ZIP CODE
San Diego, Calif. 92116

If you want a return receipt, check which
☒ 10¢ shows to whom and when and where delivered
☐ 35¢ shows to whom, when, and address where delivered

If you want delivery only to addressee, check here
☐ 50¢ fee

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

No. 326443

POSTMARK — FEB 28 1966 OCEANSIDE

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**
☐ Deliver ONLY to addressee   ☐ Show address where delivered
Additional charges required for these services

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OR ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED          ADDRESS WHERE DELIVERED (only if requested)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

SENT TO
El Rancho Trebol
Dr. George J. Murphy

STREET AND NO.
1300 W. 6th St.

CITY, STATE, AND ZIP CODE
San Pedro, Calif. 90732

If you want a return receipt, check which
☒ 10¢ shows to whom and when delivered
☐ 35¢ shows to whom, when, and address where delivered

If you want delivery only to addressee, check here
☐ 50¢ fee

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

No. 326446

POSTMARK OR DATE — FEB 28 1966 OCEANSIDE

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**
☐ Deliver ONLY to addressee   ☒ Show address where delivered
Additional charges required for these services

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OR ADDRESSEE'S AGENT, IF ANY

-4-

EXHIBIT "A"

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858297

SENT TO
Mrs. Katherine C. Gibbon

STREET AND NO.
Star Route, Box 159

CITY, STATE, AND ZIP CODE
Hemet, Calif. 92343

POSTMARK OR DATE

**EXTRA SERVICES FOR ADDITIONAL FEES**

Return Receipt

| Shows to whom and when delivered | Shows to whom, when, and where delivered | Deliver Addressee Only |
|---|---|---|
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964

**NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL** (See other side)

#1 **INSTRUCTIONS TO DELIVERING EMPLOYEE**

☒ Deliver ONLY to addressee ☐ Show address where delivered

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE

*Mrs. Katherine C. Gibbon*

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED      ADDRESS WHERE DELIVERED

3-7-66

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326447

SENT TO
Mr. W. H. Gierson

STREET AND NO.
10570 Ohio Ave.,

CITY, STATE, AND ZIP CODE
Los Angeles, Calif. 90024

POSTMARK OR DATE

OCEANSIDE, CALIF PLEASANTON CA
FEB 28 1966

If you want a return receipt, check which

| ☒ 10¢ shows to whom, and when, and where delivered | ☐ 35¢ shows to whom, when, and address where delivered | If you want delivery only to addressee check here ☐ |
|---|---|---|

☐ 50¢ fee

**FEES ADDITIONAL TO 20¢ FEE**

POD Form 3800
July 1963

**NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL** (See other side)

#1 **INSTRUCTIONS TO DELIVERING EMPLOYEE**

☒ Deliver ONLY to addressee ☒ Show address where delivered

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE

*H. W. Giere*

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

*by Mrs. H. W. Gierson*

## RECEIPT FOR CERTIFIED MAIL—20¢

No. 326448

SENT TO
Mr. W. A. Gwinn

STREET AND NO.
Box 924

CITY, STATE, AND ZIP CODE
Murrieta, Calif. 92362

If you want a return receipt, check which
[X] 10¢ shows to whom and when and address delivered
[ ] 35¢ shows to whom, when, and address where delivered

If you want delivery only to addressee, check here
[ ] 50¢ fee

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963
NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

POSTMARK
OCEANSIDE, CALIF. FEB 28 1966

---

**INSTRUCTIONS TO DELIVERING EMPLOYEE**
[ ] Deliver ONLY to addressee — Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)
*W. A. Gwinn*

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY
*Lois Gwinn*

DATE DELIVERED
MAR 5 1966

ADDRESS WHERE DELIVERED (only if requested in item 2)

---

## RECEIPT FOR CERTIFIED MAIL—20¢

No. 858298

SENT TO
K. & L. Properties

STREET AND NO.
11562 Paloma Ave.

CITY, STATE, AND ZIP CODE
Garden Grove, Calif. 92641

| Return Receipt | | Deliver to Addressee Only |
|---|---|---|
| Shows to whom, and when, delivered | Shows to whom, when, and where delivered | |
| [X] 10¢ fee | [ ] 35¢ fee | [ ] 50¢ fee |

EXTRA SERVICES FOR ADDITIONAL FEES

POD Form 3800
Nov. 1964
NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

POSTMARK
OCEANSIDE, CALIF. FEB 28 1966

---

**INSTRUCTIONS TO DELIVERING EMPLOYEE**
[ ] Deliver ONLY to addressee — Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED

ADDRESS WHERE DELIVERED (only if requested in item 2)

-6-

EXHIBIT "A"

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326450

SENT TO
Mr. R. C. Kidder

STREET AND NO.
12361 Brookhurst

CITY, STATE, AND ZIP CODE
Garden Grove, Calif. 92641

| If you want a return receipt, check which | If you want delivery only to addressee, check here |
|---|---|
| [X] 10¢ shows to whom and when and where delivered | [ ] 35¢ shows to whom, when, and address where delivered |
| | [ ] 50¢ fee |

*FEES ADDITIONAL TO 20¢ FEE*

POD Form 3800    NO INSURANCE COVERAGE PROVIDED—
July 1963         NOT FOR INTERNATIONAL MAIL      (See other side)

POSTMARK OR DATE: FEB 28 1966

#1 INSTRUCTIONS TO DELIVERING EMPLOYEE

Deliver ONLY to addressee — Show address where delivered
(Additional charges required for those services)

RETURN RECEIPT
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED   MAR 2 1966   ADDRESS WHERE DELIVERED (only if requested in item #1)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326451

SENT TO
Mr. Charles King

STREET AND NO.
Box 98

CITY, STATE, AND ZIP CODE
Murrieta, Calif. 92362

| If you want a return receipt, check which | If you want delivery only to addressee, check here |
|---|---|
| [XX] 10¢ shows to whom and when and where delivered | [ ] 35¢ shows to whom, when, and address where delivered |
| | [ ] 50¢ fee |

*FEES ADDITIONAL TO 20¢ FEE*

POD Form 3800    NO INSURANCE COVERAGE PROVIDED—
July 1963         NOT FOR INTERNATIONAL MAIL      (See other side)

POSTMARK OR DATE: FEB 28 1966

#1 INSTRUCTIONS TO DELIVERING EMPLOYEE

Deliver ONLY to addressee — Show address where delivered
(Additional charges required for those services)

RETURN RECEIPT
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED   MAR 5 1966   ADDRESS WHERE DELIVERED (only if requested in item #1)

-7-

EXHIBIT "A"



**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326452

SENT TO
Mr. R. G. Lamb

STREET AND NO.
P. O. Box 2448

CITY, STATE, AND ZIP CODE
Pomona, Calif. 91766

POSTMARK OR DATE

If you want a return receipt, check which
☒ 10¢ shows to whom, and when and where delivered
☐ 35¢ shows to whom, when, and address where delivered

If you do not deliver, and to addressee, check here
☐ 50¢ fee

FEES ADDITIONAL TO 20¢ FEE

POD Form 3800
July 1963

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

---

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

DATE DELIVERED MAR 1 1966

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858277

SENT TO
Rex McDaniel

STREET AND NO.
2260 Glenview Lane

CITY, STATE, AND ZIP CODE
Vista, California 92083

POSTMARK OR DATE

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt

Shows to whom and when delivered
☒ 10¢ fee

Shows to whom, when, and where delivered
☐ 35¢ fee

Deliver to Addressee Only
☐ 50¢ fee

POD Form 3800
Nov. 1964

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

---

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

-8-

EXHIBIT "A"

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858300

SENT TO
John Marana

STREET AND NO.
Star Route, Box 132

CITY, STATE, AND ZIP CODE
Hemet, Calif. 92343

POSTMARK
OR DATE
MAR 7 1966

EXTRA SERVICES FOR ADDITIONAL FEES

Return Receipt
Shows to whom, and when delivered ☒ 10¢ fee
Shows to whom, when, and where delivered ☐ 35¢ fee

Deliver to Addressee Only
☐ 50¢ fee

POD Form 3800
Nov. 1964

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)

Return receipt was not received but Mr. Marana has filed his
monthly report which indicates that he received the copy of
the order.

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858301

SENT TO
MARDLEY CO., INC

STREET AND NO.
5400 JILLSON ST.

CITY, STATE, AND ZIP CODE
LOS ANGELES, CALIF. 90022

POSTMARK
OR DATE
1966

EXTRA SERVICES FOR ADDITIONAL FEES

Return Receipt
Shows to whom, and when delivered ☒ 10¢ fee
Shows to whom, when, and where delivered ☐ 35¢ fee

Deliver to Addressee Only
☐ 50¢ fee

POD Form 3800
Nov. 1964

NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL

(See other side)



-9-

EXHIBIT "A"

## RECEIPT FOR CERTIFIED MAIL—20¢

No. 858299

| SENT TO |
| --- |
| Mr. B. L. Mayer |

| STREET AND NO. |
| --- |
| P. O. Box 83 |

| CITY, STATE, AND ZIP CODE |
| --- |
| El Monte, Calif. 91734 |

POSTMARK
FEB 28 1966

**EXTRA SERVICES FOR ADDITIONAL FEES**

| Return Receipt | | Deliver to Addressee Only |
| --- | --- | --- |
| Shows to whom and when delivered | Shows to whom, when, and where delivered | |
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964  **NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL**  (See other side)

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

Deliver ONLY to addressee

Show address where delivered

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED   MAR 1966

ADDRESS WHERE DELIVERED (only if requested in item 8.)

---

## RECEIPT FOR CERTIFIED MAIL—20¢

No. 858278

| SENT TO |
| --- |
| Arthur Mejia |

| STREET AND NO. |
| --- |
| P. O. Box 61 |

| CITY, STATE, AND ZIP CODE |
| --- |
| Wildomar, California 92395 |

POSTMARK OR DATE
FEB 1966

**EXTRA SERVICES FOR ADDITIONAL FEES**

| Return Receipt | | Deliver to Addressee Only |
| --- | --- | --- |
| Shows to whom and when delivered | Shows to whom, when, and where delivered | |
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964  **NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL**  (See other :

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

Deliver ONLY to addressee

Show address where delivered

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

Mr. Arthur Mejia

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

Mrs. L. M. Mejia

DATE DELIVERED   3-2-66

ADDRESS WHERE DELIVERED (only if requested in item 8.)

-10-

EXHIBIT "A"



**RECEIPT FOR CERTIFIED MAIL—20¢**

SENT TO
Howard Morrow

STREET AND NO.
Route 2, Box 15

CITY, STATE, AND ZIP CODE
Murrieta, California 92362

POSTMARK OR DATE

*(postmark: FEB 28 1966)*

**EXTRA SERVICES FOR ADDITIONAL FEES**

Return Receipt

| Shows to whom, and when delivered | Shows to whom, when, and where delivered | Deliver to Addressee Only |
|---|---|---|
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964

**NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL**

(See other side)

No. 858279

---

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

Deliver ONLY to ☐ Addressee

Show address where delivered ☐

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED          ADDRESS WHERE DELIVERED (only if requested in item 1)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

SENT TO
R. G. Morton

STREET AND NO.
9326 Otto Street

CITY, STATE, AND ZIP CODE
Downey, California 90240

POSTMARK OR DATE

*(postmark: FEB 28 1966)*

**EXTRA SERVICES FOR ADDITIONAL FEES**

Return Receipt

| Shows to whom, and when delivered | Shows to whom, when, and where delivered | Deliver to Addressee Only |
|---|---|---|
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964

**NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL**

(See other side)

No. 858280

---

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**

Deliver ONLY to ☐ Addressee

Show address where delivered ☐

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side

SIGNATURE OR NAME OF ADDRESSEE

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED          ADDRESS WHERE DELIVERED (only if requested in item 1)

EXHIBIT "A"

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326438

SENT TO
James Oviatt

STREET AND NO.
617 S. Olive St.

CITY, STATE, AND ZIP CODE
Los Angeles, Calif. 90014

If you want a return receipt, check which
☒ 10¢ shows to whom, □ 35¢ shows to whom, when, and address where delivered
and when delivered

If you want delivery only to addressee, check here
□ 50¢ fee

POSTMARK OR DATE

FEB 28 1966

**FEES ADDITIONAL TO 20¢ FEE**

POD Form 3800
July 1963

**NO INSURANCE COVERAGE PROVIDED—** (See other side)
**NOT FOR INTERNATIONAL MAIL**

#1 INSTRUCTIONS TO DELIVERING EMPLOYEES
☒ Deliver ONLY to addressee
☒ Show address where delivered
(Additional charge required for this service)

RETURN RECEIPT
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED  MAR 1 1966

ADDRESS WHERE DELIVERED (only if requested)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858281

SENT TO
W. T. Pascoe

STREET AND NO.
P. O. Box 33

CITY, STATE, AND ZIP CODE
Pomona, California 91766

POSTMARK OR DATE

FEB 28 1966

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt
Shows to whom, and when delivered
Shows to whom, when, and where delivered

Deliver to Addressee Only

☒ 10¢ fee  □ 35¢ fee  □ 50¢ fee

POD Form 3800
Nov. 1964

**NO INSURANCE COVERAGE PROVIDED—** (See other side)
**NOT FOR INTERNATIONAL MAIL**

#1 INSTRUCTIONS TO DELIVERING EMPLOYEE
☒ Deliver ONLY to addressee
☒ Show address where delivered
(Additional charge required for this service)

RETURN RECEIPT
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED  MAR 1 1966

ADDRESS WHERE DELIVERED (only if requested)

-12-

EXHIBIT "A"



**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 326440

SENT TO
Mr. David A. Ramgren

STREET AND NO.
P. O. Box 56

CITY, STATE, AND ZIP CODE
Wildomar, Calif. 92395

POSTMARK OR DATE
FEB 23 1966

If you want a return receipt, check which
☒ 10¢ shows to whom delivered
☐ 35¢ shows to whom, when, and address where delivered
If you want delivery to addressee only, check here ☐ 50¢ fee

**FEES ADDITIONAL TO 20¢ FEE**

POD Form 3800
July 1963    **NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL**    (See other side)



**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858283

SENT TO
John Ribaudo

STREET AND NO.
P. O. Box 44

CITY, STATE, AND ZIP CODE
Wildomar, California 92395

POSTMARK OR DATE
FEB 23

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt
☒ Shows to whom and when delivered 10¢ fee
☐ Shows to whom, when, and where delivered 35¢ fee
☐ Delivery Addressee Only 50¢ fee

POD Form 3800
Nov. 1964    **NO INSURANCE COVERAGE PROVIDED—NOT FOR INTERNATIONAL MAIL**    (See other side)

-13-                    EXHIBIT "A"



**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858284

SENT TO
Logan B. Schirmer, Jr.

STREET AND NO.
14722 Romanza Place

CITY, STATE, AND ZIP CODE
Tustin, California 92680

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt
Shows to whom and when delivered ☒ 10¢ fee
Shows to whom, when, and where delivered ☐ 35¢ fee
Deliver to Addressee Only ☐ 50¢ fee

POD Form 3800 Nov. 1964  NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL (See other side)

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**
☐ Deliver ONLY to addressee
☒ Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.
SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)
SIGNATURE OF ADDRESSEE'S AGENT, IF ANY
DATE DELIVERED    ADDRESS WHERE DELIVERED (only if requested)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858285

SENT TO
Thomas V. Talbert & Albert A. Romano

STREET AND NO.
P. O. Box 310

CITY, STATE, AND ZIP CODE
Huntington Beach, Calif. 92648

EXTRA SERVICES FOR ADDITIONAL FEES
Return Receipt
Shows to whom and when delivered ☒ 10¢ fee
Shows to whom, when, and where delivered ☐ 35¢ fee
Deliver to Addressee Only ☐ 50¢ fee

POD Form 3800 Nov. 1964  NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL (See other side)

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**
☐ Deliver ONLY to addressee
☒ Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.
SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)
SIGNATURE OF ADDRESSEE'S AGENT, IF ANY
DATE DELIVERED  FEB 2 1966  ADDRESS WHERE DELIVERED (only if requested)

-14-

EXHIBIT "A"



RECEIPT FOR CERTIFIED MAIL—20¢

SENT TO Wm. A. Thralls et al
c/o Daniel W. Redmon Realty

STREET AND NO.
15018 E. Valley Blvd

CITY, STATE, AND ZIP CODE
La Puente, Calif. 91746

EXTRA SERVICES FOR ADDITIONAL FEES

Return Receipt

| Shows to whom, and when delivered | Shows to whom, when, and where delivered | Deliver to Addressee Only |
|---|---|---|
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964
NO INSURANCE COVERAGE PROVIDED—
NOT FOR INTERNATIONAL MAIL        (See other side)

No. 858306

POSTMARK OR DATE

-14A-

EXHIBIT "A"

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858303

SENT TO
MR. DONALD TRUNNELL

STREET AND NO.
BOX 72

CITY, STATE, AND ZIP CODE
AGUANGA, CALIF. 92302

EXTRA SERVICES FOR ADDITIONAL FEES

| Return Receipt | | Deliver to Addressee Only |
|---|---|---|
| Shows to whom, and when delivered | Shows to whom, when, and where delivered | |
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964

**NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL** (See other side)

---

**RECEIPT FOR CERTIFIED MAIL—20¢**

No. 858287

SENT TO
C. W. Turner

STREET AND NO.
120 E. Pomona Avenue

CITY, STATE, AND ZIP CODE
Santa Ana, California 92705

POSTMARK OR DATE

FEB 28 1966

EXTRA SERVICES FOR ADDITIONAL FEES

| Return Receipt | | Deliver to Addressee Only |
|---|---|---|
| Shows to whom, and when delivered | Shows to whom, when, and where delivered | |
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800
Nov. 1964

**NO INSURANCE COVERAGE PROVIDED— NOT FOR INTERNATIONAL MAIL** (See other side)

---

**#1: INSTRUCTIONS TO DELIVERING EMPLOYEE**

☐ Deliver ONLY to address ☐ Show address where delivered

(Additional charges required for these services)

**RETURN RECEIPT**

Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

DATE DELIVERED     MAR 1 1966     ADDRESS WHERE DELIVERED (only if requested in item #11)

-15-

EXHIBIT "A"



**SENT TO**
Mildred N. Vessels

**STREET AND NO.**
4961 Katella Avenue

**CITY, STATE, AND ZIP CODE**
Los Alamitos, California 90720

No. 858288

**EXTRA SERVICES FOR ADDITIONAL FEES**

| Return Receipt | | Deliver to Addressee Only |
|---|---|---|
| Shows to whom, and when delivered | Shows to whom, when, and where delivered | |
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800  **NO INSURANCE COVERAGE PROVIDED—**  (See other side)
Nov. 1964  **NOT FOR INTERNATIONAL MAIL**

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**
☐ Deliver ONLY to Addressee  ☐ Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT IF ANY

DATE DELIVERED  ADDRESS WHERE DELIVERED (only if requested in item 6.)

---

## RECEIPT FOR CERTIFIED MAIL—20¢

**SENT TO**
Harry C. Winter

**STREET AND NO.**
Box 194

**CITY, STATE, AND ZIP CODE**
Murrieta, California 92362

No. 858292

**EXTRA SERVICES FOR ADDITIONAL FEES**

| Return Receipt | | Deliver to Addressee Only |
|---|---|---|
| Shows to whom, and when delivered | Shows to whom, when, and where delivered | |
| ☒ 10¢ fee | ☐ 35¢ fee | ☐ 50¢ fee |

POD Form 3800  **NO INSURANCE COVERAGE PROVIDED—**  (See other side)
Nov. 1964  **NOT FOR INTERNATIONAL MAIL**

**#1 INSTRUCTIONS TO DELIVERING EMPLOYEE**
☐ Deliver ONLY to Addressee  ☐ Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT IF ANY

DATE DELIVERED  ADDRESS WHERE DELIVERED (only if requested in item 6.)

-16-

EXHIBIT "A"

REGISTERED NO. 11882

Value $ _____    Spec. del'y fee $ _____

Fee $ _____    Ret. receipt fee $ _____

Surcharge $ _____    Rest. del'y fee $ _____

Postage $ _____    ☑ Airmail

From _____

_____

To _____

_____

_____

POD Form 3806—May 1964

MAR 10 1966

**INSTRUCTIONS TO DELIVERING EMPLOYEE**

☐ Deliver ONLY to addressee    ☐ Show address where delivered
(Additional charges required for these services)

**RETURN RECEIPT**
Received the numbered article described on other side.

SIGNATURE OR NAME OF ADDRESSEE (must always be filled in)

SIGNATURE OF ADDRESSEE'S AGENT, IF ANY

-17-

EXHIBIT "A"

| | | |
|---|---|---|
| 1 | Mr. W. H. Allen | Certified Mail Receipt #326439 |
| | 950 Holly Vista Drive | dated February 28, 1966 |
| 2 | Pasadena, Calif. 91105 | Return Receipt |
| 3 | | |
| | Aub-Bren Construction Co. | Certified Mail Receipt #858302 |
| 4 | c/o L. B. Movuis | dated March 18, 1966 |
| | 9512 Lampson Ave. | Return Receipt |
| 5 | Garden Grove, Calif. 92641 | |
| 6 | | |
| | Arnold Bloemsma | Certified Mail Receipt #858274 |
| 7 | 13126 S. Western | dated February 28, 1966 |
| | Gardena, Calif. 90249 | Return Receipt |
| 8 | | |
| | Mr. Carlington Cain | Certified Mail Receipt #326442 |
| 9 | Route 2, Box 53 | dated February 28, 1966 |
| 10 | Murrieta, Calif. 92362 | Return Receipt |
| 11 | Mrs. Margaret L. Carnes, et al | Certified Mail Receipt #858273 |
| | P. O. Box 56 | dated February 28, 1966 |
| 12 | Temecula, Calif. 92930 | Return Receipt |
| 13 | Mr. T. A. Cox | Certified Mail Receipt #326445 |
| | P. O. Box 1307 | dated February 28, 1966 |
| 14 | Newport Beach, Calif. 92663 | Return Receipt |
| 15 | Mr. Frank Denny | Certified Mail Receipt #326443 |
| | 5062 Marlborough Drive | dated February 28, 1966 |
| 16 | San Diego, Calif. 92116 | Return Receipt |
| 17 | | |
| | El Rancho Trebol | Certified Mail Receipt #326446 |
| 18 | Dr. George J. Murphy | dated February 28, 1966 |
| | 1300 W. 6th St. | Return Receipt |
| 19 | San Pedro, Calif. 90732 | |
| 20 | | |
| 21 | Mrs. Katherine C. Gibbon | Certified Mail Receipt #858297 |
| | Star Route, Box 159 | dated February 28, 1966 |
| 22 | Hemet, Calif. 92343 | Return Receipt |
| 23 | | |
| | Mr. W. H. Gierson | Certified Mail Receipt #326447 |
| 24 | 10570 Ohio Ave. | dated February 28, 1966 |
| | Los Angeles, Calif. 90024 | Return Receipt |
| 25 | | |
| 26 | Mr. W. A. Gwinn | Certified Mail Receipt #326448 |
| | Box 924 | dated February 28, 1966 |
| 27 | Murrieta, Calif. 92362 | Return Receipt |
| 28 | | |
| | K. & L. Properties | Certified Mail Receipt #858298 |
| 29 | 11562 Paloma Ave. | dated February 28, 1966 |
| | Garden Grove, Calif. 92641 | Return Receipt |
| 30 | | |
| 31 | Mr. R. C. Kidder | Certified Mail Receipt #326450 |
| | 12361 Brookhurst | dated February 28, 1966 |
| 32 | Garden Grove, Calif. 92641 | Return Receipt |

EXHIBIT "A"

| | | |
|---|---|---|
| 1 | Mr. Charles King | Certified Mail Receipt #326451 |
| | Box 98 | dated February 28, 1966 |
| 2 | Murrieta, Calif. 92362 | Return Receipt |
| 3 | | |
| | Mr. R. G. Lamb | Certified Mail Receipt #326452 |
| 4 | P. O. Box 2448 | dated February 28, 1966 |
| | Pomona, Calif. 91766 | Return Receipt |
| 5 | | |
| 6 | Rex McDaniel | Certified Mail Receipt #858277 |
| | 2260 Glenview Lane | dated February 28, 1966 |
| 7 | Vista, Calif. 92083 | Return Receipt |
| 8 | | |
| | John Marana | Certified Mail Receipt #858300 |
| 9 | Star Route, Box 132 | dated March 7, 1966 |
| | Hemet, Calif. 92343 | Return receipt was not received but |
| 10 | | Mr. Marana has filed his monthly |
| | | report which indicates that he received |
| 11 | | the copy of the order. |
| 12 | | |
| | Mardley Co., Inc. | Certified Mail Receipt #858301 |
| 13 | 5400 Jillson St. | dated March 16, 1966 |
| | Los Angeles, Calif. 90022 | Return Receipt |
| 14 | | |
| 15 | Mr. B. L. Mayer | Certified Mail Receipt #858299 |
| | P. O. Box 83 | dated February 28, 1966 |
| 16 | El Monte, Calif. 91734 | Return Receipt |
| 17 | | |
| 18 | Arthur Mejia | Certified Mail Receipt #858278 |
| | P. O. Box 61 | dated February 28, 1966 |
| 19 | Wildomar, Calif. 92395 | Return Receipt |
| 20 | | |
| | Howard Morrow | Certified Mail Receipt #858279 |
| 21 | Route 2, Box 15 | dated February 28, 1966 |
| | Murrieta, Calif. 92362 | Return Receipt |
| 22 | | |
| 23 | R. G. Morton | Certified Mail Receipt #858280 |
| | 9326 Otto Street | dated February 28, 1966 |
| 24 | Downey, Calif. 90240 | Return Receipt |
| 25 | | |
| | James Oviatt | Certified Mail Receipt #326438 |
| 26 | 617 S. Olive St. | dated February 28, 1966 |
| | Los Angeles, Calif. 90014 | Return Receipt |
| 27 | | |
| 28 | W. T. Pascoe | Certified Mail Receipt #858281 |
| | P. O. Box 33 | dated February 28, 1966 |
| 29 | Pomona, California 91766 | Return Receipt |
| 30 | | |
| | Mr. David A. Ramgren | Certified Mail Receipt #326440 |
| 31 | P. O. Box 56 | dated February 28, 1966 |
| | Wildomar, Calif. 92395 | Return Receipt |
| 32 | | |

EXHIBIT "A"

| | | |
|---|---|---|
| 1 | John Ribaudo | Certified Mail Receipt #858283 |
| | P. O. Box 44 | dated February 28, 1966 |
| 2 | Wildomar, Calif. 92395 | Return Receipt |
| 3 | | |
| | Logan B. Schirmer, Jr. | Certified Mail Receipt #858284 |
| 4 | 14722 Romanza Place | dated February 28, 1966 |
| | Tustin, Calif. 92680 | Return Receipt |
| 5 | | |
| 6 | Thomas V. Talbert & | Certified Mail Receipt #858285 |
| | Albert A. Romano | dated February 28, 1966 |
| 7 | P. O. Box 310 | Return Receipt |
| | Huntington Beach, Calif. 92648 | |
| 8 | | |
| 9 | Wm. A. Thralls et al | Certified Mail Receipt #858306 |
| | c/o Daniel W. Redmon Realty | dated April 1, 1966 |
| 10 | 15018 E. Valley Blvd. | Return Receipt |
| | La Puente, Calif. 91746 | |
| 11 | | |
| 12 | Mr. Donald Trunnell | Certified Mail Receipt #858303 |
| | Box 72 | dated March 18, 1966 |
| 13 | Aguanga, Calif. 92302 | Return Receipt |
| 14 | | |
| | C. W. Turner | Certified Mail Receipt #858287 |
| 15 | 120 E. Pomona Ave. | dated February 28, 1966 |
| | Santa Ana, Calif. 92705 | Return Receipt |
| 16 | | |
| 17 | Mildred N. Vessels | Certified Mail Receipt #858288 |
| | 4961 Katella Ave. | dated February 28, 1966 |
| 18 | Los Alamitos, Calif. 90720 | Return Receipt |
| 19 | | |
| 20 | Harry C. Winter | Certified Mail Receipt #858292 |
| | Box 194 | dated February 28, 1966 |
| 21 | Murrieta, Calif. 92362 | Return Receipt |
| 22 | | |
| | Mr. Charles B. Withrow | Registered Mail Receipt #11882 |
| 23 | Calle Bienstar #80 | dated March 10, 1966 |
| | Los Mochis, Sin., | Return Receipt |
| 24 | Mexico. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |

EXHIBIT "A"