MINUTES OF THE UNITED STATES DISTRICT COURT (Form No. 3)
SOUTHERN DISTRICT OF CALIFORNIA

USA vs. Fallbrook, td   No. 1247-SD-C

___ HON. FRED KUNZEL   ___ HON. EDW J. SCHWARTZ   ✓ HON. JAMES M. CARTER

**Deputy Clerk**
___ Hal H. Kennedy
___ W.N. Zinn
___ Richard I. Bellman
___ Joseph K. Bartlett
✓ WILLIAM W. LUDDY

**Reporter**
___ Dorothy Albright
___ Gene Devlin
___ Vera Randall
___ Dollie Wilson

DATE: 6-27-68   CIVIL MOTIONS

APPEARANCES: Plaintiff DAVID WARNER   Defendant FRANZ SACHSE
DONALD REDD   FRITZ STRADLING

Hrg Set For Approval of Memo + Agreement And For Order Amending Mod Final Judgmt.

___ Hearing continued to _____
✓ Motion granted   ___ Motion denied   ___ Motion submitted
___ Briefs to be filed: ___ (Pltf)(Deft) ___ (Pltf)(Deft) ___ (Reply)
✓ Other Court Signs Amend Judgmt

DATE: _____   PRE TRIAL HEARING

APPEARANCES: Plaintiff _____   Defendant _____

___ Pre trial order filed   ___ Stipulation and order to be submitted
___ Continued to _____
___ Other: _____

COURT TRIAL (See part II for Wits. & Exbs.)

APPEARANCES: Plaintiff _____   Defendant _____

DATES OF TRIAL: _____

___ Judgment for ( ) Plaintiff ( ) Defendant $_____
___ Findings, etc. and Judgment to be prepared by ( ) Plaintiff
                                                  ( ) Defendant
___ SUBMITTED   ___ Briefs to be filed:

INITIALS _____