MINUTES OF THE UNITED STATES DISTRICT COURT   (Form No. 7)
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A.   vs.   FALLBROOK, et al   No. 1247-SD-C

___ HON FRED KUNZEL    ___ HON. EDW J. SCHWARTZ   X  HON. JAMES M. CARTER

Clerk
- Hal H. Kennedy
- W. N. Zinn
- Richard I Bellman
- Joseph K. Bartlett
X WILLIAM W. LUDDY

Reporter
- Dorothy Albright
- Gene Devlin
- Vera Randall
- Dollie Wilson

NA

APPEARANCES: Plaintiff:

Defendant:   NA

PROCEEDINGS:

IT IS ORDERED that letter, dated 6-24-68, and signed by Mrs. Phronia P. Wicherd, et al., be filed deemed objections to modified judgment, and IT IS ORDERED objections are hereby denied.