United States Court of Appeals
For the Ninth Circuit
U. S. Court of Appeals & Post Office Bldg.
San Francisco, Calif. 94101

Chambers of
James M. Carter
San Diego, Calif. 92101

July 1, 1968

William W. Luddy, Clerk
U.S. District Court
San Diego, California   92101

      Re:  U.S.A. v. Fallbrook

Dear Bill:

     Here is another one of those objections; file as of the date of the other objections.

     Make Minute order that it is overruled as of the date of the hearing.

                              Sincerely,

                              JAMES M. CARTER

Encl

Murrieta, Calif.
June 24, 1968

To the United States District Court,
Southern District of California,
Office of the Clerk,
San Diego, California.

We the undersigned, Owners of land which in its legitimate description we claim to be a portion of the Temecula Rancho hereby protest and object to any person, entity, or court conspiring or otherwise endeavoring to deny us the full protection of the 14th amendment to the United States constitution as we wish to retain all the rights attached to said Rancho that we are legally entitled to.

Mrs. Rhonia P. Wickerd    24421 Jefferson St. Murrieta Calif.
Harold R Wickerd         24421 Jefferson St Murrieta Calif
Bradford Stowell         24441 Jefferson St Murrieta Calif
Mrs. Bradford Stowell    24441 Jefferson St Murrieta, Calif.

**FILED**

JUL 2 1968

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY