UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
====================
OFFICE OF THE CLERK
Room 207, U.S. Court House
San Diego, California, 92101

July 2, 1968

NOTICE OF ENTRY OF JUDGMENT

RE: U.S.A. vs. Fallbrook, et al
No. 1247-SD-C

You are hereby notified that Order Amending Modified Final Judgment in the above-entitled case was entered in the docket on June 27, 1968.

I hereby certify that this notice was mailed on July 2, 1968.

*William W. Luddy*
William W. Luddy
Clerk, U.S. District Court
Southern District of California