**FILED**

JUL 3 1968

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 1247-SD-C |
| vs, | ) AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT,) et al, | ) |
| Defendants. | ) |

STATE OF CALIFORNIA )
                     ) ss
COUNTY OF SAN DIEGO )

William W. Luddy, being first duly sworn, deposes and says:
That he is a citizen of the United States and a resident of
San Diego County, California:  That his business address is
Room 207, U.S. Courthouse, San Diego, California;  That he is
over the age of eighteen years and is not a party to the above
entitled action.

That, in the above entitled action, on July 2, 1968 he
deposited in the United States mail at San Diego, California,
in envelopes bearing the requisite postage, a copy of the
NOTICE OF ENTRY OF JUDGMENT addressed to the last know addresses
of the persons listed in Exhibit A, attached hereto and made a
part hereof;  that there is delivery service by U.S. mail at
each of the places so addressed, or there is regular commun-
ication by mail between the said place of mailing and each of
the places so addressed.

Florence A. Anderson
Room 915
756 S. Broadway
Los Angeles, Calif.

Trent C. Anderson
Eilers, Wehrle & Anderson
Room 817
606 S. Hill St.
Los Angeles 14, Calif.

Ashton, Drohan & Marchetti
3345 Newport Blvd.
Newport Beach, Calif.
   Attn. Harry Ashton

Office of Attorney General
Library and Courts Bldg.
Sacramento 14, Calif.

Donovan W. Ballenger
309 Bank of America Bldg.
Glendale 4, Calif.

Beardsley, Hufstedler & Kemble
610 Rowan Bldg.
Los Angeles 13, Calif.

Bates, Booth & Gray, Binkley &
Pfaelzer
458 South Spring St.
Los Angeles 13, Calif.

Best, Best & Krieger
P. O. Box 1028
Riverside, Calif.

A. A. Bianchi
Room 901, 400 Montgomery
San Francisco 4, Calif.

Brandt & Lawler
9711 Wiley Burke
Downey, Calif.

Thomas J. Burke
504 Granger Bldg.
San Diego 1, Calif.

Busch & Maroney
367 North 2nd Ave.
Upland, Calif.

Charles H. Carter
1025 Main Street
Corona, Calif.

Alfred B. Chapman
Room 702
606 South Hill St.
Los Angeles 14, Calif.

Raymond Choate
127 West Anaheim Blvd.
Wilmington, California

Mabel Clausen
320 First Trust Bldg.
Pasadena, Calif.

Clayson, Stark & Rothrock
Security Bank Bldg.
Corona, Calif.
   Attn. Geo. C. Grover & Owen Strange

Gordon Cologne
45 - 596 Jackson St.
P. O. Box 96
Indio, Calif.

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, Calif.

Davidson & Russ
16405 S. New Hampshire Ave.
Gardena, Calif.

Wm. J. De Martini
555 S. Flower St.
Los Angeles 17, Calif.

W. B. Dennis
Route 1, Box 55
Fallbrook, Calif.

Leonard J. Difani
220 Loring Building
Riverside, Calif.

J. A. Donnelley & R. P. MacNulty
2655 4th Ave.
San Diego, Calif.

Ray C. Eberhard
Room 1231
215 West 7th St.
Los Angeles 14, Calif.

Estudillo & Bucciarelli
3900 Market Street
Riverside, Calif.

Garver & Garver
Camas
Washington

Arthur W. Gediman
119 South Main Street
Elsinore, Calif.

-1-

EXHIBIT "A"

Leo Goodman
629 South Hill St.
Los Angeles 14, Calif.

Charles Gorham
920 Avalon Blvd.
Wilmington, Calif.

Abraham Gottfried
424 S. Beverly Dr.
Beverly Hills, Calif.

Samuel A. Greenburg
1014 West Valley Blvd.
Alhambra, Calif.

Alvin G. Greenwald
6505 Wilshire Blvd.
Los Angeles 48, Calif.

Halverson & Halverson
Suite 611, 704 S. Spring
Los Angeles 14, Calif.

Hammack & Pugh
Room 1015
541 South Spring St.
Los Angeles 13, Calif.

Leslie E. Hanson
4412 York Blvd.
Los Angeles, Calif.

Hash & Bernstein
31 S. First Ave.
Phoenix, Arizona

Higgs, Fletcher & Mack
2250 3rd Ave.
San Diego 1, Calif.

Christopher M. Jenks and Orrick
Dahlquist, Harrington and Sutcliffe
405 Montgomery St.
San Francisco 4, Calif.
   Attn. Christopher M. Jenks

Randolph Karr, Roy Jerome &
Harold S. Lentz
65 Market St.
San Francisco 5, Calif.

G. Norman Kennedy
Room 415
235 East Colorado St.
Pasadena, Calif.

Kindel & Anderson
1016 North Broadway
Santa Ana, Calif.

James H. Kindel Jr.
Suite 405, 453 S. Spring
Los Angeles 13, Calif.

Robert Kingsley
3518 University Ave.
Los Angeles 7, Calif.

M. E. Lewis
306 Hartwell Blvd.
Long Beach, Calif.

Walter Gould Lincoln
770 Granados Ave.
Solana Beach, Calif.

Luce, Forward, Hamilton & Scripps
1220 San Diego Trust & Savings
San Diego 1, Calif.
   Attn.  Robert E. McGinnis

Earl Malmrose
Room 651
1206 Maple Ave.
Los Angeles 15, Calif.

Thomas P. Menzies
Room 803
458 S. Spring St.
Los Angeles 13, Calif.

Ernest L. Messner
5429 Crenshaw Blvd.
Los Angeles 43, Calif.

Minton, Minton & Farrell
111 North Harvard St.
Hemet, Calif.
   Attn.  Carl W. Minton

Henry M. Moffatt
121 E. 6th St.
Los Angeles 14, Calif.

A. J. O'Connor
639 S. Spring St.
Los Angeles 14, Calif.

O'Melveny & Myers
433 S. Spring St.
Los Angeles 14, Calif.

James H. Mitchell
Mitchell & Mitchell
333 Roosevelt Bldg.
727 W. 7th St.
Los Angeles 17, Calif.

Parker, Milliken & Kohlmeier
650 South Spring St.
Los Angeles 14, Calif.

George M. Pierson
816 Continental Building
Los Angeles 13, Calif.

-2-

Jesse R. Omalley
Musick, Peeler & Garrett
621 South Hope St.
Los Angeles 17, Calif.

Postel & Postel
400 Montgomery St.
San Francisco 4, Calif.

Riedman, Dalessi, Shelton & Beyer
Suite 426
110 West Ocean Blvd.
Long Beach 2, Calif.
   Attn.  Fred M. Riedman

Office of Riverside County Counsel
County Court House
Riverside, Calif.

John L. Roberts
P. O. Box 507
Riverside, Calif.

Robinson & Robinson
5 East Long Street
Columbus 15, Ohio

Saul Ruskin
229 Oasis Bldg.
121 S. Palm Canyon Dr.
Palm Springs, Calif.

Sachse & Cooley
1092 South Main St.
Fallbrook, Calif.

San Diego County Counsel
302 Civic Center
San Diego 1, Calif.

Shatford & Shatford
5920 North Temple City Blvd.
Temple City, Calif.

J. D. Skeen
522 Newhouse Building
Salt Lake City 11, Utah

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, Calif.

Smith, Watling & Brelsford
1000 Santa Barbara St.
Santa Barbara, Calif.
   Attn.  Tom Halde

George Stahlman
Route 1, Box 235
Fallbrook, Calif.

W. E. Starke
1130 Bank of America Bldg.
San Diego 1, Calif.

Hugo A. Steinmayer & Winfield Jones
650 South Spring Street
Los Angeles 14, Calif.

Stone & Moran
880 E. Colorado St.
Pasadena, Calif.

Swing, Scharnikow & Staniforth
Suite 604
San Diego Tr. & Sav. Bank Bldg.
San Diego 1, Calif.

Swing & Swing
313 Central Bldg.
San Bernardino, Calif.

Tanner, Hanson & Myers
215 West 7th Street
Los Angeles 14, Calif.

Harry E. Teasdall
114 North Main St.
Fallbrook, Calif.

Thompson & Colgate
405 Citizens Bank Bldg.
Riverside, Calif.

Walker & Sullivan
3742 10th Street
Riverside, Calif.

Watson, Hart & Nieras
5939 Monterey Road
Los Angeles 42, Calif.

Weyl & Weyl,
650 S. Grand Ave.
Los Angeles 17, Calif.

Van Dyke, Dellenback & McGoodwin
110 E. 6th St.
Medford, Oregon

Paul E. Walker
10508 Riviera Place, N.E.
Seattle 55, Washington

Robert W. Walker, Henry M.
 Moffatt, Robert S. Curtiss
448 Santa Fe Building
Los Angeles, Calif.

Wyckoff, Parker, Boyle & Pope
P. O. Box 960
Watsonville, Calif.

Rutan & Tucker
401 W. 8th Street
Santa Ana, California
   Attn:  Fritz Stradling

Daisy E. Abernathy
P. O. Box 66
Murrieta, Calif.

Dell Ackman
Wildomar, Calif.

J. S. Aitken
1102 17th Ave.
Seattle 22, Wash.

Douglas & Ingered Alderson
654 Keith Road
West Vancouver
British Columbia, Canada

Anne N. Allan
Box 54
Wildomar, Calif.

Loftus H. & Frances R. Allen
3687 Blenheim Street
Vancouver, British Columbia
Canada

Mamie Allen
115 Eulalia Street
Glendale, Calif.

Ralph B. & Helen A. Allman
944 North Orange
Fallbrook, Calif.

John G. & Loraine A. Almand
330 Aviation Road
Fallbrook, Calif.

Domingo & Mary N. Almaraz
P. O. Box 127
Temecula, Calif.

Earl L. & Frankie N. Anderson
3389 Loma Vista Rd.
Ventura, Calif.

Harold A. Jr. & Florence Anderson
Box 227
Temecula, Calif.

Jack E. Anderson
510 Wendt Terrace
Laguna Beach, Calif.

Karl Anderson
c/o Amy Anderson
P. O. Box 716
Olympia, Washington

Nina B. Anderson
c/o John V. Cooper, Exec.
313 F & M Bldg.
350 Pine Ave.
Long Beach, Calif.

Olaf Anderson
c/o Amy Anderson
P. O. Box 716
Olympia, Wash.

Ossian Anderson
c/o Amy Anderson
P. O. Box 715
Olympia, Washington

Paul R. & Helen I. Anderson
11250 Playa Street
Culver City, Calif.

Raymond D. & Loraine N. Andrews
692 West Sierra Madre
Sierra Madre, Calif.

Franklin R. & Frances G. Angus
Murrieta,
California

Donald & Charlotte Anthony
814 S. Main Street
Fallbrook, Calif.

Floris Arnold
517½ North Willow
Compton, Calif.

Herbert C. & Margaret L. Arthur
P. O. Box 56
Murrieta, Calif.

Rose Arviso
Box 14
Temecula, Calif.

A. R. & Mary Ashman
Box 1
Temecula, Calif.

Ornulf Aune
613 First St.
New Westminster
British Columbia, Canada

A. S. & Cecelia Averill
118 N. Scrivner
Elsinore, Calif.

William L. & Lillian E. Bagby
1405 E. Mission Road
Fallbrook, Calif.

Louis Baggenstos
P. O. Box 933
Murrieta Hot Springs
Murrieta, Calif.

Paul T. Bailey
Route 2, Box 459
Elsinore, Calif.

Ralph 3. & Dorothy E. Hilton
c/o Robert H. & Mary Ballard
Rt. 1, 10542 Morado Dr.
Orange, Calif.

Fred G. Barnard Jr.
428 S. Horne St.
Oceanside, Calif

Harriet L. Barnard
1111 S. Ditmar St.
Oceanside, Calif.

Neta L. Barnard
428 S. Horne St.
Oceanside, Calif.

Finnis E. & Theresa Marie Barnes
301 Franklin
Elsinore, Calif.

William E. Barnes
Box 93
Murrieta, Calif.

B. H. & Leone Barnett
49 E. Grand
Corona, Calif.

Frances L. Barnett & Ben W. Tarwater
1122 Coloma Way
Roseville, Calif.

William V. & Dorothy Barnett
Rt., Box 466A
Elsinore, Calif.

E. G. Barrett et al
3091 Volmer Road
Victoria, British Columbia
Canada

Wesley G. & Etta L. Barringer
255 W. Grand Ave.
Escondido, Calif.

L. V. & Francis M. Barth
Box 62
Murrieta, Calif.

Isabella M. Bartlett
1170 Fort St., Suite 3
Victoria, British Columbia
Canada

Arthur & Frances Basquez
P. O. Box 141
Temecula, Calif.

Floyd S. Batson
6166 Encanate
Temple City, Calif.

Jesse Batson
P. O. Box 19
Murrieta, Calif.

Joe Cletus Batson
1475 8th St.
Norco, Calif.

Mary Louise Batson
P. O. Box 19
Murrieta, Calif.

Nathanial P. Batson
P. O. Box 19
Murrieta, Calif.

Roy Parmer Batson
2949 Sierra
Norco, Calif.

Andrew W. & Mabel C. Bauer
Rt. 2, Box 556
Elsinore, Calif.

Marietta Eleanor Bawden
859 Villance St.
Victoria, British Columbia
Canada

John R. & Shirley Ann Beairsto
750 N. Stagecoach Lane
Fallbrook, Calif.

Alexander M. & Elsie Allen Beamon
841 E. Mission Rd.
Fallbrook, Calif.

Vance Beatty
P. O. Box 463
Stateline, Calif.

Otto E. & Grace V. Beaver
Box 55
Wildomar, Calif.

Morris & Lena Beller
6300 Orange St.
Los Angeles, Calif.

Karl V. & Nina Bennis
1400 Coast Highway
Seal Beach, Calif.

George W. & Sophia N. Benson
1564 E. Mission Rd.
Fallbrook, Calif.

Mrs. W. W. Berridge
2483 Beachwood Drive
Hollywood 28, Calif.

H. A. Berry
455 Granville St.
Vancouver, British Columbia
Canada

Agnes H. Bethell
Box 67
Temecula, Calif.

Joe F. Betschart
11666 E. Bolsa Ave.
Santa Ana, Calif.

Ray & Joanne E. Bezanson
P. O. Box 7
Murrieta, Calif.

John & Junnettie R. Biazo
P. O. Box 913
Murrieta, Calif.

Chauncey P. & Susan C. Biggs
309 Beloit Ave.
Los Angeles 49, Calif.

Bremond Bernard Birch
508 Lake Street
Oak Park, Illinois

Charles Francis & Jean E. V. Birch
508 Lake Street
Oak Park, Illinois

C. E. & Rita S. Bittikofer
Rt. 2, Box 568
Elsinore, Calif.

Loraine L. & Everelda C. Black
Rt. 2, Box 163B
Elsinore, Calif.

Henry E. & Eleanor P. Blackford
Rt. 2, Box 51
Wildomar, Calif.

Harvey & Betty Jean Blackmore
P. O. Box 122
Murrieta, Calif.

Arthur V. & Retha Darlene Blake
Rt. 2, Box 538
Elsinore, Calif.

George E. & Fern C. Blake
Murrieta, Calif.

Camilla J. Blakely
4901 Hilliard
La Canada, Calif.

J. Ward Blakely
3704 Mound View Ave.
Studio City, Calif.

P. Hoyt Blakely
8452 Melrose
Los Angeles, Calif.

Harry T. & Peggy Bodine
1135 S. Gladys Ave.
San Gabriel, Calif.

Armand Boffa
P. O. Box 315
Wildomar, Calif.

Ralph S. & Virginia S. Bolander
1616 Meridian St.
Alhambra, Calif.

Lauren D. & Ethel M. Bolton
1412 E. Mission Rd.
Fallbrook, Calif.

Mariellen Bonnar
1036 Eldorado
Fullerton, Calif.

Jack & Esther Boobar
8427 Winsford Ave.
Los Angeles 45, Calif.

Alberta Evanell Booth
17627 S. Broadway
Gardena, Calif.

Julius & Bella Borenstein
Rt. 2, Box 15
Murrieta, Calif.

John & Dora Boruchin
17568 Pine Street
Fontana, Calif.

Richard & Julia Boscacci
13307 Avenue 22½
Chowchilla, Calif.

Maureen Bricknell
General Delivery
Murrieta, Calif.

William J. Jr. & Christina W. Britton
2427 Mecklenburg Ave.
Charlotte 5, N. C.

Andrew J. & Myrtle Brown
Rt. 1, Box 9
Murrieta, Calif.

Elbert E. & Beulah W. Brown
16350 Citrus Tree Road
Whittier, Calif.

Fred Brown
566 Hornby St.
Vancouver, British Columbia,
Canada

John F. & Addie B. Brown
1210 S. Gramorcy Place
Los Angeles 19, Calif.

John G. Brown
c/o O. B. Irvine
Minstrel Isle, British Columbia
Canada

Leslie S. Brown
Murrieta
Calif.

Melvin H. & Margaret F. Brown
Murrieta
Calif.

Merritt H. Brown
Rt. 1, Box 9
Murrieta, Calif.

Robert J. & Blanche C. Brown
2417 E. Glen Oaks Road
Glendale, Calif.

Rudolph J. & Vita Elliott Brown
Rt. 1, Box 15
Wildomar, Calif.

Howard E. & Corinne B. Bruce
337 East "D" St.
Colton, Calif.

William H. & Esther V. Bruggere
32250 Vista de la Luna
South Laguna, Calif.

Nora Bryant
Murrieta
Calif.

James David Buchanan
Rt. 2
Murrieta, Calif.

Maude M. Buchanan
Rt. 2,
Murrieta, Calif.

William & Gloria F. Buchanan
6110 Roosevelt Ave.
Hollydale, Calif.

Margaret Lindall Buck
345 E. Porter St.
Fallbrook, Calif.

Thresa & Steve J. Budai
1250 Hillcrest Lane

Fallbrook, Calif.

Frank A. & Vera E. Burnham
Box 24
Murrieta, Calif.

David H. & Hazel I. Burt
11475 Sunburst
San Fernando, Calif.

Milo O. & Mariella Busenburg
P. O. Box 41
Fallbrook, Calif.

Lavern G. Bush
c/o Murrieta Hot Springs
Murrieta, Calif.

Nick Cacia
5324 West 144th St.
Lawndale, Calif.

Carlington L. & Eunice Cain
Rt. 2, Box 53
Murrieta, Calif.

The California Eldership of the
Churches of God in North America
126 W. Ash
Fallbrook, Calif.

California Electric Power Co.
2835 Foothill Drive
San Bernardino, Calif.

California Water & Telephone Co.
224 W. Graham Ave.
Murrieta, Calif.

Dorothy E. Cammack
1017 South Curson St.
Los Angeles 19, Calif.

Leonard & Frances M. Candido
14217 S. Grandesa
La Mirado, Calif.

Joe & Theresa Cantacessi
Route 2, Box 453
Elsinore, Calif.

Edith M. Cantrell
346 Washington
Venice, Calif.

Joe & Dora Caringella
205 W. 90th St.
Los Angeles, Calif.

Conrad H. Carlson
Rt. 2, Box 198A
Santa Fe, New Mexico

Garey W. & Alice Harmon Carr
P. O. Box 41
Murrieta, Calif.

Charles C. Carter
1755 W. 103rd St.
Los Angeles 47, Calif.

John T. & Helen Carter
6844 Palomar Way
Riverside, California

Louis M. & Nell F. Carter
Rt. 2, Box 461
Elsinore, Calif.

Carl M. & Kathrynen Castor
22 N. Thorp
Kansas City, Kansas

Thomas V. Jr. & Adelaide Cecchettini
Box 4
Murrieta, Calif.

Robert P. & Lucille H. Chaffey
5250 El Cedral St.
Long Beach 4, Calif.

Edward B. & Anna R. Charnock
3549 Greenfield Ave.
Los Angeles 34, Calif.

Llewellyn F. Christopher
Rt. 1, Box 100
Perris, Calif.

Charlotte S. Clark
2611½ Monmouth Ave.
Los Angeles, Calif.

Doris I. Clark
Box 575
Wildomar, Calif.

Van Elmo & Regina W. Clark
Rt. 2, Box 20
Murrieta, Calif.

Burkley A. Clemmens
2303 Deerpark
San Diego 17, Calif.

Veria V. Click
Rt. 2, Box 19,
Fallbrook, Calif.

Albert A. & Ellen Cobbin
5617 Edgemar Ave.
Los Angeles 43, Calif.

Matthew J. & Nettie Cockerline
Temecula
Calif.

Max Cohen
751 N. Croft
Los Angeles, Calif.

Louise C. Cole
1351 Fern Place
Vista, Calif.

Chester T. & Norma Coleman
2002 S. Corning Ave.
Los Angeles 35, Calif.

Cora V. Coleman
Murrieta, Calif.

Fern & Fay Coleman
448 Pershing Drive
Playa Del Rey, Calif.

Lewis & Clara Coleman
1315½ N. Hayworth
Hollywood, Calif.

Frank Elliott & Flora E. Collier
c/o Mary Collier Wayne
909 Lyndon St.
South Pasadena, Calif.

Colmel Investment Co.
c/o Russell A. Collins
2007 Green Canyon Rd.
Fallbrook, Calif.

Ralph Colton
8344 Beverly Blvd.
Los Angeles 48, Calif.

Homer L. & Leamel A. Comparette
2730 Oregon St.
Long Beach, Calif.

Emma V. Compton
c/o Edith N. Small
Box 120
Murrieta, Calif.

James E. Conley
Rt. 2, Box 20
Elsinore, Calif.

Joseph D. & Lena May Conley
Box 101
Wildomar, Calif.

Geraldine Conover
1756 Argyle Ave.
Hollywood, Calif.

George C. & Aveni M. Contreras
P. O. Box 945
Murrieta, Calif.

Leo Cook
1756 Argyle Ave.
Hollywood 28, Calif.

Raymond P. & Lois E. Cook
Wildomar
California

Jessie C. Cooper
Murrieta
Calif.

Cecil & Wahnetta Copeland
6616 Olive Ave.
Long Beach 5, Calif.

Jacob Frank Coppel
175 E. 7th St.
Perris, Calif.

Bennett M. & Jean C. Corazza
Rt. 2, Box 1
Wildomar, Calif.

Nora Cotter
Murrieta
Calif.

Walter A. & Oleta S. Coy
P. O. Box 911
Murrieta, Calif.

Edna E. Cozine
Box 696
Elsinore, Calif.

William & Marian Grace Crabb
665 Gorge East
Victoria, British Columbia
Canada

Donald C. & Mable Crews
6741 Zane Court
San Diego 11, Calif.

Harold C. Cross
Brentwood Bay
Vancouver Island, British Columbia
Canada

H. L. & Margaret Eleanor Crossley
Box 286
Banff, Alberta
Canada

Stanley B. & Cornelia A. Crowe
22060 Independencia
Woodland Hills, Calif.

Lee Crum
Temecula
Calif.

Peter A. Cuccio
c/o Guenther's Murrieta Hot Springs
Murrieta, Calif.

Marvin Duane & Kay Louise Curran
P. O. Box 105
Murrieta, Calif.

Annie L. S. & William C. Curtiss
1616 Donaldson St.
Los Angeles, Calif.

Ross W. & Helen M. Daily
P. O. Box 215
Temecula, Calif.

William N. & Mary E. Davis
1800 Davis Drive
Fallbrook, Calif.

Robert & Constance Dawes
Temecula
Calif.

Donald D. Day
Rt. 2, Box 8A
Fallbrook, Calif.

Nathaniel E. & Katherine M. DeArmond
Box 224
Temecula, Calif.

Mary Deering
3008 West 84th St.
Inglewood, Calif.

Lucy C. DeLeon
131 Coffman St.
Anaheim, Calif.

Andrew & Lydia Delgado
Box 213
Temecula, Calif.

Francisco Delgado
Box 64
Temecula, Calif.

William P. & Ione DeMund
13072 Yackey St.
Garden Grove, Calif.

Dept. of Veterans Affairs,
State of California
1227 O Street
Sacramento 7, Calif.

Walter E. Sr., & Mary E. Dethlefs
1023 E. Alvarado St.
Fallbrook, Calif.

Charles W. & Hilda N. Detwiler
Rt. 2, Box 255
Elsinore, California

Isabella Dew
P. O. Box 45
Murrieta, Calif.

Harry Jerome & Gertrude E. Dillon
203 Maplewood
Orange, Calif.

Wayne L. & Alta D. Dillon
9212 Appleby
Downey, Calif.

Joseph Francis Deitz
2 South State St.
Emporia, Kansas

Giovannina & Ruggiero DiMaggio
Rt. 2, Box 202
Fallbrook, Calif.

Dorothy L. Dimm
5180 Village Green
Los Angeles, Calif.

James A. Dinsmore
1422 Harrison St.
Victoria, British Columbia
Canada

I. Di Silvestro
943 W. 3rd St.
Pomona, Calif.

Charles A. & Margie E. Dittner
13003 S. Hoover St.
Gardena, Calif.

Ida L. Dixon
1641 Tenth Ave.
Sacramento, Calif.

Donath & Pierce, Inc.
753 West Rider
Fallbrook, Calif.

John R. & Alice Dorr
1132 Cedar Ave.
Long Beach, Calif.

Walter B. & Ruth Dorrer
Room 403, Metropolitan Bldg.
315 W. 5th St.
Los Angeles 13, Calif.

Howard D. & Corene Doty
1838 260th St.
Lomita, Calif.

Theodore S. & Gladys M. Dudley
1832 S. 7th St.
Alhambra, Calif.

Harry & Margaret Dukes
c/o Marietta Pantages
3341 West 43rd Place
Los Angeles, Calif.

Harry J. Dull
510 W. Orange Dr.
Whittier, Calif.

Elmo & Ethel Marie Dunham
Box 48
Murrieta, Calif.

Lawrence & Lucy A. Dunham
Box 915
Murrieta, Calif.

Sarah A. Dunham
c/o Herbert S. Sushinsky
1121 S. Main St.
Corona, Calif.

Andy E. Dunlap
844 West 79th St.
Los Angeles 44, Calif.

Esther Durst
2321 Hillhurst
Los Angeles, Calif.

Moe & Agnes Durst
3733 Santa Ana
Huntington Beach, Calif.

Cecil C. & Maudelene Dutton
1341 N. Cahuenga Blvd.
Hollywood, Calif.

I. M. & Frieda Dyess
2nd & B Streets
Murrieta, Calif.

Lloyd L. & Helen L. East
1246 Hillcrest Lane
Fallbrook, Calif.

Daniel W. & Gladys M. Eckerman
4655 Council St.
Apt. 1
Los Angeles, Calif.

Ben S. Edwards
Rt. 2, Box 463
Elsinore, Calif.

Hjalmar H. Eliasen
c/o Leslie S. Brown
1916 McMillan
Compton, Calif.

Fred Ellis
1611 Cedar Hill Cross Road
Victoria, British Columbia
Canada

Clinton & Gertrude Hazel Elsenpeter
232 Wyland Way
Monrovia, Calif.

Harvey & Gertrude B. Emerson
3209 W. Olympic
Los Angeles 6, Calif.

Samuel H. & Alice R. Eames
2815 Villa Way
Newport Beach, Calif.

William T. & Nancy H. Eppard
c/o O. T. Grow
Rt. 1, Box 5
Wildomar, Calif.

Clayton S. & Nadine Erdel
P. O. Box 917
Murrieta, Calif.

Eva M. Erhart
1206½ 3rd Ave.
Los Angeles, Calif.

Alex J. & Blanche Escallier
Temecula
Calif.

Fernando C. & Francisco L. Escallier
P. O. Box 94
Temecula, Calif.

Joe L. & Grace Escallier
Box 35
Temecula, Calif.

Peter Escallier, Jr.
Box 135
Temecula, Calif.

Dick & Audrey Evans
P. O. Box 54
Temecula, Calif.

Fallbrook Citrus Assoc.
202 College St.
Fallbrook, Calif.

Fallbrook I.O.O.F. Lodge #339
P. O. Box 196
Fallbrook, Calif.

Fallbrook Lumber Co.
735 S. Main St.
Fallbrook, Calif.

Fallbrook Sanitary Dist.
204 S. Main St.
Fallbrook, Calif.

Mabel Hibberson & Doris H. Farmer
853 Byng St., Oak Bay Road
Victoria, British Columbia
Canada

Walter L. Farr
2831 W. 41st Ave.
Vancouver, British Columbia
Canada

Malvern Ferguson
Rt. 2, Box 69B
Elsinore, Calif.

Fidelity Realty Corp. Ltd.,
c/o Temecula Rancho
Box 2
Temecula, Calif.

Harry O. & Mabel B. Field
1305 E. Mission Rd.
Fallbrook, Calif.

James W. Filmer
Box 2308, R.R. 4
Victoria, British Columbia
Canada

Catherine McArthur Finlay
Rt. 1, Box 335
Davis, Calif.

Berdell Firth
Box 17
Murrieta, Calif.

Hyman & Hattie Fisch
8111 Blackburn Ave.
Los Angeles, Calif.

Hallie Estes Fix
c/o Louise Robertson
Box 119
Fallbrook, Calif.

Mary Elizabeth Fletcher
P. O. Box 72
Wildomar, Calif.

Jewel H. & Dolores G. Flinn
Rt. 2, Box 464
Elsinore, Calif.

Francisco & Louise Flores
Rt. 3, Box 205
Hemet, Calif.

Mary B. & Paul N. Flores
Box 147
Temecula, Calif.

C. E. Fortin
1038 17th St.
Santa Monica, Calif.

Aileen Isabell Fosnaugh
124 W. 126th St.
Los Angeles, Calif.

Herbert C. Foss, Jr.
1357 Elba Circle
Costa Mesa, Calif.

Maxson & Louise Foss
737 N. Euclid St,
Fullerton, Calif.

Rudolph C. Foss
Rt. 2, Box 29,
Fallbrook, Calif.

Samuel F. & Frances Frakes
831 Shenandoah
Los Angeles, Calif.

M. Robi E. Francisco
c/o Los Angeles Brick & Clay Products
Alberhill, Calif.

Agnes Frank
1785 San Gabriel
San Marino, Calif.

Bessie L. Freeman
P. O. Box 85
Wildomar, Calif.

Dorothy Freeman
P. O. Box 44
Temecula, Calif.

Ed Freeman
R. 1, Box 24
Wildomar, Calif.

Farel L. Freeman
Box 111
Temecula, Calif.

Harvey Freeman
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

James L. Freeman
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

John D. & Joann T. Freeman
905 Santa Margarita Drive
Fallbrook, Calif.

Kenneth & Ida Mae Freeman
P. O. Box 85
Wildomar, Calif.

Margaret Freeman
Rt. 3, Box 205
Hemet, Calif.

Phillip C. Freeman
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

Russell O. & Gladys E. Freeman
P. O. Box 74
Murrieta, Calif.

Thomas Asa & Thelma Lillian Freeman
P. O. Box 100
Murrieta, Calif.

Verna & Edward Freeman
Rt. 1, Box 24
Wildomar, Calif.

E. Christine Friedman
5335 Aldama St.
Los Angeles, Calif.

William M. & Jessie E. Friedman
c/o Temecula Meat Packing Co.
P. O. Box 113
Temecula, Calif.

William R. & Patricia Friedman
Box 364
Temecula, Calif.

Josie V. & Elbert Frohlick
P. O. Box 154
Murrieta, Calif.

John & Rachel Frohmitter
2204 E. Mission Road
Fallbrook, Calif.

Frank & Nellie R. Frontino
336 N. 12th St.
Montebello, Calif.

Byron O. Frost
Box 51
Wildomar, Calif.

Margaret E. Fruleigh
610 Laveta Terrace
Los Angeles 26, Calif.

Ray E. Fulk
Rt. 2, Box 561
Elsinore, Calif.

Frances Orendorff Fulton
1374 Bull Lane
Altadena, Calif.

Eugene H. Gach
152 N. Alta Vista
Los Angeles, Calif.

Jerome G. Gach
241 Magnolia St.
Orange, Calif.

Jerome G. Gach
241 Magnolia St.
Orange, Calif.

Joseph B. Gach
4709 Hazelwood
Sacramento. Calif.

Edward F. & Priscilla I. Gagnon
Rt. 2, Box 65
Elsinore, Calif.

Leon & Bella Gancarski
7407 Mango
Fontana, Calif.

Bessie Mize Gardner
1819 N. Central Ave.
El Monte, Calif.

Erle Stanley Gardner
P. O. Box 67
Temecula, Calif.

J. H. Gardner
5225 Wilshire
Los Angeles 36, Calif.

Hugh W. & Frances-Helen Garland
3306 Rancho La Carlotta Rd.
Covina, Calif.

John M. & Sadie F. Garrison
3623 Jasmine Ave.
Palms Station
Los Angeles 34, Calif.

Victor A. & Arlene V. Garrison
P. O. Box 112
Murrieta, Calif.

Peter J. & Etta H. Gatson
P. O. Box 32
Murrieta, Calif.

Richard R. & Gladys R. Gauldin
10806 S. Painter Ave.
Whittier, Calif.

Henry E. & Loretta M. Gehring
Box 935
Murrieta, Calif.

James Laurence & Ethel Doolittle Gibson
1726 Barrett Ave.
Richmond, Calif.

George Robert Gilbert
2575 Hudson St.
Denver, Colorado

Margaret T. Gilbert
214 E. San Rafael
Colorado Springs, Colorado

William Burton Gilbert
10013 Guilford Ave.
Whittier, Calif.

Harry J. & Helen Goldfuss
747 S. 1st Ave.
LaPuente, Calif.

Enoch Goodair
35 1245 Nelson St.
Vancouver 5, British Columbia
Canada

Otto R. & Gladys Goodcase
24791 Capistrano
San Clemente, Calif.

Walter Thomas & Mary Jane Goodwin
124 W. 234th St.
Wilmington, Calif.

Chris & Edna Gordoux
c/o H. G. Torbett
Rt. 2, Box 530
Elsinore, Calif.

Dixie V. Goveia
P. O. Box 15
Elsinore, Calif.

Paul E. Jr., & Phillip E. Goveia (Minors)
c/o Dixie E. Goveia, Guardian
P. O. Box 15
Elsinore, Calif.

Harry M. & Lucienne Grah
506 Marguerite St.
Corona Del Mar, Calif.

Harold L. & Thresa A. Graham
1810 Stuart St.
West Covina, Calif.

Mildred E. Graham
c/o Huldah H. Lundstedt
1635 Grandview
Glendale, Calif.

Donal D. & Beverly Graves,
16701 Graham St.
Huntington Beach, Calif.

Lloyd A. & Winifred Gray
5117 North Acacia St.
San Gabriel, Calif.

Prudence V. Green et al
7908 LaMesa Blvd.
La Mesa, Calif.

Alfred A. & Irma L. Gregory
Box 145
Elsinore, Calif.

E. F. & Maude G. Grether
726-36 So. Los Angeles St.
Los Angeles, Calif.

Frances A. Griffin
5104 York St.
Los Angeles, Calif.

Otis L. Griffin
4400 No. Figueroa
Los Angeles, Calif.

Walter T. Griffith
c/o Emma Griffith
200½ Rexford Dr.
Beverly Hills, Calif.

Jacob C. & Betty J. Grow
Rt. 2, Box 550
Elsinore, Calif.

Orville T. & Della V. Grow
Rt. 2, Box 5
Wildomar, Calif.

Herbert Gryde
4253 S. Norton
Los Angeles, Calif.

Gwendolyn V. Hafner
3771½ Bethoven Street
Los Angeles 66, Calif.

Phyllis L. Hagland
610 Wendt Terrace
Laguna Beach, Calif.

Janie C. Haines
4 Williamsburg Lane
Rolling Hills, Calif.

Edward L. & Mary E. Haire
1922 W. 65th St.
Los Angeles 47, Calif.

William Howard & Isabel F. Haley
Temecula,
Calif.

Donald H. & Solidad Hallberg
Rt. 1, Box 178
Romoland, Calif.

C. E. Hammer
Rt. 2, Box 246
Eugene, Oregon

Vernon & Esther Hamilton
16701 Graham St.
Huntington Beach, Calif.

L. M. & Tecla Hand
623 W. Harding Blvd.
San Antonio 4, Texas

Robert M. & Virginia M. Hanks
Box 195
Temecula, Calif.

John A. & Bertha E. Hanson
Rt. 2, Box 458
Elsinore, Calif.

Carrie Happe
28 Eureka St.
Redland, Calif.

J. H. & Dora D. Hardeman
Rt. 1, Box 16
Wildomar, Calif.

James H. & Stelca A. Harker
P. O. Box 145
Elsinore, Calif.

Edison & Frances A. Harris
12967 Arillo Ave.
La Puente, Calif.

Evelyn W. Harrison
Rt. 2, Box 455
Elsinore, Calif.

Jessie R. Hart
1271 N. Hiatt
La Habra, Calif.

Jessie B. Hartman
115 Eulalia St.
Glendale, Calif.

Cliff H. & Rena D. Haselwood
1427½ Alvarado St.
Fallbrook, Calif.

Charles Earl Hastings
R.R. 4, Blenkinsop Road
Victoria, British Columbia
Canada

Royal M. & Marjorie E. Hatfield
2482 San Francisco St.
Long Beach, Calif.

S. J. & Edith Hathaway
521 South Horne St.
Oceanside, Calif.

Silas M. & Shirley J. Hathaway
P. O. Box 72
Murrieta, Calif.

Ida Emma DuPont Havens
2511 Birch St.
Denver, Colorado

Beverly & Hazel Haves
P. O. Box 29
Murrieta, Calif.

William D. Hawkinson
c/o Walter J. Redmond
203 Cherokee Lane
Alexandria, La.

Edward J. & Ellen T. Hazard
P. O. Box 76
Wildomar, Calif.

Helen Adelaide Hazelwood
4 Beach Drive
Victoria, British Columbia
Canada

Charles F. Heald
Box 202
Elsinore, Calif.

Jane Heath
750 Indian Hill
Claremont, Calif.

Alonzo F. & Estella M. Heathner
Rt. 2, Box 150
Elsinore, Calif.

Max M. & Aurelie B. Henderson
P. O. Box 635
Fallbrook, Calif.

D. G. Hewitt
7450 Angus Drive
Vancouver, British Columbia
Canada

Alice N. Hibberson
1619 Hampshire Rd.
Oak Bay, Victoria
British Columbia, Canada

Mabel Hibberson
853 Byng Road
Victoria, British Columbia
Canada

Robert John & Amy Hibberson
1513 Amphion St.
Victoria, British Columbia
Canada

Oliver T. Jr. & Eleanor Ann Hicks
P. O. Box 725
Fallbrook, Calif.

Arthur J. & Venita G. Hinman
R. 1, Box 19
Wildomar, Calif.

Historical Society of Murrieta
c/o C. R. Rail
Box 76
Murrieta, Calif.

Lucille Ouenta Hoagland
3544 Oakwood Place
Riverside, Calif.

Mary Hoagland
c/o Sam Donnell
3544 Oakwood Place
Riverside, Calif.

Kathleen Diana Hodges
8395 LaJolla Scenic Dr.
LaJolla, Calif.

Robert & Emma Jean Hodnett
1210 S. Gramercy Place
Los Angeles 19, Calif.

Earl W. Hofeldt
3 Crescent Circle
Monterey, Calif.

John Hogya
Rt. 2, Box 352
Elsinore, Calif.

Victor A. & Norma P. Holchak
1602 W. 65th St.
Los Angeles 47, Calif.

Harold Holt
1629 W. 29th Ave.
Vancouver, British Columbia
Canada

Agnes F. Honberger
325 W. 6th St.
Perris, Calif.

Edna M. Hopkins
555 E. 1st St.
Long Beach, Calif.

Gerrit J. & Edith G. Horstman
Box 39
Murrieta, Calif.

Gordon D. & Virginia C. House
P. O. Box 115
Murrieta, Calif.

Scottie E. & Marjorie Houston
Box 64
Murrieta, Calif.

-1.-

A. T. & Lula Grace Howard
825 E. Grand Blvd.
Corona, Calif.

Kenneth L. & Nellie J. Howell
Wildomar, Calif.

Dale H. Hudson
239 Flood Ave.
San Francisco 12, Calif.

Grace A. Hudson
12891 8th St.
Garden Grove, Calif.

Bobbie Jean Hughes
c/o Sachse & Cooley
1092 South Main St.
Fallbrook, Calif.

Gerald Murray Watson & Ida
   Winifred Hummel
1252 Beach Drive
Victoria, British Columbia
Canada

Viola M. Hunter
Box 87
Wildomar, Calif.

Frances E. Hurty
1636 E. Mission Rd.
Fallbrook, Calif.

Ralph O. & Frances E. Hurty
1636 E. Mission Rd.
Fallbrook, Calif.

Sanna T. Hurty
1636 E. Mission Rd.
Fallbrook, Calif.

William E. & Marie M. Huss
1134 E. Mission Rd.
Fallbrook, Calif.

William C. & Virginia M. Husted
Route 1, Box 203
Fallbrook, Calif.

Geo. D. & Opal Hutson
3722 Merrimac St.
San Diego, Calif.

Robert H. & Irene Hutson
8104 Roy St.
Lemon Grove, Calif.

Wayne O. & Rose C. Hutson
13851 Harper
Santa Ana, Calif.

John Inchausti
Kings Cafe
Murrieta, Calif.

Herbert Inglis
528 Hastings St.
Vancouver, British Columbia
Canada

John P. & Eve Inglis
335 E. College
Fallbrook, Calif.

Edward Burton & Leone Inkster
Box 62
Luseland, Saskatchewan
Canada

Alexander Inrig
3371 Woodburn Ave.
Victoria, British Columbia
Canada

Stanley Inrig
3371 Woodburn Ave.
Victoria, British Columbia
Canada

John G. Brown & Charles H. Irving
c/o O. B. Irvine
Minstrel Isle, British Columbia
Canada

Leslie & Clara Irwin
P. O. Box 221
Temecula, Calif.

Celia E. Jacobson
1350 N. Fuller Ave.
Apt. No. 6
Los Angeles 46, Calif.

Reinhold R. & Velma F. James
c/o Ernest Streeter
Rt. 2, Box 564
Elsinore, Calif.

Robert James
14831 Kingsdale
Lawndale, Calif.

William C. & Irma James
Box 105
Murrieta, Calif.

Minna Jave
Rt. 2, Box 32
Fallbrook, Calif.

Geneva Jankins
Apt. 208
1922 Montrose St.
Los Angeles, Calif.

Ida J. Jennings
Murrieta
Calif.

Murrel C. & Victoria Jensen
Box 37
Murrieta, Calif.

C. C. & Velma Johnson
604 W. 3rd St.
San Bernardino, Calif.

Raymond & Hazel Irene Johnson
Box 26
Murrieta, Calif.

Murray S. & Frances M. Johnston
902 E. Fallbrook St.
Fallbrook, Calif.

Alex M. & Marilyn M. Jones
907 E. Mission Road
Fallbrook, Calif.

Frank M. & Grace R. Jones
416 N. Horne
Oceanside, Calif.

William C. & Irma L. Jones
Box 105
Murrieta, Calif.

Wendell Jordan
9153 E. Telegraph Road
Rivera, Calif.

Walter Lewis Joy
3970 Canterbury Rd.
Riverside, Calif.

Frank L. & Elizabeth M. Kaser
P. O. Box 334
Elsinore, Calif.

Alfred R. & Madeline Kastner
304 Barnwell St.
Oceanside, Calif.

Harry & Rosa Katz
P. O. Box 976
Elsinore, Calif.

Louis & Esther Katz
1443 Birchmont Dr.
Anaheim, Calif.

Hattie Kaufman
Box 18
Murrieta, Calif.

Claire & Sam Kaufman
2160 E. Mission Road
Fallbrook, Calif.

Lillian A. Kaufman
202 N. Brandon Rd.
Fallbrook, Calif.

Velma Maxine Kaufman
202 N. Brandon Rd.
Fallbrook, Calif.

Clarence O. Keller
Repair Welding, Hwy 395
Fallbrook, Calif.

James P. Kelly
Temecula
Calif.

Mary Louise Kenney
c/o Earl Glen Whitehead
448 S. Hill
Los Angeles 13, Calif.

Raymond Arthur & Marcelle Kennison
Box 25
Temecula, Calif.

A. J. & Hattie J. Kerr
P. O. Box 343
Willets, Calif.

Charles & Mae E. King
Box 89
Murrieta, Calif.

Lloyd H. & Josephine S. Kingsland
1725 Grant Ave.
Redondo Beach, Calif.

Lewis J. & Eleanore L. Klein
10709 Firmon Ave.
Inglewood, Calif.

Lloyd E. & Elizabeth Klein
10709 Firmon Ave.
Inglewood, Calif.

A. F. & Temple Annie Klyne
345 Harmony Way
Long Beach, Calif.

Alfred & Freda Knott
Box 96
Temecula, Calif.

G. Eldon & Vera E. Knott
P. O. Box 896
Fallbrook, Calif.

Vern E. Knott
Rt. 2, Box 4
Fallbrook, Calif.

Vernon C. & Annie J. Knott
Rt. 2, Box 137
Fallbrook, Calif.

Walter A. Koll
1463 E. 223rd St.
Torrance, Calif.

Charles F. & Barbara Konkle
Wildomar
California

Katherine A. Kornitsky
P. O. Box 8
Murrieta, Calif.

David N. & Carol A. Kruger
6522½ Vinevale St.
Bell, California

August J. Krupka
Box 1303
Long Beach, Calif.

A. O. & Ada J. Kunkel
2415 N. Main St.
Las Vegas, Nevada

Peron & Melissa La Fevre
P. O. Box 81
Murrieta, Calif.

Alex & Ruth La Lanne
4030 La Salle
Culver City, Calif.

Henry P. & Margaret E. Langstraat
Twin Echo Farm
Jonesberg, Mo.

Henry M. Lannan
c/o James S. & Belva Lannan
5005 Noble St.
Sherman Oaks, Calif.

Belva Lannan
5005 Noble St.
Sherman Oaks, Calif.

C. C. Lanning
1818 Easy St.
Hanford, Calif.

E. C. & Henrietta Lanning
418 Douty Street
Hanford, Calif.

Paul Laning
225 E. Richmond
Richmond, Calif.

Ole E. & Naomi Larsen
P. O. Box 24
Temecula, Calif.

Mabel Lawson
1502 Rockland Ave.
Victoria, British Columbia
Canada

Marion Budge Lawson
162 E. Longton
Arcadia, Calif.

Herbert J. & Gennell M. Leak
P. O. Box 146
Fallbrook, Calif.

Herbert Leatham
P. O. Box 55
Temecula, Calif.

Francis J. & Grace Le Clare
Temecula Hotel
Temecula, Calif.

Harry L. & Rose M. Lee
Rt. 2, Box 213
Elsinore, Calif.

John & Paulette V. Lee
Murrieta Hot Springs
Murrieta, Calif.

Albert R. Le Gaye
2121 Ocean View
Oceanside, Calif.

Peter J. & Aida M. Lehr
1350 Haynes
Elsinore, Calif.

Abraham Levine et al
c/o Charles W. Levine
3294 Redondo Beach Road
Torrance, Calif.

Charles W. Levine
3294 Redondo Beach Road
Torrance, Calif.

Saul Levine
16714 Faysmith
Torrence, Calif.

Mary R. Lewis
9851 Magnolia Ave.
Arlington, Calif.

-15-

R. Ray & Cleo M. Liefer
Temecula
Calif.

Charles W. Lloyd
Box 34
Murrieta, Calif.

Frank Lloyd
Box 34
Murrieta, Calif.

Nettie M. & Hollie C. Lloyd
Box 455
Murrieta, Calif.

Thomas & Ruth C. Long
3000 Crestmore Pl.
Los Angeles, Calif.

Angel Lopez
P. O. Box 174
Temecula, Calif.

Salvador Lopez
P. O. Box 213
Temecula, Calif.

John W. & Richard R. Loritsch
10269 Sunland Blvd.
Sunland, Calif.

Frederick & Sarah D. Lovell
2258 Felspar
San Diego 9, Calif.

Earl W. Lundstedt
c/o Huldah J. Lundstedt
1635 Grandview
Glendale, Calif.

Harold E. Lundstedt
c/o Huldah J. Lundstedt
1635 Grandview
Glendale, Calif.

Huldah J. Lundstedt
1635 Frandview
Glendale, Calif.

Harold M. & Dorothy Luther
4030 Spencer Ave.
Torrance, Calif.

Edna J. Lux
373 Pine St.
Los Altos, Calif.

George E. & Helen A. Lyell
Rt. 2, Box 462
Elsinore, Calif.

Edward D. McAdam
General Delivery
Palm Desert, Calif.

Edward D. McAdam
General Delivery
Palm Desert, Calif.

Charlotte McAsh
3277 Main St.
Vancouver, British Columbia
Canada

Charles H. & Ruth F. McClintock
212 S. Pacific St.
Oceanside, Calif.

Newell McCracken
P. O. Box 53
Murrieta, Calif.

James R. & Bessie M. McCutcheon
Murrieta,
Calif.

Roscoe & Lillie C. McDaniel
P. O. Box 67
Murrieta, Calif.

Ernest T. & Eva McDonald
1512 Mission Road
Fallbrook, Calif.

Clark T. McDonnell
c/o J. H. Stockton
P. O. Box 1512
Beverly Hills, Calif.

Homer C., Marion J. & Dorothy C. McDowell
Rt. 2, Box 30
Fallbrook, Calif.

Wilmore & Lucienne McDowell
Rt. 2, Box 23
Fallbrook, Calif.

Patricia McGhee
P. O. Box 912
Murrieta, Calif.

Hattie G. McGilvra
1041 S. Palmetto St.
Sioux City, Iowa

Charles F. McGrath
2007 Marina Place
San Pedro, Calif.

Mollie A. McKenna
1463 Pinkey St.
Omaha, Neb.

James E. & Barbara E. McManus
Rt. 2, Box 33
Fallbrook, Calif.

John & Kate McNeill
c/o R. B. McNeill
3031 W. 4th Ave.
Vancouver, British Columbia
Canada

John McNichol
c/o Florence Aloerta McNichol
5863 Vine St., Suite 207
Vancouver, British Columbia
Canada

Edward H. & Rhea F. MacAdam
P. O. Box 644
Palm Desert, Calif.

John R. MacCann
605 S. Electric
Alhambra, Calif.

M. Machado
c/o Lewis Rawson
Box 158
Hemet, Calif.

Alda M. Macy
Wildomar
Calif.

Amorita N. Macy
1009 S. Cleveland
Oceanside, Calif.

Maderos & Victoria Madzoeff
244A R. Freemont Sq.
Montebello, Calif.

Louisa Magee
210 Park
Lakeside, Calif.

Robert B. Makin
Rt. 2, Box 570
Elsinore, Calif.

Velora M. Kreger
c/o Irma Malone
Rt. 2, Box 289A
Elsinore, Calif.

Mike & Lillian L. Mance
P. O. Box 115
Murrieta, Calif.

J. C. Mansfield
P. O. Box 92
Wildomar, Calif.

Ethel G. Mantay
137 E. 112th St.
Los Angeles 61, Calif.

Robert E. & Evelyn Mae Mapes
1550 E. Mission Rd.
Fallbrook, Calif.

Rose Mary March
634 N. Hanford
San Pedro, Calif.

Abraham & Pauline Margolis
2611 Rokeby St.
Los Angeles 39, Calif.

Earl & Robert E. Markley
Rt. 2, Box 548
Elsinore, Calif.

Francis D. & Wanda L. Martin
Box 18
Murrieta, Calif.

John & Mary A. Martin
Box 26
Temecula, Calif.

Lee Martin
12622 E. Dunton Dr.
Whittier, Calif.

Nettie Annette Martin
Rt. 1, Box 46
Davis, Calif.

Thomas Martin
12622 E. Dunton Dr.
Whittier, Calif.

Verne B. & Hazel Martin
1334 E. Hillcrest Lane
Fallbrook, Calif.

William S. Martin
980 W. Pender St., #403
Vancouver, British Columbia
Canada

Maria J. Martinez
Saticoy, Calif.

John William Mason
1204 Dallas Rd.
Victoria, British Columbia
Canada

Zalin K. Mason
1819 N. Central Ave.
El Monte, Calif.

Lotta N. Matteson
Box 11
Murrieta, Calif.

-17-

Joe & Agnes O. Matz
9323 Downey Ave.
Downey, Calif.

Conrad & Sylvia K. Mauerhan
9882 S. Windes Dr.
Orange, Calif.

Addison Maxwell
1861 N. Gramercy
Los Angeles, Calif.

Fred G. & Carrie C. Mays
Box 12
Murrieta, Calif.

Filamena Mazacro
2707 Orchard Place
South Gate, Calif.

Lupe M. & Arthur Mejia
P. O. Box 61
Wildomar, Calif.

Nicholas Messer
c/o D. M. Messer
1495 Monterey Blvd.
San Francisco, Calif.

Methodist Episcopal Church
of Murrieta
Box 99
Murrieta, Calif.

Lunsford & Lisle Miles
714 Convertable Lane
Fallbrook, Calif.

Frederick W. Milich
585 Santa Ynez Way
Sacramento 16, Calif.

Jack C. Miller
Box 41
Mt. Center, Calif.

M. W. Miller
P.O. Box 1216
San Diego, Calif.

John A. & Ellen A. Mills
c/o Mrs. B. M. Klein
464 Conway St.
Winnipeg, Manitoba
Canada

Bessie Miranda
Box 273
Temecula, Calif.

Herbert & Bessie Mitchard
618 S. Main St.
Lombard, Illinois

Arthur L. & Edith T. Mitchell
5567 Lawton Ave.
Oakland, Calif.

Ray Verner Mize
1819 N. Central
El Monte, Calif.

Elizabeth P. Mobley
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

Elena Montenegro
10330 S. Painter Ave.
Whittier, Calif.

Seville & Esther P. Montenegro
10330 S. Painter Ave.
Whittier, Calif.

Earl L. Moon
c/o Verda A. Moon
1418 W. 59th Place
Los Angeles 47, Calif.

C. Belle Moore
503 Caledonia St.
Santa Cruz, Calif.

Milo S. Moore
1026 W. 20th St.
Los Angeles, Calif.

Walter E. & Ruth S. Moore
Box 67
Temecula, Calif.

S. M. & Edith Morrison
Rt. 2, Box 542
Elsinore, Calif.

Howard & Betty Morrow
Murrieta
Calif.

Bennie R. & Lura G. Mosher
Rt. 2, Box 11
Fallbrook, Calif.

Joseph H. & Margaret H. Mouser
Rt. 1, Box 23
Wildomar, Calif.

Louis J. Munoa
P. O. Box 971
Elsinore, Calif.

Sam C. & Angie R. Munoz
P. O. Box 166
Temecula, Calif.

John J. & Mrs. J. J. Murphy
Box 145
Temecula, Calif.

Murrieta Union Church
Box 83
Murrieta, Calif.

S. C. & Myrtis Myers
1133 E. Mission Road
Fallbrook, Calif.

Dorothy S. Nelson
6737 Vesper Ave.
Van Nuys, Calif.

Merrit G. & Laura H. Nettleton
P. O. Box 216
Temecula, Calif.

Harold E. & Laura M. Nicholson
412 W. "G" St.
Ontario, Calif.

Tesla C. & Ruth E. Nicola
6227 N. Golden West Ave.
Temple City, Calif.

Peter J. Nieder
8545 Santa Fe Ave.
Huntington Park, Calif.

Oscar & Ethel Niemi
3307 20th A St.
Vernon, British Columbia
Canada

Lew G. Norman
505 Maple Rd.
Richmond, British Columbia
Canada

Carl J. Obermeyer
12898 2nd St.
Yucipa, Calif.

Patricia Anne Obrien
c/o Richard J. Obrien
1255 Clay St.
San Francisco 8, Calif.

Richard J. O'Brien
1255 Clay St.
San Francisco, Calif.

Warren J. & Louise C. Ogle
1984 West 174th St.
Torrance, Calif.

Vance Beatty & K. J. Older
151 W. San Antonio
San Clemente, Calif.

Charles A. & Bertha H. Oliver
1808 Gum Tree Lane
Fallbrook, Calif.

Lewis R. & Phoebe Olivos
2224 Greenleaf
Santa Ana, Calif.

Albert & J. Christine Otto
Box 93
Temecula, Calif.

Vernon A. & Elizabeth J. Otto
Temecula,
Calif.

Pacific Clay Products Inc.
1255 West 4th
Los Angeles, Calif.

Birdell Firth & Geo. H. Paddock
Box 17
Murrieta, Calif.

Gertrude Page
4557 Fountain Ave.
Los Angeles 29, Calif.

Mabel Page
4557 Fountain Ave.
Los Angeles 29, Calif.

O. J. Palmer
c/o Fisher Churchill Co.
Dedham, Mass.

George & Marietta Pantages
4185 2nd Ave.
Los Angeles, Calif.

Dorothy F. Parker
c/o Norris Montgomery
203 La Arcada Bldg.
Santa Barbara, Calif.

John & Margery L. Parker
5468 E. Pitt
Fresno, Calif.

Glen E. & Lucille Parry
Rt. 2, Box 565
Elsinore, Calif.

John & Cecilia Patzner
Box 21
Murrieta, Calif.

J. M. Payne
c/o M. M. Miller
P. O. Box 619
Costa Mesa, Calif.

J. M. Payne, Trustee
3820 Edna Place
San Diego, Calif.

William John Pearce
1281 Filmer Ave.
Victoria, British Columbia
Canada

Jane A. Perry
P. O. Box 5
Temecula, Calif.

Moses E. & Annette L. Perry
Rt. 1, Box 75
Murrieta, Calif.

Linden W. & Velma H. Peterson
1044 Oldstage Road
Fallbrook, Calif.

Richard A. & Mabel A. Peterson
8998 Norma Place
Los Angeles, Calif.

Ida M. Pettit
Route 1, Box 266-B
Fallbrook, Calif.

Henry W. & Elizabeth M. D. Pfaff
Rt. 2, Box 465
Elsinore, Calif.

Zeno J. & Georgiette M. Pfau
1716 Midvale Ave.
Los Angeles 24, Calif.

Robert & Leah Phillips
P. O. Box 72
Wildomar, Calif.

Frank A. & Kate D. Philo
Box 73
Murrieta, Calif.

Merrill & Alberta E. Pick
635 Naomi Ave.
Arcadia, Calif.

Mabel Page & Annie E. Pinkham
c/o Citizens Mtg. Co.
Box 619
Costa Mesa, Calif.

Frank S. & Edna E. Pierce
116 E. 62nd St.
Los Angeles, Calif.

Bertha Plum
1802 S. Norton Ave.
Los Angeles 6, Calif.

Arthur Vivian & Hilda Pollard
908 St. Charles St.
Victoria, British Columbia
Canada

Anna J. & Don Carlos Porter
1120 South Buena Vista St.
Pasadena, Calif.

Charles D. & Esta M. Potter
Rt. 2, Box 21
Murrieta, Calif.

Elmer & Lucille Potter
515 Main St.
El Segundo, Calif.

Adoline E. Probus
5068 Chester St.
Vancouver 15, British Columbia
Canada

Carl & Leona J. Preest
43-931 Towne
Indio, Calif.

S. W. Prior
3620 Lombardy Rd.
Pasadena, Calif.

Jim R. & Eva O. Pruett
3454 N. Figueroa
Los Angeles 64, Calif.

Clarence Harold Rail
14672 E. Starpath Dr.
Whittier, Calif.

Ira O. & Marion O. Rail
Box 99
Murrieta, Calif.

Otis R. & Hazel F. Rail
Box 76
Murrieta, Calif.

Albert & Geraldine R. Ramirez
13034 Carrillo St.
Chino, Calif.

Frederico & Josephine Ramirez
P. O. Box 12
Temecula, Calif.

Margaret R. Ramsay
607 Gretchan Road
Chula Vista, Calif.

Ranch Development Corp.
8228 Sunset Blvd.
Suite 101
Hollywood 46, Calif.

Marie Terese Rand
1123 S. Pacific St.
Oceanside, Calif.

Erwin E. & Mary L. Rasch
645 N. Yaleton St.
West Covina, Calif.

W. S. Rash, Jr.
Kings Cafe
Murrieta, Calif.

Edward C. & Madge Record
Rt. 2, Box 31
Murrieta, Calif.

Ralph W. & Walter H. Redman
c/o The Fisher Churchill Co..
Dedham, Mass.

Bror R. & Eleanora Rehnlund
878 California Ave.
Long Beach 13, Calif.

Diana Reid
6110 LaJolla Blvd.
LaJolla, Calif.

Percival & Lily Revill
c/o R. W. Hibberson
23 Hastings Rd.
Lancashire, England

John & Mary Ribaudo
P. O. Box 44
Wildomar, Calif.

Hilma J. Richer
1017 S. Curson St.
Los Angeles 19, Calif.

Karl & Ida G. Rieder
Box 59
Murrieta, Calif.

Michael J. Rissman,
14741 Royal Ridge Rd.
Sherman Oaks, Calif.

Charles I. Rizzo
Rt. 2, Box 542
Elsinore, Calif.

Mary Rizzo
9128 Manhattan Place
Los Angeles, Calif.

Ray M. & Happy C. Robirds
Rt. 2, Box 193
Elsinore, Calif.

R. W. & Viola N. Robison
Rt. 2, Box 584
Elsinore, Calif.

John R. & Socorro Rodriquez
Box 84
Wildomar, Calif.

Rudolph & Edna Rodriquez
12861 Lewis St.
Orange, Calif.

Addie A. Rogers
4073 S. Alameda St.
Los Angeles, Calif.

Roman Catholic Bishop of Monterey
   & Los Angeles
2820 Mariposa St.
Fresno, Calif.

Geo. & Goldie Romocean
Rt. 2, Box 540
Elsinore, Calif.

John E. Roripaugh
Rt. 2, Box 43
Murrieta, Calif.

Max & Betty Rosenberg
c/o United Calif. Bank Co., Exec.
P. O. Box 3667, Terminal Annex
Los Angeles 54, Calif.

Ruth A. M. Ross
5251 W. 9th
Los Angeles 36, Calif.

Thomas B. Ross
1318 Mount Vernon Drive
San Gabriel, Calif.

Geo. & Anna Rotz
Rt. 2, Box 55
Elsinore, Calif.

Martin A. & Loretta E. Rubbert
Wildomar
Calif.

Frank J. Russ
628 Gould Lane
Hermosa Beach, Calif.

DeEtta Russell
503 Caldonia St.
Santa Cruz, Calif.

Eleck & Gussie Shane
P. O. Box 61
Elsinore, Calif.

Mildred A. Sharp
1026 Madison St.
Defiance, Ohio

Galen R. & Florence E. Shaver
720 Cabrillo Ave.
Coronada, Calif.

Mary P. Shaver
820 Ventura St.
Altadena, Calif.

Thomas L. & Jaqueline K. Sheld
P. O. Box 35
Murrieta, Calif.

Richard A. & Dorothy F. Shelton
16311 Elgenia St.
West Covina, Calif.

Mary L. Shields
551 S. Hobart Blvd.
Los Angeles, Calif.

Shirley R. & Kathryn E. Shippee
Route 2, Box 3A
Fallbrook, Calif.

Winston H. & Irene J. Shirley
1200 5th St.
Susanville, Calif.

Sam Siegel
1339½ N. Los Palmas Ave.
Los Angeles 28, Calif.

Harold B. & Elsie H. Simm
727 W. 7th St.
Los Angeles, Calif.

Margaret Simmons
c/o Dawn Zurilgen
Box 55
Midpines, Calif.

Louis J. Singleton
1830 Hancock
San Diego 1, Calif.

Evert B. & Velma L. Skougn
338 Elm Ave.
Long Beach, Calif.

Myron G. Slagle
P. O. Box 222
Los Angeles 42, Calif.

Albert H. Small
1425 Third Ave.
Chula Vista, Calif.

Chester J. Small
722 Buschmann Rd.
Paradise, Calif.

Edward P. Small
2209 Tallac St.
Sacramento 21, Calif.

Obed E. & Marguerite Smelser
1212 Scenic Dr.
San Bernardino, Calif.

Emma M. Smiley
1053 Collison St.
Victoria, British Columbia
Canada

Jane Hillweg Smiley
General Delivery
Fallbrook, Calif.

Caroline E. Smith
c/o Louise Robertson
Box 119
Fallbrook, Calif.

G. A. Smith
Rt. 2, Box 195A
Elsinore, Calif.

Nancy Lee Smith
c/o Nancy Lee Gossett
Murrieta, Calif.

Norman W. & Fleda G. Smith
Romoland
Calif.

Prosper D. & Mabel E. Smith
3550 Linwood Place
Riverside, Calif.

Stuart Smith
11161 Truro St.
Inglewood, Calif.

Leonard O. & Ethel L. Smohl
Box 103
Murrieta, Calif.

Roy W. & Edna N. Southard
c/o Post Office
Murrieta, Calif.

Lawrence T. & Helen L. Southern
Rt. 2, Box 20B
Fallbrook, Calif.

C. J. & Jeanie Spore
c/o Ivan Chappell
Rt. 2, Box 508
Elsinore, Calif.

Sam O. & Evelyn K. Sprager
P. O. Box 799
Santa Monica, Calif.

Harva K. & Isobel T. Sprager
c/o S. O. Sprager
P. O. Box 799
Santa Monica, Calif.

Derald R. & Billie J. Stapp
P. O. Box 307
Fallbrook, Calif.

Ivan Stauffer
Murrieta, Calif.

Samuel Steinberg
635 S. Hill, Room 401
Los Angeles, Calif.

Elcie H. Stekette
c/o Marie S. Harlan
1534 Hoover Ave.
Burlingame, Calif.

Sydney T. & Anna J. Stephens
P. O. Box 54
Wildomar, Calif.

Adelaide Stewart
c/o Jean Stewart
2028 Columbia Pike
Arlington 4, Va.

Dale L. & Emma G. Stinson
1322 West 162nd St.
Gardena, Calif.

Robert A. Stockmar
c/o Dorothy S. Nelson
6737 Vesper Ave.
Van Nuys, Calif.

Cora B. Stollar
Murrieta Hot Springs
Murrieta, Calif.

Clarence M. & Mary B. Stone
201 S. Larchmont
Los Angeles 4, Calif.

Mack & Hazel Stone
P. O. Box 104
Murrieta, Calif.

Errol J. Stoner
737 Walnut St.
San Jose, Calif.

Ruth L. Stoner, Admin. Est. of
   Winifred Stoner, Dec.
c/o Errol J. Stoner
737 Walnut St.
San Jose, Calif.

Lucy M. Story
c/o Lucy M. Olson
60 Ventura Ave.
San Francisco 22, Calif.

Ralph & Marie Stout
c/o Louis Cass
P. O. Box 2
Temecula, Calif.

Joseph & Eula Strang
P. O. Box 19
Murrieta, Calif.

Ernest F. & Helen M. Streeter
Rt. 2, Box 584
Elsinore, Calif.

Ruth J. Strobel
P. O. Box 729
Elsinore, Calif.

Bernard F. Struder
4522 W. 16th Place
Los Angeles, Calif.

William Stuart
Rt. 2, Box 530
Elsinore, Calif.

Augusta Stubblefield
P. O. Box 127
Temecula, Calif.

Carl C. & Helen I. Stuhr
P. O. Box 811
Elsinore, Calif.

Henry M. Sumarlidason
10706 69th Ave.
Edmonton, Alberta
Canada

M. Eleanor Sveinson
c/o Huldah H. Lundstedt
1635 Grandview
Glendale, Calif.

Agnes Sweet
442 Acacia St.
Whittier, Calif.

Amos J. & Dovie M. Sykes
P. O. Box 942
Murrieta, Calif.

Howard Henry & Ninn G. Sykes
Murrieta
Calif.

Jack & Mary Talley
P. O. Box 104
Temecula, Calif.

John M. Tangway & Ronnie Harris
5571 Bellevue Ave.
LaJolla, Calif.

Urban K. & Rose C. Tarwater
Murrieta
Calif.

Nellie K. Tauber
517 W. Elm St.
Winslow, Arizona

Burt Taylor
Rt. 1, Box 37
Wildomar, Calif.

Clara Taylor
c/o Clarence Taylor
707 Johnson St.
Victoria, British Columbia
Canada

Howard A. & Elinore E. Taylor
P. O. Box 74
Temecula, Calif.

Olive L. Taylor
373 N. St. Andrews Place
Los Angeles 4, Calif.

Millicent Y. Taylor
315 Sussex Ave.
Spring Lake, New Jersey

The Temecula Samaritan Society
c/o Mrs. Alfred Knott
Temecula, Calif.

Sam & Sarah Termine
Rt. 1
Murrieta, Calif.

Alta M. Terriere
1295 E. Mission
Fallbrook, Calif.

Frank & Gladys Thomas
c/o Royal Trust Co.
P. O. Box 530
Victoria, British Columbia
Canada

M. C. Thomas
214 E. San Rafael St.
Colorado Springs, Colo.

Blanche M. Thompson
Box 532
Elsinore, Calif.

Clifford J. & Allie J. Thompson
Murrieta
Calif.

Curtis T. Thompson
Rt. 2, Box 3
Murrieta, Calif.

H. C. Thompson
Murrieta
Calif.

Max D. & Nita A. Thompson
Box 131
Perris, Calif.

M. Walter & Sarah E. Thompson
Murrieta, Calif.

Miles W. & Sarah E. Thompson
Murrieta,
Calif.

Owen C. Thompson
c/o P. D. McLaren
550 Beatty
Vancouver, British Columbia
Canada

Paul H. & Mary M. Thompson
R.F.D.
Murrieta, Calif.

Raymond I. & Octavia Thompson
Rt. 2, Box 4
Murrieta, Calif.

Robert K. Thompson
Murrieta
Calif.

Willis A. & Nellie T. Thompson
Rt. 2, Box 3
Murrieta, Calif.

Willis A. Jr., & Frances F. Thompson
Rt. 2, Box 3
Murrieta, Calif.

George E. & Rosaline Throop
4157 Yosemite Way
Los Angeles 65, Calif.

Harry C. & Florence W. Winter
Box 89
Murrieta, Calif.

Sidney J. & Velma B. Winter
402 N. Main St.
Elsinore, Calif.

Warren S. Winter
P. O. Box 89
Murrieta, Calif.

Cora May Witcher
c/o Mrs. Nettie Martin
Rt. 1, Box 46
Davis, Calif.

Charles B. & Lola F. Withrow
Rt. 1, Box 256
Elsinore, Calif.

Herman Jr. & Virginia L. Witzell
3431 Clemens Way
Sacramento 25, Calif.

Russell P. & Ruby I. Wolfe
P. O. Box 524
Fallbrook, Calif.

Richard F. & Lucille G. Wolford
R. 1, Box 18
Wildomar, Calif.

LeRoy E. & Elsie W. Wolverton
P. O. Box 13
Temecula, Calif.

William A. & Jean Woods
Rt. 2, Box 20E
Fallbrook, Calif.

Lewis J. Jr. & Gloria A. Wright
14661 East La Palma
Anaheim, Calif.

William Wright
Rt. 2, Box 585
Elsinore, Calif.

Clifford V. & Grace C. Wyatt
217 63rd St.
San Diego 13, Calif.

George F. & Alma Yackey
P. O. Box 871
Fallbrook, Calif.

Jerry & Alice E. Young
Box 2
Murrieta, Calif.

Robert M. Young
328 37th Ave., S.W.,
Calgary, Alberta
Canada

Rhoda Sturtevant Young
Box 544
Fallbrook, Calif.

Ted Young
P. O. Box 35
Murrieta, Calif.

Leo & Ann Safran
17684 E. Miller
Fontana, Calif.

Herman & Lela E. Zander
5749 Cleon St.
North Hollywood, Calif.

Olivia M. Ziegler
376 S. Commonwealth Ave.
Los Angeles, Calif.

Emil & Alda Zimarik
Murrieta
Calif.