FILED

OCT 31 1974

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>FALLBROOK PUBLIC UTILITY DISTRICT, )<br>a public service corporation of the State of )<br>California, et al., )<br>    )<br>    Defendant. )<br>_____) | NO. 1247-SD-C<br><br>ORDER FIXING TIME<br>FOR HEARING AND SETTING<br>NOTICE REQUIREMENTS |

Upon presentation and consideration of the attached Petition, IT IS HEREBY ORDERED AND DIRECTED:

I

That a hearing will be held on the subject matter of the attached Petition on the 26th day of November, 1974, at 10:00 A.M. in Courtroom __ of the United States District Court, 325 "F" Street, San Diego, California.

II

That the following will receive notice of that hearing by having a copy of this Order and the attached Petition, Memorandum of Understanding and Agreement, supporting Affidavit, Public Notice and Statement of this Court mailed by the clerk of this Court to their attorney of record, if represented by an attorney, or to them individually at their last known address if not represented by an attorney, at least ten (10) days prior to said hearing:

    1. The United States of America.

    2. The State of California

    3. All parties listed in Exhibit A of Interlocutory Judgment 31 downstream of Auld Valley Dam.

    4. All parties listed in Exhibit B of Interlocutory Judgment 31A downstream of Auld Valley Dam.

### III

That this Order be published once a week for at least three consecutive weeks in the Riverside Daily Enterprise and in the Fallbrook Enterprise;

### IV

That the attached Public Notice and Statement of this Court be mailed by the clerk of this Court to all parties listed in Exhibit I of Interlocutory Judgement 30, or to the respective attorney of record for each such party so represented; and to all householders in the Temecula-Murrieta area by Col. A. C. Bowen or the Clerk of this Court; and

### V

That copies of the Memorandum of Understanding and Agreement attached to the Petition be available for examination during normal working hours at the offices of:

    The Clerk of this Court, 325 "F" Street, San Diego

    The Santa Margarita-San Luis Rey Watershed Planning Agency, 418 South Main Street, Fallbrook

    Rancho California, The Plaza Rancho California; and

    The Constable of Murrieta Township.

Dated: October 31, 1974

                                                                            _/s/ James M. Carter_
                                                                            James M. Carter,

The United States District Court for the
Southern District of California

**FILED**

OCT 31 1974

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberts — DEPUTY

PUBLIC NOTICE

Pursuant to jurisdiction retained by the Final Judgment in United States v. Fallbrook Public Utility District, No. 1247-SD-C, this Court will hold a hearing at 10:00 A.M. on November 26, 1974 in Courtroom ___ of the Federal District Court in San Diego to approve a Memorandum of Understanding and Agreement on the operation of Robert A. Skinner Dam and Reservoir, on Tucalota Creek, a tributary of the Santa Margarita River by way of Santa Gertrudis Creek and Murrieta Creek.* The principal parties of that suit (the United States, Fallbrook Public Utility District, and Kaiser Aetna, successor in interest to Rancho California) have developed an Agreement with The Metropolitan Water District of Southern California to assure that the operation of Skinner Dam and Reservoir will not impair any of the rights adjudicated by the Modified Final Judgment. Representatives of those entities have held several meetings with representatives of the San Diego Regional Water Quality Control Board, Eastern Municipal Water District, the San Diego County Water Authority, the Attorney General's office and others in developing the Memorandum of Understanding and Agreement.

The Metropolitan Water District recently constructed Skinner Dam and Reservoir to provide regulatory storage capacity for Northern California and Colorado River water which The Metropolitan Water District delivers to various areas in San Diego County. Although Skinner Dam will unavoidably impound small amounts of Tucalota Creek water for short periods of time, the Agreement provides that the Dam will not appropriate Tucalota Creek flows. Skinner Dam will in fact provide downstream areas flood control protection to the extent that its design will attenuate the rate of flood flows.

Copies of the Memorandum of Understanding and Agreement may be examined during normal working hours at the offices of:

The Clerk of this Court, 325 "F" Street, San Diego;

The Santa Margarita-San Luis Rey Watershed Planning Agency, 418 South Main Street, Fallbrook;

Kaiser-Aetna, the Plaza, Rancho California; and

The Constable of Murrieta Township.

Dated: October 31, 1974

James M. Carter,
United States Circuit Judge

*The purpose of the hearing will also be to provide in the amended decree that the procedures of the Memorandum of Understanding and Agreement will bind all parties to the litigation.