United States . Fallbrook Public Utility District, et al
United States District Court SDCal No. 1247-SD-C

STATEMENT OF JUDGE JAMES M. CARTER

To allay any concern that the proposed order in the Fallbrook case concerning the Robert A. Skinner Dam and Reservoir in Auld Valley will adversely affect downstream property owners, I set forth hereafter, in laymen's language, the results of the proposed order.

The court has continuing jurisdiction of the matter, and it will be its obligation to see to it that the proposed order will not adversely affect or take away or injure the water rights of property owners downstream from the dam.

How release of water from
the dam will be managed.

1. The dam has been built to store imported water brought to the reservoir by the Metropolitan Water District through its San Diego Canal.

2. The dam will temporarily impound the ordinary surface and underground flow in the stream at the dam site.

3. The ordinary surface flow into the reservoir created by the dam will be measured and calculated and a like amount of water released from the reservoir.

4. The underground water immediately downstream from the dam will be maintained at the approximate level that would have existed in the absence of the dam.

5. The release of surface and underground local water (as distinguished from Metropolitan water) will be monitored by the Santa Margarita and San Luis Rey Watershed Planning Agency, of which Col. A. C. Bowen is general manager.

6. Flood waters (some of which flow downstream to the Camp Pendleton Base, and occasionally flow into the sea) will be temporarily impounded to the extent that there is empty storage capacity in the reservoir to retain them. The flood waters so impounded will be released on a more gradual basis than would otherwise occur in times of flood.

7. Local runoff from lands owned by Metropolitan will be released into Tucalota Creek along with the runoff from other upstream lands. The rainfall on the reservoir surface will be retained in Lake Skinner as Metropolitan water.

8. Thus it is apparent that no property owners downstream from the dam will have their water rights adversely affected. In fact, they will benefit, since flood waters, which in part flow to the sea in times of major storms, will be released on a more gradual basis and will thus be conserved to feed the underground system.

The court issues a word of caution.

The employment of an attorney is a decision for the land owner. But the court cannot conceive how any landowner will be deprived of his water rights, and the expense of employing counsel may be an unnecessary burden.

DATED: October 31, 1974.

FILED

OCT 31 1974

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Rebecca DEPUTY

JAMES M. CARTER
United States Circuit Judge

4781