
```
RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE
California Indian Legal Services
1860 So. Escondido Blvd., P.O. Box 1868
Escondido, California 92025
Telephone: (714) 746-8941
Attorneys for the Pechanga Band of Mission Indians
```

FILED
NOV 26 1974
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

PECHANGA BAND OF MISSION INDIANS,

    Plaintiff-Intervenor,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et. al.,

    Defendants.

CASE NO. 1247-SD-C

NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that the Pechanga Band of Mission Indians will move the Court at Courtroom No. _B1_ in the United States Courthouse in the City of San Diego, State of California on _January 17, 1975_, at the hour of _10:00_ A.M. or as soon thereafter as counsel can be heard, to require that the Pechanga Band of Mission Indians be permitted to intervene in the above-entitled action and to order that the Complaint in Intervention of the Pechanga Band of Mission Indians attached to the Motion to Intervene be filed.

Upon the hearing of said motion there will be used the Complaint in Intervention, the Memorandum in support thereof, and any testimony adduced at the hearing.

DATED: November 25, 1974

RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE

by RONALD ALBU