FILED

NOV 26 1974

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE
California Indian Legal Services
1860 So. Escondido Blvd., P.O. Box 1868
Escondido, California 92025
Telephone: (714) 746-8941
Attorneys for the Pechanga Band of Mission Indians

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>PECHANGA BAND OF MISSION INDIANS,<br><br>    Plaintiff-Intervenor,<br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et. al.,<br><br>    Defendants. | CASE NO. 1247-SD-C<br><br>MOTION TO INTERVENE |

    The Pechanga Band of Mission Indians moves this Court for an Order permitting the Pechanga Band to intervene as a party to the above-entitled action pursuant to Rule 24 of the Federal Rules of Civil Procedure and to order that the Complaint in Intervention of the Pechanga Band of Mission Indians be filed.

    This motion is made on the grounds that (1) the Pechanga Band of Mission Indians claims an interest relating to the property which is the subject of the action and is so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest in that such interest is not adequately represented by the present parties to this action, and (2) the Pechanga Band of Mission Indians' claim to the property which is the

//
//
//

-1-

subject of this action has questions of law and fact in common with the above-entitled action. The intervention of the Pechanga Band of Mission Indians will not unduly delay or prejudice the adjudication of the rights of the original parties.

Dated: November 25, 1974

                        Respectfully submitted,

                        RONALD ALBU
                        MICHAEL D. COX
                        GEORGE FORMAN
                        BRUCE R. GREENE
                        California Indian Legal Services

*[signature: Ronald Albu]*

by RONALD ALBU