Form 7              MINUTES OF THE UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA

_____U.S.A._____ vs __FALLBROOK, etc., et al___ No. 1247-SD-C

___HON. EDWARD J. SCHWARTZ              ___HON. HOWARD B. TURRENTINE
___HON. GORDON THOMPSON, JR.            ___HON. LELAND C. NIELSEN
___HON. WILLIAM B. ENRIGHT              _x_HON.  JAMES M. CARTER

Deputy Clerk    WILLIAM W. LUDDY           Reporter
___Winora Zinn                             ___Kathleen Sullivan
___Richard I. Bellman                      ___Jan Ruggles
___Milvoy Mayer                            ___Joan King
___Victor Mohler                           ___Gloria Frandle
___Robert Robinson                         ___Dorothy Albright
___Donald Pellaton                         _X_ MARIE STULL

APPEARANCES:  Plaintiff: DONALD REDD


              Defendant: VICTOR GLEASON
                         FRITZ STRADLING
                         FRANZ SACHE
                         RONALD ALBU

PROCEEDINGS:  HEARING on petition for approval of Memo of Understanding, etc.

    Discussion held on Petition for Intervention by Pechanga Indians.
    Ordered petition be filed and set for hearing for January 17, 1975
    at 10 A.M, and that service be made on major parties only.
    It is further ordered that any objections to intervention be filed by
    December 13, 1974, and reply brief by December 27, 1974.

    Attorney Gleason makes opening statement on petition for approval
of Memo of Understanding.
    Exhibits 1 thru 7 are marked
    Albert Hovanez is called, sworn and testifies for Metropolitan
    Exhibits 1, 2, and 3 received.
    CarverHildebrand is called, sworn and testifies for Metropolitan.
    Exhibits 8 thru 13 are marked
    At 12 noon recess to 1:30 P.M.
    At 1:30 reconvene.
    Witness Hildebrand testifies further.
    Verdon Martin is called, sworn and testifies for Metropolitan.
    Metropolitan rests. Exhibits 4 thru 13 are received.
    Col. A. C. Bowen is called, sworn and testifies.
    All xix parties rest.
    IT IS ORDERED petition stand submitted pending hearing on the Petition
for Intervention.

    x@xxxx  At 2:45 P.M. recess

Form No. 6

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PART II - EXHIBITS AND WITNESSES

USA vs. FALLBROOK  No. 1247 SD

Plaintiff        Defendant  2nd. CIVIL C

| NO. | IDENT. | EVID. | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 1 | 11-26-74 | 11-26-74 | STMT MWD OF SOU CALIF | ALBERT HOVANEZ |
| 2 | 11-26-74 | 11-26-74 | | CARVER HILDEBRAND |
| 3 | 11-26-74 | 11-26-74 | | VERDON MARTIN |
| 4 | " | | SCHEMATIC OF LAKE SKINNER | |
| 5 | " | | BLACK & WHITE PHOTO - SKINNER | |
| 6 | " | | COLOR PHOTO " | |
| 7 | " | | COLOR PHOTO " | |
| 8 | " | | | |
| 9 | " | | MAP - RIVERSIDE COUNTY - S.D. SYSTEM | |
| 10 | " | | LETTER - 1-16-69 MILLS TO SADISTON | |
| 11 | " | | MAP SANTA MARG. WATERSHED | |
| 12 | " | | CHART OF COMPUTED RUNOFF | |
| 13 | " | | MEMO OF UNDERSTANDING | A.C. BOWEN |