```
 1  HARRY D. STEWARD
    United States Attorney
 2  CARL J. KLEIN
    Assistant United States Attorney
 3  U. S. Court House, Annex A
    325 West F Street
 4  San Diego, California  92101
 5
    DONALD W. REDD
 6  Attorney, Department of Justice
    Washington, D. C.  20530
 7
 8  Attorneys for Plaintiff
```

FILED

DEC 19 1974

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Myra Roberson  DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>PECHANGA BAND OF MISSION INDIANS,<br><br>　　　　　Plaintiff-Intervenor,<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | CASE NO. 1247-SD-C<br><br>RESPONSE TO MOTION<br>TO INTERVENE |

　　　　The United States interposes no objections to the motion to intervene filed by the Pechanga Band of Mission Indians on November 25, 1974, and interposes no objections to the filing of the complaint in intervention tendered with the motion to intervene.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　HARRY D. STEWARD
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: *Carl J. Klein*
　　　　　　　　　　　　　　　　CARL J. KLEIN
　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　*Donald W. Redd*
　　　　　　　　　　　　　　DONALD W. REDD
　　　　　　　　　　　　　　Attorney, Department of Justice
　　　　　　　　　　　　　　Washington, D. C.  20530

　　　　　　　　　　　　　　Attorneys for Plaintiff

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>PECHANGA BAND OF MISSION INDIANS,<br>　　　Plaintiff-Intervenor,<br>　　　v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　　Defendants. | No. 1247-SD-C<br><br>AFFIDAVIT OF SERVICE<br><br>BY MAIL |

STATE OF CALIFORNIA )
                        )ss.
COUNTY OF SAN DIEGO )

    Marion D. Nelson, being first duly sworn, deposes and says:

    That she is a citizen of the United States and a resident of San Diego County, California; that her business address is 325 West F Street, San Diego, California; that she is over the age of eighteen years, and is not a party to the above-entitled action.

    That on ___December 19, 1974___, she deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of _____

    RESPONSE TO MOTION TO INTERVENE
_____

addressed to _____See attached_____

_____

___their___ last known address at which place there is delivery service of mail from the United States Post Office.

                                               *Marion D. Nelson*
                                               Marion D. Nelson

SUBSCRIBED AND SWORN TO before me this ___19th___ day of ___December___, 1974.

_____
Notary Public in and for
Said County and State

OFFICIAL SEAL
MARY KNISLEY
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires Mar. 13, 1975
325 West "F" St., Annex A, San Diego, Calif. 92101

GPO : 1971 O - 437-738

Robert P. Will, General Counsel
John M. Davenport, Assistant General Counsel
Victor E. Gleason, Deputy General Counsel
1111 Sunset Boulevard
Los Angeles, California   90012


Franz R. Sachse
Sachse & James
P. O. Box 427
1092 South Main Street
Fallbrook, California   92028


Fritz R. Stradling
Rutan & Tucker
401 Civic Center Drive West
Santa Ana, California   92702


Ronald Albu
California Indian Legal Services
1860 South Escondido Boulevard
P. O. Box 1868
Escondido, California   92025