RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE
California Indian Legal Services
1860 So. Escondido Blvd., P.O. Box 1868
Escondido, California 92025
Telephone: (714) 746-8941
Attorneys for the Pechanga Band of Mission Indians

FILED

JAN 6 - 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson       DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1247-SD-C |
| Plaintiff, | |
| PECHANGA BAND OF MISSION INDIANS, | CERTIFICATE OF SERVICE |
| Plaintiff-Intervenor, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et. al., | |
| Defendants. | |

The undersigned hereby certifies that he personally served true and correct copies of the Pechanga Band of Mission Indians' NOTICE OF MOTION TO INTERVENE, MOTION TO INTERVENE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE, proposed COMPLAINT IN INTERVENTION, and MEMORANDUM IN OPPOSITION TO PETITION FOR APPROVAL OF MEMORANDUM OF UNDERSTANDING AND AGREEMENT ON OPERATION OF LAKE SKINNER on November 26, 1974 at the United States District Court, 325 West F. Street, San Diego, California by delivering copies to the following attorneys:

///
///
///

Donald W. Redd, Department of Justice, on behalf of the United States of America;

Fritz R. Stradling on behalf of Kaiser-Aetna;

Franz R. Sachse on behalf of the Fallbrook Public Utility District; and

Victor E. Gleason on behalf of the Metropolitan Water District.

Dated:   January 31, 1974

*[Signature: Ronald Albu]*
RONALD ALBU
Attorney For The Pechanga Band of Mission Indians



**CALIFORNIA INDIAN LEGAL SERVICES**

1860 South Escondido Boulevard, P. O. Box 1868
Escondido, California 92025   (714) 746-8941 • 746-8942

31 December 1974

RONALD ALBU
Directing Attorney

MICHAEL COX
Staff Attorney

CENTRAL OFFICE
477 Fifteenth Street
Suite 200
Oakland, CA 94612
(415) 465-0320

Clerk
United States District Court
325 West F. Street
San Diego, California

Dear Sir:

    Please find enclosed an original and two copies of Certificate Of Service in case No. 1247-SD-C. Please file and return a conforming copy to this office in the self-addressed stamped envelope. Thank you.

Yvonne F. Romero
Yvonne Romero
Secretary, CILS