FILED

JAN 10 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson  DEPUTY

SACHSE & JAMES
Attorneys at Law
P.O. Box 427
Fallbrook, CA  92028
728-1154

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>PECHANGA BAND OF MISSION INDIANS,<br><br>           Plaintiff-Intervenor,<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>           Defendants. | CASE NO. 1247-SD-C<br><br>RESPONSE OF FALLBROOK PUBLIC UTILITY DISTRICT TO MOTION TO INTERVENE. |

   FALLBROOK PUBLIC UTILITY DISTRICT interposes no objections to the motion to intervene filed by the Pechanga Band of Mission Indians on November 25, 1974, and interposes no objections to the filing of the complaint in intervention tendered with the motion to intervene.

                              Respectfully submitted,

                              SACHSE & JAMES


                              By _____
                                 FRANZ R. SACHSE
                                 Attorney for Defendant
                                 FALLBROOK PUBLIC UTILITY DISTRICT

**A T T A C H   O R I G I N A L   O R   T R U E   C O P Y**

ATTORNEY:

SACHSE & JAMES

P.O. Box 427

Fallbrook, CA  92028

CASE NUMBER: 1247-SD-C

### DECLARATION OF SERVICE BY MAIL (C.C.P. 1013a and 2015.5)

I, the undersigned, say: I am ~~a citizen of the United States~~ over 18 years of age, **employed** (RESIDENT/EMPLOYED) in the County of **San Diego**, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause.

My **business** (BUSINESS/RESIDENCE) address is **1092 S. Main St.,** (NO., STREET) **Fallbrook, CA** (CITY, STATE). I served the **RESPONSE OF FALLBROOK PUBLIC UTILITY DISTRICT TO MOTION TO INTERVENE**

of which a true and correct copy of the document filed in the cause is affixed, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

```
Harry D. Steward, United States Attorney         Ronald Albu,
Carl J. Klein, Asst. United States Attorney      Calif. Indian Legal Services
U.S. Court House, Annex A                        P.O. Box 1868
325 West F Street                                Escondido, CA  92025
San Diego, CA  92101

Donald W. Redd, Attorney                         Fritz R. Stradling, Esq.
Department of Justice                            Rutan & Tucker
Washington, D.C.  20530                          401 Civic Center Drive West
                                                 Santa Ana, CA  92702
Robert P. Will, General Counsel
John M. Davenport, Asst. General Counsel         1111 Sunsent Blvd.,
Victor E. Gleason, Deputy General Counsel, Los Angeles, CA 90012
```

Each envelope was then sealed and with the postage thereon fully prepaid deposited in the United States mail by me at **Fallbrook** (CITY) California, on **January 9,** 19 **75**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 9**, 19 **75**, at **Fallbrook** (PLACE), California.

_Natalie Kubiak_
(SIGNATURE)
NATALIE KUBIAK

Form 9A Co. Clk ~~XXXXX~~ (Rev. 5-73)    **PROOF OF SERVICE BY MAIL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.
vs.
Fallbrook PUD

CASE NO. 1247-SD-L

PRAECIPE FOR COPIES

TO THE CLERK - Please issue copies of the following documents:

| No. of Copies | Check If to be Certified | Description | Document Number | No. of Pages | Cost |
|---|---|---|---|---|---|
| 1 | | Complaint filed 1-16-75 | — | 7 | 3.50 |
| 1 | | Findings of Fact filed 1-16-75 | | 5 | 2.50 |
| 1 | | Misc. Documents | | 14 | 7.00 |
| 1 | | " " | | 21 | 10.50 |
| | | Notices | | 4 | 2.00 |

Payment received                                Total  25.50

Instructions: (Will pick up)
              Mail
              Phone

Name: KATHY M. WAMPLER
Address: 2320 5th Ave.
Phone: 239-1211

Date issued: July 16, 1987

Rush please if possible
Thanks