ENTERED

JAN 16 1975

FILED

JAN 16 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE
California Indian Legal Services
1860 So. Escondido Blvd. Box 1868
Escondido, California 92025
Telephone: (714) 746-8941
Attorneys for the Pechanga Band of Mission Indians

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> PECHANGA BAND OF MISSION INDIANS, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et. al., <br><br> Defendants. | CASE NO. 1247-SD-C <br><br> ORDER |

This matter is before the Court on the Motion of the Pechanga Band of Mission Indians for leave to intervene under Rule 24 of the Federal Rules of Civil Procedure, and the Court having considered said Motion To Intervene, the Memorandum Of Points And Authorities in Support Of Motion To Intervene, and upon the statements of the UNITED STATES OF AMERICA and FALLBROOK PUBLIC UTILITY DISTRICT interposing no objection to the intervention, and it appearing to the Court that the PECHANGA BAND OF MISSION INDIANS should be permitted to intervene as prayed:

///

///

IT IS ORDERED, that the PECHANGA BAND OF MISSION INDIANS has leave to intervene in this cause, and is hereby made a party to this cause and shall file a complaint immediately upon the entry of this Order and with like effect as if named an original party to this cause.

DATED: 1/16/75

_____
UNITED STATES DISTRICT JUDGE