ENTERED
JUDGMENT ON DECISION BY THE COURT

JAN 16 1975
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT of CALIFORNIA
By Myra Roberson

FILED
JAN 16 1975
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

# United States District Court
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

CIVIL ACTION FILE NO. 1247-SD-N

UNITED STATES OF AMERICA
    Plaintiff
PECHANGA BAND OF MISSION INDIANS,
    Plaintiff-Intervenor,
vs
FALLBROOK PUBLIC UTILITY DISTRICT, et al
    Defendants.

**JUDGMENT**

This action came on ~~for trial hearing~~ before the Court, Honorable JAMES M. CARTER, United States District Judge, presiding, and the issues having been duly ~~tried~~ considered ~~found~~ and a decision having been duly rendered,

It is Ordered and Adjudged that the Memorandum of Understanding and Agreement on Operation of Lake Skinner, dated November 12, '1974, is approved; the Modified Final Judgment and Decree in this cause is amended by incorporation of said Memorandum into the same; the procedures set forth in said Memorandum are binding on all parties to this cause; and the third cause of action the Complaint in Intervention filed in this cause by the Pechanga Band of Mission Indians is dismissed on the merits.

Colonel A. C. Bowen, General Manager of the Santa Margarita-San Luis Rey Watershed Planning Agency is appointed watermaster to administer and enforce the provisions of the Modified Final Judgment and Decree and the subsequent instructions and orders of this Court, and the Watermaster's duties shall include monitoring administration of the Memorandum of Understanding and Agreement on Operation of Lake Skinner. Said Agency shall promptly advise this Court if Colonel Bowen is unable to continue to act as Watermaster on behalf of that Agency.

The Court shall retain continuing jurisdiction over administration of said Memorandum of Understanding and Agreement pursuant to Article V of the Modified Final Judgment and Decree and Article II of Interlocutory Judgment 28 as incorporated in Article II of the Modified Final Judgment and Decree.

Dated this sixteenth day of January, 1975, at San Diego, California.

WILLIAM W. LUDDY, Clerk
By Myra Roberson
Myra Roberson, Deputy



# Santa Margarita - San Luis Rey Watershed Planning Agency •

P. O. BOX 475    FALLBROOK, CALIFORNIA 92028    (714) 728-6488

James H. Bunts, Jr., Chairman                                A. C. Bowen, General Chairman
Richard Aldrich, Vice-Chairman

### RESOLUTION NO. 4

A RESOLUTION OF THE COMMISSION OF THE
SANTA MARGARITA - SAN LUIS REY WATER-
SHED PLANNING AGENCY AUTHORIZING
CONSENT TO PROVIDE WATERMASTER
SERVICE FOR THE WATERSHED OF THE
SANTA MARGARITA RIVER

BE IT RESOLVED by the Commission of the Santa Margarita-San Luis Rey Watershed Planning Agency that it agrees to provide watermaster service for the watershed of the Santa Margarita as follows:

### CONSENT TO PROVIDE WATERMASTER SERVICE FOR THE WATERSHED OF THE SANTA MARGARITA RIVER

The Santa Margarita-San Luis Rey Watershed Planning Agency agrees to provide watermaster service within the watershed of the Santa Margarita River contingent upon appointment of its General Manager, Colonel A.C. Bowen, to serve in the capacity of watermaster by the United States District Court for the Southern District of California. In addition to other service required by the Court, the watermaster will monitor administration of the Lake Skinner Operating Criteria embodied in the November 12, 1974, Memorandum of Understanding and Agreement between The Metropolitan Water District of Southern California, Fallbrook Public Utility District and Kaiser Aetna.

In the event that Colonel Bowen is unable to continue to perform those duties on behalf of the Agency, the Agency agrees to so advise the United States District Court for the Southern District of California promptly, pursuant to the continuing jurisdiction provisions of United States v. Fallbrook Public Utility District, et al., No. 1247.

PASSED AND ADOPTED by the Commission at a regular meeting held on the 16th day of January 1975, by the following vote:

UNANIMOUS.

*[signature]*
James H. Bunts, Jr., Chairman

attest:

*[signature]*
Hadley Johnson, Secretary

-2-