```
RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE
California Indian Legal Services
1860 So. Escondido Blvd., P.O. Box 1868
Escondido, California 92025
```

Attorneys for the Pechanga Band of Mission Indians

FILED JAN 16 1975

LODGED NOV 26 1974
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> PECHANGA BAND OF MISSION INDIANS, ) <br> ) <br> Plaintiff-Intervenor, ) <br> v. ) <br> ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br> et. al., ) <br> Defendants. ) | CASE NO. 1247-SD-C <br><br> COMPLAINT IN INTERVENTION |

1. The PECHANGA BAND OF MISSION INDIANS, plaintiff-intervenor, brings this action to enjoin the unlawful interference and destruction of its rights to the present and future use of the waters of the Santa Margarita River by the defendants named in this action.

2. The Pechanga Band of Mission Indians is a federally recognized Indian Band residing upon and exercising governmental authority over the Pechanga Indian Reservation.

3. Kaiser Aetna is a California General Partnership composed of Temecula Properties, Inc., a California corporation, Kaiser Rancho California, Inc., a California corporation, Westward Properties, Inc., a California Corporation, Kaiser Hawaii Kai Development Co., a Nevada corporation, and Aetna Life Insurance Company, a Connecticut corporation and successor in interest to Rancho California and the Vail Company.

4. The Metropolitan Water District of Southern California is



-1-

a public corporation of the State of California.

5. The Pechanga Indian Reservation was established by an Executive Order, dated June 27, 1882. The lands which presently comprise that Reservation are situated in Riverside County, State of California, described as follows:

> Section Twenty-six (26), Section Twenty-seven (27) except for the Northwest Quarter of the Northwest Quarter (NW¼ of NW¼) Section Thirty-Four (34) except for Lot 16, Section Thirty-five (35), Lot 7 and Southeast Quarter of the Southwest Quarter (SE¼ of SW¼) of Section Twenty-eight (28), all in Township Eight (8) South, Range Two (2) West, SBBM.

6. There was added to the Pechanga Indian Reservation:

> Section Twenty-five (25), Township Eight (8) South, Range Two (2) West, SBBM,

by Executive Order dated January 9, 1907, of the Secretary of the Interior.

7. In addition to the lands comprising the Pechanga Indian Reservation as above described, there was added on August 29, 1893, to that Reservation by an unnumbered Patent:

> The North Half of the Northwest Quarter (N½ of NW¼), Southeast of the Northwest Quarter (SE¼ of NW¼), Northwest Quarter of the Northeast Quarter (NW¼ of NE¼) of Section Thirty-six (36), Township Eight (8) South, Range Two (2) West, SBBM.

There was likewise added to the Pechanga Indian Reservation:

> Southwest Quarter of the Northeast Quarter (SW¼ of NE¼), East Half of the Northeast Quarter (E½ of NE¼), South Half (S½) of Section Thirty-six (36), Township Eight (8) South, Range Two (2) West, SBBM,

by a patent dated May 25, 1931.

Also added to the Pechanga Indian Reservation is the so-called Kelsey Tract, Lot E of the Little Temecula Grant, by a deed dated March 11, 1907.

8. The following described lands situated within the Pechanga Indian Reservation are part of the Murrieta-Temecula Ground Water Area and those lands have been found by this Court to overlie ground waters within that area:

> All of Section Twenty-six (26) all of Section Thirty-five (35), North Half of the South Half (N½ of S½), North Half (N½) of Section Thirty-four (34), all of Section Twenty-seven (27), within Pechanga Indian Reservation, all of Section Twenty-eight (28) within Pechanga Indian Reservation, and Lot E of Little Temecula Rancho within Pechanga Indian Reservation.

These lands are comprised of older continental alluvium and conform generally to the description of the ground water area which is more fully described in the Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 30 and entered March 8, 1962 in this action. In the general area through which Pechanga Creek has its course, the older continental alluvium is overlain with a thin layer of younger alluvium as well as erosion from the surrounding basement complex.

9. There are a total of 3787 acres of land in the Pechanga Indian Reservation within Santa Margarita River watershed. Of these 3787 acres, 1694 acres are irrigable. Of these 1694 acres, 559 are Class VI lands which are not suitable for cultivation but because of their other characteristics are suitable for irrigated but non-cultivated crops.

10. The United States of America when it withdrew the Indian Lands above described to form the Pechanga Indian Reservation, intended to reserve and did reserve rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be available on the Pechanga Indian Reservation, including rights to the use of ground waters sufficient for the present and future needs of the Indians residing thereon with priority dates of June 27, 1882, for those lands established by Executive Order of that date; January 9, 1907 for those lands transferred by the Executive Order of that date; August 29, 1893 for those lands added to the reservation by Patent on that date; May 25, 1931, for those lands added to the reservation by Patent of that date.

///

11. Under present conditions and generally on the Pechanga Indian Reservation a reasonable water duty for crops is as follows:

|  | Irrigation Requirements Acre-Feet Per Acre Per Year |
|---|---|
| Row Crops | 4.00 |
| Irrigated Pasture | 3.83 |
| Alfalfa | 3.00 |
| Deciduous Fruit | 1.07 |
| Small Grains | 1.75 |
| Avocados | 2.35 |
| Citrus | 1.86 |

To the irrigation requirements shown above, there should be added 10% for delivery losses. That type of loss occurs between the point of supply and the point of use.

12. No use of any surface waters which flow over and upon any of the lands within the Santa Margarita River watershed and within the Pechanga Indian Reservation has been open, notorious or adverse, and there are no prescriptive rights to the use of any waters of the Santa Margarita River stream system on any lands which comprise said Indian Reservation.

13. No appropriative rights exist to the use of the waters of the Santa Margarita River stream system or waters which add to and support said Santa Margarita River stream system on any of the lands which comprise the Pechanga Indian Reservation

14. That portion of the Santa Margarita River which is known as the Murrieta-Temecula Ground Water Area has been defined and described by this Court in its Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 30 which was made a part of this Court's Modified Final Judgment and Decree filed April 6, 1966. The Pechanga Band of Mission Indians by way of reference makes the Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 30 a part of this complaint as though set forth in this paragraph in full.

15. Kaiser Aetna and its General Partners as successors in interest to the Vail Company are bound by a Stipulated Judgment

entered December 26, 1940 by the Superior Court of the State of California in and for the County of San Diego in Case No. 42850. The Vail Company was held by this Court, pursuant to the mandate of the United States Circuit Court of Appeals for the Ninth Circuit, in its Modified Final Judgment and Decree filed April 6, 1966 to be bound by the 1940 Stipulated Judgment. The Modified Final Judgment and Decree filed April 6, 1966 and the 1940 Stipulated Judgment attached as Exhibit A thereto are incorporated by way of reference and made a part of this complaint as though set forth in this paragraph in full.

16. Since the entry of this Court's Modified Final Judgment and Decree on June 27, 1968, Kaiser Aetna has greatly expanded its consumption of water from the Murrieta-Temecula Ground Water Area.

17. The Metropolitan Water District of Southern California has constructed a dam and reservoir with a capacity of some 44,000 acre feet in Auld Valley, Riverside County, on Tucalota Creek which is a tributary of the Santa Margarita River by way of Santa Gertrudis Creek and Murrieta Creek, being known as Auld Valley Dam and Lake Skinner.

FIRST CAUSE OF ACTION

18. The Pechanga Band of Mission Indians repeats and realleges paragraphs 1-3 and 5-16 and incorporates the same by reference in this cause of action.

19. The Pechanga Band of Mission Indians is informed and believes and on that basis alleges that Kaiser Aetna is using more than its stipulated share of the waters of the Santa Margarita River and all its tributaries which naturally, when not artificially diverted or abstracted, flow in the channel thereof, in violation of the above described 1940 Stipulated Judgment.

20. The Pechanga Band of Mission Indians is informed and beleives and on that basis alleges that Kaiser Aetna is using a greated amount of "Storage Water" as defined in the 1940 Stipulated

Judgment than permitted by that Stipulated Judgment and in violation thereof.

21. The Pechanga Band of Mission Indians is informed and believes and on that basis alleges that the depletion of the waters of the Murrieta-Temecula Ground Water Area by Kaiser Aetna is causing and will continue to cause irreparable damage to the present and future rights of the Pechanga Band of Mission Indians to the use of the waters of the Santa Margarita River as described above.

SECOND CAUSE OF ACTION

22. The Pechanga Band of Mission Indians repeats and realleges paragraphs 1-3; 5-16; and 19-20 and incorporates the same by reference in this cause of action.

23. The Pechanga Band of Mission Indians is informed and believes and on that basis alleges that the pumping of water for use by Kaiser Aetna is causing the depletion of the waters of the Murrieta-Temecula Ground Water Area in excess of the annual recharge of the Murrieta-Temecula Ground Water.

24. The Pechanga Band of Mission Indians is informed and believes and on that basis alleges that the depletion of the waters of the Murrieta-Temecula Ground Water Area by Kaiser Aetna is causing and will continue to cause irreparable damage to the present and future rights of the Pechanga Band of Mission Indians to the use of the waters of the Santa Margarita River as described above.

THIRD CAUSE OF ACTION

25. The Pechanga Band of Mission Indians repeats and realleges paragraphs 1-17; 19-21; and 23-24 and incorporates the same by reference in this cause of action.

26. The Metropolitan Water District of Southern California is impounding without the lawful permission of the Pechanga Band of Mission Indians or its trustee the United States of America waters which under natural conditions would flow into and recharge the Murrieta-Temecula Ground Water Area to the damage of the rights of

the Pechanga Band of Mission Indians to the present and future use of the waters of the Santa Margarita River.

WHEREFORE, the Pechanga Band of Mission Indians prays:

1. That this Honorable Court determine and declare the amounts of water which are presently being consumptively used, the amounts of land which have waters from the Santa Margarita River stream system applied thereon, and the amounts of water which are physically available for use within the Santa Margarita River watershed.

2. That this Honorable Court enjoin the use by Kaiser Aetna of waters of the Murrieta-Temecula Ground Water Area in excess of its entitlement under the 1940 Stipulated Judgment.

3. That this Honorable Court enjoin the use of the waters of the Murrieta-Temecula Ground Water Area by Kaiser Aetna which results in the depletion of that Ground Water Area in excess of the annual recharge.

4. That this Honorable Court enjoin the Metropolitan Water District from interfering with the quantity and quality of water flowing into the Murrieta-Temecula Groundwater Area which would naturally be available.

5. For such other and further relief as this Honorable Court deems just and proper.

DATED: November 25, 1974

Respectfully submitted,

RONALD ALBU
MICHAEL D. COX
GEORGE FORMAN
BRUCE R. GREENE
CALIFORNIA INDIAN LEGAL SERVICES

*/s/ Ronald Albu*
by RONALD ALBU