## Proof Of Publication

This space is for the County Clerk's Filing Stamp

FILED
JAN 21 1975
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberts    DEPUTY

STATE OF CALIFORNIA,
County of San Diego

Proof of Publication of

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the

### FALLBROOK ENTERPRISE

a newspaper of general circulation, printed and published

Weekly, Thursday

in the City of Fallbrook, California 92028, County of San Diego, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of April 1, 1911, Case Number 173-737; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

Nov. 7, 14, 21, 1974

19 74

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at FALLBROOK, CALIFORNIA, this 21st day of November, 19 74

Evelyn J. Ellis
Signature
Assistant To Publisher

---

**Public Notice**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff
v.
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., Defendant

NO. 1247-SD-C

ORDER FIXING TIME FOR HEARING AND SETTING NOTICE REQUIREMENTS

Upon presentation and consideration of the attached Petition, IT IS HEREBY ORDERED AND DIRECTED

I

That a hearing will be held on the subject matter of the attached Petition on the 26th day of November, 1974, at 10:00 A.M. in Courtroom __ of the United States District Court, 325 F Street, San Diego, California.

II

That the following will receive notice of that hearing by having a copy of this Order and the attached Petition, Memorandum of Understanding and Agreement, supporting Affadavit, Public Notice and Statement of this Court mailed by the clerk of this Court to their attorney of record, if represented by an attorney, or to them individually at their last known address if not represented by an attorney, at least ten (10) days prior to said hearing.

1. The United States of America
2. The State of California
3. All parties listed in Exhibit A of Interlocutory Judgment 31 downstream of Auld Valley Dam.
4. All parties listed in Exhibit B of Interlocutory Judgment 31A downstream of Auld Valley Dam.

III

That this Order be published once a week for at least three consecutive weeks in the Riverside Daily Enterprise and in the Fallbrook Enterprise.

IV

That the attached Public Notice and Statement of this Court be mailed to the

live attorney of record for each such party so represented, and to all householders in the Temecula-Murrieta area by Col. A.C. Bowen or the Clerk of this Court, and

V

That copies of the Memorandum of Understanding and Agreement attached to the Petition be available for examination during normal working hours at the offices of:

The Clerk of this Court, 325 F Street, San Diego
The Santa Margarita-San Luis Rey Watershed Planning Agency, 418 South Main Street, Fallbrook
Rancho California, The Plaza, Rancho California, and
The Constable of Murrieta Township.

Dated October 31, 1974
James M. Carter
Pub. Nov. 7, 14, 21, 1974