# Proof Of Publication

This space is for the County Clerk's Filing Stamp

**FILED**

JAN 21 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

STATE OF CALIFORNIA,

County of San Diego

Publication of

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the

### FALLBROOK ENTERPRISE

a newspaper of general circulation, printed and published

### Weekly, Thursday

in the City of Fallbrook, California 92028, County of San Diego, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of April 1, 1911, Case Number 173-737; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

Nov. 7, 14, 21, 1974

19 74

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at FALLBROOK, CALIFORNIA, this 21st day of November, 19 74.

Evelyn J. Ellis
Signature
Assistant To Publisher

---

**Public Notice**

The United States District Court for the Southern District of California

PUBLIC NOTICE

Pursuant to jurisdiction retained by the Final Judgment in United States v. Fallbrook Public Utility District, No. 1247-SD-C, this Court will hold a hearing at 10:00 A.M. on November 26, 1974 in Courtroom __ of the Federal District Court in San Diego to approve a Memorandum of Understanding and Agreement on the operation of Robert A. Skinner Dam and Reservoir, on Tucalota Creek, a tributary of the Santa Margarita River, by way of Santa Gertrudis Creek and Murrieta Creek. The purpose of the hearing will also be to provide in the amended decree that the procedures of the Memorandum of Understanding and Agreement will bind all parties to the litigation. The principal parties of that suit (the United States, Fallbrook Public Utility District, and Kaiser-Aetna, successor in interest to Rancho California) have developed an Agreement with The Metropolitan Water District of Southern California to assure that the operation of Skinner Dam and Reservoir will not impair any of the rights adjudicated by the Modified Final Judgment. Representatives of those entities have held several meetings with representatives of the San Diego National ... developing the Memorandum of Understanding and Agreement. The Metropolitan Water District recently constructed Skinner Dam and Reservoir to provide regulatory storage capacity for Northern California and Colorado River water, which The Metropolitan Water District delivers to various areas in San Diego County. Although Skinner Dam will unavoidably impound small amounts of Tucalota Creek water for short periods of time, the Agreement provides that the Dam will not appropriate Tucalota Creek flows. Skinner Dam will in fact provide downstream areas flood control protection to the extent that its design will attenuate the rate of flood flows.

Copies of the Memorandum of Understanding and Agreement may be examined during normal working hours at the offices of: The Clerk of this Court, 325 F Street, San Diego; The Santa Margarita–San Luis Rey Watershed Planning Agency, 416 South Main Street, Fallbrook; Kaiser-Aetna, the Plaza, Rancho California; and The Constable of Murrieta Township.

Dated October 31, 1974.
Filed October 31, 1974, Clerk, U.S. District Court, Southern District of California, By Deputy

Signed: James M. Carter
United States Circuit Judge
Pub. Nov. 7, 14, 21, 1974