## PROOF OF PUBLICATION

### (2015.5 C.C.P.)

STATE OF CALIFORNIA } ss.
County of Riverside }

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of THE DAILY ENTERPRISE —

a newspaper of general circulation, printed and published daily in the City of Riverside, County of Riverside and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 15, 1955, Case Number 54446; that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

NOVEMBER 7, 14, 21, 1974

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_Robin Glass_
Signature

Date NOVEMBER 21 , 19 74
at Riverside, California

This space, for the County Clerk's Filing Stamp

# FILED

## JAN 2 1 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

Proof of Publication of

PUBLIC NOTICE