PROOF OF PUBLICATION
(2015.5 C.C.P.)

STATE OF CALIFORNIA }  ss.
County of Riverside

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of THE DAILY ENTERPRISE —

_____,
a newspaper of general circulation, printed and published daily in the City of Riverside, County of Riverside and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 15, 1955, Case Number 54446; that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

NVOEMBER 7, 14, 21, 1974

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

Date NOVEMBER 21 , 19 74
at Riverside, California

This space for the County Clerk's Filing Stamp

FILED

JAN 21 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson     DEPUTY

Proof of Publication of

ORDER FIXING TIME FOR HEARING

AND SETTING NOTICE REQUIREMENTS

1247-SD-C UNITED STATES OF AMERICA

VS FALLBROOK PUBLIC UTILTIY DIST.

PROOF OF PUBLICATION