FILED

JAN 21 1975

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Myra Roberson DEPUTY

DECLARATION OF SERVICE BY MAIL

I, Mary Cooke, declare that I am a citizen of the United States, over 18 years of age, not a party to the subject cause, and my business address is 1111 Sunset Boulevard, P.O. Box 54153, Los Angeles, California 90054. I served a true copy of the following attached documents that were approved by the Court and filed with the Clerk on January 16, 1975, on each of the persons shown on the attached list by placing same in envelopes addressed respectively as shown on that list:

1. Order on Lake Skinner Operation and Watermaster Service, and related Findings of Fact, including the January 16, 1975, Consent of the Santa Margarita-San Luis Rey Watershed Planning Agency to Provide Watermaster Service, and

2. Order allowing the Pechanga Band of Mission Indians to intervene.

Each said envelope was then on January 17, 1975, sealed and deposited in the United States Mail at Los Angeles, California, the County in which I am employed, with the postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 1975, at Los Angeles, California.

Mary Cooke

Donald W. Redd, Esq.
United States Department of Justice
Land & Natural Resources Division
Washington, D.C.  20530

Harry D. Steward, United States Attorney
Carl J. Klein, Asst. United States Attorney
U. S. Court Hourse, Annex A
325 West F Street
San Diego, California 92101

Ronald Albu, Esq.
California Indian Legal Services
1860 So. Escondido Blvd.
P.O. Box 1868
Escondido, California 92025

Franz Sachse, Esq.
P.O. Box 427
Fallbrook, California 92028

Fritz R. Stradling, Esq.
Rutan & Tucker
P.O. Box 1976
Santa Ana, California 92702

Col. A. C. Bowen, General Manager
Santa Margarita-San Luis Rey
        Watershed Planning Agency
P.O. Box 475
Fallbrook, California 92028