**ORIGINAL**

1  Carl Boronkay, General Counsel
   Warren J. Abbott, Assistant General Counsel
2  Victor E. Gleason, Deputy General Counsel

3  Attorneys for Defendant, The Metropolitan
     Water District of Southern California
4
   1111 Sunset Boulevard, Box 54153
5  Los Angeles, California  90054
   (213) 626-4282
6



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 1247-SD-C |
| v. | ) | MODIFICATION OF LOCAL RUNOFF MEASURING CRITERIA FOR LAKE SKINNER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et. al., | ) | |
| Defendant. | ) | |

By order dated January 16, 1975, this Court has retained jurisdiction over administration of the Memorandum of Understanding and Agreement on operation of Lake Skinner, dated November 12, 1974. As a result of subsequent operating experience, the parties to that Agreement, who are also defendants in this action, have entered into the attached Modification of Local Runoff Measuring Criteria for Lake Skinner, as authorized by Article VIII of the

///

///

///

///

Agreement. That modification is accordingly submitted for filing as a supplement to the November 12, 1974 Agreement.

Dated: July 29, 1980

                    Carl Boronkay, General Counsel
                    Warren J. Abbott, Assistant General Counsel
                    Victor E. Gleason, Deputy General Counsel

                    Attorneys for The Metropolitan Water
                       District of Southern California

By _____
                        Victor E. Gleason

## Modification of Local Runoff
## Measuring Criteria For Lake Skinner

Pursuant to Article VIII of the November 12, 1974 Memorandum of Understanding and Agreement on Operation of Lake Skinner, the undersigned parties deem it appropriate, based on operating experience over the past five years, to delete measuring criterion A3, from Article II of that Agreement and rely instead on measuring criterion A2 for determining local runoff into the reservoir.

Criterion A3 required gauging local runoff from the Rawson Creek sub-drainage basin by a flume to more accurately measure the runoff from that area during moderate rainfall occurrences. Although Metropolitan has constructed Parshall flumes in both Rawson and Tucalota Creeks to measure local moderate rainfall runoff into the reservoir directly, those measurement facilities have not proven practical because of recurring damage to the flumes during major storms. However, operating experience has demonstrated that the determination of runoff into the reservoir by the residual computation procedure contained in criterion A2 has provided reliable runoff measurements that are well within the accuracy required by the Agreement.

Dated: 9 July, 1980

WATERMASTER

_____
Col. A. C. Bowen

The Metropolitan Water District
of Southern Caifornia

_____

Fallbrook Public Utility District

_____
President, Board of Directors

Rancho California Water District

_____
John Ferguson, Acting General Manager