MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA vs Fallbrook Public Utility District   No. 1247-SD-C

HON. GORDON THOMPSON, JR.   Ctrm Dep R.L. ROBINSON   Rptr ~~Ann Butcher~~ D. Albright

Appearances: Plaintiff Patrick Berry   Defendant Robert James
Petitioner   Respondent
Appellant   Appellee Arthur Kidman

Eugene Madrigal

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DATES 6-13-88   CIVIL MOTIONS (See Pt II for Wits & Exbs)

\_Hrg petn req to flg c/c of judgment/order of USCA \_\_Affirming \_\_Reversing
   \_\_Reversing & remanding   the decision of the USDC \_\_Dismissing the appeal
   \_\_ORDERED FILED AND ENTERED   \_\_Cost/Supersedeas bond exonerated
\_Hearing Plntf/Deft Mots (If oral indicate) G - Granted  D - Denied (check one)
\_For summary judgment \_G \_D \_To dismiss \_G \_D \_To strike \_G \_D
\_For venue \_G \_D \_For TRO/Prelim Inj \_G \_D \_For more def stmt \_G \_D
\_Hrg OSC for dism for want of pros \_D \_G - Ord (to be) filed
\_Court/Plntf/Deft to prepare order  \_\_Plntf has \_\_\_\_ days to amend complaint
\_Submitted \_Briefs to be fld _____ _____ _____
                              (Plntf/Deft)  (Plntf/Deft)  (Reply)
\_Hearing appeal from Bky Ct \_\_Affirmed \_\_Reversed \_\_& Remanded to Bky Ct
X Other  F/P re appt of Water Master - Ct sets publshg requirements - Higres
conf of Water Master set for 10-17-88 @ 2pm - Fur Hrg 6-27-88 @ 2pm

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

\_\_P/T STATUS/SCHEDULING CONF       \_\_PRE-TRIAL HEARING
\_Pre-Trial Ord fld  \_\_To be fld by_____   \_\_Stip & order to be submitted
\_Cont to _____ for \_\_Jury/Court trial \_\_Status conf \_\_P/T Hrg
\_Other _____

Date_____   INITIALS ___/\___
                                  Deputy
                                  TB

Form M/O-10
REV. 6-82