MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA vs Fallbrook Public Utility Dist No. 1247-SD-C

HON. GORDON THOMPSON, JR. Ctrm Dep R.L. ROBINSON   Rptr ANN BUTCHER

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Patrick Barry # | Robert H James # |
| Michael McPherson # | Arthur # Kidman |
| Randall B Pyles | |

PROCEEDINGS:   ___ In chambers    X In Court

Confirmation Hrg re appointment of Water Master —
Cont 3-13-89 @ 2pm; Status Hrg 1-23-89 @ 2pm

Date 12-5-88    INITIALS TB Deputy

Form M/O-13
REV. 6-82