MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA vs Fallbrook Public Utility Dist et al         No. 1247-SD-C

HON. GORDON THOMPSON, JR.   Ctrm Dep R.L. ROBINSON   Rptr Dorothy Albright ~~ANN BUTCHER~~

Appearances: Plaintiff  Patrick Barry                Defendant   Robert H James
Petitioner   Michael McPherson       ~~Respondent~~
~~Appellant~~                         Appellee    Arthur L Kidman
             Randall B Pyles
             Sandra Dunn

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DATES _____ _____ _____ CIVIL MOTIONS (See Pt II for Wits & Exbs)
___Hrg petn req to flg c/c of judgment/order of USCA ___Affirming ___Reversing
___Reversing & Remanding  the decision of the USDC ___Dismissing the appeal
___ORDERED FILED AND ENTERED              ___Cost/Supersedas bond exonerated
___Hearing Plntf/Deft Mots (If oral indicate) G - Granted D - Denied (check one)
___For summary Judgment __G __D ___To dismiss __G __D ___To strike __G __D
___For venue __G __D ___For TRO/Prelim Inj __G __D ___For more def stmt __G __D
___Hrg OSC for dism for want of pros __D __G - Ord (to be) filed
___Court/Plntf/Deft to prepare order  ___Plntf has ___ days to amend complaint
___Submitted ___Briefs to be fld _____
                              (Plntf/Deft)   (Plntf/Deft)      (Reply)
___Hearing appeal from Bky Ct ___Affirmed ___Reversed ___& Remanded to Bky Ct
___Other _____

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

_X_ P/T Status/Scheduling Conference    ___Pre-Trial Hearing
___Pre-Trial Ord fld ___to be fld by_____  ___Stip & Order to be submitted
___Cont to _____ for ___Jury/Court Trial ___Status conf ___P/T Hrg
_X_Other  Confirmation Hrg Date of 3-13-89 affirmed

Date 1-23-89                                 INITIALS  /s/
                                                       Deputy
                                                       RR

Form M/0-10