```
ROBERT H. JAMES
SACHSE, JAMES, CROSWELL & LOPARDO
205 W. Alvarado St., P.O. Box 427
Fallbrook, CA  92028
(619) 728-1154

Attorneys for Defendant, Fallbrook Public
    Utility District
```

FILED ✓   LODGED ___
RECEIVED ___   ENTERED ___

FEB - 3 1989

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 1247-SD-T |
| Plaintiffs, ) | |
| ) | NOTICE OF MOTION AND |
| ) | MOTION OF UNITED STATES |
| vs. ) | OF AMERICA, FALLBROOK |
| ) | PUBLIC UTILITY DISTRICT, |
| FALLBROOK PUBLIC UTILITY ) | AND RANCHO CALIFORNIA WATER |
| DISTRICT, et al., ) | DISTRICT FOR APPOINTMENT OF A |
| ) | WATERMASTER PURSUANT TO |
| Defendants. ) | FED R. CIV. P.7(b)(1) |
| ) | Date:  March 13, 1989 |
| | Time:  2:00 p.m. |
| | Courtroom: Honorable Gordon Thompson, Jr. |

TO ALL DESIGNATED PARTIES AND INTERESTED NON-PARTIES:

PLEASE TAKE NOTICE that on Monday, March 13, 1989, at 2:00 p.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Gordon Thompson, Jr., of the above-captioned Court, located at the United States Courthouse, 940 Front Street, San Diego, California, The United States of America, Fallbrook Public Utility District and Rancho California Water District will, and hereby do, move the Court for an Order to Show Cause pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 220-2 why JAMES S. JENKS should not be appointed Watermaster for

SACHSE, JAMES,
CROSWELL
& LOPARDO
ATTORNEYS AT LAW
P. O. BOX 427
FALLBROOK,

the Santa Margarita Watershed. Said Motion is based on this Notice of Motion and Motion, the Memorandum filed in Support thereof, and the pleadings and records on file herein and on such oral argument as the Court may hear.

DATED: 1-26-89

_____
Attorney for the United States
of America

DATED: 1-23-89

_____
Attorney for the Fallbrook Public
Utility District

DATED: 1-27-89

_____
Attorney for Rancho California
Water District

SACHSE, JAMES,
CROSWELL
& LOPARDO
ATTORNEYS AT LAW
P. O. BOX 427
FALLBROOK,

2