1   F. Patrick Barry
    Attorney, Department of Justice
2   Indian Resources Section
    Land and Natural Resources Division
3   4000 U.S. Courthouse
    230 North First Avenue
4   Phoenix, Arizona 85025
    (602) 261-3964

5

     FILED      LODGED
     RECEIVED    ENTERED

     FEB - 3 1989

    CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    BY           DEPUTY

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,     )
                          )
               Plaintiff,   )   Civ. No. 1247-SD-T

10                        )
          vs.         )   NOTICE OF MOTION AND
11                        )   MOTION OF UNITED STATES
                       )   OF AMERICA, FALLBROOK
12   FALLBROOK PUBLIC UTILITY   )   PUBLIC UTILITY DISTRICT,
    DISTRICT, et al.,       )   AND RANCHO CALIFORNIA
13                        )   WATER DISTRICT FOR
            Defendants.   )   APPOINTING A STEERING
14                        )   COMMITTEE
                       )   Date: March 13, 1989
15                        )   Time: 2:00 p.m.
                       )   Courtroom: Honorable Gordon
16                        )            Thompson, Jr.

17

18   TO ALL DESIGNATED PARTIES AND INTERESTED NON-PARTIES:

19      PLEASE TAKE NOTICE that on Monday, March 13, 1989, at

20   2:00 p.m., or as soon thereafter as the matter may be heard in

21   the Courtroom of the Honorable Gordon Thompson, Jr., of the

22   above-captioned Court, located at the United States Courthouse,

23   940 Front Street, San Diego, California, the United States of

24   America, Fallbrook Public Utility District and Rancho California

25   Water District will, and hereby do, move the Court for an Order

26   appointing a Steering Committee in this case as provided for in

    Section 1.92 of the Manual for Complex Litigation and as more

1    fully set forth in the attached proposed Order.   This Motion is

2    based on this Notice of Motion and Motion, the Memorandum filed

3    in Support thereof, and the pleadings and records on file herein

4    and on such oral argument as the Court may hear.

5    DATED: 1-26-89                    _____
6                                      Attorney for the United States
                                           of America
7

8    DATED: 1-27-89                    _____
                                       Attorney for the Fallbrook Public
9                                          Utility District

10   DATED: 1-27-89                    _____
11                                     Attorney for Rancho California
                                           Water District

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 2 -