F. Patrick Barry
Attorney, Department of Justice
Indian Resources Section
Land and Natural Resources Division
4000 U.S. Courthouse
230 North First Avenue
Phoenix, Arizona 85025
(602) 261-3964



FILED FEB - 3 1989

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,             )<br>                                  )<br>       vs.                        )<br>                                  )<br>                                  )<br>FALLBROOK PUBLIC UTILITY,         )<br>DISTRICT, et al.,                 )<br>                                  )<br>            Defendants.           )<br>_____) | Civ. No. 1247-SD-T<br><br>MEMORANDUM OF POINTS<br>AND AUTHORITIES<br><br>Date:  March 13, 1989<br>Time:  2:00 p.m.<br>Courtroom: Honorable Gordon<br>           Thompson, Jr. |

The United States of America, Fallbrook Public Utility District and Rancho California Water District submit the following Points and Authorities in support of their Motion for Appointment of a Steering Committee.

I

### INTRODUCTION

In 1951, the United States of America brought this case to seek a judicial determination of all respective water rights within the Santa Margarita River watershed. That litigation culminated in this court's decision <u>United States vs. Fallbrook Public Utility District, et al.</u>, 193 F. Supp. 342 (S.D. Cal. 1961), <u>aff'd in part and reversed in part</u> 347 F.2d 48 (9th Cir.

1965) and finally in the Modified Final Judgment and Decree, entered April 6, 1966.

During the course of this litigation the Court appointed Lieutenant Colonel A.C. Bowen to collect water consumption data from substantial users within the watershed and to report to the Court on his findings. By Order of January 19, 1975, Colonel Bowen was appointed as Watermaster with broad powers to administer and enforce the provisions of the Court's Modified Final Judgment and Decree. Colonel Bowen served in this capacity until his death in 1981. No replacement has been appointed.

In the intervening years the Watershed has rapidly developed, and the concern over River water quantity and quality has intensified. Re-appointment of a watermaster will enable the Court to better enforce its orders and judgments within the watershed.

In June of 1988 the United States of America, Rancho California Water District and Fallbrook Public Utility District requested that this Court act to appoint a replacement for Colonel Bowen. After a hearing on June 13, 1988, this Court ordered the three parties to advertise for and interview prospective candidates for the position of Watermaster. That process having been completed, notice was given of this hearing for any party to show cause why this Court should not appoint the candidate recommended by the United States, Rancho California Water District and the Fallbrook Public Utility District. These

parties have recommended a candidate to the Court concurrent with this Motion.

The parties believe that there will be a need for a Steering Committee for two reasons. First, the Committee will interact with the Watermaster to be appointed by this Court, providing him with information and guidance in the matters of budget and expenditures. This concept is reflected in the Court's Order appointing a watermaster at page 10, paragraph 13. Finally, the parties believe that the Watermaster will consult with the Steering Committee from time to time to apprise the parties of his progress in carrying out this Court's Order of March 13, 1989. Second, a Steering Committee can assist this Court in distilling the issues and coordinating the positions of the 6000 persons who are party to this litigation.

II

CONCLUSION

For the above-stated reasons, the undersigned parties respectfully request an order from this Court establishing a Steering Committee.

DATED: 1-26-89

Attorney for the United States of America

DATED: 1-27-89

Attorney for the Fallbrook Public Utility District

DATED: 1-27-89

Attorney for Rancho California Water District

- 3 -

FORM OBD-183
MAR. 83