IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                                 Plaintiff, )   Civ. No. 1247-SD-C
               vs. )   ORDER FOR THE APPOINTMENT
                                  )   OF A STEERING COMMITTEE
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                       Defendants )

I

INTRODUCTION

Due to the large number of parties and their diversity in this litigation, the Court considers it necessary to appoint a Steering Committee to assist the Court and to facilitate litigation as set forth in the <u>Manual for Complex Litigation.</u>

II

MEMBERSHIP

The membership of the Steering Committee shall be composed of representatives from the substantial water users within the Santa Margarita watershed. Initially, the Steering Committee shall be comprised of a representative appointed by each of the following parties: the United States of America, Fallbrook Public Utility District and Rancho California Water District. The Court may designate additional parties who may appoint a representative to the Steering Committee, as follows: 1) a party

may petition the Court to allow them to appoint a representative to the Steering Committee; 2) the Steering Committee may petition the Court to designate a party to appoint a representative to the Steering Committee; and 3) the Court may designate a party to appoint a representative to the Steering Committee.  Any party participating as a member of the Steering Committee shall share the costs, fees and expenditures of the Watermaster, along with any other party, as specified by the Court.

### III

### DUTIES AND RESPONSIBILITIES

The Steering Committee shall have the responsibility for coordinating the conduct of litigation in the following manner:

1. Recommend to the Court a candidate for the position of Watermaster in the Santa Margarita watershed;

2. Recommend to the Court the scope of reference for the Watermaster's duties and responsibilities;

3. Assist the Watermaster by providing information and data regarding as requested by the Watermaster;

4. Meet with the Watermaster on a quarterly basis to discuss the status of the Watermaster's investigations in Santa Margarita watershed, including long and short term budget requirements;

5. The Steering Committee shall review the budget and proposed expenditures of the Watermaster and make its recommendation with respect thereto; and

6. Any other tasks as determined to be necessary by the Court.

Steering Committee meetings shall be held quarterly beginning on April 1, 1989 and shall be open to the public. Notice as to the time and place of such meetings shall be sent out to all parties on the Court approved service list ten days

before the meeting date. In addition, notice shall be posted for five consecutive days, fifteen days prior to any such meeting, at the following locations: Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook, California; Rancho California Water District, 28061 Diaz Road, Temecula, California; and at the Post Office at Anza, California. The Steering Committee may call additional meetings at the discretion of the chairman or upon the request of a majority of the members of the Steering Committee. Notice of such meetings shall be in the same manner as above.

### IV

### COURT APPROVED SERVICE LIST

Because of the unusually large number of parties in this litigation an approved service list will be relied on for the service of all pleadings and Orders of the Court. See Rule 5(c). Fed.R.Civ.P. Any party may be added to the approved service list upon application to the Court; however, any party that requests his name be added to the approved service list may be subject to an assessment for the costs, fees and expenditures of the Watermaster, in an amount determined by the Court to be just, taking into consideration that party's water use within the Santa Margarita watershed.

UNITED STATES DISTRICT JUDGE

FORM OBD-183
MAR. 83

☆ U.S. GPO: 1988-202-041/84933