ROBERT H. JAMES
SACHSE, JAMES, CROSWELL & LOPARDO
205 W. Alvarado St., P.O. Box 427
Fallbrook, CA 92028
(619) 728-1154

Attorneys for Defendant, Fallbrook Public Utility District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. | Civil No. 1247-SD-C<br><br>ORDER RE SERVICE |

A status conference to establish the service list and method of service of the Motion to appoint Watermaster and Motion to Appoint Steering Committee came on regularly for hearing on January 23, 1989, at 2:00 p.m. in the Courtroom of the Honorable Gordon Thompson, Jr., located at the United States Courthouse, 940 Front Street, San Diego, California. The United States appeared by and through Patrick Barry, U.S. Attorney; Fallbrook Public Utility District appeared by and through its attorney, ROBERT H. JAMES; Rancho California Water District appeared by and through its attorney, ARTHUR KIDMAN. The matter having been submitted to the Court for decision,

IT IS THEREFORE ORDERED,
SACHSE, JAMES, CROSWELL & LOPARDO
ATTORNEYS AT LAW
P. O. BOX 427
FALLBROOK,

1  District, 990 E. Mission Road, Fallbrook, CA; or
2  3) Rancho California Water District, 28061 Diaz
3  Road, Temecula, CA  92390."
4  DATED: February 7, 1989         /s/ Gordon Thompson Jr.
5                                  JUDGE, UNITED STATES
                                   DISTRICT COURT

SACHSE, JAMES,
CROSWELL
& LOPARDO
ATTORNEYS AT LAW
P. O. BOX 427
FALLBROOK,

3