# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

USA vs Fallbrook Public Utility Dist, et al    No. 1247-SD-C

HON. GORDON THOMPSON, JR.   Ctrm Dep R.L. ROBINSON   Rptr ANN BUTCHER

### Attorneys

**Plaintiffs**
- Patrick Barry
- Sandra Dunn

**Defendants**
- Robert H James
- Arthur L Kidman
- Jeff Dunn

PROCEEDINGS: ___ In chambers    X In Court

Confirmation Hearing re appointment of Watermaster —
Fld Order appt James Jenks as Watermaster
Fld Order appt Steering Committee
Fld Proof of Publication w/ certif of Service

Ct orders clk to mail both orders to persons set forth in certif of Service

Date 3-13-89

INITIALS TB   /R/ Deputy

Form M/O-13
REV. 6-82