1  ROBERT H. JAMES
   SACHSE, JAMES, CROSWELL & LOPARDO
2  205 W. Alvarado St., P.O. Box 427
   Fallbrook, CA  92028
3  (619) 728-1154

4  Attorneys for Defendant, Fallbrook Public
       Utility District



FILED
ENTERED
LODGED
RECEIVED

MAR 1 3 1989

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

5

6

7                  UNITED STATES DISTRICT COURT

8               SOUTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA  )  Civil No. 1247-5D-T
                             )
12      Plaintiffs,          )  PROOF OF PUBLICATION
                             )
13 vs.                       )
                             )
14 FALLBROOK PUBLIC UTILITY  )
   DISTRICT, et al.,         )
15                           )
        Defendants.          )
16 _____  )

17

18     I, ROBERT H. JAMES, decare:

19     I am a member of the State Bar and admitted to practice law in

20 the State of California.

21     I caused to be published the Notice of Appointment of a

22 Watermaster and attached hereto are four (4) Proofs of

23 Publication as provided by the Publication Authority, as

24 Exhibits A through D.

25 DATED: 3-10-89

26                              _____
                                Attorney for the Fallbrook Public
26                                  Utility District

27

28



                                    1

# Proof Of Publication

STATE OF CALIFORNIA,

County of Riverside

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

### THE CALIFORNIAN

a newspaper of general circulation, printed and published

Weekly, Thursday

in the City of Temecula, California 92390, County of Riverside, Three Lakes Judicial District. and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under the date of February 25, 1982, Case Number 147342: that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

## February 16, 23, March 2,

19 __89__

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at TEMECULA, CALIFORNIA, this __2nd__

day of __March__ 19 __89__

Signature

**Marcia Rapaport**          Assistant To Publisher

---

This space is for the County Clerk's Filing Stamp

Proof of Publication of



**Public Notice**

TO ALL DESIGNATED PARTIES AND INTERESTED NON-PARTIES: PLEASE TAKE NOTICE that on Monday, March 13, 1989, at 2:00 p.m. or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Gordon Thompson, Jr. of the above captioned Court, located at the United States Courthouse, 940 Front Street, San Diego, California, The United States of America, Fallbrook Public Utility District and Rancho California Water District will and hereby do move the Court for an Order to Show Cause pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 220.2 why JAMES S. JENKS should not be appointed Watermaster for the Santa Margarita River Watershed and why a Steering Committee should not be appointed. Said Motion is based on the Notices of Motion and Motions, the Memoranda filed in support thereof, and the pleadings and records on file herein and on such oral argument as the Court may hear. Copies of the moving papers may be obtained at the following addresses within the Santa Margarita River Watershed: 1) Counsel, Western U.S. Marine Corps Bases, Camp Pendleton, CA; 2) Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook, CA; or 3) Rancho California Water District, 28061 Diaz Road, Temecula, CA 92390.

Pub: Feb. 16, 23 & March 2, 1989

EXHIBIT A

## PROOF OF PUBLICATION

### (2010, 2015.5 CCP)

PROOF OF PUBLICATION OF

PUB NOTICE

THOMPSON

I am a citizen of the United
States and a resident of the
County aforesaid; I am over the
age of eighteen years, and not
a party to or interested in the
above entitled matter.  I am an
authorized  representative
of THE PRESS-ENTERPRISE,
a newspaper of general circula-
tion, printed and published daily
in the city of Riverside, County
of Riverside, and which newspaper
has been adjudicated a newspaper of
general circulation by the
Superior Court of the County of
Riverside, State of California,
under date of April 15, 1955,
Case Number 54446; that the
notice, of which the annexed is
a printed copy, has been published
in each regular and entire issue
of said newspaper and not in any
supplement thereof on the following
dates, to-wit:

02/17,24/1989

I Certify (or declare) under
penalty of perjury that the
foregoing is true and correct.

Dated February 24, 1989
at Riverside, California

_Sofia Cruillis_

SACHSE JAMES CROSWELL & LOPARDO

"TO ALL DESIGNATED PAR-
TIES AND INTERESTED NON-
PARTIES: PLEASE TAKE NO-
TICE that on Monday, March
13, 1989, at 2:00 p.m. or as
soon thereafter as the matter
may be heard in the Courtroom
of the Honorable Gordon
Thompson, Jr., of the above-
captioned Court, located at the
United States Courthouse, 940
Front Street, San Diego, Califor-
nia, Fallbrook Public Utility Dis-
trict and Rancho California
Water District will and hereby
do, move the Court for an Order
to Show Cause pursuant to Fed.
R. Civ. P. 7(b)(1) and Local
Rule 220-2 why JAMES S.
JENKS should not be appointed
Watermaster for the Santa Mar-
garita River Watershed and why
a Steering Committee should
not be appointed. Said Motion is
based on the Notices of Motion
and Motions, the Memoranda
filed in Support thereof, and the
pleadings and records on file
herein and on such oral argu-
ment as the Court may hear.
Copies of the moving papers
may be obtained at the follow-
ing addresses within the Santa
Margarita River Watershed: 1)
Counsel Western Bases, Marine
Corps Bases, Camp Pendleton,
CA; 2) Fallbrook Public Utility
District, 990 E. Mission Road,
Fallbrook, CA; or 3) Rancho Cal-
ifornia Water District, 28061
Diaz Road, Temecula, CA
92390.                      2/17-24

EXHIBIT 2

PROOF OF PUBLICATION

(2010, 2015.5 CCP)


PROOF OF PUBLICATION OF


PUB NOTICE

THOMPSON

I am a citizen of the United
States and a resident of the
County aforesaid; I am over the
age of eighteen years, and not
a party to or interested in the
above entitled matter.  I am an
authorized  representative
of THE PRESS-ENTERPRISE,
a newspaper of general circula-
tion, printed and published daily
in the city of Riverside, County
of Riverside, and which newspaper
has been adjudicated a newspaper of
general circulation by the
Superior Court of the County of
Riverside, State of California,
under date of April 15, 1955,
Case Number 54446; that the
notice, of which the annexed is
a printed copy, has been published
in each regular and entire issue
of said newspaper and not in any
supplement thereof on the following
dates, to-wit:

02/10/1989

I Certify (or declare) under
penalty of perjury that the
foregoing is true and correct.

Dated February 10, 1989
at Riverside, California

_Linda Willis_
------------------------------

SACHSE JAMES CROSWELL & LOPARDO



"TO ALL DESIGNATED PAR-
TIES AND INTERESTED NON-
PARTIES: PLEASE TAKE NO-
TICE that on Monday, March
13, 1989, at 2:00 p.m., or as
soon thereafter as the matter
may be heard in the Courtroom
of the Honorable Gordon
Thompson, Jr., of the above-
captioned Court, located at the
United States Courthouse, 940
Front Street, San Diego, Califor-
nia, The United States of Ameri-
ca, Fallbrook Public Utility Dis-
trict and Rancho California
Water District will, and hereby
do, move the Court for an Order
to Show Cause pursuant to Fed.
R. Civ. P. 7(b)(1) and Local
Rule 220-2 why JAMES S.
JENKS should not be appointed
Watermaster for the Santa Mar-
garita River Watershed and why
a Steering Committee should
not be appointed. Said Motion is
based on the Notices of Motion
and Motions, the Memoranda
filed in Support thereof, and the
pleadings and records on file
herein and on such oral argu-
ment as the Court may hear.
Copies of the moving papers
may be obtained at the follow-
ing addresses within the Santa
Margarita River Watershed: 1)
Counsel Western Bases, Marine
Corps Bases, Camp Pendleton,
CA; 2) Fallbrook Public Utility
District, 990 E. Mission Road,
Fallbrook, CA; or 3) Rancho Cal-
ifornia Water District, 28061
Diez Road, Temecula, CA
92390."                     2/10

EXHIBIT D

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA,
**County of San Diego**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

### The Blade Tribune

a newspaper of general circulation, printed and published daily in the City of Oceanside and qualified for the City of Oceanside and the North County Judicial district with substantial circulation in Bonsall, Fallbrook, Leucadia, Encinitas, Solana Beach, Cardiff, Vista, and Carlsbad, County of San Diego, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of March 19, 1952, Case Number 171349; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

Feb. 11, 18, 25, 1989

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Oceanside, California, this _27_ day of _Feb. 1989_.

_Susan Lay_
Signature

**THE BLADE TRIBUNE**
Legal Advertising
1722 South Hill Street
P.O. Box 90
Oceanside, CA 92054
(619) 433-7333

---

This space is for the County Clerk's Filing Stamp

Proof of Publication of

Public Hearing – Motion to

Appoint Watermaster

Paste Clipping of Notice SECURELY In This Space

**"TO ALL DESIGNATED PARTIES AND INTERESTED NON-PARTIES:**

PLEASE TAKE NOTICE that on Monday, March 13, 1989, at 2:00 p.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Gordon Thompson, Jr., of the above-captioned Court, located at the United States Courthouse, 940 Front Street, San Diego, California, The United States of America, Fallbrook Public Utility District and Rancho California Water District will, and hereby do, move the Court for an Order to Show Cause pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 220-2 why JAMES S. JENKS should not be appointed Watermaster for the Santa Margarita River Watershed and why a Steering Committee should not be appointed. Said Motion is based on the Notices of Motion and Motions, the Memoranda filed in Support thereof, and the pleadings and records on file herein and on such oral argument as the Court may hear. Copies of the moving papers may be obtained at the following addresses within the Santa Margarita River Watershed: 1) Counsel - Western Bases, Marine Corps Bases, Camp Pendleton, CA; 2) Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook, CA; or 3) Rancho California Water District, 28061 Diaz Road, Temecula, CA 92390.

Legal 28162 February 11, 18, 25, 1989

EXHIBIT C

## Proof Of Publication

STATE OF CALIFORNIA,

County of San Diego

I am a citizen of the United States and a resident of the
County aforesaid; I am over the age of eighteen years,
and not a party to or interested in the above-entitled
matter. I am the principal clerk of the printer of

THE ENTERPRISE

a newspaper of general circulation, printed and
published

Weekly, Thursday

in the City of Fallbrook, California 92028, County of San
Diego, Fallbrook Judicial District, and which newspaper
has been adjudged a newspaper of general circulation by
the Superior Court of the County of San Diego, State of
California, under the date of April 1, 1911, Case Number
173-737; that the notice, of which the annexed is a
printed copy (set in type not smaller than nonpareil), has
been published in each regular and entire issue of said
newspaper and not in any supplement thereof on the
following dates, to-wit:

February 9, 16, 23

19 89

I certify (or declare) under penalty of perjury that the
foregoing is true and correct.

Dated at FALLBROOK, CALIFORNIA, this   23rd

day of February                        19 89

_____
              Signature
           Assistant To Publisher

This space is for the County Clerk's Filing Stamp

Proof of Publication of

**Public Notice**

PUBLIC NOTICE
TO ALL DESIGNATED
PARTIES AND INTERESTED
NONPARTIES, PLEASE TAKE
NOTICE that on Monday, March
13, 1989, at 2:00 p.m., or as soon
thereafter as the matter may be
heard in the Courtroom of the Hon-
orable Gordon Thompson, Jr., of
the above-captioned Court, located
at the United States Courthouse,
940 Front Street, San Diego Cali-
fornia, The United States of Ameri-
ca, Fallbrook Public Utility District
and Rancho California Water Dis-
trict will, and hereby do, move the
Court for an Order to Show Cause
pursuant to Fed. R. Civ. P. 7(b)(1)
and Local rule 220.2 why JAMES S.
JENKS should not be appointed
Watermaster for the Santa Marga-
rita River Watershed and why a
Steering Committee should not be
appointed. Said Motion is based on
the Notices of Motion and Motions,
the Memoranda filed in Support
thereof, and the pleadings and re-
cords on file herein and on such oral
argument as the Court may hear.
Copies of the moving papers may be
obtained at the following addresses
within the Santa Margarita River
Watershed: 1) Counsel, Western
Bases, Marine Corps Bases, Camp
Pendleton, CA; 2) Fallbrook Public
Utility District, 990 E. Mission
Road, Fallbrook, CA; or 3) Rancho
California Water District, 28061 Di-
az Road, Temecula, CA 92390.
Pub: Feb. 9, 16 & 23, 1989

EXHIBIT D

## CERTIFICATE OF SERVICE

A copy of the Notice of Motion and Motion for Appointment of a Watermaster and Notice of Motion and Motion to Appoint Steering Committee Pursuant to Fed. R. Civ. P.7(b)(1) and Memoranda of Points and Authorities (Southern District Rule 220-2) has been mailed this _9th_ day of February, 1989, to the persons named below.

Agri-Empire
P. O. Box 398
San Jacinto, CA   92383

Mr. George Buchanan
Metropolitan Water District
33740 Borel Road
Winchester, CA   92396

Thomas G. Cottle
42551 Highway 79
Aguanga, CA   92302

President, Board of
    Directors
De Luz Heights MWD
990 E. Mission Road
Fallbrook, CA   92028

Elsinore Valley MWD
P. O. Box 3000
Lake Elsinore, CA   92330

Mr. David Hansen
Western MWD
P. O. Box 5286
Riverside, CA   92517

Mr. Leland Henderson
Margarita Land & Development
P. O. Box 584
Fallbrook, CA   92028

Myra Henderson
Riverside Co. Planning
4080 Lemon St., 9th Fl.
Riverside, CA   92501



FORM OBD-183
MAR. 83

- 2 -

Robert H. James
Counsel for F.P.U.D.
P. O. Box 427
Fallbrook, CA   92028

Mr. Art Kruegr
Riverside Co. Flood Control
P. O. Box 1033
Riverside, CA   92502

Mr. Jim Laughlin
Eastern MWD
P. O. Box 858
Hemet, CA   92343

Gene Madrigal
P. O. Box 2457
Escondido, CA   92025

Richard & Christine McMillan
Gary & Patricia McMillan
c/o McMillan Farm Management
29379 Rancho California Road
Suite 201
Temecula, CA   92390

Larry Minor
P. O. Box 38
San Jacinto, CA   92383

Murrieta County Water District
P. O. Box 949
Murrieta, CA   92362

Mr. John Perry
Rainbow MWD
4555 Highway 76
Fallbrook, CA   92028

Mr. Ben Price
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA   92028

Randall B. Pyles, Esq.
United States of America
Counsel Western Bases
Camp Pendleton, CA   92055

Rancho California Water District
28061 Diaz Road
Temecula, CA   92390

- 3 -

Caroline Salvatierra
704 Third Street
Oceanside, CA   92054

James M. Seabourn
President, C.A.R.E. of
Anza Valley
H.C.2, Box 310
Anza, CA   92306

Mr. William D. Taylor
1650 San Luis Rey Avenue
Vista, CA   92083

Temecula Ranchos
c/o Milo Rowell
405 Rowell Building
Fresno, CA   93721

Thousand Trails
c/o James J. Jaeger
15325 S.E. 30th Place
Bellevue, Washington   98007-6595

F. PATRICK BARRY
Attorney, Department of Justice
Land & Natural Resources Division