1  ARTHUR G. KIDMAN
   McCORMICK & KIDMAN
2  Attorneys at Law
   3100 Bristol Street, Ste. 290
3  Costa Mesa, CA 92626

4  Telephone:  (714) 755-3100



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Civ. No. 1247-SD-T |
| vs. | ) | APPLICATION AND DECLARATION |
| | ) | RE MODIFICATION OF COURT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | APPROVED SERVICE LIST |
| Defendants. | ) | |

COMES NOW the Rancho California Water District and makes application to the Court to modify the Court Approved Mailing List, established by the Court's "Order re Service" in this matter, dated February 7, 1989. This application is pursuant to Section IV of the Court's "Order For the Appointment of a Steering Committee" in this matter, dated March 13, 1989. The changes requested are as follows:

Delete:

    1.    Rancho California Water District
            28061 Diaz Road
            Temecula, CA 92390

Add:

1. John F. Hennigar
   General Manager
   Rancho California Water District
   28061 Diaz Road
   Temecula, CA 92390

2. Arthur G. Kidman
   McCormick & Kidman
   3100 Bristol St., Ste. 290
   Costa Mesa, CA 92626.

WHEREFORE, Rancho California Water District prays for an Order to modify the Court Approved Service List.

DATED: 3-14-89

Arthur G. Kidman,
Attorney for Rancho
California Water District

### Declaration of Arthur G. Kidman

I, ARTHUR G. KIDMAN, declare under penalty of perjury that:

1) I am an attorney licensed to practice law in California and admitted to practice before this Court.

2) I am counsel of record for the Rancho California Water District, a party to this matter before this Court.

3) The name of the Rancho California Water District appears on the Court Approved Mailing List in the case.

4) The name of Rancho California Water District's General Manager, John Hennigar, needs to be added to the address of the Rancho California Water District

2

in order to assure that mailed notices and documents in this matter are handled properly.

5) The name and address of Rancho California Water District's outside legal counsel needs to be added to the list in order to assure that notices and documents in this matter are delivered to counsel on a timely basis.

Executed this 14th day of March, 1989 at Costa Mesa, California.

　　　　　　　　　　　　　　　　　Arthur G. Kidman
　　　　　　　　　　　　　　　　　Arthur G. Kidman