IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED MAR 17 1989

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>           Defendants. | Civ. No. 1247-SD-T<br><br>ORDER FOR MODIFICATION<br>OF COURT APPROVED<br>MAILING LIST |

The Court Approved Mailing List in this matter is modified as follows:

Delete:

1. Rancho California Water District
   28061 Diaz Road
   Temecula, CA 92390

Add:

1. John F. Hennigar
   General Manager
   Rancho California Water District
   28061 Diaz Road
   Temecula, CA 92390

2. Arthur G. Kidman
   McCormick & Kidman
   3100 Bristol Street, Suite 290
   Costa Mesa, CA 92626.

DATED: MAR 15 1989

_____
United States District Judge

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF _____

I have read the foregoing _____
_____ and know its contents.

|X| CHECK APPLICABLE PARAGRAPH

|_|   I am a party to this action. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

|_|   I am |_| an Officer |_| a partner _____ |_| a _____ of _____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I have read the foregoing document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

|_|   I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.
Executed on _____, 19___, at _____, California.

_____
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Signature

### ACKNOWLEDGE OF RECEIPT OF DOCUMENT
(other than summons and complaint)

Received copy of document described as _____
on _____, 19___.

_____
Signature

### PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action, my business address is: Suite 290, 3100 Bristol, Costa Mesa, CA 92626
On __March 14__, 19_89_, I served the foregoing document described as (1) ORDER FOR MODIFICATION OF COURT APPROVED MAILING LIST; and (2) APPLICATION AND DECLARATION RE MODIFICATION OF COURT APPROVED SERVICE LIST.
on _____
in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at: __Costa Mesa, California__
addressed as follows:

PLEASE SEE ATTACHED LIST

|X|   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail. Executed on __March 14__, 1989, at Costa Mesa, California.
|_|   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee. Executed on _____, 19___, at _____, California.
|X|   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
|_|   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Rosalind Baird*
Signature
ROSALIND BAIRD

## Distribution List

Judge Gordon Thompson, Jr.
United States District Court
Southern District of California
940 Front Street
San Diego, California 92189

James S. Jenks
Santa Margarita River Watershed Watermaster
c/o Fallbrook Public Utility District
990 E. Mission
Fallbrook, California 92028

F. Patrick Barry
Attorney, Department of Justice
Land & Natural Resources Division
Room 4000, U.S. Courthouse
230 North First Avenue
Phoenix, Arizona 85025

Randall B. Pyles
Counsel, Western Bases, USMC
Room 246 Building 1160
Marine Corps Base
Camp Pendleton, California 92055-5001

Robert H. James, Counsel
c/o Fallbrook Public Utility District
990 E. Mission
Fallbrook, California 92028