FILED MAY 11 1989
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | Civ. No. 1247-SD-T<br><br>O R D E R |

IT IS HEREBY ORDERED that the Clerk of the Court shall provide photocopying services or, if necessary, provide the services of a private photocopying firm to the Santa Margarita River Watershed Watermaster, James Jenks, for the purpose of copying materials in the file of the above-captioned case. The Clerk of the Court shall bear the cost of such services, which shall be free of charge to the Watermaster.

IT IS SO ORDERED.

Dated: MAY 11 1989

GORDON THOMPSON, JR., Chief Judge
United States District Court