KENNETH R. WEISS
TAMARA A. TRODDEN
BOWIE, ARNESON, KADI & DIXON
4920 Campus Drive
Newport Beach, California  92660
Telephone (714) 851-1300

Attorneys for Murrieta County Water District

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | CIV. NO. 1247-SD-T<br><br>ORDER FOR THE APPOINTMENT OF AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE<br><br>[CCP §1003] |

    Based upon the Stipulation of Parties, attached hereto as Exhibit "A", to designate Murrieta County Water District (the "District") as a member of the steering committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989 by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") thereby making the District eligible to appoint a representative thereto and such designation shall hereby be accomplished;

    On proof provided to and satisfactory to the Court that the designation of the District to the Steering Committee and the right to appoint a representative thereto should be granted;

///

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

1. The District is hereby designated as a member of the Steering Committee and is eligible to appoint a representative thereto.

2. The District shall have all the rights and privileges of all other members of the Steering Committee and shall have an obligation and duty, along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures of the Watermaster commencing upon the date of appointment to the Steering Committee appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

DATED: _____AUG 2 1 1989_____1989.

United States District Judge

-2-

KENNETH R. WEISS
TAMARA A. TRODDEN
BOWIE, ARNESON, KADI & DIXON
4920 Campus Drive
Newport Beach, California 92660
Telephone (714) 851-1300

Attorneys for Murrieta County Water District

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 1247-SD-T |
| Plaintiff, ) | STIPULATION TO APPOINT AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE |
| v. ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | [CCP §283] |
| Defendants. ) | |

It is hereby stipulated and agreed by and between the parties hereto, by their respective counsels or authorized representatives, that Murrieta County Water District (the "District") is a substantial water user within the Santa Margarita Watershed, eligible to become a member of the steering committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989 by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") and the District is thereby permitted to appoint a representative to the Steering Committee. The District shall thereafter, as a member of the Steering Committee, have all the

EXHIBIT "A"

rights and privileges of all other members of the Steering Committee and shall have an obligation and duty along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures of the Watermaster appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

DATED: June 16, 1989.

Attorney for Fallbrook Public Utility District

DATED: June 13, 1989.

Attorney for Rancho California Water District

DATED: June 12, 1989.

Attorney for Murrieta County Water District

DATED: 5 JUL, 1989.

Commanding General, United States Marine Corp, Camp Pendelton acting as an authorized representative of the United States of America

-2-

# WATERMASTER

## SANTA MARGARITA RIVER WATERSHED

3504 Mission Road
P.O. Box 631
Fallbrook, California 92028

(619) 728-1028

June 29, 1989

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
U. S. Courthouse
San Diego, CA 92101

Re. Civ. No. 1247-SD-T

Dear Judge Thompson:

Responsive to Section III of the ORDER FOR THE APPOINTMENT OF A WATERMASTER: POWERS AND DUTIES dated March 13, 1989, the attached proposed operating budget for the 1990 water year is submitted for your approval. This budget has been reviewed by the Steering Committee. In addition, copies of this proposed budget were mailed to the parties listed on the Court's approved mailing list on June 29, 1989. Copies of the budget will be made available to parties making written requests.

A copy of the written plan, prepared in accordance with Section V of the Order was also mailed to the parties on June 29, 1989. A copy is enclosed for your information.

Very truly yours

James S. Jenks
Watermaster


cc: Service List
    w/enc

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER OFFICE BUDGET
Water Year Ending Sep. 30, 1990

|  | Estimated Costs Monthly | Total |
|---|---|---|
|  | $ | $ |
| **Watermaster Office** | | |
| Rent | 200 | 2400 |
| Accounting Services | 200 | 2400 |
| Supplies | 150 | 1800 |
| Insurance | | |
|    General Liability (1) | 435 | 5220 |
| Printing | 100 | 1200 |
| Audit | 220 | 2640 |
| Publications | 50 | 600 |
| Clerical/Data Mgt | 2600 | 31200 |
| Utilities | | |
|    Telephone | 200 | 2400 |
|    Sanitation | 65 | 780 |
|    Electric | 100 | 1200 |
| Miscellaneous Operating | 200 | 2400 |
| **Watermaster** | | |
| Basic Consulting Fee | 6000 | 72000 |
| Overhead Allowance | 1958 | 23496 |
| Automobile Expense | 400 | 4800 |
| Travel Reimbursements | 500 | 6000 |
| **Equipment** | | |
| Computer | 125 | 1500 |
| Software | 100 | 1200 |
| Furniture | 80 | 960 |
| Copier | 25 | 300 |
| **Contingency** | 300 | 3600 |
| **Total** | 14008 | 168096 |

1. Based on approval by ACWA includes one time charges.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

29 June 1989

OPERATING PLAN

Introduction

Item 14, Section V of the Order for the Appointment of a Watermaster: Powers and Duties dated March 13, 1989 requires preparation of a written plan stating the methodology and procedures for accomplishing the Watermaster's duties. In addition, the written plan is to include a timetable for identifying substantial users and characterizing their use; a list of location, numbers and descriptions of existing and proposed gaging stations; and a detailed plan for the conduct of water quality testing to include collecting existing hydrological information and conducting additional tests of both surface and ground water. This document constitutes that plan.

Watermaster Duties

Watermaster Duties are described in Section V of the abovenoted Order. These duties are summarized on Table 1. In the following section, the methodology for accomplishing each of these duties is described. In the following plan updating the substantial users list and obtaining information on water use in the watershed is emphasized. In later plans other duties will recieve more emphasis.

Methodology

    Task 1--Update the list of Substantial Users

Substantial users are defined in the Order as "any person that claims a right to use water under the orders, judgments or decrees of this Court in the above entitled action, and any person previously designated by this Court or the Watermaster to be a substantial user; any person using water or who claims a right to use water in an amount equal to or greater than or in a manner similar to the uses designated in Exhibit A to this Order; or any person using water within the Santa Margarita River watershed and designated by the Watermaster to be a substantial user."

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 1

WATERMASTER DUTIES

1. Update the list of substantial users.

2. Require monthly water use reports from substantial users who extract, divert, store, import, or reclaim water in the watershed.

3. Collect and reconstruct water consumption data for period 1966 to date.

4. Obtain necessary pump efficiency data.

5. Operate and maintain gaging stations.

6. Investigate water availability.

7. Conduct water quality testing.

8. Perform duties required under the Memorandum of Understanding, the Agreement on Operation of Lake Skinner and the Court Order dated Jan. 27, 1966 as modified on April 6, 1966.

9. Take custody and maintain records.

10. Locate and investigate unauthorized water appropriations.

11. Assist in locating, investigation and enjoining water quality violations.

12. Report to the Steering Committee on a quarterly basis.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The latest list of substantial users was attached as Exhibit A to a Court Order filed April 6, 1966. Review of the substantial users listed in Exhibit A and comparison with data on substantial users compiled by the Office or Ground Water Resources in November 1962 indicates that the minumum acreage irrigated by a substantial user is eight acres. This corresponds to an applied water requirement of about 24 acre feet per year and consumptive use of 16 to 20 acre feet although these values could vary depending on the crop and method of irrigation.

Several approaches to updating that list have been identified. The first is to check the names on the existing list against a list of current property owners maintained by the County Assessors office. This was done for part of the current users list using the copy of the assessor's owner's list available at Rancho California Water District. This check indicated that very few of the 1966 substantial users still own property. However, the assessment roll maintained by the Assessor's office includes computerized listings of land use, acreage, parcel number and owner's name and address. Thus the computer can sort the assessment roll and print out a list containing potential substantial users. The cost is a $30.00 programming charge plus $.10 per parcel.

New substantial ground water users can be identified by using records of power use. Such records are maintained by San Diego Gas and Electric for pumpers in San Diego County and by Southern California Edison for pumpers in Riverside County. This approach would not identify water users who use diesel fuel to power their pumps but diesel use for ground water pumpage is probably minor. However this approach requires access to individual customer records and Southern California Edison requires a subpoena before providing the records.

A third approach is to use a land use survey conducted in 1985/6 by the State Department of Water Resources to identify parcels of irrigated land, then locate the parcel on the County Assessor's parcel map and identify the owner. The State Department of Water Resources developed the land use maps for areas in the Santa Margarita River watershed based on air photos taken in 1985 and field checked in 1986. These maps have been obtained for the Santa Margarita River portion of the survey area.

A fourth approach is to use drillers logs to identify owners of large wells drilled since 1966. Such logs are filed by well drillers with the State Department of Water Resources and with the Riverside County Flood Control and Water Conservation District upon completion of a well. The District has advised that there are about 5000 logs on file for wells drilled in the Santa Margarita River watershed. This file could be reveiwed and all wells larger than a certain size, say twelve inches in

diameter which are drilled within the groundwater area could be considered to be owned by substantial water users.

In this plan the use of power records will be deferred, but all other approaches will be used to update the list of substantial users. A reasonably current and complete list can be developed in two to three months. The list will be reviewed and updated annually as new information becomes available from air photos, land use surveys, assessor office data or power records.

### Task 2--Require monthly water use reports

Once a current list of substantial users is compiled the next step is to initiate a monthly reporting program. The Order requires monthly reports from substantial users of the amount of water diverted, extracted, impounded, imported and reclaimed and the amount used. There are only a few users who divert, impound, import or reclaim substantial quantities of water and reports from each of these users can be handled on an individual basis. These entities primarily deal with municipal water or wastewater and are accustomed to reports about their operations. These users are listed as follows.

> Anza Mutual Water Company
> De Luz Heights Municipal Water District
> Eastern Municipal Water District
> Elsinore Valley Municipal Water District
> Fallbrook Public Utility District
> Fallbrook Sanitary District
> Metropolitan Water District of Southern California
> Murrieta County Water District
> Murrieta Hot Springs
> Ramona Water Company
> Rancho California Water District
> Western Municipal Water District
> U.S. Marine Corps, Camp Pendleton

The rest of the substantial water users generally pump water from wells for irrigation use. The Order suggests that a form should be developed for reporting this information on a monthly basis.

A form developed by Col. Bowen and included in the Jan. 27, 1966 Order is shown below:

MONTHLY WATER CONSUMPTION REPORT

Owner_____
Well Location_____
Quantity pumped for irrigation
during the month of _____in _____ Acre Feet
Depth to water at end of month_____Feet
Fuel or Power consumption_____KWH

_____
Signature of Owner or Agent          Date_____

As described in the Jan. 27, 1966 Order, it has been difficult to obtain reports from substantial water users in the past. In part this is because it was decided not to force all substantial users to incur the expense of a meter. Instead, an approach using power records, depths to water and estimates of power efficiency was adopted. Many users probably don't know how to measure the depth to groundwater or understand the difference between the static lift and the pumping lift.

Other bases for estimates of water use by substantial users include irrigated acreage or records of power use obtained directly from the power company. With the irrigated acreage approach one estimates cropped land using air photos or a crop survey. Then an appropriate consumptive use factor is applied. For example, in 1962 the Office of Ground Water Resources at Camp Pendleton determined that there were about 2400 acres of land in the watershed irrigated by substantial users not counting the Vail Property, Camp Pendleton or Fallbrook PUD service areas. If an average of three acre feet of water was applied to those lands in a year, the total use would be about 7200 acre feet per year.

Alternatively, with a subpoena, the power consumption records from Southern California Edison could be used to estimate water production. With this approach it is necessary to estimate or measure the depth to water and an efficiency factor.

In conclusion, individual reporting forms and procedures will be developed for each of the entities listed near the beginning of this section. A separate form similar to that shown in Table 2 will be sent to the landowners on the substantial users list developed in Task 1. The information recieved on a monthly basis will be supplemented with estimates of water use prepared using the State Department of Water Resources land use maps compiled for the Santa Margarita River watershed under 1985/86 conditions.

**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED

TABLE 2

WATER CONSUMPTION REPORT

I.  General Information:

   Owner_____

   Property Address_____

   Mailing Address_____

   Acres Irrigated_____

   Crop_____
   Please provide the acreage for each crop.


II. Groundwater Information

   Well Location_____

   Well Production_____

   during the month of_____ in _____Acre Feet
   Depth to water at end of month_____Feet
   Fuel or Power consumption_____KWH


   _____

   Signature of Owner or Agent       Date_____

Task 3--<u>Reconstruct Water Consumption Data</u>

As with Task 2, this task will be conducted in two subtasks: one of establishing the water consumption for the major entities listed at the beginning of Task 2, and the other being separate studies for the irrigated areas in the watershed located outside the major service areas. For the major entities the estimates of water consumption will be based on historic records obtained from the Watermaster's files as well as from contacts with the major entities. Estimates of water consumption outside the major entities will be based on land use surveys conducted by the State Department of Water Resources in 1957, 1967, 1976 and 1985/6.

Task 4--<u>Obtain Necessary Pump Efficiency Data</u>

Pump efficiency tests are conducted routinely by both the San Diego Gas and Electric and Southern California Edison companies. These utilities conduct the tests upon the request of the owner of the pump and the results of the tests are provided to the owner. From the Watermaster's Office viewpoint the purpose of the tests is to determine appropriate efficiency factors for use in estimating water use from power records. Without a subpoena the owner must voluntarily supply both the power record and the results of pump efficiency tests if any. If a subpoena is necessary to obtain the power records, it can be used to obtain pump efficiency records as well.

Task 5--<u>Operate and Maintain Gaging Stations</u>

The following gaging stations are currently operated in the Santa Margarita River watershed by the U. S. Geological Survey.

    Santa Margarita River near Temecula
    Murrieta Creek near Temeccula
    Pechanga Creek near Temecula
    Warm Springs Creek near Temecula
    Santa Gertrudis Creek near Temecula
    Vail Lake
    Temecula Creek near Aguanga
    Santa Margarita River near Ysidora

In addition, the following gaging stations have been proposed for construction under an agreement among Eastern Municipal Water District, Fallbrook Public Utility District, Rancho California Water District and the U.S. Marine Corps Base, Camp Pendleton.

    Santa Margarita River near FPUD Sump
    Sandia Creek near Santa Margarita River
    Rainbow Creek at Willow Glen Road
    Wilson Creek above Vail Lake
    De Luz Creek near Fallbrook

The proposed gaging station locations were reviewed by a U.S. Geological Survey (USGS) quality assurance team which concluded that the proposed site on De Luz Creek was not sufficiently better than the old gaging site to justify the expense of new construction. Hence the De Luz Creek station will be at the old site. The land owner at the proposed Wilson Creek site refused to allow the USGS survey team access to the site. Since then the USGS has picked out two other sites. One is on the same property as the original site about one to two miles upstream from Vail Lake. Some help with site access is needed if that site is used. The other site is located about two or three miles upstream and would measure the flow at the mouth of the canyon as it discharges into Lancaster Valley.

The inspection team also reviewed existing gaging sites and determined that dense willow brush and beaver dams had made measurements at the Murrieta Creek station near Temecula and the Santa Margarita River station near Temecula very poor. Rancho California Water District obtained cost estimates of about $75,000 to clear the brush. The District is now exploring other ways to solve the problem.

At present the Watermaster Office budget contains no funds for operation and maintenance of gaging stations.

### Task 6--Investigate Water Availability

The annual Watermaster Report is to contain a summary of water availability within the Santa Margarita River watershed for the previous year and a forecast of the same for the upcoming water year. This information is to be presented by hydrologic sub-units. Surface water availability will be based on stream measurements collected from the availiable gaging stations from those listed under Task 5 along with records of imported water and reclaimed water. Surface water in storage on the last day of the water year will also be reported.

Availability of subsurface water will be based on estimates of extractions from each of the groundwater areas together with estimates of the quantity of water in subsurface storage or the

6

change of storage for the water year. The estimates of extractions will be based on the reports received from major entities listed in Task 2 as well as from substantial users and studies based on land use information. Estimates of storage and/or storage change will be based on comparative water levels and estimates of specific yield for unconfined aquifers and the coefficient of storage for confined aquifers. Consumptive use will be estimated from the extraction quantities and used together with the estimates of storage change to determine apparent recharge. This apparent recharge will be considered to constitute return flow to the groundwater basin.

### Task 7--Conduct Water Quality Testing

Water quality in surface streams is currently measured at the following stations in the watershed.

    Fallbrook Creek at Lake O'Neill
    Fallbrook Creek/NWS
    De Luz Creek at De Luz-Murrieta Rd.
    Murrieta Creek near Temecula
    Rainbow Creek at Willow Glen Road
    Santa Margarita River at FPUD Infiltration Galleries
    Temecula Creek at Hwy 395
    Lake O'Neill

Additional testing will be conducted by sponsors of proposals to discharge treated wastewater in the Santa Margarita River watershed. It is believed that the foregoing will provide sufficient water quality information to determine the degree to which basin water quality objectives are being meet. No funds for water quality testing are included in the current Watermaster Office budget.

### Task 8--Perform Duties Required Under Lake Skinner Agreement and Related Court Orders

The Watermaster Office monitors the Memorandum of Understanding and Agreement on Operation of Lake Skinner. The monthly records sheets required under that agreement have been requested from Metropolitan Water District of Southern California and have been recieved for the period between January 1980 and the present. These records will be supplied to the parties to the agreement which include Fallbrook Public Utility District and Rancho California Water District. In addition the records will be reviewed to insure that they are in accord with the Memorandum of Understanding and that appropriate quantites of water are being released from the reservoir.

### Task 9--Take Custody and Maintain Records

Records regarding the Santa Margarita River watershed contained in the files of Col. Bowen, the previous Watermaster, have been collected. A organized filing system will be developed to include these files along with additional material at the Watermaster Office location.

### Task 10 Locate and Investigate Unauthorized Water Appropriations

From time to time unauthorized water appropriators are reported or are noted from air photos or from field inspections. When noted, appropriate action will be taken. Such action may include notification to the State Water Resources Control Board or such other action as may be appropriate.

### Task 11-Assist in Locating, Investigating and Enjoining Water Quality Violations.

The Watermaster Office will assist regulatory agencies and/or parties in the watershed by providing water quality information and/or data to determine if basin water quality objectives or drinking water standards are being met.

9 May 1989

Mr. James S. Jenks
Watermaster
Santa Margarita River Watershed
3504 Mission Road
P.O. Box 631
Fallbrook, California  92028

Dear Mr. Jenks:

      Thank you for sending me your proposed operating budget for the 1989 water year.  The budget that you have submitted meets with my approval.

      I also understand that you have requested all the file materials from the record center.  The files have not yet arrived at the courthouse.  My law clerk will inform you when they arrive.

                            Sincerely,

                              GORDON THOMPSON, JR.
                              Chief Judge
                              United States District Court
                              Southern District of California

GTJR/al

# WATERMASTER

## SANTA MARGARITA RIVER WATERSHED

3504 Mission Road
P.O. Box 631
Fallbrook, California 92028

(619) 728-1028

Honorable Gordon Thompson, Jr.          May 9, 1989
United States District Court
Southern District of California
U. S. Courthouse
San Diego, CA 92101

                    Re. Civ. No. 1247-SD-T

Dear Judge Thompson:

   Responsive to Section III of the ORDER FOR THE APPOINT-
MENT OF A WATERMASTER: POWERS AND DUTIES dated March 13,
1989, the attached proposed operating budget for the 1989
water year is submitted for your approval. This budget has
been reviewed by the Steering Committee. In addition,
copies of this proposed budget were mailed to the parties
listed on the Court's approved mailing list on May 9, 1989 .
Copies of the budget will be made available to parties making
written requests.

   Please advise if you need additional information.

Very truly yours

James S. Jenks
Watermaster

cc: Service List
 w/enc

**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED

WATERMASTER OFFICE BUDGET
Six Months Ending Sep. 30, 1989

|  | Actual April Costs $ | Estimated Costs Monthly May-Sep $ | Estimated Costs Total Apr-Sep $ |
|---|---|---|---|
| Watermaster Office |  |  |  |
|     Rent | 200 | 200 | 1200 |
|     Accounting Services | 200 | 200 | 1200 |
|     Supplies | 490 | 150 | 1240 |
|     Insurance |  |  |  |
|         General Liability (1) | 0 | 820 | 4100 |
|     Printing | 0 | 100 | 500 |
|     Audit | 0 | 500 | 2500 |
|     Publications | 0 | 50 | 250 |
|     Clerical/Data Mgt | 0 | 2600 | 13000 |
|     Utilities |  |  |  |
|         Telephone | 1000 | 200 | 2000 |
|         Sanitation | 65 | 65 | 390 |
|         Electric | 0 | 100 | 500 |
|     Miscellaneous Operating | 62 | 200 | 1062 |
| Watermaster |  |  |  |
|     Basic Consulting Fee | 6000 | 6000 | 36000 |
|     Overhead Allowance | 1788 | 1958 | 11578 |
|     Automobile Expense | 400 | 400 | 2400 |
|     Travel Reimbursements | 651 | 500 | 3151 |
|     Relocation Reimbursements | 1051 | 1800 | 10051 |
| Equipment |  |  |  |
|     Computer | 5104 | 0 | 5104 |
|     Software | 406 | 200 | 1406 |
|     Furniture | 0 | 300 | 1500 |
|     Copier | 280 | 0 | 280 |
| Contingency | 0 | 300 | 1500 |
| Total | 17697 | 16643 | 100912 |

1. Based on approval by ACWA.