ARTO J. NUUTINEN, ESQ.
California State Bar No. 147074
BOWIE, ARNESON, KADI & DIXON
4920 Campus Drive
Newport Beach, California  92660
(714) 851-1300

Attorneys for MURRIETA
COUNTY WATER DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　　Defendants. | CIV. NO. 1247-SD-T<br><br>STIPULATION TO ALLOW<br>MURRIETA COUNTY WATER<br>DISTRICT TO WITHDRAW<br>ITS REPRESENTATIVE TO<br>THE STEERING COMMITTEE<br>[Code Civ. Proc. § 283] |

It is hereby stipulated and agreed by and between the parties hereto by their respective counsels or authorized representatives, that the Murrieta County Water District (the "District") may withdraw its representative to the Steering Committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee"). The "Order for the Appointment of an Additional Representative to the Steering Committee (Civ. No. 1247-SD-T), whereby the District's membership in the Steering Committee and its eligibility to appoint a representative thereto was ordered, was granted on August 21, 1989, by the Honorable Gordon Thompson,

Jr., United States District Judge. The District shall thereafter, upon its withdrawal as a member of the Steering Committee, be relieved of all rights and privileges of membership in the Steering Committee and shall be relieved of its obligation and duty to share in paying all costs, fees, and expenditures of the Watermaster appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

DATED: __1 - 31__, 1990   By _____
                               Attorney for Fallbrook Public
                               Utility District

DATED: _____, 1990   By _____
                               Attorney for Rancho California
                               Water District

DATED: _____, 1990   By _____
                               Attorney for Murrieta County
                               Water District

DATED: _____, 1990   By _____
                               Commanding General, United States
                               Marine Corp., Camp Pendleton, as
                               the authorized representative of
                               the United States of America

1  Jr., United States District Judge. The District shall thereafter,
2  upon its withdrawal as a member of the Steering Committee, be
3  relieved of all rights and privileges of membership in the
4  Steering Committee and shall be relieved of its obligation and
5  duty to share in paying all costs, fees, and expenditures of the
6  Watermaster appointed pursuant to "Order for the Appointment of a
7  Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on
8  March 13, 1989, by the Honorable Gordon Thompson, Jr., United
9  States District Judge.

12  DATED: _____, 1990   By _____
13                                     Attorney for Fallbrook Public
                                       Utility District

14  DATED: _1-17_____, 1990   By _/s/ Arthur L. Kidman_____
15                                     Attorney for Rancho California
                                       Water District

17  DATED: _____, 1990   By _____
18                                     Attorney for Murrieta County
                                       Water District

19
20  DATED: _____, 1990   By _____
                                       Commanding General, United States
21                                     Marine Corp., Camp Pendleton, as
                                       the authorized representative of
22                                     the United States of America

- 2 -

```
1  Jr., United States District Judge.  The District shall thereafter,
2  upon its withdrawal as a member of the Steering Committee, be
3  relieved of all rights and privileges of membership in the
4  Steering Committee and shall be relieved of its obligation and
5  duty to share in paying all costs, fees, and expenditures of the
6  Watermaster appointed pursuant to "Order for the Appointment of a
7  Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on
8  March 13, 1989, by the Honorable Gordon Thompson, Jr., United
9  States District Judge.
```

DATED: _____, 1990   By _____
                                   Attorney for Fallbrook Public
                                   Utility District

DATED: _____, 1990   By _____
                                   Attorney for Rancho California
                                   Water District

DATED: January 2, 1991 [~~1990~~]   By [signature]
                                   Attorney for Murrieta County
                                   Water District

DATED: _____, 1990   By _____
                                   Commanding General, United States
                                   Marine Corp., Camp Pendleton, as
                                   the authorized representative of
                                   the United States of America

Jr., United States District Judge. The District shall thereafter, upon its withdrawal as a member of the Steering Committee, be relieved of all rights and privileges of membership in the Steering Committee and shall be relieved of its obligation and duty to share in paying all costs, fees, and expenditures of the Watermaster appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

DATED: _____, 1990   By _____
                                 Attorney for Fallbrook Public
                                 Utility District

DATED: _____, 1990   By _____
                                 Attorney for Rancho California
                                 Water District

DATED: _____, 1990   By _____
                                 Attorney for Murrieta County
                                 Water District

DATED: 17 January 1991 ~~1990~~   By   Colonel E. J. Turse
                             For the Commanding General, United States
                                 Marine Corp., Camp Pendleton, as
                                 the authorized representative of
                                 the United States of America