1 | ARTO J. NUUTINEN, ESQ.
California State Bar No. 147074
2 | BOWIE, ARNESON, KADI & DIXON
4920 Campus Drive
3 | Newport Beach, California  92660
(714) 851-1300
4 |
5 | Attorneys for MURRIETA
COUNTY WATER DISTRICT
6 |
7 |



8 |                IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA        )    CIV. NO. 1247-SD-T
                                    )
12 |            Plaintiff,          )    DECLARATION OF
                                    )    WILLIAM BALDWIN
13 |       v.                       )    [28 USC §1746]
                                    )
14 | FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,               )
15 |                                )
                Defendants.         )
16 | _____    )

17 |       I, William Baldwin, hereby declare and state as

18 | follows:

19 |       1.   I am the General Manager of the Murrietta County

20 | Water District ("MCWD"), a county water district organized

21 | and operating under Section 30000 et seq. of the Water Code

22 | of the State of California.

23 |       2.   I have personal knowledge of the facts contained

24 | within this declaration and if called upon to testify could

25 | and would competently do so under oath.

26 |       3.   On April 1, 1989, at a regularly scheduled meeting,

27 | I brought forth a proposal to the Steering Committee on

28 | behalf of MCWD to allow MCWD to petition the United States

-1-

District Court for the Southern District of California to become a member of the Steering Committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) (the "Steering Committee").

4.   On August 21, 1989, MCWD was appointed to the Steering Committee by "Order for the Appointment of an Additional Representative to the Steering Committee" granted by the Honorable Gordon Thompson, Jr., United States District Judge.

5.   On December 12, 1990, I was present at a meeting of the Board of Directors of MCWD wherein the Board, based on its review and evaluation of the financial feasibility of MCWD's continued membership on the Steering Committee, adopted Resolution No. 90-18, ordering the petition for withdrawal of MCWD from the Steering Committee.  A true a correct copy of Resolution No. 90-18 is attached to the declaration as Exhibit "A" and is incorporated herein by this reference.

6.   On December 19, 1990, at a regular meeting I proposed to the members of the Steering Committee that MCWD be permitted to resign from the Steering Committee.

7.   By unanimous approval the Steering Committee accepted the resignation of MCWD from the Steering Committee on December 19, 1990, allowing MCWD to petition the United States District Court to resign from the Steering Committee.

A copy of the Minutes of the Steering Committee Meeting held on December 17, 1990 is attached as Exhibit "B" and incorporated by this reference.

-2-



1       8.   I declare under penalty of perjury that the

2   foregoing is true and correct, and that this declaration is

3   executed on <u>Feb. 14</u>   , 1991, at <u>Murrieta</u>, California.

4

5

6                                    _W.M. Babb_

7                                     William Baldwin
                                  General Manager

8                                     Murrieta County Water
                                  District

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

RESOLUTION NO. 90-18

RESOLUTION OF THE BOARD OF DIRECTORS OF
MURRIETA COUNTY WATER DISTRICT TO
PETITION THAT ITS REPRESENTATIVE TO THE
STEERING COMMITTEE APPOINTED BY THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA FOR THE
SANTA MARGARITA WATERSHED BE WITHDRAWN

WHEREAS, the Murrieta County Water District (the "District")
is a county water district formed under and existing pursuant to
Section 30000 et seq. of the California Water Code; and

WHEREAS, there exists within the Santa Margarita Watershed
basin area a Steering Committee composed of representatives of the
substantial water users therein (the "Steering Committee"); and

WHEREAS, the Steering Committee appointed by the United
States District Court for the Southern District of California (the
"Court") consists of a representative appointed by each of the
following parties:  the United States of America, Fallbrook Public
Utility District, Rancho California Water District and the
District;

WHEREAS, the District desires to petition the Court to allow
the District to withdraw its representative from to the Steering
Committee;

WHEREAS, in the alternative, the District desires to petition
the Court to change the obligation and duty of the members of the
Steering Committee to share in paying all costs, fees, and
expenditures of the Watermaster from a proportionate amount based

upon representation on the Steering Committee to an assessment based upon proportionate use of water within the Santa Margarita Watershed basin;

NOW, THEREFORE, the Board of Directors does hereby RESOLVE, DETERMINE and ORDER as follows:

Section 1.  That the District shall petition the Court to allow the District to withdraw its representative from the Steering Committee:

Section 2.  That upon the District withdrawing its membership in the Steering Committee the District will be relieved of its current obligation and duty to share the costs, fees and expenditures of the Watermaster (appointed by the Court to oversee the management of the Santa Margarita Watershed) in a proportionate amount with all other members of the Steering Committee.

Section 3.  That in the event the District cannot withdraw from membership in the Steering Committee the District shall then petition the Court to change the obligation and duty to share in paying all costs, fees, and expenditures of the Watermaster from a proportionate share based upon representation on the Steering Committee to an assessment based upon the proportionate use of water within the Santa Margarita Watershed basin;

AJN/10.1/01
12/05/90

ADOPTED, SIGNED and APPROVED this 12th day of Dec , 1990 .


President/Vice President of the
Murrieta County Water District and
the Board of Directors thereof


Secretary/Assistant Secretary of the
Murrieta County Water District and
the Board of Directors thereof

AJN/10.1/01
12/05/90

STATE OF CALIFORNIA    )
                           ) ss.
COUNTY OF RIVERSIDE    )

I, Margaret J. Malone____, Secretary/Assistant Secretary of the Board of Directors of the Murrieta County Water District, do hereby certify that the above and foregoing is a full, true and correct copy of Resolution No. 90-18 of said Board, and that the same has not been amended or repealed.

DATED:   December 12, 1990

Secretary/Assistant Secretary of
the Murrieta County Water District
and the Board of Directors thereof

AJN/10.1/01
12/05/90

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF RIVERSIDE      )

I, Margaret J. Malone ___, Secretary/Assistant Secretary of the Board of Directors of the Murrieta County Water District, do hereby certify that the foregoing Resolution was adopted by the Board of Directors at the regular meeting of said Board held on the 12th day of December 1990, and that it was so adopted by the following vote:

AYES:       Directors:  M.A. Matteson, Paul de la Garrigue, Homer Mohn, Barry Silver

NOES:       Directors:  None

ABSTAIN:    Directors:  None

ABSENT:     Directors:  Gary Allen

*Margaret J. Malone*
Secretary/Assistant Secretary of
the Murrieta County Water District
and the Board of Directors thereof

AJN/10.1/01
12/05/90

EXHIBIT "B"


## SANTA MARGARITA RIVER WATERSHED
## WATERMASTER STEERING COMMITTEE MEETING


On December 19, 1990, at 9:30 a.m. a meeting of the Steering Committee was held at the Fallbrook Public Utility District Board Room.

| Steering Committee Members | Representing |
|---|---|
| Gordon Tinker, Chairman | Fallbrook PUD |
| Larry Carlson | MCB, Camp Pendleton |
| John Hennigar | Rancho California WD |
| Bill Baldwin | Murrieta County WD |

The following were also present:

Jim Jenks, Watermaster
Jim Seabourn, Anza Water Municipal Advisory Council
Bob Wheeler, Anza Water Conservation Association
Mike McPherson, MCB, Camp Pendleton
Lt. Col. Jim Taylor, MCB, Camp Pendleton
Bob James, FPUD
Bill MacMillan, Metropolitan Water District
Lorraine Aoys, Metropolitan Water District
Ed Lotz, Riverside County Flood Control
Jason Christie, Riverside County Flood Control
Ruth Beglin, Watermaster Office
Tom Cottle, Landowner
Ed Burbee, Pechanga Indian Reservation
Tim Sanford-Wachtel, Cahuilla Band of Indians


1.   Approval of September 25, 1990 Meeting Minutes - The Minutes of the September 24, 1990 Meeting were approved as written.

2.   Election of New Chairman of Steering Committee - Mr. John Hennigar, Rancho California Water District, was nominated, and unanimously elected as the new Chairman of the Steering Committee. The Committee thanked Gordon Tinker for serving as Chairman since April, 1989.

3.   Murrieta County Water District Concerns - Bill Baldwin advised the Committee that the Board of Directors of Murrieta County Water District had asked him to research the resignation of MCWD from the Steering Committee. Mr. Baldwin stated that it was financially infeasible for MCWD to remain on the Committee and Counsel for MCWD has circulated a Stipulation for Withdrawal to effect the resignation. After discussion, a motion was made and seconded and unanimously approved to accept the resignation of MCWD from the Steering Committee effective December 31, 1990, and to cover the budget shortfall for the remainder of the year with funds from the 1989-90 Water Year. The Committee also noted that the Court Order establishing the Steering Committee should include a dissolution clause. It was also suggested that Eastern

Municipal Water District might be interested in membership on the Steering Committee and Mr. Hennigar offered to initiate discussions with them. The Committee requested Mr. Jenks to present alternative funding measures at the next meeting.

4. <u>Substantial Users</u> - Mr. Jenks reported that 80% of substantial users contacted had responded with water use information for the water year ending 1990. All of the others have been contacted and have indicated their responses would be forthcoming.

5. <u>Dunn Ranch Dam</u> - At the last meeting, a draft Memorandum of Understanding and Agreement on Operation of Dunn Ranch Dam (MOU) was distributed to interested parties in the Anza Valley for comment within ten days. One comment was received from Mr. Bob Wheeler and Mr. Jenks responded to those comments by letter. Mr. Jenks also related that he had sent the MOU and the supporting documentation to Judge Thompson for review with a request for authorization of the Watermaster to sign the document. Judge Thompson reviewed the document and drafted an Order authorizing Mr. Jenks as Watermaster to sign the MOU. The MOU was signed by Mr. Jenks and Mr. Larry Minor of Agri-Empire, Inc. on November 21, 1990.

6. <u>Agri-Empire Application No. 28930</u> - Mr. Jenks related that he had written to Agri-Empire, Inc. requesting a proposal for an interim operation procedure until the SWRCB takes action regarding Water Rights Application No. 28930. Agri-Empire was also requested to leave open the outlets for each of the three existing dams on Chihuahua Creek to avoid storage of surface water without a water right.

7. <u>Gaging Stations</u> - Mr. Jenks reported the USGS is applying to the Fish and Game Commission for a stream alteration permit to clear the brush around gaging stations to discourage construction of beaver dams.

8. <u>Lake Skinner</u> - Voluntary releases of 1/2 cfs from Lake Skinner to replenish groundwater levels were done during November and December in anticipation of Well AV-28 reaching its trigger point. Mr. MacMillan reported that an additional 78 acre feet had been released to Tecolata Creek as part of scheduled maintenance of facilities.

9. <u>Annual Report</u> - Mr. Jenks informed the committee that a draft of the Annual Report for Water Year 1989-90 would be distributed about mid-February with comments to be received prior to and discussed at the March meeting. He noted that the Court Order required calculating the quantity of subsurface water in storage. These calculations are being done by using court maps, to establish the surface area of subsurface sources, drillers'

2

<u>Aguanga Valley Subdivision</u> - Mr. Jenks discussed that he had been contacted recently by representatives of the Ward Family Trust which is proposing to subdivide 193 acres in the Aguanga Valley into a development of 22 5-acre home sites.  Water supply is to be provided by a private water system operating two existing wells.   Mr. Strange  , a nearby landowner has also contacted the Watermaster Office.   He believes the development will adversely affect the quantity and quality of the water available from Temecula Creek.

After discussion, the Committee requested Mr. Jenks to develop a well-measurement program to provide needed data about water quantity in the Watershed.   It was also suggested to contact the Department of Water Resources about cooperating in such a program.

12.   <u>Next Meeting</u> - The date for the next meeting is March 27, 1991.

Meeting adjourned.

4