ARTO J. NUUTINEN, ESQ.
California State Bar [No.] ...4
BOWIE, ARNESON, KADI & DIXON
4920 Campus Drive
Newport Beach, California ...
(714) 851-1300

Attorneys for MURRIETA
COUNTY WATER DISTRICT



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 1247-SD-T |
| Plaintiff, ) | ORDER FOR THE WITHDRAWAL OF MURRIETA COUNTY WATER DISTRICT'S REPRESENTATIVE TO THE STEERING COMMITTEE [Code Civ. Proc. § 1003] |
| v. ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

Based upon the Stipulation of Parties, attached hereto as Exhibit "A", to allow Murrieta County Water District (the "District") to withdraw from membership in the Steering Committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee");

On proof provided to and satisfactory to the Court that the withdrawal of the District to the Steering Committee and the withdrawal of the District's representative thereto should be granted.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

- 1 -

1. The District is hereby removed as a member of the Steering Committee and its representative thereto is withdrawn;

2. The District's rights and privileges of membership in the Steering Committee and its obligation and duty to share in paying all costs, fees and expenditures of the Watermaster are hereby terminated effective upon the date of this Order.

DATED: 2-20-91

_____
United States District Judge