ARTO J. NUUTINEN, ESQ.
CALIFORNIA STATE BAR NO. 147074
BOWIE, ARNESON, KADI & DIXON
4920 Campus Drive
Newport Beach, California   92660
Telephone (714) 851-1300

Attorneys for
MURRIETA COUNTY WATER DISTRICT



FILED
RECEIVED
LODGED
ENTERED

APR - 9 1991

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, et. al. Defendants | CIV. NO. 1247-SD-T GT<br>DECLARATION OF ARTO J. NUUTINEN<br>[28 USC § 1746] |

I, Arto J. Nuutinen, hereby declare and state as follows:

1.  I am an attorney at law duly licensed as such to practice before all of the courts in the State of California and the United States District Court for the Southern District of California, and I am an associate with BOWIE, ARNESON, KADI & DIXON, attorneys for MURRIETA COUNTY WATER DISTRICT.

2.  I have personal knowledge of the facts contained within this declaration, and if called upon to testify, could and would competently do so under oath.

3.  On February 18, 1991, I forwarded by certified United States mail the following documents: an original Stipulation, executed in four counterparts by counsel to or authorized representatives of all current representatives to the Steering Committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civil No. 1247-50-5), granted by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") to allow Murrieta County Water District to withdraw its representative to the Steering Committee; Declaration of William Baldwin, General Manager of the Murrieta County Water District; and an order for the withdrawal of Murrieta County Water District's representative to the Steering Committee.

4.  On March 19, 1991, I spoke with David Zubkoff, law clerk to the Honorable Gordon Thompson, Jr., who informed me that the Order for the Withdrawal of Murrieta County Water District's Representative to the Steering Committee had been executed by the Honorable Gordon Thompson, Jr.; that the Stipulation, Declaration, and Order forwarded by me to the United States District Court for the Southern District of California on February 18, 1991, could not be located among the files and records of the Court; that I should resubmit the Order to the Court; and that I should attach photocopies of the Declaration of William Baldwin and the four executed counterparts comprising the Stipulation to allow Murrieta County Water District to withdraw its representative to the Steering committee.

5. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on March 22, 1991, at Newport Beach, California.

_____
Arto J. Nuutinen