OK to file.

[Paul (GT)

FILED _____ LODGED
_____ RECEIVED _____ ENTERED

NOV 1 8 1991

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br> vs.<br><br>FALLBROOK PUBLIC UTILITY,<br>DISTRICT, et al,<br><br>    Defendants | No. 1247-SD-C<br><br>SANTA MARGARITA RIVER<br>WATERSHED 1990 SUBSTANTIAL<br>WATER USERS |

```
                 SANTA MARGARITA RIVER WATERSHED
                   1990 SUBSTANTIAL WATER USERS
                      SECTION A - WELLS
-------------------------------------------------------------------
                              IRRIGATED    WELL LOCATION/NUMBER
                               PARCEL           TOWNSHIP
CURRENT OWNER                  NUMBER       RANGE, SECTION
-------------------------------------------------------------------
AGUANGA GROUNDWATER AREA
Clawson, Gary A.             581-070-014    8S/1E-7N(1)
   43425 Sage Rd                            8S/1E-7N(2)
   Aguanga, CA 92536                        8S/1E-7Q(1)
                                            8S/1E-7Q(2)
                             917-050-009
                             917-050-007
                             581-007-013
                             581-150-013
                             581-150-016


Cottle, Thomas C.            583-040-029    8S/1E-19K
   42551 Hwy 79                             8S/1E-19G4
   Aguanga, CA 92536         583-040-028
                             583-040-024
                             583-040-025
                             583-040-026
                             583-040-027



Strange, Owen W. & Elizabeth G.  583-040-022   8S/1E-19Q(1)
Trustees, Strange Living Trust                 8S/1E-19Q(2)
   m/t P.O. Box 1974         583-040-021
   Rancho Santa Fe, CA 92067 583-130-001
   43023 Hwy 79              583-060-003
   Aguanga, CA   92536       583-120-001



Twin Creek Ranch, L.P.       583-120-081
   c/o Lawrence Wrobleski    583-120-083    8S/1E-28N1
   P. O. Box 407                            8S/1E-28N(2)
   Murrieta, CA    92362     583-120-084    8S/1E-29H
   Highway 79, Aguanga       583-150-001
                             583-140-014    8S/1E-33F
                             583-140-015    8S/1E-33G1
                             583-140-016    8S/1E-33B
                             583-140-018
                             583-140-020
```

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| AGUANGA GROUNDWATER AREA (Cont.) | | |
| Vrieling, Gerrit J. & Betty J.<br>  m/t 15015 Cheshire<br>  La Mirada, CA, 90638<br>  45203 Hwy 371<br>  Aguanga, CA  92536 | 583-240-22 | 8S/1E-23N |
| Harris, Homer N. & Dolores G.<br>  44444 Sage Road<br>  Aguanga, CA 92536 | 581-150-009<br><br>581-160-014<br><br>581-160-015 | 8S/1E-18H(1)<br>8S/1E-18H(2)<br>8S/1E-18J(1)<br>8S/1E-18J(2) |
| Missionary Foundation, Inc.<br>  m/t 5169 Harriett Circle<br>  Riverside, CA 92505<br>  44200 Sage Rd<br>  Aguanga, CA 92536 | 581-120-006<br>581-170-004 | 8S/1E-8K2<br>8S/1E-17B<br>8S/1E-17H |

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

------------------------------------------------------------------------

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|

------------------------------------------------------------------------

TEMECULA CREEK ABOVE AGUANGA GROUNDWATER AREA

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| Agri-Empire, Inc. | 114-030-008 ** | 9S/2E-22F |
| P. O. Box 490 | 113-130-001 ** | 9S/2E-17C |
| San Jacinto, CA    92383 | 113-140-003 | 9S/2E-16N(2) |
| | | 9S/2E-16M |
| ** Parcel not irrigated, but well | | 9S/2E-16F(1) |
| is located on this parcel | | 9S/2E-16N(1) |
| | | 9S/2E-16F(2) |
| | 113-140-004 | |
| | 113-090-005 | |
| | | |
| Bergman, Arlie W. & Coral R. | 113-140-001 | 9S/2E-16B |
| 37126 Hwy 79 | | 9S/2E-16K |
| Aguanga, Ca 92536 | 113-140-002 | |
| | 114-020-012 | |
| | 114-030-010 | |
| | 113-130-003 | |
| | 113-130-004 | |
| | | |
| Ward, Alvis A | 112-030-022 | 9S/1E-1K |
| m/t 2 Rue Biarritz | 112-030-058 | 9S/1E-1Q(1) |
| Newport Beach, CA 92660 | | 9S/1E-1Q(2) |
| 38790 Highway 79 | 112-030-038 | |
| Warner Springs, CA   92086 | Crops are irrigated from well on | |
| | Donald Ward's property | |
| Ward, Donald F. | 112-030-059 | 9S/1E-1P(1) |
| 38790 Highway 79 | | 9S/1E-1P(2) |
| Aguanga, CA   92536 | 112-030-067 | |
| | | |
| Templeton, Robert D. & Linda K. | 114-070-007 | 9S/2E-27R1 |
| 35490 Highway 79 | | 9S/2E-27R2 |
| Warner Sprngs, CA 92086 | | 9S/2E-27J |
| | 114-120-042 | 9S/2E-35D2 |
| | | 9S/2E-35D1 |
| | 114-080-014 | |
| | 114-080-013 | |

Page 3  - Well number in parentheses designated by Watermaster

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

---

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|

---

TEMECULA CREEK ABOVE AGUANGA GROUNDWATER AREA (Cont.)

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| Sympson, Claud F. | 114-070-001 | 9S/2E-27D |
| m/t 501 S. Olive | | |
| Anaheim, CA  92805 | 114-020-004 | 9S/2E-22P |
| Highway 79 | 114-030-005 | |
| Warner Springs, CA  92086 | 114-070-026 | |
| | | |
| Sympson, Claud F. and | 114-070-032 | 9S/2E-27C |
| Eric & Judith Kroesche | | |
| m/t 501 S. Olive, Anaheim, CA 92805 | | |
| Highway 79, Warner Springs, CA 92086 | | |

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

------------------------------------------------------------------

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|

------------------------------------------------------------------

WILSON CREEK ABOVE AGUANGA GROUNDWATER AREA
    ANZA VALLEY

| | | |
|---|---|---|
| Agri-Empire, Inc. | 575-310-002 | 7S/3E-14C2 |
|   P. O. Box 490 | 575-110-021 | 7S/3E-14D1 |
|   San Jacinto, CA   92383 | 576-110-006 | 7S/3E-21R3 |
| ** Parcel not irrigated, but | 575-060-002 ** | 7S/3E-11N4 |
|   well is on this parcel | | 7S/3E-11P3 |
|   Leased from | 576-130-002* | 7S/3E-27D1 |
|   Cahuilla Indian Reservation | 576-130-001* | |
| | 576-120-002* | |
| | | |
| | 573-090-005 | |
|   Leased from Leighvon Garst | 573-090-006* | |
|   1847 Lincoln St. | | |
|   Long Beach, CA | | |
|   Leased from Sharen L. Bloucher | 573-090-008* | |
|   c/o James M. Bloucher | 573-090-009* | |
|   2385 Carpenter Cyn Road | 573-090-010* | |
|   San Luis Obispo, CA | 573-090-011* | |
| | | |
|   Leased from Stewart Sale | 573-090-012* | |
|   22424 Poplar Court | 573-090-013* | |
|   Murrieta, CA   92362 | 573-090-014* | |
| | 573-090-015* | |
| | 573-090-016* | |
| | 573-090-017* | |
| | | |
| | 573-100-002 | |
| | 575-110-027 | |
| | 575-310-013 | |
| | 575-310-027 | |
| | 575-080-014 | |
| | 575-080-017 | |
| | 575-080-018 | |
| | 575-080-019 | |
| | 575-080-021 | |
| | 575-080-022 | |
| | 575-080-024 | |
| | 575-080-027 | |
| | 575-090-010 | |
| | 573-180-011 | |

* Leased Parcel

```
                     SANTA MARGARITA RIVER WATERSHED
                       1990 SUBSTANTIAL WATER USERS
                          SECTION A - WELLS
---------------------------------------------------------------------

                                  IRRIGATED    WELL LOCATION/NUMBER
CURRENT OWNER                     PARCEL            TOWNSHIP
                                  NUMBER         RANGE, SECTION
---------------------------------------------------------------------

WILSON CREEK ABOVE AGUANGA GROUNDWATER AREA (Cont.)
     ANZA VALLEY
Agri-Empire, Inc.
   P. O. Box 490
   San Jacinto, CA    92383


   Leased from                    573-200-004*
   Linus W. & Helen M. Miller     573-200-005*
   P. O. Box 602                  573-200-006*
   Anza, CA    92306              573-200-007*
                                  573-200-008*
                                  573-200-009*
                                  573-200-010*

                                  576-060-009
                                  576-060-031
                                  576-060-033
                                  576-060-037
                                  576-070-003
                                  576-070-005
                                  576-080-003


   Leased from Phebe Hamilton Tr  576-110-001*
   P. O. Box 102, Anza, CA 92539

                                  576-110-007
                                  576-110-008
                                  576-110-009
                                  575-120-012
                                  575-130-003
                                  575-130-006
                                  575-130-008
                                  575-130-009
                                  575-130-010
                                  575-130-011
                                  575-130-012
                                  575-130-013
* Leased Parcel                   575-130-014
                                  575-130-015
                                  575-140-019

Lake Riverside Estates                            7S/2E-32C1
Community Association
   41610 Lakeshore Blvd
   Aguanga, CA    92536
```

## SANTA MARGARITA RIVER WATERSHED
## 1990 SUBSTANTIAL WATER USERS
## SECTION A - WELLS

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| **LEWIS VALLEY** | | |
| Green Shell Company<br>c/o James L. Shellaberger<br>39850 Sage Road<br>Hemet, CA   92343 | 571-080-012 | 7S/1E-20Q |
| **MURRIETA-TEMECULA GROUNDWATER AREA** | | |
| Poyorena, Thomas J.<br>m/t 22145 Grand Ave<br>Wildomar, CA 92395<br>21853 Palomar St. | 369-510-022 | 6S/4W-35P |
| Murrieta Stud<br>m/t P. O. Box 1187<br>Arcadia, CA 91006<br>42670 Juniper<br>42680 Kalmia<br>42660 Ivy<br>Murrieta, CA 92362 | 906-240-006<br>906-250-013<br>909-140-001 | 7S/3W-20E(1)<br>7S/3W-20E(2)<br>7S/3W-20L |
| Mitchell Stock Farm, Inc.<br>m/t 42125 Elm St<br>Murrieta, CA.   92362<br>25849 Washington Ave<br>Murrieta, CA 92362 | 909-100-007 | 7S/3W-28R |
| Delaney, Jane M.<br>m/t 41820 Hawthorne<br>Murrieta, CA 92362<br>42551 Guava St<br>Murrieta, CA 92362 | 909-090-034<br>909-090-033 | 7S/3W-28D |
| International Immunology<br>m/t 25549 Adams Ave<br>Murrieta, CA 92362 | 909-170-011<br>909-170-010<br>909-060-020 | 7S/3W-21K |
| Temecula Ranchos<br>c/o Milo D. Rowell<br>m/t 2100 Tulare St #405<br>Fresno, CA 93271<br>45055 Rio Linda Rd<br>Temecula, CA | 926-200-006<br>926-430-006 | 8S/2W-14P1<br>8S/2W-14F |

Page 7  - Well number in parentheses designated by Watermaster

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

---

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|

---

MURRIETA-TEMECULA GROUNDWATER AREA (Cont.)

| | | |
|---|---|---|
| Anza Grove | 942-240-005 | 7S/2W-26B1 |
| c/o McMillan Farm Management | 942-240-004 | |
| 29379 Rancho Cal. Rd., #201 | 942-240-003 | |
| Temecula, CA    92390 | 942-180-002 | |
| | | |
| Bear Valley Vineyard Co. Ltd. | 904-050-010 | |
| and | 904-050-011 | 7S/3W-18Q |
| Manley Bear Valley Partners | 904-050-008 | |
| c/o McMillan Farm Management | 904-060-009 | |
| 29379 Rancho Cal. Rd., #201 | 904-060-010 | |
| Temecula, CA   92390 | 904-060-008 | |
| | | |
| Nevada Beverage Co. | 906-020-041 | 7S/3W-7R |
| P. O. Box 93538 | 906-020-042 | 7S/3W-18B |
| Las Vegas, Nevada   89193 | | |
| 41621 Magnolia Ave, Murrieta | | |
| 23981 Adams Ave, Murrieta | | |
| | | |
| Boots, Clydene | 909-100-017 | 7S/3W-21P |
| P. O. Box 321 | 909-090-019 | |
| Murrieta, CA   92362 | | |
| 42042 Guava | | |
| | | |
| Sandoval, Robert A. | 909-100-063 | 7S/3W-28E3 |
| 25821 Douglas | 909-100-062 | |
| Murrieta, CA   92362 | 909-100-064 | |
| | 909-100-065 | |
| | 909-090-020 | 7S/3W-21P6 |
| | | |
| Rancho California Assoc. No. 2 | 906-240-007 | 7S/3W-19R |
| 3146 Quiet Hills | 904-040-071 | |
| Escondido, CA   92025 | | |
| 42835 Ivy St., Murrieta | | |
| | | |
| Hutchison, Robert J. & Coletha | 909-260-035 | 7S/3W-29B |
| P. O. Box 903 | 909-260-041 | |
| Murrieta, CA   92362 | | |
| 25441 Hayes Ave | | |
| | | |
| Carson, David M. & Carol J. | 909-260-036 | 7S/3W-29G |
| 25471 Hayes Ave | 909-260-042 | |
| Murrieta, CA    92362 | | |

Page 8  - Well number in parentheses designated by Watermaster

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

----------------------------------------------------------------------

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|

----------------------------------------------------------------------

MURRIETA-TEMECULA GROUNDWATER AREA (Cont.)

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| Murrieta County Water District |  | 7S/3W-20C9 |
| P. O. Box 949 |  | 7S/3W-20G6 |
| Murrieta, CA   92362 |  | 7S/3W-17R2 |
|  |  | 7S/3W-18J2 |
|  |  | 7S/3W-20D |
|  |  |  |
| Eastern Municipal Water District |  | 7S/3W-15N |
| P. O. Box 8300 |  |  |
| San Jacinto, CA   92383-1300 |  |  |
|  |  |  |
| Rancho California Water District |  |  |
| P. O. Box 9017 |  | 8S/2W-17J1 |
| Temecula, CA   92390-0737 |  | 8S/1W-6K1 |
|  |  | 8S/1W-6H |
|  |  | 8S/1W-6J |
|  |  | 8S/2W-11P |
|  |  | 8S/2W-12J1 |
|  |  | 8S/2W-20C |
|  |  | 8S/2W-15D |
|  |  | 8S/2W-20B5 |
|  |  | 8S/2W-12K2 |
|  |  | 8S/2W-17G |
|  |  | 8S/2W-11R |
|  |  | 8S/2W-12H |
|  |  | 8S/2W-15C1 |
|  |  | 8S/2W-11R |
|  |  | 8S/2W-12J |
|  |  | 8S/1W-7C |
|  |  | 8S/2W-17J |
|  |  | 8S/1W-6P |
|  |  | 8S/2W-11N |
|  |  | 8S/2W-17M1 |
|  |  | 7S/2W-27J |
|  |  | 7S/2W-26G |
|  |  | 7S/2W-35M |
|  |  | 7S/2W-28J |
|  |  | 7S/2W-34M5 |
|  |  | 7S/3W-36M |

```
                    SANTA MARGARITA RIVER WATERSHED
                    1990 SUBSTANTIAL WATER USERS
                        SECTION A - WELLS
------------------------------------------------------------------------
                               IRRIGATED    WELL LOCATION/NUMBER
CURRENT OWNER                   PARCEL            TOWNSHIP
                                NUMBER        RANGE, SECTION
------------------------------------------------------------------------
MURRIETA-TEMECULA GROUNDWATER AREA (Cont.)
Rancho California Water District
                                             7S/2W-20L
                                             8S/2W-6F
                                             7S/2W-32G
                                             7S/2W-33F
                                             8S/2W-7A1
                                             8S/3W-1Q
                                             8S/2W-14B
                                             7S/2W-25H1
                                             7S/3W-25M1
                                             7S/3W-35A
                                             8S/2W-20E
                                             8S/2W-20P
                                             8S/2W-20R
                                             7S/3W-34G1
                                             8S/3W-2Q1
                                             8S/3W-11B
                                             7S/3W-34J
                                             7S/3W-27M
                                             7S/3W-27D3
                                             7S/3W-28C
                                             7S/3W-18Q
                                             7S/3W-18H1
                                             7S/3W-27G
                                             8S/1W-7B
                                             8S/1W-7D
                                             8S/2W-11J3
                                             8S/2W-11P1
                                             7S/3W-26R1
                                             7S/3W-26J1
                                             7S/3W-25E1
                                             8S/2W-19J
```

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION A - WELLS

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| SANTA MARGARITA RIVER BELOW GORGE DE LUZ CREEK | | |
| Ezor, Albert E. & Sylvia L. m/t 31421 Cavendish Dr. Los Angeles, Ca 90064 DeLuz Creek Road, Fallbrook | 101-271-017 | 8S/4W-29D |
| Woosley, Donna J. Rt. 6, Box 49-B Fallbrook, CA  92028 | 101-271-013 | 8S/4W-29E(1) 8S/4W-29E(2) |
| Durling, Robert G. & Eleanor J. 40401 DeLuz Rd Fallbrook, Ca 92028 | 101-271-008 | 8S/4W-29M 8S/4W-29N(1) 8S/4W-29N(2) |
| Durling, Don & Margaret 41500 DeLuz Road Fallbrook, CA 92028 | 101-210-041 101-210-039 101-210-028 101-210-027 101-180-005 101-180-001 | 8S/4W-20G 8S/4W-20M(1) 8S/4W-20M(2) |
| Matthews, Richard R. Baum, Mary J. 7950 S. Alamedas St Huntington Park, Ca 90256 m/t Stephen Lopardo, Esq. P O Box 427, Fallbrook 92028 | 101-210-053 | 8S/4W-20A(1) 8S/4W-20H(1) 8S/4W-20H(2) 8S/4W-20A(2) 8S/4W-20H(3) |
| Durlings Nursery 41500 DeLuz Rd Fallbrook, Ca 92028 | 101-210-042 | 8S/4W-20L(1) 8S/4W-20F 8S/4W-20L(2) 8S/4W-20L(3) 8S/4W-20L(4) |
| Raley, Harold R. & Mary E. 41321 DeLuz Creek Rd Fallbrook, Ca 92028 | 101-210-011 | 8S/4W-20Q(1) 8S/4W-20Q(2) |

## SANTA MARGARITA RIVER WATERSHED
## 1990 SUBSTANTIAL WATER USERS
## SECTION A - WELLS

| CURRENT OWNER | IRRIGATED PARCEL NUMBER | WELL LOCATION/NUMBER TOWNSHIP RANGE, SECTION |
|---|---|---|
| **SANTA MARGARITA RIVER BELOW GORGE DE LUZ CREEK (Cont.)** | | |
| Herbel, John & Jeraldine<br>41257 DeLuz Rd<br>Fallbrook, Ca 92028 | 101-210-012 | 8S/4W-20Q(1)<br>8S/4W-20Q(2)<br>8S/4W-20Q(3) |
| Wagner, Wilbur A. & Shirley A.<br>14539 San Dieguito Drive<br>Las Mirada, CA   90638<br>DeLuz Road, Fallbrook | 101-210-022<br><br><br>101-210-023 | 8S/4W-20P(1)<br>8S/4W-20P(2)<br>8S/4W-20P(3) |
| Welburn, Douglas J. & Sue<br>Rt. 6, Box 77<br>Fallbrook, CA   92028 | 101-571-008 | 8S/4W-28G1 |
| **SANDIA CREEK** | | |
| Cal June, Inc.<br>P. O. Box 9551<br>North Hollywood, CA   91609<br>40376 Sandia Creek Rd<br>Fallbrook, CA   92028 | 101-360-040 | 8S/4W-25P(1)<br>8S/4W-25P(2)<br>8S/4W-25P(3)<br>8S/4W-25P(4)<br>8S/4W-25P(5) |
| **SANTA MARGARITA RIVER** | | |
| Leland Henderson<br>m/t Margarita Land<br>& Development<br>PO Box 584, Fbk.92028<br>47981 & 47991 Willow Glen Rd<br>Temecula, CA   92390 | 918-040-100 | 8S/3W-33Q1<br>8S/3W-33Q(2) |
| U. S. Marine Corps<br>Camp Pendleton, CA   92055 | | 10S/4W-7A2<br>10S/4W-7H2<br>10S/4W-7R2<br>10S/4W-18E3<br>10S/4W-18M4<br>10S/5W-13R2<br>10S/5W-23G3<br>10S/5W-23J1<br>10S/5W-23K2<br>10S/5W-26C1<br>11S/5W-2A1<br>10S/5W-26F1<br>11S/5W-2D3 |

```
                    SANTA MARGARITA RIVER WATERSHED
                     1990 SUBSTANTIAL WATER USERS
                          SECTION A - WELLS
-----------------------------------------------------------------------
                                   IRRIGATED   WELL LOCATION/NUMBER
CURRENT OWNER                       PARCEL          TOWNSHIP
                                    NUMBER      RANGE, SECTION
-----------------------------------------------------------------------
LOWER MURRIETA

Zamora, John & Linda               915-120-018      7S/1W-10R1
    39800 E. Benton Road                            7S/1W-10R2
    Temecula, CA   92390                            7S/1W-10R3
                                                    7S/1W-10R4
```

SANTA MARGARITA RIVER WATERSHED
1990 SUBSTANTIAL WATER USERS
SECTION B - SURFACE DIVERSIONS

----------------------------------------------------------------

|  |  DIVERSION LOCATION |
| CURRENT OWNER | TOWNSHIP |
|  | RANGE, SECTION |

----------------------------------------------------------------

**AGUANGA GROUNDWATER AREA**

Cottle, Thomas C.
    42551 Hwy 79
    Aguanga, CA 92536
        AND                                     8S/1E-29L
Strange, Owen W. & Elizabeth G.
Trustees, Strange Living Trust
    m/t P.O. Box 1974
    Rancho Santa Fe, CA 92067
    43023 Hwy 79
    Aguanga, CA  92536


Twin Creek Ranch, L.P.              8S/1E-28N
    c/o Lawrence Wrobleski
    P. O. Box 407
    Murrieta, CA   92362
    Highway 79, Aguanga

Missionary Foundation, Inc.         8S/1E-9Q
    m/t 5169 Harriett Circle
    Riverside, CA 92505
    44200 Sage Rd
    Aguanga, CA 92536


**TEMECULA CREEK ABOVE AGUANGA GROUNDWATER AREA**

Agri-Empire, Inc.                   9S/2E-16N
    P. O. Box 490
    San Jacinto, CA   92383


**MURRIETA-TEMECULA GROUNDWATER AREA**

Rancho California Water District  8S/1W-10D
    P. O. Box 9017
    Temecula, CA   92390-0737

```
              SANTA MARGARITA RIVER WATERSHED
               1990 SUBSTANTIAL WATER USERS
               SECTION B - SURFACE DIVERSIONS
-----------------------------------------------------------------
                                    DIVERSION LOCATION
CURRENT OWNER                            TOWNSHIP
                                     RANGE, SECTION
-----------------------------------------------------------------
SANTA MARGARITA RIVER BELOW GORGE

     SANDIA CREEK

Cal June, Inc.                      8S/4W-25P
     P. O. Box 9551
     North Hollywood, CA   91609
     40376 Sandia Creek Rd
     Fallbrook, CA   92028

     SANTA MARGARITA RIVER

Leland Henderson                    8S/3W-33Q
     m/t Margarita Land
     & Development
     PO Box 584, Fallbrook   92028
     47981 & 47991 Willow Glen Rd
     Temecula, CA   92390

U. S. Marine Corps                  9S/4W-5E
     Camp Pendleton, CA    92055


LOWER MURRIETA

Duncan, Frank & Marjorie R.         7S/1E-7E
Sage Ranch Nursery
     m/t 1850 N. Whitley #1219
     Hollywood, CA    90028
     42525 E. Benton Rd.
```

```
            SANTA MARGARITA RIVER WATERSHED
             1990 SUBSTANTIAL WATER USERS
            SECTION C - SURFACE IMPOUNDMENTS
------------------------------------------------------------
CURRENT OWNER                    IMPOUNDMENT          LOCATION
                                 NAME      TOWNSHIP, RANGE, SECTION
------------------------------------------------------------
```

| CURRENT OWNER | IMPOUNDMENT NAME | LOCATION TOWNSHIP, RANGE, SECTION |
|---|---|---|
| U. S. Marine Corps<br>   Camp Pendleton, CA   92055 | O'Neill Lake | 10S/4W-5 & 8 |
| Rancho California Water District<br>   P. O. Box 9017<br>   Temecula, CA   92390-0737 | Vail Lake | 8S/1W-10 |
| Agri-Empire, Inc.<br>   P. O. Box 490<br>   San Jacinto, CA   92383 | Dunn Ranch Dam | 7S/3E-13 |
|  | Chihuahua Creek Reservoirs | 9S/2E-1 |