# WATERMASTER
## SANTA MARGARITA RIVER WATERSHED

P.O. Box 631
Fallbrook, California 92028
(619) 728-1028
FAX (619) 728-1990



FILED ___ LODGED
RECEIVED ___ ENTERED
FEB 18 1992
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

February 12, 1992

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
940 Front Street
San Diego, California  92189

     Re:  Civ. No. 1247-SD-T

Dear Judge Thompson:

     Responsive to Section IV of the Order for the Appointment of a Watermaster; Powers and Duties, dated March 13, 1989, I've enclosed an independent audit report of Santa Margarita River Watershed Watermaster financial condition for the year ending September 30, 1991.

     Copies of the audit report are being mailed to members of the Santa Margarita River Watershed Steering Committee. In addition, parties on the Court's service list will be advised that copies of the report are available at the Watermaster's Office.

                                   Very truly yours,

                                   James S. Jenks
                                   Watermaster

JSJ:rbb

Enclosure

cc:  Fallbrook Public Utility District
     Rancho California Water District
     Marine Corps Base, Camp Pendleton

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

## SEPTEMBER 30, 1991

*Financial Statements*

Certified Public Accountant
A Professional Corporation

[...]brook, CA 92028-0398
(619) 728-8393

Watermaster of the Santa
Margarita River Watershed

<u>Independent Auditor's Report</u>

     We have audited the accompanying balance sheet of Watermaster of the Santa Margarita River Watershed as of September 30, 1991 and the related statements of income and retained earnings and cash flows for the year then ended. These financial statements are the responsibility of the Watermaster. Our responsibility is to express an opinion on these financial statements based on our audit.

     We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

     In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Watermaster of the Santa Margarita River Watershed as of September 30, 1991 and the results of its operations and changes in its financial position for the year then ended, in conformity with generally accepted accounting principles.

                                                *Richard F. Levering* [signature]
                                                Richard F. Levering
                                                Certified Public Accountant

December 31, 1991

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

BALANCE SHEET

September 30, 1991

## ASSETS

| | |
|---|---:|
| **Current assets:** | |
| Cash | $ 97,395 |
| Prepaid insurance | 1,051 |
| Total current assets | 98,446 |
| **Property, plant and equipment:** | |
| Equipment | 10,446 |
| Less -- Accumulated depreciation | (6,303) |
| Total property, plant and equipment | 4,143 |
| Total assets | $102,589 |

## LIABILITIES AND EQUITY

| | |
|---|---:|
| **Current liabilities:** | |
| Accounts payable | $ 2,101 |
| Total current liabilities | 2,101 |
| **Equity:** | |
| Retained earnings per accompanying statement | 100,488 |
| Total liabilities and equity | $102,589 |

SEE ACCOMPANYING NOTES TO FINANCIAL STATEMENTS

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

STATEMENT OF INCOME AND CHANGES IN RETAINED EARNINGS

For the Water Year Ending September 30, 1991

| | |
|---|---:|
| Income: | |
|   Assessments | $140,527 |
|   Interest | 5,494 |
|     Total income | 146,021 |
| Watermaster fees and expenses: | |
|   Consulting fee | 63,712 |
|   Auto expense | 2,699 |
|   Travel reimbursements | 490 |
|     Total Watermaster fees and expenses | 66,901 |
| Other expenses: | |
|   Rent and accounting services rendered by Fallbrook Public Utility District under agreement (Note C) | 5,700 |
|   Depreciation | 3,120 |
|   Other general and administrative | 43,892 |
|     Total other expenses | 52,712 |
|       Net income | 26,408 |
| Retained earnings, September 30, 1990 | 74,080 |
| Retained earnings, September 30, 1991 | $100,488 |

SEE ACCOMPANYING NOTES TO FINANCIAL STATEMENTS

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

STATEMENT OF CASH FLOWS

For the Water Year Ending September 30, 1991

| | |
|---|---:|
| Cash flows from operating activities: | |
| Net income | $ 26,408 |
| Adjustments to reconcile net income to net cash provided (used) by operating activities: | |
| Depreciation | 3,120 |
| (Increase) decrease in: | |
| Interest receivable | 313 |
| Prepaid insurance | (21) |
| Increase (decrease) in: | |
| Accounts payable | 897 |
| Advance assessments | (64,858) |
| Net cash provided (used) by operating activities | (34,141) |
| Net decrease in cash | (34,141) |
| Cash at beginning of period | 131,536 |
| Cash at end of period | $ 97,395 |

SEE ACCOMPANYING NOTES TO FINANCIAL STATEMENTS

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

NOTES TO FINANCIAL STATEMENTS

September 30, 1991

NOTE A - Organization and operation of the Watermaster

The Watermaster of the Santa Margarita River Watershed was created by order of the United States District Court, Southern District of California (Court), upon request by the United States (Camp Pendleton Marine Corps Base), Rancho California Water District and Fallbrook Public Utility District.

The Court, as part of its continuing jurisdiction in the case of United States vs Fallbrook Public Utility District, has authority to make judicial determination of all water rights within the Santa Margarita River Watershed. The Watermaster is empowered by the Court to administer and enforce the provisions of a Modified Final Judgment and decree entered April 6, 1966, and subsequent instructions and orders of the Court. The order for appointment of James Jenks as Watermaster was entebed March 13, 1989.

The fees and expenses of the Watermaster during the water year ending September 30, 1991 were, per the court order, paid from assessments against the United States, Rancho California Water District, Fallbrook Public Utility Distric and Murrieta County Water District. The court retains the right to assess other parties in the watershed in future years.

A Steering Committee was appointed by the Court to coordinate the conduct of the litigation and assist the Watermaster and the Court. The Steering Committee is comprised of representatives from the United States, Rancho California Water District, and Fallbrook Public Utility District. Murrieta County Water District, a member of the Steering Committee in the prior year, withdrew from the Watermaster Steering Committee effective December 31, 1990, and no longer contributes to the funding of the Watermaster.

NOTE B - Summary of significant accounting policies

The accounting policies of the Watermaster of the Santa Margarita River Watershed substantially conform to generally accepted accounting principles. Policies considered significant are briefly described in the following paragraphs.

The accounting records are maintained on an accrual basis. Revenue is recognized when earned, and expenses are recorded upon incurrence of a liability.

Cash balances are invested in a Money Market account and Certificates of Deposit. Cash in financial institutions up to $100,000 is insured by the Federal Deposit Insurance Corporation (FDIC).

Property, plant and equipment are stated at cost. Cost of betterments and expenditures that extend the useful life of depreciable assets are capitalized. Other expenditures are charged to expenses.

Depreciation on equipment has been provided on a straight-line basis using a 3 to 5 year life.

NOTE B - (Continued)

Advance assessments represent amounts collected in the current year that apply to the next water year. There are no advance assessments at September 30, 1991.

NOTE C - Related party transactions

The Watermaster has entered into an agreement with Fallbrook Public Utility District whereby the District provides office space and accounting services for $500.00 per month.