LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501
TELEPHONE (714) 684-2520

Gerald D. Shoaf, Bar No. 41084
Jeffry F. Ferre, Bar No. 138148

Attorneys for Eastern Municipal Water District



FILED MAY 28 1992
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. NO. 1247-SD-T |
| Plaintiff, | ORDER FOR THE APPOINTMENT OF AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | [CCP §1003] |
| Defendants. | |

Based upon the Stipulation of Parties, attached hereto as Exhibit "A", to designate Eastern Municipal Water District (the "District") as a member of the steering committee formed pursuant to "Order for the Appointment of Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989 by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") thereby making the District eligible to appoint a representative thereto and such designation shall hereby be accomplished.

On proof provided to and satisfactory to the Court that the designation of the District to the Steering Committee and the right to appoint a representative thereto should be granted;

-1-

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

1. The District is hereby designated as a member of the Steering Committee and is eligible to appoint a representative thereto.

2. The District shall have all the rights and privileges of all other members of the Steering Committee and shall have an obligation and duty, along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures of the Watermaster commencing upon the date of appointment to the Steering Committee appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

DATED: *May 27*, 1992.

*/s/ Gordon Thompson Jr.*
United States District Judge

LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501
TELEPHONE (714) 684-2520

-2-

LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501
TELEPHONE (714) 684-2520

Gerald D. Shoaf, Bar No. 41084
Jeffry F. Ferre, Bar No. 138148

Attorneys for Eastern Municipal Water District

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 1247-SD-T |
| Plaintiff, ) | STIPULATION TO APPOINT AN ADDITIONAL REPRESENTATIVE |
| v. ) | TO THE STEERING COMMITTEE |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | [CCP §283] |
| Defendants. ) | |

It is hereby stipulated and agreed by and between the parties hereto, by their respective counsels or authorized representatives, that Eastern Municipal Water District (the "District") is a substantial water user within the Santa Margarita Watershed, eligible to become a member of the steering committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989 by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") and the District is thereby permitted to appoint a representative to the Steering Committee. The District shall thereafter, as a member of the Steering Committee, have all the rights and privileges of all

EXHIBIT "A"

other members of the Steering Committee and shall have an obligation and duty along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures of the Watermaster appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

DATED: 5-18-92, 1992.

_____
Attorney for Fallbrook Public
Utility District

DATED: 5/11/92, 1992.

_____
Attorney for Rancho California
Water District

DATED: 5/20/92, 1992.

_____
Attorney for Eastern Municipal
Water District

DATED: 4/29/92, 1992.

_____
Attorney, U.S. Department of Justice

-2-