# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )
                                             ) Case No. 1247-SD-GT
                 Plaintiff,                  )
                                             )
        v.                                   ) **ORDER SETTING HEARING DATE**
                                             )
FALLBROOK PUBLIC UTILITY DISTRICT,           )
et al.,                                      )
                                             ) Dept: Honorable Gordon
                 Defendants.                 )       Thompson, Jr.
                                             )
_____)

On September 4, 1992, the United States submitted its objections to the "Santa Margarita River Watershed Annual Watermaster Report Water Year 1990-91" (hereinafter "Report").

IT IS HEREBY ORDERED that this matter is set for hearing on Monday, November 16, 1992 at 10:30 a.m. in Courtroom 1. Any additional moving papers may be submitted by Monday, October 19, 1992. All opposition papers must be submitted by Monday, November 2, 1992. And any reply must be submitted by Friday, November 6, 1992.

**IT IS SO ORDERED.**

9-29-92
_____
Date

COPIES MAILED)
10-5-92 ml

_____
GORDON THOMPSON, JR.
United States District Judge