WILLIAM BRANIFF
United States Attorney

PATRICK BARRY
LAUREN N. SOLL
Attorneys, Department of Justice
Environment and Natural
  Resources Division
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378
(202) 272-5794

CSB. No. 147988



UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et. al.,  Defendants. | CIVIL NO. 1247-SD-T  UNITED STATES' REPLY BRIEF IN SUPPORT OF OBJECTIONS TO WATER MASTER'S ANNUAL REPORT  DEPT: Honorable Gordon Thompson, Jr. |

COMES NOW the United States, by and through its attorneys Patrick Barry and Lauren Soll of the United States Department of Justice, and hereby submits the United States' reply brief in support of its objections to the "Santa Margarita River Watershed Annual Watermaster Report Water Year 1990-91" (hereinafter "Report").

FORM OBD-183
MAR. 83

Both Rancho California Water District and the Water Master James Jenks have filed briefs in response to our objections. We address their contentions briefly below.

A.  RCWD's Unauthorized Uses

The Water Master contends that RCWD's unauthorized uses need not be reported because Paragraph VI of the Modified Final Judgment and Decree dated April 6, 1966, vests jurisdiction over appropriative rights in the State Water Resources Control Board (SWRCB) and thus the matter is not properly in his hands. This reading of the Decree is incomplete and incorrect. Pursuant to Paragraphs V and VII of the Decree, this Court continues to exercise concurrent jurisdiction over all present and future state appropriative rights.[1/] The Water Master therefore has the power and duty to administer appropriative rights. In accordance with the Decree, the Water Master has the obligation to identify and report to the Court all unauthorized uses of water in the Santa Margarita Watershed. He has not done so in the Report.

---

[1/] Paragraph V states in part:
  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court retains continuing jurisdiction of this cause as to the use of all surface waters within the watershed of the Santa Margarita River and all underground or sub-surface waters with the watershed....

Paragraph VII states in part:

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall also continue to exercise jurisdiction concerning all present and future appropriative rights insofar as such uses may conflict with or be adverse to the exercise of any prior vested water right within the Santa Margarita River watershed...

- 2 -

RCWD contends that its use of water for municipal and commercial/industrial purposes is not "unauthorized." RCWD is wrong. Not only does the Water Master's Report acknowledge RCWD's change of water uses and the fact that these uses are not within Permit 7032, but the SWRCB itself has recognized that RCWD engages in unauthorized uses of water. See Attachment 1 of "United States' Objections to Water Master's Annual Report for Water Year 1990-1991.". California Water Code §§ 1700-1706 clearly require SWRCB approval of any change in use. Unless and until RCWD successfully seeks and obtains the requisite approval of a petition to amend its existing permit[2]/, any use of water for municipal and commercial/industrial purposes is "unauthorized."

B. **The Magnitude of RCWD's Unauthorized Uses**

The Water Master contends that he cannot report the magnitude of RCWD's unauthorized uses because of insufficient data. It is evident from the Report itself, however, that the data is available but only needs to be recategorized to reveal the extent of the unauthorized uses. If the Water Master means to assert that he does not have the raw data from RCWD, then the Annual Report should state that fact and indicate an intention to require RCWD to provide that data immediately. Finally, even if

---

[2]/ To our knowledge, RCWD has not initiated any action under the prescribed procedures of the State Water Resources Control Board. If and when it does, the United States intends to scrutinize closely any such petition for amendment because of the potential detrimental effect on existing water rights in the Santa Margarita River watershed.

- 3 -

FORM OBD-183
MAR. 83

the exact quantities of water use in each of the appropriate categories have not yet been provided to the Water Master, at a minimum the Report should state that the unauthorized uses are "significant".

C. <u>Inaccurate Information Regarding the Younger Alluvium and Older Alluvium</u>

With respect to the third objection, as previously stated, the United States only wishes to identify the objection for the record in order to preserve the identified issues of fact for later action if it should become necessary. We merely note for the record that the parties clearly dispute the proper allocation or division of extractions between the older alluvium and younger alluvium, and the depth of the younger alluvium. These issues need not and should not be resolved at this juncture.

In summary, by its objections the United States seeks to ensure that the Annual Report to the Court presents an accurate and complete picture of the status of the watershed and the activities of the parties.

### III

### CONCLUSION

For the reasons presented in this reply brief and the "United States' Objections to Water Master's Annual Report for Water Year 1990-1991", the United States respectfully objects to the Annual Report.

//

- 4 -

Respectfully submitted on this 6th day of November, 1992.

_Lauren N. Soll_
Lauren N. Soll
Patrick Barry
Attorneys, Department of Justice
Environment and Natural
  Resources Division
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378
(202) 272-5794

FORM OBD-183
MAR. 83

- 5 -

WILLIAM BRANIFF
United States Attorney

PATRICK BARRY
LAUREN N. SOLL
Attorneys, Department of Justice
Environment and Natural
  Resources Division
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378
(202) 272-5794

CSB. No. 147988

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CIVIL NO. 1247-SD-T |
| v. ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of ) the State of California, et. al., ) | |
| Defendants. ) | CERTIFICATE OF SERVICE |

This is to certify that copies of "United States' Reply Brief in Support of Objections to Water Master's Annual Report" were mailed, postage prepaid, properly addressed, on this 6th day of November, 1992, to the following:

James Jenks
Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA  92028


Arthur G. Kidman, Esquire
McCormick & Kidman
3100 Bristol Street
Costa Mesa, CA  92626


Robert H. James, Esquire
Sachse, James, Croswell & Lopardo
P.O. Box 427
205 West Alvarado Street
Fallbrook, CA  92028

                                Respectfully submitted,

                                */s/ Lauren N. Soll*
                                Lauren N. Soll
                                Attorney, Department of Justice
                                Indian Resources Section
                                Environment and Natural Resources
                                  Division
                                601 Penn. Avenue, N.W.
                                Washington, D.C. 20004
                                (202) 272-5794

FORM OBD-183
MAR. 83