# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs FALLBROOK PUBLIC UTILITIES   No. 1247-SD-GT

HON. GORDON THOMPSON, JR.   Ctrm Dep N. Herrera   Rptr LEE ANN PENCE

### ATTORNEYS

| Plaintiffs | Defendants |
|---|---|
| LAUREN SOLL | JAMES JENKS |
| PATRICK BARRY | ROBERT JAMES |
| MIKE McPHERSON | ARTHUR KIDMAN |
|  | MICHAEL D. MICHAELS |

PROCEEDINGS:   XX   IN COURT

HEARING OBJECTIONS TO 1990-1991 WATER REPORTS - SUBMITTED
COURT TO PREPARE ORDER

Date: 11-16-92                                              INITIALS _____