OK to file
Paul

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

## SEPTEMBER 30, 1992

FILED FEB 16 1993

**RICHARD F. LEVERING** 
Certified Public Accountant
*A Professional Corporation*

Post Office Box 400
Fallbrook, CA 92088-0400
(619) 728-8393

304 North Orange
Fallbrook, CA 92028-2153
Fax (619) 728-7262

Watermaster of the Santa
Margarita River Watershed

January 11, 1992

Independent Auditor's Report

We have audited the accompanying balance sheet of Watermaster of the Santa Margarita River Watershed as of September 30, 1992 and the related statements of income and change in retained earnings and cash flows for the year then ended. These financial statements are the responsibility of the Watermaster. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Watermaster of the Santa Margarita River Watershed as of September 30, 1992 and the results of its operations and changes in its financial position for the year then ended, in conformity with generally accepted accounting principles.

Richard F. Levering
Certified Public Accountant

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

## BALANCE SHEET

September 30, 1992

### ASSETS

| | | |
|---|---:|---:|
| Current assets: | | |
| Cash (Note C) | $253,175 | |
| Accounts receivable | 82,783 | |
| Prepaid insurance | 1,033 | |
| Total current assets | | 336,991 |
| Property, plant and equipment: | | |
| Equipment | 10,446 | |
| Less — Accumulated depreciation | 8,096 | |
| Total property, plant and equipment | | 2,350 |
| Total assets | | $339,341 |

### LIABILITIES AND EQUITY

| | | |
|---|---:|---:|
| Current liabilities: | | |
| Accounts payable | $108,712 | |
| Advance assessments | 27,301 | |
| Total current liabilities | | 136,013 |
| Equity: | | |
| Retained earnings per accompanying statement | | 203,328 |
| Total liabilities and equity | | $339,341 |

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

STATEMENT OF INCOME AND CHANGE IN RETAINED EARNINGS

For the Water Year Ending September 30, 1992

| | |
|---|---:|
| Income: | |
| Assessments | $306,205 |
| Interest | 5,661 |
| Total income | 311,866 |
| Watermaster fees and expenses: | |
| Consulting fee | 52,988 |
| Auto expense | 2,232 |
| Travel reimbursements | 2,777 |
| Total Watermaster fees and expenses | 57,997 |
| Other expenses: | |
| Rent and accounting services rendered by Fallbrook Public Utility District under agreement (Note D) | 6,000 |
| Depreciation | 1,794 |
| Gauging station maintenance | 99,985 |
| Other general and administrative | 43,250 |
| Total other expenses | 151,029 |
| Net income | 102,840 |
| Retained earnings, September 30, 1991 | 100,488 |
| Retained earnings, September 30, 1992 | $203,328 |

SEE ACCOMPANYING NOTES TO FINANCIAL STATEMENTS

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

STATEMENT OF CASH FLOWS

For the Water Year Ending September 30, 1992

| | | |
|---|---:|---:|
| Cash flows from operating activities: | | |
| Net income | | $102,840 |
| Adjustments to reconcile net income to net cash provided (used) by operating activities: | | |
| Depreciation | | 1,793 |
| (Increase) decrease in: | | |
| Accounts receivable | | (82,783) |
| Prepaid insurance | | 18 |
| Increase (decrease) in: | | |
| Accounts payable | 106,611 | |
| Advance assessments | 27,301 | |
| | | 155,780 |
| Net cash provided (used) by operating activities | | 155,780 |
| Net increase in cash | | 155,780 |
| Cash at beginning of period | | 97,395 |
| Cash at end of period | | $253,175 |

SEE ACCOMPANYING NOTES TO FINANCIAL STATEMENTS

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

NOTES TO FINANCIAL STATEMENTS

September 30, 1992

NOTE A - Organization and operation of the Watermaster

The Watermaster of the Santa Margarita River Watershed was created by order of the United States District Court, Southern District of California (Court), upon request by the United States (Camp Pendleton Marine Corps Base), Rancho California Water District and Fallbrook Public Utility District.

The Court, as part of its continuing jurisdiction in the case of United States vs Fallbrook Public Utility District, has authority to make judicial determination of all water rights within the Santa Margarita River Watershed. The Watermaster is empowered by the Court to administer and enforce the provisions of a Modified Final Judgment and decree entered April 6, 1966, and subsequent instructions and orders of the Court. The order for appointment of James Jenks as Watermaster was entered March 13, 1989.

The fees and expenses of the Watermaster during the water year ending September 30, 1992 were, per the court order, paid from assessments against the United States, Rancho California Water District, Fallbrook Public Utility District and Eastern Municipal Water District. The court retains the right to assess other parties in the watershed in future years.

Pursuant to an agreement between the Watermaster and the U.S. Geological Survey, the U.S.G.S. provides operations and maintenance services for the stream gauging stations in the watershed. The member agencies each contribute an equal share of the cost to the Watermaster, who then pays the U.S. Geological Survey for these services.

A Steering Committee was appointed by the Court to coordinate the conduct of the litigation and assist the Watermaster and the Court. The Steering Committee is comprised of representatives from the United States (Camp Pendleton Marine Corps Base), Rancho California Water District, Fallbrook Public Utility District and Eastern Municipal Water District.

NOTE B - Summary of significant accounting policies

The accounting policies of the Watermaster of the Santa Margarita River Watershed substantially conform to generally accepted accounting principles. Policies considered significant are briefly described in the following paragraphs.

The accounting records are maintained on an accrual basis. Revenue is recognized when earned, and expenses are recorded upon incurrence of a liability.

Accounts receivable represents amounts due from member agencies for gauging station maintenance.

Property, plant and equipment are stated at cost. Cost of betterments and expenditures that extend the useful life of depreciable assets are capitalized. Other expenditures are charged to expenses.

NOTE B - Summary of Significant Accounting Policies (Continued)

Depreciation on equipment has been provided on a straight-line basis using a 3 to 5 year life.

Advance assessments represent amounts collected in the current year that apply to the next water year.

NOTE C - Cash

Cash balances are invested in a Money Market account and Certificates of Deposit. Cash in financial institutions up to $100,000 is insured by the Federal Deposit Insurance Corporation (FDIC).

The provisions of Financial Accounting Standards Board Statement No. 105 require disclosure where there is a risk of loss associated with cash on deposit in excess of the amounts covered by FDIC insurance. At September 30, 1992, the amount of cash on deposit in excess of FDIC insurance was $92,782. Subsequently, on January 7, 1993, the Watermaster entered into an agreement with Union Bank whereby the bank agreed to maintain collateral in the form of pooled securities for all deposits in excess of the amounts covered by FDIC insurance.

Note D - Related party transactions

The Watermaster has entered into an agreement with Fallbrook Public Utility District (FPUD) whereby FPUD provides office space and accounting services for $500.00 per month.

Data management and clerical support services are performed at the Watermaster office by an FPUD employee under contract. The Watermaster reimburses FPUD for the actual cost of wages and fringe benefits. For the year ending September 30, 1992, reimbursements totaled $30,108.40.