# WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92028
(619) 728-1028
FAX (619) 728-1990



*File in Clerks file* ✓

April 28, 1993

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
940 Front Street
San Diego, California   92189

Re:   Civ. No. 1247-SD-T

Dear Judge Thompson:

Responsive to your Order entered November 20, 1992, the Santa Margarita River Watershed Annual Watermaster Report for Water Year 1990-91 has been amended to designate those uses of water by Rancho California Water District that are not authorized. Copies of the amended pages 2 and 54 of the Annual Report are enclosed with this letter. Draft copies of these amended pages were distributed and discussed at the Santa Margarita River Watershed Steering Committee Meeting on March 25, 1993. The draft pages were changed responsive to comments made at that meeting.

Following your Order, Rancho California Water District has initiated submittal of monthly reports describing water use within the 3,797 acre place of use designated in State Water Right Application 11518 (Permit 7032) beginning with October, 1992. Accordingly, data concerning the magnitude of the unauthorized use will be reported in the Annual Watermaster Report for Water Year 1992-93 (October 1, 1992 to September 30, 1993).

Rancho California Water District has also concluded that retrieval of the relevant data for the years prior to 1992-93 would be too difficult, as described in the attached letter from Rancho California Water District dated April 13, 1993.

Very truly yours,

James S. Jenks
Watermaster

JSJ:rbb

Enclosures

cc:   Eastern Municipal Water District
      Fallbrook Public Utility District
      Rancho California Water District
      Marine Corps Base, Camp Pendleton

**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED

## SECTION 1 - SUMMARY

Section 7 - Total imported supplies plus local production totaled 91,995 acre feet compared to 96,019 in 1989-90. Of that quantity, 50,460 acre feet were used for agriculture (which includes use by Rancho California Water District of 1,394 acre feet for golf course irrigation and 2,079 acre feet for landscape irrigation), 3,630 acre feet were used for commercial purposes, and 32,242 acre feet were used for domestic purposes; 785 acre feet were discharged to Murrieta Creek; 2,108 acre feet of fresh water were exported and 2,770 acre feet were unaccounted for. Unaccounted for water is the result of many factors including errors in measurement, differences between periods of use and periods of production, losses and unmeasured uses.

Section 8 - Unauthorized water use issues involve storage of surface water without an appropriative water right. In addition, Camp Pendleton has raised three unauthorized water use issues which include: recharge in violation of the 1940 Stipulated Judgment, rediversion and use not in accord with terms of Permit 7032, and export of local water by Eastern Municipal Water District.

A letter from the State Water Resources Control Board to Rancho California WD dated September 18, 1990 indicates that a "Progress Report" filed by Rancho California WD shows that water appropriated under Permit 7032 is being used for municipal and industrial purposes. Since use of water under Permit 7032 is limited to irrigation, domestic use incidental to farming operations and recreation, such use for municipal and industrial purposes represents an unauthorized use.

Section 9 - Threats to water supply include high nitrate levels in Rainbow Creek, potential overdraft conditions and salt balance issues in the upper Watershed, a proposed landfill near Rainbow Creek, and a soil treatment facility.

Section 10 - Water quality data collected by organizations in the Watershed for 1990-91 are presented in Appendix D.

Section 11 - Projected time requirements to provide for the primary Watermaster tasks are presented for the next five water years.

Section 12 - A Watermaster Office budget of $153,000 is proposed for the 1992-93 Water Year.

Amended April 28, 1993

2

## SECTION 8 - UNAUTHORIZED WATER USE

### 8.5 Camp Pendleton Issues

A number of unauthorized water use issues have been raised by Camp Pendleton. These issues and action to investigate and/or correct the issues are as follows:

1. <u>Recharge in Violation of the Stipulated Judgment</u> - Camp Pendleton representatives have indicated that they believe the storage of water by Rancho California WD in Vail Lake exceeds RCWD's share of the Santa Margarita River flow as allocated under the 1940 Stipulated Judgment. This potential will be investigated by the Watermaster.

2. <u>Rediversion and Use not in Accord with Terms of Permit 7032</u> - As noted in Section 7 of the report, the place of use, rediversion facilities and the type of use of water appropriated under Rancho California WD's Vail Dam Application No. 11518 and Permit 7032 have changed since the Application was filed in 1947.

   A letter from the SWRCB to Rancho California WD dated September 18, 1990 indicates that a "Progress Report" filed by Rancho California WD shows that water appropriated under Permit 7032 is being used for municipal and industrial purposes. Since use of water under Permit 7032 is limited to irrigation, domestic use incidental to farming operations and recreation, such use for municipal and industrial purposes represents an unauthorized use. However the magnitude of the unauthorized use cannot be reported due to lack of data. A Watermaster task is to obtain data needed to determine the magnitude of such unauthorized use.

3. <u>Eastern MWD Export of Local Water</u> - As noted in Section 7 of the report, Eastern MWD is constructing a 24-inch pipeline to transport wastewater for reuse within the Watershed as well as for export of up to 10 mgd from the Watershed. Camp Pendleton has objected to the export of that portion of the wastewater that originates within the Santa Margarita River Watershed. Accordingly, Watermaster tasks for the coming year include development of operating rules with Eastern MWD so as to avoid exportation of local water from the Watershed.

<u>Amended April 28, 1993</u>