```
 1   N. GREGORY TAYLOR, General Counsel
     KAREN L. TACHIKI, Assistant General Counsel
 2   VICTOR E. GLEASON, Sr. Dep. Gen. Counsel (SBN 31628)
     The Metropolitan Water District of
 3     Southern California
     350 S. Grand Avenue
 4   P.O. Box 54153
     Los Angeles, CA 90054-0153
 5
     (213) 217-6318
 6
     Attorneys for Defendants The Metropolitan Water
 7     District of Southern California
```

FILED
OCT - 3 1994
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 1247-SD-T |
| ) Plaintiff, ) | STIPULATION AND ORDER FOR THE APPOINTMENT OF ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE |
| v. ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

Pursuant to Local Rule 7.4, counsel for the respective current members of the Steering Committee for this action and counsel for the Metropolitan Water District of Southern California (Metropolitan) hereby stipulate that:

1. Metropolitan is a substantial water user within the Santa Margarita watershed, eligible to become a member of the Steering Committee formed pursuant to the Court's March 13, 1989 Order for the appointment of a Steering Committee;

///

- 1 -

    2. Metropolitan should thereby be permitted to appoint a representative to that Committee; and

    3. Upon designation by the Court, Metropolitan should thereafter, as a member of the Steering Committee, have all the rights and privileges of all other members of the Steering Committee and should have an obligation and duty along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures incurred on or after October 1, 1994, by the Watermaster pursuant to the powers and duties specified in the March 13, 1989 Order for Appointment of a Watermaster.

DATED: __9-15__, 1994.   _____
                                Attorney for Fallbrook Public
                                Utility District

DATED: __9/15__, 1994.   _____
                                Attorney for Rancho California
                                Water District

DATED: _____, 1994.   _____
                                Attorney for Eastern Municipal
                                Water District

2. Metropolitan should thereby be permitted to appoint a representative to that Committee; and

3. Upon designation by the Court, Metropolitan should thereafter, as a member of the Steering Committee, have all the rights and privileges of all other members of the Steering Committee and should have an obligation and duty along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures incurred on or after October 1, 1994, by the Watermaster pursuant to the powers and duties specified in the March 13, 1989 Order for Appointment of a Watermaster.

DATED:_____, 1994.
_____
Attorney for Fallbrook Public
Utility District

DATED:_____, 1994.
_____
Attorney for Rancho California
Water District

DATED: Sept. 2_____, 1994.     /s/ Gerald Shoaf
_____
Attorney for Eastern Municipal
Water District

- 2 -

DATED: August 23, 1994.        _____
                                General Counsel, The
                                Metropolitan Water District of
                                Southern California

DATED: September 15, 1994.     _____
                                Attorney, United States
                                Department of Justice

### ORDER

1. Metropolitan is hereby designated as a member of the Steering Committee formed pursuant this Court's March 13, 1989 Steering Committee Order and is entitled to appoint a representative thereto,

2. Metropolitan shall have all the rights and privileges of all other members of the Steering Committee and shall have an obligation and duty, along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures incurred on or after October 1, 1994, by the Watermaster pursuant to the powers and duties specified in the March 13, 1989 Order for Appointment of a Watermaster.

DATED: September 27, 1994.    _____
                                Judge of the District Court

VEG:ljo
vicglo\sc.smr

- 3 -

**MWD**
METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

September 16, 1994

Office of General Counsel

Judge Gordon Thompson, Jr.
U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101-8900

Dear Judge Thompson:

United States v. Fallbrook PUD, No. 1247-SD-T

The Metropolitan Water District of Southern California (Metropolitan) hereby submits for your review, and if acceptable your approval, the enclosed Stipulation and Order for the Appointment of Additional Representative to the Steering Committee established by your March 13, 1989 Order.

The Steering Committee approved the Stipulation and Order at its meeting yesterday, in response to Metropolitan's enclosed August 23, 1994 request for membership on the Committee. As the stipulation specifies, Metropolitan accordingly assumes the responsibilities required by your March 13, 1989 Order.

Counsel for all of the parties now on the Steering Committee have executed the enclosed Stipulation. As a matter of convenience counsel for Eastern Municipal Water District executed the Stipulation and Order on an identical form.

We also enclose two copies of the Stipulation and Order, along with a stamped, self-addressed envelope, and request that they be returned to us with appropriate notation of your action.

Very truly yours,

N. Gregory Taylor
General Counsel

Victor E. Gleason
Sr. Deputy General Counsel

VEG:ljo
vicgle\scstip.smr
Enclosures

350 South Grand Avenue, Los Angeles, California 90071 • Mailing address: Box 54153, Los Angeles, California 90054-0153 • Telephone (213) 217-6000



**MWD**
METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA.

Office of the General Manager

August 23, 1994

Mr. James Jenks, Watermaster
Santa Margarita River Watershed
Post Office Box 631
Fallbrook, California 92028

Dear Mr. Jenks:

Metropolitan's Board of Directors, at its meeting last week, authorized me to seek membership in the Santa Margarita River Watershed Steering Committee appointed by the Federal District Court pursuant to the water rights adjudication in United States v. Fallbrook PUD.

Accordingly, I respectfully request that steps be taken for Court designation of Metropolitan as a member of the Steering Committee which the Court established by its March 13, 1989 Order. We are enclosing a signed proposed stipulation and order to accomplish that designation. It follows the general process previously used to designate a new member to the Committee, and copies have been sent to counsel for the existing members for review.

Metropolitan considers membership on the Committee increasingly appropriate in light of our continuing involvement in the Santa Margarita River Judgment administration since our construction of Lake Skinner Reservoir on Tucalota Creek. As you know, we have operated Lake Skinner since then in accordance with our Memorandum of Understanding and Agreement (MOU) on Operation of Lake Skinner which the Court approved nearly 20 years ago.

We are also completing a similar MOU on Operation of Domenigoni Valley Reservoir in the Warm Springs Creek Sub-watershed through coordination with the Steering Committee and your office. We will seek its approval by the participating members of the Steering Committee and by the Court within the next few weeks.

350 South Grand Avenue, Los Angeles, California 90071 • Mailing address: Box 54153, Los Angeles, California 90054-0153 • Telephone (213) 217-6000

THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

Mr. James Jenks                    -2-                 August 23, 1994

      Upon completion of the Court designation process, I appoint Metropolitan's Regional Operations Manager, Mr. Kevin L. Wattier, or his designee, as Metropolitan's representative on the Steering Committee. Metropolitan will continue to carry out the provisions of the Lake Skinner MOU, as well as the Domenigoni Valley Reservoir MOU upon its approval, while maintaining a close working relationship with the Watermaster and the Steering Committee.

Sincerely,

John R. Wodraska
General Manager

VEG:lo:mg
vicgle\scrqst.smr
Encls.

cc:  w/encls.
     Andrew Walch, U.S. Dept of Justice
     Major Daniel Lizzul, U.S.M.C.
     Robert James, Sachse, James & Lopardo
     Michael Cowett, Best, Best & Krieger
     Gerald Schaoff, Redwine & Sherill

1  N. GREGORY TAYLOR, General Counsel
   KAREN L. TACHIKI, Assistant General Counsel
2  VICTOR E. GLEASON, Sr. Dep. Gen. Counsel (SBN 31698)
   The Metropolitan Water District of
3    Southern California
   350 S. Grand Avenue
4  P.O. Box 54153
   Los Angeles, CA 90054-0153
5
   (213) 217-6318
6
   Attorneys for Defendants The Metropolitan Water
7    District of Southern California

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CIV. NO. 1247-SD-T |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER DESIGNATING ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Pursuant to Local Rule 7.4, counsel for the respective current members of the Steering Committee for this action and counsel for the Metropolitan Water District of Southern California (Metropolitan) hereby stipulate that:

1. Metropolitan is a substantial water user within the Santa Margarita watershed, eligible to become a member of the Steering Committee formed pursuant to the Court's March 13, 1989 Order for the appointment of a Steering Committee;

- 1 -

1       2.  Metropolitan should thereby be permitted to appoint a
representative to that Committee; and

    3.  Upon designation by the Court, Metropolitan should thereafter, as a member of the Steering Committee, have all the rights and privileges of all other members of the Steering Committee and should have an obligation and duty along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures incurred on or after October 1, 1994, by the Watermaster pursuant to the powers and duties specified in the March 13, 1989 Order for Appointment of a Watermaster.

DATED:_____, 1994.

                                          Attorney for Fallbrook Public Utility District

DATED:_____, 1994.

                                          Attorney for Rancho California Water District

DATED:_____, 1994.

                                          Attorney for Eastern Municipal Water District

- 2 -

DATED: _August 23_, 1994.  _/s/ W. Gregory Taylor_
General Counsel, The
Metropolitan Water District of
Southern California

DATED: _____, 1994.
_____
Attorney, United States
Department of Justice

ORDER

1. Metropolitan is hereby designated as a member of the Steering Committee formed pursuant this Court's March 13, 1989 Steering Committee Order and is entitled to appoint a representative thereto,

2. Metropolitan shall have all the rights and privileges of all other members of the Steering Committee and shall have an obligation and duty, along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures incurred on or after October 1, 1994, by the Watermaster pursuant to the powers and duties specified in the March 13, 1989 Order for Appointment of a Watermaster.

DATED: _____, 1994.
_____
Judge of the District Court

VEG:1jo
vicgle\sc.smr

- 3 -