

FILED
OCT - 7 1994
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1247-SD-GT |
| Plaintiff, | |
| v. | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

This court has received objections to the "Santa Margarita River Watershed Annual Watermaster Report."

Accordingly, IT IS HEREBY ORDERED THAT this matter is set for hearing on Monday, November 21, 1994 at 9:30 a.m. in Courtroom One. Any additional moving papers shall be filed by Monday, October 24, 1994; any opposition must be filed by Monday, November 7, 1994 and any reply must be filed by Monday, November 14, 1994.

IT IS SO ORDERED.

10-6-94
Date

GORDON THOMPSON, JR.
United States District Judge

CC: ALL COUNSEL AND PARTIES WITHOUT COUNSEL

Copies mailed 10/12/94