FILED ORIGINAL
NOV 3 1994
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Civ. No. 1247-SD-C<br><br>ORDER SETTING HEARING AND NOTICE REQUIREMENTS FOR PUBLIC COMMENT ON THE MEMORANDUM OF UNDERSTANDING AND AGREEMENT FOR OPERATION OF DOMENIGONI VALLEY RESERVOIR |

After consideration of the proposed "Motion to Approve Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir and to Amend Modified Final Judgment Accordingly" (Motion) and its supporting documents, lodged by The Metropolitan Water District of Southern California,

///

///

1  IT IS HEREBY ORDERED AND DIRECTED THAT:

2      1. The Steering Committee established by this
3  court's March 13, 1989 Order shall hold a public hearing beginning
4  at 10:00 a.m., November 17, 1994, at the offices of Rancho
5  California, 42135 Winchester Road, Temecula, to receive comments on
6  the Memorandum of Understanding and Agreement on Operation of
7  Domenigoni Reservoir (MOU) which is incorporated as Exhibit A to
8  the Memorandum of Points and Authorities in support of the Motion.
9  Movant shall cause the hearing to be transcribed, assist Steering
10 Committee in responding to the comments received, and shall report
11 such responses to this court within 20 days after the hearing.

12     2. Movant shall promptly (a) post the Public Notice
13 attached to this Order as Exhibit 1 in a public area, and (b) make
14 copies of the MOU available to the public for examination during
15 normal working hours at the offices of:

16     The Clerk of this Court
    940 Front Street, San Diego

17

18     Fallbrook Public Utility District
    990 E. Mission Road, Fallbrook

19     Rancho California Water District
    42135 Winchester Road, Temecula

20

21     Lake Skinner Reservoir
    33740 Borel Road, Winchester

22     Domenigoni Valley Reservoir Field Office
    30015 Rawson Road, Hemet

23

24 ///
25 ///
26 ///
27 ///

     3.  Movant shall also cause publication of the Public Notice attached to this Order as Exhibit 1, once a week, for at least three consecutive weeks prior to November 17, 1994, in the Riverside Press Enterprise, the Fallbrook Enterprise, the Temecula Californian, and the Hemet News.

DATED: October 21, 1994

_____
Judge, United States District Court

VEG:gld
sc-order

**EXHIBIT 1**

**PUBLIC NOTICE**

Pursuant to jurisdiction retained by the Final Judgment and Decree in <u>United States of America v. Fallbrook Public Utility District et al.</u>, No. 1247-C, the Federal District Court for the Southern District of California, the court-appointed Steering Committee will hold a hearing on November 17, 1994, starting at 10:00 a.m., or as soon thereafter as possible, at the offices of Rancho California Water District, 28061 Diaz Road, Temecula, to receive comments from the public on a Memorandum of Understanding and Agreement for Operation of Domenigoni Valley Reservoir (MOU) on Warm Springs Creek, a tributary of the Santa Margarita River by way of Murrieta Creek.

The Metropolitan Water District of Southern California (Metropolitan) has developed the MOU in consultation with the principal parties in the case (the United States, Fallbrook public Utility District, and Rancho California Water District), as well as the Watermaster, to assure that the operation of Domenigoni Valley Reservoir will not impair any of the rights adjudicated by the Judgment in this case. The principal parties have indicated their approval of the MOU.

Metropolitan is in the process of constructing Domenigoni Valley Reservoir to provide regulatory storage capacity for water which Metropolitan imports to its six-county service area, including significant areas of the Santa Margarita River System Watershed, and other areas in Riverside and San Diego counties. The MOU provides that Metropolitan will not appropriate Warm Springs Creek flows and will ensure that the Reservoir will release to Warm Springs Creek, the same quantity of water that would have naturally flowed in that Creek in the absence of the Reservoir. The portion of the Watershed draining into the Reservoir represents only 2.3 percent of the drainage area of the Santa Margarita River Watershed.

Copies of the Memorandum of Understanding and Agreement and supporting documents filed with the court may be examined during normal working hours at the offices of:

a. The Offices of the Clerk of the Federal District Court, 940 Front Street, San Diego

b. Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook

c. Rancho California Water District, 42135 Winchester Road, Temecula

   d.  Skinner Reservoir, 33740 Borel Road Winchester, and

   e.  Domenigoni Valley Reservoir Field Office, 30015 Rawson Road, Hemet.

* * * * * * * *

VEG:gld
notice1