

ORIGINAL

FILED

NOV  3 1994

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Civ. No. 1247-SD-C |
| | ) |
| | )  **ORDER SETTING HEARING AND** |
| | )  **SERVICE REQUIREMENTS FOR** |
| Plaintiff, | )  **MOTION TO APPROVE MEMORANDUM** |
| | )  **OF UNDERSTANDING AND AGREEMENT** |
| | )  **ON OPERATION OF DOMENIGONI** |
| v. | )  **VALLEY RESERVOIR** |
| | ) |
| | ) |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

Upon presentation and consideration of the

attached "Motion to Approve Memorandum of Understanding and

Agreement on Operation of Domenigoni Valley Reservoir and to Amend

Modified Final Judgment Accordingly" (Motion) and its supporting

documents,

///

///

///

IT IS HEREBY ORDERED AND DIRECTED THAT:

1.  A hearing will be heard on the Motion on Monday, DECEMBER 5, 1994, at 2:00 p.m., in Courtroom 1 at the United States Courthouse, 940 Front Street, San Diego.

2.  The Motion and its supporting documents shall be served promptly on those parties or other entities listed on Exhibit A to this Order;

3.  Any additional moving papers shall be filed by Monday, NOVEMBER 7, 1994; any opposition must be filed by Monday, NOVEMBER 21, 1994; and any reply must be filed by Monday, NOVEMBER 28, 1994.

DATED: October 31, 1994

_____
Judge, United States District Court

VEG:gld
hrg-srv

- 2 -

# EXHIBIT A

# SERVICE LIST

**BASIC SANTA MARGARITA RIVER WATERSHED**
**SERVICE LIST**

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA   92383

Mr. Thomas G. Cottle
42551 Highway 79
Aguanga, CA   92536

Mr. James Laughlin
General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA   92330

.Mr. David Hansen
Western MWD
P.O.Box 5286
Riverside, CA   92517

Mr. Leland Henderson
Margarita Land and Development
P.O. Box 584
Fallbrook, CA   92028

Director
Riverside County Planning
4080 Lemon Street, 9th Floor
Riverside, CA   92501

C. Michael Cowett, Esq.
Best, Best & Krieger
550 West C Street, 16th Floor
San Diego, CA   92101-3540

Art Kidman, Esq.
McCormick, Kidman, Behrens & Holzwarth
3100 Bristol St., #290
Costa Mesa, CA   92626

Mr. Barry Martin
Director of Water Utilities
City of Oceanside--Water Utilities Dept.
300 N. Hill Street
Oceanside, CA   92054

-1-

Mr. Fred Ervin
AVMAC
49990 Mojave Court
Aguanga, CA  92536

Mr. William D. Taylor
1650 San Luis Rey Avenue
Vista, CA  92083

Mr. Chester Rowell
Temecula Ranchos
Rowell Building, Suite 405
2100 Tulare Street
Fresno, CA  93721

Mr. James J. Jaeger
Thousand Trails
12301 N. E. 10th Place
Bellevue, Washington  98005

Patrick Barry, Esq.
Justice Department
Land & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, D.C.  20026-4378

Mr. Gordon W. Tinker
General Manager and Chief Engineer
Fallbrook Public Utility District
P.O. Box 1390
Fallbrook, CA  92028

Assistant Chief of Staff Facilities
Headquarters, Marine Corps Base
Building 1160
Camp Pendleton, CA  92055

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA  92028

-2-

Mr. Art Diaz
Riverside County Flood Control
  and Water Conservation District
P.O. Box 1033
Riverside, CA  92502

General Manager
Eastern MWD
P.O. Box 8300
Hemet, CA  92383-1300

Eugene Madrigal, Esq.
28581 Front Street, #108
Temecula, CA  92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Ste. 201
Temecula, CA  92362

Mr. Larry Minor
P.O. Box 398
San Jacinto, CA  92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA  92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA  92088-2500

General Manager
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA  92028

Counsel Western Bases
Marine Corps Base--Bldg. 1160
Camp Pendleton, CA  92055

Mr. John F. Hennigar
General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA   92390-0737

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA   92390

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA   92055-5008

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA   92055-5008

Attn:   Larry Carlson


Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA   92083

Ms. Lois Candelaria
Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, CA   92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA   91209-9068

Andrew F. Walch, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
999 Eighteenth Street, Ste. 945
Denver, Colorado   80202


-4-

Ms. Pamela Williams
Solicitor's Office
U.S. Department of Interior
Division of Indian Affairs
1849 C. Street
Washington, D.C.   20240

Mr. Gilbert A. Stuart
U.S. Department of Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA   92501

Mr. Joseph D. Hamilton
Ramona Reservation
39440 Cary Road
Anza, CA   92539

-5-

## SUBSTANTIAL USERS OUTSIDE ORGANIZED WATER SERVICE AREAS
### Not included in Basic Service List
### (Per pages C-9 to C-13 of Watermaster's 1994 Annual Report)

Mr. Thomas J. Poyorena
22145 Grand Ave.
Wildomar, CA  92395

Albert & Sylvia Ezor
3142 Cavendish Dr.
Los Angeles, CA  90064

Ms. Donna J. Woosley
Rt. 6, Box 49-B
Fallbrook, CA  92028

Harold & Mary Raley
41125 DeLuz Road
Fallbrook, CA  92028

John & Jeraldine Herbel
41257 DeLuz Road
Fallbrook, CA  92028

Mitchell Stock Farm, Inc.
42125 Elm Street
Murrieta, CA  92362

International Immunology
25549 Adams Avenue
Murrieta, CA  92362

Ms. Clydene Boots
P.O. Box 321
Murrieta, CA  92564

Nevada Beverage Company
P.O. Box 93538
Las Vegas, Nevada  89193

Nevada Beverage Company
c/o Kenneth Roberts or
Joanne Clark
P.O. Box 506
Murrieta, CA  92362

David M. & Carol J. Carson
25471 Hayes Avenue
Murrieta, CA  92362

Rancho California Assoc. No. 2
3146 Quiet Hills
Escondido, CA  92025

Douglas J. & Sue Welburn
Rt. 6, Box 77
· Fallbrook, CA  92028

Cal June, Inc.
P.O. Box 9551
North Hollywood, CA  91609

Temecula Ranchos
c/o Chester Rowell
2100 Tulare St. #405
Fresno, CA  93271

Wilbur & Shirley Wagner
14539 San Dieguito Drive
La Mirada, CA  90638

Don & Margaret Durling
41500 DeLuz Road
Fallbrook, CA  92028

Mr. Don Durling
Durling Nursery
41500 DeLuz Road
Fallbrook, CA  92028

Robert & Eleanor Durling
40401 DeLuz Road
Fallbrook, CA  92028

-2-

Pete & Dorothy Prestininzi
2525 E. Mission Road
Fallbrook, CA  92028

John & Linda Zamora
JZ Stock Farm
39800 East Benton Road
Temecula, CA  92390

Mr. Robert R. Chambers
Clytia M. Chambers
11439 Laurelcrest Drive
Studio City, CA  91604

Richard & Janet Robertson
. Sage Ranch Nursery
P.O. Box 7060
Hemet, CA  92545

Mr. Mohammed Nezami
Bluebird Ranch
2193 Calle Rociada
Fallbrook, CA  92028

-3-

## SIGNIFICANT PARCELS IN WARM SPRINGS CREEK SUB-WATERSHED
### SERVICE LIST

Anheuser Busch Inc.
1 Busch Pl.
St. Louis, MO 63118

Mr. Alexander F. Borel
30195 Auld Road
Murrieta, CA 92563

Domenigoni-Barton Properties
33011 Holland Road
Winchester, CA 92596

Pete H. Vanloon
8545 Cedar St.
Bellflower, CA 90706

Andy Domenigoni
31851 Winchester Rd.
Winchester, CA 92596

Warrens Turf Nursery Inc.
7502 S. Main St.
Crystal Lake, IL 60014

Warrens Turf Nursery Inc.
29771 Eagle Point Dr.
Canyon Lake, CA 92587

SFP Minerals Corp.
P.O. Box 27019
Albuquerque, NM 87125

Singh Narindar
14642 Newport Ave. #250
Tustin, CA 92680

Harris Vance Edward
31690 Scott Rd.
Winchester, CA 92596

Rickey M. Payne
Psc 557 #1203
Fpo Ap 96379

Philip J. Dawson
31260 Scott Rd.
Winchester, CA 92596

David B. Richardson
31385 Scott Rd.
Wichester, CA 92596

. Eric S. & Aida H. Raymond
33274 Baldwin Blvd.
Lake Elsinore, CA 92530

Jack D. Stiefel
32760 Holland Rd.
Winchester, CA 92596

Andrew D. Mcelhinney
Dorothy D. Mcelhinney
P.O. Box 460
Wildomar, CA 92595

Frederick E. Domenigoni
31011 Winchester Rd.
Winchester, CA 92596

Joe A. Gonzalez
44344 Mayberry Ave.
Hemet, CA 92544

Bill Johnson
44344 Mayberry Ave.
Hemet, CA 92544

-2-

3M Property Investment Co.
21535 Hawthorne Blvd.
Torrance, CA 90503

H.G. Allison
18411 Santiago Blvd.
Villa Park, CA 92667

Harold G. Leichtfuss
18411 Santiago Blvd.
Villa Park, CA 92667

Walter A. Schroeder
P.O. Box 603
Murrieta, CA 92564

. Pourroy Fredric, Jr.
33501 Leon Road
Winchester, CA 92596

Clyde Hufbauer Architect Inc.
2148 Avenida De La Playa
La Jolla, CA 92037

Liang I-Chang
Lien Chung
23320 Lyon Avenue
San Jacinto, CA 92582

Chen Wung Fu
5311 Fairview Avenue
Buena Park, CA 90621

Chester Z. Horning
5230 Copco Rd.
Hornbrook, CA 96044

Stanley C. Horning
38660 Clydesdale Ct.
Hemet, Ca 92543

-3-

Andrea Burke
39605 Saddle Ridge Rd.
Hemet, CA 92543

H. A. Assn.
21202 Kroll Ln.
Huntington Beach, CA 92646

Karen Luu
852 Peachwood Avenue
Westminster, CA 92683

Glenn E. Gilstrap
8312 Grapewin St.
Corona, CA 91720

Mervin Chard
2845 K Avenue
National City, CA 91950

Wilhelm, Ronald P.; Moira L.
1155 Skyline Dr.
Laguna Beach, CA 92651

Wilhelm, Harold O.
P.O. Box 95
Thousand Palms, CA 92276

Diamond Family Ltd.
31499 Cora Lee Ln.
Hemet, CA 92543

Fritts, R.E.
8000 Auto Dr.
Riverside, CA 92504

Horning, Chester Z.
5230 Copco Rd.
Hornbrook, CA 96044

-4-

Horning, Ruth E.
30601 Palm Ave.
Hemet, CA 92543

BSW Ranch
P.O. Box 764
Hemet, CA 92546



VEG:gld
veg\srvc2.lst
9/30/94

-5-