ORIGINAL

1  N. GREGORY TAYLOR, General Counsel
   KAREN L. TACHIKI, Assistant General Counsel
2  VICTOR E. GLEASON, Senior Deputy General Counsel
   The Metropolitan Water District of
3     Southern California
   350 S. Grand Avenue
4  P.O. Box 54153
   Los Angeles, CA 90054-0153
5
   (213) 217-6318
6
   Attorneys for The Metropolitan Water
7    District of Southern California

FILED

NOV - 8 1994

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9                 UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11
                                    ) Civ. No. 1247-SD-C
12                                  )
    UNITED STATES OF AMERICA,       ) NOTICE OF MOTION AND MOTION OF
13                                  ) THE METROPOLITAN WATER
                    Plaintiff,      ) DISTRICT OF SOUTHERN
14                                  ) CALIFORNIA TO APPROVE
                                    ) MEMORANDUM OF UNDERSTANDING
15       v.                         ) AND AGREEMENT ON OPERATION OF
                                    ) DOMENIGONI VALLEY RESERVOIR;
16                                  ) AND TO AMEND MODIFIED FINAL
    FALLBROOK PUBLIC UTILITY        ) JUDGMENT AND DECREE
17  DISTRICT et al.,                ) ACCORDINGLY.
                                    )
18                  Defendants.     ) Date: December 5, 1994
                                    ) Time:  2 P.M.
19  _____  ) Courtroom: 1

20  TO ALL DESIGNATED PARTIES AND INTERESTED NON-PARTIES:

21          PLEASE TAKE NOTICE that on Monday, December 5, 1994, at

22  2:00 p.m., in Courtroom One at the United States Courthouse,

23  940 Front Street, San Diego, California.

24          The Metropolitan Water District of Southern California

25  hereby moves the court pursuant to Fed. Rules Civ.Proc., (b)(1) and

26  Local Rule 7.1, for approval of the attached Memorandum of

27  Understanding and Agreement for operation of Domenigoni Valley

- 1 -

1  Reservoir and for an order amending the Modified Final Judgment and
2  Decree in this case by incorporating said Memorandum of
3  Understanding and Agreement therein.
4       Said Motion is based on this Notice of Motion and Motion,
5  the Memorandum and affidavits filed in support thereof, the
6  pleadings and records filed herein and on such other evidence and
7  oral argument as the court may hear.
8       DATED: November 3, 1994

N. GREGORY TAYLOR, General Counsel
KAREN L. TACHIKI, Assistant General
  Counsel
VICTOR GLEASON, Senior Deputy General
  Counsel

By _____
Attorneys for The Metropolitan Water
  District of Southern California

VEG:gld
smr\noticx.smr

- 2 -