## MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A.      vs FALLBROOK PUBLIC UTILITY           NO.  1247-SD

HON.   GORDON THOMPSON, JR.   Ctrm Dep   N. Sargent   Rptr  ANN BUTCHER

### ATTORNEYS

Plaintiffs                                      Defendants

N/A                                      N/A

PROCEEDINGS:

HEARING OBJECTIONS TO THE SANTA MARGARITA RIVER WATERSHED ANNUAL
WATERMASTER REPORT - ORDERED OFF CALENDAR.  PARTIES RESOLVED
ALL DISPUTED CLAIMS - OBJECTIONS WITHDRAWN.

Date:  11-21-94                          INITIALS