# WATERMASTER
## SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92028
(619) 728-1028
FAX (619) 728-1990

October 18, 1994

Mr. Scott J. Steffen, P.E.
Natural Resources Consulting Engineers, Inc.
1250 Addison Street, Suite 204
Berkeley, CA   94702

FILED
NOV 21 1994
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

Re: United States v. Fallbrook Public Utility District
    et al, Civil No. 1247-SD-T

Dear Mr. Steffen:

Responsive to your August 9, 1994, letter to Judge Thompson objecting to the "Santa Margarita River Watershed Annual Watermaster Report Water Year 1992-93," I agree to the following actions with respect to the 1993-94 Report which is currently in preparation:

1.  The following be inserted in the discussion of the domestic water use for each of the Indian Reservations in Section 7.3 of the Report after mention of the estimated annual water use:

    The foregoing estimate is for total domestic water use on the Reservation. A portion of this use may not be under Court jurisdiction, but the estimate will be used until individual well production quantities are available to allow determination of the portion under Court jurisdiction.

2.  Table 3.2A be revised to delete the zero from the total flow for Pechanga Creek in 1991-92.

3.  References to total water use by water purveyors in the Summary will not single out water use by the Cahuilla and Pechanga Indian Reservations unless other water purveyors are also similarly treated. In addition the references to quantities of water used in Section 4.2 will be deleted along with footnote 4 on Table 4.1.

I understand that the foregoing commitments will permit you to withdraw the objections filed with the Court.

Very truly yours,

James S. Jenks
Watermaster

JSJ:rbb
cc:  Eugene Madrigal
     Jennie Miranda
     Honorable Gordon Thompson
     Steering Committee