

# NRCE

NATURAL RESOURCES CONSULTING ENGINEERS, INC.
CIVIL, ENVIRONMENTAL, AND WATER RESOURCES CONSULTANTS

August 9, 1994

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
U.S. District Courthouse
940 Front Street
San Diego, California 92189

```
              FILED
           NOV 21 1994
       CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    BY                      DEPUTY
```

Re:   United States of America v.
      Fallbrook Public Utility District
      Civil No. 1247 - SD-T

Dear Judge Thompson:

As engineering consultants to the Cahuilla and Pechanga Indian Reservations, NRCE submits the following objections to the "Santa Margarita River Watershed Annual Watermaster Report, Water Year 1992-93".

Objection 1: Page 1, Paragraph 4, text in parenthesis "...(including 109 acre feet estimated to have been used for domestic purposes on the Pechanga and Cahuilla Indian Reservations)". There are two objections to the inclusion of this statement in the report: first, why are the Cahuilla and Pechanga Indian Reservations the only two water users in the Santa Margarita Watershed singled out by a specific estimate, as to the amount of water used during 1992-93. Second, the amount of estimated water use is most likely unreliable. The value is not based on any measurements taken at well sites on the reservations, but an estimate based on per capita water use. The population and well data used in the report to determine groundwater usage by the reservations is not accurate. Some of the reported wells may be drilled into the deep aquifer in the Anza Valley, which according to Interlocutory Judgment No. 33 is outside the Court's jurisdiction. Other wells may be located in the basement complex, which according to Interlocutory Judgment No. 32, is outside the Court's jurisdiction.

Objection 2: Page 9, Table 3.2A, 1991-92 water year total for Pechanga Creek near Temecula reads 0 acre feet of water. Footnote 1 states that there is no continuous record for the year,

---

Main Office
1250 Addison Street, Suite 204
Berkeley, CA 94702
(510) 841-7814/Fax (510) 841-3728

East Africa Office
P.O. Box 1093
Ras Dashen Street, #5
Asmara, Eritrea
011-291-1-120574/Fax 011-291-1-120629

Colorado Office
11 Old Town Square, Suite 250
Fort Collins, CO 80524
(303) 224-1851/Fax (303) 224-1885

and the water year total for Santa Gertrudis Creek near Temecula, with the same footnote attached, is left blank. Based on these facts, no total should be presented for Pechanga Creek. Reporting a total of 0 acre feet implies there was no flow in Pechanga Creek for the water year, when in fact this may not be true.

Objection 3: Page 14, Paragraph 4, text reading "... includes estimated water use on the Pechanga and Cahuilla Indian Reservations of 109 acre feet..., of which 84 acre feet were estimated to have been used on the Pechanga and Cahuilla Indian Reservations.". The reasons for the objection are the same as presented under Objection 1.

Objection 4: Page 15, Table 4.1, Footnotes 1 and 4. The basis for the objection to footnotes 1 and 4 is the same as previously stated in Objections 1 and 3.

Thank you for your time and consideration of these objections on behalf of the Cahuilla and Pechanga Indian Reservations. If you have any questions regarding these objections, please contact me at (510) 841-7814.

Sincerely,
NATURAL RESOURCES CONSULTING ENGINEERS, INC.

Scott J. Steffen, P.E.
*Associate Engineer*

cc:   Gene Madrigal
      Jennie Miranda

f:\scott\watermaster\object.doc

