United States of America   v.
Fallbrook Public Utility Distr..., et al.

## $

$18 31:15

## 1

1.2 19:15, 15
1.8 16:7
100 10:10; 22:7, 14
100-year 31:24
11:05 45:23
11th 31:2
12-foot 13:8, 11
125 28:7
1355 24:15
1400 24:3, 7
16 14:16
17 3:2; 29:3; 31:15
17.2 18:22
1905 28:9
1966 5:11; 8:10
1975 5:19; 8:22
1991 14:8
1994 3:2, 16
1995 15:24
1996 16:2

## 2

2.3 18:10
20 6:11; 8:1, 23; 9:2
21 3:16
21st 6:3; 39:11
24 21:15
25-foot 15:8
28th 10:9

## 3

3-1/2 16:4
3100-acre 30:2
3rd 40:21

## 4

404 15:1
44,000 19:5, 24
45 24:15

## 5

50 21:17
54 18:19
5th 10:19; 40:19;
43:10

## 6

6-hour 31:24
6200 31:16, 21

## 7

70 16:12; 19:12, 13
72 21:15
742 18:5, 10

## 8

8 5:11
800,000 19:3; 20:3

## 9

9 23:18
90 12:4
91 34:12
95 16:1

## A

A.M 45:23
ability 12:12, 18;
27:24
able 38:2; 40:17; 42:9
above 20:14; 24:3
abstain 37:4
accommodate 36:24
according 29:6
accurate 19:25
accurately 20:4
achieve 38:23
acquired 39:25
acquisition 40:9;
41:8
acquisitions 40:2, 7
acre 19:3, 5, 13, 13,
15, 16, 25; 20:3
acres 30:2
action 44:25
acts 28:14
actually 12:3; 13:18,
19; 18:9; 28:8
add 39:18
addition 5:13; 10:12;
11:3; 22:2; 23:13;
34:13
additional 10:25;
13:15; 42:1; 44:15,
21; 45:17
address 7:8; 11:1;
26:11
addressed 18:11
adhere 17:1
adjacent 25:6, 12
adjudicate 30:7
adjust 9:8
adopt 6:14
adoption 27:13
advance 14:18
advanced 34:23
adverse 33:12

adversely 29:8
advice 36:6
advised 36:22
affecting 32:10
afternoon 44:10
again 3:20; 21:2;
26:9; 37:6; 44:11
against 30:1; 32:15,
19; 35:14
agenda 6:16
ago 8:1
agreed 34:2
agreement 5:24;
8:8; 10:3; 27:14;
28:1; 29:22; 31:21;
32:10, 17; 33:25
Agreements 14:12
ahead 43:3; 44:3
allocations 41:19
allow 9:7; 15:9; 42:9
allows 14:15
along 5:24; 18:7;
40:14; 45:6
already 4:15; 33:14
alternate 25:15
Although 5:2; 6:21
amended 32:19;
34:17
America 3:13
amount 19:21; 31:23
Andy 26:20; 27:1
animal 14:16
announce 3:10
anyone 3:21
Apparently 42:17
appeared 26:18;
32:1
appears 41:5
applies 41:22
apply 17:6
appointed 4:5
appropriate 34:7;
44:12
approval 10:15;
32:22
approve 44:20
approved 5:18;
8:13; 34:6, 12
approving 42:4
approximate 21:18
Approximately
24:15
Aqueduct 11:25;
12:25; 13:20
area 11:21; 12:4, 6,
21; 13:12, 19; 14:4;
18:13, 18, 20, 21;
19:9, 11, 14, 16, 23;
20:19, 20, 21; 28:6;
34:22; 38:10; 42:6, 8
areas 11:22; 18:24
around 14:14
arrangement 15:7

Article 39:18, 21
articulate 38:2
aside 41:11
aspect 7:20
aspects 16:19; 40:23
asserted 31:23
assignable 35:8
assignees 35:10
assist 6:13; 35:19
assistant 11:12
associated 25:10
assume 37:19
assumes 29:13; 31:7
assumption 31:6
assurances 9:12
assuring 38:15
atmosphere 22:12,
15
attached 28:10
attempting 30:7
attendance 26:7
authority 44:24
availability 23:6
available 12:13, 18;
27:6
avoid 41:5
aware 4:24; 38:6

## B

back 5:19; 6:1; 11:3;
13:7; 15:3; 22:12;
25:25; 38:14
Base 4:11
based 44:21
basic 17:3, 9; 25:21
Basically 19:20;
21:13, 16; 25:20;
45:16
basin 18:19; 20:15;
30:17; 31:3; 33:22
basins 12:14, 15, 20
basis 23:11
become 16:9
becomes 13:3;
15:10; 21:11; 23:3;
24:23
bedrock 23:15, 20;
24:2, 6, 16; 26:23;
29:9; 31:10; 41:20
begin 21:15
beginning 16:16
behind 11:16; 16:10;
18:19, 21
believe 3:4; 6:20;
42:18
below 16:1, 3; 24:7,
16
benefit 3:24; 16:11;
26:10; 33:17
benefits 27:19; 38:16

best 36:22; 37:9, 10;
41:1
better 19:6
beyond 36:10; 42:8
Bill 11:11
biological 14:12, 13
bit 11:14, 14; 13:3;
17:5; 18:2; 21:7;
22:18; 23:15; 34:6
bite 38:14
board 14:8; 34:12
borings 23:19
boundary 18:8
branch 8:2, 3; 13:16
brief 6:17, 19; 7:12
briefly 4:23; 14:6
bring 13:15, 18
brings 15:6
broad 12:7; 16:6
broken 20:12
building 27:6
built 9:6; 13:19;
15:22; 17:25; 22:21;
31:15
bulk 36:18
burden 42:11
bushes 39:6
business 45:21
butterfly 15:9

## C

C 4:14
calculated 19:18
CALIFORNIA 3:1, 8;
4:9; 16:10
call 3:5; 12:13, 16;
38:20
called 13:8; 19:19;
23:19
Camp 4:11
can 6:22; 7:7, 8;
12:3; 13:10, 18; 15:7;
18:7, 13; 19:1, 25;
29:15; 31:8; 32:12,
18; 34:20, 20; 37:8,
19, 23, 24; 38:22;
40:25; 42:12, 21;
43:13; 44:2, 3, 3, 10,
23; 45:6, 17
Canal 13:1; 15:19;
21:11; 23:2; 24:22;
29:19
Canyon 13:22;
20:13, 16, 17, 19, 20;
21:14
capable 28:18
capacity 13:16, 18;
17:10; 19:3, 5, 8;
22:21
capture 20:16
card 7:6
cards 11:4

care 6:11; 36:12
carrying 28:18
Carter 8:16
case 3:12; 9:17;
29:18; 34:5; 38:3
cause 21:22
certainly 27:20;
40:24; 41:4; 43:6;
44:23
certified 14:8
cfs 31:21
cfs's 21:17; 31:16
chairman 3:9
change 17:24; 21:6
changed 45:13
changes 8:15; 20:4;
44:15
channel 28:13; 30:19
Cindy 26:20; 27:1
Circuit 8:18
claims 40:4
clarification 33:6,
24; 34:14
clarifications 27:10
clarify 44:5
clear 11:17; 18:19;
41:23
clearer 18:14
clearly 12:8
clerk 36:21
clients 26:19
Close 42:17; 44:12
closed 42:20
closely 7:25
closer 18:12; 19:15
Colonel 4:11
Colorado 11:25;
12:25; 13:7, 20
combination 30:24
combined 15:14
coming 5:20; 11:25;
12:1, 25
comment 36:12
comments 3:21;
4:21; 6:6, 21, 24;
10:6, 23; 26:6; 27:1;
37:12, 15; 40:11;
42:16, 19; 45:3, 8
Committee 3:9, 11;
4:2, 18; 6:4, 9, 11;
10:5, 7; 26:1, 12, 18;
37:17, 18; 38:21;
39:7, 12; 42:13;
44:14, 18, 25; 45:3,
21
Committee's 45:12
community 16:11
compare 19:7
compatible 41:16
compensation
35:22
completed 14:7;
15:18

United States of America   v.
Fallbrook Public Utility District, et al.

flowed 18:3
flowing 17:21, 23;
19:18; 21:5; 23:21, 24
flows 18:3; 15:15;
28:12, 18; 31:16;
34:18, 18
follow 7:8; 25:22
followed 6:19
Following 6:8, 16,
25; 7:17, 24; 9:20;
17:7
Folsom 16:10
forebay 13:2; 14:3
forms 11:21; 15:14
forthcoming 44:16,
21
forward 10:21; 26:9
found 14:25
foundations 15:25;
25:11
fourth 22:17; 25:5
frankly 30:23
full 3:24; 26:10; 36:24
function 22:20
further 26:23; 42:19
future 6:14; 12:10

## G

Garry 7:18; 16:17;
29:6
gathering 24:12
general 3:7; 4:16;
7:12
generally 12:22;
21:24
geologist 30:20
gets 12:24
given 44:4
gives 12:18
giving 11:17
Gleason 7:1, 12, 23;
38:20, 25; 39:5;
42:14; 43:5, 22; 44:9
Gleason's 44:22
goes 14:3; 29:19
good 15:10; 42:2
Goodhart 20:13, 16,
17, 18, 20; 21:14
goodness 28:22
Gordon 3:16; 4:16
govern 5:22
gravity 12:4; 13:22
great 16:11
greater 17:20; 21:17
green 11:21; 18:18,
20
groundwater 12:14,
15, 20; 16:1, 3; 23:6,
8, 12, 14, 20, 24;
24:6; 25:6, 8, 11, 13,
16; 28:8; 30:16, 22;

31:3; 32:11; 33:17;
36:18, 19; 37:4; 38:9
guess 4:24; 6:22;
19:6; 41:3; 45:6, 20
guts 16:22
guys 43:11; 44:3

## H

H 4:11
half 10:1
handle 41:1
handled 42:12
haphazardly 28:2
happy 27:2; 37:24;
41:24; 43:14; 45:18
hasn't 31:9
haven't 37:6
hear 6:17; 8:18;
45:19
heard 33:13
hearing 4:23; 6:5, 8,
10, 13, 21, 22, 25;
7:9; 8:20, 21; 10:19,
23; 26:7; 27:4; 28:25;
29:25; 36:8; 39:7;
40:13, 18; 42:4, 17,
18, 20, 22; 43:3; 44:4,
6, 13, 15; 45:1, 5
held 3:14; 34:25
help 37:23
Hemet 28:7
HENNIGAR 3:4, 7;
6:23; 7:10; 26:2, 5;
36:5; 39:4; 42:14, 25;
43:4; 44:11; 45:16
here's 20:11
heretofore 30:19
hidden 39:5
historical 23:6
hold 6:4
holders 23:8; 41:20
holds 12:9
homage 41:4
Honorable 3:15
hour 31:2
hours 21:15
hub 12:2
hundred 30:1
hurt 27:13
hurts 37:7
hydrogeologist
16:19
hydrologically
20:13

## I

idea 12:23
ideal 12:22; 28:16
ideally 21:17
identify 3:24; 26:9

immediate 4:13; 23:8
immediately 25:12
impact 34:11; 35:24
impacted 10:11, 11;
29:8
impacts 33:12
impair 33:8
impaired 34:25
impairing 9:15
implemented 16:20
important 42:5, 6, 6,
8
imported 5:4; 12:14;
17:10, 17
impound 5:5
impoundments
5:15, 18
inappropriate 41:9
include 23:12; 29:5
included 40:15;
43:14
includes 35:19
incorporated 10:7
incorporation 10:16
incorrect 31:3
increase 21:25
increments 15:8
indeed 12:6
indicate 9:20, 23;
44:11, 13
indicated 35:3
infeasible 31:14
information 6:12
initiated 40:19, 20
inland 13:14
inlet 15:5
input 44:19
installed 24:8, 11
intended 24:25;
33:7, 10; 39:23
intends 21:4; 25:22
intent 25:16; 38:21
interested 29:23
interfere 27:23
interim 43:6; 44:19;
45:7, 18
into 5:6; 7:14; 9:6;
10:8, 17; 12:24, 25;
13:3, 7, 10, 18, 21,
24; 14:3, 4; 15:6;
20:12, 24, 25; 21:14;
22:12, 22, 25; 23:25;
31:25; 35:18; 38:23;
43:16
introduce 4:2; 7:2;
11:10
introduced 4:15
inundated 28:11
invite 7:1; 26:5; 44:19
inviting 45:17
involve 34:17
Irvine 26:16

issue 30:3, 8, 11;
41:6, 12; 43:22, 24
issued 3:15; 8:10
issues 8:11; 9:4;
31:5; 39:9; 40:22;
41:17, 18, 21; 44:1
itself 15:15; 42:7

## J

Jenks 4:6, 20, 22;
7:5; 11:4; 45:2
Jim 4:6
John 3:7; 4:11, 22;
6:3, 20; 11:1
Jr 3:16
Judge 8:16, 17, 20;
36:11
judgement 5:12;
8:10; 9:16; 10:17;
41:16
June 30:13; 39:8
jurisdiction 5:10,
14, 15, 17; 14:25;
15:1; 37:5, 16; 44:24
jurisdictional 41:6,
17
jury 31:1

## K

KENNEY 45:9
kept 39:5
Kevin 4:9
key 24:5
kind 3:22; 7:16;
12:18; 18:3; 22:18
kinds 42:12
knowing 29:23
Krieger 37:10

## L

Lake 5:18; 8:1, 14;
9:18; 11:12; 13:7, 22;
14:3; 16:24; 18:15,
17, 19; 19:4, 14, 17,
18; 20:6
land 26:21; 28:6, 11,
13; 30:6; 31:9, 13, 19;
34:19, 22, 25; 35:22,
25; 40:1, 6
lands 43:20
language 27:11;
29:5; 32:5, 10, 20;
33:3, 5, 25; 34:14;
36:19; 37:23, 25;
38:15, 19, 22; 40:15,
15, 25; 42:1, 23; 43:8,
12; 44:21; 45:6, 13,
18
languages 30:24;
44:15
larger 12:11; 19:4

largest 16:9
Larry 26:16; 27:1;
36:2
last 10:5; 24:13;
25:4; 28:7; 29:24;
31:11; 43:15
Lastly 22:6
later 3:20; 32:18;
37:2
Law 26:15; 37:10
lawyer 26:14
layer 15:11
least 8:20; 24:13;
38:4
left 4:13; 13:1
legal 4:13; 7:14; 36:6
less 12:13
level 13:9; 15:8
levels 23:14; 24:2, 6,
14; 33:17
leverage 41:7
light 18:20; 37:17
Likewise 19:1
limit 33:8
limits 21:22
lines 5:24
lip 23:15, 20; 24:3, 7,
16; 26:23; 29:9;
31:10; 38:11; 41:20
list 22:2
listed 14:17
listing 14:18
litigation 29:1;
30:12, 15; 32:15, 16;
33:20; 40:5, 8
little 7:6; 13:3; 17:5,
20; 18:2, 12, 14; 19:6,
12; 21:7; 22:18;
23:15; 24:18; 37:13
local 5:5, 22; 12:15,
17
locally 12:20
located 11:18, 23;
28:6
location 12:21
locations 9:22
long 24:1; 37:16;
38:1
look 18:12, 17;
20:11; 31:25; 45:13
looking 12:7; 17:16;
21:3
looks 28:14
losses 14:13
low 21:25

## M

M 26:15
MacMillan 11:11
main 15:24; 21:1
maintain 23:5
maintaining 5:13

major 22:10, 17;
23:4; 24:17; 25:4
Majors 6:18; 7:2, 11;
11:10; 26:4
making 27:5; 37:4
manager 3:7; 4:17
Mann 11:1
Margarita 4:6; 5:2,
7, 9; 18:6; 20:25;
23:22; 24:1; 25:2
Marine 4:10
market 35:21
mass-balance 19:20
material 11:8
Mathews 13:7
matter 10:20; 32:22;
36:25; 39:15; 41:1;
45:10
matters 8:24; 32:23;
37:8
Maurath 7:18; 16:17,
21; 29:6; 33:14
maximum 21:20
May 5:11; 6:11; 7:7;
11:1, 10: 12:16; 22:3;
28:4, 4, 16; 44:21;
45:7
MC 42:21; 43:2, 9;
45:9
McKenney 26:16;
27:1; 36:3
measure 18:2;
19:20; 20:4, 5; 21:8,
13; 35:4
measurement 34:1,
9
measurements
33:16
measures 27:18;
30:10; 34:8; 35:18, 23
measuring 20:18
mechanism 8:14;
41:5, 7
meeting 3:5, 11, 14;
27:6; 34:8; 37:18;
39:12
meetings 10:5; 26:19
member 35:14; 37:9
members 4:2;
11:15; 26:6
memorandum 8:8,
12; 10:2, 13, 16; 11:7;
24:4; 27:25; 39:18;
41:14; 44:1
memorandums
10:18
mention 3:20; 10:24
mentioned 6:3;
11:4; 23:1; 30:19;
39:2
mere 18:22
merely 9:11
meshes 32:4

---

Case 3:51-cv-01247-JO-SBC   Document 4845-1   Filed 12/07/94   PageID 46703   Page 3 of 29
United States of America v.
Fallbrook Public Utility Distr.   , et al.
REPORT' 'S TRANSCRIPT OF PROCEEDINGS
November 17, 1994

# R

rainfall 22:11, 13
ranch 30:2; 32:12
Rancho 3:8
rather 8:25
ratio 19:10, 14; 20:19
reach 45:5
read 39:19
reads 39:21
realize 25:13
really 28:15; 37:14
rear 11:11
reason 38:1
reasonable 12:7; 21:21
receive 38:16
received 6:12; 10:6; 40:12; 45:3
recharacterization 31:2
recognized 30:21
recommend 37:19
record 3:10; 30:20
recorder 26:11
recreational 16:6, 13
refer 24:9
referencing 32:11
referring 37:12; 41:18
region 42:7
regulate 5:3
regulated 5:23
related 22:18
relates 25:5
relating 40:22
relationship 39:15
relatively 19:24
relay 45:3
release 21:16, 19; 22:8; 34:17, 18
released 21:10; 22:8, 12, 15
releases 21:17, 20, 24; 22:4, 6; 24:18, 21
releasing 21:9
relocation 15:18, 19
remainder 30:4
remarks 6:17; 7:12, 14, 22
removed 33:4
removing 27:12
report 6:9; 10:22; 34:11
reported 26:23
reporter 3:18, 25
representation 36:16
representative 39:13

representatives 26:20
representing 4:7, 10
request 36:7, 10; 42:19
require 8:25
required 14:20; 29:20
requirement 32:3, 4
requirements 29:17
reserve 11:22; 14:15
Reservoir 5:21, 23; 8:4; 9:3, 7, 14; 11:20, 23; 12:2, 6, 19, 24; 13:3, 6, 21, 23, 25; 14:14; 15:6, 8, 12, 14; 16:9; 17:2, 15, 24; 18:21; 19:2, 8, 11, 24; 20:2, 5; 21:11, 23; 22:11, 13, 20, 22, 23, 24; 23:2, 9, 17; 24:22, 24; 25:7, 12, 19, 23; 29:10, 15; 35:24; 40:3; 41:15; 42:7
reservoirs 9:23; 18:25
resolution 8:22; 37:1
resolve 8:10; 40:25; 42:1; 43:25
resolved 9:4; 32:24; 37:8
resources 32:12; 33:8, 13; 34:10
respect 6:6
respond 27:2; 39:3
response 43:2
responses 6:10
result 17:24; 25:8, 14; 39:17
results 6:9; 38:23
retained 22:14
returned 22:15
reverse 13:24
review 44:20
right 4:16; 6:22; 12:1, 5, 20; 13:17; 14:21; 15:5, 16; 16:16; 24:14; 27:21; 30:6
rights 8:11; 9:16; 23:8; 29:7; 30:7; 39:25; 41:20
rise 24:3
River 11:25; 12:25; 13:7, 20; 18:6; 20:25; 23:22; 24:1; 25:2
Riverside 14:1, 5; 29:3; 39:17; 40:8; 44:7
Road 15:20
roadway 15:20
Robertus 4:12
Rosa 14:11
running 19:21, 22

runoff 17:21, 23; 19:18; 20:6, 10, 16, 18, 21, 23; 21:5, 9, 14; 22:22; 23:1; 24:18
runs 28:19

# S

safe 21:21
same 8:4; 9:6; 27:24
San 10:15; 13:1; 14:2, 4; 15:19; 21:10; 23:2; 24:22; 29:19
Santa 4:5; 5:2, 6, 8; 14:11; 18:6; 20:25; 23:22, 25; 25:2
satisfactory 45:7
satisfied 34:21
satisfies 29:7
satisfy 29:16, 17; 33:10, 11; 38:16
saying 34:14; 43:25
scheduled 38:7; 43:3
Seated 4:7
second 17:19
Section 23:18; 43:14
seeing 35:19
seek 33:1; 36:6
seemingly 29:6
seems 36:9; 38:5; 41:9; 43:17
send 40:15
senior 16:18
separate 27:24; 39:16; 41:17
September 10:9; 39:11
series 16:24
serious 27:7
served 10:10; 40:19
service 12:4, 6, 21; 13:12, 19; 22:2; 40:19
Services 16:18
serving 41:12
set 10:19; 14:14
setting 40:13, 18
seven 17:3; 25:21
several 12:8; 24:13; 30:1
shall 35:13
Shasta 16:10
sheet 28:11
sheets 28:19
short 12:10
shortly 8:9
showed 9:5
side 13:2
signatories 31:22; 32:14, 17; 34:3, 4, 15; 38:18
signatory 35:16

signed 6:1; 10:8, 12; 14:13
significance 42:9
significant 24:19, 25
significantly 19:4
Silverwood 13:22
similar 16:23
Similarly 32:9
simple 20:17
sit 41:24; 43:6
site 24:9
sits 18:7
sitting 11:15
situated 23:19
sixth 24:17
size 18:24; 19:1, 8, 8, 10, 23
Skinner 5:19; 8:1, 14, 24; 9:3, 18; 11:12; 14:3; 16:24; 18:13, 15, 17, 19; 19:4, 14, 17, 19; 20:6
slightly 20:9
slowly 21:25
small 5:5; 18:9; 19:24
smells 28:14
soliciting 6:5
somehow 29:14, 16; 31:8; 33:15, 17
something 42:5, 6
somewhat 8:3
soon 40:16
sort 8:25; 28:1; 37:15; 41:9
source 25:7, 15
south 14:1; 23:18; 24:1; 26:24
Southern 4:8
southwesterly 28:12
space 17:16
speak 7:7; 38:5
speakers 9:20
speaking 3:21; 38:24
special 3:11
species 14:17
specifically 24:10
spending 16:12
spilled 29:15
spinning 16:12
spoke 36:21
spokespeople 7:2
Springs 20:24; 22:25; 24:19; 28:15; 29:14; 31:7
square 18:5, 11, 19, 22; 19:13, 16
stand 35:20
standpoint 15:1
start 21:24
started 40:11

state 12:1; 13:4, 17; 14:22; 16:10; 30:20; 39:16; 41:8
States 3:13; 8:13
status 38:9
stay 33:1
steam 28:10
steel 13:11
Steering 3:9, 11; 4:2, 18; 6:4, 8, 10; 10:4, 6; 25:25; 26:12, 18; 38:21; 39:7, 12; 42:13; 44:14, 18, 25; 45:3, 12
stipulation 32:21; 36:23
storage 12:2, 7; 17:10, 16, 17; 19:13, 14
store 5:4; 12:12
stored 17:13; 24:24
storm 11:16; 28:18; 31:24
stream 5:7, 9; 28:15
strict 41:6
subjects 11:2
submitted 3:9
subsequent 14:9
subsequently 32:19; 34:17
subsidize 29:21; 35:4
substantial 35:5
subterranean 30:18
successors 35:9
sufficient 24:24
suggest 33:23
suggestion 39:14
summertime 12:11; 13:24
superintendent 11:12
Superior 29:3
supervisors 28:16
supplement 45:14
supplies 5:4
support 27:10
Sure 37:22; 38:13; 43:23
surely 37:20
surface 5:8, 14; 17:21, 23; 20:23; 21:5; 22:22
surprise 43:17
surprising 28:25
Susan 26:13, 15
SWPPP 14:21
synergistically 12:19
system 5:7, 9; 8:2, 3
systems 17:11; 19:10

# T

table 6:1; 11:3
talk 16:21; 17:19; 18:1; 23:15; 44:9
talked 21:7; 22:17
talking 17:5
technical 7:19, 20; 8:24; 16:19; 42:12
technique 19:20
TEMECULA 3:1
tends 16:21
terms 12:5; 24:4; 36:7; 41:18; 44:25
testified 31:12
testifying 38:8
testimony 29:25; 33:14
third 16:9; 22:10
Thompson 3:16; 36:11
though 33:22; 44:13
three 9:2; 23:19
throughout 12:21; 29:16
Thursday 3:2; 29:24
Thus 23:24
timed 21:18
timing 40:23
Tinker 4:16
today 4:24; 6:16; 10:23; 26:16, 19; 27:16; 28:21; 36:3; 37:8; 40:13; 43:13; 45:4
together 10:1, 2
took 8:13; 38:1
total 16:12
tower 15:5
TRAGER 26:13, 13, 15; 36:5, 15; 37:22; 39:2; 41:18, 25; 43:7, 13; 44:2, 22
Trager's 40:11
transcript 3:17; 10:22
transferable 35:9
transferees 35:10
travels 15:20
trial 8:17; 29:25; 40:10; 44:7
try 41:25; 43:7
trying 37:15; 43:25
Tucalota 3:2
turn 4:19; 7:18; 25:25
two 9:23; 10:5; 18:24; 19:9; 44:8
Typically 24:13

*Lawyer's Notes*

## ATTORNEY'S NOTES

| Page No. | Line No . | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# EXHIBIT C

# Dr. Marauth Slides

## _Principle_

A.   Basic function = provide storage capacity for imported water

## _Criterion_

No storage space reserved for flood control

_Slide A_

*Principle*

B.   Quantity of surface runoff flowing past the West Dam will not change

*Criteria*

Determine surface runoff by:

*Slide B*

SANTA MARGARITA RIVER WATERSHED

HEMET RESERVOIR

DOMENIGONI VALLEY RESERVOIR PROJECT

EASTSIDE PIPELINE

HEMET

LAKE SKINNER

VAIL LAKE

RIVERSIDE
SAN DIEGO
COUNTY
COUNTY

SANTA MARGARITA RIVER
WATERSHED BOUNDARY

WINCHESTER

SAN DIEGO CANAL

RAILROAD CANYON RESERVOIR

LAKE ELSINORE

SANTA MARGARITA RIVER

INTERGRAPH FILE NAME:  /usr/eng/work/006c023pdgo

DATE:  16-NOV-1994 11:16



DOMENIGONI VALLEY RESERVOIR PROJECT AND LAKE SKINNER WATERSHEDS

DOMENIGONI VALLEY RESERVOIR PROJECT WATERSHED

LAKE SKINNER WATERSHED

Slide D



GOODHART CANYON
DETENTION BASIN

GOODHART CANYON
WATERSHED

DOMENIGONI VALLEY RESERVOIR
PROJECT WATERSHED BOUNDARY

Slide E

1.  Measure Goodhart Canyon Runoff

2.  Mitigation begins within 24 to 72 hours and is adjusted daily

3.  Release rate  =  no more than 50 cfs

4.  Release rate  =  within reasonable and safe limits

5.  Release rate  =  start low and increase gradually

6.  Release rate  =  similar to natural rates (within the constraints mentioned above)

7.  Releases  =  continue following each storm until total mitigation is released

*Slide F*

## Principle

C.   Rainfall on the reservoir is released or evaporates

## Criterion

Surface runoff determined using Goodhart Canyon Detention Basin - 100% mitigation flow released

*Slide G*

## *Principle*

D.   Flood control is not an explicit function of the reservoir

## *Criterion*

**Surface runoff determined using Goodhart Canyon Detention Basin - 100% mitigation flow released**

*Slide H*

*Principle*

E.   Metropolitan will ensure and maintain historical groundwater availability

*Criteria*

Metropolitan will provide operating data to Watermaster on a monthly basis

Monitor groundwater at bedrock lip

*Slide I*

Slide J

## *Principle*

F.   Runoff mitigation releases will have little or no significant effect on Warm Springs water quality

## *Criterion*

Quality of water stored in the Reservoir will not degrade local water quality

*Slide K*

## _Principle_

G.   During construction groundwater users adjacent to the reservoir who are deprived of their source of water by dewatering operations will be supplied an alternate source of water

## _Criterion_

During construction impacted users will be made whole

_Slide L_

# EXHIBIT  D


# Proof of Publication of Notice

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

This space is for the County Clerks's Filing Stamp

## STATE OF CALIFORNIA
## County of Riverside

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am an the principal clerk of the printer of The Hemet News, a newspaper of general circulation, printed and published daily in the City of Hemet, County of Riverside and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of October 10, 1927, Case Number 17137: that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

__10/27/94__

__11/03/94__

__11/10/94__

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
**Signature**

Dated at Hemet, California, this __10th__ day of

__November, 1994__

Proof of Publication

## Public Notice

## Metropolitan Water District of Southern California

**PUBLIC NOTICE**

Pursuant to jurisdiction retained by the Final Judgment and Decree in United States of America v. Fallbrook Public Utility District et al., No. 1247-C, the Federal District Court for the Southern District of California, the court-appointed Steering Committee will hold a hearing on November 17, 1994, starting at 10:00 a.m., or as soon thereafter as possible, at the offices of Rancho California Water District, 42135 Winchester Road, Temecula, to receive comments from the public on a Memorandum of Understanding and Agreement for Operation of Domenigoni Valley Reservoir (MOU) on Warm Springs Creek, a tributary of the Santa Margarita River by way of Murrieta Creek.

The Metropolitan Water District of Southern California (Metropolitan) has developed the MOU in consultation with the principal parties in the case (the United States, Fallbrook public Utility District, and Rancho California Water District), as well as the Watermaster, to assure that the operation of Domenigoni Valley Reservoir will not impair any of the rights adjudicated by the Judgment in this case. The principal parties have indicated their approval of the MOU.

Metropolitan is in the process of constructing Domenigoni Valley Reservoir to provide regulatory storage capacity for water which Metropolitan imports to its six-county service area, including significant areas of the Santa Margarita River System Watershed, and other areas in Riverside and San Diego counties. The MOU provides that Metropolitan will not appropriate Warm Springs Creek flows and will ensure that the Reservoir will release to Warm Springs Creek, the same quantity of water that would have naturally flowed in that Creek in the absence of the Reservoir. The portion of the Watershed draining into the Reservoir represents only 2.3 percent of the drainage area of the Santa Margarita River Watershed.

Copies of the Memorandum of Understanding and Agreement and supporting documents filed with the court may be examined during normal working hours at the offices of:

a. The Offices of the Clerk of the Federal District Court, 940 Front Street, San Diego

b. Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook

c. Rancho California Water District, 42135 Winchester Road, Temecula

d. Skinner Reservoir, 33740 Borel Road Winchester, and

e. Domenigoni Valley Reservoir Field Office, 30015 Rawson Road, Hemet.

The Hemet News
Oct. 27 Nov. 3,10,1994

PROOF OF PUBLICATION

(2010, 2015.5 CCP)


PROOF OF PUBLICATION OF


NOTICE

1247-C

I am a citizen of the United
States and a resident of the
County aforesaid; I am over the
age of eighteen years, and not
a party to or interested in the
above entitled matter. I am an
authorized representative
of THE PRESS-ENTERPRISE,
a newspaper of general circula-
tion, printed and published daily
in the city of Riverside, County
of Riverside, and which newspaper
has been adjudicated a newspaper of
general circulation by the
Superior Court of the County of
Riverside, State of California,
under date of April 15, 1955,
Case Number 54446; that the
notice, of which the annexed is
a printed copy, has been published
in each regular and entire issue
of said newspaper and not in any
supplement thereof on the following
dates, to-wit:

10/27,11/3,10/1994

I certify (or declare) under
penalty of perjury that the
foregoing is true and correct.

Dated November 10, 1994
at Riverside, California


-------------------------------

NWD / VICTOR GLEASON

PUBLIC NOTICE
Pursuant to jurisdiction re-
tained by the Final Judgment
and Decree in United States of
America v. Fallbrook Public
Utility District et al., No. 1247-
C, the Federal District Court for
the Southern District of Califor-
nia, the court-appointed Steer-
ing Committee will hold a hear-
ing on November 17, 1994,
starting at 10:00 a.m., or, as
soon thereafter as possible, at
the offices of Rancho California
Water District, 42135 Winches-
ter Road, Temecula, to receive
comments from the public on a
Memorandum of Understanding
and Agreement for Operation of
Domenigoni Valley Reservoir
(MOU) on Warm Springs Creek,
a tributary of the Santa Margari-
ta River by way of Murrieta
Creek.

The Metropolitan Water Dis-
trict of Southern California
(Metropolitan) has developed
the MOU in consultation with
the principal parties in the case
(the United States, Fallbrook
public Utility District, and Ran-
cho California Water District),
as well as the Watermaster, to
assure that the operation of Do-
menigoni Valley Reservoir will
not impair any of the rights ad-
judicated by the Judgment in
this case. The principal parties
have indicated their approval of
the MOU.

Metropolitan is in the process
of constructing Domenigoni Val-
ley Reservoir to provide regula-
tory storage capacity for water
which Metropolitan imports to
its six-county service area, in-
cluding significant areas of the
Santa Margarita River System
Watershed, and other areas in
Riverside and San Diego coun-
ties. The MOU provides that
Metropolitan will not appropri-
ate Warm Springs Creek flows
and will ensure that the Reser-
voir will release to Warm
Springs Creek, the same quanti-
ty of water that would have nat-
urally flowed in that Creek in
the absence of the Reservoir.
The portion of the Watershed
draining into the Reservoir rep-
resents only 2.3 percent of the
drainage area of the Santa Mar-
garita River Watershed.

Copies of the Memorandum
of Understanding and Agree-
ment and supporting documents
filed with the court may be ex-
amined during normal working
hours at the offices of:
a. The Offices of the Clerk of
   the Federal District Court,
   940 Front Street, San
   Diego
b. Fallbrook Public Utility Dis-
   trict, 990 E. Mission Road,
   Fallbrook
c. Rancho California Water
   District, 42135 Winchester
   Road, Temecula
d. Skinner Reservoir, 33740
   Borel Road Winchester,
   and
e. Domenigoni Valley Reser-
   voir Field Office, 30015
   Rawson Road, Hemet.
   10/27,11/3,10

# Proof Of Publication

STATE OF CALIFORNIA

County of Riverside

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of



a newspaper of general circulation, published

**Daily, except Saturday**

in the City of Temecula, California 92590, County of Riverside, Three Lakes Judicial District, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under the Date of February 25, 1982, Case Number 147342: that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

October 27, November 3 & 10

19 __94__

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at TEMECULA, CALIFORNIA, this
__10th__ day of __November__, 19 __94__

S. Gerety                                    Assistant to Publisher

---

This space is for the Court Clerk's Filing Stamp

Public Notice – Metropolitan Water District

Proof of Publication of

**PUBLIC NOTICE**

Pursuant to jurisdiction retained by the Final Judgment and Decree in United States of America v. Fallbrook Public Utility District et al., No. 1247-C, the Federal District Court for the Southern District of California, the court-appointed Steering Committee will hold a hearing on November 17, 1994, starting at 10:00 a.m., or as soon thereafter as possible, at the offices of Rancho California Water District, 42135 Winchester Road, Temecula, to receive comments from the public on a Memorandum of Understanding and Agreement for Operation of Domenigoni Valley Reservoir (MOU) on Warm Springs Creek, a tributary of the Santa Margarita River by way of Murrieta Creek.

The Metropolitan Water District of Southern California (Metropolitan) has developed the MOU in consultation with the principal parties in the case (the United States, Fallbrook Public Utility District, and Rancho California Water District), as well as the Watermaster, to assure that the operation of Domenigoni Valley Reservoir will not impair any of the rights adjudicated by the Judgment in this case. The principal parties have indicated their approval of the MOU.

Metropolitan is in the process of constructing Domenigoni Valley Reservoir to provide regulatory storage capacity for water which Metropolitan imports to its six-county service area, including significant areas of the Santa Margarita River System Watershed, and other areas in Riverside and San Diego counties. The MOU provides that Metropolitan will not appropriate Warm Springs Creek flows and will ensure that the Reservoir will release to Warm Springs Creek, the same quantity of water that would have naturally flowed in that Creek, in the absence of the Reservoir. The portion of the Watershed draining into the Reservoir represents only 2.3 percent of the drainage area of the Santa Margarita River Watershed.

Copies of the Memorandum of Understanding and Agreement and supporting documents filed with the court may be examined during normal working hours at the offices of:

  a. The Offices of the Clerk of the Federal District Court, 940 Front Street, San Diego
  b. Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook
  c. Rancho California Water District, 42135 Winchester Road, Temecula
  d. Skinner Reservoir, 33740 Borel Road, Winchester, and
  e. Domenigoni Valley Reservoir Field Office, 30015 Rawson Road, Hemet.

Pub.: Oct. 27, Nov. 3 & 10, 1994

# Proof Of Publication

STATE OF CALIFORNIA,

County of San Diego

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

THE ENTERPRISE

a newspaper of general circulation, printed and published

Weekly, Thursday

in the City of Fallbrook, California 92028, County of San Diego, Fallbrook Judicial District, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of April 1, 1911, Case Number 173-737; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

October 27, November 3, 10, 19 94

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at FALLBROOK, CALIFORNIA, this 10th day of November 19 94

_Signature_
Assistant To Publisher

This space is for the County Clerk's Filing Stamp

Proof of Publication of

**PUBLIC NOTICE**

Pursuant to jurisdiction retained by the Final Judgment and Decree in United States of America v. Fallbrook Public Utility District et al., No. 1247-C, the Federal District Court for the Southern District of California, the court-appointed Steering Committee will hold a hearing on November 17, 1994, starting at 10:00 a.m., or as soon thereafter as possible, at the offices of Rancho California Water District, 42135 Winchester Road, Temecula, to receive comments from the public on a Memorandum of Understanding and Agreement for Operation of Domenigoni Valley Reservoir (MOU) on Warm Springs Creek, a tributary of the Santa Margarita River by way of Murrieta Creek.

The Metropolitan Water District of Southern California (Metropolitan) has developed the MOU in consultation with the principal parties in the case (the United States, Fallbrook Public Utility District, and Rancho California Water District), as well as the Watermaster, to assure that the operation of Domenigoni Valley Reservoir will not impair any of the rights adjudicated by the Judgment in this case. The principal parties have indicated their approval of the MOU.

Metropolitan is in the process of constructing Domenigoni Valley Reservoir to provide regulatory storage capacity for water which Metropolitan imports to its six-county service area, including significant areas of the Santa Margarita River System Watershed, and other areas in Riverside and San Diego counties. The MOU provides that Metropolitan will not appropriate Warm Springs Creek flows and will ensure that the Reservoir will release to Warm Springs Creek, the same quantity of water that would have naturally flowed in that Creek in the absence of the Reservoir. The portion of the Watershed draining into the Reservoir represents only 2.3 percent of the drainage area of the Santa Margarita River Watershed.

Copies of the Memorandum of Understanding and Agreement and supporting documents filed with the court may be examined during normal working hours at the offices of:
a. The Offices of the Clerk of the Federal District Court, 940 Front Street, San Diego
b. Fallbrook Public Utility District, 990 E. Mission Road, Fallbrook
c. Rancho California Water District, 42135 Winchester Road, Temecula
d. Skinner Reservoir, 33740 Borel Road, Winchester, and
e. Domenigoni Valley Reservoir Field Office, 30015 Rawson Road, Hemet.
Pub: Oct. 27, Nov. 3 & 10, 1994

# EXHIBIT E

# Steering Committee Notice & Agenda

## NOTICE OF MEETING

PLEASE TAKE NOTICE that a meeting of the Steering Committee for the Santa Margarita River Watershed, established pursuant to an Order of the United States District Court dated March 13, 1989, shall be held on November 17, 1994, at 10:00 a.m. at the Board Room of the Rancho California Water District located at 42135 Winchester Road, Temecula, California.

## AGENDA

1.   Purpose for Public Hearing

2.   Domenigoni Valley Reservoir Project Description

3.   Summary of Memorandum Of Understanding (MOU)

4.   Public Comments Regarding Domenigoni Valley Reservoir Project MOU

# EXHIBIT  F

# Stipulation & Order re MOU Amendment

1  SUSAN M. TRAGER (State Bar #58497)
   ROBERT C. HAWKINS (State Bar #144906)
2  MICHELE A. STAPLES (State Bar #144392)
   LARRY B. MCKENNEY (State Bar #171331)
3  LAW OFFICES OF SUSAN M. TRAGER
   2100 S.E. Main Street, Suite 104
4  Irvine, California  92714
   (714) 752-8971
5
   Attorneys for Francis Domenigoni,
6  Jean Domenigoni, the Francis N. and
   Jean Domenigoni Family Trust,
7  Domenigoni-Barton Properties,
   Elsa Barton, Fred Domenigoni,
8  Domenigoni Brothers Ranch,
   and Cindy and Andy Domenigoni

NOV 2 1 1994

CLERK, U.S. DIST...
SOUTHERN DISTRICT O...

9

10              UNITED STATES DISTRICT COURT

11            SOUTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,     )   Case No.  1247-SD-C
                                  )
13                      Plaintiff, )   STIPULATION AND ORDER
                                  )
14                                )   Date:      December 5, 1994
    v.                            )   Time:      2:00 p.m.
15                                )   Courtroom: 1
                                  )
16                                )
                                  )
17  FALLBROOK PUBLIC UTILITY      )
    DISTRICT, et al.,             )
18                                )
                        Defendants. )
19                                )
    _____)
20

21

22

23

24

25

26

27

28

1   Metropolitan Water District of Southern California

2   ("MWD") has served and filed a Motion to Approve the Memorandum

3   of Understanding and Agreement on Operation of the Domenigoni

4   Valley Reservoir ("MOU").  The court has set this matter for

5   hearing on December 5, 1994 at 2:00 p.m. in Courtroom 1 at the

6   United States Courthouse, 940 Front Street, San Diego,

7   California.  On October 21, 1994, this court ordered a public

8   hearing on the MOU.  On November 17, 1994, MWD conducted the

9   court-ordered public hearing and received public comments on the

10  MOU.

11      MWD subsequently amended the MOU to address concerns

12  raised at the court-ordered public hearing, including concerns

13  raised by Francis Domenigoni, Jean Domenigoni, the Francis N.

14  and Jean Domenigoni Family Trust, Domenigoni-Barton Properties,

15  Elsa Barton, Fred Domenigoni, Domenigoni Brothers Ranch, and

16  Cindy and Andy Domenigoni (the "Domenigoni Family").  A copy of

17  the amended MOU is attached hereto as Exhibit "A".

18      MWD and the Domenigoni Family hereby stipulate as

19  follows:

20      1.   The December 5, 1994 hearing date currently set

21  for the hearing on MWD's Motion is continued until January 9,

22  1995, at 9:30 a.m. ~~such time as the court deems appropriate~~, in Courtroom

23  1 at the United States Courthouse, 940 Front Street, San Diego,

24  California.

25      2.   By November 23, 1994, MWD will serve and file an

26  amended MOU as set forth in Exhibit "A" attached hereto as a

27  modification to its Motion.

28  ///

dom1\stip1.rch

2

1        3.   If MWD files an amended MOU in accordance with

2   subsection (2) of this stipulation, then the Domenigoni Family

3   will not oppose the Motion.

4        4.   Notice of this stipulation will be given by MWD

5   concurrently with MWD's service of the amended MOU.

6

7   DATED:   _November 18, 1994_          THE DOMENIGONI FAMILY

8

9                                         BY: _Susan M. Trager_
10                                             Susan M. Trager
                                              Attorney for the
11                                            Domenigoni Family

12  DATED:   _November 18, 1994_          METROPOLITAN WATER DISTRICT
13                                             OF SOUTHERN CALIFORNIA
14
15                                        BY: _Victor E. Gleason_
16                                            Victor E. Gleason
17

18            IT IS SO ORDERED.

19
20  DATED: _November 21, 1994_   _____
21                                JUDGE OF THE U.S. DISTRICT COURT
22
23
24
25
26
27
28

3

dom1\stip1.rch