# ATTACHMENT A

## PROJECT DESCRIPTION AND BACKGROUND INFORMATION

Metropolitan will construct a reservoir in Domenigoni and Diamond Valleys, Riverside County, State of California (Figure A-1). This reservoir will be known as the Domenigoni Valley Reservoir (DVR). Figure A-2 presents a more detailed location map of the Project, which is near the San Diego Canal (SDC) and the northern boundary of the Santa Margarita River Watershed. It will be located three miles south of, and between, the communities of Winchester and Hemet or about 70 miles east of the City of Los Angeles. The DVR project is compatible with the highest standards of water management. The need for the project was determined only after implementing studies of extensive water conservation, wastewater reclamation, groundwater conjunctive use, decontamination of groundwater aquifers, water transfers, and related water management measures. The five primary objectives the reservoir will accomplish are to:

- o    provide emergency storage of imported water,

- o    provide carryover (drought) storage of imported water,

- o    provide seasonal storage of imported water,

- o    preserve operating reliability of imported water, and

- o    optimize groundwater programs within Metropolitan's service area.

Figure A-2 depicts the general layout of project facilities. The DVR will be formed by two earth/rockfill dams, 4.4 miles apart, within the Domenigoni and Diamond Valleys, plus a third saddle dam of the earth/rockfill type at the low point in the north rim. Associated hydraulic structures consist of an inlet/outlet tower, pump station, connecting tunnels, forebay and spillway. The East Dam will be approximately 178 feet high and 10,800 feet long, while the West Dam will be approximately 280 feet high and over 8,000 feet long. The Saddle Dam will be approximately 174 feet high and 2,300 feet long. The total earthwork volume of the East and West Dams is approximately 98,000,000 cubic yards. Relocations within the reservoir area include Newport Road and its parallel utilities, which will be relocated north of the valley, and the SDC. The SDC crossed the valley under the axis of the West Dam, and has already been relocated west of the West Dam.

A - 1

DVR will serve as a regulatory and emergency water storage facility for imported water. When completed, the reservoir will nearly double the amount of surface storage available in Metropolitan's service area. This will provide for more reliable delivery of imported water during peak summer months, droughts, and emergencies. It will cover 4,800 acres and hold 800,000 acre feet, or 261 billion gallons of water when the reservoir is full. SWP water will be delivered to the reservoir via the new underground Inland Feeder and its extension, the Eastside Pipeline, which will be located adjacent to the SDC. Water from the CRA will be delivered to the reservoir via the SDC. Water from the canal will be diverted into the pumping forebay west of the West Dam and pumped into the reservoir by pumping plant P-1. Deliveries from the reservoir into the CRA will be through the Eastside Pipeline, bypassing the P-1 pumping plant. Deliveries to the SDC will be made through P-1 and the forebay into the canal.

DVR will also serve as a public recreation area under a Master Plan developed with county agencies, surrounding cities and communities, and recreation and environmental interests. This plan includes development proposals for camping, picnicking, golfing, fishing, and boating with related recreational facilities. In addition, a trail system is proposed for equestrians and hikers that will link the DVR recreation areas and also connect these areas with Lake Skinner and Salt Creek. Two separate wildlife preserves are also part of the DVR project: the newly created Dr. Roy E. Shipley Reserve and the expanded Santa Rosa Plateau Ecological Reserve.

After construction of the DVR project, reservoir operation will significantly modify surface and most subsurface water flows regimes from the present 17.2-square-mile Domenigoni Valley watershed to Warm Springs Creek. As part of this project Metropolitan has acquired a portion of the lands riparian to Warm Springs Creek and overlying the Domenigoni/Menifee aquifer, along with the respective appurtenant water rights.

A - 2

INSERT FIGURE A-1 FROM MOU DATED SEPTEMBER 1994

General Location Map
INSERT FIGURE A-2

detailed location map

VICINITY MAP

NOT TO SCALE

THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

MWD. FACILITIES WITHIN
SANTA MARGARITA RIVER
WATERSHED BOUNDARY

Figure A-2

INSERT FIGURE A-3 FROM MOU DATED SEPTEMBER 1994

Color map of DVR Project Facilities

ATTACHMENT B

PROCEDURE FOR CALCULATING SURFACE RUNOFF
AND SURFACE WATER QUALITY

<u>Watershed and Runoff Characteristics</u>

The drainage system of the Domenigoni watershed essentially forms the headwater basin of Warm Springs Creek, a tributary of the Santa Margarita River through Murrieta Creek. Upstream from the West Dam, the drainage area can be considered in two parts: (1) the entire drainage area of 17.2 square miles; and (2) the Goodhart Canyon Creek drainage area of 4.2 square miles. Figure B-1 depicts the boundaries of both of these drainage areas. Field investigation has shown that the watershed and runoff characteristics of Goodhart Canyon up to the area of the East Dam resemble, to a reasonable extent, those characteristics found in Domenigoni Valley.

During operation, the Domenigoni Valley Reservoir will intercept runoff originating upstream from the West Dam. Under pre-project conditions, the rain falling upstream of the West Dam may be considered as having two methods of disposal:

(1)    a very large percentage of the rain is locally converted to vapor by evaporation and transpiration;

(2)    a small percentage of the rain becomes runoff and joins the surface flows of Warm Springs Creek.

During operation of the Reservoir it will be necessary to mitigate for the second means of disposal (2) on an individual storm basis. To determine the mitigation release it is planned to measure the volume of runoff from the Goodhart Canyon drainage area by means of a detention basin located just east of the East Dam. The volume of runoff can then be correlated to the mitigation release required.

B - 1

<u>Method for Determining Surface Runoff Volume for Release</u>

The Goodhart Canyon detention basin will have a capacity of 1,070 acre-feet, based on a theoretical 8-day event with a 100-year recurrence period. This is adequate to store the entire volume of the most severe storm of record. Additionally, 1.5 feet of freeboard will be provided above the 1,070 acre-feet storage level.

The basin will be located in the southeast corner of the East Side Recreation Area. It will receive sheet flow from along its southern bank and concentrated runoff from a gully that will be diverted from flowing toward the East Dam to the detention basin. The maximum water surface elevation in the basin during the design event will be 1623.5 feet MSL. The lowest elevation in the basin will be 1,600 feet MSL. The invert of the outlet pipe culvert will be elevation 1,608 feet, resulting in less than 50 acre-feet of dead storage. The low area, below the outlet, will act as a sediment trap and will be cleaned as required to maintain the elevation versus capacity curve of the basin.

A continuous level measurement will be made to monitor the stored volume in the detention basin. Any level increase in the basin below the invert of the outlet culvert will correspond directly to runoff volume from Goodhart Canyon. The flowrate through the outlet culvert will be measured and integrated to determine the volume of Goodhart Canyon runoff released from the detention basin. This volume will be added to the change in stored volume in the basin, based on the level measurement and the elevation versus capacity curve. Based on the observed field conditions during operation of the detention basin the precise procedure for measuring the volume of runoff from Goodhart Canyon could be further refined, if necessary, to account for such factors as seepage from the basin. However, continuous monitoring of detention basin water level should preclude the need for such refinement.

An increase in stored volume will be recorded as a positive value and a decrease in stored volume will be recorded as a negative value. When the outflow volume added to the change in stored volume in the detention basin is greater than zero this value corresponds to the

B - 2

runoff from Goodhart Canyon during the period being analyzed. A negative or zero sum of these values indicates there has been no runoff into the basin, and no additional mitigation release is required to be determined for that period of time.

Using a straight forward linear extrapolation of the Goodhart Canyon runoff to determine the mitigation release is based on two assumptions. First, the differences in rainfall over the two drainage areas are negligible. Second, the difference in runoff per square mile in the entire Domenigoni Valley drainage area compared to the runoff per square mile in the Goodhart Canyon drainage area is negligible. Thus, the mitigation volume to be released downstream from the West Dam is calculated as 17.2/4.2 = 4.1 times the volume of runoff measured at the detention basin.

### Source, Location and Rate of Release

Ultimately, the mitigation flows must be discharged into the existing natural drainage of Warm Springs Creek and the groundwater aquifer at the Project boundary. Mitigation flows will be released from the Reservoir or a point on the SDC to the defined existing Warm Springs Creek. This method of discharge requires a small improved channel from the release location, across the West Side Recreation Area, to culverts that will be installed under Holland Road. The new culverts will discharge into the existing drainage ditch along the east side of Winchester Road. Drainage flows continue south in the existing ditch to an existing box culvert, which crosses under Winchester Road and discharges into the existing Warm Springs Creek.

For this proposed mitigation the project boundary is Holland Road. When dam construction cuts off natural drainage through the valley, the ability to make mitigation releases must be in place. Mitigation releases shall be made within reasonable and safe limits that would neither impair Metropolitan's use of the Project nor expose it to public liability.
The volume of runoff from Goodhart Canyon will be determined for each 24-hour period. This volume will be multiplied by 4.1 to determine the mitigation release volume. When this

B - 3

volume corresponds to a mean daily flowrate of less than 50 cfs, releases will be made at the mean daily flowrate or the maximum reasonable and safe limit, whichever is less. If releases are already being made at the reasonable and safe limit, up to 50 cfs, because of a prior event, the subsequent event volume will be added to the prior event and releases will be continued at the reasonable and safe limit, up to 50 cfs, until the entire volume of required release has been made. When the mean daily flowrate exceeds 50 cfs, releases will be made at 50 cfs, or the maximum reasonable and safe limit, until the required release volume has been met. The mitigation release rate will be limited to a maximum discharge capacity of 50 cfs or the maximum reasonable and safe limit, in order to avoid access, overflow, and other problems downstream.

Calculation of a daily flow duration curve indicates that significant runoff occurs at or above a daily flow of 50 cfs for 0.10 percent exceedance time and is associated with the major storms. In most cases mitigation flow would be able to be released within 24 hours following the precipitation at this flow rate. Only in extremely unusual situations would a release system sized in this manner take longer than a week to pass the required flow for a given storm.

## Rainfall on the Reservoir

Rainfall that falls on the Reservoir surface, which under pre-reservoir conditions would normally be disposed of locally by evaporation and transpiration, will also naturally evaporate from the surface of the Reservoir. Thus, current mitigation releases are designed to ensure that the quantity of runoff that is released downstream, after the Domenigoni Valley Reservoir is constructed, is the same quantity of runoff that would have naturally occurred had the Reservoir not been construction, as provided by operating principles A, B, and C of Article II.

## Water Quality of the Release

The following table includes a comparison of concentrations (in mg/l) of selected constituents

B - 4

of imported water and Lake Skinner water. The data are from the 1992 Metropolitan Water District Annual Report, which is the most recent report containing comprehensive chemical analyses for these waters.

| Constituent | Units | Colorado River Water | State Water Project | Surface Water Winchester Road | Lake Skinner |
|---|---|---|---|---|---|
| TDS | mg/l | 641 | 375 | 358 | 624 |
| Alkalinity | mg/l | 135 | 87 | 65 | 130 |
| Bicarbonate (HCO₃) | mg/l | 165 | 106 | 80 | 154 |
| Calcium (Ca) | mg/l | 76 | 27 | 28 | 72 |
| Chloride (Cl) | mg/l | 83 | 104 | 29 | 87 |
| Hardness | mg/l | 311 | 131 | 122 | 298 |
| Magnesium (Mg) | mg/l | 29.5 | 15.5 | 5.2 | 29 |
| Nitrate (NO₃) | mg/l | 0.8 | 2.85 | 19 | 0.6 |
| Potassium (K) | mg/l | 4.5 | 3.8 | 149 | 4.5 |
| Sulfate (SO₄) | mg/l | 260 | 72 | 105 | 245 |
| Boron (B) | mg/l | 0.1 | 0.22 | 0.1 | 0.14 |
| Conductivity | μmho/cm | 1033 | 677 | 454 | 1014 |

Additional samples are being collected to substantiate the above results. It should be noted that the imported water, which will be used in this project, has essentially the same chemical composition as water released for surface water mitigation at Lake Skinner.

For comparison, the concentrations are included from a surface water sample collected at the culvert that passes under Winchester Road. The sampling location is identified in Figure C-1 as SW-4, located approximately 2,500 feet south of the intersection of Holland and Winchester roads. The sample was collected on 19 March 1994 during high flow conditions. The elevated levels of nitrate observed in the Winchester Road surface water sample are the result of irrigation water being mixed with surface runoff. Elevated levels of nitrate would not be associated with reservoir construction or operation.

B - 5

Insert Figure B-1  FROM MOU DATED SEPTEMBER 1994

plot of Goodhart and Domenigoni watershed boundaries

# ATTACHMENT C

## PROCEDURE FOR DETERMINING DOWNSTREAM GROUNDWATER ELEVATIONS

General:  The Diamond and Domenigoni Valleys comprise a groundwater basin filled with alluvium, bounded by areas of consolidated rock materials that are considerably less permeable than the alluvial deposits.  Downstream of the West Dam these rocks are similar in texture and composition to granite.  The southerly limit of the groundwater basin is in the general vicinity of the south line of Section 9, T6S, R2W, S.B.M.

Quantifying groundwater flow downstream from the reservoir presents a significant problem, thereby making it difficult to regulate.  Quantifying groundwater flow downstream from the reservoir presents a significant problem, thereby making it difficult to regulate.  Metropolitan has been continuously monitoring selected wells in the Valley since April 1990.

The extent and location of this groundwater basin alluvium have been delineated and incorporated by exhibit reference into Interlocutory Judgment 36.  Additional monitoring wells specifically designed and located to provide "representative" groundwater elevation and quality data have recently been constructed.

From an extensive field investigation program, including aquifer pumping tests conducted at the West Dam site, it has been estimated that the underflow through this aquifer of alluvium was between 80 to 140 acre-feet per year at the 1993-1994 seasonal level.  This estimate is based on an average hydraulic gradient of 0.0056, a saturated cross-sectional area of the north alluvial channel beneath the West Dam axis of 88,900 ft2, and a range in hydraulic conductivities of 150-250 gpd/ft2, based on the results of aquifer pumping tests.

Reservoir Operation Impacts:  The extent and location of this groundwater basin alluvium have been delineated and incorporated by exhibit reference into Interlocutory Judgment 36.  In addition, the Court adjudged that all ground waters below an elevation of 1,400 feet MSL, contained in areas of alluvium located north of the south line of Section 9, T6S, R2W, S.B.M., are not a part of the waters of the Santa Margarita River system due to the presence of a bedrock lip rising to elevation 1,400 feet MSL.

C - 1

This bedrock lip is a barrier to the southward movement of all ground waters below elevation 1,400 feet and causes such ground waters to move westward into the Menifee Valley of the San Jacinto River watershed, instead of down Warm Springs Creek. Recent data indicate that water levels in the alluvial aquifer continue to be below elevation 1,400 feet MSL in the immediate vicinity of the bedrock lip. In July 1994 the groundwater elevation observed in MO-6, located about 2,000 feet northeast of the bedrock lib was 1355.7 ft MSL. A copy of the hydrograph for MO-6 is included at the end of this Attachment.

However, a shallow perched zone in the immediate vicinity of the bedrock lip provides a source of groundwater that flows over the bedrock lip and into the Santa Margarita basin. Field evidence and the 1960 Court testimony suggest that the volume of groundwater flowing over the bedrock lip and into the Santa Margarita River basin is about 1 acre-feet per year. This is local recharge into the basin and would not be affected by the construction or operation of the DVR project. Finding V of Interlocutory Judgment 36 determined that groundwater that does move over the bedrock lip and down Warm Springs Creek is consumed almost in its entirety by evaporation and transpiration losses within a relatively short distance downstream. In addition, the quality of water flowing over the bedrock lip will not be affected by construction or operation of the DVR project.

Groundwater levels in the vicinity of the bedrock lip will be measured on a monthly basis using the bedrock lip monitoring well (MO-6). The results of monitoring the bedrock lip observation well will be included in the monthly record sheet, and used to demonstrate compliance with Recital "G" and operating principle "B". Smaller-scale dewatering operations will be conducted at the Saddle dam, Pumping Plant 1 (P1), and the rock borrow areas; however, the cone of depression associated with each of these operations will be limited in areal extent, contained entirely within the project boundary, and not impact downstream groundwater users adjacent to the project boundary, or Santa Margarita River system users downstream of the bedrock lip.

Construction dewatering for the East Dam could lower groundwater levels under the private

C - 2

property near the south end of the dam. The effect is not expected to be a significant impact on that area. Because of the very low probability that such an event will occur, mitigation will be handled on a case by case basis.

Construction dewatering for the West Dam will impact downstream groundwater users near the excavation for the dam foundation. Distance drawdown data obtained during the West Dam test excavation dewatering operations, and the physical parameters of the aquifers beneath the West Dam measured during a 72-hour pumping test were used to predict the radius of influence of construction dewatering operations in the vicinity of the North Bedrock Channel beneath the West Dam. Based on these data only groundwater users east of Winchester road should experience any significant decline in groundwater levels during construction dewatering for the West Dam. In addition, the effects of dewatering the north channel may be reduced to an extent by natural recharge from the temporary holding pond designed to store groundwater produced during dewatering operations. Metropolitan will take appropriate actions to ensure and maintain historical water availability to affected well owners. No adverse impacts to groundwater quality are expected to result from construction activities.

Monitoring Procedure: Downstream groundwater elevations will be determined by physical observation of groundwater elevations in domestic wells, agricultural wells, and selected monitoring wells, designed and installed by the project specifically for this purpose. The datum for groundwater elevations is Mean Sea Level as established by the 1988 North American Datum. Groundwater elevations shall be measured monthly for at least one hydrologic year to establish the baseline groundwater flow regime. These data will be used to calibrate a numerical groundwater flow model of the Domenigoni Valley Reservoir area. Simulation runs of the model will be used to predict the direction and velocity of groundwater flow during operation of the reservoir.

After the baseline hydrologic conditions are defined a select number of strategically placed wells will be designated as "signature" wells for defining the local groundwater flow conditions. Monthly water elevation data measured only in these wells will define the

C-3

groundwater elevation and local groundwater flow directions for purposes of these criteria. Construction Monitoring: During construction dewatering, a comprehensive monitoring program will be implemented to provide both an accurate determination of groundwater elevation and the rate of change in groundwater elevation over time and space. Six of the permanent monitoring wells MO-1, MO-2, MO-3, MO-13, MO-14, and MO-15 will be used to monitor groundwater elevations in areas near the West and East dams. The locations of these wells are shown in Figure C-1. In addition, numerous temporary monitoring wells/piezometers will be used to supplement the database created from the long-term monitoring wells. Piezometers nests located along the relocated San Diego Canal will provide particularly useful data downstream of the West Dam. Data gathered during dewatering operations will be used to define the change in static groundwater levels resulting from construction related dewatering. These changes in water level will be used to identify those areas in the vicinity of the dewatering operations that are impacted, and to establish the magnitude of the impact. Metropolitan will take appropriate actions to ensure and maintain historical water availability to affected well owners. No adverse impacts to groundwater quality are expected to result from construction activities.

During dewatering operations the frequency of monitoring groundwater elevations in selected wells, located in the vicinity of dewatering operations, will be weekly for the initial two (2) months of dewatering and biweekly thereafter, until two months following cessation of the dewatering operation. Monthly groundwater elevation maps will be constructed to map changes in water levels and evaluate trends associated with these changes. Groundwater levels will be measured monthly for all other designated monitoring wells during the entire construction period. Groundwater quality of selected monitoring wells will be conducted on a yearly basis during construction.

Operational Monitoring: During reservoir operation groundwater levels will be measured on a monthly basis for selected monitoring wells. The determination of which monitoring wells will be used for long term monitoring will be based on the results of baseline hydrogeologic investigations. The selected wells will include some, but not all, of the wells labeled with

C-4

~~the prefix "MO" in Figure C-1.   To simplify the process of demonstrating compliance with Recital "G" and operating criteria "D" well MO-6 is designated as the well of record.   Groundwater levels measured in this well will be used to determine if the groundwater elevation in the alluvium exceeds 1400 feet MSL.~~

~~However, Metropolitan reserves the right to recover all such excess water resulting from reservoir seepage.   Metropolitan will restore production capability to groundwater wells through seepage from the reservoir, or other appropriate actions, to ensure and maintain historical water availability to affected well owners.~~



LOCATION - North: 2185303   East: 6305229
GROUND SURFACE ELEVATION:  1445.8 ft NAVD88
STICKUP:  2.1 feet above ground surface          DATE WELL INSTALLED:  June 22, 1994

| DATE MEASURED | DEPTH BELOW TOP OF CASING, ft | ELEVATION OF GROUNDWATER SURFACE, ft | DATE MEASURED | DEPTH BELOW TOP OF CASING, ft | ELEVATION OF GROUNDWATER SURFACE, ft | DATE MEASURED | DEPTH BELOW TOP OF CASING, ft | ELEVATION OF GROUNDWATER SURFACE, ft |
|---|---|---|---|---|---|---|---|---|
| 07/22/94 | 92.3 | 1355.6 | | | | | | |
| 08/11/94 | 92.4 | 1355.5 | | | | | | |
| 09/08/94 | 92.9 | 1355.0 | | | | | | |

SCREEN PERFORATION:  0.040-inch slot (110.5-30.5 ft)  SAND PACK:  Lonestar #3 (115-25.5 ft)
TYPE/THICKNESS OF SEAL(s):  Bentonite pellets 25.5-20.5 ft, 5% bentonite-cement
   grout 20.5 ft to surface, with steel protective casing
AQUIFER COMPLETION:  alluvium;   MONITORING REQUIREMENTS:  long term, water level

Project:  Domenigoni Valley Reservoir

Project Location:  Riverside County, California

**GROUNDWATER ELEVATION vs. TIME  in Boring No. MO-6**

SNA 10/20/94 DVGWEL DVRAL        BASCO / Black & Veatch Woodward-Clyde        Proj. Feature:  WB

**ATTACHMENT D**

**MONTHLY RECORD SHEET**

Routine monitoring data will be forwarded to the Watermaster in accordance with the operating principles set forth in section I of these criteria.  Specific data will include:

    a.      Monthly groundwater elevation data.

    b.      Mitigation releases from the reservoir or the SDC, including release quantity, time of release, duration of release, and flow rate of the release.

    c.      Import and natural surface water quality data [submitted when collected]

    d.      Daily stage measurements at the Goodhart Canyon detention basin.

    e.      Daily measurements at the Goodhart Canyon gaging station, if constructed

    f.      Estimated daily local runoff.

    g.      Daily precipitation at the reservoir.

ATTACHMENT E

INTERLOCUTORY JUDGMENT No. 36, dated 3 JULY 1963
INTERLOCUTORY JUDGMENT No. 36A, dated 20 FEBRUARY 1968
(WITHOUT EXHIBITS)

# EXHIBIT H

# December 2, 1994 Comment Letter

LAW OFFICES OF

# SUSAN M. TRAGER

A PROFESSIONAL CORPORATION

THE LANDMARK BUILDING

2100 S. E. MAIN STREET

SUITE 104

IRVINE, CALIFORNIA 92714

SUSAN M. TRAGER
_____
ROBERT C. HAWKINS
MICHELE A. STAPLES
LARRY B. McKENNEY

TELEPHONE
(714) 752-8971

TELECOPIER
(714) 863-9804

December 2, 1994

VIA TELECOPY & FIRST CLASS MAIL

Victor E. Gleason
Sr. Deputy General Counsel
Metropolitan Water District of
  Southern California
350 South Grand Avenue
Los Angeles, California  90071

> Re:  U.S. v. Fallbrook PUD, et al., U.S.D.C. So. District of
>       California No. 1247-SD-C:  Domenigoni Family's Comments
>       on Draft Report to the Court on November 17, 1994
>       Special Meeting of Steering Committee

Dear Mr. Gleason:

Thank you for the opportunity to comment on the draft report to the Court on the special meeting of the Steering Committee held on November 17, 1994, to receive public comments on the Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir ("MOU").

As we discussed, certain revisions need to be made to the marked-up copy of the MOU, attached as Exhibit F to the report, to accurately reflect the revisions we agreed would be made to the MOU.

Table of Contents:  Attachment F, Domenigoni Valley Area Parcels, should be deleted from the List of Attachments.

Article I(G), p. 5:  Entire paragraph should be deleted.

Attachment C, p. C-5:  Sentence beginning "Groundwater" and ending "1400 feet MSL." should be deleted.

Attachment C, p. C-7:  The figure depicting the location of long-term monitoring wells should be deleted.

dom1\ltr40.mas

LAW OFFICES OF
## SUSAN M. TRAGER
A PROFESSIONAL CORPORATION

Victor E. Gleason
December 2, 1994
Page 2


**Attachment F**:  The entire text of Attachment F, Domenigoni Valley
Area Parcels, should be deleted.

I appreciate your continuing cooperation in this matter.

Sincerely,

LAW OFFICES OF SUSAN M. TRAGER
A Professional Corporation


Michele A. Staples

MAS:ch

cc:  Ms. Cindy Domenigoni
     Richard D. Norton, Esq.

dom1\ltr40.mas

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA       )
                          )       ss.
COUNTY OF LOS ANGELES   )

          I am a citizen of the United States and a resident of the County aforesaid.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 350 South Grand Avenue, Los Angeles, California 90071.

          On <u>December 6</u> ,1994, I served the foregoing documents described as:

**REPORT ON NOVEMBER 17, 1994 STEERING COMMITTEE
HEARING ON THE MEMORANDUM OF UNDERSTANDING AND
AGREEMENT FOR OPERATION OF DOMENIGONI VALLEY
RESERVOIR**

on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the **attached list**.

          I certify under penalty of perjury that the foregoing is true and correct.

          Executed on December <u>6</u> , 1994, at Los Angeles, California.

*Greta Dumaguindin*
Declarant

gld
proof.dvr
Attachment

# BASIC SANTA MARGARITA RIVER WATERSHED
## SERVICE LIST

Mr. Tom Rodda
Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA  92383

George Buchanan
Metropolitan Water District
33740 Borel Road
Winchester, CA  92396

Mr. Thomas G. Cottle
42551 Highway 79
Aguanga, CA  92536

Mr. James Laughlin
General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Mr. David Hansen
Western MWD
P.O.Box 5286
Riverside, CA  92517

Mr. Leland Henderson
Margarita Land and Development
P.O. Box 584
Fallbrook, CA  92028

Director
Riverside County Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

C. Michael Cowett, Esq.
Best, Best & Krieger
550 West C Street, 16th Floor
San Diego, CA  92101-3540

Art Kidman, Esq.
McCormick, Kidman, Behrens & Holzwarth
3100 Bristol St., #290
Costa Mesa, CA  92626

Mr. Barry Martin
Director of Water Utilities
City of Oceanside--Water Utilities Dept.
300 N. Hill Street
Oceanside, CA  92054

Mr. Fred Ervin
AVMAC
49990 Mojave Court
Aguanga, CA  92536

Mr. William D. Taylor
1650 San Luis Rey Avenue
Vista, CA  92083

Mr. Chester Rowell
Temecula Ranchos
Rowell Building, Suite 405
2100 Tulare Street
Fresno, CA  93721

Mr. James J. Jaeger
Thousand Trails
12301 N. E. 10th Place
Bellevue, Washington  98005

Patrick Barry, Esq.
Justice Department
Land & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, D.C.  20026-4378

Mr. Gordon W. Tinker
General Manager and Chief Engineer
Fallbrook Public Utility District
P.O. Box 1390
Fallbrook, CA  92028

Assistant Chief of Staff Facilities
Headquarters, Marine Corps Base
Building 1160
Camp Pendleton, CA  92055

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA  92028

Mr. Art Diaz
Riverside County Flood Control
  and Water Conservation District
P.O. Box 1033
Riverside, CA  92502

General Manager
Eastern MWD
P.O. Box 8300
Hemet, CA  92383-1300

Eugene Madrigal, Esq.
28581 Front Street, #108
Temecula, CA  92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Ste. 201
Temecula, CA  92362

Mr. Larry Minor
P.O. Box 398
San Jacinto, CA  92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA  92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA  92088-2500

General Manager
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA  92028

Counsel Western Bases
Marine Corps Base--Bldg. 1160
Camp Pendleton, CA  92055

Mr. John F. Hennigar
General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA  92390-0737

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA  92390

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA  92055-5008

Attn:  Larry Carlson

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Ms. Lois Candelaria
Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, CA  92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA  91209-9068

Andrew F. Walch, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
999 Eighteenth Street, Ste. 945
Denver, Colorado  80202

Ms. Pamela Williams
Solicitor's Office
U.S. Department of Interior
Division of Indian Affairs
1849 C Street
Washington, D.C.  20240

Mr. Gilbert A. Stuart
U.S. Department of Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA  92501

Mr. Joseph D. Hamilton
Ramona Reservation
39440 Cary Road
Anza, CA  92539

Mr. John Richards
Office of the Chief Counsel
State Water Resources Control Board
901 P Street
Sacramento, CA  95814

Michelle Staples, Esq.
Larry McKinney, Esq.
Law Offices of Susan M. Trager
2100 Southeast Main St., Ste. 104
Irvine, CA  92714

William Schickora
32875 Pines Airpark Road
Winchester, CA  92596

Pete H. VanLoon
13550 Del Monte #117C
Seal Beach, CA  90740

Michael Cox
Nevada Beverage Company
P.O. Box 93538
Las Vegas, Nevada  89193

3M Property
c/o James De Recat
Graham & James
801 So. Figueroa Street, 14th Fl.
Los Angeles, CA  90017-5554

srvc3.lst