SUSAN M. TRAGER (State Bar #58497)
ROBERT C. HAWKINS (State Bar #144906)
MICHELE A. STAPLES (State Bar #144392)
LAW OFFICES OF SUSAN M. TRAGER
2100 S.E. Main Street, Suite 104
Irvine, California 92714
(714) 752-8971

Attorneys for Francis Domenigoni,
Jean Domenigoni, the Francis N. and
Jean Domenigoni Family Trust,
Domenigoni-Barton Properties,
Elsa Barton, Fred Domenigoni,
Domenigoni Brothers Ranch,
and Cindy and Andy Domenigoni

FILED
JAN 4 1995
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1247-SD-C |
|---|---|---|
| Plaintiff, | ) | EX PARTE APPLICATION FOR ORDER TO ADD THE DOMENIGONI FAMILY TO THE COURT APPROVED SERVICE LIST |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

Defendants Francis Domenigoni, Jean Domenigoni, the Francis N. and Jean Domenigoni Family Trust, Domenigoni-Barton Properties, Elsa Barton, Fred Domenigoni, Domenigoni Brothers Ranch, and Cindy and Andy Domenigoni (the "Domenigoni Family") petition the Court ex parte for an Order to add the Domenigoni Family to the Court approved service list pursuant to the Order for the Appointment of a Steering Committee, Paragraph IV, dated March 13, 1989.

This application is based upon this application, the accompanying Memorandum of Points and Authorities, the Declaration of Larry B. McKenney filed herewith, the court's March 13, 1989 Order establishing the procedure for making additions to the service list, and any other documents on file with the court.

DATED: December 14, 1994

Respectfully submitted,
LAW OFFICES OF SUSAN M. TRAGER

by: *Michele A. Staples*
Michele A. Staples
Attorneys for the
Domenigoni Family

dom1\fall1.mas

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     )
COUNTY OF ORANGE     )

    I, Marie W. Young, am a resident in the aforesaid County, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2100 S.E. Main Street, Suite 104, Irvine, California 92714.

    On December 14, 1994, I served the documents entitled EX PARTE APPLICATION FOR ORDER TO ADD THE DOMENIGONI FAMILY TO THE COURT APPROVED SERVICE LIST, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO ADD THE DOMENIGONI FAMILY TO THE COURT APPROVED SERVICE LIST, DECLARATION OF LARRY B. MCKENNEY IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO ADD THE DOMENIGONI FAMILY TO THE COURT APPROVED SERVICE LIST, [PROPOSED] ORDER in this action by placing a true copy thereof, enclosed in a sealed envelope, first class and certified postage prepaid, addressed as follows:

                SEE ATTACHED SERVICE LIST

[X]  (VIA MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day of deposit for mailing in affidavit.

[ ]  (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the addressee.

[X]  (STATE)  I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of December, 1994 at Irvine, California.

                                                  Marie W. Young

Service List

Michael E. McPherson, Esquire
344 Plumosa Avenue
Vista, CA 92083

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Kevin Wattier, Regional Operations Manager
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Lois Candelaria, Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, California 92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA 91209-9068

Andrew F. Walch, Esquire
U.S. Dept of Justice
Environment & Natural Resources Division
999 Eighteenth St., Suite 945
Denver, Colorado 80202

Pamela Williams, Solicitor Ofs
U.S. Department of Interior
Division of Indian Affairs
1849 C. Street
Washington, D.C. 20240

Gilbert A. Stuart
U.S. Department of Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA 92501

Eugene Madrigal, Esquire
28581 Front Street #108
Temecula, CA 92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

-1-

Larry Minor
P.O. Box 398
San Jacinto, CA 92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA 92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

General Manager
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA 92028

Western Area Counsel Office
Box 555231
Camp Pendleton, CA 92055

John F. Hennigar, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92390-0737

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92390

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008
Attn: Larry Carlson

-2-

1  William D. Taylor
   1650 San Luis Rey Avenue
2  Vista, CA 92083

3  Chester Rowell
   Temecula Ranchos
4  Rowell Building, Suite 405
   2100 Tulare Street
5  Fresno, CA 93721

6  James J. Jaeger
   Thousand Trails
7  12301 N. E. 10th Place
   Bellevue, Washington 98005
8
   Patrick Barry, Esquire
9  Justice Dept. Land & Natural Resources
   Indian Resources Section
10 P.O. Box 44378
   Washington, D.C. 20026-4378
11
   Gordon W. Tinker, General Manager
12 Fallbrook Public Utility District
   P.O. Box 1390
13 Fallbrook, CA 92088

14 Asst. Chief of Staff, Facilities
   Headquarters, Marine Corps Base
15 Building 1160
   Camp Pendleton, CA 92055
16
   Robert H. James, Esquire
17 Sachse, James & Lopardo
   205 W. Alvarado
18 Fallbrook, CA 92028

19 Art Diaz
   Riverside Co. Flood Control
20   and Water Conservation District
   P.O. Box 1033
21 Riverside, CA 92502

22 General Manager
   Eastern MWD
23 P.O. Box 8300
   San Jacinto, CA 92581-8300
24
   Mr. Peter Archuleta
25 Eastern MWD
   P.O. Box 8300
26 San Jacinto, CA 92581-8300

27 Agri-Empire, Inc.
   P.O. Box 490
28 San Jacinto, CA 92383

SUSAN M. TRAGER
A PROFESSIONAL CORPORATION
THE LANDMARK BUILDING
2100 S.E. MAIN STREET
SUITE 104
IRVINE, CALIFORNIA 92714
TELEPHONE (714) 752-8971

-3-

George Buchanan, Area Superintendent
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92396

Thomas G. Cottle
42551 Highway 79
Aguanga, CA 92536

James Laughlin, General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

David Hansen
Western MWD
P.O. Box 5286
Riverside, CA 92517

Leland Henderson
Margarita Land and Development
P.O. Box 584
Fallbrook, CA 92028

Director
Riverside Co. Planning
4080 Lemon St., 9th Floor
Riverside, CA 92501

C. Michael Cowett, Esquire
Best, Best & Krieger
550 West C Street, 16th Floor
San Diego, CA 92101-3540

Barry Martin, Director of Water Utilities
City of Oceanside - Water Utilities Dept.
300 N. Hill Street
Oceanside, CA 92054

Fred Ervin
AVMAC
49990 Mojave Court
Aguanga, CA 92536

-4-