```
 1   SUSAN M. TRAGER (State Bar #58497)
     ROBERT C. HAWKINS (State Bar #144906)
 2   MICHELE A. STAPLES (State Bar #144392)
     LARRY B. MCKENNEY (State Bar #171331)
 3   LAW OFFICES OF SUSAN M. TRAGER
     2100 S.E. Main Street, Suite 104
 4   Irvine, California  92714
     (714) 752-8971
 5
     Attorneys for Francis Domenigoni,
 6   Jean Domenigoni, the Francis N. and
     Jean Domenigoni Family Trust,
 7   Domenigoni-Barton Properties,
     Elsa Barton, Fred Domenigoni,
 8   Domenigoni Brothers Ranch,
     and Cindy and Andy Domenigoni
```



FILED

JAN 4 1995

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1247-SD-C |
|---|---|---|
| Plaintiff, | ) | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO ADD THE DOMENIGONI FAMILY TO THE COURT APPROVED SERVICE LIST |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

Application is hereby made to add Defendants Francis Domenigoni, Jean Domenigoni, the Francis N. and Jean Domenigoni Family Trust, Domenigoni-Barton Properties, Elsa Barton, Fred Domenigoni, Domenigoni Brothers Ranch, and Cindy and Andy Domenigoni (the "Domenigoni Family") to the Court approved service list in this action. The individual members of the Domenigoni Family are each either defendants or successors-in-interest to defendants in this action.

On March 13, 1989, this Court issued an Order for the Appointment of a Steering Committee in this matter (the "1989 Order"). The 1989 Order establishes an abbreviated service list and states the procedure for additions to the Court approved service list as follows:

> Because of the unusually large number of parties in this litigation an approved service list will be relied on for the service of all pleadings and Orders of the Court. See Rule 5(c). Fed.R.Civ.P. Any party may be added to the approved service list upon application to the Court; however, any party that requests his name be added to the approved service list may be subject to an assessment for the costs, fees and expenditures of the Watermaster, in an amount determined by the Court to be just, taking into consideration that party's water use within the Santa Margarita watershed.

1989 Order, Section IV. A true and correct copy of the 1989 Order is attached hereto as Exhibit "1."

Pursuant to this order, the Domenigoni Family hereby petitions this court to be added to the approved service list. Currently, no member of the Domenigoni Family is included on the Court approved service list.

dom1\fal12.mas

However, on November 22, 1994, the Domenigoni Family notified the Court-appointed Watermaster for the Santa Margarita River watershed ("Watermaster") of its intention to file this application.  See attached Declaration of Larry B. McKenney, Esq. ("McKenney Declaration"), at paragraph 3.  The Watermaster has included the issue of the Domenigoni Family's ex parte application to be added to the service list on the agenda for the Watermaster Steering Committee's December 15, 1994 meeting and has mailed this agenda to the members of the Watermaster Steering Committee and to individuals and entities on the Watermaster's mailing list to receive notice of Watermaster Steering Committee Meetings.  McKenney Declaration, paragraph 6.

Concurrently with the filing of this application, the Domenigoni Family has caused copies of the application to be mailed to the individuals included on the court approved service list.

Because the individual members of the Domenigoni Family are defendants or successors-in-interest to defendants in this action and because the Domenigoni Family has complied with the requirements of the Court's March 13, 1989 Order, the Domenigoni Family requests that this Court approve the proposed Order submitted herewith to add the Domenigoni Family to the Court approved service list.

DATED: December 14, 1994

Respectfully submitted,
LAW OFFICES OF SUSAN M. TRAGER

BY: *Michele A. Staples*
Michele A. Staples
Attorneys for the
   Domenigoni Family

dom1\fal12.mas

3

09/14/94   12:26   619 725 5132   P.18
SEP 14 '94 11:23AM MCB   IPEN WACO

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

FILED
ENTERED
LODGED
RECEIVED

MAR 13 1989

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Exhibit #1

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )   Civ. No. 1247-SD-T
        vs.                       )
                                  )   ORDER FOR THE APPOINTMENT
FALLBROOK PUBLIC UTILITY          )   OF A STEERING COMMITTEE
DISTRICT, et al.,                 )
                                  )
                Defendants        )

I

INTRODUCTION

Due to the large number of parties and their diversity in this litigation, the Court considers it necessary to appoint a Steering Committee to assist the Court and to facilitate litigation as set forth in the Manual for Complex Litigation.

II

MEMBERSHIP

The membership of the Steering Committee shall be composed of representatives from the substantial water users within the Santa Margarita watershed. Initially, the Steering Committee shall be comprised of a representative appointed by each of the following parties: the United States of America, Fallbrook Public Utility District and Rancho California Water District. The Court may designate additional parties who may appoint a representative to the Steering Committee, as follows: 1) a party

Exhibit 1

may petition the Court to allow them to appoint a representative to the Steering Committee; 2) the Steering Committee may petition the Court to designate a party to appoint a representative to the Steering Committee; and 3) the Court may designate a party to appoint a representative to the Steering Committee. Any party participating as a member of the Steering Committee shall share the costs, fees and expenditures of the Watermaster, along with any other party, as specified by the Court.

## III

## DUTIES AND RESPONSIBILITIES

The Steering Committee shall have the responsibility for coordinating the conduct of litigation in the following manner:

1. Recommend to the Court a candidate for the position of Watermaster in the Santa Margarita watershed;

2. Recommend to the Court the scope of reference for the Watermaster's duties and responsibilities;

3. Assist the Watermaster by providing information and data regarding as requested by the Watermaster;

4. Meet with the Watermaster on a quarterly basis to discuss the status of the Watermaster's investigations in Santa Margarita watershed, including long and short term budget requirements;

5. The Steering Committee shall review the budget and proposed expenditures of the Watermaster and make its recommendation with respect thereto; and

6. Any other tasks as determined to be necessary by the Court.

Steering Committee meetings shall be held quarterly beginning on April 1, 1989 and shall be open to the public. Notice as to the time and place of such meetings shall be sent out to all parties on the Court approved service list ten days

- 2 -

Exhibit 1

1  before the meeting date. In addition, notice shall be posted
2  for five consecutive days, fifteen days prior to any such
3  meeting, at the following locations: Fallbrook Public Utility
4  District, 990 E. Mission Road, Fallbrook, California; Rancho
5  California Water District, 28061 Diaz Road, Temecula,
6  California; and at the Post Office at Anza, California. The
7  Steering Committee may call additional meetings at the discretion
8  of the chairman or upon the request of a majority of the members
9  of the Steering Committee. Notice of such meetings shall be in
10 the same manner as above.

## IV
## COURT APPROVED SERVICE LIST

Because of the unusually large number of parties in this litigation an approved service list will be relied on for the service of all pleadings and orders of the Court. See Rule 5(c). Fed.R.Civ.P. Any party may be added to the approved service list upon application to the Court; however, any party that requests his name be added to the approved service list may be subject to an assessment for the costs, fees and expenditures of the Watermaster, in an amount determined by the Court to be just, taking into consideration that party's water use within the Santa Margarita watershed.

1 3 MAR 1989

**GORDON THOMPSON, JR.**
UNITED STATES DISTRICT JUDGE

- 3 -

Exhibit 1

```
 1
 2  Robert H. James
    Counsel for F.P.U.D.
 3  P. O. Box 427
    Fallbrook, CA  92028
 4
    Mr. Art Kruegr
 5  Riverside Co. Flood Control
    P. O. Box 1033
 6  Riverside, CA  92502

 7  Mr. Jim Laughlin
    Eastern MWD
 8  P. O. Box 858
    Hemet, CA  92343
 9
    Gene Madrigal
10  P. O. Box 2457
    Escondido, CA  92025
11
    Richard & Christine McMillan
12  Gary & Patricia McMillan
    c/o McMillan Farm Management
13  29379 Rancho California Road
    Suite 201
14  Temecula, CA  92390

15  Larry Minor
    P. O. Box 38
16  San Jacinto, CA  92383

17  Murrieta County Water District
    P. O. Box 949
18  Murrieta, CA  92362

19  Mr. John Perry
    Rainbow MWD
20  4555 Highway 76
    Fallbrook, CA  92028
21
    Mr. Ben Price
22  Fallbrook Sanitary District
    431 S. Main Street
23  Fallbrook, CA  92028

24  Randall B. Pyles, Esq.
    United States of America
25  Counsel Western Bases
    Camp Pendleton, CA  92055
26
    Rancho California Water District
    28061 Diaz Road
    Temecula, CA  92390
```

Agri-Empire
P. O. Box 398
San Jacinto, CA  92383

Mr. George Buchanan
Metropolitan Water District
33740 Borel Road
Winchester, CA  92396

Thomas G. Cottle
42551 Highway 79
Aguanga, CA  92302

President, Board of
  Directors
De Luz Heights MWD
990 E. Mission Road
Fallbrook, CA  92028

Elsinore Valley MWD
P. O. Box 3000
Lake Elsinore, CA  92330

Mr. David Hansen
Western MWD
P. O. Box 5286
Riverside, CA  92517

Mr. Leland Henderson
Margarita Land & Development
P. O. Box 584
Fallbrook, CA  92028

Myra Henderson
Riverside Co. Planning
4080 Lemon St., 9th Fl.
Riverside, CA  92501

Caroline Salvatierra
704 Third Street
Oceanside, CA  92054

James M. Seabourn
President, C.A.R.E. of
Anza Valley
H.C.2, Box 310
Anza, CA  92306

Mr. William D. Taylor
1650 San Luis Rey Avenue
Vista, CA  92083

Temecula Ranchos
c/o Milo Rowell
405 Rowell Building
Fresno, CA  93721

Thousand Trails
c/o James J. Jaeger
15325 S.E. 30th Place
Bellevue, Washington  98007-6595

Exhibit 1

FORM OBD-183
MAR. 83