1  SUSAN M. TRAGER (State Bar #58497)
   ROBERT C. HAWKINS (State Bar #144906)
2  MICHELE A. STAPLES (State Bar #144392)
   LAW OFFICES OF SUSAN M. TRAGER
3  2100 S.E. Main Street, Suite 104
   Irvine, California 92714
4  (714) 752-8971

5  Attorneys for Francis Domenigoni,
   Jean Domenigoni, the Francis N. and
6  Jean Domenigoni Family Trust,
   Domenigoni-Barton Properties,
7  Elsa Barton, Fred Domenigoni,
   Domenigoni Brothers Ranch,
8  and Cindy and Andy Domenigoni

FILED
JAN 4 1995
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,          )  Case No. 1247-SD-C |
|                                    )                     |
|          Plaintiff,                )  DECLARATION OF LARRY B. |
|                                    )  MCKENNEY IN SUPPORT OF EX PARTE |
|                                    )  APPLICATION FOR ORDER TO ADD |
| v.                                 )  THE DOMENIGONI FAMILY TO THE |
|                                    )  COURT APPROVED SERVICE LIST |
|                                    )                     |
| FALLBROOK PUBLIC UTILITY           )                     |
| DISTRICT, et al.,                  )                     |
|                                    )                     |
|          Defendants.               )                     |
|_____)                     |

I, Larry B. McKenney, declare and state as follows:

1.  I am an attorney duly licensed to practice law before all of the Courts of the State of California, am associated with the Law Offices of Susan M. Trager and am one of the attorneys representing the Domenigoni Family in various matters.

2.  If called to testify as a witness in this action, I could and would testify to the matters set forth herein of my own knowledge.

3.  On November 22, 1994, I telephoned Mr. James S. Jenks, Watermaster for the Santa Margarita River watershed (the "Watermaster"), and informed him that we would be filing an ex parte application with this Court to add the Domenigoni Family to the Court approved service list in this action.

4.  Mr. Jenks stated that he did not oppose this application and that the Steering Committee Appointing Order appeared to require application to the Court for that purpose.

5.  I requested that the Watermaster include the issue of the Domenigoni Family's ex parte application to be added to the service list on the agenda for the Watermaster Steering Committee's December 15, 1994 meeting. Mr. Jenks informed me that the Watermaster would do so.

6.  On December 5, 1994, Mr. Jenks informed me that the issue of the Domenigoni Family's ex parte application to be added to the service list was included on the agenda for the Watermaster Steering Committee's December 15, 1994 meeting, and that a copy of the agenda was mailed to the Watermaster Steering

2

dom1\fall3.mas

Committee members and to individuals and entities on the Watermaster's mailing list to receive notice of Watermaster Steering Committee meetings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on December 14, 1994, at Irvine, Orange County, California.

Larry B. McKenney