FILED

JAN 4 1995

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1247-SD-C |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Court approved service list in this litigation relied on for the service of all pleadings and Orders of the Court be amended to include:

Francis and Jean Domenigoni;
Francis N. and Jean Domenigoni Family Trust;
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, California, 92396

Elsa Barton
217 No. Palm
Hemet, California  92543

Case 3:51-cv-01247-JO-SBC   Document 4847   Filed 01/04/95   PageID.46895   Page 2 of 2

```
 1  Fred Domenigoni
    31011 Holland Road
 2  Winchester, California  92596

 3  Cindy and Andy Domenigoni
    31851 Winchester Road
 4  Winchester, CA  92596

 5
 6  DATED:    Jan 3, 1995    [signature]
                             UNITED STATES DISTRICT JUDGE
 7
 8
 ...
28

dom1\fall4.mas
```