MINUTES OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

U.S.A.      VS FALLBROOK PUBLIC UTILITY ET AL.          NO. 1247-GT

HON.   GORDON THOMPSON, JR.   Ctrm Dep   N. Sargent   Rptr  ANN BUTCHER

ATTORNEYS

**Plaintiffs**                                            **Defendants**

ANDREW WALCH                              C. MICHAEL COWETT
                                          LARRY McKENNEY

PROCEEDINGS:


HEARING METROPOLITAN WATER DISTRICT OF SO CALIF MOTION TO
APPROVE MEMO OF UNDERSTANDING & AGREEMENT ON OPERATION OF
DOMENIGONI VALLEY RESERVOIR - GRANTED
AND TO AMEND MODIFIED FINAL JUDGMENT AND DECREE - GRANTED

DEFT ATTY TO PREPARE ORDER


Date:   1-9-95                              INITIALS