FILED
JAN 20 1995
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. No. 1247-SD-T |
| Plaintiff, | [PROPOSED] ORDER APPROVING MEMORANDUM OF UNDERSTANDING AND AGREEMENT ON OPERATION OF DOMENIGONI VALLEY RESERVOIR |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

    The Metropolitan Water District of Southern California (Metropolitan) having filed a "Motion to Approve Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir (MOU) and to Amend Modified Final Judgment and Decree Accordingly" (Motion), and the following having occurred:

    A.  The Steering Committee established by this court, having considered and commented on the MOU at its June and September 1994 quarterly meetings, and having held an appropriately noticed public hearing in Temecula on November 17, 1994, to receive public comments on the MOU pursuant to the court's October 21, 1994 Notice Order;

- 1 -

    B.  A stipulation having been filed with and approved by the court to resolve concerns raised at the November 17 hearing;

    C.  An amendment of the MOU implementing that stipulation having been filed with the court on November 23, and Figure C-1 thereof having been removed as required to resolve concerns raised at the November 17 hearing;

    D.  A formal report on the November 17 hearing having been filed with the court on December 7;

    E.  This court having heard the Motion on January 9, 1995; and

    F.  Good cause appearing.

IT IS ORDERED THAT:

    1.  The Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir, dated November 21, 1994, as modified by removing Figure C-1 thereof, is approved;

    2.  The Modified Final Judgment and Decree in this cause is amended by incorporation of said Memorandum of Understanding and Agreement into same;

    3.  The provisions of said Memorandum of Understanding and Agreement are binding on all parties to this cause.

DATED: _January 19_, 1995

_____
Judge, United States District Court

VEG:gld:gm
smr\order

- 2 -

ORIGINAL

```
                    PROOF OF SERVICE BY FEDERAL EXPRESS

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )
```

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 350 So. Grand Avenue, 29th Floor, Los Angeles, California 90071.

On January 18, 1995, I served the within

**[PROPOSED] ORDER APPROVING MEMORANDUM OF UNDERSTANDING AND AGREEMENT ON OPERATION OF DOMENIGONI VALLEY RESERVOIR**

on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, by Federal Express at Los Angeles, California, addressed as follows:

See attached list.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 1995, at Los Angeles, California.

Judith L. Brown

VG\jb
judbro\pleading\fallbrook.proof

```
 1                    FEDERAL EXPRESS MAILING LIST
 2
     Susan M. Trager, Esq.
 3   Law Offices of Susan M. Trager
     2100 S. E. Main Street, Suite 104
 4   Irvine, California 92714
     Tel. (714) 752-8971
 5
     Andrew F. Walch, Esq.
 6   Environment and Natural Resources Division
     United States Department of Justice
 7   General Litigation Section
     999 Eighteenth Street, Suite 945
 8   Denver, Colorado 80202
     Tel. (303) 294-1900
 9
     Major Daniel M. Lizzul, USMC
10   Special Counsel, Water Litigation
     Counsel, Western Bases
11   Building 1254
     Camp Pendleton, California 92055-5231
12   Tel. (619) 725-5610

13   Robert H. James, Esq.
     Sachse, James & Lopardo
14   205 West Alvarado Street
     Fallbrook, California 92028
15   Tel. (619) 728-1154

16   C. Michael Cowett, Esq.
     Best, Best & Krieger
17   550 West "C" Street, 16th Floor
     San Diego, California 92101-3540
18   Tel. (619) 595-1333

19   James Jenks, Watermaster
     Santa Margarita River Watershed
20   c/o Fallbrook Public Utility District
     990 East Mission Road
21   Fallbrook, California 92028
     Tel. (619) 728-1028
22
23
24
25
26
27
```

- 2 -