SUSAN M. TRAGER (State Bar #58497)
LAW OFFICES OF SUSAN M. TRAGER
2100 SOUTH EAST MAIN STREET
SUITE 104
IRVINE, CA  92714
TELEPHONE (714) 752-8971

Attorneys for the Domenigoni Family

FILED
AUG 11 1995
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1247-SD-C |
| Plaintiff, ) | THE DOMENIGONI FAMILY'S OBJECTIONS TO WATERMASTER'S ANNUAL REPORT FOR WATER YEAR 1993-94 |
| v. ) | |
| ) | DEPT: Honorable Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., ) | |
| Defendants. ) | |

I.

INTRODUCTION

Francis Domenigoni, Jean Domenigoni, the Francis N. and Jean Domenigoni Family Trust, Domenigoni-Barton Properties, Elsa Barton, Fred Domenigoni, Domenigoni Brothers Ranch, and Cindy and Andy Domenigoni (the "Domenigoni Family") respectfully object to the "Santa Margarita River Watershed Annual Watermaster Report for Water Year 1993-94" (the "Report") submitted on July 14, 1995.  The Domenigoni Family have owned

and continue to own hundreds of acres of land in the Warm Springs Creek watershed of the Santa Margarita River watershed.

The Domenigoni Family objects to the Report for two reasons:

(1) Section 5.5 of the Report which addresses the Domenigoni Valley Reservoir Project (the "Project" inaccurately states that the Project will effectively intercept groundwater flows; and

(2) Although Section 5.5 discusses the mitigation agreement for the Project ("MOU"), the Report fails to recognize that the MOU, which addresses "as built" conditions, does not adequately provide for interim conditions.

II.

DISCUSSION

Section 5.5 states that "[t]he west dam effectively would intercept westward surface and groundwater flows ...." Although this statement may conform with the representations made in the Metropolitan Water District of Southern California's (MWD) Environmental Impact Report for the Project, it fails to reflect the current state of the Project and the MOU.

The Report states that MWD submitted the MOU to the Watermaster Steering Committee in June 1994 and discussions

dom1\fall5.rch                                     2

regarding the mitigation continued through the rest of the water year.  However, the Report fails to state that MWD substantially revised the MOU.  In particular, based upon information from MWD, it now appears that the Project's West Dam may leak:  that is, the Project may actually increase the groundwater elevations downgradient from the West Dam.  Finally, the design of the West Dam of the Project remains unclear and is evolving.  The Report should recognize this fact.

Second, the MOU specifies certain mitigation for the completed Project and requires water releases from the Project into the Santa Margarita River system by means of conveyance channels.  The MOU also contains certain mitigation measures for the interim period.

However, the design of these interim measures is incomplete and they have not been constructed.  The Report should also recognize this failing.  Indeed, after the close of the 1993-94 Water Year, these failings in the MOU had significant practical impacts.

The MOU states that "[w]hen dam construction cuts off natural drainage through the valley, the ability to make mitigation releases must be in place."  In the rains of the Water Year 1994-95, MWD's  excavation pits dug in connection with the Project began to fill with water. The impound of the water lasted so long it actually impeded the progress of the Project.

dom1\fall5.rch                                3

In order to alleviate this condition, MWD sought to release the impounded water pursuant to the MOU. The only problem was that MWD had yet to build the conveyance channels which would carry the water to the Santa Margarita system. However, this shortcoming did not stop the releases. MWD began releasing water and flooded downstream lands including lands owned by the Domenigoni Family and others. The flooding caused crop loss and interfered with farming operations in the area. The Domenigoni Family suffered losses in excess of $5,000 and have filed a tort claim with MWD.

However, although MWD's payment of the tort claim may compensate for the past flooding, it will not ease the worry of future flooding. The Report should note MWD's failure to adhere to the terms of the MOU and offer some suggestion for resolution of the problems.

### III.
### CONCLUSION

Based on the foregoing, the Domenigoni Family respectfully objects to the Report.

Dated: August __11__, 1995

Respectively submitted,

LAW OFFICES OF SUSAN M. TRAGER

BY: Susan M. Trager
Attorneys for the
Domenigoni Family

dom1\fal15.rch                          4

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )
COUNTY OF ORANGE     )

I, Marie W. Young, am a resident in the aforesaid County, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2100 S.E. Main Street, Suite 104, Irvine, California 92714.

On August 11, 1995, I served the documents entitled THE DOMENIGONI FAMILY'S OBJECTIONS TO WATERMASTER'S ANNUAL REPORT FOR WATER YEAR 1993-94 in this action by placing a true copy thereof, enclosed in a sealed envelope, first class and certified postage prepaid, addressed as follows:

SEE ATTACHED SERVICE LIST

[X]   (VIA MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[X]   (STATE) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of August 1995 at Irvine, California.

Marie W. Young

Service List

Michael E. McPherson, Esquire
344 Plumosa Avenue
Vista, CA 92083

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Kevin Wattier, Regional Operations Manager
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Lois Candelaria, Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, California 92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA 91209-9068

Andrew F. Walch, Esquire
U.S. Dept of Justice
Environment & Natural Resources Division
999 Eighteenth St., Suite 945
Denver, Colorado 80202

Pamela Williams, Solicitor Ofs
U.S. Department of Interior
Division of Indian Affairs
1849 C. Street
Washington, D.C. 20240

Gilbert A. Stuart
U.S. Department of Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA 92501

Eugene Madrigal, Esquire
28581 Front Street #108
Temecula, CA 92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

-1-

1  Larry Minor
   P.O. Box 398
2  San Jacinto, CA 92383

3  General Manager
   Murrieta County Water District
4  P.O. Box 949
   Murrieta, CA 92362

5
   General Manager
6  Rainbow MWD
   P.O. Box 2500
7  Fallbrook, CA 92088-2500

8  General Manager
   Fallbrook Sanitary District
9  431 S. Main Street
   Fallbrook, CA 92028

10 Western Area Counsel Office
   Box 555231
11 Camp Pendleton, CA 92055

12 John F. Hennigar, General Manager
   Rancho California WD
13 P.O. Box 9017
   Temecula, CA 92390-0737
14
   Pechanga Tribal Spokesperson
15 Pechanga Indian Reservation
   P.O. Box 1477
16 Temecula, CA 92390

17 Asst. Chief of Staff, Environmental Security
   Box 555008
18 Marine Corps Base
   Camp Pendleton, CA 92055-5008
19
   Asst. Chief of Staff, Environmental Security
20 Box 555008
   Marine Corps Base
21 Camp Pendleton, CA 92055-5008
   Attn:  Larry Carlson
22

23

24

25

26

27

28

-2-

1  William D. Taylor
   1650 San Luis Rey Avenue
2  Vista, CA 92083

3  Chester Rowell
   Temecula Ranchos
4  Rowell Building, Suite 405
   2100 Tulare Street
5  Fresno, CA 93721

6  James J. Jaeger
   Thousand Trails
7  12301 N. E. 10th Place
   Bellevue, Washington 98005

8
   Patrick Barry, Esquire
9  Justice Dept. Land & Natural Resources
   Indian Resources Section
10 P.O. Box 44378
   Washington, D.C. 20026-4378
11
   Gordon W. Tinker, General Manager
12 Fallbrook Public Utility District
   P.O. Box 1390
13 Fallbrook, CA 92088

14 Asst. Chief of Staff, Facilities
   Headquarters, Marine Corps Base
15 Building 1160
   Camp Pendleton, CA 92055
16
   Robert H. James, Esquire
17 Sachse, James & Lopardo
   205 W. Alvarado
18 Fallbrook, CA 92028

19 Art Diaz
   Riverside Co. Flood Control
20   and Water Conservation District
   P.O. Box 1033
21 Riverside, CA 92502

22 General Manager
   Eastern MWD
23 P.O. Box 8300
   San Jacinto, CA 92581-8300
24
   Mr. Peter Archuleta
25 Eastern MWD
   P.O. Box 8300
26 San Jacinto, CA 92581-8300

27 Agri-Empire, Inc.
   P.O. Box 490
28 San Jacinto, CA 92383

SUSAN M. TRAGER
A PROFESSIONAL CORPORATION
THE LANDMARK BUILDING
2100 S.E. MAIN STREET
SUITE 104
IRVINE, CALIFORNIA 92714
TELEPHONE (714) 752-8971

-3-

```
 1  George Buchanan, Area Superintendent
    Metropolitan Water District
 2  Lake Skinner Section
    33740 Borel Road
 3  Winchester, CA 92396

 4  Thomas G. Cottle
    42551 Highway 79
 5  Aguanga, CA 92536

 6  James Laughlin, General Manager
    Elsinore Valley MWD
 7  P.O. Box 3000
    Lake Elsinore, CA 92330

 8
    David Hansen
 9  Western MWD
    P.O. Box 5286
10  Riverside, CA 92517

11  Leland Henderson
    Margarita Land and Development
12  P.O. Box 584
    Fallbrook, CA 92028
13
    Director
14  Riverside Co. Planning
    4080 Lemon St., 9th Floor
15  Riverside, CA 92501

16  C. Michael Cowett, Esquire
    Best, Best & Krieger
17  550 West C Street, 16th Floor
    San Diego, CA 92101-3540

18
    Barry Martin, Director of Water Utilities
19  City of Oceanside - Water Utilities Dept.
    300 N. Hill Street
20  Oceanside, CA 92054

21  Fred Ervin
    AVMAC
22  49990 Mojave Court
    Aguanga, CA 92536
```

SUSAN M. TRAGER
A PROFESSIONAL CORPORATION
THE LANDMARK BUILDING
2100 S.E. MAIN STREET
SUITE 104
IRVINE, CALIFORNIA 92714
TELEPHONE (714) 752-8971

-4-