1  Susan M. Williams
   Gwenellen P. Janov
2  James B. Cooney
   Attorneys for Pechanga Tribe
3  2501 Rio Grande Blvd., N.W.
   Albuquerque, New Mexico 87104
4  (505) 842-6961
5
6  CALIFORNIA INDIAN LEGAL SERVICES
   (Local counsel for Pechanga Tribe)
   James E. Cohen, SBN 139044
7  120 West Grand Avenue, Suite 204
   Escondido, California 92025
8  (619) 746-8941

9

FILED
APR 30 1996
K, U.S. DISTRICT C...
RN DISTRICT O...
                    DEPUTY

10           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,
13
           Plaintiff,
14
   v.                                Civil No. 1247-SD-C    GT
15
   FALLBROOK PUBLIC UTILITY          MOTION OF PECHANGA TRIBE, a/k/a THE
16 DISTRICT, a public service        TEMECULA BAND OF LUISENO MISSION
   corporation of the State of       INDIANS, TO APPOINT REPRESENTATIVE
17 California, et al.,                TO STEERING COMMITTEE

18         Defendants.

19

20         The Pechanga Tribe (a/k/a the Temecula Band of Luiseño Mission Indians, hereinafter

21 referred to as the "Tribe"), pursuant to this Court's Order dated March 13, 1989, requests this

22 Court to authorize the Tribe to appoint a representative to the Steering Committee. As grounds

23 for its Motion, the Tribe states that it is a party to this case, that it is a significant water user in

24 the Santa Margarita Watershed, and that the United States, due to a potential conflict of interest

25 in representing the United States Marine Corp ("Camp Pendleton"), cannot adequately represent

26 the interests of the Tribe at the Steering Committee. Pursuant to the Local Rules of this District,

27 a memorandum in support of the Tribe's Motion is being filed simultaneously with this Motion.

28

1
2   Dated: April 15, 1996
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

GOVER, STETSON & WILLIAMS, P.C.

By _____
Susan M. Williams
Gwenellen P. Janov
James B. Cooney
Attorneys for Pechanga Tribe
2501 Rio Grande Blvd., N.W.
Albuquerque, New Mexico 87104
(505) 842-6961


CALIFORNIA INDIAN LEGAL SERVICES
(Local counsel for Pechanga Tribe)

By _____
James E. Cohen, SBN 139044
120 West Grand Avenue, Suite 204
Escondido, California 92025
(619) 746-8941