Susan M. Williams
Gwenellen P. Janov
James B. Cooney
Attorneys for Pechanga Tribe
2501 Rio Grande Blvd., N.W.
Albuquerque, New Mexico  87104
(505) 842-6961

CALIFORNIA INDIAN LEGAL SERVICES
(Local counsel for Pechanga Tribe)
James E. Cohen, SBN 139044
120 West Grand Avenue, Suite 204
Escondido, California  92025
(619) 746-8941

FILED
APR 30 '96
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

Civil No. 1247-SD-C (          ) GT

MEMORANDUM IN SUPPORT OF PECHANGA TRIBE'S, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, MOTION TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE

HEARING DATE: JUNE 3, 1996
TIME: 9:30 A.M.

The Pechanga Tribe (a/k/a the Temecula Band of Luiseño Mission Indians, hereinafter referred to as the "Tribe") submits this Memorandum in Support of its Motion to Appoint a Representative to the Steering Committee in this case.

On March 13, 1989, this Court appointed a Steering Committee to assist the Court and facilitate adjudication of this case. The composition of the Steering Committee was established as follows:

> The United States of America, Fallbrook Utility District, and Rancho California Water District.  The Court may designate additional parties who may appoint a representative to the Steering Committee, as follows: 1) a party may petition the Court to allow them to appoint a representative to the Steering Committee; 2) the Steering Committee may petition the Court to designate a party to appoint a representative to the Steering Committee; and 3) the Court may designate a party to appoint a representative to the

Steering Committee. Any party participating as a member of the Steering Committee shall share the costs, fees, and expenditures of the Watermaster, along with any other party, as specified by the Court.

The Pechanga Tribe is a party to this case and has been identified by the Watermaster as a significant water user in the Santa Margarita Watershed. See, e.g., Watermaster's Report for Water Year 1993-94. It is important that the Steering Committee be aware of and attentive to water rights issues affecting the Tribe's rights. Although the United States, which acts as trustee of the Tribe's water rights, is currently a member of the Steering Committee, the Tribe is concerned that the United States cannot adequately represent the Tribe's interests, because the United States is representing the interests of several other parties in this litigation, including most notably the United States Marine Corps (hereinafter "Camp Pendleton"). Because the interests of the Tribe will not necessarily coincide with those of Camp Pendleton, the United States faces a potential conflict of interest in representing the Tribe on the Steering Committee. The Tribe, therefore, seeks independent membership on the Steering Committee so that it can ensure that its water rights are adequately protected.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Tribe requests this Court to authorize the Tribe to appoint a representative to the Steering Committee.

Dated: April 30, 1996

Respectfully submitted,

GOVER, STETSON & WILLIAMS, P.C.

By/_____
Susan M. Williams
Gwenellen P. Janov
James B. Cooney
Attorneys for Pechanga Tribe
2501 Rio Grande Blvd., N.W.
Albuquerque, New Mexico 87104
(505) 842-6961

2

CALIFORNIA INDIAN LEGAL SERVICES
(Local counsel for Pechanga Tribe)

By _____
James E. Cohen, SBN 139044
120 West Grand Avenue, Suite 204
Escondido, California 92025
(619) 746-8941

3