```
 1  Susan M. Williams
    Gwenellen P. Janov
 2  James B. Cooney
    Attorneys for Pechanga Tribe
 3  2501 Rio Grande Blvd., N.W.
    Albuquerque, New Mexico  87104
 4  (505) 842-6961

 5
    CALIFORNIA INDIAN LEGAL SERVICES
 6  (Local counsel for Pechanga Tribe)
    James E. Cohen, SBN  139044
 7  120 West Grand Avenue, Suite 204
    Escondido, California  92025
 8  (619) 746-8941

 9
```

FILED
APR 30 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Civil No. 1247-SD-C

FALLBROOK PUBLIC UTILITY                        NOTICE OF HEARING ON MOTION
DISTRICT, a public service
corporation of the State of
California, et al.,

    Defendants.

The Pechanga Tribe of Mission Indians (a/k/a the Temecula Band of Luiseño Mission Indians) will present argument regarding its Motion to Appoint Representative to Steering Committee to the Court on June 3, 1996, at 9:30 a.m.

Dated: April 25, 1996

Respectfully submitted,

GOVER, STETSON & WILLIAMS, P.C.

By /s/ Susan M. Williams
Susan M. Williams
Gwenellen P. Janov
James B. Cooney
Attorneys for Pechanga Tribe
2501 Rio Grande Blvd., N.W.
Albuquerque, New Mexico 87104
(505) 842-6961

CALIFORNIA INDIAN LEGAL SERVICES
(Local counsel for Pechanga Tribe)

By /s/ James E. Cohen
James E. Cohen, SBN 139044
120 West Grand Avenue, Suite 204
Escondido, California 92025
(619) 746-8941

2