UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

United States of America, )
                 Plaintiff )  Case No. Civil No. 1247-SD-C
vs. )  PRO HAC VICE APPLICATION
Fallbrook Public Utility District, )  Pechanga Tribe
a public service corporation of the State of California, et. al.    Defendant )  Party Represented

FILED
MAY - 6 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Bancroft

I, __Susan M. Williams__ hereby petition the above-
   (Applicant)
entitled court to permit me to appear and participate in this case and in support of petition state:

My residence address is __7201 Gualalupe Trail NW, Albuquerque, NM 87107__

My office address is __2501 Rio Grande Blvd. NW, Albuquerque, NM 87104__

That on __March 20, 1989__ I was admitted to practice
before __United States Supreme Court__ ; and am currently in good
        (name of court)
standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court:

That I (have) ((have not)) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Number of case _____  Date of application _____

Application _____ granted   _____ denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Susan M. Williams
Signature of Applicant

DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

__James E. Cohen__                     __(619)746-8941__
(name)                                  (telephone)
120 W. Grand Ave #204   Escandido     California          92025
(street)                (city)                            (zip code)

/s/ Susan M. Williams
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney


ORDER

IT IS ORDERED that the pro hac application is hereby approved.

_____
Judge, U.S. District Court


Received $20.00 for Court Library fee

_____ 4/30  Deputy Clerk


Pro Hac Vice (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him: (1) he resides in California, (2) he is regularly employed in California, or (3) he is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he has been admitted to practice and the date of admission, (3) that he is in good standing and eligible to practice in said court, (4) that he is not currently suspended or disbarred in any other court, and (5) if he has concurrently or within the year preceding his current application made any pro hac vice application to this court, the title and the number of each matter wherein he made application, the date of application, and whether or not his application was granted. He shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He shall file with such application the address, telephone number, and written consent of such designee.

Fee: $20.00 library fee, payable to Clerk, U.S. District Court

Application and fee should be mailed directly to:

   ROBERTA WESTDAL, ACTING CLERK
   Clerk, U.S. District Court
   Southern District of California
   940 Front Street
   San Diego, California  92189


MISC-5
K:\COMMON\FORMS\MISC-5