LOIS J. SCHIFFER
Assistant Attorney General
Environment and Natural Resources Division

ANDREW F. WALCH
Attorney, General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, Colorado 80202
(303) 312-7316

Counsel for the United States of America

FILED
MAY 8 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

Civil No. 1247-SD-C GT

RESPONSE OF THE UNITED STATES TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE

---

On April 25, 1996, the Pechanga Tribe submitted its Motion of the Pechanga Tribe, a/k/a The Temecula Band of Luiseno Mission Indians, to Appoint Representative to Steering Committee. The United States hereby notifies the Court and the parties to this litigation that it has no objections to said Motion being granted.

**RESPONSE OF THE UNITED STATES TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE - Page 1**

Dated this 6th day of May, 1996.

Respectfully submitted,

Andrew F. Walch, Attorney

**RESPONSE OF THE UNITED STATES TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE - Page 2**

LOIS J. SCHIFFER
Assistant Attorney General
Environment and Natural Resources Division

ANDREW F. WALCH
Attorney, General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945
Denver, Colorado 80202
(303) 312-7316

Counsel for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Civil No. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

PROOF OF SERVICE BY MAIL

I, Julia Draper, am employed in Denver County, Denver, Colorado, the county where the mailing occurred. My business address is U.S. Dept. of Justice/ENRD, 999 18th Street, Suite 945, Denver, CO 80202. I am over the age of eighteen years and not a party to the above captioned action.

I am readily familiar with the Department of Justice's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, all correspondence is deposited with the United States Postal Service the same day it is collected and processed in the ordinary course of business.

I served the following document: RESPONSE OF THE UNITED STATES TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE, by placing a copy of said document in a separate envelope for each addressee named below and addressed to such addressee as follows: **SEE ATTACHED SERVICE LIST**

On May 6th, 1996, at the office of the United States Department of Justice/ENRD, 999 18th Street, Suite 945, Denver, CO 80202, I sealed and placed each envelope for collection and deposit by the U.S. Department of Justice in the United States Postal Service following ordinary business practices.

Dated this 6th day of May, 1996.

Julia D. Draper

Julia D. Draper

SERVICE LIST

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Kevin Wattier, Regional Operations Manager
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Lois Candelaria, Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, CA 92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA 91209-9068

Pamela Williams, Solicitors Off.
U.S. Dept. of the Interior
Div. of Indian Affairs
1849 C Street
Washington, D.C. 20240

Gilbert A. Stuart
U.S. Dept. of the Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA 92501

Eugene Madrigal, Esq.
28581 Front Street #108
Temecula, CA 92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Ste 201
Temecula, CA 92362

Larry Minor
P.O. Box 398
San Jacinto, CA 92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA 92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

General Manager
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA 92028

Western Area Counsel Office
Box 555231
Camp Pendleton, CA 92055

John F. Hennigar, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92390-0737

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92390

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008
Attn: Larry Carlson

William D. Taylor
1650 San Luis Rey Avenue
Vista, CA 92083

Chester Rowell
Temecula Ranchos
Rowell Bldg. Ste 405
2100 Tulare Street
Fresno, CA 93721

James J. Jaeger
Thousand Trails
12301 N.E. 10th Place
Bellevue, WA 98005

Patrick Barry, Esq.
Justice Dept. Land & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378

Gordon W. Tinker, General Manager
Fallbrook Public Utility District
P.O. Box 1390
Fallbrook, CA 92088

Asst. Chief of Staff, Facilities
Headquarters, Marine Corps Base
Building 1160
Camp Pendleton, CA 92055

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Art Diaz
Riverside Co. Flood Control
& Water Conservation District
P.O. Box 1033
Riverside, CA 92502

General Manager
Eastern MWD
P.O. Box 8300
San Jacinto, CA 92581-8300

Mr. Peter Archuleta
Eastern MWD
P.O. Box 8300
San Jacinto, CA 92581-8300

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

George Buchanan, Area Superintendent
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92396

Thomas G. Cottle
42551 Highway 79
Aguanga, CA 92536

James Laughlin, General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

David Hansen
Western MWD
P.O. Box 5286
Riverside, CA 92517

Leland Henderson
Margarita Land and Development
P.O. Box 584
Fallbrook, CA 92028

Director
Riverside Co. Planning
4080 Lemon St. 9th Floor
Riverside, CA 92501

C. Michael Cowett, Esq.
Best, Best & Krieger
550 West C Street, 16th Floor
San Diego, CA 92101-3540

Barry Martin, Director of Water Utilities
City of Oceanside-Water Utilities Dept.
300 N. Hill Street
Oceanside, CA 92054

Fred Ervin
AVMAC
49990 Mojave Court
Aguanga, CA 92536