C. Michael Cowett  Bar No. 53353
LAW OFFICES OF
**BEST BEST & KRIEGER LLP**
402 West Broadway
13TH Floor
SAN DIEGO, CALIFORNIA 92101-3542
TELEPHONE (619) 525-1300

FILED
MAY 17 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ATTORNEYS FOR Rancho California Water District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | Case No. 1247-SD-C<br><br>RESPONSE OF THE RANCHO CALIFORNIA WATER DISTRICT TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE |

On April 25, 1996, the Pechanga Tribe submitted its Motion of the Pechanga Tribe, a/k/a The Temecula Band of Luiseno Mission Indians, to Appoint a Representative to the Steering Committee.

The motion sought representation on the Steering Committee pursuant to the Court's March 13, 1989 Order of Appointment of Watermaster which provided: "Any party participating as a member of a Steering Committee shall share the costs, fees and expenditures of the Watermaster, along with any other party, as specified by the Court."

The Rancho California Water District hereby notifies the Court and the Parties to this litigation that it has no objection to said motion being granted.

DATED: _____

Respectfully Submitted,

BEST BEST & KRIEGER LLP

By: _____
C. Michael Cowett
Attorneys for Rancho
California Water District

-1-
Response of the Rancho California Water District
to the Motion of Pechanga Tribe

1
2
3
4

C. Michael Cowett  Bar No. 53353
LAW OFFICES OF
**BEST BEST & KRIEGER LLP**
402 West Broadway
13TH Floor
SAN DIEGO, CALIFORNIA 92101-3542
TELEPHONE (619) 525-1300

5

6  ATTORNEYS FOR Rancho California Water District

7
8

9         UNITED STATES DISTRICT COURT

10        SOUTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )   Case No. 1247-SD-C
                                    )
13         Plaintiff,                )   PROOF OF SERVICE BY MAIL
                                    )
14     v.                            )
                                    )
15  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, a public service      )
16  corporation of the State of     )
    California, et al.,             )
17                                  )
           Defendants.              )
18                                  )
                                    )
19  _____ )

20
21
22
23
24
25
26
27
28

I, Wendy Bergstrom Connor, certify that I am over the age of eighteen and am not a party to this action. I am employed in the county where the mailing occurred. My business address is 402 West Broadway, 13th Floor, San Diego, California 92101.

I am readily familiar with Best Best & Krieger LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, all correspondence is deposited with the United States Postal Service the same day it is collected and processed in the ordinary course of business.

I served the following document: RESPONSE OF THE RANCHO CALIFORNIA WATER DISTRICT TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE, by placing a copy of said document in a separate envelope for each addressee named below and addressed to such addressee as follows:

**SEE ATTACHED SERVICE LIST**

On May 16, 1996, at the office of Best Best & Krieger LLP I sealed and placed each envelope for collection and deposit following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May, 1996.

Wendy Bergstrom Connor

-1-
Response of the Rancho California Water District
to the Motion of Pechanga Tribe

## SERVICE LIST

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Kevin Wattier, Regional Operations Manager
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Lois Candeleria, Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, CA 92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA 91209-9068

Andrew F. Walch, Esq.
U.S. Dept. of Justice
Environment & Natural Resources Div.
999 Eighteenth St, Suite 945
Denver, CO 80202

Pamela Williams, Solicitors Ofc.
U.S. Dept. of the Interior
Div. of Indian Affairs
1849 C Street
Washington, D.C. 20240

Gilbert A. Stuart
U.S. Dept. of the Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA 92501

Eugene Madrigal, Esq.
28581 Front Street, #108
Temecula, CA 92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd.
Suite 201
Temecula, CA 92362

Larry Minor
P.O. Box 398
San Jacinto, CA 92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA 92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

General Manager
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA 92028

Western Area Counsel
Box 555231
Camp Pendleton, CA 92055

John Hennigar, General Manager
Rancho California Water Dist.
P.O. Box 9017
Temecula, CA 92390-0737

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92390-0737

Asst. Chief of Staff
Environmental Security
Box 5550008
Marine Corps Base
Camp Pendleton, CA 92055

William D. Taylor
1650 San Luis Rey Avenue
Vista, CA 92083

LAW OFFICES OF
BEST BEST & KRIEGER LLP
402 WEST BROADWAY, 13TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3542

CMC19005

| | |
|---|---|
| Chester Rowell<br>Temecula Ranchos<br>Rowell Bldg. Ste. 405<br>2100 Tulare Street<br>Fresno, CA 93721 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| James J. Jaeger<br>Thousand Trails<br>12301 N.E. 10th Place<br>Bellevue, WA 98005 | George Buchanan, Area Superintendent<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92396 |
| Patrick Barry, Esq.<br>Justice Dept. Land & Natural Resources<br>Indian Resources SEction<br>P.O. Box 44378<br>Washington, DC 20026-4378 | Thomas G. Cottle<br>42551 Highway 79<br>Aguanga, CA 92536<br><br>James Laughlin, General Mgr.<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Gordon W. Tinker, General Mgr.<br>Fallbrook Public Utility Dist.<br>P.O. Box 1390<br>Fallbrook, CA 92088 | David Hansen<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 |
| Asst. Chief of Staff, Facilities<br>Headquarters, Marine Corps Base<br>Building 1160<br>Camp Pendleton, CA 92055 | Leland Henderson<br>Margarita Land & Development<br>PO. Box 584<br>Fallbrook, CA 92028 |
| Robert H. James, Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado<br>Fallbrook, CA 92028 | Director<br>Riverside Co. Planning<br>4080 Lemon St. 9th Flr.<br>Riverside, CA 92501 |
| Art Diaz<br>Riverside Co. Flood Control & Water Conservation District<br>P.O. Box 1033<br>Riverside, CA 92502 | Barry Martin, Dir. Water Utilities<br>City of Oceanside<br>Water Utilities Dept.<br>300 N. Hill Street<br>Oceanside, CA 92054 |
| General Manager<br>Eastern MWD<br>P.O. Box 8300<br>San Jacinto, CA 92581-8300 | Fred Ervin<br>AVMAC<br>49990 Mojave Ct.<br>Aguanga, CA 92536 |
| Mr. Peter Archuleta<br>Eastern MWD<br>P.O. Box 8300<br>San Jacinto, CA 92581-8300 | Susan M. Williams<br>Gwenellen P. Janov<br>James B. Cooney<br>2501 Rio Grande Blvd. NW<br>Albuquerque, NM 87104 |

-3-
Response of the Rancho California Water District
to the Motion of Pechanga Tribe

1 | California Indian Legal Serv.
2 | James E. Cohen
  | 120 West Grand Avenue, Ste 204
3 | Escondido, CA 92025
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28