N. GREGORY TAYLOR, General Counsel
KAREN L. TACHIKI, Assistant General Counsel
JEFFREY KIGHTLINGER, Deputy General Counsel, Bar No. 122541
The Metropolitan Water District
  of Southern California
350 South Grand Avenue, 29th Floor
Los Angeles, California  90071
(213) 217-7129

Attorneys for The Metropolitan
  Water District of Southern California

MAY 28 1996

(No Fee
Gov. Code §6103)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   CASE NO. 1247-SD-C
                               )
                 Plaintiff,    )   RESPONSE OF THE
                               )   METROPOLITAN WATER
     v.                        )   DISTRICT OF SOUTHERN
                               )   CALIFORNIA TO THE MOTION
FALLBROOK PUBLIC UTILITY DISTRICT, a )  OF PECHANGA TRIBE, a/k/a/
public service corporation of the State )  THE TEMECULA BAND OF
of California, et al.,         )   LUISENO MISSION INDIANS,
                               )   TO APPOINT REPRESENTATIVE
                 Defendants.   )   TO STEERING COMMITTEE
                               )

On April 25, 1996, the Pechanga Tribe submitted its

Motion of the Pechanga Tribe, a/k/a/ The Temecula Band of Luiseno

Mission Indians, to Appoint a Representative to the Steering

Committee.

The motion sought representation on the Steering

Committee pursuant to the Court's March 13, 1989 Order of

Appointment of Watermaster which provided: "Any party

participating as a member of a Steering Committee shall share the

costs, fees and expenditures of the Watermaster, along with any

other party, as specified by the Court."

- 1 -

1        The Metropolitan Water District of Southern California

2   hereby notifies the Court and the Parties to this litigation that

3   is has no objection to said motion being granted.

4

5   Dated: May 22, 1996          Respectfully submitted,

6                                The Metropolitan Water District of
                                 Southern California
7

8                                By _____

9                                   Jeffrey Kightlinger
                                    Attorneys for The Metropolitan
10                                  Water District of Southern
                                    California
11

12

13

14  JK:gm
    5/22/96

15

16

17

18

19

20

21

22

23

24

25

26

27

S:\WPSHARED\GRAMOR\PLD\FPU-RSP.DOC

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         )    ss.
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 350 So. Grand Avenue, Los Angeles, California  90071.

      On, <u>May 23, 1996</u>, I served the foregoing document described as:

**RESPONSE OF THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA TO THE MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEEE**

on the interested parties in this action by placing __X__ true copies ____ the original thereof, enclosed in an envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

__X__     **(BY MAIL)** I caused such envelope with postage hereon fully prepaid to be placed in the United States mail at Los Angeles, California.

_____     **(PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee(s).

_____     **(FEDERAL EXPRESS)** I caused said envelope(s) to be sent by Federal Express to the address(es) marked with a **+++**.

_____     **(FACSIMILE)** In addition to the above service by mail, personal services or Federal Express, I caused said document(s) to be transmitted by facsimile approximately _____a.m./p.m. to the address(es) marked with a **^^^**.

_____     (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__     (FEDERAL) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

      Executed on <u>May 23, 1996</u>, at Los Angeles, California.

_____
Grace M. Yenko

pld\FPU-CERT.doc

## SERVICE LIST

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Lois Candeleria, Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, CA  92306

Christian Nagler, P.E.
Department of Water Resources, Southern District
P.O. Box 29068
Glendale, CA  91209-9068

Andrew F. Walch, Esq.
U.S. Department of Justice
Enviroment & Natural Resources Division
999 Eighteenth St., Suite 945
Denver, CO  80202

Pamela Williams, Solicitors Office
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street
Washington, D.C.  20240

Gilbert A. Stuart
U.S. Department of the Interior
Bureau of Indian Affairs
3600 Lime St., #722
Riverside, CA  92501

Eugene Madrigal, Esq.
28581 Front St., #108
Temecula, CA  92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA  92362

Larry Minor
P.O. Box 398
San Jacinto, CA  92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA  92362

```
 1         General Manager
           Fallbrook Sanitary District
 2         431 S. Main St.
           Fallbrook, CA   92028
 3
           Western Area Counsel
 4         Box 555231
           Camp Pendleton, CA  92055
 5
           John Hennigar, General Manager
 6         Rancho California Water District
           P.O. Box 9017
 7         Temecula, CA   92390-0737

 8         Pechanga Tribal Spokesperson
           Pechanga Indian Reservation
 9         P.O. Box 1477
           Temecula, CA   92309-0737
10
           Asst. Chief of Staff
11         Environmental Security
           Box 5550008
12         Marine Corps Base
           Camp Pendleton, CA   92055
13
           William D. Taylor
14         1650 San Luis Rey Avenue
           Vista, CA   92083
15
           Chester Rowell
16         Temecula Ranchos
           Rowell Bldg., Ste. 405
17         2100 Tulare St.
           Fresno, CA   93721
18
           James J. Jaeger
19         Thousand Trails
           12301 N.E. 10th Place
20         Bellevue, WA   98005

21         Patrick Barry, Esq.
           Justice Department, Land & Natural Resources
22         Indian Resources Section
           P.O. Box 44378
23         Washington, DC   20026-4378

24         Gordon W. Tinker, General Manager
           Fallbrook Public Utility District
25         P.O. Box 1390
           Fallbrook, CA   92088
26
           Asst. Chief of Staff, Facilities
27         Headquarters, Marine Corps Base
           Building 1160
           Camp Pendleton, CA   92055
```

```
1    Robert H. James, Esq.
     Sachse, James & Lopardo
2    205 W. Alvarado
     Fallbrook, CA  92028
3
     Art Diaz
4    Riverside Co. Flood Control & Water Conservation
        District
5    P.O. Box 1033
     Riverside, CA  92502
6
     General Manager
7    Eastern Municipal Water District
     P.O. Box 8300
8    San Jicinto, CA  92581-8300

9    Mr. Peter Archuleta
     Eastern Municipal Water District
10   P.O. Box 8300
     San Jicinto, CA  92581-8300
11
     Agri-Empire, Inc.
12   P.O. Box 490
     San Jicinto, CA  92383
13
     Thomas G. Cottle
14   42551 Highway 79
     Aguanga, CA  92536
15
     James Laughlin, General Manager
16   Elsinore Valley Municipal Water District
     P.O. Box 3000
17   Lake Elsinore, CA  92330

18   David Hansen
     Western Municipal Water District
19   P.O. Box 5286
     Riverside, CA  92517
20
     Leland Henderson
21   Margarita Land & Development
     P.O. Box 584
22   Fallbrook, CA  92028

23   Director
     Riverside County Planning
24   4080 Lemon St., 9th Floor
     Riverside, CA  92501
25
     Barry Martin, Diretor of Water Utilities
26   City of Oceanside
     Water Utilities Department
27   300 N. Hill Street
     Oceanside, CA  92054
```

- 4 -

```
 1          Fred Ervin
            AVMAC
 2          49990 Mojave Ct.
            Aguanga, CA  92536
 3
            Susan M. Williams
 4          Gwenellen P. Janov
            James B. Cooney
 5          2501 Rio Grande Blvd., NW
            Albuquerque, NM  87104
 6
            California Indian Legal Services
 7          James E. Cohen
            120 West Grand Avenue, Suite 204
 8          Escondido, CA  92025

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
```