Robert H. James, Esq. #45384
SACHSE, JAMES & LOPARDO
205 W. Alvarado St.
Fallbrook, CA 92028
619-728-1154

Attorneys for Fallbrook Public Utility District

FILED
MAY 31 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

Civil No. 1247-SD-C

RESPONSE OF THE FALLBROOK PUBLIC UTILITY DISTRICT TO THE MOTION OF PECHANGA TRIBE, aka THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE

On April 25, 1996, the Pechanga Tribe submitted its Motion of the Pechanga Tribe, aka The Temecula Band of luiseno Mission Indians, to Appoint a Representative to the Steering Committee.

The Motion sought representation on the Steering Committee pursuant to the Court's March 13, 1989 Order of Appointment of Watermaster which provided:

"Any party participating as a member of a Steering Committee shall share the costs, fees and expenditures of the Watermaster, along with any other party, as specified by the Court."

///

On that basis, the Fallbrook Public Utility District hereby advises the Court and the Parties to this litigation that it has no objection to said Motion being granted.

Respectfully submitted,

SACHSE, JAMES & LOPARDO

DATED: May 28, 1996

By ______________________
ROBERT H. JAMES
Attorneys for Fallbrook Public Utility District

In re United States of America vs. Fallbrook Public Utility District, et al.

Case Number: 1247-SD-C

# PROOF OF SERVICE BY MAIL

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-referenced action. My business address is 205 West Alvarado Street, Fallbrook, California 92028. On May 28, 1996, I served the interested parties a true and correct copy of the within or attached:

**RESPONSE OF THE FALLBROOK PUBLIC UTILITY DISTRICT TO THE MOTION OF PECHANGA TRIBE, aka THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE**

by depositing in the United States mail in a sealed envelope with the postage thereon prepaid and addressed as follows:

**SEE ATTACHED SERVICE LIST**

I certify under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 28, 1996 at Fallbrook, San Diego County, California.

Vicki Arnold

**SERVICE LIST**

Michael E. McPherson
344 Plumosa Avenue
Vista, CA 92083

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Kevin Wattier, Regional Operations Manager
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Lois Candeleria, Chairperson,
Cahuilla Band of Indians
P.O. Box 860
Anza, CA 92306

Christian Nagler, P.E.
Dept. of Water Resources, Southern District
P.O. Box 29068
Glendale, CA 912099068

Andrew F. Walch
U.S. Dept. of Justice
Environment & Natural Resources Div.
999 18th St., Ste. 945
Denver, CO 80202

Pamela Williams,
US Dept. of the Interior
Div. of Indian Affairs
1849 C Street
Washington, D.C. 20240

Gilbert A. Stuart
US Dept. of Interior
Bureau of Indian Affairs
3600 Lime St., #722
Riverside, CA 92501

Eugene Madrigal, Esq.
28581 Front St., #108
Temecula, CA 92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road
Suite 201
Temecula, CA 92362

Larry Minor
P.O. Box 398
San Jacinto, CA 92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA 92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088

Western Area Counsel
Box 555231
Camp Pendleton, CA 92055

John Hennigar, General Manager, RCWD
P.O. Box 9017
Temecula, CA 92390

Pechanga Tribal Spokesperson,
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92390

Asst. Chief of Staff
Environmental Security
Box 5550008
Marine Corps Base
Camp Pendleton, CA 92055

William D. Taylor
1650 San Luis Rey Ave.
Vista, CA 92083

Chester Rowell
Temecula Ranchos
Rowell Bldg. Ste. 405
2100 Tulare Street
Fresno, CA 93721

James J. Jaeger
Thousand Trails
12301 N.E. 10th Place
Bellevue, WA 98005

Patrick Barry, Esq
Justice Dept. Land &
Natural Resources
Indian Resources Sect.
P.O. Box 44378
Washington, DC 20026

Gordon W. Tinker, General Manager, FPUD
P.O. Box 2290
Fallbrook, CA 92088

Asst. Chief of Staff
Headquarters, Marine Corps Base, Bldg. 1160
Camp Pendleton, CA 92055

Art Diaz
Riverside Co. Flood Control & Water Conservation Dist.
P.O. Box 1033
Riverside, CA 92502

General Manager
Eastern MWD
P.O. Box 8300
San Jacinto, CA 92581

Peter Archuleta
Eastern MWD
P.O. Box 8300
San Jacinto, CA 92581

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

George Buchanan, Area Superintendent,
Metropolitan Water Dist.
33740 Borel Road
Winchester, CA 92396

Thomas G. Cottle
42551 Highway 79
Aguanga, CA 92536

James Laughlin, General Manager,
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

David Hansen
Western MWD
P.O. Box 5286
Riverside, CA 92517

Leland Henderson
Margarita Land & Development
P.O. Box 584
Fallbrook, CA 92028

Director, Riverside County Planning
4080 Lemon St., 9th Fl.
Riverside, CA 92501

Barry Martin, Dir. Water Utilities
City of Oceanside
300 N. Hill Street
Oceanside, CA 92054

Fred Ervin
AVMAC
49990 Mojave Ct.
Aguanga, CA 92536

Susan M. Williams
Gwenellen P. Janov
James B. Cooney
2501 Rio Grande Blvd. NW
Albuquerque, NM 87104

California Indian Legal Serv.
James E. Cohen
120 W. Grand Ave., #204
Escondido, CA 92025