

FILED
JUN - 4 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civ. No. 1247-SD-C |
| Plaintiff, | ) ORDER |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) |
| Defendants. | ) |

The Pechanga Tribe's Motion to Appoint a Representative to the Steering Committee was scheduled for hearing on June 3, 1996 at 9:30 a.m. On or about June 3, 1996, the Court took the matter under submission and advised the parties that the Court would issue a written order as to its decision. The Court has considered the Pechanga Tribe's motion, including the moving and responding papers, and concludes as follows.

### BACKGROUND

On March 13, 1989, the Court appointed a Steering Committee to assist the Court and to facilitate the adjudication of the water

1 rights involved in this case. Currently, the Steering Committee
2 is comprised of representatives from the United States, Rancho
3 California Water District, Fallbrook Public Utility District,
4 Eastern Municipal Water District, and Metropolitan Water District
5 of Southern California.
6 The Court's order of March 13, 1989 indicates that "a party
7 may petition the Court to allow them to appoint a representative
8 to the Steering Committee." The Pechanga Tribe (also known as the
9 Temecula Band of Luiseno Mission Indians) is a party to the action
10 and a significant water user in the Santa Margarita Watershed.
11 Although the United States is a member of the Steering Committee
12 and acts as a trustee of the Pechanga Tribe's water interests, the
13 Pechanga Tribe is concerned that the United States cannot
14 adequately represent its interests.

### DISCUSSION

16 As a member of the Steering Committee, the United States
17 represents the interests of several parties to the litigation in
18 addition to the Pechanga Tribe, including the United States Marine
19 Corps, Camp Pendleton. The Pechange Tribe believes that its
20 interests will not always coincide with those of Camp Pendleton
21 and that, as a result, the United States will be faced with a
22 significant conflict of interest. Therefore, the Pechanga Tribe
23 seeks an independent membership on the Steering Committee in order
24 to protect its water rights.
25 The United States, the Metropolitan Water District of Southern
26 California and the Fallbrook Utility District each filed responses
27 to the Pechanga Tribe's motion and indicated they have no
28 objection to the Court granting the Pechange Tribe's motion. The

2

Court has received no other responses or objections to the Pechanga Tribe's motion. Because it appears there may be a conflict of interest between the Pechanga Tribe and Camp Pendleton and because no parties have objected, the Court finds that the Pechanga Tribe should be permitted to appoint a representative to the Steering Committee in order to protect its water interests.

**IT IS HEREBY ORDERED THAT** the Pechanga Tribe's Motion to Appoint a Representative to the Steering Committee is **granted**.

**IT IS SO ORDERED.**

June 4, 1996
Date

GORDON THOMPSON, JR.
Senior United States District Judge

cc: All counsel and parties without counsel

3