FILED

JUN - 6 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

   v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civ. No. 1247-SD-C

**ORDER**

The Domenigoni Family, which owns land in the Santa Margarita
River watershed, has objected that the Santa Margarita River
Watershed Annual Watermaster Report for Water Year 1993-1994 does
not adequately address certain issues.  The Domenigoni Family
contends that the current situation differs from information
contained in the 1993-1994 Report.

In response, the Watermaster has indicated to the Court that
the reason the information in the 1993-1994 Report differs from
the current situation is that the Domenigoni Family's objections
refer to events which took place after the close of the 1993-1994

1   water year.  According to the Watermaster, the issues raised in

2   the Domenigoni Family's objections will be proper subjects for the

3   1994-1995 Report, which covers events from October 1, 1994 through

4   September 30, 1995.  The 1994-1995 Report will be prepared and

5   forwarded to the Court in 1996.

6        The Court finds that the Watermaster's explanations adequately

7   address the Domenigoni Family's objections.  If necessary, the

8   Domenigoni Family may renew their objections when the Watermaster

9   releases the 1994-1995 Report.

12   *June 6, 1996*
     Date

     GORDON THOMPSON, JR.
13   Senior United States District Judge

14   cc:  All counsel and parties without counsel