FILED
JUN 14 1996
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | Civ. No. 1247-SD-C<br><br>**ORDER** |

    James S. Jenks, Watermaster for the Santa Margarita River Watershed by appointment of this Court, has requested that the Court authorize him to enter into a Memorandum of Understanding ("M.O.U.") with Agri-Empire, Inc. on the operation of the Upper Chihuahua Creek Dam. Having reviewed the draft M.O.U. submitted by Watermaster Jenks with his letter dated January 22, 1996, the

/ / /

/ / /

/ / /

/ / /

Court hereby authorizes Watermaster Jenks to enter into the M.O.U. he has reached with Agri-Empire, Inc.

**IT IS SO ORDERED.**

June 14, 1996
Date

GORDON THOMPSON, JR.
Senior United States District Judge

cc: Mr. James S. Jenks
    Watermaster
    Santa Margarita River Watershed
    Post Office Box 631
    Fallbrook, California  92028

    All counsel and parties without counsel