1 | ALAN BERSIN
United States Attorney

2

PATRICK BARRY
3 | CURTIS BERKEY
Attorneys, Department of Justice
4 | Environment and Natural Resources Division
Indian Resources Section

5

ANDREW F. WALCH
6 | Attorney, Department of Justice
Environment and Natural Resources Division
7 | General Litigation Section

8 | P.O. Box 44378
Washington, D.C. 20026-4378
9 | Telephone:   (202) 305-0254

10 | SBA #006056

11 | Attorneys for Plaintiff
United States of America

12

13 | UNITED STATES DISTRICT COURT

14 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16

17 | UNITED STATES OF AMERICA

18 |                Plaintiff,   ) CIVIL NO. 1247-SD-C

19 |      v.

20 | FALLBROOK PUBLIC UTILITY DISTRICT,  ) MOTION FOR CLARIFICATION
a public service corporation of
21 | the State of California, et. al.,

22

23 |                Defendants.

24

25 |      The United States respectfully moves this Court for an

26 | Order clarifying its Order of June 4, 1996, in which the Court

27 | found that "there may be a conflict of interest between the

28 | Pechanga Tribe and Camp Pendleton * * *."  As we explain in our

1  supporting memorandum, there is no evidence to support the

2  Pechanga Tribe's allegations that there exists a conflict of

3  interest between the United States and the Tribe.  As we explain

4  our supporting memorandum, the United States Supreme Court has

5  held that when the government is charged by congress to represent

6  federal agencies with differing interests, "it does not by that

7  reason alone compromise its obligation to any of the interests

8  involved."  <u>Nevada</u> v. <u>United States, et al.</u>, 463 U.S. 110, 136,

9  n. 15 (1983).

10      Respectfully submitted this _0th_ day of June, 1996.

12                          _____
                            Andrew F. Walch
13                          Curtis Berkey
                            Patrick Barry
14                          Department of Justice
                            Environment and Natural
15                             Resources Division
                            Indian Resources Section

2