FILED

OCT 2 1996

Bancroft

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>                Defendants. | Civ. No. 1247-SD-C<br><br>**ORDER** |

On July 31, 1996, the United States Department of Justice filed a Motion for Clarification of the Court's Order of June 4, 1996, in which the Court granted the Pechanga Tribe's Motion to Appoint a Representative to the Steering Committee. The Court has fully considered the Motion for Clarification filed by the Department of Justice, including the moving papers and a letter brief submitted by counsel for the Pechanga Tribe, as well as the arguments and authorities cited therein, and concludes as follows:

/ / /

/ / /

## BACKGROUND

On March 13, 1989, the Court appointed a Steering Committee to assist the Court and to facilitate the adjudication of the water rights involved in this case. Until the Court issued its Order of June 4, 1996, the Steering Committee was comprised of representatives from the United States Department of Justice, Rancho California Water District, Fallbrook Public Utility District, Eastern Municipal Water District, and Metropolitan Water District of Southern California. On the Steering Committee and throughout this litigation, the Department of Justice has acted as a trustee of the Pechanga Tribe's water rights and has also represented other non-Indian federal interests.

## DISCUSSION

In its Motion to Appoint a Representative to the Steering Committee, the Pechanga Tribe argued that it should be allowed to appoint its own, independent representative to the Steering Committee in order to ensure that its water rights are adequately protected. Because the Department of Justice also represents other non-Indian federal interests in this litigation, the Pechanga Tribe was concerned about the <u>potential</u> for a conflict of interest that could arise. According to the Pechanga Tribe, a conflict of interest <u>could</u> arise because the Pechanga Tribe's interests will not always coincide with those of other non-Indian federal interests represented by the Department of Justice.

On June 4, 1996, the Court granted the Pechanga Tribe's unopposed motion on the grounds expressed in the moving papers, stating, in part, that: "Because it appears there may be a conflict of interest between the Pechanga Tribe and Camp Pendleton

2

and because no parties have objected, the Court finds that the Pechanga Tribe should be permitted to appoint a representative to the Steering Committee in order to protect its water interests." (<u>United States v. Fallbrook Public Utility District</u>, No. 1247-SD-C, at 3 (S.D. Cal. June 4, 1996) (order granting Motion to Appoint a Representative to the Steering Committee.)  In its Motion for Clarification, the Department of Justice indicates that it strongly supports the Pechanga Tribe's request for an independent seat on the Steering Committee but disagrees with the Pechanga Tribe's representation that the Department of Justice faces a potential conflict of interest because it represents the interests of several parties in this litigation.  The Department of Justice seeks clarification because it is concerned that the Court's Order of June 4, 1996 could be misconstrued as an <u>actual</u> finding by this Court that a genuine conflict of interest exists between the Pechanga Tribe and Camp Pendleton.

In support of its position, the Department of Justice argues that there is no evidence to indicate that a genuine conflict of interest exists.  The Department of Justice also cites <u>Nevada v. United States</u>, 463 U.S. 110 (1983), a similar case in which it represented various interests within the government.  In <u>Nevada</u>, the Supreme Court indicated that when the Department of Justice is charged by Congress to represent federal agencies with differing interests, "it does not by that reason alone compromise its obligation to any of the interests involved."  <u>Id</u>. at 135-136 n.15.

/ / /

/ / /

In order to alleviate the concerns of the Department of Justice,

**IT IS HEREBY ORDERED THAT** the Motion for Clarification filed by the Department of Justice is **granted**. The Court's Order filed June 4, 1996 is hereby modified in order to clarify that the Court did not allow the Pechanga Tribe to appoint an independent representative to the Steering Committee based on an actual conflict of interest between the Pechanga Tribe and Camp Pendleton or any other party to the action. The Pechanga Tribe did not submit any evidence to support the existence of an actual conflict of interest. The Court granted the Pechanga Tribe's Motion to Appoint a Representative to the Steering Committee because: (1) as a party to the action, the Pechanga Tribe was entitled to petition the Court to appoint a representative to the Steering Committee pursuant to the Court's March 13, 1989 Order; (2) the Pechanga Tribe is a significant water user in the Santa Margarita Watershed; (3) the motion was unopposed; and (4) the Pechanga Tribe was concerned that the Department of Justice could not adequately represent its interests on the Steering Committee.

**IT IS SO ORDERED.**

Oct 2, 1996
Date

GORDON THOMPSON, JR.
Senior United States District Judge

cc: All counsel and parties without counsel

Susan M. Williams
Gwenellen P. Janov
James B. Cooney
Attorneys for Pechanga Tribe
2501 Rio Grande Blvd., N.W.
Albuquerque, New Mexico 87104
(505) 842-6961

JAMES E. COHEN
CALIFORNIA INDIAN LEGAL SERVICES
120 W. Grand Ave., Suite 204
Escondido, CA 92025
(619) 746-8941
SBN: 139044

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                   Civil No. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

## PROOF OF SERVICE

I, Helen M. Zarate, certify that I am over the age of eighteen and am not a party to this cause. I am employed in the county where the mailing occurred. My business address is 120 West Grand Avenue, Suite 204, Escondido, California, 92025.

I served a copy of the following documents:

1)     MOTION OF PECHANGA TRIBE, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE;

1

2) MEMORANDUM IN SUPPORT OF PECHANGA TRIBE'S, a/k/a THE TEMECULA BAND OF LUISENO MISSION INDIANS, MOTION TO APPOINT REPRESENTATIVE TO STEERING COMMITTEE;

3) NOTICE OF HEARING ON MOTION.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, at the Escondido post office located at 403 N. Escondido Blvd, Escondido, California 92025.

The documents were addressed to:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: _April 29 1996_    _[signature]_


## SERVICE LIST

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054

Kevin Wattier, Regional Operations Manager
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054

Lois Candelaria, Chairperson
Cahuilla Band of Indians
P.O. Box 860
Anza, CA  92306

Christian Nagler, P.E.
Department of Water Resources
Southern District
P.O. Box 29068
Glendale, CA  91209-9068

Andrew F. Walch, Esq.
U.S. Dept. of Justice
Environment & Natural Resources Div.
999 Eighteenth St. Suite 945
Denver, CO  80202

Pamela Williams, Solicitors Off.
U.S. Dept. of the Interior
Div. of Indian Affairs
1849 C Street
Washington, D.C.  20240

Gilbert A. Stuart
U.S. Dept. of the Interior
Bureau of Indian Affairs
3600 Lime Street, #722
Riverside, CA  92501

Eugene Madrigal, Esq.
28581 Front Streeet  #108
Temecula, CA  92590

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Ste 201
Temecula, CA  92362

Larry Minor
P.O. Box 398
San Jacinto, CA  92383

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA  92362

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA  92088-2500

General Manager
Fallbrook Sanitary District
431 S. Main Street
Fallbrook, CA  92028

Western Area Counsel Office
Box 555231
Camp Pendleton, CA 92055

John F. Hennigar, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92390-0737

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92390

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008
Attn: Larry Carlson

William D. Taylor
1650 San Luis Rey Avenue
Vista, CA 92083

Chester Rowell
Temecula Ranchos
Rowell Bldg. Ste 405
2100 Tulare Street
Fresno, CA 93721

James J. Jaeger
Thousand Trails
12301 N.E. 10th Place
Bellevue, WA 98005

Patrick Barry, Esq.
Justice Dept. Land & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378

Gordon W. Tinker, General Manager
Fallbrook Public Utility District
P.O. Box 1390
Fallbrook, CA 92088

Asst, Chief of Staff, Facilities
Headquarters, Marine Corps Base
Building 1160
Camp Pendleton, CA 92055

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Art Diaz
Riverside Co. Flood Control
 & Water Conservation District
P.O. Box 1033
Riverside, CA 92502

General Manager
Eastern MWD
P.O. Box 8300
San Jacinto, CA 92581-8300

Mr. Peter Archuleta
Eastern MWD
P.O. Box 8300
San Jacinto, CA 92581-8300

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

2

George Buchanan, Area Superintendent
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92396

Fred Ervin
AVMAC
49990 Mojave Court
Aguanga, CA  92536

Thomas G. Cottle
42551 Highway 79
Aguanga, CA  92536

James Laughlin, General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

David Hansen
Western MWD
P.O. Box 5286
Riverside, CA  92517

Leland Henderson
Margarita Land and Development
P.O. Box 584
Fallbrook, CA  92028

Director
Riverside Co. Planning
4080 Lemon St.  9th Floor
Riverside, CA  92501

C. Michael Cowett, Esq.
Best, Best & Krieger
550 West C Street, 16th Floor
San Diego, CA  92101-3540

Barry Martin, Director of Water Utilities
City of Oceanside-Water Utilities Dept.
300 N. Hill Street
Oceanside, CA  92054