FILED

APR - 9 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED

## FINANCIAL STATEMENTS

Year ended September 30, 2000

Case 3:51-cv-01247-JO-SBC   Document 4865   Filed 04/09/01   PageID.46975   Page 1 of 8

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
FINANCIAL STATEMENTS
Year ended September 30, 2000

## TABLE OF CONTENTS

| | Page No. |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS | |
| Balance Sheet | 2 |
| Statement of Income and Changes in Retained Earnings | 3 |
| Statement of Cash Flows | 4 |
| Notes to Financial Statements | 5-6 |



**GRICE, LUND AND TARKINGTON LLP**
CERTIFIED PUBLIC ACCOUNTANTS

A.L. Tarkington
W.F. Hutch
K.J. Camperell
P.F. DeFrancesca
J.C. Lechleiter
C.F. Critchlow
R.T. Burson
R.A. Mitchell
K.L. Greene
C.J. Witt
R.E. Grice (Retired)
M.H. Lund (Retired)

## INDEPENDENT AUDITORS' REPORT

The Board of Directors
Watermaster of the Santa Margarita River Watershed
Fallbrook, California

We have audited the accompanying balance sheet of the Watermaster of the Santa Margarita River Watershed as of September 30, 2000 and the related statements of income and changes in retained earnings and cash flows for the year then ended. These financial statements are the responsibility of the Watermaster. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Watermaster of The Santa Margarita River Watershed, as of September 30, 2000, and the results of its operations and changes in its cash flows for the year then ended, in conformity with generally accepted accounting principles.

*Grice, Lund & Tarkington LLP*

Escondido, California
December 6, 2000

144 West D Street, Encinitas, CA 92024   Fax 760-753-5832   Phone 760-753-1157
312 South Juniper Street, Suite 100, Escondido, CA 92025   Fax 760-746-7028   Phone 760-746-7050

## WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
### BALANCE SHEET
September 30, 2000

### ASSETS

**CURRENT ASSETS**

| | | |
|---|---:|---:|
| Cash | $ | 205,552 |
| Short term investments | | 200,000 |
| Accounts receivable | | 69,687 |
| Prepaid insurance | | 1,078 |
| TOTAL CURRENT ASSETS | | 476,317 |

**PROPERTY AND EQUIPMENT**

| | | |
|---|---:|---:|
| Computer equipment | | 8,741 |
| Office furniture | | 15,989 |
| | | 24,730 |
| Less accumulated depreciation | | (17,557) |
| | | 7,173 |
| | $ | 483,490 |

### LIABILITIES AND EQUITY

**CURRENT LIABILITIES**

| | | |
|---|---:|---:|
| Accounts payable | $ | 26,998 |
| Advance assessments | | 104,531 |
| TOTAL CURRENT LIABILITIES | | 131,529 |

**EQUITY**

| | | |
|---|---:|---:|
| Retained earnings | | 351,961 |
| | $ | 483,490 |

*See accompanying notes to financial statements.*

- 2 -

**WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED**
STATEMENT OF INCOME AND CHANGES IN RETAINED EARNINGS
Year Ended September 30, 2000

| | | |
|---|---:|---:|
| **INCOME** | | |
| Assessments | $ | 273,225 |
| Interest | | 18,363 |
| TOTAL INCOME | | 291,588 |
| **EXPENSES** | | |
| Watermaster fees | | |
| Consulting fee | | 78,160 |
| Auto expense and travel reimbursements | | 14,402 |
| Other expense | | |
| Rent and accounting services rendered by FPUD | | 14,300 |
| Depreciation | | 2,612 |
| Gauging station maintenance | | 107,220 |
| Other general and administrative expenses | | 34,868 |
| TOTAL EXPENSES | | 251,562 |
| NET INCOME | | 40,026 |
| RETAINED EARNINGS AT OCTOBER 1, 1999 | | 311,935 |
| RETAINED EARNINGS AT SEPTEMBER 30, 2000 | $ | 351,961 |

*See accompanying notes to financial statements.*

## WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
### STATEMENT OF CASH FLOWS
Year Ended September 30, 2000

| | |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net income | $ 40,026 |
| Adjustments to reconcile net income to net cash provided by operating activities | |
| Depreciation and amortization | 2,612 |
| (Increase) decrease in: | |
| Accounts receivable | (12,766) |
| Increase (decrease) in: | |
| Accounts payable | (9,957) |
| Advance assessments | 2,072 |
| **NET CASH PROVIDED BY OPERATING ACTIVITIES** | 21,987 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Short-term investments | 54,562 |
| Equipment acquisitions | (1,857) |
| **NET CASH PROVIDED BY INVESTING ACTIVITIES** | 52,705 |
| **NET INCREASE IN CASH** | 74,692 |
| CASH AT OCTOBER 1, 1999 | 130,860 |
| CASH AT SEPTEMBER 30, 2000 | $ 205,552 |

*See accompanying notes to financial statements.*

- 4 -

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
NOTES TO FINANCIAL STATEMENTS
September 30, 2000

## NOTE 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Business Activity

The Watermaster of the Santa Margarita River Watershed (Watermaster) was created by order of the United States District Court, Southern District of California (Court), upon request by the United States (Camp Pendleton Marine Corps Base), Rancho California Water District and Fallbrook Public Utility District (FPUD).

The Court, as part of its continuing jurisdiction in the case of United States vs Fallbrook Public Utility District, has authority to make judicial determination of all water rights within the Santa Margarita River Watershed. The Watermaster is empowered by the Court to administer and enforce the provisions of a Modified Final Judgment and Decree entered April 6, 1966, and subsequent instructions and orders of the Court. The order for appointment of James Jenks as Watermaster was entered March 13, 1989.

The fees and expenses of the Watermaster during the water year ending September 30, 2000 were, per the court order, paid from assessments against the United States, Rancho California Water District, Fallbrook Public Utility District, Eastern Municipal Water District, Metropolitan Water District of Southern California, and the Pechanga Tribe. The court retains the right to assess other parties in the watershed in future years.

Pursuant to an agreement between the Watermaster and the US Geological Survey (USGS), the USGS provides operations and maintenance services for the stream gauging stations in the watershed. The member agencies each contribute an equal share of the cost to the Watermaster, who then pays the USGS for these services.

A Steering Committee was appointed by the Court to assist the Watermaster and the Court. The Steering Committee is comprised of representatives from the United States (Camp Pendleton Marine Corps Base), Rancho California Water District, Fallbrook Public Utility District, Eastern Municipal Water District, Metropolitan Water District of Southern California, and the Pechanga Tribe.

### Basis of Accounting

The accounting records are maintained on an accrual basis. Revenue is recognized when earned and expenses are recorded upon incurrence of a liability. Accounts receivable represents amounts due from member agencies.

### Accounts Receivable

The Watermaster considers accounts receivable to be fully collectible; accordingly, no allowance for doubtful accounts is required.

### Property and equipment

Property and equipment are stated at cost. Cost of betterments and expenditures that extend the useful life of depreciable assets are capitalized. Other expenses are charged as expenses. Depreciation on equipment has been computed using the straight line method over the estimated useful lives as follows:

| | |
|---|---|
| Furniture | 10 years |
| Computer equipment | 3-5 years |
| Other equipment | 5 years |

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
NOTES TO FINANCIAL STATEMENTS
September 30, 2000

### NOTE 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

#### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

### NOTE 2. CASH

Watermaster investments are made in local financial institutions whose accounts are FDIC insured. The Watermaster's policy is to limit the investment in any single financial institution to the maximum amount insured by the FDIC, which is currently $100,000.

### NOTE 3. INVESTMENTS

As cash requirements permit, short-term investments are made in US Treasury bills with maturities of six months or less. At September 30, 2000, the fair market value of investments in US Treasury bills was $200,000. The carrying value of these securities was $200,000 at September 30, 2000.

### NOTE 4. ADVANCE ASSESSMENTS

Advance assessments represent amounts levied or collected in the current year that apply to the next fiscal year.

### NOTE 5. RELATED PARTY TRANSACTIONS

The Watermaster has entered into an agreement with Fallbrook Public Utility District ("FPUD") whereby FPUD provides office space and accounting services. Fees charged for these services during the year ended September 30, 2000 were $800 per month and $300 per month, respectively. Total rent of office space was $10,400 and total accounting services expense was $3,900 for the year ended September 30, 2000.

Data management and clerical support services are performed at the Watermaster office by an FPUD employee under contract. The Watermaster reimburses FPUD for the actual cost of wages and fringe benefits. For the year ending September 30, 2000, these reimbursements totaled $24,294.

### NOTE 6. COMMITMENTS

The Watermaster has entered into a lease with FPUD for office space for a five year period effective May 1, 1996. The lease provides for a monthly payment of $800 including utilities. Future minimum rental payments are as follows:

| Year Ended September 30, | |
|---|---|
| 2001 | $5,600 |