```
1  ARTHUR L. LITTLEWORTH, Bar No. 022041
   C. MICHAEL COWETT, Bar No. 53353
2           LAW OFFICES OF
       BEST BEST & KRIEGER LLP      02 AUG 20  PM 2: 44
3       402 WEST BROADWAY, 13TH FLOOR
        SAN DIEGO, CALIFORNIA 92101-3542
4          TELEPHONE: (619) 525-1300
           TELECOPIER: (619) 233-6118
5                                                    DEPUTY

   Attorneys for Rancho California Water District
6
              ANDREW F. WALCH
7               Senior Counsel
        UNITED STATES DEPARTMENT OF JUSTICE
8       Environment and Natural Resources Division
              999 18TH STREET, SUITE 945
9              DENVER, COLORADO 80202

10 Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No. 1247-SD<br><br>STIPULATION AND ORDER APPROVING COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT |

SDLIT\MWW\260492

1  WHEREAS, the parties have entered into a Cooperative Water Resource Management
2  Agreement (hereinafter "Agreement"). Attached hereto as Exhibit "A" is a true and correct copy of
3  the executed Agreement, the terms of which are incorporated by reference as though fully set forth
4  herein.

5  WHEREAS, the parties' rights with respect to the water supplies from the Santa Margarita
6  River Watershed are presently affected by two judgments. The first is a Stipulated Judgment in the
7  case of *Rancho Santa Margarita v. Vail*, San Diego Superior Court Action No. 42850 (hereinafter
8  "1940 Judgment"), and the second is the Judgment in the case of *United States v. Fallbrook Public
9  Utility District*, United States District Court, Southern District of California, Civ. No. 1247
10 (hereinafter "*Fallbrook* Case").

11  WHEREAS, the parties agree that the 1940 Judgment and Judgment in the *Fallbrook* Case
12 do not effectively meet the needs of the parties for effective water management under present
13 conditions. The Agreement proposes to manage the water resources in a practical way that will meet
14 the needs of the parties, consistent with the essential rights and obligations of the 1940 Judgment and
15 Judgment in the *Fallbrook* Case, while avoiding potential conflicts over disputed provisions.

16  WHEREAS, without waiving any of their rights and entitlements under the 1940 Judgment,
17 the parties agrees that, to the extent provisions of the Agreement are inconsistent with the 1940
18 Judgment, the provisions of the Agreement shall control for so long as the Agreement is in effect and
19 being complied with.

20  WHEREAS, the parties desire to invoke the continuing jurisdiction reserved by this Court in
21 the *Fallbrook* Case, and respectfully request that this Court approve and incorporate the Agreement
22 into the *Fallbrook* Case, pursuant to this Court's continuing jurisdiction.

23  WHEREAS, the parties agree that the Agreement shall be administered by the Water Master
24 appointed by this Court by order dated March 13, 1989, or subsequent order.

25  WHEREAS, the parties agree that this Court shall maintain continuing jurisdiction to make
26 further orders as necessary to interpret or enforce the Agreement, provided that the Court shall not
27 have the power to modify the terms of the Agreement, or the 1940 Judgment.
28  / / /

| | | |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their respective counsel | |

1    IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their respective counsel
2 of record, that the Agreement be approved and incorporated into the *Fallbrook* Case pursuant to this
3 Court's continuing jurisdiction.

4 Dated: 3/Jun, 2002          MARINE CORPS BASE
                                CAMP PENDLETON, CALIFORNIA
5
                                By: _____
6                                   DAVID F. BICE
                                    MajGen USMC
7                                   Commanding General

8 Dated: May 8, 2002           RANCHO CALIFORNIA WATER
                                DISTRICT
9
10                              By: _____
                                    LISA D. HERMAN
11                                  President of the Board of Directors

12 APPROVED AS TO FORM AND CONTENT:   BEST BEST & KRIEGER LLP
13 Dated: May 13, 2002
                                By: _____
14                                  C. MICHAEL COWETT
                                    Attorney for Defendant
15                                  RANCHO CALIFORNIA WATER
                                    DISTRICT
16

17 APPROVED AS TO FORM AND CONTENT:   UNITED STATES OF AMERICA
18 Dated: May 23, 2002
                                By: _____
19                                  ANDREW F. WALCH, Senior Counsel
                                    United States Department of Justice,
20                                  Environment and Natural Resources
                                    Division
21

22                              **ORDER**

23    Having considered the Stipulation of the Parties and good cause appearing therefore:
24    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Cooperative Water
25 Resource Management Agreement entered into by and between the United States of America and
26 the Rancho California Water District is hereby approved and incorporated into the case of *United*
27 *States of America v. Fallbrook Public Utility District*, United States District Court, Southern District
28 of California, Civ. No. 1247.

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, to the extent provisions of the Cooperative Water Resource Management Agreement are inconsistent with the Stipulated Judgment in the case of *Rancho Santa Margarita v. Vail*, San Diego Superior Court Action No. 42850, the provisions of the Cooperative Water Resource Management Agreement shall control for so long as the Cooperative Water Resource Management Agreement is in effect and being complied with.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Cooperative Water Resource Management Agreement shall be administered by the Water Master appointed by this Court by Order dated March 13, 1989, or subsequent order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall maintain continuing jurisdiction to make further orders as necessary to interpret or enforce the Cooperative Water Resource Management Agreement, provided that the Court shall not have the power to modify the terms of the Cooperative Water Resource Management Agreement, or the Stipulated Judgment in the case of *Rancho Santa Margarita v. Vail*, San Diego Superior Court Action No. 42850.

Dated: August 20, 2002

GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE

ARTHUR L. LITTLEWORTH, Bar No. 022041
C. MICHAEL COWETT, Bar No. 53353
LAW OFFICES OF
BEST BEST & KRIEGER LLP
402 WEST BROADWAY, 13TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3542
TELEPHONE: (619) 525-1300
TELECOPIER: (619) 233-6118

Attorneys for Rancho California Water District

ANDREW F. WALCH
Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
999 18TH STREET, SUITE 945
DENVER, COLORADO 80202

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1247-SD-T |
|---|---|
| Plaintiff, | |
| v. | PROOF OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

SDPUB\JLS\267724

I declare under penalty of perjury under the laws of the State of California that the

I am a resident of the State of California, over the age of eighteen years, and not a party to this within action. My business address is Best Best & Krieger LLP, 402 West Broadway, 13th Floor, San Diego, California 92101-3542. On August 19, 2002, I served the within document(s):

STIPULATION AND ORDER APPROVING COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Water Litigation Officer
Western Area Counsel Office
Box 555231
Camp Pendleton, CA 92055-5231

Patrick Barry, Esq.
Justice Dept. Land & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, DC 20026-4378

Andrew F. Walch, Esquire
U.S. Department of Justice/ENRD
999 18th Street
Suite 945
Denver, CO 80202

Pamela Williams, Solicitors Office
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street
Washington, DC 20240

John F. Hennigar, General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

SDPUB\JLS\267724

- 2 -

PROOF OF SERVICE BY MAIL
USDC CASE NO. 1247-SD-T

1  I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct.
3
4  Executed on August 19, 2002 at San Diego, California.
5
                                    Jamie Schwartz