# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
02 AUG 27 AM 10: 38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Thompson__
FROM: __P Alberda,__ Deputy Clerk   RECEIVED DATE: __8/22/02__
CASE NO.: __1247-SD-T__   DOCUMENT FILED BY: __USA__
CASE TITLE: __USA v Fallbrook__
DOCUMENT ENTITLED: __Notice of Errata__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1.j.4 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself /Supplemental filings require court order |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: District Ct does not accept Erratas; case # on document is not clear |

Date forwarded: __8/22/02__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __J Thompson__

Dated: __8/26/2002__   By: __D. Roberts__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]