ORIGINAL

MICHELE A. STAPLES (State Bar #144392)
JACKSON, DeMARCO & PECKENPAUGH
2030 Main Street, 12th Floor
Post Office Box 19704
Irvine, California 92623-9704
(949) 752-8585

Attorneys for FRANCIS DOMENIGONI
FAMILY TRUST and DOMENIGONI-
BARTON PROPERTIES

02 AUG 29 PM 3:27

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

"Big Fax"

| UNITED STATES OF AMERICA, | ) CIV. CASE NO: 1247-SD-GT |
| Plaintiff, | ) |
| vs. | ) Request for Clarification of the Santa Margarita River Watershed Annual Watermaster Report, Water Year 2000-01, dated July 2002 |
| FALLBROOK PUBLIC UTILITIES DISTRICT, et. al., | ) |
| Defendants. | ) |

The Francis Domenigoni Family Trust and Domenigoni-Barton Properties ("Domenigonis") file the following request for clarification of the Santa Margarita River Watershed Annual Watermaster Report, Water Year 2000-01 ("Annual Report"). This request is being submitted at this time because a copy of the draft Annual Report was not provided to the Domenigonis for comment.

The Domenigonis request that Section 5.5, Diamond Valley Lake, be revised to clarify that the Metropolitan Water District of Southern California's ("MWD") has groundwater mitigation obligations in addition to its surface water mitigation obligations that are the subject of the Memorandum of Understanding and Agreement on Operation of the Domenigoni Valley Reservoir.



-1-

I:\DOCS\AMT373\28903\000\MISC\462735.01

Section 7.2, MWD, requires clarification that MWD's importation of 184 acre-feet of water for groundwater re charge is for mitigating impacts to groundwater from the Diamond Valley Reservoir Project.

In order to address these comments, the Domenigonis request that this Court incorporate these clarifications in any order approving the Annual Report.

DATED: August 29, 2002

Respectfully submitted,

JACKSON, DeMARCO & PECKENPAUGH
MICHELE A. STAPLES

By: *Michele A. Staples*
Michele A. Staples
Attorneys for FRANCIS DOMENIGONI FAMILY TRUST and DOMENIGONI-BARTON PROPERTIES

-2-

I:\DOCS\AMT373\28903\000\MISC\462735.01

REQUEST FOR CLARIFICATION OF ANNUAL

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | *U.S. v. FALLBROOK PUBLIC UTILITIES DISTRICT* <br> **U.S. DISTRICT COURT CASE NO. 1247-SD-T** |

I am employed by the law firm of Jackson, DeMarco & Peckenpaugh and my business address is 2030 Main Street, 12th Floor, Post Office Box 19704, Irvine, California 92623-9704. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On August 29, 2002, I served the foregoing document described as:

**REQUEST FOR CLARIFICATION ON THE SANTA MARGARITA RIVER WATERSHED ANNUAL WATERMASTER REPORT, WATER YEAR 2000-01, DATED JULY 2002**

on the interested parties in this action by enclosing a true copy thereof in an envelope and mailing first class mail addressed as follows:

**SEE ATTACHED MAILING LIST**

Said envelope was then sealed and placed for collection and mailing in the United States Mail on said date following ordinary business practice. Under that practice, correspondence would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2002, at Irvine, California.

Jo L. Cristian

-1-

I:\DOCS\TM0P06R\28900\000\PRFSVC\462852.1

PROOF OF SERVICE BY MAIL

| | | |
|---|---|---|
| 1 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Rick Mann<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| 5 | Nobuo Komota<br>c/o Richard Woo<br>Solitron Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| 8 | Norman L. Thomas<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Director<br>Riverside Co. Planning<br>4080 Lemon St., 9th Floor<br>Riverside, CA 92501 |
| 10 | C. Michael Cowett, Esq.<br>Best, Best & Krieger<br>402 West Broadway, 13th Floor<br>San Diego, CA 92101-3542<br>(619) 525-1300 | Fred Ervin<br>AVMAC<br>49990 Mojave Court<br>Aguanga, CA 92536 |
| 13 | Chester Rowell<br>Temecula Ranchos<br>Rowell Building, Suite 405<br>2100 Tulare Street<br>Fresno, CA 93721 | Riley Lively<br>Lively Construction<br>9628 Campo Road, Suite G<br>Spring Valley, CA 91977 |
| 16 | Patrick Barry, Esq.<br>Justice Dept. Land & Natural Resources<br>Indian Resources Section<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | SDSU Foundation<br>Attn: Louis Haberkern, Director<br>Facilities Management Department<br>5250 Campanile Drive, 4th Floor<br>San Diego, CA 92182-1999 |
| 19 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | Asst. Chief of Staff, Facilities<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |
| 21 | Robert H. James, Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado<br>Fallbrook, CA 92028 | Art Diaz<br>Riverside Co. Flood Control<br>and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| 24 | Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| 26 | Richard Hall, Director<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Eugene Madrigal, Esq.<br>28581 Front Street, #108<br>Temecula, CA 92590 |

-2-

I:\DOCS\TM0P068\28900\000\PRFSVC\462852.1

PROOF OF SERVICE BY MAIL

| | |
|---|---|
| Richard & Christine McMillan<br>Gary & Patricia McMilllan<br>McMillan Farm Management<br>29379 Rancho California Road, Ste. 201<br>Temecula, CA 92362 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Wayne Spencer, General Manager<br>Murrieta County Water District<br>P.O. Box 949<br>Murrieta, CA 92564 | General Manager<br>Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500 |
| Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | John F. Hennigar, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Pechanga Tribal Spokesperson<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 | Ron Glidden<br>Water Resource Manager<br>Pechanga Indiana Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 |
| Asst. Chief of Staff, Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008<br>Attn: Larry Carlson | Asst. Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | General Counsel<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| LeeAnn Salgado, Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | Andrew F. Walch, Esq.<br>U.S. Dept. of Justice<br>Environment & Natural Resources Division<br>999 Eighteenth St., Suite 945<br>Denver, Colorado 80202 |
| Pamela Williams, Solicitor Office<br>U.S. Dept of Interior<br>Division of Indian Affairs<br>1849 C Street<br>Washington, D.C. 20240 | Virgil Townsend<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>2038 Iowa Street, #101<br>Riverside, CA 92507-2471 |
| Rick Gundry<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>2038 Iowa Street #101<br>Riverside, CA 92507-2471 | Mr. Joseph D. Hamilton<br>Ramona Reservation<br>39440 Cary Road<br>Anza, CA 92539 |
| Mr. Manual Hamilton<br>Tribal Chairman<br>Ramona Band of Cahuilla Indians<br>P.O. Box 391372<br>Anza, CA 92539 | Lee Remariz, Esq.<br>Counsel for Ramona Band<br>P.O. Box 4546<br>Albuquerque, NM 87196 |

-3-    I:\DOCS\TM0P068\28900\000\PRFSVC\462852.1

PROOF OF SERVICE BY MAIL

| | | |
|---|---|---|
| 1 | Adrian Oglesby, Esq.<br>Counsel for Ramona Band<br>203 12th St., SW<br>Albuquerque, NM 87102 | Robert Wheeler<br>AVMAC<br>29090 Camino Alba<br>Murrieta, CA 92563-5650 |
| 4 | Lynnan O. Turner<br>AVMAC<br>P.O. Box 391970<br>Anza, CA 92539-1970 | Francis and Jean Domenigoni<br>Francis Domenigoni Family Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 |
| 7 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Fred Domenigoni<br>31011 Holland Road<br>Winchester, CA 92596 |
| 9 | Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Mike Dunn<br>AVMAC<br>P.O. Box 661<br>Aguanga, CA 92536 |
| 11 | Susan M. Williams, Esq.<br>Williams, Janov & Cooney, P.C.<br>2501 Rio Grande Boulevard, N.W.<br>Albuquerque, NM 87104-3223 | Donald E. Forsyth<br>Metropolitan Water District<br>Skinner Branch<br>33740 Borel Road<br>Winchester, CA 92596 |
| 14 | Gilbert A. Stuart<br>U.S. Dept. of the Interior<br>Bureau of Indian Affairs<br>3600 Lime Street, #722<br>Riverside, CA 92501 | Kevin Wattier, Regional Operations Manager<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| 17 | Lois Candelaria, Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 860<br>Anza, CA 92306 | Christian Nagler, P.E.<br>Department of Water Resources<br>Southern District<br>P.O. Box 29068<br>Glendale, CA 91209-9068 |
| 20 | General Manager<br>Fallbrook Sanitary District<br>431 S. Main Street<br>Fallbrook, CA 92028 | Western Area Counsel Office<br>Box 555231<br>Camp Pendleton, CA 92055 |
| 22 | Gordon W. Tinker, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 1390<br>Fallbrook, CA 92088 | Asst. Chief of Staff, Facilities<br>Headquarters, Marine Corps Base<br>Building 1160<br>Camp Pendleton, CA 92055 |
| 25 | Asst. Chief of Staff, Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Robert H. James, Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado<br>Fallbrook, CA 92028 |
| 27 | William D. Taylor<br>1650 San Luis Rey Avenue<br>Vista, CA 92083 | Mr. Peter Archuleta<br>Eastern MWD<br>P.O. Box 8300<br>San Jacinto, CA 92581-8300 |

-4-

I:\DOCS\TM0P068\28900\000\PRFSVC\462852.1

PROOF OF SERVICE BY MAIL

| | | |
|---|---|---|
| 1 | William D. Taylor<br>1650 San Luis Rey Avenue<br>Vista, CA 92083 | Mr. Peter Archuleta<br>Eastern MWD<br>P.O. Box 8300<br>San Jacinto, CA 92581-8300 |
| 2 | | |
| 3 | | |
| 4 | James J. Jaeger<br>Thousand Trails<br>12301 N.E. 10th Place<br>Bellevue, WA 98005 | George Buchanan, Area Superintendent<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92396 |
| 5 | | |
| 6 | | |
| 7 | Thomas G. Cottle<br>42551 Highway 79<br>Aguanga, CA 92536 | James Laughlin, General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| 8 | | |
| 9 | David Hansen<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Leland Henderson<br>Margarita Land and Development<br>P.O. Box 584<br>Fallbrook, CA 92028 |
| 10 | | |
| 11 | | |
| 12 | Barry Martin, Director of Water Utilities<br>City of Oceanside-Water Utilities Dept.<br>300 N. Hill Street<br>Oceanside, CA 92054 | Larry Hines<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| 13 | | |

-5-

I:\DOCS\TM0P068\28900\000\PRFSVC\462852.1

PROOF OF SERVICE BY MAIL