# WATERMASTER
## SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990

May 5, 2003



FILED

MAY − 9 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
940 Front Street
San Diego, California  92189

        Re:  Civ. No. 1247-SD-T

Dear Judge Thompson:

        Enclosed is an independent audit report of Santa Margarita River Watershed Watermaster financial condition for the year ending September 30, 2002.  It is forwarded to you pursuant to Section IV of the Order for the Appointment of a Watermaster; Powers and Duties, dated March 13, 1989.

        Copies of the audit report are also being mailed to members of the Santa Margarita River Watershed Steering Committee.  In addition, parties on the Court's service list will be advised that copies of the report are available at the Watermaster's Office.

                                Very truly yours,

                                James S. Jenks
                                Watermaster

JSJ:rbb

Enclosure

cc (with enclosure):
        Eastern Municipal Water District
        Fallbrook Public Utility District
        Rancho California Water District
        Marine Corps Base, Camp Pendleton
        Metropolitan Water District
        Pechanga Tribe

# WATERMASTER OF THE
# SANTA MARGARITA RIVER WATERSHED

**FINANCIAL STATEMENTS**

Year Ended September 30, 2002



# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
## FINANCIAL STATEMENTS
Year Ended September 30, 2002

## TABLE OF CONTENTS

|  | Page No. |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS |  |
| Balance Sheet | 2 |
| Statement of Income and Changes in Retained Earnings | 3 |
| Statement of Cash Flows | 4 |
| Notes to Financial Statements | 5-6 |



**GRICE, LUND AND TARKINGTON LLP**
**CERTIFIED PUBLIC ACCOUNTANTS**

W.F. Hinch
K.L. Camperell
P.F. Dufranesca
J.G. Lechleiter
C.F. Critchlow
R.T. Burson
R.A. Mitchell
K.L. Greene
C.J. Witt
J.A. Taylor
R.E. Grice (Retired)
M.H. Lund (Retired)
A.L. Tarkington (Retired)

### INDEPENDENT AUDITORS' REPORT

The Board of Directors
Watermaster of the Santa Margarita River Watershed
Fallbrook, California

We have audited the accompanying balance sheet of Watermaster of the Santa Margarita River Watershed as of September 30, 2002, and the related statements of income and retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of Watermaster's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with U.S. generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Watermaster of the Santa Margarita River Watershed as of September 30, 2002, and the results of its operations and its cash flows for the year then ended in conformity with U.S. generally accepted accounting principles.

*Grice, Lund & Tarkington LLP*

Escondido, California
April 11, 2003

144 West D Street, Encinitas, CA 92024—Fax 760-753-5832—Phone 760-753-1157

312 South Juniper Street, Suite 100, Escondido, CA 92025   Fax 760-746-7048   Phone 760-746-1560

Member: Accounting Firms Associated, Inc. • Horwath International • American Institute of Certified Public Accountants • California Society of Certified Public Accountants

## WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
### BALANCE SHEET
September 30, 2002

### ASSETS

**CURRENT ASSETS**

| | | |
|---|---|--:|
| Cash | $ | 300,206 |
| Short-term investments | | 100,000 |
| Accounts receivable | | 71,822 |
| Prepaid insurance | | 1,249 |
| **TOTAL CURRENT ASSETS** | | 473,277 |

**PROPERTY AND EQUIPMENT**

| | | |
|---|---|--:|
| Computer equipment | | 5,646 |
| Office furniture and equipment | | 15,989 |
| | | 21,635 |
| Less accumulated depreciation | | (18,194) |
| | | 3,441 |
| | $ | 476,718 |

### LIABILITIES AND EQUITY

**CURRENT LIABILITIES**

| | | |
|---|---|--:|
| Accounts payable | $ | 40,175 |
| Advance assessments | | 80,959 |
| **TOTAL CURRENT LIABILITIES** | | 121,134 |

**EQUITY**

| | | |
|---|---|--:|
| Retained earnings | | 355,584 |
| | $ | 476,718 |

*See accompanying notes to financial statements.*

**WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED**
**STATEMENT OF INCOME AND RETAINED EARNINGS**
Year Ended September 30, 2002

| | | |
|---|---|---:|
| **INCOME** | | |
| Assessments | $ | 212,494 |
| Interest | | 12,003 |
| | TOTAL INCOME | 224,497 |
| | | |
| **EXPENSES** | | |
| Watermaster fees | | |
| Consulting fee | | 74,620 |
| Auto expense and travel reimbursements | | 12,051 |
| | | |
| Other expenses | | |
| Gauging station maintenance | | 114,325 |
| Other general and administrative expenses | | 50,132 |
| Rent and accounting services rendered by FPUD | | 13,200 |
| Depreciation | | 1,514 |
| | | |
| | TOTAL  EXPENSES | 265,842 |
| | | |
| | NET LOSS | (41,345) |
| | | |
| RETAINED EARNINGS AT BEGINNING OF YEAR | | 396,929 |
| | | |
| | RETAINED EARNINGS AT END OF YEAR   $ | 355,584 |

*See accompanying notes to financial statements.*

- 3 -

# WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED
## STATEMENT OF CASH FLOWS
### Year Ended September 30, 2002

| | |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net loss | $ (41,345) |
| Adjustments to reconcile net loss to net cash | |
| used by operating activities | |
| Depreciation | 1,514 |
| Increase in operating assets: | |
| Accounts receivable | (27,552) |
| Prepaid insurance | (86) |
| Decrease in operating liabilities: | |
| Accounts payable | 2,538 |
| Advance assessments | 1,273 |
| NET CASH USED BY OPERATING ACTIVITIES | (63,658) |
| **CASH FLOWS PROVIDED BY INVESTING ACTIVITIES** | |
| Proceeds received from sale of investments | 200,000 |
| NET INCREASE IN CASH | 136,342 |
| CASH AT BEGINNING OF YEAR | 163,864 |
| CASH AT END OF YEAR | $ 300,206 |

*See accompanying notes to financial statements.*

- 4 -

**WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED**
NOTES TO FINANCIAL STATEMENTS
September 30, 2002

## NOTE 1. ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Nature of Operations

Watermaster of the Santa Margarita River Watershed (Watermaster) was created by order of the United States District Court, Southern District of California (Court), upon request by the United States (Camp Pendleton Marine Corps Base), Rancho California Water District and Fallbrook Public Utility District (FPUD).

The Court, as part of its continuing jurisdiction in the case of United States vs Fallbrook Public Utility District, has authority to make judicial determination of all water rights within the Santa Margarita River Watershed. Watermaster is empowered by the Court to administer and enforce the provisions of a Modified Final Judgment and Decree entered April 6, 1966, and subsequent instructions and orders of the Court. The order for appointment of James Jenks as Watermaster was entered March 13, 1989.

The fees and expenses of Watermaster during the water year ending September 30, 2002 were, per the court order, paid from assessments against the United States, Rancho California Water District, Fallbrook Public Utility District, Eastern Municipal Water District, Metropolitan Water District of Southern California, and the Pechanga Tribe. The court retains the right to assess other parties in the watershed in future years.

Pursuant to an agreement between Watermaster and the US Geological Survey (USGS), the USGS provides operations and maintenance services for the stream gauging stations in the watershed. The member agencies each contribute an equal share of the cost to Watermaster, who then pays the USGS for these services.

A Steering Committee was appointed by the Court to assist Watermaster and the Court. The Steering Committee is comprised of representatives from the United States (Camp Pendleton Marine Corps Base), Rancho California Water District, Fallbrook Public Utility District, Eastern Municipal Water District, Metropolitan Water District of Southern California, and the Pechanga Tribe.

### Basis of Accounting

The accounting policies of Watermaster substantially conform to generally accepted accounting principles. The accounting records are maintained on an accrual basis. Revenue is recognized when earned and expenses are recorded upon incurrence of a liability. Accounts receivable represent amounts due from member agencies.

### Accounts Receivable

Watermaster considers accounts receivable to be fully collectible; accordingly, no allowance for doubtful accounts is required.

### Property and Equipment

Property and equipment are stated at cost. Cost of betterments and expenditures that extend the useful life of depreciable assets are capitalized. Expenditures for repairs and maintenance are charged to expense as incurred. Depreciation on equipment has been provided on a straight-line basis using a 3 to 5 year life on computer equipment, 5 year life on other equipment, and 10 year life on furniture.

**WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED**
NOTES TO FINANCIAL STATEMENTS
September 30, 2002

### NOTE 1.  ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

#### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

#### Income Taxes

Watermaster was created by order of the Court and is exempt from taxation.

### NOTE 2.  CASH

Watermaster's cash is deposited in local financial institutions whose accounts are insured by the Federal Deposit Insurance Corporation (FDIC).  Watermaster's policy is to limit the balances in any single financial institution to the maximum amount insured by the FDIC, which is currently $100,000.

### NOTE 3.  SHORT-TERM INVESTMENTS

As cash requirements permit, short-term investments are made in U.S. Treasury bills with maturities of six months or less. At September 30, 2002, the fair value of investments in US Treasury bills was $100,000.

### NOTE 4.  ADVANCE ASSESSMENTS

Advance assessments represent amounts levied or collected in the current year that apply to the next fiscal year.

### NOTE 5.  RELATED PARTY TRANSACTIONS

Watermaster has entered into an agreement with FPUD whereby FPUD provides office space and accounting services.  Rent of office space and accounting services for the year ended September 30, 2002 were $9,600 ($800 per month) and $3,600 ($300 per month), respectively.

Data management and clerical support services are performed at Watermaster office by an FPUD employee under contract.  Watermaster reimburses FPUD for the actual cost of wages and fringe benefits.  For the year ended September 30, 2002, these reimbursements totaled $36,210.