```
1  ANDREW F. WALCH, Senior Counsel
   MICHAEL A. GHELETA, Trial Attorney
2  United States Department of Justice
   Environment and Natural Resources Division
3  999 18th Street, Suite 945
   Denver, Colorado, 80202
4  Telephone: (303)312-7303
   Facsimile: (303)312-7379
5
   Attorneys for the United States of America
6
```

FILED

03 JUL -7 PM 4:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>EASTERN MUNICIPAL WATER DISTRICT,<br>RANCHO CALIFORNIA WATER DISTRICT,<br>et al.<br><br>　　　　　Defendants. | CASE NO. 1247-SD-GT<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT<br><br>Date: 8-25-03<br>Time: 2:00<br>Courtroom: 8<br>Hon. Gordon Thompson, Jr. |

TO DEFENDANTS EASTERN MUNICIPAL WATER DISTRICT AND RANCHO CALIFORNIA WATER DISTRICT AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on _____, 2003, at 10:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, in the courtroom of the Honorable Gordon Thompson, Jr., the United States of

1 America, plaintiff herein, will and hereby does move the Court for leave to file the accompanying
2 pleading designated COMPLAINT, SUPPLEMENTARY AND AMENDATORY COMPLAINT,
3 AND SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT.
4
5     The motion is brought on the grounds that the allegations and counts alleged in the Second
6 Supplementary and Amendatory Complaint, which concern actions taken by Eastern Municipal
7 Water District and Rancho California Water District impacting the water rights and water use of the
8 United States within the watershed of the Santa Margarita River, should be heard by this Court
9
10 because they are within the retained continuing jurisdiction of the Court in this matter, and judicial
11 efficiency and the interests of justice would be served by fully litigating the issues in this action.
12 This motion is made pursuant to Rule 15 of the Federal Rules of Civil Procedure, and is based upon
13
14 this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the
15 pleadings and papers on file herein, and such other matters as may be presented to the Court at the
16 time of hearing.
17
                                              Respectfully submitted,

DATED: July 3, 2003

                                              *Andrew F. Walch (mag)*
                                              ANDREW F. WALCH
                                              Senior Counsel

                                              *Michael A. Gheleta*
                                              MICHAEL A. GHELETA
                                              Trial Attorney

                                              U. S. Department of Justice
                                              Environment & Natural Resources Division
                                              General Litigation Section
                                              999 - 18th St., Suite 945
                                              Denver, CO 80202

                                              ATTORNEYS FOR THE UNITED STATES
                                              OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Denver Field Office of the United States Department of Justice, Environment and Natural Resources Division, 999 18th Street, Suite 945, Denver, Colorado 80202; and is a person of such age and discretion to be competent to serve papers.

That on July 3, 2003, she served a copy of the attached:

1. **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT;**

3. **[PROPOSED] ORDER;**

4. **COMPLAINT, SUPPLEMENTARY AND AMENDATORY COMPLAINT, AND SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT;**

5. **NOTICE OF COMMENCEMENT OF ACTION;**

6. **PLAINTIFF'S REQUEST FOR DEFENDANT EASTERN MUNICIPAL WATER DISTRICT TO PREPARE ADMINISTRATIVE RECORD.**

in the manner specified below to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, from Denver, Colorado.

**By First Class U.S. Mail:**

C. Michael Cowett, Esq.
Reagan L. Brenneman, Esq.
Best Best & Krieger, LLP
402 West Broadway, 13th Floor
San Diego, CA 92101-3542
*Attorneys for Rancho California Water District*

Gerald D. Shoaf, Esq.
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501-1701
*Attorney for Eastern Municipal Water District*

ORIGINAL

Helena Engelhart, Legal Assistant