1 | ANDREW F. WALCH, Senior Counsel
2 | MICHAEL A. GHELETA, Trial Attorney
  | United States Department of Justice
3 | Environment and Natural Resources Division
  | 999 18th Street, Suite 945
4 | Denver, Colorado, 80202
  | Telephone: (303)312-7303
5 | Facsimile: (303)312-7379

Attorneys for the United States of America

FILED

03 JUL -7 PM 4:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
EASTERN MUNICIPAL WATER DISTRICT,
RANCHO CALIFORNIA WATER DISTRICT,
et.al.

Defendants.

CASE NO. 1247-SD-GT

PLAINTIFF'S REQUEST FOR
DEFENDANT EASTERN MUNICIPAL
WATER DISTRICT TO PREPARE
ADMINISTRATIVE RECORD

[Cal. Pub. Res. Code § 21167.6]

Date:
Time:
Courtroom:
Hon. Gordon Thompson, Jr.

TO EASTERN MUNICIPAL WATER DISTRICT:

Plaintiff United States of America hereby requests, pursuant to Section 21167.6(a) of the

California Public Resources Code, that Eastern Municipal Water District prepare the record of

administrative proceedings relating to the approval and certification of the Temecula Valley

Regional Water Reclamation Facility Effluent Disposal Alternatives Project that is the subject of

1 | this action.  A Mitigated Negative Declaration for the project was certified on or about June 4, 2003,

2 | and the Notice of Determination was filed on or about June 5, 2003.

3 |

4 | DATED: July 3, 2003

5 | Respectfully submitted,

6 |

7 |

8 | *Andrew F. Walch (mg)*

9 | ANDREW F. WALCH
Senior Counsel

10 |

11 |

12 | *Michael A. Gheleta*

13 | MICHAEL A. GHELETA
Trial Attorney

14 |

15 | U. S. Department of Justice
Environment & Natural Resources Division

16 | General Litigation Section
999 - 18th St., Suite 945

17 | Denver, CO 80202

18 |

19 | ATTORNEYS FOR THE UNITED STATES
OF AMERICA

20 |

21 |

22 | Of Counsel
John Tew

23 | Office of General Counsel
U.S. Department of the Navy

24 |

25 | Capt. Jennifer Ash
U.S. Marine Corps

26 | Camp Pendleton

27 | Maj. Curtis Permito
U.S. Marine Corps

28 | Camp Pendleton

2