ANDREW F. WALCH, Senior Counsel
MICHAEL A. GHELETA, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202
Telephone: (303) 312-7303
Facsimile: (303) 312-7379

Attorneys for the United States of America

FILED

03 JUL -7 PM 4:31

CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>EASTERN MUNICIPAL WATER DISTRICT,<br>RANCHO CALIFORNIA WATER DISTRICT,<br>et al.<br><br>Defendants. | CASE NO. 1247-SD-GT<br><br>NOTICE OF COMMENCEMENT OF ACTION<br><br>[Cal. Pub. Res. Code § 21167.5]<br><br>Date:<br>Time:<br>Courtroom:<br>Hon. Gordon Thompson, Jr. |

TO EASTERN MUNICIPAL WATER DISTRICT:

PLEASE TAKE NOTICE THAT an action is being commenced against you in the United States District Court for the Southern District of California by Plaintiff United States of America under Section 21167 of the California Public Resources Code and other applicable authority. The Plaintiff is challenging your approval and certification of the Temecula Valley Regional Water Reclamation Facility Effluent Disposal Alternatives Project.

DATED: July 3, 2003

Respectfully submitted,

*Andrew F. Walch*
ANDREW F. WALCH
Senior Counsel

*Michael A. Gheleta*
MICHAEL A. GHELETA
Trial Attorney

U. S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 - 18th St., Suite 945
Denver, CO 80202

ATTORNEYS FOR THE UNITED STATES
OF AMERICA

2

Case No. 51-CV-1247(GT)