```
 1  ANDREW F. WALCH, Senior Counsel
    MICHAEL A. GHELETA, Trial Attorney
 2  United States Department of Justice
    Environment and Natural Resources Division
 3  999 18th Street, Suite 945
    Denver, Colorado, 80202
 4  Telephone: (303)312-7303
    Facsimilie: (303)312-7379
 5
    Attorneys for the United States of America
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et.al.<br><br>                    Defendants. | CASE NO. 51 CV 1247-SD-GT<br><br>**NOTICE OF HEARING** |

     NOTICE IS HEREBY GIVEN to all parties that the Hearing on Plaintiffs' Motion for Leave to File its Second Supplementary and Amendatory Complaint has been set for Monday, August 25, 2003 at 2:00 p.m., or as soon thereafter as possible, in Courtroom 8, 3rd Floor at the above-entitled Court, located at 940 Front Street, San Diego California.

DATED this 11th day of July, 2003.

UNITED STATES OF AMERICA

*/s/ Michael A. Gheleta*
ANDREW F. WALCH
Senior Counsel
MICHAEL A. GHELETA
Trial Attorney

U.S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 - 18th St., Suite 945
Denver, CO 80202

ATTORNEYS FOR THE UNITED STATES
OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Denver Field Office of the United States Department of Justice, Environment and Natural Resources Division, 999 18th Street, Suite 945, Denver, Colorado 80202; and is a person of such age and discretion to be competent to serve papers.

That on July 11, 2003, she served a copy of the attached:

1. **NOTICE OF HEARING**

in the manner specified below to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, from Denver, Colorado.

**By First Class U.S. Mail:**

C. Michael Cowett, Esq.
Reagan L. Brenneman, Esq.
Best Best & Krieger, LLP
402 West Broadway, 13th Floor
San Diego, CA 92101-3542
*Attorneys for Rancho California Water District*

Gerald D. Shoaf, Esq.
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501-1701
*Attorney for Eastern Municipal Water District*

Robert H. James, Esq.
205 W. Alvarado St.
Fallbrook, CA 92028
*Attorney for Fallbrook Public Utilities District*

_____
Lori Motano, Legal Assistant