ANDREW F. WALCH, Senior Counsel
MICHAEL A. GHELETA, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202
Telephone: (303) 312-7303
Facsimile: (303) 312-7379

Attorneys for the United States of America

FILED
03 JUL 18 AM 10: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>EASTERN MUNICIPAL WATER DISTRICT,<br>RANCHO CALIFORNIA WATER DISTRICT,<br>et al.<br><br>Defendants. | CASE NO. 51CV-1247-SD-GT<br><br>PROOF OF SERVICE OF PLEADINGS ON CALIFORNIA ATTORNEY GENERAL<br><br>Hon. Gordon Thompson, Jr. |

I, Michael A. Gheleta, am employed by the United States Department of Justice in Denver, Colorado, am more than eighteen years of age, and am an active member of the State Bar of Colorado, but not a party to this action. My business address is 999 18th Street, Suite 945, Denver, Colorado 80202.

On July 17, 2003, pursuant to Cal. Pub. Res. Code § 21167.7, I served a copy of **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN**

| | |
|---|---|
| 1 | |
| 2 | DATED: July 17, 2003 |
| 3 | |

*[signature: Michael A. Gheleta]*

MICHAEL A. GHELETA
Trial Attorney
U. S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 - 18th St., Suite 945
Denver, CO 80202

ATTORNEY FOR THE UNITED STATES
OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Denver Field Office of the United States Department of Justice, Environment and Natural Resources Division, 999 18th Street, Suite 945, Denver, Colorado 80202; and is a person of such age and discretion to be competent to serve papers.

That on July 17th, 2003, she served a copy of the attached:

1. **PROOF OF SERVICE OF PLEADINGS ON CALIFORNIA ATTORNEY GENERAL**

in the manner specified below to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, from Denver, Colorado.

**By First Class U.S. Mail:**

Bill Lockyer, Attorney General
Department of Justice
P.O. Box 944255
Sacramento, CA 94244-2550
*Attorneys for the State of California (with attachments)*

C. Michael Cowett, Esq.
Reagan L. Brenneman, Esq.
Best Best & Krieger, LLP
402 West Broadway, 13th Floor
San Diego, CA 92101-3542
*Attorneys for Rancho California Water District*

Gerald D. Shoaf, Esq.
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501-1701
*Attorney for Eastern Municipal Water District*

Robert H. James, Esq.
205 W. Alvarado St.
Fallbrook, CA 92028
*Attorney for Fallbrook Public Utilities District*

_Lori Montano_
Lori Montano, Legal Assistant