ANDREW F. WALCH, Senior Counsel
MICHAEL A. GHELETA, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202
Telephone: (303) 312-7303
Facsimile: (303) 312-7379

Attorneys for the United States of America

FILED

JUL 29 2003

CLERK, U.S. D[ISTRICT COURT]
SOUTHERN DIST[RICT]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>EASTERN MUNICIPAL WATER DISTRICT,<br>RANCHO CALIFORNIA WATER DISTRICT,<br>et.al.<br><br>Defendants. | CASE NO. 51CV-1247-SD-GT<br><br>SUPPLEMENTAL CERTIFICATE<br>OF SERVICE<br><br>Date:<br>Time:<br>Courtroom:<br>Hon. Gordon Thompson, Jr. |

The undersigned hereby certifies that she is an employee in the Denver Field Office of the United States Department of Justice, Environment and Natural Resources Division, 999 18th Street, Suite 945, Denver, Colorado 80202; and is a person of such age and discretion to be competent to serve papers.

The undersigned further certifies that on July 3, 2003, she served a copy of the United States' pleadings captioned: **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT; [PROPOSED] ORDER; COMPLAINT, SUPPLEMENTARY AND AMENDATORY COMPLAINT, AND SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT; NOTICE OF COMMENCEMENT OF ACTION; and PLAINTIFF'S REQUEST FOR DEFENDANT EASTERN MUNICIPAL WATER DISTRICT TO PREPARE ADMINISTRATIVE RECORD,** by placing these pleadings in the United States mail, first-class, postage prepaid and addressed to Robert H. James, Esq., 205 W. Alvarado St., Fallbrook, CA 92028, Attorney for Fallbrook Public Utility District.

The undersigned further certifies that on July 28, 2003, she served an additional copy of the documents referenced in the paragraph above, by causing these pleadings to be placed in the United States mail, first-class, postage prepaid and addressed to Robert H. James, Esq., 205 W. Alvarado St., Fallbrook, CA 92028, Attorney for Fallbrook Public Utility District.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 28, 2003

_Helena Engelhart_
Helena Engelhart, Legal Assistant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Denver Field Office of the United States Department of Justice, Environment and Natural Resources Division, 999 18th Street, Suite 945, Denver, Colorado 80202; and is a person of such age and discretion to be competent to serve papers.

That on July 3, 2003, she served a copy of the attached:

1. **Supplemental Certificate of Service.**

in the manner specified below to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, from Denver, Colorado.

**By First Class U.S. Mail:**

C. Michael Cowett, Esq.
Reagan L. Brenneman, Esq.
Best Best & Krieger, LLP
402 West Broadway, 13th Floor
San Diego, CA 92101-3542
*Attorneys for Rancho California Water District*

Gerald D. Shoaf, Esq.
Thomas E. Bruyneel, Esq.
Steven B. Abbott, Esq.
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501–1701
*Attorney for Eastern Municipal Water District*

Robert H. James, Esq.
205 W. Alvarado St.
Fallbrook, CA 92028
Phone: 760/728-1154
Fax: 760/728-9648
Email: rhjames@sbcglobal.net
*Attorney for Fallbrook Public Utility District*

Helena Engelhart, Legal Assistant

3    Case No. 51-CV-1247-SD-GT