ORIGINAL

ARTHUR L. LITTLEWORTH, Bar No. 022041
C. MICHAEL COWETT, Bar No. 53353
JAMES B. GILPIN, Bar No. 151466
MELISSA W. WOO, Bar No. 192056
LAW OFFICES OF
**BEST BEST & KRIEGER LLP**
402 WEST BROADWAY, 13TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3542
TELEPHONE: (619) 525-1300
TELECOPIER: (619) 233-6118

FILED
03 AUG -8 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, EASTERN MUNICIPAL WATER DISTRICT, RANCHO CALIFORNIA WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 1247-SD-GT<br>Judge: Hon. Gordon Thompson, Jr.<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RANCHO CALIFORNIA WATER DISTRICT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT<br><br>DATE: August 25, 2003<br>TIME: 2:00 p.m.<br>DEPT: 8 |

SDLIT\AXA\283197

1  Defendant, Rancho California Water District, by and through its attorney of record, hereby
2  requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the documents
3  lodged as Exhibits "A" and "B" to the Notice of Lodgment and described as the "Modified Final
4  Judgment and Decree dated April 6, 1966" and the "Cooperative Water Resource Management
5  Agreement between Camp Pendleton and Rancho California Water District", entered into on or
6  about March, 2002.

8  DATED: August 8, 2003

BEST BEST & KRIEGER LLP

By: _____
ARTHUR L. LITTLEWORTH
C. MICHAEL COWETT
JAMES B. GILPIN
MELISSA W. WOO
Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT

SDLIT\AXA\283197

- 2 -

REQUEST FOR JUDICIAL NOTICE
USDC CASE NO. 1247-SD-GT