FILED

2003 AUG 19 PM 12: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                      DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 51CV1247-GT<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF CALENDARED MATTER |

On Court's own motion, the hearing set for **8-25-03** at **2:00 P.M.**, for **MOTION TO FILE SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT** is vacated and reset for **10-20-03** at **2:00 P.M.**.

　　　　　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　By: RENEE GREEN
　　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　　619-557-7486