FILED

AUG 20 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 51- |
| Plaintiff, | ) Cv. No. 1247-SD-GT |
| v. | ) **ORDER** |
| FALLBROOK PUBLIC UTILITY DISTRICT, *et al.* | ) |
| Defendants. | ) |

On July 7, 2003, Plaintiff, the United States of America ("United States"), filed a Motion for Leave to File Second Supplementary and Amendatory Complaint. The original hearing date was scheduled for August 25, 2003 at 2 p.m. This hearing date is continued to October 20, 2003 at 2 p.m.

Additionally, the Court is ordering the Watermaster, Mr. James Jenks ("Mr. Jenks"), to file, either by letter or brief, additional information regarding the Santa Margarita River Watershed ("Watershed"). Specifically, the Court requests the following information: 1) does the original consent decree, as appended by subsequent incorporated agreements, govern just the natural flows of water within the Watershed or imported water as well; 2) how is treated waste water handled within the Watershed under the consent decree; 3) the impact of the "Four Party Agreement," since its inception, on both the quantity and quality of the water within the Watershed; 4) whether or not the Four Party Agreement, since its inception, impacts the original parties' riparian and appropriative rights to water in the Watershed; and 5) whether or not Mr. Jenks, as Watermaster,

administers, enforces or oversees any part of the Four Party Agreement.

Mr. Jenks must file his letter or brief on or before September 10, 2003. The various parties may file their responses to Mr. Jenks' information no later than October 6, 2003. Accordingly,

**IT IS ORDERED** that the hearing date set for August 25, 2003 is continued until October 20, 2003 at 2 p.m.

**IT IS FURTHER ORDERED** that Mr. Jenks file the requested information on or before September 10, 2003.

**IT IS FURTHER ORDERED** that the various parties may file a response to Mr. Jenks' information no later than October 6, 2003. A copy of this response must be sent to all parties and to Mr. Jenks.

**IT IS SO ORDERED.**

August 20 2003
date

GORDON THOMPSON, JR.
United States District Judge

cc: Mr. James Jenks
    Watermaster
    Santa Margarita River Watershed
    P.O. Box 631
    FallBrook, California 92088

Michael A. Gheleta
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado 80202

Arthur A. Littleworth
Best, Best & Krieger
402 West Broadway, 13th Floor
San Diego, California 92101

Thomas E. Bruyneel
Redwine and Sherrill
1950 Market Street
Riverside, California 92501