```
Robert H. James, Esq.    #45384
SACHSE, JAMES & LOPARDO
205 W. Alvarado St.
Fallbrook, Ca  92028-2002
(760) 728-1154
```

FILED
03 AUG 21 PM 1:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Attorneys for Defendant, FALLBROOK PUBLIC UTILITY DISTRICT,
a Public Entity

NUNC Pro Tunc to 8/20/03

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, EASTERN MUNICIPAL WATER DISTRICT, RANCHO CALIFORNIA WATER DISTRICT,<br><br>             Defendants. | CASE NO. 51CV-1247-SD-GT<br><br>Judge: Hon. Gordon Thompson, Jr.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT'S STATEMENT IN SUPPORT OF THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE ITS SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT; POINTS AND AUTHORITIES; AND ARGUMENT<br><br>Date:  August 25, 2003<br>Time:  2:00 p.m.<br>Place: Department 8 |

Defendant, FALLBROOK PUBLIC UTILITY DISTRICT, respectfully submits the following Statement in Support of the United States of America's Motion for Leave to File Its Second Supplementary and Amendatory Complaint (Supplemental Complaint).

### INTRODUCTION

FALLBROOK PUBLIC UTILITY DISTRICT ("FPUD") is a defendant in the original commencement of this case in 1951. This Court issued its Modified Final Judgment and Decision in 1966, determining "substantial" water uses in the Santa Margarita watershed,

1

FPUD's STATEMENT IN SUPPORT OF UNITED STATES' MOTION

decreeing water rights but not quantifying same, and continuing jurisdiction over water uses, disputes, approving agreements affecting the watershed and providing for continuing watermaster services.

FPUD is also a party to the Four Party Agreement, subject of the United States' motion herein. As a result of that agreement, the United States and FPUD have actively been pursuing settlement of their quantification issues left open in the original decree. The abrogation of the Four Party Agreement by EASTERN MUNICIPAL WATER DISTRICT ("Eastern") and RANCHO CALIFORNIA WATER DISTRICT ("Rancho") directly and negatively impacts the quantity and quality of Santa Margarita River water available to the United States and FPUD. Although the Four Party Agreement and its interpretation and implementation issues are complex, the United States and FPUD must pursue them. It would be unduly time consuming and complex for another Federal Court to "start over" (so to speak) and jurisdiction in another Court may precipitate quantification issues between the United States and FPUD which would be before this Court. The filing of the Supplemental Complaint by the United States makes sense from the standpoint of financial and judicial economy. As such, FPUD fully supports the United States's motion.

POINTS AND AUTHORITIES AND ARGUMENT

1. Amended pleadings, under Rule 15 of the Federal Rules of Civil Procedure should be allowed liberally (<u>Owens v. Kaiser Foundation Health Plan</u>, 244 F.3d 708, 712). Neither Eastern nor Rancho have demonstrated any prejudice, bad faith, delay or liability from the granting of the United States' Motion. Federal Courts have required such a showing <u>Eminence Capital, LLC v.</u>

2

FPUD's STATEMENT IN SUPPORT OF UNITED STATES' MOTION

1   Aspeon, Inc., 316 F.3d at 1052.

2    2.   The United States has succinctly stated that "this is a case about water." The Four Party Agreement is also about Santa Margarita Watershed and other "water." The 1966 Modified Final Judgment and Decree was broad in its Statement of Jurisdiction (paragraph V at 14; id. paragraph VII at 15). This Court used words such as "adverse to" or "conflict with" with respect to future violations of water rights. If the Four Party Agreement were not an "agreement" but the issues therein brought to this Court as actions by Eastern and Rancho to be "enjoined" and for "damages" for degrading the river and removing watershed water to another watershed, many of the technical arguments of Easter and Rancho would fail. This is essentially what is before this Court.

3.   Not only do Eastern and Rancho ignore the water rights of the United States, but also of FPUD. FPUD has both appropriative and riparian rights as well. FPUD's rights will also be injured by the breach of the Four Party Agreement.

4.   FPUD concurs with the United States as follows:

    a.   That the Four Party Agreement would provide much cleaner water to the lower Santa Margarita River.

    b.   The United States' expert, Mr. Reich is correct in stating that the action of Eastern and Rancho "will seriously degrade the quality of the water and will have a direct and adverse impact on the quantity of the water that may be used by the United States." FPUD will be impacted also.

    c.   Failure to perform by Eastern and Rancho have deprived FPUD and the United States of additional water to meet future needs and will further degrade basin waters.

d. Eastern can "produce" basin water at will and process Rancho's basin water for use within and without the basin.

e. In abrogating the Four Party Agreement, Eastern and Rancho will be exporting water that would otherwise remain within the basin resulting in a degradation of Santa Margarita River water.

f. There are no new or complex state law issues requiring any remand to state court.

g. In becoming a member of the Steering Committee, Eastern has become a party by consent and has voluntarily appeared before this Court.

## CONCLUSION

It would be a waste of time, money and judicial resources to deny the United States' motion and relegate the parties to other Federal and State Courts. The United States and FPUD are working diligently to resolve the quantification issues remaining from this Court's decree. The Four Party Agreement is one of many in the history of this watershed litigation intended to resolve disputes and water rights issues. This is an important agreement and critical to the development of water rights of FPUD and the United States. It makes good sense to proceed in this Court and as such, FPUD supports the United States' request for leave to file a Supplemental Complaint as presented.

Respectfully submitted,

SACHSE, JAMES & LOPARDO

Dated: August 18, 2003     By: _____
                               Robert H. James, Esq.
                               Attorneys for Fallbrook
                               Public Utility District

4

FPUD's STATEMENT IN SUPPORT OF UNITED STATES' MOTION

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
                     : ss.
COUNTY OF SAN DIEGO )

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 205 W. Alvarado St., Fallbrook, CA 92028-2002.

    On August 19, 2003, I served the foregoing document described as FALLBROOK PUBLIC UTILITY DISTRICT'S STATEMENT IN SUPPORT OF THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE ITS SECOND SUPPLEMENTARY AND AMENDATORY COMPLAINT; POINTS AND AUTHORITIES; AND ARGUMENT on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>Counsel for United States of America</u>

    Andrew F. Walch, Sr. Counsel
    Michael A. Gheleta, Trial Attorney
    United States Department of Justice
    Environment and Natural Resources Division
    999 18th St., Suite 945
    Denver, CO  80202

        Telephone:  303-312-7303
        Facsimile:  303-312-7379
        Email:      michael.gheleta@usdoj.gov

<u>Counsel for Eastern Municipal Water District</u>

    Tom Bruyneel, Esq.
    Redwine and Sherrill
    1950 Market Street
    Riverside, CA  92501-1701

        Telephone:  909-684-2520
        Facsimile:  909-684-9583
        Email:      tbruyneel@redwineandsherrill.com

Continued on next page

<u>Counsel for Rancho California Water District</u>

 Arthur L. Littleworth, Esq.
 C. Michael Cowett, Esq.
 James B. Gilpin, Esq.
 Melissa W. Woo, Esq.
 Best Best & Krieger, LLP
 402 West Broadway, 13th Floor
 San Diego, CA  92101-3542

  Telephone: 619-525-1300
  Facsimile: 619-233-6118
  Email: cmcowett@bbklaw.com

<u>Santa Margarita River Watershed</u>

 James S. Jenks, Watermaster
 Santa Margarita River Watershed
 Post Office Box 631
 Fallbrook, CA  92088-06311

 I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Fallbrook, California.

 I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE ABOVE IS TRUE AND CORRECT AND THAT THIS PROOF OF SERVICE WAS EXECUTED ON AUGUST 19, 2003, AT FALLBROOK, CALIFORNIA.

          Brenda Henderson