ANDREW F. WALCH, Senior Counsel
MICHAEL A. GHELETA, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202
Telephone: (303)312-7303
Facsimilie: (303)312-7379

Attorneys for the United States of America

FILED

03 AUG 29 AM 11:10

BY:                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et.al.<br><br>       Defendants. | CASE NO. 51CV1247-SD-GT<br><br>**DECLARATION OF MICHAEL A. GHELETA IN SUPPORT OF UNITED STATES' EX PARTE APPLICATION FOR CLARIFICATION OF ORDER AND SUPPORTING MEMORANDUM**<br><br>Date: October 20, 2003<br>Time: 2 p.m.<br>Courtroom: 8<br>Hon. Gordon Thompson, Jr. |

I, Michael A. Gheleta, declare:

1. I am an attorney with the United States Department of Justice, duly admitted to practice before all courts of federal jurisdiction, including the United States District Court for the Southern District of California. I am representing the Plaintiff, the United States of America, in the above-captioned matter. The following facts are within my own personal

knowledge; and, if called upon to do so, I could and would competently testify thereto personally under oath.

2. On August 28, 2003, I telephonically contacted Michael Cowett, counsel for Defendant Rancho California Water District, and advised him that on August 29, 2003, the United States would be filing an Ex Parte Application for Clarification of the Court's Order Filed August 20, 2003.

3. On August 28, 2003, I telephonically contacted Tom Bruyneel, counsel for Defendant Eastern Municipal Water District, and advised him that on August 29, 2003, the United States would be filing an Ex Parte Application for Clarification of the Court's Order Filed August 20, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2003 at Denver, Colorado.

*/s/ Michael A. Gheleta*
MICHAEL A. GHELETA

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Denver Field Office of the United States Department of Justice, Environment and Natural Resources Division, 999 18th Street, Suite 945, Denver, Colorado 80202; and is a person of such age and discretion to be competent to serve papers.

That on August 28, 2003, she served a copy of the attached:

1. **UNITED STATES' EX PARTE APPLICATION FOR CLARIFICATION OF ORDER FILED AUGUST 20, 2003**

2. **DECLARATION OF MICHAEL A. GHELETA IN SUPPORT OF UNITED STATES' EX PARTE APPLICATION FOR CLARIFICATION OF ORDER AND SUPPORTING MEMORANDUM**

in the manner specified below to the persons hereinafter named, at the places and addresses stated below:

**By Facsimile and First Class U.S. Mail:**

Arthur L. Littleworth, Esq.
C. Michael Cowett, Esq.
James B. Gilpin, Esq.
Melissa W. Woo, Esq.
Best Best & Krieger, LLP
402 West Broadway, 13th Floor
San Diego, CA 92101-3542
Email: cmcowett@bbklaw.com
Fax: 619/233-6118
   *Attorneys for Rancho California Water District*

Tom Bruyneel, Esq.
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501–1701
Email: tbruyneel@redwineandsherrill.com
Fax: 909/684-9583
   *Attorney for Eastern Municipal Water District*

Robert H. James, Esq.
205 W. Alvarado St.
Fallbrook, CA 92028
Email: rhjames@sbcglobal.net
Fax: 760/728-9648
   *Attorney for Fallbrook Public Utilities District*

James J. Jenks
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088
Fax: 760/728-1990
   *Watermaster*

51 CV 1247-SD-GT

1
2   Helena Engelhart, Legal Assistant
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                                    51 CV 1247-SD-GT