FILED

03 SEP -3 PM 1: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cv. No. 51-1247GT |
| v. | ) ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et.al, | ) |
| Defendants. | ) |

On August 29, 2003, Plaintiff, the United States of America ("United States"), filed and *ex parte* Application for Clarification of this Court's Order filed August 20, 2003. Essentially, the United States seeks to have this Court order the Watermaster to answer additional questions posed by the United States. The Court declines to do so. Accordingly,

**IT IS ORDERED** that the United States' Application for Clarification is **DENIED**.

Sept 3, 2003
date

GORDON THOMPSON, JR.
United States District Judge

cc: Mr. James Jenks
Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, California 92088

Arthur A. Littleworth
Best, Best & Krieger
402 West Broadway, 13th Floor
San Diego, California 92101

Michael A. Gheleta
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202

Thomas E. Bruyneel
Redwine and Sherrill
1950 Market Street
Riverside, California 92501