```
LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501
TELEPHONE (909) 684-2520
FACSIMILES (909) 684-9583
(909) 276-9099
```

FILED

03 SEP -5 PM 3: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

THOMAS E. BRUYNEEL #44915

Attorneys for EASTERN MUNICIPAL WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, EASTERN MUNICIPAL WATER DISTRICT, RANCHO CALIFORNIA WATER DISTRICT, et al.,<br><br>　　　　Defendants. | CASE NO. 51 CV-1247-SD-GT<br><br>ASSOCIATION OF COUNSEL<br><br><br>Date:<br>Time:<br>Courtroom: 8, 3rd Floor<br>Hon. Gordon Thompson, Jr. |

REDWINE AND SHERRILL being the attorneys of record for defendant, EASTERN MUNICIPAL WATER DISTRICT, herein, hereby associates JOHN G. McCLENDON, ESQ. of VAN BLARCOM, LEIBOLD, McCLENDON & MANN in the above-captioned matter. The office address and telephone number of such associated counsel is as follows:

　　　　John G. McClendon
　　　　Van Blarcome, Leibold, McClendon & Mann
　　　　23422 Mill Creek Drive, Suite 150
　　　　Laguna Hills CA 92653
　　　　Telephone 949-457-6300
　　　　Facsimile 949-457-6305
　　　　E-Mail john@CEQA.com

Dated: August 28, 2003

REDWINE AND SHERRILL

By _____
Thomas E. Bruyneel
Attorneys for defendant EASTERN
MUNICIPAL WATER DISTRICT

Said Association of Counsel is hereby accepted.

Dated: 8-29, 2003

VAN BLARCOM, LEIBOLD, McCLENDON & MANN

By _____
John G. McClendon

LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501-1720
TELEPHONE (909) 684-2520
FACSIMILES (909) 684-9583
(909) 276-9099

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 1950 Market Street, Riverside California 92501-1720.

On September 3, 2003 I served the foregoing document described as: **ASSOCIATION OF COUNSEL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

(X) By Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Riverside California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit or mailing in the affidavit.

( ) By Personal Service. I caused such envelope to be delivered by hand to the above addressee(s).

( ) By Overnight Courier. I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS, or EXPRESS MAIL SERVICE through the United States Post Office, an overnight courier service, for delivery to the above addressee(s).

EXECUTED on September 3, 2003 at Riverside California.

(x) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
PAMELA STEIN

**MAILING LIST**
**UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITIES DISTRICT**
**51 CV 1247-SD-GT**

Andrew F. Walch, Senior Counsel
Michael A. Gheleta, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver CO 80202
Telephone: (303) 312-7303
Facsimile: (303) 312-7379
Attorneys for UNITED STATES

Robert H. James, Esq.
205 W Alvardao St
Fallbrook CA 92028
Telephone: 760-728-1154
Facsimile:
Attorney for FALLBROOK PUD

C. Michael Cowett, Esq.
Reagan L. Brenneman, Esq.
Best Best & Krieger LLP
402 W Broadway 13th Flr
San Diego CA 92101-3542
Telephone: 619-525-1300
Facsimile: 619-233-6118
Attorney for RANCHO CALIFORNIA WD

Bill Lockyer, Attorney General
California Department of Justice
P O Box 944255
1300 I Street Ste 1740 Sacramento CA 95814
Sacramento CA 94244-2550
Telephone: 916-324-5437
Facsimile: 916-324-5205
Attorney for STATE OF CALIFORNIA

John G. McClendon, Esq.
Van Blarcom Leibold McClendon & Mann
23422 Mill Creek Dr Ste 105
Laguna Hills CA 92653
Telephone: 949-457-6300
Facsimile: 949-457-6305
Co-Counsel for EASTERN MUNICIPAL WATER DISTRICT

LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501-1720
TELEPHONE (909) 684-2520
FACSIMILES (909) 684-9583
(909) 276-9099

**MAILING LIST**
**UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITIES DISTRICT**
**51 CV 1247-SD-GT**

Andrew F. Walch, Senior Counsel
Michael A. Gheleta, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver CO 80202
Telephone: (303) 312-7303
Facsimile: (303) 312-7379
Attorneys for UNITED STATES

Robert H. James, Esq.
205 W Alvardao St
Fallbrook CA 92028
Telephone: 760-728-1154
Facsimile:
Attorney for FALLBROOK PUD

C. Michael Cowett, Esq.
Reagan L. Brenneman, Esq.
Best Best & Krieger LLP
402 W Broadway 13th Flr
San Diego CA 92101-3542
Telephone: 619-525-1300
Facsimile: 619-233-6118
Attorney for RANCHO CALIFORNIA WD

Bill Lockyer, Attorney General
California Department of Justice
P O Box 944255
1300 I Street Ste 1740 Sacramento CA 95814
Sacramento CA 94244-2550
Telephone: 916-324-5437
Facsimile: 916-324-5205
Attorney for STATE OF CALIFORNIA

John G. McClendon, Esq.
Van Blarcom Leibold McClendon & Mann
23422 Mill Creek Dr Ste 105
Laguna Hills CA 92653
Telephone: 949-457-6300
Facsimile: 949-457-6305
Co-Counsel for EASTERN MUNICIPAL WATER DISTRICT

LAW OFFICES
REDWINE AND SHERRILL
1950 MARKET STREET
RIVERSIDE, CALIFORNIA 92501-1720
TELEPHONE (909) 684-2520
FACSIMILES (909) 684-9583
(909) 276-9099