Minutes of the United States District Court
Southern District of California
October 20, 2003

HON.  GORDON THOMPSON, JR.          DEPUTY CLERK:  R. GREEN          COURT RECORDER:  M. PIERSON

---

51CV1247-GT       USA       VS       FALLBROOK PUBLIC UTILITY DISTRICT, et al.

**MOTION TO FILE**
**SECOND SUPPLEMENTARY AND**
**AMENDATORY COMPLAINT**

| | | | |
|---|---|---|---|
| MICHAEL A. SHELETA | N/A | C. MICHAEL COWETT | N/A |
| ANDREW F. WALCH | N/A | GERALD D. SHOAD | N/A |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
OFF CALENDAR
COURT TAKES MATTER UNDER SUBMISSION