04 DEC 23 AM 8:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

B Ruiz

DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 51-1247-SD-GT |
| Plaintiff, | ORDER SETTING HEARING AND NOTICE REQUIREMENTS FOR PUBLIC COMMENT ON THE AMENDED MEMORANDUM OF UNDERSTANDING AND AGREEMENT ON OPERATION OF LAKE SKINNER AND AMENDING MODIFIED FINAL JUDGMENT |
| vs | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Upon presentation and consideration of the proposed "Motion to Approve Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner and its supporting documents, lodged by the Fallbrook Public Utility District,

IT IS HEREBY ORDERED AND DIRECTED THAT:

1.      The Steering Committee established by this Court's January 16, 1975 Order shall hold a public hearing beginning at 10:00 a.m. on January 18, 2005, at the offices of Rancho California Water District, 42135 Winchester Road, Temecula, CA, to receive comments on the Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner

1

ORDER SETTING HEARING AND NOTICE REQUIREMENTS

1   (Amended MOU), which is incorporated as Exhibit "A" to the Memorandum of Points and

2   Authorities in support of the Motion.  Movant shall cause the hearing to be transcribed, assist

3   Steering Committee in responding to the comments received, and shall report such responses to this

4   Court within twenty (20) days after the hearing.

5        2.    Movant shall promptly (a) post the Public Notice attached to this Order as Exhibit 1

6   in a public area, and (b) make copies of the Amended MOU available to the public for examination

7   during normal working hours at the offices of:

8

9           Fallbrook Public Utility District
            900 East Mission Road, Fallbrook, CA

10

11          Rancho California Water District
            42135 Winchester Road, Temecula, CA

12          Lake Skinner Reservoir Field Office
            33740 Borel Road, Winchester, CA

13

14       3.    Movant shall also cause publication of the Public Notice attached to this Order as

15   Exhibit A, once a week, for at least two consecutive weeks prior to January 18, 2005, in the

16   Riverside Press Enterprise, North County Times (Fallbrook Edition) and the Temecula California.

17       4.    Movant shall mail copies of the Notice of Public Hearing as well as the Public

18   Notice attached to this Order as Exhibit 1 to entities listed on the attached Mailing List (Riparian

19   Owners Along Tucalota Creek Downstream from Lake Skinner) and the attached Service List

20   (Santa Margarita River Watershed dated November 24, 2004).  Such mailing to occur not less than

21   ten (10) days prior to the Public Hearing.

22

23   DATED: *Dec. 22*, 2004

24                                        _____
                                          JUDGE, UNITED STATES DISTRICT COURT

25

26

27

28

                                        2

─────────────────────────────────────────────
ORDER SETTING HEARING AND NOTICE REQUIREMENTS