| | |
|---|---|
| 1 | THOMAS L. SANSONETTI<br>Assistant Attorney General |
| 2 | Environment and Natural Resources Division |
| 3 | MICHAEL A. GHELETA, Trial Attorney<br>United States Department of Justice |
| 4 | Environment and Natural Resources Division<br>999 18th Street, Suite 945 |
| 5 | Denver, Colorado, 80202<br>Telephone: (303) 312-7303 |
| 6 | Facsimile: (303) 312-7379 |
| 7 | Attorneys for the United States of America |

05 MAR 15

BY:             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>  Defendants. | Civil Action No. 51-1247-SD-GT<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED STATES OF AMERICA |

Please take notice that the undersigned attorney has replaced Andrew F. Walch, who has recently retired, as counsel for the United States Department of Justice in this matter. Accordingly, the United States respectfully requests that the Court, the Watermaster and the parties remove Mr. Walch from the service list, and replace him with the following:

Civil Action No. 51-1247-SD-GT

MICHAEL A. GHELETA, Esq.
U. S. Department of Justice
Environment & Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202

The United States Department of Justice continues to be represented in this matter by Mr. Patrick Barry as well, and he should continue to be served in addition to Mr. Gheleta.

Respectfully submitted,

DATED: March 4, 2005

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division

MICHAEL A. GHELETA
Trial Attorney

U. S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 - 18th St., Suite 945
Denver, CO 80202

ATTORNEYS FOR THE UNITED STATES

IT IS SO ORDERED
DATED _____

_____
UNITED STATES DISTRICT JUDGE

Civil Action No. 51-1247-SD-GT