THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division

MICHAEL A. GHELETA, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, Colorado, 80202
Telephone: (303) 312-7303
Facsimile: (303) 312-7379

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | Civil Action No. 51-1247-SD-GT<br><br>STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE |

INTRODUCTION

1. On December 22, 2004, the Court signed an Order Setting Hearing and Notice Requirements for Public Comment on the Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner and Amending Modified Final Judgment. This Order

indicated that the Court had been presented with and considered a proposed Motion to Approve Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner ("Amended MOU") and its supporting documents, lodged with the Court by Defendant Fallbrook Public Utility District ("FPUD"). The Order directed the Watermaster Steering Committee previously established by the Court to hold a "public hearing" on January 18, 2005 to receive comments on the Amended MOU, which was incorporated as Exhibit "A" to a Memorandum of Points and Authorities in support of the Motion also lodged by FPUD.

2. The United States was not formally served with FPUD's Motion to Approve the Amended MOU, or with the Memorandum of Points and Authorities in support of the Motion, except that several days before the public hearing some federal representatives were sent courtesy copies of the pleadings without attachments (but see paragraph 4 below). Therefore, representatives of the Department of Justice and Camp Pendleton believed that the United States would be formally served with complete copies of these pleadings following completion of the public hearing. Counsel for FPUD had the same expectation and communicated that to counsel for the United States.

3. Representatives of the United States attended the January 18, 2005 public hearing, which took place in conjunction with the regularly scheduled quarterly Watermaster Steering Committee meeting. The United States understood that public hearing to be an informational hearing where members of the public (as opposed to major parties in this litigation) could provide comments on the proposed Amended MOU. No direction was provided, either in the Court's December 22, 2004 Order or at the public hearing itself, regarding the relation of the public hearing

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America
Page 2

to FPUD's Motion requesting judicial action approving the Amended MOU and amending the Modified Final Judgment and Decree. Indeed, the United States understood from communications with the Watermaster that the Court would hold a judicial hearing on FPUD's Motion and request for judicial action following the public hearing.

4. During the January 18, 2004 public hearing, Captain Chad Seber from the United States Marine Corps Base at Camp Pendleton expressly requested that a complete copy of FPUD's Motion and supporting Memorandum of Points and Authorities be distributed to representatives of Camp Pendleton and the United States, and that stated that Camp Pendleton reserved its right to take the appropriate judicial action, if any, after those pleadings are filed with the Court and served on the parties, including Camp Pendleton. See Exhibit A hereto. Counsel for FPUD reminded Captain Seber that he had already faxed copies of these pleadings to him. Captain Seber did not recall receiving copies of the pleadings before the hearing, but afterwards discovered unsigned copies of the pleadings, without attachments, that had been faxed to the Camp Pendleton Western Area Counsel Office.

5. On February 16, 2005, to the surprise of the United States and other parties who expected that a judicial hearing would be held on FPUD's request for judicial relief following the public hearing before the Watermaster Steering Committee, the Court issued an Order Approving Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner and Amending Modified Final Judgment and Decree. In that Order, the Court approved the Amended MOU, amended the Modified Final Judgment and Decree in this case to incorporate the Amended

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America

Page 3

MOU, made the provisions of the Amended MOU binding on all parties to this case, and retained continuing jurisdiction over administration of the Amended MOU.

6. The United States requires additional time for its technical personnel to review the Amended MOU, and in order to determine whether any response to the Court is necessary and appropriate. Because the public hearing before the Watermaster Steering Committee was not a judicial proceeding, there was no indication by anyone that the public hearing would be the only opportunity for parties to respond to FPUD's request for judicial approval of the Amended MOU and amendment of the Modified Final Judgment, and the United States expressly reserved its right at the public hearing to take appropriate judicial action upon being served with the pleadings in which FPUD requested this judicial relief, the parties believe that fairness, equity and due process warrant the following Stipulation.

## STIPULATION

1. FPUD shall within seven days provide counsel for the United States with a complete copy of its Motion and Memorandum of Points and Authorities, including all attachments, and a copy of the Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner, including all attachments.

2. The United States shall have 30 days from the date this Stipulation is approved by the Court to file a response or appropriate motion concerning both FPUD's request for judicial relief and the Court's February 16, 2005 Order Approving Amended Memorandum of Understanding and

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America
Page 4

1  Agreement on Operation of Lake Skinner and Amending Modified Final Judgment and Decree,

2  including but not limited to a motion under Fed. R. Civ. P. 59(e) or 60.

3     3.   The Court's February 16, 2005 Order shall remain in place unless and until the Court

4

5  takes action on any response or motion that may be filed by the United States pursuant to the

6  paragraph above.

7

8

9  DATED: March 4, 2005              THOMAS L. SANSONETTI
                                      Assistant Attorney General
10                                    Environment and Natural Resources Division

11                                    *signature*
                                      MICHAEL A. GHELETA
12                                    Trial Attorney

13

14                                    U. S. Department of Justice
                                      Environment & Natural Resources Division
15                                    General Litigation Section
                                      999 - 18th St., Suite 945
16                                    Denver, CO 80202

17
                                      ATTORNEYS FOR THE UNITED STATES
18

19
    DATED: March ____, 2005           SACHSE, JAMES & LOPARDO
20

21                                    By: _____
                                      ROBERT H. JAMES
22                                    General Counsel for
                                      Fallbrook Public Utility District
23

24

25

26

27

28

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America

Page 5

Agreement on Operation of Lake Skinner and Amending Modified Final Judgment and Decree, including but not limited to a motion under Fed. R. Civ. P. 59(e) or 60.

3. The Court's February 16, 2005 Order shall remain in place unless and until the Court takes action on any response or motion that may be filed by the United States pursuant to the paragraph above.

DATED: March ____, 2005

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division

_____
MICHAEL A. GHELETA
Trial Attorney

U. S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 - 18th St., Suite 945
Denver, CO 80202

ATTORNEYS FOR THE UNITED STATES

DATED: March 4, 2005

SACHSE, JAMES & LOPARDO

By: _____
ROBERT H. JAMES
General Counsel for
Fallbrook Public Utility District

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America

Page 5

## ORDER

Based on the above Stipulation, and good cause appearing, it is hereby ORDERED:

1. The Fallbrook Public Utility District ("FPUD") shall within seven days provide counsel for the United States with a complete copy of its Motion and Memorandum of Points and Authorities, including all attachments, and a copy of the Amended MOU, including all attachments.

2. The United States shall have 30 days from the date this Stipulation is approved by the Court to file a response or appropriate motion concerning both FPUD's request for judicial relief and the Court's February 16, 2005 Order Approving Amended Memorandum of Understanding and Agreement on Operation of Lake Skinner and Amending Modified Final Judgment and Decree, including but not limited to a motion under Fed. R. Civ. P. 59(e) or 60.

3. The Court's February 16, 2005 Order shall remain in place unless and until the Court takes action on any response or motion that may be filed by the United States pursuant to the paragraph above.

DATED: 3-15-05

JUDGE OF THE DISTRICT COURT

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America

Page 6

**STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE**

## EXHIBITS

| Exhibit | | Page |
|---|---|---|
| A | Letter dated 03/3/05 to James S. Jenks, Watermaster from Water Counsel, US. Marine Corps | 7 |



**UNITED STATES MARINE CORPS**
WESTERN AREA COUNSEL OFFICE
BOX 555231
CAMP PENDLETON, CA 92055

```
                                          5800
                                          Water
                                          3 Mar 05
```

From:    Water Counsel, Western Area Counsel Office
To:      James S. Jenks, Watermaster of the Santa Margarita
         River Watershed P.O. BOX 631 FALLBROOK, CA 92088

SUBJECT: STEERING COMMITTEE MEETING OF JANUARY 18, 2005

Dear Sir,

This correspondence is to serve as a request for correction of the Minutes of the January 18, 2005 Steering Committee Meeting.

My comments at that meeting were as listed below.

"Captain Seber requested that a complete copy of Fallbrook Public Utility District's Motion to Approve Amended MOU and Agreement on Operation of Lake Skinner, and supporting Memorandum of Points and Authorities, be distributed to representatives of Camp Pendleton and the United States and that Camp Pendleton reserves its right to take the appropriate judicial action if any after those pleadings are filed with the Court and served on the parties including Camp Pendleton."

If you have any questions, please contact me at (760) 725-5461.

Sincerely,

C. P. SEBER
Captain, USMCR
Water Counsel

**EXHIBIT A**

United States of America v. Fallbrook Public Utility District, et. al., Civ. No. 51-1247-SD-GT
STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE - Submitted by United States of America

Page   7

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **STIPULATION AND ORDER REGARDING UNITED STATES' RESPONSE TO FPUD's MOTION TO APPROVE AMENDED MOU AND AGREEMENT ON OPERATION OF LAKE SKINNER, AND COURT'S ORDER APPROVING AMENDED MOU AND MODIFIED FINAL JUDGMENT AND DECREE** and **NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED STATES OF AMERICA,** was sent by depositing a copy thereof in the U.S. mail, postage pre-paid to the following on March 4, 2005:

*Lori Montano*

Lori Montano - Legal Support Assistant to
Michael Gheleta, Esq.

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Jackie Spanley, Chairman
AVMAC
P.O, Box 1391076
Anza, CA 92539

Elsa Barton
217 N. Palm
Hernet, CA 92543

Eugeaia Nogales, Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 925391

United States Of America v. Fallbrook Public Utility District - Civil Action No. 51-1247-SD-GT

1

| | |
|---|---|
| 1 | C. Michael Cowett, Esq. |
| 2 | Best, Best & Krieger |
|   | 402 West Broadway, 13th Floor |
| 3 | San Diego, CA 92101-3542 |
| 4 | Francis and Jean Domenlgoni |
| 5 | Francis N. & Jean Domenigoni Family Trust |
|   | Domznigoni - Barton Properties; and |
| 6 | Domenigoni Brothers Ranch |
|   | 33011 Holland Road |
| 7 | Winchester, CA 92596 |
| 8 | Fred Domenigoni |
|   | 310I I Holland Road |
| 9 | Winchester, CA 92596 |
| 10 | |
|    | Cindy & Andy Domenigoni |
| 11 | 31851 Winshester Road |
|    | Winchester, CA 92596 |
| 12 | |
| 13 | Richard Hall, Director |
|    | Eastern MWD |
| 14 | P.O. Box 8300 |
|    | Perris, CA 92572-8300 |
| 15 | |
| 16 | Mike Luker |
|    | Eastem MWD |
| 17 | P.O. Box 8300 |
|    | Perris, CA, 92572-8300 |
| 18 | |
| 19 | Anthony J. Pack, General Manager |
|    | Eastern MWD |
| 20 | P.O. Box 8300 |
|    | Perris, CA 92572-8300 |
| 21 | |
| 22 | General Manager |
|    | Elsinore Vail MWD |
| 23 | P.O. Box 3000 |
|    | Lake Elsinore, CA 92330 |
| 24 | |
| 25 | |
| 26 | |
| 27 | United States Of America v. Fallbrook Public Utility District - Civil Action No. 51-1247-SD-GT |
| 28 | 2 |

1  Keith Lewinger, General Manager
   Fallbrook Public Utility District
2  P.O. Box 2290
3  Fallbrook, CA 92088-2290

4  Robert H. James, Esq,
   Sachse, James & Lopardo
5  205 W. Alvarado St
6  Fallbrook, CA 92028-2002

7  Patrick Barry, Esq.
   Justice Department Land & Natural Resources
8  Indian Resourcm Section
9  P.O. Box 44378
   Washington, D.C. 20026-4378
10

11 Eugnee Madrigal, Esq.
   28581 Front St., No. 108
12 Temecula, CA 92590

13 Asst. Chief of Staff, Facilities
   Box 555013
14 Marine Corps Base
15 Camp Pendleton, CA 92055-5013

16 Counsel Western Bases
   P.O. Box 555231
17 Marine Corps Base - Bldg. 1254
18 Camp Pendleton, CA 92055-5231

19 Asst. Chief of Staff, Environmental Security
   Box 555008
20 Marine Corps Base
21 Camp Pendleton, CA 92055-5008

22 Asst. Chief of Staff, Facilitles
   Attn: Officer of Water Resources
23 Box 555013
24 Marine Corps Base
   Camp Pendleton, CA 92055-5013
25

26

27     United States Of America v. Fallbrook Public Utility District - Civil Action No. 51-1247-SD-GT

28                                          3

| | |
|---|---|
| 1 | Richard & Christine McMillan |
| 2 | Gary & Patricia McMillan |
| | McMillan Farm Management |
| 3 | 29379 Rancho California Rd., Suite 201 |
| | Temecula, CA 92362 |
| 4 | |
| 5 | Temecula Ranchos |
| | c/o McMillan Farm Management |
| 6 | 29379 Rancho California Rd., No. 201 |
| | Temecula, CA 92591 |
| 7 | |
| 8 | Michael E. McPherson, Esq. |
| | 344 Plumosa Avenue |
| 9 | Vista, CA 92083 |
| 10 | Donald E. Forsyth |
| 11 | Metropolitan Water District |
| | 33752 Newport Road |
| 12 | Winchester, CA 92596 |
| 13 | |
| | General Counsel |
| 14 | Metropolitan Water Distriot |
| | P.O. Box 54153 |
| 15 | Los Angeles, CA 90054 |
| 16 | Michael J. Lopez |
| 17 | Metropolitan Water District |
| | Lake Skinner Section |
| 18 | 33740 Borel Road |
| | Winchester, CA 92596 |
| 19 | |
| 20 | Darwin Porter |
| | Metropolitan Water District |
| 21 | Skinner Branch |
| | 33740 Borel Road |
| 22 | Winchester, CA 92596 |
| 23 | |
| | Larry Minor |
| 24 | P.O. Box 398 |
| | San Jacinto, CA 92581 |
| 25 | |
| 26 | |
| 27 | United States Of America v. Fallbrook Public Utility District - Civil Action No. 51-1247-SD-GT |
| 28 | 4 |

```
 1  General Manager
    Murrieta County Water District
 2  P.O. Box 949
 3  Murriet, CA. 92564

 4  Ron Glidden
    Water Resource Manager
 5  Pechanga Indian Reservation
 6  P.O. Box 1477
    Temecula,, CA 92593
 7
    Pechanga Tribal Spokesperson
 8  Pechanga Indian Reservation
 9  P.O. Box 1477
    Temecula, CA 92593
10
    General Manager
11  Rainbow MWD
12  P.O. Box 2500
    Fallbrook, CA 92088-2500
13
    Mr. Joseph D. Hamilton
14  Ramona Reservation
15  39440 Cary Road
    Anza, CA92539
16
    Mr. Manual Hamilton
17  Tribal Chairman
    Ramona Band of Cahuilla Indians
18  P.O. Box 391372
19  Anza, CA 92539

20
    Scott Williams, Esq.
21  Alexander, Berkey, Williams and Wethers
    Counsel for Ramona Band
22  2000 Center Street, Suite 308
23  Berkley, CA 94704

24
25
26
27       United States Of America v. Fallbrook Public Utility District  - Civil Action No. 51-1247-SD-GT
28                                           5
```

| | |
|---|---|
| 1 | Curtis Berkey, Esq. |
| 2 | Alexander, Berkey, Williams and Weathers<br>Counsel for Ramona Band |
| 3 | 2000 Center Street, Suite 308<br>Berkley, CA 94704 |
| 4 | |
| 5 | Rancho Cal RV Resort OA<br>Ann: General Manager |
| 6 | P.O. Box 214<br>Aguanga, CA 92536 |
| 7 | |
| 8 | General Manager<br>Rancho California |
| 9 | P.O. Box 9017<br>Temecula, CA 92589-9017 |
| 10 | |
| 11 | Art Diez<br>Riverside Co. Flood Control and Water Conservation District |
| 12 | 1995 Market Street<br>Riverside, CA 92501 |
| 13 | |
| 14 | Director<br>Riverside Co. Planning |
| 15 | 4080 Lemon St., 9th Floor<br>Riverside, CA 92501 |
| 16 | |
| 17 | SDSU Field Station Programs<br>Attn: Dr. Claudia Luke, Reserve Director |
| 18 | 5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| 19 | |
| 20 | Nobuo Komota<br>C/O Richard Woo |
| 21 | Soliton Tech<br>2635 N. First St., Suite 213 |
| 22 | San Jose, CA 95134 |
| 23 | |
| 24 | Michael Staples, Esq.<br>Jackson, DeMarco & Peckenpaugh |
| 25 | 2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| 26 | |
| 27 | United States Of America v. Fallbrook Public Utility District  - Civil Action No. 51-1247-SD-GT |
| 28 | 6 |

1 | Bill Steele
2 | US Bureau of Reclamation
  | 27708 Jefferson Ave., No. 202
3 | Temecula CA *92590*

4 | Pamela Williams, Solicitor Office
  | U.S. Dept. of Interior
5 | Division of Indian Affairs
6 | 1849 C Street
  | Washington, D.C. 20240
7 |

8 | James L Fletcher
  | U.S. Department of Interior
9 | Bureau of Indian Affairs
  | 1451 Research Park Drive
10 | Riverside, CA 92507-2471

11 |
  | Rick Gundry
12 | U.S. Department of Interior
  | Bureau of Indian Affairs
13 | 1451 Research Park Drive
  | Riverside, CA 92507-2471
14 |

15 | Leslie Cleveland
  | *U.S.* Department of Interior
16 | Bureau of Reclamation
  | 27708 Jefferson Ave., Suite 202
17 | Temecula, CA 92590-2628

18 |
  | James S. Jenks, Watermaster
19 | Santa Margarita River *Watershed*
  | P.O. Box 631
20 | Fallbrook, CA 92085-0631

21 |
  | Norman L Thomas
22 | Western MWD
  | P.O. Box 5296
23 | Riverside, CA 92517

24 |

25 |

26 |

27 | United States Of America v. Fallbrook Public Utility District - Civil Action No. 51-1247-SD-GT

28 | 7

| | |
|---|---|
| 1 | Jessie Avila |
| 2 | Leticia Aviia |
| | 226 S. Waverly St. |
| 3 | Orange, CA 92866 |
| 4 | Alexander Ray Borel |
| 5 | Leonard Roy Borel |
| | 30195 Auld Road |
| 6 | Murrieta, CA 92563 |
| 7 | Alexander A. Borel |
| 8 | 37760 Borel Rd, |
| | Murrita, CA 92563 |
| 9 | |
| 10 | Alex A- Borel |
| | 37760 Borel Rd. |
| 11 | Murrieta, CA 92563 |
| 12 | Robert B, Carter |
| | Jane L, Carter |
| 13 | P.O. Box 847 |
| 14 | Temecula, CA 92593 |
| 15 | Carvi Auto Body & Paint, Inc. |
| | 18266 Santa Carlotta Street. |
| 16 | Fountain Valley, CA 92708 |
| 17 | |
| | Francisco Cornejo |
| 18 | Hans F. Wenzel |
| | P.O. Box 890395 |
| 19 | Temecula, CA 92589 |
| 20 | |
| | Roger Cuevas |
| 21 | Cecilia Cuevas |
| | 1849 Ayes Way |
| 22 | Burbank, CA 91501 |
| 23 | |
| | Samual Desantiago |
| 24 | *11526* Holmes Ave. |
| | Mira, Loma, Ca 91752 |
| 25 | |
| 26 | |
| 27 | United States Of America v. Fallbrook Public Utility District  - Civil Action No. 51-1247-SD-GT |
| 28 | 8 |

| | |
|---|---|
| 1 | French Valley Commercial Partners |
| 2 | 29395 Agoura Rd., No. 204 |
|   | Agoura Hills, CA 91301 |
| 3 | |
|   | David Ray Hopkins |
| 4 | Cherlyn Ann Hopkins |
|   | 37523 Mary Francis Road |
| 5 | Winchester, CA 92596 |
| 6 | |
|   | Mazoe Smith 2003 Trust |
| 7 | 32624 Mazoe St. |
|   | Winchester, CA 92596 |
| 8 | |
| 9 | Metropolitan Water Distict |
|   | P.O. Box 54143 |
| 10 | Los Angeles, CA 90054 |
| 11 | |
|    | Patricia Miller |
| 12 | 16502 Nectarine Way |
|    | Lake Elsinore, CA 92530 |
| 13 | |
|    | Alfonso Munoz |
| 14 | Manuela Munoz |
| 15 | P.O. Box 890395 |
|    | Temecula, CA 925S9 |
| 16 | |
|    | Rancho Bella Vista, LLC |
| 17 | 43529 Ridge Park Dr, |
| 18 | Temecula, CA 92590 |
| 19 | |
|    | Anthoney A Teller |
| 20 | 32295 Buena Ventura RA. |
|    | Winchester, CA 92596 |
| 21 | |
|    | Larry A. Urban |
| 22 | 2207 Garnet Ave. No.E |
| 23 | San Diego, CA 92109 |
| 24 | |
| 25 | |
| 26 | |
| 27 | United States Of America v. Fallbrook Public Utility District - Civil Action No. 51-1247-SD-GT |
| 28 | 9 |