Robert H. James, General Counsel
SACHSE, JAMES & LOPARDO
205 W. Alvarado St.
Fallbrook, CA  92028-2002
760-728-1154

FILED
05 SEP -9 AM 9:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                             DEPUTY

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br> et al., ) <br> ) | Civil Action No. 51-1247-SD-GT <br><br> MOTION FOR AUTHORIZATION FOR STEERING COMMITTEE TO ENTER CONTRACT NEGOTIATIONS WITH PROPOSED WATERMASTER FOR THE SANTA MARGARITA RIVER WATERSHED UPON RETIREMENT OF CURRENT WATERMASTER, JAMES S. JENKS |

TO:   ALL DESIGNATED PARTIES AND INTERESTED NON-PARTIES:

Fallbrook Public Utility District, as a representative of the Steering Committee of the Santa Margarita River Watershed, with approval of said Steering Committee, hereby moves for this Court's authority and direction for the Steering Committee to negotiate an employment contract

1

MOTION - WATERMASTER CONTRACT

with a replacement Watermaster of the Santa Margarita Watershed upon notice to the Steering Committee of the planned retirement of the current Watermaster, James S. Jenks.

The Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee has conducted a selection process for the appointment of a Watermaster to replace James S. Jenks in the above-referenced case. The Selection Committee, pursuant to the direction of the Court, has designated three finalists and selected from among the three finalists its recommendation for the replacement Watermaster.

The three finalists whose resumes are attached hereto as Exhibit "A", in order of preference by the Committee are as follows:

1. Charles Binder
2. Scott Thomas
3. Robert Wagner

The Committee respectfully requests the Court execute the proposed Order attached hereto as Exhibit "B", directing and authorizing the Steering Committee to negotiate an agreement with Charles Binder to serve as Watermaster of the Santa Margarita River Watershed.

SACHSE, JAMES & LOPARDO

Dated: September 7, 2005

By: _____
Robert H. James, Esq.
General Counsel for
Fallbrook Public Utility District

# CHARLES BINDER

## EDUCATIONAL BACKGROUND

Master of Business Administration - Finance and Accounting - 2003
    University of California; Davis, CA

Master of Science - Civil Engineering - 1981
    Colorado State University; Fort Collins, CO

Bachelor of Science - Agricultural Engineering - 1978
    Colorado State University; Fort Collins, CO

## CERTIFICATION

Registered Professional Engineer - CA

## SUMMARY OF EXPERIENCE

| | |
|---|---|
| 2004 to Present | **Binder & Associates Consulting, Inc.** (Folsom, CA)<br>President and Prinicpal Engineer |
| 2001 to 2004 | **Science Applications International Corporation** (Sacramento, CA)<br>Principal Engineer |
| 1993 to 2001 | **Bookman-Edmonston Engineering** (Sacramento, CA)<br>Director |
| 1989 to 1993 | **Todd Engineers** (Berkeley, CA)<br>Senior Engineer |
| 1985 to 1989 | **Spronk Water Engineers** (Denver, CO)<br>Senior Engineer and Part Owner |
| 1983 to 1985 | **Simons, Li & Associates** (Salt Lake City, UT)<br>Senior Engineer |
| 1980 to 1983 | **Ted Zorich & Associates** (Denver, CO)<br>Project Engineer |

## COMPENSATION

Mr. Binder reports a current base salary of $120,000, plus a full benefits package.

**Address:** 928 Halidon Way
Folsom, CA 95630

**Telephone:** Home: (916) 984-7457
Work: (916) 932-2335

**Email:** cwbinder@binder-associates.com

# SCOTT THOMAS

## EDUCATIONAL BACKGROUND

Doctor of Philosphy - Environmental Science and Public Policy - 2005
    George Mason University; Fairfax, VA

Master of Arts - Business and Management (Double Major) - 1990
    Webster University; Saint Louis, MO

Bachelor of Arts - History (Merit Scholarship) - 1984
    Hampden-Sydney College; Farmville, VA

## SUMMARY OF EXPERIENCE

| | |
|---|---|
| 2002 to Present | **Marine Corps Base Camp Pendleton** (Pendleton, CA)<br>Facilities<br>*Office of Water Resources*<br>Director of Water Resources |
| 1998 to 2002 | **Marine Corps Air Station Camp Pendleton** (Pendleton, CA)<br>Environmental<br>Environmental Officer |
| 1994 to 1998 | **Marine Corps Base Camp Pendleton** (Pendleton, CA)<br>Environmental Security<br>Environmental Protection Specialist |
| 1993 to 1994 | **Marine Corps Air Ground Combat Center** (29 Palms, CA)<br>Natural Resources and Environmental Affairs<br>*Air Quality*<br>Environmental Protection Specialist |
| 1984 to 1993 | **U. S. Marine Corps** (Multiple Locations, Nationwide)<br>2nd Lieutenant through Captain |

## COMPENSATION

Dr. Thomas reports a current base salary of $91,051, plus a full benefits package.

Address:    33344 Embassy Avenue

Telephone:      Temecula, CA 92592
                Home: (951) 302-6099
                Work: (760) 725-1059

Email:          thomasjs01@pendleton.usmc.mil

# ROBERT WAGNER

## EDUCATIONAL BACKGROUND

Bachelor of Science - Civil Engineering - 1988
    California State University; Sacramento, CA

## CERTIFICATION

Registered Professional Engineer - CA

## SUMMARY OF EXPERIENCE

| | |
|---|---|
| 1998 to Present | **Wagner & Bonsignore Consulting Civil Engineer** (Sacramento, CA)<br>President |
| 1990 to 1998 | **James C. Hanson Consulting Engineers** (Sacramento, CA)<br>Senior Engineer |
| 1988 to 1990 | **State Water Resources Control Board** (Sacramento, CA)<br>Assistant Civil Engineer |

## COMPENSATION

Mr. Wagner reports a current base salary of $144,000, plus a full benefits package.

| | |
|---|---|
| **Address:** | 444 N. Third Street #325<br>Sacramento, CA Sacramento |
| **Telephone:** | **Home:** (916) 718-6203<br>**Work:** (916) 441-6852 |
| **Email:** | rcwagner@wagner-engrs.com |

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 51-1247-SD-GT<br><br>ORDER AUTHORIZING CONTRACT NEGOTIATIONS FOR WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED AND APPOINTMENT OF WATERMASTER |

Fallbrook Public Utility District (Fallbrook), on behalf of the Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee, having submitted a proposed Order Authorizing Contract Negotiations with the proposed Replacement Watermaster for the Santa Margarita River Watershed, to this Court and no objections having been filed within the filing period,

IT IS ORDERED THAT the Watermaster Steering Committee is hereby authorized and directed to negotiate and execute an employment contract with Charles Binder, doing business as Binder & Associates Consulting, Inc., to serve as Watermaster for the Santa Margarita River Watershed.

///

---

1

ORDER - WATERMASTER

1        IT IS FURTHER ORDERED THAT upon execution of the contract, Charles Binder shall
2  serve as Watermaster of the Santa Margarita River Watershed.

4  DATED: _____, 2005

                                               GORDON THOMPSON, JR., JUDGE
                                               UNITED STATES DISTRICT COURT