FILED

05 SEP 16 PM 12: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>                 Defendants. | Civil Action No. 51-1247-SD-GT<br><br>ORDER SETTING NOTICE<br>REQUIREMENTS FOR<br>MOTION FOR AUTHORIZATION<br>FOR STEERING COMMITTEE TO<br>ENTER CONTRACT<br>NEGOTIATIONS WITH<br>PROPOSED WATERMASTER<br>FOR THE SANTA MARGARITA<br>RIVER WATERSHED UPON<br>RETIREMENT OF CURRENT<br>WATERMASTER,<br>JAMES S. JENKS, |

Upon presentation and consideration of the proposed "Motion for Authorization for Steering Committee to Enter Contract Negotiations with Proposed Watermaster for the Santa Margarita River Watershed upon Retirement of Current Watermaster, James S. Jenks",

IT IS HEREBY ORDERED AND DIRECTED THAT:

1.     Movant shall promptly (a) post the Public Notice attached to this Order as Exhibit A in a public area, and (b) make copies of the Motion with attached resumes of the three finalists available to the public for examination during normal working hours at the offices of:

                     Fallbrook Public Utility District
                     900 East Mission Road, Fallbrook, CA

1

1
2

        Rancho California Water District
        42135 Winchester Road, Temecula, CA

3
4

        Lake Skinner Reservoir Field Office
        33740 Borel Road, Winchester, CA

5
6
7
8

    2.      Movant shall also cause publication of the Public Notice attached to this Order as Exhibit A, once a week, for at least two consecutive weeks prior to _OcTOBER  17_, 2005, in the *Riverside Press Enterprise*, *North County Times* (Fallbrook Edition) and the *Temecula Californian*.

9
10
11

    3.      Movant shall mail copies of the Public Notice attached to this Order as Exhibit A to the entities listed on the attached Service List (Santa Margarita River Watershed dated Nov. 24, 2004).  Such mailing to occur not later than _OcToBER  3_, 2005.

12
13
14

    4.      Objections, if any, to the appointment of Charles Binder as the next Watermaster of the Santa Margarita River Watershed must be filed with the District Court within twenty (20) days after completion of the mailing period states in Item 3 above.

15
16
17

DATED: _Sept. 16_ 2005

                                      _Gordon Thompson Jr._
        JUDGE, UNITED STATES DISTRICT COURT

18
19
20
21
22
23
24
25
26
27
28

# PUBLIC NOTICE

The Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee conducted a selection process for the appointment of a Watermaster to replace James S. Jenks.  The Selection Committee, pursuant to the direction of the District Court, selected three finalists.  The three finalists in the order of preference by the Committee are:

      1.    Charles Binder
      2.    Scott Thomas
      3.    Robert Wagner

Copies of the Motion and Resumes of the three finalists, proposed Order and supporting documents may be examined during normal working hours at the offices of:

    a.    Fallbrook Public Utility District
        900 East Mission Road, Fallbrook, CA

    c.    Rancho California Water District
        42135 Winchester Road, Temecula, CA

    d.    Lake Skinner Reservoir Field Office
        33740 Borel Road, Winchester, CA

\* \* \* \* \* \* \* \* \* \* \* \* \*

1

**SERVICE LIST**

2

SANTA MARGARITA RIVER WATERSHED
Santa Margarita Watermaster's List as of August 23, 2005

3

4
Agri-Empire, Inc.
P.O. Box 490
5
San Jacinto, CA  92383

6
Jackie Spanley, Chairman
7
AVMAC
P.O. Box 391076
8
Anza, CA  92539

9
Elsa Barton
10
217 N. Palm
Hemet, CA  92543

11
Eugenia Nogales, Chairperson
12
Cahuilla Band of Indians
P.O. Box 391760
13
Anza, CA  92539

14
C. Michael Cowett, Esq.
15
Best, Best & Krieger
402 West Broadway, 13th Floor
16
San Diego, CA  92101-3542

17
Francis and Jean Domenigoni
18
Francis N. & Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
19
Domenigoni Brothers Ranch
33011 Holland Road
20
Winchester, CA  92596

21
Fred Domenigoni
22
31011 Holland Road
Winchester, CA  92596

23

24
Cindy and Andy Domenigoni
31851 Winchester Road
25
Winchester, CA  92596

26

27

28

1

1    Richard Hall, Director
2    Eastern MWD
     P.O. Box 8300
3    Perris, CA  92572-8300

4    Mike Luker
     Eastern MWD
5    P.O. Box 8300
6    Perris, CA  92572-8300

7    Anthony J. Pack, General Manager
     Eastern MWD
8    P.O. Box 8300
9    Perris, CA  92572-8300

10   General Manager
     Elsinore Valley MWD
11   P.O. Box 3000
     Lake Elsinore, CA  92330
12

13   Keith Lewinger, General Manager
     Fallbrook Public Utility District
14   P.O. Box 2290
     Fallbrook, CA  92088-2290
15

16   Robert H. James, Esq.
     Sachse, James & Lopardo
17   205 W. Alvarado St.
     Fallbrook, CA  92028-2002
18

19   Patrick Barry, Esq.
     Environmental & Natural Resources Division
20   Indian Resources Section
     P.O. Box 44378
21   Washington, D.C.  20026-4378

22   Eugene Madrigal, Esq.
     28581 Front St., No. 108
23   Temecula, CA  92590

24
     Asst. Chief of Staff, Facilities
25   Box 555013
     Marine Corps Base
26   Camp Pendleton, CA  92055-5013

27

28

SERVICE LIST

Counsel Western Bases
P.O. Box 555231
Marine Corps Base – Bldg. 1254
Camp Pendleton, CA  92055-5231

Asst Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA  92055-5008

Asst. Chief of Staff, Facilities
Attn:  Officer of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd., Suite 201
Temecula, CA  92362

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Rd., No. 201
Temecula, CA  92591

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Amy Gallaher
Metropolitan Water Distirct
P.O. Box 54153
Los Angeles, CA  90054-0153

Donald E. Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA  92596

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054

3

1
2
3

Michael J. Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

4
5
6
7

Darwin Potter
Metropolitan Water District
Skinner Branch
33740 Borel Road
Winchester, CA  92596

8
9

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

10
11
12

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA  92564

13
14
15
16

Ron Glidden
Water Resource Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA  92593

17
18

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA  92593

19
20
21

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA  92088-2500

22
23
24

Mr. Joseph D. Hamilton
Ramona Reservation
39440 Cary Road
Anza, CA  92539

25
26
27
28

Mr. Manual Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P.O. Box 391372
Anza, CA  92539

4

1

Scott Williams, Esq.

2

Alexander, Berkey, Williams and Weathers
Counsel for Ramona Band

3

2000 Center Street, Suite 308
Berkley, CA  94704

4

5

Curtis Berkey, Esq.
Alexander, Berkey, Williams and Weathers

6

Counsel for Ramona Band
2000 Center Street, Suite 308

7

Berkley, CA  94704

8

Rancho Cal RV Resort OA

9

Attn:  General Manager
P.O. Box 214

10

Aguanga, CA 92536

11

General Manager
Rancho California WD

12

P.O. Box 9017

13

Temecula, CA  92589-9017

14

Linda Garcia
Riverside Co. Flood Control and Water Conservation District

15

1995 Market Street
Riverside, CA  92501

16

17

Director
Riverside Co. Planning

18

4080 Lemon St., 9th Floor
Riverside, CA  92501

19

20

SDSU Field Station Programs
Attn:  Dr. Claudia Luke, Reserve Director

21

5500 Campanile Drive
San Diego, CA  92182-4614

22

23

Nobuo Komota
c/o Richard Woo

24

Soliton Tech
2635 N. First St., Suite 213

25

San Jose, CA  95134

26

27

28

5

SERVICE LIST

Michael Staples, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA  92614

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave., No. 202
Temecula, CA  92590

Michael A. Gheleta, Esq.
U.S. Dept of Justice
Environment & Natural Resources Division
999 Eighteenth St., Suite 945
Denver, CO  80202

Pamela Williams, Solicitor Office
U.S. Dept. of Interior
Division of Indian Affairs
1849 C Street
Washington, D.D.  20240

James J. Fletcher
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA  92507-2471

Rick Gundry
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA  92507-2471

Leslie Cleveland
U.S. Department of Interior
Bureau of Reclamation
27708 Jefferson Ave., Suite 202
Temecula, CA  92590-2628

James S. Jenks, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA  92088-0631

6

SERVICE LIST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Norman L. Thomas
Western MWD
P.O. Box 5286
Riverside, CA  92517

7

SERVICE LIST