FILED

05 NOV -2 AM 8:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 51-1247-SD-GT<br><br>AMENDED ORDER SETTING NOTICE REQUIREMENTS FOR MOTION FOR AUTHORIZATION FOR STEERING COMMITTEE TO ENTER CONTRACT NEGOTIATIONS WITH PROPOSED WATERMASTER FOR THE SANTA MARGARITA RIVER WATERSHED UPON RETIREMENT OF CURRENT WATERMASTER, JAMES S. JENKS, |

Upon presentation and consideration of the proposed "Motion for Authorization for Steering Committee to Enter Contract Negotiations with Proposed Watermaster for the Santa Margarita River Watershed upon Retirement of Current Watermaster, James S. Jenks",

IT IS HEREBY ORDERED AND DIRECTED THAT:

1.　　Movant shall promptly (a) post the Public Notice attached to this Order as Exhibit A in a public area, and (b) make copies of the Motion with attached resumes of the three finalists available to the public for examination during normal working hours at the offices of:

　　　　Fallbrook Public Utility District
　　　　900 East Mission Road, Fallbrook, CA

1

Rancho California Water District
42135 Winchester Road, Temecula, CA

Lake Skinner Reservoir Field Office
33740 Borel Road, Winchester, CA

2. Movant shall also cause publication of the Public Notice attached to this Order as Exhibit A, once a week, for at least two consecutive weeks prior to October 31, 2005, in the *Riverside Press Enterprise*, *North County Times* (Fallbrook Edition) and the *Temecula Californian*.

3. Movant shall mail copies of the Public Notice attached to this Order as Exhibit A to the entities listed on the attached Service List (Santa Margarita River Watershed dated Nov. 24, 2004). Such mailing to occur not later than October 3, 2005.

4. Objections, if any, to the appointment of Charles Binder as the next Watermaster of the Santa Margarita River Watershed must be filed with the District Court within twenty (20) days after completion of the mailing period states in Item 3 above.

DATED: 11-1 , 2005

JUDGE, UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | Robert H. James, General Counsel |
| | SACHSE, JAMES & LOPARDO |
| 2 | 205 W. Alvarado St. |
| | Fallbrook, CA 92028-2002 |
| 3 | 760-728-1154 |
| 4 | |
| 5 | Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT |

### UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 51-1247-SD-GT |
| Plaintiff, | ) ) | PROOF OF SERVICE |
| vs. | ) ) | BY MAIL AND POSTING |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) ) ) | |

STATE OF CALIFORNIA )
                     : ss
COUNTY OF SAN DIEGO )

      I am a citizen of the United States and a residenctof the County of San Diego, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 205 West Alvarado St., Fallbrook, CA 92028.

      Attached hereto as Exhibit "A" is the original of a statement by Ruth Allen, Secretary/Treasurer of the Fallbrook Public Utility District, verifying compliance with the court's Order of September 16, 2005, requiring posting of the Public Notice and making copies of the Motion and Resumes available to the public.

      On September 22, 2005, I served the following documents described as:

PUBLIC NOTICE and

ORDER SETTING REQUIREMENTS FOR MOTION FOR AUTHORIZATION FOR STEERING COMMITTEE TO ENTER CONTRACT NEGOTIATIONS

1

PROOF OF SERVICE AND POSTING

WITH PROPOSED WATERMASTER FOR THE SANTA MARGARITA RIVER WATERSHED UPON RETIREMENT OF CURRENT WATERMASTER, JAMES S. JENKS

on all interested parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the service list attached hereto as Exhibit "B".

I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Fallbrook, California.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS PROOF OF SERVICE WAS EXECUTED ON THE 23rd DAY OF SEPTEMBER, 2005, AT FALLBROOK, CALIFORNIA.

BRENDA HENDERSON

EXHIBIT "A"

I, Ruth Allen, Secretary/Treasurer of the Fallbrook Public Utility District, certify that on September 23, 2005, I posted the Public Notice, Motion, and Resumes of the three Watermaster finalists, and made available to the public the supporting documents for examination during normal working hours, at the offices of the Fallbrook Public Utility District, Rancho California Water District, and the Lake Skinner Reservoir Field Office.

By _____    Dated  9-23-05

EXHIBIT "A"

EXHIBIT "B"

# SERVICE LIST

SANTA MARGARITA RIVER WATERSHED
Santa Margarita Watermaster's List as of August 23, 2005

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA  92383

Jackie Spanley, Chairman
AVMAC
P.O. Box 391076
Anza, CA  92539

Elsa Barton
217 N. Palm
Hemet, CA  92543

Eugenia Nogales, Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA  92539

C. Michael Cowett, Esq.
Best, Best & Krieger
402 West Broadway, 13th Floor
San Diego, CA  92101-3542

Francis and Jean Domenigoni
Francis N. & Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA  92596

Fred Domenigoni
31011 Holland Road
Winchester, CA  92596

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA  92596

1

| | |
|---|---|
| 1 | Richard Hall, Director |
| 2 | Eastern MWD |
|   | P.O. Box 8300 |
| 3 | Perris, CA  92572-8300 |
| 4 | Mike Luker |
|   | Eastern MWD |
| 5 | P.O. Box 8300 |
| 6 | Perris, CA  92572-8300 |
| 7 | Anthony J. Pack, General Manager |
|   | Eastern MWD |
| 8 | P.O. Box 8300 |
| 9 | Perris, CA  92572-8300 |
| 10 | General Manager |
|    | Elsinore Valley MWD |
| 11 | P.O. Box 3000 |
|    | Lake Elsinore, CA  92330 |
| 12 | |
| 13 | Keith Lewinger, General Manager |
|    | Fallbrook Public Utility District |
| 14 | P.O. Box 2290 |
|    | Fallbrook, CA  92088-2290 |
| 15 | |
| 16 | Robert H. James, Esq. |
|    | Sachse, James & Lopardo |
| 17 | 205 W. Alvarado St. |
|    | Fallbrook, CA  92028-2002 |
| 18 | |
| 19 | Patrick Barry, Esq. |
|    | Environmental & Natural Resources Division |
| 20 | Indian Resources Section |
|    | P.O. Box 44378 |
| 21 | Washington, D.C.  20026-4378 |
| 22 | Eugene Madrigal, Esq. |
|    | 28581 Front St., No. 108 |
| 23 | Temecula, CA  92590 |
| 24 | |
|    | Asst. Chief of Staff, Facilities |
| 25 | Box 555013 |
|    | Marine Corps Base |
| 26 | Camp Pendleton, CA  92055-5013 |
| 27 | |
| 28 | |

2

SERVICE LIST

| | |
|---|---|
| 1 | Counsel Western Bases |
| 2 | P.O. Box 555231 |
|   | Marine Corps Base – Bldg. 1254 |
| 3 | Camp Pendleton, CA  92055-5231 |
| 4 | Asst Chief of Staff, Environmental Security |
|   | Box 555008 |
| 5 | Marine Corps Base |
| 6 | Camp Pendleton, CA  92055-5008 |
| 7 | Asst. Chief of Staff, Facilities |
|   | Attn:  Officer of Water Resources |
| 8 | Box 555013 |
|   | Marine Corps Base |
| 9 | Camp Pendleton, CA  92055-5013 |
| 10 | |
|    | Richard & Christine McMillan |
| 11 | Gary & Patricia McMillan |
|    | McMillan Farm Management |
| 12 | 29379 Rancho California Rd., Suite 201 |
|    | Temecula, CA  92362 |
| 13 | |
| 14 | Temecula Ranchos |
|    | c/o McMillan Farm Management |
| 15 | 29379 Rancho California Rd., No. 201 |
|    | Temecula, CA  92591 |
| 16 | |
| 17 | Michael E. McPherson, Esq. |
|    | 344 Plumosa Avenue |
| 18 | Vista, CA  92083 |
| 19 | Amy Gallaher |
|    | Metropolitan Water Distirct |
| 20 | P.O. Box 54153 |
| 21 | Los Angeles, CA  90054-0153 |
| 22 | Donald E. Forsyth |
|    | Metropolitan Water District |
| 23 | 33752 Newport Road |
| 24 | Winchester, CA  92596 |
| 25 | General Counsel |
|    | Metropolitan Water District |
| 26 | P.O. Box 54153 |
|    | Los Angeles, CA  90054 |
| 27 | |
| 28 | |

3

SERVICE LIST

```
 1    Michael J. Lopez
      Metropolitan Water District
 2    Lake Skinner Section
      33740 Borel Road
 3    Winchester, CA  92596

 4    Darwin Potter
      Metropolitan Water District
 5    Skinner Branch
      33740 Borel Road
 6    Winchester, CA  92596

 7
      Larry Minor
 8    P.O. Box 398
      San Jacinto, CA  92581
 9

10    General Manager
      Murrieta County Water District
11    P.O. Box 949
      Murrieta, CA  92564
12
      Ron Glidden
13    Water Resource Manager
      Pechanga Indian Reservation
14    P.O. Box 1477
      Temecula, CA  92593
15

16    Pechanga Tribal Spokesperson
      Pechanga Indian Reservation
17    P.O. Box 1477
      Temecula, CA  92593
18

19    General Manager
      Rainbow MWD
20    P.O. Box 2500
      Fallbrook, CA  92088-2500
21

22    Mr. Joseph D. Hamilton
      Ramona Reservation
23    39440 Cary Road
      Anza, CA  92539
24

25    Mr. Manual Hamilton
      Tribal Chairman
26    Ramona Band of Cahuilla Indians
      P.O. Box 391372
27    Anza, CA  92539

28
```

4

SERVICE LIST

| | |
|---|---|
| 1 | Scott Williams, Esq. |
| 2 | Alexander, Berkey, Williams and Weathers<br>Counsel for Ramona Band |
| 3 | 2000 Center Street, Suite 308<br>Berkley, CA 94704 |
| 4 | |
| 5 | Curtis Berkey, Esq.<br>Alexander, Berkey, Williams and Weathers |
| 6 | Counsel for Ramona Band<br>2000 Center Street, Suite 308 |
| 7 | Berkley, CA 94704 |
| 8 | Rancho Cal RV Resort OA |
| 9 | Attn: General Manager<br>P.O. Box 214 |
| 10 | Aguanga, CA 92536 |
| 11 | General Manager |
| 12 | Rancho California WD<br>P.O. Box 9017 |
| 13 | Temecula, CA 92589-9017 |
| 14 | Linda Garcia |
| 15 | Riverside Co. Flood Control and Water Conservation District<br>1995 Market Street |
| 16 | Riverside, CA 92501 |
| 17 | Director |
| 18 | Riverside Co. Planning<br>4080 Lemon St., 9th Floor |
| 19 | Riverside, CA 92501 |
| 20 | SDSU Field Station Programs<br>Attn: Dr. Claudia Luke, Reserve Director |
| 21 | 5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| 22 | |
| 23 | Nobuo Komota<br>c/o Richard Woo |
| 24 | Soliton Tech<br>2635 N. First St., Suite 213 |
| 25 | San Jose, CA 95134 |
| 26 | |
| 27 | |
| 28 | |

5

SERVICE LIST

| | |
|---|---|
| 1 | Michael Staples, Esq. |
| 2 | Jackson, DeMarco & Peckenpaugh |
| | 2030 Main Street, Suite 1200 |
| 3 | Irvine, CA 92614 |
| 4 | Bill Steele |
| | US Bureau of Reclamation |
| 5 | 27708 Jefferson Ave., No. 202 |
| 6 | Temecula, CA 92590 |
| 7 | Michael A. Gheleta, Esq. |
| | U.S. Dept of Justice |
| 8 | Environment & Natural Resources Division |
| 9 | 999 Eighteenth St., Suite 945 |
| | Denver, CO 80202 |
| 10 | |
| | Pamela Williams, Solicitor Office |
| 11 | U.S. Dept. of Interior |
| | Division of Indian Affairs |
| 12 | 1849 C Street |
| 13 | Washington, D.D. 20240 |
| 14 | James J. Fletcher |
| | U.S. Department of Interior |
| 15 | Bureau of Indian Affairs |
| | 1451 Research Park Drive |
| 16 | Riverside, CA 92507-2471 |
| 17 | |
| | Rick Gundry |
| 18 | U.S. Department of Interior |
| | Bureau of Indian Affairs |
| 19 | 1451 Research Park Drive |
| 20 | Riverside, CA 92507-2471 |
| 21 | Leslie Cleveland |
| | U.S. Department of Interior |
| 22 | Bureau of Reclamation |
| | 27708 Jefferson Ave., Suite 202 |
| 23 | Temecula, CA 92590-2628 |
| 24 | |
| | James S. Jenks, Watermaster |
| 25 | Santa Margarita River Watershed |
| | P.O. Box 631 |
| 26 | Fallbrook, CA 92088-0631 |
| 27 | |
| 28 | |

6

SERVICE LIST

1  Norman L. Thomas
2  Western MWD
   P.O. Box 5286
3  Riverside, CA 92517
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

SERVICE LIST