FILED

05 NOV 15 PM 3:10

[CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA]

DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | Civil Action No. 51-1247-SD-GT<br><br>ORDER AUTHORIZING CONTRACT NEGOTIATIONS FOR WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED AND APPOINTMENT OF WATERMASTER |

　　Fallbrook Public Utility District (Fallbrook), on behalf of the Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee, having submitted a proposed Order Authorizing Contract Negotiations with the proposed Replacement Watermaster for the Santa Margarita River Watershed, to this Court and no objections having been filed within the filing period,

　　IT IS ORDERED THAT the Watermaster Steering Committee is hereby authorized and directed to negotiate and execute an employment contract with Charles Binder, doing business as Binder & Associates Consulting, Inc., to serve as Watermaster for the Santa Margarita River Watershed.

///

1     IT IS FURTHER ORDERED THAT upon execution of the contract, Charles Binder shall
2 serve as Watermaster of the Santa Margarita River Watershed.

4 DATED: Nov. 15, 2005

GORDON THOMPSON, JR., JUDGE
UNITED STATES DISTRICT COURT

1  Robert H. James, General Counsel
   SACHSE, JAMES & LOPARDO
2  205 W. Alvarado St.
   Fallbrook, CA 92028-2002
3  760-728-1154

4

5  Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

6

7

8

9            UNITED STATES DISTRICT COURT

10                    FOR THE

11          SOUTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,           )   Civil Action No. 51-1247-SD-GT
                                        )
14                       Plaintiff,     )   PROOF OF PUBLICATION
                                        )
15       vs.                            )
                                        )
16  FALLBROOK PUBLIC UTILITY DISTRICT,  )
    et al.,                             )
17                                      )

18

19

20

21

22

23

24

25

26

27

28

                                       1

# PROOF OF PUBLICATION
(2015.5 C.C.P.)

CNSB 881878

## STATE OF CALIFORNIA
County of Riverside

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to, or interested in the above entitled matter. I am an authorized representative of

**THE CALIFORNIAN**
*An Edition of the North County Times*

a newspaper of general circulation, published DAILY in the City of Temecula, California, 92590, County of Riverside, Three Lake Judicial District, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under the date of February 25, 1982, Case Number 147342; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof, on the following dates, to wit:

October 20 & 27   2005

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at TEMECULA, CALIFORNIA, this 27th day of October, 2005

_____
Signature

Legal Advertising Representative
Title

---

**PUBLIC NOTICE**

The Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee conducted a selection process for the appointment of a Watermaster to replace James S. Jenks. The Selection Committee, pursuant to the direction of the District Court, selected three finalists. The three finalists in the order of preference by the Committee are:

1. Charles Binder
2. Scott Thomas
3. Robert Wagner

Copies of the Motion and Resumes of the three finalists, proposed Order and supporting documents may be examined during normal working hours at the offices of:

a. Fallbrook Public Utility District
900 East Mission Road,
Fallbrook, CA

b. Rancho California Water District
42135 Winchester Road,
Temecula, CA

c. Lake Skinner Reservoir Field Office
33740 Borel Road,
Winchester, CA
10/20/2005, 10/27/2005
CNS-881878#
THE CALIFORNIAN
(TEMECULA)

**PROOF OF PUBLICATION**
**(2010 & 2011 C.C.P.)**

This space is for the County Clerk's Filing Stamp

STATE OF CALIFORNIA
County of San Diego

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

Proof of Publication of

# North County Times

Formerly known as the Blade-Citizen and The Times-Advocate and which newspapers have been adjudicated newspapers of general circulation by the Superior Court of the County of San Diego, State of California, for the City of Oceanside and the City of Escondido, Court Decree number 171349, for the County of San Diego, that the notice of which the annexed is a printed copy (set in type not smaller than nonpariel), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

October 21st & 28th, 2005

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at **SAN MARCOS** California

This 28th Day of October, 2005

_____
Signature
Jane Allshouse
NORTH COUNTY TIMES
Legal Advertising

---

**PUBLIC NOTICE**

The Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee conducted a selection process for the appointment of a Watermaster to replace James S. Jenks. The Selection Committee, pursuant to the direction of the District Court, selected three finalists. The three finalists in the order of preference by the Committee are:

1. Charles Binder
2. Scott Thomas
3. Robert Wagner

Copies of the Motion and Resumes of the three finalists, proposed Order and supporting documents may be examined during normal working hours at the offices of:

a. Fallbrook Public Utility District
900 East Mission Road, Fallbrook, CA

b. Rancho California Water District
42135 Winchester Road, Temecula, CA

c. Lake Skinner Reservoir Field Office
33740 Borel Road, Winchester, CA
10/21/2005, 10/28/2005
CNS-881912#
NORTH COUNTY TIMES
NCT 1865497

# THE PRESS-ENTERPRISE

Corona-Norco Independent, Elsinore Sun-Tribune,
Rancho News, Sun City News, Menifee Valley News

3512 Fourteenth Street
Riverside CA 92501-3878
951-684-1200
951-368-9018 FAX

**PROOF OF PUBLICATION**
**(2010, 2015.5 C.C.P.)**

PROOF OF PUBLICATION OF

LE-Open

Ad Desc.: Watermaster Selection Comm / 881875

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper of general circulation, printed and published daily in the city of Riverside, County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673 and under date of August 25, 1995, Case Number 267864; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

10-20-05
10-27-05

I Certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: Oct 27, 2005
At: Riverside, California

CALIF NEWSPAPER SERV BUREAU
PO BOX 60460
LOS ANGELES CA   90060

Ad #: 7198159

PO #: CNS# 881875

Agency #: _____

Ad Copy:

**PUBLIC NOTICE**

The Watermaster Selection Committee appointed by the Santa Margarita River Watermaster Steering Committee conducted a selection process for the appointment of a Watermaster to replace James S. Jenks. The Selection Committee, pursuant to the direction of the District Court, selected three finalists. The three finalists in the order of preference by the Committee are:

1. Charles Binder
2. Scott Thomas
3. Robert Wagner

Copies of the Motion and Resumes of the three finalists, proposed Order and supporting documents may be examined during normal working hours at the offices of:

a. Fallbrook Public Utility District
   900 East Mission Road, Fallbrook, CA

b. Rancho California Water District
   42135 Winchester Road, Temecula, CA

c. Lake Skinner Reservoir Field Office
   33740 Borel Road, Winchester, CA

10/20/2005, 10/27/2005
CNS-881875#
THE PRESS ENTERPRISE