## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

MAR 7 2006

*This space for Office File Stamp*

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Thompson                      DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: __L Odierno,__     Deputy Clerk     RECEIVED DATE: ___3/6/06___

CASE NO.: __51-1247-GT__     DOCUMENT FILED BY: ___Fallbrook Public Utility District___

CASE TITLE: __USA v. Fallbrook Public Utility District, et al__

DOCUMENT ENTITLED: __Employment Agreement__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: No Proof of Service |

Date forwarded: ___3/6/06___

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☑   The document is to be filed nunc pro tunc to date received.

☐   The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a
copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant
to Local Rule 83.1

CHAMBERS OF: __J. Thompson__

Dated: __3/7/06__     By: __D. Riley__

cc: All Parties