Marco A. Gonzalez (State Bar No. 190832)
Rory R. Wicks (State Bar No. 85340)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel. (505) 899-7994
Fax. (505) 899-7972
swilliams@williamsandworks.net

Attorneys for Proposed Plaintiff in Intervention,
the Cahuilla Band of Indians

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, <br><br> Proposed Plaintiff in Intervention, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., <br><br> Defendants. | CIVIL NO. 1247-SD-C <br><br> **CAHUILLA BAND OF INDIANS' MOTION TO INTERVENE** <br><br><br> DATE: December 4, 2006 <br> TIME: 2:00 p.m. <br><br> JUDGE: Hon. Gordon Thompson <br> Courtroom 8, 3rd Floor |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Cahuilla Band of Indians (the "Cahuilla Tribe" or "Tribe") respectfully requests to intervene in this litigation to quantify and protect the Cahuilla Tribe's senior, federal reserved water rights to the surface waters and

1

UNITED STATES OF AMERICA v FALLBROOK PUBLIC UTILITY DISTRICT et al | CAHUILLA BAND OF INDIANS' MOTION TO INTERVENE | 1247-SD-C


4904

groundwater underlying the Cahuilla Reservation within the Anza Basin portion of the Santa Margarita River System. The Cahuilla Tribe clearly is entitled to permissive intervention under Rule 24(b), and this Court should grant the Tribe permissive intervention. If the Court was to deny permissive intervention, the Cahuilla Tribe would be entitled to intervene as a matter of right under Rule 24(a).

Filed simultaneously with this Motion to Intervene is a Memorandum of Points and Authorities in Support of Motion to Intervene, and a Complaint in Intervention.

On November 8, 1962, this Court entered Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection with the Ramona, Cahuilla and Pechanga Reservations, No. 1247-SD-C (S.D. Cal. filed Jan. 25, 1951) ("Interlocutory Judgment 41" or "IJ 41"). The Cahuilla Tribe respectfully requests to intervene in this litigation to quantify the Cahuilla Tribe's federal reserved rights to the surface waters and groundwater underlying the Cahuilla Reservation within the Santa Margarita River System, as contemplated by Interlocutory Judgment 41.

///
///
///
///
///
///
///
///
///
2

Respectfully submitted this 6th day of October, 2006.

Williams & Works, P.A.

By: *Susan Williams*

Susan Williams
Sarah S. Works
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel. (505) 899-7994
Fax. (505) 899-7972

Attorneys for Intervenor-Applicant,
the Cahuilla Band of Indians

3