ORIGINAL

FILED
06 OCT 18 AM 11:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  Attorneys for Proposed Plaintiff-Intervenor
   Ramona Band of Cahuilla
7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              ) CIVIL NO.: 51-1247-SD-GT
                                           )
12         Plaintiff,                      )
                                           )
13 RAMONA BAND OF CAHUILLA,                ) **RAMONA BAND OF
                                           ) CAHUILLA'S MOTION TO
14         Proposed Plaintiff-Intervenor,  ) INTERVENE AND NOTICE OF
                                           ) MOTION**
15 v.                                      )
                                           )
16 FALLBROOK PUBLIC UTILITY DISTRICT,      ) Date: December 4, 2006
   a public service corporation of the State of ) Time: 2:00p.m.
17 California, et al.,                     ) Courtroom: 8 - Third Floor
                                           ) Judge: Hon. Gordon Thompson
18         Defendants.                     )
                                           )
19                                         )

20 _____

21

22      Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Ramona Band of

23 Cahuilla ("Band") hereby moves for leave to intervene as of right, or in the alternative,

24 permissively, in the above-captioned case in order to assert its claims to a senior federal reserved

25 right to the surface and underlying groundwaters of the Ramona Reservation within the Anza

26 Basin portion of the Santa Margarita River Watershed. This Motion is noticed for hearing at the

27 date and time set forth in the above caption. The Motion is based on the Band's Memorandum of

28

1 | Points and Authorities in Support of Motion to Intervene, and the Band's Complaint in
2 | Intervention, which are filed along with this motion.

4 | Dated: October 16, 2006          Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP

By: _____
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: (510) 548-7070
Fax: (510) 548-7080

*Attorneys for the Proposed Plaintiff-Intervenor, Ramona Band of Cahuilla*