ORIGINAL

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

Attorneys for Proposed Plaintiff-Intervenor
Ramona Band of Cahuilla

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-SD-GT<br><br>**DECLARATION OF SERVICE** |

Case No.: 51-cv-1247-SD-GT

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On October 17, 2006, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) **RAMONA BAMD OF CAHUILLA'S MOTION TO INTERVENE AND NOTICE OF MOTION**

2) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THE RAMONA BAND OF CAHUILLA TO INTERVENE**

3) **RAMONA BAND OF CAHUILLA'S COMPLAINT IN INTERVENTION**

4) **DECLARATION OF SERVICE**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Rodney B. Lewis
Donald R. Pongrace
Akin Gump Strauss Hauer & Feld LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Peter J. Mort
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

C. Michael Cowett, Esq.
Best Best & Krieger
402 West Broadway, 13th Floor
San Diego, CA 92101-3542

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Patrick Barry, Esq.
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Linda Garcia
Riverside Co. Flood Control and Water
Conservation District
1995 Market Street
Riverside, CA 92501

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Fred Domenigoni
33011 Holland Road
Winchester, CA 92596

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Ron Glidden
Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Elsa Barton
217 No. Palm
Hemet, CA 92543

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Francis and Jean Domenigoni
Francis N. & Jean Domenigoni Family Trust
Domenigoni-Barton Properties
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michelle Staples, Esq.
Jackson, DeMarcho & Peckenpau
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Susan M. Williams, Esq.
Sarah S. Works
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87049

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial
and Pacific Holt Corp.
708 W. 20th Street, #4
Merced, CA 95340

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development LLC
437 South Highway #217
Solana Beach, CA 92075

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 17, 2006, at Berkeley, California.

_____
Martha Morales