ORIGINAL

FILED

2006 NOV 17 PM 3: 20

BY _____ DEPUTY

Michael L. Tidus, Bar No. 126425
Michele A. Staples, Bar No. 144392
Benjamin T Benumof, Bar No. 227340
JACKSON, DeMARCO, TIDUS &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597
E-Mail: mtidus@jdtplaw.com
E-Mail: mstaples@jdtplaw.com
E-Mail: bbenumof@jdtplaw.com

Attorneys for Defendants
Jean Domenigoni, Francis N. and Jean Domenigoni
Trust, and Cindy and Andy Domenigoni

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br><br>Proposed Plaintiff-Intervenor.<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants. | CASE NO. CIVIL NO. 51-1247-SD-GT<br><br>**DOMENIGONI'S RESPONSE TO RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE**<br><br>Date:    December 4, 2006<br>Time:   2:00 p.m.<br>Room:  8 – Third Floor<br>Judge:  Hon. Gordon Thompson |

VIA FAX



-1-    4064-28901\ 671924.2

DOMENIGONI'S RESPONSE TO CAHUILLA'S MOTION TO INTERVENE

Defendants Jean Domenigoni, Francis N. and Jean Domenigoni Trust, and Cindy and Andy Domenigoni (collectively, "Domenigoni") submits this Response to the Ramona Band of Cahuilla's Motion to Intervene.

1. **INTRODUCTION.**

For the reasons discussed below, any action to quantify, regulate, or protect the right to water on the Ramona Reservation should have no effect on the water rights or the use of water on the Domenigoni lands. Thus, Domenigoni does not object to the motion to intervene.

2. **BACKGROUND AND HISTORY OF WATER RIGHTS ADJUDICATION.**

The Domenigoni lands overlie groundwater resources that have been determined to be, under certain circumstances, sufficiently connected to surface flows considered part of the Santa Margarita River system. In this Adjudication, the District Court knew that the water rights of all of the parties did not necessarily affect the rights of all of the other parties in the stream system. In order to make the hearings and rulings more manageable, the Court divided its fact-finding and legal conclusions into a number of discrete judgments addressing geographic sub-areas. Each of these judgments was issued as an Interlocutory Judgment, and the entire group of Interlocutory Judgments was approved and incorporated into the District Court's final judgment and decree in 1963.

Each Interlocutory Judgment typically addressed a particular tributary or tributary system or groundwater basin and described surface flows and groundwater contained within the different geologic formations occurring throughout the region. Each Interlocutory Judgment therefore made findings of fact and conclusions of law about the water rights in that sub-region and how the water and the rights to the use of the water were connected to the rest of the watershed.

3. **EXERCISE OF THE DOMENIGONI WATER RIGHTS DOES NOT AFFECT WATER RIGHTS IN THE ANZA BASIN, AND VISA VERSA.**

In the Interlocutory Judgment that described Domenigoni's rights and the rights of the other owners of property in the Domenigoni Valley, the Court found that groundwater in the

basin underlying the valley was a part of the Santa Margarita River system, but in a limited way because subsurface flow was cut off from the larger Murrieta-Temecula Ground Water Basin by a bedrock lip so long as groundwater elevations remained below the elevation of that bedrock lip (Interlocutory Judgment 36).

The court made analogous findings and conclusions regarding water and the rights to use water in the Anza Ground Water Basin, which underlies the Ramona Reservation at issue in the Cahuilla's pending Motion to Intervene ("Reservation"). These findings and conclusions, as well as the related maps attached as exhibits to the Interlocutory Judgments, make it clear that water use in Domenigoni Valley and the Anza Basin do not have any legally cognizable effect on each other.

In Interlocutory Judgment 41, the Court described the Ramona Reservation as being in the northeastern most corner of the Santa Margarita River watershed. The Reservation is above Vail Dam, in the Temecula Creek watershed. The Domenigoni lands, in contrast, lie near the center of the northern edge of the watershed, more than 15 miles west and north of the Reservation, and are in a different tributary system of the Santa Margarita River, by way of Murrieta Creek.

The Court found that there was no surface flow on the Reservation except for storm flows. Any groundwater occurring in the shallow alluvial deposits underlying the Reservation were found to be a part of the stream system, in that they "add to, contribute to and support the Santa Margarita River stream system." The Court described the shallow alluvial deposits underlying the Reservation as being part of the Anza Ground Water Basin (Finding of Fact # 7 and Conclusion of Law #2, Interlocutory Judgment 41). Thus, the Court distinguished these deposits from the larger Murrieta-Temecula Ground Water Basin that it described in Interlocutory Judgment 30. In contrast, the Court found that part of the Pechanga Reservation does lie within the Murrieta-Temecula Ground Water Basin (Finding of Fact #33, Interlocutory Judgment 41), but made no such finding with respect to the Ramona Reservation.

In Interlocutory Judgment 33, the Court specifically addressed the Anza and Cahuilla

Ground Water Basins. In its findings, the Court recognized groundwater occurring in three geologic formations, a shallow alluvial aquifer, a deep alluvial aquifer, and fractured bedrock. The fractured bedrock aquifer was found not to be a part of the Santa Margarita River system. The deep alluvial aquifer was found to flow out of the watershed under natural conditions, although this movements had already been arrested by production from wells in the Anza Basin. Groundwater in the shallow alluvial basin was found to move in a general southwesterly direction (Finding of Fact #4, Interlocutory Judgment 33). Thus, groundwater movement in the Anza Basin is generally away from the Domenigoni lands.

Importantly, the Court found that the source of groundwater in the Anza Basin is runoff from precipitation in the Anza Basin (Finding of Fact #6, Interlocutory Judgment 33). The Court did not find contribution to groundwater flow in the Anza Basin from other areas, such as the Domenigoni Valley.

Furthermore, any theoretical underground connection between the sub-basins in Anza and Domenigoni Valley would have long since been disrupted by the construction and filling of Diamond Valley Reservoir by the Metropolitan Water District of Southern California.

## 4.  CONCLUSION.

Any action to quantify, regulate, or protect the right to water on the Reservation should have no effect on the water rights or the use of water on the Domenigoni lands. Thus, Domenigoni does not object to the motion to intervene.

DATED: November 17, 2006        Respectfully submitted,

JACKSON, DeMARCO, TIDUS & PECKENPAUGH

MICHAEL L. TIDUS
MICHELE A. STAPLES
BENJAMIN T. BENUMOF

By: /s/ Michele A. Staples
Michele A. Staples
Attorneys for Defendants
Jean Domenigoni, Francis N. and Jean
Domenigoni Trust, and Cindy and Andy
Domenigoni

**PROOF OF SERVICE BY MAIL**
*United States of America v. Ramona Band of Cahuilla*
**United States District Court- SD of California**
**Case No. 51-1247-SD-GT**

1. I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **November 17, 2006,** I served the foregoing document described as **DOMENIGONI'S RESPONSE TO RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

*By Overnight Delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons as indicated with an asterisk (*) on the attached mailing list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on November 17, 2006, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

/s/ Debby Tankersley
Debby Tankersley

**PROOF OF SERVICE**

## MAILING LIST
*United States of America v. Ramona Band of Cahuilla*
United States District Court- SD of California
Case No. 51-1247-SD-GT

| | |
|---|---|
| Curtis G. Berkey, Esq.<br>Scott W. Williams, Esq.<br>ALEXANDER, BERKEY, WILLIAMS &<br>WEATHERS, LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | Peter J. Mort<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90061 |
| *Robert B. Lewis<br>Donald R. Pongrace<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036 | David Glazer, Esq.<br>Environment and Natural Resources Division,<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, Ca 92501 |
| General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Arguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWS<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | C. Michael Cowett, Esq.<br>Best Best & Krieger<br>402 West Broadway, 13th Floor<br>San Diego, CA 92101-3452 |

**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | Marco A. Gonzalez | Nobuo Komota |
| 2 | Rory R. Wicks | c/o Richard Woo |
| 3 | Coast Law Group LLP | Soliton Tech |
|   | 169 Saxony Road, Suite 204 | 2635 N. First Street, Suite 213 |
| 4 | Encinitas, CA 92024 | San Jose, CA 95134 |
| 5 | Temecula Ranchos | Keith Lewinger, General Manager |
| 6 | c/o McMillan Farm Management | Fallbrook Public Utility District |
|   | 29379 Rancho California Road, #201 | P.O. Box 2290 |
| 7 | Temecula, CA 92591 | Fallbrook, CA 92088 |
| 8 | Robert H. James, Esq. | Mike Luker |
|   | Sachse, James & Lopardo | Eastern MWD |
| 9 | 205 W. Alvarado | P.O. Box 8300 |
| 10 | Fallbrook, CA 92028 | Perris, CA 92572-8300 |
| 11 | Elena Mafla, Chairman | Counsel Western Bases |
|    | AVMAC | P.O. Box 555231 |
| 12 | 43205 Chapman Road | Marine Corps Base – Bldg. 1254 |
| 13 | Anza, CA 92539 | Camp Pendleton, CA 92055-5231 |
| 14 | Darwin Potter | *Patrick Barry, Esq. |
|    | Metropolitan Water District | U.S. Department of Justice |
| 15 | Lake Skinner Section | Environment and Natural Resources Division, |
|    | 33740 Borel Road | Indian Resources Section |
| 16 | Winchester, CA 92596 | 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 |
| 17 | | |
| 18 | John Rossi, General Manager | Jackie Spanley |
|    | Western MWD | AVMAC |
| 19 | P.O. Box 5286 | P.O. Box 39107 |
|    | Riverside, CA 92517 | Anza, CA 92539 |
| 20 | | |
| 21 | Lisa Garcia | Joseph Jackson, Asst. General Manager |
|    | Riverside Co. Flood Control and Water | Fallbrook Public Utility Department |
| 22 | Conservation Street | P.O. Box 2290 |
|    | 1995 Market Street | Fallbrook, CA 92088 |
| 23 | Riverside, CA 92501 | |
| 24 | Brian Brady, General Manager | Bob Lemons |
| 25 | Rancho California WD | Rancho California Water District |
|    | P.O. Box 9017 | P.O. Box 9017 |
| 26 | Temecula, CA 92589-9017 | Temecula, CA 92589-9017 |
| 27 | Michael E. McPherson, Esq. | James Carter |
|    | 344 Plumosa Ave.r | P.O. Box 28739 |
| 28 | Vista, CA 92083 | Santa Ana, CA 92799-8739 |

**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | Michael Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| 2 | | |
| 3 | | |
| 4 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| 5 | | |
| 6 | | |
| 7 | General Counsel<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054 | Pechanga Tribal Spokesperson<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 |
| 8 | | |
| 9 | | |
| 10 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps, Base<br>Camp Pendleton, CA 92055-5008 | Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Rd., Ste. 201<br>Temecula, CA 92362 |
| 11 | | |
| 12 | | |
| 13 | *Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>1849 C. Street, NW, Room 6456<br>Washington, D.C. 20240 | *Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Marc Luker<br>Pechanga Tribal Council<br>P.O. Box 1477<br>Temecula, CA 92593 | Anthony Madrigal, Sr.<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539-1760 |
| 18 | | |
| 19 | | |
| 20 | Ron Glidden<br>Water Resources Manager<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 | James J. Fletcher<br>U.S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 21 | | |
| 22 | | |
| 23 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| 24 | | |
| 25 | | |
| 26 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | *Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | | |
| 2 | Amy Gallaher<br>Metropolitan Water District | *Susan M. Williams<br>Sarah S. Works |
| 3 | P.O. Box 54153<br>Los Angeles, CA 90054-0153 | P.O. Box 1483<br>Corrales, NM 87049 |
| 4 | | |
| 5 | Stephen B. Reich<br>Stetson Engineers, Inc. | Dyson Development<br>437 South Highway 101, Suite 220. |
| 6 | San Rafael, CA 94901 | Solana Beach, CA 92075 |
| 7 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd. | Charles W. Binder Watermaster<br>Santa Margarita River Watershed |
| 8 | Anguanga, CA 92536 | P.O. Box 631<br>Fallbrook, CA 92088 |
| 9 | | |
| 10 | Anza Holdings LLC<br>1220 Spinnaker Trail. | Dyson Development LLC<br>437 South Highway #217 |
| 11 | Monument, CA 80132 | Solana Beach, CA 92075 |
| 12 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd. | Anza Mutual Water Company<br>P.O. Box 390117 |
| 13 | Canyon Lake, CA 92587 | Anza, CA 92539-0117 |
| 14 | Alvin Greenwald | Western Land Financial |
| 15 | 6010 Wilshire Blvd., Suite 500<br>P.O. Box 1483 | and Pacific Holt Corp.<br>708 W. 20th Street, #4 |
| 16 | Los Angeles, CA 90036 | Merced, CA 95340 |
| 17 | Francis and Jean Domenigoni | Fred Domenigoni |
| 18 | Francis N. and Jean Domenigoni Family<br>Trust, Domengoni–Barton Properties | 33011 Holland Road<br>Winchester, CA 92596 |
| 19 | Domenigoni Brothers Ranch<br>33011 Holland Road | |
| 20 | Winchester, CA 92596 | |
| 21 | Cindy and Andy Domenigoni | |
| 22 | 31851 Winchester Road<br>Winchester, CA 92596 | |
| 23 | | |
| 24 | 4063-28899\ 669461.2 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**