

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DIST. ET. AL.,<br><br>                              Defendant. | CASE NO. 1951CV1247-GT<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF<br>CALENDARED MATTER |

On Court's own motion, the hearing set for 12/4/06 at 2:00 PM, for **MOTION HEARING is vacated and reset for January 22, 2007 at 2:00 PM.**

.

                                              GORDON THOMPSON, JR.
                                              United States District Judge

                                              By: K. RIDGEWAY
                                              Courtroom Deputy
                                              619-557-7486

cc: all parties

4909