FILED

06 DEC 21

CLERK, U.S. DIST
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**AKIN GUMP STRAUSS HAUER & FELD LLP**
PETER J. MORT (SBN 102480)
RODNEY B. LEWIS (*Pro Hac Vice*)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Plaintiff-Intervenor
PECHANGA BAND OF LUISEÑO INDIANS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>                    Defendants. | Case No. 51-1247-SD-GT<br><br>**PLAINTIFF-INTERVENOR PECHANGA BAND OF LUISEÑO INDIANS' NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER THEREON** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff-Intervenor, Pechanga Band of Luiseño Indians, hereby relieves Susan M. Williams of Williams and Works, P.A., as counsel of record in the above-entitled action. Pursuant to Local Civil Rules of Practice for the United States District Court for the Southern District of California, Rule 83.3(g), Pechanga Band of Luiseño Indians respectfully requests that the Court issue an order permitting the withdrawal of said counsel and the substitution of Rodney B. Lewis (admitted *pro hac vice*) and Peter J. Mort (designated local counsel) of Akin Gump Strauss Hauer & Feld LLP in her stead, as Pechanga Band of Luiseño Indians' counsel of record for all purposes in the above referenced action.

Accordingly, as of the date of this Order on Notice of Substitution of Counsel, all pleadings and other communications to Pechanga Band of Luiseño Indians should be given and served upon counsel at the following address:

> Peter J. Mort (pmort@akingump.com)
> Akin Gump Strauss Hauer & Feld LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, California 90067
> Telephone: (310) 229-1000
> Facsimile: (310) 229-1001

WE CONSENT TO THE ABOVE WITHDRAWAL AND SUBSTITUTION:

Dated: Nov. 15, 2006

By _____
John L. Macarro
General Counsel, Office of the Tribal Attorney
for Pechanga Band of Luiseño Indians

- 1 -

Plaintiff-Intervenor Pechanga Band of Luiseño Indians'
Notice of Substitution of Counsel; [Proposed] Order Thereon

Case No. 51-1247-SD-GT

|    |                          |                                                                                  |
|----|--------------------------|----------------------------------------------------------------------------------|
| 1  |                          |                                                                                  |
| 2  |                          |                                                                                  |
| 3  | Dated: July 6, 2006      | WILLIAMS AND WORKS, P.A.<br>Susan M. Williams                                    |
| 4  |                          |                                                                                  |
| 5  |                          | By _____<br>   Susan M. Williams                              |
| 6  |                          |                                                                                  |
| 7  |                          |                                                                                  |
| 8  |                          |                                                                                  |
| 9  | Dated: 11/15/06          | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Peter J. Mort<br>Rodney B. Lewis           |
| 10 |                          |                                                                                  |
| 11 |                          |                                                                                  |
| 12 |                          | By _____<br>   Peter J. Mort                                  |
| 13 |                          | Attorneys for Pechanga Band of Luiseño Indians                                   |
| 14 |                          |                                                                                  |
| 15 | IT IS SO ORDERED.        |                                                                                  |
| 16 | Dated: 12/21/06          |                                                                                  |
| 17 |                          |                                                                                  |
| 18 |                          | By _____<br>   Honorable Gordon Thompson, Jr.                 |
| 19 |                          |    United States District Court Judge                                            |
| 20 |                          |                                                                                  |
| 21 |                          |                                                                                  |
| 22 |                          |                                                                                  |
| 23 |                          |                                                                                  |
| 24 |                          |                                                                                  |
| 25 |                          |                                                                                  |
| 26 |                          |                                                                                  |
| 27 |                          |                                                                                  |
| 28 |                          |                                                                                  |

Plaintiff-Intervenor Pechanga Band of Luiseño Indians'
Notice of Substitution of Counsel; [Proposed] Order Thereon

Case No. 51-1247-SD-GT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On **November 16, 2006**, I served the foregoing document described as: **Plaintiff-Intervenor Pechanga Band of Luiseño Indians' Notice of Substitution of Counsel; [Proposed] Order Thereon** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL  I enclosed the document in a sealed envelope or package addressed to the respective addresses of the parties stated above and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 16, 2006** at Los Angeles, California.

Yolanda B. Salas
[Print Name of Person Executing Proof]

/s/ Yolanda B. Salas
[Signature]

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

*United States of America vs. Fallbrook Public Utility District, et al.*
USDC, Southern District of California, Case No. 51-1247-SD-GT

Service List

| | |
|---|---|
| Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Jackie Spanley, Chairman<br>AVMAC<br>P.O. Box 391076<br>Anza, CA 92539 |
| Elsa Barton<br>217 N. Palm<br>Hemet, CA 92543 | Eugenia Nogales, Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 |
| Arthur Littleworth, Esq.<br>Best Best & Krieger<br>3750 University Avenue<br>Suite 400<br>Riverside, CA 92501 | C. Michael Cowett, Esq.<br>Best Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Francis and Jean Domenigoni<br>Francis N. & Jean Domenigoni Family Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Fred Domenigoni<br>31011 Holland Road<br>Winchester, CA 92596 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Richard Hall, Director<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | | |
|---|---|---|
| 1 | Robert H. James Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado St.<br>Fallbrook, CA 92028-2002 | Patrick Barry, Esq.<br>Environmental & Natural Resources Division<br>Indian Resources Section<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Eugene Madrigal, Esq.<br>28581 Front St., No. 108<br>Temecula, CA 92590 | Asst. Chief of Staff, Facilities<br>P.O. Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |
| 6 | | |
| 7 | | |
| 8 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Asst. Chief of Staff, Environmental Security<br>P.O. Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |
| 9 | | |
| 10 | | |
| 11 | Asst. Chief of Staff, Facilities<br>Attn: Officer of Water Resources<br>P.O. Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 | Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Rd., No. 201<br>Temecula, CA 92591 |
| 12 | | |
| 13 | | |
| 14 | Richard & Christine McMillan<br>Gay & Patricia McMillan<br>c/o McMillan Farm Management<br>29379 Rancho California Rd., No. 201<br>Temecula, CA 92591 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| 15 | | |
| 16 | | |
| 17 | General Counsel<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Donald E. Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| 18 | | |
| 19 | | |
| 20 | General Counsel<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054 | Michael J. Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Proof of Service | United States of America vs. Fallbrook Public Utility District, et al.<br>Case No. 51-1247-SD-GT<br>683485.0001 5999113 |

| | |
|---|---|
| General Manager<br>Murrieta County Water District<br>P.O. Box 949<br>Murrieta, CA 92564 | Ron Glidden<br>Water Resource Manager<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 |
| Pechanga Tribal Spokesperson<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 | General Manager<br>Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500 |
| Mr. Joseph D. Hamilton<br>Ramona Reservation<br>39440 Cary Road<br>Anza, CA 92539 | Mr. Manual Hamilton<br>Tribal Chairman<br>Ramona Band of Cahuilla Indians<br>P.O. Box 391372<br>Anza, CA 92539 |
| Scott Williams, Esq.<br>Alexander Berkey Williams and Weathers<br>Counsel for Ramona Band<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Curtis Berkey, Esq.<br>Alexander Berkey Williams and Weathers<br>Counsel for Ramona Band<br>2000 Center Street, Suite 308<br>Berkley, CA 94704 |
| Rancho Cal RV Resort OA<br>Attn: General Manager<br>P.O. Box 214<br>Aguanga, CA 92536 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Linda Garcia<br>Riverside County Flood Control and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Director<br>Riverside County Planning<br>4080 Lemon St., 9th Floor<br>Riverside, CA 92501 |
| SDSU Field Station Programs<br>Attn: Dr. Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 | Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First St., Suite 213<br>San Jose, CA 95134 |
| Michael Staples, Esq.<br>Jackson DeMarco & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine CA 92614 | Bill Steele<br>US Bureau of Reclamation<br>27708 Jefferson Ave., No. 202<br>Temecula, CA 92590 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | |
|---|---|
| Michael A. Gheleta, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 Eighteenth St., Suite 945<br>Denver, CO 80202 | Pamela Williams, Solicitor Office<br>U. S. Department of Interior<br>Division of Indian Affairs<br>1849 C Street<br>Washington, D.C. 20240 |
| James J. Fletcher<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Rick Gundry<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Leslie Cleveland<br>U.S. Department of Interior<br>Bureau of Reclamation<br>27708 Jefferson Ave., Suite 202<br>Temecula, CA 92590-2628 | Charles W. Binder, Wastermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088-0631 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Thomas Bruyneel, Esq.<br>Redwine and Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1701 |
| John G. McClendon<br>Van Blarcome Leibold McClendon & Mann<br>24322 Mill Creek Drive, Suite 150<br>Laguna Hills, CA 92653 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| Patrick Barry, Esq.<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA |
| Joseph Jackson<br>Assistant General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | Marc Luker<br>Pechanga Tribal Council<br>P.O. Box 1477<br>Temecula, CA 92593 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | |
|---|---|
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 East Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Susan M. Williams, Esq.<br>Sarah S. Works<br>Williams & Works, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049 | Lake Riverside Estates Community Association<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 | Western Land Financial<br>and Pacific Holt Corp.<br>708 West 20th Street, #4<br>Merced, CA 95340 |
| Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 | Dyson Development<br>437 South Highway 101, Suite 220<br>Solano Beach, CA 92075 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113