ARTHUR L. LITTLEWORTH, Bar No. 22041
JAMES B. GILPIN, Bar No. 151466
MATTHEW L. GREEN, Bar No. 227904
BEST BEST & KRIEGER LLP
655 West Broadway, Fifteenth Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118

Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT

FILED
2007 JAN -8 PM 4: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-SD-GT<br>Judge: Hon. Gordon Thompson Jr.<br><br>DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE AS OF RIGHT<br><br>Date: January 22, 2007<br>Time: 2:00 p.m.<br>Dept.: Courtroom 8 |

Defendant Rancho California Water District (hereinafter, "Rancho") respectfully submits the following Memorandum of Points and Authorities in Opposition to the Motion to Intervene As of Right filed by the Ramona Band of Cahuilla.

For the reasons set forth in the United States' Memorandum of Points and Authorities Supporting Ramona Band of Cahuilla's Request for Permissive Intervention and Opposing Ramona Band's Request to Intervene As of Right, Rancho opposes the Ramona Band of Cahuilla's motion to intervene as of right under Rule 24(a) of the Federal Rules of Civil Procedure. Namely, the Ramona Band of Cahuilla fails to demonstrate that its interests are not adequately represented by the United States. Rancho does not oppose the Ramona Band of Cahuilla's motion for permissive intervention under Rule 24(b) of the Federal Rules of Civil Procedure.

Dated: January ___, 2007

BEST BEST & KRIEGER LLP

By:_____
ARTHUR L. LITTLEWORTH
JAMES B. GILPIN
MATTHEW L. GREEN
Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT

1  ARTHUR L. LITTLEWORTH, Bar No. 22041
   JAMES B. GILPIN, Bar No. 151466
2  MATTHEW L. GREEN, Bar No. 227904
   BEST BEST & KRIEGER LLP
3  655 W. Broadway, 15th Floor
   San Diego, California 92101
4  Telephone: (619) 525-1300
   Telecopier: (619) 233-6118
5
   Attorneys for Defendant
6  RANCHO CALIFORNIA WATER DISTRICT

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CIVIL NO. 51-1247-SD-GT |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| FALLBROOK UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendant. | |

I certify that on January 8, 2007, I served the foregoing documents described as:

DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CAHUILLA BAND OF INDIANS' MOTION TO INTERVENE AS OF RIGHT;

DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE AS OF RIGHT

by mailing true copies thereof enclosed in sealed envelopes to the following:

| | |
|---|---|
| Curtis G. Berkey, Esq.<br>Scott W. Williams, Esq.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS, LLP<br>230 Addison St., Suite 410<br>Berkeley, CA 94704 | Michael L. Tidus, Esq.<br>Michael A. Staples, Esq.<br>Benjamin T. Benumof, Esq.<br>JACKSON, DeMARCO, TIDUS & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Rod Lewis, Esq.<br>Donald R. Pongrace, Esq.<br>AIKEN GUMP STRAUSS HAUER & FELD LLP<br>Robert Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036 | David Glazer, Esq.<br>Environmental & Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Anza Acreage, LLC<br>1310 Stratford Street<br>Del Mar, CA 92014 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>United States Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Director<br>Riverside County Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho California R.V. Resort OA<br>P.O. Box 214<br>Arguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | General Manager<br>Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Marco A. Gonzalez, Esq.<br>Rory R. Wicks, Esq.<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3301

| | | |
|---|---|---|
| 1 | Michael Lopez | Temecula Ranchos |
| 2 | Metropolitan Water District<br>Lake Skinner Section | c/o McMillan Farm Management<br>29379 Rancho California Rd., #201 |
| 3 | 33740 Borel Road<br>Winchester, CA 92596 | Temecula, CA 92591 |
| 4 | Jack S. Safely | Peter J. Mort |
| 5 | Western MWD<br>P.O. Box 5286 | Aiken, Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400 |
| 6 | Riverside, CA 92517 | Los Angels, CA 92105 |
| 7 | Robert H. James< Esq.<br>Sachse, James & Lopardo | Linda Garcia<br>Riverside County Flood Control & Water |
| 8 | 205 W. Alvarado<br>Fallbrook, CA 92028 | Conservation District<br>1995 Market Street |
| 9 | | Riverside, CA 92501 |
| 10 | Elena Mafla, Chairman<br>AVMAC | Brian Brady, General Manager<br>Rancho California Water District |
| 11 | 43205 Chapman Road<br>Anza, CA 92539 | P.O. Box 9017<br>Temecula, CA 92589-9017 |
| 12 | Darwin Potter | Michael E. McPherson, Esq. |
| 13 | Metropolitan Water District<br>Lake Skinner Section | 344 Plumosa<br>Vista, CA 92083 |
| 14 | 33740 Borel Road<br>Winchester, CA 92596 | |
| 15 | John Rossi, General Manager | Manuel Hamilton |
| 16 | Western MWD<br>P.O. 5286 | Joseph Hamilton<br>P.O. Box 391372 |
| 17 | Riverside, CA 92517 | Anza, CA 92539 |
| 18 | Richard & Christine McMillan<br>Gary & Patricia McMillan | Leslie Cleveland<br>United States Bureau of Reclamation |
| 19 | McMillan Farm Management<br>29379 Rancho California Road, #201 | 27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| 20 | Temecula, CA 92591 | |
| 21 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District | James Carter<br>P.O. Box 28739 |
| 22 | P.O. Box 2290<br>Fallbrook, CA 92088 | Santa Ana, CA 92799-8739 |
| 23 | Mike Luker | Assistant Chief of Staff |
| 24 | Eastern MWD<br>P.O. Box 8300 | Environmental Security<br>Box 555008 |
| 25 | Perris, CA 92572-8300 | Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |
| 26 | Counsel Western Bases | Joseph Jackson, Ass. General Manager |
| 27 | P.O. Box 55231<br>Marine Corps Base – Bldg. 1254 | Fallbrook Public Utility District<br>P.O. Box 2290 |
| 28 | Camp Pendleton, CA 92055-5231 | Fallbrook, CA 92088 |

LAW OFFICES OF<br>BEST BEST & KRIEGER LLP<br>655 WEST BROADWAY, 15TH FLOOR<br>SAN DIEGO, CALIFORNIA 92101-3301

| | | |
|---|---|---|
| 1 | Jackie Spanley<br>AVMAC | Larry Minor<br>P.O. Box 398 |
| 2 | P.O. Box 391076<br>Anza, CA 92539 | San Jacinto, CA 92581 |
| 3 | | |
| 4 | Fred Domenigoni<br>33011 Holland Road<br>Winchester, CA 92596 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |
| 5 | | |
| 6 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300 | Amy Gallaher<br>Metropolitan Water District of Southern California |
| 7 | Fort Collins, CO 80524 | P.O. Box 54153<br>Los Angeles, CA 90054 |
| 8 | | |
| 9 | Pechanga Tribal Spokesman<br>Pechanga Tribal Reservation<br>P.O. Box 1477 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K |
| 10 | Temecula, CA 92539 | San Rafael, CA 94901 |
| 11 | General Counsel | Francis and Jean Domenigioni |
| 12 | Metropolitan Water District of Southern California | Francis and Jean Domenigioni Family Trust<br>Domenigoni-Barton Properties |
| 13 | P.O. Box 54153<br>Los Angeles, CA 90054 | Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 |
| 14 | | |
| 15 | Pamela Williams<br>United States Department of the Interior<br>Office of the Field Solicitor | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road |
| 16 | Sandra Day O'Connor United States Courthouse | Winchester, CA 92596 |
| 17 | Suite 404<br>401 W. Washington Street, SPC 44 | |
| 18 | Phoenix, AZ 85003-2151 | |
| 19 | Cindy and Andy Domenigoni<br>31851 Winchester Road | Assistant Chief of Staff, Facilities<br>ATTN: Office of Water Resources |
| 20 | Winchester, CA 92596 | Box 555013<br>Camp Pendleton, CA 92055-5013 |
| 21 | | |
| 22 | Marc Kuker<br>Pechange Tribal Council | James J. Fletcher<br>United States Department of the Interior |
| 23 | P.O. Box 1477<br>Temcula, CA 92593 | Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 24 | | |
| 25 | Ron Glidden<br>Water Resources Manager | Michelle Staples, Esq.<br>Jackson, Demarcho & Peckenpau |
| 26 | Pechanga Indian Reservation<br>P.O. Box 1477 | 2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| 27 | Temecula, CA 92593 | |
| 28 | | |

LAW OFFICES OF<br>BEST BEST & KRIEGER LLP<br>655 WEST BROADWAY, 15TH FLOOR<br>SAN DIEGO, CALIFORNIA 92101-3301

| | | |
|---|---|---|
| 1 | Chairperson<br>Cahuilla Band of Indians | Mark Shaffer<br>6837 NE New Brooklyn Road |
| 2 | P.O. Box 391760<br>Anza, CA 92539 | Bainbridge Island, WA 98110 |
| 3 | | |
| 4 | Susan M. Williams, Esq.<br>Sarah S. Works, Esq. | Alvin Greewald, Esq.<br>6010 Wilshire Blvd., Suite 500 |
| | Williams & Works, P.A. | P.O. Box 1483 |
| 5 | P.O. Box 1483<br>Corrales, NM 87049 | Los Angeles, CA 90036 |
| 6 | | |
| 7 | Lake Riverside Estates Community Association<br>41610 Lakeshore Blvd. | Dyson Development<br>437 South Highway, #217 |
| | Anguanga, CA 92536 | Solana Beach, CA 92075 |
| 8 | | |
| 9 | Anza Holdings, LLC<br>1220 Spinnaker Trail | Western Land Financial and Pacific Holt Corp.<br>708 W. 2nd Street, #4 |
| | Monument, CA 80132 | Merced, CA 95340 |
| 10 | | |
| 11 | Avalon Management Group<br>31608 Railroad Canyon Road | Anthony Madrigal, Sr.<br>Cahuilla Band of Indians |
| | Canyon Lake, CA 92587 | P.O. Box 391760 |
| 12 | | Anza, CA 92539-1760 |
| 13 | Patrick Barry | |
| | Amy S, Tryon | |
| 14 | U.S. Department of Justice | |
| | Environmental & Natural Resources Division | |
| 15 | Indian Resources Section | |
| | P.O. Box 44378 | |
| 16 | Washington, D.C. 20026-4378 | |

Dated: January ___, 2007

By: _____
MATTHEW L. GREEN

Law Offices of Best Best & Krieger LLP, 655 West Broadway, 15th Floor, San Diego, California 92101-3301

## BEST BEST & KRIEGER

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| INDIAN WELLS<br>(760) 568-2611<br><br>IRVINE<br>(949) 263-2600<br><br>LOS ANGELES<br>(213) 617-8100<br><br>ONTARIO<br>(909) 989-8584 | 655 West Broadway, 15th Floor<br>San Diego, California 92101<br>(619) 525-1300<br>(619) 233-6118 Fax<br>BBKlaw.com | RIVERSIDE<br>(951) 686-1450<br><br>SACRAMENTO<br>(916) 325-4000<br><br>WALNUT CREEK<br>(925) 977-3300 |

**Matthew L. Green**
(619) 525-1300
Matthew.Green@bbklaw.com
File No. 60028.00006

January 8, 2007

Clerk of the Court
4290 Edward J. Schwartz
United States Courthouse
940 Front Street
San Diego, CA 92101

   Re: *United States of America v. Fallbrook Public Utility District, et al.*
     Civil No. 51-1247-SD-GT

Dear Clerk of the Court:

Enclosed for filing please find an original and two copies of the following:

  1. DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CAHUILLA BAND OF INDIANS' MOTION TO INTERVENE AS OF RIGHT;

  2. DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE AS OF RIGHT

  Please take notice that because of the age of this case it is not in your computer system and is, therefore, exempt from the ECF requirements. If you have any questions or comments, please do not hesitate to contact me at (619) 525-1370. Thank you for your assistance in this matter.

        Very truly yours,

        Matthew L. Green
        for BEST BEST & KRIEGER LLP

MLG:cfc
Enclosures

SDLIT\MGREEN\342569.1