ARTHUR L. LITTLEWORTH, Bar No. 22041
JAMES B. GILPIN, Bar No. 151466
MATTHEW L. GREEN, Bar No. 227904
BEST BEST & KRIEGER LLP
655 West Broadway, Fifteenth Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118

Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT

FILED
2007 JAN -8 PM 4:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-SD-GT<br>Judge: Hon. Gordon Thompson Jr.<br><br>DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CAHUILLA BAND OF INDIANS' MOTION TO INTERVENE AS OF RIGHT<br><br>Date:    January 22, 2007<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 8 |

SDLIT\MGREEN\342285.1

RANCHO CALIFORNIA WATER DISTRICT'S
OPPOSITION TO MOTION TO INTERVENE
51-1247-SD-GT

Defendant Rancho California Water District (hereinafter, "Rancho") respectfully submits the following Memorandum of Points and Authorities in Opposition to the Motion to Intervene As of Right filed by the Cahuilla Band of Indians.

For the reasons set forth in the United States' Memorandum of Points and Authorities Supporting Cahuilla Band of Indians' Request for Permissive Intervention and Opposing Cahuilla Band of Indians' Request to Intervene As of Right, Rancho opposes the Cahuilla Band of Indians' motion to intervene as of right under Rule 24(a) of the Federal Rules of Civil Procedure. Namely, the Cahuilla Band of Indians fails to demonstrate that its interests are not adequately represented by the United States. Rancho does not oppose the Cahuilla Band of Indians' motion for permissive intervention under Rule 24(b) of the Federal Rules of Civil Procedure.

Dated: January 8, 2007

BEST BEST & KRIEGER LLP

By: _____
ARTHUR L. LITTLEWORTH
JAMES B. GILPIN
MATTHEW L. GREEN
Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT