PETER J. MORT (SBN 102480)
RODNEY B. LEWIS (*Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Plaintiff-Intervenor
PECHANGA BAND OF LUISEÑO INDIANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>              Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO THE CAHUILLA BAND OF INDIANS' COMPLAINT AND MOTION IN INTERVENTION**<br><br>Date: January 22, 2007<br>Time: 2:00 pm<br>Ctrm: 3rd Floor, Dept. 8<br>Judge: Hon. Gordon Thompson |

## I. INTRODUCTION

The Cahuilla Band of Indians (Cahuilla) has filed a complaint in intervention requesting permissive intervention pursuant to Fed.R.Civ.P. 24(b). If the Court was to deny this motion, Cahuilla argues that it is entitled to intervention of right pursuant to Fed.R.Civ.P. 24(a).

The Pechanga Band of Luiseño Indians (Pechanga), a party to this action, supports the Cahuilla's timely request for permissive intervention.

//

1

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO THE CAHUILLA BAND
OF INDIANS' COMPLAINT AND MOTION IN INTERVENTION
#6018411

Case No. 51-1247-SD-GT

4913

## II. ARGUMENT

Rule 24 of the Federal Rules of Civil Procedure establishes two tests for intervention: Rule 24(a) permits an applicant an intervention of right and Rule 24(b) provides a test that permits an applicant to be granted a permissive intervention. When determining whether intervention is appropriate, courts are guided primarily by practical and equitable considerations, and the requirements for intervention are interpreted in favor of intervention. *U.S. v. Alisal Water Corp.*, 370 F.3d 915 (9th Cir. 2004).

### A. Cahuilla Is Not Entitled To An Intervention Of Right.

When interpreting the federal rule governing intervention of right, the Ninth Circuit applies a four part test: (1) the motion must be timely; (2) the applicant must claim a "significantly protectable" interest relating to the property or transaction which is the subject of the action; (3) the applicant must be so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and, (4) the applicant's interest must be inadequately represented by the parties to the action. *California ex rel. Lockyer v. U.S.*, 450 F.3d 436 (2006). The original burden of showing inadequate representation rests on the applicant for intervention. *Dimond v. District of Columbia* 792 F.2d 179, 192 (D.C. Cir. 1986).

Intervention under Rule 24(a) is not warranted because Cahuilla has not demonstrated that its interest in this litigation is not already adequately represented by the United States.

### B. Cahuilla Is Entitled To A Permissive Intervention.

The statutory provisions governing permissive intervention requires that upon timely application, anyone may be permitted to intervene in an action: (1) when a statute of the United States confers a conditional right to intervene, or (2) when an applicant's claim or defense and the main action have a question of law or fact in common. Fed.R.Civ.P. 24(b)(1)(2).

When a party to an action relies for ground of claim or defense upon any statute or executive order administered by a federal or state governmental officer or agency or upon any regulation, order, requirement, or agreement issued or made pursuant to the statute or executive order, the officer or

2

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO THE CAHUILLA BAND
OF INDIANS' COMPLAINT AND MOTION IN INTERVENTION
#6018411

Case No. 51-1247-SD-GT

agency upon timely application may be permitted to intervene in the action. In exercising its discretion the court shall consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties. Fed.R.Civ.P. 24(b)(2).

In the instance of Indian interveners in water matters, the United States Supreme Court held that five Indian tribes' motions to intervene were granted. *Arizona v. California*, 460 U.S. 603 (1983). Since the Tribes did not seek to bring new claims or issues against the States but only asked leave to participate in an adjudication of their water rights that was commenced by the United States, the Tribes were permitted a permissive intervention. *Id.* at 614.

A permissive intervention is appropriate in the instant case. The United States, as the Tribes' trustee, has acted on the Tribe's behalf in previous proceedings. As in *Arizona v. California*, the Cahuilla seek to intervene to pursue *additional* water claims, but clearly have a "question of law or fact in common with the previous parties," satisfying the test. Fed.R.Civ.P. 24(b)(2).

Likewise, the request to intervene is timely. When evaluating timeliness of an application to intervene, courts consider (1) stage of proceeding at which applicant seeks to intervene, (2) prejudice to other parties, and (3) reasons for and length of delay. Fed.R.Civ.P. 24(a); *Low v. Altus Finance S.A.*, 44 Fed. Appx. 282 (9th Cir. 2002). As the Court moves toward final adjudication of the Santa Margarita River Watershed, issues concerning relevant tribal federal reserved water rights should be considered.

Respectfully submitted this 5th day of January, 2007.

Dated: January 5, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
PETER J. MORT
RODNEY B. LEWIS

By _Rodney B. Lewis/jwk_
RODNEY B. LEWIS
Attorneys for Plaintiff-Intervenor
PECHANGA BAND OF LUISEÑO INDIANS

3

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On **January 5, 2007**, I served the foregoing document described as: **PECHANGA BAND OF LUISENO INDIANS' RESPONSE TO THE CAHUILLA BAND OF INDIANS' COMPLAINT AND MOTION IN INTERVENTION** on the interested party(ies) below, using the following means:

## SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL  I enclosed the document in a sealed envelope or package addressed to the respective addresses of the parties stated above and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 5, 2007**, at Los Angeles, California.

Kevin B. Morrissette                                    _Kevin Morrissette_
[Print Name of Person Executing Proof]                                    [Signature]

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

## *United States of America vs. Fallbrook Public Utility District, et al.*
### USDC, Southern District of California, Case No. 51-1247-SD-GT

### Service List

| | |
|---|---|
| Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Jackie Spanley, Chairman<br>AVMAC<br>P.O. Box 391076<br>Anza, CA 92539 |
| Elsa Barton<br>217 N. Palm<br>Hemet, CA 92543 | Eugenia Nogales, Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 |
| Arthur Littleworth, Esq.<br>Best Best & Krieger<br>3750 University Avenue, Suite 400<br>Riverside, CA 92501 | C. Michael Cowett, Esq.<br>Best Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Francis and Jean Domenigoni<br>Francis N. & Jean Domenigoni Family Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Fred Domenigoni<br>31011 Holland Road<br>Winchester, CA 92596 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Richard Hall, Director<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 | Patrick Barry, Esq.<br>Environmental & Natural Resources Division<br>Indian Resources Section<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 |
| Robert H. James Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado St.<br>Fallbrook, CA 92028-2002 | Asst. Chief of Staff, Facilities<br>P.O. Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | |
|---|---|
| Eugene Madrigal, Esq.<br>28581 Front St., No. 108<br>Temecula, CA 92590 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Donald E. Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Asst. Chief of Staff, Facilities<br>Attn: Officer of Water Resources<br>P.O. Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 | Michael J. Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>c/o McMillan Farm Management<br>29379 Rancho California Rd., No. 201<br>Temecula, CA 92591 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| General Counsel<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Ron Glidden<br>Water Resource Manager<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500 |
| General Manager<br>Murrieta County Water District<br>P.O. Box 949<br>Murrieta, CA 92564 | Mr. Manual Hamilton<br>Tribal Chairman<br>Ramona Band of Cahuilla Indians<br>P.O. Box 391372<br>Anza, CA 92539 |
| Pechanga Tribal Spokesperson<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 | Curtis Berkey, Esq.<br>Alexander Berkey Williams and Weathers<br>Counsel for Ramona Band<br>2000 Center Street, Suite 308<br>Berkley, CA 94704 |
| Mr. Joseph D. Hamilton<br>Ramona Reservation<br>39440 Cary Road<br>Anza, CA 92539 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | | |
|---|---|---|
| 1 | Scott Williams, Esq.<br>Alexander Berkey Williams and Weathers<br>Counsel for Ramona Band<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | Director<br>Riverside County Planning<br>4080 Lemon St., 9th Floor<br>Riverside, CA 92501 |
| 2 | | |
| 3 | | |
| 4 | | Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First St., Suite 213<br>San Jose, CA 95134 |
| 5 | Rancho Cal RV Resort OA<br>Attn: General Manager<br>P.O. Box 214<br>Aguanga, CA 92536 | |
| 6 | | |
| 7 | | Bill Steele<br>US Bureau of Reclamation<br>27708 Jefferson Ave., No. 202<br>Temecula, CA 92590 |
| 8 | Linda Garcia<br>Riverside County Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | |
| 9 | | |
| 10 | | |
| 11 | SDSU Field Station Programs<br>Attn: Dr. Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 | Pamela Williams, Solicitor Office<br>U. S. Department of Interior<br>Division of Indian Affairs<br>1849 C Street<br>Washington, D.C. 20240 |
| 12 | | |
| 13 | | |
| 14 | Michael Staples, Esq.<br>Jackson DeMarco & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine CA 92614 | Rick Gundry<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 15 | | |
| 16 | | |
| 17 | Michael A. Gheleta, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 Eighteenth St., Suite 945<br>Denver, CO 80202 | Charles W. Binder, Wastermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088-0631 |
| 18 | | |
| 19 | | |
| 20 | James J. Fletcher<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Thomas Bruyneel, Esq.<br>Redwine and Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1701 |
| 21 | | |
| 22 | | |
| 23 | | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| 24 | Leslie Cleveland<br>U.S. Department of Interior<br>Bureau of Reclamation<br>27708 Jefferson Ave., Suite 202<br>Temecula, CA 92590-2628 | |
| 25 | | |
| 26 | | James Carter<br>P.O. Box 28739<br>Santa Ana, CA |
| 27 | | |
| 28 | Proof of Service | United States of America vs. Fallbrook Public Utility District, et al.<br>Case No. 51-1247-SD-GT<br>683485.0001 5999113 |

| | | |
|---|---|---|
| 1 | Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| 2 | | |
| 3 | | |
| 4 | John G. McClendon<br>Van Blarcome Leibold McClendon & Mann<br>24322 Mill Creek Drive, Suite 150<br>Laguna Hills, CA 92653 | |
| 5 | | Marc Luker<br>Pechanga Tribal Council<br>P.O. Box 1477<br>Temecula, CA 92593 |
| 6 | | |
| 7 | Patrick Barry, Esq.<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | |
| 8 | | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 9 | | |
| 10 | | Lake Riverside Estates Community Association<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| 11 | Joseph Jackson<br>Assistant General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | |
| 12 | | |
| 13 | | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| 14 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | |
| 15 | | Western Land Financial<br>and Pacific Holt Corp.<br>708 West 20th Street, #4<br>Merced, CA 95340 |
| 16 | | |
| 17 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 East Francisco Blvd., Suite K<br>San Rafael, CA 94901 | |
| 18 | | Dyson Development<br>437 South Highway 101, Suite 220<br>Solano Beach, CA 92075 |
| 19 | | |
| 20 | Susan M. Williams, Esq.<br>Sarah S. Works, Esq.<br>Williams & Works, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 |
| 21 | | |
| 22 | | Marco A. Gonzalez<br>Rory R. Wicks<br>COAST LAW GROUP LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| 23 | | |
| 24 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | |
| 25 | | |
| 26 | Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 | |
| 27 | | |
| 28 | Proof of Service | United States of America vs. Fallbrook Public Utility District, et al.<br>Case No. 51-1247-SD-GT<br>683485.0001 5999113 |

| | |
|---|---|
| Susan M. Williams<br>Sarah S. Works<br>Williams & Works, P.A.<br>P. O. Box 1483<br>Corrales, NM  87049 | David Glazer, Esq.<br>Environmental & Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Streeet<br>Suite 1050<br>San Francisco, CA  94105 |
| Anza Acreage, LLC<br>1310 Stratford Street<br>Del Mar, CA  92014 | Nobuo Komoto<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA  95134 |
| Bill Steele<br>United States Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA  92590 | |
| Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA  92501 | General Manager<br>Rainbow MWD<br>P. O. Box 2500<br>Fallbrook, CA  92088-2500 |
| Brian Brady, General Manager<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA  92589-9017 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA  92591 |
| Michael E. McPherson, Esq.<br>344 Plumosa<br>Vista, CA  92083 | Manual Hamilton<br>Joseph Hamilton<br>P. O. Box 391372<br>Anza, CA  92539 |
| James Carter<br>P. O. Box 28739<br>Santa Ana, CA  92799-8739 | Larry Minor<br>P. O. Box 398<br>San Jacinto, CA  92581 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA  92543 | Pamela Williams<br>United States Department of the Interior<br>Office of the Field Solicitor<br>Sandra Day O'Connor United States<br>Courthouse, Suite 404<br>401 W. Washington Street, SPC 44<br>Phoenix, AZ  85003-2151 |
| Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA  92596 | |
| Asst. Chief of Staff, Facilities<br>ATTN: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA  92055-5013 | Western Land Financial and Pacific Holt Corp.<br>708 W. 20th Street, #4<br>Merced, CA  95340 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113