PETER J. MORT (SBN 102480)
RODNEY B. LEWIS (*Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Plaintiff-Intervenor
PECHANGA BAND OF LUISEÑO INDIANS

FILED

07 JAN 10 AM 11:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FALLBROOOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO THE RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE**<br><br>Date:　　January 22, 2007<br>Time:　　2:00 pm<br>Ctrm:　　3rd Floor. Dept. 8<br>Judge:　Hon. Gordon Thompson |

## I.  INTRODUCTION

The Ramona Band of Cahuilla (Ramona) filed a motion to intervene as of right pursuant to Fed.R.Civ.P. 24(a). In the alternative, it requested a permissive intervention pursuant to Fed.R.Civ.P. 24(b).

The Pechanga Band of Missions Indians (Pechanga), a party to this action, opposes the Ramona's motion to intervene as a right.

//
//

1

4914

## II. ARGUMENT

Rule 24 of the Federal Rules of Civil Procedure establishes two tests for intervention: Rule 24(a) permits an applicant an intervention of right and Rule 24(b) provides a test that permits an applicant to be granted a permissive intervention. When determining whether intervention is appropriate, courts are guided primarily by practical and equitable considerations, and the requirements for intervention are interpreted in favor of intervention. *U.S. v. Alisal Water Corp.*, 370 F.3d 915 (9th Cir. 2004).

### A. Ramona Is Not Entitled To An Intervention Of Right.

When interpreting the federal rule governing intervention of right, the Ninth Circuit applies a four part test: (1) the motion must be timely; (2) the applicant must claim a "significantly protectable" interest relating to the property or transaction which is the subject of the action; (3) the applicant must be so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and, (4) the applicant's interest must be inadequately represented by the parties to the action. *California ex rel. Lockyer v. U.S.*, 450 F.3d 436 (2006).

Ramona focuses on the fourth prong of the test and argues that the interests of the Band are not identical to those of the United States. Ramona further argues that the federal government's separate and distinct interest, in its own right, is sufficiently different than Ramona's "narrow" interest, thus, Ramona argues, the United States' representation is inadequate.

The original burden of showing inadequate representation rests on the applicant for intervention. *Dimond v. District of Columbia*, 792 F.2d 179, 192 (D.C. Cir. 1986). The Ramona makes general allegations regarding the inadequacy of the United States' representation but has not articulated any specific allegation that the representation has been inadequate nor has it alleged that there is a conflict of interest. In short, Ramona has not met its burden in demonstrating that its interest in this litigation is not already adequately represented by the United States. Intervention as a right pursuant to Fed.Civ.P. 24(a) is not warranted.

//
//

2

1  Respectfully submitted this 5th day of January, 2007.

3  Dated: January 5, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
PETER J. MORT
RODNEY B. LEWIS

By *Rodney B. Lewis / gwk*
RODNEY B. LEWIS
Attorneys for Plaintiff-Intervenor
PECHANGA BAND OF LUISEÑO INDIANS

3

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On **January 5, 2007**, I served the foregoing document described as: **PECHANGA BAND OF MISSION INDIANS' RESPONSE TO THE RAMONA BAND OF CAHUILLA'S MOTION TO INTERVENE** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE   I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL   I enclosed the document in a sealed envelope or package addressed to the respective addresses of the parties stated above and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 5, 2007**, at Los Angeles, California.

Kevin B. Morrissette                                   *Kevin Morrissette*
[Print Name of Person Executing Proof]                              [Signature]

Proof of Service                                    United States of America vs. Fallbrook Public Utility District, et al.
                                                                      Case No. 51-1247-SD-GT
                                                                      683485.0001 5999113

# United States of America vs. Fallbrook Public Utility District, et al.
## USDC, Southern District of California, Case No. 51-1247-SD-GT

### Service List

| | |
|---|---|
| Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Jackie Spanley, Chairman<br>AVMAC<br>P.O. Box 391076<br>Anza, CA 92539 |
| Elsa Barton<br>217 N. Palm<br>Hemet, CA 92543 | Eugenia Nogales, Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 |
| Arthur Littleworth, Esq.<br>Best Best & Krieger<br>3750 University Avenue, Suite 400<br>Riverside, CA 92501 | C. Michael Cowett, Esq.<br>Best Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Francis and Jean Domenigoni<br>Francis N. & Jean Domenigoni Family Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Fred Domenigoni<br>31011 Holland Road<br>Winchester, CA 92596 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Richard Hall, Director<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 | Patrick Barry, Esq.<br>Environmental & Natural Resources Division<br>Indian Resources Section<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 |
| Robert H. James Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado St.<br>Fallbrook, CA 92028-2002 | Asst. Chief of Staff, Facilities<br>P.O. Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |

Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | |
|---|---|
| 1  Eugene Madrigal, Esq.<br>   28581 Front St., No. 108<br>2  Temecula, CA 92590 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| 3<br>   Counsel Western Bases<br>4  P.O. Box 555231<br>   Marine Corps Base – Bldg. 1254<br>5  Camp Pendleton, CA 92055-5231 | Donald E. Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| 6<br>   Asst. Chief of Staff, Facilities<br>7  Attn: Officer of Water Resources<br>   P.O. Box 555013<br>8  Marine Corps Base<br>   Camp Pendleton, CA 92055-5013<br>9 | Michael J. Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| 10  Richard & Christine McMillan<br>    Gary & Patricia McMillan<br>11  c/o McMillan Farm Management<br>    29379 Rancho California Rd., No. 201<br>12  Temecula, CA 92591 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581<br><br>Ron Glidden<br>Water Resource Manager |
| 13  General Counsel<br>    Metropolitan Water District<br>14  P.O. Box 54153<br>    Los Angeles, CA 90054-0153<br>15 | Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593<br><br>General Manager |
| 16  Darwin Potter<br>    Metropolitan Water District<br>17  Lake Skinner Section<br>    33740 Borel Road<br>18  Winchester, CA 92596<br>19 | Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500<br><br>Mr. Manual Hamilton<br>Tribal Chairman |
| 20  General Manager<br>    Murrieta County Water District<br>    P.O. Box 949<br>21  Murrieta, CA 92564 | Ramona Band of Cahuilla Indians<br>P.O. Box 391372<br>Anza, CA 92539 |
| 22<br>    Pechanga Tribal Spokesperson<br>23  Pechanga Indian Reservation<br>    P.O. Box 1477<br>24  Temecula, CA 92593 | Curtis Berkey, Esq.<br>Alexander Berkey Williams and Weathers<br>Counsel for Ramona Band<br>2000 Center Street, Suite 308<br>Berkley, CA 94704 |
| 25  Mr. Joseph D. Hamilton<br>    Ramona Reservation<br>26  39440 Cary Road<br>27  Anza, CA 92539 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |

28  Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | | |
|---|---|---|
| 1 | Scott Williams, Esq. | Director |
| 2 | Alexander Berkey Williams and Weathers<br>Counsel for Ramona Band | Riverside County Planning<br>4080 Lemon St., 9th Floor |
| 3 | 2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | Riverside, CA 92501 |
| 4 | | Nobuo Komota |
| 5 | Rancho Cal RV Resort OA<br>Attn: General Manager | c/o Richard Woo<br>Soliton Tech |
| 6 | P.O. Box 214<br>Aguanga, CA 92536 | 2635 N. First St., Suite 213<br>San Jose, CA 95134 |
| 7 | | |
| 8 | Linda Garcia<br>Riverside County Flood Control and Water | Bill Steele<br>US Bureau of Reclamation |
| 9 | Conservation District<br>1995 Market Street | 27708 Jefferson Ave., No. 202<br>Temecula, CA 92590 |
| 10 | Riverside, CA 92501 | |
| 11 | SDSU Field Station Programs | Pamela Williams, Solicitor Office<br>U. S. Department of Interior |
| 12 | Attn: Dr. Matt Rahn, Reserve Director<br>5500 Campanile Drive | Division of Indian Affairs<br>1849 C Street |
| 13 | San Diego, CA 92182-4614 | Washington, D.C. 20240 |
| 14 | Michael Staples, Esq. | Rick Gundry |
| 15 | Jackson DeMarco & Peckenpaugh<br>2030 Main Street, Suite 1200 | U.S. Department of Interior<br>Bureau of Indian Affairs |
| 16 | Irvine CA 92614 | 1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 17 | Michael A. Gheleta, Esq. | |
| 18 | U.S. Department of Justice<br>Environment & Natural Resources Division | Charles W. Binder, Wastermaster<br>Santa Margarita River Watershed |
| 19 | 999 Eighteenth St., Suite 945<br>Denver, CO 80202 | P.O. Box 631<br>Fallbrook, CA 92088-0631 |
| 20 | James J. Fletcher | Thomas Bruyneel, Esq. |
| 21 | U.S. Department of Interior<br>Bureau of Indian Affairs | Redwine and Sherrill<br>1950 Market Street |
| 22 | 1451 Research Park Drive<br>Riverside, CA 92507-2471 | Riverside, CA 92501-1701 |
| 23 | | Elena Mafla, Chairman |
| 24 | Leslie Cleveland<br>U.S. Department of Interior | AVMAC<br>43205 Chapman Road |
| 25 | Bureau of Reclamation<br>27708 Jefferson Ave., Suite 202 | Anza, CA 92539 |
| 26 | Temecula, CA 92590-2628 | James Carter<br>P.O. Box 28739 |
| 27 | | Santa Ana, CA |
| 28 | Proof of Service | United States of America vs. Fallbrook Public Utility District, et al.<br>Case No. 51-1247-SD-GT<br>683485.0001 5999113 |

| | |
|---|---|
| 1  Jack S. Safely<br>   Western MWD<br>2  P.O. Box 5286<br>   Riverside, CA 92517<br>3<br>4  John G. McClendon<br>   Van Blarcome Leibold McClendon & Mann<br>5  24322 Mill Creek Drive, Suite 150<br>   Laguna Hills, CA 92653<br>6<br>7  Patrick Barry, Esq.<br>   Environment and Natural Resources Division<br>8  Indian Resources Section<br>   U.S. Department of Justice<br>9  P.O. Box 44378<br>   Washington, D.C. 20026-4378<br>10<br>11 Joseph Jackson<br>   Assistant General Manager<br>12 Fallbrook Public Utility District<br>   P.O. Box 2290<br>13 Fallbrook, CA 92088<br>14<br>15 Assad S. Safadi<br>   Natural Resources Consulting Engineers, Inc.<br>   131 Lincoln Avenue, Suite 300<br>16 Fort Collins, CO 80524<br>17<br>   Stephen B. Reich<br>18 Stetson Engineers, Inc.<br>   2171 East Francisco Blvd., Suite K<br>19 San Rafael, CA 94901<br>20 Susan M. Williams, Esq.<br>   Sarah S. Works, Esq.<br>21 Williams & Works, P.A.<br>   P.O. Box 1483<br>22 Corrales, NM 87049<br>23<br>   Anza Holdings LLC<br>24 1220 Spinnaker Trail<br>   Monument, CO 80132<br>25<br>26 Alvin Greenwald<br>   6010 Wilshire Blvd., Suite 500<br>27 Los Angeles, CA 90036 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105<br><br>Marc Luker<br>Pechanga Tribal Council<br>P.O. Box 1477<br>Temecula, CA 92593<br><br>Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110<br><br>Lake Riverside Estates Community Association<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536<br><br>Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587<br><br>Western Land Financial<br>and Pacific Holt Corp.<br>708 West 20th Street, #4<br>Merced, CA 95340<br><br>Dyson Development<br>437 South Highway 101, Suite 220<br>Solano Beach, CA 92075<br><br>Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117<br><br>Marco A. Gonzalez<br>Rory R. Wicks<br>COAST LAW GROUP LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |

28 Proof of Service

United States of America vs. Fallbrook Public Utility District, et al.
Case No. 51-1247-SD-GT
683485.0001 5999113

| | | |
|---|---|---|
| 1 | Susan M. Williams<br>Sarah S. Works | David Glazer, Esq.<br>Environmental & Natural Resources Division |
| 2 | Williams & Works, P.A. | Natural Resources Section<br>U.S. Department of Justice |
| 3 | P. O. Box 1483<br>Corrales, NM  87049 | 301 Howard Streeet<br>Suite 1050 |
| 4 | | San Francisco, CA  94105 |
| 5 | Anza Acreage, LLC<br>1310 Stratford Street<br>Del Mar, CA  92014 | Nobuo Komoto |
| 6 | | c/o Richard Woo<br>Soliton Tech |
| 7 | Bill Steele<br>United States Bureau of Reclamation | 2635 N. First Street, Suite 213<br>San Jose, CA  95134 |
| 8 | 27708 Jefferson Ave., #202<br>Temecula, CA  92590 | |
| 9 | | General Manager<br>Rainbow MWD |
| 10 | Director<br>Riverside Co. Planning | P. O. Box 2500<br>Fallbrook, CA  92088-2500 |
| 11 | 4080 Lemon Street, 9th Floor<br>Riverside, CA  92501 | |
| 12 | | Temecula Ranchos<br>c/o McMillan Farm Management |
| 13 | Brian Brady, General Manager<br>Rancho California Water District | 29379 Rancho California Road, #201<br>Temecula, CA  92591 |
| 14 | P. O. Box 9017<br>Temecula, CA  92589-9017 | |
| 15 | | Manual Hamilton<br>Joseph Hamilton |
| 16 | Michael E. McPherson, Esq.<br>344 Plumosa | P. O. Box 391372<br>Anza, CA  92539 |
| 17 | Vista, CA  92083 | |
| 18 | James Carter | Larry Minor<br>P. O. Box 398 |
| 19 | P. O. Box 28739<br>Santa Ana, CA  92799-8739 | San Jacinto, CA  92581 |
| 20 | Elsa Barton | Pamela Williams<br>United States Department of the Interior |
| 21 | 217 No. Palm<br>Hemet, CA  92543 | Office of the Field Solicitor<br>Sandra Day O'Connor United States |
| 22 | | Courthouse, Suite 404 |
| 23 | Don Forsyth<br>Metropolitan Water District | 401 W. Washington Street, SPC 44<br>Phoenix, AZ  85003-2151 |
| 24 | 33752 Newport Road<br>Winchester, CA  92596 | |
| 25 | Asst. Chief of Staff, Facilities | Western Land Financial and Pacific Holt Corp.<br>708 W. 20th Street, #4 |
| 26 | ATTN: Office of Water Resources<br>Box 555013 | Merced, CA  95340 |
| 27 | Camp Pendleton, CA  92055-5013 | |
| 28 | Proof of Service | United States of America vs. Fallbrook Public Utility District, et al.<br>Case No. 51-1247-SD-GT<br>683485.0001 5999113 |