```
FILED
2007 JAN 10  PM 1: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY
```

Robert H. James, Esq.    CA Bar No. 45394
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA  92028-2025
760-728-1154  Telephone
760-728-9648  Facsimile

rhjames@sbcglobal.net

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>　　　　Defendant. | Civil Case No. 51-1247-SD-GT<br><br>DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT'S NOTICE OF JOINDER AND JOINDER OF UNITED STATES OF AMERICA'S MEMORANDUM SUPPORTING CAHUILLA BAND OF INDIANS' REQUEST FOR PERMISSIVE INTERVENTION AND OPPOSITION TO CAHUILLA'S REQUEST TO INTERVENE AS OF RIGHT<br><br>Hearing Date:   Jan. 22, 2007 |

## NOTICE OF JOINDER AND JOINDER

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE THAT Defendant FALLBROOK PUBLIC UTILITY DISTRICT ("FPUD") hereby joins in Plaintiff UNITED STATES OF AMERICA's ("USA") MEMORANDUM SUPPORTING CAHUILLA BAND OF INDIANS' REQUEST FOR

FALLBROOK PUBOLIC UTILITY DISTRICT'S JOINDER IN USA'S MEMORANDUM
SUPPORTING PERMISSIVE INTERVENTION AND OPPOSING REQUEST TO INTERVENE AS OF RIGHT

1

1  PERMISSIVE INTERVENTION AND OPPOSITION TO CAHUILLA'S REQUEST TO
2  INTERVENE AS OF RIGHT.
3                                      Respectfully submitted,
4                                      SACHSE, JAMES & LOPARDO
5
6  Dated: January 3, 2007       By: _____
7                                      Robert H. James, Esq.
                                        General Counsel for Defendant
                                        FALLBROOK PUBLIC UTILITY DISTRICT

FALLBROOK PUBOLIC UTILITY DISTRICT'S JOINDER IN USA'S MEMORANDUM
SUPPORTING PERMISSIVE INTERVENTION AND OPPOSING REQUEST TO INTERVENE AS OF RIGHT

2

| | |
|---|---|
| 1 | Robert H. James, Esq.    CA Bar No. 45394 |
| 2 | SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1 |
| 3 | Fallbrook, CA  92028-2025<br>760-728-1154  Telephone |
| 4 | 760-728-9648   Facsimile |
| 5 | rhjames@sbcglobal.net |
| 6 | Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>     v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>         Defendant. | ) Civil Case No. 51-1247-SD-GT<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)  Hearing Date:   Jan. 22, 2007<br>)<br>)<br>)<br>)<br>) |

    I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Sachse, James & Lopardo, 206 W. Alvarado St., Suite 1, Fallbrook, CA  92028.  On January __9__, 2007, I served the document described as DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT'S NOTICE OF JOINDER AND JOINDER OF UNITED STATES OF AMERICA'S MEMORANDUM SUPPORTING CAHUILLA BAND OF INDIANS' REQUEST FOR PERMISSIVE INTERVENTION AND OPPOSITION TO CAHUILLA'S REQUEST TO INTERVBENE AS OF RIGHT by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fallbrook, CA  addressed as set forth below: **SEE ATTACHED SERVICE LIST.**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on January __9__, 2007, at Fallbrook, CA.

                                                       Brenda Henderson

USA v. FPUD (Case No. 51-1247-SD-GT)
Service List

| | |
|---|---|
| Curtis G. Berkey, Esq.<br>Scott W. Williams, Esq.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS, LLP<br>230 Addison St., Suite 410<br>Berkeley, CA  94704 | Michael L. Tidus, Esq.<br>Michael A. Staples, Esq.<br>Benjamin T. Benumof, Esq.<br>JACKSON, DeMARCO, TIDUS & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA  92614 |
| Rod Lewis, Esq.<br>Donald R. Pongrace, Esq.<br>AIKEN, GUMP, STRAUSS, HAUER & FELD, LLP<br>Robert Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C.  20036 | David Glazer, Esq.<br>ENVIRONMENTAL & NATURAL RESOURCES DIVISION<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA  94105 |
| Anza Acreage, LLC<br>1310 Stratford Street<br>Del Mar, CA  92014 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA  92383 |
| Bill Steele<br>UNITED STATES BUREAU OF RECLAMATION<br>27708 Jefferson Avenue, Suite 202<br>Temecula, CA  92590 | Director, RIVERSIDE CO. PLANNING<br>4080 Lemon Street, 9th Floor<br>Riverside, CA  92501 |
| General Manager<br>RANCHO CALIF. R.V. RESORT OA<br>P.O. Box 214<br>Aguanga, CA  92536 | SDSU FIELD STATION PROGRAMS<br>Attn:  Matt Rohn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA  92182-4614 |
| Nobuo Komoto<br>c/o richard Woo<br>SOLITON TECH<br>2635 N. First Street, Suite 213<br>San Jose, CA  95134 | General Manager<br>RAINBOW MUNICIPAL WATER DISTRICT<br>P.O. Box 2500<br>Fallbrook, CA  92088-2500 |
| Anthony J. Pack, General Manager<br>EASTERN MUNICIPAL WATER DISTRICT<br>P.O. Box 8300<br>Perris, CA  92572-8300 | General Manager<br>ELSINORE VALLEY MUNI. WATER DIST.<br>P.O. Box 3000<br>Lake Elsinore, CA  92330 |
| Michael Lopez<br>METROPOLITAN WATER DISTRICT<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA  92596 | C. Michael Cowett, Esq.<br>BEST BEST & KRIEGER<br>402 W. Broadway, 13th Floor<br>San Diego, CA  92101-3452 |
| Jack S. Safely<br>WESTERN MUNICIPAL WATER DISTRICT<br>P.O. Box 5286<br>Riverside, CA  92517 | Marco A. Gonzalez, Esq.<br>Rory R. Wicks, Esq.<br>COAST LAW GROUP, LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA  92024 |

1

USA v. FPUD (Case No. 51-1247-SD-GT)
Service List

| | |
|---|---|
| Peter J. Mort<br>AIKEN, GUMP, STRAUSS, HAUER & FELD, LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 94105 | TEMECULA RANCHOS<br>c/o McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92591 |
| Patrick Barry, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>Indian Resources Section<br>P.O. Box 44378<br>L'Enfant Plaza Station<br>Washington, D.C. 20026-4378 | Linda Garcia<br>RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT<br>1995 Market Street<br>Riverside, CA 92501 |
| Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Brian Brady, General Manager<br>RANCHO CALIFORNIA WATER DISTRICT<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Darwin Potter<br>METROPOLITAN WATER DISTRICT<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Michael E. McPherson, Esq.<br>344 Plumosa<br>Vista, CA 92083 |
| John Rossi, General Manager<br>WESTERN MUNICIPAL WATER DISTRICT<br>P.O. Box 5286<br>Riverside, CA 92517 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMILLAN FARM MANAGEMENT<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92591 | Leslie Cleveland<br>UNITED STATES BUREAU OF RECLAMATION<br>27708 Jefferson Avenue, Suite 202<br>Temecula, CA 92590 |
| Keith Lewinger, General Manager<br>FALLBROOK PUBLIC UTILITY DISTRICT<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 |
| Mike Luker<br>EASTERN MUNICIPAL WATER DISTRICT<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Assistant Chief of Staff<br>ENVIRONMENTAL SECURITY<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |
| COUNSEL WESTERN BASES<br>P.O. Box 55231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Joseph Jackson, Asst. General Manager<br>FALLBROOK PUBLIC UTILITY DISTRICT<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290 |

FALLBROOK PUBOLIC UTILITY DISTRICT'S CERTIFICATE OF SERVICE

USA v. FPUD (Case No. 51-1247-SD-GT)
Service List

| | |
|---|---|
| Jackie Spanley<br>AVMAC<br>P.O. Box 391076<br>Anza, CA 92539 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Bob Lemons<br>RANCHO CALIFORNIA WATER DISTRICT<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Fred Domenigoni<br>33011 Holland Road<br>Winchester, CA 92596 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Assad S. Safadi<br>NATURAL RESOURCES CONSULTING ENGINEERS, INC.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| Amy Gallaher<br>METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA<br>P.O. Box 54153<br>Los Angeles, Ca 90054 | Pechanga Tribal Spokesman<br>PECHANGA TRIBAL RESERVATION<br>P.O. Box 1477<br>Temecula, CA 92593 |
| Stephen B. Reich<br>STETSON ENGINEERS, INC.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | General Counsel<br>METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Francis and Jean Domenigoni<br>Francis and Jean Domenigoni Family Trust<br>DOMENIGONI-BARTON PROPERTIES<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Pamela Williams<br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>Office of the Field Solicitor<br>Sandra Day O'Connor United States Courthouse<br>Suite 404 – 401 W. Washington St. SPC 44<br>Phoenix, AZ 85003-2151 |
| Don Forsyth<br>METROPOLITAN WATER DISTRICT<br>33752 Newport Road<br>Winchester, CA 92596 | Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 |
| Assistant Chief of Staff, Facilities<br>Attn: OFFICE OF WATER RESOURCES<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | Marc Luker<br>PECHANGA TRIBAL COUNCIL<br>P.O. Box 1477<br>Temecula, CA 92593 |
| James Fletcher<br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Ron Glidden, Water Resources Manager<br>PECHANGA INDIAN RESERVATION<br>P.O. Box 1477<br>Temecula, CA 92593 |

USA v. FPUD (Case No. 51-1247-SD-GT)
Service List

| | |
|---|---|
| Michelle Staples, Esq.<br>JACKSON, DeMARCO, TIDUS & PECHENPAUGH<br>2030 Main St., Suite 1200<br>Irvine, CA 92614 | Chairperson, CAHUILLA BAND OF INDIANS<br>P.O. Box 391760<br>Anza, CA 92539 |
| Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 | Susan M. Williams, Esq.<br>Sarah S. Works, Esq.<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049 |
| Alvin Greenwald, Esq.<br>6010 Wilshire Blvd., Suite 500<br>P.O. Box 1483<br>Los Angeles, CA 90036 | LAKE RIVERSIDE ESTATES COMMUNITY ASSOCIATION<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| DYSON DEVELOPMENT<br>437 S. Highway No. 217<br>Solana Beach, CA 92074 | ANZA HOLDINGS, LLC<br>1220 Spinnaker Trail<br>Monument, CA 80132 |
| WESTERN LAND FINANCIAL AND PACIFIC HOLT CORP.<br>708 West 20th Street, Suite 4<br>Merced, CA 95340 | AVALON MANAGEMENT GROUP<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| Anthony Madrigal, Sr.<br>CAHUILLA BAND OF INDIANS<br>P.O. Box 391760<br>Anza, CA 92539-1760 | |