## Minutes of the United States District Court
### Southern District of California
### MONDAY, JANUARY 22, 2007

| | | |
|---|---|---|
| HON. **GORDON THOMPSON, JR.** | DEPUTY CLERK: **K. RIDGEWAY** | COURT REPORTER: **I. VANBRAMER** |

1951CV1247-GT USA V. FALLBROOK PUBLIC UTILITY ET. AL.          TIME: 2:00PM - 2:13 PM

ATTY PATRICK BERRY (USA) - DEPT. OF JUSTICE WASHINGTON, D.C.
ATTY SUSAN WILLIAMS - COUNSEL FOR CAHUILLA (505) 660-8222
ATTY MARCO GONZALEZ - LOCAL COUNSEL FOR CAHUILLA
ATTY BENJAMIN T. BENUMOF - REPRESENTING THE DOMENIGOI FAMILY
ATTY CURTIS BERKEY - FOR RAMONA BAND OF CAHUILLA
ATTY RODNEY LEWIS - FOR PECHANGA BAND
ATTY MATTHEW GREENE - FOR RANCHAO CALIFORNIA WATER DISTRICT
ATTY RORY WICKS - FOR CAHUILLA
ATTY PETER E. VON HAAM - FOR THE METROPOLITAN WATER DISTRICT

MOTION HEARING - HELD

MOTION TO INTERVENE FILED BY CAHUILLA BAND OF INDIANS - GRANTED
MOTION TO INTERVENE FILED BY RAMONA BAND OF CAHUILLA - GRANTED

COURT ISSUES WRITTEN ORDER - FILED

(ADDED TO DOCKET MANUALLY)

4918