**FILED**

JAN 2 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1247-SD-C |
| v. | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

On January 22, 2007, the Cahuilla Band of Indians ("Cahuilla Band") and Ramona Band of Cahuilla ("Ramona Band") Motions to Intervene came on for hearing before the Court. The Court has fully considered the matter including all the briefs filed, the authorities cited therein, and the arguments presented. For the reasons set forth below, the Court grants the Motions to Intervene.

## DISCUSSION

To intervene as of right under Federal Rules of Civil Procedure 24(a), an applicant must meet all the elements of the four part test set out in <u>Southwest Center for Biological Diversity v. Berg</u>, 268 F.3d 810, 817 (9th Cir. 2001). The elements are: "1) the application for intervention must be timely; 2) the applicant must have a 'significantly protectable' interest to the property or transaction that is the subject of the action; 3) the applicant must be so situated that the disposition of the action may, as a practical matter, impair or impede applicant's ability to



4919

protect that interest, and 4) the applicant's interest must not be adequately represented by the existing parties in the lawsuit." Id. A district court's denial of a motion to intervene as of right is reviewed *de novo*. See United States v. Alisal Water Corp., 370 F.3d 915, 918 (9th Cir. 2004).

All parties agree that the Bands have met the first three elements of the above cited four part test. It is the fourth element, that the Bands' interests are adequately represented by the United States, that is at issue in these motions for intervention as of right.

The Court agrees with the Cahuilla Band's assertion that only the Tribes themselves can fully grasp the significance of the water for the Tribes, their individual needs and potential threats. The two Bands are in the best position to present their unique positions and concerns to the Court. Additionally, the United States may also represent other entities, including itself, with interests that potentially compete and conflict with the interests of the two Bands. For these reasons, the Court finds that the interests of the Cahuilla Band and the Ramona Band can not be adequately represented by the United States. In the alternative, all parties agree that the two Bands' meet the required elements for permissive intervention. Accordingly, their Motions to Intervene are granted and the two Complaints are filed.

**IT IS ORDERED** that the Cahuilla Band's and Ramona Band's Motions to Intervene are **GRANTED**.

**IT IS FURTHER ORDERED** that their respective Complaints in Intervention be filed.

**IT IS SO ORDERED.**

January 22, 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel

//
//
//
//

2