Marco A. Gonzalez (State Bar No. 190832)
Rory R. Wicks (State Bar No. 85340)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel. (505) 899-7994
Fax. (505) 899-7972
swilliams@williamsandworks.net

Attorneys for Proposed Plaintiff in Intervention,
the Cahuilla Band of Indians

### IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>a federally recognized Indian tribe,<br><br>Proposed Plaintiff<br>in Intervention,<br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | CIVIL NO. 1247-SD-C<br><br>**CAHUILLA BAND OF INDIANS'<br>COMPLAINT IN INTERVENTION**<br><br><br><br>DATE: December 4, 2006<br>TIME: 2:00 p.m.<br><br>JUDGE: Hon. Gordon Thompson<br>Courtroom 8, 3rd Floor |

### I. INTRODUCTION

1. This action was filed by the United States in 1951 to declare, quiet title, and enjoin the unlawful interference of the United States' rights to the use of water in the Santa Margarita River

1

UNITED STATES OF AMERICA v
FALLBROK PUBLIC UTILITY
DISTRICT et al

CAHUILLA BAND OF INDIANS'
COMPLAINT IN INTERVENTION

1247-SD-C



System in San Diego and Riverside Counties, California.

2. From the inception of this case, the United States has represented the Cahuilla Band of Indians (the "Cahuilla Tribe" or the "Tribe") as the Tribe's federal trustee. In the early stages of the case, the United States asserted on behalf of the Cahuilla Tribe a right to water under the federal reserved water rights doctrine in amounts sufficient to provide for the present and future needs of the Cahuilla Tribe and its members.

3. On November 8, 1962, this Court entered an interlocutory judgment which recognized a federal reserved water right for the Cahuilla Tribe and made findings of fact to serve as the basis for quantifying the amount of water reserved for the Cahuilla Tribe. The Court also made a conclusion of law that the Cahuilla Tribe is entitled to use the surface waters and groundwater underlying the Cahuilla Reservation within the Anza Basin portion of the Santa Margarita River System to satisfy the Tribe's federal reserved water rights. This Court, however, reserved final quantification until circumstances required. *Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection with the Ramona, Cahuilla and Pechanga Reservations,* No. 1247-SD-C (S.D. Cal. filed Jan. 25, 1951) ("Interlocutory Judgment 41" or "IJ 41").

4. Circumstances now require a final decree from this Court to quantify and protect the Cahuilla Tribe's senior, federal reserved water rights due to increasing development in the Anza Basin.

5. The Cahuilla Tribe seeks intervention to participate in this case as a party, and in cooperation with the United States, to obtain a judicial decree quantifying and protecting the Cahuilla Tribe's senior, federal reserved rights to the surface waters and underlying groundwater of

the Cahuilla Reservation within the Anza Basin portion of the Santa Margarita River System that are under this Court's continuing jurisdiction.

## II. JURISDICTION AND VENUE

6. This Court has jurisdiction over this action under 28 U.S.C. § 1345 (United States as plaintiff), 28 U.S.C. § 1331 (Federal Question), and 28 U.S.C. § 1362 (federally-recognized Indian tribe as plaintiff). An actual controversy exists between the parties within the meaning of 28 U.S.C. § 2201 (declaratory judgments).

7. Venue is properly vested in this Court pursuant to 28 U.S.C. § 1391(b) because the Santa Margarita River System is located within the Southern District of California and a number of defendants reside in this District.

## III. PARTIES

8. Proposed plaintiff in intervention, CAHUILLA BAND OF INDIANS, is a federally recognized Indian tribe, headquartered at Cahuilla, near Anza, California on the Cahuilla Reservation. CAHUILLA TRIBE is governed by the Cahuilla General Council.

9. By Executive Order in 1875, President Ulysses S. Grant established the Cahuilla Reservation for the CAHUILLA TRIBE. Exec. Order of Dec. 27, 1875, *reprinted* in 1 CHARLES KAPPLER, INDIAN AFFAIRS: LAWS AND TREATIES 820. In 1887, the Cahuilla Reservation was further enlarged by President Grover Cleveland. Exec. Order of Mar. 14, 1887, *reprinted* in 1 CHARLES KAPPLER, INDIAN AFFAIRS: LAWS AND TREATIES 824. The Cahuilla Reservation was further enlarged on December 29, 1891. Interlocutory Judgment 41 at 5. On or about January 25, 1927, the Cahuilla Reservation was expanded. Interlocutory Judgment 41 at 5.

10. When this court entered Interlocutory Judgment 41, the Cahuilla Reservation contained approximately 18,292 acres, of which approximately 17,312 acres are located within the

3

Santa Margarita River System. Interlocutory Judgment 41 at 7.

11. Pursuant to the Southern California Indian Land Transfer Act, Pub. L. No. 100-581, approximately 611 acres were added to the Cahuilla Reservation in 1988. Those lands are located within the Santa Margarita River System, but the Cahuilla Tribe is not asserting claims for water rights to those 611 acres in this Complaint.

12. Today, the Cahuilla Reservation contains approximately 18,884 acres, of which approximately 17,923 acres are located within the Santa Margarita River System.

13. The Cahuilla Reservation is located in the aboriginal territory of the CAHUILLA TRIBE and its members, who have used and occupied the area since time immemorial. The Executive Orders creating the Cahuilla Reservation set aside the land and water resources of the Cahuilla Reservation for the benefit of the CAHUILLA TRIBE as a permanent homeland for its members.

14. Since time immemorial, the members of the CAHUILLA TRIBE have used, and continue to use, the lands, surface waters and groundwater underlying the Cahuilla Reservation within the Santa Margarita River System, including but not limited to Cahuilla Creek and the Anza Basin, for subsistence, cultural, ceremonial, religious, and commercial purposes.

15. The DEFENDANTS in this action are public service corporations, agencies of the United States, persons, corporations, unincorporated associations, municipalities, water districts, and other entities that use water, claim rights to use water, or deliver water from the Santa Margarita River System that is subject to this Court's jurisdiction.

16. Some of the DEFENDANTS use or claim junior rights to use water in a manner that impairs the senior, federal reserved water rights of the Cahuilla Tribe.

17. The priority dates of the DEFENDANTS' claimed rights to use water are junior to the

4

federally-protected water rights of the Cahuilla Band of Indians and its members.

18. CAHUILLA TRIBE'S past, present, and future enjoyment of the surface waters and underlying groundwater of the Santa Margarita River System has been, is being, and will continue to be injured by DEFENDANTS' on-going interference with the Tribe's senior, federal reserved water rights to the Santa Margarita River System and underlying groundwater.

19. Unless the relief requested is granted, the rights and interests of plaintiff CAHUILLA TRIBE and its members will be adversely affected and irreparably harmed by the DEFENDANTS.

20. Plaintiff's injury in fact is fairly traceable to DEFENDANTS' conduct and would be redressed by the relief that plaintiff CAHUILLA TRIBE seeks in this case.

### IV. THE CAHUILLA TRIBE'S FEDERAL RESERVED RIGHTS

#### Interlocutory Judgment 41

21. On November 8, 1962, this Court entered Interlocutory Judgment 41.

22. The Cahuilla Indian Reservation was originally established by Executive Order of the President on December 27, 1875. *See* Interlocutory Judgment 41 at 4, 20.

23. At the time Interlocutory Judgment 41 was entered by this Court, the Cahuilla Reservation consisted of approximately 18,292 acres, of which approximately 17,312 acres lie within the Santa Margarita River watershed. Interlocutory Judgment 41 at 7.

24. The surface waters located upon the Cahuilla Reservation, and the underlying groundwater add to, contribute to, and support the Santa Margarita River System. Interlocutory Judgment 41 at 8, 20.

25. When it created the Cahuilla Reservation, the United States intended to reserve, and in fact did reserve, rights to the use of the Santa Margarita River system which under natural conditions would be physically available on the Cahuilla Reservation, including rights to the use of

5

groundwater, sufficient for the present and future needs of the Cahuilla Tribe. <u>Interlocutory Judgment 41</u> at 20.

26. The Cahuilla Tribe's senior, federal reserved water rights to the Santa Margarita River System have the following priority dates: A) December 27, 1875, for lands transferred by Executive Order of that date; B) March 14, 1887, for lands transferred by Executive Order of that date; and, C) December 29, 1891, for lands transferred by Executive Order of that date. <u>Interlocutory Judgment 41</u> at 20.

27. The surface waters and groundwater underlying the Cahuilla Reservation constitute the sole source of water for the Cahuilla Tribe and its members.

28. The surface waters and groundwater underlying the Cahuilla Reservation are in limited supply and are needed to satisfy the present and future needs of the Cahuilla Tribe and its members.

29. The defendants' withdrawal and use of the groundwater underlying and adjacent to the Cahuilla Reservation adversely affects the ability of the Cahuilla Tribe and its members to exercise their senior, federal reserved water rights now and in the future as established by this Court in <u>Interlocutory Judgment 41</u>.

30. Defendants' withdrawal and use of the groundwater underlying and adjacent to the Cahuilla Reservation is increasing, thereby further threatening plaintiff Cahuilla Tribe's ability to achieve economic self-sufficiency now and in the future.

## V. CLAIM FOR RELIEF

31. Each and every allegation set forth above is incorporated herein by reference.

32. The Executive Orders of 1875, 1887, and 1891 reserved for the Cahuilla Tribe and its members the surface waters and underlying groundwater of the Cahuilla Reservation to meet the

6

UNITED STATES OF AMERICA v
FALLBROK PUBLIC UTILITY
DISTRICT et al

CAHUILLA BAND OF INDIANS'
COMPLAINT IN INTERVENTION

1247-SD-C

present and future needs of the Cahuilla Tribe.

33. The Cahuilla Tribe's senior, federal reserved rights to the surface waters and groundwater underlying the Cahuilla Reservation is in an amount sufficient to satisfy the present and future needs for water for the Cahuilla Reservation, as declared and decreed by this Court in <u>Interlocutory Judgment 41</u>.

34. The surface waters and underlying groundwater rights reserved for the benefit of the Cahuilla Tribe have priority dates of December 27, 1875, for lands transferred by the Executive Order of that date; March 14, 1887, for lands transferred by Executive Order of that date; December 29, 1891, for lands transferred by Executive Order of that date - as declared and decreed by this Court in <u>Interlocutory Judgment 41</u>.

35. Withdrawal of groundwater by the defendants infringes on the ability of the Cahuilla Tribe to use the Tribe's senior, federal reserved rights to the surface waters and underlying groundwater of the Cahuilla Reservation now and in the future.

36. Defendants' rights and use of groundwater underlying the Cahuilla Reservation are junior to the Tribe's senior, federal reserved water rights.

37. Defendants' withdrawal of groundwater underlying the Cahuilla Reservation will cause irreparable harm to the Cahuilla Tribe and its members.

38. The remedy for this violation of law is to enter a declaratory judgment pursuant to 28 U.S.C. 2201(a) that defendants are illegally using and impairing the Cahuilla Tribe's senior, federal reserved water rights to the surface waters and underlying groundwater of the Cahuilla Reservation.

39. It is also within this Court's discretion to enter an injunction prohibiting defendants from illegally impairing the Cahuilla Tribe's use of its senior, federal reserved water rights to the surface waters and underlying groundwater of the Cahuilla Reservation.

## VI. PLAINTIFF'S PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests this Court to enter judgment providing the following relief:

A. Declare and confirm that the Executive Orders of 1875, 1887, and 1891 reserved the Cahuilla Reservation and its water resources for the benefit of the Cahuilla Tribe and its members, and reserved to the Tribe and its members the right to the surface waters and the groundwater underlying the Cahuilla Reservation;

B. Declare and confirm the quantities of the Cahuilla Tribe's senior, federal reserved rights to the surface waters and groundwater underlying the Cahuilla Reservation in an amount sufficient to meet the present and future needs of the Cahuilla Tribe on the Cahuilla Reservation, as declared and decreed by this Court in <u>Interlocutory Judgment 41</u>;

C. Declare and confirm that the priority dates of the surface waters and underlying groundwater rights thus reserved for the benefit of the Cahuilla Tribe are the dates of the Executive Orders establishing the Cahuilla Reservation, as declared and decreed by this Court in <u>Interlocutory Judgment 41</u>;

D. Enjoin the defendants from withdrawing surface waters and groundwater underlying the Cahuilla Reservation that is in conflict with the senior, federal reserved water rights of the Cahuilla Tribe and its members as declared and decreed by this Court in Interlocutory Judgment 41;

E. Retain this Court's jurisdiction for purposes of enforcement of its decree;

F. Award plaintiff its costs of litigation, including reasonable costs, expenses, and disbursements, and reasonable attorneys' fees, as equity requires and pursuant to other federal statutes, including 28 U.S.C. § 2412; and

G. Grant such other and further relief as this Court deems just and proper.

8

| UNITED STATES OF AMERICA v FALLBROK PUBLIC UTILITY DISTRICT et al | CAHUILLA BAND OF INDIANS' COMPLAINT IN INTERVENTION | 1247-SD-C |

Respectfully submitted this 6th day of October, 2006.

Williams & Works, P.A.

By: /s/ Susan Williams

Susan Williams
Sarah S. Works
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel. (505) 899-7994
Fax. (505) 899-7972

Attorneys for Intervenor-Applicant,
the Cahuilla Band of Indians

9

UNITED STATES OF AMERICA v  CAHUILLA BAND OF INDIANS'  1247-SD-C
FALLBROK PUBLIC UTILITY     COMPLAINT IN INTERVENTION
DISTRICT et al