**ORIGINAL**

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  Attorneys for Proposed Plaintiff-Intervenor
   Ramona Band of Cahuilla
7

FILED
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            ) CIVIL NO.: 51-1247-SD-GT
                                        )
12         Plaintiff,                   )
                                        )
13 RAMONA BAND OF CAHUILLA,             ) **RAMONA BAND OF**
                                        ) **CAHUILLA'S COMPLAINT IN**
14         Proposed Plaintiff-Intervenor, ) **INTERVENTION**
                                        )
15 v.                                   )
                                        )
16                                      ) Date: December 4, 2006
   FALLBROOK PUBLIC UTILITY DISTRICT,   ) Time: 2:00p.m.
17 a public service corporation of the State of ) Courtroom: 8 - Third Floor
   California, et al.,                  ) Judge: Hon. Gordon Thompson
18                                      )
           Defendants.                  )
19                                      )

## INTRODUCTION

1.   This action was filed by the United States in 1951 to quiet title to its use of water and to enjoin unlawful impairment of water rights in the Santa Margarita River System in San Diego and Riverside Counties, California. From the inception of this case, the United States has represented the Ramona Band of Cahuilla as its trustee. In the early stages of the case, the United States asserted on behalf of the Band a right to water under the federal reserved water rights doctrine in amounts sufficient to provide for the present and future needs of the members of the Band. On November 8, 1962, this Court entered an interlocutory judgment which

Case No.: 51-cv-1247-SD-GT

recognized a federal reserved water right for the Ramona Band of Cahuilla, but this Court reserved final quantification until circumstances required it. *Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection with the Ramona, Cahuilla and Pechanga Reservations,* at page 24, No. 1247-SD-C (S.D. Cal. filed January 25, 1951) ("Interlocutory Judgment No. 41"). The Band now seeks intervention in order to participate in this case as a party, and, in cooperation with the United States, to obtain a judicial decree quantifying the Band's superior right to sufficient amounts of water from the Santa Margarita River System. The Ramona Band of Cahuilla claims a prior and senior federal reserved right to the surface water and underlying groundwater of the Ramona Reservation within the Anza Basin portion of the Santa Margarita River System.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. § 1345 (United States as plaintiff); § 1331 (federal question) and § 1362 (federally-recognized Indian tribe asserting federal question). In addition, this Court retained jurisdiction following the entry of final judgment on May 8, 1963.

3. This Court has venue of this action under 28 U.S.C. § 1391(b) as a number of the defendants reside in this district and the Santa Margarita River System is located within the geographical boundaries of the United States District Court for the Southern District of California.

## PARTIES

4. Plaintiff-intervenor Ramona Band of Cahuilla is recognized by the United States as a sovereign Indian tribe eligible to receive the services of the Bureau of Indian Affairs. The Band owns and occupies a reservation of approximately 560 acres, located in the far northeastern section of the Santa Margarita River System, as defined by this Court. Since time immemorial, the members of the Band have used, and continue to use, the water resources and lands of the Anza Basin for subsistence, cultural, ceremonial, religious and commercial purposes. The Ramona Band of Cahuilla is governed by a tribal council that is recognized by the Bureau of

Indian Affairs as the lawful representative and government of the Band and its members. The Band's headquarters are located in Anza, California. The Band's past, present and future enjoyment of the waters of the Santa Margarita River System has been, is being and will continue to be injured by defendants' on-going unlawful interference with the Band's federal reserved water right.

5. The defendants in this action are public service corporations, agencies of the United States, persons, corporations, unincorporated associations, municipalities, water districts and other entities that use water, claim rights to use water or deliver water from the Santa Margarita River System that is subject to this Court's jurisdiction. Some of the defendants use or claim rights to use water in a manner that impairs the federal reserved water right of the Ramona Band of Cahuilla. The priority dates of the defendants' claimed rights to use water are junior to the federally-protected water rights of the Ramona Band of Cahuilla and its members.

## FACTS

6. On November 8, 1962, this Court entered Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 41 concerning the rights to use the waters of the Santa Margarita River System held in trust by the United States in connection with the Ramona, Cahuilla and Pechanga Indian Reservation. The interlocutory judgment was entered as a final judgment on May 8, 1963, and the Court of Appeals affirmed the judgment in *United States v. Fallbrook Public Utility District*, 347 F.2d 48, 61 (9th Cir. 1965). This Court has continuing jurisdiction in this case.

7. Interlocutory Judgment No. 41 establishes, *inter alia,* the following facts and legal conclusions. The Ramona Indian Reservation was established by Executive Order of the President on December 29, 1891. The Reservation is located in the most northeasterly portion of the Santa Margarita River watershed. The Reservation consists of approximately 560 acres, of which approximately 321 acres lie within the Santa Margarita River watershed. When it created the Ramona Reservation, the United States intended to reserve, and in fact did reserve, rights to the use of the Santa Margarita River system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of ground waters, sufficient for

1  the present and future needs of the Ramona Band of Cahuilla, with a priority date of December 29, 1891.

2  8. The Ramona Reservation is located in the aboriginal territory of the Ramona Band of Cahuilla, who have used and occupied the area since time immemorial. The Executive Order creating the Ramona Reservation set aside the land and resources of the Reservation for the benefit of the Ramona Band of Cahuilla and its members.

3  9. Groundwater underlying the Ramona Reservation is in limited supply and is needed to satisfy the present and future needs of the Ramona Band of Cahuilla and its members. The surface waters and groundwater underlying the Ramona Reservation are the sole sources of water for the Band and its members. The defendants' withdrawal and use of the ground water underlying and adjacent to the Ramona Reservation adversely affects the ability of the Ramona Band of Cahuilla and its members to exercise their federal reserved water right, as established by this Court in Interlocutory Judgment No. 41. Defendants' withdrawal and use of the ground water underlying and adjacent to the Ramona Reservation is increasing, and, is further threatening the Band's ability to achieve economic self-sufficiency. Unless the requested relief is granted, the rights and interests of the Ramona Band of Cahuilla and its members will be adversely affected and irreparably harmed by the defendants.

**Claim for Relief**

10. The Ramona Band of Cahuilla repeats and realleges and incorporates by reference the allegations contained in paragraphs 1 through 9.

11. The Executive Order of 1891 reserved for the Ramona Band of Cahuilla and its members an amount of surface and groundwater sufficient to meet the present and future needs of the Band, including but not limited to water necessary to accomplish the purpose of the Executive Order to create a permanent home for the Ramona Band of Cahuilla where it could achieve economic self-sufficiency.

///

///

///

12. Withdrawal of ground water by the defendants infringes on the ability of the Ramona Band of Cahuilla to effectively exercise the federal reserved right to that surface and groundwater, thereby causing and continuing to cause irreparable injury to the Band and its members.

13. Defendants' rights and use of groundwater underlying the Ramona Reservation are junior to the Ramona Band of Cahuilla's senior federal reserved water rights.

WHEREFORE, the Ramona Band of Cahuilla requests an order from this Court that:

(1) declares and confirms that the Executive Order of 1891 reserved the Reservation and its resources for the benefit of the Ramona Band of Cahuilla and its members and reserved to the Band and its members the right to the surface and underlying groundwater of the Ramona Reservation sufficient to foster, promote, and fulfill the purposes for which the lands of the Reservation were set aside;

(2) declares that the priority date of the surface and groundwater reserved is the date of the Executive Order of 1891, as declared and decreed by this Court in Interlocutory Judgment No. 41;

(3) quantifies the Ramona Band of Cahuilla's right to surface and underlying ground water of the Ramona Reservation in an amount sufficient to meet the present and future needs of the Ramona Band of Cahuilla and the purposes of the Ramona Reservation;

(4) enjoins the defendants from withdrawing surface and underlying groundwater of the Ramona Reservation that is in conflict with the senior federal reserved water rights of the Ramona Band of Cahuilla and its members as declared and decreed by this Court in Interlocutory Judgment No. 41;

(5) awards the Ramona Band of Cahuilla its costs of litigation, including reasonable costs, expenses and disbursements, and reasonable attorneys' fees, as equity requires and pursuant to federal statutes, including 28 U.S.C. § 2412;

(6) awards such other and further relief as may be just and proper;

(7) retains this Court's jurisdiction for purposes of enforcement of its decree.

| | |
|---|---|
| Dated: October 16, 2006 | Respectfully submitted,<br><br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br><br>By: _____<br>Curtis G. Berkey<br>Scott W. Williams<br>2030 Addison Street, Suite 410<br>Berkeley, California 94704<br>Tel: (510) 548-7070<br>Fax: (510) 548-7080<br><br>*Attorneys for the Proposed Plaintiff-Intervenor, Ramona Band of Cahuilla* |