Minutes of the United States District Court
Southern District of California
FRIDAY, FEBRUARY 2, 2007

HON. GORDON THOMPSON, JR.     DEPUTY CLERK: K. RIDGEWAY     COURT REPORTER: N/A

1951CV1247-GT USA V. FALLBROOK PUBLIC UTILITY ET. AL.

COURT REASSIGNS CASE TO MAGISTRATE JUDGE RUBEN BROOKS.

NEW CASE NUMBER 51CV1427GT(RBB)

(ADDED TO DOCKET MANUALLY)

CC: GT
    RBB