1  JEFFRY F. FERRE, Bar No. 138148
   JILL N. WILLIS, Bar No. 200121
2  BEST BEST & KRIEGER LLP
   3750 University Avenue
3  P.O. Box 1028
   Riverside, California 92502
4  Telephone: (951) 686-1450
   Telecopier: (951) 686-3083
5
   Attorneys for Western Municipal Water District
6

FILED

2007 MAR -7  AM 10:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-SD-GT<br>Judge: Gordon Thompson, Jr.<br><br>ORDER FOR THE APPOINTMENT OF AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE<br><br>[CCP § 1003] |

Based upon the Stipulation of Parties, attached hereto as Exhibit "A", to designate Western Municipal Water District (the "District") as a member of the steering committee formed pursuant to "Order for Appointment of Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989 by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") thereby making the District eligible to appoint a representative thereto and such designation shall hereby be accomplished.

On proof provided to and satisfactory to the Court that the designation of the District to the Steering Committee and the right to appoint a representative thereto should be granted;

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

1. The District is hereby designated as a member of the Steering Committee and is eligible to appoint a representative thereto.

2. The District shall have all the rights and privileges of all other members of the Steering Committee and shall have an obligation and duty, along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures of the Watermaster commencing upon the date of appointment to the Steering Committee appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

Dated: March 6, 2007

_Gordon Thompson Jr._
United States District Judge

RVPUB\JWILLIS\721734.1

- 1 -

ORDER FOR THE APPOINTMENT OF AN ADDITIONAL REPRESENTATIVE TO THE STEERING C 1247-SD-T

JEFFRY F. FERRE, Bar No. 138148
JILL N. WILLIS, Bar No. 200121
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

Attorneys for Western Municipal Water District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 51-1247-SD-GT<br><br>STIPULATION TO APPOINT AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE |

RVPUB\JWILLIS\721736.1

STIPULATION TO APPOINT AN ADDITIONAL
REPRESENTATIVE TO THE STEERING
COMMITTEE 1247-SD-T

EXHIBIT A

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsels or authorized representatives, that Western Municipal Water District (the "District") is a substantial water user within the Santa Margarita Watershed, eligible to become a member of the Steering Committee formed pursuant to "Order for the Appointment of a Steering Committee" (Civ. No. 1247-SD-T) granted on March 13, 1989 by the Honorable Gordon Thompson, Jr., United States District Judge (the "Steering Committee") and the District is thereby permitted to appoint a representative to the Steering Committee. The District shall thereafter, as a member of the Steering Committee, have all the rights and privileges of all other members of the Steering Committee and shall have an obligation and duty along with all other members of the Steering Committee, to share in paying all costs, fees and expenditures of the Watermaster appointed pursuant to "Order for the Appointment of a Watermaster; Powers and Duties" (Civ. No. 1247-SD-T) granted on March 13, 1989, by the Honorable Gordon Thompson, Jr., United States District Judge.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVPUB\JWILLIS\721736.1 — - 1 - — STIPULATION TO APPOINT AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE 1247-SD-T

Dated: January 31, 2007

_____
Fallbrook Public Utility District

Dated: January _____, 2007

_____
Rancho California Water District

Dated: January _____, 2007

_____
Eastern Municipal Water District

Dated: January _____, 2007

_____
U.S. Department of Justice

Dated: January _____, 2007

_____
Metropolitan Water District of Southern California

Dated: January _____, 2007

_____
Western Municipal Water District

Dated: January _____, 2007

_____
Pechanga Band of Luiseno Mission Indians

```
Dated: January _____, 2007
                                    _____
                                    Fallbrook Public Utility District


Dated: January  5 , 2007
                                    _____Edward P. Lemons_____
                                    Rancho California Water District


Dated: January _____, 2007
                                    _____
                                    Eastern Municipal Water District


Dated: January _____, 2007
                                    _____
                                    U.S. Department of Justice


Dated: January _____, 2007
                                    _____
                                    Metropolitan Water District of Southern
                                    California


Dated: January _____, 2007
                                    _____
                                    Western Municipal Water District


Dated: January _____, 2007
                                    _____
                                    Pechanga Band of Luiseno Mission Indians
```

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVPUB\JWILLIS\721736.1    - 2 -    STIPULATION TO APPOINT AN ADDITIONAL
                                   REPRESENTATIVE TO THE STEERING
                                   COMMITTEE 1247-SD-T

| | |
|---|---|
| Dated: January ____, 2007 | _____<br>Fallbrook Public Utility District |
| Dated: January ____, 2007 | _____<br>Rancho California Water District |
| Dated: January _12_, 2007 | _/s/ Mike Laker_____<br>Eastern Municipal Water District |
| Dated: January ____, 2007 | _____<br>U.S. Department of Justice |
| Dated: January ____, 2007 | _____<br>Metropolitan Water District of Southern California |
| Dated: January ____, 2007 | _____<br>Western Municipal Water District |
| Dated: January ____, 2007 | _____<br>Pechanga Band of Luiseno Mission Indians |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVPUB\WILLIS\721736.1

- 2 -

STIPULATION TO APPOINT AN ADDITIONAL
REPRESENTATIVE TO THE STEERING
COMMITTEE 1247-SD-T

| | |
|---|---|
| 1 | |
| 2  Dated: January _____, 2007 | _____ |
|   | Fallbrook Public Utility District |
| 3 | |
| 4 | |
| 5  Dated: January _____, 2007 | _____ |
|   | Rancho California Water District |
| 6 | |
| 7 | |
| 8 | |
| 9  Dated: January _____, 2007 | _____ |
|   | Eastern Municipal Water District |
| 10 | |
| 11 | |
| 12  Dated: ~~January~~ February 8, 2007 _____, 2007 | [signature] |
|   | U.S. Department of Justice |
| 13 | |
| 14 | |
| 15 | |
| 16  Dated: January _____, 2007 | _____ |
|   | Metropolitan Water District of Southern California |
| 17 | |
| 18 | |
| 19  Dated: January _____, 2007 | _____ |
|   | Western Municipal Water District |
| 20 | |
| 21 | |
| 22 | |
| 23  Dated: January _____, 2007 | _____ |
|   | Pechanga Band of Luiseno Mission Indians |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVPUB\WILLIS\721736.1

- 2 -

STIPULATION TO APPOINT AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE 1247-SD-T

Dated: January \_\_\_\_\_, 2007

_____
Fallbrook Public Utility District

Dated: January \_\_\_\_\_, 2007

_____
Rancho California Water District

Dated: January \_\_\_\_\_, 2007

_____
Eastern Municipal Water District

Dated: January \_\_\_\_\_, 2007

_____
U.S. Department of Justice

Dated: January *10*, 2007

*Peter von Haam*
_____
Metropolitan Water District of Southern California

Dated: January \_\_\_\_\_, 2007

_____
Western Municipal Water District

Dated: January \_\_\_\_\_, 2007

_____
Pechanga Band of Luiseno Mission Indians

Dated: January _____, 2007

_____
Fallbrook Public Utility District

Dated: January _____, 2007

_____
Rancho California Water District

Dated: January _____, 2007

_____
Eastern Municipal Water District

Dated: January _____, 2007

_____
U.S. Department of Justice

Dated: January _____, 2007

_____
Metropolitan Water District of Southern California

Dated: January 16, 2007

_____
Western Municipal Water District

Dated: January _____, 2007

_____
Pechanga Band of Luiseno Mission Indians

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVPUB\JWILLIS\721736.1

- 2 -

STIPULATION TO APPOINT AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE 1247-SD-T

| | |
|---|---|
| Dated: January _____, 2007 | _____<br>Fallbrook Public Utility District |
| Dated: January _____, 2007 | _____<br>Rancho California Water District |
| Dated: January _____, 2007 | _____<br>Eastern Municipal Water District |
| Dated: January _____, 2007 | _____<br>U.S. Department of Justice |
| Dated: January _____, 2007 | _____<br>Metropolitan Water District of Southern California |
| Dated: January _____, 2007 | _____<br>Western Municipal Water District |
| Dated: January 5, 2007 | /s/ Mark Macarro<br>_____<br>Pechanga Band of Luiseno Mission Indians<br>**Mark Macarro, Tribal Chairman** |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

1  JEFFRY F. FERRE, Bar No. 138148
   JILL N. WILLIS, Bar No. 200121
2  BEST BEST & KRIEGER LLP
   3750 University Avenue
3  P.O. Box 1028
   Riverside, California 92502
4  Telephone: (951) 686-1450
   Telecopier: (951) 686-3083
5
   Attorneys for Western Municipal Water District
6

7

8

9              UNITED STATES DISTRICT COURT

10           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,         | CIVIL NO. 51-1247-SD-GT
13 |         Plaintiff,                |
                                       | CERTIFICATE OF SERVICE
14 |     v.                            |
15 | FALLBROOK UTILITY DISTRICT, a     |
   | public service corporation of the State of
16 | California, et al.,               |
17 |         Defendant.                |

RVPUB\JGILPIN\728002.1                                CERTIFICATE OF SERVICE
                                                         51-1247-SD-GT

I certify that on February 23, 2007, I served the foregoing documents described as:

ORDER FOR THE APPOINTMENT OF AN ADDITIONAL REPRESENTATIVE TO THE STEERING COMMITTEE

by mailing true copies thereof enclosed in sealed envelopes to the following:

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS, LLP
2030 Addison St., Suite 410
Berkeley, CA 94704

Michael L. Tidus, Esq.
Michael A. Staples, Esq.
Benjamin T. Benumof, Esq.
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Rod Lewis, Esq.
Donald R. Pongrace, Esq.
AIKEN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

David Glazer, Esq.
Environmental & Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Anza Acreage, LLC
1310 Stratford Street
Del Mar, CA 92014

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
United States Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Director
Riverside County Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho California R.V. Resort OA
P.O. Box 214
Arguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Marco A. Gonzalez, Esq.
Rory R. Wicks, Esq.
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Rd., #201
Temecula, CA 92591

RVPUB\JGILPIN\728002.1

- 1 -

CERTIFICATE OF SERVICE
51-1247-SD-GT

| | |
|---|---|
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Peter J. Mort<br>Aiken, Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angels, CA 92105 |
| Robert H. James< Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado<br>Fallbrook, CA 92028 | Linda Garcia<br>Riverside County Flood Control & Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Brian Brady, General Manager<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Michael E. McPherson, Esq.<br>344 Plumosa<br>Vista, CA 92083 |
| John Rossi, General Manager<br>Western MWD<br>P.O. 5286<br>Riverside, CA 92517 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Leslie Cleveland<br>United States Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 |
| Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |
| Counsel Western Bases<br>P.O. Box 55231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Joseph Jackson, Ass. General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Jackie Spanley<br>AVMAC<br>P.O. Box 391076<br>Anza, CA 92539 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |

| | |
|---|---|
| Fred Domenigoni<br>33011 Holland Road<br>Winchester, CA 92596 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |
| Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | Amy Gallaher<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Pechanga Tribal Spokesman<br>Pechanga Tribal Reservation<br>P.O. Box 1477<br>Temecula, CA 92539 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 |
| General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 | Francis and Jean Domenigoni<br>Francis and Jean Domenigoni Family Trust<br>Domenigoni-Barton Properties<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 |
| Pamela Williams<br>United States Department of the Interior<br>Office of the Field Solicitor<br>Sandra Day O'Connor United States Courthouse<br>Suite 404<br>401 W. Washington Street, SPC 44<br>Phoenix, AZ 85003-2151 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Assistant Chief of Staff, Facilities<br>ATTN: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Marc Kuker<br>Pechange Tribal Council<br>P.O. Box 1477<br>Temcula, CA 92593 | James J. Fletcher<br>United States Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Ron Glidden<br>Water Resources Manager<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593 | Michelle Staples, Esq.<br>Jackson, Demarcho & Peckenpau<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |

RVPUB\JGILPIN\728002.1 — - 3 - — CERTIFICATE OF SERVICE
51-1247-SD-GT

| | | |
|---|---|---|
| 1 | Susan M. Williams, Esq. | Alvin Greewald, Esq. |
| 2 | Sarah S. Works, Esq. | 6010 Wilshire Blvd., Suite 500 |
| | Williams & Works, P.A. | P.O. Box 1483 |
| 3 | P.O. Box 1483 | Los Angeles, CA 90036 |
| | Corrales, NM 87049 | |
| 4 | | |
| | Lake Riverside Estates Community Association | Dyson Development |
| 5 | 41610 Lakeshore Blvd. | 437 South Highway, #217 |
| | Anguanga, CA 92536 | Solana Beach, CA 92075 |
| 6 | | |
| | Anza Holdings, LLC | Western Land Financial and Pacific Holt Corp. |
| 7 | 1220 Spinnaker Trail | 708 W. 2nd Street, #4 |
| | Monument, CA 80132 | Merced, CA 95340 |
| 8 | | |
| | Avalon Management Group | Anthony Madrigal, Sr. |
| 9 | 31608 Railroad Canyon Road | Cahuilla Band of Indians |
| | Canyon Lake, CA 92587 | P.O. Box 391760 |
| 10 | | Anza, CA 92539-1760 |
| 11 | Patrick Barry | |
| | Amy S, Tryon | |
| 12 | U.S. Department of Justice | |
| | Environmental & Natural Resources Division | |
| 13 | Indian Resources Section | |
| | P.O. Box 44378 | |
| 14 | Washington, D.C. 20026-4378 | |

Dated: February 23, 2007

By: _Lynda Kocis_
LYNDA A. KOCIS

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3301

RVPUB\JGILPIN\728002.1     - 4 -     CERTIFICATE OF SERVICE
51-1247-SD-GT