ORIGINAL

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*
7

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
9  Encinitas, CA 92024
   Tel: 760/942-8505
10 Fax: 760/942-8515

11 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
12

13 Susan M. Williams (Pro Hac Vice)
   Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
14 P.O. Box 1483
   Corrales, NM 87049
15 Tel: 505/899-7994
   Fax: 505/899-7972
16 E-mail: swilliams@williamsandworks.net

17 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
18

FILED
07 APR 23 PM 12: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

19                UNITED STATES DISTRICT COURT

20           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

21 | UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
22 |                                        )
   |                Plaintiff,              ) **JOINT MOTION AND NOTICE OF**
23 |                                        ) **JOINT MOTION FOR ORDER ON**
   | RAMONA BAND OF CAHUILLA, CAHUILLA      ) **SERVICE AND NOTIFICATION**
24 | BAND OF INDIANS,                       ) **OF TRIBAL WATER RIGHTS**
   |                                        ) **CLAIMS**
25 |              Plaintiff-Intervenors,    )
   |                                        ) Date:    June 4, 2007
26 | v.                                     ) Time:    2:00 p.m.
   |                                        ) Courtroom: 8
27 | FALLBROOK PUBLIC UTILITY DISTRICT,     ) Hon. Gordon Thompson, Jr.
   | et al.,                                )
28 |                                        ) **ORAL ARGUMENT BY**
   |              Defendants.               ) **TELEPHONIC CONFERENCE**
   |                                        ) **REQUESTED**

Case No.: 05cv1247

1    Pursuant to Rule 5 of the Federal Rules of Civil Procedure and the inherent authority of
2    this Court, Plaintiff-Intervenor Ramona Band of Cahuilla and Plaintiff-Intervenor Cahuilla Band
3    of Indians (Tribes) hereby jointly move for an Order setting special procedures for notification of
4    the Tribes' water rights claims in this action.  The Motion is noticed for hearing at the date and
5    time set forth in the above caption.  The Tribes request argument by telephonic conference
6    pursuant to Local Rule CivLR 7.1(d)(3).  This Motion is based on the Tribes' Memorandum of
7    Points and Authorities in Support of Joint Motion for Order on Service and Notification of Tribal
8    Water Rights Claims, the Declaration of Curtis G. Berkey in Support of Joint Motion for Order on
9    Service and Notification of Tribal Water Rights Claims, the Declaration of Susan Williams in
10   Support of Joint Motion for Order on Service and Notification of Tribal Water Rights Claims, and
11   the Proposed Order which are filed with this Motion.

12   Dated: April 20, 2007                      Respectfully submitted,

13                                               ALEXANDER, BERKEY, WILLIAMS &
                                                 WEATHERS LLP

15                                               By: _/s/ Curtis Berkey_____
16                                                  Curtis G. Berkey
                                                    Scott W. Williams
17                                                  2030 Addison Street, Suite 410
                                                    Berkeley, California 94704
18                                                  Tel: 510/548-7070
                                                    Fax: 510/548-7080
19                                                  E-mail: cberkey@abwwlaw.com
                                                    E-mail: swilliams@abwwlaw.com
20
                                                 *Attorneys for Plaintiff-Intervenor,*
21                                               *Ramona Band of Cahuilla*

22
                                                 COAST LAW GROUP LLP
23

24                                               By: _/s/ Marco Gonzales_ by Curtis Berkey
                                                    Marco Gonzales
25                                                  169 Saxony Road, Suite 204
                                                    Encinitas, CA 92024
26                                                  Tel: 760/942-8505
                                                    Fax: 760/942-8515
27
                                                 *Attorneys for Plaintiff-Intervenor,*
28                                               *Cahuilla Band of Indians*

Case No.: 05cv1247

WILLIAMS & WORKS, P.A.

By: _Susan Williams by Curtis Berkey_
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

| | |
|---|---|
| 1 | Curtis G. Berkey (CA State Bar No. 195485) |
| | Scott W. Williams (CA State Bar No. 097966) |
| 2 | ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP |
| | 2030 Addison Street, Suite 410 |
| 3 | Berkeley, CA 94704 |
| | Tel: 510/548-7070 |
| 4 | Fax: 510/548-7080 |
| | E-mail: cberkey@abwwlaw.com |
| 5 | E-mail: swilliams@abwwlaw.com |

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*

7

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
9  Encinitas, CA 92024
   Tel: 760/942-8505
10 Fax: 760/942-8515

11 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
12

13 Susan M. Williams (Pro Hac Vice)
   Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
14 P.O. Box 1483
   Corrales, NM 87049
15 Tel: 505/899-7994
   Fax: 505/899-7972
16 E-mail: swilliams@williamsandworks.net

17 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
18

19                 UNITED STATES DISTRICT COURT

20              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| 22 | Plaintiff, | ) |
| 23 | RAMONA BAND OF CAHUILLA, CAHUILLA | ) **DECLARATION OF SERVICE** |
| 24 | BAND OF INDIANS, | ) Date:   June 4, 2007 |
| 25 | Plaintiff-Intervenors, | ) Time:   2:00 p.m. |
| | | ) Courtroom: 8 |
| 26 | v. | ) Hon. Gordon Thompson, Jr. |
| 27 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) **ORAL ARGUMENT BY** |
| | | ) **TELEPHONE CONFERENCE** |
| 28 | Defendants. | ) **REQUESTED** |

Case No.: 05cv1247

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On April 20, 2007, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) **JOINT MOTION AND NOTICE OF JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHTS CLAIMS**

2) **PLAINTIFF-INTERVENORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHTS CLAIMS**

3) **DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHTS CLAIMS**

4) **DECLARATION OF SUSAN WILLIAMS IN SUPPORT OF JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHTS CLAIMS**

5) **[PROPOSED] ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHTS CLAIMS**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Peter J. Mort
Rodney B. Lewis
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Linda Garcia
Riverside Co. Flood Control and Water
Conservation District
1995 Market Street
Riverside, CA 92501

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Fred Domenigoni
33011 Holland Road
Winchester, CA 92596

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Ron Glidden
Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial
and Pacific Holt Corp.
708 W. 20th Street, #4
Merced, CA 95340

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 20, 2007, at Berkeley, California.

*Martha Morales*
Martha Morales