ORIGINAL

FILED
07 APR 23 PM 12:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor
   Ramona Band of Cahuilla*
7

   Marco Gonzales (CA State Bar No. 190832)
8  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
9  Encinitas, CA 92024
   Tel: 760/942-8505
10 Fax: 760/942-8515

11 *Attorneys for Plaintiff-Intervenor
   Cahuilla Band of Indians*
12

   Susan M. Williams (Pro Hac Vice)
13 Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
14 P.O. Box 1483
   Corrales, NM 87049
15 Tel: 505/899-7994
   Fax: 505/899-7972
16 E-mail: swilliams@williamsandworks.net

17 *Attorneys for Plaintiff-Intervenor
   Cahuilla Band of Indians*
18

19              UNITED STATES DISTRICT COURT

20           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| 22              Plaintiff, | ) **DECLARATION OF CURTIS G.** |
| 23  RAMONA BAND OF CAHUILLA, CAHUILLA | ) **BERKEY IN SUPPORT OF JOINT** |
|     BAND OF INDIANS, | ) **MOTION FOR ORDER ON** |
| 24  | ) **SERVICE AND NOTIFICATION OF** |
|     | ) **TRIBAL WATER RIGHTS CLAIMS** |
| 25         Plaintiff-Intervenors, | ) |
|     | ) Date:  June 4, 2007 |
| 26  v. | ) Time:  2:00 p.m. |
|     | ) Courtroom: 8 |
| 27  FALLBROOK PUBLIC UTILITY DISTRICT, | ) Hon. Gordon Thompson, Jr. |
|     et al., | ) |
| 28         Defendants. | ) **ORAL ARGUMENT BY** |
|     | ) **TELEPHONE CONFERENCE** |
|     | ) **REQUESTED** |

Case No.: 05cv1247

I, Curtis G. Berkey, hereby declare as follows:

1. I am counsel for the Ramona Band of Cahuilla as Plaintiff-Intervenor in the above-captioned case. This declaration is based on my personal knowledge.

2. This Court granted the Ramona Band of Cahuilla's motion to intervene on January 22, 2007, and the Band's complaint-in-intervention was filed by the Clerk of the Court on January 23, 2007.

3. Despite reasonable inquiries, it appears that neither this Court, the Watermaster appointed by this Court, nor any of the parties or interested persons has a complete list of the current defendants and other parties in this case.

4. The Ramona Band of Cahuilla has undertaken reasonable and diligent efforts to ascertain the current landowners and water users who are either original parties in this case or successors in interest to such parties. These efforts have included: review of the interlocutory judgments entered by this Court and accompanying exhibits containing lists of the original parties in portions of the Santa Margarita River Watershed; archival research regarding the number of original defendants, as reflected in secondary sources summarizing the early years of this litigation; meetings with officials of the Department of the Interior and Department of Justice involved in the case; meetings and telephone conferences with Watermaster Chuck Binder regarding information in possession of the Watermaster's office relevant to the question of current landowners and water users throughout the Santa Margarita River Watershed; review of the annual reports prepared by the Watermaster and submitted to this Court; and review of the published decisions of this Court and the Court of Appeals in this case.

5. These efforts have failed to identify a complete, current and accurate list of the parties in this case.

6. Because water use in the Anza Valley portion of the Santa Margarita River Watershed represents the greatest threat to the ability of the Ramona Band of Cahuilla to meet its present and future water needs, the Band has particularly focused on water users in that area. The Ramona Band has obtained a list of landowners in this area from the County of Riverside real

1 property assessor's office. This so-called APN List (Assessor Parcel Number) contains
2 approximately 3,446 persons, corporations, and entities.
3       7.      In 1962, this Court decreed the overlying correlative rights to ground water in the
4 Anza Ground Water Basin and the Cahuilla Ground Water Basin within the Santa Margarita River
5 Watershed. Interlocutory Judgment Number 33, October 24, 1962 (IJ 33). Exhibits A, B and C
6 contain lists of "apparent" landowners whose rights had been decreed, parcel numbers of their lots,
7 the number of acres irrigated and township and range location identifiers. Maps showing the
8 location of particular lots were also prepared.
9       8.      The parcel numbers of real property lots included in the IJ 33 exhibits do not
10 correspond to any known parcel numbering system currently in use by the County of Riverside.
11 The preparers of the exhibits apparently used a numbering system adopted specifically for the
12 purpose of this case. As a result, it is not possible, without a monumental commitment of time and
13 resources, to ascertain the current successors, whose parcel numbers are provided by the County,
14 from the IJ 33 exhibits, whose parcel numbers derive from the system unique to this case. To
15 extrapolate from one list to the other, one would have to conduct a parcel-by-parcel comparison
16 using identifying numbers that do not match. The process would require locating the original
17 parcel by township and range on the case-specific plat map and list of owners in the IJ 33 exhibits,
18 attempting to identify a corresponding parcel from contemporary county assessor parcel maps, and
19 then seeking to match the parcel number from IJ 33 with the APN list maintained by the County of
20 Riverside. The Ramona Band of Cahuilla does not have the staff nor financial resources to
21 conduct this difficult task.
22       I declare under penalty of perjury that the foregoing is true and correct.
23 Date:  April 20, 2007      Respectfully submitted,

*/s/ Curtis Berkey*
Curtis G. Berkey