1  ARTHUR L. LITTLEWORTH, Bar No. 22041
   JAMES B. GILPIN, Bar No. 151466
2  MATTHEW L. GREEN, Bar No. 227904
   BEST BEST & KRIEGER LLP
3  655 West Broadway, Fifteenth Floor
   San Diego, CA 92101
4  Telephone: (619) 525-1300
   Telecopier: (619) 233-6118
5
   Attorneys for Defendant
6  RANCHO CALIFORNIA WATER DISTRICT

FILED
2007 MAY 15 PM 12: 01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 51-1247-SD-GT |
|---|---|
| Plaintiff, | Judge: Hon. Gordon Thompson Jr. |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF-INTERVENORS RAMONA BAND OF CAHUILLA'S AND CAHUILLA BAND OF INDIANS' JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHTS CLAIMS |
| Plaintiff-Intervenors, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | Date: June 4, 2007<br>Time: 2:00 p.m.<br>Dept.: Courtroom 8 |

1    Defendant Rancho California Water District respectfully submits the following Statement
2    of Non-Opposition to Plaintiff-Intervenors Ramona Band of Cahuilla's and Cahuilla Band of
3    Indians' Joint Motion for Order on Service and Notification of Tribal Water Rights Claims.

4    Defendant Rancho California Water District does not oppose the Joint Motion for Order
5    on Service and Notification of Tribal Water Rights Claims filed by Plaintiff-Intervenors Ramona
6    Band of Cahuilla and Cahuilla Band of Indians.

Dated: May 14, 2007

BEST BEST & KRIEGER LLP

By: _____
ARTHUR L. LITTLEWORTH
JAMES B. GILPIN
MATTHEW L. GREEN
Attorneys for Defendant
RANCHO CALIFORNIA WATER
DISTRICT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, FIFTEENTH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\MGREEN\348660.1         1         RANCHO CALIFORNIA WATER DISTRICT'S
STATEMENT OF NON-OPPOSITION
51-1247-SD-GT

```
 1  ARTHUR L. LITTLEWORTH, Bar No. 22041
    JAMES B. GILPIN, Bar No. 151466
 2  MATTHEW L. GREEN, Bar No. 227904
    BEST BEST & KRIEGER LLP
 3  655 W. Broadway, 15th Floor
    San Diego, California 92101
 4  Telephone: (619) 525-1300
    Telecopier: (619) 233-6118
 5
    Attorneys for Defendant
 6  RANCHO CALIFORNIA WATER DISTRICT
 7
 8
 9              UNITED STATES DISTRICT COURT
10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 51-1247-SD-GT |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| FALLBROOK UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendant. | |

I certify that on May 15, 2007, I served the foregoing documents described as:

DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF-INTERVENORS RAMONA BAND OF CAHUILLA'S AND CAHUILLA BAND OF INDIANS' JOINT MOTION FOR ORDER ON SERVICE AND NOTFICATION OF TRIBAL WATER RIGHTS CLAIMS

by mailing true copies thereof enclosed in sealed envelopes to the following:

| | |
|---|---|
| Curtis G. Berkey, Esq.<br>Scott W. Williams, Esq.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS, LLP<br>2030 Addison St., Suite 410<br>Berkeley, CA 94704 | Michael L. Tidus, Esq.<br>Michele A. Staples, Esq.<br>Benjamin T. Benumof, Esq.<br>JACKSON, DeMARCO, TIDUS & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Rod Lewis, Esq.<br>Donald R. Pongrace, Esq.<br>AIKEN GUMP STRAUSS HAUER & FELD LLP<br>Robert Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036 | David Glazer, Esq.<br>Environmental & Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Anza Acreage, LLC<br>1310 Stratford Street<br>Del Mar, CA 92014 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>United States Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Director<br>Riverside County Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho California R.V. Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | General Manager<br>Rainbow MWD<br>P.O. Box 2500<br>Fallbrook, CA 92088-2500 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Marco A. Gonzalez, Esq.<br>Rory R. Wicks, Esq.<br>COAST LAW GROUP LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3301

| | | |
|---|---|---|
| 1 | Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Rd., #201<br>Temecula, CA 92591 |
| 4 | Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Peter J. Mort<br>Aiken, Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angels, CA 90067 |
| 7 | Robert H. James, Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado, Suite 1<br>Fallbrook, CA 92028 | Linda Garcia<br>Riverside County Flood Control & Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| 10 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Brian Brady, General Manager<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| 12 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| 15 | John Rossi, General Manager<br>Western MWD<br>P.O. 5286<br>Riverside, CA 92517 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 |
| 18 | Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Leslie Cleveland<br>United States Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| 21 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 |
| 23 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |
| 26 | Counsel Western Bases<br>P.O. Box 55231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Joseph Jackson, Asst. General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |

LAW OFFICES OF<br>BEST BEST & KRIEGER LLP<br>655 WEST BROADWAY, 15TH FLOOR<br>SAN DIEGO, CALIFORNIA 92101-3301

| | | |
|---|---|---|
| 1 | Jackie Spanley<br>AVMAC | Larry Minor<br>P.O. Box 398 |
| 2 | P.O. Box 391076<br>Anza, CA 92539 | San Jacinto, CA 92581 |
| 3 | | |
| 4 | Fred Domenigoni<br>33011 Holland Road<br>Winchester, CA 92596 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |
| 5 | | |
| 6 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300 | Amy Gallaher<br>Metropolitan Water District of Southern California<br>P.O. Box 54153 |
| 7 | Fort Collins, CO 80524 | Los Angeles, CA 90054-0153 |
| 8 | | |
| 9 | Pechanga Tribal Spokesperson<br>Pechanga Tribal Reservation<br>P.O. Box 1477 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K |
| 10 | Temecula, CA 92593 | San Rafael, CA 94901 |
| 11 | General Counsel | Francis and Jean Domenigoni |
| 12 | Metropolitan Water District of Southern California<br>P.O. Box 54153 | Francis and Jean Domenigoni Family Trust<br>Domenigoni-Barton Properties<br>Domenigoni Brothers Ranch |
| 13 | Los Angeles, CA 90054 | 33011 Holland Road<br>Winchester, CA 92596 |
| 14 | | |
| 15 | Pamela Williams<br>United States Department of the Interior<br>Office of the Field Solicitor | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road |
| 16 | 1849 C Street Street, NW, Room 6456<br>Washington, DC 20240 | Winchester, CA 92596 |
| 17 | | |
| 18 | Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Assistant Chief of Staff, Facilities<br>ATTN: Office of Water Resources<br>Box 555013 |
| 19 | | Camp Pendleton, CA 92055-5013 |
| 20 | Marc Luker | James J. Fletcher |
| 21 | Pechange Tribal Council<br>P.O. Box 1477 | United States Department of the Interior<br>Bureau of Indian Affairs |
| 22 | Temcula, CA 92593 | 1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 23 | Ron Glidden | Michael Gheleta |
| 24 | Water Resources Manager<br>Pechanga Indian Reservation<br>P.O. Box 1477 | United States Department of Justict<br>Environmental & Natural Resources Division<br>999 18th Street, Suite 945 |
| 25 | Temecula, CA 92593 | Denver, CO 80202 |
| 26 | | |
| 27 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 28 | Anza, CA 92539 | |

LAW OFFICES OF<br>BEST BEST & KRIEGER LLP<br>655 WEST BROADWAY, 15TH FLORR<br>SAN DIEGO, CALIFORNIA 92101-3301

SDLIT\MGREEN\348667.1 — - 3 - — CERTIFICATE OF SERVICE<br>51-1247-SD-GT

| | | |
|---|---|---|
| 1 | | |
| 2 | Susan M. Williams, Esq.<br>Sarah S. Works, Esq.<br>Williams & Works, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049 | Alvin Greewald, Esq.<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 |
| 3 | | |
| 4 | | |
| 5 | Lake Riverside Estates Community Association<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Dyson Development<br>437 South Highway 101, Suite 220<br>Solana Beach, CA 92075 |
| 6 | | |
| 7 | Anza Holdings, LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Western Land Financial and Pacific Holt Corp.<br>708 W. 20th, Street, #4<br>Merced, CA 95340 |
| 8 | | |
| 9 | Avalon Management Group<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 | Anthony Madrigal, Sr.<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539-1760 |
| 10 | | |
| 11 | Patrick Barry<br>Amy S, Tryon<br>U.S. Department of Justice<br>Environmental & Natural Resources Division<br>Indian Resources Section<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | Anza Acreage LLC<br>1310 Stratford Court,<br>Del Mar, CA 92014 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | General Counsel<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| 16 | | |
| 17 | | |
| 18 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 | |
| 19 | | |
| 20 | | |
| 21 | Dated: May 15, 2007 | |
| 22 | | By: _____<br>MATTHEW L. GREEN |
| 23 | | |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3301

| UNITED STATES DISTRICT COURT | Petition for |
|---|---|
| SOUTHERN DISTRICT OF CALIFORNIA | Admission to Practice |

1. **James Bell Gilpin** _____
   (Please Type or Print Name of Petitioner)       California State Bar Number

hereby petitions to be admitted to practice before said court, and in support of petition state on ___. I was admitted to practice before the Supreme Court of the State of California, and I am a member in good standing of the Bar of the State of California. I have also been admitted to practice in the following court:

Date: _____   Court: _____

My residence address is: gker'gdf?A>KbgeFAGKEQRGKeqr _____

Phone: _____

My Business Firm is: **Best Best & Krieger LLP**

Address: **655 W Broadway 15th Floor**
**San Diego CA 92101**

Phone: **(619) 525-1300**   Fax: **(619) 233-6118**

NOTIFY THIS COURT OF ANY CHANGES          SIGNATURE REQUIRED ON REVERSE

---

**REVERSE SIDE OF FORM FOLLOWS**

---

## OATH

I do solemnly swear or affirm to support the constitution of the United States. That I will bear true faith and allegiance to the government of the United States. That I will maintain respect due to the courts of justice, and judicial officers, and that I will demean myself as an attorney proctor, advocate, solicitor and counsel of this court uprightly. (So help me God.)

Date: _____

_____
(Signature of Petitioner)

Admission May be Upon Oral Motion or Without Appearance.

Fee Paid: _____
Date: _____
Certificate Issued: _____

---

**Mail to:**

U.S. District Court
Clerk's Office
Attention: Attorney Admissions
880 Front Street, Suite 4290
San Diego, CA 92101-8000

K:\COMMON\Atty_Certificates\Petition for Admission to Practice.wpd November 7, 2006 (8:56am)