

FILED
MAY 1 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>USA V. FALLBROOK PUBLIC UTITLITY DISTRICT,<br><br>                                    Defendant. | CASE NO. 51CV1247-SD<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF CALENDARED MATTER |

On Court's own motion, the hearing set for JUNE 4, 2007 at 2:00 PM, for **MOTION**

**HEARING re: Permission to serve is vacated and reset for JUNE 18, 2007 at 2:00 PM.**

GORDON THOMPSON, JR.
United States District Judge

By: K. Ridgeway
Courtroom Deputy
619-557-7486

cc: Thompson
    all parties