● ORIGINAL ●

1   Michael L. Tidus, Bar No. 89585
    mtidus@jdtplaw.com
2   Michele A. Staples, Bar No. 144392
    mstaples@jdtplaw.com
3   Benjamin T Benumof, Bar No. 227340
    bbenumof@jdtplaw.com
4   JACKSON, DeMARCO, TIDUS, PETERSEN
    & PECKENPAUGH
5   2030 Main Street, Suite 1200
    Irvine, California 92614
6   Tel: (949) 752-8585
    Fax: (949) 752-0597
7
    Attorneys for Jojoba Hills SKP Resort
8

FILED

2007 MAY 29  PM 3: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

VIA FAX

9            UNITED STATES DISTRICT COURT

10        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,        CASE NO. CIVIL NO. 51-1247-SD-
                                      GT
13              Plaintiff,

14   vs.                             **REQUEST FOR SPECIAL NOTICE
                                     AND INCLUSION IN MATTER
15   FALLBROOK PUBLIC UTILITY        MAILING LIST**
     DISTRICT, a public service
16   corporation of the State of     The Honorable Gordon Thompson Jr.
     California, et al.
17                                   [No Hearing Required]
                Defendants.
18

19   RAMONA BAND OF CAHUILLA,
                Intervenor.
20

21

22

23

24

25

26

27

28

-1-

4064-28901\ 706144.1

1    Jojoba Hills SKP Resort ("Jojoba") hereby requests that it be included on the

2    mailing list in the above-captioned proceeding, and that all documents, notices of

3    upcoming hearings, trials, filing deadlines, and other notices of any other nature

4    whatsoever issued in connection with the above-captioned proceeding be sent to the

5    following:

6
     Michael L. Tidus, Esq.                     Mr. Tom Gieling
7    Michele A. Staples, Esq.                    Jojoba Hills SKP Resort
8    Benjamin T. Benumof, Esq.                   45120 Highway 79 South
     Jackson, DeMarco, Tidus, Petersen          Lot 642
9    & Peckenpaugh                               Aguanga, CA  92536
     2030 Main Street, Suite 1200
10   Irvine, California  92614

11
     Ms. Barbara Jaques                          Ms. Sharon Kirkconnell
12   Jojoba Hills SKP Resort                     Jojoba Hills SKP Resort
13   45120 Highway 79 South                      45120 Highway 79 South
14   Aguanga, CA  92536                          Lot 601
                                                 Aguanga, CA  92536
15

16

17   DATED:  May 29, 2007           Respectfully submitted,

18                                  JACKSON, DeMARCO, TIDUS, PETERSEN
                                    & PECKENPAUGH
19
                                       MICHAEL L. TIDUS
20                                     MICHELE A. STAPLES
                                       BENJAMIN T. BENUMOF
21

22                                  By: _____
                                       Benjamin T. Benumof
23                                     Attorneys for Jojoba Hills SKP Resort

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**
*United States of America v. Fallbrook Public Utility District, et al.*
**United States District Court- SD of California**
**Case No. 51-1247-SD-GT**

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **May 29, 2007,** I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MATTER MAILING LIST** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒     By Mail: I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

☐     By Overnight Delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons as indicated with an asterisk (*) on the attached mailing list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on May 29, 2007, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

_____
Debby Tankersley

**PROOF OF SERVICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MAILING LIST**
*United States of America v. Fallbrook Public Utility District, et al.*
**United States District Court- SD of California**
**Case No. 51-1247-SD-GT**

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
Alexander, Berky, Williams &
Weathers, LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704-2642

Tel: 510-548-7070
Fax: 510-548-7080

Attorneys for Plaintiff-Intervenor Ramona
Band of Cahuilla Indians

Marco A. Gonzalez, Esq.
Rory R. Wicks, Esq.
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024-6778

Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians

Arthur Littleworth, Esq.
Best Best & Krieger
PO Box 1028
Riverside, CA 92502-1028

Tel: (951) 686-1450
Fax: (951) 686-3083

C. Michael Cowett, Esq.
Best Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Tel: 619-525-1300
Fax: 619-233-6118

Peter J. Mort, Esq.
Rodney B. Lewis, Esq. (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90061-3012

Tel: 310-229-1000
Fax: 310-229-1001

Attorneys for Plaintiff-Intervenor Pechanga
Band of Luiseño Indians

Susan M. Williams, Esq.
Sarah S. Works, Esq.
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87049

Tel: 505-899-7994
Fax: 505-899-7972

Attorneys for Plaintiff

Eugene Madrigal, Esq.
28581 Old Town Front St. #208
Temecula, CA 92590-2724

Tel: (951) 695-7080
Fax: (951) 695-7081

David Glazer, Esq.
Environment and Natural Resources Division,
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105-6607

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | |
| 2 | Thomas Bruyneel, Esq.<br>Redwine & Sherrill<br>1950 Market St | Robert H. James, Esq.<br>Sachse, James & Lopardo<br>Sachse James & Lopardo |
| 3 | Riverside, CA 92501-1720 | 205 W Alvarado St Ste 1<br>Fallbrook, CA 92028-2002 |
| 4 | Tel: 951) 684-2520<br>Fax: (951) 684-9583 | |
| 5 | | Tel: 760) 728-1154<br>Fax: (760) 728-9648 |
| 6 | | |
| 7 | Karen Tachiki, Esq.<br>General Counsel<br>Metropolitan Water District | Alvin Greenwald, Esq.<br>A Greenwald & R Greenwald<br>6010 Wilshire Blvd Ste 500 |
| 8 | P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Los Angeles CA  90036-3661 |
| 9 | Tel: (213) 217-6622 | Tel:  (323) 954-1315<br>Fax: |
| 10 | | |
| 11 | Michael A. Gheleta, Esq.<br>U.S. Dept. of Justice | Patrick Barry, Esq.<br>U.S. Department of Justice |
| 12 | Environment & Natural Resources Division<br>999 18th St Ste 945 | Environment and Natural Resources Division,<br>Indian Resources Section |
| 13 | Denver CO  80202-2449 | 950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| 14 | Tel:  (303) 223-1104<br>Fax:  (303) 223-0904 | |
| 15 | Michael E. McPherson, Esq. | John G. McClendon, Esq. |
| 16 | 344 Plumosa Avenue<br>Vista, CA 92083-8024 | Van Blarcome Leibold McClendon & Mann<br>23422 Mill Creek Dr Ste 105<br>Laguna Hills, CA 92653-7920 |
| 17 | Tel: | |
| 18 | Fax: | Tel: (949) 457-6300<br>Fax:  (949) 457-6305 |
| 19 | | |
| 20 | Western Land Financial<br>and Pacific Holt Corp. | Nobuo Komota<br>c/o Richard Woo |
| 21 | 708 W. 20th Street, #4<br>Merced, CA 95340-3639 | Soliton Tech<br>2635 N. First Street, Suite 213 |
| 22 | | San Jose, CA 95134-2044 |
| 23 | Bill Steele | Temecula Ranchos |
| 24 | U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202 | c/o McMillan Farm Management<br>29379 Rancho California Road, #201 |
| 25 | Temecula, CA 92590-2641 | Temecula, CA 92591-5208 |
| 26 | General Manager<br>Elsinore Valley Mutual Water District | SDSU Field Station Programs<br>ATTN:  Dr. Matt Rahn, Reserve Director |
| 27 | P.O. Box 3000<br>Lake Elsinore, CA 92330-3000 | 5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| 28 | | |

**PROOF OF SERVICE**

| | |
|---|---|
| Anthony J. Pack, General Manager<br>Richard Hall, Director<br>Eastern Mutual Water District<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Mike Luker<br>Eastern Mutual Water District<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Elsa Barton<br>217 N. Palm<br>Hemet, CA 92543 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596-9625 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596-9625 | Donald E. Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596-9625 |
| Jack S. Safely<br>Western Municipal Water District<br>450 Alessandro Blvd.<br>Riverside, CA 92508 | John Rossi, General Manager<br>Western Municipal Water District<br>450 Alessandro Blvd.<br>Riverside, CA 92508 |
| Tel: 951-789-5000<br>Fax: 951-789-5109 | Tel: 951-789-5000<br>Fax: 951-789-5109 |
| Linda Garcia<br>Riverside County Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501-1719 | Director<br>Riverside County Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501-3609 |
| James J. Fletcher<br>Rick Gundry<br>U.S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Charles W. Binder Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088-0631 |
| General Manager<br>Rainbow Mutual Water District<br>P.O. Box 2500a<br>Fallbrook, CA 92088-2500 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290<br><br>Tel  (760) 728-1125<br>Fax (760) 728-6029 |

**PROOF OF SERVICE**

General Manager
Murrieta County Water District
P.O. Box 949
Murrieta, CA 92564-0949

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility Department
P.O. Box 2290
Fallbrook, CA 92088-2290

Jackie Spanley, Chairperson
AVMAC
P.O. Box 391076-1076
Anza, CA 92539

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539-9424

Mr. Joseph Hamilton
Ramona Reservation
P.O. Box 391372
Anza, CA 92539-1372

Eugenia Nogales
Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Mr. Manual Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P.O. Box 391372
Anza, CA 92539-1372

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014-2328

Anza Holdings, LLC
249 S. Highway 101, #318
Solana Beach, CA 92075-1807

Anza Holdings LLC
c/o Peter Lewi
539 Meridian Way
Carlsbad, CA 92011-5409

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593-1477

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593-1477

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Leslie Cleveland
U.S. Department of Interior
Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590-2641

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd., Ste. 201
Temecula, CA 92591

**PROOF OF SERVICE**

| | |
|---|---|
| Ron Glidden<br>Water Resources Manager<br>Pechanga Indian Reservation<br>P.O. Box 1477<br>Temecula, CA 92593-1477 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 |
| Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581-0398 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383-0490 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Boulevard, Suite K<br>San Rafael, CA 94901-5536 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps, Base<br>Camp Pendleton, CA 92055-5008 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Pamela Williams<br>Office of the Solicitor<br>Dept of Interior<br>1849 C St NW<br>Washington DC 20240-0002 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 E. Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524-4400 |
| General Manager<br>Rancho Cal RV Resort OA<br>Attn: General Manager<br>PO Box 214<br>Aguanga, CA 92536-0214 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536-9317 |
| Dyson Development<br>437 S Highway 101, Suite 220.<br>Solana Beach, CA 92075 | Dyson Development LLC<br>c/o Robert A. Dyson Jr<br>44200 Town Center Way<br>Palm Desert, CA 92260-2754 |
| Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587-9406 | Mark Shaffer<br>6837 NE New Brooklyn Rd<br>Bainbridge Island WA 98110-3601 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | |