

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY,<br><br>　　　　　　　　　　Defendant. | CASE NO. 51-1247-SD<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF<br>CALENDARED MATTER |

On Court's own motion, the hearing set for JUNE 18, 2007 at 2:00 PM, for MOTION HEARING is vacated and reset for **JULY 16, 2007 at 2:00 PM.**

　　　　　　　　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　By: K. Ridgeway
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　619-557-7486

cc: Thompson
　　all parties