1  PETER J. MORT (SBN 102480)
   RODNEY B. LEWIS (*Pro Hac Vice*)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
3  Los Angeles, California 90067-3012
   Telephone:    310-229-1000
4  Facsimile:    310-229-1001

5  Attorneys for Plaintiff-Intervenor
   PECHANGA BAND OF LUISEÑO INDIANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>v.<br><br>FALLBROOOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>                    Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISEÑO INDIANS' STATEMENT IN RESPONSE TO THE RAMONA BAND OF CAHUILLA'S AND THE CAHUILLA BAND OF INDIANS' JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHT CLAIMS**<br><br>Date:    July 16, 2007<br>Time:   2:00 p.m.<br>Ctrm:   Courtroom 8<br>Judge:  Hon. Gordon Thompson |

1  Plaintiff-Intervenor the Pechanga Band of Luiseño Indians (Pechanga) respectfully submits that it does not oppose the Ramona Band of Cahuilla's (Ramona) and the Cahuilla Band of Indians' (Cahuilla) Joint Motion for Order on Service and Notification of Tribal Water Rights Claims.

Respectfully submitted this 4th day of June, 2007.

Dated: June 4, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
PETER J. MORT
RODNEY B. LEWIS

By _Rodney B. Lewis/gwk_
RODNEY B. LEWIS
Attorneys for Plaintiff-Intervenor
PECHANGA BAND OF LUISEÑO INDIANS

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On **June 4, 2007**, I served the foregoing document(s) described as: **PECHANGA BAND OF Luiseño INDIANS' STATEMENT IN RESPONSE TO THE RAMONA BAND OF CAHUILLA'S AND THE CAHUILLA BAND OF INDIANS' JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION OF TRIBAL WATER RIGHT CLAIMS** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE   I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 4, 2007** at Los Angeles, California.

Lily Hernandez
[Print Name of Person Executing Proof]          [Signature]

- 1 -
Proof of Service

Case No. 51-1247-SD-GT

## *United States of America vs. Fallbrook Public Utility District, et al.*
### USDC, Southern District of California, Case No. 51-1247-SD-GT

### Service List

| | |
|---|---|
| Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Jackie Spanley, Chairman<br>AVMAC<br>P.O. Box 391076<br>Anza, CA 92539 |
| Elsa Barton<br>217 N. Palm<br>Hemet, CA 92543 | Anthony Madrigal, Sr.<br>Eugenia Nogales, Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760.<br>Anza, CA 92539 |
| Jeffrey F. Ferre<br>Jill N. Wills<br>Best Best & Krieger<br>3750 University Avenue, Suite 400<br>Riverside, CA 92501 | Francis and Jean Domenigoni<br>Francis N. & Jean Domenigoni Famil<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 |
| Arthur Littleworth<br>James Gilpin<br>Matthew Green<br>Best Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 | Western Land Financial and Pacific F<br>708 W. 20th Street, #4<br>Merced, CA 95340 |
| Fred Domenigoni<br>31011 Holland Road<br>Winchester, CA 92596 | Mike Luker<br>Richard Hall, Director<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088-2290 |

| | |
|---|---|
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 | Patrick Barry, Esq.<br>Environmental & Natural Resources<br>Indian Resources Section<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 |
| Robert H. James Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado St.<br>Fallbrook, CA 92028-2002 | Asst. Chief of Staff, Facilities<br>P.O. Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |
| Eugene Madrigal, Esq.<br>28581 Front St., No. 108<br>Temecula, CA 92590 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Donald E. Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Asst. Chief of Staff, Facilities<br>ATTN: Office of Water Resources<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 | Michael J. Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>c/o McMillan Farm Management<br>29379 Rancho California Rd., No. 201<br>Temecula, CA 92591 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |

```
 1
 2    Amy Gallagher, General Counsel              Ron Glidden
      Metropolitan Water District                 Water Resource Manager
 3    P.O. Box 54153                              Pechanga Indian Reservation
      Los Angeles, CA 90054-0153                  P.O. Box 1477
 4                                                Temecula, CA 92593
 5
 6    Darwin Potter
      Metropolitan Water District                 General Manager
 7    Lake Skinner Section                        Rainbow MWD
      33740 Borel Road                            P.O. Box 2500
 8    Winchester, CA 92596                        Fallbrook, CA 92088-2500
 9
10    General Manager                             Mr. Manual Hamilton
      Murrieta County Water District              Tribal Chairman
11    P.O. Box 949                                Ramona Band of Cahuilla Indians
      Murrieta, CA 92564                          P.O. Box 391372
12                                                Anza, CA 92539
13
                                                  Curtis Berkey, Esq.
14    Pechanga Tribal Spokesperson                Alexander Berkey Williams and Weat
      Pechanga Indian Reservation                 Counsel for Ramona Band
15    P.O. Box 1477                               2000 Center Street, Suite 308
      Temecula, CA 92593                          Berkley, CA 94704
16
17
18    Mr. Joseph D. Hamilton                      Bob Lemons
      Ramona Reservation                          Rancho California WD
19    39440 Cary Road                             P.O. Box 9017
      Anza, CA 92539                              Temecula, CA 92589-9017
20
21
      Scott Williams, Esq.                        Director
22    Alexander Berkey Williams and Weathers      Riverside County Planning
      Counsel for Ramona Band                     4080 Lemon St., 9th Floor
23    2030 Addison Street, Suite 410              Riverside, CA 92501
      Berkeley, CA 94704
24
25
26
27
28
                                    - 4 -
                                Proof of Service
                                                          Case No. 51-1247-SD-GT
```

1-28

| | |
|---|---|
| Rancho Cal RV Resort OA<br>Attn: General Manager<br>P.O. Box 214<br>Aguanga, CA 92536 | Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First St., Suite 213<br>San Jose, CA 95134 |
| Linda Garcia<br>Riverside County Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Bill Steele<br>US Bureau of Reclamation<br>27708 Jefferson Ave., No. 202<br>Temecula, CA 92590 |
| SDSU Field Station Programs<br>Attn: Dr. Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 | Pamela Williams, Solicitor Office<br>U. S. Department of Interior<br>Division of Indian Affairs<br>1849 C Street<br>Washington, D.C. 20240 |
| Michael Staples, Esq.<br>Jackson DeMarco & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine CA 92614 | Rick Gundry<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Michael A. Gheleta, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 Eighteenth St., Suite 945<br>Denver, CO 80202 | Charles W. Binder, Wastermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088-0631 |
| James J. Fletcher<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Thomas Bruyneel, Esq.<br>Redwine and Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1701 |

| | |
|---|---|
| Leslie Cleveland<br>U.S. Department of Interior<br>Bureau of Reclamation<br>27708 Jefferson Ave., Suite 202<br>Temecula, CA 92590-2628 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA | Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 |
| David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 | John G. McClendon<br>Van Blarcome Leibold McClendon &<br>24322 Mill Creek Drive, Suite 150<br>Laguna Hills, CA 92653 |
| Pechanga Tribal Council<br>P.O. Box 1477<br>Temecula, CA 92593 | Patrick Barry, Esq.<br>Environment and Natural Resources I<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 |
| Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 | Joseph Jackson<br>Assistant General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Lake Riverside Estates Community Association<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |

| | |
|---|---|
| Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO  80524 | Western Land Financial<br>and Pacific Holt Corp.<br>708 West 20th Street, #4<br>Merced, CA  95340 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 East Francisco Blvd., Suite K<br>San Rafael, CA  94901 | Dyson Development<br>437 South Highway 101, Suite 220<br>Solano Beach, CA  92075 |
| Susan M. Williams, Esq.<br>Sarah S. Works, Esq.<br>Williams & Works, P.A.<br>P.O. Box 1483<br>Corrales, NM  87049 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA  92539-0117 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO  80132 | Marco A. Gonzalez<br>Rory R. Wicks<br>COAST LAW GROUP LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA  92024 |
| Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA  90036 | Susan M. Williams<br>Sarah S. Works<br>Williams & Works, P.A.<br>P. O. Box 1483<br>Corrales, NM  87049 |
| David Glazer, Esq.<br>Environmental & Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Streeet<br>Suite 1050<br>San Francisco, CA  94105 | Anza Acreage, LLC<br>1310 Stratford Street<br>Del Mar, CA  92014 |

| | |
|---|---|
| Bill Steele<br>United States Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 |
| Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 | General Manager<br>Rainbow MWD<br>P. O. Box 2500<br>Fallbrook, CA 92088-2500 |
| Brian Brady, General Manager<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 |
| Michael E. McPherson, Esq.<br>344 Plumosa<br>Vista, CA 92083 | Manual Hamilton<br>Joseph Hamilton<br>P. O. Box 391372<br>Anza, CA 92539 |
| James Carter<br>P. O. Box 28739<br>Santa Ana, CA 92799-8739 | Larry Minor<br>P. O. Box 398<br>San Jacinto, CA 92581 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Pamela Williams<br>United States Department of the Inter<br>Office of the Field Solicitor<br>Sandra Day O'Connor United States<br>Courthouse, Suite 404<br>401 W. Washington Street, SPC 44<br>Phoenix, AZ 85003-2151 |