

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY,<br><br>                                    Defendant. | CASE NO. 51-1247-SD<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF<br>CALENDARED MATTER |

On Court's own motion, the hearing set for JUNE 18, 2007 at 2:00 PM, for MOTION HEARING is vacated and reset for **JULY 16, 2007 at 2:00 PM.**

GORDON THOMPSON, JR.
United States District Judge

By: K. Ridgeway
Courtroom Deputy
619-557-7486

cc: Thompson
    all parties

4935

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

FIRST CLASS AUTO



047J82008794
$00.334
Mailed From 92132
06/05/2007
US POSTAGE

Western Land Financial
and Pacific Holt Corp.
708 W. 20th Street, #4
Merced, CA 95340

FORWARD TIME EXP RTN TO SEND
PACIFIC HOLT CORPORATION
PO BOX 3559
MERCED CA 95344-1559

RETURN TO SENDER