ORIGINAL

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

1  JAMES L. MARKMAN (043536)
   B. TILDEN KIM (198326)
2  ERIN L. POWERS (245148)
   RICHARDS, WATSON & GERSHON
3   A Professional Corporation
   355 South Grand Avenue, 40th Floor
4  Los Angeles, CA 90071-3101
   Telephone: (213) 626-8484
5  Facsimile: (213) 626-0078

6  Attorneys for Specially Appearing
   Gregory V. Burnett
7

8

FILED

07 JUL -2 PM  00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12                                                    **BY FAX**

13  UNITED STATES OF AMERICA,          Case No. 1247-SD-C

14              Plaintiff,             **DECLARATION OF GREGORY V.**
                                       **BURNETT AND EXHIBITS FILED**
15  RAMONA BAND OF CAHUILLA,           **IN OPPOSITION TO PLAINTIFF-**
    CAHUILLA BAND OF INDIANS,          **INTERVENORS' JOINT MOITON**
16                                     **FOR ORDER ON SERVICE AND**
              Proposed Plaintiff-      **NOTIFICATION OF TRIBAL**
17            Intervenors,             **WATER RIGHTS CLAIM**

18                                     **[Memorandum of Points and**
19  vs.                                **Authorities Concurrently Filed**
                                       **Herewith]**
20
                                       Date:      7-16-07
21                                     Time:      2:00 p.m.
                                       Courtroom:  8
22

23                                     Hon. Gordon Thompson, Jr.

24  FALLBROOK PUBLIC UTILITY
    DISTRICT, et. al.,
25
              Defendants.
26

27

28

12628-0002\982195v1.doc

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

1    I, Gregory V. Burnett, declare:

2    1.    I am the owner and record titleholder of real property located in the Anza

3    Valley and overlying the Anza Ground Water Basin.  I have personal knowledge of the

4    matters and facts set forth herein and, if called as a witness, could and would testify

5    competently thereto.

6    2.    On December 19, 2002, I purchased approximately 518 contiguous acres of

7    land, identified by Riverside County Assessor's Parcel Numbers 573040001, 573040002,

8    and 573050001 ("Property), from SF Pacific Properties Inc.  A true and correct copy of

9    the Grant Deed reflecting that transaction is attached to the opposition papers as Exhibit

10   B.

11   3.    The entire Property is located within Section 5 of the USGS ANZA

12   QUADRANGLE.  It is located North of Upper Valley Road and East of Bautista in Anza.

13   The southwest corner of the Property is two miles south of Highway 371 on paved

14   Bautista Road, and a portion of the northern border of the Property abuts the Romona

15   Indian Reservation.

16   4.    I am a successor-in-interest to SF Pacific Properties Inc., which at various

17   times has also been known as Southern Pacific Land Company and Southern Pacific

18   Railroad Company, which is the entity that originally acquired the Property in 1866

19   through United States Patent Number 928446.  A true and correct copy of Patent Number

20   928466 is attached as Exhibit C.

21   5.    My Property is not serviced by either of the two public or municipal water

22   service companies that operate in the Anza Valley.

23   6.    I maintain three wells on the Property which I refer to as Wells 1, 2, and 3,

24   all of which are used for domestic and agricultural purposes.  Each well pumps from a

25   depth greater than 100 feet below ground surface elevation.  Well 1 is pumped from a

26   depth of 360 feet below ground surface elevation, Well 2 is pumped from a depth of 285

27   feet below ground surface elevation, and Well 3 is pumped from a depth of 290 feet

28   below ground surface elevation.  A true and correct copy of the well logs from Wells 1, 2

-2-

Declaration of Gregory V. Burnett

1    and 3, reflecting the depth to which the wells were drilled are attached as Exhibits D , E

2    and F.

3          7.    I am familiar with Interlocutory Judgment No. 33 entered on December 11,

4    1962 by the Court in the instant case. Based on my knowledge of the findings of fact and

5    conclusions of law set forth therein, which identifies the "shallow aquifer" of the Anza

6    Ground Water Basin as extending to a maximum of 100 feet below ground surface

7    elevation, I know that all of the wells on my Property produce water from the "deep

8    aquifer" of the Anza Ground Water Basin.

9          8.    Exhibit B of Interlocutory Judgment No. 33 further identifies a number of

10   landowners the Court previously determined overlie the "deep aquifer" of the Anza

11   Ground Water Basin, which were not subject to the Court's jurisdiction. Southern Pacific

12   Land Company, my predecessor-in-interest, is named as one of those overlying

13   landowners on pages 3 and 24 of Exhibit B to Interlocutory Judgment No. 33.

14   Furthermore, as stated in Exhibit B, the legal description of the lands previously owned

15   by Southern Pacific Land Company coincides with the legal description set forth in the

16   above-referenced Grant Deed for my Property.

17         I declare under penalty of perjury under the laws of the State of California that the

18   foregoing is true and correct. Dated this 27th day of June, 2007 at Los Angeles,

19   California.

20

21                                    Gregory V. Burnett
                                      Gregory V. Burnett

22

23

24

25

26

27

28

-3-
Declaration of Gregory V. Burnett

12628-0002\982195v1.doc

# TABLE OF EXHIBITS

| Exhibit No. | Description | Page No. |
|---|---|---|
| A | Interlocutory Judgment No. 33 – Case No. 1247-SD-C | 1 |
| B | Grant Deed | 91 |
| C | Patent Number 928466 | 93 |
| D | Log of Well 1 | 99 |
| E | Log of Well 2 | 100 |
| F | Log of Well 3 | 101 |
| G | Final Judgment and Decree – Case No. 1247-SD-C | 102 |

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

i

**FILED**

DEC 11 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............ DEPUTY

ENTERED

DEC 1 1962

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ------------------
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

Defendants.

No. 1247-SD-C

FINDINGS OF FACT, CONCLUSIONS
OF LAW, AND INTERLOCUTORY
JUDGMENT NO. 33 PERTAINING
TO ANZA AND CAHUILLA GROUND
WATER BASINS AND CAHUILLA
AND WILSON CREEKS

FINDINGS OF FACT

ANZA GROUND WATER BASIN

1.

That in the upper northeasterly portion of the Santa Margarita River Watershed there is a ground water body herein referred to as Anza Ground Water Basin. That said ground water basin is located in general in the southeasterly portion of Riverside County and is designated as Anza Valley on United States Exhibit 278 incorporated herein by reference.

2.

That the ground waters which comprise said ground water basin are those ground waters which underlie the areas of younger and older alluvial deposits depicted on United States Exhibit 278 within Anza Valley and upstream of that line

EXHIBIT A

1

1 depicted on United States Exhibit 278 in the approximate center

2 of section 29, Township 7 South, Range 3 East, S.B.B.M.  That

3 the ground waters which are contained within said deposits are

4 not within a known and definite channel but are percolating

5 waters.

6                                  3.

7        That said ground waters consist of two parts or units,

8 one part or unit being those contained within the shallow aquifer

9 which extends to a maximum but variable depth of approximately

10 100 feet below ground surface elevation. Said shallow aquifer

11 underlies the entire area of younger and older alluvial deposits

12 within the Anza Ground Water Basin.

13        The other part or unit are those waters contained within

14 the deep aquifer. The deep aquifer is approximately one-half

15 (1/2) mile in width and approximately two (2) miles in length,

16 trending diagonally in a northwest direction from the West

17 Half ($W\frac{1}{2}$) of Northwest Quarter ($NW\frac{1}{4}$) of Section twenty-seven (27),

18 the Northeast Quarter of the Southeast Quarter ($NE\frac{1}{4}$ $SE\frac{1}{4}$); the

19 East Half of the Northeast Quarter ($E\frac{1}{2}$ $NE\frac{1}{4}$) and Northwest

20 Quarter of Northeast Quarter ($NW\frac{1}{4}$ $NE\frac{1}{4}$) of Section twenty-eight

21 (28); the East Half of the Southwest Quarter ($E\frac{1}{2}$ $SW\frac{1}{4}$); the

22 Southeast Quarter ($SE\frac{1}{4}$); the East Half of the Northwest Quarter

23 ($E\frac{1}{2}$ $NW\frac{1}{4}$); the Northwest Quarter of the Northwest Quarter

24 ($NW\frac{1}{4}$ $NW\frac{1}{4}$); the West Half of the Northeast Quarter ($W\frac{1}{2}$ $NE\frac{1}{4}$),

25 all in Section twenty-one (21), Township Seven South, Range

26 Three East; into the Southwest Quarter ($SW\frac{1}{4}$) and Southwest $\frac{1}{4}$

27 of Northwest Quarter ($SW\frac{1}{4}$ $NW\frac{1}{4}$) of Section Sixteen (16), and

28 East Half of Southeast Quarter($E\frac{1}{2}$ of $SE\frac{1}{4}$) and South Half of

29 Northeast Quarter ($S\frac{1}{2}$ $NE\frac{1}{4}$) of Section seventeen (17); all

30 in Township Six (6) South, Range three (3) East, S.B.M. Said

31 deep aquifer is depicted in general on Hamilton Exhibit A

1   incorporated herein by reference.

2                               4.

3           The shallow aquifer is composed of alluvial deposits,

4   and with the exception of the upper slope area of said ground

5   water basin, of layers of clay and silt, with the result that

6   its permeability is low and its water bearing capacity poor.

7   The ground waters within the shallow aquifer move in a general

8   southwesterly direction.  At that point in section 29, Town-

9   ship 7 South, Range 3 East which marks the downstream boundary

10  of the Anza Ground Water Basin, there is a shallow bedrock

11  bench overlain by a thin layer of younger alluvial deposits

12  approximately 20 feet in depth.  That a small portion of the

13  ground waters contained in the shallow aquifer of the Anza

14  Ground Water Basin pass over said bedrock bench but are in

15  fact consumed almost in their entirety by phreatophytes, and

16  particularly wire grass, or by evaporation immediately down-

17  stream from that point where said ground waters move out of

18  said shallow aquifer as found herein.

19                              5.

20          That the ground waters contained within the deep

21  aquifer of the Anza Ground Water Basin are contained within

22  an ancient stream channel which is composed primarily of gravel

23  deposits and underlies said shallow aquifer primarily in the

24  sections referred to hereinabove in Finding 3.  There exists

25  a fault drawn on Hamilton Exhibit A which strikes Northwest

26  to Southeast beginning about the center of Section 17, Town-

27  ship 6 South, Range 3 East, continuing through the northeast

28  corner of Section 20 and the south quarter corner of Section 21

29  to the Northeast Quarter of Southeast Quarter of Section 28,

30  all in Township 7 South, Range 3 East.  The deep aquifer lies

31  immediately northeast of said fault and extends easterly

1  along said fault for an area of approximately one-half mile.

2       That due to this fault, and the layers of clay and

3  silt which are contained within the shallow aquifer, the ground

4  waters within the deep aquifer are contained and cannot move

5  up into the shallow aquifer deposits nor move westerly toward

6  the Santa Margarita River. That in the state of nature all

7  ground water movement of the waters contained within the

8  deep aquifer was in a southeasterly direction out of the

9  Santa Margarita River Watershed and into another watershed

10  (Desert Drainage Watershed). This natural movement of the

11  ground waters contained within the deep aquifer of the Anza

12  Ground Water Basin resulted from the fact that the elevation of

13  a bedrock lip between the Santa Margarita River Watershed and

14  the Desert Drainage Watershed is slightly lower than the

15  elevation of the fault referred to in this finding and also

16  lower than the bedrock bench or lip in section 29, Township

17  7 South, Range 3 East which marks the downstream boundary of

18  the Anza Ground Water Basin.

19                 6.

20       That the source of the ground waters contained within

21  said deep aquifer is runoff from the surface areas within the

22  Santa Margarita River Watershed which occurs during or imme-

23  diately following periods of precipitation. That the major

24  portion of the runoff into said deep aquifer arises from the

25  Thomas Mountain area which lies north of Anza Valley and is

26  depicted on United States Exhibit 278. That said runoff

27  waters enter the ground primarily in sections 4, 5, 6, the

28  north half ($N\frac{1}{2}$) of section 8 and the northwest quarter ($NW\frac{1}{4}$)

29  of section 9, all in Township 7 South, Range 3 East. That

30  the layers of clay and silt within the shallow aquifer as

31  found hereinabove, become thinner and eventually pinch out

1   in the upper slope area of the ground water basin and in

2   sections 4, 5, 6, north half (N$\frac{1}{2}$) of section 8 and north-

3   west quarter (NW$\frac{1}{4}$) of section 9, Township 7 South, Range 3

4   East, no clay or silt layers exist.  That said waters which

5   enter the ground in those sections move in a southwesterly

6   direction, pass under the silt and clay layers in the shallow

7   aquifer and upon reaching the fault referred to in Finding 5

8   above, are contained within the gravels which lie immediately

9   east of said fault and which, as found hereinabove, contain

10  the waters which are within the deep aquifer of the Anza

11  Ground Water Basin.

12                          7.

13          That primarily in section 21, Township 7 South,

14  Range 3 East, substantial numbers of wells have been drilled

15  into the gravels within the deep aquifer. That pumping from

16  these wells has extracted the ground waters from the deep

17  aquifer and they have been used for irrigation with the result

18  that some of the waters originally contained within the deep

19  aquifer have by this act of pumping and use recharged the

20  shallow aquifer.  Also, as a result of the pumping of the

21  waters contained within the deep aquifer, the ground water

22  elevation of those waters contained in those gravel deposits

23  has decreased with the result that a reverse gradient has re-

24  sulted and under present conditions no ground waters con-

25  tained within the deep aquifer move out of the Santa Margarita

26  River Watershed but said ground waters are in fact contained

27  within the gravel deposits of the ancient stream channel.

28                          8.

29          That the ground waters contained within the shallow

30  aquifer of the Anza Ground Water Basin add to, support and

31  contribute to the Santa Margarita River stream system.

5.

9.

That the ground waters contained within the deep aquifer do not add to, contribute to nor support the Santa Margarita River or any tributary thereto, and are not a part of said Santa Margarita River stream system.

10.

That attached hereto is Exhibit A which is a list setting forth the apparent owners of the lands which comprise the Anza Ground Water Basin. That attached hereto is Exhibit B which designates by parcel number and legal descriptions all lands which overlie said Anza Ground Water Basin. That said Exhibit B specifically designates therein the lands which overlie the deep aquifer of the Anza Ground Water Basin.

11.

That all lands described in Exhibit B have a correlative overlying right to the use of the ground waters contained within the shallow aquifer of the Anza Ground Water Basin.

12.

That all lands described in Exhibit B and designated therein as overlying the deep aquifer of the Anza Ground Water Basin have correlative overlying rights to the use of the ground waters within the deep aquifer of that basin.

13.

Attached hereto marked Exhibit C is a compilation setting forth certain factual matters such as wells and data concerned therewith, irrigated and irrigable acreage and other relevant factual matters which pertain to the lands described in Exhibit B. The factual statements contained therein shall be prima facie evidence as to such matters in any subsequent proceedings before this Court in this cause. As used herein prima facie evidence is that which suffices for the proof of

1  a particular fact until contradicted or overcome by other
2  evidence.
3  CAHUILLA CREEK
4                                    14.
5          That Cahuilla Creek (sometimes referred to as
6  Coahuilla Creek) is intermittent both as to time and place
7  and flows, except for extremely limited areas, only during
8  and immediately following periods of heavy precipitation.
9  Said creek rises on the western slope of Thomas Mountain and
10 there are several named and unnamed small tributary creeks
11 (including Hamilton Creek) which contribute to the main stream
12 of Cahuilla Creek.  It is sufficient for these findings to
13 state that Cahuilla Creek proceeds across the Anza Ground
14 Water Basin in a general southwesterly direction.  Said creek
15 passes over the bedrock bench in section 29, Township 7 South,
16 Range 3 East and then flows over a thin or shallow constricted
17 area of younger alluvial deposits in sections 29 and 30,
18 Township 7 South, Range 3 East, and sections 25, 26 and 27,
19 Township 7 South, Range 2 East, whereupon it enters Cahuilla
20 Valley.  Said thin or shallow constricted area of younger
21 alluvial deposits is depicted on United States Exhibit 278.
22 Cahuilla Creek then proceeds across Cahuilla Valley in a
23 general southwest direction and after leaving said Valley
24 in section 31, Township 7 South, Range 2 East; it passes over
25 primarily basement complex or bedrock in section 36, Township 7
26 South, Range 1 East, proceeds across the northwest quarter (NW$\frac{1}{4}$)
27 of section 1, Township 8 South, Range 1 East and then across
28 section 2 and into the southeast quarter (SE$\frac{1}{4}$) of the south-
29 east quarter (SE$\frac{1}{4}$) of section 3, Township 8 South, Range 1 East
30 whereupon it joins Wilson Creek.
31

7.

15.

2      Cahuilla Creek does in fact contribute to the ground
3 waters contained within the shallow aquifer of the Anza Ground
4 Water Basin and those ground waters contained within the Cahuilla
5 Ground Water Basin and the Santa Margarita River stream system.

16.

7      As found hereinabove in Finding 14, Cahuilla Creek
8 passes over the bedrock bench in section 29, Township 7 South,
9 Range 3 East and flows over a thin constricted area of younger
10 alluvial deposits in sections 29 and 30, Township 7 South,
11 Range 3 East and sections 25, 26 and 27 Township 7 South,
12 Range 2 East, whereupon it enters Cahuilla Valley.  That the
13 ground waters contained within the thin or shallow constricted
14 younger alluvial deposits in these sections are in direct hydro-
15 logic contact with the surface flow of Cahuilla Creek when in
16 fact said surface flow exists.  That ground water contained
17 within said thin or shallow constricted areas of younger alluvial
18 deposits are in fact in a known and definite channel, to wit,
19 the younger alluvial deposits, in that said younger alluvial
20 deposits are surrounded by and contained within deposits of
21 virtually impervious basement complex.  Said ground waters
22 do in fact move in the identical direction as the surface flow
23 of Cahuilla Creek and are a part of that Creek.

24      Except as found hereinabove in this Finding, Cahuilla
25 Creek consists solely of those waters which flow as surface
26 waters in that the ground waters which are contained within the
27 shallow aquifer of the Anza Ground Water Basin and the ground
28 waters contained within the Cahuilla Ground Water Basin are not
29 in a known and definite channel but are percolating waters and
30 in the other reaches of Cahuilla Creek, it flows over basement
31 complex or bedrock and no ground waters exist.

1       The ground waters contained within the thin or shal-
2 low constricted area of younger alluvial deposits in sections
3 29 and 30, Township 7 South, Range 3 East and sections 25, 26
4 and 27, Township 7 South, Range 2 East and which as found here-
5 inabove, are a part of Cahuilla Creek, are of relative minor
6 amounts and do not contribute to any substantial degree to the
7 waters of the Santa Margarita River. The surface waters of
8 Cahuilla Creek throughout its course exist for practical pur-
9 poses only during periods of substantial rainfall, and there-
10 fore any riparian rights to such surface waters are of relatively
11 little value in that there is no substantial need for such
12 surface flow during the limited times that it is available.
13 Because of the illusory nature of the riparian rights to the
14 surface flow of Cahuilla Creek and the limited amounts of ground
15 water which have in this Finding been found to be a part of
16 Cahuilla Creek, this Court is not at this time making specific
17 findings as to what lands are riparian to Cahuilla Creek.

18       If in fact in the future determinations as to the
19 riparian status of lands to Cahuilla Creek are necessary, this
20 Court in the exercise of its continuing jurisdiction can and
21 will make such determinations based on these Findings of Fact,
22 and evidence to be introduced as to what land is held under one
23 chain of title and part of which abuts upon or is traversed
24 by Cahuilla Creek.'

25 CAHUILLA GROUND WATER BASIN

26                          17.

27       The Cahuilla Ground Water Basin is composed of the
28 younger and older alluvial deposits which are contained within
29 Cahuilla Valley and are depicted on United States Exhibit 278.
30 The ground waters contained within the younger and older alluvial
31 deposits of Cahuilla Ground Water Basin are not in a known and

9

1  definite channel but do add to, contribute to and support

2  Cahuilla Creek, a tributary of the Santa Margarita River

3  stream system. That in the most westerly portion of the

4  Cahuilla Ground Water Basin there is a constricted thin

5  deposit of younger alluvium. That said constricted thin

6  younger alluvial deposit is located in the southeast quarter

7  of section 30 and the northeast quarter of section 31,

8  Township 7 South, Range 2 East, and is depicted on United

9  States Exhibit 278. That at this point there is a lip of

10  bedrock which extends almost to ground surface. The ground

11  waters contained within the Cahuilla Ground Water Basin move

12  generally in a southwesterly direction and it is only when

13  the constricted thin layer of younger alluvium which overlies

14  said bedrock lip is saturated that any of said ground waters

15  contained within the Cahuilla Ground Water Basin pass over

16  said bedrock lip and move westerly toward the Santa Margarita

17  River. That when said younger alluvial deposits which overlie

18  said bedrock lip in the southeast quarter (SE$\frac{1}{4}$) of section 30

19  and the northeast quarter (NE$\frac{1}{4}$) of section 31, Township 7

20  South, Range 2 East, are saturated, there is a flow of water

21  over said bedrock lip. That except for periods of substantial

22  rainfall the amount of water which does in fact move over said

23  lip, either on the surface or within the constricted, thin,

24  shallow alluvial deposit, is slight and is consumed almost

25  entirely within a short distance downstream by evapo-

26  transportation losses.

27                              18.

28          That attached hereto is Exhibit D which is a list

29  setting forth the apparent owners of the lands which overlie

30  the Cahuilla Ground Water Basin. That attached hereto is

31  Exhibit E, which designates by parcel number and legal descrip-

   tions all lands which overlie said Cahuilla Ground Water Basin.

19.

2      That all lands described in Exhibit E have a correla-

3 tive overlying right to the use of the ground waters contained

4 within the Cahuilla Ground Water Basin.  That all ground waters

5 contained within the lands described in Exhibit E add to and

6 support the Santa Margarita River stream system.

7                   20.

8      That attached hereto marked Exhibit F is a compilation

9 setting forth certain factual matters, such as wells and data

10 concerned therewith, irrigated and irrigable acreage and other

11 relevant factual matters which pertain to the lands described

12 in Exhibit E.  The factual statements contained therein shall be

13 prima facie evidence as to such matters in any subsequent pro-

14 ceedings before this Court in this cause.  As herein used, prima

15 facie evidence is that which suffices for the proof of a parti-

16 cular fact until contradicted or overcome by other evidence.

17   WILSON CREEK

18                   21.

19      Wilson Creek is an intermittent stream both as to time

20 and place and flows, except in extremely limited areas,

21 only during or after periods of substantial inundation. Wilson

22 Creek has its headwaters primarily in the Red and Little Ca-

23 huilla Mountains.  It flows across Reed Valley and proceeds

24 almost in a direct southerly direction across sections 13, 24,

25 23, 26, 35 and the southeast quarter (SE$\frac{1}{4}$) of section 34, Town-

26 ship 7 South, Range 1 East, and across the east half (E$\frac{1}{2}$) of

27 section 3, Township 8 South, Range 1 East, to that point where

28 it is joined by Cahuilla Creek.  It then crosses Wilson Valley

29 in a southwesterly direction and flows generally westerly until

30 it enters what is now Vail Reservoir.  Throughout its course

31 Wilson Creek traverses constricted and shallow areas of younger

alluvial deposits.

22.

2   That all ground waters contained within the younger
3   alluvial deposits over which Wilson Creek flows are in fact
4   in direct hydrologic contact with the surface flows of Wilson
5   Creek when in fact it does exist.  That said ground waters
6   contained within said limited areas of younger alluvial de-
7   posits are in a known and definite channel in that they are
8   contained within and surrounded by deposits of basement complex.
9   That the ground waters contained within said younger alluvial
10  deposits do move in the identical direction of Wilson Creek
11  and are in fact a part of Wilson Creek.  Said younger alluvial
12  deposits are depicted on United States Exhibits 275 incor-
13  porated herein by reference.

23.

15      That except for those areas in Lancaster Valley, the
16  amounts of ground waters contained in said younger alluvial
17  deposits are limited and this Court is not at this time making
18  findings of fact specifically delineating which lands have
19  riparian rights to the surface and ground waters of Wilson
20  Creek.   Findings of Fact, Conclusions of Law and Interlocutory
21  Judgment No. 40 are concerned specifically with the Aguanga
22  Ground Water Area and detailed findings of fact concerned with
23  Wilson Creek within the Aguanga Ground Water Area are set forth
24  therein.  That part of Wilson Creek which is within the
25  Aguanga Ground Water Area is just downstream from that point
26  in the southeast quarter (SE¼) of the southeast quarter (SE¼)
27  of Section 3 Township 8 South Range 1 East where Wilson Creek
28  and Cahuilla Creeks have their point of confluence.

24.

30      That the smallest tracts of land held under one chain
31  of title a portion of which abut upon or are traversed by

1 Wilson Creek have correlative riparian rights to the use
2 of the surface and sub-surface waters of Wilson Creek.

3                                25.

4         That the waters of Wilson Creek both surface and
5 sub-surface, are a part of the Santa Margarita River stream
6 system.

7                      MISCELLANEOUS FINDINGS

8 .                              26.

9         That all surface waters which flow over and upon any
10 of the lands within the sub-watersheds of Cahuilla and Wilson
11 Creeks are a part of the Santa Margarita River stream system.

12                              27.

13         That all ground waters contained within the deposits
14 of basement complex or weathered basement complex within the
15 sub-watershed of Cahuilla and Wilson Creeks as said deposits
16 are depicted on United States Exhibits 275 and 278, are vagrant
17 local, percolating waters which do not add to, contribute to
18 or support the Santa Margarita River or any tributary thereto.

19                              28.

20         That except as to ground waters contained within the
21 younger and older alluvial deposits within the shallow aquifer
22 of the Anza Ground Water Basin those contained within the
23 Cahuilla Ground Water Basin and those which are a part of
24 Cahuilla Creek and Wilson Creek, all ground waters contained
25 within the lands within the sub-watersheds of Wilson and
26 Cahuilla Creeks, are vagrant, local, percolating waters which
27 do not add to, contribute to nor support the Santa Margarita
28 River stream system.

29                              29.

30         That certain lands within the sub-watersheds of Wilson
31 Creek and Cahuilla Creek are Indian Reservation Lands. That

13

1  separate findings of fact, conclusions of law and inter-

2  locutory judgment provisions concerning said Indian lands

3  are set forth in Interlocutory Judgment No. 41.

4                      30.

5        That no surface diversion or use of the waters of

6  Cahuilla or Wilson Creeks, or their tributaries or extraction

7  or use of the ground waters contained within the Anza Ground

8  Water Basin or the Cahuilla Ground Water Basin have been

9  open, notorious, adverse or hostile to any party in this cause

10  and no prescriptive rights to the use of the surface or ground

11  waters from any such diversion or extraction or use exists.

12                      31.

13        That on certain of the exhibits attached to these

14  Findings of Fact there appear factual statements concerning

15  applications to appropriate specific waters of Wilson and

16  Cahuilla Creeks or their tributaries filed with the California

17  State Water Rights Board.  That because said applications to

18  appropriate said waters involve relatively small amounts of

19  water, this Court has not made specific findings on each of

20  these applications nor has any party requested that such

21  findings be made. This Court finds that such factual statements

22  are true and the applicants to appropriate said waters as appear

23  on said exhibits have such water right as such stated facts war-

24  rant under and pursuant to the laws of the State of California

25  concerned with the appropriation of water.

26        Jurisdiction is reserved to enter specific findings

27  of fact and judgments as to said applications to appropriate

28  said water should any party so request, either prior or sub-

29  sequent to the entry of final judgment in this cause.

30        That in other Findings of Fact and Interlocutory

31  Judgments in this cause certain parties have been adjudged to

14

1   have appropriative rights to the use of the waters of the
2   Santa Margarita River and/or its tributaries.
3           That except as to those appropriative rights as
4   exist from the factual statements which appear on certain
5   exhibits attached to these Findings of Fact, and other
6   appropriative rights specifically adjudged in other Findings
7   of Fact and Interlocutory Judgments in this cause, there are
8   no appropriative rights to the use of the waters which flow
9   over and upon any of the lands within the sub-watersheds of
10  Wilson and Cahuilla Creeks or to ground waters contained
11  within any of said lands.

12                    <u>CONCLUSIONS OF LAW</u>
13  <u>ANZA GROUND WATER BASIN</u>        1.
14          That all ground waters contained within the shallow
15  aquifer of the Anza Ground Water Basin add to, support and
16  contribute to the Santa Margarita River stream system.
17                              2.
18          That all lands described in Exhibit B have a cor-
19  relative overlying right to the use of the ground waters con-
20  tained within the shallow aquifer of the Anza Ground Water
21  Basin.
22                              3.
23          That this Court has continuing jurisdiction over the
24  use of all ground waters contained within the shallow aquifer
25  of the Anza Ground Water Basin.
26                              4.
27          That all ground waters contained within the deep
28  aquifer of the Anza Ground Water Basin do not add to, support
29  nor contribute to the Santa Margarita River stream system and
30  are not a part of the Santa Margarita River or any tributary
31  thereto.

5.

2       That the owners of all lands described in Exhibit B
3 and designated therein as overlying the deep aquifer of the
4 Anza Ground Water Basin have correlative overlying rights
5 to the use of the ground waters contained within the deep
6 aquifer of that Basin.

7 <u>CAHUILLA CREEK</u>

6.

9       Both the surface and subsurface waters of Cahuilla
10 Creek add to, contribute to and support the Santa Margarita
11 River stream system and the use of said waters is subject to
12 the continuing jurisdiction of this Court.

13        7.

14       Lands riparian to Cahuilla Creek have not been
15 defined in these Findings of Fact but this Court reserves
16 jurisdiction to enter such findings either before or after
17 the entry of final judgment in this cause.

18 <u>CAHUILLA GROUND WATER BASIN</u>

19        8.

20       All ground waters contained within the younger and
21 older alluvial deposits which comprise the Cahuilla Ground
22 Water Basin add to, contribute to and support the Santa Mar-
23 garita River stream system and the use of said waters is sub-
24 ject to the continuing jurisdiction of this Court.

25        9.

26       That all lands described on Exhibit E have a cor-
27 relative overlying right to the use of the ground waters con-
28 tained within the Cahuilla Ground Water Basin.

29 <u>WILSON CREEK</u>       10.

30       Both the surface and sub-surface waters of Wilson
31 Creek are a part of the Santa Margarita River stream system

16

1  and the use of said waters is subject to the continuing

2  jurisdiction of this Court.

3                                      11.

4          That no findings have been made in these Findings

5  of Fact specifically delineating those lands riparian to

6  Wilson Creek.   Jurisdiction is reserved to enter said

7  findings at any time either before or after entry of

8  final judgment in this cause should the need for said

9  findings occur.

10                                    12.

11         That detailed findings of fact, conclusions of law

12  and interlocutory judgment provisions have been entered

13  concerning that portion of Wilson Creek which is within the

14  Aguanga Ground Water Area (Interlocutory Judgment No. 40).

15

16

17

18             <u>MISCELLANEOUS CONCLUSIONS OF LAW</u>

19                                    13.

20         That all surface waters which flow over and upon

21  any of the lands within the sub-watersheds of Cahuilla and

22  Wilson Creeks as said sub-watersheds are depicted on United

23  States Exhibits 275 and 278 are a part of the Santa Margarita

24  River stream system and the use of said waters is subject to

25  the continuing jurisdiction of this Court.

26                                    14.

27         That all ground waters contained within the deposits

28  of basement complex or weathered basement complex within the

29  sub-watersheds of Cahuilla and Wilson Creeks as said deposits

30          -  -  -

31          -  -  -

1   are depicted on United States Exhibits 275 and 278, are
2   vagrant, local, percolating waters which do not add to,
3   contribute to nor support the Santa Margarita River or any
4   tributary thereto, and the use of said waters is not subject
5   to the continuing jurisdiction of this Court.

6                                   15.

7          That except as to ground waters contained within the
8   shallow aquifer of the Anza Ground Water Basin and ground
9   waters contained within the Cahuilla Ground Water Basin, and
10  the waters of Cahuilla and Wilson Creeks, all ground waters
11  contained within the lands within the sub-watersheds of Wilson
12  and Cahuilla Creeks are vagrant, local, percolating waters
13  which do not add to, contribute to nor support the Santa Mar-
14  garita River stream system.

15                                  16.

16         That no prescriptive right to the use of the waters
17  of Cahuilla Creek or Wilson Creek or their tributaries or to
18  the use of waters contained within the Cahuilla Ground Water
19  Basin or the shallow aquifer of the Anza Ground Water Basin
20  exists.

21                                  17.

22         That except as provided in Finding of Fact 31 herein
23  there are no appropriative rights to the use of the waters
24  which flow over and upon or are contained within any lands
25  within the sub-watersheds of Wilson and Cahuilla Creeks.

26                                  18.

27         Specific Conclusions of Law concerned with the rights
28  to the use of the waters subject to this Interlocutory Judgment
29  uponIndian Reservation lands are set forth in Interlocutory
30  Judgment No. 41.

31          - - - -

<u>INTERLOCUTORY JUDGMENT</u>

ANZA GROUND WATER BASIN

1.

IT IS ORDERED, ADJUDGED AND DECREED that all ground waters contained within the shallow aquifer of the Anza Ground Water Basin add to, support and contribute to the Santa Margarita River stream system; it is further ordered, adjudged and decreed that said lands are described in Exhibit B incorporated herein by reference; that the owners of the lands described in said Exhibit B have a correlative overlying right to the use of the ground waters contained within the shallow aquifer of the Anza Ground Water Basin; it is further ordered, adjudged and decreed that this Court has continuing jurisdiction over the use of all of said ground waters contained within the shallow aquifer of the Anza Ground Water Basin.

2.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters contained within the deep aquifer of the Anza Ground Water Basin do not add to, support nor contribute to the Santa Margarita River stream system and are not a part of the Santa Margarita River or any tributary thereto, and that this Court has no jurisdiction over the use of said waters contained within the deep aquifer of the Anza Ground Water Basin; that said lands which overlie the deep aquifer are described and designated on Exhibit B, and it is ordered, adjudged and decreed that all ground waters contained within said lands below 100 feet in elevation from land surface are ground waters contained within said deep aquifer.

3.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights of the owners of said lands referred to in paragraph 2

1   of this Interlocutory Judgment and their heirs, successors

2   and assigns to the use of the ground waters contained within

3   the deep aquifer are forever quieted in them and against the

4   United States of America and all other parties having rights

5   to the use of the waters of the Santa Margarita River and its

6   tributaries, and their heirs, successors and assigns.

7                                    4.

8           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

9   rights of the owners of said lands referred to in paragraph 2

10  of this Interlocutory Judgment and their heirs, successors

11  and assigns are forever restrained from asserting rights

12  in or to the waters of the Santa Margarita River or its

13  tributaries excepting rights to waters which in a natural

14  state would recharge the ground waters contained within the

15  deep aquifer of the Anza Ground Water Basin.

16                                   5.

17          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

18  rights inter se of the owners of said lands referred to in

19  paragraph 2 of this Interlocutory Judgment to the use of the

20  ground waters contained within the deep aquifer of the Anza

21  Ground Water Basin have not been adjudged, determined or de-

22  creed in these proceedings.

23  CAHUILLA CREEK

24                                   6.

25          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that both

26  the surface and sub-surface waters of Cahuilla Creek as deter-

27  mined in the Findings of Fact to this Interlocutory Judgment

28  add to, contribute to and support the Santa Margarita River

29  stream system and the use of said waters is subject to the

30  continuing jurisdiction of this Court.

31

20

7.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that because of the fact that the waters of Cahuilla Creek do not under present conditions, except during flood stages, contribute substantial amounts of water to the Santa Margarita River stream system downstream, no specific findings of fact have been entered at this stage specifically delineating which lands are riparian to said Cahuilla Creek. Jurisdiction is hereby expressly reserved to enter such findings of fact, conclusions of law and judgment provisions in the future, either before or after entry of final judgment in this cause, specifically delineating by description lands riparian to Cahuilla Creek or any tributary thereto.

CAHUILLA GROUND WATER BASIN

8.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all ground waters contained within the younger and older alluvial deposits which comprise the Cahuilla Ground Water Basin add to, contribute to and support the Santa Margarita River stream system and the use of said ground waters is subject to the continuing jurisdiction of this Court; that said lands which comprise the Cahuilla Ground Water Basin are described in Exhibit E, and it is hereby ordered, adjudged and decreed that the owners of said lands described in Exhibit E have correlative overlying rights to the use of the ground waters contained within those described lands.

WILSON CREEK

9.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the surface and sub-surface waters of Wilson Creek as determined in the Findings of Fact to this Interlocutory Judgment are a part

21.

1  of the Santa Margarita River stream system and all uses

2  of said waters are subject to the continuing jurisdiction of

3  this Court; no specific findings have been entered speci-

4  fically delineating by description those lands which are

5  riparian to Wilson Creek.  Jurisdiction is hereby expressly

6  reserved to determine and enter said findings of fact and

7  conclusions of law and interlocutory judgment provisions

8  designating which lands are riparian to Wilson Creek either

9  prior to or after entry of final judgment in this cause.

10                   10.

11        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

12  all lands riparian to Wilson Creek have a correlative riparian

13  right to the use of surface and sub-surface waters of Wilson

14  Creek; detailed findings of fact, conclusions of law and inter-

15  locutory judgment provisions have been entered which concern

16  Wilson Creek within the Aguanga Ground Water Area (see Inter-

17  locutory Judgment No. 40).

18  MISCELLANEOUS JUDGMENT PROVISIONS

19                   11.

20        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

21  surface waters which flow over and upon any of the lands within

22  the sub-watersheds of Cahuilla and Wilson Creeks as said water-

23  sheds are depicted on United States Exhibits 275 and 278, in-

24  corporated herein by reference, are a part of the Santa Mar-

25  garita River stream system and the use of said waters is sub-

26  ject to the continuing jurisdiction of this Court.

27                   12.

28        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

29  ground waters contained within the deposits of basement complex

30  and weathered basement complex within the sub-watersheds of

31  Cahuilla and Wilson Creeks as depicted on said United States

22

1    Exhibits 275 and 278, are vagrant, local, percolating waters
2    which do not add to, contribute to nor support the Santa Mar-
3    garita River or any tributary thereto and the use of said
4    waters is not subject to the continuing jurisdiction of this
5    Court.

6                                    13.

7            IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
8    rights of the owners of said lands referred to in paragraph 12
9    of this Interlocutory Judgment and their heirs, successors and
10   assigns to the use of said ground waters are forever quieted
11   in them and against the United States of America and all other
12   parties having rights to the use of the waters of the Santa
13   Margarita River or its tributaries and their heirs, successors
14   and assigns.

15                                   14.

16           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
17   owners of said lands referred to in paragraph 12 of the
18   Interlocutory Judgment, their heirs, successors and assigns
19   are forever restrained from asserting rights in and to the
20   waters of the Santa Margarita River or its tributaries ex-
21   cepting rights to surface waters which flow over and upon said
22   lands.

23                                   15.

24           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
25   rights inter se of the owners of said lands referred to in
26   paragraph 12 of this Interlocutory Judgment to the use of the
27   underlying vagrant, local, percolating ground waters have not
28   been adjudged, determined nor decreed in these proceedings.

29                                   16.

30           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all
31   ground waters contained within older or younger alluvial

1  deposits and not contained within the shallow aquifer of the

2  Anza Ground Water Basin or the younger and older alluvial

3  deposits which comprise the Cahuilla Ground Water Basin and

4  not in the Findings of Fact to this Interlocutory Judgment

5  found to be a part of Cahuilla Creek or Wilson Creek, and

6  within the lands within the sub-watersheds of Wilson and

7  Cahuilla Creeks, are vagrant, local, percolating waters which

8  do not add to, contribute to nor support the Santa Margarita

9  River stream system and the use of said ground waters is not

10  subject to the continuing jurisdiction of this Court.

11                              17.

12          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

13  the owners of said lands referred to in paragraph 16 of this

14  Interlocutory Judgment and their heirs, successors and assigns

15  are forever restrained from asserting rights in or to the

16  waters of the Santa Margarita River or its tributaries ex-

17  cepting rights to surface waters which flow over and upon

18  said lands.

19                              18.

20          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

21  rights of the owners of said lands referred to in paragraph 16

22  of this Interlocutory Judgment and their heirs, successors and

23  assigns to the use of the ground waters contained within said

24  younger and older alluvial deposits are forever quieted in

25  them and against the United States of America and all other

26  parties having rights to the use of the waters of the Santa

27  Margarita River and its tributaries, and their heirs, suc-

28  cessors and assigns.

29                              19.

30          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

31  the rights inter se of the owners of said lands referred to

24

1   in paragraph 16 of this Interlocutory Judgment to the use
2   of the underlying vagrant, local, percolating ground waters
3   have not been adjudged, determined or decreed in these
4   proceedings.

5                           20.

6           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
7   there are no prescriptive rights to the use of the waters
8   of Cahuilla Creek or Wilson Creek or to their tributaries
9   or to the use of waters contained within the Cahuilla Ground
10  Water Basin or the shallow aquifer of the Anza Ground Water
11  Basin.

12                          21.

13          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
14  except as may be provided in factual statements set forth
15  on the Exhibits attached to this Interlocutory Judgment or
16  specifically adjudged in other Findings of Fact and Inter-
17  locutory Judgments in this cause, there are no appropriative
18  rights to the use of any surface waters which flow over and
19  upon any of the lands within the sub-watersheds of Wilson
20  and Cahuilla Creeks or ground waters which are contained
21  within the shallow aquifer of the Anza Ground Water Basin
22  or contained within any of the younger or older alluvial
23  deposits which comprise the Cahuilla Ground Water Basin.

24                          22.

25          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
26  notwithstanding any Interlocutory Judgment provisions
27  entered hereinabove, this Court does have jurisdiction over
28  the use of any waters insofar as the United States of America,
29  on behalf of any Indians, asserts rights to such waters which
30  were adjudged in Findings of Fact and Interlocutory Judg-
31  ment No. 41; it is further ordered, adjudged and decreed that

1  in any judgment provision entered hereinabove quieting

2  rights against the United States of America, the use of

3  the term 'United States of America' does not apply when the

4  United States of America asserts rights on behalf of any

5  Indians which rights were adjudged in Interlocutory Judg-

6  ment No. 41.

7                          23.

8          IT IS FURTHER ORDERED, ADJUDGED AND DECREED, based

9  upon the decision of the United States Court of Appeals for

10  the Ninth Circuit, California v. United States 235 F.2d 647

11  that this is not a final decree but is interlocutory in

12  character and by reason of the order by this Court that all

13  parties are adverse one to the other, thus dispensing with

14  cross-pleadings, all parties to this proceeding may object

15  to these Findings of Fact, Conclusions of Law and Inter-

16  locutory Judgment and will be given full opportunity upon

17  due notice to interpose their objection prior to entry of

18  final judgment in this cause.

19                          24.

20          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

21  this Interlocutory Judgment is not appealable, is not final,

22  and shall not be operative until made a part of the final

23  judgment, and this Court expressly reserves jurisdiction to

24  modify or vacate it either upon its own motion or upon motion

25  of any party to this proceeding until such time as final

26  judgment in this cause is entered.

27          Dated: 12/11/62

28                              JAMES M. CARTER.
                                _____
29                                   JUDGE

30

31

26

<u>INTERLOCUTORY JUDGMENT 33 (AREA AND CANTILLA GROUND WATER BASINS AND CANTILLA AND WILSON CREEKS)</u>

<u>TO BE ADDED IF INTERLOCUTORY JUDGMENT IS AMENDED</u>

PARCEL 71E-36, 81E-1-5:  Riparian to tributary to Wilson Creek

PARCEL 61E-25, 26, 35, 36 - 26:  Following portion Riparian to Wilson Creek

> N½ of NE¼ of NE¼; NE¼ of NE¼ of NE¼; NE¼ of
> SE¼ of NE¼ of Sec. 35, 7S8, R1E.

> W½ of NE¼; NE¼ of NW¼; W½ of SE¼; W½ of E½
> of NE¼; W½ of NE¼; E½ of SE¼ of NE¼; &
> W½ of SE¼ of NE¼ of Sec. 36, 7S8, R1E.

PARCEL 71E-1, 12 - 26:  Riparian to Wilson Creek

PARCEL 71E-8, 9, 17 - 38:  Following portion riparian to Wilson Creek

> N½ of SE¼ of Sec. 8, 7T8, R1E.

PARCEL 71E-10-15-16-39:  Riparian to tributary to Wilson Creek

PARCEL 71E-12-41:  Riparian to Wilson Creek

PARCEL 71E-13, 24 - 42:  Riparian to Wilson Creek

PARCEL 71E-12-42A:  Riparian to Wilson Creek

PARCEL 71E-16-43:  Riparian to tributary to Wilson Creek

PARCEL 71E-20-64:  Riparian to tributary to Wilson Creek

PARCEL 71E-20-65:  Riparian to tributary to Wilson Creek

PARCEL 71E-20-66:  Riparian to tributary to Wilson Creek

PARCEL 71E-21-67:  Riparian to tributary to Wilson Creek

PARCEL 71E-23-69:  Riparian to Wilson Creek

PARCEL 71E-24-70:  Riparian to Wilson Creek

PARCEL 71E-84-71:  Riparian to Wilson Creek

PARCEL 71E-84-72:  Riparian to Wilson Creek

PARCEL 71E-86-77:  Riparian to Wilson Creek

PARCEL 71E-86-78:  Riparian to Wilson Creek

PARCEL 71E-86-79:  Riparian to Wilson Creek

PARCEL 71E-86, 34, 35, 81E-2 - 81:  Following portion riparian to Wilson Creek:

           W½ of SW¼ of Sec. 26, T7S, R1E
           SW¼ of Sec. 34, T7S, R1E
           N½ of NW¼; NW¼ of NE¼; & SW¼ of Sec. 35,
           T7S, R1E.


                     Following portion riparian to Cahuilla Creek:

                     SE¼; NE¼ of NW¼; N½ of SW¼; & Govt. Lot 3 (NW¼
                     of NW¼) of Sec. 2, T8S, R1E.


PARCEL 71E-89-84:  Riparian to tributary to Wilson Creek

PARCEL 71E-90-85:  Riparian to tributary to Wilson Creek

PARCEL 71E-90-86:  Riparian to tributary to Wilson Creek

PARCEL 71E-91-88:  Riparian to tributary to Wilson Creek

PARCEL 71E-93-94A:  Riparian to Wilson Creek

PARCEL 71E-36, 81E-2-95:  Riparian to Cahuilla Creek

PARCEL 81E-1, 12, 82E-7-96A:  Riparian to Cahuilla Creek

PARCEL 81E-2-99:  Riparian to Cahuilla Creek

PARCEL 81E-6-115:  Riparian to tributary to Wilson Creek

PARCEL 81E-6-116:  Riparian to tributary to Wilson Creek

PARCEL 81E-8-117:  Riparian to Wilson Creek

PARCEL 7XB-29, 31, 32; 8XB-5, - 150:  Following portion riparian to Cahuilla Creek

    NW¼; N½ of SW¼; NW¼ of SW¼; 4, N½ of SW¼ of
    SW¼ of Sec. 29, 7TS, 3WB.

    W½ of NE¼; N½ of NW¼; SW¼ of NW¼; NW¼ of SW¼;
    N½ of SW¼; 4, SW¼ of SW¼ of Sec. 32, 7TS, 3WB.

PARCEL 7XB-30, 31; 8XB-6, 7 - 151:  Following portion riparian to Cahuilla Creek:

    W½ of Sec. 31, 7TS, 3WB.

PARCEL 7XB-29, 31, 32 - 152:  Riparian to Cahuilla Creek

PARCEL 7XB-24-158:  Riparian to tributary to Cahuilla Creek

PARCEL 7XB-24-159:  Riparian to tributary to Cahuilla Creek

PARCEL 7XB-20, 21 - 167:  Riparian to Cahuilla Creek

PARCEL 7XB-14-169:  Riparian to tributary to Cahuilla Creek

PARCEL 7XB-13-172:  Riparian to tributary to Cahuilla Creek

PARCEL 7XB-13-173:  Riparian to tributary to Cahuilla Creek

PARCEL 7XB-13-174:  Riparian to tributary to Cahuilla Creek

PARCEL 7XB-13-175:  Riparian to tributary to Cahuilla Creek

PARCEL 73B-13, 14, 22, 23, 24; 74B-19-278:  Following portion riparian to Hamilton Creek

    NW¼ of SW¼; S½ of NW¼ of NW¼; N½ of S½
    of NW¼; N½ of NW¼ of SW¼ of Sec. 13,
    7TS, 3WB

PARCEL 74B-19-304:  Riparian to Hamilton Creek

PARCEL 74B-19, 20-305:  Riparian to Hamilton Creek

PARCEL NW¼ 74B-20-306:  Riparian to Hamilton Creek

PARCEL 74B-20-307:  Riparian to Hamilton Creek

29

## ALPHABETICAL LIST OF APPARENT OWNERS OF LANDS

### WHICH COMPRISE THE ANZA GROUND WATER BASIN

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|-------------------------|-------------------------|
| ALEXANDER, Ivan D. | 73E-16-320 | 41 | 39 |
| ALLISON, Raymond B. & Maomi V. | 73E-15-289 | 28 | 29 |
| ANZA ELECTRIC COOPERATIVE, INC. | 73E-14-283 | 27 | 27 |
| ANZA VALLEY LANDS, INC | 73E-16-315 | 38 | 37 |
| ARNAIZ, Beatriz | 73E-20-352 | 45 | 43 |
| ASELYAN, Charles M. & Araxie | 73E-8-232 | 10 | 10 |
| BAKER, Marie | 73E-7-220 | 7 | 7 |
| BARBER, Robert William & Ruth Emily | 73E-8-245 | 14 | 15 |
| BERGMAN, Harry H. & Alice D. | 73E-16-312 | 36 | 36 |
| BERTHOLD, George H. | 73E-15-297 | 28 | 28 |
| BLACK, Hazel | 73E-8-248 | 15 | 16 |
| BOHLEN, John H. | 73E-17-328 | 44 | 42 |
| BOHLEN, Nan A. | 73E-9, 10 & 16 - 260<br>73E-15-284 | 18A<br>27 | 19A<br>27 |
| BRINGS, Donald A. & Beryl F. | 73E-8-247 | 15 | 15 |
| BROWN, Harold G. & Lola I. | 73E-16-305 | 34 | 34 |

Interlocutory Judg #33
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| BURNETT, Leonard A. | 73E-10-273 | 23 | 25 |
| BURR, Winston T. & Dorothy | 73E-15-292 | 29 | 30 |
| CALIFORNIA, State of | 73E-16-300 | 31 | 32 |
| CAMPBELL, Etta B. | 73E-10-268A | 20 | 22 |
| CAMPBELL, Oliver B. | 73E-10-268 | 20 | 22 |
| CARLTON, Coy R. & Ruby Lou | 73E-15-286 | 27 | 28 |
| CARTIER, Jacques E. & Beaulah | 73E-4-200 | 2 | 1 |
| CHERRY, Bryant L. & Avis B. | 73E-7-211 | 5 | 5 |
| CHUCK, George Thomas | 73E-23-369 | 50 | 47 |
| CLOTHIER, Russell W. & Sara L. | 73E-23-369A | 50 | 48 |
| COCHRAN, Huffman K. & Ivaleah M. | 73E-8-225 | 8 | 8 |
| CONTABANO, David | 73E-9-254 | 17 | 17A |
| CONTARANO, David F. | 73E-16-322 | 42 | 40 |
| DANIELS, Elfie Elizabeth | 73E-8-234 | 11 | 11 |
| DAVIS, George E. & Kathleen | 73E-15-286 | 27 | 28 |
| DAVIS, Jack A. C. & Ida Marie | 73E-7-215 | 5 | 5 |

Interlocutory Judg. #33
Exhibit "A"

31

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| DAVIS, Morgan M. & Madalena | 73E-15-286 | 27 | 28 |
| DE VANA, Eula | 73E-22-397 | 50 | 47 |
| DICKSON, Barry Richard | 73E-9-258 | 18 | 19 |
| DICKSON, David M. | 73E-9-257 | 18 | 18 |
| DICKSON, Joseph H. & Pauline | 73E-9-256 | 17 | 18 |
| DOTY, R. A. | 73E-4-199 | 2 | 1 |
| DOUTHIT, Shirley I. | 73E-10-266 | 20 | 21 |
| DRAKE, Marl W. & Evelyn D. | 73E-16-308 | 35 | 35 |
| DUNHAM, Dewey & Carolyn | 73E-8-224 | 8 | 8 |
| ELDRED, Andrew J. & Elsie L. | 73E-8-229 | 9 | 9 |
| EMERY, William H. Jr. & Bonnie Lee | 73E-6-209 | 4 | 4 |
| EMERY, William H. Sr. | 73E-6-207 | 4 | 4 |
| EVERETT, Elmer E. & Olga C. | 73E-14, 22 & 23 - 278 | 24 | 25 |
| FIBBER, Jack N. & Frances | 73E-8-240 | 13 | 13 |
| FLOYD, Allen R. & Fern A. | 73E-8-241 | 13 | 13 |

Interlocutory Judg. #33
Exhibit "A"

32

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|-------------------------|-------------------------|
| FRANCIS, Clyde & | | | |
| Pearl M. | 73E-16-311 | 36 | 36 |
| GILBREATH, Raymond Woodard & | | | |
| Nadine Janet | 73E-14-279 | 25 | 26 |
| GRAHAM, Claude H. Jr. | 73E-9-255 | 17 | 18 |
| GRAHAM, Claude H. Sr. | 73E-9-255 | 17 | 18 |
| GREENWALD, Alvin G. | 73E-16-313 | 36 | 37 |
| | 73E-17-327 | 44 | 42 |
| HAMILTON SCHOOL DISTRICT | | | |
| OF RIVERSIDE COUNTY | 73E-10-270 | 21 | 23 |
| | 73E-21-357 | 46 | 44 |
| HAMILTON, Lincoln J. & | | | |
| Louise Phebe | 73E-15-286 | 27 | 28 |
| | 73E-22-365 | 49 | 46 |
| | 73E-21-366 | 49 | 47 |
| HEACOCK, Edwin H. & | | | |
| Ruth B. | 73E-17-328 | 44 | 42 |
| HERRING, Edmund C. & | | | |
| Laura M. | 73E-4-201 | 2 | 2 |
| HITTSON, Paul A. & | | | |
| Sandra W. | 73E-8-244 | 14 | 14 |
| | 73E-8-246 | 15 | 15 |
| HOLCOMB, Robert L. & | | | |
| Clara V. | 73E-15-297 | 30 | 32 |
| HOLCOMB, W. H. & | | | |
| Mary Ann | 73E-15-297 | 30 | 32 |
| HUBBARD, Fred W. & | | | |
| Berniece I. | 73E-16-303 | 33 | 33 |

Interlocutory Judg. #33
Exhibit "A"

33

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| HUBBELL, Gladys | 73E-8-235 | 11 | 11 |
| HURST, Jerry R. & Marie M. | 73E-10-261 | 18A | 18A |
| JAMES, Ernest E. | 73E-10-262 | 19 | 20 |
| JOHNSON, Charles T. | 73E-21 & 22 - 362 | 47 | 45 |
| JOHNSON, Irving & Hazel P. | 73E-7-219 | 6 | 7 |
| JOHNSON, Okey P. & Edna L. | 73E-9-253 | 17 | 17A |
| JURKIN, Gertrude D. | 73E-15-296 | 30 | 31 |
| KELLOG, Richard B. | 73E-5-206 | 4 | 3 |
| KINO, Lydia B. | 73E-18-330 | 45 | 42 |
| LAPP, Edwin Walter & Mabel Catherine | 73E-10-263 | 19 | 20 |
| LARSON, Ray & Elizabeth | 73E-9-249 | 16 | 16 |
| LEICHTFUSS, W. A. & Eslene | 73E-10-273 | 22 | 24 |
| LEONARD, Claude & Alice | 73E-16-319 | 40 | 39 |
| LICHTWALD, Henry R. | 73E-16-301 73E-22-364 | 33 48 | 33 46 |
| LIGER, John M. & Beverly | 73E-23-369A | 50 | 48 |

Interlocutory Judg. #33
Exhibit "A"

34

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|--------------------------|--------------------------|
| LIPP, Fred L. & Martha N. | 73E-8-223 | 7A | 7 |
| | 73E-9-250 | 16 | 16 |
| | 73E-15-288 | 28 | 28 |
| | 73E-15-293 | 29 | 30 |
| | 73E-17-326 | 44 | 41 |
| LOEB, Thomas Jr., & Janet | 73E-21 & 22 - 360 | 47 | 45 |
| MACY, Roy W. & Mary T. | 73E-8-239 | 12 | 13 |
| MARTEL, Hazel A. & Marcel A. | 73E-15-281 | 26 | 26 |
| | 73E-15-285 | 27 | 28 |
| MARTS, Ralph H. & Hazel H. C. | 73E-7-217 | 6 | 6 |
| MATTIS, Louis | 73E-5-204 | 3 | 3 |
| MEYER, David & Amelia | 73E-8-233 | 11 | 11 |
| MILLER, Charles A. & Marie E. | 73E-7-213 | 5 | 5 |
| | 73E-7-216 | 5 | 6 |
| MILLER, Linus W. & Helen M. | 73E-17-324 | 43 | 41 |
| MINOR, James & Jessie Fay | 73E-21-361 | 47 | 45 |
| MOON, Charles & Emily M. | 73E-16-307 | 34 | 35 |
| MOORE, Howard W. & Frances L. | 73E-16-318 | 39 | 38 |

Interlocutory Judg. #33
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| MOROON, Ralph C. & Muriel | 73E-9-252 | 16 | 17 |
| MOSSBERG, Clarence R. & Edith R. | 73E-16-304 | 33 | 34 |
| NICKLE, June M. | 73E-8-231 | 10 | 10 |
| OSTRIN, Herman & Lillian | 73E-10-264 | 19 | 20 |
| OWENS, Maxine | 73E-6-208 | 4 | 4 |
| PALM RANCH CO | 73E-14-282 | 26 | 27 |
| PENA, John & Elsie | 73E-15-294 | 30 | 31 |
| PLACE, Albert E. & Bernice | 73E-8-236 | 12 | 12 |
| PLUECER, Donald N. & Lorraine F. | 73E-21-356 | 46 | 44 |
| PORTREY, P. I. & Ruby | 73E-22-363 | 48 | 46 |
| PRATER, George L. & Rachel M. | 73E-10-268B | 21 | 22 |
| PURSCHE, Harry A. & Helen B. | 73E-20-355 | 45 | 43 |
| RABAGO, Fred & Edna | 73E-10-274 | 23 | 24 |
| REGISTER, Ernest G. | 73E-16-302<br>73E-16-323 | 33<br>42 | 33<br>40 |

Interlocutory Judg. #33
Exhibit "A"

-----

36

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|-------------------------|
| Register, William V. | 73E-16-306 | 34 | 34 |
| RICE, Faye C. | 73E-8-243 | 14 | 14 |
| RIDDLE, Fern | 73E-8-227 | 9 | 9 |
| RIVERSIDE, County of | 73E-15-298 | 31 | 32 |
| ROALFE, Marjorie G. | 73E-8-226 | 9 | 8 |
| ROBBINS, Lonnie J. & Marjorie M. | 73E-16-307 | 35 | 35 |
| ROMMER, Howard D. & Evelyn A. | 73E-15-291 | 29 | 30 |
| ROSS, William L. | 73E-15-290 | 29 | 29 |
| SCHENK, William A. | 73E-4-202 | 3 | 2 |
| SCHENK, Evelyn Anna | 73E-4-202 | 3 | 2 |
| SCHENK, William Boone | 73E-4-202 | 3 | 2 |
| SCHMOLL, George Martin & Marguerite | 73E-10-267 | 20 | 21 |
| SCHULTZ, Carl E. & Carrie May | 73E-10-271 | 21 | 23 |
| SEARS, Dale M. & Shirley A. | 73E-17-325 | 44 | 41 |
| SCOBASSI, Louis J. | 73E-10-275 | 23 | 25 |
| SHERMAN, Jasper Dewey | 73E-10-265 73E-10-269 | 19 21 | 21 23 |
| SHERMAN, Laura | 73E-14-280 | 25 | 26 |

Interlocutory Judg. #33
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|------|---------------|------------------------|------------------------|
| SKAGGS, Roy O. & Mabel J. | 73N-16-317 | 39 | 38 |
| SMITH, Irene | 73N-8-238 | 12 | 12 |
| SMITH, Zacheus A. & Faith Y. | 73N-8-237 | 12 | 12 |
| SMOLIER, Diana | 73N-20-353 | 45 | 43 |
| SMOLIER, S. M. | 73N-16-316 | 39 | 38 |
| SNOW, R. V. | 73N-7-221 | 7 | 7A |
| SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD | 73N-16-314 | 38 | 37 |
| SOUTHERN PACIFIC LAND CO | 73N-5-203 73N-11-276 | 3 24 | 2 25 |
| SPARKS, Anna D. | 73N-8-228 | 9 | 9 |
| STEWART, Theodore R. & Marian N. | 73N-16-309 | 35 | 35 |
| STONE, Yuma T. & Evelyn | 73N-16-310 | 35 | 36 |
| STRADER, Thomas P. | 73N-10-266 | 20 | 21 |
| STULTZ, Allan O. & Avis B. | 73N-7-211 | 5 | 5 |
| STULTZ, Allan O. Jr., & Helen D. | 73N-7-211 | 5 | 5 |
| SUNNY CAL RANCH CORP | 73N-9-251 | 16 | 17 |

Interlocutory Judg. #33
Exhibit "A"

| NAME | PARCEL NUMBER | PAGE NUMBER EXHIBIT "B" | PAGE NUMBER EXHIBIT "C" |
|---|---|---|---|
| TAYLOR, Merle A. & Yvonne J. | 73E-16-320A | 41 | 39 |
| TUNNELL, Olga V. | 73E-8-230 | 10 | 10 |
| UNITED STATES OF AMERICA | Par. 2 | 1 | 1 |
| VAN WINKLE, L. | 73E-9-259 | 18 | 19 |
| VEALE, Melvin E. & Katherine M. | 73E-7-218 | 6 | 6 |
| VENEGAS, Ignacio M. & Carmelita | 73E-15-295 | 30 | 31 |
| WAGNER, Raymond N. Jr., & Alice | 73E-5-205 | 3 | 3 |
| WESTPHALEN, Hugo G. & Vera B. | 73E-21-358 | 46 | 44 |
| WHEELER, Ella | 73E-10-272 | 22 | 24 |
| WHETSTINE, Frederick E. & Jeanne C. | 73E-16-321 | 42 | 40 |

Interlocutory Judg. #33
Exhibit "A"

LEGAL DESCRIPTION AND OWNERSHIP OF LANDS

OVERLYING AREA GROUND WATER BASIN

PARCEL 2:

Southeast Quarter, and Southeast Quarter of Southwest Quarter of Section Thirty-two (32), Township Six (6) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Southwest Quarter of Southwest Quarter of Section Thirty-three (33), Township Six (6) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Southwest Quarter, and the Southwest Quarter of the Northwest Quarter of Section Three (3), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Northwest Quarter of the Northeast Quarter; Northwest Quarter; and, the Southwest Quarter of the Southeast Quarter of Section Four (4), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Northeast Quarter of the Northeast Quarter of Section Five (5), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Northeast Quarter of the Northeast Quarter of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

West Half of Section Twenty-seven (27), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

East Half and Northwest Quarter of Section Twenty-eight (28), Township Seven (7) South, Range Three (3) East, San Bernardino

Interlocutory Judg. #33
Exhibit "B"

40

PARCEL 2 Continued:

Base and Meridian, in the County of Riverside, State of California.
Northeast Quarter and West Half of Northwest Quarter of Section
Twenty-nine (29), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNER:

UNITED STATES OF AMERICA

PORTIONS OF SAID PARCEL WITHIN WEST HALF OF NORTHWEST QUARTER OF
SECTION 27, NORTH HALF AND SOUTHEAST QUARTER OF NORTHEAST QUARTER
OF SECTION 28 OVERLIE DEEP AQUIFER.

PARCEL 73E-4-199:

The South Half of the Southeast Quarter of the Southeast Quarter of
Section Four (4), Township Seven (7) South, Range Three (3) East,
San Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNER:

DOTY, R. A.

PARCEL 73E-4-200:

The North Half of the Southeast Quarter; the North Half of the
Southeast Quarter of the Southeast Quarter; and, the Southwest
Quarter of the Northeast Quarter, Section Four (4), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

CARTIER, Jacques E. & Beulah

PARCEL 73E-4-201:

The Southeast Quarter of the Northeast Quarter; and, the North-
east Quarter of the Northeast Quarter of Section Four (4), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino Base
and Meridian, in the County of Riverside, State of California.

Interlocutory Judg. #33
Exhibit "B"

41

PARCEL 73B-4-201  Continued:

OWNERS:

BERRING, Edmund O. & Laura M.

PARCEL 73B-4-202:

The Southwest Quarter of Section Four (4), Township Seven(7)
South, Range Three (3) East, San Bernardino Base and Meridian,
in the County of Riverside, State of California.

OWNERS:

SCHENK, William A. & Evelyn Anna

SCHENK, William Boone

PARCEL 73B-5-203:

The Northwest Quarter;  the North Half of the Southwest Quarter;
the Northwest Quarter of the Northeast Quarter;  the South Half
of the Northeast Quarter; and, the Southeast Quarter of Section
Five (5), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside, State
of California.

OWNER:

SOUTHERN PACIFIC LAND COMPANY

PARCEL 73B-5-204:

The East Half of the Southeast Quarter of the Southwest Quarter
of Section Five (5), Township Seven (7) South, Range Three (3)
East, San Bernardino Base and Meridian, in the County of River-
side, State of California.

OWNER:

MATTIS, Louis

PARCEL 73B-5-205:

The East 5.26 acres of Government Lot Ten (10)(Southwest Quarter
of the Southwest Quarter), Section Five (5), Township Seven (7)
South, Range Three (3) East, San Bernardino Base and Meridian,

Interlocutory Judg. #33
Exhibit "B"

42

PARCEL 73E-5-205 Continued:

in the County of Riverside, State of California. Also, the West
Half of the Southeast Quarter of the Southwest Quarter of said
Section Five (5).

OWNERS:

WAGNER, Raymond N. Jr., & Alice

PARCEL 73E-5-206:

The West Thirty (30) Acres of Government Lot Ten (10)(Southwest
Quarter of the Southwest Quarter), Section Five (5), Township
Seven (7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:

KELLOGG, Richard E.

PARCEL 73E-6-207:

The North Half of the Southeast Quarter; and, the Southeast
Quarter of the Southeast Quarter of Section Six (6), Township
Seven (7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:

EMERY, William Howard, Sr.

PARCEL 73E-6-208:

The West Half of Lot Fifteen (15)(Southwest Quarter of the
Southeast Quarter), Section Six (6), Township Seven (7) South,
Range Three (3) East; San Bernardino Base and Meridian, in
the County of Riverside, State of California.

OWNER:

OWENS, Maxine

PARCEL 73E-6-209:

The East Half of Lot Fifteen (Southwest Quarter of the South-
east Quarter) of Section Six (6), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in

Interlocutory Judg. #33
Exhibit "B"

PARCEL 73E-6-209 Continued:

the County of Riverside, State of California.

OWNERS:

EMERY, William/Howard Jr., & Bonnie Lee

PARCEL 73E-7-211:

The South Half of the Southeast Quarter of the Southeast Quarter, Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

STULTS, Allan C. & Avis B.

STULTS, Allan C. Jr., & Helen D.

CHENEY, Bryant L. & Avis B.

PARCEL 73E-7-213:

The South Half of the South Half of the Northeast Quarter of the Southeast Quarter; and, the North Half of the Southeast Quarter of the Southeast Quarter of Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MILLER, Charles A. & Marie E.

PARCEL 73E-7-215:

The North Half of the South Half of the Northeast Quarter of the Southeast Quarter of Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

DAVIS, Jack A. C. & Ida Marie

PARCEL 73E-7-216:

The South 240 feet of the North Half of the North Half of the

Interlocutory Judg. #33
Exhibit "B"

44

PARCEL 73E-7-216 Continued:

Southeast Quarter of Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MILLER, Charles August & Marie E.

PARCEL 73E-7-217:

The North 210 feet of the South 450 feet of the North Half of the North Half of the Southeast Quarter of Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MARTS, Ralph H. & Hazel M. C.

PARCEL 73E-7-218:

The North Half of the North Half of the Southeast Quarter of Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Southerly 450 feet thereof.

OWNERS:

VEALE, Melvin E. & Katherine M.

PARCEL 73E-7-219:

Government Lots Three (3), Four (4), Nine (9), and Ten (10) (Northeast Quarter) of Section Seven (7), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT that portion described as follows: Beginning at the Northeast Corner of said Lot Three (3); thence Westerly along the Northerly line of said Lot Three (3), 466 feet; thence Southerly and parallel with the Easterly line of said Lot Three (3), 466 feet; thence Easterly and parallel with the Northerly line

Interlocutory Judg. #33
Exhibit "B"

45

PARCEL 73E-7-219 Continued:

of said Lot Three (3), 466 feet to a point on the Easterly line
of said Lot Three (3);  thence Northerly 466 feet to the point
of beginning.

OWNERS:

JOHNSON, Irving & Hazel P.

PARCEL 73E-7-220:

Beginning at the Northeast Corner of Lot Three (3)(Northeast
Quarter of the Northeast Quarter) of Section Seven (7), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of Cali-
fornia;  thence Westerly along the Northerly line of said Lot
Three (3), 466 feet;  thence Southerly and parallel with the
Easterly line of said Lot Three (3), 466 feet;  thence Easterly
and parallel with the Northerly line of said Lot Three (3),
466 feet to a point on the Easterly line of said Lot Three (3);
thence Northerly 466 feet to the point of beginning.

OWNER:

BAKER, Marie

PARCEL 73E-7-221:

The Northwest Quarter of Section Seven (7), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California.

OWNER:

SNOW, R. W.

PARCEL 73E-8-223:

The Southwest Quarter of Section Eight (8), Township Seven
(7) South, Range Three (3) East, San Bernardino Base and
Meridian, in the County of Riverside, State of California,
EXCEPT that portion thereof described as follows:  Beginning

Interlocutory Judg. #33
Exhibit "B"

PARCEL 7E-8-223 Continued:

at the Southeast Corner of the Northwest Quarter of the South-
west Quarter of said Section Eight (8); thence West 330 feet;
thence North 660 feet; thence East 330 feet; thence South
660 feet to the point of beginning. Also EXCEPT that portion
thereof described as follows: Beginning at the Northeast
Corner of the Southwest Quarter of said Section Eight (8);
thence West along the North line of said Section Eight (8),
1390 feet; thence South 660 feet; thence East 1390 feet;
thence North 660 feet to the point of beginning.

OWNERS:

LIPP, Fred L.

PARCEL 7E-8-224:

That portion of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described as
follows: Beginning at the Southeast Corner of the Northwest
Quarter of the Southwest Quarter of said Section Eight (8);
thence West 330 feet; thence North 660 feet; thence East
330 feet; thence South 660 feet to the point of beginning.
EXCEPT the South 30 feet to be used for road or utilities.

OWNERS:

DUNHAM, Dewey

DUNHAM, Carolyn

PARCEL 7E-8-225:

That portion of Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in
the County of Riverside, State of California, described as
follows: Beginning at the Northeast Corner of the Southwest
Quarter of said Section Eight (8); thence West along the
North line of said Section Eight (8), 1390 feet; thence

Interlocutory Judg. #33
Exhibit "B"

PARCEL 73E-8-225 Continued:

South 660 feet;  thence East 1390 feet;  thence North 660 feet to the point of beginning.

OWNERS:

COCHRAN, Ruffman E. & Ivaleah M.

PARCEL 73E-8-226:

South Half of the Northwest Quarter of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the Northwest Quarter of the Southwest Quarter of the Northwest Quarter of said Section Eight (8).

OWNER:

ROALFE, Marjorie G.

PARCEL 73E-8-227:

The Northwest Quarter of the Southwest Quarter of the Northwest Quarter of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

RIDDLE, Fern

PARCEL 73E-8-228:

The Southwest Quarter of the Northwest Quarter of the Northwest Quarter of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

SPARKS, Anna D.

PARCEL 73E-8-229:

That portion of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in

Interlocutory Judg. #33
Exhibit "B"

48

PARCEL 73E-8-229 Continued:

the County of Riverside, State of California, described as follows: Beginning at the Northeast Corner of said Section Eight (8); thence East along North line of said Section Eight (8), 660 feet; thence South, parallel with West line, 660 feet; thence West, parallel with North line, 660 feet; thence North along West line 660 feet to the point of beginning.

OWNERS:

ELDRED, Andrew J. & Elsie L.

PARCEL 73E-8-230:

The East Half of the Northwest Quarter of the Northwest Quarter of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

TUNNELL, Olga V.

PARCEL 73E-8-231:

The Northwest Quarter of the Northeast Quarter of the Northwest Quarter; and, the North Half of the Southwest Quarter of the Northeast Quarter of the Northwest Quarter of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNER:

NICKLE, June M.

PARCEL 73E-8-232:

All that portion of Lot Three (3) (Northeast Quarter of the Northwest Quarter) of Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, described as follows: The Easterly portion of said Lot Three (3), being a rectangular parcel of land

Interlocutory Judg. #33
Exhibit "B"

PARCEL 73E-8-232 Continued:

825 feet wide by 1320 feet long, estimated to contain Twenty-
five (25) acres, more or less.

OWNERS:

ASHJIAN, Charles M. & Araxis

PARCEL 73E-8-233:

The South Half of the Southwest Quarter of the Northeast
Quarter of the Northwest Quarter of Section Eight (8), Town-
ship Seven (7) South, Range Three (3) East, San Bernardino
Base and Meridian, in the County of Riverside, State of California.

OWNERS:

MEYER, David & Amelia

PARCEL 73E-8-234:

Government Lots Two (2), Seven (7), and Eight (8), (West Half
of the Northeast Quarter and the Southeast Quarter of the North-
east Quarter), Section Eight (8), Township Seven (7) South,
Range Three (3) East, San Bernardino Base and Meridian, in the
County of Riverside, State of California.

OWNER:

DANIELS, Elfie Elizabeth

PARCEL 73E-8-235:

The West Forty (40) Acres of Lot Ten (10)(Northwest Quarter
of the Southeast Quarter;, and the West Forty (40) Acres of
Lot Eleven (11) (Southwest Quarter of the Southeast Quarter)
of Section Eight (8), Township Seven (7) South, Range Three
(3) East, San Bernardino Base and Meridian, in the County
of Riverside, State of California

OWNER:

BURRELL, Gladys

Interlocutory Judg. #33
Exhibit "B"

PARCEL 73E-8-236:

The West Half of Lot Nine (9) (Northeast Quarter of the Southeast Quarter); and, Lot Ten (10) (Northwest Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, EXCEPT the West Forty (40) Acres of said Lot Ten (10).

OWNERS:

PLACH, Albert E. & Bernice

PARCEL 73E-8-237:

The East Half of Lot Nine (9) (Northeast Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California.

OWNERS:

SMITH, Zacheus A. & Faith Y.

PARCEL 73E-8-238:

That portion of the West Half of Government Lot Twelve (12) (Southeast Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, shown as Parcel 24 on Record of Survey 27/29.

OWNER:

SMITH, Irene

PARCEL 73E-8-239:

That portion of the West Half of Government Lot Twelve (12), (Southeast Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, shown as Parcel Two (2) on Record of

Interlocutory Judg. #33
Exhibit "B"

PARCEL 73E-8-239 Continued:

Survey 27/29.

OWNERS:

MACY, Roy W. & Mary T.

PARCEL 73E-8-240:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Three (3) on Record
of Survey 27/29.

OWNERS:

FISHER, Jack M. & Frances

PARCEL 73E-8-241:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Six (6) on Record of
Survey 27/29.

OWNERS:

FLOYD, Allen R. & Fern A.

PARCEL 73E-8-242:

That portion of the West Half of Government Lot Twelve (12)
(Southeast Quarter of the Southeast Quarter), Section Eight
(8), Township Seven (7) South, Range Three (3) East, San
Bernardino Base and Meridian, in the County of Riverside,
State of California, shown as Parcel Twenty (20) on Record
of Survey 27/29

OWNERS:

ROGERS, Hettie J.

Interlocutory Judg. #33
Exhibit "B"

PARCEL 73E-8-243:

That portion of the West Half of Government Lot Twelve (12), (Southeast Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California, shown as Parcel Twenty-two (22) on Record of Survey 27/29.

OWNER:

RICK, Faye C.

PARCEL 73E-8-244:

That portion of Government Lot Eleven (11), (Southwest Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California shown as Parcels One (1), Four (4), Seven (7), Ten (10), Thirteen (13), Sixteen (16), and Nineteen (19) on Record of Survey 27/29. Also that portion of the West Half of Government Lot Twelve (12), (Southeast Quarter of the Southeast Quarter) of said Section Eight (8), shown as Parcels Five (5), Eight (8), Nine (9), Eleven (11), Twelve (12), Fourteen (14), Fifteen (15), Seventeen (17), Eighteen (18), Twenty-one (21) and Twenty-three (23) on Record of Survey 27/29.

OWNERS:

HITTSON, Paul A. & Sandra W.

PARCEL 73E-8-245:

The East Half of Government Lot Twelve (12)(Southeast Quarter of the Southeast Quarter), Section Eight (8), Township Seven (7) South, Range Three (3) East, San Bernardino Base and Meridian, in the County of Riverside, State of California. EXCEPT those portions thereof shown as Parcels Five (5),

Interlocutory Judg. #33
Exhibit "B"

53