**ORIGINAL**

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

FILED
JUL - 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 1247-SD-C |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | **RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION** |
| Plaintiff-Intervenors, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

**INTRODUCTION**

1. This action was filed by the United States in 1951 to quiet title to its use of water and to enjoin unlawful impairment of water rights in the Santa Margarita River System in San Diego and Riverside Counties, California. From the inception of this case, the United States has represented the Ramona Band of Cahuilla as its trustee. In the early stages of the case, the United States asserted on behalf of the Band a right to water under the federal reserved water rights doctrine in amounts sufficient to provide for the present and future needs of the members of the Band. On November 8, 1962, this Court entered an interlocutory judgment which recognized a federal reserved water right for the Ramona Band of Cahuilla,

1  but this Court reserved final quantification until circumstances required it. *Findings of Fact,*
2  *Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of*
3  *Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection*
4  *with the Ramona, Cahuilla and Pechanga Reservations,* at page 24, No. 1247-SD-C (S.D.
5  Cal. filed January 25, 1951) ("Interlocutory Judgment No. 41"). On January 22, 2007, this
6  Court granted the Band's motion to intervene, and the Band's Complaint in Intervention was
7  filed on January 23, 2007. This First Amended Complaint is filed in order to clarify that the
8  United States and its agencies are not defendants with regard to the Band's water rights
9  claims, and that, rather, they are plaintiffs aligned with the Band in seeking final
10 quantification of the Band's water rights. The Ramona Band of Cahuilla claims a prior and
11 senior federal reserved right to the surface water and underlying groundwater of the Ramona
12 Reservation within the Anza Basin portion of the Santa Margarita River System.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over this action under 28 U.S.C. § 1345 (United States as plaintiff); § 1331 (federal question) and § 1362 (federally-recognized Indian tribe asserting federal question). In addition, this Court retained jurisdiction following the entry of final judgment on May 8, 1963.

3.  This Court has venue of this action under 28 U.S.C. § 1391(b) as a number of the defendants reside in this district and the Santa Margarita River System is located within the geographical boundaries of the United States District Court for the Southern District of California.

## PARTIES

4.  Plaintiff-intervenor Ramona Band of Cahuilla is recognized by the United States as a sovereign Indian tribe eligible to receive the services of the Bureau of Indian Affairs. The Band owns and occupies a reservation of approximately 560 acres, located in the far northeastern section of the Santa Margarita River System, as defined by this Court. Since time immemorial, the members of the Band have used, and continue to use, the water resources and lands of the Anza Basin for subsistence, cultural, ceremonial, religious and

1  commercial purposes. The Ramona Band of Cahuilla is governed by a tribal council that is
2  recognized by the Bureau of Indian Affairs as the lawful representative and government of the
3  Band and its members. The Band's headquarters are located in Anza, California. The Band's
4  past, present and future enjoyment of the waters of the Santa Margarita River System has
5  been, is being and will continue to be injured by defendants' on-going unlawful interference
6  with the Band's federal reserved water right.

7       5.   The defendants in this action are public service corporations, persons,
8  corporations, unincorporated associations, municipalities, water districts and other entities that
9  use water, claim rights to use water or deliver water from the Santa Margarita River System
10 that is subject to this Court's jurisdiction. Some of the defendants use or claim rights to use
11 water in a manner that impairs the federal reserved water right of the Ramona Band of
12 Cahuilla. The priority dates of the defendants' claimed rights to use water are junior to the
13 federally-protected water rights of the Ramona Band of Cahuilla and its members.

## FACTS

15      6.   On November 8, 1962, this Court entered Findings of Fact, Conclusions of Law
16 and Interlocutory Judgment No. 41 concerning the rights to use the waters of the Santa
17 Margarita River System held in trust by the United States in connection with the Ramona,
18 Cahuilla and Pechanga Indian Reservations. The interlocutory judgment was entered as a
19 final judgment on May 8, 1963, and the Court of Appeals affirmed the judgment in *United*
20 *States v. Fallbrook Public Utility District*, 347 F.2d 48, 61 (9th Cir. 1965). This Court has
21 continuing jurisdiction in this case.

22      7.   Interlocutory Judgment No. 41 establishes, *inter alia,* the following facts and
23 legal conclusions. The Ramona Indian Reservation was established by Executive Order of the
24 President on December 29, 1891. The Reservation is located in the most northeasterly portion
25 of the Santa Margarita River watershed. The Reservation consists of approximately 560 acres,
26 of which approximately 321 acres lie within the Santa Margarita River watershed. When it
27 created the Ramona Reservation, the United States intended to reserve, and in fact did reserve,
28 rights to the use of the Santa Margarita River system which under natural conditions would be

physically available on the Ramona Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Ramona Band of Cahuilla, with a priority date of December 29, 1891.

8. The Ramona Reservation is located in the aboriginal territory of the Ramona Band of Cahuilla, who have used and occupied the area since time immemorial. The Executive Order creating the Ramona Reservation set aside the land and resources of the Reservation for the benefit of the Ramona Band of Cahuilla and its members.

9. Groundwater underlying the Ramona Reservation is in limited supply and is needed to satisfy the present and future needs of the Ramona Band of Cahuilla and its members. The surface waters and groundwater underlying the Ramona Reservation are the sole sources of water for the Band and its members. The defendants' withdrawal and use of the ground water underlying and adjacent to the Ramona Reservation adversely affects the ability of the Ramona Band of Cahuilla and its members to exercise their federal reserved water right, as established by this Court in Interlocutory Judgment No. 41. Defendants' withdrawal and use of the ground water underlying and adjacent to the Ramona Reservation is increasing, and, is further threatening the Band's ability to achieve economic self-sufficiency. Unless the requested relief is granted, the rights and interests of the Ramona Band of Cahuilla and its members will be adversely affected and irreparably harmed by the defendants.

### Claim for Relief

10. The Ramona Band of Cahuilla repeats and realleges and incorporates by reference the allegations contained in paragraphs 1 through 9.

11. The Executive Order of 1891 reserved for the Ramona Band of Cahuilla and its members an amount of surface and groundwater sufficient to meet the present and future needs of the Band, including but not limited to water necessary to accomplish the purpose of the Executive Order to create a permanent home for the Ramona Band of Cahuilla where it could achieve economic self-sufficiency.

12. Withdrawal of ground water by the defendants infringes on the ability of the Ramona Band of Cahuilla to effectively exercise the federal reserved right to that surface and

groundwater, thereby causing and continuing to cause irreparable injury to the Band and its members.

13. Defendants' rights and use of groundwater underlying the Ramona Reservation are junior to the Ramona Band of Cahuilla's senior federal reserved water rights.

WHEREFORE, the Ramona Band of Cahuilla requests an order from this Court that:

(1) declares and confirms that the Executive Order of 1891 reserved the Reservation and its resources for the benefit of the Ramona Band of Cahuilla and its members and reserved to the Band and its members the right to the surface and underlying groundwater of the Ramona Reservation sufficient to foster, promote, and fulfill the purposes for which the lands of the Reservation were set aside;

(2) declares that the priority date of the surface and groundwater reserved is the date of the Executive Order of 1891, as declared and decreed by this Court in Interlocutory Judgment No. 41;

(3) quantifies the Ramona Band of Cahuilla's right to surface and underlying ground water of the Ramona Reservation in an amount sufficient to meet the present and future needs of the Ramona Band of Cahuilla and the purposes of the Ramona Reservation;

(4) enjoins the defendants from withdrawing surface and underlying groundwater of the Ramona Reservation that is in conflict with the senior federal reserved water rights of the Ramona Band of Cahuilla and its members as declared and decreed by this Court in Interlocutory Judgment No. 41;

(5) awards the Ramona Band of Cahuilla its costs of litigation, including reasonable costs, expenses and disbursements, and reasonable attorneys' fees, as equity requires and pursuant to federal statutes, including 28 U.S.C. § 2412;

(6) awards such other and further relief as may be just and proper;

//
//
//
//

(7) retains this Court's jurisdiction for purposes of enforcement of its decree.

Dated: June 29, 2007

Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: /s/ Curtis Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor, Ramona Band of Cahuilla*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On June 29, 2007, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1)  RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Peter J. Mort
Rodney B. Lewis
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Linda Garcia
Riverside Co. Flood Control and Water
Conservation District
1995 Market Street
Riverside, CA 92501

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Fred Domenigoni
33011 Holland Road
Winchester, CA 92596

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Ron Glidden
Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS
PETERSEN & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Ms. Barbara Jaques
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536

Ms. Sharon Kirkconnell
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 601
Aguanga, CA 92536

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Mr. Tom Gieling
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 642
Aguanga, CA 92536

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 29, 2007, at Berkeley, California.

_____
Martha Morales