1  Marco A. Gonzalez (State Bar No. 190832)
   Rory R. Wicks (State Bar No. 85340)
2  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
3  Encinitas, California 92024
   Tel: (760) 942-8505
4  Fax: (760) 942-8515
   marco@coastlawgroup.com
5
   Susan M. Williams (Pro Hac Vice)
6  Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
7  P.O Box 1483
   Corrales, NM 87049
8  Tel. (505) 899-7994
   Fax. (505) 899-7972
9  swilliams@williamsandworks.net

10 Attorneys for Proposed Plaintiff in Intervention,
   the Cahuilla Band of Indians

11

12

13

14          **IN THE UNITED STATES DISTRICT COURT**

15          **SOUTHERN DISTRICT OF CALIFORNIA**

16 UNITED STATES OF AMERICA,           )
                                        )   CIVIL NO. ~~1247-SD-C~~ 51CV01247·
17            Plaintiff,                )
                                        )   **CAHUILLA BAND OF INDIANS'**
18 CAHUILLA BAND OF INDIANS,           )   **FIRST AMENDED**
   a federally recognized Indian tribe, )   **COMPLAINT IN INTERVENTION**
19                                      )
                                        )
20            Proposed Plaintiff        )
              in Intervention,          )
21      v.                              )
                                        )
22 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, a public service corporation )
23 of the State of California, et al.,  )
                                        )
24            Defendants.               )
                                        )

25

26

27

28                              1

## I.   **INTRODUCTION**

1.   This action was filed by the United States in 1951 to declare, quiet title, and enjoin the unlawful interference of the United States' rights to the use of water in the Santa Margarita River System in San Diego and Riverside Counties, California.

2.   From the inception of this case, the United States has represented the Cahuilla Band of Indians (the "Cahuilla Tribe" or the "Tribe") as the Tribe's federal trustee.  In the early stages of the case, the United States asserted on behalf of the Cahuilla Tribe a right to water under the federal reserved water rights doctrine in amounts sufficient to provide for the present and future needs of the Cahuilla Tribe and its members.

3.   On November 8, 1962, this Court entered an interlocutory judgment which recognized a federal reserved water right for the Cahuilla Tribe and made findings of fact to serve as the basis for quantifying the amount of water reserved for the Cahuilla Tribe.  The Court also made a conclusion of law that the Cahuilla Tribe is entitled to use the surface waters and groundwater underlying the Cahuilla Reservation within the Anza Basin portion of the Santa Margarita River System to satisfy the Tribe's federal reserved water rights.  This Court, however, reserved final quantification until circumstances required.  *Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection with the Ramona, Cahuilla and Pechanga Reservations*, No. 1247 SD C (S.D. Cal. filed Jan. 25, 1951) ("Interlocutory Judgment 41" or "IJ 41").

4.   Circumstances now require a final decree from this Court to quantify and protect the Cahuilla Tribe's senior, federal reserved water rights due to increasing development in the Anza Basin.

2

5.     On January 22, 2007, this Court granted the Cahuilla Tribe's motion to intervene, and the Tribe's Complaint in Intervention was filed on January 23, 2007.  This First Amended Complaint is filed in order to clarify that the United States and its agencies are not defendants with regard to the Tribe's water rights claims, and that, rather, they are plaintiffs aligned with the Tribe in seeking final quantification of the Tribe's water rights. The Cahuilla Tribe seeks to participate in this case as a party in cooperation with the United States and to obtain a judicial decree quantifying and protecting the Cahuilla Tribe's senior, federal reserved rights to the surface waters and underlying groundwater of the Cahuilla Reservation within the Anza Basin portion of the Santa Margarita River System that are under this Court's continuing jurisdiction.

## II.     JURISDICTION AND VENUE

6.     This Court has jurisdiction over this action under 28 U.S.C. § 1345 (United States as plaintiff), 28 U.S.C. § 1331 (Federal Question), and 28 U.S.C. § 1362 (federally recognized Indian tribe as plaintiff).  An actual controversy exists between the parties within the meaning of 28 U.S.C. § 2201 (declaratory judgments).

7.     Venue is properly vested in this Court pursuant to 28 U.S.C. § 1391(b) because the Santa Margarita River System is located within the Southern District of California and a number of defendants reside in this District.

## III.     PARTIES

8.     Proposed plaintiff in intervention, CAHUILLA BAND OF INDIANS, is a federally recognized Indian tribe, headquartered at Cahuilla, near Anza, California on the Cahuilla Reservation.  CAHUILLA TRIBE is governed by the Cahuilla General Council.

9.     By Executive Order in 1875, President Ulysses S. Grant established the Cahuilla Reservation for the CAHUILLA TRIBE.  Exec. Order of Dec. 27, 1875, *reprinted* in 1 CHARLES

3

KAPPLER, INDIAN AFFAIRS:  LAWS AND TREATIES 820.  In 1887, the Cahuilla Reservation was further enlarged by President Grover Cleveland.  Exec. Order of Mar. 14, 1887, *reprinted* in 1 CHARLES KAPPLER, INDIAN AFFAIRS:  LAWS AND TREATIES 824.  The Cahuilla Reservation was further enlarged on December 29, 1891.  Interlocutory Judgment 41 at 5.  On or about January 25, 1927, the Cahuilla Reservation was expanded.  Interlocutory Judgment 41 at 5.

10.     When this court entered Interlocutory Judgment 41, the Cahuilla Reservation contained approximately 18,292 acres, of which approximately 17,312 acres are located within the Santa Margarita River System.  Interlocutory Judgment 41 at 7.

11.     Pursuant to the Southern California Indian Land Transfer Act, Pub. L. No. 100 581, approximately 611 acres were added to the Cahuilla Reservation in 1988.  Those lands are located within the Santa Margarita River System, but the CAHUILLA TRIBE is not asserting claims for water rights to those 611 acres in this Complaint.

12.     Today, the Cahuilla Reservation contains approximately 18,884 acres, of which approximately 17,923 acres are located within the Santa Margarita River System.

13.     The Cahuilla Reservation is located in the aboriginal territory of the CAHUILLA TRIBE and its members, who have used and occupied the area since time immemorial.  The Executive Orders creating the Cahuilla Reservation set aside the land and water resources of the Cahuilla Reservation for the benefit of the CAHUILLA TRIBE as a permanent homeland for its members.

14.     Since time immemorial, the members of the CAHUILLA TRIBE have used, and continue to use, the lands, surface waters and groundwater underlying the Cahuilla Reservation within the Santa Margarita River System, including but not limited to Cahuilla Creek and the Anza Basin, for subsistence, cultural, ceremonial, religious, and commercial purposes.

4

| UNITED STATES OF AMERICA v FALLBROOK PUBLIC UTILITY DISTRICT et al | CAHUILLA BAND OF INDIANS' COMPLAINT IN INTERVENTION | 1247-SD-C |

15.     The DEFENDANTS in this action are public service corporations, persons, corporations, unincorporated associations, municipalities, water districts, and other entities that use water, claim rights to use water, or deliver water from the Santa Margarita River System that is subject to this Court's jurisdiction.

16.     Some of the DEFENDANTS use or claim junior rights to use water in a manner that impairs the senior, federal reserved water rights of the CAHUILLA TRIBE.

17.     The priority dates of the DEFENDANTS' claimed rights to use water are junior to the federally protected water rights of the Cahuilla Band of Indians and its members.

18.     CAHUILLA TRIBE'S past, present, and future enjoyment of the surface waters and underlying groundwater of the Santa Margarita River System has been, is being, and will continue to be injured by DEFENDANTS' ongoing interference with the Tribe's senior, federal reserved water rights to the Santa Margarita River System and underlying groundwater.

19.     Unless the relief requested is granted, the rights and interests of plaintiff CAHUILLA TRIBE and its members will be adversely affected and irreparably harmed by the DEFENDANTS.

20.     Plaintiff's injury in fact is fairly traceable to DEFENDANTS' conduct and would be redressed by the relief that plaintiff CAHUILLA TRIBE seeks in this case.

## IV.     THE CAHUILLA TRIBE'S FEDERAL RESERVED RIGHTS

### Interlocutory Judgment 41

21.     On November 8, 1962, this Court entered Interlocutory Judgment 41.

22.     The Cahuilla Indian Reservation was originally established by Executive Order of the President on December 27, 1875. *See* Interlocutory Judgment 41 at 4, 20.

23.     At the time Interlocutory Judgment 41 was entered by this Court, the Cahuilla Reservation consisted of approximately 18,292 acres, of which approximately 17,312 acres lie within

5

UNITED STATES OF AMERICA v
FALLBROK PUBLIC UTILITY
DISTRICT et al

CAHUILLA BAND OF INDIANS'
COMPLAINT IN INTERVENTION

1247-SD-C

the Santa Margarita River watershed.  Interlocutory Judgment 41 at 7.

24.     The surface waters located upon the Cahuilla Reservation, and the underlying groundwater add to, contribute to, and support the Santa Margarita River System.  Interlocutory Judgment 41 at 8, 20.

25.     When it created the Cahuilla Reservation, the United States intended to reserve, and in fact did reserve, rights to the use of the Santa Margarita River system which under natural conditions would be physically available on the Cahuilla Reservation, including rights to the use of groundwater, sufficient for the present and future needs of the Cahuilla Tribe.  Interlocutory Judgment 41 at 20.

26.     The Cahuilla Tribe's senior, federal reserved water rights to the Santa Margarita River System have the following priority dates:  A) December 27, 1875, for lands transferred by Executive Order of that date;  B) March 14, 1887, for lands transferred by Executive Order of that date; and, C) December 29, 1891, for lands transferred by Executive Order of that date.  Interlocutory Judgment 41 at 20.

27.     The surface waters and groundwater underlying the Cahuilla Reservation constitute the sole source of water for the Cahuilla Tribe and its members.

28.     The surface waters and groundwater underlying the Cahuilla Reservation are in limited supply and are needed to satisfy the present and future needs of the Cahuilla Tribe and its members.

29.     The defendants' withdrawal and use of the groundwater underlying and adjacent to the Cahuilla Reservation adversely affects the ability of the Cahuilla Tribe and its members to exercise their senior, federal reserved water rights now and in the future as established by this Court in Interlocutory Judgment 41.

UNITED STATES OF AMERICA v
FALLBROK PUBLIC UTILITY
DISTRICT et al

CAHUILLA BAND OF INDIANS'
COMPLAINT IN INTERVENTION

1247-SD-C

30.     Defendants' withdrawal and use of the groundwater underlying and adjacent to the Cahuilla Reservation is increasing, thereby further threatening plaintiff Cahuilla Tribe's ability to achieve economic self sufficiency now and in the future.

## V.   CLAIM FOR RELIEF

31.     Each and every allegation set forth above is incorporated herein by reference.

32.     The Executive Orders of 1875, 1887, and 1891 reserved for the Cahuilla Tribe and its members the surface waters and underlying groundwater of the Cahuilla Reservation to meet the present and future needs of the Cahuilla Tribe.

33.     The Cahuilla Tribe's senior, federal reserved rights to the surface waters and groundwater underlying the Cahuilla Reservation is in an amount sufficient to satisfy the present and future needs for water for the Cahuilla Reservation, as declared and decreed by this Court in Interlocutory Judgment 41.

34.     The surface waters and underlying groundwater rights reserved for the benefit of the Cahuilla Tribe have priority dates of December 27, 1875, for lands transferred by the Executive Order of that date; March 14, 1887, for lands transferred by Executive Order of that date; December 29, 1891, for lands transferred by Executive Order of that date - as declared and decreed by this Court in Interlocutory Judgment 41.

35.     Withdrawal of groundwater by the defendants infringes on the ability of the Cahuilla Tribe to use the Tribe's senior, federal reserved rights to the surface waters and underlying groundwater of the Cahuilla Reservation now and in the future.

36.     Defendants' rights and use of groundwater underlying the Cahuilla Reservation are junior to the Tribe's senior, federal reserved water rights.

7

37.   Defendants' withdrawal of groundwater underlying the Cahuilla Reservation will cause irreparable harm to the Cahuilla Tribe and its members.

38.   The remedy for this violation of law is to enter a declaratory judgment pursuant to 28 U.S.C. 2201(a) that defendants are illegally using and impairing the Cahuilla Tribe's senior, federal reserved water rights to the surface waters and underlying groundwater of the Cahuilla Reservation.

39.   It is also within this Court's discretion to enter an injunction prohibiting defendants from illegally impairing the Cahuilla Tribe's use of its senior, federal reserved water rights to the surface waters and underlying groundwater of the Cahuilla Reservation.

## VI.   PLAINTIFF'S PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests this Court to enter judgment providing the following relief:

A.   Declare and confirm that the Executive Orders of 1875, 1887, and 1891 reserved the Cahuilla Reservation and its water resources for the benefit of the Cahuilla Tribe and its members, and reserved to the Tribe and its members the right to the surface waters and the groundwater underlying the Cahuilla Reservation;

B.   Declare and confirm the quantities of the Cahuilla Tribe's senior, federal reserved rights to the surface waters and groundwater underlying the Cahuilla Reservation in an amount sufficient to meet the present and future needs of the Cahuilla Tribe on the Cahuilla Reservation, as declared and decreed by this Court in Interlocutory Judgment 41;

C.   Declare and confirm that the priority dates of the surface waters and underlying groundwater rights thus reserved for the benefit of the Cahuilla Tribe are the dates of the Executive Orders establishing the Cahuilla Reservation, as declared and decreed by this Court in Interlocutory Judgment 41;

8

D.     Enjoin the defendants from withdrawing surface waters and groundwater underlying the Cahuilla Reservation that is in conflict with the senior, federal reserved water rights of the Cahuilla Tribe and its members as declared and decreed by this Court in <u>Interlocutory Judgment 41</u>;

E.     Retain this Court's jurisdiction for purposes of enforcement of its decree;

F.     Award plaintiff its costs of litigation, including reasonable costs, expenses, and disbursements, and reasonable attorneys' fees, as equity requires and pursuant to other federal statutes, including 28 U.S.C. § 2412; and,

G.     Grant such other and further relief as this Court deems just and proper.


Respectfully submitted this 6th day of June, 2007.

Williams & Works, P.A.


By _Marco Gonzalez for_
Susan Williams
Sarah S. Works
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel.  (505) 899 7994
Fax. (505) 899 7972

Attorneys for Plaintiff-Intervenor,
the Cahuilla Band of Indians

9

## **PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of San Diego, California, and that I am over eighteen years of age and not a party to the within action and that on the date set forth below, I served the within document(s), described as: CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION, on the following parties and non-parties in this action, addressed as follows:

   ** See Attached Service List


[ **X** ]  **BY MAIL** by placing a true copy of each document listed above in a sealed envelope addressed to the parties listed on the attachment hereto and placing it for collection in a place in our office for regular pick up and/or delivery to a United States Post Office mailbox at Encinitas, California.

[ ]  **BY HAND** I caused each such envelope to be delivered by hand to the addressee(s) listed above via [ ] hand delivery; [ ] express messenger.

[ ]  **BY FEDERAL EXPRESS** I caused each such envelope to be delivered by placing a true copy of each document listed above in a sealed envelope for delivery via Federal Express to the addressee(s) listed above.

[ ] **BY FACSIMILE**, by causing a true and correct copy hereof to be transmitted to the parties listed above via facsimile.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on July 9, 2007, at San Diego County, California.


   S. Bright
   Executive Legal Assistant

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Richard Woo
Soliton Tech/Nobuo Komota
2635 N. First Street
Suite 213
San Jose, CA 95134

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave.
#202
Temecula, CA 92590

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Riverside Co. Planning
4080 Lemon St.
9th Floor
Riverside, CA 92501

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road
#201
Temecula, CA 92591

Patrick Barry, Esq.
Amy S. Tryon, Esq.
Justice Dept. Environment & Natural Resources
P.O. Box 44378
Washington, D.C. 20026

Matt Rahn
SDSU Field Station Programs
5500 Campanile Dr.
San Diego, CA 92182

Keith Lewinger
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Joseph Jackson
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado St.
Suite 1
Fallbrook, CA 92028

Linda Garcia
Riverside Co. Flood Control and Water
Conservation District
1995 Market Street
Riverside, CA 92501

Anthony J. Pack
Eastern MWD
P.O. Box 8300
Perris, CA 92572

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Ave, NW
Washington, D.C. 20036

Peter J. Mort, Esq.
Akin Gump Strauss Hauer & Feld
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Richard & Christine McMillan Gary & Patricia
McMillan
McMillan Farm Management
29379 Rancho California Road
Ste. 201
Temecula, CA 92362

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088

Counsel Western Bases
Marine Corps Base, Bldg. 1254
P.O. Box 555231
Camp Pendelton, CA 92055-5231

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Fallbrook, CA 92589

Bob Lemons
Rancho California Waterdistrict
P.O. Box 9017
Fallbrook, CA 92589

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Ron Glidden, Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Marine Corps Base
Box 555013
Camp Pendelton, CA 92055

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

David Glazer, Esq.
US DOJ Env. & Nat Res Dept
301 Howard Street
Ste. 1050
San Francisco, CA 94105

Pamela Williams
Office of the Solicitor
US Dept. of Interior; Division of Indian Affairs
1849 C. Street NW
Room 6456
Washington, D.C. 20240

James J. Fletcher
US Dept. of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507

Rick Gundry
US Dept. of Interior
1451 Research Park Drive
Riverside, CA 92507

Joseph D. Hamilton
Ramona Reservation
39440 Cary Rd.
Anza, CA 92539

Manual Hamilton
Ramona Band of Cahuilla Indians
P.O. Box 391372
Anza, CA 92539

Scott Williams, Esq.
Alexander, Berkey, Williams and Weathers
2000 Center Street
Suite 308
Berkley, CA 94704

Curtis Berkey, Esq.
Alexander, Berkey, Williams and Weathers
2000 Center Street
Suite 308
Berkley, CA 94704

Elsa Barton
217 No. Palm
Hemet, CA 92543

Fred Domenigoni
31011 Holland Rd.
Winchester, CA 92596

Michael L. Tidus, Esq.
Michelle A. Staples, Esq.
Benjamin T. Benumof, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street; Suite 1200
Irvine, CA 92614

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave.
#202
Temecula, CA 92590

Don Forsyth
Metropolitan Water District
33752 Newport Rd.
Winchester, CA 92596

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Ave.
Suite 300
Fort Collins, CO 80524

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

James Carter
P.O. Box 28739
Santa Ana, CA 92799

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd.
Ste. K
San Rafael, CA 94901

Susan M. Williams, Esq.
Willams & Works; P.A.
1081 Hildebrand Lane NE
#200
Bainbridge Island, WA 98110

Charles W. Binder
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Jeffy F. Ferre
Jill N. Willis
Best Best & Krieger LLP
3850 University Avenue
P.O. Box 1028
Riverside, CA 92502

Michael Gheleta
United States Dept. of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Anza Holdings, LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Road
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial and Pacific Hold Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Ms. Barbara Jaques
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536

Ms. Sharon Kirkconnell
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Mr. Tom Gieling
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536