*ORIGINAL* ●            ●



1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
3   Berkeley, CA 94704
    Tel: 510/548-7070
4   Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
5   E-mail: swilliams@abwwlaw.com

6   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*
7
    Marco Gonzales (CA State Bar No. 190832)
8   COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
9   Encinitas, CA 92024
    Tel: 760/942-8505
10  Fax: 760/942-8515

11  *Attorney for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*
12
    Susan M. Williams (Pro Hac Vice)
13  Sarah S. Works (Pro Hac Vice)
    WILLIAMS & WORKS, P.A.
14  P.O. Box 1483
    Corrales, NM 87049
15  Tel: 505/899-7994
    Fax: 505/899-7972
16  E-mail: swilliams@williamsandworks.net

17  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*
18
                   UNITED STATES DISTRICT COURT
19
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
20

21  UNITED STATES OF AMERICA,          ) CIVIL NO.: 51-1247-SD-GT
                                        )
22              Plaintiff,              ) **RAMONA BAND OF CAHUILLA**
                                        ) **AND CAHUILLA BAND OF**
23  RAMONA BAND OF CAHUILLA, CAHUILLA   ) **INDIANS' REPLY TO OPPOSITION**
    BAND OF INDIANS,                    ) **TO JOINT MOTION FOR ORDER**
24                                      ) **ON SERVICE AND NOTIFICATION**
              Plaintiff-Intervenors,    )
25                                      )
    v.                                  ) Date:   July 16, 2007
26                                      ) Time:   2:00 p.m.
    FALLBROOK PUBLIC UTILITY DISTRICT,  ) Courtroom: 8
27  et al.,                             ) Hon. Gordon Thompson, Jr.
                                        )
28              Defendants.             )
                                        )
                                        )

                                                  Case No.: 05cv1247

1    Plaintiff-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians submit

2    this Reply to the Opposition Brief filed by Gregory V. Burnett ("Burnett").[1]  Burnett asserts that the

3    Tribes are seeking to expand this Court's jurisdiction beyond the shallow aquifer by forcing persons

4    taking water from the deep aquifer to intervene in order to protect such water production that is not

5    subject to this Court's jurisdiction.  Burnett misconstrues the scope of the Tribes' water rights claims

6    and the nature of their request for special service and notice procedures.[2]

7    In neither their complaints nor their motion for a service order do the Tribes seek to expand

8    this Court's jurisdiction beyond the rulings in Interlocutory Judgment 33 or related decisions.

9    Paragraph 5 of the First Amended Complaint of the Ramona Band of Cahuilla defines the class of

10   defendants in this case, *inter alia*, as entities "that use water, claim rights to use water or deliver

11   water from the Santa Margarita River System that is subject to this Court's jurisdiction."  Ramona

12   First Amended Complaint, ¶ 5 (emphasis added).  Likewise, the Joint Motion is devoid of any

13   language suggesting the Tribes are seeking to enlarge this Court's jurisdiction.  If the Tribes intended

14   to do so, they would have filed a proper motion with supporting memorandum of points and

15   authorities, as required by the Federal Rules of Civil Procedure and Local Rules.

16   Nor do the Tribes seek to compel non-parties or water users outside this Court's jurisdiction

17   to participate in the adjudication of the Tribes' water rights claims.  The purpose of the Tribes'

18

19   [1]  Defendant Rancho California Water District, and Plaintiff-Intervenor Pechanga Band of

20   Luiseño Indians filed statements of non-opposition to the Joint Motion.  No other responses have
     been filed.

21

22   [2]  It is not clear, and the Tribes do not concede, that Burnett is taking water from a source
     that is not subject to this Court's jurisdiction.  Interlocutory Judgment 33 defines the "deep

23   aquifer" in part by reference to legal descriptions of parcels that overlie the aquifer.  IJ 33,
     Findings of Fact Number 3.  Exhibit B contains legal descriptions of lands overlying the Anza

24   Groundwater Basin.  The Court specifically designated the portions of each parcel that overlie
     the deep aquifer.  IJ 33, Conclusions of Law, Number 5, at page 16 ("That the owners of all lands

25   described in Exhibit B and designated therein as overlying the deep aquifer of the Anza
     Groundwater Basin have correlative overlying rights to the use of the ground waters contained

26   within the deep aquifer of that basin.") (emphasis added).  Accordingly, for each parcel overlying

27   the deep aquifer, Exhibit B contains the notation "Portions of Said Parcel [legal description]
     Overlie Deep Aquifer."  The lands owned by Burnett's predecessor do not contain this notation.

28   Exhibit B at pages 42 and 64.  As a result, it is doubtful Burnett is producing water from a deep
     aquifer source not subject to the Court's jurisdiction.

1                                    Case No.: 05cv1247

1  proposal to notify virtually all of the landowners and water users in the Anza and Cahuilla Valleys is

2  to afford an <u>opportunity</u> to such persons and entities who wish to participate in the case. As the

3  Tribes noted in their Memorandum of Points and Authorities, "[c]onsistent with notions of

4  fundamental due process, virtually all of the water users in the Anza, Cahuilla and Terwilliger

5  Valleys within the Santa Margarita River Watershed would be given an opportunity to respond to the

6  Tribes' claims by filing a response (for current parties) or by intervening or otherwise participating in

7  the adjudication (for non-parties)." Memorandum at 7.

8        There is nothing coercive about the Notices the Tribes propose to send. The recipients of the

9  Notice can freely decide for themselves whether any action is required. If they believe their water

10  use is subject to this Court's jurisdiction and will be affected by the Tribes' claims, they may take

11  appropriate action in the case. If they are not subject to the Court's jurisdiction, they do not need to

12  take any action at all, and this Court's determination of the Tribes' water rights will not bind them.

13  It is not the Tribes' responsibility to determine which water users are subject to this Court's

14  jurisdiction and those that are not. The Tribes' proposal is a sensible and reasonable way to

15  adjudicate the Tribes' water claims. As a result, no revision of the proposed Notice is necessary.

16

17                                Respectfully submitted,

18  Dated: July 6, 2007            ALEXANDER, BERKEY, WILLIAMS &
                                   WEATHERS LLP
19

20                                By: _Curtis Berkey_____

21                                    Curtis G. Berkey
                                      Scott W. Williams
22                                    2030 Addison Street, Suite 410
                                      Berkeley, California 94704
23                                    Tel: 510/548-7070
                                      Fax: 510/548-7080
24                                    E-mail: cberkey@abwwlaw.com
                                      E-mail: swilliams@abwwlaw.com
25
                                  *Attorneys for Plaintiff-Intervenor,*
26                                *Ramona Band of Cahuilla*

27

28

                               2                          Case No.: 05cv1247

COAST LAW GROUP LLP


By: *Marco Gonzales*    By Curtis Berky
Marco Gonzales
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*


WILLIAMS & WORKS, P.A.


By: *Susan Williams*    By Curtis Berky
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On July 6, 2007, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1)   **RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS' REPLY TO OPPOSITION TO JOINT MOTION FOR ORDER ON SERVICE AND NOTIFICATION**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Peter J. Mort
Rodney B. Lewis
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Linda Garcia
Riverside Co. Flood Control and Water
Conservation District
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Fred Domenigoni
33011 Holland Road
Winchester, CA 92596

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049


Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593


Ron Glidden
Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593


Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539


Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, CO  80202


Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901


Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596


Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760


Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013


James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471


Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS,
PETERSEN & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA  92614


Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088


Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Ms. Barbara Jaques
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536

Ms. Sharon Kirkconnell
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 601
Aguanga, CA 92536

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Mr. Tom Gieling
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 642
Aguanga, CA 92536

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 6, 2007, at Berkeley, California.

_Martha Morales_
Martha Morales