# Minutes of the United States District Court
## Southern District of California

7-16-07

**HON.** GORDON THOMPSON JR.    **DEPUTY CLERK:** B.BORJA    **COURT REPORTER:** ISRAEL VAN BRAMER

12.

51-1247-SD

    USA vs FALLBROOK PUBLIC UTILITY

MOTION HEARING RE: PERMISSION TO SERVE

Attorneys Appearing:
Matthew Green      Susan Williams    Curtis Berkey
Gregory Burnett    Rory Wicks        James Meggesto

Motion Hearing Held

Court to prepare written order