**ORIGINAL**

07 JUL 18 AM 9:49

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIF...

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　Plaintiff-Intervenors<br><br>　　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　Defendants. | Cr. No. 1247-SD-C<br><br>**ORDER** |

On July 16, 2007, Plaintiff-Intervenors', the Ramona Band of Cahuilla and the Cahuilla Band of Indians ("the Bands"), Joint Motion for Order of Service and Notification of Tribal Water Rights Claims came on for hearing before the Court. The Court has fully considered this matter, including a review of the briefs filed, the authorities cited therein and the arguments presented. For the reasons stated below, the Joint Motion is **DENIED**.

Essentially, the Court does not agree that the Bands' proposed method of service is sufficient to satisfy due process. In fact, the Bands' proposed method of service leaves open the question of

CC: all parties

exactly who are the defendants in this case. Since this is the Bands' request for quantification of their water rights, it is their task to name the appropriate defendants and properly serve those defendants. Hence, the Court holds that the Bands' must serve any defendant that the Bands expect to be bound by the Court's judgment. The Bands may either personally serve the defendants or effect service under Federal Rule of Civil Procedure 4(d). Accordingly,

**IT IS ORDERED** that Plaintiff-Intervenors' Joint Motion for Order on Service and Notification of Tribal Water Rights Claims is **DENIED.**

**IT IS SO ORDERED.**

July 17, 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel