UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202

USDE999 X 802 N1C 1 4060 74 07/26/07
FORWARD TIME EXP RTN TO SEND
 U S DEPT OF JUSTICE ENVIRONMENT AND
1961 STOUT ST FL 8
DENVER CO 80294-1961

RETURN TO SENDER

FILED
AUG 22 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

07 JUL 18 AM 9:49

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIF...

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>Defendants. | Cr. No. 1247-SD-C<br><br><br><br><br><br><br>ORDER |

On July 16, 2007, Plaintiff-Intervenors', the Ramona Band of Cahuilla and the Cahuilla Band of Indians ("the Bands"), Joint Motion for Order of Service and Notification of Tribal Water Rights Claims came on for hearing before the Court. The Court has fully considered this matter, including a review of the briefs filed, the authorities cited therein and the arguments presented. For the reasons stated below, the Joint Motion is **DENIED**.

Essentially, the Court does not agree that the Bands' proposed method of service is sufficient to satisfy due process. In fact, the Bands' proposed method of service leaves open the question of

exactly who are the defendants in this case. Since this is the Bands' request for quantification of their water rights, it is their task to name the appropriate defendants and properly serve those defendants. Hence, the Court holds that the Bands' must serve any defendant that the Bands expect to be bound by the Court's judgment. The Bands may either personally serve the defendants or effect service under Federal Rule of Civil Procedure 4(d). Accordingly,

**IT IS ORDERED** that Plaintiff-Intervenors' Joint Motion for Order on Service and Notification of Tribal Water Rights Claims is **DENIED**.

**IT IS SO ORDERED.**

July 17, 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel