**ORIGINAL**

FILED

07 SEP 14 PM 12:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-SD-GT<br><br>**PLAINTIFF-INTERVENORS' JOINT MOTION TO EXTEND TIME FOR SERVICE**<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Case No.: 05cv1247

1 | Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 7.1(b), Plaintiff-Intervenor the Ramona Band of Cahuilla and Plaintiff-Intervenor Cahuilla Band of Indians hereby move for an order extending the time to execute service of the first amended complaints in intervention to and including February 22, 2008. This Motion is noticed for the hearing at the date and time set forth in the caption above. The Tribes submit that oral argument is not required on this Motion. This Motion is based on the accompanying Memorandum of Points and Authorities in Support of the Motion, the attached Declaration of Curtis G. Berkey and the Proposed Order that are filed with this Motion. An extension of time is required in order to allow Plaintiff-Intervenors and the United States as trustee for the Tribes sufficient time to identify and compile the list of parties to be served, and to carry out service pursuant to this Court's Order of July 17, 2007.

Respectfully submitted,

Dated: September 13, 2007

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: /s/ Curtis Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

COAST LAW GROUP LLP

By: /s/ Marco Gonzales by CB
Marco Gonzales
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorney for Plaintiff-Intervenor,
Cahuilla Band of Indians*

WILLIAMS & WORKS, P.A.

By: *Susan Williams, by CB*
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*

ORIGINAL

FILED

07 SEP 14 PM 12:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*
7
   Marco Gonzales (CA State Bar No. 190832)
8  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
9  Encinitas, CA 92024
   Tel: 760/942-8505
10 Fax: 760/942-8515

11 *Attorney for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
12
   Susan M. Williams (Pro Hac Vice)
13 Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
14 P.O. Box 1483
   Corrales, NM 87049
15 Tel: 505/899-7994
   Fax: 505/899-7972
16 E-mail: swilliams@williamsandworks.net

17 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
18
                   UNITED STATES DISTRICT COURT
19
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
20

21 UNITED STATES OF AMERICA,          ) CIVIL NO.: 51-1247-SD-GT
                                      )
22              Plaintiff,            )
                                      ) **DECLARATION OF SERVICE**
23 RAMONA BAND OF CAHUILLA, CAHUILLA  )
   BAND OF INDIANS, et al.,           )
24                                    )
            Plaintiff-Intervenors,    )
25                                    ) Hon. Gordon Thompson, Jr.
   v.                                 )
26                                    )
   FALLBROOK PUBLIC UTILITY DISTRICT, )
27 et al.,                            )
                                      )
28          Defendants.               )
                                      )
                                      )



Case No.: 05cv1247

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On September 13, 2007, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) **PLAINTIFF-INTERVENORS' JOINT MOTION TO EXTEND TIME FOR SERVICE**

2) **PLAINTIFF-INTERVENORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR SERVICE**

3) **DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME FOR SERVICE**

4) **[PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF PLAINTIFF-INTERVENORS' COMPLAINTS-IN-INTERVENTION**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Peter J. Mort
Rodney B. Lewis
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
P.O. Box 2500
Fallbrook, CA 92088-2500

Michael Lopez  
Metropolitan Water District  
Lake Skinner Section  
33740 Borel Road  
Winchester, CA 92596  

Jack S. Safely  
Western MWD  
P.O. Box 5286  
Riverside, CA 92517  

Temecula Ranchos  
c/o McMillan Farm Management  
29379 Rancho California Road, #201  
Temecula, CA 92591  

Robert H. James, Esq.  
SACHSE, JAMES & LOPARDO  
205 W. Alvarado St., Suite 1  
Fallbrook, CA 92028  

Richard & Christine McMillan  
Gary & Patricia McMillan  
McMillan Farm Management  
29379 Rancho California Road, Suite 201  
Temecula, CA 92362  

Darwin Potter  
Metropolitan Water District  
Lake Skinner Section  
33740 Borel Road  
Winchester, CA 92596  

John Rossi, General Manager  
Western MWD  
P.O. Box 5286  
Riverside, CA 92517  

Patrick Barry, Esq.  
Amy S. Tryon  
Environment and Natural Resources Division  
Indian Resources Section  
U.S. Department of Justice  
P.O. Box 44378  
Washington, D.C. 20026-4378  

Linda Garcia  
Riverside Co. Flood Control and Water Conservation District  
1995 Market Street  
Riverside, CA 92501  

Brian Brady, General Manager  
Rancho California WD  
P.O. Box 9017  
Temecula, CA 92589-9017  

General Manager  
Elsinore Valley MWD  
P.O. Box 3000  
Lake Elsinore, CA 92330  

Arthur L. Littleworth  
James B. Gilpin  
Matthew L. Green  
BEST BEST & KRIEGER LLP  
655 West Broadway, 15th Floor  
San Diego, CA 92101-3542  

Keith Lewinger, General Manager  
Fallbrook Public Utility District  
P.O. Box 2290  
Fallbrook, CA 92088  

Mike Luker  
Eastern MWD  
P.O. Box 8300  
Perris, CA 92572-8300  

Counsel Western Bases  
P.O. Box 555231  
Marine Corps Base - Bldg. 1254  
Camp Pendleton, CA 92055-5231  

Elena Mafla, Chairman  
AVMAC  
43205 Chapman Road  
Anza, CA 92539  

Jackie Spanley  
AVMAC  
P.O. Box 391076  
Anza, CA 92539  

Joseph Jackson, Asst. General Manager  
Fallbrook Public Utility District  
P.O. Box 2290  
Fallbrook, CA 92088  

Larry Minor  
P.O. Box 398  
San Jacinto, CA 92581  

Bob Lemons  
Rancho California Water District  
P.O. Box 9017  
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Fred Domenigoni
33011 Holland Road
Winchester, CA 92596

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Ron Glidden
Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Ms. Barbara Jaques
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536

Ms. Sharon Kirkconnell
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 601
Aguanga, CA 92536

Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS, PETERSEN &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Mr. Tom Gieling
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 642
Aguanga, CA 92536

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 13, 2007, at Berkeley, California.

_____
Martha Morales