ORIGINAL

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorney for Plaintiff-Intervenor
Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

FILED
07 SEP 14 PM 12:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-SD-GT<br><br>**PLAINTIFF-INTERVENORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR SERVICE**<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Case No.: 05cv1247

## Introduction

Plaintiff-Intervenor Ramona Band of Cahuilla and Plaintiff-Intervenor Cahuilla Band of Indians (Bands) request an extension of time to and including February 22, 2008, to serve the parties in this case. The Bands filed their complaints on January 22, 2007 pursuant to this Court's order granting intervention to each. The Ramona Band filed its First Amended Complaint on July 2, 2007, and the Cahuilla Band filed its First Amended Complaint on July 9, 2007. Because no complete list of parties existed for this case, and service could not be executed without further direction from this Court, the Bands asked this Court to enter an order establishing procedures for service of process. On July 17, 2007, this Court issued such an order, directing that the Bands serve "any defendant that the Bands expect to be bound by the Court's judgment" by either personal service or service under Federal Rule of Civil Procedure Rule 4(d). Order of July 17, 2007, at page 2. This Court further directed that the Bands have the responsibility to "name the appropriate defendants and properly serve those defendants." *Id.* Pursuant to Rule 4(d), the Bands intend to serve by regular United States mail copies of the complaints and requests for waiver of summons on selected groups of parties, which are likely to total thousands of individuals, corporations and other entities.

## Argument

Rule 4(m) of the Federal Rules of Civil Procedure requires the plaintiff to serve the defendants within 120 days of the filing of the complaint. The time begins to run from the filing of the complaint, and is not reset by the filing of an amended complaint. *Reeder v. Knapik*, Slip Copy, 2007 WL 1851642 (S.D. Cal. 2007). Here, the time for service began to run on January 22, 2007. This Court may extend the time for service for good cause even after the time for service has expired. *Mann v. American Airlines,* 324 F.3d 1088, 1090 (9th Cir. 2003). If good cause is established, the plaintiff is entitled to a mandatory extension of time. *Matasareanu v. Williams*, 183 F.R.D. 242, 246 (C.D. Cal. 1998). This Court's consideration of a request for an extension should be guided by the purpose of Rule 4(m), which is to assure that the defendants will be promptly notified of the lawsuit, thereby preventing possible prejudice resulting from delay. *Id.* at 247 (applying purpose to facts that do not establish good cause).

1     Good cause exists here. The Bands filed their Joint Motion for Order on Service and
2 Notification of Tribal Water Rights Claims on April 23, 2007, within the 120 day limit for executing
3 service. Because of the magnitude and complexity of this case, and the lack of an agreed-upon party
4 list, the Bands were justified in waiting for this Court's clarification of their service duties before
5 proceeding to serve their Complaints or First Amended Complaints.

6     The Bands have been diligent in notifying those parties that have been identified. As the
7 Band's service motion demonstrated, both the original Complaints and the First Amended
8 Complaints were served on all of the parties included on the Master Service List maintained by the
9 Water Master. Although that list does not include each party to this lawsuit, the Bands' service
10 ensured that the major stakeholders and water users in the Santa Margarita River Watershed were
11 notified of the Tribe's claims.

12     Under these circumstances, there can be no prejudice from granting the Tribe additional time
13 to identify other parties and compile a complete list of parties to the case. Additional time is
14 necessary to conduct the research and investigation, to compile a complete and accurate list of parties
15 following decades of land transfers and changes in ownership, to prepare copies of the First
16 Amended Complaints and requests for waiver of personal service, and to mail these documents to the
17 thousands of parties that will comprise the final party list. Declaration of Curtis G. Berkey. This too
18 constitutes good cause for a reasonable extension of time.

19     For those recipients of the complaints and the request for waiver of summons who refuse or
20 fail to return fully executed waivers, the Bands intend to ask this Court for additional time beyond
21 February 22, 2008 within which to obtains summonses from the clerk of the Court and to carry out
22 personal service of the summons as required by Rule 4(d). Because the number of persons and
23 entities that must be personally served cannot now be known, it is not possible to estimate how much
24 additional time may be needed for this purpose.

25     Respectfully submitted,

26 Dated: September 13, 2007     ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

28     By: _____

Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*


COAST LAW GROUP LLP


By: /s/ Marco Gonzales By CB
Marco Gonzales
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorney for Plaintiff-Intervenor,
Cahuilla Band of Indians*


WILLIAMS & WORKS, P.A.


By: /s/ Susan Williams By CB
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*