ORIGINAL ●

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*
7
   Marco Gonzales (CA State Bar No. 190832)
8  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
9  Encinitas, CA 92024
   Tel: 760/942-8505
10 Fax: 760/942-8515

11 *Attorney for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
12
   Susan M. Williams (Pro Hac Vice)
13 Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
14 P.O. Box 1483
   Corrales, NM 87049
15 Tel: 505/899-7994
   Fax: 505/899-7972
16 E-mail: swilliams@williamsandworks.net

17 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

18

## UNITED STATES DISTRICT COURT

19

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21 UNITED STATES OF AMERICA, | ) CIVIL NO.: 51-1247-SD-GT |
| 22                  Plaintiff, | ) **DECLARATION OF CURTIS G.** |
| | ) **BERKEY IN SUPPORT OF JOINT** |
| 23 RAMONA BAND OF CAHUILLA, CAHUILLA | ) **MOTION FOR EXTENSION OF** |
|    BAND OF INDIANS, et al., | ) **TIME FOR SERVICE** |
| 24                  Plaintiff-Intervenors, | ) |
| 25 v. | ) |
| 26 FALLBROOK PUBLIC UTILITY DISTRICT, | ) Hon. Gordon Thompson, Jr. |
|    et al., | ) |
| 27 | ) **ORAL ARGUMENT NOT** |
| 28                  Defendants. | ) **REQUIRED** |

1    I, Curtis G. Berkey, declare as follows:

2    1.    I am counsel of record for Plaintiff-Intervenor Ramona Band of Cahuilla (Ramona

3    Band) in the above-captioned case.  This declaration is based on my personal knowledge.

4    2.    The U.S. Department of Justice, as trustee for the Ramona Band and Plaintiff-

5    Intervenor Cahuilla Band of Indians (Cahuilla Band), has agreed to compile the list of the parties to

6    this case that the Tribes will serve pursuant to this Court's Order of July 17, 2007.  I am informed

7    that this process, which will require meticulous examination of real property records, is likely to take

8    at least 60 days once funding is secured for this purpose.

9    3.    Pursuant to Federal Rules of Civil Procedure Rule 4(d), the Ramona Band and

10   Cahuilla Band intend to serve by regular United States mail copies of the complaints-in-intervention

11   and requests for waiver of  service of summons on a large number of the water users and landowners

12   identified as parties in the Department of Justice's compilation.  Although the exact number of

13   persons and entities to be served cannot be known until the list of parties is completed, it is likely to

14   total thousands of individuals, organizations, corporations and other entities.  It is estimated that the

15   process of service by mail is likely to take at least 100 days.  Accordingly, the Bands believe they can

16   complete the service directed by this Court by approximately February 22, 2008.

17   4.    If the recipients of the complaints-in-intervention and the request for waiver of

18   summons fail to execute and return the waiver, the Bands intend to request additional time to carry

19   out personal service as required by Rule 4.  Because the number of persons and entities that must be

20   personally served cannot now be known, it is not possible at this time to estimate the length of the

21   extension required to complete personal service of the summons.

22   I declare under penalty of perjury that the foregoing is true and correct.

23   Date:  September 13, 2007          Respectfully submitted,

24

25   _Curtis Berkey_

     Curtis G. Berkey

26

27

28

1                                                          Case No.: 05cv1247