**Motions**
3:51-cv-01247-GT-RBB United States of America v. Fallbrook Public Utility District

# U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 9/14/2007 at 2:17 PM PDT and filed on 9/14/2007
**Case Name:**         United States of America v. Fallbrook Public Utility District
**Case Number:**       3:51-cv-1247
**Filer:**             Ramona Band of Cahuilla
**Document Number:** 4943

**Docket Text:**
Joint MOTION for Extension of Time for Service by Ramona Band of Cahuilla. (ksr)

**3:51-cv-1247 Notice has been electronically mailed to:**
Peter J Mort   pmort@akingump.com, jrok31@akingump.com
Curtis G Berkey   cberkey@abwwlaw.com

**3:51-cv-1247 Notice has been delivered by other means to:**

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street
Suite 1
Fallbrook, CA 92028-2025

Pechanga Band of Mission Indians

Ramona Band of Cahuilla

Michele A Staples
Law Offices of Susan M Trager
Columbia Landmark Building
2100 SE Main Street
Suite 104
Irvine, CA 92714

Susan M Williams
Williams & Works



047J82009144
$013.10
09/17/2007
Mailed From 921
US POSTAGE

CLERK, U.S. DISTRICT COURT
OFFICE OF THE CLERK
880 FRONT STREET ROOM 4290
SAN DIEGO, CALIFORNIA 92101

n M Trager
ilding

Sun.
Irvine,

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED