ORIGINAL

FILED

2007 OCT -3 PM 3: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____αιρ_____DEPUTY

1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
3   Berkeley, CA 94704
    Tel: 510/548-7070
4   Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
5   E-mail: swilliams@abwwlaw.com

6   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*
7
    Marco Gonzales (CA State Bar No. 190832)
8   COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
9   Encinitas, CA 92024
    Tel: 760/942-8505
10  Fax: 760/942-8515

11  *Attorney for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*
12
    Susan M. Williams (Pro Hac Vice)
13  Sarah S. Works (Pro Hac Vice)
    WILLIAMS & WORKS, P.A.
14  P.O. Box 1483
    Corrales, NM 87049
15  Tel: 505/899-7994
    Fax: 505/899-7972
16  E-mail: swilliams@williamsandworks.net

17  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*
18
                    UNITED STATES DISTRICT COURT
19
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
20
21  UNITED STATES OF AMERICA,          ) CIVIL NO.: 51-1247-SD-GT
                                       )
22              Plaintiff,             ) **[PROPOSED] ORDER EXTENDING**
                                       ) **TIME FOR SERVICE OF**
23  RAMONA BAND OF CAHUILLA, CAHUILLA  ) **PLAINTIFF-INTERVENORS'**
    BAND OF INDIANS, et al.,           ) **COMPLAINTS-IN-INTERVENTION**
24                                     )
                Plaintiff-Intervenors, )
25                                     )
    v.                                 )
26                                     )
    FALLBROOK PUBLIC UTILITY DISTRICT, ) Hon. Gordon Thompson, Jr.
27  et al.,                            )
                                       )
28              Defendants.            ) **ORAL ARGUMENT NOT**
                                       ) **REQUIRED**
                                       )
                                       )

                                       Case No.: 05cv1247

1       Upon consideration of Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of

2  Indians' Joint Motion for to Extend Time Limit for Service, the Memorandum of Points and

3  Authorities in Support of the Motion, the Declaration of Curtis G. Berkey, and any opposition

4  thereto, the Court hereby GRANTS the Motion and ORDERS that the time for Plaintiff-Intervenors

5  to execute service of the First Amended Complaints-in-Intervention pursuant to Rule 4(d) of the

6  Federal Rules of Civil Procedure shall be extended to and including February 22, 2008.

Date: _October 3, 2007_ **IT IS SO ORDERED**

UNITED STATES DISTRICT JUDGE

1

Case No.: 05cv1247