

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*<br><br>    Defendants. | Cv. No. 51-1247GT<br><br>**ORDER** |

On January 29, 2008, the Court held a status hearing re the Ramona Band of Cahuilla's and the Cahuilla Band's Joint Motion to Stay Proceedings. Based on the explanations presented at the hearing, the Court grants the Joint Motion to Stay Proceedings for an additional 60 days from the February 22, 2008 deadline. Additionally, the Court is setting a new status hearing date for April 7, 2008 at 2 p.m. Accordingly,

**IT IS ORDERED** that the Joint Motion for Stay is granted for an additional 60 days from the February 22, 2008 deadline.

**IT IS FURTHER ORDERED** that a status hearing will be held on April 7, 2008 at 2 p.m.

1-31-08
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel