Michael L. Tidus, Bar No. 89585
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
JACKSON, DeMARCO, TIDUS, PETERSEN & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Defendants Jean Domenigoni, Francis N. and Jean Domenigoni Trust, Cindy and Andy Domenigoni, and Jojoba Hills SKP Resort

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants. | CASE NO. 3:51-CV-01247-GT-RBB<br><br>**REQUEST FOR THE COURT TO UPDATE ATTORNEY INFORMATION**<br><br>The Honorable Gordon Thompson Jr. |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Intervenors. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Michele A. Staples, Attorney for Defendants, Jean Domenigoni, Francis N. and Jean Domenigoni Trust, Cindy and Andy Domenigoni and Jojoba Hills SKP Resort requests the Court to update the following information:

/ / /

/ / /

/ / /

☒ firm, ☒ address, ☒ phone ☒ fax numbers, and ☒e-mail addresses as follows.

Michael L. Tidus, Esq.
mtidus@jdtplaw.com
Michele A. Staples, Esq.
mstaples@jdtplaw.com
JACKSON, DeMARCO, TIDUS, PETERSEN
& PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

DATED: February 13, 2008

Respectfully submitted,

JACKSON, DeMARCO, TIDUS, PETERSEN & PECKENPAUGH

MICHAEL L. TIDUS
MICHELE A. STAPLES

By: /s/
Michele A. Staples
Attorneys for Defendants
Jean Domenigoni, Francis N. and
Jean Domenigoni Trust, Cindy and
Andy Domenigoni and Jojoba Hills SKP
Resort