JAMES B. GILPIN, Bar No. 151366
james.gilpin@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, Fifteenth Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118

Attorneys for Defendant
RANCHO CALIFORNIA WATER DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | Case No. 3:51-cv-1247-SD-GT<br>Judge: Hon. Gordon Thompson Jr.<br><br>DEFENDANT RANCHO CALIFORNIA<br>WATER DISTRICT'S NOTICE OF<br>APPEARANCE |

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Best Best & Krieger LLP hereby appears for and on behalf |
| 3 | of Rancho California Water District in connection with this matter. In addition to any filings with |
| 4 | the Court, we respectfully request that all parties serve the undersigned law firm with all notices |
| 5 | in this matter. |

Dated: February 19, 2008           BEST BEST & KRIEGER LLP


By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendant
RANCHO CALIFORNIA WATER
DISTRICT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, FIFTEENTH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\MGREEN\360912.1          1          RANCHO CALIFORNIA WATER DISTRICT'S
NOTICE OF APPEARANCE
3:51-cv-1247-SD-GT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of record will be served by facsimile transmission and/or first class mail this 19th day of February, 2008

/s/ Matthew L. Green

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\MGREEN\360938.1 — - 1 - — SUPP. DECLARATION OF SHAWN HAGERTY IN SUPPORT OF MOTION TO DISMISS
06 CV 1629 R LSP