THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
KAREN L. TACHIKI, General Counsel
PETER E. VON HAAM, Senior Deputy General Counsel
(SBN 165586)
CATHERINE M. STITES, Deputy General Counsel
(SBN 188534)
700 North Alameda Street
Los Angeles, California 90012-2944
Mailing address: P.O. Box 54153
Los Angeles, California 90054-0153
Phone: (213) 217-6533
Facsimile (213) 217-6890

Attorneys for Defendant THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

***Exempt from filing fee Pursuant to Government Code Section 6103***

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Civil Action No. 51-1247-SD-GT<br><br>NOTICE OF TEMPORARY SUSPENSION OF RELEASES |

TO ALL PARTIES OF RECORD, pursuant to requirements of state law, Defendant Metropolitan Water District of Southern California ("Metropolitan") hereby provides notice that it has temporarily suspended making releases of water to Tucolata Creek from Lake Skinner and Warm Springs Creek from the San Diego Canal near Diamond Valley Lake. The releases would have been made pursuant to the respective memoranda of agreement for the operation of these Metropolitan facilities, which are incorporated into the Judgment in the above-referenced action.

Suspension of deliveries commenced on December 8, 2007 to comply with recently enacted California law prohibiting release of the invasive (non-native) Dreissenid mussels,

including Quagga mussels, into waters of the state. Effective October 10, 2007, Assembly Bill 1683 added Section 2301(a)(1) to the California Fish and Game Code, which provides:

> Except as authorized by the department [of Fish and Game], a person shall not possess, import, ship, or transport in the state, or place, plant, or cause to be placed or planted in any water within the state, Dreissenid mussels.

A copy of the statute is attached hereto as Exhibit A. Quagga mussels have been identified in Lake Skinner, the San Diego Canal, and elsewhere within the State of California. For information on the spread of Quagga and Zebra mussels and state and local control efforts, please visit the web site of the California Department of Fish and Game, at: *http://www.dfg.ca.gov/invasives/quaggamussel/*.

To comply with the new state law, Metropolitan suspended raw water releases from Lake Skinner and the San Diego Canal to Tucolata and Warm Springs Creeks, respectively. Metropolitan is working in cooperation with the Department of Fish and Game to implement protective measures against the spread of the invasive species.

When the releases can be made in compliance with California law, Metropolitan will release the full amount of water required to comply with its obligations under the memoranda of agreement incorporated into the Judgment herein.

As directed by the Watermaster for this Judgment, Metropolitan shall take the following actions:

1. Post this notice in a public area and make copies available to the public for examination during normal working hours at the offices of:

Fallbrook Public Utility District
900 East Mission Road, Fallbrook, CA

Rancho California Water District
42135 Winchester Road, Temecula, CA

Metropolitan Water District of So. Calif.
Lake Skinner Reservoir Field Office
33740 Borel Road, Winchester, CA.

2. Publish this notice, once a week, for at least two weeks prior to April 1, 2008 in the Riverside Press Enterprise, North County Times (Fallbrook Edition), and The Californian (Temecula Edition).

3. Mail a copy of this notice to all parties identified on the attached Mailing Lists, which is being done simultaneously with filing of this notice.

4. Update the recipients of this notice of water releases, receipt of Department of Fish and Game's approval of releases, or on September 1, 2008, whichever occurs first.

DATED: March 6, 2008

KAREN L. TACHIKI, General Counsel
PETER E. VON HAAM, Senior Deputy General Counsel
CATHERINE M. STITES, Deputy General Counsel

S/Catherine M. Stites, Deputy General Counsel
CATHERINE M. STITES
Attorneys for Defendant THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA
E-mail: cstites@mwdh2o.com

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 700 North Alameda Street, Los Angeles, California 90012.

On March 6, 2008, I served the foregoing document described as: NOTICE OF TEMPORARY SUSPENSION OF RELEASES on the interested parties in this action by placing ☒ true copies ☐ the original thereof, enclosed in a sealed envelope(s) addressed as follows:

SEE ATTACHED SERVICE LIST

☒ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐ (PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

☐ (FEDERAL EXPRESS) I caused said envelope(s) to be sent by Federal Express to the address(s) marked with a +++.

☐ (FACSIMILE) In addition to the above service by mail, personal service or Federal Express, I caused said document(s) to be transmitted by facsimile approximately _____ a.m./p.m. to the address(s) marked with a ^^^.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence was deposited with the United States Postal Service this same day in the ordinary course of business.

Executed March 6, 2008, at Los Angeles, California.

Teresa J. Maropoulos

# EXHIBIT A

**Assembly Bill No. 1683**

CHAPTER 419

An act to amend Section 103 of, to amend the heading of Chapter 3.5 (commencing with Section 2300) of Division 3 of, and to add and repeal Section 2301 of, the Fish and Game Code, relating to fish and game, and declaring the urgency thereof, to take effect immediately.

[Approved by Governor October 10, 2007. Filed with Secretary of State October 10, 2007.]

LEGISLATIVE COUNSEL'S DIGEST

AB 1683, Wolk. Fish and game: dreissenid mussels.

(1) Existing law provides for the compensation of members of the Fish and Game Commission, including their actual and necessary expenses. Existing law requires the commission, on or before July 1, 2000, to submit certain recommendations to the Legislature relating to the commission.

This bill would delete that obsolete recommendation requirement.

(2) Existing law generally prohibits the sale, possession, importation, transportation, transfer, live release, or giving away without consideration, of the saltwater algae of the Caulerpa species, and subjects any person who violates that prohibition to a civil penalty of not less than $500 and not more than $10,000 for each violation.

This bill, except as otherwise authorized by the Department of Fish and Game, would prohibit a person from possessing, importing, shipping, or transporting in the state, or from placing, planting, or causing to be placed or planted in any water within the state, dreissenid mussels. The bill would authorize the Director of Fish and Game or his or her designee to conduct inspections of specified conveyances that may carry or contain adult or larval dreissenid mussels; order that areas in a conveyance that contain water be drained, dried, or decontaminated pursuant to procedures approved by the department; impound or quarantine conveyances for up to 5 days or the period of time necessary to ensure that the dreissenid mussels can no longer live on or in the conveyance; and conduct inspections of waters of the state and facilities located within waters of the state, that may contain dreissenid mussels and, if those mussels are detected or may be present, order the closure of the waters or facilities to conveyances or otherwise restrict access to the waters or facilities, with the concurrence of the Secretary of the Resources Agency. The bill would require the director or his or her designee to take specified action with respect to conveyances removed from, or introduced to, those waters and facilities. The director could authorize other state agencies to exercise this authority upon a prescribed written determination by the director. The bill would exempt a public or private agency that operates a water supply system from those enforcement activities,

if the operator of the facilities has prepared and implemented a prescribed plan to control or eradicate dreissenid mussels. The bill would require that the discovery of dressenid mussels be immediately reported to the department. A person who violates or resists, delays, obstructs, or interferes with the implementation of these provisions would be subject to a penalty, in an amount not to exceed $1,000, that is imposed administratively by the department. The department would be authorized to adopt regulations to carry out these provisions. Because, under existing law, a violation of these provisions would be a crime, the bill would impose a state-mandated local program. These provisions would be repealed on January 1, 2012.

(3) The California Constitution requires the state to reimburse local agencies and school districts for certain costs mandated by the state. Statutory provisions establish procedures for making that reimbursement.

This bill would provide that no reimbursement is required by this act for a specified reason.

(4) This bill would declare that it is to take effect immediately as an urgency statute.

*The people of the State of California do enact as follows:*

SECTION 1. The Legislature finds and declares all of the following:

(a) Mussels of the genus Dreissena (dreissenid mussels) are a harmful, highly invasive species, and not native to California.

(b) Dreissenid mussels, which include both zebra and quagga mussels, were first discovered in the United States in the Great Lakes in or around 1988. This infestation has caused billions of dollars in costs to public agencies and private industry. Dreissenid mussels have been detected in Lake Mead on the Arizona-Nevada border and in Lake Havasu in California.

(c) Dreissenid mussels can readily move from place to place as free-swimming larvae and adults, and reproduce rapidly and in large numbers. Dreissenid mussels can severely hinder the delivery of water due to the mussels' capacity to clog or foul pipes, pumps, and other water intake structures, water delivery systems, powerplant intakes, cooling systems, and fish screens. Dreissenid mussels damage the hulls, propellers, and motors of boats and other watercraft.

(d) Dreissenid mussels alter the natural food web of aquatic ecosystems. By filtering planktonic algae and other nutrients that are the primary base of the food chain from the water, dreissenid mussels can cause the decline or extirpation of native species, and otherwise disrupt the ecological balance of infested water bodies.

(e) Dreissenid mussels' sharp-edged shells along swimming beaches can be a hazard to unprotected feet.

(f) In order to protect and preserve the health and safety of the people of the State of California, its economy, and its fish and wildlife resources, it is the intent of the Legislature to establish an effective program to prevent additional dreissenid mussels from entering the state, to prevent dreissenid

mussels from being introduced into any water in California where they currently do not exist, and to detect and destroy dreissenid mussels anywhere in the state. For this purpose, there has been developed a Quagga Mussel Incident Strategic Plan.

SEC. 2. Section 103 of the Fish and Game Code is amended to read:

103. (a) Each of the commissioners shall receive one hundred dollars ($100) for each day of actual service performed in carrying out his or her official duties pursuant to law, but the amount of this compensation shall not exceed for any one commissioner the sum of five hundred dollars ($500) for any one calendar month. In addition to this compensation, the commissioners shall receive their actual and necessary expenses incurred in the performance of their duties.

(b) The compensation and expenses provided in this section shall be paid out of the Fish and Game Preservation Fund.

SEC. 3. The heading of Chapter 3.5 (commencing with Section 2300) of Division 3 of the Fish and Game Code is amended to read:

CHAPTER 3.5. AQUATIC INVASIVE SPECIES

SEC. 4. Section 2301 is added to the Fish and Game Code, to read:

2301. (a) (1) Except as authorized by the department, a person shall not possess, import, ship, or transport in the state, or place, plant, or cause to be placed or planted in any water within the state, dreissenid mussels.

(2) The director or his or her designee may do all of the following:

(A) Conduct inspections of conveyances, which include vehicles, boats and other watercraft, containers, and trailers, that may carry or contain adult or larval dreissenid mussels. Included as part of this authority to conduct inspections is the authority to temporarily stop conveyances that may carry or contain adult or larval dreissenid mussels on any roadway or waterway in order to conduct inspections.

(B) Order that areas in a conveyance that contain water be drained, dried, or decontaminated pursuant to procedures approved by the department.

(C) Impound or quarantine conveyances in locations designated by the department for up to five days or the period of time necessary to ensure that dreissenid mussels can no longer live on or in the conveyance.

(D) (i) Conduct inspections of waters of the state and facilities located within waters of the state that may contain dreissenid mussels. If dreissenid mussels are detected or may be present, the director or his or her designee may order the affected waters or facilities closed to conveyances or otherwise restrict access to the affected waters or facilities, and shall order that conveyances removed from, or introduced to, the affected waters or facilities be inspected, quarantined, or disinfected in a manner and for a duration necessary to detect and prevent the spread of dreissenid mussels within the state.

(ii) For the purpose of implementing clause (i), the director or his or her designee shall order the closure or quarantine of, or restrict access to, these

waters, areas, or facilities in a manner and duration necessary to detect and prevent the spread of dreissenid mussels within the state. No closure, quarantine, or restriction shall be authorized by the director or his or her designee without the concurrence of the Secretary of the Resources Agency. If a closure lasts longer than seven days, the department shall update the operator of the affected facility every 10 days on efforts to address the dreissenid infestation. The department shall provide these updates in writing and also post these updates on the department's Internet Web site in an easily accessible manner.

(iii) The department shall develop procedures to ensure proper notification of affected local and federal agencies, and, as appropriate, the Department of Boating and Waterways, the Department of Water Resources, the Department of Parks and Recreation, and the State Lands Commission in the event of a decision to close, quarantine, or restrict a facility pursuant to this paragraph. These procedures shall include the reasons for the closure, quarantine, or restriction, and methods for providing updated information to those affected. These procedures shall also include protocols for the posting of the notifications on the department's Internet Web site required by clause (ii).

(iv) When deciding the scope, duration, level, and type of restrictions, and specific location of a closure or quarantine, the director shall consult with the agency, entity, owner, or operator with jurisdiction, control, or management responsibility over the marina, boat launch facility, or other facility, in order to focus the closure or quarantine to specific areas and facilities so as to avoid or minimize disruption of economic or recreational activity in the vicinity.

(b) (1) Upon a determination by the director that it would further the purposes of this section, other state agencies, including, but not limited to, the Department of Parks and Recreation, the Department of Water Resources, the Department of Food and Agriculture, and the State Lands Commission, may exercise the authority granted to the department in subdivision (a).

(2) A determination made pursuant to paragraph (1) shall be in writing and shall remain in effect until withdrawn, in writing, by the director.

(c) (1) Except as provided in paragraph (2), Division 13 (commencing with Section 21000) of the Public Resources Code does not apply to the implementation of this section.

(2) An action undertaken pursuant to subparagraph (B) of paragraph (2) of subdivision (a) involving the use of chemicals other than salt or hot water to decontaminate a conveyance or a facility is subject to Division 13 (commencing with Section 21000) of the Public Resources Code.

(d) (1) A public or private agency that operates a water supply system shall cooperate with the department to implement measures to avoid infestation by dreissenid mussels and to control or eradicate any infestation that may occur in a water supply system. If dreissenid mussels are detected, the operator of the water supply system, in cooperation with the department, shall prepare and implement a plan to control or eradicate dreissenid mussels

within the system. The approved plan shall contain the following minimum elements:

(A) Methods for delineation of infestation, including both adult mussels and veligers.

(B) Methods for control or eradication of adult mussels and decontamination of water containing larval mussels.

(C) A systematic monitoring program to determine any changes in conditions.

(D) The requirement that the operator of the water supply system cooperate with the department to update or revise control or eradication measures in the approved plan to address scientific advances in the methods of controlling or eradicating mussels and veligers.

(2) Paragraph (2) of subdivision (a) does not apply to the operation of water delivery and storage facilities for the purposes of providing water supply if the operator of the facilities has prepared and implemented a plan to control or eradicate dreissenid mussels in accordance with paragraph (1). The department may require the operator of a facility to update its plan, and if the plan is not updated or revised as described in subparagraph (D) of paragraph (1), the department may engage in the actions described in paragraph (2) of subdivision (a).

(e) Any entity that discovers dreissenid mussels within this state shall immediately report the discovery to the department.

(f) (1) In addition to any other penalty provided by law, any person who violates this section, any verbal or written order or regulation adopted pursuant to this section, or who resists, delays, obstructs, or interferes with the implementation of this section, is subject to a penalty, in an amount not to exceed one thousand dollars ($1,000), that is imposed administratively by the department.

(2) A penalty shall not be imposed pursuant to paragraph (1) unless the department has adopted regulations specifying the amount of the penalty and the procedure for imposing and appealing the penalty.

(g) The department may adopt regulations to carry out this section.

(h) This section shall remain in effect only until January 1, 2012, and as of that date is repealed, unless a later enacted statute, that is enacted before January 1, 2012, deletes or extends that date.

SEC. 5. No reimbursement is required by this act pursuant to Section 6 of Article XIII B of the California Constitution because the only costs that may be incurred by a local agency or school district will be incurred because this act creates a new crime or infraction, eliminates a crime or infraction, or changes the penalty for a crime or infraction, within the meaning of Section 17556 of the Government Code, or changes the definition of a crime within the meaning of Section 6 of Article XIII B of the California Constitution.

SEC. 6. This act is an urgency statute necessary for the immediate preservation of the public peace, health, or safety within the meaning of Article IV of the Constitution and shall go into immediate effect. The facts constituting the necessity are:

In order to minimize the adverse impacts caused by dreissenid mussels, including impacts on water service deliveries, watercraft, recreational swimmers, and aquatic ecosystems, as soon as possible, it is necessary that this act take effect immediately.

O

**SERVICE LIST**

(Court Approved)
Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Nobuo Kamata
C/O Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Jill Willis, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Director
Riverside Co. Planning
4080 Lemon St., 9th Floor
Riverside, CA 92502

C. Michael Cowett, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Jackie Spanley
AVMAC
P.O. Box 391312
Anza, CA 92539

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Temecula Ranchos
C/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Patrick Barry, Esq.
Justice Dept. Environment & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378

SDSU Field Station Programs
Attn: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Joseph Jackson, Assistant General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Donald R. Pongrace, Esq.
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028

Counsel Western Bases
P.O. Box 555231
Marine Corps Base – Bldg. 1254
Camp Pendleton, CA 92055-5231

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Asst. Chief of Staff, Facilities
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Linda Garcia
Riverside Co. Flood Control
And Water Conservation District
1995 Market Street
Riverside, CA 92501

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Peter J. Mort, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Jack Griffiths, Board Member
Rainbow Municipal Water District
6412 Lago Grande Drive
Bonsall, CA 92003

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

John O'Donnell
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Craig Elitharp
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Tom Crouch
Water Resource Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Steven Evanko
Office of Water Resources
Asst. Chief of Staff, Facilities
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Daniel M. Lizzul, Director
Office of Water Resources
Assistant Chief of Staff, Facilities
Marine Corps Base Box 555013
Camp Pendleton, CA 92055-5013

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

David Glazer, Esq.
US DOJ Env. & Nat Res. Dept.
Natural Resources Section
301 Howard Street, Ste. 1050
San Francisco, CA 94105

Pamela Williams, Solicitor Office
U.S. Dept. of Interior
Division of Indian Affairs
1849 C. Street NW, Room 6456
Washington, DC 20240

James J. Fletcher
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Mr. Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla
39440 Cary Road
Anza, CA 92539

Mr. Manual Hamilton
Ramona Band of Cahuilla
P.O. Box 391372
Anza, CA 92539

Scott Williams, Esq.
Alexander, Berkey, Williams and Weathers
Counsel for Ramona Band of Cahuilla
2030 Addison Street, Suite 410
Berkley, CA 94704

Curtis Berkey, Esq.
Alexander, Berkey, Williams and Weathers
Counsel for Ramona Band of Cahuilla
2030 Addison Street, Suite 410
Berkley, CA 94704

Francis and Jean Domenigoni
Francis N. and Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

Elsa Barton
217 No. Palm
Hemet, CA 92543

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Michelle Staples, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Mark Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Steve Larson
S.S. Papadopulos & Associates
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Louidar
P.O. Box 891510
Temecula, CA 92591

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Susan M. Williams, Esq.
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87048

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

(Homeowners)

957 040 002
Norway & France LLC
1414 Kona Kai Ln
Escondido, CA 92029

957 040 003
Riverside County Flood Control & Water
1995 Market St.
Riverside, CA 92501

957 040 005
Donald James & Ernie Rose
28956 New Harmony Ct.
Menifee, CA 92584

957 330 025
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 330-029
Riverside County Flood Control & Water
1995 Market St.
Riverside, CA 92501

957 330 030
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 330 031
Riverside County Flood Control & Water
1995 Market St.
Riverside, CA 92501

957 330 033
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 330 034
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 350 012
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 350 016
Rancho Temecula New Covenant Fello
11988 El Camino Real #200
San Diego, CA 92130

957 350 018
Rancho Temecula New Covenant Fello
38801 Calistoga Dr.
Murrieta, CA 92563

957 371 001
Pointe Murrieta Partners
2552 Walnut Ave., #150
Tustin, CA 92780

957 371 005
Commons Silverhawk
3151 Airway Ave., #T1
Costa Mesa, CA 92626

957 371 006
Commons Silverhawk
3151 Airway Ave #T1
Costa Mesa, CA 92626

964 050 019
Jessie Avila & Leticia Avila
13108 Gelding Ct.
Corona, CA 92883

964 050 021
Carvi Auto Body & Paint, Inc.
18266 Santa Carlotta St.
Fountain Valley, CA 92708

964 050 029
Roger Cuevas & Cecilia Cuevas
1849 Ayers Way
Burbank, CA 91501

964 050 035
Patricia Miller
16502 Nectarine Way
Lake Elsinore, CA 92530

964 080 002
Alexander Borel
37760 Borel Rd
Murrieta, CA 92563

964 080 007
Centex Homes
1265 Corona Pointe Ct
Corona, CA 92879

964 110 001
Robert Carter & Jane Carter
P.O. Box 947
Temecula, CA 92593

964 110 006
Anthony Tessier
32295 Buena Ventura Road
Winchester, CA 92596

964 030 010
MWD
P.O. Box 54153
Los Angeles, CA 90054

964 050 020
Craig Cawley
32624 Mazoe St.
Winchester, CA 92596

964 050 022
MWD
P.O. Box 54153
Los Angeles, CA 90054

964 050 030
Samuel Desantiago
6371 Frank Ave
Mira Loma, CA 91752

964 050 036
Raymond Ferguson & Cammie Braga
29184 Old Wranger Rd
Canyon Lake, CA 92587

964 080 003
Alexander Ray Borel & Aeonard Roy B
37615 Leon Rd
Murrieta, CA 92563

964 080 012
Rancho Bella Vista
1 Better World Cr #300
Temecula, CA 92590

964 110 003
David Ray Hopkins & Cherlyn Ann Ho
37523 Mary Francis Rd
Winchester, CA 92596

964 110 023
Francisco Cornejo
P.O. Box 890395
Temecula, CA 92589

964 110 024
Alfonso Munoz & Manuela Munoz
37600 Pourroy Rd
Winchester, CA 92596

Peter Van Loon
33625 Holland Rd.
Winchester, CA 92596

Greg Norris
32585 Beeler
Winchester, CA 92596

Stanley Pederson
32785 Pine Park Rd.
Winchester, CA 92596

Mike and Gay Smith
31260 Scott Rd.
Winchester, CA 92596

Sidney Fields
26629 Sun City Blvd.
Sun City, CA 92586

Andy Domenigoni
33011 Holland Rd
Winchester, CA 92596

West Coast Turf Farm
(Andy Domenigoni)
31755 Winchester
Winchester, CA 92596

Vance E. Harris
31690 Scott Rd.
Winchester, CA 92596

David Richardson
31530 Scott Rd.
Winchester, CA 92596

Bret Eubank
31235 Loretta Rd.
Winchester, CA 92596

Juana Barajas
18550 VanBuren Blvd.
Winchester, CA 92596