Attorney for Defendant THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br><br> Defendants. | Case No. 51-1247-SD-GT <br><br> NOTICE OF CHANGE OF ADDRESS |

### NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT CATHERINE M. STITES, SBN 188534 has changed ____ names, ✓ firms, ✓ addresses, ✓ phone numbers, and/or ✓ fax numbers as follows.

Current contact information:

THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA
700 North Alameda Street
Los Angeles, CA 90012-2944
Phone: (213) 217-6533
Facsimile: (213) 217-6890

DATED: March 14, 2008         Signature: _[signature]_