Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** |
| | ) **REQUEST FOR WAIVER OF** |
| | ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

TO:    BARTOLOME ABUAN

### Why are you getting this?

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15
                                                *Attorneys for Plaintiff-Intervenor,*
16                                              *Ramona Band of Cahuilla*

17

18                                           WILLIAMS & WORKS, P.A.

19

20                                           By: s/Susan M. Williams
                                                Susan M. Williams (Pro Hac Vice)
21                                              Sarah S. Works (Pro Hac Vice)
                                                P.O. Box 1483
22                                              Corrales, NM 87049
                                                Tel: 505/899-7994
23                                              Fax: 505/899-7972
                                                E-mail: swilliams@williamsandworks.net
24
                                                *Attorneys for Plaintiff-Intervenor,*
25                                              *Cahuilla Band of Indians*

26

27

28

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    PEDRO ACEVEDO

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized

Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of

water for their present and future needs on their reservations.  The claims have been filed in the

case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                       By: s/Curtis Berkey
11                                          Curtis G. Berkey
                                            Scott W. Williams
12                                          2030 Addison Street, Suite 410
                                            Berkeley, California 94704
13                                          Tel: 510/548-7070
                                            Fax: 510/548-7080
14                                          E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com
15
                                            *Attorneys for Plaintiff-Intervenor,*
16                                          *Ramona Band of Cahuilla*

17
                                       WILLIAMS & WORKS, P.A.
18

19
                                       By: s/Susan M. Williams
20                                          Susan M. Williams (Pro Hac Vice)
                                            Sarah S. Works (Pro Hac Vice)
21                                          P.O. Box 1483
                                            Corrales, NM 87049
22                                          Tel: 505/899-7994
                                            Fax: 505/899-7972
23                                          E-mail: swilliams@williamsandworks.net

24                                          *Attorneys for Plaintiff-Intervenor,*
                                            *Cahuilla Band of Indians*
25

26

27

28

                                       3                    Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   ADOLFO M. ACOSTA & JANICE J. ACOSTA

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning

13  the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45

14  days from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to

15  receive the signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for

16  your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not

17  necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also

18  enclosed for your records.  If you own your property with another person or entity, signatures of

19  both are required.

20        You may be assessed the expenses of service of the summons if you fail to return the signed

21  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

22  carefully the statement concerning the duty of parties to waive service of the summons, which is

23  set forth on the bottom of the waiver form.

24        **What happens next?**

25        If you return the signed waiver, we will file it with the court.  This lawsuit will then

26  proceed as if you had been served on the date the waiver is filed, but no summons will be served

27  on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                      WEATHERS LLP
9

10
                                    By: s/Curtis Berkey
11                                      Curtis G. Berkey
                                        Scott W. Williams
12                                      2030 Addison Street, Suite 410
                                        Berkeley, California 94704
13                                      Tel: 510/548-7070
                                        Fax: 510/548-7080
14                                      E-mail: cberkey@abwwlaw.com
                                        E-mail: swilliams@abwwlaw.com
15
                                        *Attorneys for Plaintiff-Intervenor,*
16                                      *Ramona Band of Cahuilla*

17
                                    WILLIAMS & WORKS, P.A.
18

19
                                    By: s/Susan M. Williams
20                                      Susan M. Williams (Pro Hac Vice)
                                        Sarah S. Works (Pro Hac Vice)
21                                      P.O. Box 1483
                                        Corrales, NM 87049
22                                      Tel: 505/899-7994
                                        Fax: 505/899-7972
23                                      E-mail: swilliams@williamsandworks.net

24                                      *Attorneys for Plaintiff-Intervenor,*
                                        *Cahuilla Band of Indians*
25

26

27

28

                              3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                    P.O. Box 1483
3   2030 Addison Street, Suite 410                    Corrales, NM 87049
    Berkeley, CA 94704                                Tel: 505/899-7994
4   Tel: 510/548-7070                                 Fax: 505/899-7972
    Fax: 510/548-7080                                 E-mail:
5   E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
                                                      *Cahuilla Band of Indians*
7   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13                        UNITED STATES DISTRICT COURT
14
                      FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  UNITED STATES OF AMERICA,                 )  CIVIL NO.: 1247-SD-C
                                              )
17                     Plaintiff,             )
                                              )
18  RAMONA BAND OF CAHUILLA, CAHUILLA         )  **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                          )  **REQUEST FOR WAIVER OF**
19                                            )  **SERVICE OF SUMMONS**
                       Plaintiff-Intervenors, )
20  v.                                        )
                                              )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,)
                                              )
22                     Defendants.            )

23  To:     ANGELA ACOSTA

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized

26  Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of

27  water for their present and future needs on their reservations.  The claims have been filed in the

28  case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                        Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

2                                                    Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP
9

10

11                                       By: s/Curtis Berkey
                                             Curtis G. Berkey
12                                           Scott W. Williams
                                             2030 Addison Street, Suite 410
13                                           Berkeley, California 94704
                                             Tel: 510/548-7070
14                                           Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
15                                           E-mail: swilliams@abwwlaw.com

16                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*
17

18                                       WILLIAMS & WORKS, P.A.

19

20                                       By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
21                                           Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
22                                           Corrales, NM 87049
                                             Tel: 505/899-7994
23                                           Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net
24
                                             *Attorneys for Plaintiff-Intervenor,*
25                                           *Cahuilla Band of Indians*

26

27

28

                                      3                   Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)         Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                      P.O. Box 1483
3   2030 Addison Street, Suite 410                      Corrales, NM 87049
    Berkeley, CA 94704                                  Tel: 505/899-7994
4   Tel: 510/548-7070                                   Fax: 505/899-7972
    Fax: 510/548-7080                                   E-mail:
5   E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13
14              UNITED STATES DISTRICT COURT
15           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17              Plaintiff,                 )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,     )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22              Defendants.                )

23  To:   ACUNA FAMILY INTERVIVOS TRUST

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized

26  Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of

27  water for their present and future needs on their reservations.  The claims have been filed in the

28  case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning

13 the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45

14 days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to

15 receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for

16 your use in returning the waiver form. Please use this envelope in sending it to us. It is not

17 necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also

18 enclosed for your records. If you own your property with another person or entity, signatures of

19 both are required.

20      You may be assessed the expenses of service of the summons if you fail to return the signed

21 waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

22 carefully the statement concerning the duty of parties to waive service of the summons, which is

23 set forth on the bottom of the waiver form.

24      **What happens next?**

25      If you return the signed waiver, we will file it with the court. This lawsuit will then

26 proceed as if you had been served on the date the waiver is filed, but no summons will be served

27 on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

28

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

single response to both or a separate response to each.

    If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

summons and complaint served on you.  And we may ask the court to require you or the entity

you represent, to pay the expenses of making service.

    We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
                                             2030 Addison Street, Suite 410
                                             Berkeley, California 94704
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
                                             Corrales, NM 87049
                                             Tel: 505/899-7994
                                             Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*

Case No.: 05cv1247



1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS LLP
3   2030 Addison Street, Suite 410
    Berkeley, CA 94704
4   Tel: 510/548-7070
    Fax: 510/548-7080
5   E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
6
7   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*
8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13               UNITED STATES DISTRICT COURT

14           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15                                    ) CIVIL NO.: 1247-SD-C
16  UNITED STATES OF AMERICA,         )
                                      )
17              Plaintiff,            )
                                      ) **NOTICE OF LAWSUIT AND**
18  RAMONA BAND OF CAHUILLA, CAHUILLA ) **REQUEST FOR WAIVER OF**
    BAND OF INDIANS,                  ) **SERVICE OF SUMMONS**
19                                    )
            Plaintiff-Intervenors,    )
20                                    )
    v.                                )
21                                    )
    FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
22            Defendants.             )

23  To:    BENJAMIN ACUNA

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized

26  Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of

27  water for their present and future needs on their reservations.  The claims have been filed in the

28  case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning

13  the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45

14  days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to

15  receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for

16  your use in returning the waiver form. Please use this envelope in sending it to us. It is not

17  necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also

18  enclosed for your records. If you own your property with another person or entity, signatures of

19  both are required.

20      You may be assessed the expenses of service of the summons if you fail to return the signed

21  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

22  carefully the statement concerning the duty of parties to waive service of the summons, which is

23  set forth on the bottom of the waiver form.

24  **What happens next?**

25      If you return the signed waiver, we will file it with the court. This lawsuit will then

26  proceed as if you had been served on the date the waiver is filed, but no summons will be served

27  on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

28

2

Case No.: 05cv1247

the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you. And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

WILLIAMS & WORKS, P.A.

By: s/Susan M. Williams
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Case No.: 05cv1247

3

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13                 UNITED STATES DISTRICT COURT

14            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15                                        )  CIVIL NO.: 1247-SD-C
16  UNITED STATES OF AMERICA,             )
                                          )
17              Plaintiff,                )
                                          )
18  RAMONA BAND OF CAHUILLA, CAHUILLA     )  **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                      )  **REQUEST FOR WAIVER OF**
19                                        )  **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,      )
20                                        )
    v.                                    )
21                                        )
    FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
22                                        )
              Defendants.                 )

23  To:   RICHARD C. ADAMS, JR.

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized

26  Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of

27  water for their present and future needs on their reservations.  The claims have been filed in the

28  case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                        Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning

13  the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45

14  days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to

15  receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for

16  your use in returning the waiver form. Please use this envelope in sending it to us. It is not

17  necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also

18  enclosed for your records. If you own your property with another person or entity, signatures of

19  both are required.

20          You may be assessed the expenses of service of the summons if you fail to return the signed

21  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

22  carefully the statement concerning the duty of parties to waive service of the summons, which is

23  set forth on the bottom of the waiver form.

24  **What happens next?**

25          If you return the signed waiver, we will file it with the court. This lawsuit will then

26  proceed as if you had been served on the date the waiver is filed, but no summons will be served

27  on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

28

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

WILLIAMS & WORKS, P.A.

By: s/Susan M. Williams
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   CHARLES ADAMS

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

   The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

   This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

   You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

   If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to the

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008                     ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP


                                          By: s/Curtis Berkey
                                              Curtis G. Berkey
                                              Scott W. Williams
                                              2030 Addison Street, Suite 410
                                              Berkeley, California 94704
                                              Tel: 510/548-7070
                                              Fax: 510/548-7080
                                              E-mail: cberkey@abwwlaw.com
                                              E-mail: swilliams@abwwlaw.com

                                              *Attorneys for Plaintiff-Intervenor,*
                                              *Ramona Band of Cahuilla*


                                          WILLIAMS & WORKS, P.A.


                                          By: s/Susan M. Williams
                                              Susan M. Williams (Pro Hac Vice)
                                              Sarah S. Works (Pro Hac Vice)
                                              P.O. Box 1483
                                              Corrales, NM 87049
                                              Tel: 505/899-7994
                                              Fax: 505/899-7972
                                              E-mail: swilliams@williamsandworks.net

                                              *Attorneys for Plaintiff-Intervenor,*
                                              *Cahuilla Band of Indians*

3                                                                     Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)        Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                      P.O. Box 1483
3   2030 Addison Street, Suite 410                      Corrales, NM 87049
    Berkeley, CA 94704                                  Tel: 505/899-7994
4   Tel: 510/548-7070                                   Fax: 505/899-7972
    Fax: 510/548-7080                                   E-mail:
5   E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13
                    UNITED STATES DISTRICT COURT
14
                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  UNITED STATES OF AMERICA,                  )  CIVIL NO.: 1247-SD-C
                                               )
17                     Plaintiff,              )
                                               )
18  RAMONA BAND OF CAHUILLA, CAHUILLA          )  **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                           )  **REQUEST FOR WAIVER OF**
19                                             )  **SERVICE OF SUMMONS**
                   Plaintiff-Intervenors,      )
20  v.                                         )
                                               )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                               )
22                     Defendants.             )

23  To:    LEROY ADDISON
24         **Why are you getting this?**
25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian
26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for
27  their present and future needs on their reservations. The claims have been filed in the case known
28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                      Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27   complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28   response to both or a separate response to each.

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10                                           By: s/Curtis Berkey
                                                  Curtis G. Berkey
11                                                Scott W. Williams
                                                  2030 Addison Street, Suite 410
12                                                Berkeley, California 94704
                                                  Tel: 510/548-7070
13                                                Fax: 510/548-7080
                                                  E-mail: cberkey@abwwlaw.com
14                                                E-mail: swilliams@abwwlaw.com

15                                                *Attorneys for Plaintiff-Intervenor,*
                                                  *Ramona Band of Cahuilla*
16

17                                           WILLIAMS & WORKS, P.A.

18

19                                           By: s/Susan M. Williams
                                                  Susan M. Williams (Pro Hac Vice)
20                                                Sarah S. Works (Pro Hac Vice)
                                                  P.O. Box 1483
21                                                Corrales, NM 87049
                                                  Tel: 505/899-7994
22                                                Fax: 505/899-7972
                                                  E-mail: swilliams@williamsandworks.net
23
                                                  *Attorneys for Plaintiff-Intervenor,*
24                                                *Cahuilla Band of Indians*

25

26

27

28

                                    3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   ADOBE LAND CO. II

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23      **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
12                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410
13                                               Berkeley, California 94704
                                                 Tel: 510/548-7070
14                                               Fax: 510/548-7080
                                                 E-mail: cberkey@abwwlaw.com
15                                               E-mail: swilliams@abwwlaw.com

                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17                                           WILLIAMS & WORKS, P.A.

18

19

20                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
21                                               Sarah S. Works (Pro Hac Vice)
                                                 P.O. Box 1483
22                                               Corrales, NM 87049
                                                 Tel: 505/899-7994
23                                               Fax: 505/899-7972
                                                 E-mail: swilliams@williamsandworks.net
24
                                                 *Attorneys for Plaintiff-Intervenor,*
25                                               *Cahuilla Band of Indians*

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS LLP
3   2030 Addison Street, Suite 410
    Berkeley, CA 94704
4   Tel: 510/548-7070
    Fax: 510/548-7080
5   E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
6
    *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    WILLIAMS & WORKS, P.A.
    P.O. Box 1483
    Corrales, NM 87049
    Tel: 505/899-7994
    Fax: 505/899-7972
    E-mail:
    swilliams@williamsandworks.net

    *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                          )
17                    Plaintiff,          )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                      Plaintiff-Intervenors, )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22                    Defendants.         )

23   To:    AGUANGA CHRISTIAN FELLOWSHIP

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations. The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2    States District Court for the Southern District of California. A copy of each of the complaints is

3    enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s. The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

                                                   Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
12                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410
13                                               Berkeley, California 94704
                                                 Tel: 510/548-7070
14                                               Fax: 510/548-7080
                                                 E-mail: cberkey@abwwlaw.com
15                                               E-mail: swilliams@abwwlaw.com

16                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Ramona Band of Cahuilla*
17

18                                           WILLIAMS & WORKS, P.A.

19

20                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
21                                               Sarah S. Works (Pro Hac Vice)
                                                 P.O. Box 1483
22                                               Corrales, NM 87049
                                                 Tel: 505/899-7994
23                                               Fax: 505/899-7972
                                                 E-mail: swilliams@williamsandworks.net
24
                                                 *Attorneys for Plaintiff-Intervenor,*
25                                               *Cahuilla Band of Indians*

26

27

28

                                  3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    AGUANGA PROPERTIES

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14 from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15 <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16 returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17 the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18 records. If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20 waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21 carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 forth on the bottom of the waiver form.

23      **What happens next?**

24      If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25 as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                   By: s/Curtis Berkey_____
11                                     Curtis G. Berkey
                                       Scott W. Williams
12                                     2030 Addison Street, Suite 410
                                       Berkeley, California 94704
13                                     Tel: 510/548-7070
                                       Fax: 510/548-7080
14                                     E-mail: cberkey@abwwlaw.com
                                       E-mail: swilliams@abwwlaw.com
15
                                       *Attorneys for Plaintiff-Intervenor,*
16                                     *Ramona Band of Cahuilla*

17

                                       WILLIAMS & WORKS, P.A.
18

19
                                   By: s/Susan M. Williams_____
20                                     Susan M. Williams (Pro Hac Vice)
                                       Sarah S. Works (Pro Hac Vice)
21                                     P.O. Box 1483
                                       Corrales, NM 87049
22                                     Tel: 505/899-7994
                                       Fax: 505/899-7972
23                                     E-mail: swilliams@williamsandworks.net

24                                     *Attorneys for Plaintiff-Intervenor,*
                                       *Cahuilla Band of Indians*
25

26

27

28

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    JUAN R. AGUILAR & MARIA AGUILAR

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23          **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008          ALEXANDER, BERKEY, WILLIAMS &
                        WEATHERS LLP

9

10

11            By: s/Curtis Berkey
                Curtis G. Berkey

12                  Scott W. Williams
                2030 Addison Street, Suite 410

13                  Berkeley, California 94704
                Tel: 510/548-7070

14                  Fax: 510/548-7080
                E-mail: cberkey@abwwlaw.com

15                  E-mail: swilliams@abwwlaw.com

16                  *Attorneys for Plaintiff-Intervenor,*
                *Ramona Band of Cahuilla*

17

18            WILLIAMS & WORKS, P.A.

19

20            By: s/Susan M. Williams
                Susan M. Williams (Pro Hac Vice)

21                  Sarah S. Works (Pro Hac Vice)
                P.O. Box 1483

22                  Corrales, NM 87049
                Tel: 505/899-7994

23                  Fax: 505/899-7972
                E-mail: swilliams@williamsandworks.net

24                  *Attorneys for Plaintiff-Intervenor,*
                *Cahuilla Band of Indians*

25

26

27

28

                      3                    Case No.: 05cv1247

| | |
|---|---|
| 1 | Curtis G. Berkey (CA State Bar No. 195485) |
| 2 | Scott W. Williams (CA State Bar No. 097966) |
| | ALEXANDER, BERKEY, WILLIAMS |
| | & WEATHERS LLP |
| 3 | 2030 Addison Street, Suite 410 |
| | Berkeley, CA 94704 |
| 4 | Tel: 510/548-7070 |
| | Fax: 510/548-7080 |
| 5 | E-mail: cberkey@abwwlaw.com |
| | E-mail: swilliams@abwwlaw.com |

1  Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
2  Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
3  & WEATHERS LLP                                       P.O. Box 1483
   2030 Addison Street, Suite 410                       Corrales, NM 87049
   Berkeley, CA 94704                                   Tel: 505/899-7994
4  Tel: 510/548-7070                                    Fax: 505/899-7972
   Fax: 510/548-7080                                    E-mail:
5  E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6
                                                        *Attorneys for Plaintiff-Intervenor*
7  *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
   *Ramona Band of Cahuilla*
8
   Marco Gonzales (CA State Bar No. 190832)
9  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
10 Encinitas, CA 92024
   Tel: 760/942-8505
11 Fax: 760/942-8515

12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                        )
17              Plaintiff,              )
                                        )
18 RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                      ) **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,    )
20 v.                                   )
                                        )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                        )
22              Defendants.             )

23 To:    NORMAN AKHAMLICH

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                             By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

1 | Curtis G. Berkey (CA State Bar No. 195485)    Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)    Sarah S. Works (Pro Hac Vice)
2 | ALEXANDER, BERKEY, WILLIAMS    WILLIAMS & WORKS, P.A.
   & WEATHERS LLP    P.O. Box 1483
3 | 2030 Addison Street, Suite 410    Corrales, NM 87049
   Berkeley, CA 94704    Tel: 505/899-7994
4 | Tel: 510/548-7070    Fax: 505/899-7972
   Fax: 510/548-7080    E-mail:
5 | E-mail: cberkey@abwwlaw.com    swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6 |                                          *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*    *Cahuilla Band of Indians*
7 | *Ramona Band of Cahuilla*

8 | Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9 | 169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 | Tel: 760/942-8505
   Fax: 760/942-8515
11 |

12 | *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13 |

14 |                    UNITED STATES DISTRICT COURT

15 |                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 | UNITED STATES OF AMERICA,                    ) CIVIL NO.: 1247-SD-C
                                                  )
17 |                        Plaintiff,            )
                                                  )
18 | RAMONA BAND OF CAHUILLA, CAHUILLA            ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                             ) **REQUEST FOR WAIVER OF**
19 |                                              ) **SERVICE OF SUMMONS**
                        Plaintiff-Intervenors,    )
20 | v.                                           )
                                                  )
21 | FALLBROOK PUBLIC UTILITY DISTRICT, et al.,   )
                                                  )
22 |                        Defendants.           )

23 | To:    SALVADOR ALATORRE

24 |        **Why are you getting this?**

25 |        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 | tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 | their present and future needs on their reservations.  The claims have been filed in the case known

28 | as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1 *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2 States District Court for the Southern District of California. A copy of each of the complaints is

3 enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4 development and use of water in the area.

5    The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6 party to this case because, according to land title and court records, you are a successor to a

7 landowner on the original list compiled by the court when part of the case was adjudicated in the

8 1960s. The records show that you (or that entity) own land which overlies groundwater or is

9 adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11    This Notice is not a summons or official notification from the federal court. It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14 from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the

15 signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16 returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17 the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18 records. If you own your property with another person or entity, signatures of both are required.

19    You may be assessed the expenses of service of the summons if you fail to return the signed

20 waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21 carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 forth on the bottom of the waiver form.

23    **What happens next?**

24    If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25 as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10

                                             By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17                                           WILLIAMS & WORKS, P.A.

18

19

                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                              3                         Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                        WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                     P.O. Box 1483
3   2030 Addison Street, Suite 410                     Corrales, NM 87049
    Berkeley, CA 94704                                 Tel: 505/899-7994
4   Tel: 510/548-7070                                  Fax: 505/899-7972
    Fax: 510/548-7080                                  E-mail:
5   E-mail: cberkey@abwwlaw.com                        swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*               *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13
                        UNITED STATES DISTRICT COURT
14
                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  UNITED STATES OF AMERICA,                ) CIVIL NO.: 1247-SD-C
                                             )
17              Plaintiff,                   )
                                             )
18  RAMONA BAND OF CAHUILLA, CAHUILLA        ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                         ) **REQUEST FOR WAIVER OF**
19                                           ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,       )
20  v.                                       )
                                             )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,)
                                             )
22              Defendants.                  )

23
    To:    FRANCES ALBA
24
           **Why are you getting this?**
25
           The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian
26
    tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for
27
    their present and future needs on their reservations.  The claims have been filed in the case known
28
    as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24         If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6      We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10                                          By: s/Curtis Berkey
11                                             Curtis G. Berkey
                                               Scott W. Williams
12                                             2030 Addison Street, Suite 410
                                               Berkeley, California 94704
13                                             Tel: 510/548-7070
                                               Fax: 510/548-7080
14                                             E-mail: cberkey@abwwlaw.com
                                               E-mail: swilliams@abwwlaw.com
15
                                               *Attorneys for Plaintiff-Intervenor,*
16                                             *Ramona Band of Cahuilla*

17                                          WILLIAMS & WORKS, P.A.
18

19                                          By: s/Susan M. Williams
20                                             Susan M. Williams (Pro Hac Vice)
                                               Sarah S. Works (Pro Hac Vice)
21                                             P.O. Box 1483
                                               Corrales, NM 87049
22                                             Tel: 505/899-7994
                                               Fax: 505/899-7972
23                                             E-mail: swilliams@williamsandworks.net

24                                             *Attorneys for Plaintiff-Intervenor,*
                                               *Cahuilla Band of Indians*
25

26

27

28

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    SANTOS ALEJANDRINO AND ESPERANZA ALEJANDRINO

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP
9

10

11                                        By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
12                                           2030 Addison Street, Suite 410
                                             Berkeley, California 94704
13                                           Tel: 510/548-7070
                                             Fax: 510/548-7080
14                                           E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com
15
                                             *Attorneys for Plaintiff-Intervenor,*
16                                           *Ramona Band of Cahuilla*

17
                                          WILLIAMS & WORKS, P.A.
18

19

20                                        By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
21                                           P.O. Box 1483
                                             Corrales, NM 87049
22                                           Tel: 505/899-7994
                                             Fax: 505/899-7972
23                                           E-mail: swilliams@williamsandworks.net

24                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*
25

26

27

28

                                    3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     CASTULO ALEJANDRINO

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                        WEATHERS LLP
9

10
                                       By: s/Curtis Berkey
11                                         Curtis G. Berkey
                                           Scott W. Williams
12                                         2030 Addison Street, Suite 410
                                           Berkeley, California 94704
13                                         Tel: 510/548-7070
                                           Fax: 510/548-7080
14                                         E-mail: cberkey@abwwlaw.com
                                           E-mail: swilliams@abwwlaw.com
15
                                           *Attorneys for Plaintiff-Intervenor,*
16                                         *Ramona Band of Cahuilla*

17                                     WILLIAMS & WORKS, P.A.

18

19
                                       By: s/Susan M. Williams
20                                         Susan M. Williams (Pro Hac Vice)
                                           Sarah S. Works (Pro Hac Vice)
21                                         P.O. Box 1483
                                           Corrales, NM 87049
22                                         Tel: 505/899-7994
                                           Fax: 505/899-7972
23                                         E-mail: swilliams@williamsandworks.net

24                                         *Attorneys for Plaintiff-Intervenor,*
                                           *Cahuilla Band of Indians*
25

26

27

28

                                       3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)       Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                      WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                    P.O. Box 1483
3   2030 Addison Street, Suite 410                    Corrales, NM 87049
    Berkeley, CA 94704                                Tel: 505/899-7994
4   Tel: 510/548-7070                                 Fax: 505/899-7972
    Fax: 510/548-7080                                 E-mail:
5   E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13
                        UNITED STATES DISTRICT COURT
14
                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                Plaintiff,               )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                  Plaintiff-Intervenors,   )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                Defendants.              )

23  To:    DEAN ALEXANDER

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23          **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6      We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                        WEATHERS LLP
9

10                                      By: s/Curtis Berkey
11                                          Curtis G. Berkey
                                            Scott W. Williams
12                                          2030 Addison Street, Suite 410
                                            Berkeley, California 94704
13                                          Tel: 510/548-7070
                                            Fax: 510/548-7080
14                                          E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com
15
                                            *Attorneys for Plaintiff-Intervenor,*
16                                          *Ramona Band of Cahuilla*

17                                      WILLIAMS & WORKS, P.A.
18

19
20                                      By: s/Susan M. Williams
                                            Susan M. Williams (Pro Hac Vice)
21                                          Sarah S. Works (Pro Hac Vice)
                                            P.O. Box 1483
22                                          Corrales, NM 87049
                                            Tel: 505/899-7994
23                                          Fax: 505/899-7972
                                            E-mail: swilliams@williamsandworks.net
24
                                            *Attorneys for Plaintiff-Intervenor,*
25                                          *Cahuilla Band of Indians*

26

27

28

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    ALFORD FAMILY TRUST

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP
9

10                                       By: s/Curtis Berkey
11                                           Curtis G. Berkey
                                             Scott W. Williams
12                                           2030 Addison Street, Suite 410
                                             Berkeley, California 94704
13                                           Tel: 510/548-7070
                                             Fax: 510/548-7080
14                                           E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com
15
                                             *Attorneys for Plaintiff-Intervenor,*
16                                           *Ramona Band of Cahuilla*

17                                       WILLIAMS & WORKS, P.A.

18

19                                       By: s/Susan M. Williams
20                                           Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
21                                           P.O. Box 1483
                                             Corrales, NM 87049
22                                           Tel: 505/899-7994
                                             Fax: 505/899-7972
23                                           E-mail: swilliams@williamsandworks.net

24                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*
25

26

27

28

                                    3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)      Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)     Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                     P.O. Box 1483
3   2030 Addison Street, Suite 410             Corrales, NM 87049
    Berkeley, CA 94704                   Tel: 505/899-7994
4   Tel: 510/548-7070                     Fax: 505/899-7972
    Fax: 510/548-7080                   E-mail:
5   E-mail: cberkey@abwwlaw.com          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6
                                        *Attorneys for Plaintiff-Intervenor*
7   *Attorneys for Plaintiff-Intervenor*         *Cahuilla Band of Indians*
    *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10   Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12   *Cahuilla Band of Indians*

13

14                     UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,       )  CIVIL NO.: 1247-SD-C
                                  )
17               Plaintiff,          )
                                  )
18   RAMONA BAND OF CAHUILLA, CAHUILLA  )  **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,               )  **REQUEST FOR WAIVER OF**
19                                )  **SERVICE OF SUMMONS**
               Plaintiff-Intervenors,  )
20   v.                               )
                                  )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
                                  )
22              Defendants.      )

23   To:     BETHANY ALLEN

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations. The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2   States District Court for the Southern District of California.  A copy of each of the complaints is
3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6   party to this case because, according to land title and court records, you are a successor to a
7   landowner on the original list compiled by the court when part of the case was adjudicated in the
8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>
15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23         **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3            If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6            We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                             By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                                      3                          Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   PRESTON ALLEN

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
12                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410
13                                               Berkeley, California 94704
                                                 Tel: 510/548-7070
14                                               Fax: 510/548-7080
                                                 E-mail: cberkey@abwwlaw.com
15                                               E-mail: swilliams@abwwlaw.com

16                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*
17

18                                           WILLIAMS & WORKS, P.A.
19

20

21                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
22                                               Sarah S. Works (Pro Hac Vice)
                                                 P.O. Box 1483
23                                               Corrales, NM 87049
                                                 Tel: 505/899-7994
24                                               Fax: 505/899-7972
                                                 E-mail: swilliams@williamsandworks.net

25                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*
26

27

28

1  Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                    P.O. Box 1483
3  2030 Addison Street, Suite 410                    Corrales, NM 87049
   Berkeley, CA 94704                                Tel: 505/899-7994
4  Tel: 510/548-7070                                 Fax: 505/899-7972
   Fax: 510/548-7080                                 E-mail:
5  E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                    *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
13
14                    UNITED STATES DISTRICT COURT
15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                          )
17              Plaintiff,                )
                                          )
18 RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,    )
20 v.                                     )
                                          )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22              Defendants.               )

23
24 To:    PRESTON ALLEN

25        **Why are you getting this?**

26        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

27 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

   their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1    *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27   complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28   response to both or a separate response to each.

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3            If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6            We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                              By: s/Curtis Berkey
11                                                Curtis G. Berkey
                                                  Scott W. Williams
12                                                2030 Addison Street, Suite 410
                                                  Berkeley, California 94704
13                                                Tel: 510/548-7070
                                                  Fax: 510/548-7080
14                                                E-mail: cberkey@abwwlaw.com
                                                  E-mail: swilliams@abwwlaw.com
15
                                                  *Attorneys for Plaintiff-Intervenor,*
16                                                *Ramona Band of Cahuilla*

17                                            WILLIAMS & WORKS, P.A.

18

19
                                              By: s/Susan M. Williams
20                                                Susan M. Williams (Pro Hac Vice)
                                                  Sarah S. Works (Pro Hac Vice)
21                                                P.O. Box 1483
                                                  Corrales, NM 87049
22                                                Tel: 505/899-7994
                                                  Fax: 505/899-7972
23                                                E-mail: swilliams@williamsandworks.net

24                                                *Attorneys for Plaintiff-Intervenor,*
                                                  *Cahuilla Band of Indians*
25

26

27

28

                                   3                        Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)           Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)           Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                        P.O. Box 1483
3  2030 Addison Street, Suite 410                        Corrales, NM 87049
   Berkeley, CA 94704                                    Tel: 505/899-7994
4  Tel: 510/548-7070                                     Fax: 505/899-7972
   Fax: 510/548-7080                                     E-mail:
5  E-mail: cberkey@abwwlaw.com                           swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*                  *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13

14                   UNITED STATES DISTRICT COURT

15            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17              Plaintiff,                 )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,       )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22              Defendants.                ) .

23  To:    RAFAEL ALVAREZ

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23      **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

Case No.: 05cv1247

1    the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you. And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008           ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP

9

10

11                             By: s/Curtis Berkey
                                   Curtis G. Berkey

12                                    Scott W. Williams
                                   2030 Addison Street, Suite 410

13                                    Berkeley, California 94704
                                   Tel: 510/548-7070

14                                    Fax: 510/548-7080
                                   E-mail: cberkey@abwwlaw.com

15                                    E-mail: swilliams@abwwlaw.com

16                                    *Attorneys for Plaintiff-Intervenor,*
                                   *Ramona Band of Cahuilla*

17

18                             WILLIAMS & WORKS, P.A.

19

20                             By: s/Susan M. Williams
                                   Susan M. Williams (Pro Hac Vice)

21                                    Sarah S. Works (Pro Hac Vice)
                                   P.O. Box 1483

22                                    Corrales, NM 87049
                                   Tel: 505/899-7994

23                                    Fax: 505/899-7972
                                   E-mail: swilliams@williamsandworks.net

24                                    *Attorneys for Plaintiff-Intervenor,*
                                   *Cahuilla Band of Indians*

25

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                       P.O. Box 1483
3   2030 Addison Street, Suite 410                       Corrales, NM 87049
    Berkeley, CA 94704                                   Tel: 505/899-7994
4   Tel: 510/548-7070                                    Fax: 505/899-7972
    Fax: 510/548-7080                                    E-mail:
5   E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                          )
17                    Plaintiff,          )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                      Plaintiff-Intervenors,  )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
                                          )
22                    Defendants.         )
     ─────────────────────────────────────

23   To:   DAVID AMBRIZ

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1 | the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2 | single response to both or a separate response to each.

3 |      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4 | summons and complaint served on you.  And we may ask the court to require you or the entity

5 | you represent, to pay the expenses of making service.

6 |      We certify that this request is being sent to you on March 26, 2008.

7 |

8 | Dated: March 26, 2008                 ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

9 |

10 |

11 | By: s/Curtis Berkey

            Curtis G. Berkey

12 |             Scott W. Williams

            2030 Addison Street, Suite 410

13 |             Berkeley, California 94704

            Tel: 510/548-7070

14 |             Fax: 510/548-7080

            E-mail: cberkey@abwwlaw.com

15 |             E-mail: swilliams@abwwlaw.com

16 |             *Attorneys for Plaintiff-Intervenor,*

            *Ramona Band of Cahuilla*

17 |

18 | WILLIAMS & WORKS, P.A.

19 |

20 | By: s/Susan M. Williams

            Susan M. Williams (Pro Hac Vice)

21 |             Sarah S. Works (Pro Hac Vice)

            P.O. Box 1483

22 |             Corrales, NM 87049

            Tel: 505/899-7994

23 |             Fax: 505/899-7972

            E-mail: swilliams@williamsandworks.net

24 |             *Attorneys for Plaintiff-Intervenor,*

            *Cahuilla Band of Indians*

25 |

26 |

27 |

28 |

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    STEVEN ANDERBERG

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23       **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10
                                            By: s/Curtis Berkey
11                                              Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15
                                                *Attorneys for Plaintiff-Intervenor,*
16                                              *Ramona Band of Cahuilla*

17                                          WILLIAMS & WORKS, P.A.

18

19
                                            By: s/Susan M. Williams
20                                              Susan M. Williams (Pro Hac Vice)
                                                Sarah S. Works (Pro Hac Vice)
21                                              P.O. Box 1483
                                                Corrales, NM 87049
22                                              Tel: 505/899-7994
                                                Fax: 505/899-7972
23                                              E-mail: swilliams@williamsandworks.net

24                                              *Attorneys for Plaintiff-Intervenor,*
                                                *Cahuilla Band of Indians*
25

26

27

28

                                        3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** |
| | ) **REQUEST FOR WAIVER OF** |
| Plaintiff-Intervenors, | ) **SERVICE OF SUMMONS** |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     IRMA ANDERSON

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2    States District Court for the Southern District of California.  A copy of each of the complaints is
3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4    development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6    party to this case because, according to land title and court records, you are a successor to a
7    landowner on the original list compiled by the court when part of the case was adjudicated in the
8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request
12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>
15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in
16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18   records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed
20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21   carefully the statement concerning the duty of parties to waive service of the summons, which is set
22   forth on the bottom of the waiver form.

23   **What happens next?**
24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25   as if you had been served on the date the waiver is filed, but no summons will be served on you and
26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1  the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you. And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10
                                           By: s/Curtis Berkey
11                                             Curtis G. Berkey
                                               Scott W. Williams
12                                             2030 Addison Street, Suite 410
                                               Berkeley, California 94704
13                                             Tel: 510/548-7070
                                               Fax: 510/548-7080
14                                             E-mail: cberkey@abwwlaw.com
                                               E-mail: swilliams@abwwlaw.com
15
                                               *Attorneys for Plaintiff-Intervenor,*
16                                             *Ramona Band of Cahuilla*

17                                         WILLIAMS & WORKS, P.A.

18

19
                                           By: s/Susan M. Williams
20                                             Susan M. Williams (Pro Hac Vice)
                                               Sarah S. Works (Pro Hac Vice)
21                                             P.O. Box 1483
                                               Corrales, NM 87049
22                                             Tel: 505/899-7994
                                               Fax: 505/899-7972
23                                             E-mail: swilliams@williamsandworks.net

24                                             *Attorneys for Plaintiff-Intervenor,*
                                               *Cahuilla Band of Indians*
25

26

27

28

                                    3                    Case No.: 05cv1247

1 | Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2 | ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS LLP
3 | 2030 Addison Street, Suite 410
    Berkeley, CA 94704
4 | Tel: 510/548-7070
    Fax: 510/548-7080
5 | E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
6 |
7 | *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

8 | Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9 | 169 Saxony Road, Suite 204
    Encinitas, CA 92024
10 | Tel: 760/942-8505
     Fax: 760/942-8515
11 |
12 | *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              )  CIVIL NO.: 1247-SD-C
                                            )
17                      Plaintiff,          )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      )  **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       )  **REQUEST FOR WAIVER OF**
19                                          )  **SERVICE OF SUMMONS**
                   Plaintiff-Intervenors,   )
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                            )
22                      Defendants.         )

23   To:    MERVYN ANSTIE

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1 | *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United
2 | States District Court for the Southern District of California. A copy of each of the complaints is
3 | enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing
4 | development and use of water in the area.

5 |    The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6 | party to this case because, according to land title and court records, you are a successor to a
7 | landowner on the original list compiled by the court when part of the case was adjudicated in the
8 | 1960s. The records show that you (or that entity) own land which overlies groundwater or is
9 | adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10 | hold water rights under the court's prior judgments.

11 |    This Notice is not a summons or official notification from the federal court. It is a request
12 | that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13 | enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days
14 | from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>
15 | <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in
16 | returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send
17 | the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your
18 | records. If you own your property with another person or entity, signatures of both are required.

19 |    You may be assessed the expenses of service of the summons if you fail to return the signed
20 | waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read
21 | carefully the statement concerning the duty of parties to waive service of the summons, which is set
22 | forth on the bottom of the waiver form.

23 |    **What happens next?**

24 |    If you return the signed waiver, we will file it with the court. This lawsuit will then proceed
25 | as if you had been served on the date the waiver is filed, but no summons will be served on you and
26 | you will have 60 days from March 26, 2008 to answer or file a motion in response to

27 |
28 |

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                             By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                              3                        Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                       P.O. Box 1483
3   2030 Addison Street, Suite 410                       Corrales, NM 87049
    Berkeley, CA 94704                                   Tel: 505/899-7994
4   Tel: 510/548-7070                                    Fax: 505/899-7972
    Fax: 510/548-7080                                    E-mail:
5   E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                     UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                   Plaintiff,            )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                     Plaintiff-Intervenors,)
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                   Defendants.           )

23  To:   MARY ANTE HECHT

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10
                                           By: s/Curtis Berkey
11                                            Curtis G. Berkey
                                              Scott W. Williams
12                                            2030 Addison Street, Suite 410
                                              Berkeley, California 94704
13                                            Tel: 510/548-7070
                                              Fax: 510/548-7080
14                                            E-mail: cberkey@abwwlaw.com
                                              E-mail: swilliams@abwwlaw.com
15
                                              Attorneys for Plaintiff-Intervenor,
16                                            Ramona Band of Cahuilla

17
                                           WILLIAMS & WORKS, P.A.
18

19
                                           By: s/Susan M. Williams
20                                            Susan M. Williams (Pro Hac Vice)
                                              Sarah S. Works (Pro Hac Vice)
21                                            P.O. Box 1483
                                              Corrales, NM 87049
22                                            Tel: 505/899-7994
                                              Fax: 505/899-7972
23                                            E-mail: swilliams@williamsandworks.net

24                                            Attorneys for Plaintiff-Intervenor,
                                              Cahuilla Band of Indians
25

26

27

28

| | | |
|---|---|---|
| 1 | Curtis G. Berkey (CA State Bar No. 195485)<br>Scott W. Williams (CA State Bar No. 097966) | Susan M. Williams (Pro Hac Vice)<br>Sarah S. Works (Pro Hac Vice) |
| 2 | ALEXANDER, BERKEY, WILLIAMS<br>& WEATHERS LLP | WILLIAMS & WORKS, P.A.<br>P.O. Box 1483 |
| 3 | 2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | Corrales, NM 87049<br>Tel: 505/899-7994 |
| 4 | Tel: 510/548-7070<br>Fax: 510/548-7080 | Fax: 505/899-7972<br>E-mail: |
| 5 | E-mail: cberkey@abwwlaw.com<br>E-mail: swilliams@abwwlaw.com | swilliams@williamsandworks.net |
| 6 | | *Attorneys for Plaintiff-Intervenor* |
| 7 | *Attorneys for Plaintiff-Intervenor*<br>*Ramona Band of Cahuilla* | *Cahuilla Band of Indians* |
| 8 | Marco Gonzales (CA State Bar No. 190832) | |
| 9 | COAST LAW GROUP LLP<br>169 Saxony Road, Suite 204 | |
| 10 | Encinitas, CA 92024<br>Tel: 760/942-8505 | |
| 11 | Fax: 760/942-8515 | |
| 12 | *Attorneys for Plaintiff-Intervenor*<br>*Cahuilla Band of Indians* | |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| 17 | Plaintiff, | ) |
| 18 | RAMONA BAND OF CAHUILLA, CAHUILLA<br>BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND**<br>) **REQUEST FOR WAIVER OF**<br>) **SERVICE OF SUMMONS** |
| 19 | Plaintiff-Intervenors, | ) |
| 20 | v. | ) |
| 21 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| 22 | Defendants. | ) |

To:    ANZA DEVELOPMENT

   **Why are you getting this?**

   The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

1   the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you. And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP
9

10

11                                       By: s/Curtis Berkey
                                             Curtis G. Berkey
12                                           Scott W. Williams
                                             2030 Addison Street, Suite 410
13                                           Berkeley, California 94704
                                             Tel: 510/548-7070
14                                           Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
15                                           E-mail: swilliams@abwwlaw.com

16                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*
17

18                                       WILLIAMS & WORKS, P.A.

19

20                                       By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
21                                           Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
22                                           Corrales, NM 87049
                                             Tel: 505/899-7994
23                                           Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

24                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*
25

26

27

28

1  Curtis G. Berkey (CA State Bar No. 195485)     Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)   Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS         WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                    P.O. Box 1483
3  2030 Addison Street, Suite 410         Corrales, NM 87049
    Berkeley, CA 94704                  Tel: 505/899-7994
4  Tel: 510/548-7070                   Fax: 505/899-7972
    Fax: 510/548-7080                  E-mail:
5  E-mail: cberkey@abwwlaw.com       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6
    *Attorneys for Plaintiff-Intervenor*       *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*            *Cahuilla Band of Indians*

8  Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14               UNITED STATES DISTRICT COURT

15          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,      ) CIVIL NO.: 1247-SD-C
                            )
17            Plaintiff,        )
                            )
18  RAMONA BAND OF CAHUILLA, CAHUILLA  ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,             ) **REQUEST FOR WAIVER OF**
19                     ) **SERVICE OF SUMMONS**
           Plaintiff-Intervenors,  )
20  v.                           )
                            )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                            )
22          Defendants.       )

23  To:    ANZA KNOLLS

24       **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                  Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11     This Notice is not a summons or official notification from the federal court.  It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14 from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15 signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16 returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17 the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18 records.  If you own your property with another person or entity, signatures of both are required.

19     You may be assessed the expenses of service of the summons if you fail to return the signed

20 waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21 carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 forth on the bottom of the waiver form.

23 **What happens next?**

24     If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25 as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27 complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28 response to both or a separate response to each.

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
12                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410
13                                               Berkeley, California 94704
                                                 Tel: 510/548-7070
14                                               Fax: 510/548-7080
                                                 E-mail: cberkey@abwwlaw.com
15                                               E-mail: swilliams@abwwlaw.com

16                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Ramona Band of Cahuilla*
17

18                                           WILLIAMS & WORKS, P.A.

19

20                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
21                                               Sarah S. Works (Pro Hac Vice)
                                                 P.O. Box 1483
22                                               Corrales, NM 87049
                                                 Tel: 505/899-7994
23                                               Fax: 505/899-7972
                                                 E-mail: swilliams@williamsandworks.net
24
                                                 *Attorneys for Plaintiff-Intervenor,*
25                                               *Cahuilla Band of Indians*

26

27

28

                                        3                         Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)          Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                       P.O. Box 1483
3  2030 Addison Street, Suite 410                       Corrales, NM 87049
   Berkeley, CA 94704                                   Tel: 505/899-7994
4  Tel: 510/548-7070                                    Fax: 505/899-7972
   Fax: 510/548-7080                                    E-mail:
5  E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                       UNITED STATES DISTRICT COURT

15                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,                  ) CIVIL NO.: 1247-SD-C
                                               )
17                    Plaintiff,               )
                                               )
18  RAMONA BAND OF CAHUILLA, CAHUILLA          ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                           ) **REQUEST FOR WAIVER OF**
19                                             ) **SERVICE OF SUMMONS**
                   Plaintiff-Intervenors,      )
20  v.                                         )
                                               )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                               )
22                    Defendants.              )

23  To:   PHILLIP APALATEGUI AND MONICA APALATEGUI

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6      We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008            ALEXANDER, BERKEY, WILLIAMS &
                                   WEATHERS LLP
9

10

11                                 By: s/Curtis Berkey
                                      Curtis G. Berkey
12                                    Scott W. Williams
                                      2030 Addison Street, Suite 410
13                                    Berkeley, California 94704
                                      Tel: 510/548-7070
14                                    Fax: 510/548-7080
                                      E-mail: cberkey@abwwlaw.com
15                                    E-mail: swilliams@abwwlaw.com

16                                    *Attorneys for Plaintiff-Intervenor,*
                                      *Ramona Band of Cahuilla*
17
                                   WILLIAMS & WORKS, P.A.
18

19

20                                 By: s/Susan M. Williams
                                      Susan M. Williams (Pro Hac Vice)
21                                    Sarah S. Works (Pro Hac Vice)
                                      P.O. Box 1483
22                                    Corrales, NM 87049
                                      Tel: 505/899-7994
23                                    Fax: 505/899-7972
                                      E-mail: swilliams@williamsandworks.net
24
                                      *Attorneys for Plaintiff-Intervenor,*
25                                    *Cahuilla Band of Indians*

26

27

28

                                   3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                        WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                     P.O. Box 1483
3   2030 Addison Street, Suite 410                     Corrales, NM 87049
    Berkeley, CA 94704                                 Tel: 505/899-7994
4   Tel: 510/548-7070                                  Fax: 505/899-7972
    Fax: 510/548-7080                                  E-mail:
5   E-mail: cberkey@abwwlaw.com                        swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*               *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13                   UNITED STATES DISTRICT COURT
14
                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17                      Plaintiff,       )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                       ) **SERVICE OF SUMMONS**
                        Plaintiff-Intervenors, )
20  v.                                   )
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22                      Defendants.      )

23  To:    FREDRICK ARCHIBALD AND ALMA ARCHIBALD

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2  States District Court for the Southern District of California.  A copy of each of the complaints is
3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the
15  signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27
28

2

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10
                                        By: s/Curtis Berkey
11                                          Curtis G. Berkey
                                            Scott W. Williams
12                                          2030 Addison Street, Suite 410
                                            Berkeley, California 94704
13                                          Tel: 510/548-7070
                                            Fax: 510/548-7080
14                                          E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com
15
                                            *Attorneys for Plaintiff-Intervenor,*
16                                          *Ramona Band of Cahuilla*

17
                                        WILLIAMS & WORKS, P.A.
18

19
                                        By: s/Susan M. Williams
20                                          Susan M. Williams (Pro Hac Vice)
                                            Sarah S. Works (Pro Hac Vice)
21                                          P.O. Box 1483
                                            Corrales, NM 87049
22                                          Tel: 505/899-7994
                                            Fax: 505/899-7972
23                                          E-mail: swilliams@williamsandworks.net

24                                          *Attorneys for Plaintiff-Intervenor,*
                                            *Cahuilla Band of Indians*
25

26

27

28

                                3                      Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)       Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)      Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                    P.O. Box 1483
3   2030 Addison Street, Suite 410                    Corrales, NM 87049
    Berkeley, CA 94704                                Tel: 505/899-7994
4   Tel: 510/548-7070                                 Fax: 505/899-7972
    Fax: 510/548-7080                                 E-mail:
5   E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
                                                      *Cahuilla Band of Indians*
7   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                     UNITED STATES DISTRICT COURT

15                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17                 Plaintiff,            )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                       ) **SERVICE OF SUMMONS**
                 Plaintiff-Intervenors,  )
20  v.                                   )
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22                 Defendants.           )

23  To:    KELLY AREHART

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                Curtis G. Berkey
12                                              Scott W. Williams
                                                2030 Addison Street, Suite 410
13                                              Berkeley, California 94704
                                                Tel: 510/548-7070
14                                              Fax: 510/548-7080
                                                E-mail: cberkey@abwwlaw.com
15                                              E-mail: swilliams@abwwlaw.com

16                                              *Attorneys for Plaintiff-Intervenor,*
                                                *Ramona Band of Cahuilla*
17
                                             WILLIAMS & WORKS, P.A.
18

19

20                                           By: s/Susan M. Williams
                                                Susan M. Williams (Pro Hac Vice)
21                                              Sarah S. Works (Pro Hac Vice)
                                                P.O. Box 1483
22                                              Corrales, NM 87049
                                                Tel: 505/899-7994
23                                              Fax: 505/899-7972
                                                E-mail: swilliams@williamsandworks.net
24
                                                *Attorneys for Plaintiff-Intervenor,*
25                                              *Cahuilla Band of Indians*

26

27

28

                                   3                    Case No.: 05cv1247

Case 3:51-cv-01247-JO-SBC   Document 4959   Filed 03/26/08   PageID.47862   Page 103 of 114

<table>
<tr><td>1</td><td colspan="2">Curtis G. Berkey (CA State Bar No. 195485)</td></tr>
</table>

1 | Curtis G. Berkey (CA State Bar No. 195485)
  | Scott W. Williams (CA State Bar No. 097966)
2 | ALEXANDER, BERKEY, WILLIAMS
  | & WEATHERS LLP
3 | 2030 Addison Street, Suite 410
  | Berkeley, CA 94704
4 | Tel: 510/548-7070
  | Fax: 510/548-7080
5 | E-mail: cberkey@abwwlaw.com
  | E-mail: swilliams@abwwlaw.com
6 |
  | *Attorneys for Plaintiff-Intervenor*
7 | *Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

8 | Marco Gonzales (CA State Bar No. 190832)
9 | COAST LAW GROUP LLP
  | 169 Saxony Road, Suite 204
10| Encinitas, CA 92024
  | Tel: 760/942-8505
11| Fax: 760/942-8515
12| *Attorneys for Plaintiff-Intervenor*
  | *Cahuilla Band of Indians*

13

14 | UNITED STATES DISTRICT COURT

15 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 | UNITED STATES OF AMERICA,               ) CIVIL NO.: 1247-SD-C
                                            )
17 |                    Plaintiff,           )
                                            )
18 | RAMONA BAND OF CAHUILLA, CAHUILLA       ) **NOTICE OF LAWSUIT AND**
    | BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19 |                                         ) **SERVICE OF SUMMONS**
    |                 Plaintiff-Intervenors, )
20 | v.                                      )
                                            )
21 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                            )
22 |                    Defendants.          )

23 | To:   MARCIAN ARMADA AND GUDRUN TRUST

24 | **Why are you getting this?**

25 | The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 | tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 | their present and future needs on their reservations.  The claims have been filed in the case known

28 | as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23      **What happens next?**

24         If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP
9

10
                                          By: s/Curtis Berkey
11                                           Curtis G. Berkey
                                             Scott W. Williams
12                                           2030 Addison Street, Suite 410
                                             Berkeley, California 94704
13                                           Tel: 510/548-7070
                                             Fax: 510/548-7080
14                                           E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com
15
                                          *Attorneys for Plaintiff-Intervenor,*
16                                        *Ramona Band of Cahuilla*

17
                                          WILLIAMS & WORKS, P.A.
18

19
                                          By: s/Susan M. Williams
20                                           Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
21                                           P.O. Box 1483
                                             Corrales, NM 87049
22                                           Tel: 505/899-7994
                                             Fax: 505/899-7972
23                                           E-mail: swilliams@williamsandworks.net

24                                        *Attorneys for Plaintiff-Intervenor,*
                                          *Cahuilla Band of Indians*
25

26

27

28

                                3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

RAMONA BAND OF CAHUILLA, CAHUILLA
BAND OF INDIANS,

Plaintiff-Intervenors,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

) CIVIL NO.: 1247-SD-C
)
)
)
)
)
)
) **NOTICE OF LAWSUIT AND**
) **REQUEST FOR WAIVER OF**
) **SERVICE OF SUMMONS**
)
)
)
)
)
)
)

To:     LAYMON ARMSTRONG

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2    States District Court for the Southern District of California. A copy of each of the complaints is

3    enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s. The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP

9

10                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
11                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410
12                                               Berkeley, California 94704
                                                 Tel: 510/548-7070
13                                               Fax: 510/548-7080
                                                 E-mail: cberkey@abwwlaw.com
14                                               E-mail: swilliams@abwwlaw.com

15                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Ramona Band of Cahuilla*
16

17                                           WILLIAMS & WORKS, P.A.

18

19                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
20                                               Sarah S. Works (Pro Hac Vice)
                                                 P.O. Box 1483
21                                               Corrales, NM 87049
                                                 Tel: 505/899-7994
22                                               Fax: 505/899-7972
                                                 E-mail: swilliams@williamsandworks.net
23
                                                 *Attorneys for Plaintiff-Intervenor,*
24                                               *Cahuilla Band of Indians*

25

26

27

28

                                    3                            Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)
     Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS
     & WEATHERS LLP
3   2030 Addison Street, Suite 410
     Berkeley, CA 94704
4   Tel: 510/548-7070
     Fax: 510/548-7080
5   E-mail: cberkey@abwwlaw.com
     E-mail: swilliams@abwwlaw.com
6
     *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11
     *Attorneys for Plaintiff-Intervenor*
12   *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13               UNITED STATES DISTRICT COURT

14           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16   UNITED STATES OF AMERICA,        )   CIVIL NO.: 1247-SD-C
                               )
17            Plaintiff,         )
                               )
18   RAMONA BAND OF CAHUILLA, CAHUILLA  )
     BAND OF INDIANS,             )
19                      )
          Plaintiff-Intervenors,   )
20   v.                          )
                               )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                     )
22           Defendants.      )

**NOTICE OF LAWSUIT AND**
**REQUEST FOR WAIVER OF**
**SERVICE OF SUMMONS**

23   To:   ANNA ARNOLD

24     **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations. The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C.  It is being heard by the United
2  States District Court for the Southern District of California.  A copy of each of the complaints is
3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.
5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10 hold water rights under the court's prior judgments.
11         This Notice is not a summons or official notification from the federal court.  It is a request
12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13 enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14 from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the
15 signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in
16 returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17 the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18 records.  If you own your property with another person or entity, signatures of both are required.
19         You may be assessed the expenses of service of the summons if you fail to return the signed
20 waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21 carefully the statement concerning the duty of parties to waive service of the summons, which is set
22 forth on the bottom of the waiver form.
23     **What happens next?**
24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25 as if you had been served on the date the waiver is filed, but no summons will be served on you and
26 you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27 complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single
28 response to both or a separate response to each.

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10                                          By: s/Curtis Berkey
                                               Curtis G. Berkey
11                                             Scott W. Williams
                                               2030 Addison Street, Suite 410
12                                             Berkeley, California 94704
                                               Tel: 510/548-7070
13                                             Fax: 510/548-7080
                                               E-mail: cberkey@abwwlaw.com
14                                             E-mail: swilliams@abwwlaw.com

15                                             *Attorneys for Plaintiff-Intervenor,*
                                               *Ramona Band of Cahuilla*
16

17                                          WILLIAMS & WORKS, P.A.

18

19                                          By: s/Susan M. Williams
                                               Susan M. Williams (Pro Hac Vice)
20                                             Sarah S. Works (Pro Hac Vice)
                                               P.O. Box 1483
21                                             Corrales, NM 87049
                                               Tel: 505/899-7994
22                                             Fax: 505/899-7972
                                               E-mail: swilliams@williamsandworks.net
23
                                               *Attorneys for Plaintiff-Intervenor,*
24                                             *Cahuilla Band of Indians*

25

26

27

28

                            3                              Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA | ) **NOTICE OF LAWSUIT AND** |
| BAND OF INDIANS, | ) **REQUEST FOR WAIVER OF** |
| | ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     ARRIAGA BROS DEVELOPMENT CORP.

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

their present and future needs on their reservations.  The claims have been filed in the case known

as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008       ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

9

10  By: s/Curtis Berkey
11     Curtis G. Berkey
   Scott W. Williams
12     2030 Addison Street, Suite 410
   Berkeley, California 94704
13     Tel: 510/548-7070
   Fax: 510/548-7080
14     E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
15
   *Attorneys for Plaintiff-Intervenor,*
16  *Ramona Band of Cahuilla*

17  WILLIAMS & WORKS, P.A.

18

19  By: s/Susan M. Williams
20     Susan M. Williams (Pro Hac Vice)
   Sarah S. Works (Pro Hac Vice)
21     P.O. Box 1483
   Corrales, NM 87049
22     Tel: 505/899-7994
   Fax: 505/899-7972
23     E-mail: swilliams@williamsandworks.net

24  *Attorneys for Plaintiff-Intervenor,,*
*Cahuilla Band of Indians*

25

26

27

28

         3        Case No.: 05cv1247