1  Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)          Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                       P.O. Box 1483
3  2030 Addison Street, Suite 410                       Corrales, NM 87049
   Berkeley, CA 94704                                   Tel: 505/899-7994
4  Tel: 510/548-7070                                    Fax: 505/899-7972
   Fax: 510/548-7080                                    E-mail:
5  E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*                 *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*                            *Cahuilla Band of Indians*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17              Plaintiff,               )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                       ) **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,     )
20  v.                                   )
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22              Defendants.              )

23  To:    STEVEN BERG

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP


By: s/Curtis Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com

    *Attorneys for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*


WILLIAMS & WORKS, P.A.


By: s/Susan M. Williams
    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    P.O. Box 1483
    Corrales, NM 87049
    Tel: 505/899-7994
    Fax: 505/899-7972
    E-mail: swilliams@williamsandworks.net

    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                       P.O. Box 1483
3   2030 Addison Street, Suite 410                       Corrales, NM 87049
    Berkeley, CA 94704                                   Tel: 505/899-7994
4   Tel: 510/548-7070                                    Fax: 505/899-7972
    Fax: 510/548-7080                                    E-mail:
5   E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                            )
17                    Plaintiff,            )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
                      Plaintiff-Intervenors,)
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,)
                                            )
22                    Defendants.           )
                                            )

23

24   To:   ARLIE BERGMAN AND CORAL BERGMAN

25         **Why are you getting this?**

26         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

27   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

28   their present and future needs on their reservations. The claims have been filed in the case known

     as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23       **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

2

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP


By: s/Curtis Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*


WILLIAMS & WORKS, P.A.


By: s/Susan M. Williams
    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    P.O. Box 1483
    Corrales, NM 87049
    Tel: 505/899-7994
    Fax: 505/899-7972
    E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)          Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                       P.O. Box 1483
3  2030 Addison Street, Suite 410                       Corrales, NM 87049
   Berkeley, CA 94704                                   Tel: 505/899-7994
4  Tel: 510/548-7070                                    Fax: 505/899-7972
   Fax: 510/548-7080                                    E-mail:
5  E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13
14                    UNITED STATES DISTRICT COURT
15                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,                    ) CIVIL NO.: 1247-SD-C
                                                )
17              Plaintiff,                       )
                                                )
18 RAMONA BAND OF CAHUILLA, CAHUILLA            ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                             ) **REQUEST FOR WAIVER OF**
19                                              ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,          )
20 v.                                           )
                                                )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al.,   )
                                                )
22              Defendants.                      )

23 To:    ARLIE BERGMAN

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United
2   States District Court for the Southern District of California. A copy of each of the complaints is
3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing
4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6   party to this case because, according to land title and court records, you are a successor to a
7   landowner on the original list compiled by the court when part of the case was adjudicated in the
8   1960s. The records show that you (or that entity) own land which overlies groundwater or is
9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court. It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the
15  signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send
17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your
18  records. If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court. This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27  complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single
28  response to both or a separate response to each.

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008          ALEXANDER, BERKEY, WILLIAMS &
                                  WEATHERS LLP

9

10

11                         By: s/Curtis Berkey
                            Curtis G. Berkey
12                           Scott W. Williams
                           2030 Addison Street, Suite 410
13                           Berkeley, California 94704
                           Tel: 510/548-7070
14                           Fax: 510/548-7080
                           E-mail: cberkey@abwwlaw.com
15                           E-mail: swilliams@abwwlaw.com

16                         *Attorneys for Plaintiff-Intervenor,
                         *Ramona Band of Cahuilla*

17

18                      WILLIAMS & WORKS, P.A.

19

20                         By: s/Susan M. Williams
                           Susan M. Williams (Pro Hac Vice)
21                           Sarah S. Works (Pro Hac Vice)
                           P.O. Box 1483
22                           Corrales, NM 87049
                           Tel: 505/899-7994
23                           Fax: 505/899-7972
                           E-mail: swilliams@williamsandworks.net
24                         *Attorneys for Plaintiff-Intervenor,
                         *Cahuilla Band of Indians*

25

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)
2   Scott W. Williams (CA State Bar No. 097966)
    ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS LLP
3   2030 Addison Street, Suite 410
    Berkeley, CA 94704
4   Tel: 510/548-7070
    Fax: 510/548-7080
5   E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
6
    *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

8   Marco Gonzales (CA State Bar No. 190832)
9   COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14              UNITED STATES DISTRICT COURT

15         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,          ) CIVIL NO.: 1247-SD-C
                                       )
17                Plaintiff,           )
                                       )
18  RAMONA BAND OF CAHUILLA, CAHUILLA  ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                   ) **REQUEST FOR WAIVER OF**
19                                     ) **SERVICE OF SUMMONS**
                  Plaintiff-Intervenors, )
20  v.                                 )
                                       )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                       )
22                Defendants.          )

23  To:    CORAL BERGMAN

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                           Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                        By: s/Curtis Berkey
11                                          Curtis G. Berkey
                                            Scott W. Williams
12                                          2030 Addison Street, Suite 410
                                            Berkeley, California 94704
13                                          Tel: 510/548-7070
                                            Fax: 510/548-7080
14                                          E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com
15
                                            *Attorneys for Plaintiff-Intervenor,*
16                                          *Ramona Band of Cahuilla*

17
                                        WILLIAMS & WORKS, P.A.
18

19
                                        By: s/Susan M. Williams
20                                          Susan M. Williams (Pro Hac Vice)
                                            Sarah S. Works (Pro Hac Vice)
21                                          P.O. Box 1483
                                            Corrales, NM 87049
22                                          Tel: 505/899-7994
                                            Fax: 505/899-7972
23                                          E-mail: swilliams@williamsandworks.net

24                                          *Attorneys for Plaintiff-Intervenor,*
                                            *Cahuilla Band of Indians*
25

26

27

28

                                        3                         Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                        WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                     P.O. Box 1483
3  2030 Addison Street, Suite 410                     Corrales, NM 87049
   Berkeley, CA 94704                                 Tel: 505/899-7994
4  Tel: 510/548-7070                                  Fax: 505/899-7972
   Fax: 510/548-7080                                  E-mail:
5  E-mail: cberkey@abwwlaw.com                        swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*               *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11

12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                        UNITED STATES DISTRICT COURT

15                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17                  Plaintiff,           )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                       ) **SERVICE OF SUMMONS**
                    Plaintiff-Intervenors,)
20  v.                                   )
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22                  Defendants.          )

23  To:    RAY BERGMAN

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                        Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23       **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008           ALEXANDER, BERKEY, WILLIAMS &
                                 WEATHERS LLP

9

10

11                           By: s/Curtis Berkey
                               Curtis G. Berkey

12                               Scott W. Williams
                               2030 Addison Street, Suite 410

13                               Berkeley, California 94704
                               Tel: 510/548-7070

14                               Fax: 510/548-7080
                               E-mail: cberkey@abwwlaw.com

15                               E-mail: swilliams@abwwlaw.com

16                               *Attorneys for Plaintiff-Intervenor,*
                               *Ramona Band of Cahuilla*

17

18                         WILLIAMS & WORKS, P.A.

19

20                         By: s/Susan M. Williams
                               Susan M. Williams (Pro Hac Vice)

21                               Sarah S. Works (Pro Hac Vice)
                               P.O. Box 1483

22                               Corrales, NM 87049
                               Tel: 505/899-7994

23                               Fax: 505/899-7972
                               E-mail: swilliams@williamsandworks.net

24                               *Attorneys for Plaintiff-Intervenor,*
                               *Cahuilla Band of Indians*

25

26

27

28

1    Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2    ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                                    P.O. Box 1483
3    2030 Addison Street, Suite 410                    Corrales, NM 87049
     Berkeley, CA 94704                                Tel: 505/899-7994
4    Tel: 510/548-7070                                 Fax: 505/899-7972
     Fax: 510/548-7080                                 E-mail:
5    E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
     *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7    *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9    169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11

12   *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                          )
17                   Plaintiff,           )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                     Plaintiff-Intervenors, )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22                   Defendants.          )

23   To:    EDWARD BERLIN

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                             Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1 | the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2 | single response to both or a separate response to each.

3 |       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4 | summons and complaint served on you.  And we may ask the court to require you or the entity

5 | you represent, to pay the expenses of making service.

6 |       We certify that this request is being sent to you on March 26, 2008.

7

8 | Dated: March 26, 2008             ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP

9

10

11 | By: s/Curtis Berkey
     Curtis G. Berkey

12 |      Scott W. Williams
     2030 Addison Street, Suite 410

13 |      Berkeley, California 94704
     Tel: 510/548-7070

14 |      Fax: 510/548-7080
     E-mail: cberkey@abwwlaw.com

15 |      E-mail: swilliams@abwwlaw.com

16 |      *Attorneys for Plaintiff-Intervenor,*
     *Ramona Band of Cahuilla*

17

18 | WILLIAMS & WORKS, P.A.

19

20 | By: s/Susan M. Williams
     Susan M. Williams (Pro Hac Vice)

21 |      Sarah S. Works (Pro Hac Vice)
     P.O. Box 1483

22 |      Corrales, NM 87049
     Tel: 505/899-7994

23 |      Fax: 505/899-7972
     E-mail: swilliams@williamsandworks.net

24 |      *Attorneys for Plaintiff-Intervenor,*
     *Cahuilla Band of Indians*

25

26

27

28

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   EDMUND BERTA AND MARY BERTA LIVING TRUST

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008          ALEXANDER, BERKEY, WILLIAMS &

9                             WEATHERS LLP

10

11  By: s/Curtis Berkey
       Curtis G. Berkey

12         Scott W. Williams
       2030 Addison Street, Suite 410

13         Berkeley, California 94704
       Tel: 510/548-7070

14         Fax: 510/548-7080
       E-mail: cberkey@abwwlaw.com

15         E-mail: swilliams@abwwlaw.com

16         *Attorneys for Plaintiff-Intervenor,*
       *Ramona Band of Cahuilla*

17

18  WILLIAMS & WORKS, P.A.

19

20  By: s/Susan M. Williams
       Susan M. Williams (Pro Hac Vice)

21         Sarah S. Works (Pro Hac Vice)
       P.O. Box 1483

22         Corrales, NM 87049
       Tel: 505/899-7994

23         Fax: 505/899-7972
       E-mail: swilliams@williamsandworks.net

24         *Attorneys for Plaintiff-Intervenor,*
       *Cahuilla Band of Indians*

25

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                      P.O. Box 1483
3   2030 Addison Street, Suite 410                      Corrales, NM 87049
    Berkeley, CA 94704                                  Tel: 505/899-7994
4   Tel: 510/548-7070                                   Fax: 505/899-7972
    Fax: 510/548-7080                                   E-mail:
5   E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13

14                  UNITED STATES DISTRICT COURT

15            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17            Plaintiff,                    )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA       ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                        ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,        )
20  v.                                      )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
                                           )
22            Defendants.                   )

23  To:   RONALD BESHK

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                            Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2   States District Court for the Southern District of California.  A copy of each of the complaints is
3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4   development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6   party to this case because, according to land title and court records, you are a successor to a
7   landowner on the original list compiled by the court when part of the case was adjudicated in the
8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the
15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10
                                            By: s/Curtis Berkey
11                                              Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15
                                                *Attorneys for Plaintiff-Intervenor,*
16                                              *Ramona Band of Cahuilla*

17

18                                          WILLIAMS & WORKS, P.A.

19

20                                          By: s/Susan M. Williams
                                                Susan M. Williams (Pro Hac Vice)
21                                              Sarah S. Works (Pro Hac Vice)
                                                P.O. Box 1483
22                                              Corrales, NM 87049
                                                Tel: 505/899-7994
23                                              Fax: 505/899-7972
                                                E-mail: swilliams@williamsandworks.net
24
                                                *Attorneys for Plaintiff-Intervenor,*
25                                              *Cahuilla Band of Indians*

26

27

28


                                             3                          Case No.: 05cv1247

| | |
|---|---|
| Curtis G. Berkey (CA State Bar No. 195485) | Susan M. Williams (Pro Hac Vice) |
| Scott W. Williams (CA State Bar No. 097966) | Sarah S. Works (Pro Hac Vice) |
| ALEXANDER, BERKEY, WILLIAMS | WILLIAMS & WORKS, P.A. |
| & WEATHERS LLP | P.O. Box 1483 |
| 2030 Addison Street, Suite 410 | Corrales, NM 87049 |
| Berkeley, CA 94704 | Tel: 505/899-7994 |
| Tel: 510/548-7070 | Fax: 505/899-7972 |
| Fax: 510/548-7080 | E-mail: |
| E-mail: cberkey@abwwlaw.com | swilliams@williamsandworks.net |
| E-mail: swilliams@abwwlaw.com | |

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   SHIRLEY BILLS

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008                  ALEXANDER, BERKEY, WILLIAMS &
                                       WEATHERS LLP


                                       By: s/Curtis Berkey
                                          Curtis G. Berkey
                                          Scott W. Williams
                                          2030 Addison Street, Suite 410
                                          Berkeley, California 94704
                                          Tel: 510/548-7070
                                          Fax: 510/548-7080
                                          E-mail: cberkey@abwwlaw.com
                                          E-mail: swilliams@abwwlaw.com

                                          *Attorneys for Plaintiff-Intervenor,*
                                          *Ramona Band of Cahuilla*


                                       WILLIAMS & WORKS, P.A.


                                       By: s/Susan M. Williams
                                          Susan M. Williams (Pro Hac Vice)
                                          Sarah S. Works (Pro Hac Vice)
                                          P.O. Box 1483
                                          Corrales, NM 87049
                                          Tel: 505/899-7994
                                          Fax: 505/899-7972
                                          E-mail: swilliams@williamsandworks.net

                                          *Attorneys for Plaintiff-Intervenor,*
                                          *Cahuilla Band of Indians*

Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13

14                  UNITED STATES DISTRICT COURT

15             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,                ) CIVIL NO.: 1247-SD-C
                                             )
17                     Plaintiff,            )
                                             )
18  RAMONA BAND OF CAHUILLA, CAHUILLA        ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                         ) **REQUEST FOR WAIVER OF**
19                                           ) **SERVICE OF SUMMONS**
                   Plaintiff-Intervenors,    )
20  v.                                       )
                                             )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,)
                                             )
22                     Defendants.           )

23  To:    ASCHEMEYER FAMILY TRUST

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP


By: s/Curtis Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*


WILLIAMS & WORKS, P.A.


By: s/Susan M. Williams
    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    P.O. Box 1483
    Corrales, NM 87049
    Tel: 505/899-7994
    Fax: 505/899-7972
    E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     OSCAR ATIENZA

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                              Curtis G. Berkey
                                              Scott W. Williams
                                              2030 Addison Street, Suite 410
                                              Berkeley, California 94704
                                              Tel: 510/548-7070
                                              Fax: 510/548-7080
                                              E-mail: cberkey@abwwlaw.com
                                              E-mail: swilliams@abwwlaw.com

                                              *Attorneys for Plaintiff-Intervenor,
                                              Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                              Susan M. Williams (Pro Hac Vice)
                                              Sarah S. Works (Pro Hac Vice)
                                              P.O. Box 1483
                                              Corrales, NM 87049
                                              Tel: 505/899-7994
                                              Fax: 505/899-7972
                                              E-mail: swilliams@williamsandworks.net

                                              *Attorneys for Plaintiff-Intervenor,
                                              Cahuilla Band of Indians*

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    EDWIN D. AUSTIN

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11  By: s/Curtis Berkey
        Curtis G. Berkey
12      Scott W. Williams
        2030 Addison Street, Suite 410
13      Berkeley, California 94704
        Tel: 510/548-7070
14      Fax: 510/548-7080
        E-mail: cberkey@abwwlaw.com
15      E-mail: swilliams@abwwlaw.com

16      *Attorneys for Plaintiff-Intervenor,*
        *Ramona Band of Cahuilla*
17

18  WILLIAMS & WORKS, P.A.

19

20  By: s/Susan M. Williams
        Susan M. Williams (Pro Hac Vice)
21      Sarah S. Works (Pro Hac Vice)
        P.O. Box 1483
22      Corrales, NM 87049
        Tel: 505/899-7994
23      Fax: 505/899-7972
        E-mail: swilliams@williamsandworks.net
24
        *Attorneys for Plaintiff-Intervenor,*
25      *Cahuilla Band of Indians*

26

27

28

                        3                          Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                       P.O. Box 1483
3   2030 Addison Street, Suite 410                       Corrales, NM 87049
    Berkeley, CA 94704                                   Tel: 505/899-7994
4   Tel: 510/548-7070                                    Fax: 505/899-7972
    Fax: 510/548-7080                                    E-mail:
5   E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*
13

14                      UNITED STATES DISTRICT COURT

15                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                  Plaintiff,             )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                    Plaintiff-Intervenors, )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                  Defendants.            )

23  To:     AWESOME OIL

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23       **What happens next?**

24         If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17                                           WILLIAMS & WORKS, P.A.

18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28


                                        3                          Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     ROBERT BAERTSCHIGER

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14 from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15 signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16 returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17 the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18 records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20 waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21 carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 forth on the bottom of the waiver form.

23   **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25 as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10                                          By: s/Curtis Berkey_____
11                                              Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15
                                                *Attorneys for Plaintiff-Intervenor,*
16                                              *Ramona Band of Cahuilla*

17                                          WILLIAMS & WORKS, P.A.

18

19
                                            By: s/Susan M. Williams_____
20                                              Susan M. Williams (Pro Hac Vice)
                                                Sarah S. Works (Pro Hac Vice)
21                                              P.O. Box 1483
                                                Corrales, NM 87049
22                                              Tel: 505/899-7994
                                                Fax: 505/899-7972
23                                              E-mail: swilliams@williamsandworks.net

24                                              *Attorneys for Plaintiff-Intervenor,*
                                                *Cahuilla Band of Indians*
25

26

27

28

                                        3                          Case No.: 05cv1247

1    Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2    ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                                    P.O. Box 1483
3    2030 Addison Street, Suite 410                    Corrales, NM 87049
     Berkeley, CA 94704                                Tel: 505/899-7994
4    Tel: 510/548-7070                                 Fax: 505/899-7972
     Fax: 510/548-7080                                 E-mail:
5    E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
     *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7    *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9    169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11
     *Attorneys for Plaintiff-Intervenor*
12   *Cahuilla Band of Indians*

13

14                       UNITED STATES DISTRICT COURT

15                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                            )
17                      Plaintiff,          )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
                   Plaintiff-Intervenors,   )
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
                                            )
22                      Defendants.         )

23

24   To:    CHARLES BAILEY

25          **Why are you getting this?**

26          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

27   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

28   their present and future needs on their reservations.  The claims have been filed in the case known

     as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14 from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15 <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16 returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17 the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18 records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20 waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21 carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 forth on the bottom of the waiver form.

23 **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25 as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27 complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28 response to both or a separate response to each.

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10
                                            By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                            WILLIAMS & WORKS, P.A.
18

19
                                            By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                       P.O. Box 1483
3   2030 Addison Street, Suite 410                       Corrales, NM 87049
    Berkeley, CA 94704                                   Tel: 505/899-7994
4   Tel: 510/548-7070                                    Fax: 505/899-7972
    Fax: 510/548-7080                                    E-mail:
5   E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                      UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                    Plaintiff,           )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                      Plaintiff-Intervenors,)
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,)
                                           )
22                    Defendants.          )

23  To:    JIMMY BAKER

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19

20                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                                        3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                    P.O. Box 1483
3   2030 Addison Street, Suite 410                    Corrales, NM 87049
    Berkeley, CA 94704                                Tel: 505/899-7994
4   Tel: 510/548-7070                                 Fax: 505/899-7972
    Fax: 510/548-7080                                 E-mail:
5   E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                  UNITED STATES DISTRICT COURT

15             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17              Plaintiff,               )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                       ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,   )
20  v.                                   )
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22              Defendants.              )

23  To:    KIUMARS BAKSHANDEH

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24         If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008           ALEXANDER, BERKEY, WILLIAMS &
                              WEATHERS LLP

9

10

11                           By: s/Curtis Berkey
                           Curtis G. Berkey
12                              Scott W. Williams
                           2030 Addison Street, Suite 410
13                              Berkeley, California 94704
                           Tel: 510/548-7070
14                              Fax: 510/548-7080
                           E-mail: cberkey@abwwlaw.com
15                              E-mail: swilliams@abwwlaw.com

16                           *Attorneys for Plaintiff-Intervenor,*
                        *Ramona Band of Cahuilla*

17

18                         WILLIAMS & WORKS, P.A.

19

20                           By: s/Susan M. Williams
                           Susan M. Williams (Pro Hac Vice)
21                              Sarah S. Works (Pro Hac Vice)
                           P.O. Box 1483
22                              Corrales, NM 87049
                           Tel: 505/899-7994
23                              Fax: 505/899-7972
                           E-mail: swilliams@williamsandworks.net

24                           *Attorneys for Plaintiff-Intervenor,*
                        *Cahuilla Band of Indians*

25

26

27

28

                                 3                                      Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     LIONEL BALCOM

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23       **What happens next?**

24          If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                      WEATHERS LLP
9

10

11                                 By: s/Curtis Berkey
                                       Curtis G. Berkey
12                                     Scott W. Williams
                                       2030 Addison Street, Suite 410
13                                     Berkeley, California 94704
                                       Tel: 510/548-7070
14                                     Fax: 510/548-7080
                                       E-mail: cberkey@abwwlaw.com
15                                     E-mail: swilliams@abwwlaw.com

16                                 *Attorneys for Plaintiff-Intervenor,*
                                   *Ramona Band of Cahuilla*
17

18                                 WILLIAMS & WORKS, P.A.

19

20                                 By: s/Susan M. Williams
                                       Susan M. Williams (Pro Hac Vice)
21                                     Sarah S. Works (Pro Hac Vice)
                                       P.O. Box 1483
22                                     Corrales, NM 87049
                                       Tel: 505/899-7994
23                                     Fax: 505/899-7972
                                       E-mail: swilliams@williamsandworks.net
24
                                   *Attorneys for Plaintiff-Intervenor,*
25                                 *Cahuilla Band of Indians*

26

27

28

                                        3                        Case No.: 05cv1247

1    Curtis G. Berkey (CA State Bar No. 195485)
     Scott W. Williams (CA State Bar No. 097966)
2    ALEXANDER, BERKEY, WILLIAMS
     & WEATHERS LLP
3    2030 Addison Street, Suite 410
     Berkeley, CA 94704
4    Tel: 510/548-7070
     Fax: 510/548-7080
5    E-mail: cberkey@abwwlaw.com
     E-mail: swilliams@abwwlaw.com
6
     *Attorneys for Plaintiff-Intervenor*
7    *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
9    COAST LAW GROUP LLP
     169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11

12   *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

          Susan M. Williams (Pro Hac Vice)
          Sarah S. Works (Pro Hac Vice)
          WILLIAMS & WORKS, P.A.
          P.O. Box 1483
          Corrales, NM 87049
          Tel: 505/899-7994
          Fax: 505/899-7972
          E-mail:
          swilliams@williamsandworks.net

          *Attorneys for Plaintiff-Intervenor*
          *Cahuilla Band of Indians*

13

14              UNITED STATES DISTRICT COURT

15        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                          )
17                    Plaintiff,          )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                 Plaintiff-Intervenors,   )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22                    Defendants.         )

23   To:    MARCELINA BALDEN

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008           ALEXANDER, BERKEY, WILLIAMS &
                                  WEATHERS LLP

9

10

                                 By: s/Curtis Berkey

11                                   Curtis G. Berkey
                                 Scott W. Williams

12                                   2030 Addison Street, Suite 410
                                 Berkeley, California 94704

13                                   Tel: 510/548-7070
                                 Fax: 510/548-7080

14                                   E-mail: cberkey@abwwlaw.com
                                 E-mail: swilliams@abwwlaw.com

15

16                                   *Attorneys for Plaintiff-Intervenor,*
                                 *Ramona Band of Cahuilla*

17

18                                 WILLIAMS & WORKS, P.A.

19

20                                   By: s/Susan M. Williams
                                 Susan M. Williams (Pro Hac Vice)

21                                   Sarah S. Works (Pro Hac Vice)
                                 P.O. Box 1483

22                                   Corrales, NM 87049
                                 Tel: 505/899-7994

23                                   Fax: 505/899-7972
                                 E-mail: swilliams@williamsandworks.net

24                                   *Attorneys for Plaintiff-Intervenor,*
                                 *Cahuilla Band of Indians*

25

26

27

28

1    Curtis G. Berkey (CA State Bar No. 195485)       Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)      Sarah S. Works (Pro Hac Vice)
2    ALEXANDER, BERKEY, WILLIAMS                      WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                                   P.O. Box 1483
3    2030 Addison Street, Suite 410                   Corrales, NM 87049
     Berkeley, CA 94704                               Tel: 505/899-7994
4    Tel: 510/548-7070                                Fax: 505/899-7972
     Fax: 510/548-7080                                E-mail:
5    E-mail: cberkey@abwwlaw.com                      swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
     *Attorneys for Plaintiff-Intervenor*             *Cahuilla Band of Indians*
7    *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9    169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11
     *Attorneys for Plaintiff-Intervenor*
12   *Cahuilla Band of Indians*

13

14                      UNITED STATES DISTRICT COURT

15               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                            )
17                     Plaintiff,           )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
                       Plaintiff-Intervenors, )
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                            )
22                     Defendants.          )

23   To:    JOHN C. BALOUGH AND SIMONE BALOUGH

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                      Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008          ALEXANDER, BERKEY, WILLIAMS &
                              WEATHERS LLP

9

10

11             By: s/Curtis Berkey
                    Curtis G. Berkey

12                       Scott W. Williams
                    2030 Addison Street, Suite 410

13                       Berkeley, California 94704
                    Tel: 510/548-7070

14                       Fax: 510/548-7080
                    E-mail: cberkey@abwwlaw.com

15                       E-mail: swilliams@abwwlaw.com

16                       *Attorneys for Plaintiff-Intervenor,*
                    *Ramona Band of Cahuilla*

17

18             WILLIAMS & WORKS, P.A.

19

20             By: s/Susan M. Williams
                    Susan M. Williams (Pro Hac Vice)

21                       Sarah S. Works (Pro Hac Vice)
                    P.O. Box 1483

22                       Corrales, NM 87049
                    Tel: 505/899-7994

23                       Fax: 505/899-7972
                    E-mail: swilliams@williamsandworks.net

24                       *Attorneys for Plaintiff-Intervenor,*
                    *Cahuilla Band of Indians*

25

26

27

28

                                  3                              Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   BANK OF NEW YORK C/O COUNTRYWIDE HOME LOANS

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1 | *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2 | States District Court for the Southern District of California.  A copy of each of the complaints is

3 | enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4 | development and use of water in the area.

5 |       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6 | party to this case because, according to land title and court records, you are a successor to a

7 | landowner on the original list compiled by the court when part of the case was adjudicated in the

8 | 1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9 | adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 | hold water rights under the court's prior judgments.

11 |       This Notice is not a summons or official notification from the federal court.  It is a request

12 | that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 | enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14 | from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15 | signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16 | returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17 | the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18 | records.  If you own your property with another person or entity, signatures of both are required.

19 |       You may be assessed the expenses of service of the summons if you fail to return the signed

20 | waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21 | carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 | forth on the bottom of the waiver form.

23 | **What happens next?**

24 |       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25 | as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 | you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27 |

28 |

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3   　　　　If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6   　　　　We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008　　　　　　　　ALEXANDER, BERKEY, WILLIAMS &
9   　　　　　　　　　　　　　　　　　　　　WEATHERS LLP

10

11   　　　　　　　　　　　　　　　　By: s/Curtis Berkey
　　　　　　　　　　　　　　　　　　　　Curtis G. Berkey
12   　　　　　　　　　　　　　　　　　　Scott W. Williams
　　　　　　　　　　　　　　　　　　　　2030 Addison Street, Suite 410
13   　　　　　　　　　　　　　　　　　　Berkeley, California 94704
　　　　　　　　　　　　　　　　　　　　Tel: 510/548-7070
14   　　　　　　　　　　　　　　　　　　Fax: 510/548-7080
　　　　　　　　　　　　　　　　　　　　E-mail: cberkey@abwwlaw.com
15   　　　　　　　　　　　　　　　　　　E-mail: swilliams@abwwlaw.com

16   　　　　　　　　　　　　　　　　*Attorneys for Plaintiff-Intervenor,*
　　　　　　　　　　　　　　　　　　　　*Ramona Band of Cahuilla*
17

18   　　　　　　　　　　　　　　　　WILLIAMS & WORKS, P.A.

19

20   　　　　　　　　　　　　　　　　By: s/Susan M. Williams
　　　　　　　　　　　　　　　　　　　　Susan M. Williams (Pro Hac Vice)
21   　　　　　　　　　　　　　　　　　　Sarah S. Works (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　P.O. Box 1483
22   　　　　　　　　　　　　　　　　　　Corrales, NM 87049
　　　　　　　　　　　　　　　　　　　　Tel: 505/899-7994
23   　　　　　　　　　　　　　　　　　　Fax: 505/899-7972
　　　　　　　　　　　　　　　　　　　　E-mail: swilliams@williamsandworks.net
24
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff-Intervenor,*
25   　　　　　　　　　　　　　　　　*Cahuilla Band of Indians*

26

27

28

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** |
| | ) **REQUEST FOR WAIVER OF** |
| | ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   CATARINO BARAJAS

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23      **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP


By: s/Curtis Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*


WILLIAMS & WORKS, P.A.


By: s/Susan M. Williams
    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    P.O. Box 1483
    Corrales, NM 87049
    Tel: 505/899-7994
    Fax: 505/899-7972
    E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     GRACE BARNABA

**Why are you getting this?**

   The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C.  It is being heard by the United
2   States District Court for the Southern District of California.  A copy of each of the complaints is
3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4   development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6   party to this case because, according to land title and court records, you are a successor to a
7   landowner on the original list compiled by the court when part of the case was adjudicated in the
8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10   hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request
12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>
15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in
16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18   records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed
20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21   carefully the statement concerning the duty of parties to waive service of the summons, which is set
22   forth on the bottom of the waiver form.

23   **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25   as if you had been served on the date the waiver is filed, but no summons will be served on you and
26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27   complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single
28   response to both or a separate response to each.

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3            If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6            We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                      By: s/Curtis Berkey
11                                        Curtis G. Berkey
                                          Scott W. Williams
12                                        2030 Addison Street, Suite 410
                                          Berkeley, California 94704
13                                        Tel: 510/548-7070
                                          Fax: 510/548-7080
14                                        E-mail: cberkey@abwwlaw.com
                                          E-mail: swilliams@abwwlaw.com
15
                                          *Attorneys for Plaintiff-Intervenor,*
16                                        *Ramona Band of Cahuilla*

17
                                      WILLIAMS & WORKS, P.A.
18

19
                                      By: s/Susan M. Williams
20                                        Susan M. Williams (Pro Hac Vice)
                                          Sarah S. Works (Pro Hac Vice)
21                                        P.O. Box 1483
                                          Corrales, NM 87049
22                                        Tel: 505/899-7994
                                          Fax: 505/899-7972
23                                        E-mail: swilliams@williamsandworks.net

24                                        *Attorneys for Plaintiff-Intervenor,*
                                          *Cahuilla Band of Indians*
25

26

27

28


                                      3                          Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)     Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)    Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS         WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                     P.O. Box 1483
3   2030 Addison Street, Suite 410          Corrales, NM 87049
     Berkeley, CA 94704                 Tel: 505/899-7994
4   Tel: 510/548-7070                   Fax: 505/899-7972
     Fax: 510/548-7080                  E-mail:
5   E-mail: cberkey@abwwlaw.com        swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6

7   *Attorneys for Plaintiff-Intervenor*          *Attorneys for Plaintiff-Intervenor*
     *Ramona Band of Cahuilla*                *Cahuilla Band of Indians*

8   Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11

12   *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

13

14 UNITED STATES DISTRICT COURT

15 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,       ) CIVIL NO.: 1247-SD-C

17             Plaintiff,               )

18   RAMONA BAND OF CAHUILLA, CAHUILLA   ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,             ) **REQUEST FOR WAIVER OF**

19                      ) **SERVICE OF SUMMONS**
            Plaintiff-Intervenors,       )

20   v.                            )

21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,   )

22             Defendants.           )

23   To:     BARNETT FAMILY TRUST

24       **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP
9

10

11                                       By: s/Curtis Berkey
                                            Curtis G. Berkey
12                                          Scott W. Williams
                                            2030 Addison Street, Suite 410
13                                          Berkeley, California 94704
                                            Tel: 510/548-7070
14                                          Fax: 510/548-7080
                                            E-mail: cberkey@abwwlaw.com
15                                          E-mail: swilliams@abwwlaw.com

16                                          *Attorneys for Plaintiff-Intervenor,*
                                            *Ramona Band of Cahuilla*
17

18                                       WILLIAMS & WORKS, P.A.

19

20                                       By: s/Susan M. Williams
                                            Susan M. Williams (Pro Hac Vice)
21                                          Sarah S. Works (Pro Hac Vice)
                                            P.O. Box 1483
22                                          Corrales, NM 87049
                                            Tel: 505/899-7994
23                                          Fax: 505/899-7972
                                            E-mail: swilliams@williamsandworks.net
24
                                            *Attorneys for Plaintiff-Intervenor,*
25                                          *Cahuilla Band of Indians*

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                      P.O. Box 1483
3   2030 Addison Street, Suite 410                      Corrales, NM 87049
    Berkeley, CA 94704                                  Tel: 505/899-7994
4   Tel: 510/548-7070                                   Fax: 505/899-7972
    Fax: 510/548-7080                                   E-mail:
5   E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*               *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                  UNITED STATES DISTRICT COURT

15           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                  Plaintiff,             )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                    Plaintiff-Intervenors, )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                  Defendants.            )

23  To:    RUTH BARNETT

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10

11                                            By: s/Curtis Berkey
                                                  Curtis G. Berkey
12                                                Scott W. Williams
                                                  2030 Addison Street, Suite 410
13                                                Berkeley, California 94704
                                                  Tel: 510/548-7070
14                                                Fax: 510/548-7080
                                                  E-mail: cberkey@abwwlaw.com
15                                                E-mail: swilliams@abwwlaw.com

16                                                *Attorneys for Plaintiff-Intervenor,*
                                                  *Ramona Band of Cahuilla*
17

18                                            WILLIAMS & WORKS, P.A.

19

20                                            By: s/Susan M. Williams
                                                  Susan M. Williams (Pro Hac Vice)
21                                                Sarah S. Works (Pro Hac Vice)
                                                  P.O. Box 1483
22                                                Corrales, NM 87049
                                                  Tel: 505/899-7994
23                                                Fax: 505/899-7972
                                                  E-mail: swilliams@williamsandworks.net
24
                                                  *Attorneys for Plaintiff-Intervenor,*
25                                                *Cahuilla Band of Indians*

26

27

28

                                      3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)       Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)      Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                    P.O. Box 1483
3   2030 Addison Street, Suite 410                   Corrales, NM 87049
    Berkeley, CA 94704                                Tel: 505/899-7994
4   Tel: 510/548-7070                                Fax: 505/899-7972
    Fax: 510/548-7080                                E-mail:
5   E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*             *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
9   COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                      UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,           ) CIVIL NO.: 1247-SD-C
                                          )
17                    Plaintiff,          )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                      Plaintiff-Intervenors, )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22                    Defendants.         )

23   To:    DIANE R. BARRON TRUST

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

                                                      Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

    If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

    We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                     WEATHERS LLP


                                     By: s/Curtis Berkey
                                         Curtis G. Berkey
                                         Scott W. Williams
                                         2030 Addison Street, Suite 410
                                         Berkeley, California 94704
                                         Tel: 510/548-7070
                                         Fax: 510/548-7080
                                         E-mail: cberkey@abwwlaw.com
                                         E-mail: swilliams@abwwlaw.com

                                         *Attorneys for Plaintiff-Intervenor,*
                                         *Ramona Band of Cahuilla*


                                     WILLIAMS & WORKS, P.A.


                                     By: s/Susan M. Williams
                                         Susan M. Williams (Pro Hac Vice)
                                         Sarah S. Works (Pro Hac Vice)
                                         P.O. Box 1483
                                         Corrales, NM 87049
                                         Tel: 505/899-7994
                                         Fax: 505/899-7972
                                         E-mail: swilliams@williamsandworks.net

                                         *Attorneys for Plaintiff-Intervenor,*
                                         *Cahuilla Band of Indians*

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** |
| | ) **REQUEST FOR WAIVER OF** |
| | ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    B. BARTHOLOMEW

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                            Curtis G. Berkey
                                            Scott W. Williams
                                            2030 Addison Street, Suite 410
                                            Berkeley, California 94704
                                            Tel: 510/548-7070
                                            Fax: 510/548-7080
                                            E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com

                                            *Attorneys for Plaintiff-Intervenor,*
                                            *Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                            Susan M. Williams (Pro Hac Vice)
                                            Sarah S. Works (Pro Hac Vice)
                                            P.O. Box 1483
                                            Corrales, NM 87049
                                            Tel: 505/899-7994
                                            Fax: 505/899-7972
                                            E-mail: swilliams@williamsandworks.net

                                            *Attorneys for Plaintiff-Intervenor,*
                                            *Cahuilla Band of Indians*

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

   Susan M. Williams (Pro Hac Vice)
   Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
   P.O. Box 1483
   Corrales, NM 87049
   Tel: 505/899-7994
   Fax: 505/899-7972
   E-mail:
   swilliams@williamsandworks.net

   *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

8  Marco Gonzales (CA State Bar No. 190832)
9  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
10 Encinitas, CA 92024
   Tel: 760/942-8505
11 Fax: 760/942-8515

12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,          ) CIVIL NO.: 1247-SD-C
                                      )
17            Plaintiff,              )
                                      )
18 RAMONA BAND OF CAHUILLA, CAHUILLA  ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                   ) **REQUEST FOR WAIVER OF**
19                                    ) **SERVICE OF SUMMONS**
            Plaintiff-Intervenors,    )
20 v.                                 )
                                      )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                      )
22            Defendants.             )
                                      )

23 To:    ARTHUR BATES

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                        Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23      **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                       WEATHERS LLP
9

10                                     By: s/Curtis Berkey
11                                         Curtis G. Berkey
                                           Scott W. Williams
12                                         2030 Addison Street, Suite 410
                                           Berkeley, California 94704
13                                         Tel: 510/548-7070
                                           Fax: 510/548-7080
14                                         E-mail: cberkey@abwwlaw.com
                                           E-mail: swilliams@abwwlaw.com
15
                                       *Attorneys for Plaintiff-Intervenor,*
16                                     *Ramona Band of Cahuilla*

17
                                       WILLIAMS & WORKS, P.A.
18

19
                                       By: s/Susan M. Williams
20                                         Susan M. Williams (Pro Hac Vice)
                                           Sarah S. Works (Pro Hac Vice)
21                                         P.O. Box 1483
                                           Corrales, NM 87049
22                                         Tel: 505/899-7994
                                           Fax: 505/899-7972
23                                         E-mail: swilliams@williamsandworks.net

24                                     *Attorneys for Plaintiff-Intervenor,*
                                       *Cahuilla Band of Indians*
25

26

27

28

1  Curtis G. Berkey (CA State Bar No. 195485)         Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)        Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                      P.O. Box 1483
3  2030 Addison Street, Suite 410                      Corrales, NM 87049
   Berkeley, CA 94704                                  Tel: 505/899-7994
4  Tel: 510/548-7070                                   Fax: 505/899-7972
   Fax: 510/548-7080                                   E-mail:
5  E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*                *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                        )
17           Plaintiff,                 )
                                        )
18 RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                      ) **SERVICE OF SUMMONS**
             Plaintiff-Intervenors,     )
20 v.                                   )
                                        )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                        )
22           Defendants.                )

23

24 To:   DEMETRIO BAZAN

25       **Why are you getting this?**

26       The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

27 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

28 their present and future needs on their reservations.  The claims have been filed in the case known

   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United
2   States District Court for the Southern District of California. A copy of each of the complaints is
3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing
4   development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6   party to this case because, according to land title and court records, you are a successor to a
7   landowner on the original list compiled by the court when part of the case was adjudicated in the
8   1960s. The records show that you (or that entity) own land which overlies groundwater or is
9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the
15  signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send
17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your
18  records. If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23      **What happens next?**

24      If you return the signed waiver, we will file it with the court. This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27  complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single
28  response to both or a separate response to each.

2

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                  ALEXANDER, BERKEY, WILLIAMS &
                                           WEATHERS LLP
9

10                                  By: s/Curtis Berkey
11                                     Curtis G. Berkey
                                       Scott W. Williams
12                                     2030 Addison Street, Suite 410
                                       Berkeley, California 94704
13                                     Tel: 510/548-7070
                                       Fax: 510/548-7080
14                                     E-mail: cberkey@abwwlaw.com
                                       E-mail: swilliams@abwwlaw.com
15
                                       *Attorneys for Plaintiff-Intervenor,*
16                                     *Ramona Band of Cahuilla*

17                                  WILLIAMS & WORKS, P.A.
18

19
                                    By: s/Susan M. Williams
20                                     Susan M. Williams (Pro Hac Vice)
                                       Sarah S. Works (Pro Hac Vice)
21                                     P.O. Box 1483
                                       Corrales, NM 87049
22                                     Tel: 505/899-7994
                                       Fax: 505/899-7972
23                                     E-mail: swilliams@williamsandworks.net

24                                     *Attorneys for Plaintiff-Intervenor,*
25                                     *Cahuilla Band of Indians*

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                        WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                    P.O. Box 1483
3   2030 Addison Street, Suite 410                    Corrales, NM 87049
    Berkeley, CA 94704                                Tel: 505/899-7994
4   Tel: 510/548-7070                                 Fax: 505/899-7972
    Fax: 510/548-7080                                 E-mail:
5   E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                     *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                          UNITED STATES DISTRICT COURT

15                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17            Plaintiff,                    )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                        ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,        )
20  v.                                      )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22            Defendants.                   )
                                           )

23  To:    BENTLEY BEAL AND EVELYN BEAL FAMILY TRUST

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United
2  States District Court for the Southern District of California. A copy of each of the complaints is
3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5    The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s. The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11    This Notice is not a summons or official notification from the federal court. It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the
15  signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send
17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your
18  records. If you own your property with another person or entity, signatures of both are required.

19    You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23    **What happens next?**

24    If you return the signed waiver, we will file it with the court. This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27  complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single
28  response to both or a separate response to each.

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                             By: s/Curtis Berkey_____
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams_____
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11

12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                   Plaintiff,            )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                     Plaintiff-Intervenors, )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                   Defendants.           )

23  To:   PATRICIA J. BEALL REVOBACLE LIVING TRUST

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                      WEATHERS LLP
9

10                                    By: s/Curtis Berkey
11                                        Curtis G. Berkey
                                          Scott W. Williams
12                                        2030 Addison Street, Suite 410
                                          Berkeley, California 94704
13                                        Tel: 510/548-7070
                                          Fax: 510/548-7080
14                                        E-mail: cberkey@abwwlaw.com
                                          E-mail: swilliams@abwwlaw.com
15
                                          *Attorneys for Plaintiff-Intervenor,*
16                                        *Ramona Band of Cahuilla*

17
                                      WILLIAMS & WORKS, P.A.
18

19
                                      By: s/Susan M. Williams
20                                        Susan M. Williams (Pro Hac Vice)
                                          Sarah S. Works (Pro Hac Vice)
21                                        P.O. Box 1483
                                          Corrales, NM 87049
22                                        Tel: 505/899-7994
                                          Fax: 505/899-7972
23                                        E-mail: swilliams@williamsandworks.net

24                                        *Attorneys for Plaintiff-Intervenor,*
25                                        *Cahuilla Band of Indians*

26

27

28

                                          3                          Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS LLP
3   2030 Addison Street, Suite 410
    Berkeley, CA 94704
4   Tel: 510/548-7070
    Fax: 510/548-7080
5   E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
6
    *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    WILLIAMS & WORKS, P.A.
    P.O. Box 1483
    Corrales, NM 87049
    Tel: 505/899-7994
    Fax: 505/899-7972
    E-mail:
    swilliams@williamsandworks.net

    *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                          )
17              Plaintiff,                )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,    )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22              Defendants.               )

23   To:    PATRICIA BEALL

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23     **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1   the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you. And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                  ALEXANDER, BERKEY, WILLIAMS &
                                           WEATHERS LLP
9

10

11                                         By: s/Curtis Berkey
                                              Curtis G. Berkey
                                              Scott W. Williams
12                                            2030 Addison Street, Suite 410
                                              Berkeley, California 94704
13                                            Tel: 510/548-7070
                                              Fax: 510/548-7080
14                                            E-mail: cberkey@abwwlaw.com
                                              E-mail: swilliams@abwwlaw.com
15
                                              *Attorneys for Plaintiff-Intervenor,*
16                                            *Ramona Band of Cahuilla*

17
                                           WILLIAMS & WORKS, P.A.
18

19

20                                         By: s/Susan M. Williams
                                              Susan M. Williams (Pro Hac Vice)
21                                            Sarah S. Works (Pro Hac Vice)
                                              P.O. Box 1483
22                                            Corrales, NM 87049
                                              Tel: 505/899-7994
23                                            Fax: 505/899-7972
                                              E-mail: swilliams@williamsandworks.net
24
                                              *Attorneys for Plaintiff-Intervenor,*
25                                            *Cahuilla Band of Indians*

26

27

28

                              3                          Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

   Susan M. Williams (Pro Hac Vice)
   Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
   P.O. Box 1483
   Corrales, NM 87049
   Tel: 505/899-7994
   Fax: 505/899-7972
   E-mail:
   swilliams@williamsandworks.net

   *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                   UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                      Plaintiff,         )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                 Plaintiff-Intervenors,    )
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                      Defendants.        )

23  To:    FERN BEAR

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2  States District Court for the Southern District of California.  A copy of each of the complaints is
3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10 hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request
12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13 enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14 from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the
15 signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in
16 returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17 the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18 records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed
20 waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21 carefully the statement concerning the duty of parties to waive service of the summons, which is set
22 forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25 as if you had been served on the date the waiver is filed, but no summons will be served on you and
26 you will have 60 days from March 26, 2008 to answer or file a motion in response to

27
28

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                             By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                             *Attorneys for Plaintiff-Intervenor,*
16                                           *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*
25

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                       P.O. Box 1483
3   2030 Addison Street, Suite 410                       Corrales, NM 87049
    Berkeley, CA 94704                                   Tel: 505/899-7994
4   Tel: 510/548-7070                                    Fax: 505/899-7972
    Fax: 510/548-7080                                    E-mail:
5   E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6
    *Attorneys for Plaintiff-Intervenor*                 *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*                            *Cahuilla Band of Indians*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                         UNITED STATES DISTRICT COURT

15                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                            )
17                  Plaintiff,              )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
                    Plaintiff-Intervenors,  )
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                            )
22                  Defendants.             )

23   To:    JAMES BECKER

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10

11                                          By: s/Curtis Berkey_____
                                               Curtis G. Berkey
12                                             Scott W. Williams
                                               2030 Addison Street, Suite 410
13                                             Berkeley, California 94704
                                               Tel: 510/548-7070
14                                             Fax: 510/548-7080
                                               E-mail: cberkey@abwwlaw.com
15                                             E-mail: swilliams@abwwlaw.com

16                                             *Attorneys for Plaintiff-Intervenor,*
                                               *Ramona Band of Cahuilla*
17

18                                          WILLIAMS & WORKS, P.A.

19

20                                          By: s/Susan M. Williams_____
                                               Susan M. Williams (Pro Hac Vice)
21                                             Sarah S. Works (Pro Hac Vice)
                                               P.O. Box 1483
22                                             Corrales, NM 87049
                                               Tel: 505/899-7994
23                                             Fax: 505/899-7972
                                               E-mail: swilliams@williamsandworks.net
24
                                               *Attorneys for Plaintiff-Intervenor,*
25                                             *Cahuilla Band of Indians*

26

27

28

                                      3                    Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   KELLY BECKER

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23      **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008             ALEXANDER, BERKEY, WILLIAMS &
                              WEATHERS LLP

9

10

11                       By: s/Curtis Berkey
                          Curtis G. Berkey

12                           Scott W. Williams
                          2030 Addison Street, Suite 410

13                           Berkeley, California 94704
                          Tel: 510/548-7070

14                           Fax: 510/548-7080
                          E-mail: cberkey@abwwlaw.com

15                           E-mail: swilliams@abwwlaw.com

16                           *Attorneys for Plaintiff-Intervenor,*
                          *Ramona Band of Cahuilla*

17

18                       WILLIAMS & WORKS, P.A.

19

20                       By: s/Susan M. Williams
                          Susan M. Williams (Pro Hac Vice)

21                           Sarah S. Works (Pro Hac Vice)
                          P.O. Box 1483

22                           Corrales, NM 87049
                          Tel: 505/899-7994

23                           Fax: 505/899-7972
                          E-mail: swilliams@williamsandworks.net

24                           *Attorneys for Plaintiff-Intervenor,*
                          *Cahuilla Band of Indians*

25

26

27

28

1   Curtis G. Berkey (CA State Bar No. 195485)                Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)               Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                                WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                            P.O. Box 1483
3   2030 Addison Street, Suite 410                            Corrales, NM 87049
    Berkeley, CA 94704                                        Tel: 505/899-7994
4   Tel: 510/548-7070                                         Fax: 505/899-7972
    Fax: 510/548-7080                                         E-mail:
5   E-mail: cberkey@abwwlaw.com                               swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                             *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                      *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13

14                       UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,                    ) CIVIL NO.: 1247-SD-C
                                                 )
17              Plaintiff,                       )
                                                 )
18  RAMONA BAND OF CAHUILLA, CAHUILLA            ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                             ) **REQUEST FOR WAIVER OF**
19                                               ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,           )
20  v.                                           )
                                                 )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,   )
                                                 )
22              Defendants.                      )

23  To:   DANE BECKWITH AND LINDA R. BECKWITH

24        **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23      **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27   complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28   response to both or a separate response to each.

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                       By: s/Curtis Berkey
11                                          Curtis G. Berkey
                                            Scott W. Williams
12                                          2030 Addison Street, Suite 410
                                            Berkeley, California 94704
13                                          Tel: 510/548-7070
                                            Fax: 510/548-7080
14                                          E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com
15
                                            *Attorneys for Plaintiff-Intervenor,*
16                                          *Ramona Band of Cahuilla*

17
                                       WILLIAMS & WORKS, P.A.
18

19
                                       By: s/Susan M. Williams
20                                          Susan M. Williams (Pro Hac Vice)
                                            Sarah S. Works (Pro Hac Vice)
21                                          P.O. Box 1483
                                            Corrales, NM 87049
22                                          Tel: 505/899-7994
                                            Fax: 505/899-7972
23                                          E-mail: swilliams@williamsandworks.net

24                                          *Attorneys for Plaintiff-Intervenor,*
                                            *Cahuilla Band of Indians*
25

26

27

28

                                      3                          Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    JAMES BEHRENS AND MARY L. BEHRENS LIVING TRUST

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5           The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11          This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19          You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23          **What happens next?**

24          If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008               ALEXANDER, BERKEY, WILLIAMS &
                                    WEATHERS LLP

9

10

11                                 By: s/Curtis Berkey
                                      Curtis G. Berkey

12                                     Scott W. Williams
                                      2030 Addison Street, Suite 410

13                                     Berkeley, California 94704
                                      Tel: 510/548-7070

14                                     Fax: 510/548-7080
                                      E-mail: cberkey@abwwlaw.com

15                                 E-mail: swilliams@abwwlaw.com

16                                 *Attorneys for Plaintiff-Intervenor,*
                                   *Ramona Band of Cahuilla*

17

18                                 WILLIAMS & WORKS, P.A.

19

20                               By: s/Susan M. Williams
                                     Susan M. Williams (Pro Hac Vice)

21                                   Sarah S. Works (Pro Hac Vice)
                                     P.O. Box 1483

22                                 Corrales, NM 87049
                                     Tel: 505/899-7994

23                                 Fax: 505/899-7972
                                     E-mail: swilliams@williamsandworks.net

24                                 *Attorneys for Plaintiff-Intervenor,*

25                                 *Cahuilla Band of Indians*

26

27

28

                                 Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)    Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)   Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS        WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                  P.O. Box 1483
3   2030 Addison Street, Suite 410         Corrales, NM 87049
     Berkeley, CA 94704              Tel: 505/899-7994
4   Tel: 510/548-7070                Fax: 505/899-7972
     Fax: 510/548-7080              E-mail:
5   E-mail: cberkey@abwwlaw.com       swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6
     *Attorneys for Plaintiff-Intervenor*      *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*          *Cahuilla Band of Indians*

8   Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
     Encinitas, CA 92024
10  Tel: 760/942-8505
     Fax: 760/942-8515
11
     *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13

14               UNITED STATES DISTRICT COURT

15          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,      ) CIVIL NO.: 1247-SD-C
                        )
17           Plaintiff,        )
                        )
18   RAMONA BAND OF CAHUILLA, CAHUILLA ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,        ) **REQUEST FOR WAIVER OF**
19                         ) **SERVICE OF SUMMONS**
         Plaintiff-Intervenors,   )
20  v.                    )
                        )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                        )
22          Defendants.      )

23  To:   PHILLIP BEHSELICH

24       **Why are you getting this?**

25        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations. The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10

11 By: s/Curtis Berkey
        Curtis G. Berkey
        Scott W. Williams
12      2030 Addison Street, Suite 410
        Berkeley, California 94704
13      Tel: 510/548-7070
        Fax: 510/548-7080
14      E-mail: cberkey@abwwlaw.com
        E-mail: swilliams@abwwlaw.com
15

16      *Attorneys for Plaintiff-Intervenor,*
        *Ramona Band of Cahuilla*

17

18      WILLIAMS & WORKS, P.A.

19

20 By: s/Susan M. Williams
        Susan M. Williams (Pro Hac Vice)
        Sarah S. Works (Pro Hac Vice)
21      P.O. Box 1483
        Corrales, NM 87049
22      Tel: 505/899-7994
        Fax: 505/899-7972
23      E-mail: swilliams@williamsandworks.net

24      *Attorneys for Plaintiff-Intervenor,*
        *Cahuilla Band of Indians*

25

26

27

28

                              3                    Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    EDUARDO BELTRAN

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5            The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11           This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19           You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23           **What happens next?**

24           If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008          ALEXANDER, BERKEY, WILLIAMS &
                                    WEATHERS LLP

9

10

11                     By: s/Curtis Berkey
                           Curtis G. Berkey
                           Scott W. Williams

12                           2030 Addison Street, Suite 410
                           Berkeley, California 94704

13                           Tel: 510/548-7070
                           Fax: 510/548-7080

14                           E-mail: cberkey@abwwlaw.com
                           E-mail: swilliams@abwwlaw.com

15

16                     *Attorneys for Plaintiff-Intervenor,
                     Ramona Band of Cahuilla*

17

18                     WILLIAMS & WORKS, P.A.

19

20                     By: s/Susan M. Williams
                           Susan M. Williams (Pro Hac Vice)

21                           Sarah S. Works (Pro Hac Vice)
                           P.O. Box 1483

22                           Corrales, NM 87049
                           Tel: 505/899-7994

23                           Fax: 505/899-7972
                           E-mail: swilliams@williamsandworks.net

24                     *Attorneys for Plaintiff-Intervenor,
                     Cahuilla Band of Indians*

25

26

27

28

1    Curtis G. Berkey (CA State Bar No. 195485)
2    Scott W. Williams (CA State Bar No. 097966)
     ALEXANDER, BERKEY, WILLIAMS
3    & WEATHERS LLP
     2030 Addison Street, Suite 410
4    Berkeley, CA 94704
     Tel: 510/548-7070
5    Fax: 510/548-7080
     E-mail: cberkey@abwwlaw.com
6    E-mail: swilliams@abwwlaw.com

7    *Attorneys for Plaintiff-Intervenor*
     *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
9    COAST LAW GROUP LLP
     169 Saxony Road, Suite 204
10   Encinitas, CA 92024
     Tel: 760/942-8505
11   Fax: 760/942-8515

12   *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13

14                 UNITED STATES DISTRICT COURT

15            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
17                     Plaintiff,           )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,      )
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
22                     Defendants.          )
                                            )

23   To:    CHARLES BENJAMIN

24   **Why are you getting this?**

25      The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
                                             2030 Addison Street, Suite 410
                                             Berkeley, California 94704
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
                                             Corrales, NM 87049
                                             Tel: 505/899-7994
                                             Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*

Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     BENSON REVOCABLE TRUST

**Why are you getting this?**

        The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

their present and future needs on their reservations.  The claims have been filed in the case known

as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23       **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10

11                                          By: s/Curtis Berkey
                                                Curtis G. Berkey
12                                              Scott W. Williams
                                                2030 Addison Street, Suite 410
13                                              Berkeley, California 94704
                                                Tel: 510/548-7070
14                                              Fax: 510/548-7080
                                                E-mail: cberkey@abwwlaw.com
15                                              E-mail: swilliams@abwwlaw.com

16                                          *Attorneys for Plaintiff-Intervenor,*
                                            *Ramona Band of Cahuilla*
17

18                                          WILLIAMS & WORKS, P.A.

19

20                                          By: s/Susan M. Williams
                                                Susan M. Williams (Pro Hac Vice)
21                                              Sarah S. Works (Pro Hac Vice)
                                                P.O. Box 1483
22                                              Corrales, NM 87049
                                                Tel: 505/899-7994
23                                              Fax: 505/899-7972
                                                E-mail: swilliams@williamsandworks.net
24
                                            *Attorneys for Plaintiff-Intervenor,*
25                                          *Cahuilla Band of Indians*

26

27

28

                                3                              Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)
2  Scott W. Williams (CA State Bar No. 097966)
   ALEXANDER, BERKEY, WILLIAMS
3  & WEATHERS LLP
   2030 Addison Street, Suite 410
4  Berkeley, CA 94704
   Tel: 510/548-7070
5  Fax: 510/548-7080 .
   E-mail: cberkey@abwwlaw.com
6  E-mail: swilliams@abwwlaw.com

7  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

8  Marco Gonzales (CA State Bar No. 190832)
9  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
10 Encinitas, CA 92024
   Tel: 760/942-8505
11 Fax: 760/942-8515

12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17              Plaintiff,               )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    )
    BAND OF INDIANS,                     )
19                                       ) **NOTICE OF LAWSUIT AND**
                Plaintiff-Intervenors,   ) **REQUEST FOR WAIVER OF**
20  v.                                   ) **SERVICE OF SUMMONS**
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22              Defendants.              )

23  To:    JAMES BISBOCCI

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations. The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                        WEATHERS LLP
9

10

11                                     By: s/Curtis Berkey
                                            Curtis G. Berkey
12                                          Scott W. Williams
                                            2030 Addison Street, Suite 410
13                                          Berkeley, California 94704
                                            Tel: 510/548-7070
14                                          Fax: 510/548-7080
                                            E-mail: cberkey@abwwlaw.com
15                                          E-mail: swilliams@abwwlaw.com

16                                     *Attorneys for Plaintiff-Intervenor,*
                                       *Ramona Band of Cahuilla*
17

18                                     WILLIAMS & WORKS, P.A.

19

20                                     By: s/Susan M. Williams
                                            Susan M. Williams (Pro Hac Vice)
21                                          Sarah S. Works (Pro Hac Vice)
                                            P.O. Box 1483
22                                          Corrales, NM 87049
                                            Tel: 505/899-7994
23                                          Fax: 505/899-7972
                                            E-mail: swilliams@williamsandworks.net
24
                                       *Attorneys for Plaintiff-Intervenor,*
25                                     *Cahuilla Band of Indians*

26

27

28

                                    3                          Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    MELVIN BITTERMAN & SUZANNE BITTERMAN LIVING TRUST

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10

11                                            By: s/Curtis Berkey
                                                  Curtis G. Berkey
12                                                Scott W. Williams
                                                  2030 Addison Street, Suite 410
13                                                Berkeley, California 94704
                                                  Tel: 510/548-7070
14                                                Fax: 510/548-7080
                                                  E-mail: cberkey@abwwlaw.com
15                                                E-mail: swilliams@abwwlaw.com

16                                            *Attorneys for Plaintiff-Intervenor,*
                                              *Ramona Band of Cahuilla*
17

18                                            WILLIAMS & WORKS, P.A.

19

20                                            By: s/Susan M. Williams
                                                  Susan M. Williams (Pro Hac Vice)
21                                                Sarah S. Works (Pro Hac Vice)
                                                  P.O. Box 1483
22                                                Corrales, NM 87049
                                                  Tel: 505/899-7994
23                                                Fax: 505/899-7972
                                                  E-mail: swilliams@williamsandworks.net
24
                                              *Attorneys for Plaintiff-Intervenor,*
25                                            *Cahuilla Band of Indians*

26

27

28

                                       3                      Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    NANCY J. BLAIR

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10 hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request

12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13 enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14 from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15 <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16 returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17 the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18 records. If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20 waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21 carefully the statement concerning the duty of parties to waive service of the summons, which is set

22 forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25 as if you had been served on the date the waiver is filed, but no summons will be served on you and

26 you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP
9

10

11                                        By: s/Curtis Berkey
                                              Curtis G. Berkey
12                                            Scott W. Williams
                                              2030 Addison Street, Suite 410
13                                            Berkeley, California 94704
                                              Tel: 510/548-7070
14                                            Fax: 510/548-7080
                                              E-mail: cberkey@abwwlaw.com
15                                            E-mail: swilliams@abwwlaw.com

16                                        *Attorneys for Plaintiff-Intervenor,*
                                          *Ramona Band of Cahuilla*
17

18                                        WILLIAMS & WORKS, P.A.

19

20                                        By: s/Susan M. Williams
                                              Susan M. Williams (Pro Hac Vice)
21                                            Sarah S. Works (Pro Hac Vice)
                                              P.O. Box 1483
22                                            Corrales, NM 87049
                                              Tel: 505/899-7994
23                                            Fax: 505/899-7972
                                              E-mail: swilliams@williamsandworks.net

24                                        *Attorneys for Plaintiff-Intervenor,*
                                          *Cahuilla Band of Indians*
25

26

27

28

                                       3                        Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)           Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)          Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                       P.O. Box 1483
3  2030 Addison Street, Suite 410                       Corrales, NM 87049
   Berkeley, CA 94704                                   Tel: 505/899-7994
4  Tel: 510/548-7070                                    Fax: 505/899-7972
   Fax: 510/548-7080                                    E-mail:
5  E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*                 *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,                    ) CIVIL NO.: 1247-SD-C
                                                )
17                 Plaintiff,                    )
                                                )
18 RAMONA BAND OF CAHUILLA, CAHUILLA            ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                             ) **REQUEST FOR WAIVER OF**
19                                              ) **SERVICE OF SUMMONS**
                   Plaintiff-Intervenors,       )
20 v.                                           )
                                                )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al.,   )
                                                )
22                 Defendants.                   )

23 To:   WILLIAM BLAKE

24       **Why are you getting this?**

25       The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
12                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410
13                                               Berkeley, California 94704
                                                 Tel: 510/548-7070
14                                               Fax: 510/548-7080
                                                 E-mail: cberkey@abwwlaw.com
15                                               E-mail: swilliams@abwwlaw.com

16                                           *Attorneys for Plaintiff-Intervenor,
                                             Ramona Band of Cahuilla*
17

18                                           WILLIAMS & WORKS, P.A.

19

20                                           By: s/Susan M. Williams
                                                 Susan M. Williams (Pro Hac Vice)
21                                               Sarah S. Works (Pro Hac Vice)
                                                 P.O. Box 1483
22                                               Corrales, NM 87049
                                                 Tel: 505/899-7994
23                                               Fax: 505/899-7972
                                                 E-mail: swilliams@williamsandworks.net
24
                                             *Attorneys for Plaintiff-Intervenor,
25                                           Cahuilla Band of Indians*

26

27

28

                                             3                      Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

   Susan M. Williams (Pro Hac Vice)
   Sarah S. Works (Pro Hac Vice)
   WILLIAMS & WORKS, P.A.
   P.O. Box 1483
   Corrales, NM 87049
   Tel: 505/899-7994
   Fax: 505/899-7972
   E-mail:
   swilliams@williamsandworks.net

   *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

8  Marco Gonzales (CA State Bar No. 190832)
9  COAST LAW GROUP LLP
   169 Saxony Road, Suite 204
10 Encinitas, CA 92024
   Tel: 760/942-8505
11 Fax: 760/942-8515

12 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

13

14                   UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                        )
17              Plaintiff,              )
                                        )
18 RAMONA BAND OF CAHUILLA, CAHUILLA    )
   BAND OF INDIANS,                     ) **NOTICE OF LAWSUIT AND**
19                                      ) **REQUEST FOR WAIVER OF**
              Plaintiff-Intervenors,    ) **SERVICE OF SUMMONS**
20 v.                                   )
                                        )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                        )
22              Defendants.             )
                                        )

23 To:   DIANE BOATMAN

24      **Why are you getting this?**

25      The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

2

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
                                             2030 Addison Street, Suite 410
                                             Berkeley, California 94704
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com

                                         *Attorneys for Plaintiff-Intervenor,
                                         Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
                                             Corrales, NM 87049
                                             Tel: 505/899-7994
                                             Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

                                         *Attorneys for Plaintiff-Intervenor,
                                         Cahuilla Band of Indians*


Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    RAYMOND BOCHE

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3           If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6           We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                              WEATHERS LLP
9

10
                                             By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                                    3                    Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    DANA BOGGESS

### Why are you getting this?

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23         **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

2

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                     ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey_____
                                                Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15

16                                           *Attorneys for Plaintiff-Intervenor,
                                             Ramona Band of Cahuilla*

17

18                                           WILLIAMS & WORKS, P.A.

19

20                                           By: s/Susan M. Williams_____
                                                Susan M. Williams (Pro Hac Vice)
21                                              Sarah S. Works (Pro Hac Vice)
                                                P.O. Box 1483
22                                              Corrales, NM 87049
                                                Tel: 505/899-7994
23                                              Fax: 505/899-7972
                                                E-mail: swilliams@williamsandworks.net
24
                                             *Attorneys for Plaintiff-Intervenor,
25                                           Cahuilla Band of Indians*

26

27

28

                               3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    BETTY BOHLMAN

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C.  It is being heard by the United
2  States District Court for the Southern District of California.  A copy of each of the complaints is
3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court.  It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the
15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18  records.  If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23        **What happens next?**

24        If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single
28  response to both or a separate response to each.

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
                                             2030 Addison Street, Suite 410
                                             Berkeley, California 94704
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
                                             Corrales, NM 87049
                                             Tel: 505/899-7994
                                             Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*


3                                    Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    TONY BOJORQUIZ

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                          ALEXANDER, BERKEY, WILLIAMS &
                                               WEATHERS LLP


                                               By: s/Curtis Berkey
                                                   Curtis G. Berkey
                                                   Scott W. Williams
                                                   2030 Addison Street, Suite 410
                                                   Berkeley, California 94704
                                                   Tel: 510/548-7070
                                                   Fax: 510/548-7080
                                                   E-mail: cberkey@abwwlaw.com
                                                   E-mail: swilliams@abwwlaw.com

                                                   *Attorneys for Plaintiff-Intervenor,*
                                                   *Ramona Band of Cahuilla*


                                               WILLIAMS & WORKS, P.A.


                                               By: s/Susan M. Williams
                                                   Susan M. Williams (Pro Hac Vice)
                                                   Sarah S. Works (Pro Hac Vice)
                                                   P.O. Box 1483
                                                   Corrales, NM 87049
                                                   Tel: 505/899-7994
                                                   Fax: 505/899-7972
                                                   E-mail: swilliams@williamsandworks.net

                                                   *Attorneys for Plaintiff-Intervenor,*
                                                   *Cahuilla Band of Indians*

1   Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
2   Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
    ALEXANDER, BERKEY, WILLIAMS                          WILLIAMS & WORKS, P.A.
3   & WEATHERS LLP                                       P.O. Box 1483
    2030 Addison Street, Suite 410                       Corrales, NM 87049
4   Berkeley, CA 94704                                   Tel: 505/899-7994
    Tel: 510/548-7070                                    Fax: 505/899-7972
5   Fax: 510/548-7080                                    E-mail:
    E-mail: cberkey@abwwlaw.com                          swilliams@williamsandworks.net
6   E-mail: swilliams@abwwlaw.com

7   *Attorneys for Plaintiff-Intervenor*                 *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*                            *Cahuilla Band of Indians*

8   Marco Gonzales (CA State Bar No. 190832)
9   COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
10  Encinitas, CA 92024
    Tel: 760/942-8505
11  Fax: 760/942-8515

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                  UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,                )  CIVIL NO.: 1247-SD-C
                                             )
17              Plaintiff,                   )
                                             )
18  RAMONA BAND OF CAHUILLA, CAHUILLA        )  **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                         )  **REQUEST FOR WAIVER OF**
19                                           )  **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,       )
20  v.                                       )
                                             )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
                                             )
22              Defendants.                  )

23  To:    BOLIVAR SHIPPING CO.

24      **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

1    *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2    States District Court for the Southern District of California.  A copy of each of the complaints is

3    enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4    development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6    party to this case because, according to land title and court records, you are a successor to a

7    landowner on the original list compiled by the court when part of the case was adjudicated in the

8    1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9    adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>

15   <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23         **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
                                             2030 Addison Street, Suite 410
                                             Berkeley, California 94704
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com

                                         *Attorneys for Plaintiff-Intervenor,
                                         Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
                                             Corrales, NM 87049
                                             Tel: 505/899-7994
                                             Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

                                         *Attorneys for Plaintiff-Intervenor,
                                         Cahuilla Band of Indians*

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   BARBARA A. BOOTH TRUST

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2  States District Court for the Southern District of California.  A copy of each of the complaints is
3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the</u>
15  <u>signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23       **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                 ALEXANDER, BERKEY, WILLIAMS &
                                           WEATHERS LLP
9

10
                                           By: s/Curtis Berkey
11                                              Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15
                                           *Attorneys for Plaintiff-Intervenor,*
16                                         *Ramona Band of Cahuilla*

17
                                           WILLIAMS & WORKS, P.A.
18

19
                                           By: s/Susan M. Williams
20                                              Susan M. Williams (Pro Hac Vice)
                                                Sarah S. Works (Pro Hac Vice)
21                                              P.O. Box 1483
                                                Corrales, NM 87049
22                                              Tel: 505/899-7994
                                                Fax: 505/899-7972
23                                              E-mail: swilliams@williamsandworks.net

24                                         *Attorneys for Plaintiff-Intervenor,*
                                           *Cahuilla Band of Indians*
25

26

27

28

                               3                    Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     JANICE BORST SMITH

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United
2  States District Court for the Southern District of California.  A copy of each of the complaints is
3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request
12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days
14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the
15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in
16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send
17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your
18  records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed
20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read
21  carefully the statement concerning the duty of parties to waive service of the summons, which is set
22  forth on the bottom of the waiver form.

23       **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed
25  as if you had been served on the date the waiver is filed, but no summons will be served on you and
26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27
28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                      ALEXANDER, BERKEY, WILLIAMS &
                                               WEATHERS LLP
9

10                                             By: s/Curtis Berkey
11                                                 Curtis G. Berkey
                                                   Scott W. Williams
12                                                 2030 Addison Street, Suite 410
                                                   Berkeley, California 94704
13                                                 Tel: 510/548-7070
                                                   Fax: 510/548-7080
14                                                 E-mail: cberkey@abwwlaw.com
                                                   E-mail: swilliams@abwwlaw.com
15
                                                   *Attorneys for Plaintiff-Intervenor,*
16                                                 *Ramona Band of Cahuilla*

17                                             WILLIAMS & WORKS, P.A.
18

19                                             By: s/Susan M. Williams
20                                                 Susan M. Williams (Pro Hac Vice)
                                                   Sarah S. Works (Pro Hac Vice)
21                                                 P.O. Box 1483
                                                   Corrales, NM 87049
22                                                 Tel: 505/899-7994
                                                   Fax: 505/899-7972
23                                                 E-mail: swilliams@williamsandworks.net
24                                                 *Attorneys for Plaintiff-Intervenor,*
                                                   *Cahuilla Band of Indians*
25

26

27

28

                            3                        Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)                    Susan M. Williams (Pro Hac Vice)
   Scott W. Williams (CA State Bar No. 097966)                   Sarah S. Works (Pro Hac Vice)
2  ALEXANDER, BERKEY, WILLIAMS                                   WILLIAMS & WORKS, P.A.
   & WEATHERS LLP                                                P.O. Box 1483
3  2030 Addison Street, Suite 410                                Corrales, NM 87049
   Berkeley, CA 94704                                            Tel: 505/899-7994
4  Tel: 510/548-7070                                             Fax: 505/899-7972
   Fax: 510/548-7080                                             E-mail:
5  E-mail: cberkey@abwwlaw.com                                   swilliams@williamsandworks.net
   E-mail: swilliams@abwwlaw.com
6                                                                *Attorneys for Plaintiff-Intervenor*
   *Attorneys for Plaintiff-Intervenor*                          *Cahuilla Band of Indians*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13                          UNITED STATES DISTRICT COURT

14                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16 UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                          )
17              Plaintiff,                )
                                          )
18 RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
   BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
              Plaintiff-Intervenors,      )
20 v.                                     )
                                          )
21 FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22              Defendants.               )
                                          )

23 To:    ROBERT BOWLDS AND PAMELA BOWLDS

24     **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26 tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27 their present and future needs on their reservations.  The claims have been filed in the case known

28 as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23      **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.


8   Dated: March 26, 2008                   ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP



                                           By: s/Curtis Berkey
                                              Curtis G. Berkey
                                              Scott W. Williams
                                              2030 Addison Street, Suite 410
                                              Berkeley, California 94704
                                              Tel: 510/548-7070
                                              Fax: 510/548-7080
                                              E-mail: cberkey@abwwlaw.com
                                              E-mail: swilliams@abwwlaw.com

                                              *Attorneys for Plaintiff-Intervenor,
                                              Ramona Band of Cahuilla*


                                           WILLIAMS & WORKS, P.A.



                                           By: s/Susan M. Williams
                                              Susan M. Williams (Pro Hac Vice)
                                              Sarah S. Works (Pro Hac Vice)
                                              P.O. Box 1483
                                              Corrales, NM 87049
                                              Tel: 505/899-7994
                                              Fax: 505/899-7972
                                              E-mail: swilliams@williamsandworks.net

                                              *Attorneys for Plaintiff-Intervenor,
                                              Cahuilla Band of Indians*

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:     ARNOLD R. BOWMAN

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008           ALEXANDER, BERKEY, WILLIAMS &
                              WEATHERS LLP

9

10

11                   By: s/Curtis Berkey
                     Curtis G. Berkey

12                       Scott W. Williams
                     2030 Addison Street, Suite 410

13                       Berkeley, California 94704
                     Tel: 510/548-7070

14                       Fax: 510/548-7080
                     E-mail: cberkey@abwwlaw.com

15                       E-mail: swilliams@abwwlaw.com

16                   *Attorneys for Plaintiff-Intervenor,
                     Ramona Band of Cahuilla*

17

18                   WILLIAMS & WORKS, P.A.

19

20                   By: s/Susan M. Williams
                     Susan M. Williams (Pro Hac Vice)

21                       Sarah S. Works (Pro Hac Vice)
                     P.O. Box 1483

22                       Corrales, NM 87049
                     Tel: 505/899-7994

23                       Fax: 505/899-7972
                     E-mail: swilliams@williamsandworks.net

24                   *Attorneys for Plaintiff-Intervenor,
                     Cahuilla Band of Indians*

25

26

27

28

                         3                              Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:    MICHAEL BOYD

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5        The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11        This Notice is not a summons or official notification from the federal court. It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17   the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18   records. If you own your property with another person or entity, signatures of both are required.

19        You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24        If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27   complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single

28   response to both or a separate response to each.

Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3          If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6          We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP
9

10

11  By: s/Curtis Berkey
        Curtis G. Berkey
        Scott W. Williams
12      2030 Addison Street, Suite 410
        Berkeley, California 94704
13      Tel: 510/548-7070
        Fax: 510/548-7080
14      E-mail: cberkey@abwwlaw.com
        E-mail: swilliams@abwwlaw.com
15
        *Attorneys for Plaintiff-Intervenor,*
16      *Ramona Band of Cahuilla*

17      WILLIAMS & WORKS, P.A.

18

19

20  By: s/Susan M. Williams
        Susan M. Williams (Pro Hac Vice)
        Sarah S. Works (Pro Hac Vice)
21      P.O. Box 1483
        Corrales, NM 87049
22      Tel: 505/899-7994
        Fax: 505/899-7972
23      E-mail: swilliams@williamsandworks.net

24      *Attorneys for Plaintiff-Intervenor,*
        *Cahuilla Band of Indians*
25

26

27

28

                            3                        Case No.: 05cv1247

1    Curtis G. Berkey (CA State Bar No. 195485)          Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2    ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                                      P.O. Box 1483
3    2030 Addison Street, Suite 410                      Corrales, NM 87049
     Berkeley, CA 94704                                  Tel: 505/899-7994
4    Tel: 510/548-7070                                   Fax: 505/899-7972
     Fax: 510/548-7080                                   E-mail:
5    E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6                                                        *Attorneys for Plaintiff-Intervenor*
     *Attorneys for Plaintiff-Intervenor*                *Cahuilla Band of Indians*
7    *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9    169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11

12   *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

13

14                        UNITED STATES DISTRICT COURT

15                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                            )
17                  Plaintiff,              )
                                            )
18   RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                          ) **SERVICE OF SUMMONS**
                    Plaintiff-Intervenors,  )
20   v.                                     )
                                            )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                            )
22                  Defendants.             )

23   To:   SUSAN BOYD

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                        Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

      This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

      You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

      If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6      We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008              ALEXANDER, BERKEY, WILLIAMS &
                                      WEATHERS LLP
9

10

11                                    By: s/Curtis Berkey
                                          Curtis G. Berkey
12                                        Scott W. Williams
                                          2030 Addison Street, Suite 410
13                                        Berkeley, California 94704
                                          Tel: 510/548-7070
14                                        Fax: 510/548-7080
                                          E-mail: cberkey@abwwlaw.com
15                                        E-mail: swilliams@abwwlaw.com

16                                        *Attorneys for Plaintiff-Intervenor,*
                                          *Ramona Band of Cahuilla*
17

18                                    WILLIAMS & WORKS, P.A.

19

20                                    By: s/Susan M. Williams
                                          Susan M. Williams (Pro Hac Vice)
21                                        Sarah S. Works (Pro Hac Vice)
                                          P.O. Box 1483
22                                        Corrales, NM 87049
                                          Tel: 505/899-7994
23                                        Fax: 505/899-7972
                                          E-mail: swilliams@williamsandworks.net
24
                                          *Attorneys for Plaintiff-Intervenor,*
25                                        *Cahuilla Band of Indians*

26

27

28

                              3                        Case No.: 05cv1247

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
3  2030 Addison Street, Suite 410
   Berkeley, CA 94704
4  Tel: 510/548-7070
   Fax: 510/548-7080
5  E-mail: cberkey@abwwlaw.com
   E-mail: swilliams@abwwlaw.com
6
   *Attorneys for Plaintiff-Intervenor*
7  *Ramona Band of Cahuilla*

8  Marco Gonzales (CA State Bar No. 190832)
   COAST LAW GROUP LLP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 Tel: 760/942-8505
   Fax: 760/942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13                    UNITED STATES DISTRICT COURT

14              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17              Plaintiff,                  )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                       ) **REQUEST FOR WAIVER OF**
19                                         ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,      )
20                                         )
    v.                                     )
21                                         )
    FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
22                                         )
                Defendants.                 )

23  To:    MARK BRADBURY

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5      The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11      This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19      You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24      If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10

11                                           By: s/Curtis Berkey
                                                 Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17                                           WILLIAMS & WORKS, P.A.

18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                                   3                      Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)         Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)         Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                         WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                      P.O. Box 1483
3   2030 Addison Street, Suite 410                      Corrales, NM 87049
    Berkeley, CA 94704                                  Tel: 505/899-7994
4   Tel: 510/548-7070                                   Fax: 505/899-7972
    Fax: 510/548-7080                                   E-mail:
5   E-mail: cberkey@abwwlaw.com                         swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                       *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*                *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13
14                        UNITED STATES DISTRICT COURT

15                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,              ) CIVIL NO.: 1247-SD-C
                                           )
17                  Plaintiff,             )
                                           )
18  RAMONA BAND OF CAHUILLA, CAHUILLA      )
    BAND OF INDIANS,                       ) **NOTICE OF LAWSUIT AND**
19                                         ) **REQUEST FOR WAIVER OF**
                   Plaintiff-Intervenors,  ) **SERVICE OF SUMMONS**
20  v.                                     )
                                           )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                           )
22                  Defendants.            )

23  To:    GORDON BRAND

24  **Why are you getting this?**

25      The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2   States District Court for the Southern District of California. A copy of each of the complaints is

3   enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s. The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>

15  <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23     **What happens next?**

24         If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3         If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6         We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP

9

10

11                           By: s/Curtis Berkey
                               Curtis G. Berkey

12                             Scott W. Williams
                             2030 Addison Street, Suite 410

13                             Berkeley, California 94704
                             Tel: 510/548-7070

14                             Fax: 510/548-7080
                             E-mail: cberkey@abwwlaw.com

15                             E-mail: swilliams@abwwlaw.com

16                           *Attorneys for Plaintiff-Intervenor,*
                           *Ramona Band of Cahuilla*

17

18                    WILLIAMS & WORKS, P.A.

19

20                           By: s/Susan M. Williams
                             Susan M. Williams (Pro Hac Vice)

21                             Sarah S. Works (Pro Hac Vice)
                             P.O. Box 1483

22                             Corrales, NM 87049
                             Tel: 505/899-7994

23                             Fax: 505/899-7972
                             E-mail: swilliams@williamsandworks.net

24                           *Attorneys for Plaintiff-Intervenor,*
                           *Cahuilla Band of Indians*

25

26

27

28

                                      Case No.: 05cv1247

1    the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2    single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4    summons and complaint served on you.  And we may ask the court to require you or the entity

5    you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8    Dated: March 26, 2008                ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP
9

10
                                          By: s/Curtis Berkey
11                                           Curtis G. Berkey
                                             Scott W. Williams
12                                           2030 Addison Street, Suite 410
                                             Berkeley, California 94704
13                                           Tel: 510/548-7070
                                             Fax: 510/548-7080
14                                           E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com
15
                                             *Attorneys for Plaintiff-Intervenor,*
16                                           *Ramona Band of Cahuilla*

17
                                          WILLIAMS & WORKS, P.A.
18

19
                                          By: s/Susan M. Williams
20                                           Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
21                                           P.O. Box 1483
                                             Corrales, NM 87049
22                                           Tel: 505/899-7994
                                             Fax: 505/899-7972
23                                           E-mail: swilliams@williamsandworks.net

24                                           *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*
25

26

27

28

                                          3                              Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)    Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)   Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS      WILLIAMS & WORKS, P.A.
    & WEATHERS LLP               P.O. Box 1483
3   2030 Addison Street, Suite 410       Corrales, NM 87049
    Berkeley, CA 94704            Tel: 505/899-7994
4   Tel: 510/548-7070             Fax: 505/899-7972
    Fax: 510/548-7080            E-mail:
5   E-mail: cberkey@abwwlaw.com      swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                          *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*      *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14              UNITED STATES DISTRICT COURT

15        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,     )  CIVIL NO.: 1247-SD-C

17            Plaintiff,      )
                         )
18   RAMONA BAND OF CAHUILLA, CAHUILLA )  **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,            )  **REQUEST FOR WAIVER OF**
19                       )  **SERVICE OF SUMMONS**
           Plaintiff-Intervenors,  )
20   v.                        )
                         )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                         )
22          Defendants.      )

23   To:    LLONA BRANDENBURG

24       **Why are you getting this?**

25       The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1   *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2   States District Court for the Southern District of California.  A copy of each of the complaints is

3   enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4   development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6   party to this case because, according to land title and court records, you are a successor to a

7   landowner on the original list compiled by the court when part of the case was adjudicated in the

8   1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9   adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10   hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court.  It is a request

12   that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13   enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14   from March 26, 2008, which is the date this notice was sent.  Thus, the deadline for us to receive the

15   signed waiver is May 10, 2008.  A stamped and addressed envelope is enclosed for your use in

16   returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17   the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18   records.  If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20   waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21   carefully the statement concerning the duty of parties to waive service of the summons, which is set

22   forth on the bottom of the waiver form.

23   **What happens next?**

24       If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25   as if you had been served on the date the waiver is filed, but no summons will be served on you and

26   you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

    If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

    We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                             Curtis G. Berkey
                                             Scott W. Williams
                                             2030 Addison Street, Suite 410
                                             Berkeley, California 94704
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@abwwlaw.com
                                             E-mail: swilliams@abwwlaw.com

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                             Susan M. Williams (Pro Hac Vice)
                                             Sarah S. Works (Pro Hac Vice)
                                             P.O. Box 1483
                                             Corrales, NM 87049
                                             Tel: 505/899-7994
                                             Fax: 505/899-7972
                                             E-mail: swilliams@williamsandworks.net

                                             *Attorneys for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*

3                                   Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **NOTICE OF LAWSUIT AND** ) **REQUEST FOR WAIVER OF** ) **SERVICE OF SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

To:   ARTHUR BRANDON

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

their present and future needs on their reservations.  The claims have been filed in the case known

as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United States District Court for the Southern District of California.  A copy of each of the complaints is enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s.  The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court.  It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your records.  If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to the

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008            ALEXANDER, BERKEY, WILLIAMS &
                                    WEATHERS LLP
9

10
                                 By: s/Curtis Berkey
11                                   Curtis G. Berkey
                                     Scott W. Williams
12                                   2030 Addison Street, Suite 410
                                     Berkeley, California 94704
13                                   Tel: 510/548-7070
                                     Fax: 510/548-7080
14                                   E-mail: cberkey@abwwlaw.com
                                     E-mail: swilliams@abwwlaw.com
15
                                     *Attorneys for Plaintiff-Intervenor,*
16                                   *Ramona Band of Cahuilla*

17
                                 WILLIAMS & WORKS, P.A.
18

19
                                 By: s/Susan M. Williams
20                                   Susan M. Williams (Pro Hac Vice)
                                     Sarah S. Works (Pro Hac Vice)
21                                   P.O. Box 1483
                                     Corrales, NM 87049
22                                   Tel: 505/899-7994
                                     Fax: 505/899-7972
23                                   E-mail: swilliams@williamsandworks.net

24                                   *Attorneys for Plaintiff-Intervenor,*
                                     *Cahuilla Band of Indians*
25

26

27

28

                                        3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)     Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)    Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                     WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                 P.O. Box 1483
3   2030 Addison Street, Suite 410                 Corrales, NM 87049
    Berkeley, CA 94704                             Tel: 505/899-7994
4   Tel: 510/548-7070                              Fax: 505/899-7972
    Fax: 510/548-7080                              E-mail:
5   E-mail: cberkey@abwwlaw.com                    swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                  *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*           *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

13

14                          UNITED STATES DISTRICT COURT

15              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                          )
17                  Plaintiff,            )
                                          )
18   RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                        ) **SERVICE OF SUMMONS**
                  Plaintiff-Intervenors,  )
20   v.                                   )
                                          )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                          )
22                  Defendants.           )

23

24   To:    JANET BRAYLEY

25          **Why are you getting this?**

26          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

27   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

28   their present and future needs on their reservations.  The claims have been filed in the case known

     as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United
2  States District Court for the Southern District of California. A copy of each of the complaints is
3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing
4  development and use of water in the area.

5          The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a
6  party to this case because, according to land title and court records, you are a successor to a
7  landowner on the original list compiled by the court when part of the case was adjudicated in the
8  1960s. The records show that you (or that entity) own land which overlies groundwater or is
9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may
10 hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court. It is a request
12 that to avoid expenses, you waive formal service of a judicial summons by signing and returning the
13 enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days
14 from March 26, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the</u>
15 <u>signed waiver is May 10, 2008</u>. A stamped and addressed envelope is enclosed for your use in
16 returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send
17 the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your
18 records. If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed
20 waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read
21 carefully the statement concerning the duty of parties to waive service of the summons, which is set
22 forth on the bottom of the waiver form.

23         **What happens next?**
24         If you return the signed waiver, we will file it with the court. This lawsuit will then proceed
25 as if you had been served on the date the waiver is filed, but no summons will be served on you and
26 you will have 60 days from March 26, 2008 to answer or file a motion in response to the
27 complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single
28 response to both or a separate response to each.

2                                           Case No.: 05cv1247

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3        If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6        We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008               ALEXANDER, BERKEY, WILLIAMS &
                                        WEATHERS LLP

9

10

11                        By: s/Curtis Berkey
                        Curtis G. Berkey

12                           Scott W. Williams
                        2030 Addison Street, Suite 410

13                           Berkeley, California 94704
                        Tel: 510/548-7070

14                           Fax: 510/548-7080
                        E-mail: cberkey@abwwlaw.com

15                           E-mail: swilliams@abwwlaw.com

16                        *Attorneys for Plaintiff-Intervenor,
                     Ramona Band of Cahuilla*

17

18                        WILLIAMS & WORKS, P.A.

19

20                        By: s/Susan M. Williams
                        Susan M. Williams (Pro Hac Vice)

21                           Sarah S. Works (Pro Hac Vice)
                        P.O. Box 1483

22                           Corrales, NM 87049
                        Tel: 505/899-7994

23                           Fax: 505/899-7972
                        E-mail: swilliams@williamsandworks.net

24                        *Attorneys for Plaintiff-Intervenor,
                     Cahuilla Band of Indians*

25

26

27

28

                               3                          Case No.: 05cv1247

1    Curtis G. Berkey (CA State Bar No. 195485)       Susan M. Williams (Pro Hac Vice)
     Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2    ALEXANDER, BERKEY, WILLIAMS                       WILLIAMS & WORKS, P.A.
     & WEATHERS LLP                                    P.O. Box 1483
3    2030 Addison Street, Suite 410                    Corrales, NM 87049
     Berkeley, CA 94704                                Tel: 505/899-7994
4    Tel: 510/548-7070                                 Fax: 505/899-7972
     Fax: 510/548-7080                                 E-mail:
5    E-mail: cberkey@abwwlaw.com                       swilliams@williamsandworks.net
     E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
     *Attorneys for Plaintiff-Intervenor*              *Cahuilla Band of Indians*
7    *Ramona Band of Cahuilla*

8    Marco Gonzales (CA State Bar No. 190832)
     COAST LAW GROUP LLP
9    169 Saxony Road, Suite 204
     Encinitas, CA 92024
10   Tel: 760/942-8505
     Fax: 760/942-8515
11

12   *Attorneys for Plaintiff-Intervenor*
     *Cahuilla Band of Indians*

13

14                      UNITED STATES DISTRICT COURT

15                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16   UNITED STATES OF AMERICA,                )  CIVIL NO.: 1247-SD-C
                                              )
17                  Plaintiff,                )
                                              )
18   RAMONA BAND OF CAHUILLA, CAHUILLA        )  **NOTICE OF LAWSUIT AND**
     BAND OF INDIANS,                         )  **REQUEST FOR WAIVER OF**
19                                            )  **SERVICE OF SUMMONS**
                    Plaintiff-Intervenors,    )
20   v.                                       )
                                              )
21   FALLBROOK PUBLIC UTILITY DISTRICT, et al.,)
                                              )
22                  Defendants.               )

23   To:    JEFFREY BRAZLETON

24          **Why are you getting this?**

25          The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26   tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27   their present and future needs on their reservations.  The claims have been filed in the case known

28   as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C.  It is being heard by the United

2  States District Court for the Southern District of California.  A copy of each of the complaints is

3  enclosed.  The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5         The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s.  The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11         This Notice is not a summons or official notification from the federal court.  It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form.  To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent.  Thus, <u>the deadline for us to receive the

15  signed waiver is May 10, 2008</u>.  A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form.  Please use this envelope in sending it to us.  It is not necessary to send

17  the waiver to both attorneys for the Tribes.  An extra copy of the waiver is also enclosed for your

18  records.  If you own your property with another person or entity, signatures of both are required.

19         You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so.  Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24         If you return the signed waiver, we will file it with the court.  This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to the

27  complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single

28  response to both or a separate response to each.

the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you.  And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.


Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP


                                         By: s/Curtis Berkey
                                            Curtis G. Berkey
                                            Scott W. Williams
                                            2030 Addison Street, Suite 410
                                            Berkeley, California 94704
                                            Tel: 510/548-7070
                                            Fax: 510/548-7080
                                            E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com

                                            *Attorneys for Plaintiff-Intervenor,*
                                            *Ramona Band of Cahuilla*


                                         WILLIAMS & WORKS, P.A.


                                         By: s/Susan M. Williams
                                            Susan M. Williams (Pro Hac Vice)
                                            Sarah S. Works (Pro Hac Vice)
                                            P.O. Box 1483
                                            Corrales, NM 87049
                                            Tel: 505/899-7994
                                            Fax: 505/899-7972
                                            E-mail: swilliams@williamsandworks.net

                                            *Attorneys for Plaintiff-Intervenor,*
                                            *Cahuilla Band of Indians*

1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS LLP
3   2030 Addison Street, Suite 410
    Berkeley, CA 94704
4   Tel: 510/548-7070
    Fax: 510/548-7080
5   E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
6
    *Attorneys for Plaintiff-Intervenor*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11

12  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

13

14                    UNITED STATES DISTRICT COURT

15            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,            ) CIVIL NO.: 1247-SD-C
                                         )
17                   Plaintiff,          )
                                         )
18  RAMONA BAND OF CAHUILLA, CAHUILLA    ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                     ) **REQUEST FOR WAIVER OF**
19                                       ) **SERVICE OF SUMMONS**
                     Plaintiff-Intervenors, )
20  v.                                   )
                                         )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                                         )
22                   Defendants.         )

23  To:    THELMA BREACH

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                                    Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6      We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                   ALEXANDER, BERKEY, WILLIAMS &
                                           WEATHERS LLP
9

10
                                    By: s/Curtis Berkey_____
11                                      Curtis G. Berkey
                                        Scott W. Williams
12                                      2030 Addison Street, Suite 410
                                        Berkeley, California 94704
13                                      Tel: 510/548-7070
                                        Fax: 510/548-7080
14                                      E-mail: cberkey@abwwlaw.com
                                        E-mail: swilliams@abwwlaw.com
15
                                        *Attorneys for Plaintiff-Intervenor,*
16                                      *Ramona Band of Cahuilla*

17
                                    WILLIAMS & WORKS, P.A.
18

19
                                    By: s/Susan M. Williams_____
20                                      Susan M. Williams (Pro Hac Vice)
                                        Sarah S. Works (Pro Hac Vice)
21                                      P.O. Box 1483
                                        Corrales, NM 87049
22                                      Tel: 505/899-7994
                                        Fax: 505/899-7972
23                                      E-mail: swilliams@williamsandworks.net

24                                      *Attorneys for Plaintiff-Intervenor,*
                                        *Cahuilla Band of Indians*
25

26

27

28

                                           3                    Case No.: 05cv1247

1   Curtis G. Berkey (CA State Bar No. 195485)        Susan M. Williams (Pro Hac Vice)
    Scott W. Williams (CA State Bar No. 097966)       Sarah S. Works (Pro Hac Vice)
2   ALEXANDER, BERKEY, WILLIAMS                        WILLIAMS & WORKS, P.A.
    & WEATHERS LLP                                     P.O. Box 1483
3   2030 Addison Street, Suite 410                     Corrales, NM 87049
    Berkeley, CA 94704                                 Tel: 505/899-7994
4   Tel: 510/548-7070                                  Fax: 505/899-7972
    Fax: 510/548-7080                                  E-mail:
5   E-mail: cberkey@abwwlaw.com                        swilliams@williamsandworks.net
    E-mail: swilliams@abwwlaw.com
6                                                      *Attorneys for Plaintiff-Intervenor*
    *Attorneys for Plaintiff-Intervenor*               *Cahuilla Band of Indians*
7   *Ramona Band of Cahuilla*

8   Marco Gonzales (CA State Bar No. 190832)
    COAST LAW GROUP LLP
9   169 Saxony Road, Suite 204
    Encinitas, CA 92024
10  Tel: 760/942-8505
    Fax: 760/942-8515
11
    *Attorneys for Plaintiff-Intervenor*
12  *Cahuilla Band of Indians*

13
                    UNITED STATES DISTRICT COURT
14
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  UNITED STATES OF AMERICA,          ) CIVIL NO.: 1247-SD-C
                                        )
17              Plaintiff,              )
                                        )
18  RAMONA BAND OF CAHUILLA, CAHUILLA   ) **NOTICE OF LAWSUIT AND**
    BAND OF INDIANS,                    ) **REQUEST FOR WAIVER OF**
19                                      ) **SERVICE OF SUMMONS**
                Plaintiff-Intervenors,  )
20  v.                                  )
                                        )
21  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,  )
                                        )
22              Defendants.             )

23  To:    BRIDGET BRIGGS

24         **Why are you getting this?**

25         The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian

26  tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for

27  their present and future needs on their reservations.  The claims have been filed in the case known

28  as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

                                                              Case No.: 05cv1247

*v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

1   the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2   single response to both or a separate response to each.

3       If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4   summons and complaint served on you.  And we may ask the court to require you or the entity

5   you represent, to pay the expenses of making service.

6       We certify that this request is being sent to you on March 26, 2008.

7

8   Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP
9

10                                           By: s/Curtis Berkey
11                                               Curtis G. Berkey
                                                 Scott W. Williams
12                                               2030 Addison Street, Suite 410
                                                 Berkeley, California 94704
13                                               Tel: 510/548-7070
                                                 Fax: 510/548-7080
14                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com
15
                                                 *Attorneys for Plaintiff-Intervenor,*
16                                               *Ramona Band of Cahuilla*

17
                                             WILLIAMS & WORKS, P.A.
18

19
                                             By: s/Susan M. Williams
20                                               Susan M. Williams (Pro Hac Vice)
                                                 Sarah S. Works (Pro Hac Vice)
21                                               P.O. Box 1483
                                                 Corrales, NM 87049
22                                               Tel: 505/899-7994
                                                 Fax: 505/899-7972
23                                               E-mail: swilliams@williamsandworks.net

24                                               *Attorneys for Plaintiff-Intervenor,*
                                                 *Cahuilla Band of Indians*
25

26

27

28

                                    3                        Case No.: 05cv1247

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail:
swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | ) CIVIL NO.: 1247-SD-C<br>)<br>)<br>)<br>)<br>) **NOTICE OF LAWSUIT AND**<br>) **REQUEST FOR WAIVER OF**<br>) **SERVICE OF SUMMONS**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:   EDWARD BROCKNAU

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations.  The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

1  *v. Fallbrook Public Utility District, et al.,* Civ. No. 1247-SD-C. It is being heard by the United

2  States District Court for the Southern District of California. A copy of each of the complaints is

3  enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing

4  development and use of water in the area.

5       The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a

6  party to this case because, according to land title and court records, you are a successor to a

7  landowner on the original list compiled by the court when part of the case was adjudicated in the

8  1960s. The records show that you (or that entity) own land which overlies groundwater or is

9  adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may

10  hold water rights under the court's prior judgments.

11       This Notice is not a summons or official notification from the federal court. It is a request

12  that to avoid expenses, you waive formal service of a judicial summons by signing and returning the

13  enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days

14  from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the

15  signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in

16  returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send

17  the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your

18  records. If you own your property with another person or entity, signatures of both are required.

19       You may be assessed the expenses of service of the summons if you fail to return the signed

20  waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read

21  carefully the statement concerning the duty of parties to waive service of the summons, which is set

22  forth on the bottom of the waiver form.

23  **What happens next?**

24       If you return the signed waiver, we will file it with the court. This lawsuit will then proceed

25  as if you had been served on the date the waiver is filed, but no summons will be served on you and

26  you will have 60 days from March 26, 2008 to answer or file a motion in response to

27

28

Case No.: 05cv1247

1  the complaints.  If you choose to answer or respond to the Tribes' complaints, you may file a

2  single response to both or a separate response to each.

3      If we do not receive the signed waiver by May 10, 2008, we will arrange to have the

4  summons and complaint served on you.  And we may ask the court to require you or the entity

5  you represent, to pay the expenses of making service.

6      We certify that this request is being sent to you on March 26, 2008.

7

8  Dated: March 26, 2008                    ALEXANDER, BERKEY, WILLIAMS &
                                            WEATHERS LLP
9

10                                          By: s/Curtis Berkey
11                                              Curtis G. Berkey
                                                Scott W. Williams
12                                              2030 Addison Street, Suite 410
                                                Berkeley, California 94704
13                                              Tel: 510/548-7070
                                                Fax: 510/548-7080
14                                              E-mail: cberkey@abwwlaw.com
                                                E-mail: swilliams@abwwlaw.com
15
                                                *Attorneys for Plaintiff-Intervenor,*
16                                              *Ramona Band of Cahuilla*

17
                                            WILLIAMS & WORKS, P.A.
18

19
                                            By: s/Susan M. Williams
20                                              Susan M. Williams (Pro Hac Vice)
                                                Sarah S. Works (Pro Hac Vice)
21                                              P.O. Box 1483
                                                Corrales, NM 87049
22                                              Tel: 505/899-7994
                                                Fax: 505/899-7972
23                                              E-mail: swilliams@williamsandworks.net

24                                              *Attorneys for Plaintiff-Intervenor,*
                                                *Cahuilla Band of Indians*
25

26

27

28

                                3                        Case No.: 05cv1247