51-1247-GT
USA v. Fallbrook
    Public Utility
    District

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

047 B2008897
$00.870
03/12/2007
Mailed From 92132
US POSTAGE

RECEIVED
APR 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

☐ Not Deliverable As Addressed
    Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address   ☐ Refused
☐ Unclaimed - Not Known
☐ Attempted - Not Known
☒ No Such Street   ☐ Illegible
☐ Vacant   ☐ No Mail Receptacle
☐ No Mail Receptacle - No Order
☐ Box Closed For Better Address
☐ Returned
☐ Postage Due

Alvin Greewald, Esq.
6010 Wilshire Blvd., Suite 500
P.O. Box 1483
Los Angeles, CA 90036