ORIGINAL

1  RICHARD A. LEWIS, ESQ. BAR. NO. 137384
   LAW OFFICES OF RICHARD A. LEWIS
2  20631 Ventura Boulevard, Suite 304
3  Woodland Hills, California 91364
   (818) 704-0585   FAX (818) 704-0217
4
   Attorney for Defendant CORAL SMITH
5

FILED

2008 MAY 14 PM 4: 07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ VN H _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247-SD-C GT-RBB |
| Plaintiff | |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, | SEPARATE ANSWER OF DEFENDANT CORAL SMITH TO FIRST AMENDED COMPLAINT IN INTERVENTION OF CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe |
| Proposed Plaintiff in Intervention, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al | |
| Defendants. | |

Comes now the Defendant CORAL SMITH, answering for himself and himself alone, and in answer to the First Amended Complaint in Intervention of CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, herein on file, answers as follows:

1. In answer to paragraph 1 through 14 this answering defendant has insufficient information

1 of 5

United States of America v
Fallbrook Public Utility
District, et al

SEPARATE ANSWER OF
DEFENDANT CORAL SMITH

1247-SD-C

ORIGINAL

or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

2. In answer to paragraph 15, this answering defendant admits that he is a person but denies that he uses water, claims rights to use water, or delivers water from the Santa Margarita River System that is subject to this Court's jurisdiction, and except for this admission and denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

3. In answer to paragraph 16 this answering defendant denies that he uses or claims junior rights to use water in a manner that impairs the senior, federal reserved water rights of the CAHUILLA TRIBE, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

4. In answer to paragraph 17 denies that he has claimed rights to use water, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

5. In answer to paragraph 18 through 19 this answering defendant has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

6. In answer to paragraph 20 this answering defendant denies that his conduct has injured Plaintiff, and except for this denial, has insufficient information or belief to enable him to answer the

| United States of America v Fallbrook Public Utility District, et al | SEPARATE ANSWER OF DEFENDANT CORAL SMITH | 1247-SD-C |
|---|---|---|

allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

7. In answer to paragraph 21 through 28 this answering defendant has insufficient information or belief to enable him/her to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

8. In answer to paragraph 29 this answering defendant denies that he has withdrawn and used the groundwater underlying and adjacent to the Cahuilla Reservation, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

9. In answer to paragraph 30 this answering defendant denies that he has withdrawn and used groundwater underlying and adjacent to the Cahuilla Reservation, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

10. In answer to paragraph 31, Defendant refers to Paragraph 1 through 9 of his Answer to the First Amended Complaint set forth above and incorporates them herein by reference.

11. In answer to paragraph 32 through 34 this answering defendant has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

12. In answer to paragraph 35 this answering defendant denies that he has withdrawn groundwater, and except for this denial, has insufficient information or belief to enable him to answer

the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

13. In answer to paragraph 36 this answering defendant denies that he uses groundwater underlying the Cahuilla Reservation, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

14. In answer to paragraph 37 this answering defendant denies that he is withdrawing groundwater underlying the Cahuilla Reservation, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

15. In answer to paragraph 38 through 39 this answering defendant has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

FIRST AFFIRMATIVE DEFENSE

As a first and separate affirmative defense to the causes of action in the above complaint, defendant alleges as follows: Plaintiff-Intervenor has failed to state facts sufficient to establish any cause or causes of action against this answering defendant.

WHEREFORE, this answering defendant prays for judgment herein as follows:

1. That plaintiff take nothing by way of the complaint on file herein;

2. That this answering defendant be dismissed from this action or, alternatively, have judgment against plaintiff with reasonable attorney's fees and costs of suit incurred herein; and

3. That the Court grant such other and further relief as the court may deem just and proper under the circumstances.

Respectfully submitted: May 12, 2008

        LAW OFFICES OF RICHARD A. LEWIS

        By _____
        RICHARD A. LEWIS
        Law Offices of Richard A. Lewis
        16214 Ventura Boulevard, Suite 304
        Woodland Hills, California 91364
        Tel: (818) 704-0585
        Fax: (818) 704-0217
        E-mail: Rlewis@RichardLewis.com

        Attorney for Defendant
        CORAL SMITH

## VERIFICATION

I, CORAL SMITH, declare that I am one of the defendants in the above entitled action; I have read the foregoing answer and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 12, 2008, at Woodland Hills, California.

        _____
        CORAL SMITH

5 of 5

| United States of America v Fallbrook Public Utility District, et al | SEPARATE ANSWER OF DEFENDANT CORAL SMITH | 1247-SD-C |

# CERTIFICATE OF SERVICE

UNITED STATE DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 20631 Ventura Boulevard, Ste. 304, Woodland Hills, California 91364.

I hereby certify that a copy of the forgoing document described as SEPARATE ANSWER OF DEFENDANT CORAL SMITH TO FIRST AMENDED COMPLAINT IN INTERVENTION OF CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe, was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to the last known addressed as follows:

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

Susan M. Williams, Esq.
Sarah S. Works, Esq.
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87049

Marco A. Gonzales, Esq.
Rory R. Wicks, Esq.
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Woodland Hills, CA, this ___ day of May, 2008

_____
RICHARD A. LEWIS
Service Agent for
CORAL SMITH

---

United States of America v  |  CERTIFICATE OF SERVICE FOR  |  1247-SD-C
Fallbrook Public Utility     |  DEFENDANT CORAL SMITH
District, et al