ORIGINAL

1 | RICHARD A. LEWIS, ESQ. BAR. NO. 137384
LAW OFFICES OF RICHARD A. LEWIS

2 | 20631 Ventura Boulevard, Suite 304
Woodland Hills, California  91364

3 | (818) 704-0585    FAX (818) 704-0217

4

Attorney for Defendant CORAL SMITH

FILED

2008 MAY 14  PM 4: 07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____VML_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CIVIL NO. 1247-SD-C GT - 473 B
                          )
          Plaintiff       )
                          ) SEPARATE ANSWER OF DEFENDANT
RAMONA BAND OF CAHUILLA,   ) CORAL SMITH TO FIRST AMENDED
CAHUILLA BAND OF INDIANS,  ) COMPLAINT IN INTERVENTION OF
                          ) RAMONA BAND OF CAHUILLA,
          Plaintiff-Intervenors, )
                          )
v.                        )
                          )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, a public service corporation )
of the State of California, et al )
                          )
          Defendants.      )
_____)

Comes now the Defendant CORAL SMITH,  answering for himself and himself alone, and in

answer to the First Amended Complaint in Intervention of RAMONA BAND OF CAHUILLA, herein

on file, answers as follows:

    1.  In answer to paragraph 1  through 2 this answering defendant has insufficient information

or belief to enable him to answer the allegations contained therein, and basing his  denial on that

1 of 4

| United States of America v | SEPARATE ANSWER OF | 1247-SD-C |
| Fallbrook Public Utility | DEFENDANT CORAL SMITH | |
| District, et al | | |

ORIGINAL

ground, denies each, every and all allegations contained therein and the whole thereof.

2. In answer to paragraph 3, this answering defendant admits that he resides in this district, and except for this admission, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

3. In answer to paragraph 4, this answering defendant denies that he interferes with the Band's federal reserved water rights, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

4. In answer to paragraph 5, this answering defendant admits that he is a person but denies that he uses water, claims rights to use water, or delivers water from the Santa Margarita River System that is subject to this Court's jurisdiction, and except for this admission and denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

5. In answer to paragraph 6 through 8 this answering defendant has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

6. In answer to paragraph 9 this answering defendant denies that he withdraws or uses the ground water underlying and adjacent to the Ramona Reservation, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole

| United States of America v Fallbrook Public Utility District, et al | SEPARATE ANSWER OF DEFENDANT CORAL SMITH | 1247-SD-C |

thereof.

7. In answer to paragraph 10, Defendant refers to Paragraph 1 through 6 of his Answer to the First Amended Complaint in Intervention set forth above and incorporates them herein by reference.

8. In answer to paragraph 11 this answering defendant has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

9. In answer to paragraph 12 this answering defendant denies that he has withdrawn groundwater, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

10. In answer to paragraph 13 this answering defendant denies that he uses groundwater underlying the Ramona Reservation, and except for this denial, has insufficient information or belief to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each, every and all allegations contained therein and the whole thereof.

### FIRST AFFIRMATIVE DEFENSE

As a first and separate affirmative defense to the causes of action in the above complaint, defendant alleges as follows: Plaintiff-Intervenor has failed to state facts sufficient to establish any cause or causes of action against this answering defendant.

WHEREFORE, this answering defendant prays for judgment herein as follows:

1. That plaintiff take nothing by way of the complaint on file herein;

2. That this answering defendant be dismissed from this action or, alternatively, have judgment

| United States of America v | SEPARATE ANSWER OF | 1247-SD-C |
| Fallbrook Public Utility | DEFENDANT CORAL SMITH | |
| District, et al | | |

against plaintiff with reasonable attorney's fees and costs of suit incurred herein; and

3. That the Court grant such other and further relief as the court may deem just and proper under the circumstances.

Respectfully submitted: May _12_, 2008

LAW OFFICES OF RICHARD A. LEWIS


By_____
RICHARD A. LEWIS
Law Offices of Richard A. Lewis
16214 Ventura Boulevard, Suite 304
Woodland Hills, California 91364
Tel: (818) 704-0585
Fax: (818) 704-0217
E-mail: Rlewis@RichardLewis.com

Attorney for Defendant
CORAL SMITH


VERIFICATION

I, CORAL SMITH, declare that I am one of the defendants in the above entitled action; I have read the foregoing answer and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May _12_, 2008, at Woodland Hills, California.

_____
CORAL SMITH

4 of 4

| United States of America v Fallbrook Public Utility District, et al | SEPARATE ANSWER OF DEFENDANT CORAL SMITH | 1247-SD-C |
| --- | --- | --- |

CERTIFICATE OF SERVICE

UNITED STATE DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 20631 Ventura Boulevard, Ste. 304, Woodland Hills, California 91364.

I hereby certify that a copy of the forgoing document described as SEPARATE ANSWER OF DEFENDANT CORAL SMITH TO FIRST AMENDED COMPLAINT IN INTERVENTION OF RAMONA BAND OF CAHUILLA was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to the last known addressed as follows:

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

Susan M. Williams, Esq.
Sarah S. Works, Esq.
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87049

Marco A. Gonzales, Esq.
Rory R. Wicks, Esq.
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Woodland Hills, CA, this _15_ day of May, 2008

RICHARD A. LEWIS
Service Agent for
CORAL SMITH

1

United States of America v
Fallbrook Public Utility
District, et al          CERTIFICATE OF SERVICE FOR
DEFENDANT CORAL SMITH          1247-SD-C