Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 51-cv-1247-SD-GT<br><br>**EX PARTE APPLICATION FOR ORDER APPROVING EXTENSIONS OF TIME TO ANSWER COMPLAINTS OF RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS; [PROPOSED] ORDER**<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure and this Court's Order of July 18, 2007, Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians have served Notices of Lawsuit and Requests for Waiver of Summons on approximately 3,000 landowners whose land overlies ground water or is situated adjacent to surface water that is subject to this Court's

1  jurisdiction. Many of the landowners who have signed and returned the Waiver have requested an
2  extension of time to file an answer or motion in response to the Tribes' complaints. The Tribes
3  agree that extensions are warranted in light of the complexity of the issues in this case, and the
4  necessity to consult with an attorney. In order to conserve the resources of this Court and the parties,
5  the Tribes request approval of the parties' stipulations extending the time to respond with respect to
6  the Tribes and landowner defendants that are listed on the attached Exhibit A. The Tribes will serve
7  copies of this Order on each landowner defendant who has requested and obtained agreement to an
8  extension of time.

Dated: May 21, 2008                    Respectfully submitted,

WILLIAMS & WORKS, P.A.

By:/s/Susan M. Williams
    Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
    P.O. Box 1483
    Corrales, NM 87048
    Tel: 505/899-7994; Fax: 505/899-7972
    E-mail: swilliams@williamsandworks.net
    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: /s/Curtis G. Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com
    *Attorneys for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

COAST LAW GROUP LLP

By:/s/Marco Gonzales
    Marco Gonzales
    169 Saxony Road, Suite 204
    Encinitas, CA 92024
    Tel: 760/942-8505
    Fax: 760/942-8515
    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

**ORDER**

Dated:_____           SO ORDERED:


                                    _____
                                    Honorable Gordon Thompson, Jr.
                                    U.S. District Court Judge

# EXHIBIT A

## United States, et al. v. Fallbrook Public Utility District, et al.
Case No. 51-cv-1247

| NAME | DATE NOTICE MAILED | DATE WAIVER RECEIVED | DATE ANSWER/ RESPONSE DUE |
|---|---|---|---|
| Hemet Unified School Dist | 03/26/08 | EXT TO 05/20/08 | EXT TO 07/25/08 |
| Barbara Booth | 03/26/08 | 04/21/08 | EXT TO 07/25/08 |
| Dona Anderson | 03/26/08 | EXT TO 05/30/08 | EX TO 06/24/08 |
| Coyote Ranch, LLC c/o Andy Parsons | 03/26/08 | | EXT TO 06/24/08 |
| Otto Gomoll | 03/26/08 | 05/19/08 | EXT TO 06/24/08 |
| Winchester 700 | 03/26/08 | EXT TO 06/09/08 | EXT TO 06/24/08 |
| Fletcher Family Trust | 03/26/08 | 05/12/08 | EXT TO 06/16/08 |
| Robert Pavlik and Ramona Lucas | 03/26/08 | 05/07/08 | EXT TO 08/31/08 |
| Ngo Hong | 03/26/08 | EXT TO 05/30/08 | EXT TO 06/30/08 |
| Lake Riverside Estates | 03/26/08 | EXT TO 06/10/08 | EXT TO 07/25/08 |
| Frank Spitzer | 03/26/08 | 05/08/08 | EXT TO 06/25/08 |
| Grace Barnaba | 03/26/08 | 05/02/08 | EXT TO 08/23/08 |
| Andrew Papac | 03/26/08 | EXT TO 05/30/08 | EXT TO 06/24/08 |
| Eugene Gabrych | 03/26/08 | 04/30/08 | EXT TO 06/15/08 |
| Fernando and Martha Arriaga | 03/26/08 | EX TO 05/25/08 | EXT TO 06/24/08 |
| Doran and Louise Lewis | 03/26/08 | 04/14/08 | EXT TO 08/11/08 |
| Norman and Janet Williams | 03/26/08 | 04/10/08 | EXT TO 06/25/08 |
| Todd Sheehan | 03/26/08 | 05/05/08 | EXT TO 07/25/08 |
| Michael F. Conroy Trust c/o Michael F. Conroy | 03/26/08 | 04/17/08 | EXT TO 07/25/08 |
| Ray C. Pursche Trust | 03/26/08 | 05/07/08 | EXT TO 06/09/08 |
| Raymond Reinders | 03/26/08 | 04/27/08 | EXT TO 07/25/08 |

| NAME | DATE NOTICE MAILED | DATE WAIVER RECEIVED | DATE ANSWER/ RESPONSE DUE |
|---|---|---|---|
| Steve Snyder, Trustee for Doris E. Snyder Trust | 03/26/08 | 04/24/08 | EXT TO 07/25/08 |
| Michael and Evelyn Brajevich | 03/26/08 | 04/16/08 | EXT TO 07/25/08 |
| Nanette Holzer | 03/26/08 | 04/13/08 | EXT TO 07/25/08 |
| Darryl and Marilyn Judge | 03/26/08 | 04/18/08 | EXT TO 07/25/08 |
| James Simones | 03/26/08 | EXT TO 06/10/08 | EXT TO 06/25/08 |
| Edythmae Gautschy | 03/26/08 | 04/27/08 | EXT TO 07/25/08 |
| Michael and Lynn Mata | 03/26/08 | 04/16/08 | EXT TO 07/25/08 |
| Young Kim | 04/17/08 | EXT TO 07/01/08 | EXT TO 07/16/08 |

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On May 21, 2008, I caused to be served the following document(s) in United States of America, et al. v. Fallbrook Public Utility District, et al., Case No. 51-1247-SD-GT:

1) **EX PARTE APPLICATION FOR ORDER APPROVING EXTENSIONS OF TIME TO ANSWER COMPLAINTS OF RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS; [PROPOSED] ORDER**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Peter J. Mort
Rodney B. Lewis
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Marc Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Ron Glidden
Water Resources Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Ms. Sharon Kirkconnell
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 601
Aguanga, CA 92536

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern California
700 North Alameda Street
Los Angeles, CA 90012-2944

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS, PETERSEN &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

| | |
|---|---|
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Dyson Development<br>437 South Highway 101, Suite 220<br>Solana Beach, CA 92075 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |
| Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |
| Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 |
| Western Land Financial<br>and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| Ms. Barbara Jaques<br>Jojoba Hills SKP Resort<br>45120 Highway 79 South<br>Aguanga, CA 92536 | Mr. Tom Gieling<br>Jojoba Hills SKP Resort<br>45120 Highway 79 South, Lot 642<br>Aguanga, CA 92536 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 21, 2008, at Berkeley, California.

*Martha Morales*

Martha Morales