Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

FILED MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-SD-GT<br><br>**EX PARTE APPLICATION FOR ORDER APPROVING EXTENSIONS OF TIME TO ANSWER COMPLAINTS OF RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS; [PROPOSED] ORDER**<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure and this Court's Order of July 18, 2007, Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians have served Notices of Lawsuit and Requests for Waiver of Summons on approximately 3,000 landowners whose land overlies ground water or is situated adjacent to surface water that is subject to this Court's

Case No.: 51cv1247

jurisdiction. Many of the landowners who have signed and returned the Waiver have requested an extension of time to file an answer or motion in response to the Tribes' complaints. The Tribes agree that extensions are warranted in light of the complexity of the issues in this case, and the necessity to consult with an attorney. In order to conserve the resources of this Court and the parties, the Tribes request approval of the parties' stipulations extending the time to respond with respect to the Tribes and landowner defendants that are listed on the attached Exhibit A. The Tribes will serve copies of this Order on each landowner defendant who has requested and obtained agreement to an extension of time.

Dated: May 21, 2008                    Respectfully submitted,

| | |
|---|---|
| WILLIAMS & WORKS, P.A. | ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP |
| By:/s/Susan M. Williams<br>  Susan M. Williams (Pro Hac Vice)<br>  Sarah S. Works (Pro Hac Vice)<br>  P.O. Box 1483<br>  Corrales, NM 87048<br>  Tel: 505/899-7994; Fax: 505/899-7972<br>  E-mail: swilliams@williamsandworks.net<br>  *Attorneys for Plaintiff-Intervenor,*<br>  *Cahuilla Band of Indians* | By: /s/Curtis G. Berkey<br>  Curtis G. Berkey<br>  Scott W. Williams<br>  2030 Addison Street, Suite 410<br>  Berkeley, California 94704<br>  Tel: 510/548-7070; Fax: 510/548-7080<br>  E-mail: cberkey@abwwlaw.com<br>  E-mail: swilliams@abwwlaw.com<br>  *Attorneys for Plaintiff-Intervenor,*<br>  *Ramona Band of Cahuilla* |

COAST LAW GROUP LLP

By:/s/Marco Gonzales
  Marco Gonzales
  169 Saxony Road, Suite 204
  Encinitas, CA 92024
  Tel: 760/942-8505
  Fax: 760/942-8515
  *Attorneys for Plaintiff-Intervenor,*
  *Cahuilla Band of Indians*

**ORDER**

Dated: May 22 2008

SO ORDERED:

_____
Honorable Gordon Thompson Jr.
U.S. District Court Judge