1  Donald Timms
   5335 Jamestown Road
2  San Diego, CA 92117
   Tel: 858/270-7356
3  Fax: 858/270-7356
   Email: dontimms@san.rr.com
4
5  Defendant



6

7              UNITED STATES DISTRICT COURT

8        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )  CIVIL NO.: 1247-SD-C
                                       )
11    Plaintiff,                       )  ANSWER OF DEFENDANT DONALD
                                       )  TIMMS TO THE OF RAMONA BAND OF
12  RAMONA BAND OF CAHUILLA,           )  CAHUILLA'S FIRST AMENDED
    CAHUILLA BAND OF INDIANS,          )  COMPLAINT IN INTERVENTION
13                                     )
    Plaintiff-Interveners,             )
14  v.                                 )
                                       )
15  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, et al.,                  )
16                                     )
                                       )
17    Defendants.

18  ──────────────────────────────

19       Defendant, DONALD TIMMS ("Mr. Timms") hereby answers each of the numbered

20  paragraphs of Ramona Band of Cahuilla's ("Ramona Band's") First Amended Complaint in

21  Intervention, filed on July 2, 2007, as follows:

22       1.     Mr. Timms lacks knowledge or information sufficient to form a belief about the

23  truth of the allegations in Paragraphs 1 through 4 and therefore denies them.

24       2.     Mr. Timms admits he is a person but lacks knowledge or information sufficient to

25  form a belief about the truth of the other allegations in Paragraph 5 and therefore denies them. To

26  the extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the

27  other Defendants.

28       3.     Mr. Timms lacks knowledge or information sufficient to form a belief about the

1 truth of the allegations in Paragraphs 6 through 8 and therefore denies them.

2     4.     Mr. Timms denies that he is withdrawing groundwater underlying the Ramona

3 Reservation. Mr. Timms lacks knowledge or information sufficient to form a belief about the

4 truth of the other allegations in Paragraph 9 and therefore denies them. To the extent these

5 allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

6     5.     Each and every response above is incorporated herein by reference.

7     6.     Mr. Timms lacks knowledge or information sufficient to form a belief about the

8 truth of the allegations in Paragraphs 11 and 12 and therefore denies them.

9     7.     Mr. Timms denies that he is withdrawing groundwater underlying the Ramona

10 Reservation. Mr. Timms lacks knowledge or information sufficient to form a belief about the

11 truth of the other allegations in Paragraph 13 and therefore denies them. To the extent these

12 allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

13     8.     Mr. Timms denies all other allegations not otherwise specifically addressed in his

14 Answer.

15 AFFIRMATIVE DEFENSES

16 Without admitting or acknowledging that he bears the burden of proof as to any of them,

17 Mr. Timms asserts the following affirmative defenses:

18 FIRST AFFIRMATIVE DEFENSE

19 The Complaint, and each cause of action therein, fails to state facts sufficient to establish

20 any cause or causes of action against Mr. Timms.

21 SECOND AFFIRMATIVE DEFENSE

22 Mr. Timms reserves the right to assert any other defenses based on information revealed

23 in this matter.

24 WHEREFORE, Mr. Timms prays for judgment herein as follows:

25     I.     Dismiss the Ramona Band's Complaint with prejudice and find that the Ramona

26 Band takes nothing by its claims;

27     II.     Enter judgment in favor of Mr. Timms and against the Ramona Band on all

28 claims in the Complaint;

    Case No: 1247-SD-C

1    III.    Award Mr. Timms with reasonable attorney's fees and costs of suit incurred

2 herein; and

3    III.    That the Court grant such other and further relief as the court may deem just and

4 proper under the circumstances.

5 Dated: *20 May 2008*

6 By: /s/ Donald Timms

7    DONALD TIMMS

8    Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No: 1247-SD-C