Donald Timms
5335 Jamestown Road
San Diego, CA 92117
Tel: 858/270-7356
Fax: 858/270-7356
Email: dontimms@san.rr.com

Defendant

FILED
2008 MAY 20  AM 10: 54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Interveners,<br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>  Defendants. | CIVIL NO.: 1247-SD-C GT<br><br>ANSWER OF DEFENDANT DONALD TIMMS TO THE OF CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION |

Defendant, DONALD TIMMS ("Mr. Timms") hereby answers each of the numbered paragraphs of Cahuilla Band of Indians' ("Cahuilla Band's") First Amended Complaint in Intervention, submitted on June 6, 2007, as follows:

   1.   Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 1 through 14 and therefore denies them.

   2.   Mr. Timms admits he is a person but lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 15 and therefore denies them. To the extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

   3.   Mr. Timms lacks knowledge or information sufficient to form a belief about the

1  truth of the other allegations in Paragraphs 16 through 20 and therefore denies them. To the
2  extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the other
3  Defendants.

4.  Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 21 through 28 and therefore denies them.

5.  Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraphs 29 and 30 and therefore denies them. To the extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

6.  Each and every response above is incorporated herein by reference.

7.  Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 32 through 34 and therefore denies them.

8.  Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraphs 35 through 36 and therefore denies them. To the extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

9.  Mr. Timms denies that he is withdrawing groundwater underlying the Cahuilla Reservation. Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 37 and therefore denies them. To the extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

10. Mr. Timms denies that he has committed any wrongful acts and denies the Cahuilla Band is entitled to a declaratory judgment. Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 38 and therefore denies them. To the extent these allegations are directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

11. Mr. Timms denies that the Cahuilla Band is entitled to an injunction. Mr. Timms lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 39 and therefore denies them. To the extent these allegations are

1  directed to all Defendants, Mr. Timms cannot respond for the other Defendants.

2      12.    Mr. Timms denies all other allegations not otherwise specifically addressed in his
3  Answer.

### AFFIRMATIVE DEFENSES

Without admitting or acknowledging that he bears the burden of proof as to any of them, Mr. Timms asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, fails to state facts sufficient to establish any cause or causes of action against Mr. Timms.

### SECOND AFFIRMATIVE DEFENSE

Mr. Timms reserves the right to assert any other defenses based on information revealed in this matter.

WHEREFORE, Mr. Timms prays for judgment herein as follows:

I.    Dismiss the Cahuilla Band's Complaint with prejudice and find that the Cahuilla Band takes nothing by its claims;

II.    Enter judgment in favor of Mr. Timms and against the Cahuilla Band on all claims in the Complaint;

III.    Award Mr. Timms with reasonable attorney's fees and costs of suit incurred herein; and

III.    That the Court grant such other and further relief as the court may deem just and proper under the circumstances.

Dated: 20 May 2008

By: /s/ Donald Timms

DONALD TIMMS

Defendant