PATRICIA G. ROSENBERG (154820)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555
E-mail: prosenberg@hnattorneys.com
Attorneys for Defendants
M.E.M. Limited Partnership

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>a federally recognized Indian tribe,<br><br>  Proposed Plaintiff<br>  In Intervention,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>  Defendants. | CIVIL NO.: 1247-SD-C<br><br>**DEFENDANT M.E.M. LIMITED PARTNERSHIP'S ANSWER TO CAHUILLA BAND OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION** |

Defendant M.E.M. Limited Partnership (hereinafter "MEM") answers Plaintiffs' Complaint and each purported claim for relief therein as follows:

**FIRST DEFENSE**

1. Answering Paragraph 1 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 1, and therefore denies those allegations.

2. Answering Paragraph 2 of the Complaint, MEM lacks sufficient knowledge or

-1-

1  information to form a belief as to the truth of allegations in Paragraph 2 and therefore denies those
2  allegations.
3       3.     Answering Paragraph 3 of the Complaint, MEM lacks sufficient knowledge or
4  information to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies
5  those allegations.
6       4.     Answering Paragraph 4 of the Complaint, MEM lacks sufficient knowledge or
7  information to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies
8  those allegations.
9       5.     Answering Paragraph 5 of the Complaint, MEM lacks sufficient knowledge or
10 information to form a belief as to the truth of the allegations in Paragraph 5, and therefore denies
11 those allegations.
12      6.     Answering Paragraph 6 of the Complaint, MEM lacks sufficient knowledge or
13 information to form a belief as to the truth of allegations in Paragraph 6 and therefore denies those
14 allegations..
15      7.     Answering Paragraph 7 of the Complaint, MEM lacks sufficient knowledge or
16 information to form a belief as to the truth of allegations in Paragraph 7 and therefore denies those
17 allegations.
18      8.     Answering Paragraph 8 of the Complaint, MEM lacks sufficient knowledge or
19 information to form a belief as to the truth of allegations in Paragraph 8 and therefore denies those
20 allegations.
21      9.     Answering Paragraph 9 of the Complaint, MEM lacks sufficient knowledge or
22 information to form a belief as to the truth of allegations in Paragraph 9 and therefore denies those
23 allegations.
24      10.    Answering Paragraph 10 of the Complaint, MEM lacks sufficient knowledge or
25 information to form a belief as to the truth of allegations in Paragraph 10 and therefore denies those
26 allegations.
27      11.    Answering Paragraph 11 of the Complaint, MEM lacks sufficient knowledge or
28 information to form a belief as to the truth of allegations in Paragraph 11 and therefore denies those

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C

allegations.

12. Answering Paragraph 12 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 12 and therefore denies those allegations.

13. Answering Paragraph 13 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 13 and therefore denies those allegations.

14. Answering Paragraph 14 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 14 and therefore denies those allegations.

15. Answering Paragraph 15 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 15 and therefore denies those allegations.

16. Answering Paragraph 16 of the Complaint, MEM denies the allegations contained therein.

17. Answering Paragraph 17 of the Complaint, MEM denies the allegations contained therein.

18. Answering Paragraph 18 of the Complaint, MEM denies the allegations contained therein.

19. Answering Paragraph 19 of the Complaint, MEM denies the allegations contained therein.

20. Answering Paragraph 20 of the Complaint, MEM denies the allegations contained therein.

21. Answering Paragraph 21 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 21 and therefore denies those allegations.

22. Answering Paragraph 22 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 22 and therefore denies those

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C

allegations.

23. Answering Paragraph 23 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 23 and therefore denies those allegations.

24. Answering Paragraph 24 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 24 and therefore denies those allegations.

25. Answering Paragraph 25 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 25 and therefore denies those allegations.

26. Answering Paragraph 26 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 26 and therefore denies those allegations.

27. Answering Paragraph 27 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 27 and therefore denies those allegations.

28. Answering Paragraph 28 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 28 and therefore denies those allegations.

29. Answering Paragraph 29 of the Complaint, MEM denies the allegations contained therein.

30. Answering Paragraph 30 of the Complaint, MEM denies the allegations contained therein.

31. Answering Paragraph 31 of the Complaint, MEM realleges and incorporates herein by this reference each of its denials as set forth in Paragraphs 1 through 30, above.

32. Answering Paragraph 32 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 32 and therefore denies those allegations.

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C

33. Answering Paragraph 33 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 33 and therefore denies those allegations.

34. Answering Paragraph 34 of the Complaint, MEM lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 34 and therefore denies those allegations.

35. Answering Paragraph 35 of the Complaint, MEM denies the allegations contained therein.

36. Answering Paragraph 36 of the Complaint, MEM denies the allegations contained therein.

37. Answering Paragraph 37 of the Complaint, MEM denies the allegations contained therein.

38. Answering Paragraph 38 of the Complaint, MEM denies the allegations contained therein.

39. Answering Paragraph 39 of the Complaint, MEM denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### SECOND DEFENSE

The Complaint fails to state claims upon which relief may be granted.

### THIRD DEFENSE

Plaintiff's claim for relief is barred by the doctrine of waiver.

### FOURTH DEFENSE

Plaintiff's claim for relief is barred by the doctrines of unclean hands and *in pari delicto*.

### FIFTH DEFENSE

Plaintiff has failed to take reasonable actions to mitigate the alleged injuries and damages set forth in the Complaint.

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C

## SIXTH DEFENSE

MEM alleges that Plaintiff directed, ordered, and approved and ratified MEM's conduct and Plaintiff is therefore estopped from asserting any claims based thereon.

## SEVENTH DEFENSE

All Causes of Action are barred by the statute of limitations contained in U.S.C. §2000e, *et seq.*

## EIGHTH DEFENSE

Plaintiff, based upon its conduct, assumed the risk for any of the occurrences and damages it allegedly sustained as set forth in its Complaint.

## NINTH DEFENSE

Defendant alleges that Plaintiff acted with full knowledge of all the facts and circumstances surrounding its alleged injuries or damages, and thus assumed the risk of all injuries or damages of which it now complains.

## TENTH DEFENSE

Each and all Causes of Action in the Complaint fail to state facts sufficient to constitute a Causes of Action against this answering Defendant.

## ELEVENTH DEFENSE

Defendant alleges that Plaintiff, by its acts, is estopped from asserting any claims upon which it seeks relief.

## TWELFTH DEFENSE

Defendant alleges that if Plaintiff was damaged in any manner whatsoever, said damage, if any, was a direct and proximate result of the intervening and superseding actions on the part of others, or intervening and superseding events, and that such intervening and superseding actions and events bar recovery by Plaintiff.

## THIRTEENTH DEFENSE

Plaintiff's action is barred by the equitable doctrine of Laches.

## FOURTEENTH DEFENSE

Defendant alleges that its conduct was not the cause in fact or the proximate cause of any

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C

injury or damages claimed by Plaintiff.

### FIFTEENTH DEFENSE

Defendant alleges that Plaintiff has relinquished and waived any and all rights to assert the claims upon which it seeks relief.

### SIXTEENTH DEFENSE

MEM alleges that it reserves the right to assert additional defenses prior to or at the trial of this matter based on facts which are developed and discovered during the pendency of this action.

### PRAYER FOR RELIEF

MEM denies that Plaintiff is entitled to any of the relief prayed for in any Paragraph appearing under the "Prayer for Relief", or to any other relief whatsoever. MEM prays for relief as follows:

1. That Plaintiff take nothing by its Complaint;
2. That Defendant is not enjoined from withdrawing surface waters and groundwaters underlying the Cahuilla Reservation that is allegedly in conflict with the senior, federal reserved water rights of the Cahuilla Tribe and its members.
2. That the Complaint be dismissed with prejudice;
3. That MEM recover its costs and reasonable attorneys' fees from Plaintiff; and
4. For such other and further relief as this Court deems just and proper.

Dated: May 22, 2008

HAAS & NAJARIAN

By:s/ _____
PATRICIA G. ROSENBERG
Attorneys for Defendants
M.E.M. LIMITED PARTNERSHIP
E-mail: prosenberg@hnattorneys.com

N:\CLIENTS\13\1336\Cahuilla Answer.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C

## PROOF OF SERVICE
### C.C.P. § 1985(b)(e)

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; I am employed in the County of San Francisco, California; my business address is 58 Maiden Lane, 2nd Floor, San Francisco, CA 94108.

On the below date I served the attached document(s) entitled:

**DEFENDANT M.E.M. LIMITED PARTNERSHIP'S ANSWER TO CAHUILLA BAND OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION**

on all interested parties in said cause addressed as follows:

> Marco A. Gonzalez
> Rory R. Wicks
> COAST LAW GROUP LLP
> 169 Saxony Road, Ste. 204
> Encinitas, CA 92024
>
> Susan M. Williams
> Sarah S. Works
> WILLIAMS & WORKS P.A.
> PO Box 1483
> Corrales, NM 87049

__X__ **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at Haas & Najarian, LLP, 58 Maiden Lane, Second Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of Haas & Najarian, LLP, for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

__X__ **(BY CM/ECF)** I served the foregoing documents by filing them electronically, in compliance with the Electronic Case Filing rules.

____ **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the aforementioned fax number(s). I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Haas & Najarian, LLP, 58 Maiden Lane, Second Floor, San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 22, 2008, at San Francisco, California.

__X__ **(FEDERAL)** I declare that I am a member of Haas & Najarian, LLP and a member of the bar of this court at whose direction the service was made.

s/ _____
PATRICIA G. ROSENBERG
E-mail: prosenberg@hnattorneys.com

-8-

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DEFENDANT MEM LTD., LP'S ANSWER TO CAHUILLA BAND
OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION

Civil No. 1247-SD-C