TIMOTHY P. JOHNSON (BAR NO. 66333)
**LAW OFFICES OF TIMOTHY P. JOHNSON**
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant RODRIGO MORENO

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-SD-C<br><br>**ANSWER OF RODRIGO MORENO TO FIRST AMENDED COMPLAINT IN INTERVENTION** |

Defendant, RODRIGO MORENO, for himself and for no other defendants, answers as follows:

## INTRODUCTION

1. Answering paragraph 1 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

## JURISDICTION AND VENUE

2. Answering paragraph 2 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis

-1-
ANSWER TO COMPLAINT IN INTERVENTION                                                  Case No. 51-1247-SD-C

1  denies each and every allegation therein.

2     3. Answering paragraph 3 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

## PARTIES

   4. Answering paragraph 4 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

   5. Answering paragraph 5 of the Complaint, responding party admits that he is a person. As to the remaining allegations in paragraph 5 of the complaint, defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every remaining allegation therein.

## FACTS

   6. Answering paragraph 6 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

   7. Answering paragraph 7 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

   8. Answering paragraph 8 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

   9. Answering paragraph 9 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

///

LAW OFFICES OF TIMOTHY P. JOHNSON

## CLAIM FOR RELIEF

10. Answering paragraph 10 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

11. Answering paragraph 11 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

12. Answering paragraph 12 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

13. Answering paragraph 13 of the Complaint, defendant denies each and every allegation therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

The complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to this answering defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The complaint and each cause of action contained therein is barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

At all times material herein, Plaintiff in Intervention failed and neglected to mitigate its damages, so as to reduce and/or diminish its claim.

///

///

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

This answering defendant is informed and believes and on such basis alleges that Plaintiff in Intervention is guilty of laches and that each and every cause of action within the complaint in intervention should fail because Plaintiff in Intervention has inexcusably and unreasonably delayed the commencement of its action against this defendant and is estopped from asserting its actions as a result thereof.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

This answering defendant is informed and believes that the complaint in intervention and each and every cause of action contained therein fails because of this answering defendant's reasonable reliance on the acts or omissions of Plaintiff in Intervention, whereby the Plaintiff in Intervention is now estopped from asserting the claims in its complaint in intervention against this answering defendant.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff in Intervention's claims against this answering defendant are expressly barred as a result of Plaintiff in Intervention's unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

If Plaintiff in Intervention suffered or sustained any damage or injury, either as alleged in the complaint in intervention, or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault, and unlawful conduct of other parties or entities, whether or not parties to this action, and damages of Plaintiff in Intervention, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to such other persons or entities, whether or not parties to this action.

## EIGHTH AFFIRMATIVE DEFENSE

**(Comparative Fault)**

If Plaintiff in Intervention suffered or sustained any damage or injury, either as alleged in the complaint in intervention or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault and unlawful conduct of Plaintiff in Intervention, and the damages of Plaintiff in Intervention, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to Plaintiff in Intervention.

WHEREFORE, this answering defendant prays for judgment as follows:

1. Plaintiff in Intervention take nothing by reason of the complaint in intervention;

2. This answering defendant be dismissed with prejudice;

3. For costs of suit incurred herein;

4. For reasonable attorney's fees incurred herein; and

5. For such other relief as the Court deems just and proper.

Dated: May 22, 2008

LAW OFFICES OF TIMOTHY P. JOHNSON


By: /s/ Timothy P. Johnson
   TIMOTHY P. JOHNSON
   Attorneys for Defendant RODRIGO MORENO

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17821 E. 17th Street, Suite 290, Tustin, California 92780.

On May 23, 2008, I served the foregoing document described as **ANSWER OF RODRIGO MORENO TO FIRST AMENDED COMPLAINT IN INTERVENTION** on all interested parties in this action by:

✓ placing __ the original ✓ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

✓ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

__ **BY FACSIMILE TRANSMISSION:** From Fax No. (714) 832-1179 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

__ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on May 23, 2008 at Tustin, California.

/s/ Carol W. Wiese
CAROL W. WIESE

*USA, Ramona Band of Cahuilla v. Fallbrook Public Utility District, et al.*
<u>USDC, Case No. 1247-SD-C</u>

## MAILING LIST

| | |
|---|---|
| Curtis G. Berkey, Esq. (Bar No. 195485)<br>Scott W. Williams (Bar No. 097966)<br>ALEXANDER, BERKEY, WILLIAMS &<br>WATERS LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br>(510) 548-7070  FAX: (510) 548-7080<br>E-mail: cberkey@abwwlaw.com<br>E-mail: swilliams@abwwlaw.com<br>*Attorneys For Plaintiff-Intervenor Ramona Band Of Cahuilla* | Donald R. Pongrace<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington DC 20036 |
| Peter J. Mort<br>Rodney B. Lewis<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, California 92101-3542 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Ste. 1<br>Fallbrook, CA 92028 | Jeffrey F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P O. Box 1028<br>Riverside, California 92502 |
| Michael L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>JACKSON, DEMARCHO, TIDUS, PETERSEN & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, California 92614 | Marco A. Gonzalez<br>Rory R. Wicks<br>COAST LAW GROUP LLP<br>169 Saxony Road, Suite 204<br>Encinitas, California 92024 |

LAW OFFICES OF TIMOTHY P. JOHNSON

-7-
ANSWER TO COMPLAINT IN INTERVENTION                    Case No. 51-1247-SD-C