| | |
|---|---|
| Michael L. Tidus, Bar No. 126425 | |
| mtidus@jdtplaw.com | |
| Michele A. Staples, Bar No. 144392 | |
| mstaples@jdtplaw.com | |
| Paige H. Gosney, Bar No. 252830 | |
| pgosney@jdtplaw.com | |
| JACKSON, DeMARCO, TIDUS & PECKENPAUGH | |
| 2030 Main Street, Suite 1200 | |
| Irvine, California 92614 | |
| Tel: (949) 752-8585 | |
| Fax: (949) 752-0597 | |

Attorneys for Defendant
Jojoba Hills, S.K.P. Resort, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. <br><br> Defendants. | CASE NO. CIV. 51-1247-SD-GT <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDUREBY DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC.** <br><br> Date:  June 30, 2008 <br> Time:  2:00 p.m. <br> Room:  8 – Third Floor <br> Judge: Hon. Gordon Thompson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendant JOJOBA HILLS, S.K.P. RESORT, INC. ("JOJOBA"), respectfully requests that the Court take judicial notice of the documents described below, true and correct copies of which are attached hereto.

Rule 201 of the Federal Rules of Evidence provides that the Court may take judicial notice of a fact "not subject to reasonable dispute in that it is … capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." This

includes the Court's own prior judgments and orders (*Greenberg v Cutler-Hammer, Inc.*, 403 F Supp 1231 (E.D. Wis. 1975)), records filed with the Court in a pending action (*Mir v. Little Company of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988)), and publicly recorded deeds (*Hayes v. U.S.*, 461 F.Supp. 1168, 1174 (C.D. Cal. 1978). All of the documents described below are this Court's records, filed either in connection with the current proceeding to quantify the Ramona Band of Cahuilla and Cahuilla Band of Indians' water rights in Anza, or in the underlying *U.S.A. v. Fallbrook Public Utility District* (Case No. 51-1247-SD-GT) case (the "Adjudication"), and/or publicly recorded deeds:

<u>Exhibit A</u>:  Final Judgment and Decree entered by this Court in the Adjudication on May 8, 1963.

<u>Exhibit B</u>:  Interlocutory Judgment No. 41, entered by this Court in the Adjudication on November 8, 1962.

<u>Exhibit C</u>:  First Amended Complaint in Intervention filed with this Court by the Ramona Band of Cahuilla Indians on July 9, 2007.

<u>Exhibit D</u>:  First Amended Complaint in Intervention filed with this Court by the Cahuilla Band of Indians on July 2, 2007.

<u>Exhibit E</u>:  Interlocutory Judgment No. 40, entered by this Court in the Adjudication on December 18, 1962.

<u>Exhibit F</u>:  U.S. Exhibit 277-B; Map of Murrieta and Aguanga Ground Water Areas; incorporated by reference into Interlocutory Judgment No. 40.

<u>Exhibit G</u>:  Exhibit "B" to Interlocutory Judgment No. 40; Alphabetical Index of Apparent Owners Within Aguanga Ground Water Area.

<u>Exhibit H</u>:  Exhibit 210; Temecula River Above Vail Dam Ownership and Geology Map; attached as Exhibit "A" to Interlocutory Judgment No. 34A.

<u>Exhibit I</u>:  Deed Chain of Title for Jojoba Assessor Parcel Nos. 583-160-001, and 583-170-043 (Milford and Myrtle Anderson).

<u>Exhibit J</u>:  Deed Chain of Title for Jojoba Assessor Parcel No. 583-160-026 (Ray Lester Bergman).

Exhibit K:   Deed Chain of Title for Jojoba Assessor Parcel No. 583-170-041, and 583-170-042 (King family).

Exhibit L:   Interlocutory Judgment No. 33, entered by this Court in the Adjudication on December 11, 1962.

DATED:  May 23, 2008                    Respectfully submitted,

JACKSON, DeMARCO, TIDUS & PECKENPAUGH
    MICHAEL L. TIDUS
    MICHELE A. STAPLES
    PAIGE H. GOSNEY


By:  /s/   Paige H. Gosney
     Paige H. Gosney
     Attorneys for Defendants
     Jojoba Hills S.K.P. Resort, Inc.

791102.1

1 **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D).  Any other counsel of record will be served by facsimile transmission and/or first class mail on May 23, 2008.

/s/ Paige H. Gosney