| | |
|---|---|
| 1 | Michael L. Tidus, Bar No. 126425 |
|   | mtidus@jdtplaw.com |
| 2 | Michele A. Staples, Bar No. 144392 |
|   | mstaples@jdtplaw.com |
| 3 | Paige H. Gosney, Bar No. 252830 |
|   | pgosney@jdtplaw.com |
| 4 | JACKSON, DeMARCO, TIDUS & PECKENPAUGH |
|   | 2030 Main Street, Suite 1200 |
| 5 | Irvine, California 92614 |
|   | Tel: (949) 752-8585 |
| 6 | Fax: (949) 752-0597 |
| 7 | Attorneys for Defendant |
|   | Jojoba Hills, S.K.P. Resort, Inc. |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CIV. 51-1247-SD-GT |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | Date: June 30, 2008 |
| Defendants. | Time: 2:00 p.m. |
| | Room: 8 – Third Floor |
| | Judge: Hon. Gordon Thompson |

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **May 23, 2008,** I served the foregoing document described as

- **NOTICE OF MOTION AND MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC. AND TABLE OF CONTENTS THEREON**

- **ORDER RE MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC.**

by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒     By Mail: I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

Executed on May 23, 2008, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　/s/   Debby Tankersley
　　　　　　　　　　　　　　　　　　     Debby Tankersley

**MAILING LIST**
*United States of America v. Fallbrook Public Utility District, et al.*
*United States District Court- SD of California*
*Case No. 51-1247-SD-GT*

| | |
|---|---|
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street<br>Suite 1<br>Fallbrook, CA 92028-2025 | Sarah S Works<br>Williams & Works<br>PO Box 1483<br>Corrales, NM 87048 |
| Michael J Machado<br>P O Box 391607<br>Anza, CA 92539 | Pamela M Machado<br>P O Box 391607<br>Anza, CA 92539 |