ORIGINAL

1  Gary D. Leasure (California State Bar No. 211160)
   LAW OFFICES OF GARY D. LEASURE, APC
2  12625 High Bluff Drive, Suite 103
   San Diego, California 92130
3  (858) 720-1992
   (858) 720-1990 Facsimile
4  gleasure@garydleasure.com

5  Attorneys for Defendants
   Southern California District Advisory Board, Inc.,
6  Anza Community Church of the Nazarene

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN CALIFORNIA DISTRICT

10
   UNITED STATES OF AMERICA,              )  CIVIL CASE NO.  3:51-cv-01247-GT-RBB
11                                        )
              Plaintiff,                  )
12                                        )  DEFENDANT SOUTHERN CALIFORNIA
   CAHUILLA BAND OF INDIANS, a federally  )  DISTRICT ADVISORY BOARD, INC.
13 recognized Indian tribe,               )  AND ANZA COMMUNITY CHURCH OF
                                          )  THE NAZARENE'S ANSWER TO
14            Plaintiff in Intervention,  )  CAHUILLA BAND OF INDIANS'
                                          )  COMPLAINT IN INTERVENTION
15 RAMONA BAND OF CAHUILLA,               )
   CAHUILLA BAND OF INDIANS,              )
16                                        )
              Plaintiff in Intervention,  )
17                                        )
   vs.                                    )
18                                        )
   FALLBROOK PUBLIC UTILITY DISTRICT,     )
19 a public service corporation of the State of )
   California, et al.,                    )
20                                        )
              Defendants.                 )
21 _____)

22      Defendant SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD, INC., and the

23 ANZA COMMUNITY CHURCH OF THE NAZARENE (hereafter referred to as "Defendant"),

24 answers the Complaint (hereafter referred to as the "Complaint") filed by Plaintiff in Intervention

25 CAHUILLA BAND OF INDIANS (hereafter referred to as "Plaintiff"), as follows:

26 / / / /

27 / / / /

28                                    1

1

## ALLEGATIONS CONTAINED IN SECTION I - INTRODUCTION

2   In response to paragraphs 1, 2, 3, 4 and 5 of the Complaint in Intervention of the Cahuilla

3 Band of Indians, these answering Defendants have no information or belief sufficient to enable them

4 to answer the allegations contained in said paragraphs and, basing their denial on said grounds, these

5 answering Defendants generally and specifically deny each and every allegation contained herein.

6

## ALLEGATIONS CONTAINED IN SECTION II - JURISDICTION AND VENUE

7   In response to paragraphs 6 and 7of the Complaint in Intervention of the Cahuilla Band of

8 Indians, these answering Defendants have no information or belief sufficient to enable them to

9 answer the allegations contained in said paragraphs and, basing their denial on said grounds, these

10 answering Defendants generally and specifically deny each and every allegation contained herein.

11

## ALLEGATIONS CONTAINED IN SECTION III - PARTIES

12   In response to paragraphs 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20 of the Complaint

13 in Intervention of the Cahuilla Band of Indians, these answering Defendants have no information or

14 belief sufficient to enable them to answer the allegations contained in said paragraphs and, basing

15 their denial on said grounds, these answering Defendants generally and specifically deny each and

16 every allegation contained herein.

17

## ALLEGATIONS CONTAINED IN SECTION IV - THE CAHUILLA TRIBE'S

18

## FEDERAL RESERVED RIGHTS

19   In response to paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 of the Complaint in

20 Intervention of the Cahuilla Band of Indians, these answering Defendants have no information or

21 belief sufficient to enable them to answer the allegations contained in said paragraphs and, basing

22 their denial on said grounds, these answering Defendants generally and specifically deny each and

23 every allegation contained herein.

24

## ALLEGATIONS CONTAINED IN SECTION V - CLAIM FOR RELIEF

25   In response to paragraphs 31, 32, 33, 34, 35, 36, 37, 38 and 39 of the Complaint in

26 Intervention of the Cahuilla Band of Indians, these answering Defendants have no information or

27 belief sufficient to enable them to answer the allegations contained in said paragraphs and, basing

28

UNITED STATES OF AMERICA VS. FALLBROOK
PUBLIC UTILITY DISTRICT, et al.

ANSWER TO COMPLAINT IN
INTERVENTION

CASE NO. 3:51-cv-01247-GT-RBB

1  their denial on said grounds, these answering Defendants generally and specifically deny each and

2  every allegation contained herein.

3  **ALLEGATIONS CONTAINED IN SECTION VI - PRAYER FOR RELIEF**

4  In response to paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 of the Complaint in

5  Intervention of the Cahuilla Band of Indians, these answering Defendants have no information or

6  belief sufficient to enable them to answer the allegations contained in said paragraphs and, basing

7  their denial on said grounds, these answering Defendants generally and specifically deny each and

8  every allegation contained herein.

9  WHEREFORE, Defendants pray that:

10  1.   Plaintiffs in Intervention take nothing by way of their Complaint, and that these

11  answering Defendants be dismissed with costs herein incurred; and,

12  2.   For such other relief as the Court deems proper.

13

14

15  Dated: May 22, 2008

LAW OFFICES OF GARY D. LEASURE, APC
ATTORNEYS AT LAW

16

17

18  By: _____
Gary D. Leasure
Attorney for Defendants
Southern California District Advisory Board, Inc.,
Anza Community Church of the Nazarene

19

20

21

22

23

24

25

26

27

28

3

UNITED STATES OF AMERICA VS. FALLBROOK
PUBLIC UTILITY DISTRICT, et al.

ANSWER TO COMPLAINT IN
INTERVENTION

CASE NO. 3:51-cv-01247-GT-RBB

## PROOF OF SERVICE

CASE NAME:        United States of America v. Fallbrook Public Utility, et al.
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT CASE NO: 3:51-cv-01247-GT-RBB

I am over the age of 18 and not a party to the within action.  My business address is 12626 High Bluff Drive, Suite 103, San Diego, California 92130.

On the date set forth below, I served the document(s) described as **DEFENDANT SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD, INC. AND ANZA COMMUNITY CHURCH OF THE NAZARENE'S ANSWER TO CAHUILLA BAND OF INDIANS' COMPLAINT IN INTERVENTION** on interested parties in this action by placing:

[ ] originals [ X ] true copies thereof enclosed in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

[   ] (BY FACSIMILE TRANSMITTAL) I transmitted the above referenced document(s) by facsimile transmission from (858) 720-1992. A transmission report was properly issued by the transmitting facsimile machine and the transmission was reported as complete and without error to the facsimile number indicated above on this date. *(A copy of the transmission report is attached hereto).*

[X] (BY MAIL, STATE OR FEDERAL) I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to that practice, the above referenced document(s) were sealed and placed for collection and mailing with this office's First Class, Postage Prepaid mail on this date, at my above address in accordance with ordinary office procedure.

[   ] (BY OVERNITE EXPRESS SERVICE) I deposited in a box or other facility regularly maintained by Overnite Express, an express service carrier, a copy of the above referenced documents in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the addressee(s) listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: May 22, 2008

Amy L. Compos

| | |
|---|---|
| F. Patrick Barry<br>Department of Justice<br>Environment and Natural Resources Division<br>Indian Reservation Section<br>P.O. Box 44378<br>Washington, DC 20026<br><br>Attorney for Plaintiff, United States of America | Thomas C. Stahl<br>U.S. Attorneys Office, Souther District of California<br>880 Front Street<br>Room 6293<br>San Diego, California 92101<br><br>Attorney for Plaintiff, United States of America |
| Curtis G. Berkey<br>Alexander, Berkey, Williams & Weathers, LLP<br>2030 Addison Street, Suite 410<br>Berkeley, California 94704<br><br>Attorney for Plaintiff-in-Intervention, Ramona Band of Cahuilla Band of Indians | Susan M. Williams<br>Sarah S. Works<br>Williams & Works<br>P.O. Box 1483<br>Corrales, New Mexico 87048<br><br>Attorney for Plaintiff-in-Intervention, Cahuilla Band of Indians |
| Matthew L. Green<br>Best, Best & Krieger, LLP<br>655 West Broadway, 15th Floor<br>San Diego, California 92101<br><br>Attorney for Defendant, Rancho California Water District | Robert H. James<br>Sache, James, Croswell & Lopardo<br>205 W. Alvarado Street, Suite 1<br>Fallbrook, California 92028<br><br>Attorney for Defendant, Fallbrook Public Utility District |