GERALD BLANK (State Bar No. 50136)
Attorney at Law
LAW OFFICES OF GERALD BLANK (email: gblank@san.rr.com)
444 West "C" Street, Suite 200
San Diego, California  92101
tel:     (619)238-1111  fax:  (619)238-1126

Counsel for Sander Family Trust

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>(Proposed)<br>Plainitffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et.al.<br><br>defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1247-SD-C<br><br>**SANDER FAMILY TRUST'S ANSWER TO FIRST AMENDED COMPLAINT IN INTERVENTION FILED BY CAHUILLA BAND OF INDIANS AND RAMONA BAND OF CAHUILLA** |

I

## INTRODUCTION

1.      Apparently the Sander Family Trust has been served in the above-entitled cause because it owns property potentially affected by the claim for relief in the First Amended Complaints in Intervention filed by the "Ramona Band of Cahuilla" and the "Cahuilla Band of Indians."  (Note: this responding party uses the term "apparently" because while it admits it is the owner of property potentially affected by the Complaints in Intervention, nevertheless, co-owners of record of the same property, have not been served by the intervenors or the proposed intervenors.)  This responding party was not

made aware of the above-entitled litigation, which according to the intervenors was initially filed in 1951, when it purchased the property it now owns.  Said property is legally described as follows:

> "Lot 15 (the Southwest 1/4 of the Southeast 1/4) of Section 27, Township 9 South, Range 2 East, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey Approved January 31, 1895, lying Westerly of the Westerly line of California State Highway 79."

The Grant Deed attached hereto provides a more complete property description, especially on page two thereof, and is incorporated by reference.

### JURISDICTION AND VENUE

2.    This responding party admits jurisdiction and venue as alleged by intervenors.

### ALLEGATIONS AND DENIALS

3.    This responding party denies each and every allegation set forth in the First Amended Complaints in Intervention referred to hereinabove, with the exception of the admission of jurisdiction and venue, as set forth hereinabove.  Based thereon, and further based on information and belief, this responding party, the Sander Family Trust, denies that Plaintiffs in Intervention or proposed Plaintiffs in Intervention are entitled to any of the relief requested in their First Amended Complaints in Intervention.    Further, this responding party more specifically denies that said intervenors are entitled to any relief which affects the property owned by this responding party.

WHEREFORE, the Sander Family Trust requests an order from this court as follows:

1.    Denying all relief sought by intervenors or proposed intervenors through their First Amended Complaints in Intervention to the extent that it would affect the property

owned by the Sander Family Trust, which is more fully described in Exhibit A hereto;

2.      Awarding the Sander Family Trust its costs of litigation, including reasonable costs, expenses, and disbursements, and reasonable attorneys fees, as equity requires and pursuant to law;

3.      An order granting such other and further relief as may be just and proper in the circumstances.

Dated: May 27, 2008                          Respectfully submitted,


                                             /s/Gerald Blank
                                             GERALD BLANK, ESQ.
                                             Counsel for the Sander Family Trust

# EXHIBIT A

RECORDING REQUESTED BY

STEWART TITLE COMPANY

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHER
SE SHOWN BELOW, MAIL TAX STATEMENTS TO

NAME ⌐Stephen I. & Geri Grace Sander
ADDRESS Paul C. & Jacqueline G. DeJung
6355 DeBarton
CITY & San Diego, Ca. 92120
STATE &
ZIP ⌐

Title Order No. 18534-S          Escrow No. 907-7265

78-181889

MAY 9 8:03 AM '78

OFFICIAL RECORDS
SAN DIEGO COUNTY, CALIF.
HARLEY F. BLOOM
RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.C A. 9800 / 114 - 070 - 13 - 01

# GRANT DEED

DOCUMENTARY TRANSFER TAX PAID
HARLEY F. BLOOM, RECORDER

The undersigned declares that the documentary transfer tax is $ 55.00 _____ and is
[X] computed on the full value of the interest or property conveyed, or is
[ ] computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale. The land,
tenements or realty is located in
[X] unincorporated area      [ ] city of _____

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Glenn D. Clawson and Ann B. Clawson, Trustees U/D/T dated April 29, 1977 as to an un-
divided one-half interest.

hereby GRANT(S) to
Stephen I. Sander and Geri Grace Sander, husband and wife as joint tenants as to an un-
divided one-half interest; and Paul Charles DeJung and Jacqueline Grace DeJung, husband
and wife as joint tenants as to an undivided one-half interest.
the following described real property in the
county of San Diego                                  , State of California:

PARCEL 1:

Lot 15 (the Southwest 1/4 of the Southeast 1/4) of Section 27, Township 9 South, Range 2
East, San Bernardino Base and Meridian, in the County of San Diego, State of California,
more particularly described per attached legal description attached hereto and made a part
hereof.

Tax Roll Parcel No:  114-070-13-01
Code Area:           98000

No. 186889
R

Dated          April 10, 1978

*Glenn D. Clawson*
Glenn D. Clawson

*Ann B. Clawson*
Ann B. Clawson

STATE OF CALIFORNIA            }
COUNTY OF   San Diego          }
April 10, 1978 _____ before me, the under
signed, a Notary Public in and for said County and State, personally
appeared
Glenn D. Clawson
Ann B. Clawson

_____ known to me
to be the persons _____ whose names are _____ subscribed to the within
instrument and acknowledged that they executed the same.

*Signature of Notary*
Signature of Notary



FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
WILMA J. WELCH
NOTARY PUBLIC - CALIFORNIA
Principal Office, San Diego Co. Calif.
My Commission Exp. Dec. 31, 1981

LEGAL DESCRIPTION
Order No. 183334

PARCEL 1:

Lot 15 (the Southwest 1/4 of the Southeast 1/4) of Section 27,
Township 9 South, Range 2 East, San Bernardino Base and Meridian,
in the County of San Diego, State of California.

PARCEL 2:

An easement and right of way for road, sewer, water, gas, power and
telephone lines and appurtenances thereto over, under, along and
across the North 40 feet of Lot 1 and the North 40 feet of the
East 40 feet of Lot 2 in Section 34, Township 9 South, Range 2 East,
San Bernardino Base and Meridian.  The easement herein described
is declared to be appurtenant to and for the use and benefit of
the present and future owners of all or any portion of the above
described land.

PARCEL 3:

A right of way to construct and maintain a roadway or street, to
erect or maintain power and telephone lines, to install and maintain
water and other utility conduits, and incidents over and across the
Northerly 30.00 feet of the North Half of the Northwest Quarter
(Lots 3 and 4) of Section 35, Township 9 South, Range 2 East,
San Bernardino Base and Meridian, in the County of San Diego, State
of California, according to United States Government Survey approved
January 31, 1895, lying Westerly of the Westerly line of California
State Highway 79.


bv
3-29-78

SAFECO TITLE
INSURANCE COMPANY

№ 186889