Michael Duane Davis, California State Bar No. 93678
E-Mail: Michael.Davis@greshamsavage.com
**A member of GRESHAM SAVAGE NOLAN &
TILDEN, a Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Telephone: (951) 684-2171
Facsimile: (951) 684-2150

Attorneys for RIVERSIDE LAND CONSERVANCY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff - Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CASE NO: 3:51-CV-01247-GT-RBB<br>[No. 1247-SD-C]<br><br>**ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION** |

Comes now, Defendant, **RIVERSIDE LAND CONSERVANCY**, for itself and for no other, and admits, denies and otherwise answers, and submits its affirmative defenses to the First Amended Complaint in Intervention of Plaintiff-Intervenor, **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS**.

## RIVERSIDE LAND CONSERVANCY'S STATEMENT OF OWNERSHIP

The **RIVERSIDE LAND CONSERVANCY** is the owner of the following parcels of real property (hereafter referred to as the "**RIVERSIDE LAND**

-1-

GRESHAM SAVAGE NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

CONSERVANCY Properties") which are situated in the far northeastern section of the Santa Margarita River System, as defined by the Court:

Parcel "1": PARCEL 1 OF PARCEL MAP 12685, AS RECORDED IN BOOK 70, PAGE 58 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA [APN 583260028-0], as conveyed by Quitclaim Deed which may not have been recorded, a copy of which is attached hereto as **Exhibit "1."**

Parcel "2": 6.33 ACRES, MORE OR LESS, IN A PORTION OF PARCEL 1 OF PARCEL MAP 4920 IN BOOK 007, PAGE 58 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA [APN 583260065-3], as conveyed by Grant Deed recorded on March 12, 1990 in the official records of Riverside, County, Instrument No. 087912, a copy of which is attached hereto as **Exhibit "2."**

## INTRODUCTION

1. Answering Paragraph 1 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits the allegations in the first sentence, commencing with the word "This" on line 21 of page 1 through the word "California" on line 23 of page 1; and the third sentence, commencing with the word "In" on line 24 of page 1 through the word "Band" on line 27 of page 1; and the fourth sentence, commencing with the word "On" on line 27 of page 1 through the phrase "Interlocutory Judgment No. 41" on line 5 of page 2; and the fifth sentence, commencing with the word "On" on line 5 of page 2 through the year 2007 on line 7 of page 2. Further answering said Paragraph 1, the **RIVERSIDE LAND CONSERVANCY** admits the existence and effect of the filings, orders, judgments and decrees that are "of record" in the instant action. Further answering said Paragraph 1, except as expressly herein admitted, the

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

1  RIVERSIDE LAND CONSERVANCY lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in said Paragraph 1, and on that basis denies generally and specifically, jointly and severally, each and every other allegation contained therein.

## JURISDICTION AND VENUE

2.  Answering Paragraph 2 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits each and every allegation contained therein.

3.  Answering Paragraph 3 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits each and every allegation contained therein.

## PARTIES

4.  Answering Paragraph 4 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** lacks sufficient knowledge or information to form a belief as to the truth of the allegations in said Paragraph, and on that basis denies generally and specifically, jointly and severally, each and every allegation contained therein. Further answering said Paragraph 4, the **RIVERSIDE LAND CONSERVANCY** expressly denies generally and specifically, jointly and severally, that it has ever unlawfully interfered with the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** alleged federally reserved water right.

5.  Answering Paragraph 5 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the

-3-

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

26808 1.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

**RIVERSIDE LAND CONSERVANCY** admits that it is a non-profit land trust, with its principal place of business at 4075 Mission Inn Avenue, Riverside, CA 92501; and that it claims overlying and other rights to produce, take and use water from the lands that it owns within the upper Santa Margarita River System watershed. Further answering said Paragraph 5, the **RIVERSIDE LAND CONSERVANCY** denies, generally and specifically, jointly and severally, that its claimed rights are junior to the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** alleged federally-protected water rights. Further answering said Paragraph 5, the **RIVERSIDE LAND CONSERVANCY** expressly denies, generally and specifically, jointly and severally, that its use or claimed rights to use water either has or will materially impair the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** alleged federally-protected water rights. Further answering said Paragraph 5, except as otherwise expressly admitted or denied, the **RIVERSIDE LAND CONSERVANCY** lacks sufficient knowledge or information to form a belief as to the truth of the allegations in said Paragraph, and on that basis denies generally and specifically, jointly and severally, each and every other allegation contained therein.

## FACTS

6. Answering Paragraph 6 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits each and every allegation contained therein.

7. Answering Paragraph 7 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits each and every allegation contained therein.

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

8. Answering Paragraph 8 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits the allegations of the second sentence, commencing with the second word "The" on line 5 of page 4 through the word "members" on line 7 of page 4. Further answering said Paragraph 8, the **RIVERSIDE LAND CONSERVANCY** lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence, commencing with the first word "The" on line 4 of page 4 through the word "immemorial" on line 5 of page 4, and on that basis denies generally and specifically, jointly and severally, each and every other allegation contained therein.

9. Answering Paragraph 9 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits the allegations in the first sentence, commencing with the word "Groundwater" on line 8 of page 4 through the word "members" on line 10 of page 4. Further answering said Paragraph 9, the **RIVERSIDE LAND CONSERVANCY** expressly denies, generally and specifically, jointly and severally, that its use or claimed rights to use water either has or will materially impair the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** alleged federally-protected water rights, or threaten the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** ability to achieve economic self sufficiency. Further answering said Paragraph 9, except as expressly herein admitted or denied, the **RIVERSIDE LAND CONSERVANCY** lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in said Paragraph 9, and on that basis denies generally and specifically, jointly and severally, each and every other allegation contained therein.

## CLAIM FOR RELIEF

-5-

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

    **10.** Answering Paragraph 10 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** realleges and reincorporates its statement of ownership, and its answers and allegations to Paragraphs 1 through 9, inclusive.

    **11.** Answering Paragraph 11 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** admits that, at Paragraph 12 of the *Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 41 concerning the Rights to the use of Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in connection with the Ramona, Cahuilla and Pechanga Indian Reservations* ("*Interlocutory Judgment No. 41*"), the Court found that "[t]he United States of America when it established said Ramona Indian Reservation on December 29, 1891, intended to reserve rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of groundwaters, sufficient for the present or future needs of the Indians residing thereon[]"; and that, at Paragraph 1 of the "Conclusions of Law – Ramona Indian, thereof, the Court found that "[t]he United States of America when it established said Ramona Indian Reservation intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be available on the Ramona Indian Reservation, including rights to the use of groundwaters, sufficient for the present or future needs of the Indians residing thereon with a priority date of December 29, 1891." Further answering said Paragraph 11, except as expressly herein admitted, the **RIVERSIDE LAND CONSERVANCY** lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in said Paragraph 11, and on that basis denies generally and specifically, jointly and severally, each and every other allegation contained therein.

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

-6-

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

12.     Answering Paragraph 12 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** lacks sufficient knowledge or information to form a belief as to the truth of the allegations in said Paragraph 12, and on that basis denies generally and specifically, jointly and severally, each and every other allegation contained therein.  Further answering said Paragraph 12, the **RIVERSIDE LAND CONSERVANCY** expressly denies, generally and specifically, jointly and severally, that its use or claimed rights to use water either has or will materially impair the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** ability to effectively exercise its alleged federally-protected water rights, or that such use or claimed rights to use water has or will cause irreparable injury to the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** and its members.

13.     Answering Paragraph 13 of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention, the **RIVERSIDE LAND CONSERVANCY** denies, generally and specifically, jointly and severally, that its claimed rights and use of groundwater are junior to the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** alleged federal reserved water rights.

## AFFIRMATIVE DEFENSES

As and for affirmative defenses to the Claim for Relief set forth against it in the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention on file in the instant action, the **RIVERSIDE LAND CONSERVANCY** affirmatively alleges as follows:

/////

/////

-7-

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

## FIRST AFFIRMATIVE DEFENSE

(Failure to State Claim)

A.D. 1.   As and for a first separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** affirmatively alleges that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention fails to state a claim against it upon which the Court can grant the relief sought.

## SECOND AFFIRMATIVE DEFENSE

(Estoppel)

A.D. 2.   As and for a second separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** is informed and believes, and on that basis alleges, that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** is estopped from asserting a claim against it by reason of the facts that, there are a number of groundwater basins and sub-basins situated in the upper Santa Margarita River System watershed, that the **RIVERSIDE LAND CONSERVANCY** Properties is in a portion of the upper Santa Margarita River System watershed that is not a source of supply to the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** Reservation, and that the production and use of water on the **RIVERSIDE LAND CONSERVANCY** Properties does not have a material adverse effect on the water supply to the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** Reservation.

## THIRD AFFIRMATIVE DEFENSE

(Reasonable and Beneficial Use)

A.D. 3.   As and for a third separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** use of water, both presently and

-8-

GRESHAM SAVAGE NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

in the future, is limited by the reasonable and beneficial use limitations set forth in Article X, Section 2 of the *California Constitution* and *Water Code* § 100.

## FOURTH AFFIRMATIVE DEFENSE

(Riparian Rights)

**A.D. 4.** As and for a fourth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges that it has or may have riparian rights to surface waters flowing upon or adjacent to, or in the known and defined channels of underground streams from time to time flowing through the **RIVERSIDE LAND CONSERVANCY** Properties; and that, to the extent that it takes or claims the right to take water from such sources, the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** claims are barred as against the **RIVERSIDE LAND CONSERVANCY**.

## FIFTH AFFIRMATIVE DEFENSE

(Appropriative Rights)

**A.D. 5.** As and for a fifth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** claims the appropriative rights to produce water from the basins and sub-basins over which the **RIVERSIDE LAND CONSERVANCY** Properties and water production facilities are situated; and, to the extent that the basins and sub-basins over which the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' Reservation** and water production facilities are situated are separate and independent from the basins and sub-basins over which the **RIVERSIDE LAND CONSERVANCY** Properties and water production facilities are situated, the **RIVERSIDE LAND CONSERVANCY** alleges that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** is barred from the relief sought against the **RIVERSIDE LAND CONSERVANCY**.

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

## SIXTH AFFIRMATIVE DEFENSE

(Waiver)

**A.D. 6.**  As and for a sixth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges that even if the facts alleged in the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention are true, and the **RIVERSIDE LAND CONSERVANCY** denies the same, the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** has engaged in conduct and activities that it knew or should have known that the **RIVERSIDE LAND CONSERVANCY** would, in fact, rely on to its prejudice and detriment, sufficient to constitute a waiver of any claims and demands against the **RIVERSIDE LAND CONSERVANCY**; and, accordingly, the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** is barred from the relief sought against the **RIVERSIDE LAND CONSERVANCY**.

## SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

**A.D. 7.**  As and for a seventh separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** is informed and believes and on that basis alleges that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** failed to take reasonable, prudent, and necessary steps to diminish, control and/or mitigate the damages allegedly suffered by the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS**, if any.

## EIGHTH AFFIRMATIVE DEFENSE

(Failure to Do Equity)

**A.D. 8.**  As and for an eighth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** is informed and believes and on that

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

basis alleges that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** ability to obtain relief as prayed in the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention is or may be limited by reason of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** failure to do equity in the matters alleged in the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** First Amended Complaint in Intervention.

### NINTH AFFIRMATIVE DEFENSE

(Comparative Fault)

**A.D. 9.** As and for a ninth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** is informed and believes and on that basis alleges that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS** failed to exercise ordinary care, caution and prudence in connection with its water production and the use of water by its members; and that the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** lack of care, caution and prudence was independent of and unrelated to the actions, if any, of the **RIVERSIDE LAND CONSERVANCY**; and to that extent, the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** production and uses are unreasonable and non-beneficial, and the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** remedies and recovery, if any, should be proportionately reduced.

### TENTH AFFIRMATIVE DEFENSE

(Doctrine of Laches)

**A.D. 10.** As and for an tenth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges that the **RAMONA BAND**

-11-

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

OF CAHUILLA, CAHUILLA BAND OF INDIANS' claims are barred by the Doctrine of Laches.

### ELEVENTH AFFIRMATIVE DEFENSE

(Excuse)

**A.D. 11.** As and for an eleventh separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges that any purported misconduct on its part, which is denied but alleged herein solely for the purpose of asserting this affirmative defense, has been excused by some or all of the **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'** own misconduct.

### TWELFTH AFFIRMATIVE DEFENSE

(Justification)

**A.D. 12.** As and for a twelfth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** allege that its productions and use of water is and has been justified.

### THIRTEENTH AFFIRMATIVE DEFENSE

(Good Faith)

**A.D. 13.** As and for a thirteenth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges a good faith belief that it had the rights to produce and use water it has produced and used.

### FOURTEENTH AFFIRMATIVE DEFENSE

(Lack of Good Faith)

**A.D. 14.** As and for a fourteenth separate and affirmative defense to the Claim for Relief, the **RIVERSIDE LAND CONSERVANCY** alleges that the **RAMONA**

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS is failing to act in good faith and to deal fairly with the RIVERSIDE LAND CONSERVANCY in regards to this claim and on that basis, the RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS is precluded from obtaining the relief sought in the RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' First Amended Complaint in Intervention.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

A.D. 15.  As and for a fifteenth separate and affirmative defense to the Claim for Relief, the RIVERSIDE LAND CONSERVANCY alleges that the RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' claims are barred by the applicable statutes of limitations.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Additional Affirmative Defenses)

A.D. 16.  As and for a sixteenth separate and affirmative defense to the Claim for Relief, the RIVERSIDE LAND CONSERVANCY is informed and believes and on that basis alleges that it may have additional affirmative defenses available of which the RIVERSIDE LAND CONSERVANCY is not fully aware at the present time.  The RIVERSIDE LAND CONSERVANCY reserves the right to assert additional affirmative defenses after the same have been ascertained.

WHEREFORE, the RIVERSIDE LAND CONSERVANCY prays as follows:

1.  That the RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS take nothing by the RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' First Amended Complaint in Intervention and that it be dismissed

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081 1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

as against the **RIVERSIDE LAND CONSERVANCY**;

2. That the **RIVERSIDE LAND CONSERVANCY** not be enjoined from withdrawing surface and underground water from the **RIVERSIDE LAND CONSERVANCY** Properties, or any other properties that the **RIVERSIDE LAND CONSERVANCY** may hereafter own or to which it may have rights of use;

3. For attorneys' fees as authorized by law;

4. For costs of suit herein incurred; and

5. For such other and further relief as the Court deems just and proper.

Dated: May 27, 2008.

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

By: _____
Michael Duane Davis
Attorneys for Defendant,
the **RIVERSIDE LAND CONSERVANCY**
E-mail: Michael.davis@greshamsavage.com

-14-

GRESHAM SAVAGE NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

268081.1

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

# TABLE OF CONTENTS
# OF EXHIBITS TO
# ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

| EXHIBIT NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Quitclaim Deed | 15 |
| 2 | Grant Deed | 16 |

273084.1

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

RE: *United States of America v. Fallbrook Public Utility District, et al.*
U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB [No. 1247-SD-C]

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335.

On May 27, 2008, I served a true copy of the within document described as **ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION** on the interested parties in this action in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

( X ) **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service with postage thereon fully prepaid at Riverside, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. §1011.

( X ) **BY CM/ECF** - I served the foregoing documents by filing them electronically, in compliance with the Electronic Case Filing Rules.

( X ) **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 27, 2008, at Riverside, California.

*/s/ Teri Gallagher*
TERI D. GALLAGHER

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

-17-

273079.1    PROOF OF SERVICE

SERVICE LIST

RE: *United States of America v. Fallbrook Public Utility District, et al.*
U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB  [No. 1247-SD-C]

Curtis G. Berkey
Scott W. Williams
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, CA  94704
*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87049
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Marco Gonzales
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

GRESHAM SAVAGE
NOLAN & TILDEN
A PROFESSIONAL CORPORATION
3750 UNIVERSITY AVE., SUITE 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

-18-

273079.1                    PROOF OF SERVICE