EXHIBIT "1"

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE
RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS'
FIRST AMENDED COMPLAINT IN INTERVENTION

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO

NAME: Riverside Land Conservancy
STREET ADDRESS: 2936 McAllister Street
CITY STATE ZIP: Riverside, CA 92503

Title Order No. _____ Escrow No. _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

DOCUMENTARY TRANSFER TAX $_____
[ ] computed on full value of property conveyed, or
[ ] computed on full value less value of liens and encumbrances remaining at the time of sale.

_____  _____
Signature of Declarant or Agent Determining Tax   Firm Name

Aguanga Wildlife Reserve Society, A California Nonprofit Corporation

the undersigned grantor(s), for a valuable consideration, receipt of which is hereby acknowledged, does hereby remise, release and forever quitclaim to

Riverside Land Conservancy, A California Nonprofit Corporation

the following described real property in the City of Aguanga

County of Riverside, State of California:

Parcel 1 of Parcel Map 12685 as recorded in Book 70, Page 58 of Parcel Maps, Records of Riverside County, California

Assessor's parcel No. 583260028-0

Executed on MARCH 17, 1989, at Garden Grove, CA

Aguanga Wildlife Reserve Society,
A California Nonprofit Corporation

_Nita-Ann Stepp, Secretary_

STATE OF CALIFORNIA
COUNTY OF Orange } ss.

On this 17 day of March, in the year 1989, before me, the undersigned, a Notary Public in and for said State, personally appeared

Nita Ann Stepp

, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed it.

-15-
Exhibit "1"

OFFICIAL SEAL
MARTHA LOU HITCHCOCK
NOTARY PUBLIC CALIFORNIA

**EXHIBIT "2"**

**ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION**

RECORDING REQUESTED BY
Aguanga Wildlife Reserve
Society

Riverside Land Conservancy
2936 McAllister Street
Riverside, CA 92503

MAIL TAX STATEMENTS TO

RECEIVED FOR RECORD
AT 8:30 O'CLOCK A.M.
MAR 12 1990

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX Is $ 0
☐ computed on full value of property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale.
☐ unincorporated area   ☐ city of _____, AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

THE AGUANGA WILDLIFE RESERVE SOCIETY, A CALIFORNIA NONPROFIT
CORPORATION
hereby GRANT(s) to

THE RIVERSIDE LAND CONSERVANCY, A CALIFORNIA NONPROFIT CORPORATION

the following described real property in the
County of RIVERSIDE, State of California:

6.33 ACRES M/L IN POR PARCEL 1 OF PARCEL MAP 4920 IN BOOK 007,
PAGE 53 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA

ASSESSOR'S PARCEL NO. 583210065-3

Dated Feb. 10, 1990

STATE OF CALIFORNIA
COUNTY OF ORANGE
On this 10 day of Feb in the year 1990, before me, the undersigned, a Notary Public in and for said State, personally appeared NITA ANN STEPP

Nita Ann Stepp
Founder and Secretary
Aguanga Wildlife Reserve Society

NOTARY PUBLIC IN AND FOR SAID STATE

MAIL TAX STATEMENTS AS DIRECTED ABOVE

-16-
Exhibit "2"