EXHIBIT "1"

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE CAHUILLA
BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO·

NAME
STREET
ADDRESS
CITY
STATE
ZIP

Riverside Land Conservancy
2936 McAllister Street
Riverside, CA 92503

Title Order No _____ Escrow No _____

_____SPACE ABOVE THIS LINE FOR RECORDER'S USE_____

## QUITCLAIM DEED

DOCUMENTARY TRANSFER TAX $_____
☐ computed on full value of property conveyed, or
☐ computed on full value less value of liens and
encumbrances remaining at the time of sale.

_____
Signature of Declarant or Agent Determining Tax          Firm Name

Aguanga Wildlife Reserve Society, A California Nonprofit Corporation
(name of persons or name of parties)

the undersigned grantor(s), for a valuable consideration, receipt of which is hereby acknowledged, does__ hereby remise,

release and forever quitclaim to

Riverside Land Conservancy, A California Nonprofit Corporation

the following described real property in the City of     Aguanga

County of     Riverside                                    , State of California:

Parcel 1 of Parcel Map 12685 as recorded in Book 70, Page 58 of Parcel Maps,

Records of Riverside County, California

Assessor's parcel No. ___583260028-0___

Executed on _March 17_, 19 89, at _Garden Grove, CA_____
(City and State)

Aguanga Wildlife Reserve Society,
A California Nonprofit Corporation

Nita-Ann Stepp, Secretary

STATE OF CALIFORNIA

COUNTY OF ___Orange___          } ss.

On this _17_ day of _March_ in the year 19_89_ before me,
the undersigned, a Notary Public in and for said State, personally appeared

___Nita Ann Stepp___

_____, personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person__ whose name__
__is__ subscribed to the within instrument, and acknowledged to me that
_She__ executed it

-20-

Exhibit "1"

OFFICIAL SEAL
MARTHA LOU HITCHCOCK
NOTARY PUBLIC - CALIFORNIA

EXHIBIT "2"

ANSWER OF THE RIVERSIDE LAND CONSERVANCY TO THE CAHUILLA
BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

RECORDING REQUESTED BY

*Aguanga Wildlife Reserve Society*

Name — Riverside Land Conservancy
Street Address — 2936 McAllister Street
City & State — Riverside, CA 92503

MAIL TAX STATEMENTS TO

Name
Street Address
City & State

RECEIVED FOR RECORD
AT 8:30 O'CLOCK A.M.
MAR 12 1990
Recorded in Official Records
of Riverside County, California
Recorder

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX is $ 0

☐ computed on full value of property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale.
☐ unincorporated area        ☐ city of _____, AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

THE AGUANGA WILDLIFE RESERVE SOCIETY, A CALIFORNIA NONPROFIT
CORPORATION
hereby GRANT(s) to

THE RIVERSIDE LAND CONSERVANCY, A CALIFORNIA NONPROFIT CORPORATION

the following described real property in the
County of  RIVERSIDE                         , State of California:

6.33 ACRES M/L IN POR PARCEL 1 OF PARCEL MAP 4920 IN BOOK 007,
PAGE 53 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA

ASSESSOR'S PARCEL NO. 583ZLJ065-3

Dated: Feb. 10, 1990

STATE OF CALIFORNIA
COUNTY OF   ORANGE
On this   10   day of   Feb   in the year   1990
before me, the undersigned, a Notary Public in and for said State, personally
appeared  Nita Ann Stepp
personally known to me
proved to me on the basis of satisfactory evidence
to be the person whose name is subscribed to this instrument, and acknowledged to me that he (she or they) executed it.

Nita Ann Stepp
Founder and Secretary
Aguanga Wildlife Reserve Society

Signature

NOTARY PUBLIC IN AND FOR SAID STATE

MAIL TAX STATEMENTS AS DIRECTED ABOVE