JONATHAN M. DEER, Esq., State Bar No. 164837
TURNER AUBERT & FRIEDMAN, LLP
8383 Wilshire Blvd., Ste. 510
Beverly Hills, California 90211-2486
Telephone: (323) 653-3900
Telefax: (323) 653-3021

Attorneys for Defendant JANNKI MITHAIWALA

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 1247-SD-C |
| Plaintiff, | DEFENDANT JANNKI MITHAIWALA ANSWER TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS | |
| Plaintiff-Intervenors, | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al. | |
| Defendants. | |

Defendant Janniki Mithaiwala (hereinafter "Answering Defendant") answers Plaintiffs' Complaint and each purported claim for relief therein as follows:

### FIRST DEFENSE

1. Answering Paragraph 1 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 1, and therefore denies those allegations.

2. Answering Paragraph 2 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 2 and therefore denies those allegations.

1

UNITED STATES OF AMERICA
V. FALLBROK PUBLIC
UTILITY DISTRICT et al.

DEF ANSWER TO FIRST
AMENDED COMPLAINT IN
INTERVENTION

1247-SD-C

3.   Answering Paragraph 3 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies those allegations.

4.   Answering Paragraph 4 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies those allegations.

5.   Answering Paragraph 5 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 5, and therefore denies those allegations.

6.   Answering Paragraph 6 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 6, and therefore denies those allegations.

7.   Answering Paragraph 7 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies those allegations.

8.   Answering Paragraph 8 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies those allegations.

9.   Answering Paragraph 9 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9, and therefore denies those allegations.

10.  Answering Paragraph 10 of the Complaint, Answering Defendant realleges and incorporates herein by this reference each of its denials as set forth in Paragraphs 1 through 9, above.

11.  Answering Paragraph 11 of the Complaint, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of allegations in Paragraph 11 and

therefore denies those allegations.

12. Answering Paragraph 12 of the Complaint, Answering Defendant denies the allegations contained herein.

13. Answering Paragraph 13 of the Complaint, Answering Defendant denies the allegations contained herein.

## AFFIRMATIVE DEFENSES

### SECOND DEFENSE

The Complaint fails to state claims upon which relief may be granted.

### THIRD DEFENSE

Plaintiff's claim for relief is barred by the doctrine of waiver.

### FOURTH DEFENSE

Plaintiff's claim for relief is barred by the doctrines of unclean hands and *in pari delicto*.

### FIFTH DEFENSE

Plaintiff has failed to take reasonable actions to mitigate the alleged injuries and damages set forth in the Complaint.

### SIXTH DEFENSE

Answering Defendant alleges that Plaintiff directed, ordered, and approved and ratified Answering Defendant's conduct and Plaintiff is therefore estopped from asserting any claims based thereuon.

### SEVENTH DEFENSE

All Causes of Action are barred by the statute of limitations contained in U.S.C. §2000e, *et seq.*

### EIGHTH DEFENSE

Plaintiff, based upon its conduct, assumed the risk for any of the occurrences and damages it allegedly sustained as set forth in its Complaint.

3

UNITED STATES OF AMERICA V. FALLBROK PUBLIC UTILITY DISTRICT et al. | DEF ANSWER TO FIRST AMENDED COMPLAINT IN INTERVENTION | 1247-SD-C

## NINTH DEFENSE

Defendant alleges that Plaintiff acted with full knowledge or all the facts and circumstances surrounding its alleged injuries or damages, and thus assumed the risk of all injuries or damages of which it now complains.

## TENTH DEFENSE

Each and all Causes of Action in the Complaint fail to state facts sufficient to constitute a Causes of Action against this Answering Defendant.

## ELEVENTH DEFENSE

Defendant alleges that Plaintiff, by its acts, is estopped from asserting any claims upon which it seeks relief.

## TWELFTH DEFENSE

Defendant alleges that if Plaintiff was damaged in any manner whatsoever, said damage, if any, was a direct and proximate result of the intervening and superseding actions on the part of others, or intervening and superseding events, and that such intervening and superseding actions and events bar recovery by Plaintiff.

## THIRTEENTH DEFENSE

Plaintiff's action is barred by the equitable doctrine of Laches.

## FOURTEENTH DEFENSE

Defendant alleges that its conduct was not the cause in fact or the proximate cause of any injury or damages claimed by Plaintiff.

## FIFTEENTH DEFENSE

Defendant alleges that Plaintiff has relinquished and waived any and all rights to assert the claims upon which it seeks relief.

## SIXTEENTH DEFENSE

Answering Defendant alleges that it reserves the right to assert additional defenses prior to or at the trial of this matter based on facts which are developed and discovered during the

4

UNITED STATES OF AMERICA
V. FALLBROK PUBLIC
UTILITY DISTRICT et al.

DEF ANSWER TO FIRST
AMENDED COMPLAINT IN
INTERVENTION

1247-SD-C

pendency of this action.

## PRAYER FOR RELIEF

Answering Defendant denies that Plaintiff is entitled to any of the relief prayed for in any Paragraph appearing under the "Prayer for Relief", or to any other relief whatsoever. Answering Defendant prays for relief as follows:

1. That Plaintiff take nothing by its Complaint;

2. That Defendant is not enjoined from withdrawing surface waters and underlying groundwater of the Ramona Reservation that is allegedly in conflict with the senior, federal reserved water rights of the Ramona Band of the Cahuilla Tribe and its members;

3. That the Complaint be dismissed with prejudice;

4. That Answering Defendant recover its costs and reasonable attorneys' fees from Plaintiff; and

5. For such other and further relief as this Court deems just and proper.

DATED: May 23, 2008

Respectfully submitted,

TURNER AUBERT & FRIEDMAN, LLP

By: _____
JONATHAN M. DEER
Attorneys for Defendant

5

| UNITED STATES OF AMERICA V. FALLBROK PUBLIC UTILITY DISTRICT et al. | DEF ANSWER TO FIRST AMENDED COMPLAINT IN INTERVENTION | 1247-SD-C |
|---|---|---|

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8383 Wilshire Boulevard, Suite 510, Beverly Hills, California 90211.

On May 27, 2008, I served the attached document described as **DEFENDANT JANNKI MITHAIWALA ANSWER TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION** on the interested parties in this action:

(X)  by placing () the original (X) a true copy or copies thereof enclosed in sealed envelopes addressed as follows:

Susan M. Williams, Esq.
Sarah S. Works, Esq.
WILLIAMS & WORKS P.A.
P.O. Box 1483
Corrales, NM 87049

Marco A. Gonzalez, Esq.
Rory R. Wicks, Esq.
COAST LAW GROUP, LLP
169 Saxony Road, Ste 204
Encinitas, CA 92024

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

[X]  **BY MAIL:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Turner, Aubert & Friedman at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the firm's practice the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

(X)  BY CM/ECF. I served the foregoing documents by filing them electronically, in compliance with the Electronic Case Filing rules.

Executed on May 27, 2008, at Beverly Hills, California.

(X)  FEDERAL:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MARIE D. BIGAUD

UNITED STATES OF AMERICA    DEF ANSWER TO FIRST         1247-SD-C
V. FALLBROK PUBLIC          AMENDED COMPLAINT IN
UTILITY DISTRICT et al.     INTERVENTION