1 | The Barbara J. Carr Trust
2 | Barbara J. Carr, Trustee
    20571 Bexley Road
3 | Jamul, CA 91935-7945
    Telephone: (619) 468-3676
4 | In Pro Per

FILED
08 MAY 23 PM 12:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

CAHUILLA BAND OF INDIANS.
a federally recognized Indian Tribe,

Proposed Plaintiff
in Intervention,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation of the
State of California, et al.,

Defendants.

BARBARA J CARR TRUST,
              Respondent.

CIVIL NO. 1247-SD-C
Case No. 51cv1247-GT (RBB).

ANSWER OF DEFENDANT BARBARA J. CARR TRUST TO CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

Defendant The Barbara J. Carr Trust, Dated December 1, 1992, by Barbara J. Carr, Trustee ("Defendant Carr") responds below to the specific numbered paragraphs of the Cahuilla Band of Indians' First Amended Complaint in Intervention ("Complaint").

1.   Defendant Carr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1 through 14 of the Complaint.

2.   Defendant Carr admits that she is a person but denies the allegations of paragraph 15 of the Complaint that she uses water, claims rights to use water, or deliver water from the Santa Margarita River System.

3. Defendant Carr denies the allegation of paragraph 16 that she uses or claims junior rights to use water in a manner that impairs the senior, federal reserved water rights of the Cahuilla Tribe.

4. Defendant Carr lacks knowledge or information sufficient to form a belief as to the truth of the allegation in paragraphs 17 through 19 of the Complaint, except Defendant Carr denies the allegation of ongoing interference with the Tribe's senior, federal reserved water rights in paragraph 18.

5. Defendant Carr denies the allegation of paragraph 20 that Plaintiff's injury in fact is fairly traceable to Defendant Carr's conduct.

6. Defendant Carr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 21 through 28 of the Complaint.

7. Defendant Carr denies the allegation of paragraph 29 that Defendant Carr has withdrawn and used groundwater underlying and adjacent to the Cahuilla Reservation.

8. Defendant Carr denies the allegation of paragraph 30 that Defendant Carr has withdrawn and used groundwater underlying and adjacent to the Cahuilla Reservation, or that it is increasing.

9. Defendant Carr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 31 through 34 of the Complaint.

10. Defendant Carr denies the allegation of paragraph 35 that Defendant Carr has withdrawn groundwater infringing on the Cahuilla Tribe's senior, federal reserved rights.

11. Defendant Carr denies the allegation of paragraph 36 that Defendant Carr has used groundwater underlying the Cahuilla Reservation.

12. Defendant Carr denies the allegation of paragraph 37 that Defendant Carr has withdrawn groundwater underlying the Cahuilla Reservation and lacks knowledge or information sufficient to form a belief as to the truth of the allegations of irreparable harm to the Cahuilla Tribe.

13. Defendant Carr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 38 through 39 of the Complaint.

FIRST AFFIRMATIVE DEFENSE

As a first and separate affirmative defense to the causes of action in the Complaint, Defendant Carr alleges that Plaintiff in Intervention has failed to state facts sufficient to establish any cause or causes of action against Defendant Carr.

PRAYER

WHEREFORE, Defendant Carr having fully answered prays that she be dismissed from this action and such other and further relief as this Court deems just and proper.

Respectfully submitted May 22, 2008

Barbara J. Carr, Trustee
The Barbara J. Carr Trust, Dated December 1, 1992

UNITED STATES OF AMERICA V.   ANSWER OF DEFENDANT BARBARA J. CARR TO CAHUILLA BAND   1247-SD-C
FALLBROOK PUBLIC UTILITY,   INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION
DISTRICT, et al.

3

1  United States of America, Cahuilla Bank of Indians v. Fallbrook Public Utility District, et al.,
   UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA,
2  Case No. 51cv1247-GT (RBB)

3                          CERTIFICATE OF SERVICE

4       I, BONNIE J. WRIGHT, declare:

5       1. I am employed in the County of San Diego, State of California. I am over the age of 18

6  and not a party to the within action; my business address is 3326 Windbreak Court, San Diego, CA

7  92130.

8       2. On May 23, 2008, I served the following document(s):

9       ANSWER OF DEFENDANT BARBARA J. CARR TRUST TO CAHUILLA
        BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION

10 by deposit with the U.S. Postal Service, by first-class mail, postage prepaid, addressed to:

11
   Curtis G. Berkey, Esq.                    Susan M. Williams
12 Scott W. Williams, Esq.                   Sarah S. Works
   ALEXANDER, BERKEY, WILLIAMS               WILLIAMS & WORKS, P.A.
13 & WEATHERS LLP                            P.O. Box 1483
   2030 Addison Street, Suite 410            Corrales, NM 87049
14 Berkeley, CA 94704

15 Marco Gonzales, Esq.
   COAST LAW GROUP LLP
16 169 Saxony Road, Suite 204
   Encinitas, CA 92024
17

18      I declare under penalty of perjury under the laws of the United States of America that the

19 foregoing is true and correct. Executed May 23, 2008 at San Diego, California.

20

21                                          _____
                                            BONNIE J. WRIGHT
22

23

24

25

26
   cer.mail
27 _____
   United States of America, Cahuilla Bank of Indians    CERTIFICATE OF SERVICE    51cv1247-GT (RBB)
28 v. Fallbrook Public Utility District, et al.