1  BILL KUENZINGER – SB#159168
   SCOTT L. HARPER - SB#155855
2  BROWN, HALL, SHORE & McKINLEY, L.L.P.
   3031 W. March Lane, Suite 230 W
3  Stockton, California 95219
4  Telephone: (209) 477-8171
   Facsimile:  (209) 477-2549
5
6  Attorneys for Defendant In Intervention
   MCMX, LLC, a California Limited
7  Liability Company

8              IN THE UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            | Case No. 1247-SD-C
11 |                          Plaintiff,  |
12 |                                      | **PROOF OF SERVICE REGARDING DEFENDANT IN INTERVENTION MCMX, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY'S ANSWER TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION**
   | RAMONA BAND OF CAHUILLA,              |
13 | CAHUILLA BAND OF INDIANS,             |
14 |               Plaintiff-Intervenors, |
15 | v                                     |
16 |                                      |
17 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., |
18 |                         Defendants.  |

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

{00063278 }                    - 1 -

Case No. 1247-SD-C

# PROOF OF SERVICE

I, the undersigned, am over the age of eighteen years and am a resident of San Joaquin County, California; I am not a party to this action; my business address is c/o BROWN, HALL, SHORE & McKINLEY, LLP, 3031 West March Lane, Suite 230 West, Stockton, CA 95219.

On May 27, 2008 I served the following document(s):

**DEFENDANT IN INTERVENTION MCMX, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY'S ANSWER TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION**

addressed to:

| | |
|---|---|
| Barbara J. Carr, Trust<br>Barbara J. Carr, Trustee<br>2057 Bexley Road<br>Jamul, CA 91935-7945 | Robert H. James<br>Sachse James Crosswell and Lopardo<br>205 W. Alvarado Street, Suite 1<br>Fallbrook, CA 92028-2025 |
| Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 |
| Sarah S. Works<br>Williams & Works<br>P.O. Box 1483<br>Corrales, NM 87048 | Pechanga Band of Mission Indians<br>Peter J. Mort<br>Akin Gump Strauss Heur & Feld LLP<br>2029 Century Park East, Ste 2400<br>Los Angeles, CA 90067-3012 |

_____ **(BY MAIL)** depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

__X__ **(BY MAIL)** placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with the business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed under penalty of perjury on May 27, 2008 at Stockton, California.

RHONDA JONES

{00063278}

- 2 -

Case No. 1247-SD-C