1  | BILL KUENZINGER – SB#159168
2  | SCOTT L. HARPER - SB#155855
   | BROWN, HALL, SHORE & McKINLEY, L.L.P.
3  | 3031 W. March Lane, Suite 230 W
   | Stockton, California 95219
4  | Telephone: (209) 477-8171
   | Facsimile:  (209) 477-2549
5  |
6  | Attorneys for Defendant in Intervention
   | MCMX, LLC, a California Limited
7  | Liability Company

8  |        IN THE UNITED STATES DISTRICT COURT

9  |        SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1247-SD-C |
| Plaintiff, | **DEFENDANT IN INTERVENTION MCMX, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY'S ANSWER TO CAHUILLA BAND OF INDIAN'S FIRST AMENDED COMPLAINT IN INTERVENTION** |
| CHAUILLA BAND OF INDIANS, a federally recognized Indian tribe, | |
| Proposed Plaintiff in Intervention, | |
| v | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

COMES NOW MCMX, LLC, a California Limited Liability Company, a defendant in intervention and in response to the First Amended Complaint In Intervention of the CAHUILLA BAND OF INDIANS on file herein admits, denies, and alleges as follows:

1.      As to paragraph 1, of the First Amended Complaint in Intervention, defendant in intervention lacks sufficient information upon which to admit or deny the allegations contained therein and therefore, on that basis, denies said allegations in their entirety.

1  2.      As to paragraph 2, of the First Amended Complaint in Intervention, defendant in intervention

2  admits that venue is proper.

3  3.      As to paragraph 3, of the First Amended Complaint in Intervention, defendant in intervention

4  admits that venue is proper

5  4.      As to paragraph 4, of the First Amended Complaint in Intervention, defendant in intervention

6  lacks sufficient information upon which to admit or deny the allegations contained therein and

7  therefore, on that basis, denies said allegations in their entirety.

8  5.      As to paragraph 5, of the First Amended Complaint in Intervention, defendant in intervention

9  lacks sufficient information upon which to admit or deny the allegations contained therein and

10  therefore, on that basis, denies said allegations in their entirety

11  6.      As to paragraph 6, of the First Amended Complaint in Intervention, defendant in intervention

12  lacks sufficient information upon which to admit or deny the allegations contained therein and

13  therefore, on that basis, denies said allegations in their entirety

14  7.      As to paragraph 7, of the First Amended Complaint in Intervention, defendant in intervention

15  lacks sufficient information upon which to admit or deny the allegations contained therein and

16  therefore, on that basis, denies said allegations in their entirety.

17  8.      As to paragraph 8, of the First Amended Complaint in Intervention, defendant in intervention

18  lacks sufficient information upon which to admit or deny the allegations contained therein and

19  therefore, on that basis, denies said allegations in their entirety.

20  9.      As to paragraph 9, of the First Amended Complaint in Intervention, defendant in intervention

21  lacks sufficient information upon which to admit or deny the allegations contained therein and

22  therefore, on that basis, denies said allegations in their entirety.

23  10      As to paragraph 10, of the First Amended Complaint in Intervention, defendant in intervention

24  lacks sufficient information upon which to admit or deny the allegations contained therein and

25  therefore, on that basis, denies said allegations in their entirety.

26  11      As to paragraph 11, of the First Amended Complaint in Intervention, defendant in intervention

27  lacks sufficient information upon which to admit or deny the allegations contained therein and

28  therefore, on that basis, denies said allegations in their entirety.

Case No. 1247-SD-C

1   12      As to paragraph 12, of the First Amended Complaint in Intervention, defendant in intervention

2   lacks sufficient information upon which to admit or deny the allegations contained therein and

3   therefore, on that basis, denies said allegations in their entirety.

4   13      As to paragraph 13, of the First Amended Complaint in Intervention, defendant in intervention

5   lacks sufficient information upon which to admit or deny the allegations contained therein and

6   therefore, on that basis, denies said allegations in their entirety.

7   14.      As to paragraph 14, of the First Amended Complaint in Intervention, defendant in intervention

8   lacks sufficient information upon which to admit or deny the allegations contained therein and

9   therefore, on that basis, denies said allegations in their entirety.

10  15      As to paragraph 15, of the First Amended Complaint in Intervention, defendant in intervention

11  lacks sufficient information upon which to admit or deny the allegations contained therein and

12  therefore, on that basis, denies said allegations in their entirety.

13  16.      As to paragraph 16, of the First Amended Complaint in Intervention, defendant in intervention

14  lacks sufficient information upon which to admit or deny the allegations contained therein and

15  therefore, on that basis, denies said allegations in their entirety.

16  17.      As to paragraph 17, of the First Amended Complaint in Intervention, defendant in intervention

17  lacks sufficient information upon which to admit or deny the allegations contained therein and

18  therefore, on that basis, denies said allegations in their entirety.

19  18.      As to paragraph 18, of the First Amended Complaint in Intervention, defendant in intervention

20  lacks sufficient information upon which to admit or deny the allegations contained therein and

21  therefore, on that basis, denies said allegations in their entirety.

22  19.      As to paragraph 19, of the First Amended Complaint in Intervention, defendant in intervention

23  lacks sufficient information upon which to admit or deny the allegations contained therein and

24  therefore, on that basis, denies said allegations in their entirety.

25  20.      As to paragraph 20, of the First Amended Complaint in Intervention, defendant in intervention

26  lacks sufficient information upon which to admit or deny the allegations contained therein and

27  therefore, on that basis, denies said allegations in their entirety.

28

Case No. 1247-SD-C

1   21.    As to paragraph 21, of the First Amended Complaint in Intervention, defendant in intervention

2   lacks sufficient information upon which to admit or deny the allegations contained therein and

3   therefore, on that basis, denies said allegations in their entirety

4   22.    As to paragraph 22, of the First Amended Complaint in Intervention, defendant in intervention

5   lacks sufficient information upon which to admit or deny the allegations contained therein and

6   therefore, on that basis, denies said allegations in their entirety.

7   23.    As to paragraph 23, of the First Amended Complaint in Intervention, defendant in intervention

8   lacks sufficient information upon which to admit or deny the allegations contained therein and

9   therefore, on that basis, denies said allegations in their entirety.

10  24.    As to paragraph 24, of the First Amended Complaint in Intervention, defendant in intervention

11  lacks sufficient information upon which to admit or deny the allegations contained therein and

12  therefore, on that basis, denies said allegations in their entirety.

13  25.    As to paragraph 25, of the First Amended Complaint in Intervention, defendant in intervention

14  lacks sufficient information upon which to admit or deny the allegations contained therein and

15  therefore, on that basis, denies said allegations in their entirety

16  26.    As to paragraph 26, of the First Amended Complaint in Intervention, defendant in intervention

17  lacks sufficient information upon which to admit or deny the allegations contained therein and

18  therefore, on that basis, denies said allegations in their entirety.

19  27.    As to paragraph 27, of the First Amended Complaint in Intervention, defendant in intervention

20  lacks sufficient information upon which to admit or deny the allegations contained therein and

21  therefore, on that basis, denies said allegations in their entirety.

22  28.    As to paragraph 28, of the First Amended Complaint in Intervention, defendant in intervention

23  lacks sufficient information upon which to admit or deny the allegations contained therein and

24  therefore, on that basis, denies said allegations in their entirety.

25  29.    As to paragraph 29, of the First Amended Complaint in Intervention, defendant in intervention

26  lacks sufficient information upon which to admit or deny the allegations contained therein and

27  therefore, on that basis, denies said allegations in their entirety.

28

{00063181 }                                    - 4 -

Case No. 1247-SD-C

1    30.    As to paragraph 30, of the First Amended Complaint in Intervention, defendant in intervention

2    lacks sufficient information upon which to admit or deny the allegations contained therein and

3    therefore, on that basis, denies said allegations in their entirety.

4    31.    As to paragraph 31, of the First Amended Complaint in Intervention, defendant in intervention

5    lacks sufficient information upon which to admit or deny the allegations contained therein and

6    therefore, on that basis, denies said allegations in their entirety.

7    32.    As to paragraph 32, of the First Amended Complaint in Intervention, defendant in intervention

8    lacks sufficient information upon which to admit or deny the allegations contained therein and

9    therefore, on that basis, denies said allegations in their entirety.

10    33.    As to paragraph 33, of the First Amended Complaint in Intervention, defendant in intervention

11    lacks sufficient information upon which to admit or deny the allegations contained therein and

12    therefore, on that basis, denies said allegations in their entirety.

13    34.    As to paragraph 34, of the First Amended Complaint in Intervention, defendant in intervention

14    lacks sufficient information upon which to admit or deny the allegations contained therein and

15    therefore, on that basis, denies said allegations in their entirety.

16    35.    As to paragraph 35, of the First Amended Complaint in Intervention, defendant in intervention

17    lacks sufficient information upon which to admit or deny the allegations contained therein and

18    therefore, on that basis, denies said allegations in their entirety.

19    36.    As to paragraph 36, of the First Amended Complaint in Intervention, defendant in intervention

20    lacks sufficient information upon which to admit or deny the allegations contained therein and

21    therefore, on that basis, denies said allegations in their entirety.

22    37.    As to paragraph 37, of the First Amended Complaint in Intervention, defendant in intervention

23    lacks sufficient information upon which to admit or deny the allegations contained therein and

24    therefore, on that basis, denies said allegations in their entirety

25    38.    As to paragraph 38, of the First Amended Complaint in Intervention, defendant in intervention

26    lacks sufficient information upon which to admit or deny the allegations contained therein and

27    therefore, on that basis, denies said allegations in their entirety.

28

Case No. 1247-SD-C

1   39.    As to paragraph 39, of the First Amended Complaint in Intervention, defendant in intervention

2   lacks sufficient information upon which to admit or deny the allegations contained therein and

3   therefore, on that basis, denies said allegations in their entirety

4                                      **AFFIRMATIVE DEFENSES**

5          Pursuant to Federal Rule of Civil Procedure 8(c), defendant in intervention sets forth the

6   following matters constituting an avoidance or affirmative defense:

7          As a separate and distinct affirmative defense to plaintiff in intervention's First Amended

8   Complaint In Intervention herein, and to each cause of action set forth therein, this answering

9   defendant in intervention alleges that the therein First Amended Complaint In Intervention, and each

10  cause of action, fails to state facts sufficient to constitute a claim for relief against this answering

11  defendant in intervention

12         As a separate and distinct affirmative defense to plaintiff in intervention's First Amended

13  Complaint In Intervention, and to each cause of action set forth therein, this answering defendant in

14  intervention alleges that plaintiff-intervenor's failed to exercise reasonable care and diligence to

15  mitigate their damages, if any there were

16         As a separate and distinct affirmative defense, to plaintiff in intervention's First Amended

17  Complaint in Intervention, and each and every cause of action set forth therein, defendant in

18  intervention alleges that plaintiff in intervention's has failed to state its claims with sufficient

19  particularity so as to allow this answering defendant in intervention to raise all appropriate defenses,

20  thus defendant in intervention reserves the right to add defenses as the factual basis for plaintiff in

21  intervention's claims become known.

22         As a separate and distinct affirmative defense, to plaintiff in intervention's First Amended

23  Complaint in Intervention, and each and every cause of action set forth therein, defendant in

24  intervention alleges that the proposed allocation and declaration of rights sought by plaintiff in

25  intervention would result in the taking of a disproportionate share of water to the detriment of

26  defendant in intervention and, as a result, would not be of reasonable beneficial use

27

28

{00063181 }                                    - 6 -

Case No. 1247-SD-C

1  Defendant in intervention hereby alleges the following affirmative defenses, including but not

2  limited to those set forth in Federal Rule of Court Civil Procedure 8(c), so as not to waive them:

3  assumption of risk, release, set off, waiver, unclean hands and res judicata

### MITIGATION OF DAMAGES

5  As a separate and distinct affirmative defense to plaintiff in intervention's First Amended

6  Complaint in Intervention, and to each cause of action set forth therein, this answering defendant in

7  intervention alleges that plaintiff in intervention failed to exercise reasonable care and diligence to

8  mitigate its damages, if any there were.

### ATTORNEY'S FEES

10  As a separate and distinct affirmative defense to plaintiff in intervention's First Amended

11  Complaint in Intervention, and to each cause of action set forth therein, this answering defendant in

12  intervention alleges that there is no judicial or legislative authority for awarding attorney's fees to

13  plaintiff in intervention on any of its causes of action.

### LACHES

15  As a separate and distinct affirmative defense to plaintiff in intervention's First Amended

16  Complaint in Intervention, and to each cause of action set forth therein, this answering defendant in

17  intervention alleges that plaintiff in intervention has delayed an unreasonable period of time in

18  bringing this action, which delay has been prejudicial to defendant in intervention, and plaintiff in

19  intervention is thus guilty of laches so as to bar or reduce recovery herein.

### WAIVER

21  As a separate and distinct affirmative defense to plaintiff in intervention's First Amended

22  Complaint in Intervention, and to each cause of action set forth therein, this answering defendant in

23  intervention alleges that plaintiff in intervention is barred from any recovery by reason of its conduct

24  constituting a waiver of each such alleged cause of action.

### RES JUDICATA/COLLATERAL ESTOPPEL/EQUITABLE ESTOPPEL

26  As a separate and distinct affirmative defense, the First Amended Complaint in Intervention

27  and each cause of action thereof are barred by the doctrines of res judicata and/or collateral estoppel

28  and/or equitable estoppel.

{00063181 }                                             - 7 -

Case No. 1247-SD-C

1    WHEREFORE, this answering defendant in intervention prays that plaintiff in intervention take

2  nothing and that this answering defendant in intervention be dismissed hence with costs of suit

3  incurred herein and for such other and further relief as the court deems fit and proper.

4  Dated:  May 27, 2008                      BROWN, HALL, SHORE & McKINLEY

5

6

7                                           _____/S/_____

8                                           BILL KUENZINGER
                                            Attorneys for Defendant in Intervention

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No  1247-SD-C