1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*
7

8  Marco Gonzales (CA State Bar No. 190832)    Susan M. Williams (Pro Hac Vice)
   COAST LAW GROUP LLP                          Sarah S. Works (Pro Hac Vice)
9  169 Saxony Road, Suite 204                   WILLIAMS & WORKS, P.A.
   Encinitas, CA 92024                          P.O. Box 1483
10 Tel: 760/942-8505                            Corrales, NM 87049
   Fax: 760/942-8515                            Tel: 505/899-7994
11                                              Fax: 505/899-7972
   *Attorneys for Plaintiff-Intervenor*         E-mail: swilliams@williamsandworks.net
12 *Cahuilla Band of Indians*

13                    UNITED STATES DISTRICT COURT

14                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16 UNITED STATES OF AMERICA,            ) CIVIL NO.: 51-cv-1247-SD-GT
                                        )
17              Plaintiff,              ) **SECOND EX PARTE**
                                        ) **APPLICATION FOR ORDER**
18 RAMONA BAND OF CAHUILLA, CAHUILLA    ) **APPROVING EXTENSIONS OF**
   BAND OF INDIANS, et al.,             ) **TIME TO ANSWER COMPLAINTS**
19                                      ) **OF RAMONA BAND OF**
              Plaintiff-Intervenors,    ) **CAHUILLA AND CAHUILLA BAND**
20                                      ) **OF INDIANS; ORDER**
   v.                                   )
21                                      ) Hon. Gordon Thompson, Jr.
   FALLBROOK PUBLIC UTILITY DISTRICT,   )
22 et al.,                              )
                                        ) **ORAL ARGUMENT NOT**
23              Defendants.             ) **REQUIRED**

24 ─────────────────────────────────────

25        Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure and this Court's Order of July

26 18, 2007, Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians have served

27 Notices of Lawsuit and Requests for Waiver of Summons on approximately 3,000 landowners whose

28 land overlies ground water or is situated adjacent to surface water that is subject to this Court's

                                                        Case No.: 51cv1247

1   jurisdiction.  Many of the landowners who have signed and returned the Waiver have requested an

2   extension of time to file an answer or motion in response to the Tribes' complaints.  The Tribes

3   agree that extensions are warranted in light of the complexity of the issues in this case, and the

4   necessity to consult with an attorney.  In order to conserve the resources of this Court and the parties,

5   the Tribes request approval of the parties' stipulations extending the time to respond with respect to

6   the Tribes and landowner defendants that are listed on the attached Exhibit A.  The Tribes will serve

7   copies of this Order on each landowner defendant who has requested and obtained agreement to an

8   extension of time.

9   Dated: May 27, 2008                    Respectfully submitted,

10  WILLIAMS & WORKS, P.A.                 ALEXANDER, BERKEY, WILLIAMS &
                                           WEATHERS LLP
11  By:/s/Susan M. Williams_____
       Susan M. Williams (Pro Hac Vice)    By: /s/Curtis G. Berkey_____
12     Sarah S. Works (Pro Hac Vice)          Curtis G. Berkey
       P.O. Box 1483                          Scott W. Williams
13     Corrales, NM 87048                      2030 Addison Street, Suite 410
       Tel: 505/899-7994; Fax: 505/899-7972   Berkeley, California 94704
14     E-mail: swilliams@williamsandworks.net  Tel: 510/548-7070; Fax: 510/548-7080
       *Attorneys for Plaintiff-Intervenor,*   E-mail: cberkey@abwwlaw.com
15     *Cahuilla Band of Indians*              E-mail: swilliams@abwwlaw.com
                                               *Attorneys for Plaintiff-Intervenor,*
16                                             *Ramona Band of Cahuilla*

17  COAST LAW GROUP LLP

18  By:/s/Marco Gonzales_____
       Marco Gonzales
19     169 Saxony Road, Suite 204
       Encinitas, CA 92024
20     Tel: 760/942-8505
       Fax: 760/942-8515
21     *Attorneys for Plaintiff-Intervenor,*
       *Cahuilla Band of Indians*
22                                         **ORDER**

23

24  Dated:_____             SO ORDERED:

25

26                                     _____
27                                     Honorable Gordon Thompson, Jr.
                                       U.S. District Court Judge
28

                                    1                    Case No.: 51cv1247

# EXHIBIT A

## United States, et al. v. Fallbrook Public Utility District, et al.
Case No. 51-cv-1247

| NAME | DATE NOTICE MAILED | DATE WAIVER RECEIVED | DATE ANSWER/ RESPONSE DUE |
|---|---|---|---|
| Norma Cunnington | 03/26/08 | 04/21/08 | EXT TO 06/25/08 |
| Garry and Ruth Tripp | 03/26/08 | 05/07/08 | EXT TO 06/25/08 |
| Blake Harrison | 03/26/08 | 05/09/08 | EXT TO 06/25/08 |
| William and Debra Blake | 03/26/08 | 04/10/08 | EXT TO 07/25/08 |
| Mark Schatz and Shannon Rose | 03/26/08 | 04/27/08 | EXT TO 07/25/08 |
| Virginia VanDyke | 03/26/08 | 05/09/08 | EXT TO 06/17/08 |
| Aurora Mach | 03/26/08 | 05/12/08 | EXT TO 07/09/08 |
| Hai Hong Ngo | 03/26/08 | 05/09/08 | EXT TO 07/25/08 |
| Vincent Cusimano | 03/26/08 | 04/18/08 | EXT TO 07/28/08 |
| Edward Ward | 03/26/08 | 05/09/08 | EXT TO 07/15/08 |
| Bradley Gates | 03/26/08 | 05/09/08 | EXT TO 07/15/08 |

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On May 27, 2008, I caused to be served the following document(s) in <u>United States of America, et al.  v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1)   **SECOND EX PARTE APPLICATION FOR ORDER APPROVING EXTENSIONS OF TIME TO ANSWER COMPLAINTS OF RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS; [PROPOSED] ORDER**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C.  20036

Peter J. Mort
Rodney B. Lewis
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road,  #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA  92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C.  20026-4378

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern California
700 North Alameda Street
Los Angeles, CA 90012-2944

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS, PETERSEN &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014


    I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 27, 2008, at Berkeley, California.

_Martha Morales_
_____
Martha Morales