IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
    Plaintiff,           )

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS,           )           CIVIL NO.: 1247-SD-C

    Plaintiff-Intervenors,

    )
5-           )
    )
FALLBROOK PUBLIC UTILITY DISTRICT,)
et al.,           )

    Defendants.           )

FILED MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nunc Pro Tunc 5-27-08

**Answer of Defendant ANNA GALE JAMES, TO CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION**

1-39    Thisdefendant is without knowledge or information sufficient to form a belief as to The truth of the averments contained in Paragraphs 1 througr-39 of the CAUILLA BAND OF INDIANS' First Amended Complaint in Intervention, and, therefore, demands strict proof thereof.

**WHEREFORE,** this defendant, having fully answered, prays that this civil action be dismissed with costs taxed to the plaintiff.

Respectfully submitted
Anna Gale James

**Certificate of Service**

I hereby certify that the foregoing Answer was sent via US First Class Mail, Postage prepaid, to Susan M Williams (Pro Hac Vice)  and  Marco A. Gonzalez
Sarah S. Works (Pro Hac Vice)    Rory Wicks
PO Box 1483    Coast Law Group LLP
Corrales, NM 87049    on the _ day of May, 2008 _    169 Saxony Street Suite 204
    Encinitas, CA. 90204

Anna Gale James

1247-SD-C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) |
| Plaintiff-Intervenors, | CIVIL NO.: 1247-SD-C |
| 5- | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT,) et al., | ) |
| Defendants. | ) |

**Answer of Defendant ANNA GALE JAMES, TO CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION**

1-39    This defendant is without knowledge or information sufficient to form a belief as to The truth of the averments contained in Paragraphs 1 througr-39 of the CAUILLA BAND OF INDIANS' First Amended Complaint in Intervention, and, therefore, demands strict proof thereof.

**WHEREFORE,** this defendant, having fully answered, prays that this civil action be dismissed with costs taxed to the plaintiff.

Respectfully submitted
Anna Gale James

**Certificate of Service**

I hereby certify that the foregoing Answer was sent via US First Class Mail, Postage prepaid, to Susan M Williams (Pro Hac Vice)   and   Marco A. Gonzalez
Sarah S. Works (Pro Hac Vice)                                              Rory Wicks
PO Box 1483                                                                Coast Law Group LLP
Corrales, NM 87049         on the_ day of May, 2008_                       169 Saxony Street Suite 204
                                                                           Encinitas, CA. 90204

Anna Gale James

1247-SD-C

Cover Page

Anna Gale James
40275 Curry Court
Aguanga, CA. 92536
TEL. (951) 763-5621
"in pro per"

May 22, 2008

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**To: Clerk of the United States District Court
For the Southern District of California**

**Re: Civil Suit No. 1247-s-d-c**

To: Clerk of the Court;
    Enclosed are my answers, as a defendant, to Ramona Band of Cahuilla and Cahuilla Band of Indians First Amended Complaint in Intervention.

    I respectfully request that you file these answers with the United States District Court.
                    Thank you.

*/s/ Anna Gale James*
Anna Gale James