# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plainiff, ) | |
| ) | |
| RAMONA BAND OF CAHUILLA, ) | |
| CAHUILLA BAND OF INDIANS, ) | |
| ) | CIVIL NO.: 1247-SD-C |
| Plaintiff-Intervenors, ) | |
| ) | |
| 5- ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | |
| et ah, ) | |
| ) | |
| Defendants. ) | |

*51 CV 1247*

*Nunc Pro Tunc 5-27-08*

### ANSWER OF DEFENDANT. ANNA GALE JAMES. TO RAMONA BAND OF CAHUILLAS FIRST AMENDED COMPLAINT IN INTERVENTION

1. -13. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraphs 1 through 13 of the Ramona Band of Cahuillas First Amended Complaint in Intervention, and, therefore, demands strict proof thereof.

**WHEREFORE,** this defendant, having fully answered, prays that this civil action be dismissed with costs taxed to the plaintiff.

Respectfully submitted,

*Anna Gale James*

**Anna Gale James**

### CERTIFICATE OF SERVICE

**I hereby certify that the foregoing** Answer was sent via U.S. First Class Mail, postage prepaid, to Curtis G. Berkey and Scott W. Williams, Alexander, Berkey, Williams & Weathers LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704 on the__ day of May, 2008.

*Anna Gale James*

Anna Gale James

*1247- SD-C*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                    )
       Plainiff,                 )
                                      )
RAMONA BAND OF CAHUILLA,  )
CAHUILLA BAND OF INDIANS,  )
                                      )
       Plaintiff-Intervenors,    )   **CIVIL NO.: 1247-SD-C**
                                      )
5-                                 )
                                      )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et ah,                            )
                                      )
       Defendants.             )

### ANSWER OF DEFENDANT. ANNA GALE JAMES. TO
### RAMONA BAND OF CAHUILLAS FIRST AMENDED COMPLAINT
### IN INTERVENTION

1. -13. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraphs 1 through 13 of the Ramona Band of Cahuillas First Amended Complaint in Intervention, and, therefore, demands strict proof thereof.

**WHEREFORE,** this defendant, having fully answered, prays that this civil action be dismissed with costs taxed to the plaintiff.

Respectfully submitted,

**Anna Gale James**

### CERTIFICATE OF SERVICE

**I hereby certify that the foregoing** Answer was sent via U.S. First Class Mail, postage prepaid, to Curtis G. Berkey and Scott W. Williams, Alexander, Berkey, Williams & Weathers LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704 on the__ day of May, 2008.

Anna Gale James

1247-SD-C

**Cover Page**

Anna Gale James
40275 Curry Court
Aguanga, CA. 92536
TEL. (951) 763-5621
"in pro per"

May 22, 2008

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**To: Clerk of the United States District Court
For the Southern District of California**

**Re: Civil Suit No. 1247-s-d-c**

To: Clerk of the Court;
    Enclosed are my answers, as a defendant, to Ramona Band of Cahuilla  and Cahuilla Band of Indians  First Amended Complaint in Intervention.

    I respectfully request that you file these answers with the United States District Court.

Thank you

Anna Gale James

