**John S. Wilson and Peggy Wilson**
14205 Minorca Cove
Del Mar, CA  92014-2932
Phone:  (858) 755-9557

FILED

08 MAY 27  AM 8:51

CLERK. May 23, 2008
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

---

United States District Court for the Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101

51cv1247-GT(RBB)

### RESPONSE TO COMPLAINT - Civil No: 1247-SD-C

UNITED STATES OF AMERICA, Plaintiff

CAHUILLA BAND OF INDIANS,
Plaintiff-Intervenors

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,
Plaintiff-Intervenors

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al, Defendants

This is in response to the above Complaint:

Documents sent to us by the Plaintiffs' Attorneys showed only the name "JOHN WILSON" and did not identify the property by address, lot number or Assessors Parcel Number.

_____
John S. Wilson

_____
Peggy Wilson

Case No. 05cv1247