FILED
08 MAY 29 PM 2:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

May 27, 2008

TO: United States District Court
For The Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

FROM: Briar McTaggart, Trustee, The McTaggart Ottem Trust
1642 Merion Way 40E
Seal Beach, CA 90740

RESPONSE TO: United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians
Civil No. 1247-SD-C    51CV1247-GT

In response to the case known as, United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians, Civil No. 1247-SD-C. I/we dispute the tribes claim that they hold senior water rights to those water rights held under the courts prior judgments.

I am a Trustee for the McTaggart Ottem Trust which owns a parcel of land located in the development known as Lake Riverside Estates (APN: 584-120-023).

Briar McTaggart
Trustee The McTaggart Ottem Trust