

Irene M Park
748 E, Avenida De Las Flores
Thousand Oaks, Ca, 91360

U.S. District Court So. District of California
Office of the Clerk
880 Front St. suite 4290          Re: Civil No. 1247-SD-C
San Diego, Ca., 92101-8900            U.S. of America, Plaintiff
                                      Ramona Band of Cahilla, Cahuilla
May 25, 2008                          Band of Indians
                                              VS
                                      Fallbrook Public Utility District,
                                      Et Al., Defendants


As requested by this document I respond by the given date
that I reserve the right to join with another defendant
party and or be represented by an attorney if and when
it becomes necessary.

Until I have more and detailed information on this entire
matter   I CANNOT RESPOND.

I Request that the Plaintiff!s claim be dismissed.

Thank you,

*Irene M. Park*
Irene M. Park

CC: Alexander Berkey, Williams&Weathers LLP
Coast Law Group LLP
Williams & Works P.A.