Ms Irene Park
748 E Avenida De Las Flores
Thousand Oaks, CA 91360-4954

7007 2560 0002 9791 5219

U.S. District Court
So. District of California
Office of the Clerk
880 Front St Suite 4290
San Diego, Ca. 92101-8900

RECEIVED
MAY 30 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

U.S. POSTAGE PAID
THOUSAND OAKS, CA
91360
MAY 24, 08
AMOUNT
$3.12
00069033-33