| | |
|---|---|
| 1 | Michael L. Tidus, Bar No. 89585 |
| | mtidus@jdtplaw.com |
| 2 | Michele A. Staples, Bar No. 144392 |
| | mstaples@jdtplaw.com |
| 3 | Paige H. Gosney, Bar No. 252830 |
| | pgosney@jdtplaw.com |
| 4 | JACKSON, DeMARCO, TIDUS & PECKENPAUGH |
| | 2030 Main Street, Suite 1200 |
| 5 | Irvine, California 92614 |
| | Tel: (949) 752-8585 |
| 6 | Fax: (949) 752-0597 |

Attorneys for Defendants Jean Domenigoni, Francis N. and Jean Domenigoni Trust, Cindy and Andy Domenigoni, and Jojoba Hills SKP Resort

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51-CV-01247-GT-RBB |
| Plaintiff, | Honorable Gordon Thompson Jr. |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| Defendants. | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | |
| Intervenors. | |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Counsel of record for the following parties, Defendants Jean Domenigoni, Francis N. and Jean Domenigoni Trust, Cindy and Andy Domenigoni, and Jojoba Hills SKP Resort, hereby requests the following information be updated in the above-entitled cause of action:

///

///

///

-1-

-2-

1  **FIRM INFORMATION**:

2  **Firm Name changed to Jackson, DeMarco, Tidus & Peckenpaugh.**

3
4  DATED:  June 3, 2008           Respectfully submitted,

                                  JACKSON, DeMARCO, TIDUS &
5                                 PECKENPAUGH

6                                         MICHAEL L. TIDUS
                                          MICHELE A. STAPLES
7                                         PAIGE H. GOSNEY

8
                                  By:    /s/ Paige H. Gosney
9                                        Paige H. Gosney
                                         Attorneys for Defendants
10                                       Jean Domenigoni, Francis N. and
                                         Jean Domenigoni Trust, Cindy and
11                                       Andy Domenigoni and Jojoba Hills SKP
                                         Resort
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of record will be served by facsimile transmission and/or first class mail on June 3, 2008.

/s/ Paige H. Gosney