Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Defendant
Jojoba Hills, S.K.P. Resort, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants.<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Intervenors. | CASE NO. CIV. 51-1247-SD-GT<br><br>Honorable Gordon Thompson Jr.<br><br>**PROOF OF SERVICE ON NOTICE OF CHANGE OF ATTORNEY INFORMATION**<br><br>Room: 8 – Third Floor<br>Judge: Hon. Gordon Thompson |

**PROOF OF SERVICE**
***United States of America v. Fallbrook Public Utility District, et al.***
**United States District Court- SD of California**
**Case No. 51-1247-SD-GT**

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **June 3, 2008,** I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ By Mail: I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

Executed on June 3, 2008, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Debby Tankersley
Debby Tankersley

**MAILING LIST**

***United States of America v. Fallbrook Public Utility District, et al.***
**United States District Court- SD of California**
**Case No. 51-1247-SD-GT**

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571Bexley Road
Jamul, CA 91935-7945

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street
Suite 1
Fallbrook, CA 92028-2025

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M. Machado
P O Box 391607
Anza, CA 92539

Sarah S Works
Williams & Works
PO Box 1483
Corrales, NM 87048

Billy Ward
P O Box 5878
San Diego, CA 92165