5/17/08

FILED
JUN 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Khyber Courchesne
1264 Page St. Apt C
San Francisco, CA 94117
415-867-0569

Nunc Pro Tunc 5-28-08

Curtis Berkey & Scott Williams
2030 Addison Street, Suite 410
Berkeley, CA 94704

Susan Williams & Sarah Works
PO Box 1483
Corrales NM 87049

Marco Gonzales
Coast Law Group
169 Saxony Road, Suite 204
Encinitas, CA 92024

Clerk's Office
880 Front Street
Suite 4290
San Diego, CA 92101


To the plaintiffs and lawyers for Civil No 1247-SD-C:

You have sent me the equivalent of a summons for this case, which I have returned signed.

I want to be taken off your list of defendants for the following reasons:

The piece if property I own in Riverside Estates is vacant, and has always been vacant. Literally, the only thing on the property are native plants. There is no access to any watershed, aquifier, or the like.

This small property is in fact my sole inheritance from my parents. I am from very modest means, and don't own anything else, no house and no car. I don't have the capital to hire attorneys to defend me in this ill-researched lawsuit.

We have never made any money from this piece of undeveloped, vacant land.

Since the land has never had the benefit of ANY water other than from rain, it is incomplete and/or careless research on your parts that I should be named as one of the hundreds (or thousands) of defendants in your case.

I am sure I am not the only person you have inconvenienced who have never used any of the resources you are fighting about. I suggest you re-evaluate your list, and make changes based on careful and diligent research, rather than painting such broad strokes with only part of the county records, since obviously you never did any research in a Planning or Building Department. You have wasted hours of my time trying to decipher your legal-coded documents and your case, writing this reply etc. Everyone is busy, and your behavior is inconsiderate of that, and surely not professional.

Be that as it may, being of Iriquois and Mexican descent, I fully empathize with the Ramona and Cahuilla Bands' desire to protect what they have left (some water rights) after the Federal Government annexed their land many decades ago.

However the court rules will be fine with me as far as whatever water rights you are arguing about. However, there is no fairness or justice served in me paying any "damages" or paying the plaintiff's lawyers' fees, given that we have never used, nor do we have a way to access, any of the disputed water rights.

Please keep me informed of when I can expect to be taken off your list of defendents.

Thank you very much,

Khyber Courchesne