1   Mark L. Brandon. Esq. (Calif. Bar No. 110245)
    BRANDON AND ASSOCIATES
2   3695 Third Avenue
    San Diego, CA 92103
3   Telephone: (619) 295-9595
    Facsimile: (619) 295-2575
4   E-Mail: mbrandon@brandon-law.com

5   Attorneys for Defendant,
    MILAN L. BRANDON AS TRUSTEE FOR BRANDON FAMILY TRUST
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          Case No.: 51-cv-1247-GT-BB

11      Plaintiff,

12  RAMONA BAND OF CAHUILLA, CAHUILLA
    BAND OF INDIANS                    **ANSWER OF MILAN L. BRANDON**
13                                     **AS TRUSTEE FOR BRANDON FAMILY TRUST**
        Plaintiff-Intervenors,         **TO FIRST AMENDED COMPLAINT IN**
14                                     **INTERVENTION**
        vs.
15
    FALLBROOK PUBLIC UTILITY DISTRICT,  **DEMAND FOR JURY TRIAL**
16  et al.,

17      Defendants.

18

19      Defendant, MILAN L. BRANDON AS TRUSTEE FOR BRANDON FAMILY TRUST,

20  for said Trust and for no other defendants, answers the First Amended

21  Complaint in Intervention of Plaintiff-Intervenors, RAMONA BAND OF

22  CAHUILLA and CAHUILLA BAND OF INDIANS as follows:

23                      **INTRODUCTION**

24      1.   Answering  paragraph  1  of  the  Complaint,  defendant  is

25  without knowledge or information to form a belief as to the truth of

26  the allegations contained therein, and on that basis denies each and

27  every allegation therein.

28

                            1
            ANSWER OF MILAN L. BRANDON AS TRUSTEE FOR BRANDON FAMILY TRUST
            TO FIRST AMENDED COMPLAINT IN INTERVENTION; DEMAND FOR JURY
                        Case No. 51-cv-1247-GT-BB

**JURISDICTION AND VENUE**

2.  Answering paragraph 2 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

3.  Answering paragraph 3 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

**PARTIES**

4.  Answering paragraph 4 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

5.  Answering paragraph 5 of the Complaint, responding party admits that he is a person.  As to the remaining allegations in paragraph 5 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegation contained therein, and on that basis denies each and every remaining allegation therein.

**FACTS**

6.  Answering paragraph 6 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

7.  Answering paragraph 7 of the Complaint, defendant is without knowledge or information to form a belief as to the truth of

2

1  the allegations contained therein, and on that basis denies each and
2  every allegation therein.

3    8.    Answering paragraph 8 of the Complaint, defendant is
4  without knowledge or information to form a belief as to the truth of
5  the allegations contained therein, and on that basis denies each and
6  every allegation therein.

7    9.    Answering paragraph 9 of the Complaint, defendant is
8  without knowledge or information to form a belief as to the truth of
9  the allegations contained therein, and on that basis denies each and
10 every allegation therein.

11                        **CLAIM FOR RELIEF**

12   10.   Answering paragraph 10 of the Complaint, defendant is
13 without knowledge or information to form a belief as to the truth of
14 the allegations contained therein, and on that basis denies each and
15 every allegation therein.

16   11.   Answering paragraph 11 of the Complaint, defendant is
17 without knowledge or information to form a belief as to the truth of
18 the allegations contained therein, and on that basis denies each and
19 every allegation therein.

20   12.   Answering paragraph 12 of the Complaint, defendant is
21 without knowledge or information to form a belief as to the truth of
22 the allegations contained therein, and on that basis denies each and
23 every allegation therein.

24   13.   Answering paragraph 13 of the Complaint, defendant denies
25 each and every allegation therein.

26    Defendant presently has no information about the claims herein,
27 other than those contained in the First Amended Complaint in
28 Intervention. Defendant asserts the following defenses, reserving all

1  rights to assert additional defenses as the facts of this litigation

2  become known.    Each defense applies separately and jointly to the

3  Plaintiff-Intervenors.

## FIRST DEFENSE

### (Failure to State Cause of Action)

6      The complaint and each cause of action contained therein fails to

7  state facts sufficient to constitute causes of action as to this

8  answering defendant.

## SECOND DEFENSE

### (Statute of Limitations)

11      The complaint and each cause of action contained therein is

12  barred by the applicable statute of limitations.

## THIRD DEFENSE

### (Failure to Mitigate)

15      At all times material herein, Plaintiff in Intervention failed

16  and neglected to mitigate its damages, so as to reduce and/or diminish

17  its claim.

## FOURTH DEFENSE

### (Laches)

20      This answering defendant is informed and believes and on such

21  basis alleges that Plaintiff in Intervention is guilty of laches and

22  that each and every cause of action within the complaint in

23  intervention should fail because Plaintiff in Intervention has

24  inexcusably and unreasonably delayed the commencement of its action

25  against this defendant and is estopped from asserting its actions as a

26  result thereof.

27  ///

28  ///

1  ///

2  **FIFTH DEFENSE**

3  **(Estoppel)**

4  This answering defendant is informed and believes that the
5  complaint in intervention and each and every cause of action contained
6  therein fails because of this answering defendant's reasonable
7  reliance on the acts or omissions of Plaintiff in Intervention,
8  whereby the Plaintiff in Intervention is now estopped from asserting
9  the claims in its complaint in intervention against this answering
10 defendant.

11  **SIXTH DEFENSE**

12  **(Unclean Hands)**

13  Plaintiff in Intervention's claims against this answering
14 defendant are expressly barred as a result of Plaintiff in
15 Intervention's unclean hands.

16  **SEVENTH DEFENSE**

17  **(Comparative Fault of Third Parties)**

18  If Plaintiff in Intervention suffered or sustained any damage or
19 injury, either as alleged in the complaint in intervention, or at all,
20 the same was directly and proximately contributed to by the
21 negligence, recklessness, carelessness, fault, and unlawful conduct of
22 other parties or entities, whether or not parties to this action, and
23 damages of Plaintiff in Intervention, if any, shall be reduced in
24 proportion to the amount of negligence and/or fault attributable to
25 such other persons or entities, whether or not parties to this action.

26  / / /

27  / / /

28  / / /

1

## EIGHTH DEFENSE

2

### (Comparative Fault)

3       If Plaintiff in Intervention suffered or sustained any damage or
4   injury, either as alleged in the complaint in intervention or at all,
5   the same was directly and proximately contributed to by the
6   negligence, recklessness, carelessness, fault and unlawful conduct of
7   Plaintiff in Intervention, and the damages of Plaintiff in
8   Intervention, if any, shall be reduced in proportion to the amount of
9   negligence and/or fault attributable to Plaintiff in Intervention.

10

## NINTH DEFENSE

11

### (Riparian Rights)

12       Defendant has or may have riparian rights to surface waters
13  flowing upon or adjacent to, or in the known and defined channels of
14  underground streams from time to time flowing through Defendant's
15  property; and that, to the extent that it takes or claims the right to
16  take water from such sources, the Ramona Band of Cahuilla, Cahuilla
17  Band of Indians' claims are barred as against Defendant.

18

## TENTH DEFENSE

19

### (Appropriative Rights)

20       Defendant claims the appropriative rights to produce water from
21  the basins and sub-basins over which Defendant's property is situated;
22  and, to the extent that the basins and sub-basins over which the
23  Ramona Band of Cahuilla, Cahuilla Band of Indians' Reservation and
24  water production facilities are situated are separate and independent
25  from the basins and sub-basins over which Defendant's property is
26  situated, Defendant alleges that the Ramona Band of Cahuilla, Cahuilla
27  Band of Indians is/are barred from the relief sought against
28  Defendant.

1

## ELEVENTH DEFENSE

2

### (Prescriptive Rights)

3    Defendant is excused from any and all liability because at all

4 times Defendant's domestic wells and water usage have been open and

5 notorious, known to the Plaintiff-Intervenors.

6

## TWELFTH DEFENSE

7

### (Responsibility of Government)

8    Defendant has equal rights to water resources as provided by

9 private property rights, guarantees under the law.   It is not the

10 responsibility of Defendant nor does Defendant have a duty to

11 surrender any rights to anyone without just and fair compensation

12 freely and willingly given.   Indian reservations and provisions set

13 aside on their behalf is the responsibility of the United States

14 Government and not individual citizens who lack the duty, resources

15 and funding to insure compliance.

16

## THIRTEENTH DEFENSE

17

### (Reasonable and Beneficial Use)

18    Defendant alleges that the Ramona Band of Cahuilla, Cahuilla Band

19 of Indians' use of water, both presently and in the future, is limited

20 by the reasonable and beneficial use limitations set forth in Article

21 X, Section 2 of the *California Constitution* and *Water Code* § 100.

22

## FOURTEENTH DEFENSE

23

### (Equal Protection)

24

### (Cannot Claim Superior Rights)

25    The Plaintiff-Interveners assert intervention as Plaintiffs with

26 the United States to insure alleged water rights in this instant case.

27 However, said intervention is not motivated for like causes and

28

7
ANSWER OF MILAN L. BRANDON AS TRUSTEE FOR BRANDON FAMILY TRUST
TO FIRST AMENDED COMPLAINT IN INTERVENTION; DEMAND FOR JURY
Case No. 51-cv-1247-GT-BB

1 | operates in effect to deny equal protection guarantees under the
2 | Fourteenth Amendment.

3 | ## FIFTEENTH DEFENSE

4 | ### (Presently Unknown Defenses)

5 | Defendant presently has insufficient knowledge or information
6 | upon which to form a belief as to whether there may be additional, as
7 | yet unknown, affirmative defenses. Defendant reserves the right to
8 | assert additional affirmative defenses in the event discovery
9 | indicates it would be appropriate.

10 | WHEREFORE, Defendant prays for judgment as follows:

11 | 1. Plaintiffs in Intervention and each of them take nothing by
12 | reason of the Complaint in Intervention;

13 | 2. This answering Defendant be dismissed with prejudice;

14 | 3. If this matter goes to trial, a trial by jury is hereby
15 | demanded.

16 | 4. For costs of suit incurred herein; and

17 | 5. For such other relief as the Court deems just and proper.

19 | Dated: June 5, 2008                     BRANDON AND ASSOCIATES

22 | By
  | MARK L. BRANDON
23 | Attorneys for Defendant,
  | MILAN L. BRANDON AS TRUSTEE
  | FOR BRANDON FAMILY TRUST