IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUN -4 PM 1:57

UNITED STATES OF AMERICA )
    Plaintiff )
)
RAMONA BAND OF CAHUILLA, )
CAHUILLA BAND OF INDIANS, )
)
    Plaintiff- Interveners, )
)
v. )
)
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al, )
)
    Defendants. )

BY: ECU    DEPUTY

CIVIL NO.: 1247-SD-C

### ANSWER OF DEFENDANT, MARIANNE E. PAJOT, TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

1-39    This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraphs one (1) through thirty-nine (39) of the Cahuilla Band of Indians First Amended Complaint in Intervention, and, therefore, demands strict proof thereof.

WHEREFORE, this defendant, having fully answered, prays this civil action be dismissed with costs taxed to the plaintiff.

Respectfully submitted

_Marianne E. Pajot_
MARIANNE E. PAJOT

**Certificate of Service**

I hereby certify that the foregoing Answer was sent via U.S. First Class Mail, postage prepaid to:
Susan M. Williams (Pro Hac Vice) and Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, New Mexico 87049 on the 23rd day of May, 2008

_Marianne E. Pajot_
Marianne E. Pajot

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| RAMONA BAND OF CAHUILLA, ) | |
| CAHUILLA BAND OF INDIANS ) | |
| ) | |
| Plaintiff-Interveners ) | CIVIL NO.: 1247-SD-C |
| ) | |
| v. ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |

ANSWER OF DEFENDANT, MARIANNE E. PAJOT TO
RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT
IN INTERVENTION

1.-13 This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph's one (1) through thirteen(13) of the Ramona Band of Cahuilla's First Amended Complaint in Intervention, and, therefore, demands strict proof thereof

WHEREFORE, this defendant, having fully answered, prays this civil action be dismissed with costs taxed to plaintiff.

Respectfully submitted.

MARIANNE E. PAJOT

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Answer was sent via U.S. First Class Mail, postage prepaid, to Curtis G. Berkey and Scott W. Williams, Alexander. Berkey, Williams & Weathers, LLP, 2030 Addison Street, Suite 410, Berkeley, Calif. 94704 on the 23rd day of May, 2008