1  CURTIS G. BERKEY (SBN 195485)
   SCOTT W. WILLIAMS
2  Alexander, Berkey, Williams & Weathers LLP
   2030 Addison Street, Suite 410
3  Berkley, CA   94704
   Telephone: 510-548-7070
4  Facsimile: 510-548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla Indians*
7

8  MARCO GONZALES (SBN 190832)
   169 Saxony Road, Suite 204
9  Coast Law Group LLP
   Encinitas, CA   92024
10 Telephone: 760-942-8505
   Facsimile 760-942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13

14 PETER J. MORT (SBN 102480)
   RODNEY B. LEWIS (*Pro Hac Vice*)
15 JAMES MEGGESTO (*Pro Hac Vice*)
   Akin Gump Strauss Hauer & Feld LLP
16 2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
17 Telephone: 310-229-1000
   Facsimile: 310-229-1001
18 E-mail: rlewis@akingump.com
   E-mail: jmeggesto@akingump.com

19 *Attorneys for Plaintiff-Intervenor/Defendant*
   *Pechanga Band of Luiseno Indians*[1]
20

21 C. Michael Cowett
   Best Best & Krieger LLP
22 655 West Broadway, 15th Floor
   San Deigo, CA   92101
23 Telephone: 619-525-1336
   Facsimilie: 619-233-6118
24

---

[1] It has come to the attention of the Moving Parties' Counsel that Ms. Susan Williams' and Sarah Work's law licenses in New Mexico were recently suspended by the Supreme Court of New Mexico, therefore they are not listed as Counsel for Cahuilla Band of Indians.  *See* Attached N.M. S.Ct. Order No. 30,974 (Apr. 28, 2008).  Counsel for the Moving Parties had not received written confirmation evidencing that their licenses have been reinstated as of the date of this filing.

Michael.Cowett@bbklaw.com

*Attorney for Rancho California Water District*

PATRICK BARRY (*Pro Hac Vice*)
Department of Justice
P.O. Box 44378
Washington, D.C.  20026-4378
(202) 305-0254

*Attorney for the United States*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>           Defendants. | Case No. 51-1247-SD-GT<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR A TEMPORARY STAY  OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

TO ALL PARTIES AND THER ATTORNYES OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT on June 30, 2008 at 2:00 pm, in Courtroom 8 of the above-entitled Court, located at 940 Front Street, San Diego, California   92101-8900, or as soon thereafter as the matter may be considered, Plaintiff United States, Plaintiff-Intervenor Ramona Band of Cahuilla Indians, Plaintiff-Intervenor Cahuilla Band of Indians, Plaintiff-Intervenor/Defendant Pechanga Band of Luiseno Indians, and

Defendant Rancho California Water District will and hereby do move the Court for an order Temporarily Staying these Proceedings.  GOOD CAUSE exists for this Court to afford the moving partes the relief requested herein, as explained in the accompanying Statement of Material Facts and Memorandum and Points of Authroities in Support of the Joint Motion for Stay, the United States is appointing a Federal Negotiating Team to assist in the negotiation and settlement of each of the Tribes' unquantified water rights claims pending before this Court.

The parties believe that it is possible to reach a settlement to resolve each of the Tribes' claims without the need and cost of protracted litigation.  The parties understand the importance of resolving, as quickly as possible, each of the Tribes' water quantification claims in order to have certainty for all water users.   The parties believe that with the appointment of a Federal Negotiating Team, meaningful settlement discussions can ensue and settlements for each of the Tribes can be reached.  A stay in this case is needed in order for meaningful negotiations to take place without the cost and interference of on-going litigation.

This Motion will be based upon this Notice of Motion and Motion, Statement of Material Facts, the accompanying Memorandum of Points and Authorities, the papers, records and pleadings on file in this matter, any oral argument as may be requested by or presented to this Court in connection with this Motion, if any, and any other matters properly before this Court.

RESPECTFULY SUMBITTED,

Dated: June 6, 2008

RAMONA BAND OF CAHUILLA INDIANS

By *Curtis Berkey /by JTM*
Curtis G. Berkey

CAHUILLA BAND OF INDIANS

By *Marco Gonzalez /by JTM*
Marco Gonzalez

UNITED STATES

By *Patrick Barry /by JTM*
Patrick Barry

PECHANGA BAND OF LUISEÑO INDIANS

By *James T. Meggesto*
James Meggesto

RANCHO CALIFORNIA WATER DISTRICT

By *C. Michael Cowett /by JTM*
C. Michael Cowett