# RULES/ORDERS
## From the New Mexico Supreme Court

www.supremecourt.nm.org

NO. 30,974

IN THE MATTER OF THE SUSPENSION OF ACTIVE AND INACTIVE MEMBERS OF THE STATE BAR OF NEW MEXICO FOR NONPAYMENT OF 2008 ANNUAL BAR LICENSE FEE AND FOR NONCOMPLIANCE WITH RULES 24-102 AND 17-203 NMRA

### ORDER OF SUSPENSION

WHEREAS, this matter came on for consideration by the Court upon certificate filed by the Board of Commissioners of the State Bar of New Mexico that certain members of the State Bar of New Mexico are delinquent in the payment of annual bar license fees pursuant to Rule 24-102 NMRA, annual disciplinary fee assessment pursuant to Rule 17-203 NMRA, and/or the late penalty payment pursuant to Rule 24-102 NMRA for the year 2008;

WHEREAS, the Clerk of this Court, on April 9, 2007, issued and attempted to serve by first-class regular mail to the last known address shown on the official roll of attorneys a "Citation and Order to Show Cause" and "Order" to each delinquent attorney; and the time within which to respond to said "Citation and Order to Show Cause" having elapsed, and full payment of delinquent fees not having been tendered, and the Court being sufficiently advised, Chief Justice Edward L. Chávez, Justice Patricio M. Serna, Justice Petra Jimenez Maes, Justice Richard C. Bosson, and Justice Charles W. Daniels concurring;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the following named attorneys be and hereby ARE SUSPENDED FROM THE PRACTICE OF LAW in the courts of this state by reason of nonpayment of said annual assessment fees for the year 2008; and

IT IS FURTHER ORDERED that the Clerk of this Court shall change the official roll of attorneys to indicate the status of suspension for the attorneys listed below, and that notice thereof be given to each judge in the state of New Mexico and be published in the *Bar Bulletin*.

David J. Abell
Mendel Blumenfeld LLP
2155 Louisiana Blvd., N.E., Ste. 8500
Albuquerque, NM 87110-5483

Steven D. Allen
75 Woodland Dr.
Tijeras, NM 87059-7301

Amanda J. Ashford
c/o Nancy LaForest
309 Gene Ave., N.E.
Albuquerque, NM 87109-1850

G. Mitchell Baker
G. Mitchell Baker & Associates, L.L.C.
P.O. Box 1509
Belen, NM 87002-1509

Jeanne M. Bates
6716 Cockerille Ave.
Takoma Park, MD 20912-4603

Thomas R. Brooksbank
Brooksbank & Associates
6451 S. Virginia St., #335
Reno, NV 89511-1104

Michael Patrick Caruso
875 Rosecrans St.
San Diego, CA 92106-3014

Rajesh Chabra
201 West Hill Ave., #100
Gallup, NM 87301-6347

Donald C. Clifford
1400 Central Ave., S.E., Ste. 3200
Albuquerque, NM 87106-4835

Paul R. Cohen
400 Gold Avenue, S.W., Suite 200
(87102)
P.O. Box 3216
Albuquerque, NM 87190-3216

Luis N. Colon
Del Valle & Associates
445 Park Ave., 14th Fl.
New York, NY 10022-2606

Kenneth A. Cullen
5555 Zuni Rd., S.E., #20-240
Albuquerque, NM 87108-2942

Eileen D. Gallagher Curran
2193 Frontier Dr.
Las Cruces, NM 88011-9005

Robert J. Downing
Finser Corporation
550 Biltmore Way, #1180
Coral Gables, FL 33134-5721

Robin Joy Drake
Liberty Mutual Insurance Co.
3111 Northbrook Road
Pikesville, MD 21208-4524
OR
5830 SW Florida Street
Portland, OR 97219

Barbara Ann Fix
P.O. Box 742292
Dallas, TX 75374-2292

Karolyn King Gillespie
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2029

Lisa N. Gover
5407 Kettle Rd., N.W.
Albuquerque, NM 87120-2958
OR
7308 Staghorn Drive, N.W.
Albuquerque, NM 87120

Stephen N. Gracey
83 S. Regan Mead Cir.
The Woodlands, TX 77382-2790

Patrick A. Groves
Law Office of Patrick A. Groves
1501 S. Mopac Pkwy., #A320
Austin, TX 78746-7541

Barbara Harrell
1129 Winton Circle
Las Cruces, NM 88005-1990

James J. Iserman
116 Colony Ct.
Bastrop, TX 78602-3382
OR
5909 Walker Street
Haltom City, TX 76117

Cody K. Kelley
Kelley-Streubel, L.L.C.
315 Fifth St., N.W.
Albuquerque, NM 87102-2105

James M. Kennedy
P.O. Box 4530
Rollingbay, WA 98061-0530

Robert T. Knott
7456 Cypress Grove Road
Orlando, FL 32819-5510

Philip P. Larragoite
P.O. Box 271
Albuquerque, NM 87103-0271

Denise S. Maes
Berenbaum Weinshienk & Eason, P.C.
370 17th St., #4800
Denver, CO 80202-5698
OR
1400 16th Street, Suite 250
Denver, CO 80202-1320

Brian J. McAuliffe
Hamstead & Associates, L.C.
P.O. Box 730
Charles Town, WV 25414-0730
OR
114 South Maple Avenue
Martinsburg, WV 25401

Rebecca F. Gunn McCabe
Hunton & Williams
600 Peachtree St., #4100
Atlanta, GA 30308-2217

Steven P. Michael
4701 Irving, N.W., #711
Albuquerque, NM 87114-3903

Gus Redmond Michaels, III
Law Offices of Gus R. Michaels, P.C.
P.O. Box 1845
Boulder, CO 80306-1845
OR
900 Pearl Street, Suite 300
Boulder, CO 80302-5107

Barbara G. Momaday
NM Department of Health
P.O. Box 26110
Santa Fe, NM 87502-0110

Stewart Paley
2727 Candelaria Rd., N.W.
Albuquerque, NM 87107-2912

Clifford L. Payne
Clifford L. Payne, P.A.
P.O. Box 849
Lovington, NM 88260-0849
OR
701 West Avenue D
Lovington, NM 88260-4600

Rachel H. Plotkin
8101 Wenonga Rd.
Shawnee Mission (Leawood), KS
66206-1146

Robin L. Poague
US Forest Service Dept. of Agriculture
333 Broadway Blvd., S.E.
Albuquerque, NM 87102-3407

August J. Rane
203 Manzanares Ave., #24
Socorro, NM 87801-4911

Linda Grindstaff Rhoads
P.O. Box 2766
Espanola, NM 87532-4766
OR
17 Stoney Lane
Moriarty, NM 87035

Laura Lee Rhodes
Lehner and Rodrigues, P.C.
1500 SW 1st Ave., Ste. 1150
Portland, OR 97201-5881
OR
10260 SW Greenburg Road, Suite 710
Portland, OR 97223

Ms. Debra A. Smith
3410 La Sierra, #F-300
Riverside, CA 92503-5205

Charles A. Sutton
Linebargen Goggan Blair & Sampson
2805 N. Navarro St., #700
Victoria, TX 77901-3952

Jimmy Lynn Verner, Jr.
Jimmy Lynn Verner Jr., P.C.
3131 Turtle Creek Blvd., #1020
Dallas, TX 75219-5439

Barton J. Warren, Jr.
Law Offices of Barton J. Warren
261 East 300 South, #175
Salt Lake City, UT 84111-2400

C. Alan Wille
P.O. Box 8193
Santa Fe, NM 87504-8193

Emily A. Williams
P.O. Box 25543
Albuquerque, NM 87125-0543
OR
1818 Marble Avenue, N.W.
Albuquerque, NM 87104-1354

Susan M. Williams
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87048-1483

Sarah S. Works
Williams & Works, P.A.
360 Tormey Ln., N.E., Ste. 298
Bainbridge Island, WA 98110-1996
OR
P.O. Box 1483
Corrales, NM 87048-1483

James Allen Yontz
Potter County District Attorney
501 S. Fillmore St., #5A
Amarillo, TX 79101-2444

Timothy P. Zannes
1712 San Patricio, S.W.
Albuquerque, NM 87104-1050

IT IS SO ORDERED.

WITNESS, Honorable Edward L. Chávez, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 28th day of April, 2008.

    Kathleen Jo Gibson,
    Chief Clerk of the Supreme Court
    of the State of New Mexico