1  CURTIS G. BERKEY (SBN 195485)
   SCOTT W. WILLIAMS
2  Alexander, Berkey, Williams & Weathers LLP
   2030 Addison Street, Suite 410
3  Berkley, CA   94704
   Telephone: 510-548-7070
4  Facsimile: 510-548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla Indians*
7

8  MARCO GONZALES (SBN 190832)
   169 Saxony Road, Suite 204
9  Coast Law Group LLP
   Encinitas, CA   92024
10 Telephone: 760-942-8505
   Facsimile 760-942-8515
11
   *Attorneys for Plaintiff-Intervenor*
12 *Cahuilla Band of Indians*

13

14 PETER J. MORT (SBN 102480)
   RODNEY B. LEWIS (*Pro Hac Vice*)
   JAMES MEGGESTO (*Pro Hac Vice*)
15 Akin Gump Strauss Hauer & Feld LLP
   2029 Century Park East, Suite 2400
16 Los Angeles, California 90067-3012
   Telephone: 310-229-1000
17 Facsimile: 310-229-1001
   E-mail: rlewis@akingump.com
18 E-mail: jmeggesto@akingump.com

19 *Attorneys for Plaintiff-Intervenor/Defendant*
   *Pechanga Band of Luiseno Indians*
20

21 C. Michael Cowett
   Best Best & Krieger LLP
22 655 West Broadway, 15th Floor
   San Deigo, CA   92101
23 Telephone: 619-525-1336
   Facsimilie: 619-233-6118
24 Michael.Cowett@bbklaw.com

25 *Attorney for Rancho California Water District*

26

27 PATRICK BARRY (*Pro Hac Vice*)
   Department of Justice
28 P.O. Box 44378

Joint Motion to Stay Proceedings Pending Settlement Negotiations        Case No. 51-1247-SD-GT
Statement of Material Facts

Washington, D.C. 20026-4378
(202) 305-0254

*Attorney for the United States*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>    Defendants. | Case No. 51-1247-SD-GT<br><br>**STATEMENT OF MATERIAL FACTS IN SUPPORT OF A JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

On October 6, 2006, the Cahuilla Band of Indians ("Cahuilla") filed a Motion to Intervene as Plaintiffs in this proceeding. (Dkt. No. 4904). Shortly after, on October 18, 2006, the Ramona Band of Cahuilla Indians ("Ramona") filed a Motion to Intervene as Plaintiffs. (Dkt. No. 4907). The Court granted both Motions on January 22, 2007. (Dkt. No. 4919). The Pechanga Band of Luiseno Indians has been a plaintiff-intervenor and a party to this proceeding on its own behalf since 1975. *See* Order Granting Pechanga's Motion to Intervene (Jan. 16, 1975) (Dkt. No. 4790).

Ramona and Cahuilla intervened in this proceeding for the purpose of seeking to quantify their water rights. *See* Ramona and Cahuilla's Complaints in Intervention

- 2 -

1  (Dkt. Nos. 4920 at ¶ 5; 4921 at ¶ 1).  While Pechanga is a party to the litigation, the
2  Tribe has not, for reasons explained below, filed a Motion to Quantify its water rights.
3  All three Tribes have an unquantified decreed Reserved Water Right by virtue of
4  Interlocutory Judgment 41 (Nov. 8, 1962) (Dkt. No. 4430), which was incorporated in
5  this Court's Final Judgment dated May 8, 1963 (Dkt. No. 4489).

Due to the large number of potential defendants and the significant cost of personal service that would be required, Ramona and Cahuilla filed a Joint Motion asking the Court to issue alternative rules for serving the two Tribes' Complaints in Intervention.  *See* Joint Motion for Order on Service and Notification (filed Apr. 23, 2007) (Dkt. No. 4927).  The Court denied the Motion on due process grounds and required that the Tribes individually serve every person or perfect service in accordance with Federal Rule of Civil Procedure 4(d) on every person that should be bound the Court's rulings.  *See* Order (July 18, 2007) (Dkt. No. 4941).

Realizing the importance of serving all individuals in the Santa Margarita Watershed (comprised of an upper and lower basin), Ramona and Cahuilla requested several stays of the proceedings to develop a service list with the United States.  The Court granted the requests, including a sixty (60) day stay on February 1, 2008.  (Dkt. Nos. 4946, 4948, 4949).  However, at a status conference on February 25, 2008, the Court vacated its Stay Order and ordered Ramona and Cahuilla to serve their Complaint on all water right holders subject to the Court's jurisdiction within thirty (30) days.  *See*

- 3 -

Joint Motion to Stay Proceedings Pending Settlement Negotiations                    Case No. 51-1247-SD-GT
Statement of Material Facts

Minute Entry (Feb. 25, 2008) (Dkt. No. 4954). At the same time the Court also granted the two Tribes until April 30, 2008 to complete service on all interested parties below the Vail Lake area (lower basin). *Id*.

As required by the Court, Ramona and Cahuilla served their Notice of Lawsuit and Request for Waiver on all parties pursuant to Rule 4(d). *See e.g.* Dkt. No. 4959. The two Tribes are in the process of collecting waivers and determining which parties must be personally served as a result of their failure to sign the waivers.

While Pechanga has not formally sought to quantify its water rights, the Tribe has filed a Complaint to protect its water rights that is currently pending before this Court. *See* Pechanga's Complaint in Intervention (filed Jan. 16, 1975) (Dkt. No. 4792). Until recently, Pechanga has sought to avoid litigation and instead, work with those entities around the Tribe to develop mutual private agreements for sharing the limited water resources in its basin.[1] Given Ramona and Cahuilla's recent intervention, however, Pechanga recognizes the need and opportunity to resolve its water rights claims, including claims for quantification of the water rights established in Interlocutory Judgment 41, and bring finality for all water users in its basin with respect to the quantity of the Tribe's water rights. Pechanga is not seeking at this time to quantify its water rights, but as explained in the attached Memorandum and Points of Authority, will

---

[1] The private agreements that Pechanga has reached to date are not federally approved and do not constitute settlement of any of the Tribe's water rights claims.

- 4 -

engage in settlement negotiations to reach a settlement of its water rights that would ultimately be approved by this Court.

On March 13, 2008, Pechanga formally requested a Federal Negotiation Team to assist it, Ramona and Cahuilla, in resolving their water rights claims. *See* Letter from Mark Macarro, Chairman, Pechanga Band of Luiseno Indians (Mar. 13, 2008) (attached). Ramona and Cahuilla also formally requested a Federal Team in 2007. On April 14, 2007, Rancho California Water District submitted its own letter to the Secretary of Interior supporting Pechanga's request for a Federal Negotiation Team. *See* Letter from Philip L. Forbes, RCWD (Apr. 14, 2008) (attached). On April 17, 2008, representatives from Pechanga met with Michael Bogert, Counselor to Secretary of the Interior, in Washington, D.C. to reiterate the importance and need for the Federal Government to appoint a Federal Negotiating Team on behalf of Pechanga and the other two Tribes. On April 29, 2008, Counselor Bogert responded that the Department of Interior would appoint a Federal Negotiating Team to assist all three Tribes in reaching settlements. *See* Letter from L. Michael Bogert, United States Department of the Interior, Office of the Secretary at 1 (Apr. 29, 2008) (attached).

RESPECTFULY SUMBITTED,

Dated: June 6, 2008                                        RAMONA BAND OF CAHUILLA INDIANS

By _Curtis Berkey / by JTM_
     Curtis G. Berkey

- 5 -

Joint Motion to Stay Proceedings Pending Settlement Negotiations          Case No. 51-1247-SD-GT
Statement of Material Facts

CAHUILLA BAND OF INDIANS

By _Marco Gonzalez / by JTM_
Marco Gonzalez

UNITED STATES

By _Patrick Barry / by JTM_
Patrick Barry

PECHANGA BAND OF LUISEÑO INDIANS

By _JM T. Meggesto_
James Meggesto

RANCHO CALIFORNIA WATER DISTRICT

By _C. Michael Cowett / by JTM_
C. Michael Cowett