

**Rancho Water**

April 14, 2008

Hon. Dick Kempthorne
Secretary of the Interior
U.S. Department of the Interior
1849 C. Street, NW
Washington, D.C. 20240

**Board of Directors**

William E. Plummer
President

Ralph H. Daily
Sr. Vice President

Stephen J. Corona

Ben R. Drake

Lisa D. Herman

John E. Hoagland

Lawrence M. Libeu

Officers:

Phillip L. Forbes
Interim General Manager

Jeffrey D. Armstrong
Acting Assistant General Manager/
Chief Financial Officer

Perry R. Louck
Director of Planning

Andrew L. Webster, P.E.
Acting District Engineer

Kelli E. Garcia
District Secretary

C. Michael Cowett
Best Best & Krieger LLP
General Counsel

SUBJECT:   REQUEST FOR ESTABLISHMENT OF A FEDERAL TEAM TO ASSIST IN THE NEGOTIATED SETTLEMENT OF THE WATER RIGHTS CLAIMS OF THE PECHANGA BAND OF LUISENO MISSION INDIANS

Dear Secretary Kempthorne:

The Rancho California Water District ("Rancho California") joins the Pechanga Band of Luiseno Mission Indians ("Pechanga") in formally requesting negotiations of the Secretary of the Interior to seek settlement of Pechanga's various claims to water rights. The request is made pursuant to the *Criteria and Procedures for the Participation of the Federal Government in Negotiations for the Settlement of Indian Water Rights Claims*, 55 Fed. Reg. 9233 (Mar. 12, 1990) ("*Criteria and Procedures*").

Rancho California holds agency title to the water rights of most, if not all, of the non-Federal parties involved in Pechanga's various water related claims. Rancho California has worked with Pechanga over the years and successfully negotiated a groundwater delivery and basin management agreement with Pechanga. This Agreement will likely serve as one component of the overall settlement, which is anticipated.

Rancho California agrees with the analysis justifying the establishment of a Federal team, which is set forth in the Chairman's letter to you.

Rancho California would be happy to provide you with any additional information, should you determine that to be necessary.

Sincerely yours,

RANCHO CALIFORNIA WATER DISTRICT

Phillip L. Forbes
Interim General Manager

cc:   Mark Macarro
      L. Michael Bogert
      Pamela Williams
      Patrick Barry
      Rodney B. Lewis
      Donald R. Pongrace

S:\ADMINISTRATION\ADMIN WORDPROC\2008 DOCUMENTS\106.DOCX

Rancho California Water District
42135 Winchester Road • Post Office Box 9017 • Temecula, California 92589-9017 • (951) 296-6900 • FAX (951) 296-6860

10