

# United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240



APR 29 2008

Honorable Mark Macarro
Chairman
Pechanga Band of Luiseno Mission Indians
P.O. Box 1477
Temecula, California 92593

Re: Request for a Federal Negotiating Team

Dear Chairman Macarro:

As Counselor to the Secretary and Chairman of the Working Group on Indian Water Settlements, I am responding to your March 13, 2008, letter requesting the appointment of a Federal Team to assist in negotiating the water rights claims of the Pechanga Band of Luiseno Mission Indians (Pechanga). Based on the information provided in your letter and during our recent meeting in Washington D. C., the Department of the Interior concurs that there is an urgent need for the appointment of a Federal Team given the procedural posture of *United States v. Fallbrook Pubic Utility District*, the general stream adjudication of the Santa Margarita River, California. We also concur that there is an opportunity at this time for real progress in settling the Indian water rights claims in the *Fallbrook* case.

I have instructed the Secretary's Indian Water Rights Office to appoint a Federal Team to negotiate the Indian water rights claims in the *Fallbrook* case, including the water rights claims of the Cahuilla Band of Mission Indian (Cahuilla) and the Ramona Band of Cahuilla Mission Indians (Ramona). As you know, both Cahuilla and Ramona have requested the appointment of a federal team. While we prefer to negotiate the claims of all three Bands simultaneously, we understand that individual settlements may ultimately be pursued depending on the progress that can be made.

You have suggested that the appointment of a Federal Team could provide the opportunity to ask for a pause in the *Fallbrook* litigation while we explore settlement. We will discuss this matter with the Solicitor's Office and Department of Justice and will keep you apprised on developments in that regard.

11

Mark Macarro

2

We look forward to working with you in settlement negotiations. If you have any questions or would like to discuss the matter further, please contact Pamela Williams, Director, Secretary's Indian Water Rights Office at (602) 252-0143.

Sincerely,

L. Michael Bogert
Counselor to the Secretary