MATTHEW N. FALLEY (SBN 192493)
mfalley@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant Roy C. Pursche,
Trustee of the Roy C. Pursche Trust
(incorrectly sued as Roy C. Pursche Trust)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 3:51-cv-01247-GT-RBB<br><br>**NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT ROY C. PURSCHE, TRUSTEE OF THE ROY C. PURSCHE TRUST (INCORRECTLY SUED AS ROY C. PURSCHE TRUST)** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that, commencing immediately, Matthew N. Falley of Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590, telephone (310) 553-3610/facsimile (310) 553-0687, will act as lead counsel in this matter for Defendant

72510-00007/1642160.1

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT PURSCHE (3:51-CV- 01247)

1  Roy C. Pursche, Trustee of the Roy C. Pursche Trust, incorrectly sued as Roy C.
2  Pursche Trust in the above-entitled action.

3  DATED: June 9, 2008

                                            GREENBERG GLUSKER FIELDS
                                            CLAMAN & MACHTINGER LLP

                                            By: s/MATTHEW N. FALLEY
                                                  MATTHEW N. FALLEY
                                           Attorneys for Defendant Roy C. Pursche,
                                           Trustee of the Roy C. Pursche Trust
                                           (incorrectly sued as Roy C. Pursche
                                           Trust)

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is Suite 2100, 1900 Avenue of the Stars, Los Angeles, California 90067-4590.

On June 9, 2008, I caused to be served the following document(s) **NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT ROY C. PURSCHE, TRUSTEE OF THE ROY C. PURSCHE TRUST (INCORRECTLY SUED AS ROY C. PURSCHE TRUST)** in United States of America, et al. v. Fallbrook Public Utility District, et al., Case No. 3:51-cv-01247-GT-RBB by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group, LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| Donald R. Pongrace<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036 | Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 |
| Peter J. Mort<br>Rodney B. Lewis<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | Agri Empire, Inc.<br>P. O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U. S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Director<br>Riverside County Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort OA<br>P. O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>Attn: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |

72510-00007/1641929.1

| | |
|---|---|
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P. O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P. O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>Best Best & Krieger LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado Street, Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 |
| Richard and Christine McMillan<br>Gary and Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92362 | Counsel Western Bases<br>P. O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P. O. Box 5286<br>Riverside, CA 92517 | Jackie Spanley<br>AVMAC<br>P. O. Box 391312<br>Anza, CA 92539 |

| | |
|---|---|
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U. S. Department of Justice<br>P. O. Box 44378<br>Washington, D. C. 20026-4378 | Alvin Greenwald<br>6010 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90036 |
| Linda Garcia<br>Riverside County Flood Control and<br>  Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Larry Minor<br>P. O. Box 398<br>San Jacinto, CA 92581 |
| Brian Brady, General Manager<br>Rancho California WD<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Bob Lemons<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U. S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manual Hamilton<br>Joseph Hamilton<br>P. O. Box 391372<br>Anza, CA 92539 | Western Land Financial and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 |
| Leslie Cleveland<br>U. S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| James Carter<br>P. O. Box 2739<br>Santa Ana, CA 92799-8739 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |

| | |
|---|---|
| Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 | Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 |
| Jeffry F. Ferre<br>Jill N. Willis<br>Best Best & Krieger LLP<br>3750 University Avenue<br>P. O. Box 1028<br>Riverside, CA 92502 | Susan M. Williams<br>Sarah S. Works<br>Williams & Works, P.A.<br>P. O. Box 1483<br>Corrales, NM 87048 |
| Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 | Anza Mutual Water Company<br>P. O. Box 390117<br>Anza, CA 92539-0117 |
| Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | Chairperson<br>Cahuilla Band of Indians<br>P. O. Box 391760<br>Anza, CA 92539 |
| James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Michael Gheleta<br>U. S. Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| Amy Gallaher<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 | Michael L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>Jackson, DeMarcho, Tidus,<br>    Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Mark Shaffer<br>6837 N.E. New Brooklyn Road<br>Bainbridge, WA 98110 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Boulevard, Suite K<br>San Rafael, CA 94901 |

| | |
|---|---|
| Charles W. Binder<br>Watermaster<br>Santa Margarita River Watershed<br>P. O. Box 631<br>Fallbrook, CA 92088 | Lake Riverside Estates<br>  Community Association<br>41610 Lakeshore Boulevard<br>Aguanga, CA 92536 |
| Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 |
| Elsa Barton<br>217 North Palm<br>Hemet, CA 92543 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Briar McTaggart1<br>642 Merion Way 40E<br>Seal Beach, CA 90740 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| Billy Ward<br>P. O. Box 5878<br>San Diego, CA 92165 | Mary E. Lee<br>41085 Lakeshore Boulevard<br>Aguanga, CA 92536 |
| John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Michael J. Machado<br>Pamela M. Machado<br>P. O. Box 391607<br>Anza, CA 92539 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 9, 2008, at Los Angeles, California.

*/s/ Nancy*

Nancy Spinrad

72510-00007/1641929.1