1   MATTHEW N. FALLEY (SBN 192493)
    mfalley@ggfirm.com
2   GREENBERG GLUSKER FIELDS
    CLAMAN & MACHTINGER LLP
3   1900 Avenue of the Stars, 21st Floor
    Los Angeles, California  90067-4590
4   Telephone:  310.553.3610
    Fax:  310.553.0687
5
    Attorneys for Defendant Roy C. Pursche,
6   Trustee of the Roy C. Pursche Trust
    (incorrectly sued as Roy C. Pursche Trust)
7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  3:51-cv-01247-GT-RBB

12              Plaintiff,             **NOTICE OF APPEARANCE OF
                                       ATTORNEYS FOR DEFENDANT
13  RAMONA BAND OF CAHUILLA,           ROY C. PURSCHE, TRUSTEE OF
    CAHUILLA BAND OF INDIANS,          THE ROY C. PURSCHE TRUST
14                                     (INCORRECTLY SUED AS ROY C.
                Plaintiff-Intervenors, PURSCHE TRUST)**
15
    v.
16
    FALLBROOK PUBLIC UTILITY
17  DISTRICT, et al.,

18              Defendants.

19

20

21  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD IN THE ABOVE-

22  ENTITLED ACTION:

23

24       PLEASE TAKE NOTICE that, commencing immediately, Matthew N.

25  Falley of Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of

26  the Stars, Suite 2100, Los Angeles, California 90067-4590, telephone (310) 553-

27  3610/facsimile (310) 553-0687, will act as lead counsel in this matter for Defendant

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

72510-00007/1642160.1

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT PURSCHE (3:51-CV- 01247)

1  Roy C. Pursche, Trustee of the Roy C. Pursche Trust, incorrectly sued as Roy C.

2  Pursche Trust in the above-entitled action.

3

4  DATED:  June 9, 2008                    GREENBERG GLUSKER FIELDS
                                           CLAMAN & MACHTINGER LLP
5

6                                          By: s/MATTHEW N. FALLEY
                                           _____
7                                              MATTHEW N. FALLEY
                                           Attorneys for Defendant Roy C. Pursche,
8                                          Trustee of the Roy C. Pursche Trust
                                           (incorrectly sued as Roy C. Pursche
9                                          Trust)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is Suite 2100, 1900 Avenue of the Stars, Los Angeles, California 90067-4590.

On June 9, 2008, I caused to be served the following document(s) **NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT ROY C. PURSCHE, TRUSTEE OF THE ROY C. PURSCHE TRUST (INCORRECTLY SUED AS ROY C. PURSCHE TRUST)** in United States of America, et al. v. Fallbrook Public Utility District, et al., Case No. 3:51-cv-01247-GT-RBB by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group, LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| Donald R. Pongrace<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C.  20036 | Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 |
| Peter J. Mort<br>Rodney B. Lewis<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | Agri Empire, Inc.<br>P. O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U. S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Director<br>Riverside County Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort OA<br>P. O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>Attn:  Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |

| | |
|---|---|
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P. O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P. O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>Best Best & Krieger LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road,  #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>Sachse, James & Lopardo<br>205 W. Alvarado Street, Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 |
| Richard and Christine McMillan<br>Gary and Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92362 | Counsel Western Bases<br>P. O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P. O. Box 5286<br>Riverside, CA 92517 | Jackie Spanley<br>AVMAC<br>P. O. Box 391312<br>Anza, CA 92539 |

| | |
|---|---|
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U. S. Department of Justice<br>P. O. Box 44378<br>Washington, D. C. 20026-4378 | Alvin Greenwald<br>6010 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90036 |
| Linda Garcia<br>Riverside County Flood Control and<br>   Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Larry Minor<br>P. O. Box 398<br>San Jacinto, CA 92581 |
| Brian Brady, General Manager<br>Rancho California WD<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Bob Lemons<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U. S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manual Hamilton<br>Joseph Hamilton<br>P. O. Box 391372<br>Anza, CA 92539 | Western Land Financial and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 |
| Leslie Cleveland<br>U. S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| James Carter<br>P. O. Box 2739<br>Santa Ana, CA 92799-8739 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 |

| | |
|---|---|
| Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern<br>California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 | Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 |
| Jeffry F. Ferre<br>Jill N. Willis<br>Best Best & Krieger LLP<br>3750 University Avenue<br>P. O. Box 1028<br>Riverside, CA 92502 | Susan M. Williams<br>Sarah S. Works<br>Williams & Works, P.A.<br>P. O. Box 1483<br>Corrales, NM 87048 |
| Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 | Anza Mutual Water Company<br>P. O. Box 390117<br>Anza, CA 92539-0117 |
| Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | Chairperson<br>Cahuilla Band of Indians<br>P. O. Box 391760<br>Anza, CA 92539 |
| James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Michael Gheleta<br>U. S. Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| Amy Gallaher<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 | Michael L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>Jackson, DeMarcho, Tidus,<br>   Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Mark Shaffer<br>6837 N.E. New Brooklyn Road<br>Bainbridge, WA 98110 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Boulevard, Suite K<br>San Rafael, CA 94901 |

| | |
|---|---|
| Charles W. Binder<br>Watermaster<br>Santa Margarita River Watershed<br>P. O. Box 631<br>Fallbrook, CA 92088 | Lake Riverside Estates<br>  Community Association<br>41610 Lakeshore Boulevard<br>Aguanga, CA 92536 |
| Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 |
| Elsa Barton<br>217 North Palm<br>Hemet, CA 92543 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Briar McTaggart1<br>642 Merion Way 40E<br>Seal Beach, CA 90740 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| Billy Ward<br>P. O. Box 5878<br>San Diego, CA 92165 | Mary E. Lee<br>41085 Lakeshore Boulevard<br>Aguanga, CA 92536 |
| John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Michael J. Machado<br>Pamela M. Machado<br>P. O. Box 391607<br>Anza, CA 92539 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 9, 2008, at Los Angeles, California.

*Nancy Spinrad*

Nancy Spinrad

72510-00007/1641929.1