Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

FILED JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-SD-GT<br><br>SECOND EX PARTE APPLICATION FOR ORDER APPROVING EXTENSIONS OF TIME TO ANSWER COMPLAINTS OF RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS; ORDER<br><br>Hon. Gordon Thompson, Jr.<br><br>ORAL ARGUMENT NOT REQUIRED |

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure and this Court's Order of July 18, 2007, Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians have served Notices of Lawsuit and Requests for Waiver of Summons on approximately 3,000 landowners whose land overlies ground water or is situated adjacent to surface water that is subject to this Court's

1  jurisdiction. Many of the landowners who have signed and returned the Waiver have requested an
2  extension of time to file an answer or motion in response to the Tribes' complaints. The Tribes
3  agree that extensions are warranted in light of the complexity of the issues in this case, and the
4  necessity to consult with an attorney. In order to conserve the resources of this Court and the parties,
5  the Tribes request approval of the parties' stipulations extending the time to respond with respect to
6  the Tribes and landowner defendants that are listed on the attached Exhibit A. The Tribes will serve
7  copies of this Order on each landowner defendant who has requested and obtained agreement to an
8  extension of time.

9  Dated: May 27, 2008                    Respectfully submitted,

10 WILLIAMS & WORKS, P.A.                 ALEXANDER, BERKEY, WILLIAMS &
                                          WEATHERS LLP
11 By:/s/Susan M. Williams
      Susan M. Williams (Pro Hac Vice)    By: /s/Curtis G. Berkey
12    Sarah S. Works (Pro Hac Vice)          Curtis G. Berkey
      P.O. Box 1483                          Scott W. Williams
13    Corrales, NM 87048                     2030 Addison Street, Suite 410
      Tel: 505/899-7994; Fax: 505/899-7972   Berkeley, California 94704
14    E-mail: swilliams@williamsandworks.net Tel: 510/548-7070; Fax: 510/548-7080
      *Attorneys for Plaintiff-Intervenor,*  E-mail: cberkey@abwwlaw.com
15    *Cahuilla Band of Indians*             E-mail: swilliams@abwwlaw.com
                                             *Attorneys for Plaintiff-Intervenor,*
16                                           *Ramona Band of Cahuilla*

17 COAST LAW GROUP LLP

18 By:/s/Marco Gonzales
      Marco Gonzales
19    169 Saxony Road, Suite 204
      Encinitas, CA 92024
20    Tel: 760/942-8505
      Fax: 760/942-8515
21    *Attorneys for Plaintiff-Intervenor,*
      *Cahuilla Band of Indians*
22                                        **ORDER**

23
24 Dated: *June 9, 2008*                  SO ORDERED:
25
26
27                                        Honorable Gordon Thompson, Jr.
                                          U.S. District Court Judge
28

                                    1                         Case No.: 51cv1247