JOHN A. KARACZYNSKI (SBN 93108)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      310-229-1000
Facsimile:      310-229-1001
Email:          jkaraczynski@akingump.com
Email:          pmort@akingump.com

DON PONGRACE *(Pro Hac Vice)*
RODNEY B. LEWIS *(Pro Hac Vice)*
JAMES MEGGESTO *(Pro Hac Vice)*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
Telephone:      202-887-4000
Facsimile:      202-887-4288
Email:          rlewis@akingump.com
Email:          jmeggesto@akingump.com

Attorneys for Plaintiff-Intervenor and Defendant
PECHANGA BAND OF LUISENO INDIANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiffs,<br><br>       v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>                   Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge:    Hon. Gordon Thompson, Jr. |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD IN THE ABOVE-ENTITLED ACTION:

   PLEASE TAKE NOTICE that, commencing immediately, John A. Karaczynski of Akin Gump Strauss Hauer & Feld, LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067-3012 (310) 229-1000, will act as lead counsel, instead of Peter J. Mort, in this matter for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians.  Mr. Mort is currently on medical leave, as a result

of which a notice of his withdrawal as counsel of record for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians will be filed shortly.

All pleadings, discovery, correspondence and other material in connection with this action should be served upon counsel for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians at the following addresses:

John A. Karaczynski
Akin Gump Strauss Hauer & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel:  (310) 229-1000
Fax:  (310) 229-1001
Email:  jkaraczynski@akingump.com
Email:  pmort@akingump.com

Don Pongrace *(Pro Hac Vice)*
Rodney B. Lewis *(Pro Hac Vice)*
James Meggesto *(Pro Hac Vice)*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
Tel:     202-887-4000
Fax:    202-887-4288
Email:  dpongrace@akingump.com
Email:  rlewis@akingump.com
Email:  jmeggesto@akingump.com

Dated:  June 11, 2008               AKIN GUMP STRAUSS HAUER & FELD LLP
                                    JOHN A. KARACZYNSKI


                                    By   s/John A. Karaczynski
                                              John A. Karaczynski
                                    Pechanga Band of Luiseno Indians
                                    PECHANGA BAND OF LUISENO INDIANS