## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  2029 Century Park East, Suite 2400, Los Angeles, California 90067.  On June 11, 2008, I caused the following document(s) to be served in <u>United States of America, et al.  v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:  **NOTICE OF APPEARANCE OF COUNSEL** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on June 11, 2008, at Los Angeles, California.

| | |
|---|---|
|  John A. Karaczynski |  s/John A. Karaczynski |
| [Print Name of Person Executing Proof] | [Signature] |

## SERVICE LIST

| | |
|---|---|
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA  92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |

| | |
|---|---|
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Jackie Spanley<br>AVMAC<br>P.O. Box 391312<br>Anza, CA 92539 |
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 |
| Linda Garcia<br>Riverside Co. Flood Control and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Western Land Financial<br>and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 |
| Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |

| | |
|---|---|
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C.  20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO  80294-1961 | Michael L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>JACKSON, DEMARCHO, TIDUS, PETERSEN &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA  92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 |

| | | |
|---|---|---|
| 1 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |
| 2 | | |
| 3 | | |
| 4 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |
| 5 | | |
| 6 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart1<br>642 Merion Way 40E<br>Seal Beach, CA 90740 |
| 7 | | |
| 8 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| 10 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson1<br>4205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| 12 | Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |

5

Certificate of Service                                                                                    51-CV-1247-GT-RBB