**EXHIBIT B**

JUL-02-07 05:45PM FROM-FIRST LE( )PPORT                    T-434 P.02/02 F-689

1  JAMES L. MARKMAN (043536)
   B. TILDEN KIM (198326)
2  ERIN L. POWERS (245148)
   RICHARDS, WATSON & GERSHON
3  A Professional Corporation
   355 South Grand Avenue, 40th Floor
4  Los Angeles, CA 90071-3101
   Telephone: (213) 626-8484
5  Facsimile: (213) 626-0078

6  Attorneys for Specially Appearing
   Gregory V. Burnett

FILED
07 JUL -2 PM 4:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Proposed Plaintiff-<br>Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et. al.,<br><br>Defendants. | Case No. 1247-SD-C<br><br>DECLARATION OF GREGORY V.<br>BURNETT AND EXHIBITS FILED<br>IN OPPOSITION TO PLAINTIFF-<br>INTERVENORS' JOINT MOTION<br>FOR ORDER ON SERVICE AND<br>NOTIFICATION OF TRIBAL<br>WATER RIGHTS CLAIM<br><br>[Memorandum of Points and<br>Authorities Concurrently Filed<br>Herewith]<br><br>Date:      7-16-07<br>Time:      2:00 p.m.<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

12628-0002\982195v1.doc

Received at RWG Law    7/2/2007  5:39:08 PM                    Exh. B, pg. 25

I, Gregory V. Burnett, declare:

1. I am the owner and record titleholder of real property located in the Anza Valley and overlying the Anza Ground Water Basin. I have personal knowledge of the matters and facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On December 19, 2002, I purchased approximately 518 contiguous acres of land, identified by Riverside County Assessor's Parcel Numbers 573040001, 573040002, and 573050001 ("Property), from SF Pacific Properties Inc. A true and correct copy of the Grant Deed reflecting that transaction is attached to the opposition papers as Exhibit B.

3. The entire Property is located within Section 5 of the USGS ANZA QUADRANGLE. It is located North of Upper Valley Road and East of Bautista in Anza. The southwest corner of the Property is two miles south of Highway 371 on paved Bautista Road, and a portion of the northern border of the Property abuts the Romona Indian Reservation.

4. I am a successor-in-interest to SF Pacific Properties Inc., which at various times has also been known as Southern Pacific Land Company and Southern Pacific Railroad Company, which is the entity that originally acquired the Property in 1866 through United States Patent Number 928446. A true and correct copy of Patent Number 928466 is attached as Exhibit C.

5. My Property is not serviced by either of the two public or municipal water service companies that operate in the Anza Valley.

6. I maintain three wells on the Property which I refer to as Wells 1, 2, and 3, all of which are used for domestic and agricultural purposes. Each well pumps from a depth greater than 100 feet below ground surface elevation. Well 1 is pumped from a depth of 360 feet below ground surface elevation, Well 2 is pumped from a depth of 285 feet below ground surface elevation, and Well 3 is pumped from a depth of 290 feet below ground surface elevation. A true and correct copy of the well logs from Wells 1, 2

1  and 3, reflecting the depth to which the wells were drilled are attached as Exhibits D, E and F.

7.  I am familiar with Interlocutory Judgment No. 33 entered on December 11, 1962 by the Court in the instant case. Based on my knowledge of the findings of fact and conclusions of law set forth therein, which identifies the "shallow aquifer" of the Anza Ground Water Basin as extending to a maximum of 100 feet below ground surface elevation, I know that all of the wells on my Property produce water from the "deep aquifer" of the Anza Ground Water Basin.

8.  Exhibit B of Interlocutory Judgment No. 33 further identifies a number of landowners the Court previously determined overlie the "deep aquifer" of the Anza Ground Water Basin, which were not subject to the Court's jurisdiction. Southern Pacific Land Company, my predecessor-in-interest, is named as one of those overlying landowners on pages 3 and 24 of Exhibit B to Interlocutory Judgment No. 33. Furthermore, as stated in Exhibit B, the legal description of the lands previously owned by Southern Pacific Land Company coincides with the legal description set forth in the above-referenced Grant Deed for my Property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 29th day of June, 2007 at Los Angeles, California.

_Gregory V. Burnett_
Gregory V. Burnett