**EXHIBIT C**



1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
2

3   UNITED STATES OF AMERICA,        )
                                     )    51CV1247-GT
4            PLAINTIFF,              )
                                     )
5            - V -                   )    SAN DIEGO, CALIFORNIA
                                     )    FEBRUARY 25, 2008
6   FALLBROOK PUBLIC UTILITY DISTRICT,)   2:00 P.M.
                                     )
7            DEFENDANT.              )
                                     )
8   *  *  *  *  *  *  *  *  *  *  *  )

9

10

11              TRANSCRIPT OF STATUS CALL
        BEFORE THE HONORABLE GORDON THOMPSON, JR.
12            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25   COURT REPORTER:            ISRAEL VAN BRAMER
                                (619) 696-0080

2

1                           APPEARANCES:

2

3    FOR THE GOVERNMENT:              U.S. DEPT. OF JUSTICE
                                      BY:  PATRICK BARRY, ESQ.
                                      P.O. BOX 44378
4                                     WASHINGTON, D.C. 20026

5

6    FOR THE RAMONA BAND:             ALEXANDER BERKEY WILLIAMS
                                      BY:  THOMAS WEATHERS, ESQ.
                                      2030 ADDISON ST., STE. 410
7                                     BERKELEY, CA 94704

8

9    FOR THE CAHILLA BAND:            WILLIAMS & WORKS
                                      BY:  SUSAN WILLIAMS, ESQ.
                                      P.O. BOX 1483
10                                    CORRALES, NM 87049

11

12   FOR THE PECHANGA BAND:           AKIN GUMP STRAUSS HAUER & FELD
                                      BY:  RODNEY LEWIS, ESQ.
                                      2029 CENTURY PARK EAST
13                                    LOS ANGELES, CA 90067

14
     FOR THE RANCHO CALIFORNIA
15   WATER DISTRICT:                  BEST, BEST & KRIEGER
                                      BY: MATTHEW GREEN, ESQ.
16                                    655 WEST BROADWAY, 15TH FLR.
                                      SAN DIEGO, CA 92101

17

18

19

20

21

22

23

24

25

3.

1                    P-R-O-C-E-E-D-I-N-G-S

2            DEPUTY CLERK:   CALLING ITEM NUMBER FIVE ON THE

3   CALENDAR, CASE NUMBER 51CV1247, U.S.A. VERSUS FALLBROOK

4   PUBLIC UTILITIES DISTRICT, ON FOR A STATUS CONFERENCE.

5            THE COURT:   WOULD YOU ANNOUNCE YOUR NAMES FOR THE

6   RECORD AND WHO YOU REPRESENT, PLEASE?

7            MR. BARRY:   PATRICK BARRY FOR THE UNITED STATES,

8   YOUR HONOR.

9            THE COURT:   ALL RIGHT.

10           MR. WEATHERS:   THOMAS WEATHERS FOR THE RAMONA BAND

11  AT CAHUILLA.   I'M PINCH HITTING FOR MY PARTNER, CURTIS

12  BERKEY, WHO HAD A FAMILY EMERGENCY.

13           THE COURT:   THANK YOU, SIR.

14           MR. LEWIS:   RODNEY LEWIS FOR THE PECHANGA TRIBE.

15           THE COURT:   THANK YOU.

16           MS. WILLIAMS:   GOOD AFTERNOON, YOUR HONOR.

17           SUSAN WILLIAMS FOR THE CAHUILLA BAND COMPANY.

18           THE COURT:   GOOD AFTERNOON.

19           MR. GREEN:   GOOD AFTERNOON, YOUR HONOR.

20           MATTHEW GREEN FOR THE RANCHO CALIFORNIA WATER

21  DISTRICT.

22           THE COURT:   GOOD AFTERNOON.

23           I CALLED THIS SESSION BECAUSE SOMETHING VERY

24  DISTURBING AND STRESSFUL CAME TO ME, SOMETHING THAT I HOPED

25  WOULD NEVER HAPPEN, BUT IT DID IN THIS CASE.

4

1        IN GIVING THE PLAINTIFF THE 60 DAYS FROM THE 22ND

2   OF FEBRUARY, I TOOK A CHANCE, AND IT WAS PROBABLY MY FAULT.

3   THAT CHANCE FINALLY OCCURRED A COUPLE OF DAYS AGO WHEN I

4   RECEIVED A LETTER.

5        SOME OTHER CONCERNS AROSE RELATIVE TO RECRUITING

6   CLIENTS.  THAT IS NOT SOMETHING THAT IS TOLERATED IN MY

7   COURT.

8        MAYBE I AM OLD-FASHIONED, BUT IN MY DAY, THE CLIENT

9   WENT TO THE LAWYER.  THE LAWYER DIDN'T GO AND RECRUIT THE

10  CLIENT.  THAT'S BEEN HAPPENING, I'M TOLD.

11       I HAVE A LETTER HERE THAT SAYS IT HAS:  WHAT ARE

12  YOU GOING TO DO ABOUT IT?

13       THIS IS WHAT I'M GOING TO DO ABOUT IT:  AS OF NOW,

14  THAT ORDER IS VACATED.

15       THE PLAINTIFFS ARE ORDERED TO SERVE ALL PERSONS WHO

16  HAVE WATER RIGHTS OR WHO ARE WATER RIGHTS HOLDERS THAT ARE

17  SUBJECT TO THE COURT'S JURISDICTION.

18       I APOLOGIZE FOR MY ERROR IN GIVING YOU THE TIME TO

19  SETTLE THE CASE.  THAT WAS INAPPROPRIATE UNDER THESE

20  CIRCUMSTANCES BECAUSE IT LED TO THIS OTHER THING THAT I

21  FEARED WOULD OCCUR.

22       SO I DON'T KNOW HOW LONG IT'S GOING TAKE YOU TO DO

23  THIS SERVICE, BUT AT THE LAST HEARING, I WAS TOLD THAT YOU

24  WERE PREPARED TO SERVE, THE PLAINTIFFS WERE PREPARED TO

25  SERVE.

5

1          NOW, I'M ORDERING THEM TO SERVE ALL OF THE

2    DEFENDANTS WHO HOLD WATER RIGHTS, ALL THE WATER-RIGHT HOLDERS

3    SUBJECT TO THE COURT'S JURISDICTION.

4          THAT MEANS WHAT THE COURT SAYS, NOT WHAT THE

5    ATTORNEYS INTERPRET THE COURT SAYS.  IT'S WHAT THE COURT

6    SAYS.

7          THERE IS A JUDGMENT.  I WOULD THINK THAT IT WOULD

8    BE REASONABLE THAT THIS COULD BE ACCOMPLISHED WITHIN 30 DAYS.

9          SO I WOULD SUGGEST YOU GET AT IT AND GET AT IT

10   RIGHT WAY.

11         YES, MA'AM.

12         MS. WILLIAMS:  YOUR HONOR, IF I MAY?

13         THE COURT:  CERTAINLY.

14         MS. WILLIAMS:  TO CLARIFY WHAT THE PLAINTIFF SAID

15   IN THE LAST HEARING OR AMPLIFY ON IT.

16         WE SAID THAT WE HAD -- THE UNITED STATES HAD GIVEN

17   US MONEY TO IDENTIFY ALL OF THE LANDOWNERS IN THE BASIN, AND

18   WE DO HAVE THAT LIST.

19         BUT WHAT WE DON'T HAVE, YOUR HONOR, THE TRIBES,

20   THAT IS, WHO ARE NOW OBLIGATED TO SERVE, IS THAT WE WOULD

21   REQUEST A BIT MORE TIME, YOUR HONOR.

22         WE DON'T HAVE THE FUNDS RIGHT NOW TO DO THIS; AND

23   WE'RE GOING TO HAVE TO SEEK GRANTS FROM THE UNITED STATES.

24   THEY'RE IN PROGRESS, BUT WE JUST DON'T HAVE THEM IN HAND.

25         AND I'M WONDERING IF THE COURT WOULD INDULGE US

6

1   WITH A PERIOD OF UP TO SIX MONTHS --

2          THE COURT:  NO.

3          MS. WILLIAMS:  TO COMPLETE SERVICE?

4          THE COURT:  NO.

5          THE LAWSUIT WAS BROUGHT BY THE PLAINTIFFS.  THE

6   PLAINTIFFS SHOULD HAVE BEEN PREPARED AT THAT TIME.  BUT THEY

7   ASSURED ME THAT THEY THOUGHT THEY COULD SETTLE IT.

8          I WAS AND STILL AM VERY, VERY INTERESTED IN

9   SETTLING THE CASE.  I THINK IT COULD BE AND SHOULD BE

10  SETTLED, BUT NOT AT THE COST OF THE RIGHTS OF OTHERS.

11  NO WAY.

12         MS. WILLIAMS:  THIRTY DAYS.  OKAY.

13         MR. BARRY:  YOUR HONOR?

14         THE COURT:  YES, SIR.

15         MR. BARRY:  I UNDERSTAND YOUR RULING AND I JUST

16  WANT TO TELL YOU ABOUT A MECHANICAL PROBLEM THAT WE HAVE.

17         I REPRESENT THE UNITED STATES, AND WE HAVE FUNDED

18  OUR CONSULTANTS APPROXIMATELY $50,000 TO GATHER ALL OF THE

19  NAMES, BECAUSE THE SERVICE LIST WITH THE WATER MASTER IS

20  INSUFFICIENT.

21         WE HAVE DELIVERED TO THE TWO TRIBES ALL THE NAMES

22  OF THE UPPER BASINS, EVERYTHING ABOVE VALE LAKE.

23         THE COURT:  I KNOW WHAT YOU'RE SAYING.

24         MR. BARRY:  WE WILL NOT COMPLETE THE GATHERING OF

25  ADDRESSES UNTIL APRIL 1ST FOR THE LOWER BASIN.  AND I WONDER

7

1  IF WE MIGHT ASK THE COURT FOR 30 DAYS FROM APRIL 1ST TO

2  COMPLETE THE SECOND TIER OF SERVICE?

3          THE COURT:  WELL, THE COMPLAINTS ARE COMING FROM

4  THE LOWER BASIN.  IN EFFECT, YOU WANT THE MONTH OF APRIL.

5          MR. BARRY:  JUST FOR EVERYTHING BELOW VALE LAKE.

6          THE COURT:  GRANTED.

7          MR. BARRY:  THANK YOU.

8          THE COURT:  YOU CAN HAVE THE MONTH OF APRIL.

9          BUT THOSE PEOPLE UP THERE, YOU HAVE DIFFERENT

10 INTERESTS, YOU PEOPLE AND THOSE PEOPLE UP THERE.  THOSE

11 PEOPLE UP THERE, BY MY INQUIRIES, ARE RUNNING SCARED.

12          OF COURSE, I CAN'T ANSWER THE LETTERS.  I CAN'T DO

13 ANYTHING.  MY HANDS ARE TIED.

14          BUT I CAN GET THEM SERVED SO AT LEAST THEY KNOW

15 WHAT'S HAPPENING RATHER THAN ALL THE SPINNING AROUND THAT'S

16 GOING ON.  THAT'S WHAT I UNDERSTAND IS HAPPENING, IS GOING

17 ON.

18          SO THAT'S THE ORDER OF THE COURT.

19          INSOFAR AS THE LOWER PEOPLE ARE CONCERNED, YOU'RE

20 TALKING, WHAT, BELOW WHAT?

21          TELL ME WHERE THE LINE IS.  I THINK I KNOW BUT I

22 WANT YOU TO SAY IT.

23          MR. BARRY:  I HOPE I GET IT RIGHT, YOUR HONOR.

24          THE COURT:  GET IT AS CLOSE AS YOU CAN.

25          MR. BARRY:  THOSE PARTIES TO THE FALLBROOK DECREE

8

1   THAT ARE ON DECREED LANDS BELOW VALE LAKE.

2          THE COURT:  BELOW VALE LAKE.

3          MR. BARRY:  YES.  LET ME CHECK WITH COUNSEL, BUT WE

4   HAVE DELIVERED ALL THE NAMES OF THE PARTIES WHO ARE ABOVE

5   VALE LAKE.

6          THE COURT:  ALL RIGHT.   YOU'LL SERVE THOSE

7   FORTHWITH.

8          THEN, THE ONES BELOW VALE LAKE, YOU'LL HAVE UNTIL

9   THE END OF APRIL TO SERVE ALL OF THEM.

10          MR. BARRY:  THANK YOU.

11          THE COURT:  OKAY.  THAT'S IT, LADIES AND

12   GENTLEMEN.  THANK YOU VERY MUCH FOR COMING IN.

13                    * * * * *

14          (HEARING RECESSED AT 2:10 P.M.)

15                 REPORTER'S CERTIFICATE

16      I, ISRAEL VANBRAMER, CERTIFY THAT THE FOREGOING IS THE

17   OFFICIAL TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

18   MATTER; AND THAT IT IS COMPLETE AND ACCURATE, TO THE BEST OF

19   MY KNOWLEDGE AND ABILITY.

20

21

22

23                 OFFICIAL COURT REPORTER

24

25

Exh. C, pg. 35