# EXHIBIT D

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,

Plaintiff-Intervenors,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

CIVIL NO.: 3:51-CV-1247-GT-RBB

**LIST OF PARTIES SERVED WITH NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

The following is a list of the 2,235 parties served via U.S. Mail on March 26, 2008 by the Ramona Band of Cahuilla and the Cahuilla Band of Indians with the Notice of Lawsuit and Request for Waiver of Service of Summons. A copy of the Notice which was served on all of the parties is attached hereto as Exhibit A.

ARTHUR GIL
FRANK LINDSTROM
GEROW HELEN A TRUST
KEN BERTRAND
LIM INV CO INC
c/o JACK LEE
FRANK REDD
DORIS SCHUBERT
BILL DYE
ROGER SCOTT
THEODORE MEIER
LICINIO BRANDAO
SIMON SMITH
STEPHEN NORRIS
JACK SPRINT
ALEXANDER SPADA
ANGELA CLARK
VINCENT AZZOPARDI
HENRY MOOBERRY
SCOTT CARPENTER
RONALD CAMPBELL
EDWARD POWELL
JULIO HERRERIA
KATHLEEN PIZULA
DEUTSCHE BANK TRUST CO AMERICAS
c/o CT Corporation
PETER EMERY
WILLIAM STAFFORD
JACOB MENAGE
NEAL WANKET
BOBBY ROBERTSON
URSULA MIDGLEY
TERRY MATHIS
NOEL QUINONES
DARREL PONTIUS
VIRATANA DEEDAS
GARY RASMUSSEN
LEWIS SHRADER
JOHN ELLISON
KATHRYN ASBURY
JAMES STEWART
WILLIE CONANT
EDITH WARDA
FRANK JAMES
TERRANCE HUGHES
HAROLD TWAMLEY
IVAN TSANG
EVERETT SEARS
LELA SAINSBURY CARTER
LYLE LUCAS
VINCENT CUSIMANO
SULACHAT SOONTORNVACHRIN
JOHN YOUNGS
JOSE CAMPOS
ALBERT WEIMANN
STEVEN LARSEN
RHONDA RYCKMAN
LELA SAINSBURY CARTER
JAMES CREEL
MARIANNE PAJOT
JAMES MANUHU
RANDALL HAMBLIN
LAWRENCE ARMSTRONG
DOUG JOHNSON
D. NIELSEN
ALVIN CARTER
MONICA BRETT SERLE
EDWARD LUERAS
FRANCES VILLALOBOS
LOUIE PAINTER
ANNA JAMES
MICHAEL BANSCHBACH
ROBERT DAVIS
GLEASON GARDINER
JEAN CARTER

DG PROP
LORFY DELGADO
JORGE RODRIGUEZ
WALTER SHIRLEY
EUGENE JONHSON
JOHN WILSON
ROSA SANTANA
STEPHEN FERMANO
ROBERT HJELM
NEIL KAPPLE
PHELAN TRAN
ANDREW DAVIS
MICHELLE WUCETICH DOLAN
SILVIA MITCHELL
YVONNE DICECCO
DARRYL WALLER
LINDA SHAIN
ROBERTA ZAJAC
S. JAMES
THOMAS NEWSOME
NYMAN WILSON
RONALD DITTMER
STEVEN PACKARD
BRIAN BURCH
MAUREEN RATHBURN
DENICE HICKETHIER
PAUL PRICE
THERESE SHAFFER
STEPHEN GARLOCK
JOHNMAHONEY
JOHN HAJEK
STEVEN KOVACHY
MICHAEL DUNAGAN
JAMES SHERIDAN
RICHARD WONG
ROBERT LOISELLE
DONALYN CUTLER
JACK PETTY
ROBERT MORGAN
CHRISTOPHER TRENHOLM
CYNTHIA ANTRIM
STELLA REYES
KENNETH MUCHEMORE
MARSHA HOULE
LAUREEN MCVICKER
ALDO DOMENICHINI
ROMULO BANZON
GEORGE WANKET
LEANNE STANDLEY
DEVLIN STEWART
RENE LOPEZ
FREDRICK BEARD
DANIEL ADAMS
LINDA BROWN
DONALD FAILS
JESUS CAMARENA
RON GAUTHIER
SHAWNA MONROE
JOHN CRONK
JAMES BELL
ROSEMARY GARCIA
MARY LEE
IGNACIO MUNOZ
DAVID HENDRY
DENNIS COATS
DENNIS WOHLMAN
STEVE WILLIAMS
MICHAEL FLOYD
RICHARD PERRY
MELINDA JOHNSON
EDUARDO BELTRAN
STEVEN LOCKHART
JOVANNA TINAJERO
JOSE IBARRA
RALPH FOGEL

FRANK LOFTIS
ANDRE DURANGO
KENNETH HICKS
ESTRELLA ESCROW PENSION TRUST
c/o Nancy J. Parise
CHARLES WAGNER
JAMES MATTHEWS
JOSEPH POPOWICH
GARY LICKVER
RONALD WEST
JAY KEFALAS
PAMELA GREYSHOCK
MELVIN FINKE
CA COMMUNITIES LOANS FIRST CORP
C/O TIMOTHY J. SABO
JOHN LANSFORD
BILL LAWLYES
JOHN BAYLEY
DONALD TIMMS
JEAN ENGSTROM
HUGO BUSTAMANTE
JOHN BANKHEAD
JOE RITCHIE
VAN SIMMONS
DAVID ANDERSON
KATHRYN ANDERSON
MICHAEL ANDERSON
JACQUELYN VANDENBURGH
RICHARD MCALPINE
DHIAN LAUREN
CHESTER LEEPER
ANDREW SCHLEI
HENRY HART
CHARLES VRANICH
THOMAS ROBINSON
DARON FISLER
JOHN BELLESI
DAVETTA AUSTIN
MARY COFFIN
CARL BARRES
PATRICK OHANLON
JOHANN ROTTLER
MARY BRUCE
EVERETT LACKEY
WILLIAM LANGRELL
CATHY GILPIN
DAE CHOI
STEPHEN MANNIX
GEORGE FRANCO
JONATHAN BLACKBURN
DANIEL AMES
JAMES PALMER
KENNETH KOBES
THOMAS SCHEUBER
SAMUEL MCGRAW
NORBERT LAPASINSKI
GERALD STRAW
CHARLES BOOTH
FRED RANCK
TCIF REO BAR CORP
C/O CT CORPORATION SYSTEM
WILLIAM HALL
BARBARA GARCIA
GRIGOR ATOIAN
JANICE SHAW
DEBRA ANDRIACCHI
JESUS LUEVANOS
FRANK PETRILLO
JOELENDER MCDONALD
RICHARD ROGERS
FRANKLIN MATTHEWS
MARK LAWRENCE
LARRY BUCCAT

49050 LAKE CANYON DR
AGUANGA, CA. 92536

EDWARD MADRID
48775 FOREST SPRINGS RD
AGUANGA, CA. 92536

LOUETTA SMITH
48940 LAKE CANYON DR
AGUANGA, CA. 92536

MARY FERNANDES
P O BOX 2308
TEMECULA, CA 92593

TEDDY PRICE
49815 BRADFORD RD
AGUANGA, CA 92536

CYNTHIA SHED
1235 LORING ST
SAN DIEGO, CA 92109

EUGENE WADSWORTH
21493 RIVER RD
PERRIS, CA 92570

SHARON HILLMAN
P O BOX 891198
TEMECULA, CA 92589

CITI MORTGAGE, INC
c/o CT CORPORATION
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

WILLIAM HAY
41275 SADDLEBACK DR
AGUANGA, CA. 92536

ROBERT MCALLISTOR
7 POWDERHOUSE RD
DOVER, MA 2030

DANIEL CHRISTOPHERSON
42075 RIVERDALE DR
AGUANGA, CA 92536

CARL SWENSON
6116 COLODNY DR
AGOURA HILLS, CA 91301

HELEN ANDREWSON
8395 HUDSON DR
SAN DIEGO, CA 92119

PERRY JOHNSON
39774 VIA CASTANA
MURRIETA, CA 92563

JEFFREY MARANA
48500 LAKE CANYON DR
AGUANGA, CA. 92536

MANUEL RIVERA
41917 LAKEFRONT DR
AGUANGA, CA. 92536

JERRY DELNERO
14605 HIGHLAND VALLEY RD
ESCONDIDO, CA 92025

ROBERT MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY, AZ 86403

STANISLAVA LAURICHOVA
31226 AVENIDA DEL REPOSSO
TEMECULA, CA 92591

LAKE RIVERSIDE ESTATES
COMMUNITY ASSN
C/O MARK JONES
31608 RAILROAD CANYON ROAD
CANYON LAKE, CA 92587

GEORGE FRANCO
3505 61ST PL
HUNTINGTON PARK, CA 90255

ELIAS SHEHADI
20841 BEACHWOOD LN
HUNTINGTON BEACH, CA 92646

MANUEL CORRAL
P O BOX 363
LYNWOOD, CA 90262

HENRY GRANT
4116 MORNING STAR CT
LA MESA, CA 91941

BRIK RAMOS
P O BOX 729
PALM SPRINGS, CA 92263

ROBERT HIGHAM
49075 HILLRISE CT
AGUANGA, CA. 92536

KENNETH RICHARDSON
45043 CORTE ZORITA
TEMECULA, CA 92592

MICHAEL GARCIA
8710 W EVELYN LN
CHICAGO, IL 60656

ALEX LISNEVSKY
4225 OCEANSIDE BL NO M200
OCEANSIDE, CA 92056

LARRY PERALES
49412 KIOWA DR
AGUANGA, CA. 92536

JOHN CANNON
49450 KIOWA CT
AGUANGA, CA 92536

CRAIG SCUDDER
60528 DEVILS LADDER RD
MOUNTAIN CENTER, CA 92561

RONALD BURLESON
49195 FLIGHTLINE WAY
AGUANGA, CA. 92536

PHILIP SPATAFORA
28387 EDGEWATER CIR
MENIFEE, CA 92584

GEORGE HEATLEY
11826 CAPSTAN DR
UPPER MARLBORO, MD 20772

DANIEL OCONNOR
22622 REINOSA
MISSION VIEJO, CA 92691

ROBERT WHITE

1421 E ST ANDREWS
SANTA ANA, CA 92705

RONALD KLOPF
41035 LAKESHORE BLV
AGUANGA, CA. 92536

CHARLES MARTIN
49975 MOCCASIN CT
AGUANGA, CA. 92536

MARLENE KURODA
13 ELDERGLEN
IRVINE, CA 92604

RICHARD LOCKETT
41055 LAKE RIVERSIDE
AGUANGA, CA. 92536

TRISA SCHAFFER
8766 W ACAPULCO LN
PEORIA, AZ 85381

CHAE HUI LEE
97 VIA COLINAS
WESTLAKE VILLAGE, CA 91362

JAMES SHERIDAN
239 S PREAKNESS CT
AGUANGA, CA 92536

ESTHER GUERRA
131 S DALE AVE
ANAHEIM, CA 92804

SHERRIE DEARMAN
41025 TANFORAN CT
AGUANGA, CA. 92536

PAUL WARANCH
49480 KIOWA DR
AGUANGA, CA. 92536

GERALD RUSSELL
49590 KIOWA DR
AGUANGA, CA. 92536

DONALD MCINTOSH
49650 KIOWA DR
AGUANGA, CA 92536

HARRY LORENZEN
715 S SYLVAN ST
ANAHEIM, CA 92804

TOMMY MENDOZA
49780 KIOWA DR
AGUANGA, CA. 92536

DONALD WERHAN
49840 KIOWA DR
AGUANGA, CA. 92536

VINCE KONICEK
41110 LAKE RIVERSIDE DR
AGUANGA, CA. 92536

MICHAEL ROSAMOND
41090 KIOWA DR
AGUANGA, CA 92536

TROND HILDAHL
49885 KIOWA DR
AGUANGA, CA. 92536

PHILLIP SOLOMON
P O BOX 13529
SAN DIEGO, CA 92170

DOUGLAS OBRIEN
3642 EVEREST AVE
RIVERSIDE, CA 92503

ANZA ELECTRIC COOPERATIVE INC
C/O GLORIA BRITTON
58470 HIGHWAY 391
P.O. BOX 391909
ANZA, CA 92539

MICHAEL STILLMAN
43479 MCCLAIN LN
AGUANGA, CA 92536

ELIAZAR TOLEDO
13563 CHESHIRE ST
VICTORVILLE, CA 92392

RONALD STEWART
26520 HEMLOCK AVE
MORENO VALLEY, CA 92555

CHARAN EURPONGPAN
11174 BERTHA PL
CERRITOS, CA 90701
MARVIN RAMMELSBERG
6131 E CLIFFWAY DR
ORANGE, CA 92869

MARIA CESPON
1169 S HUDSON AVE
LOS ANGELES, CA 90019

TERRY ALDEN
1840 BLUE BONNET PL
ENCINITAS, CA 92024

JEROME JORGENSEN
434 ROSPAW WAY
PLACENTIA, CA 92670

JOSEPH MACALINO
11109 BRIGANTINE ST
CERRITOS, CA 90703

TAUBENHAUS INC
C/O KAREN GOLDSWORTH
505 N TUSTIN AVE NO 190
SANTA ANA, CA 92705

PAUL AMPHON
21841 ONTUR
MISSION VIEJO, CA 92692

CHRISTOPHER HEINTSCHEL
181 PAWNEE ST NO B
SAN MARCOS, CA 92069

CORNELIUS OVERGAAUW
6143 CAPETOWN
LAKEWOOD, CA 90713

RICHARD TORRES
9715 ALBURTIS AVE NO 102
SANTA FE SPRINGS, CA 90670

CHARLES CHEEK
49701 SKY HARBOR WAY
AGUANGA, CA. 92536

MICHAEL ROBERTS

41626 LAKEFRONT
AGUANGA, CA 92536

SAHIR HADDAD
30950 COUNTRY RIDGE CIR
FARMINGTON HILLS, MI 48331

LEIGH CHAI
27411 VIA AMISTOSO
MISSION VIEJO, CA 92692

JACK WEIDE
1011 FLORIDA ST
HUNTINGTON BEACH, CA 92648

MICHELYN BROWN
41897 LAKEFRONT DR
AGUANGA, CA 92536

NANCY REDLER
4 SANTA ELENA
RANCHO SANTA MARGARITA, CA
92688

JOHN NEILSEN
40930 CALIFORNIA OAKS RD
MURRIETA, CA 92562

RONALD FOLCKA
144 RAINBOW DR NO 4498
LIVINGSTON, TX 77399

JOSE ROJO
41830 LAKEFRONT DR
AGUANGA, CA. 92536

EDWARD KIRBUS
5941 OAKBROOK ST
LONG BEACH, CA 90815

VARAPORN SIRIJANYAKUL
8600 CONTRERAS ST 65
PARAMOUNT, CA 90723

FERNANDO MANALOTO
1232 SAINT HELENA AVE
CHULA VISTA, CA 91913

RAMIRO ESTRELLA
42015 INDIAN HILL TR
AGUANGA, CA. 92536

ABRAHAM CRUZ
41950 INDIAN HILL TR
AGUANGA, CA. 92536

JESUS JACOBO
41910 INDIAN HILL TR
AGUANGA, CA. 92536

PETE BELLITTI
1025 S. EUCLID AVE
SAN GABRIEL, CA 91776

BILLY WOOTEN
41810 INDIAN HILL TR
AGUANGA, CA. 92536

DEBRA MARTINEZ
21801 EMBASSY AVE
LONG BEACH, CA 90810

THONGCHAI VACHIRASOMBOON
1350 COVINGTON CT
CROWN POINT, IN 46307

JOSE LOPEZ
49760 MEADOW VIEW WAY
AGUANGA, CA. 92536

ESTATE OF GASCON, FRANICSCO
D
6529 RIVERSIDE AVE NO 153
RIVERSIDE, CA 92506

TIMOTHY BONIVER
1931 RUBY RD
ESCONDIDO, CA 92026

DON WONG
12541 HAVELOCK AVE
LOS ANGELES, CA 90066

FREDERICK ROCKMAKER
12551 N PACATO CIR
SAN DIEGO, CA 92128

NANCY MORRIS
49945 CHEYENNE CT
AGUANGA, CA. 92536

MANUEL MASIEL
42080 ROUNDUP RD
AGUANGA, CA. 92536

PATRICK LOVATO
27155 TUPELO RD
MENIFEE, CA 92584

ERIK PRATT
41080 SADDLEBACK DR
AGUANGA, CA. 92536

MARK REYNOLDS
P O BOX 390222
ANZA, CA 92539

HERBERT KUEHNE
2228 E WHITE LANTERN LN
ORANGE, CA 92667

JAN PIETERS
4850 AGATE AVE
LONG BEACH, CA 90805

FRAUKE BOKKES
26494 JACINTO DR
MISSION VIEJO, CA 92692

RONALD DINICOLA
41475 LAKESHORE BLV
AGUANGA, CA. 92536

EUGENE SMITH
1729 W TANYA TR
PHOENIX, AZ 85086

DAN VU
6465 ST LOUIS AVE
LONG BEACH, CA 90805

CHARLIE BROWN
P O BOX 6226
COMPTON, CA 90224

CLARENCE DEVRIES
13081 LAURINDA WAY
SANTA ANA, CA 92705

IGAAL BARAK
19127 ROMAR ST

ANZA, CA 92539

ELIZABETH NAGY (NAGG)
58445 JOHNSTON RD
ANZA, CA 92539

EDELMIRO MARTINEZ
37651 BOHLEN RD
ANZA, CA 92539

ELIZABETH BOEVERS
P O BOX 390195
ANZA, CA 92539

LINDA NIOTIS
P O BOX 391104
ANZA, CA 92539

BOBBIE HURST
P O BOX 350353
ANZA, CA 92539

EVERETT GORDON
57080 HURST DR
ANZA, CA. 92539

CATHERINE YASKIVICH
P O BOX 390837
ANZA, CA 92539

JOSEF VOLKMANN
P O BOX 391849
ANZA, CA 92539

JOSEPH MILLER
102 RAINBOW DR NO 94
LIVINGSTON, TX 77399

MARCIA FREEMAN
37515 BOHLEN RD
ANZA, CA. 92539

STURLA DEV
C/O KEITH LANGERRWITZ, ESQ.
558 PARSONS LN
SAN MARCOS, CA 92069

CHERYL OLSEN
57750 MITCHELL RD
ANZA, CA. 92539

MILDRED MCGOLDRICK
P O BOX 391194
ANZA, CA 92539

JORGE MEDINA
2 CHESTNUT LN
ROLLING HILLS, CA 90274

SHERRIE RONDEAU
37730 PINE RD
ANZA, CA. 92539

SALVADOR PEREZ RAMIREZ
207 N WASHINGTON AVE
ARLINGTON, WA 98223

ROSE MALALEL
5080 VIA DONALDO
YORBA LINDA, CA 92886

SHEILA FITZGERALD
30614 BLUE LAGOON CIR
MENIFEE, CA 92584

CARLOS BERTOT
29001 PRESTWICK RD
SUN CITY, CA 92586

HEMET UNIFIED SCHOOL DISTRICT
C/O RICHARD M. BECK
2350 E LATHAM AVE
HEMET, CA 92545

MARIA CONSTANTINESCU
P O BOX 591
HOMELAND, CA 92548

RICHARD SHARKO
11245 HUNTLEY PL
CULVER CITY, CA 90230

GEORGE BANERIAN
4925 COLINA DR
LA MESA, CA 92041

MARK FENNESSY
425 PARKWOOD LN
LEUCADIA, CA 92024

DANIEL RUIZ
44795 VIA CATALINA
LA QUINTA, CA 92253

CHARLES QUINN
57790 MITCHELL RD
ANZA, CA. 92539

JAMES DEBOER
74478 HIGHWAY 111 372
PALM DESERT, CA 92260

LINDA GOODHEIM
P O BOX 390125
ANZA, CA 92539

JOAN LIVELY
57775 STELLA LN
ANZA, CA 92539

CATHLEEN ADDINGTON
P O BOX 391285
ANZA, CA 92539

HAMILTON UNION HIGH SCHOOL DIST
C/O RAY ODOM
P.O. BOX 488
HAMILTON CITY, CA 95951

L. VANDIVER
P O BOX 390209
ANZA, CA 92536

ROBERT HEDRICK
P O BOX 390782
ANZA, CA 92539

ANTONIO GARCIA
586 E MISSION BLV
POMONA, CA 91766

DOUGLAS CAUDEL
57100 MITCHELL RD
ANZA, CA 92539

BERRINCHE, L.P.
C/O JORGE L. MEDINA
14221 S. HAWTHORNE BLVD.
HAWTHORNE, CA 90250

AGRI EMPIRE
C/O LARRY MINOR
630 WEST SEVENTH STREET
SAN JACINTO, CA 92583

JESUS MILLAN
58800 MITCHELL RD
ANZA, CA. 92539

DENNIS MAHER
P O BOX 390005
ANZA, CA 92539

CARMICHAEL INV GROUP INC

C/O LAURA E. PACKER
3400 4TH AVENUE
SAN DIEGO, CA 92103-4911

PETER HORTON
28999 FRONT ST NO 204
TEMECULA, CA 92590

MARK COLLINS
58785 BURNT VALLEY RD
ANZA, CA 92539

JAMES THRONE
P O BOX 391430
ANZA, CA 92539

DAVID MARKARIAN
P O BOX 2476
RANCHO MIRAGE, CA 92270

EDWARD WALL
P O BOX 391202
ANZA, CA 92539

MERLE TRAFFORD
P O BOX 391638
ANZA, CA 92539

MARTY ADAMS
P O BOX 391062
ANZA, CA 92539

ROBERT RUSSELL
57445 MITCHELL RD
ANZA, CA. 92539

LEON BRITTON
P O BOX 390558
ANZA, CA 92539

LORRETTA CORRIGAN
31001 S COAST HIGHWAY
LAGUNA BEACH, CA 92651

MAX MILLER
P O BOX 390576
ANZA, CA 92539

SHAWN HANSON
7969 ELK TR
YUCCA VALLEY, CA 92284

CLEAR VIEW RANCH
255 N EL CIELO RD STE 140
PALM SPRINGS, CA 92262

JEFF PERRIN
38105 SHERMAN WAY
ANZA, CA. 92539

DENNIS YAW
P O BOX 390046
ANZA, CA 92539

JENNIFER SMITH
1229 SARGENT CK RD
KODIAK, AK 99615

DOROTHY ELLINGTON
P O BOX 391819
ANZA, CA 92539

MICHAEL MAY
P O BOX 2162
PALM DESERT, CA 92261

DON ELLINGTON
P O BOX 391819
ANZA, CA 92539

JAMES RUNION
P O BOX 390584
ANZA, CA 92539

JOANNE VAUGHN
P O BOX 391552
ANZA, CA 92539

ROBERTO RAMOS
P O BOX 782
TEMECULA, CA 92589

NARCIZO SUALEZ
625 ROSARIO AVE
SAN JACINTO, CA 92583

DONALD THERIAULT
218 W SIERRA WAY
CHULA VISTA, CA 91911

JAYALATH DESILVA
945 CHAPEA RD
PASADENA, CA 91107

ALDO SALDANA
1014 E BEECHWOODS
SANTA ANA, CA 92706

RAFAEL SALDANA
19615 GLENWOOD AVE
RIVERSIDE, CA 92508

KENNETH VOLLAN
18054 BRIGHTMAN AVE
LAKE ELSINORE, CA 92530

THOMAS HARPOLE
38095 GREEN VALLEY DR
ANZA, CA. 92539

AMERICAN HOMES LLC
C/O DONALD R. CLINEBELL
110 E. AVENIDA PALIZADA, SUITE 202
SAN CLEMENTE, CA 92672

MARTHA ELLIOTT
P O BOX 391081
ANZA, CA 92539

SMITH REVOCABLE LIVING TRUST
4625 N KING CT
SPOKANE, WA 99205

LETA HILL
P O BOX 391148
ANZA, CA 92539

MIKE WEST
24116 PASEO CORONA
DANA POINT, CA 92629

STEVE YERXA
P O BOX 390400
ANZA, CA 92539

BENJAMIN JARA
P O BOX 391492
ANZA, CA 92539

BETTY GLAZER
72750 COUNTRY CLUB DR 122
RANCHO MIRAGE, CA 92270

MICHAEL ALEXANDER
P O BOX 391117
ANZA, CA 92539

STEVE MANSEAU
56925 DERRY LN
ANZA, CA. 92539

RODRIGO MORENO
16110 REINER CIR
RIVERSIDE, CA 92504

MICHAEL HASAPES
P O BOX 390350
ANZA, CA 92539

DAVID WETZEL
P O BOX 953
BONSALL, CA 92003

JERRY PIPER
24751 VIA ALVORADO
MISSION VIEJO, CA 92692

JOHN NACHEL
38186 ANZA CREST RD
ANZA, CA. 92539

SEAN MCGARVIE
38002 CONTRERAS RD
ANZA, CA. 92539

SALLY MENDOZA
P O BOX 391074
ANZA, CA 92539

NGA NGUYEN
P O BOX 390735
ANZA, CA 92539

DENNIS NGUYEN
3305 ASPENBROOK CT
PEARLAND, TX 77581

MARY LITSEY
28333 VALLEY BLVD NO 3035
SUN CITY, CA 92586

SANTOS RIVERA
3550 DE LEONE RD
SAN MARCOS, CA 92069

MOHAMMED PURMUL
29286 DERBY DR
MURRIETA, CA 92563

JESUS MARTINEZ
35300 CALLE CAMPO
TEMECULA, CA 92592

ANGELES KEELER
2262 SALT AIR DR
SANTA ANA, CA 92705

NEMORIO MARTINEZ
3129 S MANITOBA DR
SANTA ANA, CA 92704

TERRY NAVRATIL
59715 GRANDON
ANZA, CA 92539

CLAUDE BONNET
39688 AVD MIGUEL OESTE
MURRIETA, CA 92563

DANIEL HUNT
P O BOX 390448
ANZA, CA 92539

ROSALIE TAYLOR
P O BOX 390224
ANZA, CA 92539

DONALD WATSON
P O BOX 391892
ANZA, CA 92539

BILL LONG
P O BOX 654
ANZA, CA 92539

PEDRO FLORES
P O BOX 390044
ANZA, CA 92539

LCL ANZA PROPERTIES
57475 HIGHWAY 371
ANZA, CA 92539

LCL ANZA PROPERTIES, INC.
C/O THOMAS A. LIGUORI
16885 VIA DEL CAMPO COURT,
SUITE 118
SAN DIEGO, CA 92127

PACIFIC WEST SYNDICATION
GROUP INC
C/O DAVID J. DA SILVA
4540 CAMPUS DR NO 100
NEWPORT BEACH, CA 92660

DAVID ROMERO
30123 SANTA ROSALIE DR
SUN CITY, CA 92586

ALBERT PASCUA
912 WHITE HILL CIR
HENDERSON, NV 89015

ROBERT NELSON
56410 BENTON WAY
ANZA, CA 92539

G & D FAMILY TRUST
P O BOX 390981
ANZA, CA 92539

MAXINE THORWALDSON
P O BOX 391399
ANZA, CA 92539

ANZA COMMUNITY BLDG INC

ANZA DEV CORP
C/O THEODORE P. JONAVIC
5724 SHIRE COURT
RANCHO CUCAMONGA, CA 91701

FRANK MILLER
930 CORNELL CT
MADISON, WI 53705

WILMA GILLETTE
135 PENDEGAST
WOODLAND, CA 95695

WILLIAM SCHUETZ
64 MARIETTA DR
SAN FRANCISCO, CA 94127

HEM GUPTA
P O BOX 72603
LAS VEGAS, NV 89170

JOSE GOMEZ
P O BOX 390052
ANZA, CA 92539

MIGUEL VELASQUEZ
29389 LEE LN
MURRIETA, CA 92563

JAMES LAWRENCE
P O BOX 390792
ANZA, CA 92539

MICHAEL SANZARO
3628 BELLA LEGATO AVE
N LAS VEGAS, NV 89081

REFUGIO RODRIGUEZ
P O BOX 390023
ANZA, CA 92539

RICHARD HAWES
P O BOX 390388
ANZA, CA 92539

NICHOLAS BEALE
P O BOX 391756
ANZA, CA 92539

GARY MOORE
2426 E WARD TER
ANAHEIM, CA 92806

ANGELO VOLTURNO
28262 SORRENTO NO 142
LAGUNA NIGUEL, CA 92677

BYRON WRIGHT
31683 CANYON ESTATES DR
LAKE ELSINORE, CA 92532

ANZA RANCHES ASSOCIATES LTD
34 MAPLE AVE BOX 8
ARMONK, NY 10504

GUILLERMO MUNOZ
21133 LAKE MATHEWS DR
PERRIS, CA 92570

CALVARY CHAPEL HIGH COUNTRY
C/O PASTOR DONALD FAILS
P O BOX 390828
ANZA, CA 92539

ROBERT REECE
P O BOX 390717
ANZA, CA 92539

EVELYN SHIELDS
P O BOX 390529
ANZA, CA 92539

JERI MCMILLAN
511 PALERMO WAY
LA HABRA, CA 90631

H. KELLOGG
27036 SUNNYRIDGE RD
PALOS VERDES PENINSULA, CA
90274

WESTERN LAND FINANCIAL
C/O GREGORY A. RODRIGUES
23 MIDWAY STREET, UNIT B
SAN FRANCISCO, CA 94133

MATTHEW RASICH
P O BOX 381382
ANZA, CA 92539

ANZA ACREAGE
C/O SCOTT A. LINTON
1310 STRATFORD COURT
DEL MAR, CA 92014

MELVIN CARRICO
P O BOX 390545
ANZA, CA 92539

MICHAEL DAVIES
P O BOX 391034
ANZA, CA 92539

JOHN BRETT
9 OLD WOOD RD
POMONA, CA 91766

CALVIN NICKELS
P O BOX 391641
ANZA, CA 92539

SOUTHERN CALIF DIST ADVISORY BD

C/O JOHN L. DENNEY
21979 AVENIDA DE ARBOLES
MURRIETA, CA 92562

ANZA COMMUNITY CHURCH OF THE NAZARENE
C/O JOHN L. DENNEY
21979 AVENIDA DE ARBOLES
MURRIETA, CA 92562

RICHARD BATISTA
4403 CHEVY CHASE DR
FLINTRIDGE, CA 91011

CARMINE ROZZO
P O BOX 391554
ANZA, CA 92539

LYMAN TURNER
P O BOX 391970
ANZA, CA 92539

CHONG KIM
29084 MEANDERING CIR
MENIFEE, CA 92584

ROBERT WHEELER
29071 CALLE DEL BUHO
MURRIETA, CA 92563

CECILIO OROZCO
27675 ELLIS AVE
ROMOLAND, CA 92585

ANDY BAZAR
6159 VINEYARD AVE
ALTA LOMA, CA 91701

CHURCH OF REFORMATION 200522

P O BOX 391676
ANZA, CA 92539

VERONICA LERIDA
504 N SPRINGS ST STE B
LAKE ELSINORE, CA 92530

BARRY DICKSON
56955 VALLEY VIEW LN
ANZA, CA. 92539

GEORGE GALANES
11640 BAIRD AVE
NORTHRIDGE, CA 91326

EVA PENA
80870 US HIGHWAY NO 139
INDIO, CA 92201

NOE TOVAR
24399 CAROLEE AVE
MORENO VALLEY, CA 92551

MARK WILMER
7530 DESCANSO
LAS VEGAS, NV 89123

GORDON LANIK
P O BOX 391273
ANZA, CA 92539

GREGORY STIGALL
P O BOX 390849
ANZA, CA 92539

RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT
C/O WARREN D. WILLIAMS
GENERAL MANAGER - CHIEF ENGINEER
1995 MARKET ST
RIVERSIDE, CA 92501

SABA SABA
41309 AVENIDA BIONA
TEMECULA, CA 92591

FAYE BREAKFIELD
P O BOX 390133
ANZA, CA 92539

ANZA LAND DEV INC
C/O HERBERT DAVID
18653 VENTURA BLVD, SUITE 335
TARZANA, CA 91356

TERRY CANTRELL
33045 BRIGGS RD
MENIFEE, CA 92584

ALFRED HURNDON
8915 NEWMONT DR
SAN DIEGO, CA 92129

GARY ROSENBERG
1734 SOTO ST
OCEANSIDE, CA 92054

RAMONA WATER CO
P O BOX 390247
ANZA, CA 92539

DAWN HONEGGER
58865 RED SHANK RD
ANZA, CA. 92539

STEFANIE HOLLENBECK
P O BOX 390458
ANZA, CA 92539

DARYL ROPER
39550 KIRBY RD
ANZA, CA. 92539

OD BLANDA
39760 RAMBLING HILLS RD
ANZA, CA. 92539

CORNELIUS GROENENGERG
69525 DILLON RD SP 63
DESERT HOT SPRINGS, CA 92241

BRYANT GENE R ESTATE OF
2523 N FRENCH
SANTA ANA, CA 92706

MIKE WENDORF
805 NARWHAL ST
SAN DIEGO, CA 92154

SHARON MASSARO
P O BOX 390498
ANZA, CA 92539

GILBERT RODRIGUEZ
P O BOX 37
POLVADERA, NM 87828

DUANE ROWE
38400 CARY RD
ANZA, CA 92539

JOHN COOPER
2020 W 16TH ST
LONG BEACH, CA 90813

DEAN SUTTON
567 HOLLY LN
VISTA, CA 92084

RADEK HORKEL
585 WIMBLETON DR
SAN JACINTO, CA 92583

LINDA CEASAR
211 CALLE DE SERENO
ENCINITAS, CA 92024

HERBERT MANOUS
P O BOX 390865
ANZA, CA 92539

TONY LAM
5800 N HULLETT TURN
LONG BEACH, CA 90805

JEREMY BEAL
19220 STEEPLECHASE WAY
YORBA LINDA, CA 92886

RONALD WHITE
P O BOX 390346
ANZA, CA 92539

ROBERTO PEREZ
3995 PRAIRIE DUNES DR
CORONA, CA 92883

DEMETRIOS GEORGANTOPOULO S
31581 AGUACATE RD
SAN JUAN CAPISTRANO, CA
92675

JOSE GARCIA
58489 MCARTHUR RD
ANZA, CA 92539

ANDREW WAGNER
P O BOX 390341
ANZA, CA 92539

FRED SWENSON
18242 NEW MOON LN
HUNTINGTON BEACH, CA 92648

LOIS MARTIN
P O BOX 390458
ANZA, CA 92539

MICHAEL OLDHAM
P O BOX 390458
ANZA, CA 92539

DAVID WILLIS
P O BOX 390848
ANZA, CA 92539

DONALD ANDERSON
P O BOX 391457
ANZA, CA 92539

CHIA HSING YANG
190 S DONNA CT
ANAHEIM, CA 92807

DALTON DARBY
P O BOX 390689
ANZA, CA 92539

HEATHER KRIESEL
P O BOX 391491
ANZA, CA 92539

DONALD STARR
59365 GRANIT GULLEY RD
ANZA, CA 92538

PATRICIA MOLZAHN
56400 HIGHWAY 371
ANZA, CA 92539

WILLIAM CYRUS
P O BOX 101
ANZA, CA 92539

ROBYN GARRISON
P O BOX 390585
ANZA, CA 92539

STEPHEN BLACKWELL

P O BOX 390086
ANZA, CA 92539

ALBERT MEICHTRY
P O BOX 235594
ENCINITAS, CA 92023

GREGORY BURNETT
P O BOX 391111
ANZA, CA 92536

ARTHUR RINGHAND
1660 LEORA LN
ENCINITAS, CA 92024

JAMES LANGE
P O BOX 391095
ANZA, CA 92539

HOWARD BARRETT
P O BOX 390777
ANZA, CA 92539

RICHARD TURULL
P O BOX 390553
ANZA, CA 92539

JETTE ORTEGEL
P O BOX 834
FORESTHILL, CA 95631

ERIC GAHLER
P O BOX 391096
ANZA, CA 92539

JOHN HENNES
61618 HIGHWAY 74
MOUNTAIN CENTER, CA 92561

MICHAEL FOX
P O BOX 390321
ANZA, CA 92539

CHARLES KNIGHT
82230 E SOLAR CT
INDIO, CA 92201

TIMOTHY FREIL
14321 144TH ST SE
SNOHOMISH, WA 98290

THOMAS KILFOYLE
578 WASHINGTON BLV NO 120
MARINA DEL REY, CA 90292

NANCY MONTREY
P O BOX 391237
ANZA, CA 92539

RONALD CHAPLIN
1314 EAST PUENTE AVE
WEST COVINA, CA 91790

CHARLES GRANO
P O BOX 133029
BIG BEAR LAKE, CA 92315

ROBERT WOOLLEY
28944 E WORCESTER RD
SUN CITY, CA 92586

LEONARD SAVALA
5 DEL PIZZOLI
LAKE ELSINORE, CA 92532

MARTIN REYES
DONALD BECKER
KENNETH LEWIS
JOSE CASTRO
MARGARET HERBENICK
DONNA BRADLEY
RAYMOND SCHOOLEY

BEN BLEDSOE
PATTY DANH
JAMES HARPER
JORGE GILDO
MARGARET KOHLER
CHERYL COWLES REED
GORDON MCBRIDE
RAFAEL PLASCENCIA
BILLY ADAMS
JACK CARR
ROBERT STRAWHECKER
GEORGE SCHEMBRI
HECTOR JUAREZ
RICHARD MORGON
FLOYD MAXWELL
ARRY SHEINBAUM
LARRY LINDER
ANGELIA TABB
CONSTANCE KEY
GONZALO MURILLO
ROBERT ALLEN
STEVEN NORMAN
DAVID SMITH
EDWIN MACH
MICHAEL BRAJEVICH
BONNIE WELSH
BLAZ BRAJEVICH
STEVEN KEAN
JESSE LARA
ZITA ARMENTA
PEGGY CARVER
BOB NORTH
RUTILIO PEREZ
VICTOR JOHNSTON
MARVIN JOHNSON
PHILIP WELLS
LAWRENCE COPE
CAROL CARROLL
ANTHONY RIJKE
FRAUKE BOKKES
LEA HUNT
LINDA HOPKINS
J. MCCAFFERTY
MIKE ILOSKI
MARLIN KINSER
LESLIE JOYNER
GHASSEM BAHRAMBEYGUI
ROGER HODGDON
INDIAN HILLS TRAIL LAND TRUST
COY JONES
ROGER SNYDER
JOHN PAULSEN
ROBERT KALER
SHALIN LIU
FRANK GALGANO
JOHN SWANSON
GEORGE ROBERTS
BERRO MARILYN LIVING TRUST
ARTHUR GINN
ERNESTO PEREZ
THOMAS MELLODY
LUIS PAGULAYAN

DAN BAXTER
ALFREDO GONZALEZ
JUNE CORDERO
JAMES HALLEY

JULIE SCHULTZ
ARTHUR PIZZANELLO
GENE KAMINSKI
VICTOR GODINEZ
DENISSE ARELLANO
NATALIE BRANNIAN
TOMAS RODRIGUEZ
DON GRITTON
ROBERT GIFFIN
OLGA ALVAREZ
DONNA POLLARD
CARLOS AGUNDEZ
RICHARD DEMARCO
ESTHER FARSI
MELINDA WOOD
FERNANDO ARRIAGA
ARNOLD VENTI
LINDA FRICK
JUAN GUTIERREZ
DAVID FARRUGGIA
DOUGLAS GESSWEIN
EDWARD GAUNTT
MARTIN KURTZ
JOHN FITZPATRICK
ROBERT STUART ANDREWS
D K QUALITY CONST INC
C/O GIARDINELLI & DUKE, A
PROFESSIONAL CORP
CHRISTOPHER HALEY
CHARLES MCKINNON
PAUL GRAY
PAUL SWANCOTT
MARK NEER
ROBERT HOUSEHOLDER
KELLY WALTERS
GILDARDO SANDOVAL
GARY ACKER
RICARDO GONZALEZ
DOUGLAS POCIUS
ROBERT WHEELER
STOJADIN ILOSKI
RICARDO LOPEZ
LARRY BOSWELL
VESTAKIS KAREN J TRUST
JEFFREY WHITING
JAMES WILLIAMS
LATIGO PROPERTIES INC
C/O TOM KELLY
SHEILA WEAVER
JON LOPES
MARTHA AMAYA
JAMES SHERIDAN
RAY RODRIGUEZ
ANDREW HERNANDEZ
ROBERT LUCERO
SAMUEL CENNA
WARREN HODGES
RICHARD GARNER
KATHRYN BRIDGE
HERNAN PEDRAZA

RUSSELL CORMIER
JAMES MILLER
HOWARD GELLINCK
JULIE NOLL
JESSE MATTINA
JOE ALVARADO
WILL MASON
IGNACIO RODRIGUEZ
MARK SMITH
BOB FITTS
DAVID WILLIAMSON
PASCUAL SANCHEZ
BASILIO MARTINEZ
TERI MATTSON

GARY PETERS
ELWIN SUMMERS
CRAIG DAVIS
KEVIN KING
SANTIAGO RIZO
WALTER PERKINS
WELLS FARGO REALTY SERVICES INC
C/O CT CORPORATION SYSTEM
LUIS SANCHEZ
CHRISTIN MAY
THOMAS MCGINTY
JOEL GEUDTNER
VICTORIA FREEMAN
MICHAEL CROW
STEVEN CROW
STEPHEN MITCHELL
EMILIA KURTIN
ROSA HERNANDEZ
SABRINA TUMLER
DEAN LIUZZI
CLIFFORD BOREN
ROBERT MCNABB
JEFFREY RAUTON
KHOJ SHIKARI
ROBERT REID
JAMES WILLIAMS
PHILIP PINTO
CARLO BOCCI
SABRINA TUMLER
MARY O'CONNOR
BAMBI JOHNSON
CHAY LAU
DAVID EDBORG
CARLEENE RIUTCEL
HENRY MADDOX
JOHN HAMMERSTRAND
SHARON GLEASON
ANITA CALLENDER
DUANE COSBY
KEVIN IVES
MICHIYE RODGERS
THOMAS KIFOYLE
TERRY AND DIANE DEARMOND
JAMES AND MELODY BOOTH
SHARON HILLMAN
ROBERT AND REBECCA LUNA
VICTOR KEMP AND LOUISE NOWEL
DUNG HA AND NWE THAUNG

KEVIN AND ANNETTE LANDEN
MICHAEL AND ALMA FISHER
JAMES AND SANDEE PIERCE
BIJAN FAKHRIZADEH
THOMAS AND KATHLEEN GAROFALO
PATRICK JONES
ANI AND CHRISTOPHER MARKARIAN
JEFFREY MCDOWELL
JEROME BARUCK
THOMAS RICHARDSON
ALEJANDRO AND DIANE ALATORRE
ADRIAN AND DEBRA NEVILLS
SUSANA GRAMMER
CARLOS ROSALES
EDUARDO GONZALEZ
REYNOLDO CERVANTES
DONALD AND MARIANNE ATHERLEY
LINDA SHAIN
DIANE JONES, JAY AND CAROLYN KEFALAS

COTTRELL, STEVEN
COULTER, JERRY
COVINGTON, MARGIE
COYOTE RANCH,"
CRAIG FRANK E
CRAWFORD, SAMANTHA"
CRISCIONE, SAL"
CRISSY CHARLOTTE L
CRIST, HEATHER"
CRITTENDEN, JOHN"
CROCKER FAMILY TRUST 08-22-97
CROW STEVEN M
CROW, STEVEN"
CUNNINGTON NORMA J LIVING 2007 TRUST 05-18-07
CURRAN, RICHARD"
CURRY, WILLIAM"
CURTIS, RICHARD"
D & G PRODUCE INC,"
DAKAN, HEATHER"
DAVIS, CLAY"
DAW KENDELL B
DAY, RICHARD"
DAY, THOMAS"
DEAL, JAMES"
DECK, DARRELL"
DELONG, JOHN"
DEMARTINO, LUIS"
DENNEY FAMILY TRUST 10-16-94
DENNIS RAYMOND K&FABRE ANTOINETTE M
DESANTIAGO, CUAUHTEMOC"
DESSAULES, KAREN"
DIETERLE, WILLIAM"
DIMAGGIO, LEONARD"
DIRIMANOV GEORGI A
DOCKINGS, CRAIG"
DOMINGUEZ, CHARLIE"
DONAHOE, LINDA"
DORFNER, JEFFREY"
DRAKE BRIAN D&SANDRA
DRIPPING SPRINGS RANCH INV,"
DRUSCHEL, HENRY"
DUFFY JOHN F
DUGGAN BRYAN C
DULANEY, KIRBY"
DURAN HENRY&ADELA G
DYSON, LARRY"
EATON, STEVEN"
ECKBURG, JEFFREY"
ECSTATIC HOLDINGS INC,"
EDDY, BRUCE"
EITEL, GENE"
EITZEN, SANFORD"
ELLIOTT, CECEL"
ELROD, HEIDI"
ENGLISH BRIAN L&MARY F
ERICKSON THOMAS WESLEY&MARY C
ESCAJEDA, HENRY"
ESPINOZA, RAUL"
ESTRADA, GUADALUPE"
ESTRADA, MIGUEL"
EVANS, RAYMOND"
EVERS CHRISTI A
FAGER, JOANNE"
FAHLEN, JOHN"
FALKNER GEORGE H
FARSI, ESTHER"
FARSI, MOHSEN"
FERNANDEZ, BETTY"
FETZNER, MARIA"
FIELDS, JOHN"
FIGONI, DEBBIE"
FIGUEROA, GUSTAVO"
FISH, MICHAEL"
FISHBEIN ROSEMARY L
FIVE K GENERAL PTNSHP
FLAVIN JOHN
FLAVIN JOSEPH G&DOROTHY A TRS
FLEENER, JOHN"
FLETCHER FAMILY TRUST 06-01-88
FLORES, CARLOS"
FOLGNER GARY
FOLSOM, VICTOR"
FORD, LALA"
FORST, STEVE"
FORT, JOHN"
FOSTER, SCOTT"
FOX FAMILY TRUST 04-27-96
FRAZIER L ARTHUR EST OF
FRENCH, SHELLY"
FULLERTON DALE R&SMITH KIMBERLEY K
GABRYCH, EUGENE"
GALCERAN, DENNIS"
GALLAGHER, MARY"
GALLARDO, JERONIMO"
GARCIA, ELIAS"
GARCIA, IRENE"
GARCIA, JERALD"
GATES, BRADLEY"
GATES, TIMOTHY"
GELLER, JERRY"
GETZ, RICHARD"
GIDDINGS RICHARD W
GIELING, DAVID"
GIL, MARIA"
GILBERT, BILLY"
GILLHAM, TIMOTHY"
GILLILAN, PATRICK"
GINN, GERALD"
GNUSE, JAMES"
GODINEZ, CARLOS"
GOJICH, MICHAEL"
GOLDEN STAG RANCH,"
GOMES, LEONARD"
GOMEZ, MARCO"
GONET, EDWARD"
GONZALES GUSTAVO
GONZALES, GERARDO"
GONZALEZ, PAUL"
GONZALEZ-ADOLFO LUCINDA
GOODING GERALD&KAREN
GOODMAN INVESTMENTS L P
GOTTSCHALK DARRELL D
GRAHAM, PAUL"
GRAMMER DON E
GRAMMER JAMES R
GRAMMER JAMES R&PHYLLIS
GRAMMER JOSEPH W&KAY M REVOCABLE TRUST 12-15-03
GRAMMER KENNETH J
GRANADOS, JUDITH"
GRAY, CLAUDE"
GREEN SHELL CO,"
GREENE, ALVIN"
GREENE, DOROTHY"
GREENE, JOSEPH"
GREGOR-REED JULIA M EST OF
GREKO JOANNE M
GRIER GERALD L&SHEILA A
GRIFFITH, DWIGHT"
GRIFFITH, LINDA"
GRIFFITHS, CAROL"
GROOTENDORST, PETER"
GUTIERREZ, JULIO"
H & H PROP,"
HAIGLER JOHN D
HALEY, JAMES"
HALLEY VINCENT L&JERILYN L
HARDY, FRANCES"
HARKLEROAD TRUST 03-03-05
HARPER, C"
HARRIS SEAN T&RHONDA F
HARRIS, HOMER"
HARRIS, LESLIE"
HARRISON, BLAKE"
HART, DELARE"
HARVEY, ELIZABETH"
HATTER LORRAINE E
HAYASHI SHIGEMUNE&SHUKUEI
HAYES, JASON"
HEISTERMAN, TYYNE"
HEITING, JAMES"
HEKMATNIA, BEHROUZ"
HELSTROM WENDY H
HENRY, HERBERT"
HENRY, JOHN"
HERNANDEZ, GARY"
HERRERA, EDWARD"
HERRERA, PEDRO"
HETH, WILLIAM"
HICKMAN, MATTHEW"
HIGGS, JOE"
HILL, JOHN"
HINNAWI, HANNA"
HINOJALES, REYNALDO"
HIRSCH, LAURENCE"
HITCHCOCK, LYLE"
HITCHCOCK, MERLE"
HO, NGA"
HOANG, BINH"
HOLDEN, JAMES"
HOLGERSEN FLEMMING F TRUST 10-31-02
HOLGERSEN, FLEMMING"
HOLLIHAN, DONAL"
HOLMES MICHAEL S
HOLMES, ELLEN"
HONG, YONG"
HOSEY, GREGORY"
HOTCHKISS IRENE N LIVING TRUST,"
HOTCHKISS IRENE N LIVING TRUST,"
HUELSON, JOHN"
HUGHES, LINDA"
HUGHES, LINDA"
HUIZAR, FRANCISCO"
HUNTER CATHERINE L
HUNTER DONALD J&WANETA FAMILY REVOCABLE TRUST 04-16-92
HUPE STEPHEN J&EMILY A
HUSSON, SATINDER"
HUTCHISON, LISA"
IPARAGUIRRE, BOB"
IPARAGUIRRE, JENNIE"
JACKLIN, BRIAN"
JACKSON, WILLARD"
JAMES DOROTHY J EST OF
JEROME ROBERT
JETER R FAMILY TRUST 01-29-99
JIMENEZ, JOSE"
JOHANSSON, STEFAN"
JOHNSON, FRANK"
JOHNSON, SCOTT"
JOHNSTON PAUL&CHERYL
JOJOBA HILLS SKP RESORTS INC,"
JOLY, JOHN"
JONES GILMORE A&A CAMILLE LIVING TRUST 09-30-97
JORDAN, VIOLET"
JOVANOVSKI, STOJAN"
JUDGE DARRELL&MARJORIE

PIETERS, NATASJA"
PIRILLO, DAVID"
POCOCK, WILLIAM"
PORTER, IVY"
POTTAGE, BRIAN"
POTTER GARY R&CONSTANCE J
POULSON, RANDALL"
POWELL, BEATRICE"
POWERS, DAVID"
PRINSEN ENTERPRISE INC,"
PROCESS FAB INC,"
PRUITT, EDWARD"
PUFF, LAURA"
PUFF, RICHARD"
PULLEN, EDWARD"
PURSCHE ROY C TRUST 02-06-03
QUAM, GALEN"
QUASEBARTH, DAN"
QUINONEZ, LUIS"
RALLES STEPHEN H&MOORE CAROL A
RAMADAN FATME W
RAMASAR, OSCAR"
RAMIREZ, ARTURO"
RAMIREZ, PHILLIP"
RAMOS, ROBERT"
RANCHO CALIFORNIA RV RESORT OWNERS ASSN,"
RANGEL, WILLIAM"
RANTANEN, NORMAN"
RAVN, CURT"
RAVY, DARIN"
REDDING, NANCY"
REDEWILL DAVID
REED VALLEY RANCH,"
REINDERS RAYMOND H SR
REMILLET CHERYL
REMINGTON, ROBERT"
RENNER, RONNIE"
RESTELLI, THOMAS"
REUSS, ROBERT"
REYES, SERGIO"
REYNA FAMILY PRIVATE REVOCABLE LIVING TRUST 11-08-01
REYNOLDS, DAVID"
REYNOLDS, IRENE"
REYNOLDS, JERRY"
REYNOLDS, JIMMIE"
REYNOSO, ROSE"
RIACH, CAMILLE"
RIAZZO, ANTONIO"
RIENDEAU, GARLAND"
RIGGS, EDWARD"
RILEY, DONALD"
RILEY, MICHAEL"
RIVERSIDE COUNTY FINANCIAL GROUP,"
RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT
RIVERSIDE LAND CONSERVANCY,"
ROBECK, BRIAN"
ROBINSON DANNY A&RITA JO
ROBINSON, STEVEN"
ROCKHOLD JAMES S&SHERRY L
ROGERS, CAROL"
ROGERS, JAMES"
ROMBACH, TIMOTHY"
ROMYN, JOHANNES"
ROSE MARSHALL W 2001 TRUST 10-31-01
ROSS, ALBERT"
ROULSTONE, LORRE"
ROZAR, JOSEPH"
RYAN DENNIS M&MARILYN I
S&K LAND&CATTLE CO LLC
SAENZ MANUEL A&L MAYELA
SAENZ MANUEL A&LUCY M
SALINAS, JULIA"
SAMARIN, MARIA"
SANCES, ANGELA"
SANCES, ANN"
SANCES, CHARLES"
SANCES, SALVATORE"
SANCHEZ FAMILY TRUST 02-20-02
SANCHEZ, CHARLES"
SANDER FAMILY TRUST 05-03-91 ET AL
SANDERS ROBBY L& MANDALA JO B
SANDOVAL, RAMON"
SANNIPOLI, ALFRED"
SAVAGE DUANE A
SCCOTT, DONALD"
SCHAARSMITH KARL D
SCHADEN, PAUL"
SCHIRING, JANICE"
SCHMIDT VALERIE J
SCHMIDT, RONALD"
SCHUGEL, JOAN"
SCHULTE, PATRICK"
SCHULZE, ROBERT"
SCHWARTZ, MERTON"
SCOTT DOUGLAS A
SCOTT HENRY H&LOIS
SCOTT RAYMOND J FAMILY TRUST 06-08-93
SCOTT, DONALD"
SCOTT, LAURA"
SEEGER, MARK"
SEFFENS FAMILY TRUST
SEGURA WILLIE
SELINGER, BRENT"
SELVA, EFRAIN"
SEPPI, JOHN"
SHAFRANEK, DALE"
SHAMROCK SAND & ROCK,"
SHANKO, JOHN"
SHANNON, MICHAEL"
SHEEHAN, TODD"
SHERER NANCY
SHERMAN, RANDY"
SHOOK MARK R
SHOUSE, RANDY"
SICKELS FAMILY TRUST
SIMJEE, CASSIM"
SIMONES, JAMES"
SISLEY ELAWNA S
SKINNER, RONALD"
SKP RESORT OF SOUTHERN CALIF INC
SKUBA, TED
SLONE, CLYDE
SMALL PEGGY A
SMALL, JONATHAN
SMART, ROBERT
SMILEVSKI, TRIFUN
SMITH STEPHEN A& MAYNE-SMITH KATHY A
SMITH, CORAL
SMITH, DABBIE
SMITH, JIM
SMITH, JOHN
SMITH, RICHARD
SMITH, TERRY
SNYDER DORIS E TRUST 04-23-94
SODER, DAVID
SOLDAT, DARINKA
SOLIS, GUSTAVO
SOLIS, WALTHER&SILVIA LIVING TRUST 08-28-04
SOLIS, ADOLFO"
SOLOMON, JOHN"
SOMMERVILLE NANCY L TRUST 04-12-07
SPELL, DONALD
SPICER, JODY
SPIEGEL, GATES, LOUANN
SPITZER, FRANK& ERLYS C
STACK, KENNETH
STACKER, BE
STARNER FAMILY 1994 TRUST
STARRITT, TIMOTHY
STEARNS, MARY
STEBELTON, PAUL
STEINHOFF, JAMES
STEINHOFF, RAYMOND
STEJER, WARHAM
STEWART DALE E& GEORGANNE
STORM INDUSTRIES INC.
STORTZ, JAMES
STRICKLAND, DAVID
STRIKER, CELESTE
STULTZ, THOMAS
SUCHOR, PHILIP
SUMMY, JEFFERY
SUNDANCE INTERNATIONAL
SUNLAND DEV CO INC.
SUNSHINE SUMMIT, INC
SUPERIOR HOMES
SWEENEY, HARRIETT
TAPIA, ARTURO
TATE DONALD L& EVELYN W E
TAYLOR, DAVID
TEAGUE, GEORGE
TEEM INV INC.
TEMECULA GCC INC.
THATCHER, MADELLA
THELEN, JOHN
THERIAULT, WILLIAM
THOMAS, STACEY C
THOMAS, JAMES"
THOMPSON WILLIAM C& JEAN K TRS
THOMPSON, JOYCE
THOMPSON, MARK
THOMPSON, WAYNE
THORSTENSEN, PHILLIP
THRONSON, JERRY
TIDBALL GEORGE & MELINDA
TOBIN, VINCENT M
TODD, CHRISTINA
TOGO GEORGE J& SHIRLEY V
TORO, CHARLES A& TAWNY A
TORRES, JUAN J& HERLINDA G
TORRES, JUAN
TRAN, MARY
TRAN, VAN
TRIMBLE GEORGE W ESTATE OF
TRUE JACK& KAY
TRUNNELL, CAROL
TRUNNELL, DONALD
TURTELTAUB, SUSAN K.
TYLER, HAROLD
TYLER, YVETTE
U S BANK NATIONAL ASSN TR
ULVESTAD, NORVALD
UNDERHILL, EDWARD
URGELLES, ARTURO
URREA, ALBERTOVAIL CUSTODIAL SERVICES
VAIL LAKE USA,
VAITL, ELIZABETH
VAL VERDE PARTNERS
VALE, WILLIAM
VALLEY WIDE RECREATION & PARKS DIST
VALVERDE, RAWLEY
VANCOLLER, ANDRE J& ELLEN G
VANDERLAAN THELMA L TRUST

# EXHIBIT A

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,

Plaintiff-Intervenors,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

CIVIL NO.: 1247-SD-C

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO:

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians*

*v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to protect the Tribes' right to water in a time of increasing development and use of water in the area.

The Tribal plaintiffs believe you (or the entity on whose behalf you are addressed) are a party to this case because, according to land title and court records, you are a successor to a landowner on the original list compiled by the court when part of the case was adjudicated in the 1960s. The records show that you (or that entity) own land which overlies groundwater or is adjacent to surface water that is subject to the court's jurisdiction, and that you (or that entity) may hold water rights under the court's prior judgments.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from March 26, 2008, which is the date this notice was sent. Thus, the deadline for us to receive the signed waiver is May 10, 2008. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records. If you own your property with another person or entity, signatures of both are required.

You may be assessed the expenses of service of the summons if you fail to return the signed waiver to us by May 10, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from March 26, 2008 to answer or file a motion in response to

the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by May 10, 2008, we will arrange to have the summons and complaint served on you. And we may ask the court to require you or the entity you represent, to pay the expenses of making service.

We certify that this request is being sent to you on March 26, 2008.

Dated: March 26, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis Berkey

Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor, Ramona Band of Cahuilla*

WILLIAMS & WORKS, P.A.

By: s/Susan M. Williams

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor, Cahuilla Band of Indians*

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 1247-SD-C<br><br>DECLARATION OF SERVICE |

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Jackie Spanley
AVMAC
P.O. Box 391076
Anza, CA 92539

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Joseph Jackson, Asst. General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Ms. Barbara Jaques
Jojoba Hills SKP Resort
45120 Highway 79 South
Aguanga, CA 92536

Ms. Sharon Kirkconnell
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 601
Aguanga, CA 92536

Michael L. Tidus
Michele A. Staples
Benjamin T. Benumof
JACKSON, DEMARCHO, TIDUS, PETERSEN & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development
437 South Highway 101, Suite 220
Solana Beach, CA 92075

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Mr. Tom Gieling
Jojoba Hills SKP Resort
45120 Highway 79 South, Lot 642
Aguanga, CA 92536

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 26, 2008, at Berkeley, California.

[signature]

Martha Morales