Marco A. Gonzalez (State Bar No. 190832)
Rory R. Wicks (State Bar No. 85340)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel. (505) 899-7994
Fax. (505) 899-7972
swilliams@williamsandworks.net

Attorneys for Plaintiff in Intervention
the Cahuilla Band of Indians

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>    Plaintiff in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br><br>    Defendants. | CIVIL NO. 51cv01247<br><br>**PLAINTIFF INTERVENOR CAHUILLA BAND OF INDIANS' JOINDER IN OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**DATE:** June 30, 2008<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** 8<br><br>Hon. Gordon Thompson, Jr. |

Plaintiff in Intervention CAHUILLA BAND OF INDIANS joins in plaintiff in intervention RAMONA BAND OF CAUILLA's Memorandum in Opposition to Defendant JOJOBA BILLS and S.K.P. RESORT, INC.'s Motion To Dismiss First Amended Complaint.

DATED: June 16, 2008
                                  s/Rory R. Wicks
                                  Attorneys for Plaintiff in Intervention
                                  CAHUILLA BAND OF INDIANS
                                  rwicks@coastlawgroup.com

1

UNITED STATES OF AMERICA v    CAHUILLA BAND OF INDIANS'    51cv01247
FALLBROK PUBLIC UTILITY    JOINDER IN OPPOSITION TO
DISTRICT et al    MOTION TO DISMISS