Marco A. Gonzalez (State Bar No. 190832)
Rory R. Wicks (State Bar No. 85340)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
Williams & Works, P.A.
P.O Box 1483
Corrales, NM 87049
Tel. (505) 899-7994
Fax. (505) 899-7972
swilliams@williamsandworks.net

Attorneys for Plaintiff in Intervention
the Cahuilla Band of Indians

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> CAHUILLA BAND OF INDIANS, <br> Plaintiff in Intervention, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, <br> Defendants. | CIVIL NO. 51cv01247 <br><br> **PROOF OF SERVICE** <br><br> **DATE:** June 30, 2008 <br> **TIME:** 2:00 p.m. <br> **COURTROOM:** 8 <br><br> Hon. Gordon Thompson, Jr. |

I, Rory R. Wicks, declare;

1. That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to this action. I am employed in the County of San Diego, California, in which County the within mentioned service occurred. My business address is 169 Saxony Road, Suite 204, Encinitas, CA 92024.

1

2. On June 16, 2008, I served the following document(s):

PLAINTIFF INTERVENOR CAHUILLA BAND OF INDIANS' JOINDER IN OPPOSITION TO MOTION TO DISMISS;

on the parties in this action as follows:

| | |
|---|---|
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378<br>Email: patrick.barry@usdoj.gov | Matthew L Green<br>Best Best and Krieger LLP<br>655 West Broadway<br>15th Floor<br>San Diego, CA 92101<br>Email: matthew.green@bbklaw.com;<br>lisa.grennon@bbklaw.com |
| Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088<br>cwbinder@smrwm.org | John A Karaczynski<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067-3012<br>Email: jkaraczynski@akingump.com;<br>jmeggesto@akingump.com;<br>jfukai@akingump.com;<br>dcolvin@akingump.com;<br>vrayhodge@akingump.com;<br>msobolefflevy@akingump.com;<br>dpongrace@akingump.com |
| Thomas C Stahl<br>U S Attorneys Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>Email: Thomas.Stahl@usdoj.gov | Curtis G Berkey<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street<br>Suite 410<br>Berkeley, CA 94704<br>Email: cberkey@abwwlaw.com;<br>orales@abwwlaw.com |

2

| UNITED STATES OF AMERICA v<br>FALLBROK PUBLIC UTILITY<br>DISTRICT et al | CAHUILLA BAND OF INDIANS'<br>JOINDER IN OPPOSITION TO<br>MOTION TO DISMISS | 51cv01247 |

| | |
|---|---|
| Michele A Staples<br>Jackson DeMarco Tidus & Peckenpaugh<br>2030 Main Street<br>Suite 1200<br>Irvine, CA 92614<br>Email: mstaples@jdtplaw.com;<br>pgosney@jdtplaw.com;<br>dtankersley@jdtplaw.com | Matthew N Falley<br>Greenberg Glusker Fields Claman &<br>Machtinger LLP<br>1900 Avenue of the Stars<br>Suite 1200<br>Los Angeles, CA 90067-4590<br>Email: mfalley@ggfirm.com |
| Peter J Mort<br>Akin Gump Strauss Hauer and Feld<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>(310)229-1000<br>Email: pmort@akingump.com;<br>jfukai@akingump.com | Richard Alvin Lewis<br>Law Offices of Richard A. Lewis<br>20631 Ventura Boulevard<br>Suite 304<br>Woodland Hills, CA 91364<br>Email: Rlewis@RichardLewis.com |
| Donald R Timms<br>5335 Jamestown Road<br>San Diego, CA 92117<br>Email: dontimms@san.rr.com | Patricia Grace Rosenberg<br>Haas & Najarian LLP<br>58 Maiden Lane<br>2nd Floor<br>San Francisco, CA 94108<br>(415) 788-6330<br>Fax: (415) 391-0555<br>Email: prosenberg@hnattorneys.com |
| Timothy P Johnson<br>Johnson and Chambers<br>17821 East 17th Street<br>Suite 290<br>Tustin, CA 92780<br>Email: tjohnson@johnson-chambers.com;<br>cww@johnson-chambers.com | Gary D Leasure<br>Law Offices of Gary D Leasure<br>12625 High BLuff Drive<br>Suite 103<br>San Diego, CA 92130<br>Email: gleasure@garydleasure.com |
| Jonathan M Deer<br>Turner Aubert & Friedman, LLP<br>8383 Wilshire Blvd.<br>Ste. 510<br>Beverly Hills, CA 90211-2486<br>Email: jdeer@taflaw.net;<br>jondeeresq@earthlink.net | Gerald (Jerry) Blank<br>Law Office of Gerald Blank<br>444 West C Street<br>Suite 210<br>San Diego, CA 92101-3589<br>Email: gblank@san.rr.com;<br>mejoslyn@sbcglobal.net |

3

| | |
|---|---|
| Michael Duane Davis<br>Gresham Savage Nolan & Tilden<br>3750 University Avenue<br>Suite 250<br>Riverside, CA 92501-3335<br>Email:<br>michael.davis@greshamsavage.com;<br>teri.gallagher@greshamsavage.com | Mark L Brandon<br>Brandon and Associates<br>3695 Third Avenue<br>San Diego, CA 92103<br>Email: mbrandon@brandon-law.com |
| Bill J Kuenzinger<br>Brown Hall Shore & McKinley<br>3031 West March Lane<br>Suite 230W<br>Stockton, CA 95219<br>Email: bkuenzinger@bhsmck.com;<br>rjones@bhsmck.com | MCMX, LLC<br>sharper@bhsmck.com |
| Kevin Patrick Sullivan<br>ksullivan@swgsgp.com,kstanis@swgsgp.com | |

( )   (BY MAIL) By placing envelopes containing the above documents for collection and mailing following our ordinary business practices.  I am readily familiar with Coast Law Group, LLP's practice for collection and processing correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the US Postal Service is a sealed envelope with postage fully prepaid thereon.

(X)   (BY ECF), by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients.

and on the additional parties in this action as follows:

| | |
|---|---|
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |

4

| | |
|---|---|
| General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |

5

| | |
|---|---|
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Jackie Spanley<br>AVMAC<br>P.O. Box 391312<br>Anza, CA 92539 |
| Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 | Linda Garcia<br>Riverside Co. Flood Control and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 |
| Western Land Financial<br>and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |

6

**UNITED STATES OF AMERICA v FALLBROK PUBLIC UTILITY DISTRICT et al**   **CAHUILLA BAND OF INDIANS' JOINDER IN OPPOSITION TO MOTION TO DISMISS**   51cv01247

| | |
|---|---|
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 |
| Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 |
| James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| Michael L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>JACKSON, DEMARCHO, TIDUS, PETERSEN & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 |
| Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |

7

**UNITED STATES OF AMERICA v FALLBROK PUBLIC UTILITY DISTRICT et al**   **CAHUILLA BAND OF INDIANS' JOINDER IN OPPOSITION TO MOTION TO DISMISS**   51cv01247

| | |
|---|---|
| Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson<br>4205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street<br>Suite 1<br>Fallbrook, CA 92028-2025 | |

(X) (BY MAIL) By placing envelopes containing the above documents for collection and mailing following our ordinary business practices. I am readily familiar with Coast Law Group, LLP's practice for collection and processing correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the US Postal Service is a sealed envelope with postage fully prepaid thereon.

( ) (BY ECF), by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 16, 2008 at Encinitas, California.

DATED: June 16, 2008                                      COAST LAW GROUP LLP

<u>s/Rory R. Wicks</u>
Attorneys for Plaintiff in Intervention
CAHUILLA BAND OF INDIANS
rwicks@coastlawgroup.com

8

**UNITED STATES OF AMERICA v FALLBROK PUBLIC UTILITY DISTRICT et al**   **CAHUILLA BAND OF INDIANS' JOINDER IN OPPOSITION TO MOTION TO DISMISS**   51cv01247