```
JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (Pro Hac Vice)
JAMES MEGGESTO (Pro Hac Vice)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
```

*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseno Indians*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**NOTICE OF PECHANGA BAND OF LUISENO INDIANS' CORRECTED CERTIFICATE OF SERVICE** |

Pechanga Band of Luiseno Indians hereby submits its CORRECTED Certificate of Service, noting that the Tribe served its "*Response in Opposition to Motions to Dismiss*" via U.S. First Class mail to those listed on the service list and via electronic transmission to those registered with the Court.

RESPECTFULLY SUBMITTED,

Dated: June 16, 2008          PECHANGA BAND OF LUISEÑO INDIANS

                              By  s/ James Meggesto
                                  Rodney B. Lewis
                                  James T. Meggesto