# CERTIFICATE OF SERVICE

DISTRICT OF COLUMBIA

I am employed in the District of Columbia. I am over the age of 18 and not a party to the within action; my business address is: 1333 New Hampshire Ave., N.W., Washington, D.C. 20036. On June 16, 2008, I caused the following document(s) to be served in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT: **NOTICE OF CORRECTED CERTIFICATE OF SERVICE** and **CORRECTED CERTIFICATE OF SERVICE** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 16, 2008, at District of Columbia.

  James Meggesto                              s/James Meggesto
[Print Name of Person Executing Proof]        [Signature]

## SERVICE LIST

| | |
|---|---|
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |

Certificate of Service                                                                                                  51-CV-1247-GT-RBB

```
 1
 2   Darwin Potter                                          Elena Mafla, Chairman
     Metropolitan Water District                            AVMAC
 3   Lake Skinner Section                                   43205 Chapman Road
     33740 Borel Road                                       Anza, CA 92539
 4   Winchester, CA 92596

 5   John Rossi, General Manager                            Jackie Spanley
     Western MWD                                            AVMAC
 6   P.O. Box 5286                                          P.O. Box 391312
     Riverside, CA 92517                                    Anza, CA  92539
 7
     Patrick Barry, Esq.
 8   Amy S. Tryon                                           Alvin Greenwald
     Environment and Natural Resources Division             6010 Wilshire Blvd., Suite 500
 9   Indian Resources Section                               Los Angeles, CA 90036
     U.S. Department of Justice
10   P.O. Box 44378
     Washington, D.C.  20026-4378
11
12
     Linda Garcia
13   Riverside Co. Flood Control and Water Conservation District    Larry Minor
     1995 Market Street                                              P.O. Box 398
14   Riverside, CA 92501                                             San Jacinto, CA 92581

15
     Brian Brady, General Manager                           Bob Lemons
16   Rancho California WD                                   Rancho California Water District
     P.O. Box 9017                                          P.O. Box 9017
17   Temecula. CA 92589-9017                                Temecula. CA 92589-9017

     Michael E. McPherson, Esq.                             David Glazer, Esq.
18   344 Plumosa Avenue                                     Environment and Natural Resources Division
     Vista, CA 92083                                        Natural Resources Section
19                                                          U.S. Department of Justice
                                                            301 Howard Street, Suite 1050
20                                                          San Francisco, CA 94105

     Manuel Hamilton                                        Western Land Financial
21   Joseph Hamilton                                        and Pacific Holt Corp.
     P.O. Box 391372                                        23 Midway Street, Unit B
22   Anza, CA 92539                                         San Francisco, CA 94133

23   Leslie Cleveland                                       Assad S. Safadi
     U.S. Bureau of Reclamation                             Natural Resources Consulting Engineers, Inc.
24   27708 Jefferson Avenue, #202                           131 Lincoln Avenue, Suite 300
     Temecula, CA 92590                                     Fort Collins, CO 80524
25
                                                            Marco A. Gonzalez
26   James Carter                                           Rory R. Wicks
     P.O. Box 28739                                         Coast Law Group LLP
27   Santa Ana, CA 92799-8739                               169 Saxony Road, Suite 204
                                                            Encinitas, CA 92024
28
```

| | | |
|---|---|---|
| 1 | Assistant Chief of Staff<br>Environmental Security | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California |
| 2 | Box 555008<br>Marine Corps Base | 700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| 3 | Camp Pendleton, CA 92055-5008 | |
| 4 | | |
| 5 | Pamela Williams<br>Office of the Solicitor | Jeffry F. Ferre<br>Jill N. Willis |
| 6 | U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456 | BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028 |
| 7 | Washington, D.C. 20240 | Riverside, CA 92502 |
| 8 | Susan M. Williams | Don Forsyth |
| 9 | Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483 | Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| 10 | Corrales, NM 87048 | |
| 11 | | |
| 12 | Anza Mutual Water Company<br>P.O. Box 390117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources |
| 13 | Anza, CA 92539-0117 | Box 555013<br>Camp Pendleton, CA 92055-5013 |
| 14 | | |
| 15 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs |
| 16 | Anza, CA 92539 | 1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 17 | | |
| 18 | Michael Gheleta<br>United States Department of Justice | Michael L. Tidus<br>Michele A. Staples |
| 19 | Environment and Natural Resources Division<br>1961 Stout Street, Floor 8 | Paige H. Gosney<br>Jackson \| DeMarco \| Tidus \| Peckenpaugh |
| 20 | Denver, CO 80294-1961 | 2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| 21 | Amy Gallaher | |
| 22 | Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 23 | | |
| 24 | Stephen B. Reich<br>Stetson Engineers, Inc. | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed |
| 25 | 2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | P.O. Box 631<br>Fallbrook, CA 92088 |
| 26 | Lake Riverside Estates Community Assoc. | Dyson Development |
| 27 | 41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | 437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 |
| 28 | Anza Holdings LLC | Elsa Barton |

4

Certificate of Service                                          51-CV-1247-GT-RBB

| | | |
|---|---|---|
| 1 | 1220 Spinnaker Trail<br>Monument, CO 80132 | 217 No. Palm<br>Hemet, CA 92543 |
| 2 | | |
| 3 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |
| 4 | | |
| 5 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart1<br>642 Merion Way 40E<br>Seal Beach, CA 90740 |
| 6 | | |
| 7 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| 8 | | |
| 9 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson1<br>4205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| 10 | | |
| 11 | | |
| 12 | Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| 13 | | |

5

Certificate of Service                                                        51-CV-1247-GT-RBB