**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 1247-SD-C<br><br>**DEFENDANT BRYAN D. SAMPSON'S ANSWER TO THE CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION** |

COMES NOW the named Defendant BRYAN D. SAMPSON (Defendant "Sampson"), and answers the unverified First Amended Complaint in Intervention ("FACI") of Plaintiff CAHUILLA BAND OF INDIANS on file herein as follows:

## I.

## SPECIFIC DENIALS

1. Answering paragraph 1 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

/ / /

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

2.    Answering paragraph 2 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

3.    Answering paragraph 3 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

4.    Answering paragraph 4 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

5.    Answering paragraph 5 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

6.    Answering paragraph 6 of the FACI, Defendant Sampson admits that pursuant to 28 U.S.C. §1345, §1331 and §1362, the Court has jurisdiction over the Claim for Relief contained in the FACI. Defendant Sampson is without sufficient knowledge or information as to the truth of the remaining allegation in said paragraph and on that basis denies the remaining allegation contained therein.

7.    Answering paragraph 7 of the FACI, Defendant Sampson admits venue is proper in the United States District Court, Southern District of California.

8.    Answering paragraph 8 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

9.    Answering paragraph 9 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

10.   Answering paragraph 10 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

1    11.  Answering paragraph 11 of the FACI, Defendant Sampson is without sufficient
2    knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
3    and on that basis denies the allegations contained therein.

4    12.  Answering paragraph 12 of the FACI, Defendant Sampson is without sufficient
5    knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
6    and on that basis denies the allegation contained therein.

7    13.  Answering paragraph 13 of the FACI, Defendant Sampson is without sufficient
8    knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
9    and on that basis denies the allegation contained therein.

10   14.  Answering paragraph 14 of the FACI, Defendant Sampson is without sufficient
11   knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
12   and on that basis denies the allegation contained therein.

13   15.  Answering paragraph 15 of the FACI, Defendant Sampson is without sufficient
14   knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
15   and on that basis denies the allegation contained therein.

16   16.  Answering paragraph 16 of the FACI, Defendant Sampson is without sufficient
17   knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
18   and on that basis denies the allegation contained therein.

19   17.  Answering paragraph 17 of the FACI, Defendant Sampson is without sufficient
20   knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
21   and on that basis denies the allegation contained therein.

22   18.  Answering paragraph 18 of the FACI, Defendant Sampson is without sufficient
23   knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
24   and on that basis denies the allegation contained therein.

25   19.  Answering paragraph 19 of the FACI, Defendant Sampson is without sufficient
26   knowledge or information to form a belief as to the truth of the allegations contained in said paragraph,
27   and on that basis denies the allegation contained therein.

28   / / /

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

3

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

|   |   |
|---|---|
| 1 | 20.    Answering paragraph 20 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein. |

20.    Answering paragraph 20 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

21.    Answering paragraph 21 of the FACI, Defendant Sampson admits each and every allegation contained therein.

22.    Answering paragraph 22 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

23.    Answering paragraph 23 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

24.    Answering paragraph 24 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

25.    Answering paragraph 25 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

26.    Answering paragraph 26 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

27.    Answering paragraph 27 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

28.    Answering paragraph 28 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

/ / /

/ / /

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

4

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

1  29. Answering paragraph 29 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

30. Answering paragraph 30 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegation contained therein.

31. Answering paragraph 31 of the FACI, Defendant Sampson incorporates his admissions and denials as each and every allegation incorporated by reference.

32. Answering paragraph 32 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

33. Answering paragraph 33 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

34. Answering paragraph 34 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

35. Answering paragraph 35 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

36. Answering paragraph 36 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

37. Answering paragraph 37 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

/ / /

/ / /

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

5

Case No. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

38. Answering paragraph 38 of the FACI, Defendant Sampson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies the allegations contained therein.

39. Answering paragraph 39 of the FACI, Defendant Sampson admits the Court has discretion to enter an injunction but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies the remaining allegations contained therein

## II.

## Affirmative Defenses

### FIRST AFFIRMATIVE DEFENSE

### (Use Permitted by Law)

40. This answering Defendant is informed and believes and thereon alleges that his beneficial use of water was acquired through Cal. Water Code §1225 *et seq*.

### SECOND AFFIRMATIVE DEFENSE

### (Only Surface Drainage Impounded)

41. This answering Defendant is informed and believes and thereon alleges that, the waters impounded by Defendant were, and are, in fact surface drainage waters only. These surface waters are, and were at all times mentioned in the FACI, fed only by the runoff of waters at times of heavy rainfall from natural drainage resulting solely from that rainfall. That runoff did not then, or now consist of waters running in a well-defined channel.

### THIRD AFFIRMATIVE DEFENSE

### (Riparian Right to Reasonable Use)

42. This answering Defendant is informed and believes and thereon alleges that use of waters on his property was in a reasonable amount necessary for beneficial enjoyment of his property in that Defendant impounded water in an amount only as needed for domestic and irrigation use on his land.

/ / /

/ / /

6

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

## FOURTH AFFIRMATIVE DEFENSE

### (Sufficient Water Available to Plaintiff)

43. This answering Defendant is informed and believes and thereon alleges that Plaintiff is entitled to the amount of water necessary for useful and beneficial purposes, and the amount of water which continued, and continues, to reach Plaintiff's land is sufficient to satisfy its reasonable demands.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

44. This answering Defendant is informed and believes and thereon alleges that Plaintiff engaged in conduct and activities sufficient to constitute a waiver of any alleged act, omission, or any other conduct, if any, as set forth in the FACI.

## SIXTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

45. This answering Defendant is informed and believes and thereon alleges that the FACI, in whole or in part, is barred by reason of the fact that Plaintiff's failure to notice its alleged rights, as set forth in the FACI, constitutes a waiver of the acts and events of which Plaintiff now complains, and Plaintiff is estopped from asserting the same against this answering Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Causation)

46. This answering Defendant is informed and believes and thereon alleges that, if Plaintiff suffered, or is threatened with any future, loss, damage or injury, which is expressly denied, such loss, damage or injury was not caused, either legally or proximately, by any act or omission of this answering Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

### (Conduct Justified)

47. This answering Defendant is informed and believes and thereon alleges that the conduct of this answering Defendant in regard to the matters alleged in the FACI were justified, and by reason of the foregoing, Plaintiff is barred from any recovery against this answering Defendant.

///

7

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

## NINTH AFFIRMATIVE DEFENSE

### (Liability of Others)

48. This answering Defendant is informed and believes and thereon alleges that the damages allegedly suffered by Plaintiff were the direct and proximate result of the acts, omissions, faults, negligence or culpable conduct of Plaintiff and/or persons, parties, corporations or entities other than this answering Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Irresistible Superhuman Cause)

49. This answering Defendant is informed and believes and thereon alleges that the injuries and damages allegedly suffered by Plaintiff, if any, was the result of no human intervention but was solely caused by an irresistible, superhuman cause which no one could reasonably be expected to anticipate and whose effects could not be prevented by the exercise of prudence, diligence, and care.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Intervening Superceding Causes)

50. This answering Defendant is informed and believes and thereon alleges that the injuries and damages allegedly suffered by Plaintiff was proximately caused by or contributed to by the acts of Plaintiff, persons and/or entities and that said acts were an intervening and superceding cause of the injuries and damages, if any, of which Plaintiff complains, thus barring Plaintiff from any recovery against this answering Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

### (Additional Unknown Defenses)

51. Defendant currently has insufficient information available upon which to form belief as to whether or not he has additional, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional affirmative defenses in the event that discovery indicates that they would be appropriate.

/ / /

/ / /

/ / /

8

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

1     WHEREFORE, this answering Defendant prays that this Court enter judgment as follows:

2     1.    That Plaintiff take nothing by way of its FACI, and that such FACI be dismissed against this answering Defendant, with prejudice;

4     2.    For costs of suit incurred herein; and

5     3.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: June 17, 2008    **SAMPSON & ASSOCIATES**

By:   /s/ Mary L. Fickel
       Mary L. Fickel, Esq.
       Attorneys for Defendant
       BRYAN D. SAMPSON

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

9

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
ANSWER TO CAHUILLA FIRST AMENDED COMPLAINT IN INTERVENTION
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Cahuilla.Answer.wpd