**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No.  1247-SD-C<br><br>**PROOF OF SERVICE [RAMONA BAND OF CAHUILLA's]** |

## **DECLARATION OF SERVICE**

I, Elizabeth Palmer, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

1

Case No. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Answer\Ramona.POS.wpd

1  On June 17, 2008, I served the following document:

2  • **DEFENDANT BRYAN D. SAMPSON'S ANSWER TO THE RAMONA BAND OF CAHUILLA's FIRST AMENDED COMPLAINT IN INTERVENTION.**

4  on the following:

Curtis G. Berkey, Esq.
Alexander, Berkey, Williams & Weathers, LLP
2030 Addison Street, Ste. 410
Berkeley, CA 94704
*Attorneys for Plaintiff Ramona Band of Cahuilla's*

in the following manner of service (check appropriate):

__X__ **By Mail**  I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

_____ **By Fax**  I also caused such documents to be telecopied to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 17, 2008, at San Diego, California.

Elizabeth Palmer