Robert M. Cohen - #97488
BARMASSE, COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301

(818) 991-7514

Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br><br>    Proposed Plaintiff<br>    In Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CIVIL NO.: 1247-SD-C<br><br>**ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO CAHUILLA BAND OF INDIANS FIRST AMENDED COMPLAINT IN INTERVENTION** |

Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION (hereinafter referred to as "Defendant"), answers the First Amended Complaint in Intervention (hereinafter referred to as the "Complaint in Intervention") filed by Plaintiff CAHUILLA BAND OF INDIANS (hereinafter referred to as "Plaintiff"), as follows:

**ALLEGATIONS CONTAINED IN SECTION I - INTRODUCTION**

In response to paragraph 1 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION II - JURISDICTION AND VENUE**

In response to paragraphs 2 and 3 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION III - PARTIES**

In response to paragraphs 4 and 5 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION IV - FACTS**

In response to paragraphs 6, 7, 8, and 9 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION V - CLAIM FOR RELIEF**

In response to paragraphs 10, 11, 12, and 13 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION VI - PRAYER FOR RELIEF**

In response to paragraphs 1, 2, 3, 4, 5, 6, and 7 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendants has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

## AFFIRMATIVE DEFENSES

As and for affirmative defenses to the Claim for Relief set forth against it in the Cahuilla Band of Indians' Complaint in Intervention on file in the instant action, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State Claim)

As and for a first separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges that the Cahuilla Band of Indians' Complaint in Intervention fails to state a claim against it upon which the Court can grant the relief sought.

### SECOND AFFIRMATIVE DEFENSE

(Estoppel)

As and for a second separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes, and on that basis alleges, that the Cahuilla Band of Indians is estopped from asserting a claim against it by reason of the facts that, there are a number of groundwater basins and sub-basins situated in the watershed, that any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property is in a portion of the watershed that is not a source of supply to the Cahuilla Band of Indians Reservation, and that the production and use of water on any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property does not have a material adverse effect on the water supply to the Cahuilla Band of Indians' Reservation.

### THIRD AFFIRMATIVE DEFENSE

(Reasonable and Beneficial Use)

As and for a third separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians' use of water, both presently and in the future, is limited by the reasonable and beneficial use limitations set forth in Article X, Section 2 of the California Constitution and Water Code § 100.

**FOURTH AFFIRMATIVE DEFENSE**

(Riparian Rights)

As and for a fourth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that it has or may have riparian rights to surface waters flowing upon or adjacent to, or in the known and defined channels of underground streams from time to time flowing through any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property; and that, to the extent that it takes or claims the right to take water from such sources, the Cahuilla Band of Indians' claims are barred as against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

**FIFTH AFFIRMATIVE DEFENSE**

(Appropriative Rights)

As and for a fifth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION claims the appropriative rights to produce water from the basins and sub-basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties and water facilities are situated; and, to the extent that the basins and sub-basins over which the Cahuilla Band of Indians' Reservation and water production facilities are situated are separate and independent from the basins and sub-basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties and water production facilities are situated, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians is barred from the relief sought against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

**SIXTH AFFIRMATIVE DEFENSE**

(Waiver)

As and for a sixth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that even if the facts alleged in the Cahuilla Band of Indians' Complaint in Intervention are true, and the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION denies the same, the Cahuilla Band of Indians has engaged in conduct and activities that it knew or should have known that the SAN DIEGO

1  STATE UNIVERSITY RESEARCH FOUNDATION would, in fact, rely on to its prejudice and
2  detriment, sufficient to constitute a waiver of any claims and demands against the SAN DIEGO
3  STATE UNIVERSITY RESEARCH FOUNDATION; and, accordingly, the Cahuilla Band of
4  Indians is barred from the relief sought against the SAN DIEGO STATE UNIVERSITY
5  RESEARCH FOUNDATION.

### SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

8  As and for a seventh separate and affirmative defense to the Claim for Relief, the SAN
9  DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on
10 that basis alleges that the Cahuilla Band of Indians failed to take reasonable, prudent, and
11 necessary steps to diminish, control and/or mitigate the damages allegedly suffered by the
12 Cahuilla Band of Indians, if any.

### EIGHTH AFFIRMATIVE DEFENSE

(Failure to Do Equity)

15 As and for an eighth separate and affirmative defense to the Claim for Relief, the SAN
16 DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on
17 that basis alleges that the Cahuilla Band of Indians' ability to obtain relief as prayed in the
18 Cahuilla Band of Indians' Complaint in Intervention is or may be limited by reason of the
19 Cahuilla Band of Indians' failure to do equity in the matters alleged in the Cahuilla Band of
20 Indians' Complaint in Intervention.

### NINTH AFFIRMATIVE DEFENSE

(Comparative Fault)

23 As and for a ninth separate and affirmative defense to the Claim for Relief, the SAN
24 DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on
25 that basis alleges that the Cahuilla Band of Indians failed to exercise ordinary care, caution and
26 prudence in connection with its water production and the use of water by its members; and that
27 the Cahuilla Band of Indians' lack of care, caution and prudence was independent of and unrelated
28 to the actions, if any, of the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION;

and to that extent, the Cahuilla Band of Indians' production and uses are unreasonable and non-beneficial, and the Cahuilla Band of Indians'' remedies and recovery, if any, should be proportionately reduced.

### TENTH AFFIRMATIVE DEFENSE
(Doctrine of Laches)

As and for a tenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians' claims are barred by the Doctrine of Laches.

### ELEVENTH AFFIRMATIVE DEFENSE
(Excuse)

As and for an eleventh separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any purported misconduct on its part, which is denied but alleged herein solely for the purpose of asserting this affirmative defense, has been excused by some or all of the Cahuilla Band of Indians' own misconduct.

### TWELFTH AFFIRMATIVE DEFENSE
(Justification)

As and for a twelfth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any production and use of water is and has been justified.

### THIRTEENTH AFFIRMATIVE DEFENSE
(Good Faith)

As and for a thirteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges a good faith belief that it had the rights to produce and use water it has produced and used.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Lack of Good Faith)

As and for a fourteenth separate and affirmative defense to the Claim for Relief, the SAN

DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians is failing to act in good faith and to deal fairly in regards to this claim and on that basis, the Cahuilla Band of Indians is precluded from obtaining the relief sought in the Cahuilla Band of Indians' Complaint in Intervention.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

As and for a fifteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians' claims are barred by the applicable statutes of limitations.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

As and for a sixteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that it may have additional affirmative defenses available of which the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is not fully aware at the present time. The SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION reserves the right to assert additional affirmative defenses after the same have been ascertained.

WHEREFORE, Defendant prays that:

1. That the Cahuilla Band of Indians take nothing by way of the First Amended Complaint in intervention and that it be dismissed as to SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.
2. That the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION not be enjoined from withdrawing surface and underground water from any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties, or any other properties that the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION may hereafter own or to which it may have rights of use;
3. For attorney's fees as authorized by law;
4. For costs of suit herein incurrred; and

5.    For such other and further relief as the Court deems just and proper.

BARMASSE, COHEN & BURGE

Dated: June 17, 2008.                By /s/_____
ROBERT M. COHEN
Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re:   United States of America v. Fallbrook Public Utility District, et al.
      U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB
[No. 1247-SD-C]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 30423 Canwood Street, Suite 208, Agoura Hills, CA 91301.

On June 17, 2008, I served a true copy of the within document described as ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO CAHUILLA BAND OF INDIANS FIRST AMENDED COMPLAINT INTERVENTION on the interested parties in this action in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

**( X )  BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service with the postage thereon fully prepaid at Agoura Hills, California, in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(  )  BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. section 1011.

**( X )  BY CM/ECF** - I served the foregoing document(s) by filing them electronically, in compliance with the Electronic Case Filing Rules.

**( X )  BY FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2008, at Agoura Hills, California.

_____/s/_____
Virginia Zaremba

<u>United States of America/Cahuilla Band of Indians vs. Fallbrook Public Utility District, et al.</u>
Federal District Court Case No: CIVIL NO: 1247-SD-C
<u>United States of America/Ramona Band of Cahuilla, Chaulla Band of Indians vs. Fallbrook Public Utility District, et al.</u>
Federal District Court No.: CIVIL NO.: 1247-SD-C

SERVICE/MAILING LIST

**PLTF'S ATTY:**
Curtis G. Berkey/Scott W. Williams
ALEXANDER, BERKEY, WILLIAMS, & WEATHERS
2030 Addison St., Ste. 410
Berkeley, CA 94704
510/548-7070  - FAX: 510/548-7080
(**Attys for Plaintiff-Intervenor RAMONA BAND OF CAHUILLA**)

Marco Gonzales
COAST LAW GROUP
169 Saxony Rd., Ste. 204
Encinitas, CA 92024
760/942-8505  -   FAX: 760/942-8515
(**Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS**)

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
505/899-7994  - FAX: 505/899-7972
(**Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS**)

(Updated 5/20/08)

---

10

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO CAHUILLA BAND OF INDIANS FIRST AMENDED COMPLAINT IN INTERVENTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO CAHUILLA BAND OF INDIANS FIRST AMENDED COMPLAINT IN INTERVENTION