Robert M. Cohen - #97488
BARMASSE, COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301

(818) 991-7514

Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 1247-SD-C |
| Plaintiff, | **ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT INTERVENTION** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | |
| Plaintiff-Intervenors, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

(hereinafter referred to as "Defendant"), answers the First Amended Complaint in Intervention

(hereinafter referred to as the "Complaint in Intervention") filed by Plaintiff RAMONA BAND

OF CAHUILLA'S (hereinafter referred to as "Plaintiff"), as follows:

## **ALLEGATIONS CONTAINED IN SECTION I - INTRODUCTION**

In response to paragraph 1 of the Complaint in Intervention of the Ramona Band of

Cahuilla, this answering Defendant has no information or belief sufficient to enable it to answer

the allegations contained in said paragraphs and, basing its denial on said grounds, this answering

Defendant generally and specifically denies each and every allegation contained herein.

1    **ALLEGATIONS CONTAINED IN SECTION II - JURISDICTION AND VENUE**

2        In response to paragraphs 2 and 3 of the Complaint in Intervention of the Ramona Band

3    of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to

4    answer the allegations contained in said paragraphs and, basing its denial on said grounds, this

5    answering Defendant generally and specifically denies each and every allegation contained

6    herein.

7    **ALLEGATIONS CONTAINED IN SECTION III - PARTIES**

8        In response to paragraphs 4 and 5 of the Complaint in Intervention of the Ramona Band

9    of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to

10   answer the allegations contained in said paragraphs and, basing its denial on said grounds, this

11   answering Defendant generally and specifically denies each and every allegation contained

12   herein.

13   **ALLEGATIONS CONTAINED IN SECTION IV - FACTS**

14       In response to paragraphs 6, 7, 8, and 9 of the Complaint in Intervention of the Ramona

15   Band of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to

16   answer the allegations contained in said paragraphs and, basing its denial on said grounds, this

17   answering Defendant generally and specifically denies each and every allegation contained

18   herein.

19   **ALLEGATIONS CONTAINED IN SECTION V - CLAIM FOR RELIEF**

20       In response to paragraphs 10, 11, 12, and 13 of the Complaint in Intervention of the

21   Ramona Band of Cahuilla, this answering Defendant has no information or belief sufficient to

22   enable it to answer the allegations contained in said paragraphs and, basing its denial on said

23   grounds, this answering Defendant generally and specifically denies each and every allegation

24   contained herein.

25   **ALLEGATIONS CONTAINED IN SECTION VI - PRAYER FOR RELIEF**

26       In response to paragraphs 1, 2, 3, 4, 5, 6, and 7 of the Complaint in Intervention of the

27   Ramona Band of Cahuilla, this answering Defendants has no information or belief sufficient to

28   enable it to answer the allegations contained in said paragraphs and, basing its denial on said

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF
CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

1  grounds, this answering Defendant generally and specifically denies each and every allegation
2  contained herein.

3  **AFFIRMATIVE DEFENSES**

4  As and for affirmative defenses to the Claim for Relief set forth against it in the Ramona
5  Band of Cahuilla  Complaint in Intervention on file in the instant action, the SAN DIEGO
6  STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges as follows:

7  **FIRST AFFIRMATIVE DEFENSE**

8  (Failure to State Claim)

9  As and for a first separate and affirmative defense to the Claim for Relief, the SAN
10 DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges that the
11 Ramona Band of Cahuilla  Complaint in Intervention fails to state a claim against it upon which
12 the Court can grant the relief sought.

13 **SECOND AFFIRMATIVE DEFENSE**

14 (Estoppel)

15 As and for a second separate and affirmative defense to the Claim for Relief, the SAN
16 DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes, and on
17 that basis alleges, that the Ramona Band of Cahuilla is estopped from asserting a claim against it
18 by reason of the facts that, there are a number of groundwater basins and sub-basins situated in
19 the watershed, that any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION
20 property is in a portion of the watershed that is not a source of supply to the Ramona Band of
21 Cahuilla Reservation, and that the production and use of water on any SAN DIEGO STATE
22 UNIVERSITY RESEARCH FOUNDATION property does not have a material adverse effect on
23 the water supply to the  Ramona Band of Cahuilla Reservation.

24 **THIRD AFFIRMATIVE DEFENSE**

25 (Reasonable and Beneficial Use)

26 As and for a third separate and affirmative defense to the Claim for Relief, the SAN
27 DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of
28 Cahuilla  use of water, both presently and in the future, is limited by the reasonable and

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF
CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

1   beneficial use limitations set forth in Article X, Section 2 of the California Constitution and

2   Water Code § 100.

### FOURTH AFFIRMATIVE DEFENSE

4   (Riparian Rights)

5   As and for a fourth separate and affirmative defense to the Claim for Relief, the SAN

6   DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that it has or may have

7   riparian rights to surface waters flowing upon or adjacent to, or in the known and defined

8   channels of underground streams from time to time flowing through any SAN DIEGO STATE

9   UNIVERSITY RESEARCH FOUNDATION property; and that, to the extent that it takes or

10  claims the right to take water from such sources, the Ramona Band of Cahuilla claims are barred

11  as against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

### FIFTH AFFIRMATIVE DEFENSE

13  (Appropriative Rights)

14  As and for a fifth separate and affirmative defense to the Claim for Relief, the SAN

15  DIEGO STATE UNIVERSITY RESEARCH FOUNDATION claims the appropriative rights to

16  produce water from the basins and sub-basins over which any SAN DIEGO STATE

17  UNIVERSITY RESEARCH FOUNDATION properties and water facilities are situated; and, to

18  the extent that the basins and sub-basins over which the Ramona Band of Cahuilla  Reservation

19  and water production facilities are situated are separate and independent from the basins and sub-

20  basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

21  properties and water production facilities are situated, the SAN DIEGO STATE UNIVERSITY

22  RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla is barred from the relief

23  sought against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

### SIXTH AFFIRMATIVE DEFENSE

25  (Waiver)

26  As and for a sixth separate and affirmative defense to the Claim for Relief, the SAN

27  DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that even if the facts

28  alleged in the Ramona Band of Cahuilla  Complaint in Intervention are true, and the SAN

1   DIEGO STATE UNIVERSITY RESEARCH FOUNDATION denies the same, the Ramona

2   Band of Cahuilla  has engaged in conduct and activities that it knew or should have known that

3   the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION would, in fact, rely on to

4   its prejudice and detriment, sufficient to constitute a waiver of any claims and demands against

5   the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION; and, accordingly, the

6   Ramona Band of Cahuilla is barred from the relief sought against the SAN DIEGO STATE

7   UNIVERSITY RESEARCH FOUNDATION.

8                              **SEVENTH AFFIRMATIVE DEFENSE**

9                                   (Failure to Mitigate Damages)

10          As and for a seventh separate and affirmative defense to the Claim for Relief, the SAN

11  DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on

12  that basis alleges that the Ramona Band of Cahuillas failed to take reasonable, prudent, and

13  necessary steps to diminish, control and/or mitigate the damages allegedly suffered by the

14  Ramona Band of Cahuilla, if any.

15                              **EIGHTH AFFIRMATIVE DEFENSE**

16                                   (Failure to Do Equity)

17          As and for an eighth separate and affirmative defense to the Claim for Relief, the SAN

18  DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on

19  that basis alleges that the Ramona Band of Cahuilla' ability to obtain relief as prayed in the

20  Ramona Band of Cahuilla Complaint in Intervention is or may be limited by reason of the

21  Ramona Band of Cahuilla  failure to do equity in the matters alleged in the Ramona Band of

22  Cahuilla Complaint in Intervention.

23                              **NINTH AFFIRMATIVE DEFENSE**

24                                   (Comparative Fault)

25          As and for a ninth separate and affirmative defense to the Claim for Relief, the SAN

26  DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on

27  that basis alleges that the Ramona Band of Cahuilla failed to exercise ordinary care, caution and

28  prudence in connection with its water production and the use of water by its members; and that

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF
CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

the Ramona Band of Cahuilla lack of care, caution and prudence was independent of and unrelated to the actions, if any, of the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION; and to that extent, the Ramona Band of Cahuilla production and uses are unreasonable and non-beneficial, and the Ramona Band of Cahuilla remedies and recovery, if any, should be proportionately reduced.

## TENTH AFFIRMATIVE DEFENSE

(Doctrine of Laches)

As and for a tenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla claims are barred by the Doctrine of Laches.

## ELEVENTH AFFIRMATIVE DEFENSE

(Excuse)

As and for an eleventh separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any purported misconduct on its part, which is denied but alleged herein solely for the purpose of asserting this affirmative defense, has been excused by some or all of the Ramona Band of Cahuilla own misconduct.

## TWELFTH AFFIRMATIVE DEFENSE

(Justification)

As and for a twelfth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any production and use of water is and has been justified.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Good Faith)

As and for a thirteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges a good faith belief that it had the rights to produce and use water it has produced and used.

## FOURTEENTH AFFIRMATIVE DEFENSE

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

(Lack of Good Faith)

As and for a fourteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla is failing to act in good faith and to deal fairly in regards to this claim and on that basis, the Ramona Band of Cahuilla is precluded from obtaining the relief sought in the Ramona Band of Cahuilla Complaint in Intervention.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

As and for a fifteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla claims are barred by the applicable statutes of limitations.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

As and for a sixteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that it may have additional affirmative defenses available of which the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is not fully aware at the present time.  The SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION reserves the right to assert additional affirmative defenses after the same have been ascertained.

WHEREFORE, Defendant prays that:

1.    That the Ramona Band of Cahuilla take nothing by way of the First Amended Complaint in intervention and that it be dismissed as to SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

2.    That the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION not be enjoined from withdrawing surface and underground water from any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties, or any other properties that the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION may hereafter own or to which it may have rights of use;

7

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

1    3.    For attorney's fees as authorized by law;

2    4.    For costs of suit herein incurred; and

3    5.    For such other and further relief as the Court deems just and proper.

4                                          BARMASSE, COHEN & BURGE

5

6    Dated: June 17, 2008.              By /s/_____
                                           ROBERT M. COHEN
7                                          Attorneys for Defendant SAN DIEGO
                                           STATE UNIVERSITY RESEARCH
8                                          FOUNDATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re:    United States of America v. Fallbrook Public Utility District, et al.
       U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB
[No. 1247-SD-C]

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is: 30423 Canwood Street, Suite 208, Agoura Hills, CA 91301.

On June 17, 2008, I served a true copy of the within document described as ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S  FIRST AMENDED COMPLAINT INTERVENTION on the interested parties in this action in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

**( X )  BY MAIL**  - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service with the postage thereon fully prepaid at Agoura Hills, California, in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(  )   BY PERSONAL SERVICE  - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. section 1011.

**( X )  BY CM/ECF**  - I served the foregoing document(s) by filing them electronically, in compliance with the Electronic Case Filing Rules.

**( X )  BY FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2008, at Agoura Hills, California.


_____/s/_____
Virginia Zaremba

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

1
2   United States of America/Cahuilla Band of Indians vs. Fallbrook Public Utility District, et al.
    Federal District Court Case No: CIVIL NO: 1247-SD-C
3   United States of America/Ramona Band of Cahuilla, Chaulla Band of Indians vs. Fallbrook
    Public Utility District, et al.
    Federal District Court No.: CIVIL NO.: 1247-SD-C
4

5                           SERVICE/MAILING LIST

6
    **PLTF'S ATTY:**
7   Curtis G. Berkey/Scott W. Williams
    ALEXANDER, BERKEY, WILLIAMS, & WEATHERS
8   2030 Addison St., Ste. 410
    Berkeley, CA 94704
9   510/548-7070  - FAX: 510/548-7080
    **(Attys for Plaintiff-Intervenor RAMONA BAND OF CAHUILLA)**
10
    Marco Gonzales
11  COAST LAW GROUP
    169 Saxony Rd., Ste. 204
12  Encinitas, CA 92024
    760/942-8505  -  FAX: 760/942-8515
13  **(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)**

14  Susan M. Williams (Pro Hac Vice)
    Sarah S. Works (Pro Hac Vice)
15  WILLIAMS & WORKS, P.A.
    P.O. Box 1483
16  Corrales, NM 87049
    505/899-7994  - FAX: 505/899-7972
17  **(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)**

18

19

20

21

22

23

24

25
    (Updated 5/20/08)
26

27

28

---

ANSWER OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF
CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION