```
 1  JOHN A. KARACZYNSKI (SBN 93108)
    AKIN GUMP STRAUSS HAUER & FELD LLP
 2  2029 Century Park East, Suite 2400
    Los Angeles, California 90067-3012
 3  Telephone:    310-229-1000
    Facsimile:    310-229-1001
 4  Email:        jkaraczynski@akingump.com

 5  DON PONGRACE (Pro Hac Vice)
    RODNEY B. LEWIS (Pro Hac Vice)
 6  JAMES MEGGESTO (Pro Hac Vice)
    AKIN GUMP STRAUSS HAUER & FELD LLP
 7  1333 New Hampshire Avenue, N.W.
    Washington, DC 20036
 8  Telephone:    202-887-4000
    Facsimile:    202-887-4288
 9  Email:        dpongrace@akingump.com
    Email:        rlewis@akingump.com
10  Email:        jmeggesto@akingump.com

11  Attorneys for Plaintiff-Intervenor and Defendant
    PECHANGA BAND OF LUISENO INDIANS
12
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>                    Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**NOTICE OF WITHDRAWAL OF PETER J. MORT AS COUNSEL**<br><br>Judge:   Hon. Gordon Thompson, Jr. |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that Peter J. Mort hereby withdraws as counsel of record for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians. Mr. Mort is currently on medical leave. Pursuant to the Notice of Appearance of Attorney filed on June 11, 2008 (Document No. 5017) by John A. Karaczynski of Akin Gump Strauss Hauer & Feld, LLP, 2029 Century Park East,

1

1  Suite 2400, Los Angeles, California 90067-3012 (310) 229-1000, Mr. Karaczynski will act as lead
2  counsel in this matter for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians.
3      All pleadings, discovery, correspondence and other material in connection with this action
4  should be served upon counsel for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno
5  Indians at the following addresses:

                John A. Karaczynski
       Akin Gump Strauss Hauer & Feld, LLP
       2029 Century Park East, Suite 2400
            Los Angeles, California 90067
               Tel: (310) 229-1000
              Fax: (310) 229-1001
      Email: jkaraczynski@akingump.com

        Don Pongrace *(Pro Hac Vice)*
       Rodney B. Lewis *(Pro Hac Vice)*
       James Meggesto *(Pro Hac Vice)*
    Akin Gump Strauss Hauer & Feld LLP
     1333 New Hampshire Avenue, N.W.
          Washington, DC 20036
         Tel:   202-887-4000
        Fax:  202-887-4288
     Email: dpongrace@akingump.com
      Email: rlewis@akingump.com
     Email: jmeggesto@akingump.com

Dated: June 18, 2008                AKIN GUMP STRAUSS HAUER & FELD LLP


                             By   s/John A. Karaczynski
                             Attorney for Plaintiff-Intervenor and Defendant
                             Pechanga Band of Luiseno Indians

Notice of Withdrawal of
Peter J. Mort as Counsel                                                              51-CV-1247-GT-RBB

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On June 18, 2008, I caused the following document(s) to be served in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT: **NOTICE OF WITHDRAWAL OF PETER J. MORT AS COUNSEL** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 18, 2008, at Los Angeles, California.

_John A. Karaczynski_                          _s/John A. Karaczynski_
[Print Name of Person Executing Proof]         [Signature]

## SERVICE LIST

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

4

Notice of Withdrawal of
Peter J. Mort as Counsel

51-CV-1247-GT-RBB

| | |
|---|---|
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Jackie Spanley<br>AVMAC<br>P.O. Box 391312<br>Anza, CA 92539 |
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 |
| Linda Garcia<br>Riverside Co. Flood Control and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Western Land Financial<br>and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 |
| Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |

5

Notice of Withdrawal of
Peter J. Mort as Counsel

51-CV-1247-GT-RBB

| | |
|---|---|
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 | Michael L. Tidus<br>Michele A. Staples<br>Paige H. Gosney<br>Jackson \| DeMarco \| Tidus \| Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 |
| | Elsa Barton |

Notice of Withdrawal of
Peter J. Mort as Counsel                                    51-CV-1247-GT-RBB

| | | |
|---|---|---|
| 1 | Anza Holdings LLC<br>1220 Spinnaker Trail | 217 No. Palm<br>Hemet, CA 92543 |
| 2 | Monument, CO 80132 | |
| 3 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd. | Anza Acreage, LLC<br>1310 Stratford Court |
| 4 | Canyon Lake, CA 92587 | Del Mar, CA 92014 |
| 5 | Khyber Courchesne<br>1264 Page Street | Briar McTaggart1<br>642 Merion Way 40E |
| 6 | San Francisco, CA 94117 | Seal Beach, CA 90740 |
| 7 | Anna Gale James<br>40275 Curry Court | Billy Ward<br>P O Box 5878 |
| 8 | Aguanga, CA 92536 | San Diego, CA 92165 |
| 9 | | |
| 10 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson1<br>4205 Minorca Cove |
| 11 | | Del Mar, CA 92014-2932 |
| 12 | Michael J Machado<br>Pamela M. Machado | Barbara J Carr Trust<br>Barbara J. Carr, Trustee |
| 13 | P O Box 391607<br>Anza, CA 92539 | 20571 Bexley Road<br>Jamul, CA 91935-7945 |

7

Notice of Withdrawal of
Peter J. Mort as Counsel

51-CV-1247-GT-RBB