THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
KAREN L. TACHIKI, General Counsel, SBN 91539
PETER E. Von HAAM, Sr. Deputy General Counsel, SBN 165586
CATHERINE M. STITES, Sr. Deputy General Counsel, SBN 188534
700 North Alameda Street
Los Angeles, California   90012-2944
Mailing address:  P.O. Box 54153
Los Angeles, California 90054-0153
Telephone:  (213) 217-6533
Facsimile:   (213) 217-6890
Email:  cstites@mwdh2o.com

*Exempt from filing Fee Pursuant to Government Code Section 6103*

Attorneys for Defendant, THE METROPOLITAN
WATER DISTRICT OF SOUTHERN
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | Civil Action No. 51-1247-SD-GT<br><br>NOTICE OF TEMPORARY SUSPENSION OF RELEASES |
|---|---|

TO ALL PARTIES OF RECORD, Defendant Metropolitan Water District of Southern California ("Metropolitan") hereby provides notice that it will resume making releases of water to Tucolata Creek from Lake Skinner and Warm Springs Creek from the San Diego Canal near Diamond Valley Lake.  These releases are made pursuant to the respective memoranda of agreement for the operation of these Metropolitan facilities, which are incorporated into the Judgment in the above-referenced action.

///

As noted in the March 6, 2008 notice on this matter, Metropolitan temporarily suspended deliveries on December 8, 2007 to comply with recently enacted California law prohibiting release of the invasive (non-native) Dreissenid mussels, including Quagga Mussels, into waters of the state. Working in consultation with the California Department of Fish and Game, Metropolitan prepared Action Plans for Required Releases that will allow it to deliver water in compliance with the new law. Presently, Metropolitan has a balance of 131 acre feet ("AF") and 22.4 AF of required releases that were suspended and will be released at Tucalota and Warm Springs Creeks, respectively. In sum, Metropolitan's Action Plans for Required Releases will deliver this water as follows:

1. <u>Tucalota Creek Release Plan</u>. The action plan takes advantage of the fact that Tucalota creek is dry below the Lake Skinner dam and for more than 2.5 miles downstream. The action plan prevents the transport of Quagga Mussel veligers (larval stages) into the Tucalota Creek and downstream tributaries by percolating release water into the ground prior to reaching any downstream surface water. In preparation for the release, raw chlorinated water from Lake Skinner will be held in a 2.5 AF capacity Discharge Holding Basin for a 24-hour period to provide sufficient time for dechlorination. After the 24-hour period and once the raw water is deemed to have a chlorine residual of 0.5 milligrams per liter or less, it will be discharged to Tucalota Creek. The progression of the release flow will be monitored at a series of four downstream checkpoints, to ensure that releases percolate prior to reaching downstream surface water. A decision matrix is in place, for each checkpoint, which will trigger a decrease or cessation in release flow rate if releases encroach upon established checkpoints or if a rain event is forecasted. This process will be repeated every two to three days, at approximately 7.5 AF per week, until the balance of Required Releases are discharged. Tucalota Creek releases will begin on June 23, 2008 and, at an estimated flow rate of 1.25 cubic feet per second ("cfs"), will be completed by the first week of November. This plan will be implemented on a temporary basis until such time that a permanent plan can be implemented. Metropolitan will provide further notice when a permanent or alternate plan is adopted.

2. <u>Warm Springs Creek Release Plan</u>. Warm Springs Creek releases will be accomplished by a discharge of State Water Project supply, which is not known to be infested with Quagga Mussels. State Water Project water will be released via a six-inch temporary pipeline supplied by the Eastside Pipeline at Diamond Valley Lake's Wadsworth Pumping Plant. The pipeline will transport the water to the current release point canal that flows to Warm Springs Creek. Warm Springs Creek releases are to begin on July 14, 2008 and, at a flow rate of 1.0 cfs, will be completed by July 26, 2008. This plan will be implemented on a temporary basis until such time that a permanent plan can be implemented. Metropolitan will provide further notice when a permanent or alternate plan is adopted.

Together these plans allow Metropolitan to release the full amount of water required to comply with its obligations under the memoranda of agreement incorporated into the Judgment herein. Additional information on Metropolitan's Action Plans for Required Releases is available upon request by contacting William Pecsi at Metropolitan at (213) 217-6780 or wpecsi@mwdh2o.com.

As directed by the Watermaster for this Judgment, Metropolitan will publish this notice as follows:

1. Post this notice in a public area and make copies available to the public for examination during normal working hours at the offices of:

Fallbrook Public Utility District
900 East Mission Road, Fallbrook, CA
Rancho California Water District
42135 Winchester Road, Temecula, CA

Metropolitan Water District of So. Calif.
Lake Skinner Reservoir Field Office
33740 Borel Road, Winchester, CA.

2. Publish this notice, once a week, for at least two weeks commencing no later than July 7, 2008 in the Riverside Press Enterprise, North County Times (Fallbrook Edition), and The Californian (Temecula Edition).

///

3. Mail a copy of this notice to all parties identified on the attached Mailing Lists, which is being done simultaneously with filing of this notice.

DATED: June 20, 2008

KAREN L. TACHIKI, General Counsel
PETER E. VON HAAM, Senior Deputy General Counsel
CATHERINE M. STITES, Senior Deputy General Counsel

*/s/ Catherine M. Stites*

CATHERINE M. STITES
Attorneys for Defendant THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 700 North Alameda Street, Los Angeles, California 90012.

On June 20, 2008, I served the foregoing document described as: NOTICE OF RESUMPTION OF RELEASES on the interested parties in this action by placing ☒ true copies ☐ the original thereof, enclosed in a sealed envelope(s) addressed as follows:

SEE ATTACHED MAILING/SERVICE LIST

☒ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐ (PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

☐ (FEDERAL EXPRESS) I caused said envelope(s) to be sent by Federal Express to the address(s) marked with a +++.

☐ (FACSIMILE) In addition to the above service by mail, personal service or Federal Express, I caused said document(s) to be transmitted by facsimile approximately _____ a.m./p.m. to the address(s) marked with a ^^^.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (FEDERAL) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence was deposited with the United States Postal Service this same day in the ordinary course of business.

Executed June 20, 2008, at Los Angeles, California.

_____
Teresa J. Maropoulos

NOTICE OF TEMPORARY SUSPENSION OF RELEASES

## SERVICE LIST

(Court Approved)
Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Director
Riverside Co. Planning
4080 Lemon St., 9th Floor
Riverside, CA 92502

Jackie Spanley
AVMAC
P.O. Box 391312
Anza, CA 92539

Temecula Ranchos
C/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Nobuo Kamata
C/O Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Jill Willis, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

C. Michael Cowett, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Patrick Barry, Esq.
Justice Dept. Environment & Natural Resources
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378

1

SDSU Field Station Programs
Attn: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Joseph Jackson, Assistant General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Asst. Chief of Staff, Facilities
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Linda Garcia
Riverside Co. Flood Control
And Water Conservation District
1995 Market Street
Riverside, CA 92501

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Donald R. Pongrace, Esq.
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Peter J. Mort, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028

Jack Griffiths, Board Member
Rainbow Municipal Water District
6412 Lago Grande Drive
Bonsall, CA 92003

Counsel Western Bases
P.O. Box 555231
Marine Corps Base – Bldg. 1254
Camp Pendleton, CA 92055-5231

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

John O'Donnell
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

2

Craig Elitharp
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Tom Crouch
Water Resource Manager
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Asst. Chief of Staff, Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Daniel M. Lizzul, Director
Office of Water Resources
Assistant Chief of Staff, Facilities
Marine Corps Base Box 555013
Camp Pendleton, CA 92055-5013

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Pamela Williams, Solicitor Office
U.S. Dept. of Interior
Division of Indian Affairs
1849 C. Street NW, Room 6456
Washington, DC 20240

Mr. Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla
39440 Cary Road
Anza, CA 92539

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
P.O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Steven Evanko
Office of Water Resources
Asst. Chief of Staff, Facilities
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David Glazer, Esq.
US DOJ Env. & Nat Res. Dept.
Natural Resources Section
301 Howard Street, Ste. 1050
San Francisco, CA 94105

James J. Fletcher
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Mr. Manual Hamilton
Ramona Band of Cahuilla
P.O. Box 391372
Anza, CA 92539

Scott Williams, Esq.
Alexander, Berkey, Williams and Weathers
Counsel for Ramona Band of Cahuilla
2030 Addison Street, Suite 410
Berkley, CA 94704

Francis and Jean Domenigoni
Francis N. and Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Steve Larson
S.S. Papadopulos & Associates
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Curtis Berkey, Esq.
Alexander, Berkey, Williams and Weathers
Counsel for Ramona Band of Cahuilla
2030 Addison Street, Suite 410
Berkley, CA 94704

Elsa Barton
217 No. Palm
Hemet, CA 92543

Michelle Staples, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Mark Luker
Pechanga Tribal Council
P.O. Box 1477
Temecula, CA 92593

Louidar
P.O. Box 891510
Temecula, CA 92591

Anthony Madrigal, Sr.
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539-1760

4

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Susan M. Williams, Esq.
Williams & Works, P.A.
P.O. Box 1483
Corrales, NM 87048

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

(Homeowners)
957 040 002
Norway & France LLC
1414 Kona Kai Ln
Escondido, CA 92029

957 040 003
Riverside County Flood Control & Water
1995 Market St.
Riverside, CA 92501

957 040 005
Donald James & Ernie Rose
28956 New Harmony Ct.
Menifee, CA 92584

957 330 025
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 330-029
Riverside County Flood Control & Water
1995 Market St.
Riverside, CA 92501

957 330 030
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 330 031
Riverside County Flood Control & Water
1995 Market St.
Riverside, CA 92501

957 330 033
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 330 034
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 350 012
Pulte Home Corp
2 Technology Dr.
Irvine, CA 92618

957 350 016
Rancho Temecula New Covenant Fello
11988 El Camino Real #200
San Diego, CA 92130

957 350 018
Rancho Temecula New Covenant Fello
38801 Calistoga Dr.
Murrieta, CA 92563

957 371 001
Pointe Murrieta Partners
2552 Walnut Ave., #150
Tustin, CA 92780

957 371 005
Commons Silverhawk
3151 Airway Ave., #T1
Costa Mesa, CA 92626

957 371 006
Commons Silverhawk
3151 Airway Ave #T1
Costa Mesa, CA 92626

964 030 010
MWD
P.O. Box 54153
Los Angeles, CA 90054

964 050 019
Jessie Avila & Leticia Avila
13108 Gelding Ct.
Corona, CA 92883

964 050 020
Craig Cawley
32624 Mazoe St.
Winchester, CA 92596

964 050 021
Carvi Auto Body & Paint, Inc.
18266 Santa Carlotta St.
Fountain Valley, CA 92708

964 050 022
MWD
P.O. Box 54153
Los Angeles, CA 90054

964 050 029
Roger Cuevas & Cecilia Cuevas
1849 Ayers Way
Burbank, CA 91501

964 050 030
Samuel Desantiago
6371 Frank Ave
Mira Loma, CA 91752

964 050 035
Patricia Miller
16502 Nectarine Way
Lake Elsinore, CA 92530

964 050 036
Raymond Ferguson & Cammie Braga
29184 Old Wranger Rd
Canyon Lake, CA 92587

964 080 002
Alexander Borel
37760 Borel Rd
Murrieta, CA 92563

964 080 003
Alexander Ray Borel & Aeonard Roy B
37615 Leon Rd
Murrieta, CA 92563

964 080 007
Centex Homes
1265 Corona Pointe Ct
Corona, CA 92879

964 080 012
Rancho Bella Vista
1 Better World Cr #300
Temecula, CA 92590

964 110 001
Robert Carter & Jane Carter
P.O. Box 947
Temecula, CA 92593

964 110 003
David Ray Hopkins & Cherlyn Ann Ho
37523 Mary Francis Rd
Winchester, CA 92596

964 110 006
Anthony Tessier
32295 Buena Ventura Road
Winchester, CA 92596

964 110 023
Francisco Cornejo
P.O. Box 890395
Temecula, CA 92589

6

964 110 024
Alfonso Munoz & Manuela Munoz
37600 Pourroy Rd
Winchester, CA  92596

Peter Van Loon
33625 Holland Rd.
Winchester, CA  92596

Greg Norris
32585 Beeler
Winchester, CA  92596

Stanley Pederson
32785 Pine Park Rd.
Winchester, CA  92596

Mike and Gay Smith
31260 Scott Rd.
Winchester, CA  92596

Sidney Fields
26629 Sun City Blvd.
Sun City, CA  92586

Andy Domenigoni
33011 Holland Rd
Winchester, CA  92596

West Coast Turf Farm
(Andy Domenigoni)
31755 Winchester
Winchester, CA  92596

Vance E. Harris
31690 Scott Rd.
Winchester, CA  92596

David Richardson
31530 Scott Rd.
Winchester, CA  92596

Bret Eubank
31235 Loretta Rd.
Winchester, CA  92596

Juana Barajas
18550 VanBuren Blvd.
Winchester, CA  92596