Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Defendant
Jojoba Hills, S.K.P. Resort, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**PROOF OF SERVICE**<br><br>Date:   June 30, 2008<br>Time:   2:00 p.m.<br>Room:  8 – Third Floor<br>Judge:  Hon. Gordon Thompson |

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **June 23, 2008**, I served the foregoing document described as **REPLY BRIEF IN SUPPORT OF DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC.'S MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

-1-                                                                Civ. 51-1247-SD-GT
**PROOF OF SERVICE**

1     ☒     By Mail: I deposited such envelopes in the United States Mail at Irvine, California with
2 postage thereon fully prepaid.
3        Executed on June 23, 2008, at Irvine, California.
4        I hereby certify that I am employed in the office of a member of the bar of this Court at
5 whose direction this service was made.
6        I hereby certify under penalty of perjury that the foregoing is true and correct.

                                                                                *Debby Tankersley* (signature)
                                                                                Debby Tankersley

## MAILING LIST
### *United States of America v. Fallbrook Public Utility District, et al.*
### United States District Court- SD of California
### Case No. 51-1247-SD-GT

| | |
|---|---|
| Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street<br>Suite 1<br>Fallbrook, CA 92028-2025 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Pamela M. Machado<br>Michael J. Machado<br>P O Box 391607<br>Anza, CA 92539 | Sarah S Works<br>Williams & Works<br>PO Box 1483<br>Corrales, NM 87048 |
| Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| John S Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 |

**PROOF OF SERVICE**