CURTIS G. BERKEY (SBN 195485)
SCOTT W. WILLIAMS (SBN 097966)
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, CA  94704
Telephone: (510) 548-7070
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla Indians*

JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: (310) 229-1000
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseño Indians*

MARCO GONZALEZ (SBN 190832)
169 Saxony Road, Suite 204
Coast Law Group LLP
Encinitas, CA  92024
Telephone: (760) 942-8505
E-mail: marco@coastlawgroup.com
*Attorney for Plaintiff-Intervenor
Cahuilla Band of Indians*

C. MICHAEL COWETT (SBN 53353)
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA  92101
Telephone: (619) 525-1336
Michael.Cowett@bbklaw.com
*Attorney for Rancho California Water District*

PATRICK BARRY (*Pro Hac Vice*)
United States Department of Justice
P.O. Box 44378
Washington, D.C.  20026-4378
Telephone: (202) 305-0254
E-mail: Patrick.Barry@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, *et al.* <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*, <br><br> Defendants. | Case No.: 51-cv-1247-SD-GTT <br><br> **DECLARATION OF OLIVER S. PAGE IN SUPPORT OF JOINT REPLY TO OPPOSITION TO JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** <br><br> Hearing Date: June 30, 2008 <br> Time: 2:00 pm <br> Courtroom: 8 <br><br> Hon. Gordon Thompson, Jr. |

I, Oliver S. Page, hereby declare as follows:

1. I make this declaration based on my personal knowledge. I have been retained by the United States Department of Justice to provide technical assistance regarding the hydrology of the Santa Margarita River Watershed and assist the Bureau of Indian Affairs in determining the proper parties for service of the Complaints-in-Intervention of the Ramona Band of Cahuilla and the Cahuilla Band of Indians in the above-captioned case.

2. I am a licensed professional geologist in the State of California, P.G. 86. I specialize in matters relating to water resources and water rights. I am the CEO/CFO of Stetson Engineers, Inc. which maintains offices in San Rafael and Covina, California and Mesa, Arizona. Stetson Engineers employs a staff that includes approximately 40 engineers, geologists and other professionals. For the past 18 years Stetson Engineers has been retained as engineering consultant to the U.S. Department of Justice in connection with *United States v. Fallbrook Public Utility District, et al.*

3. To develop a master list of parties subject to the Court's jurisdiction, I first divided the Santa Margarita River Watershed into three areas: 1) Anza-Cahuilla Sub-Basin; 2) the watershed area downstream from the Anza-Cahuilla Sub-Basin to Vail Lake Dam; and 3) the watershed area downstream of Vail Lake Dam to the Pacific Ocean.

4. The sources of information I used included: 1) the Court's interlocutory judgments covering various portions of the Santa Margarita River Watershed for the definitions of water sources that are subject to the Court's jurisdiction; and 2) the Counties of Riverside and San Diego Real Property Tax Assessor Geographic Information System (GIS) data for parcel location, identity of owner and mailing address. For the Anza-Cahuilla Sub-Basin, the information was current through October 1, 2007. For the Riverside County portion of the watershed area downstream from the Anza-Cahuilla Sub-Basin, the information was current through January 31, 2008. For the portion located in San Diego County, the information was current through December 31, 2007.

5. Using this information, I determined the hydrologic setting for each parcel that was located within the boundaries of the water sources delineated in the interlocutory judgments applicable to each area. The designated settings included 1) alluvium; 2) basement complex and weathered basement complex; 3) stream channels as depicted on USGS maps, and 4) for the Anza-Cahuilla Sub-

1   Basin, the deep aquifer. For ground water, this analysis showed that a particular parcel could include
2   one or more of the designated settings. For example, a portion of a parcel may be underlain by
3   alluvium and the other portion by basement complex. A stream channel may also cross the parcel.
4       6.    Finally, I prepared a table listing: 1) the assessor's parcel number; 2) the hydrologic
5   setting for each parcel; and 3) the owner's first and last name, address and parcel location by township,
6   range and section. This work took approximately three months to complete.
7       I declare under penalty of perjury that the foregoing is true and correct.
8   Date:   June 23, 2008
9                               */s/ Oliver S. Page*
                            Oliver S. Page

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
Decl of Oliver S. Page in Reply to Opp'n to Joint Motion for Stay         Case No. 51-1247-SD-GT