1  CURTIS G. BERKEY (SBN 195485)                JOHN KARACZYNSKI (SBN 93108)
   SCOTT W. WILLIAMS (SBN 097966)               RODNEY B. LEWIS (*Pro Hac Vice*)
2  Alexander, Berkey, Williams & Weathers LLP   JAMES MEGGESTO (*Pro Hac Vice*)
   2030 Addison Street, Suite 410               Akin Gump Strauss Hauer & Feld LLP
3  Berkeley, CA  94704                          2029 Century Park East, Suite 2400
   Telephone: (510) 548-7070                    Los Angeles, California 90067-3012
4  E-mail: cberkey@abwwlaw.com                  Telephone: (310) 229-1000
   E-mail: swilliams@abwwlaw.com                E-mail: rlewis@akingump.com
5  *Attorneys for Plaintiff-Intervenor*         E-mail: jmeggesto@akingump.com
   *Ramona Band of Cahuilla Indians*            *Attorneys for Plaintiff-Intervenor/Defendant*
6                                               *Pechanga Band of Luiseño Indians*

7
   MARCO GONZALEZ (SBN 190832)                  C. MICHAEL COWETT (SBN 53353)
8  169 Saxony Road, Suite 204                   Best Best & Krieger LLP
   Coast Law Group LLP                          655 West Broadway, 15th Floor
9  Encinitas, CA  92024                         San Diego, CA  92101
   Telephone: (760) 942-8505                    Telephone: (619) 525-1336
10 E-mail: marco@coastlawgroup.com              Michael.Cowett@bbklaw.com
   *Attorney for Plaintiff-Intervenor*          *Attorney for Rancho California Water District*
11 *Cahuilla Band of Indians*

12 PATRICK BARRY (*Pro Hac Vice*)
   United States Department of Justice
13 P.O. Box 44378
   Washington, D.C.  20026-4378
14 Telephone: (202) 305-0254
15 E-mail: Patrick.Barry@usdoj.gov
   *Attorney for the United States*
16

17                       UNITED STATES DISTRICT COURT
18                      SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  UNITED STATES OF AMERICA, | Case No.: 51-cv-1247-SD-GTT |
| 20                 Plaintiff, | |
| 21  RAMONA BAND OF CAHUILLA, | **DECLARATION OF SERVICE** |
| 22  CAHUILLA BAND OF INDIANS, *et al.* | Hearing Date: June 30, 2008 |
| 23                 Plaintiff-Intervenors, | Time: 2:00 pm<br>Courtroom: 8 |
| 24          v. | |
| 25  FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*, | Hon. Gordon Thompson, Jr. |
| 26                 Defendants. | |

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On June 23, 2008, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) JOINT REPLY TO OPPOSITION TO JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

2) DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF JOINT REPLY TO OPPOSITION TO JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

3) DECLARATION OF OLIVER S. PAGE IN SUPPORT OF JOINT REPLY TO OPPOSITION TO JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace (Pro Hac Vice)
Rodney B. Lewis (Pro Hac Vice)
James Meggesto (Pro Hac Vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

John A. Karaczynski
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
P.O. Box 391312
Anza, CA 92539

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern California
700 North Alameda Street
Los Angeles, CA 90012-2944

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Michael L. Tidus
Michele A. Staples
JACKSON, DEMARCHO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Dyson Development
437 South Highway 101, Suite 217
Solana Beach, CA 92075

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 23, 2008, at Berkeley, California.

*Martha Morales* (signature)

Martha Morales