```
Dr. Mary E. Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536
(951) 763-9644
Defendant Pro Se
```

FILED
2008 JUN 23 PM 3:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) CASE NO. 51-cv-1247 |
| Plaintiff-Intervenors, | ) **PROOF OF SERVICE** |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

The attached certified mail tracking and confirmation receipts are proof of service that I sent copies of ANSWER OF MARY E. LEE TO RAMONA BAND OF CAHUILLA'S NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE AND FIRST AMENDED COMPLAINT IN INTERVENTION to the following attorneys:

  Curtis G. Berkey, ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

  Marco Gonzales, COAST LAW GROUP LLP

  Susan M. Williams, WILLIAMS & WORKS, P.A.



| | |
|---|---|
| 1 | The ANSWER was filed on May 27, 2008, docket number 4998. |
| 2 | Attachments include copies of the three certified mail receipts. |

5 | June 20, 2008

Mary E. Lee, Ph.D.

10 | Copies of this PROOF OF SERVICE notice were sent to the three attorneys listed above.

13 | June 20, 2008

Mary E. Lee, Ph.D.



| | Home | Help | Sign In |

Track & Confirm        FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 2560 0000 2650 8989**
Detailed Results:

- **Delivered, June 02, 2008, 10:42 am, ENCINITAS, CA 92024**
- **Acceptance, May 29, 2008, 3:58 pm, AGUANGA, CA 92536**

< Back      Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

Site Map    Contact Us    ...    Privacy Policy
Terms of Use    National...    ...    Act EEO Data
Copyright © 1999-2007
FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   MAY 2008

Sent To: MARCO GONZALAS
Street, Apt. No.; or PO Box No.: 169 Saxony Rd., Ste 201
City, State, ZIP+4: Encinitas, CA 92024

PS Form 3800, August 2006        See Reverse for Instructions



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 2560 0000 2650 8972**
Detailed Results:
- **Delivered, June 05, 2008, 12:56 pm, CORRALES, NM 87048**
- **Notice Left, June 02, 2008, 8:53 am, CORRALES, NM 87048**
- **Acceptance, May 29, 2008, 3:57 pm, AGUANGA, CA 92536**

Track & Confirm
Enter Label/Receipt Number.

Go >

< Back                               Return to USPS.com Home >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map | Contact Us                                 Privacy Policy
Terms of Use
Copyright© 1999                                       EAR Act EEO Data
FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MAY 29 2008

Sent To: Susan Williams
Street, Apt. No.; or PO Box No.: P.O. Box 1483
City, State, ZIP+4: Corrales, NM 87049

PS Form 3800, August 2006                See Reverse for Instructions

7007 2560 0000 2650 8972