**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-SD-C<br><br>**DEFENDANT BRYAN D. SAMPSON'S WRITTEN OBJECTIONS TO JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS**<br><br>Date: June 30, 2008<br>Time: 2:00 p.m.<br>Ctrm: 8, 3rd Floor<br>Judge: Hon. Gordon Thompson, Jr. |

## INTRODUCTION

Defendant BRYAN D. SAMPSON hereby submits the following Written Objections to the Joint Motion for a Temporary Stay of Proceedings Pending Settlement Negotiations.

## WRITTEN OBJECTIONS

1. **Evidence: Notice of Motion and Joint Motion for a Temporary Stay of Proceedings Pending Settlement Negotiations**

    Defendant Sampson objects to the Notice of Motion and Joint Motion for a Temporary Stay of Proceedings Pending Settlement Negotiations in its entirety.

/ / /

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
WRITTEN OBJECTIONS TO MOTION FOR STAY OF PROCEEDINGS
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Obj.Mot.Stay.wpd

**Defendant's Objection.**

Violates due process of law by not affording Defendant a reasonable opportunity to appear and respond. <u>Mullane v. Central Hanover Bank & Trust Co., et al.</u>, 339 U.S. 306 (1950); Civ.L.R. 7.1. Defendant did not receive timely notice of the Joint Motion for a Temporary Stay of Proceedings. Defendant waived formal service of summons. Defendant's Answers to the First Amended Complaints in Intervention were timely filed and served on June 17, 2008. Defendant's Opposition to the joint stay motion was due no later than June 16, 2008, one day prior to Defendant's first appearance in this matter. Defendant did not receive actual notice of the Joint Motion until electronic notice of the Joint Reply to Opposition was received by Defendant on June 23, 2008.

Respectfully submitted,

DATED: June 25, 2008            **SAMPSON & ASSOCIATES**

By:   /s/ Mary L. Fickel
      Mary L. Fickel, Esq.
      Attorneys for Defendant
      BRYAN D. SAMPSON

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
WRITTEN OBJECTIONS TO MOTION FOR STAY OF PROCEEDINGS
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Obj.Mot.Stay.wpd