## DECLARATION OF SERVICE

1   I, Tracie Kobayashi, declare:

2   I am a citizen of the United States and I am employed in the County of San Diego, State of

3   California; I am over the age of 18 years and not a party to this action; my business address is

4   1770 Fourth Avenue, San Diego, California 92101.

5   I further declare that I am readily familiar with the business practice of McCarthy &

6   Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and

7   the original deposited with the United States Postal Service in our ordinary course of business on

8   the same day, the documents served by mail are deposited with the United States Postal Service in

9   the ordinary course of business the same day and that documents served personally are delivered

10  the same day.

11  On June 25, 2008, I served the following document(s):
    **ANSWER TO THE CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT
12  BY TCIF REO BAR CORP.**

13

14  See attached

15  in the following manner of service (check appropriate):

16  __XX__    **BY MAIL:** I placed a true copy in a sealed envelope addressed as

17  indicated above. I am readily familiar with the firm's practice of collection and processing

18  correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the

19  ordinary course of business. I am aware that on a motion of party served, service is presumed

20  invalid if postal cancellation date or postage meter date is more than one date after date of deposit

21  for mailing in affidavit.

22  _____    **BY FACSIMILE:** I transmitted all documents to all parties in this action by

23  facsimile at the telephone number(s) indicated above and thereafter placed each such sealed

24  envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the

25  Law Offices of McCarthy & Holthus, LLP, San Diego, California.

26  _____    **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by

27  Airborne Express to the offices of the addressee(s)

28

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

4

|   |   |
|---|---|
| 1 | _____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above. |
| 2 | |
| 3 | I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on June 25, 2008 at San Diego, California. |

By: _____
    Tracie Kobayashi

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1700 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

## MAILING LIST
***United States of America v. Fallbrook Public Utility District, et al.***
United States District Court – SD of California
Case No. 51-1247-SD-GT

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, California 91935

Robert H James
Sachse James Croswell and Lopardo
205 West Alvarado Street
Suite 1
Fallbrook, California 92028-2025

Pamela M. Machado
Michael J. Machado
PO Box 391607
Anza, California 92539

Billy Ward
PO Box 5878
San Diego, California 92165

Jon S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, California 92014-2932

Anna Gale James
40275 Curry Court
Aguanga, California 92536

Khyber Courchesne
1264 Page Street
San Francisco, California 94117

Sarah S Works
Williams & Works
PO Box 1483
Corrales, NM 87048

Briar McTaggart
1642 Merion Way 40E
Seal Beach, California 90740

Mary E Lee
41085 Lakeshore Boulevard
Aguanga, California 92536

Marco A. Gonzalez
Rory R. Wicks
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, California 92024