| | |
|---|---|
| 1 | Gregory V. Moser (SBN 101137) |
| 2 | John C. Lemmo (SBN 190885)<br>PROCOPIO, CORY, HARGREAVES & |
| 3 | SAVITCH LLP<br>530 B Street, Suite 2100 |
| 4 | San Diego, California 92101<br>Telephone: 619.238.1900 |
| 5 | Facsimile: 619.235.0398<br>gvm@procopio.com |
| 6 | jl@procopio.com |
| 7 | Attorneys for Defendant<br>RAINBOW MUNICIPAL WATER DISTRICT |

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br><br>Proposed Plaintiff<br>In Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No.: 3:51-CV-01247-GT-RBB<br><br>**AMENDED PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On June 27, 2008, I served the within documents:

**DEFENDANT RAINBOW MUNICIPAL WATER DISTRICT'S ANSWER TO THE CAHUILLA BAND OF INDIANS' FIRST AMENDED COMPLAINT IN INTERVENTION**

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

| | |
|---|---|
| 1 | |
| 2 | [X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
marco@castlawgroup.com
representing Cahuilla Band of Indians (Proposed Plaintiff in Intervention)

[ ] by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

[ ] by causing personal delivery via Knox Attorney Service, Inc., c/o their affiliate, of the documents listed above to the person at the address set forth below.

[X] by the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c)

| | |
|---|---|
| F Patrick Barry<br>Department of Justice<br>Environment and Natural Resources Div<br>Indian Reservation Section<br>PO Box 44378<br>Washington, DC 20026-4378<br>patrick.barry@usdoj.gov<br>representing United States of America<br>(Plaintiff)<br><br>Curtis G Berkey<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br>cberkey@abwwlaw.com<br>representing Ramona Band of Cahuilla<br>(Plaintiff-Intervenor)<br><br>Gerald Blank, Esq.<br>444 West C Street, #200<br>San Diego, CA 92101<br>gblank@san.rr.com<br>representing Sander Family Trust (Defendant) | Mark L Brandon<br>Brandon and Associates<br>3695 Third Avenue<br>San Diego, CA 92103<br>mbrandon@brandon-law.com<br>representing Trustee Milan L. Brandon<br>(Defendant)<br><br>Robert M Cohen<br>Barmasse, Cohen & Burge<br>30423 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>rcohen@bcandblaw.com<br>representing San Diego State University Research Foundation (Defendant)<br><br>Michael Duane Davis<br>Gresham Savage Nolan & Tilden<br>3750 University Avenue, Suite 250<br>Riverside, CA 92501-3335<br>michael.davis@greshamsavage.com<br>representing Riverside Land Conservancy |

114783/000011/936034.01

| | |
|---|---|
| Jonathan M Deer<br>Turner Aubert & Friedman, LLP<br>8383 Wilshire Blvd., Ste. 510<br>Beverly Hills, CA 90211-2486<br>jdeer@taflaw.net<br>representing Jannki Mithaiwala (Defendant) | Matthew N Falley<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 1200<br>Los Angeles, CA 90067-4590<br>mfalley@ggfirm.com<br>representing Roy C. Pursche (Defendant) |
| Mary L Fickel<br>Sampson and Associates<br>2139 First Avenue<br>San Diego, CA 92101-2013<br>mfickel@sampsonlaw.net<br>representing Bryan D. Sampson (Defendant) | Daniel J Goulding<br>McCarthy & Holthus LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>lrodriguez@mccarthyholthus.com<br>representing TCIF REO BAR CORP. (Defendant)<br>Rancho California Water District (Defendant) |
| Matthew L Green<br>Best Best and Krieger LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101<br>matthew.green@bbklaw.com<br>representing Mr. Matthew Green Rancho California Water District (Defendant) | Timothy P Johnson<br>Johnson and Chambers<br>17821 East 17th Street, Suite 290<br>Tustin, CA 92780<br>tjohnson@johnson-chambers.com<br>representing RODRIGO MORENO (Defendant) |
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street, Suite 1<br>Fallbrook, CA 92028-2025<br>representing Fallbrook Public Utility District (Defendant) | John A Karaczynski<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3012<br>jkaraczynski@akingump.com<br>representing Pechanga Band of Luiseno Indians (Defendant)/ Pechanga Band of Mission Indians (Intervenor Plaintiff) |
| William Kenneth Koska<br>Waller Lansden Dortch & Davis LLP<br>333 South Grand Avenue, Suite 1800<br>Los Angeles, CA 90071<br>william.koska@wallerlaw.com<br>representing Marjorie A. Molloy, Inc. (Intervenor Defendant) | Bill J Kuenzinger<br>Brown Hall Shore & McKinley<br>3031 West March Lane, Suite 230W<br>Stockton, CA 95219<br>bkuenzinger@bhsmck.com<br>representing MCMX, LLC (Intervenor Defendant) |
| Gary D Leasure<br>Law Offices of Gary D Leasure<br>12625 High BLuff Drive, Suite 103<br>San Diego, CA 92130<br>gleasure@garydleasure.com<br>representing Southern California District Advisory Board, Inc. (Defendant) / Anza Community Church of the Nazarene (Defendant) | Richard Alvin Lewis<br>Law Offices of Richard A. Lewis<br>20631 Ventura Boulevard, Suite 304<br>Woodland Hills, CA 91364<br>Rlewis@RichardLewis.com<br>representing Coral Smith (Defendant) |
| Peter J Mort<br>Akin Gump Strauss Hauer and Feld<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>pmort@akingump.com<br>representing Pechanga Band of Luiseno Indians (Defendant) | Patricia Grace Rosenberg<br>Haas & Najarian LLP<br>58 Maiden Lane, 2nd Floor<br>San Francisco, CA 94108<br>prosenberg@hnattorneys.com<br>representing M.E.M. Limited Partnership (Defendant) |

114783/000011/936034.01

| | |
|---|---|
| Thomas C Stahl<br>U S Attorneys Office Southern District of California<br>880 Front Street, Room 6293<br>San Diego, CA 92101<br>Thomas.Stahl@usdoj.gov<br>representing United States of America (Plaintiff) | Michele A Staples<br>Jackson DeMarco Tidus & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>mstaples@jdtplaw.com<br>representing Francis N. Domenigoni (Defendant) / Jean Domenigoni (Defendant) / Domenigoni Family (Defendant) / Jojoba Hills SKP Resort (Defendant) |
| Kevin Patrick Sullivan<br>Stephenson Worley Garratt Schwartz Garfield and Prairie<br>401 B Street, Suite 2400<br>San Diego, CA 92101-4200<br>ksullivan@swgsgp.com<br>representing Trustee William J. Fletcher (Defendant) | Susan M Williams<br>Williams & Works<br>PO Box 1483<br>Corrales, NM 87048<br>swilliams@williamsandworks.net<br>representing Cahuilla Band of Indians (Intervenor Plaintiff) |
| Sarah S Works<br>Williams & Works<br>PO Box 1483<br>Corrales, NM 87048<br>representing Cahuilla Band of Indians (Intervenor Plaintiff) | |

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 27, 2008, at San Diego, California.

_____
Kristina R. Johnson

114783/000011/936034.01