JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001
E-mail:  rlewis@akingump.com
E-mail:  jmeggesto@akingump.com

*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseno Indians*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>              v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>                               Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISENO INDIANS' ANSWER TO FIRST AMENDED COMPLAINT OF RAMONA BAND OF CAHUILLA INDIANS**<br><br>Hon. Gordon Thompson, Jr. |

The Pechanga Band of Luiseno Indians' ("Pechanga"), on behalf of itself and no other defendant, answers the First Amended Complaint in Intervention of the Ramona Band of Cahuilla ("Ramona") as follows:

1. Pechanga admits the allegations contained in the first, fourth and fifth sentences of Paragraph 1 of the Complaint but is without sufficient knowledge or information to form a belief as to the remaining allegations contained in Paragraph 1.

2. Pechanga admits the allegations contained in Paragraphs 2 and 3.

3. Pechanga admits the first sentence of Paragraph 4 of the Complaint. Pechanga is without sufficient knowledge or information to form a belief as to the allegations contained in the

second, third, fourth and fifth sentences of Paragraph 4 of the Complaint. Pechanga denies as to itself the allegations in the last sentence of Paragraph 4 of the Complaint and is without sufficient knowledge or information to form a belief as to the allegations contained in the last sentence of Paragraph 4 as to all other Defendants.

4. Pechanga is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 5 of the Complaint. Pechanga denies as to itself the allegations in the second and third sentences of Paragraph 5 of the Complaint and is without sufficient knowledge or information to form a belief as to the allegations contained in the second and third sentences of Paragraph 5 as to all other Defendants.

5. Pechanga admits the allegations contained in Paragraph 6.

6. Pechanga admits the allegations contained in Paragraph 7 to the extent that Paragraph 7 accurately reflects the facts and conclusions established in Interlocutory Judgment 41.

7. Pechanga is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

8. Pechanga is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first and second sentences of Paragraph 9 of the Complaint. Pechanga denies as to itself the allegations in the third, fourth and fifth sentences of Paragraph 9 of the Complaint and is without sufficient knowledge or information to form a belief as to the allegations contained in the third, fourth, and fifth sentences of Paragraph 9 as to all other Defendants.

9. Answering Paragraph 10, Pechanga refers to and realleges here its answers to Paragraphs 1 through 9 of the Complaint above.

10. Pechanga admits the first clause of Paragraph 11. The last clause of Paragraph 11 contains a legal conclusion to which no response is required and to the extent a response is required, Pechanga is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein.

11. Pechanga denies as to itself the allegations contained in Paragraphs 12 and 13 of the Complaint and is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraphs 12 and 13 of the Complaint as to all other Defendants.

12. Pechanga denies that Ramona is entitled to the relief against it requested in the first amended complaint.

RESPECTFULLY SUBMITTED;

Dated: June 30, 2008

*s/Rodney B. Lewis*
Rodney B. Lewis
Akin Gump Strauss Hauer & Feld LLP
Attorney for Pechanga Band of Luiseno Indians

683485.0001 EAST 8027078 v5

3