JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseno Indians*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>  Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISENO INDIANS' ANSWER TO FIRST AMENDED COMPLAINT OF CAHUILLA BAND OF INDIANS**<br><br>Hon. Gordon Thompson, Jr. |

Pechanga Band of Luiseño Indians ("Pechanga"), on behalf of itself and no other defendant, answers the First Amended Complaint in Intervention ("Complaint") of the Cahuilla Band of Indians ("Cahuilla") as follows:

1. Pechanga admits the allegations contained in paragraph 1 of the Complaint.

2. Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 2 of the Complaint.

3. Paragraph 3 of the Complaint contains a legal conclusion to which no response is required, to the extent a response is required Pechanga admits the allegations contained in sentences 1 and 3 of Paragraph 3.

4. Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 4 of the Complaint.

5. Pechanga is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint, except that Pechanga admits that this Court granted the Cahuilla's Tribe motion to intervene, and the Complaint in Intervention was filed on January 23, 2007.

6. Pechanga admits the allegations contained in Paragraphs 6, 7 and 8 of the Complaint.

7. Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 9 of the Complaint, except that Pechanga admits the allegations contained in Paragraph 9 relating to Interlocutory Judgment 41.

8. Pechanga admits the allegations contained in Paragraph 10 of the Complaint.

9. Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraphs 11, 12, 13, 14, and 15 of the Complaint.

10. Pechanga denies, as to Pechanga, the allegations contained in Paragraph 16 of the Complaint. Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 16 of the Complaint with respect to all other Defendants.

11. Paragraph 17 of the Complaint contains a legal conclusion to which no response is required and to the extent a response is required, Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 17.

12. Pechanga denies the allegations contained in Paragraph 18 to the extent they relate to Pechanga, and to the extent they relate to other Defendants, Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 18 of the Complaint.

13. Pechanga denies the allegations contained in Paragraphs 19 and 20 of the Complaint to the extent they relate to Pechanga, and to the extent they relate to other Defendants, Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraphs 19 and 20 of the Complaint.

14. Pechanga admits the allegations contained in Paragraphs 21, 22, 23, 24, 25, and 26 of the Complaint.

15. Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraph 27 and 28 of the Complaint.

16. Pechanga denies the allegations contained in Paragraphs 29 and 30 of the Complaint to the extent they relate to Pechanga, and to the extent they relate to other Defendants, Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraphs 29 and 30 of the Complaint.

17. Answering paragraph 31, Pechanga refers to and realleges here its answers to paragraphs 1 through 30 above.

18. Pechanga admits the allegations contained in Paragraph 32 but only to the extent that it relates to findings of fact and conclusions of law established in Interlocutory 41 and already admitted herein.

19. Paragraph 33 contains a legal conclusion to which no response is required and to the extent a response is required, Pechanga is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

20. Pechanga admits the allegations contained in Paragraph 34 but only to the extent that it relates to findings of facts and conclusions of law established in Interlocutory 41 and already admitted herein.

21. Pechanga denies the allegations contained in Paragraphs 35, 36, 37, 38 and 39 to the extent they relate to Pechanga, and to the extent they relate to other Defendants, Pechanga is without sufficient knowledge or information to form a belief as to the truth of allegations contained in Paragraphs 35, 36, 37, 38 and 39 of the Complaint.

22. Pechanga denies that Cahuilla is entitled to the relief against it requested in the prayer for relief.

RESPECTFULLY SUBMITTED,

1 | Dated: June 30, 2008 | *s/ Rodney B. Lewis*
| | Rodney B. Lewis
| | Attorney for Pechanga Band of Luiseno Indians

8027077 v9                                4