FILED
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**ORDER GRANTING JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** |

UPON CONSIDERATION AND REVIEW of Plaintiff United States, Plaintiff-Intervenor Ramona Band of Cahuilla Indians, Plaintiff-Intervenor Cahuilla Band of Indians, Plaintiff-Intervenor/Defendant Pechanga Band of Luiseno Indians, and Defendant Rancho California Water District's Joint Motion to Temporarily Stay the Proceedings pending settlement negotiations, it is hereby,

ORDERED that the Joint Motion is GRANTED; and it is further,

ORDERED that these proceedings be temporarily stayed so that the parties may engage in settlement negotiations; and it is further,

ORDERED that in ninety (90) days the Plaintiff United States, Plaintiff Intervenors Ramona Band of Cahuilla Indians, Plaintiff Intervenors Cahuilla Band of Indians, Plaintiff-Intervenors/Defendant Pechanga Band of Luiseno Indians and

Defendant Rancho California Water District shall appear before this Court and provide a status update on the progress of the settlement negotiations and the need for additional time to continue settlement negotiations.

DATED: June 30, 2008

_____
Honorable Gordon Thompson

- 2 -