Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Specially Appearing Defendants
Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**NOTICE OF NON-SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN INTERVENTION OF CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DOMENIGONI-BARTONS; DECLARATIONS OF ANDY DOMENIGONI, MICHELE A. STAPLES, AND PAIGE H. GOSNEY IN SUPPORT THEREOF**<br><br>[Proposed] Order filed concurrently herewith |

**NOTICE OF NON-SERVICE PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT: Defendants DOMENIGONI-BARTON PROPERTIES, JEAN DOMENIGONI AS TRUSTEE FOR THE FRANCIS N. AND JEAN DOMENIGONI TRUST, ELSA E. BARTON AS TRUSTEE FOR THE ELSA E. BARTON TRUST, ANDY DOMENIGONI AS CO-TRUSTEE FOR THE L.G.D. IRREVOCABLE TRUST, DONALD DOMENIGONI AS CO-TRUSTEE FOR THE L.G.D. IRREVOCABLE TRUST, ANDY DOMENIGONI AS CO-TRUSTEE FOR THE A & C DOMENIGONI FAMILY TRUST, CINDY DOMENIGONI AS CO-TRUSTEE FOR THE A & C DOMENIGONI FAMILY TRUST, DONALD LEE DOMENIGONI AS TRUSTEE FOR THE DONALD LEE DOMENIGONI TRUST, STEVEN DOMENIGONI AS TRUSTEE OF THE S & K DOMENIGONI REVOCABLE TRUST, and KIM DOMENIGONI AS TRUSTEE OF THE S & K DOMENIGONI REVOCABLE TRUST (collectively, "DOMENIGONI-BARTONS"), specially appearing, were not served by the RAMONA BAND OF CAHUILLA INDIANS and CAHUILLA BAND OF INDIANS (collectively, "TRIBES"), Notice of Lawsuit and Request for Waiver of Service of Summons ("Request for Waiver"), in accordance with Rule 4 of the Federal Rules of Civil Procedure ("Rule 4") and the Court imposed service deadlines of March 26, 2008, and April 30, 2008. As such, the Domenigoni-Bartons are not bound by any order, judgment, or decree entered by the Court in proceedings on the Tribes' Complaints.

**1.    THE DOMENIGONI-BARTONS WERE NOT SERVED WITH THE TRIBES' REQUEST FOR WAIVER IN ACCORDANCE WITH RULE 4 AND THE COURT IMPOSED SERVICE DEADLINES.**

The Domenigonis are individuals and entities owning an interest in certain real property located in the Domenigoni Valley area of unincorporated Riverside County. The water rights to a portion of the Domenigoni-Bartons' property were adjudicated by this Court in Interlocutory Judgment No. 36 and the Modified Final Judgment and Decree. Declaration of Andy Domenigoni ("Domenigoni Decl."), ¶ 1. The portion of the Domenigoni-Barton lands that lie within the Santa Margarita River Watershed ("Watershed"), are located near the center of the northern edge of the Watershed in Domenigoni Valley, more than 15 miles west and north of the Ramona and Cahuilla Tribe Reservations in Anza, and on a different

tributary of the Santa Margarita River, by way of Murrieta Creek. Domenigoni Decl., ¶ 3. In Interlocutory Judgment No. 36, this Court found that groundwater in the basin underlying the Domenigoni-Barton lands was a part of the Santa Margarita River system, but in a limited way because subsurface flow was cut off from the larger Murrieta-Temecula Ground Water Basin by a bedrock lip so long as groundwater elevations remained below the elevation of that bedrock lip.

On October 6, 2006, and October 19, 2006, the Cahuilla and Ramona bands of Cahuilla Indians, respectively, filed motions to intervene in the above-captioned proceeding, *U.S.A. v. Fallbrook Public Utility District, et al.* (Case No. 51-1247-SD) (the "Adjudication"). The Tribes' motions were granted by this Court on January 22, 2007, and complaints in intervention were filed by the Tribes that same day.

On November 17, 2006, a response to the Ramona Band of Cahuilla's motion to intervene was filed on behalf of Jean Domenigoni, Francis N. and Jean Domenigoni Trust, and Cindy and Andy Domenigoni. The response summarized the Domenigoni-Bartons' water rights under the Adjudication, and setting forth the reasons why any action by the Ramona Tribe to quantify, regulate, or protect its rights to water on the Ramona Reservation in Anza should have no effect on the water rights or the use of water on the Domenigoni-Barton lands ("Response to Motion to Intervene"). *See* Exhibit A to Declaration of Michele A. Staples ("Staples Decl."); Staples Decl., ¶ 3.

The Tribes filed First Amended Complaints in Intervention (collectively referred to as the "Complaints"), on July 2, 2007 (Ramona), and July 9, 2007 (Cahuilla), seeking to obtain a judicial decree quantifying their reserved water rights under the Adjudication, and enjoining water production alleged to interfere with those rights.

On August 17, 2007, the Domenigoni-Bartons prepared and sent to the Tribes' respective counsel a Request for Voluntary Dismissal, together with the summary of the Domenigoni-Bartons' water rights under the Adjudication that had been filed with this Court in response to the Tribes' initial motions to intervene. *See* Exhibit B to Staples Decl. The Tribes declined to voluntarily dismiss the Domenigoni-Bartons from these proceedings at that time. Staples Decl., ¶

5.

On February 25, 2008, this Court ordered that the Tribes must, by March 26, 2008, name and properly serve the appropriate defendants with lands located above Vail Lake with notice of the Tribes' Complaints. This Court further ordered that the Tribes must, by April 30, 2008, name and properly serve the appropriate defendants with lands located below Vail Lake with notice of the Tribes' Complaints.

On March 26, 2008, the Tribes filed the Request for Waiver with this Court, including a document entitled "List of Parties Served With Notice of Lawsuit and Request for Waiver of Service of Summons" ("March 26 Service List") (*see* Exhibit A to Declaration of Paige H. Gosney ("Gosney Decl."), containing a comprehensive list of all parties the Tribes attempted to serve with the Request for Waiver on March 26, 2008. The March 26 Service List contains approximately 2,235 named defendants with lands located above Vail Lake. The Request for Waiver package was mailed to these named defendants on March 26, 2008, by counsel for the Ramona Band of Cahuilla Indians, Curtis Berkey, on behalf of both the Ramona and Cahuilla tribes. ***The Domenigoni-Bartons were not named on the March 26 Service List.*** Gosney Decl., ¶ 4.

On April 1, 2008, counsel for the Domenigoni-Bartons contacted Curtis Berkey, counsel for the Ramona Band of Cahuilla Indians, to inform him of the Domenigoni-Bartons' omission from the March 26 Service List. Gosney Decl., ¶ 5. After checking with his engineer, Mr. Berkey responded that the Domenigoni-Bartons were intentionally omitted from the March 26 Service List because their property is on a tributary that outlets downstream of Vail Lake. Gosney Decl., ¶ 5. Mr. Berkey went on to state that the Domenigoni-Bartons would be served with the Request for Waiver as part of the second phase of service mailings. Gosney Decl., ¶ 5.

On April 17, 2008, the Tribes attempted to serve the Request for Waiver via U.S. Mail on defendants with lands located below Vail Lake. The Request for Waiver package was mailed to these defendants on April 17, 2008, by counsel for the Ramona Band of Cahuilla Indians, Curtis Berkey, on behalf of both the Ramona and Cahuilla tribes. The Tribes did not include a list of the parties served with the Request for Waiver as part of this second service mailing. After requests

by counsel for the Domenigoni-Bartons (*see* Gosney Decl., ¶ 7; Exhibit B to Gosney Decl.), the Tribes provided a copy of the list of parties served with the Request for Waiver on April 17, 2008 ("April 17 Service List") (*see* Gosney Decl., ¶ 9; Exhibit C and Exhibit D to Gosney Decl.). ***The Domenigoni-Bartons were not named on the April 17 Service List as having been served as part of this second service mailing.*** Gosney Decl., ¶ 10.

On June 12, 2008, counsel for the Domenigoni-Bartons again contacted counsel for the Ramona Band of Cahuilla Indians, Curtis Berkey, to inform him that the Domenigoni-Bartons were not named on the April 17 Service List and had not otherwise been served with the Request for Waiver. Staples Decl., ¶ 7. During that conversation, counsel for the Domenigoni-Bartons also inquired as to whether the Tribes' agreed with the Domenigoni-Bartons' analysis that they should not be a party to the Tribes' Complaints because the Domenigoni-Bartons' water use does not physically impair the Tribes' water use in Anza. Staples Decl., ¶ 8. Mr. Berkey responded that he would investigate the matter and would report back with his findings. Staples Decl., ¶ 8.

On June 17, 2008, having received no further response from Mr. Berkey on the Domenigoni-Bartons' omission from the March 26 and April 17 Service Lists, counsel for the Domenigoni-Bartons contacted Mr. Berkey and requested the status of his investigation. Staples Decl., ¶ 9. Mr. Berkey again responded that he would investigate the matter and would report back with his findings. Staples Decl., ¶ 9. ***At present, counsel for the Domenigoni-Bartons have received no response from Mr. Berkey regarding the Tribes' non-service of the Domenigoni-Bartons.*** Staples Decl., ¶ 10.

Consistent with their omission from the March 26 Service List and April 17 Service List, the Domenigoni-Bartons have not been served with the Request for Waiver. Domenigoni Decl., ¶¶ 4-5.

**2.  THE DOMENIGONI-BARTONS ARE NOT BOUND BY ANY ORDER, JUDGMENT, OR DECREE ENTERED BY THIS COURT ON THE TRIBES' COMPLAINTS.**

The Domenigoni-Bartons were not timely served by the Tribes by the service deadlines set by this Court on February 25, 2008. Therefore, the Domenigoni-Bartons are not bound by any order, judgment, or decree entered by the Court in proceedings on the Tribes' Complaints. The

**NOTICE OF NON-SERVICE PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL**

| | |
|---|---|
| 1 | Domenigoni-Bartons respectfully request that the Court issue the [Proposed] Order filed |
| 2 | concurrently herewith. |
| 3 | |
| 4 | DATED: July 10, 2008           Respectfully submitted, |
| 5 |                                 JACKSON, DeMARCO, TIDUS & PECKENPAUGH |
| 6 |                                     MICHAEL L. TIDUS |
| | |                                     MICHELE A. STAPLES |
| 7 |                                     PAIGE H. GOSNEY |
| 8 |                                 By:  /s/   Michele A. Staples |
| 9 |                                      Michele A. Staples |
| | | Attorneys for Specially Appearing Defendants |
| 10 | Domenigoni-Barton Properties, Jean Domenigoni as |
| | | Trustee for the Francis N. and Jean Domenigoni Trust, |
| 11 | Elsa E. Barton as Trustee for the Elsa E. Barton Trust, |
| | | Andy Domenigoni as Co-Trustee for the L.G.D. |
| 12 | Irrevocable Trust, Donald Domenigoni as Co-Trustee |
| | | for the L.G.D. Irrevocable Trust, Andy Domenigoni as |
| 13 | Co-Trustee for the A & C Domenigoni Family Trust, |
| | | Cindy Domenigoni as Co-Trustee for the A & C |
| 14 | Domenigoni Family Trust, Donald Lee Domenigoni as |
| | | Trustee for the Donald Lee Domenigoni Trust, Steven |
| 15 | Domenigoni as Trustee of the S & K Domenigoni |
| | | Revocable Trust, and Kim Domenigoni as Trustee of |
| 16 | the S & K Domenigoni Revocable Trust |

-6-              Civ. 51-1247-SD-GT

**NOTICE OF NON-SERVICE PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL**

<table>
</table>

1 **CERTIFICATE OF SERVICE**

2  3  4  5  6  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of record will be served by facsimile transmission and/or first class mail on July 10, 2008.

7                                                   /s/ Paige H. Gosney

8

9

10  794249.4

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF NON-SERVICE PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL**