1   Michael L. Tidus, Bar No. 126425
    mtidus@jdtplaw.com
2   Michele A. Staples, Bar No. 144392
    mstaples@jdtplaw.com
3   Paige H. Gosney, Bar No. 252830
    pgosney@jdtplaw.com
4   JACKSON, DeMARCO, TIDUS & PECKENPAUGH
    2030 Main Street, Suite 1200
5   Irvine, California 92614
    Tel: (949) 752-8585
6   Fax: (949) 752-0597

7   Attorneys for Domenigoni-Barton Properties, Jean
    Domenigoni as Trustee for the Francis N. and Jean
8   Domenigoni Trust, Elsa E. Barton as Trustee for the
    Elsa E. Barton Trust, Andy Domenigoni as Co-
9   Trustee for the L.G.D. Irrevocable Trust, Donald
    Domenigoni as Co-Trustee for the L.G.D. Irrevocable
10  Trust, Andy Domenigoni as Co-Trustee for the A & C
    Domenigoni Family Trust, Cindy Domenigoni as Co-
11  Trustee for the A & C Domenigoni Family Trust,
    Donald Lee Domenigoni as Trustee for the Donald
12  Lee Domenigoni Trust, Steven Domenigoni as
    Trustee of the S & K Domenigoni Revocable Trust,
13  and Kim Domenigoni as Trustee of the S & K
    Domenigoni Revocable Trust

14

15              UNITED STATES DISTRICT COURT

16          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

17

18  UNITED STATES OF AMERICA,          CASE NO. CIV. 51-1247-SD-GT

19              Plaintiff,              **DECLARATION OF ANDY**
                                        **DOMENIGONI IN SUPPORT OF**
20  vs.                                 **NOTICE OF NON-SERVICE OF**
                                        **SUMMONS AND FIRST AMENDED**
21  FALLBROOK PUBLIC UTILITY            **COMPLAINTS IN INTERVENTION OF**
    DISTRICT, a public service corporation of **CAHUILLA BAND AND RAMONA**
22  the State of California, et al.     **BAND OF CAHUILLA INDIANS**
                                        **PURSUANT TO RULE 4 OF THE**
23              Defendants.             **FEDERAL RULES OF CIVIL**
                                        **PROCEDURE BY DOMENIGONI-**
24                                      **BARTONS**

25

26

27

28

                                    -1-                    Civ. 51-1247-SD-GT
    DECLARATION OF ANDY DOMENIGONI IN SUPPORT OF NOTICE OF NON-SERVICE

<u>**DECLARATION OF ANDY DOMENIGONI**</u>

I, Andy Domenigoni, declare.

1.      I, along with Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust (collectively, "Domenigoni-Bartons"), own an interest in certain real property located in the Domenigoni Valley area of unincorporated Riverside County, the water rights to a portion of which were adjudicated by this Court in Interlocutory Judgment No. 36 and the Modified Final Judgment and Decree. The following facts are of my own personal knowledge and, except as stated otherwise, if called as a witness, I could and would testify competently thereto.

2.      This declaration is made in support of the Notice of Non-Service of Summons and First Amended Complaints in Intervention of Cahuilla Band and Ramona Band of Cahuilla Indians (collectively, "Tribes"), Pursuant to Rule 4 of the Federal Rules of Civil Procedure by the Domenigoni-Bartons ("Notice of Non-Service"), filed concurrently herewith.

3.      The Domenigoni-Barton lands that lie within the Santa Margarita River Watershed ("Watershed"), and were previously the subject of the water rights adjudication by this Court, are located near the center of the northern edge of the Watershed in Domenigoni Valley, more than 15 miles west and north of the Ramona and Cahuilla Tribe Reservations in Anza, and on a different tributary system of the Santa Margarita River, by way of Murrieta Creek.

4.      I have not been served with the Notice of Lawsuit and Request for Waiver of Service of Summons ("Request for Waiver"), filed by the Tribes on March 26, 2008.

**DECLARATION OF ANDY DOMENIGONI IN SUPPORT OF NOTICE OF NON-SERVICE**

5.      On June 28, 2008, I asked the other Domenigoni-Bartons whether they had received service of the Request for Waiver, and was told that none of them have received service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 7TH day of July, 2008, in Winchester, Riverside County, California.

Andy Domenigoni

Civ. 51-1247-SD-GT

**DECLARATION OF ANDY DOMENIGONI IN SUPPORT OF NOTICE OF NON-SERVICE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D).  Any other counsel of record will be served by facsimile transmission and/or first class mail on July 2, 2008.

/s/ Paige H. Gosney

796000.2

DECLARATION OF ANDY DOMENIGONI IN SUPPORT OF NOTICE OF NON-SERVICE