Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Specially Appearing Defendants Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**DECLARATION OF MICHELE A. STAPLES IN SUPPORT OF NOTICE OF NON-SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN INTERVENTION OF CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DOMENIGONI-BARTONS** |

## DECLARATION OF MICHELE A. STAPLES

I, Michele A. Staples, declare.

1. I am an attorney with the law firm of Jackson, DeMarco, Tidus & Peckenpaugh, attorneys for Specially Appearing Defendants Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust (collectively, "Domenigoni-Bartons"). The following facts are of my own personal knowledge and, except as stated otherwise, if called as a witness, I could and would testify competently thereto.

2. This declaration is made in support of the Notice of Non-Service of Summons and First Amended Complaints in Intervention of Cahuilla Band and Ramona Band of Cahuilla Indians (collectively, "Tribes") Pursuant to Rule 4 of the Federal Rules of Civil Procedure by the Domenigoni-Bartons ("Notice of Non-Service"), filed concurrently herewith.

3. On November 17, 2006, I prepared and filed on behalf of Jean Domenigoni, Francis N. and Jean Domenigoni Trust, and Cindy and Andy Domenigoni, a response to the Ramona Band of Cahuilla's motion to intervene summarizing the Domenigoni-Bartons' water rights under the above-captioned proceeding *U.S.A. v. Fallbrook Public Utility District, et al.* (Case No. 51-1247-SD) (the "Adjudication"), and setting forth the reasons why any action by the Ramona Tribe to quantify, regulate, or protect its rights to water on the Ramona Reservation in Anza should have no effect on the water rights or the use of water on the Domenigoni-Barton lands ("Response to Motion to Intervene"). A true and correct copy of the Response to Motion to Intervene is attached hereto as Exhibit A.

4. On August 17, 2007, in response to the First Amended Complaints in Intervention (collectively referred to as the "Complaints"), filed by the Tribes on July 2, 2007 (Ramona), and

1  July 9, 2007 (Cahuilla), I prepared and sent to the Tribes' respective counsel a Request for
2  Voluntary Dismissal, together with the Response to Motion to Intervene summarizing the
3  Domenigoni-Bartons' water rights under the Adjudication (collectively, "Request for Dismissal").
4  A true and correct copy of the Request for Dismissal is attached hereto as <u>Exhibit</u> B.

5     5.     The Tribes declined to voluntarily dismiss the Domenigoni-Bartons from these
6  proceedings at that time.

7     6.     On June 9, 2008, I received confirmation from Paige H. Gosney that the
8  Domenigoni-Bartons were not included on the document entitled "List of Property Owners –
9  Notice Mailed on April 17, 2008" ("April 17 Service List") received from counsel for the
10 Ramona Band of Cahuilla Indians, Curtis Berkey, on June 9, 2008 (*see* Declaration of Paige H.
11 Gosney, ¶ 10, filed concurrently herewith), and purporting to list the names of all parties served
12 by the Tribes as part of the second phase of service mailings on April 17, 2008.

13     7.     Shortly thereafter, on June 12, 2008, I contacted Mr. Berkey to inform him that the
14 Domenigoni-Bartons were omitted from the April 17 Service List that they had not otherwise
15 been served with the Notice of Lawsuit and Request for Waiver of Service of Summons
16 ("Request for Waiver").

17     8.     During that conversation, I asked Mr. Berkey whether the Tribes agreed with the
18 Domenigonis' analysis that they should not be a party to the Tribes' Complaints because the
19 Domenigonis' water use does not physically impair the Tribes' water use in Anza. Mr. Berkey
20 responded that he would check into the matter and would get back to me.

21     9.     On June 17, 2008, having received no further response from Mr. Berkey on the
22 matter, I again asked him for the status of his review of the Domenigoni-Bartons' non-service.
23 Mr. Berkey again responded that he would check into the reason for the omission and would call
24 me back.

25 ///
26 ///
27 ///
28 ///

-3-     Civ. 51-1247-SD-GT
**DECLARATION OF MICHELE A. STAPLES IN SUPPORT OF NOTICE OF NON-SERVICE**

1     10.     At present, I have not received any information from Mr. Berkey regarding the Domenigoni-Bartons' omission from the March 26 and April 17 Service Lists, and/or whether the Tribes agree that the Domenigoni-Bartons are not proper parties to the Tribes' Complaints.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of July, 2008, in Irvine, California.

/s/
Michele A. Staples

-4-     Civ. 51-1247-SD-GT
**DECLARATION OF MICHELE A. STAPLES IN SUPPORT OF NOTICE OF NON-SERVICE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D).  Any other counsel of record will be served by facsimile transmission and/or first class mail on July 10, 2008.

/s/ Paige H. Gosney

797226.2

-5-   Civ. 51-1247-SD-GT
**DECLARATION OF MICHELE A. STAPLES IN SUPPORT OF NOTICE OF NON-SERVICE**