Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Specially Appearing Defendants
Domenigoni-Barton Properties, Jean Domenigoni as
Trustee for the Francis N. and Jean Domenigoni Trust,
Elsa E. Barton as Trustee for the Elsa E. Barton Trust,
Andy Domenigoni as Co-Trustee for the L.G.D.
Irrevocable Trust, Donald Domenigoni as Co-Trustee
for the L.G.D. Irrevocable Trust, Andy Domenigoni
as Co-Trustee for the A & C Domenigoni Family
Trust, Cindy Domenigoni as Co-Trustee for the A &
C Domenigoni Family Trust, Donald Lee Domenigoni
as Trustee for the Donald Lee Domenigoni Trust,
Steven Domenigoni as Trustee of the S & K
Domenigoni Revocable Trust, and Kim Domenigoni
as Trustee of the S & K Domenigoni Revocable Trust

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**DECLARATION OF PAIGE H. GOSNEY IN SUPPORT OF NOTICE OF NON-SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN INTERVENTION OF CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DOMENIGONI-BARTONS** |

DECLARATION OF PAIGE H. GOSNEY IN SUPPORT OF NOTICE OF NON-SERVICE

**DECLARATION OF PAIGE H. GOSNEY**

I, Paige H. Gosney, declare.

1. I am an attorney with the law firm of Jackson, DeMarco, Tidus & Peckenpaugh, attorneys for Specially Appearing Defendants Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust (collectively, "Domenigoni-Bartons"), in the above-captioned action. The following facts are of my own personal knowledge and, except as stated otherwise, if called as a witness, I could and would testify competently thereto.

2. This declaration is made in support of the Notice of Non-Service of Summons and First Amended Complaints in Intervention of Cahuilla Band and Ramona Band of Cahuilla Indians (collectively, "Tribes") Pursuant to Rule 4 of the Federal Rules of Civil Procedure by the Domenigoni-Bartons ("Notice of Non-Service"), filed concurrently herewith.

3. On March 26, 2008, the Tribes filed with this Court a Notice of Lawsuit and Request for Waiver of Service of Summons ("Request for Waiver"), which included a document entitled "List of Parties Served With Notice of Lawsuit and Request for Waiver of Service of Summons" purporting to list of all parties served with the Request for Waiver on March 26, 2008, with lands located above Vail Lake ("March 26 Service List"). The March 26 Service List contains approximately 2,235 defendants. A true and correct copy of the March 26 Service List is attached hereto as <u>Exhibit</u> A.

4. I have personally reviewed the March 26 Service List, and determined that the Domenigoni-Bartons are not named as having been served with the Request for Waiver as part of the March 26, 2008, service mailing.

-2-     Civ. 51-1247-SD-GT
**DECLARATION OF PAIGE H. GOSNEY IN SUPPORT OF NOTICE OF NON-SERVICE**

1   5.   On April 1, 2008, I contacted counsel for the Ramona Band of Cahuilla Indians, Curtis Berkey, to inform him about the Domenigoni-Bartons' non-service. Mr. Berkey said he would get back to me on the matter after consulting with his engineer. Shortly thereafter, Mr. Berkey called me back and explained to me that the Domenigoni-Bartons were intentionally omitted from the March 26 Service List, and thus not served, because the Domenigoni-Bartons' property is on a tributary that outlets downstream of Vail Lake. Mr. Berkey went on to state that the Domenigoni-Bartons would be served with the Request for Waiver as part of the second phase of service mailings.

6.   After the Tribes' second phase of service mailings on April 17, 2008, I noticed that the Tribes did not file a list of the parties served with the Request for Waiver as part of this second service mailing.

7.   On May 27, 2008, and May 30, 2008, I left telephone messages with, and sent e-mails to, counsel for the Ramona Band of Cahuilla Indians, Curtis Berkey, inquiring as to whether the Tribes had prepared a service list for the April 17, 2008, round of service, and, if so, whether I could obtain a copy of the updated service list. True and correct copies of my May 27, 2008, and May 30, 2008, e-mails are attached hereto as Exhibit B.

8.   On June 6, 2008, Mr. Berkey responded to my May 27, 2008, and May 30, 2008, inquiries with an e-mail stating that he would send to me a hard copy of the list of parties served with the Request for Waiver on April 17, 2008. A true and correct copy of Mr. Berkey's June 6, 2008, e-mail is attached hereto as Exhibit C.

9.   On June 9, 2008, I received a letter from Mr. Berkey containing a document entitled "List of Property Owners – Notice Mailed on April 17, 2008" ("April 17 Service List"). True and correct copies of the June 6, 2008, letter from Mr. Berkey and April 17th Service List are attached hereto as Exhibit D.

///
///
///
///

-3-   Civ. 51-1247-SD-GT

**DECLARATION OF PAIGE H. GOSNEY IN SUPPORT OF NOTICE OF NON-SERVICE**

1    10.    I have personally reviewed the April 17 Service List, and determined that the
2 Domenigoni-Bartons are not listed as having been served with the Request for Waiver as part of
3 the April 17, 2008, second service mailing.
4    I declare under penalty of perjury that the foregoing is true and correct.
5    Executed this 10th day of July, 2008, in Irvine, California.

8                                                  /s/ Paige H. Gosney

-4-                                  Civ. 51-1247-SD-GT
**DECLARATION OF PAIGE H. GOSNEY IN SUPPORT OF NOTICE OF NON-SERVICE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D).  Any other counsel of record will be served by facsimile transmission and/or first class mail on July 10, 2008.

/s/ Paige H. Gosney

795920.4

-5-   Civ. 51-1247-SD-GT
**DECLARATION OF PAIGE H. GOSNEY IN SUPPORT OF NOTICE OF NON-SERVICE**