1  Michael L. Tidus, Bar No. 126425
   mtidus@jdtplaw.com
2  Michele A. Staples, Bar No. 144392
   mstaples@jdtplaw.com
3  Paige H. Gosney, Bar No. 252830
   pgosney@jdtplaw.com
4  JACKSON, DeMARCO, TIDUS & PECKENPAUGH
   2030 Main Street, Suite 1200
5  Irvine, California 92614
   Tel: (949) 752-8585
6  Fax: (949) 752-0597

7  Attorneys for Specially Appearing Defendants
   Domenigoni-Barton Properties, Jean Domenigoni as
8  Trustee for the Francis N. and Jean Domenigoni Trust,
   Elsa E. Barton as Trustee for the Elsa E. Barton Trust,
9  Andy Domenigoni as Co-Trustee for the L.G.D.
   Irrevocable Trust, Donald Domenigoni as Co-Trustee
10 for the L.G.D. Irrevocable Trust, Andy Domenigoni
   as Co-Trustee for the A & C Domenigoni Family
11 Trust, Cindy Domenigoni as Co-Trustee for the A &
   C Domenigoni Family Trust, Donald Lee Domenigoni
12 as Trustee for the Donald Lee Domenigoni Trust,
   Steven Domenigoni as Trustee of the S & K
13 Domenigoni Revocable Trust, and Kim Domenigoni
   as Trustee of the S & K Domenigoni Revocable Trust

14

15                UNITED STATES DISTRICT COURT

16            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

17

| UNITED STATES OF AMERICA, | CASE NO. CIV. 51-1247-SD-GT |
|---|---|
| Plaintiff, | **PROOF OF SERVICE NOTICE OF NON-SERVICE PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | |
| Defendants. | |

**PROOF OF SERVICE**
*United States of America v. Fallbrook Public Utility District, et al.*
**United States District Court- SD of California
Case No. 51-1247-SD-GT**

1  
2  
3  
4   I, the undersigned, certify and declare that I am employed in the County of Orange, State
5  of California. I am over the age of 18 and not a party to the above-entitled cause. My business
6  address is 2030 Main Street, Suite 1200, Irvine, California 92614.
7  
8   On **July 10, 2008,** I served the foregoing document described as **NOTICE OF NON-
9  SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN INTERVENTION
10  OF CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS PURSUANT
11  TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DOMENIGONI-
12  BARTONS; DECLARATIONS OF ANDY DOMENIGONI, MICHELE A. STAPLES, AND
13  PAIGE H. GOSNEY IN SUPPORT THEREOF; [PROPOSED] ORDER THEREON** by
14  placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached
15  mailing list.
16  
17  ☒   By Mail: I deposited such envelopes in the United States Mail at Irvine, California with
18  postage thereon fully prepaid.
19  
20   Executed on July 10, 2008, at Irvine, California.
21  
22   I hereby certify that I am employed in the office of a member of the bar of this Court at
23  whose direction this service was made.
24  
25   I hereby certify under penalty of perjury that the foregoing is true and correct.
26  
27  
28  

/s/ Debby Tankersley
Debby Tankersley

**PROOF OF SERVICE**

## MAILING LIST
*United States of America v. Fallbrook Public Utility District, et al.*
United States District Court- SD of California
Case No. 51-1247-SD-GT

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street
Suite 1
Fallbrook, CA 92028-2025

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Pamela M. Machado
Michael J. Machado
P O Box 391607
Anza, CA 92539

Sarah S Works
Williams & Works
PO Box 1483
Corrales, NM 87048

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

**PROOF OF SERVICE**