1  Lester A. Wiederrich
2  Wiederrich Family Trust
3  13440 St. Andrews Pl.
4  Poway, CA 92064
5  Tel: 858-487-1083
6  E-mail: bud-florence@usa.net
7  Pro Per

```
FILED
JUL - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     F.CL         DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, | ) **RESPONSE OF LESTER A.** |
| CAHUILLA BAND OF INDIANS, | ) **WIEDERRICH** |
| Plaintiff-Intervenors, | ) |
| vs. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) |
| Et al., | ) |
| Defendants | ) |

Having received the NOTICE OF LAW SUIT by mail and being out of town on an extended vacation for two months, Attorney Berkeys office was contacted and subsequently given a two month extension for response. (Records proving such are available if needed.)

   This response is to object to the suit, as the property owner purchased his parcel including mineral and water rights

[Summary of pleading] - 1

1  and feel that no one person or any Tribe, no matter what the
2  circumstance should be given any right over and above those of
3  Lester A. Wiederrich.
4      Furthermore, I, Lester A. Wiederrich believe this Suit is
5  Frivolous and nothing more than an attempt to take something
6  that is rightfully and legally not theirs.
7      I certify that this response is being served by mail of
8  which a copy of the service is included.
9  Dated: 7-07-08                    LESTER A. WIEDERRICH
10 (Pro Per)
11                                   (WIEDERRICH FAMILY
12 TRUST)
13
14 Signature: _____

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. _1247 - SD-C_ |
| Plaintiff, | ) |
| | ) **DECLARATION OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) |
| Plaintiff-Intervenors, | ) Persons Served: _Clerk of the Court, United States District court Southern District of CA._ |
| vs, | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) Date Served: |
| Defendants. | ) _7-07-08_ |

I the undersigned declare under penalty of perjury that I am over the age of eighteen Years and not a party to this action: that I served the above named person/persons the Following document:

1) Response to the Law suit of The United States of America, Plaintiff and Ramona Band of Cahuilla, Cahuilla Band of Indians, Plaintiff-Intervenors, vs. Fallbrook Public Utility District, et al., Defendants by placing a copy in a separate envelope, with Postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Poway, CA 92064 on June 28, 2008.

   1) Clerk of the Court, United States District Court Southern District of California at 880 Front St. rm. 4290, S.D. CA 92101-8900

   2) Alexander, Berky, Williams & Weathers LLP at 2030 Addison Street, Suite 410 Berkeley, CA 94704

   3) Williams & Works, P.A. at P.O. Box 1483 Corrales, NM 87049

Executed on _7-07-08_ ,at Poway, CA 92064

Signature: _Mike Shearon_

[Summary of pleading] - 1