Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Specially Appearing Defendants Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.

Defendants.

CASE NO. CIV. 51-1247-SD-GT

**NOTICE OF VOLUNTARY WITHDRAWAL OF DOCUMENT NO. 5049**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants, DOMENIGONI-BARTON PROPERTIES, JEAN DOMENIGONI AS TRUSTEE FOR THE FRANCIS N. AND JEAN

DOMENIGONI TRUST, ELSA E. BARTON AS TRUSTEE FOR THE ELSA E. BARTON TRUST, ANDY DOMENIGONI AS CO-TRUSTEE FOR THE L.G.D. IRREVOCABLE TRUST, DONALD DOMENIGONI AS CO-TRUSTEE FOR THE L.G.D. IRREVOCABLE TRUST, ANDY DOMENIGONI AS CO-TRUSTEE FOR THE A & C DOMENIGONI FAMILY TRUST, CINDY DOMENIGONI AS CO-TRUSTEE FOR THE A & C DOMENIGONI FAMILY TRUST, DONALD LEE DOMENIGONI AS TRUSTEE FOR THE DONALD LEE DOMENIGONI TRUST, STEVEN DOMENIGONI AS TRUSTEE OF THE S & K DOMENIGONI REVOCABLE TRUST, and KIM DOMENIGONI AS TRUSTEE OF THE S & K DOMENIGONI REVOCABLE TRUST (collectively, "DOMENIGONI-BARTONS"), hereby voluntarily requests that the Court withdrawal Document No. 5049, e-filed on July 10, 2008, because the wrong exhibits were inadvertently attached to the Declaration of Michele A. Staples. The document was subsequently e-filed as Document No. 5051 with the correct exhibits.

DATED: July 14, 2008

Respectfully submitted,

JACKSON, DeMARCO, TIDUS & PECKENPAUGH
MICHAEL L. TIDUS
MICHELE A. STAPLES
PAIGE H. GOSNEY

By: /s/ Michele A. Staples
Michele A. Staples
Attorneys for Specially Appearing Defendants Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of record will be served by facsimile transmission and/or first class mail on July 14, 2008.

/s/ Michele A. Staples