1  Michael L. Tidus, Bar No. 126425
   mtidus@jdtplaw.com
2  Michele A. Staples, Bar No. 144392
   mstaples@jdtplaw.com
3  Paige H. Gosney, Bar No. 252830
   pgosney@jdtplaw.com
4  JACKSON, DeMARCO, TIDUS &
   PECKENPAUGH
5  2030 Main Street, Suite 1200
   Irvine, California 92614
6  Tel: (949) 752-8585
   Fax: (949) 752-0597

7  Attorneys for Specially Appearing Defendants
8  Domenigoni-Barton Properties, Jean Domenigoni as
   Trustee for the Francis N. and Jean Domenigoni
9  Trust, Elsa E. Barton as Trustee for the Elsa E.
   Barton Trust, Andy Domenigoni as Co-Trustee for
10 the L.G.D. Irrevocable Trust, Donald Domenigoni
   as Co-Trustee for the L.G.D. Irrevocable Trust,
11 Andy Domenigoni as Co-Trustee for the A & C
   Domenigoni Family Trust, Cindy Domenigoni as
12 Co-Trustee for the A & C Domenigoni Family
   Trust, Donald Lee Domenigoni as Trustee for the
13 Donald Lee Domenigoni Trust, Steven Domenigoni
   as Trustee of the S & K Domenigoni Revocable
14 Trust, and Kim Domenigoni as Trustee of the S &
   K Domenigoni Revocable Trust

15

16                UNITED STATES DISTRICT COURT

17            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

18
   UNITED STATES OF AMERICA,        CASE NO. CIV. 51-1247-SD-GT
19
              Plaintiff,            **PROOF OF SERVICE ON NOTICE OF**
20                                  **VOLUNTARY WITHDRAWAL OF**
   vs.                              **DOCUMENT NO. 5049**
21
   FALLBROOK PUBLIC UTILITY
22 DISTRICT, a public service corporation
   of the State of California, et al.
23
              Defendants.
24

25

26

27

28

**PROOF OF SERVICE**
*United States of America v. Fallbrook Public Utility District, et al.*
United States District Court- SD of California
Case No. 51-1247-SD-GT

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **July 14, 2008,** I served the foregoing document described as **NOTICE OF VOLUNTARY WITHDRAWAL OF DOCUMENT NO. 5049** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ By Mail: I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

Executed on July 14, 2008, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

*Debby Tankersley*
Debby Tankersley

## MAILING LIST
*United States of America v. Fallbrook Public Utility District, et al.*
United States District Court- SD of California
Case No. 51-1247-SD-GT

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street
Suite 1
Fallbrook, CA 92028-2025

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Pamela M. Machado
Michael J. Machado
P O Box 391607
Anza, CA 92539

Sarah S Works
Williams & Works
PO Box 1483
Corrales, NM 87048

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

**PROOF OF SERVICE ON NOTICE OF VOLUNTARY WITHDRAWAL OF DOCUMENT**