IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FIL__
JUL 2 5 2008
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
RAMONA BAND OF CAHUILLA,             )    CIVIL NO.: 1247-SD-C
CAHUILLA BAND OF INDIANS,            )
                                     )
            Plantiff-Intervenors,    )
                                     )
      vs.                            )
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT,   )
et al,                               )
            Defendants.              )

---

ANSWER OF DEFENDANT, THOMAS C. PERKINS TO
RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT
IN INTERVENTION

1 - 39     This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraphs one (1) through thirty-nine (39) of the Cahuilla Band of Indians First Amended Complaint in Intervention, and, therefore, demands strict proof thereof.

**WHEREFORE**, this defendant, having fully answered, prays this civil action be dismissed with costs taxed to the plaintiff.

                         Respectfully Submitted,

                         *[signature]*

                         Thomas C. Perkins

### CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Answer was sent via U.S. First Class Certified Mail, postage prepaid to Susan M. Williams (Pro Hac Vice) and Sarah S. Works (Pro Hac Vice), Williams & Works, P.A., P.O. Box 1483, Corrales, New Mexico, 87049 on the ___9th___ day of July, 2008.

*[signature]*
Thomas C. Perkins

[**Summary of pleading**] - 1

# COVER PAGE

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA    92506
951-789-9021 / 951-205-1620
"in pro per"

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**TO:**      **Clerk of the United States District Court**
             **For the Southern District of California**

**RE:**      **Civil Suite No. 1247-SD-C**

**DATE:**    **July 9, 2008**

To Clerk of The Court:

     Enclosed are my answers, as a defendant, to the Ramona Band of Cahuilla and Cahuilla Band of Indians First Amended Complaint in Intervention.

     I respectfully request that you file my answers with the United States District Court.

Thank you,

Thomas C. Perkins