

Irene M. Park
748 E. Avenida De Las Flores
Thousand Oaks, CA 91360
Defendant PRO SE

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS vs. FALLBROOK PUBLIC UTILITY DISTRICT, et al Defendants | 51-cv-1247-GT-RBB<br><br>REQUEST FOR NUNC PRO TUNC |

As the attachments (REPLY re 4937 Intervenor Complaint, 4936 Intervenor Complaint, and copy of certified envelope) indicate, I mailed my answer to the Tribes' complaint on May 24, 2008. Because of the Memorial Day Holiday on Monday, mail delivery was apparently delayed. I am requesting that my answer be accepted by the Court retroactively to May 27, 2008 in order that my answer will have the effect of having been filed on that date. My docket number is 5001.

June 20, 2008

Irene M. Park

Copies of this request have been sent to:
  Curtis G. Berkey, ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
  Marco Gonzales, COAST LAW GROUP LLP
  Susan M. Williams, WILLIAMS & WORKS, P.A.

June 20, 2008

Irene M. Park

FILED
MAY 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

Irene M Park
748 E, Avenida De Las Flores
Thousand Oaks, Ca, 91360

U.S. District Court So. District of California
Office of the Clerk
880 Front St. suite 4290          Re: Civil No. 1247-SD-C
San Diego, Ca., 92101-8900             U.S. of America, Plaintiff
                                       Ramona Band of Cahilla, Cahuilla
May 25, 2008                           Band of Indians
                                                vs
                                       Fallbrook Public Utility District,
                                       Et Al., Defendants


As requested by this document I respond by the given date
that I reserve the right to join with another defendant
party and or be represented by an attorney if and when
it becomes necessary.

Until I have more and detailed information on this entire
matter I CANNOT RESPOND.

I Request that the Plaintiff's claim be dismissed.

Thank you,

Irene M. Park

CC: Alexander Berkey, Williams&Weathers LLP
Coast Law Group LLP
Williams & Works P.A.



Ms. Irene Park
7468 E Avenida De Las Flores
Thousand Oaks, CA 91360-4954

U.S. District Court
So. District of California
Office of the Clerk
880 Front St. Suite 4290
San Diego, Ca. 92101-8900