JAMES L. MARKMAN (043536)
B. TILDEN KIM (143937)
ERIN L. POWERS (245148)
RICHARDS, WATSON & GERSHON
 A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Specially Appearing
Defendant GREGORY V. BURNETT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　Plaintiff-Intervenors,<br><br><br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 1247-SD-C<br><br>**STATUS CONFERENCE REPORT; DECLARATION OF JAMES L. MARKMAN IN SUPPORT THEREOF**<br><br>Date:　　　September 29, 2008<br>Time:　　　2 p.m.<br>Courtroom:　8<br><br>Hon. Gordon Thompson, Jr. |

Defendant Gregory V. Burnett ("Burnett" hereinafter), specially appearing, hereby submits this report in advance of the September 29, 2008 Status Conference.[1]

On June 30, 2008, this Court stayed this action for 90 days. The stay was granted notwithstanding Burnett informing the Court that the Cahuilla Band of Indians' and the Ramona Band of Cahuilla Indians' (collectively "the Tribes") respective claims to superior water rights were adversely impacting growth and property values in the Anza area and were frightening people dependent on their small wells being able to continue to pump local groundwater to make their homes habitable and their businesses viable. Markman Decl. ¶ 2.

The stay was based upon the representation of the Tribes that a Federal Negotiating Team had been appointed, and essentially that efforts were better spent on exploring potential settlement, than in engaging in protracted litigation. Markman Decl. ¶ 3. The Tribes indicated that, if the stay were granted, they would diligently commence and continuously work towards settlement as an alternative to moving forward with the litigation that they themselves instituted. *Id.*

Since that time, the Ramona Band of Cahuilla Indians have conducted two settlement meetings, taking place on July 24, and August 27, 2008. Mr. Burnett, counsel, and many other landowners attended those meetings. The meetings consisted of the Ramona Tribe setting out its legal and hydrologic position and some proposed settlement principles and feedback thereon from attending interested parties. Markman Decl. ¶ 4.

At the August 27th meeting, the Ramonas indicated that they had already met with the Federal Negotiating Team. The attending landowners requested a similar meeting. The Ramonas' counsel agreed and promised to contact the

---

[1] As of the date of this report, this law firm represents 1035 individuals in the Anza area, and that number could grow to potentially 2180 individuals as the proceedings continue.

1  Negotiating Team to facilitate the meeting.  On September 19th, we were notified
2  of that meeting with the Negotiating Team to take place on September 30, 2008 in
3  Temecula.
4       In sharp contrast to the Ramona Tribe's activities, the Cahuilla Band of
5  Indians – the tribe asserting the far greater amount of priority water rights  – have
6  not made any contact whatsoever with landowners in order to commence a
7  settlement process.  Markman Decl. ¶ 5.  Accordingly, the Court should consider
8  lifting the stay, and/or dismissing the Cahuilla Band of Indians' complaint in
9  intervention for failure to prosecute their claims.  The Tribe should not be able to
10 continue to threaten landowners' ability to produce water without having either the
11 litigation or a settlement process moving forward.

DATED:   September 19, 2008      JAMES L. MARKMAN
                                 B. TILDEN KIM
                                 ERIN L. POWERS
                                 RICHARDS, WATSON & GERSHON,
                                  A Professional Corporation

                                 By: /s/ James L. Markman
                                 James L. Markman
                                 Attorneys for Specially Appearing
                                 Defendant Gregory V. Burnett, et al.

# DECLARATION OF JAMES L. MARKMAN

I, James L. Markman, declare as follows:

1. I am a lawyer admitted to practice law in all state and federal courts in the State of California. This declaration is based upon my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. On June 30, 2008, I attended a hearing before this Court where it stayed this action for 90 days. At this hearing, I informed the Court that the Tribes' claims to superior water rights were adversely impacting growth and property values in the Anza area and were frightening people dependent on their small wells being able to continue to pump local groundwater to make their homes habitable and their businesses viable.

3. The Court's stay was based upon the Tribes' representation that a Federal Negotiating Team had been appointed, and essentially that efforts were better spent on exploring potential settlement, than in engaging in protracted litigation. The Tribes indicated that, if the stay were granted, they would diligently commence and continuously work towards settlement as an alternative to moving forward with the litigation that they themselves instituted.

4. Since that time, the Ramona Band of Cahuilla Indians have conducted two settlement meetings, taking place on July 24, and August 27, 2008. Mr. Burnett, I, and many other landowners and their respective counsel attended those meetings. The meetings consisted of the Ramona Tribe setting out its legal and hydrologic position and some proposed settlement principles and feedback thereon from attending interested parties. At the August 27th meeting, the Ramonas indicated that they had already met with the Federal Negotiating Team. The attending landowners requested a similar meeting. The Ramonas' counsel agreed and promised to contact the Negotiating Team to facilitate the meeting. On September 19th, we were notified of that meeting with the Negotiating Team to

-i-

Status Conference Report

12663-0002\1085884v1.doc

1 take place on September 30, 2008 in Temecula.

2     5.  In sharp contrast to the Ramona Tribe's activities, the Cahuilla Band of Indians – the tribe asserting the far greater amount of priority water rights – have not made any contact whatsoever with landowners in order to commence a settlement process.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of September, 2008 at Los Angeles, California.

*[signature]*

James L. Markman

# PROOF OF SERVICE

I, Gabrielle Duran, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Richards, Watson & Gershon, 355 South Grand, 40th Floor, Los Angeles, California. On September 22, 2008, I served the within documents:

**STATUS CONFERENCE REPORT; DECLARATION OF JAMES L. MARKMAN IN SUPPORT THEREOF**

[ ]   by causing facsimile transmission of the document(s) listed above from (213) 626-8484 to the person(s) and facsimile number(s) set forth below on this date before 5:00 P.M. This transmission was reported as complete and without error. A copy of the transmission report(s), which was properly issued by the transmitting facsimile machine, is attached. Service by facsimile has been made pursuant to a prior written agreement between the parties.

[ X ]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

[ ]   by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery, or deposited in a box or other facility regularly maintained by , in an envelope or package designated by the express service carrier, with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   by causing personal delivery by First Legal Support Services, 1511 West Beverly Boulevard, Los Angeles, California 90026 of the document(s) listed above to the person(s) at the address(es) set forth below.

See Attached Service List

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 22, 2008.

_/s/ Gabrielle Duran_
GABRIELLE DURAN

12663-0002\1063654v1.doc

# SERVICE LIST

| | | |
|---|---|---|
| Curtis G. Berkey<br>Scott W. Williams<br>ALEXANDER, BERKEY,<br>WILLIAMS & WEATHERS LLP<br>2030 Addison Street, Ste 410<br>Berkley, CA 94704 | Marco A. Gonzalez<br>Rory A. Wicks<br>169 Saxony Road, Ste 204<br>Coast Law Group, LLP<br>Encinitas, CA 92024 | Peter J. Mort<br>Rodney B. Lewis<br>James Meggesto<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>2029 Century Park East, Ste 2400<br>Los Angeles, CA 90067-3012 |
| Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 | Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources<br>Division<br>U.S. DEPARTMENT OF JUSTICE<br>PO Box 44378<br>Washington, DC 20026-4378 | Donald R. Pongrace<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036 |
| Bill Steele<br>U.S. BUREAU OF RECLAMATION<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | Anthony J. Pack, General Manager<br>Easter MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Ste 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| SDSU Field Station Programs<br>Attn: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 | Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Ste 1<br>Fallbrook, CA 92028 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 |
| General Manager<br>Elsinore Valley MWD<br>P. O. Box 3000<br>Lake Elsinore, CA 92330 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anzs, CA 92539 | Jackie Spanley<br>AVMAC<br>P.O. Box 391312<br>Anza, CA 92539 |

12663-0002\1086710v1.doc

| | | |
|---|---|---|
| Alvin Greenwald<br>6010 Wilshire Blvd., Ste 500<br>Los Angeles, CA 90036 | Linda Garcia<br>Riverside Co. Flood Control and<br>Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456 |
| Susan M. Williams<br>Sarah S. Works<br>Williams & Works, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 | Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| David Glazer, Esq.<br>Environmental and Natural Resources<br>Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94133 | Western Land Financial<br>and Pacific Holt Corp<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Assad S. Safadi<br>Natural Resources Consulting<br>Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| Catherine M. Stites, General Counsel<br>Metropolitan Water District of<br>Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 | Jeffry F. Ferre<br>Jill N. Willis<br>Best Best & Krieger LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | Michael Gheleta<br>United States Department of Justice<br>Environmental and Natural Resources<br>Division<br>1961 Stout Street, Floor 8 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Ste K<br>San Rafael, CA 94901 | Lake Riverside Estates Community<br>Association<br>41610 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |

| | | |
|---|---|---|
| Anna Gale James<br>40274 Curry Court<br>Aguanga, CA 92536 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | James J. Fletcher<br>U.S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Micahel L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>Jackson, DeMarcho, Tidus, Petersen & Peckengpaugh<br>2030 Main Street, Ste 1200<br>Irvine, CA 92614 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, CA WA 98110 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Dyson Development<br>437 South Highway 101, Ste 217<br>Solana Beach, CA 92075 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |
| Briar McTaggart<br>642 Merion Way 40E<br>Seal Beach, CA 90740 | Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Mary E. Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>Peggy Wilson<br>4205 Minorca Cove<br>Del Mar, CA 92014-2932 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |