Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-SD-GT<br><br>**STATUS REPORT SUBMITTED BY THE RAMONA BAND OF CAHUILLA**<br><br>Hon. Gordon Thompson, Jr.<br><br>**Date:   September 29, 2008**<br>**Time:   2:00 p.m.**<br>**Courtroom: 8** |

Pursuant to this Court's Order of June 30, 2008, Plaintiff-Intervenor Ramona Band of Cahuilla (Tribe) submits this status report summarizing progress in settlement discussions with regard to their water rights claims.  The Tribe moved expeditiously following the issuance of this Court's stay of litigation to organize an orderly process for settlement discussions among a broadly-representative group of defendants, water users and stakeholders in the Santa Margarita River Watershed.  As set forth below, the Tribe and the settlement parties have made substantial progress in organizing a settlement process, in identifying their respective interests, and in identifying issues to be resolved as part of settlement.  An outline for an approach to settlement is under discussion. The participants in the Ramona settlement process support continuation of the stay to allow further

discussions to occur. The Tribe requests that this Court continue the stay presently in effect for 180 days and order the parties to report in 60-day intervals on the status of their progress.

**A. Establishment of Ramona Settlement Group**

The Tribe sent invitations to participate in the discussions to approximately 100 parties, water users and their attorneys. The group, which is informally known as the Ramona Settlement Group, was selected according to the following criteria: 1) formal participation in the case by the filing of an Answer or other pleading responding to the Tribe's claims; or 2) direct expressions of interest in participating in the discussions by telephone, e-mail or written correspondence; or 3) parties or water users known to the Tribe and its counsel as having a substantial interest in the case according to the amount of water claimed or produced in the Anza Sub-basin. The Tribe's goal was to identify a group small enough to enable productive and efficient discussions, while at the same time including persons and entities that would be viewed as representative of various interest groups in the Watershed, and in particular in the Anza Valley, where the Tribe's Reservation is located.

Approximately 50 persons are participating in settlement meetings. They represent, however, approximately 1,100 stakeholders and water users in the Anza Sub-basin and other areas of the Santa Margarita River Watershed. Together they own approximately 5,100 acres overlying ground water sources. The Tribe believes this group represents the major stakeholders with the greatest interest in the Tribe's claims. Of course, the group can be expanded as necessary to accommodate others who may be interested in participating. Plaintiff-intervenor Cahuilla Band of Indians has not participated in the settlement discussions organized by the Ramona Band, because, as we have been informed, that Tribe is in the process of substituting new counsel.

**B.     Settlement Discussions**

The Tribe has held two settlement meetings with the Group, one on July 24 and another on August 27. The discussions are being conducted pursuant to a Confidentiality Agreement that has been executed by many of the parties. The agreement protects the settlement discussions and documents from unconsented disclosure to third parties.

For each meeting, the Tribe prepared documents and maps to guide and focus the discussion. At the July 24 meeting, the Tribe presented an overview of its interests in settling the case. In

1  addition, the Tribe's hydrology consultant presented technical data and analysis regarding the
2  hydrology of the Ramona Reservation in light of the findings in Interlocutory Judgment Nos. 33 and
3  41.  The Tribe also presented and discussed a map showing the hydrology on and near the
4  Reservation.
5       The Tribe answered many questions and concerns regarding its goals in the settlement
6  discussions.  From the Tribe's perspective, the meeting brought about substantial progress in
7  promoting understanding and appreciation for the participants' interests and goals, and in
8  establishing a common set of facts and assumptions which may serve as the basis for further
9  discussions.
10       At the meeting on August 27, the Tribe presented and discussed a Settlement Concepts
11  paper, which set forth six major principles for discussion.  Also, the Tribe presented a confidential
12  Technical Memorandum, which sets forth the factual and technical basis for the quantification of the
13  Tribe's federal reserved water right, based on the findings of fact and conclusions of law contained
14  in Interlocutory Judgment No. 41.  The Memorandum contains the Tribe's position on the amount of
15  water to which it is entitled under its federal reserved water right from Reservation sources.
16       The Tribe also presented a map which showed the Tribe's preliminary view of the zone of
17  potential impact from non-Indian well pumping in the areas adjacent and near the Ramona
18  Reservation.  The Tribe's investigation of the hydrology on and surrounding the Reservation
19  suggests it is feasible and practical to divide water users into categories for settlement purposes,
20  depending on potential impacts on, or physical interference with the Tribe's on-Reservation water
21  supply caused by off-Reservation water pumping by the defendants.  As additional data is collected
22  and analyzed, the Tribe will refine the boundary of the potential impact zone.  When completed and
23  finalized, this map will likely serve as the basis for dividing the parties into groups for settlement
24  purposes.  An outline for a possible approach to settlement with different groups is beginning to take
25  shape.
26       The Settlement Group as a whole believes substantial progress is being made and that the
27  process should continue to explore settlement options.  At the August 27 meeting, the non-Indian
28

participants agreed to support the Tribe's request that the stay of litigation continue in effect in order to allow settlement efforts to proceed.

From the date the stay was issued, counsel for the Tribe has engaged in numerous discussions to explore settlement possibilities with parties and water users not participating in the formal meeting process. These discussions are progressing, and involve a large number of water users and parties with unique and varying circumstances. Efforts are being made to integrate these discussions into the formal settlement process. The Tribe is mindful that many parties are not represented by counsel and lack the financial resources to travel to frequent settlement meetings, which thus far have been held in Temecula, California. The Tribe has also agreed to dismiss voluntarily those parties who provide satisfactory documentary evidence that they no longer retain any legal or equitable interest in the property originally included on the service list.

### C.  Federal Negotiating Team

The positions on the Federal Negotiating Team have been filled. The members are Doug Garcia, Pacific Region, Bureau of Indian Affairs (Chair); Patrick Barry, Department of Justice; William Steele, Bureau of Reclamation; Chris Watson, Department of the Interior, Office of the Solicitor; and Doreen Stetlander, Fish and Wildlife Service. On August 4, 2008, the Federal Negotiating Team met with the Ramona Band of Cahuilla, the Cahuilla Band of Indians and the Pechanga Band of Luiseño Indians. The meeting included reports from the three Tribes regarding the status of their settlement efforts.

### D.  Next Steps

The Ramona Band of Cahuilla has scheduled a meeting with the Settlement Group and the Federal Negotiating Team for September 30 in Temecula. The Tribe expects to set dates for future meetings at that time. The Tribe believes that the settlement process would benefit from the services of a professional facilitator or mediator, but thus far, cost concerns have prevented the hiring of such a person. The pace of settlement discussions may be delayed somewhat while the Cahuilla Band of Indians completes its transition to new counsel. Once that transition is completed, we expect the discussions to resume on a regularly-scheduled basis.

The Ramona Band of Cahuilla believes substantial progress is being made and respectfully requests that this Court continue the stay for another 180 days.

Respectfully submitted,

Dated: September 22, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis G. Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

**DECLARATION OF SERVICE BY U.S. MAIL**

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On September 22, 2008, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) STATUS REPORT SUBMITTED BY THE RAMONA BAND OF CAHUILLA

2) [PROPOSED] ORDER

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace (Pro Hac Vice)
Rodney B. Lewis (Pro Hac Vice)
James Meggesto (Pro Hac Vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

John A. Karaczynski
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Case No.:51-cv-1247

| | | |
|---|---|---|
| 1 | Jack S. Safely | Arthur L. Littleworth |
| 2 | Western MWD<br>P.O. Box 5286 | James B. Gilpin<br>C. Michael Cowett |
| 3 | Riverside, CA 92517 | BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor |
| 4 | | San Diego, CA 92101 |
| 5 | Louidar | Keith Lewinger, General Manager |
| 6 | c/o McMillan Farm Management<br>29379 Rancho California Road, #201 | Fallbrook Public Utility District<br>P.O. Box 2290 |
| 7 | Temecula, CA 92591 | Fallbrook, CA 92088 |
| 8 | Robert H. James, Esq. | Mike Luker |
| 9 | SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1 | Eastern MWD<br>P.O. Box 8300 |
| 10 | Fallbrook, CA 92028 | Perris, CA 92572-8300 |
| 11 | Richard & Christine McMillan | Counsel Western Bases |
| 12 | Gary & Patricia McMillan<br>McMillan Farm Management | P.O. Box 555231<br>Marine Corps Base - Bldg. 1254 |
| 13 | 29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Camp Pendleton, CA 92055-5231 |
| 14 | Darwin Potter | Tulvio Durand, Chairman |
| 15 | Metropolitan Water District<br>Lake Skinner Section | AVMAC<br>P.O. Box 390908 |
| 16 | 33740 Borel Road<br>Winchester, CA 92596 | Anza, CA 92539 |
| 17 | | |
| 18 | John Rossi, General Manager<br>Western MWD | Linda Garcia<br>Riverside Co. Flood Control and Water Conservation |
| 19 | P.O. Box 5286<br>Riverside, CA 92517 | District<br>1995 Market Street |
| 20 | | Riverside, CA 92501 |
| 21 | Patrick Barry, Esq.<br>Amy S. Tryon | |
| 22 | Environment and Natural Resources Division<br>Indian Resources Section | Larry Minor<br>P.O. Box 398 |
| 23 | U.S. Department of Justice<br>P.O. Box 44378 | San Jacinto, CA 92581 |
|    | Washington, D.C. 20026-4378 | |
| 24 | | |
| 25 | Brian Brady, General Manager<br>Rancho California WD | Craig Elitharp, Director of Operations<br>Rancho California Water District |
| 26 | P.O. Box 9017<br>Temecula, CA 92589-9017 | P.O. Box 9017<br>Temecula, CA 92589-9017 |
| 27 | | |
| 28 | | |

Case No.:51-cv-1247

| | | |
|---|---|---|
| 1 | Michael E. McPherson, Esq. | David Glazer, Esq. |
| 2 | 344 Plumosa Avenue | Environment and Natural Resources Division |
| | Vista, CA 92083 | Natural Resources Section |
| 3 | | U.S. Department of Justice |
| | | 301 Howard Street, Suite 1050 |
| 4 | | San Francisco, CA 94105 |
| 5 | Manuel Hamilton | Leslie Cleveland |
| | Joseph Hamilton | U.S. Bureau of Reclamation |
| | P.O. Box 391372 | 27708 Jefferson Avenue, #202 |
| 6 | Anza, CA 92539 | Temecula, CA 92590 |
| 7 | | |
| | James Carter | Marco A. Gonzalez |
| 8 | P.O. Box 28739 | Rory R. Wicks |
| | Santa Ana, CA 92799-8739 | Coast Law Group LLP |
| 9 | | 169 Saxony Road, Suite 204 |
| | | Encinitas, CA 92024 |
| 10 | | |
| 11 | Assistant Chief of Staff | Peter E. Von Haam, Sr. Deputy General Counsel |
| | Environmental Security | Metropolitan Water District of Southern California |
| 12 | Box 555008 | P.O. Box 54153 |
| | Marine Corps Base | Los Angeles, CA 90054 |
| 13 | Camp Pendleton, CA 92055-5008 | |
| 14 | Pamela Williams | Jeffry F. Ferre |
| | Office of the Solicitor | Jill N. Willis |
| 15 | U.S. Department of the Interior | BEST BEST & KRIEGER LLP |
| | Division of Indian Affairs | 3750 University Avenue |
| 16 | 1849 C Street, NW, Room 6456 | P.O. Box 1028 |
| | Washington, D.C. 20240 | Riverside, CA 92502 |
| 17 | | |
| 18 | Susan M. Williams | Don Forsyth |
| | Sarah S. Works | Metropolitan Water District |
| 19 | WILLIAMS & WORKS, P.A. | 33752 Newport Road |
| | P.O. Box 1483 | Winchester, CA 92596 |
| 20 | Corrales, NM 87048 | |
| 21 | | Assistant Chief of Staff, Facilities |
| | Anza Mutual Water Company | Attn: Office of Water Resources |
| 22 | P.O. Box 390117 | Box 555013 |
| | Anza, CA 92539-0117 | Camp Pendleton, CA 92055-5013 |
| 23 | | |
| 24 | Chairperson | James J. Fletcher |
| | Cahuilla Band of Indians | U. S. Department of the Interior |
| 25 | P.O. Box 391760 | Bureau of Indian Affairs |
| | Anza, CA 92539 | 1451 Research Park Drive |
| | | Riverside, CA 92507-2471 |
| 26 | | |
| 27 | Elsa Barton | Michael L. Tidus |
| | 217 No. Palm | Michele A. Staples |
| 28 | Hemet, CA 92543 | JACKSON, DEMARCHO, TIDUS & PECKENPAUGH |
| | | 2030 Main Street, Suite 1200 |
| | | Irvine, CA 92614 |

Case No.:51-cv-1247

| | | |
|---|---|---|
| 1 | | |
| 2 | Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 3 | | |
| 4 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| 5 | | |
| 6 | | |
| 7 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| 8 | | |
| 9 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| 10 | | |
| 11 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| 12 | | |
| 13 | Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| 14 | | |
| 15 | | |
| 16 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA 92591 |
| 17 | | |
| 18 | | |
| 19 | Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ 85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD 20814-3320 |
| 20 | | |

21  I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 22, 2008, at Berkeley, California.

        s/Martha Morales
             Martha Morales

Case No.:51-cv-1247