JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseno Indians*

C. MICHAEL COWETT (SBN 53353)
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Deigo, CA  92101
Telephone: 619-525-1336
Michael.Cowett@bbklaw.com
*Attorney for Rancho California Water District*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**NOTICE REGARDING STATUS OF SETTLEMENT NEGOTIATIONS**<br><br>Hearing Date: Sept. 29, 2008<br>Time: 2:00 pm<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

The Pechanga Band of Luiseño Indians ("Pechanga" or the "Tribe") and Rancho California Water District ("RCWD") hereby give notice that settlement discussions related to Pechanga's un-quantified water rights claims are continuing to take place with positive results towards a comprehensive settlement of the Tribe's claims.[1]  Since this Court instituted a ninety

---

[1] As noted in the original Motion for a Stay of the Proceedings, the Tribe has not at this time sought to quantify its water rights established by Interlocutory Judgment 41. Rather it would prefer to settle its claims and at that time bring its settlement to this Court for approval.  The Court's stay is providing Pechanga with the opportunity to avoid filing a motion to quantify and

1   (90) day stay of these proceedings on June 16, 2008, to allow Pechanga, Ramona Band of

2   Cahuilla Indian and Cahuilla Band of Indians to begin settlement talks, Pechanga has actively

3   engaged in such discussions with several settling parties, including its principal settling party,

4   RCWD. As discussed in more detail below, these settlement discussions are on-going and while

5   significant progress is being made, more time is needed to reach a full settlement of the Tribe's

6   quantification claims. The Tribe, with RCWD's support, respectfully requests that at the

7   September 29, 2008, status conference, the Court grant an additional stay for 180 days to allow

8   the parties to continue their discussions.

9       Pechanga and the Federal Negotiating Team have met and been in communication since

10  the Court granted the stay. Pechanga met with the Federal Team on August 4, 2008 to discuss

11  Pechanga's water claims and settlement of those claims.  Pechanga has also had a teleconference

12  with the Federal Team to discuss its plans for settlement and will meet with the Federal Team

13  again on September 30, 2008.

14      Pechanga has had several meetings with RCWD to discuss the details for reaching a

15  settlement of the Tribe's un-quantified water rights claims.  Pechanga, RCWD, and the Federal

16  Team are in the process of developing a comprehensive settlement structure to meet and fill out

17  the Tribe's future and present water needs from available water sources in full cooperation with

18  each other. Pechanga and RCWD already have in place a Groundwater Management Agreement

19  for delivery of water that these parties are working on incorporating into the Tribe's

20  comprehensive settlement. Discussions continue on a collaborative basis. Pechanga is also

21  engaged in discussions with Metropolitan Water District. These discussions have been

22  meaningful and continue to take place.

23      Pechanga has worked diligently to begin to take all the necessary steps to develop a

24  settlement structure and work with potential settling parties to begin to build the pieces of a

25  settlement.  While the time granted by the Court has been extremely helpful, more time is needed

26  

27  instead engage in settlement discussions with the goal of achieving a comprehensive settlement
    in the near future.

28

1    to continue to make progress.  Pechanga, with RCWD's support, respectfully requests that the

2    Court grant a continuance of the stay for an additional 180 days to allow the parties adequate

3    time to continue to work out the necessary details of a settlement and all the agreements that will

4    fall under the settlement.

5         RESPECTFULLY SUMBITTED,

6    Dated: September 24, 2008             Pechanga Band of Luiseno Indians

7

8                               By: *s/Rodney B. Lewis*
                                  Rodney B. Lewis

9

10                             Rancho California Water District

11                             By: *s/Michael Cowett*

12                                   C. Michael Cowett

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Ave, NW, Washington, D.C. 20036.

On September 24, 2008, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) NOTICE OF STATUS REGARDING SETTLEMENT NEGOTIATIONS

by depositing a copy in the United States mail at 1333 New Hampshire Ave. NW, Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

4

| | |
|---|---|
| 1 | Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 |
| 2 | |
| 3 | |
| 4 | |

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Linda Garcia
Riverside Co. Flood Control and Water
Conservation
District
1995 Market Street
Riverside, CA 92501

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources
Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

5

1   Brian Brady, General Manager          Craig Elitharp, Director of Operations
    Rancho California WD                  Rancho California Water District
2   P.O. Box 9017                         P.O. Box 9017
    Temecula, CA 92589-9017               Temecula, CA 92589-9017
3
    Michael E. McPherson, Esq.            David Glazer, Esq.
4   344 Plumosa Avenue                    Environment and Natural Resources
    Vista, CA 92083                       Division
5                                         Natural Resources Section
6                                         U.S. Department of Justice
                                          301 Howard Street, Suite 1050
7                                         San Francisco, CA 94105
8   Manuel Hamilton                       Leslie Cleveland
9   Joseph Hamilton                       U.S. Bureau of Reclamation
    P.O. Box 391372                       27708 Jefferson Avenue, #202
10  Anza, CA 92539                        Temecula, CA 92590
11  James Carter                          Marco A. Gonzalez
    P.O. Box 28739                        Rory R. Wicks
12  Santa Ana, CA 92799-8739              Coast Law Group LLP
                                          169 Saxony Road, Suite 204
13                                        Encinitas, CA 92024
14
    Assistant Chief of Staff              Peter E. Von Haam, Sr. Deputy General
15  Environmental Security                Counsel
    Box 555008                            Metropolitan Water District of Southern
16  Marine Corps Base                     California
    Camp Pendleton, CA 92055-5008         P.O. Box 54153
17                                        Los Angeles, CA 90054
18
    Pamela Williams                       Jeffry F. Ferre
19  Office of the Solicitor               Jill N. Willis
    U.S. Department of the Interior       BEST BEST & KRIEGER LLP
20  Division of Indian Affairs            3750 University Avenue
    1849 C Street, NW, Room 6456          P.O. Box 1028
21  Washington, D.C. 20240                Riverside, CA 92502
22
    Susan M. Williams                     Don Forsyth
23  Sarah S. Works                        Metropolitan Water District
    WILLIAMS & WORKS, P.A.                33752 Newport Road
24  P.O. Box 1483                         Winchester, CA 92596
    Corrales, NM 87048
25
26
27
28

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Elsa Barton
217 No. Palm
Hemet, CA 92543

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael L. Tidus
Michele A. Staples
JACKSON, DEMARCHO, TIDUS &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

7

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Curtis G. Berkey
Scott W. Williams
Alexander, Berkey, Williams and Weathers
LLL
2030 Addison Street, Suite 410
Berkley, CA 94704

Dyson Development
437 South Highway 101, Suite 217
Solana Beach, CA 92075

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Louidar
P.O. Box 891510
Temecula, CA 92591

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Lake Riverside Estates Community Assoc.
40610 Lakeshore Blvd.
Aguanga, CA 92536

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Michael Gheleta
United States Department of Justice
Environment and Natural Resources
division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 24, 2008, at Washington, D.C.

*s/ Rodney B Lewis*
Rodney B. Lewis

8