Anthony Madrigal (State Bar No. 91755)
26 Lanyard Court
Sacramento, California 95831
Tel: 951-310-5856
anthonymad2002@yahoo.com

Scott B. McElroy (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Daniel E. Steuer (Pro Hac Vice)
GREENE, MEYER & MC ELROY, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
sbmcelroy@greenelawyer.com
awalker@greenelawyer.com
ccondon@greenelawyer.com
dsteuer@greenelawyer.com

*Attorneys for Plaintiff in Interention, the Cahuilla Band of Indians*

FILED
08 SEP 29 AM 10:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,

Plaintiff in Intervention,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

CASE NO. 51-1247-SD-GT

**DESIGNATION OF THE SUBSTITUTION OF LOCAL COUNSEL AND PRO HAC VICE COUNSEL FOR THE CAHUILLA BAND OF INDIANS**

Pursuant to CivLR 83.3(c)(5), the Cahuilla Band of Indians ("Cahuilla"), plaintiff-intervenor in this matter, hereby provides written designation of the substitution of local counsel. Cahuilla has determined to substitute Anthony Madrigal for the current local counsel, Marco Gonzales of the Coast Law Group LLP, located in Encinitas, California. Pursuant to CivLR 83.3(c)(1), Mr. Madrigal, an active member of the State Bar of California in good standing, has submitted his application for admission to this Court, along with the required filing fee.

Additionally, pursuant to CivLR 83.3(g)(2), Cahuilla hereby provides written designation of the substitution of pro hac vice counsel in this matter. By General Counsel Resolution dated September 14, 2008, Cahuilla determined to substitute Scott B. McElroy and others in the law firm of Greene, Meyer & McElroy, P.C., located in Boulder, Colorado, for Susan Williams and Sarah Works of the law firm of Williams & Works, P.A., located in Corrales, New Mexico, as Cahuilla's pro hac vice counsel. Pursuant to CivLR 83.3(c)(5), the following attorneys in Greene, Meyer & McElroy, P.C., who are members in good standing of the State Bar of the State of Colorado, have submitted their applications for pro hac vice admission in this matter, along with the required filing fees: Scott B. McElroy, Alice E. Walker, M. Catherine Condon, and Daniel E. Steuer.

As required by CivLR 83.3(g)(2), this written designation of substitution of local counsel and pro hac vice counsel has been signed by Luther Salgado, the Chairman of the Cahuilla Band of Indians, by Anthony Madrigal as local counsel, and by Scott B. McElroy as lead counsel for pro hac vice counsel. This written designation of substitution of local counsel and pro hac vice counsel has been served upon Marco Gonzales of the Coast Law Group LLP, former local counsel and upon Susan Williams and Sarah Works of Williams & Works, P.A., former pro hac vice counsel. Cahuilla has also served this written designation of substitution of local counsel and pro hac vice counsel upon the service list in this matter.

Respectfully submitted this 26th day of Sept, 2008.

CAHUILLA BAND OF INDIANS

Luther Salgado, Sr., Tribal Chairman
52701 Hwy 371, P.O. Box 391760
Anza, CA 92539
Tel: 951-763-5549

Anthony Madrigal (State Bar No. 91755)
26 Lanyard Court
Sacramento, California 95831
Tel: 951-310-5856

Scott B. McElroy
Alice E. Walker
M. Catherine Condon
Daniel E. Steuer
GREENE, MEYER & MC ELROY, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490

*Attorneys for Plaintiff in Intervention, the Cahuilla Band of Indians*

IT IS SO ORDERED

DATED Oct 1, 2008

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Daryl Ann Vitale, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is Greene, Meyer & McElroy, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On September 26, 2008, I served the foregoing *Designation of the Substitution of Local Counsel and Pro Hac Vice Counsel for the Cahuilla Band of Indians* by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on September 26, 2008.

Daryl Ann Vitale

Agri-Empire, Inc.
PO Box 490
San Jacinto, CA 92383-0490

Anza Holdings, LLC
249 S. Highway 101, #318
Solana Beach, CA 92075-1807

Anza Holdings, LLC
c/o Peter Lewi
539 Meridian Way
Carlsbad, CA 92011-5409

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014-2328

Anza Mutual Water Company
PO Box 390117
Anza, CA 92539-0117

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 55013
Camp Pendleton, CA 92055-5013

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps, Base
Camp Pendleton, CA 92055-5008

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587-9406

Barry, Patrick
U.S. Department of Justice
ENRD
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Barton, Elsa
217 N. Palm
Hernet, CA 92543

Berkey, Curtis G.
Scott W. Williams
Alexander, Berkey, Williams & Weathers, LLP
2030 Addison St., Suite 410
Berkeley, CA 94704-2642

| | | |
|---|---|---|
| Binder, Charles W., Watermaster<br>Santa Margarita River Watershed<br>PO Box 631<br>Fallbrook, CA 92088-0631 | Director, Riverside County Planning<br>4080 Lemon St., 9th Floor<br>Riverside, CA 92501-3609 | Gallaher, Amy<br>Metropolitan Water District<br>PO Box 54153<br>Los Angeles, CA 90054 |
| Brady, Brian, General Manager<br>Rancho California WD<br>PO Box 9017<br>Temecula, CA 92589-9017 | Domenigoni, Fred<br>33011 Holland Rd.<br>Winchester, CA 92596 | Garcia, Linda<br>Riverside County Flood Control<br>and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501-1719 |
| Bruyneel, Thomas<br>Redwine & Sherrill<br>1950 Market St.<br>Riverside, CA 92501-1720 | Domenigoni, Cindy & Andy<br>31851 Winchester Rd.<br>Winchester, CA 92596 | General Manager<br>Murrieta County Water District<br>PO Box 949<br>Murrieta, CA 92564-0949 |
| C. Michael Cowett<br>Best Best & Krieger<br>655 W. Broadway, 15th Floor<br>San Diego, CA 92101-8493 | Domenigoni, Francis N. and Jean<br>Family Trust,<br>Domenigoni-Barton Prop.<br>Domenigoni Brothers Ranch<br>33011 Holland Rd.<br>Winchester, CA 92596 | General Manager<br>Rainbow Mutual Water District<br>PO Box 2500a<br>Fallbrook, CA 92088-2500 |
| Carter, James<br>PO Box 28739<br>Santa Ana, CA 92799-8739 | Dyson Development LLC<br>c/o Robert A. Dyson, Jr.<br>4420 Town Center Way<br>Palm Desert, CA 92260-2754 | General Manager<br>Elsinore Valley Mutual Water District<br>P.O. Box 3000<br>Perris, CA 92572-8300 |
| Chair<br>Cahuilla Band of Indians<br>PO Box 391760<br>Anza, CA 92539-1760 | Dyson Development<br>437 S Hwy 101, Suite 220<br>Solana Beach, CA 92075 | General Manager<br>Rancho Cal RV Resort OA<br>PO Box 214<br>Aguanga, CA 92536-0214 |
| Cleveland, Leslie<br>U.S. Dept. of the Interior<br>Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590-2641 | Fletcher, James J.<br>Rick Gundry<br>U.S. Dept. of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Dr.<br>Riverside, CA 92507-2471 | Gheleta, Michael A.<br>U.S. Department of Justice<br>ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202-2449 |
| Counsel Western Bases<br>PO Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Forsyth, Donale E.<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596-9625 | Gieling, Tom<br>Jojoba Hills SKP Resort<br>45120 Hwy 79 So, Lot 642<br>Aguanga, CA 92536 |

| | | |
|---|---|---|
| Glazer, David<br>U.S. Department of Justice<br>ENRD<br>301 Howard St., Suite 1050<br>San Francisco, CA 94105-6607 | Jaques, Barbara<br>Jojoba Hills SKP Resort<br>45120 Hwy 79 So, Lot 642<br>Aguanga, CA 92536 | Lopez, Michael<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596-9625 |
| Glidden, Ron, Water Resources Manager<br>Pechanga Indian Reservation<br>PO Box 1477<br>Temecula, CA 92593-1477 | Kirkconnell, Sharon<br>Jojoba Hills SKP Resort<br>45120 Hwy 79 So, Lot 642<br>Aguanga, CA 92536 | Luker, Marc<br>Pechanga Tribal Council<br>PO Box 1477<br>Temecula, CA 92593-1477 |
| Greenwald, Alvin<br>A. Greenwald & R. Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036-3661 | Komoto, Nobuo<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First St., Suite 213<br>San Jose, CA 95134-2044 | Luker, Mike<br>Eastern Mutual Water District<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Hamilton, Manual, Tribal Chairman<br>Ramona Band of Cahuilla Indians<br>PO Box 391372<br>Anza, CA 92539-1372 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536-9317 | Madrigal, Anthony<br>26 Lanyard Court<br>Sacramento, CA 95831 |
| Hamilton, Joseph<br>Ramona Reservation<br>PO Box 391372<br>Anza, CA 92539-1372 | Lemons, Bob<br>Rancho California Water District<br>PO Box 9017<br>Temecula, CA 92589-9017 | Madrigal, Eugene<br>28581 Old Town Front St., #208<br>Temecula, CA 92590-2724 |
| Jackson, Joseph, Asst. Gen. Manager<br>Fallbrook Public Utility District<br>PO Box 2290<br>Fallbrook, CA 92088-2290F | Lewinger, Keith, General Manager<br>Fallbrook Public Utility District<br>PO Box 2290<br>Fallbrook, CA 92088-2290 | Mafla, Elena, Chair<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539-9424 |
| James, Robert H.<br>Sachse, James & Lopardo<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028-2002 | Lewinger, Keith, General Manager<br>Fallbrook Public Utility District<br>PO Box 2290<br>Fallbrook, CA 92088-2290 | McClendon, John G.<br>Van Blarcom Leibold McClendon & Mann<br>23422 Mill Creek Dr., Suite 105<br>Laguna Hills, CA 92653-7920 |
| | Littleworth, Arthur<br>Best Best & Krieger<br>PO Box 1028<br>Riverside, CA 92502-1028 | McMillan, Richard & Christine<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Rd., #201<br>Temecula, CA 92591 |

McPherson, Michael E.
344 Plumosa Ave.
Vista, CA 92083-8024

Minor, Larry
PO Box 398
San Jacinto, CA 92581-0398

Mort, Peter J.
Rodney B. Lewis
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90061-3012

Pack, Anthony J., General Manager
Richard Hall, Director
Eastern Mutual Water District
P.O. Box 8300
Perris, CA 92572-8300

Pechanga Tribal Spokesperson
Pechanga Indian Reservation
PO Box 1477
Temecula, CA 92593-1477

Potter, Darwin
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596-9625

Reich, Stephen B.
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901-5536

Rossi, John, General Manager
Western Municipal Water District
450 Alessandro Blvd.
Riverside, CA 92508

Safadi, Assad S.
Natural Resources Consulting Engineers, Inc.
131 E. Lincoln Ave., Suite 300
Fort Collins, CO 80524-4400

Safely, Jack S.
Western Municipal Water District
450 Alessandro Blvd.
Riverside, CA 92508

SDSU Field Station Programs
Attn:: Dr. Matt Rahn, Reserve Dir.
5500 Campanile Drive
San Diego, CA 92182-4614

Shaffer, Mark
6837 NE New Brooklyn Rd.
Bainbridge Island, WA 98110-3601

Spanley, Jackie, Chairperson
AVMAC
PO Box 391076-1076
Anza, CA 92539

Steele, Bill
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590-2641

Tachiki, Karen, General Counsel
Metropolitan Water District
PO Box 54153
Los Angeles, CA 90054-0153

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Rd., #201
Temecula, CA 92591-5208

Tidus, Michael L.
Michele Staples
Benjamin T. Benumof
Jackson DeMarco Tidus Petersen Peckenpaugh
2030 Main St., Suite 1200
Irvine, CA 92614

Western Land Financial and Pacific Holt Corp.
708 W. 20th St., Suite 4
Merced, CA 95340-3639

Williams, Pamela
U.S. Department of the Interior
Secretary of the Interior's Indian Water Rights Office
1849 "C" St., NW, Mail Stop 6456
Washington, D.C. 20240-1050

Marco Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Rd., Suit 204
Encinitas, CA 92024

Susan M. Williams
Sarah S. Works
Williams & Works, PA
PO Box 1483
Corrales, NM 87049