

ORIGINAL
FILED
OCT 0 1 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Civ. No. 51-1247 GT(RBB)<br><br>ORDER |

Upon consideration of the Status Reports filed by Plaintiff-Intervenor Ramona Band of Cahuilla Indians, Plaintiff-Intervenor Pechanga Band of Luiseno Indians and Specially-Appearing Defendant Gregory Burnett, it is hereby ordered:

1. The stay that is presently in effect, shall be continued until April 28, 2009 to facilitate settlement negotiations. No further stays will be granted.

2. Plaintiff United States, Plaintiff-Intervenor Ramona Band of Cahuilla Indians, Plaintiff-Intervenor Pechanga Band of Luiseno Indians, Plaintiff-Intervenor Cahuilla Band of Indians and Specially-Appearing Defendant Gregory Burnett shall appear before this Court on December 1,

2008 at 2 p.m.; February 23, 2009 at 2 p.m.; and April 27, 2009 at 2 p.m. to provide an update on the status of settlement negotiations. Written status repots shall be filed one week prior to each hearing date.

3. If no settlement has been reached by April 27, 2009, then the parties are ordered to prepare for trial on all unresolved matters before the Court.

4. Trial on all unresolved issues shall commence on June 22, 2009 at 9:00 a.m. Local Rules are applicable for all pre-trial procedures including memorandums and motions.

**IT IS ORDERED**.

September 30, 2008
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel