ORIGINAL



FILED

OCT 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP LLP
4  169 Saxony Road, Suite 204
   Encinitas, California 92024
5  Tel: 760-942-8505
   Fax: 760-942-8515
6
   Anthony Madrigal
7  26 Lanyard Court
   Sacramento, CA 95831
8  Tel: 951-310-5856
9  Scott B. McElroy (Pro Hac Vice)
   Alice E. Walker (Pro Hac Vice)
10 M. Catherine Condon (Pro Hac Vice)
   Daniel E. Steuer (Pro Hac Vice)
11 GREENE, MEYER & MC ELROY, P.C.
   1007 Pearl Street, Suite 220
12 Boulder, Colorado 80302
   Tel: 303-442-2021
13 Fax: 303-444-3490
   sbmcelroy@greenelawyer.com
14 awalker@greenelawyer.com
   ccondon@greenelawyer.com
15 dsteuer@greenelawyer.com
16 *Attorneys for Plaintiff in Interention,*
   *the Cahuilla Band of Indians*
17
18            IN THE UNITED STATES DISTRICT COURT
19            SOUTHERN DISTRICT OF CALIFORNIA
20 UNITED STATES OF AMERICA,                    )
21            Plaintiff,                         )
                                                 )
22 CAHUILLA BAND OF INDIANS,                     )   CASE NO. 51-1247-SD-GT
   a federally recognized Indian tribe,         )
23                                               )
            Plaintiff in Intervention,           )   **CLARIFICATION REGARDING**
24                                               )   **DESIGNATION OF THE**
            v.                                   )   **SUBSTITUTION OF LOCAL**
25                                               )   **COUNSEL AND PRO HAC VICE**
   FALLBROOK PUBLIC UTILITY                      )   **COUNSEL FOR CAHUILLA BAND OF**
26 DISTRICT, a public service corporation        )   **INDIANS**
   of the State of California, et al.,          )
27                                               )
            Defendants.                          )
28 _____            )



1    On September 26, 2008, the undersigned sent the *Designation of the Substitution of Local*

2    *Counsel and Pro Hac Vice Counsel for the Cahuilla Band of Indians* to the Court for filing and

3    copied counsel of record.  Since that date it has come to the attention of the undersigned counsel

4    that Anthony Madrigal is unable to serve as local counsel.  The Cahuilla Band of Indians will,

5    therefore, continue to be represented by local counsel, Marco A. Gonzalez of the Coast Law

6    Firm LLP, who is already of record in this matter.

7    The Cahuilla Band of Indians is represented as follows:

8    Local counsel:

9    Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP LLP
10   169 Saxony Road, Suite 204
     Encinitas, California  92024
11   Tel:  760-942-8505
     Fax: 760-942-8515
12

13   Pro hac vice counsel:

14   Scott B. McElroy (Pro Hac Vice)
     Alice E. Walker (Pro Hac Vice)
15   M. Catherine Condon (Pro Hac Vice)
     Daniel E. Steuer (Pro Hac Vice)
16   GREENE, MEYER & MC ELROY, P.C.
     1007 Pearl Street, Suite 220
17   Boulder, Colorado  80302
     Tel:  303-442-2021
18   Fax: 303-444-3490

19   Respectfully submitted this **24**$^{th}$ day of **_Oct._** , 2008.

20
                                        Marco A. Gonzalez (SBN 190832)
21                                       COAST LAW GROUP LLP
                                        169 Saxony Road, Suite 204
22                                       Encinitas, California  92024
                                        Tel:  760-942-8505
23                                       Fax:  760-942-8515

24                                       Anthony Madrigal
                                        26 Lanyard Court
25                                       Sacramento, CA  95831
                                        Tel: 951-310-5856
26

27   Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel          Case No. 51-1247-SD-GT

28

Scott B. McElroy (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Daniel E. Steuer (Pro Hac Vice)
GREENE, MEYER & MC ELROY, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490

By: _____
        Scott B. McElroy

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

## PROOF OF SERVICE

I, Daryl Ann Vitale, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action.  My business address is Greene, Meyer & McElroy, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado.  On October 24, 2008, I served the foregoing *Clarification Regarding Designation of the Substitution of Local Counsel and Pro Hac Vice Counsel for Cahuilla Band of Indians* by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below.  I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on October 24th, 2008.

_____
Daryl Ann Vitale

---

Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel            Case No. 51-1247-SD-GT

Page 3

| | |
|---|---|
| Patrick Barry<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | Matthew L Green<br>Best Best and Krieger LLP<br>655 West Broadway<br>15th Floor<br>San Diego, CA 92101 |
| Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 | John A Karaczynski<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East Suite 2400<br>Los Angeles, CA 90067-3012 |
| Thomas C Stahl<br>U S Attorneys Office Southern District of<br>California<br>880 Front Street, Room 6293<br>San Diego, CA 92101 | Curtis G Berkey<br>Alexander, Berkey, Williams<br>  & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 |
| Michele A Staples<br>Jackson DeMarco Tidus & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | Matthew N Falley<br>Greenberg Glusker Fields Claman<br>  & Machtinger LLP<br>1900 Avenue of the Stars, Suite 1200<br>Los Angeles, CA 90067-4590 |
| Peter J Mort<br>Akin Gump Strauss Hauer and Feld<br>2029 Century Park East , Suite 2400<br>Los Angeles, CA 90067 | Richard Alvin Lewis<br>Law Offices of Richard A. Lewis<br>20631 Ventura Boulevard, Suite 304<br>Woodland Hills, CA 91364 |
| Donald R Timms<br>5335 Jamestown Road<br>San Diego, CA 92117 | Patricia Grace Rosenberg<br>Haas & Najarian LLP<br>58 Maiden Lane, 2nd Floor<br>San Francisco, CA 94108 |
| Timothy P Johnson<br>Johnson and Chambers<br>17821 East 17th Street, Suite 290<br>Tustin, CA 92780 | Gary D Leasure<br>Law Offices of Gary D Leasure<br>12625 High BLuff Drive, Suite 103<br>San Diego, CA 92130 |
| Jonathan M Deer<br>Turner Aubert & Friedman, LLP<br>8383 Wilshire Blvd., Ste. 510<br>Beverly Hills, CA 90211-2486 | Gerald (Jerry) Blank<br>Law Office of Gerald Blank<br>444 West C Street , Suite 210<br>San Diego, CA 92101-3589 |
| Michael Duane Davis<br>Gresham Savage Nolan & Tilden<br>3750 University Avenue, Suite 250<br>Riverside, CA 92501-3335 | Mark L Brandon<br>Brandon and Associates<br>3695 Third Avenue<br>San Diego, CA 92103 |

Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel       Case No. 51-1247-SD-GT

Page 4

| | |
|---|---|
| Bill J Kuenzinger<br>Brown Hall & McKinley<br>3031 West March Lane, Suite 230W<br>Stockton, CA 95219 | Kevin Patrick Sullivan<br>Worley Schwartz Garfield & Prairie LLP<br>401 B Street, Suit 2400<br>San Diego, CA  92101 |
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director, Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | James B. Gilpin<br>Matthew L. Green<br>Best Best & Krieger LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-3542 |
| Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James<br>Sachse, James & Lopardo<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |

Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel          Case No. 51-1247-SD-GT

| | |
|---|---|
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Jackie Spanley<br>AVMAC<br>P.O. Box 391312<br>Anza, CA 92539 |
| Alvin Greenwald<br>6010 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90036 | Linda Garcia<br>Riverside Co. Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 |
| David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 |
| Western Land Financial<br>and Pacific Holt Corp.<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 |

Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel          Case No. 51-1247-SD-GT

| | |
|---|---|
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern<br>California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 |
| Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | Luther Selgado, Sr., Chairman<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 |
| James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| Michael L. Tidus, Michele A. Staples<br>Benjamin T. Benumof<br>Jackson, Demarcho, Tidus, Petersen &<br>Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 |
| Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 | Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |
| Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |

Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel     Case No. 51-1247-SD-GT

| | |
|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson<br>4205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street, Suite 1<br>Fallbrook, CA 92028-2025 | Arthur L. Littleworth<br>Best Best & Krieger<br>PO Box 1028<br>Riverside, CA 92505-1028 |
| | |

Cahuilla Notice of Clarification of Local and Pro Hac Vice Counsel    Case No. 51-1247-SD-GT

Page 8