Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515

Anthony Madrigal
26 Lanyard Court
Sacramento, CA  95831
Tel:  951-310-5856

Scott B. McElroy (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Daniel E. Steuer (Pro Hac Vice)
GREENE, MEYER & MC ELROY, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax:  303-444-3490
sbmcelroy@greenelawyer.com
awalker@greenelawyer.com
ccondon@greenelawyer.com
dsteuer@greenelawyer.com

*Attorneys for Plaintiff in Interention,*
*the Cahuilla Band of Indians*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>　a federally recognized Indian tribe,<br><br>　　　Plaintiff in Intervention,<br><br>　　　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 51-cv-1247-SD-GT

**STATUS REPORT SUBMITTED BY
CAHUILLA BAND OF INDIANS**

Hearing Date: Dec. 1, 2008
Time:　　　　2:00 p.m.
Courtroom:　　8

Hon. Gordon Thompson, Jr.

On September 30, 2008, the Court issued an Order in which it directed the parties to file a status report one week prior to the December 1, 2008, February 23, 2009, and April 27, 2009 hearing dates providing the Court with an update on the status of settlement negotiations. Pursuant to that Order, the following status report is hereby submitted:

1.      The designation of substitution of pro hac vice counsel was approved by the Court on October 23, 2008.

2.      On October 27, 2008, representatives of the Cahuilla Band met with the Federal Negotiating Team to discuss negotiation issues and ideas.  The parties discussed various negotiation strategies in an effort to move forward with settlement negotiations as quickly as possible.

3.      On November 17, 2008, the Cahuilla Band sent invitations to approximately 100 parties, water users and their attorneys, to participate in a settlement meeting on December 2, 2008.

4.      The group was selected according to the following criteria:  (1) formal participation in the case by the filing of an Answer or other pleading responding to the Cahuilla Band's claims; (2) direct expressions of interest in participating in the discussions by telephone, e-mail or written correspondence; or (3) parties or water users known to the Cahuilla Band and its counsel as having a substantial interest in the case according to the amount of water claimed or produced in the Anza Basin.

5.      The purpose of the December 2 meeting is to continue the preliminary discussions regarding the potential for a negotiated settlement of the Cahuilla Band's federal reserved water rights.

6.      At the meeting we plan to present documents and maps to guide and focus the discussion.  During the meeting, we plan to discuss (1) the settlement process; (2) appropriate parties for these discussions; (3) potential issues of concern for all parties; (4) the need for

1  confidentiality provisions; and (5) the hydrology of the Anza Basin.  We will also discuss the

2  need for subsequent settlement meetings.

3  Respectfully submitted this 21st day of November, 2008.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515

Anthony Madrigal
26 Lanyard Court
Sacramento, CA  95831
Tel: 951-310-5856

Scott B. McElroy (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Daniel E. Steuer (Pro Hac Vice)
GREENE, MEYER & MC ELROY, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490

*/s/ M. Catherine Condon*
By: _____
M. Catherine Condon

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Status Report Submitted by Cahuilla Band of Indians                    Case No. 51-cv-1247-SD-GT

1

**PROOF OF SERVICE**

2

I, Daryl Ann Vitale, declare:

3

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action.  My business address is Greene, Meyer & McElroy, P.C., 1007 Pearl St., Suite 220,

4

Boulder, Colorado.  On November 21, 2008, I electronically filed the foregoing *Status Report Submitted by Cahuilla Band of Indians* with the Clerk of the Court using the CM/ECF system,

5

which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

6

7

**Daniel J Goulding**, lrodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
**Gerald (Jerry) Blank**, gblank@san.rr.com, mejoslyn@sbcglobal.net

8

**Mark L Brandon**, mbrandon@brandon-law.com, dslack@brandon-law.com
**Thomas C Stahl**, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov

9

**Robert M Cohen**, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,
    wwendelstein@bcandblaw.com

10

**Michael Duane Davis**, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
**John A Karaczynski**, jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com,

11

    msobolefflevy@akingump.com, vrayhodge@akingump.com
**William Kenneth Koska**, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com

12

**Scott B. McElroy**, smcelroy@greenelawyer.com, dvitale@greenelawyer.com
**Alice E. Walker**, awalker@greenelawyer.com

13

**M. Catherine Condon**, ccondon@greenelawyer.com
**Daniel E. Steuer**, dsteuer@greenelawyer.com

14

**Peter J Mort**, pmort@akingump.com, jfukai@akingump.com
**Michele A Staples**, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com

15

**Bill J Kuenzinger,** bkuenzinger@bhsmck.com, rjones@bhsmck.com
**Marco Antonio Gonzalez**, marco@coastlawgroup.com, sara@coastlawgroup.com

16

**John Christopher Lemmo**, jl@procopio.com, laj@procopio.com
**Kevin Patrick Sullivan**, ksullivan@swgsgp.com, kstanis@swgsgp.com

17

**Matthew N Falley**, mfalley@ggfirm.com
**Gary D Leasure**, gleasure@garydleasure.com

18

**Mary L Fickel**, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
**Timothy P Johnson**, tjohnson@johnson-chambers.com, cww@johnson-chambers.com

19

**Matthew L Green**, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
**F Patrick Barry**, patrick.barry@usdoj.gov

20

**Curtis G Berkey**, cberkey@abwwlaw.com, mmorales@abwwlaw.com
**Richard Alvin Lewis**, Rlewis@RichardLewis.com

21

**Patricia Grace Rosenberg**, prosenberg@hnattorneys.com
**Jonathan M Deer**, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

22

**Anthony Madrigal**, anthonymad2002@yahoo.com
**Charles W Binder**, cwbinder@smrwm.org

23

**Donald R Timms**, dontimms@san.rr.com

24

I further certify that on November 21, 2008, I served the foregoing *Status Report Submitted by Cahuilla Band of Indians* on the following who are not registered with the

25

CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below.  I am

26

27

Status Report Submitted by Cahuilla Band of Indians               Case No. 51-cv-1247-SD-GT

28

1  readily familiar with the firm's practice for collecting and processing correspondence for mailing
with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary
2  course of business.  I am aware that on motion of the party served, service is presumed invalid if
postal cancellation date or postage meter date is more than one day after date of deposit for
3  mailing contained in this affidavit.

4  Wiederrich Family Trust
13440 St. Andrews Pl.
5  Poway, CA 92064

Marianne E Pajot

[mail held - no address provided]

6  Anna Gale James
40275 Curry Court
7  Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

8  Barbara J Carr Trust
Barbara J. Carr, Trustee
9  20571Bexley Road
Jamul, CA 91935-7945

Michael J Machado
P O Box 391607
Anza, CA 92539

10

Pamela M Machado
P O Box 391607
Anza, CA 92539

11  Billy Ward
P O Box 5878
12  San Diego, CA 92165

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

13  Briar McTaggart
1642 Merion Way 40E
14  Seal Beach, CA 90740

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street
Suite 1
Fallbrook, CA 92028-2025

15  James L. Markman
Richards Watson & Gershon
16  1 Civic Center Circle
PO Box 1059
17  Brea, CA 92822-1059

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

18  John S Wilson
14205 Minorca Cove
19  Del Mar, CA 92014-2932

Vanessa L. Ray-Hodge
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

20  Khyber Courchesne
1264 Page Street
21  San Francisco, CA 94117

22       I declare under penalty of perjury under the laws of the State of Colorado that the above is
true and correct.

23

24       Executed on November 21, 2008

25                                          */s/ Daryl Ann Vitale*
                                          Daryl Ann Vitale
26

27  Status Report Submitted by Cahuilla Band of Indians          Case No. 51-cv-1247-SD-GT

28                                  Page 5