Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>**STATUS REPORT SUBMITTED BY PLAINTIFF-INTERVENOR THE RAMONA BAND OF CAHUILLA**<br><br>Hon. Gordon Thompson, Jr.<br><br>**Date: December 1, 2008**<br>**Time: 2:00 p.m.**<br>**Courtroom: 8** |

Pursuant to this Court's Order of October 1, 2008, Plaintiff-Intervenor Ramona Band of Cahuilla (Tribe) submits this status report summarizing progress in settlement discussions with regard to its water rights claims. Substantial progress is being made. Since the entry of this Court's Order, the Tribe has convened two settlement negotiation meetings with the Ramona Settlement Group. The meetings were held on October 30 and November 19 in Temecula, California. Representatives of the Tribe, the Federal Negotiating Team and a large group of landowner defendants were in attendance at both meetings.

Case No.: 51cv1247

In advance of the October 30 meeting, the Tribe prepared and distributed a Draft Framework Settlement Agreement. This document served as the basis for the discussions. It proposed concepts which the Tribe believes would resolve its claims, and if adopted, would provide the fundamental principles for a final settlement agreement. At the October 30 meeting, the parties agreed to focus initially on settlement terms that will apply and be offered to landowner defendants located outside the Anza Ground Water Basin. This approach is based on the generally accepted fact that pumping by such persons is not likely to adversely affect the water supply available on the Ramona Reservation.

Also at the October 30 meeting, the parties agreed to authorize their hydrologists to conduct technical investigations and consultations in order to determine the existence and scope of the zone within the Anza Ground Water Basin in which well pumping by non-Indians is likely to impact the water supply available for the Tribe's use on the Reservation. The goal of this investigation is to develop the highest possible degree of scientific certainty with regard to the hydrology relevant to the question of on-reservation impacts caused by off-reservation pumping. This consultation has begun with an exchange of information by the hydrologists and proposals for structuring the discussions and technical investigation. The results of this consultation will serve as the factual basis for settlement discussions with regard to landowners within the Anza Basin, which will constitute the next step in our discussions.

The terms of a proposed settlement agreement applicable to landowners outside the Anza Ground Water Basin were discussed at the meeting on November 19. The Tribe believes this discussion narrowed the differences among the parties. Based on the results of the November 19 meeting, a draft of a settlement agreement is being prepared that will incorporate proposals discussed at this meeting. The draft will be distributed to the parties for comment before the next meeting, which is scheduled for December 16.

///
///
///
///

The Tribe believes significant progress has been made and that the participants in the discussions are committed to resolving the Tribe's water rights claims through settlement negotiations.

Respectfully submitted,

Dated: November 21, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis G. Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On November 21, 2008, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) **STATUS REPORT SUBMITTED BY PLAINTIFF-INTERVENOR THE RAMONA BAND OF CAHUILLA**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Donald R. Pongrace (Pro Hac Vice)
Rodney B. Lewis (Pro Hac Vice)
James Meggesto (Pro Hac Vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

John A. Karaczynski
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517


Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591


Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028


Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362


Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596


John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517


Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378


Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083


Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101


Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088


Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300


Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231


Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539


Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501


Larry Minor
P.O. Box 398
San Jacinto, CA 92581


Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Elsa Barton
217 No. Palm
Hemet, CA 92543

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael L. Tidus
Michele A. Staples
JACKSON, DEMARCHO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Louidar
P.O. Box 891510
Temecula, CA 92591

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

 

    I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on November 21, 2008, at Berkeley, California.

_____
Martha Morales