1  JOHN KARACZYNSKI (SBN 93108)
   RODNEY B. LEWIS (*Pro Hac Vice*)
2  JAMES MEGGESTO (*Pro Hac Vice*)
   Akin Gump Strauss Hauer & Feld LLP
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone: 310-229-1000
   E-mail: rlewis@akingump.com
5  E-mail: jmeggesto@akingump.com
   *Attorneys for Plaintiff-Intervenor/Defendant*
6  *Pechanga Band of Luiseno Indians*

7  C. MICHAEL COWETT (SBN 53353)
   Best Best & Krieger LLP
8  655 West Broadway, 15th Floor
   San Deigo, CA  92101
9  Telephone: 619-525-1336
   Michael.Cowett@bbklaw.com
10 *Attorney for Rancho California Water District*

11

12              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
13

14 UNITED STATES OF AMERICA,          Case No. 51-1247-SD-GT

15                     Plaintiff,    **STATUS REPORT SUBMITTED BY**
                                     **PECHANGA BAND OF LUISENO**
16     v.                            **INDIANS AND RANCHO CALIFORNIA**
                                     **WATER DISTRICT**
17 FALLBROOK PUBLIC UTILITY
   DISTRICT, *et al.*,               Hearing Date: Dec. 1, 2008
18                                   Time: 2:00 pm
                       Defendants.   Courtroom: 8
19

20                                   Hon. Gordon Thompson, Jr.

21

22        Pursuant to this Court's October 1, 2008 Order, the Pechanga Band of Luiseño Indians

23 ("Pechanga" or the "Tribe") and Rancho California Water District ("RCWD")[1] hereby submit

24 this status report summarizing settlement discussions related to Pechanga's un-quantified water

25 rights claims.  As noted in the original Motion for a Stay of the Proceedings, the Tribe has not at

26 this time sought to quantify its water rights established by Interlocutory Judgment 41.  Rather the

27 _____
   [1] Pechanga and RCWD are collectively referred to as the "Reporting Parties" herein.
28

1   Tribe would prefer to engage in settlement discussions with the goal of achieving a

2   comprehensive settlement in the near future while at the same time continuing to participate in

3   these proceedings, both as a defendant and as a potential movant for quantification of its water

4   rights pursuant to Interlocutory Judgment 41.

5        Pechanga, RCWD, and the Federal Negotiating Team are in the process of developing a

6   comprehensive settlement structure to meet and fill out the Tribe's future and present water

7   needs from available water sources in full cooperation with each other.  Since the September 24,

8   2008 status report, Pechanga has continued to actively engage in settlement discussions with

9   RCWD and other interested parties.  Specifically, Pechanga and RCWD met on September 30,

10  2008, October 21, 2008 and November 12, 2008.  The Federal Negotiating Team and other

11  interested parties were also present at the October 21, 2008 meeting with RCWD.  Additionally,

12  Pechanga and the Federal Negotiating Team have had numerous conference calls to discuss

13  Pechanga's water claims and settlement of those claims.  As a result of these meetings and

14  conferences calls, the parties have made significant progress towards a statement of principles,

15  which will be the subject of a meeting between the Tribe, RCWD, and the Federal Negotiating

16  Team on December 2, 2008, and again on December 9, 2008.

17       The Reporting Parties have also pursued the possibility of the Fallbrook Steering

18  Committee requesting the Watermaster, pursuant to his powers and duties, to determine what

19  efforts might be necessary to produce an updated service list.[2]  The Reporting Parties believe

20  that an updated service list would be extremely helpful for future enforcement and administration

21  of the Fallbrook Decree, particularly if one or more of the contemplated settlements are

22  achieved.  Accordingly, any suggestions or guidance that the Court might have for the Steering

23  Committee in considering such a request to the Watermaster would be greatly appreciated.

24

25  _____

26  [2] *See* Order for the Appointment of a Watermaster; Powers and Duties (Mar. 13, 1989) (Court appointment of new
    Watermaster and description of his duties); Order Authorizing Contract Negotiations for Watermaster of the Santa

27  Margarita River Watershed and Appointment of Watermaster (Nov. 15, 2005) (Order authorizing the Watermaster
    Steering Committee to negotiate and execute an employment contract with Charles Binder as the new Watermaster).

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      RESPECTFULLY SUMBITTED,

Dated: November 24, 2008            Pechanga Band of Luiseño Indians


By: _s/Rodney B. Lewis_____
    Rodney B. Lewis


Rancho California Water District

By: _s/Michael Cowett_____
    C. Michael Cowett

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Ave, NW, Washington, D.C. 20036.

On November 24, 2008, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISENO INDIANS AND RANCHO CALIFORNIA WATER DISTRICT

by depositing a copy in the United States mail at 1333 New Hampshire Ave. NW, Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort CA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |

| | |
|---|---|
| Jack S. Safely | Arthur L. Littleworth |
| Western MWD | James B. Gilpin |
| P.O. Box 5286 | C. Michael Cowett |
| Riverside, CA 92517 | BEST BEST & KRIEGER LLP |
| | 655 West Broadway, 15th Floor |
| | San Diego, CA 92101 |
| | |
| Louidar | Keith Lewinger, General Manager |
| c/o McMillan Farm Management | Fallbrook Public Utility District |
| 29379 Rancho California Road, #201 | P.O. Box 2290 |
| Temecula, CA 92591 | Fallbrook, CA 92088 |
| | |
| Robert H. James, Esq. | Mike Luker |
| SACHSE, JAMES & LOPARDO | Eastern MWD |
| 205 W. Alvarado St., Suite 1 | P.O. Box 8300 |
| Fallbrook, CA 92028 | Perris, CA 92572-8300 |
| | |
| Richard & Christine McMillan | Counsel Western Bases |
| Gary & Patricia McMillan | P.O. Box 555231 |
| McMillan Farm Management | Marine Corps Base - Bldg. 1254 |
| 29379 Rancho California Road, Suite 201 | Camp Pendleton, CA 92055-5231 |
| Temecula, CA 92362 | |
| | |
| Darwin Potter | Tulvio Durand, Chairman |
| Metropolitan Water District | AVMAC |
| Lake Skinner Section | P.O. Box 390908 |
| 33740 Borel Road | Anza, CA 92539 |
| Winchester, CA 92596 | |
| | |
| John Rossi, General Manager | Linda Garcia |
| Western MWD | Riverside Co. Flood Control and Water |
| P.O. Box 5286 | Conservation |
| Riverside, CA 92517 | District |
| | 1995 Market Street |
| | Riverside, CA 92501 |
| | |
| Patrick Barry, Esq. | Larry Minor |
| Amy S. Tryon | P.O. Box 398 |
| Environment and Natural Resources | San Jacinto, CA 92581 |
| Division | |
| Indian Resources Section | |
| U.S. Department of Justice | |
| P.O. Box 44378 | |
| Washington, D.C. 20026-4378 | |

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources
Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Peter E. Von Haam, Sr. Deputy General
Counsel
Metropolitan Water District of Southern
California
P.O. Box 54153
Los Angeles, CA 90054

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

| | |
|---|---|
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCHO, TIDUS &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Curtis G. Berkey
Scott W. Williams
Alexander, Berkey, Williams and Weathers
LLL
2030 Addison Street, Suite 410
Berkley, CA 94704

Lake Riverside Estates Community Assoc.
40610 Lakeshore Blvd.
Aguanga, CA 92536

Dyson Development
437 South Highway 101, Suite 217
Solana Beach, CA 92075

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Michael Gheleta
United States Department of Justice
Environment and Natural Resources
division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA  92064
Anthony Madrigal
26 Lanyard Court
Sacramento, CA  95831

Thomas Perkins
7037 Gaskin Place
Riverside, CA  92506
Scott B. McElroy
Alice E. Walker
M. Catherine Condon
Daniel E. Steuer
Greene, Meyer & McElroy
1007 Pearl Street, Suite 220
Boulder, CO  80302

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

1    I declare under penalty of perjury that the foregoing is true and correct, and that this
2    Declaration was executed on November 24, 2008, at Washington, D.C.

3                                          *s/ Rodney B Lewis*_____
4                                          Rodney B. Lewis

9