**CHAKMAKIS & ASSOCIATES**
301 No. Cañon Drive, Suite 315
BEVERLY HILLS, CALIFORNIA 90210
Telephone: 310.550.1555
Facsimile: 310.550.1151
George Chakmakis, State Bar No. 162634

Attorneys for Defendant Frank Spitzer

FILED
08 DEC -1 AM 11: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

51 CV 1247 GT RBB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Proposed Plaintiff In Intervention<br><br>v.<br><br>FRANK SPITZER<br><br>Defendant. | CIVIL NO. 1247-SD-C<br><br>Notice of Special Appearance |

Notice is given that Defendant FRANK SPITZER hereby appears specially in this proceeding by George Chakmakis, his attorney, for the purpose of obtaining status of the proceedings and notices of hearings only.

Date: November 25, 2008                CHAKMAKIS & ASSOCIATES

By: _____
George Chakmakis, attorney for defendant
FRANK SPITZER

1

NOTICE OF SPECIAL APPEARANCE

CASE NO.: 1247-SD-C

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Raffi Zargarian, declare: I am a resident of the United States of America and am employed in Beverly Hills, California; I am over the age of 18 years and am not a party to the within action; my business address is 301 No. Canon Drive, Suite 315, Beverly Hills, California 90210. On November 25, 2008, I served the NOTICE OF SPECIAL APPEARANCE in said action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

See Attached Service List

I deposited such envelope(s) in the mail at our office. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 25, 2008, at Beverly Hills, California.

Raffi Zargarian,
Law Clerk at Chakmakis & Associates

## Service List

Donald R. Pongrace (Pro Hac Vice)
Rodney B. Lewis (Pro Hac Vice)
James Meggesto (Pro Hac Vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

John A. Karaczynski
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Elsa Barton
217 No. Palm
Hemet, CA 92543

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael L. Tidus
Michele A. Staples
JACKSON, DEMARCHO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

Scott McElroy
M. Katherine Condon
Alice E. Walker
Greene, Meyer & McElroy, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

Louidar
P.O. Box 891510
Temecula, CA 92591

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Martha Morales
Office Manager
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704