FILED
DEC 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                  DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>    Plaintiff-Intervenors<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | Civ. No. 51-1247 GT(RBB)<br><br><br><br><br><br>**ORDER** |

    On December 1, 2008, a status hearing was held. Several parties requested that the stay be lifted before its current expiration date of April 27, 2009. Those parties that request the stay be lifted early are required to file a written proposal re the extent to which the stay should be lifted, a list of proposed discovery and/or proposed motions and the grounds to be argued in those motions.

    The written proposals are due no later than January 5, 2009. Any Oppositions to the proposals are due January 26, 2009. There will be no Reply briefs without express permission from the Court. The page limit for both the written proposal and oppositions is 5 pages. Proposals and

Oppositions shall be served on all parties.

The Court will render its decision on the proposals at the status conference scheduled for February 23, 2009.

**IT IS ORDERED** that

12-4-08
date

*Gordon Thompson Jr*
GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel