CHAKMAKIS & ASSOCIATES
301 No. Cañon Drive, Suite 315
BEVERLY HILLS, CALIFORNIA 90210
Telephone: 310.550.1555
Facsimile: 310.550.1151
George Chakmakis, State Bar No. 162634

Attorneys for Defendant Frank Spitzer

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247-SD-C |
| Plaintiff, | Notice of Special Appearance |
| CAHUILLA BAND OF INDIANS, | |
| Proposed Plaintiff In Intervention | |
| v. | |
| FRANK SPITZER | |
| Defendant. | |

Notice is given that Defendant FRANK SPITZER hereby appears specially in this proceeding by George Chakmakis, his attorney, for the purpose of obtaining status of the proceedings and notices of hearings only.

Date: November 25, 2008

CHAKMAKIS & ASSOCIATES

By: /s/ Chakmakis      /s/
George Chakmakis, attorney for defendant
FRANK SPITZER

CASE NO.: 1247-SD-C

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Raffi Zargarian, declare:   I am a resident of the United States of America and am employed in Beverly Hills, California;  I am over the age of 18 years and am not a party to the within action; my business address is 301 No. Canon Drive, Suite 315, Beverly Hills, California 90210.  On November 25, 2008, I served the NOTICE OF SPECIAL APPEARANCE in said action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

See Attached Service List

I deposited such envelope(s) in the mail at our office.  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it is deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 25, 2008, at Beverly Hills, California.

By: /s/ Zargarian /s/

Raffi Zargarian,

Law Clerk at Chakmakis & Associates

Service List

| | |
|---|---|
| Donald R. Pongrace (Pro Hac Vice)<br>Rodney B. Lewis (Pro Hac Vice)<br>James Meggesto (Pro Hac Vice)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C.  20036 | Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 |
| John A. Karaczynski<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA   90067 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho Cal RV Resort CA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road,  #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |

| | |
|---|---|
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA  92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Linda Garcia<br>Riverside Co. Flood Control and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C.  20026-4378 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Craig Elitharp, Director of Operations<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |

| | |
|---|---|
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Peter E. Von Haam, Sr. Deputy General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C.  20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCHO, TIDUS & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA  92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |

| | |
|---|---|
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA 92591 |
| Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ 85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD 20814-3320 |
| Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA 92064 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Scott McElroy<br>M. Katherine Condon<br>Alice E. Walker<br>Greene, Meyer & McElroy, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | Martha Morales<br>Office Manager<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 |