FILED

DEC 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Civ. No. 51-1247 GT(RBB) |
| Plaintiff, ) | |
| RAMONA BAND OF CAHUILLA, CAHUILLA ) BAND OF INDIANS, et al., ) | |
| Plaintiff-Intervenors ) | |
| v. ) | **ORDER** |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

On the Court's on motion, the hearing date set for February 23, 2008 has been changed to March 9, 2008 at 2 p.m.  The briefing schedule for any motions to lift the stay remains the same.

**IT IS SO ORDERED**.

*12-19-08*
date

GORDON THOMPSON, JR.
United States District Judge

cc:  All counsel and parties without counsel