**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-SD-C<br><br>**DECLARATION OF MARY L. FICKEL IN SUPPORT OF DEFENDANT BRYAN D. SAMPSON'S WRITTEN PROPOSAL RE: TERMINATION OF STAY, PROPOSED DISCOVERY AND PROPOSED MOTIONS**<br><br>Date:  March 9, 2009<br>Time:  2:00 p.m.<br>Ctrm:  8, 3rd Floor<br>Judge: Hon. Gordon Thompson, Jr. |

I, Mary L. Fickel, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am also an associate for Sampson & Associates, attorneys of record for Defendant Bryan D. Sampson in the above-entitled action.

2. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge, except as to those matters stated upon information and belief. As to those matters, I am informed and believe and thereon allege that they are true and correct based upon my reasonable investigation.

/ / /

/ / /

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
DECLARATION OF MARY L. FICKEL RE: WRITTEN PROPOSAL RE: TERMINATION OF TEMPORARY STAY
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Misc\Term.Stay\MLF.Stay.II.wpd

## FACTUAL BACKGROUND

3. I am informed and believe that on or about April 17, 2008, Plaintiff-Intervenors Ramona Band of Cahulla and Cahulla Band of Indians (collectively referred to as "Plaintiff-Intervenors") submitted the Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant Bryan D. Sampson ("Sampson"). Thereafter, Defendant Sampson executed the Waivers of Service of Summons and returned the same to Plaintiff-Intervenors.

4. Pursuant to the Waivers of Service of Summons, Defendant Sampson timely filed and served his Answers to Plaintiff-Intervenors First Amended Complaints on June 17, 2008. Shortly thereafter, Defendant learned that Plaintiff-Intervenors moved the court for a stay of proceedings. Defendant Sampson objected to the stay request. Thereafter, the Court granted the stay of proceedings to facilitate settlement negotiations between the parties to this action.

5. In addition, Defendant Sampson performed a thorough review of the court records in this case. As a result of that review, Defendant Sampson learned that the Court previously found, as delineated in Interlocutory Judgment No. 39A ("IJ 39A"), which was incorporated by reference into the Final Judgment and Decree, that his property does not overlie any ground waters that feed or contribute to the San Margarita River or its tributaries.

6. Specifically, and as set forth in IJ 39A, the Court found that Roscoe and Barbara C. Power's property, more particularly described as:

> Parcel: 94W-10-41 "Lot Four (4), Section Ten (10), Township Nine (9) South, Range Four (4) West, San Bernardino Base and Meridian, in the County of San Diego, State of California, and that portion of Lot One (1), said Section Ten (10), lying Southerly of a line ... .

does not overlie any ground waters that feed or contribute to the San Margarita River or its tributaries and that the Power's, their successors and assigns "are forever quieted against any and all adverse claims ..." against them.

7. Defendant Sampson is a successor owner of Parcel 94W-10-41. As a result, Defendant Sampson met and conferred with Plaintiff-Intervenors.

8. Upon review of the documentation provided by Defendant, Plaintiff-Intervenor Ramona Band of Cahuilla ("Ramona") agreed that claims against Defendant Sampson are barred by IJ 39A and

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
DECLARATION OF MARY L. FICKEL RE: WRITTEN PROPOSAL RE: TERMINATION OF TEMPORARY STAY
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Misc\Term.Stay\MLF.Stay.II.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

1  agreed to enter into a stipulation for dismissal with prejudice. To date, and despite Defendant Sampson's
2  repeated requests, Plaintiff-Intervenor Ramona has failed and/or refused to execute the stipulation.
3  Instead, on December 29, 2008, Plaintiff-Intervenor Ramona contacted Defendant Sampson and
4  informed him it would stipulate to dismissal, if Defendant Sampson would relinquish his rights under
5  IJ 39A. Defendant Sampson responded by requesting clarification regarding Plaintiff-Intervenors
6  Ramona's position on that issue.

7      9.     Plaintiff-Intervenor Cahuilla Band of Indians ("Cahuilla") failed and/or refused to respond
8  to Defendant's meet and confer attempt. Thereafter, Plaintiff-Intervenor Cahuilla filed a substitution of
9  counsel. As a result, Defendant Sampson met and conferred with Plaintiff-Intervenor Cahuilla's
10 substituted counsel regarding IJ 39A and requested they dismiss Defendant Sampson with prejudice.
11 Plaintiff-Intervenor Cahuilla responded by stating they were reviewing IJ 39A and would respond after
12 they completed their review. To date, Plaintiff-Intervenor Cahuilla has not provided any further
13 response.

14 I declare under penalty of perjury under the laws of the United States of America and the state of
15 California that the foregoing is true and correct. This declaration is executed on this 30th of December,
16 2008 at San Diego California.

18                                 By:   /s/ Mary L. Fickel
                                         Mary L. Fickel

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

3

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
DECLARATION OF MARY L. FICKEL RE: WRITTEN PROPOSAL RE: TERMINATION OF TEMPORARY STAY
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Misc\Term.Stay\MLF.Stay.II.wpd