**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-1247-SD-C |
| Plaintiff, | |
| RAMONA BAND OF CAHULLA, CAHUILLA BAND OF INDIANS, | **PROOF OF SERVICE** |
| Plaintiff-Intervenors, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | Ctrm: 8, 3rd Floor<br>Judge: Hon. Gordon Thompson, Jr. |

## **DECLARATION OF SERVICE**

I, Elizabeth Palmer, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Misc\Term.Stay\POS.wpd

On December 30, 2008, I served the following document:

- **DEFENDANT BRYAN D. SAMPSON'S WRITTEN OBJECTIONS TO JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS.**

on the following:

Curtis G. Berkey, Esq.
Alexander, Berkey, Williams & Weathers, LLP
2030 Addison Street, Ste. 410
Berkeley, CA 94704
*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla's*

Marco A. Gonzalez, Esq.
Coast Law Group LLP
169 Saxony Rd. Ste. 204
Encinitas, CA 92024
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Patrick Barry (*Pro Hac Vice*)
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026
*Attorney for the United States*

John Karaczynski, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
*Attorneys for Plaintiff-Intervenor/Defendant Pechanga Band of Luiseño Indians*

C. Michael Cowett, Esq.
Best Best & Krieger, LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
*Attorneys for Rancho California Water District*

Scott B. McElroy, Esq.
Greene, Meyer & McElroy
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

in the following manner of service (check appropriate):

___ **By Mail**   I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at San Diego, California.

_X_ **By Electronic Filing**   Pursuant to General Order No. 550, such document(s) were submitted via the Court's electronic filing system to the offices of the addressees where indicated.

___ **By Fax**   I also caused such documents to be telecopied to the offices of the addressees where indicated.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on December 30, 2008, at San Diego, California.

Elizabeth Palmer