Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Defendant
Jojoba Hills, S.K.P. Resort, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>                Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**PROOF OF SERVICE ON PROPOSAL BY DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC. FOR LIFTING THE 180-DAY STAY TO RULE ON THE MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:    March 9, 2009<br>Time:   2:00 p.m.<br>Room:  8 – Third Floor<br>Judge:  Hon. Gordon Thompson |

**PROOF OF SERVICE**
*United States of America v. Fallbrook Public Utility District, et al.*
United States District Court- SD of California
Case No. 51-1247-SD-GT

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **January 5, 2009,** I served the foregoing document described as **PROPOSAL BY DEFENDANT JOJOBA HILLS S.K.P. RESORT, INC. FOR LIFTING THE 180-DAY STAY TO RULE ON THE MOTION TO DISMISS THE CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS' FIRST AMENDED COMPLAINTS IN INTERVENTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒   By Mail: I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

Executed on January 5, 2009, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

*/s/ Debby Tankersley*
Debby Tankersley

-1-   Civ. 51-1247-SD-GT
PROOF OF SERVICE ON PROPOSAL BY JOJOBA HILLS FOR LIFTING THE 180-DAY STAY

# MAILING LIST
*United States of America v. Fallbrook Public Utility District, et al.*
United States District Court- SD of California
Case No. 51-1247-SD-GT

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 | James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>PO Box 1059<br>Brea, CA 92822-1059 |
| John S Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | Michael J Machado<br>P O Box 391607<br>Anza, CA 92539 |
| Pamela M Machado<br>P O Box 391607<br>Anza, CA 92539 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street<br>Suite 1<br>Fallbrook, CA 92028-2025 | Thomas C Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Vanessa L. Ray-Hodge<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | |

**PROOF OF SERVICE ON PROPOSAL BY JOJOBA HILLS FOR LIFTING THE 180-DAY STAY**