1  Michael L. Tidus, Bar No. 126425
   mtidus@jdtplaw.com
2  Michele A. Staples, Bar No. 144392
   mstaples@jdtplaw.com
3  Paige H. Gosney, Bar No. 252830
   pgosney@jdtplaw.com
4  JACKSON, DeMARCO, TIDUS & PECKENPAUGH
   2030 Main Street, Suite 1200
5  Irvine, California 92614
   Tel: (949) 752-8585
6  Fax: (949) 752-0597

7  Attorneys for Specially Appearing Defendants
   Domenigoni-Barton Properties, Jean Domenigoni as
8  Trustee for the Francis N. and Jean Domenigoni Trust,
   Elsa E. Barton as Trustee for the Elsa E. Barton Trust,
9  Andy Domenigoni as Co-Trustee for the L.G.D.
   Irrevocable Trust, Donald Domenigoni as Co-Trustee
10 for the L.G.D. Irrevocable Trust, Andy Domenigoni
   as Co-Trustee for the A & C Domenigoni Family
11 Trust, Cindy Domenigoni as Co-Trustee for the A &
   C Domenigoni Family Trust, Donald Lee Domenigoni
12 as Trustee for the Donald Lee Domenigoni Trust,
   Steven Domenigoni as Trustee of the S & K
13 Domenigoni Revocable Trust, and Kim Domenigoni
   as Trustee of the S & K Domenigoni Revocable Trust

14

15              UNITED STATES DISTRICT COURT

16          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

17

18 UNITED STATES OF AMERICA,          CASE NO. CIV. 51-1247-SD-GT

19              Plaintiff,            **PROPOSAL BY SPECIALLY
                                      APPEARING DOMENIGONI-BARTONS**
20 vs.                               **FOR LIFTING THE 180 DAY STAY TO
                                      RULE ON THE DOMENIGONI-
21 FALLBROOK PUBLIC UTILITY          BARTONS' NOTICE OF NON-SERVICE
   DISTRICT, a public service corporation of  OF SUMMONS AND FIRST AMENDED**
22 the State of California, et al.    **COMPLAINTS IN INTERVENTION OF
                                      CAHUILLA BAND AND RAMONA**
23              Defendants.           **BAND OF CAHUILLA INDIANS
                                      PURSUANT TO RULE 4 OF THE**
24                                    **FEDERAL RULES OF CIVIL
                                      PROCEDURE**
25
                                      Date:    March 9, 2009
26                                    Time:    2:00 p.m.
                                      Room:    8 – Third Floor
27                                    Judge:   Hon. Gordon Thompson
28

1  **1.      INTRODUCTION.**

2          In response to this Court's Order dated December 4, 2008, DOMENIGONI-BARTON

3  PROPERTIES, JEAN DOMENIGONI AS TRUSTEE FOR THE FRANCIS N. AND JEAN

4  DOMENIGONI TRUST, ELSA E. BARTON AS TRUSTEE FOR THE ELSA E. BARTON

5  TRUST, ANDY DOMENIGONI AS CO-TRUSTEE FOR THE L.G.D. IRREVOCABLE

6  TRUST, DONALD DOMENIGONI AS CO-TRUSTEE FOR THE L.G.D. IRREVOCABLE

7  TRUST, ANDY DOMENIGONI AS CO-TRUSTEE FOR THE A & C DOMENIGONI

8  FAMILY TRUST, CINDY DOMENIGONI AS CO-TRUSTEE FOR THE A & C

9  DOMENIGONI FAMILY TRUST, DONALD LEE DOMENIGONI AS TRUSTEE FOR THE

10  DONALD LEE DOMENIGONI TRUST, STEVEN DOMENIGONI AS TRUSTEE OF THE S &

11  K DOMENIGONI REVOCABLE TRUST, and KIM DOMENIGONI AS TRUSTEE OF THE S

12  & K DOMENIGONI REVOCABLE TRUST (collectively, "DOMENIGONI-BARTONS"),

13  specially appearing, respectfully submit the following Proposal ("Proposal") for lifting the current

14  180 day litigation stay ("Stay") to the limited extent necessary to issue an Order on their Notice of

15  Non-Service of the Ramona Band of Cahuilla Indians and Cahuilla Band of Indians' (collectively,

16  "Tribes") Summons and First Amended Complaints in Intervention ("Notice of Non-Service"),

17  filed with this Court on July 10, 2008, confirming that the Domenigoni-Bartons, having not been

18  served by the Tribes, are therefore not bound by any order, judgment, or decree entered by the

19  Court on the Tribes' Complaints.

20          Because the Domenigoni-Bartons were not named in the Tribes' Complaints or served,

21  they have not participated in the settlement meetings with the Tribes and have not prepared for

22  trial on the Tribes' Complaints, currently scheduled to commence on June 22, 2009.  The delay in

23  resolving this matter is resulting in the Domenigoni-Bartons needlessly expending attorneys' fees

24  monitoring proceedings on the Tribes' Complaints that they believe they are not subject to, and

25  reducing the amount of time they have to prepare for trial in the event of a contrary

26  determination.  The Tribes have not responded to the Domenigoni-Bartons' request to confirm

27  that they are not subject to the Tribes' Complaints.  Therefore, the Domenigoni-Bartons request

28  that this Court lift the Stay in order to do so.

**2. THE COURT SHOULD LIFT THE STAY TO CONFIRM THAT THE DOMENIGONI-BARTONS WERE NOT SERVED BY THE TRIBES AND ARE THEREFORE NOT BOUND BY ANY ORDER OR JUDGMENT ENTERED IN PROCEEDINGS ON THE TRIBES' COMPLAINTS.**

**A.      The Domenigoni-Bartons' Relationship to this Proceeding.**

The Domenigoni-Bartons are individuals and entities owning an interest in certain real property located in the Domenigoni Valley area of unincorporated Riverside County. The water rights to a portion of the Domenigoni-Bartons' property were adjudicated by this Court in Interlocutory Judgment No. 36 and the Modified Final Judgment and Decree. Declaration of Andy Domenigoni In Support of Notice of Non-Service ("Domenigoni Decl."), ¶ 1. The portion of the Domenigoni-Barton lands that lie within the Santa Margarita River Watershed ("Watershed"), are located near the center of the northern edge of the Watershed in Domenigoni Valley, well over 15 miles west and north of the Ramona and Cahuilla Tribes' Reservations in Anza, and on a different tributary of the Santa Margarita River, by way of Murrieta Creek. Domenigoni Decl., ¶3. In Interlocutory Judgment No. 36, this Court found that groundwater in the basin underlying the Domenigoni-Barton lands was a part of the Santa Margarita River system, but in a limited way because subsurface flow was cut off from the larger Murrieta-Temecula Ground Water Basin by a bedrock lip so long as groundwater elevations remained below the elevation of that bedrock lip. The majority of groundwater underlying the Domenigoni-Barton lands is not part of the Santa Margarita River System.

**B.      The Domenigoni-Bartons Were Not Served With the Tribes' Request for Waiver In Accordance With Rule 4 and the Court Imposed Service Deadlines.**

On February 25, 2008, this Court ordered that the Tribes must, by March 26, 2008, name and properly serve the appropriate defendants with lands located above Vail Lake with notice of the Tribes' Complaints. This Court further ordered that the Tribes must, by April 30, 2008, name and properly serve the appropriate defendants with lands located below Vail Lake with notice of the Tribes' Complaints.

On March 26, 2008, the Tribes filed the Request for Waiver with this Court, including a document entitled "List of Parties Served With Notice of Lawsuit and Request for Waiver of Service of Summons" ("March 26 Service List") (*see* Exhibit A to Declaration of Paige H.

1   Gosney In Support of Notice of Non-Service ("Gosney Decl."), containing a comprehensive list

2   of all parties the Tribes attempted to serve with the Request for Waiver on March 26, 2008.  The

3   March 26 Service List contains approximately 2,235 named defendants with lands located above

4   Vail Lake.  **The Domenigoni-Bartons were not named on the March 26 Service List.**  Gosney

5   Decl., ¶ 4.

6           On April 17, 2008, the Tribes attempted to serve the Request for Waiver via U.S. Mail on

7   defendants with lands located below Vail Lake.  The Request for Waiver package was mailed to

8   these defendants on April 17, 2008, by counsel for the Ramona Band of Cahuilla Indians, Curtis

9   Berkey, on behalf of both the Ramona and Cahuilla tribes.  The Tribes did not include a list of the

10  parties served with the Request for Waiver as part of this second service mailing.  After requests

11  by counsel for the Domenigoni-Bartons (*see* Gosney Decl., ¶ 7; <u>Exhibit</u> B to Gosney Decl.), the

12  Tribes provided a copy of the list of parties served with the Request for Waiver on April 17, 2008

13  ("April 17 Service List") (*see* Gosney Decl., ¶ 9; <u>Exhibit</u> C and <u>Exhibit</u> D to Gosney Decl.).  ***The***

14  ***Domenigoni-Bartons were not named on the April 17 Service List.***  Gosney Decl., ¶ 10.

15          Despite numerous subsequent efforts by counsel for the Domenigoni-Bartons to obtain

16  confirmation from the Tribes that the Domenigoni-Bartons are not subject to the Tribes'

17  Complaints and will not be bound by any order, judgment, or decree entered on the Complaints,

18  such efforts being more fully described in the Notice of Non-Service and related Declarations of

19  Andy Domenigoni, Michele A. Staples and Paige H. Gosney, the Tribes have failed to provide the

20  requested confirmation.   Therefore, the Domenigoni-Bartons request confirmation by this Court.

21  **3.       <u>CONCLUSION.</u>**

22          The Domenigoni-Bartons request that the Court expeditiously enter the Proposed Order on

23  Notice of Non-Service to confirm the Domenigoni-Bartons are not subject to the Tribes'

24  Complaints and will not be bound by any order, judgment, or decree entered by the Court on the

25  Tribes' Complaints.

26

27

28

**DOMENIGONI-BARTONS' PROPOSAL FOR LIFTING THE STAY**

1

2                                          Respectfully submitted,

3    DATED:  January 5, 2009

4                                          JACKSON, DeMARCO, TIDUS & PECKENPAUGH
                                              MICHAEL L. TIDUS
5                                             MICHELE A. STAPLES
                                              PAIGE H. GOSNEY
6

7                                          By:   /s/   Michele A. Staples
                                                  Michele A. Staples
8                                          Attorneys for Specially Appearing Defendants
                                           Domenigoni-Barton Properties, Jean Domenigoni as
9                                          Trustee for the Francis N. and Jean Domenigoni Trust,
                                           Elsa E. Barton as Trustee for the Elsa E. Barton Trust,
10                                         Andy Domenigoni as Co-Trustee for the L.G.D.
                                           Irrevocable Trust, Donald Domenigoni as Co-Trustee
11                                         for the L.G.D. Irrevocable Trust, Andy Domenigoni as
                                           Co-Trustee for the A & C Domenigoni Family Trust,
12                                         Cindy Domenigoni as Co-Trustee for the A & C
                                           Domenigoni Family Trust, Donald Lee Domenigoni as
13                                         Trustee for the Donald Lee Domenigoni Trust, Steven
                                           Domenigoni as Trustee of the S & K Domenigoni
14                                         Revocable Trust, and Kim Domenigoni as Trustee of
                                           the S & K Domenigoni Revocable Trust
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DOMENIGONI-BARTONS' PROPOSAL FOR LIFTING THE STAY**

1

## CERTIFICATE OF SERVICE

2

3

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

4

CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D).  Any other counsel of record

5

will be served by facsimile transmission and/or first class mail on January 5, 2009.

6

7

/s/ Michele A. Staples

8

9

10

827511.2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DOMENIGONI-BARTONS' PROPOSAL FOR LIFTING THE STAY**