1  Michael L. Tidus, Bar No. 126425
   mtidus@jdtplaw.com
2  Michele A. Staples, Bar No. 144392
   mstaples@jdtplaw.com
3  Paige H. Gosney, Bar No. 252830
   pgosney@jdtplaw.com
4  JACKSON, DeMARCO, TIDUS & PECKENPAUGH
   2030 Main Street, Suite 1200
5  Irvine, California 92614
   Tel: (949) 752-8585
6  Fax: (949) 752-0597

7  Attorneys for Specially Appearing Defendants
   Domenigoni-Barton Properties, Jean Domenigoni as
8  Trustee for the Francis N. and Jean Domenigoni Trust,
   Elsa E. Barton as Trustee for the Elsa E. Barton Trust,
9  Andy Domenigoni as Co-Trustee for the L.G.D.
   Irrevocable Trust, Donald Domenigoni as Co-Trustee
10 for the L.G.D. Irrevocable Trust, Andy Domenigoni
   as Co-Trustee for the A & C Domenigoni Family
11 Trust, Cindy Domenigoni as Co-Trustee for the A &
   C Domenigoni Family Trust, Donald Lee Domenigoni
12 as Trustee for the Donald Lee Domenigoni Trust,
   Steven Domenigoni as Trustee of the S & K
13 Domenigoni Revocable Trust, and Kim Domenigoni
   as Trustee of the S & K Domenigoni Revocable Trust

14

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>             Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**PROOF OF SERVICE ON PROPOSAL BY SPECIALLY APPEARING DOMENIGONI-BARTONS FOR LIFTING THE 180 DAY STAY TO RULE ON THE DOMENIGONI-BARTONS' NOTICE OF NON-SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN INTERVENTION OF CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:   March 9, 2009<br>Time:   2:00 p.m.<br>Room:  8 – Third Floor<br>Judge:  Hon. Gordon Thompson |

-1-                                                           Civ. 51-1247-SD-GT

**PROOF OF SERVICE ON DOMENIGONI-BARTONS' PROPOSAL FOR LIFTING THE STAY**

# PROOF OF SERVICE
*United States of America v. Fallbrook Public Utility District, et al.*
**United States District Court- SD of California**
**Case No. 51-1247-SD-GT**

I, the undersigned, certify and declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled cause. My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On **January 5, 2009,** I served the foregoing document described as **PROPOSAL BY SPECIALLY APPEARING DOMENIGONI-BARTONS FOR LIFTING THE 180-DAY STAY TO RULE ON THE DOMENIGONI-BARTONS' NOTICE OF NON-SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN INTERVENTION OF CAHUILLA BAND AND RAMONA BAND OF CAHUILLA INDIANS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒   By Mail: I deposited such envelopes in the United States Mail at Irvine, California with postage thereon fully prepaid.

Executed on January 5, 2009, at Irvine, California.

I hereby certify that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

*/s/ Debby Tankersley*
Debby Tankersley

**PROOF OF SERVICE**

# MAILING LIST
*United States of America v. Fallbrook Public Utility District, et al.*
United States District Court- SD of California
Case No. 51-1247-SD-GT

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 | James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>PO Box 1059<br>Brea, CA 92822-1059 |
| John S Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | Michael J Machado<br>P O Box 391607<br>Anza, CA 92539 |
| Pamela M Machado<br>P O Box 391607<br>Anza, CA 92539 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Robert H James<br>Sachse James Croswell and Lopardo<br>205 W. Alvarado Street<br>Suite 1<br>Fallbrook, CA 92028-2025 | Thomas C Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Vanessa L. Ray-Hodge<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | |

5811-44520\ 709428.2
1/5/09

**PROOF OF SERVICE**