JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-Mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseno Indians*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>        Defendants. | Case No. 51-1247-SD-GT<br><br>**NOTICE TO DISASSOCIATE VANESSA RAY-HODGE AS *PRO HAC VICE* COUNSEL FOR PECHANGA BAND OF LUISENO INDIANS**<br><br>Hon. Gordon Thompson, Jr. |

This Notice hereby requests that the Court disassociate attorney Vanessa Ray-Hodge as *pro hac vice* counsel for Pechanga Band of Luiseno Indians. Ms. Ray-Hodge is no longer an attorney assigned to this matter. Akin Gump Strauss Hauer & Feld continues to represent Pechanga Band of Luiseno Indians as counsel of record.

RESPECTFULLY SUBMITTED,

Dated: January 12, 2009                Pechanga Band of Luiseno Indians


                                    By: *s/John Karaczynski*
                                        John Karaczynski

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Ave, NW, Washington, D.C. 20036.

On January 12, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) NOTICE TO DISASSOCIATE VANESSA RAY-HODGE AS *PRO HAC VICE* COUNSEL FOR PECHANGA BAND OF LUISENO INDIANS

by depositing a copy in the United States mail at 1333 New Hampshire Ave. NW, Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

2

Certificate of Service for Notice to Disassociate Vanessa Ray-Hodge as *Pro Hac Vice* Counsel for Pechanga Band of Luiseno Indians

| | |
|---|---|
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Linda Garcia<br>Riverside Co. Flood Control and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026-4378 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |

3

Certificate of Service for Notice to Disassociate Vanessa Ray-Hodge as *Pro Hac Vice* Counsel for Pechanga Band of Luiseno Indians

| | |
|---|---|
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Craig Elitharp, Director of Operations<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Peter E. Von Haam, Sr. Deputy General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |

4

Certificate of Service for Notice to Disassociate Vanessa Ray-Hodge as *Pro Hac Vice* Counsel for Pechanga Band of Luiseno Indians

| | |
|---|---|
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCHO, TIDUS & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Michael J Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |

5

Certificate of Service for Notice to Disassociate Vanessa Ray-Hodge as *Pro Hac Vice* Counsel for Pechanga Band of Luiseno Indians

| | | |
|---|---|---|
| 1 | Marianne E. Pajot | Louidar |
| 2 | 40225 Curry Court<br>Aguanga, CA 92536-9742 | P.O. Box 891510<br>Temecula, CA 92591 |
| 3 | Eugene Franzoy | Steve Larson |
| 4 | Franzoy Consulting, Inc.<br>1392 W. Stacey Lane | S.S. Papadopilos & Associates<br>7944 Wisconsin Ave. |
| 5 | Tempe, AZ 85284 | Bethesda, MD 20814-3320 |
| 6 | Curtis G. Berkey<br>Scott W. Williams | Lake Riverside Estates Community Assoc.<br>40610 Lakeshore Blvd. |
| 7 | Alexander, Berkey, Williams and Weathers LLP | Aguanga, CA 92536 |
| 8 | 2030 Addison Street, Suite 410 | |
| 9 | Berkley, CA 94704 | |
| 10 | Dyson Development | Anza Holdings LLC |
| 11 | 437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 | 1220 Spinnaker Trail<br>Monument, CO 80132 |
| 12 | Anza Acreage, LLC | Michael Gheleta |
| 13 | 1310 Stratford Court<br>Del Mar, CA 92014 | United States Department of Justice<br>Environment and Natural Resources |
| 14 | | division<br>1961 Stout Street, Floor 8 |
| 15 | | Denver, CO 80294-1961 |
| 16 | Wiederrich Family Trust | Thomas Perkins |
| 17 | 13440 St. Andrews Place<br>Poway, CA 92064 | 7037 Gaskin Place<br>Riverside, CA 92506 |
| 18 | | |
| 19 | Anthony Madrigal<br>26 Lanyard Court | Scott B. McElroy<br>Alice E. Walker |
| 20 | Sacramento, CA 95831 | M. Catherine Condon<br>Daniel E. Steuer |
| 21 | | Greene, Meyer & McElroy |
| 22 | | 1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |
| 23 | James L. Markman | |
| 24 | Richards Watson & Gershon<br>1 Civic Center Circle | |
| 25 | P.O. Box 1059<br>Brea, CA 92822-1059 | |
| 26 | | |
| 27 | 6 | |
| 28 | Certificate of Service for Notice to Disassociate Vanessa Ray-Hodge as *Pro Hac Vice* Counsel for Pechanga Band of Luiseno Indians | |

John Macarro
Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 12, 2009, at Washington, D.C.

*s/ James Meggesto*
James Meggesto

7

Certificate of Service for Notice to Disassociate Vanessa Ray-Hodge as *Pro Hac Vice* Counsel for Pechanga Band of Luiseno Indians