**ORIGINAL**

1  Steven A. Browne (SBN 214444)
   (steven.browne@wallerlaw.com)
2  WALLER LANSDEN DORTCH & DAVIS, LLP
   333 S. Grand Avenue, Suite 1800
3  Los Angeles, California 90071
   Telephone: (213) 362-3680
4  Facsimile: (213) 362-3679

5  Attorneys for Defendant MARJORIE A. MALLOY, INC.

FILED JAN 1 ? 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br><br>Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 3:51-cv-1247-SD-C<br><br>**SUBSTITUTION OF ATTORNEY** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant MARJORIE A. MALLOY, INC. and its current counsel of record, Waller Lansden Dortch & Davis, LLP hereby applies to the Court for an Order approving substitution of counsel. MARJORIE A. MALLOY, INC. wishes to be represented by William K. Koska of Law Offices of William K. Koska & Associates located at 5040 Shoreham Place, Suite 150, San Diego, California 92122 and to relieve counsel of record Waller Lansden Dortch & Davis, LLP, 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071, from representing it in the above-captioned action.

///

---

Waller Lansden Dortch & Davis, LLP

7098032.1

SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | Waller Lansden Dortch and Davis, LLP stipulates to this substitution and requests that the Court issue an Order approving this substitution. |

Dated: 12/30, 2008

MARJORIE A. MALLOY, INC.

By: *[signature]*
Marjorie A. Malloy

Dated: 12/30, 2008

WALLER LANSDEN DORTCH & DAVIS, LLP

By: *[signature]*
Steven A. Browne
Attorneys for Defendant
MARJORIE A. MALLOY, INC.

Dated: Dec. 30, 2008

LAW OFFICES OF WILLIAM K. KOSKA & ASSOCIATES

By: *[signature]*
William K. Koska
Attorneys for Defendant
MARJORIE A. MALLOY, INC.

IT IS SO ORDERED.

Dated: Jan 16, 2009

*[signature: Gordon Thompson Jr.]*
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-
SUBSTITUTION OF ATTORNEY