Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505
Fax: 760-942-8515

Anthony Madrigal
26 Lanyard Court
Sacramento, CA 95831
Tel: 951-310-5856

Scott B. McElroy (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Daniel E. Steuer (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
awalker@mmwclaw.com
ccondon@mmwclaw.com
dsteuer@mmwclaw.com

*Attorneys for Plaintiff in Interention,
the Cahuilla Band of Indians*

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51-cv-1247-SD-GT |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, | Hearing Date: March 9, 2009<br>Time:  2:00 p.m.<br>Courtroom:  8 |
| Plaintiff in Intervention, | |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

1  Notice is hereby given that the name of the firm representing the Cahuilla Band of
2  Indians in this matter has changed from Greene, Meyer & McElroy, P.C. to McElroy, Meyer,
3  Walker & Condon, P.C. effective January 1, 2009.  The firm of McElroy, Meyer, Walker &
4  Condon, P.C. requests that all pleadings and documents addressed to the Cahuilla Band of
5  Indians in this action be addressed as follows:

> McElroy, Meyer, Walker & Condon, P.C.
> 1007 Pearl St., Suite 220
> Boulder, Colorado 80302
> Telephone:  303-442-2021
> Facsimile:  303-444-3490
> sbmcelroy@mmwclaw.com
> awalker@mmwclaw.com
> ccondon@mmwclaw.com
> dsteuer@mmwclaw.com

Respectfully submitted this 20th day of January, 2009

> Marco A. Gonzalez (SBN 190832)
> COAST LAW GROUP LLP
> 169 Saxony Road, Suite 204
> Encinitas, California  92024
> Tel:  760-942-8505 Fax:  760-942-8515
>
> Anthony Madrigal
> 26 Lanyard Court
> Sacramento, CA  95831
> Tel: 951-310-5856
>
> Scott B. McElroy (Pro Hac Vice)
> Alice E. Walker (Pro Hac Vice)
> M. Catherine Condon (Pro Hac Vice)
> Daniel E. Steuer (Pro Hac Vice)
> McELROY, MEYER, WALKER
>   & CONDON, P.C.
> 1007 Pearl Street, Suite 220
> Boulder, Colorado  80302
> Tel:  303-442-2021 Fax: 303-444-3490
>
> */s/ Scott B. McElroy*
> By:_____
>      Scott B. McElroy
> *Attorneys for Plaintiff in Intervention,*
>   *the Cahuilla Band of Indians*

---

Notice of Change of Firm Name                                   Case No. 51-cv-1247-SD-GT

Page 2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Scott B. McElroy, declare: |
| 3 | I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is Greene, Meyer & McElroy, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On January 20, 2009, I electronically filed the foregoing *Notice of Change of Firm Name* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants: |

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC ,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga,l anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W Binder, cwbinder@smrwm.org
Curtis G Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer ,dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, lrodriguez@mccarthyholthus.com,
    mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze,r george@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank ,gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com,
    dcolvin@akingump.com, dpongrace@akingump.com,
    jfukai@akingump.com, jmeggesto@akingump.com,
    msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net,
    jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com,
    teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com,
    pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com

Notice of Change of Firm Name                                    Case No. 51-cv-1247-SD-GT

1 Richard Alvin Lewis, Rlewis@RichardLewis.com
  Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,
2     wwendelstein@bcandblaw.com
  Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
3 Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
  Timothy P Johnson, tjohnson@johnson-chambers.com,
4     cww@johnson-chambers.com
  William Kenneth Koska,  william.koska@wallerlaw.com,
5     beth.mccullough@wallerlaw.com

6       I further certify that on January 20, 2009, I served the foregoing *Notice of Firm Name Change* on the following who are not registered with the CM/ECF system, by placing a copy of
7 the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below.  I am readily familiar with the firm's practice for
8 collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
9 motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

10

11 Wiederrich Family Trust                        Khyber Courchesne
   13440 St. Andrews Pl.                         1264 Page Street
12 Poway, CA 92064                                San Francisco, CA 94117

13 Anna Gale James
   40275 Curry Court                             Marianne E Pajot
14 Aguanga, CA 92536                              [mail held - no address provided]

15 Barbara J Carr Trust
   Barbara J. Carr, Trustee                      Mary E Lee
   20571Bexley Road                              41085 Lakeshore Blvd.
16 Jamul, CA 91935-7945                           Aguanga, CA 92536

17                                                Michael J Machado
   Billy Ward                                    P O Box 391607
18 P O Box 5878                                   Anza, CA 92539
   San Diego, CA 92165

19                                                Pamela M Machado
   Briar McTaggart                               P O Box 391607
20 1642 Merion Way 40E                            Anza, CA 92539
   Seal Beach, CA 90740

21                                                Peggy Wilson
   James L. Markman                              14205 Minorca Cove
22 Richards Watson & Gershon                     Del Mar, CA 92014-2932
   1 Civic Center Circle
23 PO Box 1059                                    Robert H James
   Brea, CA 92822-1059                           Sachse James Croswell and Lopardo
24                                                205 W. Alvarado Street, Suite 1
   John S Wilson                                 Fallbrook, CA 92028-2025
25 14205 Minorca Cove
   Del Mar, CA 92014-2932

26

27 Notice of Change of Firm Name                                    Case No. 51-cv-1247-SD-GT

28

1  Thomas C Perkins
   7037 Gaskin Place
2  Riverside, CA 92506

3

4      I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

5

6      Executed on January 20, 2009.                */s/ Scott B. McElroy*

7                                                                 Scott B. McElroy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Notice of Change of Firm Name                              Case No. 51-cv-1247-SD-GT

28                                        Page 5