ORIGINAL

FILED
FEB 0 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  **LAW OFFICES OF WILLIAM K. KOSKA & ASSOCIATES**
2  William K. Koska, Esq. (#52540)
   5040 Shoreham Place, Suite 150
3  San Diego, California 92122-5926
   Telephone: (858) 652-4840
4  Facsimile : (858) 546-1188

5  Attorneys for Defendant
   MARJORIE A. MOLLOY, INC.
6

7

8                UNITED STATES DISTRICT COURT
9                SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           ) CASE NO.: 51-1247-SD-GT
12 |         Plaintiff;                   )
13 | CAHUILLA BAND OF INDIANS, a          ) **DECLARATION OF SERVICE**
   | federally recognized Indian tribe,   )
14 |                                      )
15 |         Intervenors,                 ) JUDGE:  Hon. Gordon Thompson
   |   vs.                                ) DEPT:   Room 8, 3rd Floor
16 |                                      )
17 | FALLBROOK PUBLIC UTILITY             )
   | DISTRICT, et al.,                    )
18 |         Defendants.                  )

19
20
21 /////
22 /////
23 /////
24
25
26
27
28



DECLARATION OF SERVICE                                Case No. 51-1247-SD-GT

# DECLARATION OF SERVICE

I, the undersigned, declare that:

I am a citizen of the United States of America, over the age of 18, and not a party to the above-entitled action. My business address is: Law Offices of William K. Koska & Associates, 5040 Shoreham Place, Suite 150, San Diego, California 92122.

On January 30, 2009, I served the foregoing document(s) in <u>United States of America, et al. V. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

**SUBSTITUTION OF ATTORNEY [CONFORMED COPY WITH ORDER BY THE COURT]**

to be served by depositing a copy in the United States Mail at San Diego, California, in an envelope with first class postage paid, addressed as follows:

**PLEASE SEE ATTACHED LIST**

__X__ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

____ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

____ **(BY PERSONAL SERVICE VIA FACSIMILE)** I caused such document to be transmitted via facsimile to the above-named persons. I then confirmed receipt of the fax.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 30, 2009, at San Diego, California.

AILEEN M. MARQUEZ

Attachment to Proof of Service Form                                              790.003

## U.S. v. Fallbrook Public Utility District
United States District Court

Curtis G. Berkey
Scott W. Williams
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS, LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

Marco Gonzalez
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Patrick Barry
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 44378
Washington, D.C. 20026-4378

C. Michael Cowett
BEST BEST & KRIEGER, LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Donald R. Pongrace (Pro Hac Vice)
Rodney B. Lewis (Pro Hac Vice)
James Meggesto (Pro Hac Vice)
AKfN GUMP STRAUSS HAUER & FELD, LLP
Robert Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

John A. Karaczynski
AKIN GUMP STRAUSS HAUER & FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort OA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
Matthew L. Green
BEST BEST & KRIEGER, LLP
655 West Broadway, 15th Floor
San Diego, CA 92101-3542

Temecula Ranches
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPAR.DO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Jackie Spanley
AVMAC
P.O. Box 391312
Anza, CA 92539

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378

Alvin Greenwald
6010 Wilshire Blvd., Suite 500
Los Angeles, CA 90036

Linda Garcia
Riverside Co. Flood Control and Water Conservation District
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Western Land Financial
and Pacific Holt Corp.
23 Midway Street, Unit B
San Francisco, CA 94133

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern California
700 North Alameda Street
Los Angeles, CA 90012-2944

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C, 20240

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Susan M, Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87048

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Michael Gheleta

Amy Gallaher

United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Metropolitan Water District
P.O. Box 54153
Los Angeles.CA 90054-0153

Michael L. Tidus
Michele A. Staples
JACKSON, DEMARCHO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine.CA 92614

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Dyson Development
437 South Highway 101, Suite 217
Solana Beach, CA 92075

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Elsa Barton
217 No. Palm
Hemet, CA 92543

Avalon Management Group, Inc.
31608 Railroad Canyon Rd.
Canyon Lake, CA 92587

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E. Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J. Machado
Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P.O. Box 5878
San Diego, CA 92165

John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J. Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

| | |
|---|---|
| 1 | Steven A. Browne (SBN 214444) |
| | (steven.browne@wallerlaw.com) |
| 2 | WALLER LANSDEN DORTCH & DAVIS, LLP |
| | 333 S. Grand Avenue, Suite 1800 |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 362-3680 |
| 4 | Facsimile: (213) 362-3679 |
| 5 | Attorneys for Defendant MARJORIE A. MALLOY, INC. |

FILED
JAN 1 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) Case No. 3:51-cv-1247-SD-C |
| 12 | Plaintiff; | ) **SUBSTITUTION OF ATTORNEY** |
| 13 | CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, | ) |
| 15 | Intervenors, | ) |
| 16 | vs. | ) |
| 17 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| 18 | Defendants. | ) |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant MARJORIE A. MALLOY, INC. and its current counsel of record, Waller Lansden Dortch & Davis, LLP hereby applies to the Court for an Order approving substitution of counsel. MARJORIE A. MALLOY, INC. wishes to be represented by William K. Koska of Law Offices of William K. Koska & Associates located at 5040 Shoreham Place, Suite 150, San Diego, California 92122 and to relieve counsel of record Waller Lansden Dortch & Davis, LLP, 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071, from representing it in the above-captioned action.

///

Waller Lansden
ortch & Davis, LLP

7098032.1

SUBSTITUTION OF ATTORNEY

1  Waller Lansden Dortch and Davis, LLP stipulates to this substitution and requests that
2  the Court issue an Order approving this substitution.

3  Dated: 12/30, 2008                MARJORIE A. MALLOY, INC.

                                     By: _____
                                         Marjorie A. Malloy

8  Dated: 12/30, 2008                WALLER LANSDEN DORTCH & DAVIS, LLP

                                     By: _____
                                         Steven A. Browne
                                         Attorneys for Defendant
                                         MARJORIE A. MALLOY, INC.

14 Dated: Dec. 30, 2008              LAW OFFICES OF WILLIAM K. KOSKA &
                                     ASSOCIATES

                                     By: _____
                                         William K. Koska
                                         Attorneys for Defendant
                                         MARJORIE A. MALLOY, INC.

20 IT IS SO ORDERED.

22 Dated: 1-16, 2009

                                     GORDON THOMPSON, JR.
                                     _____
                                     JUDGE OF THE UNITED STATES DISTRICT
                                     COURT

-2-
SUBSTITUTION OF ATTORNEY