Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Interention,*
*the Cahuilla Band of Indians*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> CAHUILLA BAND OF INDIANS, ) <br> a federally recognized Indian tribe, ) <br> ) <br> Plaintiff in Intervention, ) <br> ) <br> v. ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, a public service corporation ) <br> of the State of California, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 51-cv-1247-SD-GT <br><br> **STATUS REPORT SUBMITTED BY** <br> **CAHUILLA BAND OF INDIANS** <br><br> Hearing Date: March 9, 2009 <br> Time:          2:00 p.m. <br> Courtroom:    8 <br><br> Hon. Gordon Thompson, Jr. |

Pursuant to the Court's October 1, 2008 Order,  the Cahuilla Band of Indians ("Band") submits this status report summarizing progress in settlement discussions with regard to its water rights claims.  Since the filing of the Band's November 21, 2008 Status Report, the following progress has been made:

---

Status Report                                                          Case No. 51-cv-1247-SD-GT

1.      The Band has held four settlement meetings with the other parties:  December 2, 2008, December 16, 2008, January 14, 2009, and February 18, 2009.  Representatives of the Band, the Federal Negotiating Team and a large group of water users and/or their attorneys were in attendance at each of the meetings.

2.      During the December 16, 2008 meeting, the parties established a technical committee to examine hydrology related issues.  The parties also established a work group to address service related issues.

a.      The technical committee has held three conference calls and is discussing the hydrology of the Basin.

b.      The  service work group conducted two conference calls and met on February 9, 2009.   Based on discussions at the February 9, 2009 meeting, the Cahuilla Band of Indians, the Ramona Band of Cahuilla and the United States (collectively referred to as the "Plaintiffs") prepared and submitted a proposal to the work group to resolve certain practical problems with regard to the mailing of Notices and Requests for Waivers under Rule 4(d)(1). The Plaintiffs have scheduled a conference call on March 2, 2009 and hope to obtain a response to the proposal from the other members of the work group and to discuss this issue with the Court during the March 9, 2009 Status Conference.

3.      Prior to the February 18, 2009 meeting, the Band prepared and distributed its proposed framework for settlement.  The purpose of the February 18, 2009 meeting was to present the proposed framework for settlement, ensure that everyone in attendance at the meeting understood the proposal and determine a process for moving forward.  The majority of the meeting was spent presenting the Band's proposal and answering questions regarding the Band's proposal.

4.      A meeting has been scheduled to take place on March 10, 2009.  The purpose of the March 10 meeting is for the water users and/or their attorneys to present a response to the Band's proposed framework for settlement.

---

Respectfully submitted this 2nd day of March, 2009.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505 Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
  & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021 Fax: 303-444-3490

*/s/ M. Catherine Condon*

By:_____
          M. Catherine Condon
*Attorneys for Plaintiff in Intervention,
  the Cahuilla Band of Indians*

## PROOF OF SERVICE

I, M. Catherine Condon, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action.  My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado.  On March 2, 2009, I electronically filed the foregoing *Status Report Submitted by Cahuilla Band of Indians* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC ,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga,l anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W Binder, cwbinder@smrwm.org
Curtis G Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer ,dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, lrodriguez@mccarthyholthus.com,
    mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze,r george@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank ,gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com,
    dcolvin@akingump.com, dpongrace@akingump.com,
    jfukai@akingump.com, jmeggesto@akingump.com,
    msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net,
    jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com,
    teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com,
    pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com

Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,
        wwendelstein@bcandblaw.com
Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com,
        cww@johnson-chambers.com
William Kenneth Koska,  william.koska@wallerlaw.com,
        beth.mccullough@wallerlaw.com


        I further certify that on March 2, 2009, I served the foregoing *Status Report Submitted by Cahuilla Band of Indians* on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below.  I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.


Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry St.
Aguanga, CA  92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street, Suite 1
Fallbrook, CA 92028-2025

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506


      I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.


      Executed on March 2, 2009

*/s/ M. Catherine Condon*

_____

M. Catherine Condon
